IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | Case No. **1:23-cv-02699** |
| THE UNITED STATES NAVAL ACADEMY, et al. | * | |
| | | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Students for Fair Admissions**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
    (name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

October 5, 2023

Date

/s/ Cameron T. Norris

Signature

Cameron T. Norris (VA #91624)

Printed name and bar number

1600 Wilson Blvd., Ste. 700 Arlington VA 22209

Address

cam@consovoymccarthy.com

Email address

(703) 243-9423

Telephone number

_____

Fax number

2