**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>                                      *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY,<br>*et al.*,<br>                                      *Defendants*. | No. 1:23-cv-02699 |

### [PROPOSED] ORDER

Before this Court is Plaintiff's motion for preliminary injunction, filed on October 6, 2023. After careful consideration of the law, the parties' briefs, and the relevant evidence:

**IT IS HEREBY ORDERED** that Plaintiff's motion for preliminary injunction is **GRANTED**. **IT IS FURTHER ORDERED** that Defendants are enjoined from considering applicants' race when making admissions decisions for the pendency of this litigation.

**IT IS SO ORDERED** on this the _____ day of _____, 2023.

_____

Richard D. Bennett
United States District Judge