UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff,

v.

UNITED STATES NAVAL ACADEMY,

Defendant.

### DECLARATION OF MEMBER A

I, Member A, declare as follows:

1.      I am over the age of 18, I am of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2.      I am white and a U.S. citizen. I have long wanted to attend the United States Naval Academy.

3.      I applied for admission to the Naval Academy for the class of 2026 and secured a nomination from a Member of Congress to attend. The Naval Academy rejected my application.

4.      I am currently in college, medically qualified, under the age of 23, and live in the Southeast. I am also a Midshipman in the Naval Reserve Officers Training Corps at my college. I am ready and able to apply to the Naval Academy again were a court to order it to cease the use of race and ethnicity as a factor in admissions.

5.      I joined Students for Fair Admissions because I support its mission and this lawsuit.

6.      I am signing this declaration under a pseudonym because I am a college student, and if my participation in this litigation becomes public, I fear reprisal from the Naval Academy, the military, and others.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2023

Member A
Member A

1