**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff*,

v.

UNITED STATES NAVAL ACADEMY,

*Defendant*.

## DECLARATION OF MEMBER B

I, Member B, declare as follows:

1. I am over the age of 18, I am of sound mind, not a convicted felon, capable of making this declaration, and fully competent to declare the matters below.

2. I am Asian-American and a U.S. citizen. The United States Naval Academy has been my dream school since I was in the sixth grade.

3. I applied for admission to the Naval Academy for the class of 2027 and secured a nomination from a Member of Congress to attend. The Naval Academy rejected my application.

4. I am currently in college, medically qualified, under the age of 23, and live in the western United States. I am ready and able to apply to the Naval Academy again were a court to order it to cease the use of race and ethnicity as a factor in admissions.

5. I joined Students for Fair Admissions because I support its mission and this lawsuit.

6. I am signing this declaration under a pseudonym because I am a college student, and if my participation in this litigation becomes public, I fear reprisal from the Naval Academy, the military, and others.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2023

*Member B*
Member B