# EXHIBIT R

January/February 2011 Issue

# Why Our Best Officers Are Leaving

By Tim Kane

## All They Can Be?

"critical" career fields of the moment, regardless of performance evaluations. This only ensures that the services retain the most risk-averse, and leads to long-term mediocrity.

Explore the January/February 2011 Issue

Check out more from this issue and find your next story to read.

View More

When I asked veterans for the reasons they left the military, the top response was "frustration with military bureaucracy"—cited by 82 percent of respondents (with 50 percent agreeing strongly). In contrast, the conventional explanation for talent bleed—the high frequency of deployments—was cited by only 63 percent of respondents, and was the fifth-most-common reason. According to 9 out of 10 respondents, many of the best officers would stay if the military was more of a meritocracy.

## Entrepreneurs in Uniform

During World War II, German generals often complained that U.S. forces were unpredictable: they didn't follow their own doctrine. Colonel Jeff Peterson, a member of the faculty at West Point, likes to illustrate this point using a parable about hedgerows. After the Normandy invasion in 1944, American troops found that their movements were constrained by the thick hedgerows that lined the countryside of northern France. The hedges frequently channeled American units into German ambushes, and they were too thick to cut or drive through. In response, "Army soldiers invented a mechanism on the fly that they welded onto the front of a tank to cut through hedgerows," Peterson told me.

American troops are famous for this kind of individual initiative. It's a point of pride among officers that the American way of war emphasizes independent judgment in the fog and friction of battle, rather than obedience and rules. Lieutenants, even corporals and privates, are trained to be entrepreneurial in combat. This emphasis doesn't just attract inspirational leaders and efficient managers—it produces revolutionary innovators. From the naval officer Alfred Thayer Mahan, whose insights on sea power transformed warfare at the beginning of the 20th century, to General Billy Mitchell, the godfather of the Air Force, to General Petraeus, who's now implementing his counterinsurgency strategy in Afghanistan, the U.S. military has a long and proud tradition of innovative thought.

Creativity of this sort is increasingly celebrated by economists who study growth, many of whom now believe that innovation is essentially the only factor that drives long-term increases in per capita income. Since innovation relies entirely on people—what economists call human capital— academics are showing more appreciation than ever for Joseph Schumpeter and his pioneering focus on entrepreneurship. Entrepreneurs, Schumpeter noted, take risks, experiment with new technologies and ideas, and bring about the "creative destruction" that enables capitalism to flourish. Likewise, martial progress relies on innovative officers, especially those who question doctrine and strategy.

But the Pentagon doesn't always reward its innovators. Usually, rebels in uniform suffer at the expense of their ideas. General Mitchell was court-martialed for insubordination in 1925; and who can forget the hostile treatment afforded General Eric Shinseki in 2003 after he testified that "something on the order of several hundred thousand soldiers" would probably be required to stabilize post-invasion Iraq?

In a 2007 essay in the *Armed Forces Journal*, Lieutenant Colonel Paul Yingling offered a compelling explanation for this risk-averse tendency. A veteran of three tours in Iraq, Yingling articulated a common frustration among the troops: that a failure of generalship was losing the war. His critique focused not on failures of strategy but on the failures of the general-officer corps making the strategy, and of the anti-entrepreneurial career ladder that produced them: "It is unreasonable to expect that an officer who spends 25 years conforming to institutional expectations will emerge as an innovator in his late forties."

Despite the turnaround in Iraq since engineered by General Petraeus and his allies, it is hard to escape the impression that the military has indeed become less hospitable to entrepreneurs at the strategic level in the past few decades. Schumpeter predicted that as capitalist economies evolved, innovation would become routinized in large organizations, obviating the need for individual entrepreneurs. Until the 1980s, this idea was widely accepted in corporate America, and certainly in the defense industry. But Schumpeter's prediction was upended definitively when the knowledge economy evolved out of the industrial economy, and symbolically when Steve Jobs and Steve Wozniak started Apple Computer in a California garage. In America today, capitalism is entrepreneurial: our economy is defined by individuals failing or succeeding on the strength of their ideas. Crucially, the military has not recognized this shift. And the Army, in particular, has not changed from its "inefficient industrial era practices," as a report by the Strategic Studies Institute put it last year. It still treats each employee as an interchangeable commodity rather than as a unique individual with skills that can be optimized.

## It's Not Business, It's Personnel

The most blatantly anti-entrepreneurial aspect of the Army is the strict time-in-service requirement for various ranks. Consider the mandatory delay for becoming a general. Active-duty officers can retire after 20 years of service. But to be considered for promotion to general requires at least 22 years of service, and that applies to even the most talented and inspiring military officer in the nation.

John Nagl might have been that officer. His 2002 book, *Learningto Eat Soup With a Knife*, anticipated the kind of insurgency warfare America was likely to face in the new century, and it proved a prescient warning as the wars in Iraq and Afghanistan dragged on. After serving in Iraq, Nagl helped General Petraeus write the Army's counterinsurgency doctrine in 2005 and 2006. Conventional wisdom holds that the "surge" broke Iraq's insurgency the following year. But the surge was more than just the 30,000 or so additional soldiers and marines who were deployed. The key was instead a new emphasis on stability and development, inspired in large part by ideas laid out in Nagl's book.

In 2008, Nagl hit the 20-year mark, and what happened? He retired. Since he was not yet a full colonel, let alone a general, it was clear that he could be more influential as a civilian. He is now the head of the Center for a New American Security, known in Washington as President Obama's favorite think tank. Had he stayed in the Army, odds are he would have been a career colonel, or a professor at the Army War College. Now his work at CNAS regularly reaches the White House and the National Security Council. While I assumed the loss of Nagl would be seen as an outrage within the military, most officers I spoke to shrugged it off as typical.

The more experts I talked with, the more I realized that targeting one inefficient policy, like the time-in-service requirement, wasn't going to work. I asked the survey respondents to grade different aspects of the military in terms of fostering entrepreneurial leadership, using a standard Athrough-F scale. The "recruitment of raw talent" received 12 percent A's and 43 percent B's. Formal training programs and military doctrine also got good marks. What emerged as the weakest area was personnel. The evaluation system received 51 percent D's and F's. Job assignments got 55 percent failing grades. The promotion system got 61 percent. And lastly, the compensation system received 79 percent D's and F's.

Simply put, if the Army hopes to stanch the talent bleed, it needs to embrace an entrepreneurial *structure*, not just *culture*. That doesn't mean more officers who invent new weapons, but rather a new web of incentives rewarding creative leadership. The military has reinvented itself in this manner before. West Point's Jeff Peterson recounted the standard story line of the Army's soul-searching after Vietnam. After eight years of committing hundreds of thousands of soldiers to a war that was lost on many levels, the Army returned to a strategic comfort zone, with its leadership thinking about conventional wars instead of the messy counterinsurgency it had just muddled through. While this story isn't wrong on the whole, Peterson argues that it ignores the radical transformations that took place in the 1970s. He pulled James Kitfield's book *Prodigal Soldiers* from his bookshelf and encouraged me to read it.

Kitfield chronicles a revolution in that era in how the Army treated, organized, and trained its soldiers. No change was bigger than the adoption of an all-volunteer force in 1973. It was a radical idea at the time, so controversial that many in the Army expected it to fail, or even to destroy the military. Instead, the all-volunteer force served as the beginning of a renaissance in the ranks, across all the services, and paved the way for a newly professional military. Instead of staying in for just two years, enlistees now commonly stayed for five years, or 10, or a career. The Army started paying better and, more important, making investments in its human capital. But make no mistake, moving to a volunteer force was not an incremental reform. It was radical. This connection may explain why almost 60 percent of the West Point respondents favored "radical reform" of the personnel system.

*Radical reform* may not sound like much of a blueprint, but the all-volunteer force must be understood in terms of a philosophical shift: the military rejected centrally planned accessions in exchange for a *market mechanism*. Faced with having to attract and retain volunteers, the military filled its requirements for labor with the *right price*: better pay, better housing, better treatment, and ultimately a better career opportunity than it had ever offered.

## A Market Alternative

Today's Army requires a similar philosophical shift if it is to generate more-entrepreneurial leadership and start retaining its most talented officers. When presented with 10 proposed policy changes, the panel of West Point grads was strongly in favor of five, marginally in favor of three, split on one, and strongly against the last. Dead last was reauthorizing the draft instead of the all-volunteer force, a proposal that drew support from only 14 percent of respondents. So what did they think would help?

The Army should start by breaking down its rigid promotion ladder. The most strongly recommended policy, which 90 percent agreed with, is to allow greater specialization. Under the current system, company and platoon commanders are often "promoted" to staff jobs—that is, transferred from commanding troops in battle to working behind a desk on a general's staff—even if they'd prefer to specialize in a lower-ranking position they enjoy. Rather than take an advancement they don't want, many quit the Army altogether. Expanding early-promotion opportunities for top performers and eliminating year-group promotions also have strong support (87 and 78 percent, respectively). All of this might be hard to do while maintaining centralized management of rank and job assignments, but three-quarters of the panel favored ditching that system entirely in favor of an internal job market.

Indeed, an internal job market might be the key to revolutionizing military personnel. In today's military, individuals are given "orders" to report to a new assignment every two to four years. When an Army unit in Korea rotates out its executive officer, the commander of that unit is *assigned* a new executive officer. Even if the commander wants to hire Captain Smart, and Captain Smart wants to work in Korea, the decision is out of their hands—and another captain, who would have preferred a job in Europe, might be assigned there instead. The Air Force conducts three assignment episodes each year, coordinated entirely by the Air Force Personnel Center at Randolph Air Force Base, in Texas. Across the globe, officers send in their job requests. Units with open slots send their requirements for officers. The hundreds of officers assigned full-time to the personnel center strive to match open requirements with available officers (each within strictly defined career fields, like infantry, intelligence, or personnel itself), balancing individual requests with the needs of the service, while also trying to develop careers and project future trends, all with constantly changing technological tools. It's an impossible job, but the alternative is chaos.

In fact, a better alternative *is* chaos. Chaos, to economists, is known as the free market, where the invisible hand matches supply with demand. The Strategic Studies Institute report makes this very point. "Giving officers greater voice in their assignments increases both employment longevity and productivity," it concludes. "The Army's failure to do so, however, in large part accounts for declining retention among officers commissioned since 1983."

Here is how a market alternative would work. Each commander would have sole hiring authority over the people in his unit. Officers would be free to apply for any job opening. If a major applied for an opening above his pay grade, the commander at that unit could hire him (and bear the consequences). Coordination could be done through existing online tools such as monster.com or careerbuilder.com (presumably those companies would be interested in offering rebranded versions for the military). If an officer chose to stay in a job longer than "normal" ("I just want to fly fighter jets, sir"), that would be solely between him and his commander.

Each of the four military branches is free to design its own personnel system, with minimal Pentagon interference. Yet each uses a similar centralized-planning department. It would take only one branch to lead the way by adopting the best practices of corporate America—where firms manage vast workforces by emphasizing flexibility, respect for individual talent, and executive responsibility. During my study, I surveyed ex-military officers at Citi, Dell, Amazon, Procter & Gamble, TMobile, Amgen, Intuit, and countless venture-capital firms. At every company, the veterans were shocked to look back at how "archaic and arbitrary" talent management was in the armed forces. Unlike industrial-era firms, and unlike the military, successful companies in the knowledge economy understand that nearly all value is embedded in their human capital.

I traveled to Silicon Valley to learn about the organizational design of firms there, and also to learn about the talent ecosystem. Nowhere is there a military-style 20-year retirement framework that distorts career decisions, and no one offers the security of lifetime employment. Instead, Silicon Valley attracts talent because it knows the importance of flexibility. Companies, unlike military units, are born and die out constantly, and the massive flow of labor across and within companies is highly turbulent. Not only can ambitious visionaries become top executives in half a decade, but employees can do the one thing they love for decades without worrying about getting "promoted" to management positions they don't want. In the glassy buildings of Menlo Park, "being all you can be"—whether it's coding C++, designing Web campaigns, or excelling in some other niche—isn't just a slogan.

One Silicon Valley executive I spoke with, whom I'll call Captain Smith, contrasted his time as a Marine company commander with his current job leading hundreds of employees, from software engineers to sales managers. Like other veterans in corporate America, he credits his military training with sharpening his leadership skills. But the analytical mind he uses to devise business models is just as sharp in assessing the military's inept talent management. What's the impact of merit on promotions in the Marines? "Virtually none," says Smith. "On average, the best officers got out; the worst officers got out." There are notable exceptions, he said. "But the larger trend I observed drives any organization toward mediocrity."

When I asked him about Silicon Valley's lessons for the military, he mentioned his firm's internal market for matching engineers and projects, where the bottom line is that engineers rule. Team leaders have to advertise their projects and try to attract engineers, and it's uncommon for an engineer to be told what he or she will do. Happier workers mean higher productivity. "I don't want to oversimplify," he says. "But this is about incentives and control."

In contrast, only one in five of the West Point graduates thinks the Army today does a good job matching talents with jobs. And nearly two-thirds agree that using an evaluation system that singled out the best and worst members of a given unit—for advancement or release—would yield a more entrepreneurial leadership. Such a system, popularized by Jack Welch of General Electric, would give commanders better information, and also make personnel ratings a lot more useful than the politically correct write-ups in abundance now. It would also recast the personnel officers as headhunters, focused on giving advice, rather than orders, to job-seekers and to hiring commanders.

I asked Smith—a supremely tech-savvy, gung-ho leader—whether he would consider rejoining if the Marines recruited him to serve as a general officer, perhaps to command their cyber-security efforts. I anticipated that his resolute willingness to serve would offer a vivid contrast to the military's closed-mindedness. But he surprised me. He thought quietly for a minute. Then, shaking his head, he said something much more damning: "I can't see it," the Silicon Valley marine said. "Even if they made that offer … I have no confidence that I could pierce the bureaucracy."

THIS IS YOUR LAST FREE ARTICLE. | SIGN IN

Subscribe Now

# EXHIBIT S

RONALD REAGAN INSTITUTE

# Reagan National Defense Survey

Conducted November 2022

Though the world has changed in the 40 years since President Reagan was in office, the latest Reagan National Defense Survey shows that the American people continue to support his timeless principle of "peace through strength." In the face of geopolitical events that shook the foundations of global peace and security in 2022, Americans see U.S. leadership as the key to restoring the peace.

Americans want the United States to lead and be more engaged in the world. They want a strong U.S. military presence overseas and support increasing defense spending. They want America to stand with our allies and support democracy. They want to stand with Ukraine against Russian aggression and deter potential Chinese aggression against Taiwan.

Still, there are some troubling findings from the 2022 Reagan National Defense Survey as well. Our national security leaders would do well to listen to the views of the American people and act to rebuild public trust in our military.

## 1. Perceived Politicization Drives Declining Confidence in the Military

Every year, the Reagan Institute asks about Americans' level of trust and confidence in a variety of public institutions. Just five years ago, 70% said they had a great deal of trust and confidence in the military. However, that percentage steadily declined, and last year, for the first time, a minority of Americans had the highest level of confidence in the military, only 45%.

This year, that trend appears to be stabilizing. Now 48% say they have a great deal of trust and confidence in the military. Notably, this is still down 22 points from merely a few years ago. No other public institution asked about—including the Supreme Court, Congress, the Presidency, the news media, or law enforcement—has seen as sharp a decline in public trust over this time.

To better understand this trend, the Reagan Institute added a new




Polling Conducted By

BEACON RESEARCH

SHAW & Company research

series of questions about the extent to which a variety of factors have decreased public confidence in the military. The top response is military leadership becoming overly politicized, with 62% overall saying that has decreased their confidence. This includes 60% of Democrats, 60% of Independents, and 65% of Republicans.

Americans make only a slight distinction between different types of leadership when they complain about politicization. While they see civilian DOD leaders and uniformed military leaders as contributing to this issue, they are more likely to blame presidents as Commanders-in-Chief. Nearly 60% of respondents say that performance and competence of presidents has decreased their confidence in the military.

Over half of respondents (55%) say the performance and competence of the military's civilian leadership—meaning the Secretary of Defense and civilian leadership at the Department of Defense—decreased their confidence in the military. While a slightly smaller percentage (52%) say the performance and competence of uniformed military leaders decreased their confidence, there has been a decline in those who believe U.S. military leadership is the best in the world compared to other countries' militaries, from 33% in 2021 to 25% in 2022.

The complaints some have recently lodged against the military rank lower on the list. While half (50%) say so-called "woke" practices undermining military effectiveness have decreased their confidence, there is a sizeable partisan disparity on this, with far more Republicans than Democrats blaming "wokeness." Likewise, while 46% overall say that so-called far-right or extremist individuals serving in the military decreased their confidence, this response is far more common among Democrats than Republicans. Less than half (47%) of survey respondents cite the military's performance in Iraq and Afghanistan as having decreased their confidence.

Notably, 52% of respondents say the military's ability to win a potential future war decreased their confidence. Those reporting great confidence in the military's ability to keep the country safe decreased from 57% in 2021 to 50%. There was also a decrease in those confident in the military's ability to act in a professional and nonpolitical manner, from 40% in 2021 to 35%. These trends seem to demonstrate a connection between Americans' sense of the military's ability to perform its core function and their perception of its leaders becoming overly politicized.




With military recruitment challenges making headlines this year, the Reagan Institute also added a new question for young Americans in the target age range for recruiting the all-volunteer force about their personal willingness to serve in the military. Among respondents aged 18 through 29, 13% are highly willing to join, a quarter (25%) are only somewhat willing, 20% are not very willing, and about a quarter (26%) are not willing at all. There are no notable disparities in responses between different education levels.

## 2. Americans Want to Continue Aiding Ukraine in Its Fight for Freedom

Perceptions of Russia as an enemy have reached a survey high of 82%, up from 65% just last year. This is driven by double-digit increases by Democrats, Independents, and Republicans. Relatedly, perception of Ukraine as an ally has increased from 49% in 2021 to 76%. Nearly two-thirds (67%) are concerned about Russian victory in the war.




Americans support the United States standing with Ukraine and acting as the arsenal of democracy in providing military aid. With regard to America sending military equipment and financial assistance to Ukraine, a majority (57%) believe the United States must continue to stand with the people of Ukraine and oppose Russian aggression in order to protect a friendly democracy and prevent future Russian threats to Europe. This includes 73% of Democrats and 51% of Republicans. Only a third (33%) believe America has enough problems at home and cannot afford to spend more on the conflict and risk further provoking Russia, including 19% of Democrats but notably 41% of Republicans. Regarding the assistance the United States has already sent to Ukraine, 39% say the United States has sent about the right amount, while a quarter (25%) say it has sent too little, and another quarter (24%) say it has sent too much.




### NATO

A majority of Americans (60%) have a favorable view of NATO, while 23% have an unfavorable view—both percentages are consistent with previous surveys. An even greater majority (72%) supports NATO Article 5 commitments (defined as the United States responding with military force if Russia attacked a NATO ally in Europe), including 81% of Democrats and 67% of Republicans. Nearly three-quarters (74%) are concerned about the war in Ukraine expanding to NATO countries in Eastern Europe, forcing the United States to get directly involved. There is also bipartisan support for expanding the alliance, as 71% approve of allowing Finland and Sweden to join NATO. Ukraine's application for NATO membership has 61% support.



## 3. Americans Believe the U.S. Lacks a Clear Strategy for the China Threat

Americans are increasingly concerned about the threat posed by China. Three-quarters (75%) now view China as an enemy, up from 65% in 2021 and 55% in 2018. Despite the war in Ukraine, a plurality (43%) still names China as the country that poses the greatest threat to the United States. However, this percentage is down from 52% in 2021, while those who name Russia doubled, to 31% from 14% in 2021. When asked if the United States has a clear strategy for managing its relationship with China, over half (54%) say no, while only 27% say yes, and 20% do not know.




When it comes to specific concerns about China, Americans recognize the multifaceted nature of the threat. When asked to choose their single greatest concern regarding China, economic practices top the list, including technology theft and its trade relationships with other countries, at 22% overall—including a plurality of both Democrats (21%) and Republicans (25%). However, that is in a near statistical tie with those who say China's military buildup (18% overall) or its human rights abuses (17% overall) are their top concern. Notably, 13% identified China invading Taiwan as their single greatest concern about China, up from 7% in 2021. Related to these economic concerns, over half (54%), including a majority of both Democrats and Republicans, support efforts to reduce the amount of trade between the United States and China.

### Taiwan

Americans see the parallels between Ukraine and Taiwan, with 71% concerned that Russian aggression will inspire other authoritarian countries to invade their democratic neighbors. A similar overall percentage (70%) also express specific concern about the threat of China invading Taiwan in the next five years. Bipartisan majorities of Americans support efforts to deter a Chinese invasion of Taiwan, including 61% who support increasing the U.S. military presence near Taiwan and 58% who support increasing arms sales to Taiwan. If China were to invade Taiwan, 43% would support committing U.S. ground troops to the defense of Taiwan, while 36% oppose. After learning that Taiwan is a democracy and the world's largest producer of advanced semiconductors, then 65% say they are open to the idea of committing U.S. forces.

## 4. President Reagan's Legacy Lives On

Americans continue to view President Reagan positively, with a 67% overall favorability. This includes a majority of Americans of all political stripes: 87% of Republicans, 62% of Independents, and 51% of Democrats.

Americans today want the United States to lead in the world, act as an arsenal of democracy, and maintain our alliance commitments. They believe, as Ronald Reagan put it in his acceptance speech at the 1980 Republican National Convention: "The United States has an obligation to its citizens and to the people of the world never to let those who would destroy freedom dictate the future course of life on this planet."

The American people are clear-eyed about the threats to freedom today, particularly from China and Russia. They worry, though, that those tasked with taking on these threats are becoming too mired in and distracted by the partisan squabbles consuming other areas of American society. Leaders would do well to learn from President Reagan's example to restore Americans' confidence.

# EXHIBIT T



McCarthy Rebellion | Shutdown Averted | Garland On "60 Minutes" | Tupac Shakur's Murder | CBS News Live | Managi

CBS NEWS Login

POLITICS

# CBS News poll finds most say colleges shouldn't factor race into admissions

BY ANTHONY SALVANTO
JUNE 21, 2023 / 5:00 PM / CBS NEWS

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

nination today and widely believes
some degree – but it is more

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 11 of 292

closely divided over affirmative action as a general policy, with a narrow majority

View CBS News In

CBS News App

OPEN

CONTINUE

Court decision, Americans' views tilt to a substantial majority against allowing colleges to consider race.




Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

View CBS News In

CBS News App OPEN

CONTINUE




Across partisan groups and racial groups, there are comparably fewer who favor colleges considering race than there are those favoring affirmative action in general.

So, on the college admissions matter, partisan differences exist but aren't overly dramatic. Republicans are widely opposed to the use of race in admissions, and they are joined in that view by more than half of Democrats, and by three in four independents. Black Americans are relatively more likely than White Americans to say colleges should be allowed to consider race, but still just split on it. College graduates are slightly likelier than people without college degrees to say so, too.

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

View CBS News In

CBS News App OPEN

CONTINUE







Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

ıld continue today is generally
topic has come up over the last 25

Now, here's where perceptions of discrimination come in today, at least a bit.

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 14 of 292

Most Americans say there is at least some discrimination against Black, Hispanic, and

View CBS News In

CBS News App

OPEN

CONTINUE

opposition to affirmative action and to colleges considering race.




Most think racism remains a problem today, and even more Americans – three-quarters – say racism has been a major problem in the nation's history.

Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 15 of 292

View CBS News In

CBS News App

OPEN

CONTINUE

| | | |
|---|---|---|
| Minor problem | 37% | 23% |
| Not a problem | 10% | 4% |

---

*This CBS News/YouGov survey was conducted with a nationally representative sample of 2,145 U.S. adult residents interviewed between June 14-17, 2023. The sample was weighted according to gender, age, race, and education based on the U.S. Census American Community Survey and Current Population Survey, as well as past vote. The margin of error is ±3.0 points.*

*Toplines*

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 16 of 292

View CBS News In

CBS News App

OPEN

CONTINUE

## CBS News Polls

**CBS News poll: Trump leads in early states, where campaigning hasn't closed gap**

Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

**nicron**

**nce benefit**

**View CBS News In**

CBS News App OPEN

CONTINUE

Anthony Salvanto, Ph.D., is CBS News' director of elections and surveys. He oversees all polling across the nation, states and congressional races, and heads the CBS News Decision Desk that estimates outcomes on election nights. He is the author of "Where Did You Get This Number: A Pollster's Guide to Making Sense of the World," from Simon & Schuster (a division of Paramount Global), and appears regularly across all CBS News platforms. His scholarly research and writings cover topics on polling methodology, voting behavior, and sampling techniques.

Twitter

*First published on June 21, 2023 / 5:00 PM*

*© 2023 CBS Interactive Inc. All Rights Reserved.*

CBS NEWS

Copyright ©2023 CBS Interactive Inc. All rights reserved.

Privacy Policy
California Notice
Closed Captioning
CBS News Live on Paramount+
Store

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

View CBS News In

CBS News App OPEN

CONTINUE

# EXHIBIT U

# Not Affirmative, Sir

By Bruce Fleming
February 16, 2003

Last year I was a member of the admissions board at the U.S. Naval Academy, where I have been a civilian professor of English for the past 16 years. The experience brought one thing home to me with great clarity: Affirmative action, racial and otherwise, is a minefield of practical paradoxes.

Like many institutions of higher education, the Naval Academy uses race as a criterion in its admissions process. The practice leads to obvious absurdities, even inequities. For this reason, the Bush administration's decision to oppose racial affirmative action in college admissions seems like a good thing.

At the same time, it's difficult not to sympathize with the goal of representativeness implicit in all affirmative-action policies. In the academy's case, it does seem important to have black and Hispanic officer-candidates when so many of the men and women in the fleet are black or Hispanic. It's not that an individual black Marine, say, needs a black officer to inspire him to follow orders, only that he needs to know there are such officers, somewhere, maybe even right here. In the military, a lot depends on "morale," that hard-to-quantify measure of satisfaction. It wouldn't help to say, "Of course Miss America can be black" if she never had been. At some point you have to put your money where your mouth is. Here, as elsewhere, the professionals, not the politicians, may have the better sense of things.

Still, the absurdities produced by the present system make me doubt whether we're going about this the right way.

Members of three racial groups receive preference: African Americans, Hispanics and Native Americans. (Collectively, they make up about 20 percent of the 1,200 students admitted to the class of 2006, according to the academy's Web site.) But in 2003, it is increasingly unclear what we even mean when we say "African American." In a recent discussion of the Nigerian writer Chinua Achebe's novel "Things Fall Apart," some of my students (all white) amused me by referring to the characters as African American. I corrected them, then realized that for them this was the only polite way to refer to black people. We on the admissions board learned as the months went on that "African American" can be quite literal. A student whose parents had emigrated from Ghana, we found, was considered a member of a "protected" minority, the same as a student whose family came here generations ago in chains. Does that mean the policy is meant to benefit not just the disadvantaged descendants of slaves but also newly arrived immigrants? Apparently not all of them. An applicant whose parents had emigrated from India was ineligible for preference. The question remains: Whom exactly is the policy meant to benefit?

Hispanics, of course, can be any skin color. Many Cuban and Dominican immigrants are, by most people's standards as well as their own, white. I have had students with Spanish parents, white by my visual "once-over," who entered Annapolis as "Hispanics." Was this the intent of the directive? If not, what was? The board also debated whether students of Brazilian origin "counted" as Hispanics. They speak Portuguese and are therefore Lusophone, not Hispanic. Yet what's the difference between a Brazilian and someone from a

neighboring Spanish-speaking country? When we say "Hispanic," do we really mean "brown-colored and poorly educated"?

As for "Native Americans," they are almost by definition members of other racial groups as well, usually overwhelmingly so. Most Hawaiians, for example, are a comfortable mix of many immigrant groups to the islands. Yet we give greater weight to an applicant's, say, one-eighth protected ancestry than to his or her seven-eighths unprotected ancestry. The same is true for all mixed-race students, a growing minority.

For USNA purposes, as for those of the U.S. Census, membership in any of these categories is based on self-identification. A student may check as many boxes as he or she wishes. As long as the student checks one of the three boxes for protected minorities, he or she is assigned to an officer on the admissions staff who then actively shepherds that application through the rest of the process. In the fall, we were told that if a student checked the Native American box, we could ask for confirmation of tribal affiliation. Yet by mid-year we were being told that we could not. Early in the year, one applicant told an admissions officer she was one-eighth Hispanic. But one-eighth was enough, and in any case we later learned we couldn't even ask about the percentage.

This led to apparent howlers like the student with an un-Hispanic last name attending the flossiest private school in his part of Texas, who identified himself as Hispanic and received preferential treatment. There have also been cases of "minority" students being identified as "white" by their schools. (We debated whether we could nail these applicants for lying, but finally decided that a school's visual impression could not be taken as fact, either.)

In a year on the USNA Admissions Board, I never got a sense of the underlying philosophical justification for this clearly illogical policy. Initially we were offered the plausible reason that the Navy wanted more officers who "looked like" the sailors and Marines. Yet later, perhaps as someone realized how controversial this line of thinking was, it was withdrawn, and we were given no reason for favoring these particular groups. Was it to make up for past economic inequities? Then we should eliminate special consideration for the rich ones. To make up for the horror of slavery? Then we should eliminate it for the recent immigrants, as well as for anyone who couldn't prove having had an enslaved ancestor.

If, on the other hand, what we were really talking about was skin color, I suggested with would-be Swiftian irony that we send out paint cards with varying skin tones and ask applicants to circle the one closest to their own: Browner than a certain level would lead to preference, lighter would preclude it. We wouldn't have to dance around all these other categories that weren't really the point. The reaction, of course, was shock. We can't do that! Of course, we can't. But this is why our current situation is so untenable: If we're aiming for colorblindness, we can't get there via color-definition.

Before students reach our board, the computer generates a number (called the "whole-person multiple") based on complex algorithms that take into account their grades, their rank in class, their test scores and their

athletic and extra-curricular activities. Being a child of an alumnus adds a bit to this score, but only as much as, say, an especially good essay: 500 points, where a total of 68,000 is considered a good solid admitting score and 75,000 is stellar. Rank in class is very important, which tends to benefit high-achieving students at mediocre or rural schools, but some attempt is made to equalize this by giving students credit for attending a school that sends a high proportion of its graduates to college.

For me, the most startling discovery was how immense an advantage is gained by checking a protected-minority box. First, in practice (there are few hard and fast rules), we let in members of these minorities with a much lower whole-person multiple than we usually require, sometimes as much as 15 percent lower. If a "majority" student scored 600 or more on each part of the SAT I test, math and verbal, we put a check mark and went on to consider other aspects of the application. We did so in the case of a "minority" student if the scores were in the neighborhood of 550. For a minority student with scores in the low 500 range but also compensatory achievements, we usually recommended a year at the Naval Academy Preparatory School. (Admission to USNA is guaranteed for a student with a GPA of 2.0 after a year at NAPS.)

Last year, a half-Hispanic applicant challenged the Naval Academy on the grounds that his low test scores had been cited as a reason for his rejection. The irony is that in practice we already accept lower scores from Hispanics than from white or Asian students. His were even lower than our lowered threshold. In any case, many factors can be used to "mitigate" either high or low scores. They are not, as this applicant imagined, absolute criteria. Race, to a degree, is, and his having checked the box "Hispanic" already gave him a huge advantage.

For the most spectacular effect of self-identifying as one of the three protected minorities is that the student is admitted to the academy directly, along with a certain number of athletes and young sailors and Marines (assuming he or she has been voted in by the board and passed the rigorous physical exams). That means admitted at the head of the line, without having to further compete for a sometimes hard-to-get nomination from a member of Congress or the executive branch that otherwise is the sine qua non of admission to any of the nation's military academies. Counting all the favored groups, about 50 percent of students offered admission to the Naval Academy have bypassed this nominating process, which leaves so many highly qualified non-favored students going to State U instead.

After a year on the USNA Admissions Board, I find I am in favor of eliminating all our set-asides: racial, athletic and fleet-determined. After all, admitting someone "direct" means that another candidate, probably with a higher whole-person multiple, does not get in, since most of those who must compete for nominations are "better" on paper than the direct admissions. This in turn means that, to whatever degree, the capability of the officers down the line -- those who will have their fingers on the buttons -- is at least arguably watered down. The Navy shouldn't want this; the United States shouldn't want it.

But that's not the only reason for my concern. While all aspects of affirmative action warrant reassessment, for now the focus is on racial preferences. And I am convinced that, at bottom, the administration is right: Race has become far too blunt an instrument for ensuring "diversity," even if it is used as one of several criteria (Condoleezza Rice's solution). In an immigration-altered society no longer polarized into "black" and "white," the racial categories on which affirmative-action policies depend have begun to break down.

It is philosophically justifiable to say -- as the Bush administration should be saying, but isn't -- that we want the American dream to be open to all. In the Navy's case, that means the Naval Academy, the officer corps and other leadership roles. But "solving" the problem by deciding what we want our naval leadership to look like and then letting into the academy people who will help produce that profile, is, as the current situation shows, worse than no solution at all, since it is inconsistent with the goal of ultimate colorblindness.

Some argue that if we stop doing this, the academy will once again look much the way it did during the lily-white years before integration, with a few atypical exceptions. Yet there is something worse than having the enrollment of black students at elite institutions drop in the short run. That is, sitting idly by while society remains stratified to the point where the only way to get large numbers of black and other minority students into elite institutions is by cooking the books. We need applicants who can get in on their own merits. If this means more intervention, earlier, in disadvantaged communities, so be it. In the long run, it is the only tenable solution. Bruce Fleming has just finished a memoir of his first decade teaching at the U.S. Naval Academy, from which he is currently on sabbatical. This article represents his personal views.

Comments

# EXHIBIT V

# TASK FORCE ONE NAVY




## OUR NAVY TEAM – NAVIGATING A COURSE TO TRUE NORTH

## FINAL REPORT

# TABLE OF CONTENTS

**Executive Summary** .......... **4**
Mission, Structure and Process .......... 4
Current State .......... 6
Abstract of Recommendations .......... 7
Way Forward .......... 10
Closing Remarks .......... 10

**Introduction** .......... **12**
Overview .......... 12
Task Force One Navy Observations .......... 14

**Current State** .......... **15**
Force Demographics .......... 15
Diversity Progress .......... 15

**Structure and Process** .......... **18**
Task Force One Navy Governance Structure .......... 18
Governance Checkpoints .......... 19

**Recommendations** .......... **20**
Complete List of Recommendations .......... 20
LOE 1 - Recruiting, OPR: Navy Recruiting Command .......... 33
LOE 2 - Talent Management/Retention, OPR: Navy Personnel Command .......... 38
LOE 3 - Professional Development, OPR: Naval Education and Training Command / Naval Service Training Command .......... 44
LOE 4 - Innovation and Science, Technology, Engineering and Mathematics, OPR: Office of Naval Research .......... 49
LOE 5 - Additional Recommendations .......... 52

**Way Forward** .......... **66**
Next Steps .......... 66
Culture of Excellence Campaign Plan, Primary Prevention Strategy and Task Force .......... 66
Ongoing Data Gathering .......... 67
Closing .......... 67

**Appendix** .......... **70**
*Appendix A: NAVADMIN 254/19, Culture of Excellence*
*Appendix B: Task Force One Navy Charter*
*Appendix C: NAVADMIN 025/20, Re-establishing Navy Leader Development Framework Briefs*
*Appendix D: Department of Defense Board on Diversity and Inclusion Charter*
*Appendix E: Department of Defense Board on Diversity and Inclusion Final Report Executive Summary*
*Appendix F: Necessary Conversations Guide 2.1*

# TABLE OF CONTENTS

*Appendix G: Task Force One Navy and Intermediate Flag and Executive Leadership Course of 25 Nov 2020*
*Appendix H: Inclusion and Diversity Council After-Action Report of 5 Oct 2020*
*Appendix I: Current State Statistics*
*Appendix J: Secretary of Defense Memorandum of 19 Jun 2020, Actions for Improving Diversity and Inclusion in the Department of Defense*
*Appendix K: Secretary of Defense Memorandum of 14 Jul 2020, Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the Military Services*
*Appendix L: NAVADMIN 247/20, Elimination of the Display of the Officer Photograph During Selection Boards*
*Appendix M: BUPERSNOTE 1401 of 9 Sep 2020, Diversity in Selection Board Recorder Assignment*
*Appendix N: Secretary of Defense Memorandum of 16 Jul 2020, Public Display or Depiction of Flags in the Department of Defense*
*Appendix O: NAVADMIN 203/20, Public Display or Depiction of Flags in the Navy*
*Appendix P: Under Secretary of Defense (Personnel and Readiness) Memorandum of 31 Aug 2020, Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the Military Services – Promotion and Selection Board Guidance*
*Appendix Q: NAVADMIN 051/20, Navy Inclusion and Diversity Policy Update*
*Appendix R: USFFC RMG 051941ZOCT20 - UPDATE TO NAVSUP P-487 (EXTENT OF SHIPBOARD BARBER SERVICE GUIDANCE)*
*Appendix S: Navy Inclusion and Diversity Goals and Objectives*
*Appendix T: NAVADMIN 188/20, Navy Inclusion and Diversity*
*Appendix U: Abbreviations and Acronyms*

# EXECUTIVE SUMMARY

## Mission, Structure and Process

Admiral Michael Gilday, Chief of Naval Operations (CNO), stated Mission One for every Sailor (active and reserve, officer and enlisted, uniformed and civilian) is the operational readiness of today's Navy. Part of that readiness, as members of the profession of arms, is holding ourselves to high ideals of integrity and service (*Appendix A*).

Our Sailors are our asymmetric advantage in a complex and changing environment. Optimizing our Navy Team's performance requires a deep understanding of the Culture of Excellence (COE) - a Navy-wide approach focused on enhancing our Core Values of Honor, Courage and Commitment.

Our COE drives the understanding that when Sailors feel included, respected and empowered, they are mission ready, able to deter aggression and maintain freedom of the seas. Mission readiness is stronger when diverse strengths are used and differing perspectives are applied. By embracing Inclusion and Diversity (I&D) in our day-to-day work and decisions at a fundamental level, we harness the creative power of our differences, putting forward actions and strategies that accelerate and enable our Navy's warfighting advantage.

**WE NEEDED TO SEIZE THIS MOMENT TO ENGAGE IN CONVERSATIONS ABOUT RACE, DIVERSITY AND INCLUSION WITHIN OUR FORCE MORE THAN EVER BEFORE.**

After the nation-wide protests in the spring and early summer of 2020, CNO encouraged dialogue about race relations and inclusion in America and how to actively strive for strong measures of I&D in the Navy. Our existing efforts, while admirable in many respects, clearly fell short of adequately addressing the societal challenges of today. We needed to seize this moment to engage in conversations about race, diversity and inclusion within our force more than ever before. We had to have open, honest and necessary conversations across our Navy and take action. We needed to rise to the occasion and identify the issues in our Fleet, understand where current barriers to I&D exist and learn how to effectively listen to all perspectives in pursuit of I&D reform. These conversations are vital for our Navy team, as understanding and connection builds teamwork and teamwork builds trust.

On 1 July 2020, the Navy stood up Task Force One Navy (TF1N), leveraging our COE governance structure, to identify and make recommendations to dismantle barriers to equality while creating sustainable opportunities, ultimately achieving our desired end-state of warfighting excellence (*Appendix B, C*).

TF1N set out to analyze and evaluate issues in our society and military that detract from Navy readiness, such as racism, sexism and other structural and interpersonal biases to attain significant, sustainable I&D-related reform. In alignment with Department of Defense (DOD)-related efforts, TF1N primarily focused on active uniformed Sailors with an ancillary focus on the civilian workforce. TF1N focused on recruiting, leadership training and past/current experiences within the overall Navy command climate and our Navy culture in support of readiness. TF1N leveraged the COE governance structure and aligned efforts to the COE Campaign Plan to form a long-term implementation strategy designed to effectively dismantle barriers to equality, and ultimately move the Navy closer to achieving our desired end-state of warfighting excellence. This included updating the CNO's I&D

Council in September 2020 (*Appendix H*).

RADM Alvin Holsey was designated as Director, TF1N and reported to the CNO via VADM John B. Nowell, Jr., the Navy's Chief I&D Officer. The remainder of the executive leadership of the Task Force was RDML Putnam Browne, Director, 21st Century Sailor Office (OPNAV N17), who served as Deputy Director and Executive Secretary of TF1N; FORCM Huben Phillips, who served as Senior Enlisted Advisor; CAPT Thomas "T.J." Dixon who served as Chief of Staff; and Ms. Jane Roberts who served as Civilian Advisor. TF1N was supported by commands from across the Navy, including representatives (e.g., officers, enlisted, civilians) from the majority of Echelon 2 commands.



**TF1N was organized around four different Lines of Effort (LOEs), each led by a Flag Officer with specific focus areas. Those LOEs and leaders were:**

**LOE #1:** Recruiting, Navy Recruiting Command (NRC) – RDML Dennis Velez

**LOE #2:** Talent Management/Retention, Navy Personnel Command (NPC) – RADM Jeffrey W. Hughes

**LOE #3:** Professional Development, Naval Education and Training Command (NETC)/Naval Service Training Command (NSTC) – RADM Peter A. Garvin and RDML Milton J. "Jamie" Sands III

**LOE #4:** Innovation and Science, Technology, Engineering, and Mathematics (STEM), Office of Naval Research (ONR) – RADM Lorin C. Selby

**In addition,** TF1N leadership conducted numerous program reviews and deep dives in areas ranging from women's policy issues to naming of ships, buildings and streets to create a series of additional recommendations (known as LOE 5).

**From July to December 2020, TF1N accomplished the following:**

- Participated in the DOD Board on Diversity and Inclusion (DBDI) to address DOD-wide issues of diversity, equity, inclusion and belonging (*Appendix D, E*).
- Leveraged the experience of prior Navy leadership by operationalizing the retired Trusted Advisory Group (TAG) to include senior enlisted, civilians and officers who have had a strong influence on Navy culture. In addition to TAG members advising each LOE working group, CNO conducted three cohort sessions with the final one on 10 November 2020.
- Engaged the Flag Wardroom, Senior Executive Service (SES) Corps and the Master Chief Petty Officer of the Navy's (MCPON) Senior Enlisted Leadership Mess by delivering surveys following a Flag Officer and SES training seminar.
- Conducted multiple listening sessions with Sailors and civilians in the US and overseas, to include Japan, Bahrain and Europe, and special engagements with the National Naval Officers Association (NNOA), United States Naval Academy Minority Association (NAMA), Sea Service Leadership Association (SSLA) and Association of Naval Services Officers (ANSO).
- Conducted TF1N focus groups to solicit volunteer input from a diverse cross-section of Sailors (e.g., demographic, paygrade, community and location), supported by the Center for Naval Analyses (CNA). In total, more than 280 focus groups from around the Navy were conducted.
- Created a Necessary Conversations Guide (NCG) with messaging and tools for leaders to start productive dialogue around I&D topics. The first version of the NCG was released in July 2020. NCG 2.1 was released 06 November 2020 (*Appendix F*).
- In concert with the College of Leadership and Ethics at the Naval War College (NWC), TF1N presented a summary of actions, selected problem statements and key recommendations to the Intermediate Flag and Executive (IFLEX) Course in early November 2020. This class of 31 SES and Flag/General Officers utilized Navy Learning Organization Applications taught throughout the week to collectively provide a peer review of insights and inputs directly to the TF1N Director. A summary is provided at *Appendix G.*

## Current State

In order to baseline where the Navy is today on I&D, TF1N gathered Navy demographic trends and compared these to United States (US) Census population data and benchmarked against other organizations (*Appendix I*).

These statistics are important because diverse teams are 58 percent more likely than non-diverse teams to accurately assess a situation.[1] In addition, gender-diverse organizations are 15 percent more likely to outperform other organizations and diverse organizations are 35 percent more likely to outperform their non-diverse counterparts.[2] Currently, when compared to 2018 U.S. Census population data, our enlisted force has greater racial and ethnic diversity than our society, however, is under represented from a gender perspective (i.e., the U.S. is 51 percent female, the Navy enlisted force is 20 percent female). Our officer corps remains overwhelmingly white and male and, except for Asian representation, is not representative of the U.S. today.

On officer promotions, the percentage of officers selected for promotion suggests minority officers promote at approximately the same percentages as white officers. However, the number of eligible officers in all three control grades (O-4, O-5 and O-6) demonstrates minority groups are underrepresented

1 | "Ethnic Diversity Deflates Price Bubbles," December 30, 2014, Proceedings of the National Academy of Sciences of the United States of America.
2 | "Diversity Matters," McKinsey & Company, February 2, 2015.

when entering the control grade of O-4 and remain underrepresented at each subsequent paygrade, which affects Flag Officer opportunity.

On enlisted advancement, the data shows that minority advancement rates for junior Sailors are lower compared to their white peers except for meritorious advancements where minorities account for an overall higher percentage. Advancement rates within E-7 through E-9 vary by racial minority when compared to their white peers but tend to be higher at E-7 and E-9 while lower at E-8.

Minority junior officers (JOs) are retained better than majority JOs for the first twelve years of service and female officer retention is increasing. Active duty female service members are also increasing as a percentage of the total force. Over the past 20 years, Navy's active duty senior enlisted population has become 60 percent more racially diverse, 56 percent more gender diverse and over 300 percent more ethnically diverse.

## Abstract of Recommendations

*DOD-Wide Recommendations*

As previously mentioned, TF1N participated in the DBDI to address DOD-wide issues of diversity, equity, inclusion and belonging within the DOD. Through the DBDI and associated efforts, TF1N and the broader MyNavy HR I&D team accomplished the following:

- Per the June 19, 2020 Secretary of Defense (SECDEF) memo, titled "Actions for Improving Diversity and Inclusion in the Department of Defense". (*Appendix F*):

  a. Conducted a review of all policies, programs and processes that may negatively affect equal opportunity, diversity, and inclusion, recommending changes for swift implementation.

  b. Nominated members to participate in the DBDI and provided logistical and administrative support.

  c. Assisted with developing a proposal establishing, and recommended potential members for an enduring Defense Advisory Committee on Diversity and Inclusion in the Armed Services.

- Per the July 14, 2020 SECDEF memo, titled "Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the Military Services." (*Appendix K*):

  a. Removed photographs from consideration by promotion boards and selection processes. Issued NAVADMIN 247/20. (*Appendix L*).

  b. Reviewed hairstyle and grooming policies for racial bias. The review of NAVPERS 156651 disclosed the Navy's hairstyle and grooming policy statements and standards are not racially biased. However, several of the terms, definitions, and commonly used words are considered subjective, which may facilitate policy interpretation resulting in the perception of racial bias. Navy is updating NAVPERS 156651 to contain more concise and less subjective terms, definitions, and policy statements.

  c. Participated in a Naval Inspector General review assessing the effectiveness of military service equal opportunity offices.

  d. Implemented three service immediate actions identified pursuant to the June 19, 2020 memo discussed above. Those were:

     i. Expand diversity in Recorders and Assistant Recorders in Navy promotion selection boards and administrative boards. Issued BUPERSNOTE 1401 of September 9 2020. (*Appendix M*).

     ii. Fund and initiate virtual and in-person I&D conferences with NNOA and ANSO.

     iii. Establish TF1N.

- Complied with July 16, 2020 SECDEF memo, titled "Public Display of Flags in the Department of Defense" (*Appendix N*), through issuance of NAVADMIN 203/20. (*Appendix O*).

- Participated in a Working Group established per August 31, 2020 Under Secretary of Defense (Personnel and Readiness) (USD P&R) memo, titled "Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the Military Services – Promotion and Selection Board Guidance". (*Appendix P*).

***Navy-Specific Recommendations***

This report contains problem statements and recommendations from each TF1N LOE. Additionally, TF1N leadership developed a series of additional recommendations and highlighted areas requiring further analysis. In total, 56 recommendations and further areas of proposed study were established for consideration. Below you will see a summary of recommendations from each of the LOEs. A detailed analysis of related problem statements and recommendations is provided in the body of the report.

# SHORT-TITLE SUMMARY OF RECOMMENDATIONS

### LOE 1
## RECRUITING

- 1.1 Strengthen Outreach to Underrepresented Communities
- 1.2 Establish "Whole Person" Concept
- 1.3 Establish Unrestricted Line (URL) In-Service Procurement Program (ISPP)
- 1.4 Expand Student Loan Repayment Program
- 1.5 Offer Stipend for Delayed Entry Program (DEP)
- 1.6 Authorize Use of an Alternate College Board Exam in Puerto Rico
- 1.7 Remove OPT-IN Requirement for Minority Serving Institution Scholarship Reservation (MSISR) Applications
- 1.8 Eliminate Officer Aptitude Rating (OAR) Test Requirement
- 1.9 Evaluate Possible Redistribution or Establishment of Additional Naval Reserve Officer Training Corps (NROTC) Units
- 1.10 Reinstate Baccalaureate Degree Completion Program (BDCP) 2-year Degree Program
- 1.11 Establish Our Navy Oversight Program

### LOE 2
## TALENT MANAGEMENT/RETENTION

- 2.1 Strive for Ensuring the NPC Staff Reflects the Diversity of the Navy Population
- 2.2 Assign Special Assistant for Diversity at NPC
- 2.3 Include Diversity in All Formal Nomination Packages
- 2.4 Develop Single PERS-4 Precept for All Non-statutory Boards
- 2.5 Expand Use of Diversity Data in Record of Proceedings (ROP)
- 2.6 Expand Post-board Statistics
- 2.7 Formally Track Diverse Board Membership Statistics
- 2.8 Develop Fleet-Wide Training Regarding Objective Based Performance Assessments
- 2.9 Transition to MyNavy Coaching
- 2.10 Continue Performance Evaluation Transformation (PET)
- 2.11 Implement Navy Command Leadership Assessment and Selection Program (NCLASP)
- 2.12 Review Recourse Procedures for Performance Evaluations
- 2.13 Review Career Path and Development Frameworks
- 2.14 Review Screening and Conversion Requirements for Community and Assignment Managers

LOE 3

## PROFESSIONAL DEVELOPMENT

3.1 Develop Subjectivity Mitigation Capabilities
3.2 Re-Establish Broadened Opportunity for Officer Selection and Training (BOOST) 2.0
3.3 Increase NROTC Side-Load Scholarships
3.4 Source NROTC Consortium Deputy Commander Position at Selected Minority Serving Institutions (MSIs)
3.5 Update Functions and Incentivize Retention of Retail Specialists (RS) Tasked to Style the Hair of Sailors Afloat

LOE 4

## INNOVATION AND SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS (STEM)

4.1 Determine the Navy's Military/Civilian Population Associated with Fraternities, Sororities and Affinity Groups
4.2 Review and Clarify Guidance for Outreach to Affiliated Professional Groups
4.3 Incentivize Inclusive Participation and Leadership
4.4 Develop Public Affairs (PA) Campaign to Increase Visibility of Minority Affinity Groups
4.5 Construct Diverse Military and Civilian Network to Increase the Awareness of Navy STEM
4.6 Enhance and Develop STEM Outreach Programs

LOE 5

## ADDITIONAL

5.1 Add "And Respect" to Navy Core Values
5.2 Continue Listening Sessions
5.3 Restart Navy Leader Development Framework (NLDF) Briefs
5.4 Counter Hate Speech
5.5 Pilot Mentoring Program
5.6 Establish Student Exchange Program US Naval Academy (USNA)/Historically Black Colleges and Universities (HBCU) and MSIs
5.7 Modernize Process to Name Ships, Buildings and Streets in Honor of National Historic Naval Figures
5.8 Form Management Advisory Groups (MAGs)
5.9 Take Deliberate Action to Showcase and Recognize the Navy's Diverse Culture and History
5.10 Monitor Disproportionate Impacts to Non-Judicial Punishment (NJP)
5.11 Evaluate Changes to Naval Military Personnel Manual (MILPERSMAN) 1910-138 and 1910-140 on Pattern of Misconduct
5.12 Develop Adjunct Recruiter Program
5.13 Leverage Flag Management Tracker
5.14 Leverage Artificial Intelligence (AI) to Minimize Bias in Selection Board Processes
5.15 Improve Diversity At Naval Professional Military Education (PME) Institutions
5.16 Establish COE Award
5.17 Designate an Advisor in OPNAV N17 for Women's Policy Issues Informed by a MAG
5.18 Review Health Disparities
5.19 Institutionalize Naval Junior Officer Council (NJOC)
5.20 Establish Partnership with Civilian Counterparts on I&D

## Way Forward

TF1N was founded during a time of national crisis and has emphasized the Navy's expanding efforts to invest in I&D-related efforts. In doing so, we increase the propensity of members of diverse ages, genders, and ethnicities entering and continuing service as members of our One Navy Team. TF1N provided an opportunity to focus organized resources and amplify diverse perspectives to develop strategies to address systemic inequities within the Navy. To ensure TF1N recommendations are executed and enduring initiatives are reassessed and updated continuously, stakeholders who led the development of the TF1N LOEs must continue to lead with accountability and measure the success of selected TF1N recommendations from this report.

As we transition to sustain the TF1N framework, leaders will continuously analyze our Navy systems, climate and culture to ensure differences are valued and that diversity of thought within the organization is promoted. The newly embedded relationship between TF1N and the COE Campaign Plan will support the organization in institutionalizing I&D and further accelerating COE efforts.

The recommendations below are being developed in support of this ongoing effort:

- Transition TF1N LOEs as supporting Lines of Operation (LOOs) under COE LOE #4 (I&D)
- Research models, approaches and best practices to potentially link TF1N findings and current I&D Navy initiatives to identify data-driven solutions to command climate issues
- Explore transition of Sailor 2025 into an enduring People and Culture Strategy which will serve as an umbrella for all I&D-related efforts within the Navy

## Closing

Early in our nation's history we adopted the motto, "E Pluribus Unum" or "Out of Many, One." It was fitting then, and the sentiment still rings true today. Our nation of over 330 million individuals is made up of a multitude of races, ethnicities, genders, religions, sexual orientations and more. And we value them all. Why? Because that's what right looks like, and that's what we teach our young people.

In our Navy, like society, I&D must never become an afterthought. It's true to who we are. With all of our ills, injustices, and sometimes broken promises. We will still rise and stand shoulder-to-shoulder against any foe, knowing we will win. We will win because of our shared beliefs and common ideas – an oath to protect and defend the constitution of the United States of America against all enemies foreign and domestic. A shared belief that we are all created equal and that we are better together. A shared belief in innovation,

## TF1N PLEDGE

As a key member of Task Force One Navy I will invest the time, attention and empathy required to analyze and evaluate Navywide issues related to racism, sexism, ableism and other structural and interpersonal biases.

**I pledge** to be actively inclusive in the public and private spheres where I live and work, and proactively encourage others to do the same.

**I pledge** to advocate for and acknowledge all lived experiences and intersectional identities of every Sailor in the Navy.

**I pledge** to engage in ongoing self-reflection, education and knowledge sharing to better myself and my communities.

**I pledge** to be an example in establishing healthy, inclusive and team-oriented environments.

**I pledge** to constructively share all experiences and information gained from activities above to inform the development of Navywide reforms.

toughness and adaptability. A shared belief so strong that we are willing to give our lives for the freedoms and rights of future generations.

This TF1N journey has been one of discovery, self-reflection and sometimes unspoken truths. Though humbling and disappointing at times, it has been a genuine and determined effort to make our Navy Team better. In our listening sessions, the conversations always centered on six key themes: respect, empathy, skepticism, training, accountability and the silence of leadership. In those sessions, we found pain, truth, unity, friends and our shipmates. We also found who we could ultimately become for the good of our Navy and our nation.

Our recommendations have been well vetted, key initiatives red-teamed and the temporal aspect of when to act considered. We concluded that to do nothing is unacceptable. The recommendations might not all be right, but they are recommendations, nonetheless. Recommendations were developed that recognize some systemic inequalities and offer solutions to help our Navy become a more lethal and well-connected warfighting force. Well-connected in a sense that we know who we are and who is standing next to us in war and in peace. Yes, we know our shipmates… we see them, we hear them, we trust them and we respect them.



Accountability for the TF1N effort will be key and rest with all of us, from E-1 through O-10 and contractor through SES. Ultimately, the specific actions, metrics and outcomes will be tracked and monitored via the COE Campaign Plan and briefed to the COE Governance Board to ensure enduring support for years to come. The inclusion in the COE campaign plan is truly the key to effecting enduring change and long-term sustainability.

As the Director and Senior Enlisted Advisor of TF1N, we envision three things for our Navy Team going forward:

1) A renewed sense of who we are as a people, as shipmates and as a Navy.

2) A profound understanding of the word "respect." Respect for self, for service and our fellow shipmates.

3) Action that improves readiness across the force while unleashing the full potential, talents and skills of all who serve. We owe that to the scores of young people raising their hands each day, making a choice and following a call to serve.

Finally, when it comes to inclusion and diversity we can be committed or involved. We choose commitment.



**H.L. PHILLIPS** **A. HOLSEY**

# INTRODUCTION

**Overview**
Ensuring inclusion and connectedness among every Sailor, family member and Navy civilian promotes organizational trust and transparency throughout their Navy journey. Every active and reserve Sailor and civilian brings a unique set of skills to our team. Actively seeking out and leveraging these skills is key to reaching our maximum warfighting potential.

Without inclusion and connectedness, diverse perspectives can lead to friction and conflict in thoughts and opinions. Military and civilian perspectives must be actively included to harness the creative power of diversity, accelerating our Navy's warfighting advantage.

Per NAVADMIN 051/20 (*Appendix Q*), Navy's I&D Goals are:

- Goal 1: Institutionalize I&D across our Navy.
- Goal 2: Attract and recruit the best talent from our diverse nation to cultivate a high-performing and innovative workforce.
- Goal 3: Develop and retain Sailors and Navy civilians by ensuring an inclusive culture across our workforce.

As such, on 1 July 2020, the CNO stood up TF1N with membership reflecting the diversity of race, ethnicity, gender, age, religion and ranks from across our Navy to identify barriers and corrective actions to eliminate inequalities between groups of people. TF1N leveraged outreach focus groups representing diversity of race, ethnicity, gender, age, religion and rank to ensure a range of experience and perspectives. TF1N leadership also participated in SECDEF's DBDI to address DOD-wide issues of diversity, equity, inclusion and belonging within the DOD. While we have been focused on I&D for many years, current events shine a light on the need for us to do more in a deliberate fashion.

TF1N was organized around four different LOEs, each working group led by a Flag Officer with specific focus areas. Those LOEs and leaders were:

## LOE #1
**Recruiting, NRC – RDML Dennis Velez**
- "Whole person" concept in all recruiting and accessions
- Reshape recruiting efforts to better address minorities
- Recruiting strategies drill down to generational interest
- Consistent data and evaluation strategy in support of Navy I&D
- Explore junior enlisted with 4-year college degree for officer programs

## LOE #2
**Talent Management/Retention, NPC – RADM Jeffrey W. Hughes**
- Detailing/milestone job opportunities
- Fitness reporting/evaluation systems
- Promotion/advancement processes
- Diversity of talent by community

## LOE #3
**Professional Development, NETC/NSTC – RADM Peter A. Garvin and RDML Milton J. "Jamie" Sands III**
- Overhaul I&D training - "right" self-awareness and coaching tools
- Redefine and reinvent BOOST (2.0) Program

## LOE #4
**Innovation and STEM, ONR – RADM Lorin C. Selby**
- Navy STEM partnership with K-12 (primary/secondary schools)
- Innovation/STEM HBCU & MSI partnerships with affinity groups

# FROM JULY TO DECEMBER 2020, TF1N, IN CONCERT WITH THE LOE WORKING GROUPS, DID THE FOLLOWING:

- Participated in the DBDI to address DOD-wide issues of diversity, equity, inclusion and belonging.
- Leveraged the experience of prior Navy leadership by operationalizing the retired TAG to include senior enlisted, civilians and officers who have had a strong influence on Navy culture. In addition to TAG members advising each LOE working group, CNO conducted three cohort sessions with the final one on 10 November 2020.
- Engaged the Flag Wardroom, SES Corps and MCPON's Senior Enlisted Leadership Mess by delivering surveys following a Flag Officer and SES training seminar.
- Conducted over 20 listening sessions with Sailors and civilians in the US and overseas, to include Japan, Bahrain and Europe, and special engagements with NNOA, NAMA, SSLA and ANSO.
- Conducted TF1N focus groups to solicit volunteer input from a diverse cross section of Sailors (e.g., demographic, paygrade, community and location), supported by CNA. In total, 280+ focus groups from around the Navy. Currently planning follow up focus groups in partnership with CNA that are planned for January to March 2021.
- Created a NCG with messaging and tools for leaders to start productive dialogue. The initial NCG was released in July 2020. NCG 2.1 was released in early November 2020.
- Presented a summary of actions, selected problem statements and key recommendations to the IFLEX Course in early November 2020, in concert with the College of Leadership and Ethics at NWC and IFLEX Leadership Course. This class of 31 SES and Flag/General Officers utilized Navy Learning Organization Applications taught throughout the week to collectively provide a peer review of insights and inputs directly to the TF1N Director. A summary is provided at (*Appendix G).*

Moving forward, as Sailors and civilians, Navy cannot tolerate racism or discrimination of any kind. To build a more inclusive and effective force, we all must listen to each other, understand the perspectives of others, identify and eliminate individual and systemic racism and eradicate discrimination. Our Navy Team must live the Navy's Signature Behaviors as reflected in our COE Campaign Plan.

**TF1N leadership conducted numerous program reviews and deep dives to create a series of additional recommendations related to:**

- Matters surrounding gender minorities
- Updating naming ships, buildings and streets
- Updating Navy Core Values/the CNO's professional reading list
- Countering hate speech
- Health disparities among minorities including nutrition
- CNO/Vice Chief of Naval Operations (VCNO) flag matters quarterly tracking of all demographically underrepresented Flag Officers
- Formalize CNO/VCNO NLDF briefs from Type Commanders (TYCOMs) for officers and enlisted
- Judge Advocate General (JAG) Review of the following:
  - Increase Diversity of Candidates for Nominative Positions (SECDEF Board item)
  - Updates to MILPERSMAN 1910-138 and 1910-140 regarding separations due to misconduct
  - Create an electronic Navy-wide database to monitor NJP disparities

### TF1N Observations

TF1N uncovered information about challenges and experiences within the Fleet and the impact these incidences have on individuals throughout the Navy. Specifically, focus groups and listening sessions were conducted to gather Sailors' input and experiences related to five topic areas: recruiting/accession; promotion and advancement, mentoring and professional development; retention; military justice; and recommendations the Sailors could offer to their leadership to address inequities with respect to I&D.

Within these topic areas, TF1N focused on identifying barriers and/or inequalities specific to race/ethnicity, gender and sexual orientation. Other areas of concern were identified but not specifically addressed by TF1N related to identity, language, age and religious beliefs.

Currently, there are roughly 347,800 Active (56,250 Officers and 287,200 Enlisted), 58,800 Reserves and 220,000 Department of the Navy (DON) civilians to support Navy readiness. Civilians work across the DON in warfare centers, research labs, shipyards, installations, ship/air operations, depots, training, quality of life, engineering, acquisition, supply, distribution, logistics, program offices, transportation, cyber, human resources (HR), finance and as civil service mariners in Military Sealift Command (MSC).

For both military and civilian I&D efforts in the Navy, it is crucial to maintain 3 important tenets:

1. **I&D cannot be a one-and-done.**

Growing diverse teams and building inclusive workplaces takes an intentional and sustained leadership focus. It takes decades to fully realize the benefits from sustained actions taken today. Elevating I&D as a leadership competency that permeates all other leadership competencies, and not as a one-and-done stand-alone HR training, will help ensure that implemented TF1N recommendations and follow on civilian-led efforts are able to gain traction and transform Navy culture.

2. **Ensure clear, balanced and consistent I&D messaging focused on strategic Navy outcomes.**

Future I&D efforts should first and foremost, support and reinforce the goals set forth by NAVADMIN 051/20 (*Appendix Q*), Navy's I&D Goals, to ensure I&D efforts do not become an end unto themselves but are implemented to the extent that makes the Navy stronger.

3. **Ensure ownership and accountability to reinforce words with tangible actions.**

All members up and down the chain of command need to own I&D to both hold themselves and others accountable. Many think that this issue is often about "what others are doing" not what "you are doing." No one is exempt, as this is a top down issue. We need to leverage data-driven assessments of performance related to I&D and monitor and regularly evaluate the effectiveness and progress of the implementation of I&D initiatives.

---

The following TF1N recommendations will enhance culture and directly impact our civilian teammates:

- Updating Core Values by adding "and Respect"
- Continuing listening sessions
- Designate an advisor in OPNAV N17 for Women's Policy issues informed by a MAG
- Restarting NLDF briefs
- Formalizing I&D training throughout a Sailor's career
- Mentoring Pilot Program with SES/General Schedule (GS) civilians
- Enhancing STEM Outreach in K-12
- Developing partnerships with HBCUs/MSIs
- Countering hate speech
- Updating CNO's professional reading list
- Sourcing a Special Assistant for Diversity at NPC
- Establishing MAGs
- Improving Faculty Diversity at Naval PME Institutions

# CURRENT STATE

## Force Demographics

The current total race breakdown for the Navy is: American Indian or Alaska Native (6,594/2 percent), Asian (19,178/6 percent) Black or African American (58,363/18 percent), Declined to Respond (16,205/5 percent), Multiple Races (22,304/7 percent), Native Hawaiian or other Pacific Islander (3,940/1 percent), White (206,406/62 percent), Total Active Force (332,990/100 percent).

**2018 US Census Population Data, Navy Officer/Enlisted Percentages and Trending by Race/Ethnicity & Gender**

| DEMOGRAPHICS (2018 CENSUS) | OFFICER / ENLISTED | TRENDING |
|---|---|---|
| White: 76% | 77% / 59% | ↓ / ↔ |
| Black: 13% | 8% / 19% | ↔ / ↔ |
| Asian: 6% | 6% / 6% | ↔ / ↔ |
| Hispanic Ethnicity: 18% | 9% / 18% | ↑ / ↔ |
| Female: 51% | 20% / 20% | ↑ / ↔ |

**Accession Demographic Data**

| | |
|---|---|
| FY19 TOTAL FORCE OFFICER RECRUITS | 26% female, 12% Hispanic, 25% racial minorities |
| FY19 TOTAL FORCE ENLISTED RECRUITS | 24% female, 18% Hispanic, 32% racial minorities |
| USNA CLASS OF 2019 GRADUATES | 28% female, 12% Hispanic, 23% racial minorities |
| USNA CLASS OF 2023 | 26% female, 13% Hispanic, 27% racial minorities |
| NROTC FY19 COMMISSIONS | 19% female, 10% Hispanic, 17% racial minorities |

**Diversity in Officer Career Progression**

Initial officer accessions demonstrate the underrepresentation of Black, Hispanic Americans and females as compared to 2018 US Census Population Data:

| DEMOGRAPHICS (2018 CENSUS) | OFFICER ACCESSIONS (%) |
|---|---|
| White: 76% | 75% |
| Black: 13% | 7% |
| Asian: 6% | 7% |
| Hispanic Ethnicity: 18% | 11% |
| Female: 51% | 22% |

Underrepresentation in accessions affects racial diversity across the Navy, but is amplified in the following communities:

- Naval Special Warfare's (NSW) under-representation of racial diversity begins at accessions with NSW O-1 diversity comprising 10 percent compared to 22 percent of all URL O-1s.
- Submarine Warfare accession diversity (19.5 percent at O-1) is slightly less than total URL O-1 diversity (22 percent). Black officers account for only 2 percent of total submarine officers.
- Naval Aviation's underrepresentation of racial diversity begins at accessions with Aviation diversity comprising 16 percent of the O-1 paygrade compared to 22 percent of all URL O-1. Black officers account for only 2.2 percent of total aviation officers.

Retention is an issue for Hispanics, Asians and females throughout their career as demonstrated in the table below showing a progressive drop in percentage of officers at higher ranks.

| ALL COMMUNITIES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COMMISSIONED | TOTAL | WHITE | BLACK | ASIAN | HISPANIC | NON HISPANIC | OTHER | UNKNOWN | MALE | FEMALE |
| O-1 | 6,825 | 74.77% | 7.50% | 6.86% | 11.40% | 88.60% | 8.72% | 2.12% | 77.40% | 22.60% |
| O-2 | 6,897 | 75.08% | 7.10% | 6.95% | 10.50% | 89.50% | 8.10% | 2.78% | 76.60% | 23.40% |
| O-3 | 20,037 | 76.06% | 7.40% | 5.71% | 8.90% | 91.10% | 7.49% | 3.34% | 77.60% | 22.40% |
| O-4 | 10,298 | 78.79% | 7.60% | 5.35% | 7.20% | 92.80% | 4.45% | 3.75% | 81.00% | 19.00% |
| O-5 | 6,657 | 81.10% | 7.20% | 4.31% | 6.40% | 93.60% | 3.17% | 4.40% | 86.10% | 13.90% |
| O-6 | 3,143 | 84.66% | 6.30% | 3.66% | 5.75% | 94.25% | 1.81% | 3.60% | 88.14% | 11.86% |
| O-7 | 107 | 89.72% | 2.80% | 0.00% | 2.80% | 97.20% | 0.00% | 3.73% | 93.46% | 6.54% |
| O-8 | 62 | 93.55% | 3.20% | 0.00% | 1.61% | 98.39% | 1.61% | 1.61% | 90.32% | 9.68% |
| O-9 | 39 | 94.87% | 0.00% | 0.00% | 0.00% | 100.00% | 5.13% | 0.00% | 92.30% | 7.69% |
| O-10 | 10 | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% | 0.00% |
| Total Officer | 54,075 | 77.48% | 7.30% | 5.63% | 8.61% | 91.39% | 6.26% | 3.34% | 79.83% | 20.17% |

Other data sources indicate problems in officer diversity for a variety of reasons. The URL is challenged to retain minorities who demonstrate the propensity to continue to serve in the military but shift out of the core warfighting communities at a higher rate than their white peers. OPNAV N1 has contracted with CNA to further analyze this shift. This study, which involves one-on-one interviews, should be completed by Spring 2021.

The 31 May 2020 snapshot of the URL shows 17.7 percent racial minorities, 8 percent Hispanic ethnicity, and 13.8 percent female representation. Officers re-designating from the URL into Restricted Line (RL) and Staff showed a higher percentage of diverse cohorts than URL representation:

- FY18 re-designations were 25 percent racial minorities, 11 percent Hispanic ethnicity and 22 percent female.
- FY19 re-designations were 26 percent racial minorities, 11 percent Hispanic ethnicity and 23 percent female.

Warfare communities are overall affected by the lack of racial minority inventory at accession.

- NSW racial minorities at all ranks is 8 percent compared to total URL at 17.7 percent.
- Explosive Ordnance Disposal (EOD) racial minorities at all ranks is 11 percent compared to total URL at 17.7 percent.
- Submarine Warfare racial minorities at all ranks is 14.5 percent compared to total URL at 17.7 percent.
- Naval Aviation racial minorities at all ranks is 12.8 percent compared to total URL at 17.7 percent.
- Surface Warfare racial minorities at all ranks is 27.3 percent compared to total URL at 17.7 percent.

## Diversity Progress

Currently, Navy is able to track demographic data, such as gender, race and ethnicity by rank, rate, community, designator and rating. For example, nearly 20 years ago, the Navy's total female force was 16 percent; today, that percentage has increased to 21 percent. Furthermore, nearly two decades ago, the minority race (non-White) percentage across the Navy was 31 percent, but today, that percentage has increased to 38 percent. For ethnicity, the total force percentage of Hispanic Americans has increased from nine percent nearly 20 years ago to 16 percent today.

Based on the most recent five years of data, minority JOs retain better than majority JOs for the first 12 years of service. Female officer retention is increasing, most recent 1-year retention average for female officers is higher than the previous 5-year and 3-year averages. Active duty female service members increased from 14.7 percent (2004) to 19.6 percent (2018) of the total force. Over the past 20 years, Navy's active duty senior enlisted population has become 60 percent more racially diverse, 56 percent more gender diverse and over 300 percent more ethnically diverse.

Today's active duty O-1 and O-3 population is 21 percent racial minorities, 23 percent female and 10 percent Hispanic. This is an encouraging indicator that the Navy's senior leadership will be even more diverse in 20 years. However, if minorities/females aren't promoted and retained beyond twelve years of service, the pool of talent to compete for senior leadership positions will not appreciably change. Over nearly the past 20 years, the active duty enlisted population has become five percent more racially diverse and eight percent more ethnically diverse. Finally, URL numbers have increased for minorities.

These statistics are important because diverse teams are 58 percent more likely than non-diverse teams to accurately assess a situation. In addition, gender-diverse organizations are 15 percent more likely to outperform other organizations and broader diverse organizations are 35 percent more likely to outperform their non-diverse counterparts.

Although the Navy has improved the diversity of its force and is currently more diverse than the US population (see Figure 1), it is still striving to develop a more inclusive organization. This year, the Navy has taken steps to move forward to achieve a more inclusive, diverse and equitable organization. As an organization, we must actively leverage inclusion and diversity to develop leaders, increase performance and sustain our asymmetric advantage over would-be adversaries.




Figure 1 - Navy Gender, Race and Ethnic Demographics versus the US Population

# STRUCTURE AND PROCESS



**TF1N Governance Structure**

The purpose of TF1N was to analyze and evaluate issues in American society and military that detract from Navy readiness, such as racism, sexism and other structural and interpersonal biases. In alignment with DOD-related efforts, TF1N primarily focused on active uniformed Sailors with an ancillary focus on the civilian workforce as it pertains to recruiting, leadership training and past/current experiences within the overall Navy command climate and our Navy culture in support of readiness (*Appendix B*). TF1N established transparent approaches to addressing disparities. Achieving the desired outcome of significant, sustainable changes required a focus on ongoing education and accountability of I&D combined core competencies, such as inclusion in the schoolhouses and on the deckplates. TF1N leveraged Navy's COE governance structure and aligned with efforts to identify and dismantle barriers of inequality while creating sustainable opportunities, ultimately serving to help the Navy community achieve the desired end-state of warfighting excellence.

RADM Alvin Holsey was designated as Director, TF1N and reported to the CNO via VADM John B. Nowell, Jr., as the Navy's Chief I&D Officer. RDML Putnam Browne, Director, 21st Century Sailor Office (OPNAV N17) served as Deputy Director and Executive Secretary of TF1N (see figure 2). The following individuals supported the leadership of TF1N:

1. CAPT Thomas "T.J." Dixon, Chief of Staff
2. FORCM Huben Phillips, Senior Enlisted Advisor
3. Ms. Jane Roberts, Civilian Advisor

The following commanders and leaders (i.e., supporting commanders) supported TF1N:

1. Commander, United States Fleet Forces Command
2. Commander, United States Pacific Fleet
3. Commander, United States Naval Forces Europe/Africa
4. Director, Naval Nuclear Propulsion
5. Commander, Navy Installations Command
6. Deputy Chief of Naval Operations for Warfighting Development (OPNAV N7)
7. Naval Inspector General
8. Superintendent, United States Naval Academy
9. Chief of Navy Reserve
10. Judge Advocate General of the Navy
11. Surgeon General of the Navy
12. President, Naval War College
13. Chief of Information
14. Chief of Legislative Affairs
15. Chief of Chaplains
16. Director, Naval Criminal Investigative Service
17. Commander, Navy Personnel Command
18. Commander, Navy Recruiting Command
19. Commander, Naval Education and Training Command
20. Commander, Naval Service Training Command
21. Master Chief Petty Officer of the Navy (MCPON)
22. Office of Naval Intelligence

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 44 of 292




Figure 2 - TF1N Table of Organization

# GOVERNANCE CHECKPOINTS

TF1N consulted with organizations across DON and leveraged the advice and counsel of appropriate internal and external organizations, consistent with all applicable laws and regulations.

TF1N utilized the COE governance structure, as needed, to execute the tasks outlined in the TF1N charter. Reports to the CNO via the Navy's Chief I&D Officer were provided to document progress. Key presentations occurred at the I&D Council in September 2020 (*Appendix H*) and will occur at the COE Governance Board scheduled for January 2021.

# RECOMMENDATIONS

## Complete List of Recommendations

**Where applicable, this report has noted TF1N recommendations that directly support and/or align with the DBDI 2020 Final Report's broader recommendations.**

The following table showcases the complete list of I&D-reform related recommendations from each LOE team. Each recommendation has been formatted with relevant context and proposed evaluation measures and/or outcomes. Please refer to the specific LOE team sub-sections for additional information regarding recommendations.

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| | | LOE #1: RECRUITING (NRC) | |
| 1.1 | Implement research-based Marketing & Advertising (M&A) and deliberate, sustained and relevant community outreach within underrepresented communities that appeal to Generation Z minorities.<br><br>Aligns with DBDI 2020 Report Recommendation (Rec) 1.1. | Research shows that aggregate youth propensity has declined from roughly 18 percent in the mid-1980's to 11 percent today. This suggests that current recruiting strategies do not fully appeal to diverse populations. Diverse candidates require diverse outreach. Thus, our efforts to reach future Sailors and officers should use a concerted M&A and strategic outreach plan, which highlights the many existing voices within Navy ranks. | Improvement in the number of minority applications, selections and commissioning to reflect relevant national demographic percentages.<br><br>Improvement in minority representation in underrepresented ratings to reflect relevant national demographic percentages. |
| 1.2 | Establish a "whole person" evaluation framework that deemphasizes the use of standardized academic tests.<br><br>Aligns with DBDI 2020 Report Rec 3. | 1. The NLDF 3.0 outlines "how Navy will develop leaders who demonstrate operational excellence, strong character and resilience through community." The Navy should leverage a "whole person" concept in officer accessions that assesses Competency (measurable academic performance that is error and bias resistant), Character (acts of service that are culturally objective) and Connections (observable leadership in motion that is error and bias proof) to provide a more accurate evaluation of diverse candidates' potential to succeed in the Navy.<br><br>2. Armed Services Vocational Aptitude Battery (ASVAB) Validation Review Committee (AVRC) has implemented 15 optimized rating changes in the last year resulting in an 18 percent increase in Navy applicants qualified for those ratings, with larger increases for female (40 percent), African American (37 percent) and Hispanic (27 percent) applicants. The first real data from those changes show that on average student enrollment in nine of those technical ratings has increased 13 percent for African Americans and 23 percent for Hispanic Americans. Leverage AVRC initiatives to optimize rating entry standards and explore the use of a "whole person" concept in the rating assignment process. This, paired with an enhanced emphasis in penetrating minority communities with Navy recruiters, will increase minority representation in technical ratings. | Improvement in the number of minority applications, selections and commissioning to reflect relevant national demographic percentages.<br><br>Improvement in minority representation in underrepresented ratings to reflect relevant national demographic percentages. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #1: RECRUITING (NRC)** | | | |
| 1.3 | Establish an URL ISPP 3-year pilot.<br><br>Aligns with DBDI 2020 Report Rec 1.2. | Recruiting efforts have not achieved equitable demographic representation of officers despite the influx of educated, enlisted Sailors across all racial and ethnic groups. Historical enlisted accession data suggest that given the success and consistency with which Navy recruits diverse representation among enlisted personnel, particularly with diverse Sailors with undergraduate degrees, sufficient access to potential officer recruits within minority communities exist. Pilot an URL ISPP (under NRC/NSTC oversight) where Commanding Officers (with first Flag-level approval) are authorized to conduct a board and select applicants who meet officer program authorization requirements for a commissioning program based on information already contained in their service record. | Improvement in minority officer program applications, selections and commissioning to reflect relevant national demographic percentages. |
| 1.4 | Explore expanding the Student Loan Repayment Program to all personnel who are final selected for an unrestricted line community and complete Officer Candidate School (OCS).<br><br>Aligns with DBDI 2020 Report Rec 1. | The Student Loan Repayment Program is one of several Navy enlistment education incentive programs designed to pay federally guaranteed student loans (up to $65,000) through three annual payments during a Sailor's first three years of service. This program is currently only available to eligible personnel in the DEP who will enlist as active duty Sailors. Explore expanding the Student Loan Repayment Program to all personnel (or perhaps certain communities like nuclear or cyber) who are selected for and complete OCS or Officer Development School (ODS). | Improvement in minority officer program applications, selections and commissioning to reflect relevant national demographic percentages. |
| 1.5 | Explore offering a stipend (E-5 pay) to all qualified Future Sailors in the DEP who have a 4-year college degree, meet program authorization requirements and have an officer application pending, for up to one year while awaiting a board decision. If not selected, individual will serve in an enlisted capacity.<br><br>Aligns with DBDI 2020 Report Rec 1.3. | The officer application process, depending upon the community, can take up to 12 months to complete. Future Sailors reaching the 365-day limit must be discharged from the DEP and are barred from further enlistment processing until a decision is rendered on their officer package. Explore offering a stipend (E-5 pay) to all officer applicants in the DEP, who meet program authorization requirements, for up to one year while awaiting a board decision. | Improvement in minority officer program applications, selections and commissioning to reflect relevant national demographic percentages. |
| 1.6 | Explore the authorization of an alternate College Board exam in Puerto Rico as equivalent to the Scholastic Aptitude Test (SAT).<br><br>Aligns with DBDI 2020 Report Rec 3. | To remove barriers for program participation, authorize the use of an existing College Board exam (Spanish language SAT equivalent) in Puerto Rico as an equivalent to the SAT for applications to NROTC and USNA. Alternatively, allow it to be considered for the MSISR option or to enroll in the NROTC Prep Program. Longer term, explore the continued applicability of using standardized exams like the SAT and ACT as part of the officer program selection and commissioning process. | Improvement in minority officer program applications, selections and commissioning to reflect relevant national demographic percentages. |
| 1.7 | Explore the removal of the "OPT-IN" requirement for MSISR applications.<br><br>Aligns with DBDI 2020 Report Rec 1.3. | Explore the removal of the "OPT-IN" requirement for MSISR applications and automatically submit national scholarship applicants into the MSISR application pool. By default, applicants would be considered for the five nearest MSIs to the Navy Talent Acquisition Group's (NTAG) headquarters and can be modified by the applicant at any point prior to application deadline. | Improvement in minority officer program applications, selections and commissioning to reflect relevant national demographic percentages. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #1: RECRUITING (NRC)** | | | |
| 1.8 | Explore the elimination of OAR test requirement.<br>Aligns with DBDI 2020 Report Rec 3. | To remove barriers due to standardized testing, explore the elimination of OAR test requirements for certain officer communities. | Improvement in minority officer program applications, selections and commissioning to reflect relevant national demographic percentages. |
| 1.9 | Evaluate possible redistribution or establishment of additional NROTC units and/ or cross-town affiliates at MSIs. In order to do so, explore changes to NROTC task organization restrictions under the 2017 National Defense Authorization Act (NDAA).<br>Aligns with DBDI 2020 Report Rec 1.3. | Evaluate current list of schools with applications on file for the establishment of additional NROTC units and/or cross-town affiliates at MSIs in communities with large populations of minorities and consider the redistribution of NROTC units accepting MSISRs based on historical enrollment numbers. Additional NROTC units will require additional resources (manpower and funding) to execute or the ability to modify current NROTC task organization across the NROTC enterprise. | Improvement in the number of minority NROTC applications, selections and commissioning to reflect relevant national demographic percentages. |
| 1.10 | Explore reinstating the BDCP – 2-year degree completion program.<br>Directly supports DBDI 2020 Report Rec 1.3. | BDCP was identified as a program that produced opportunities for minorities seeking a commission. Explore the reestablishment of the BDCP to provide financial assistance to college students to complete baccalaureate degree requirements (Junior/Senior year) as applicable. Candidates will attain all pay and allowance at the E-6 level while in college and attend OCS upon graduation. | Improvement in minority officer program applications, selections, commissioning to reflect relevant national demographic percentages. |
| 1.11 | Establish Our Navy Oversight Program.<br>Aligns with DBDI 2020 Report Rec 1.2. | The Navy does not have a central authoritative data environment (ADE) for accessions data for officer and enlisted missions that contains all Navy data from application (officer) or projection (enlisted). Additionally, there is no entity entrusted with strategy and process to evaluate Navy I&D impacts evident in the data and business processes that look across entrance requirements, selection criteria and board selection processes that influence the accession pipeline. With the ADE in place, both descriptive and predictive two-level analysis, can be performed to improve Navy I&D. The Our Navy Oversight Program can expand upon AVRC efforts to improve I&D within the Navy and across the accession pipeline. | Centralized team stood up with policies and procedures to collect data from accession sources and disseminate I&D data and recommendations across MyNavy HR.<br>Improvement in minority representation in underrepresented ratings and designators to reflect relevant national demographic percentages. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #2: TALENT MANAGEMENT / RETENTION (NPC)** | | | |
| 2.1 | Strive for ensuring the NPC staff reflects the diversity of the Navy population.<br><br>Aligns with DBDI 2020 Report Rec 5.4. | Detailers, placement coordinators and board support personnel are the Sailor representatives/advocates for the majority of Navy talent management processes. The NPC organization should represent and reflect the composition of the Navy accordingly. | Increased confidence and transparency in the talent management process.<br><br>Improved retention rates.<br><br>Track data and highlight in TYCOM NLDF briefs. |
| 2.2 | Assign a Special Assistant to the Commander for I&D at NPC and assign a trained Command Climate Specialist.<br><br>Aligns with DBDI 2020 Report Rec 5.1. | These selected professionals would be responsible to assist the Commander in compliance and refinement of all LOE #2-related I&D policy formulation, process enhancement and Quality Assurance (QA) measures. Lead for performance-to-plan (P2P) management. | Improved promotion, advancement rates and retention among diverse officers and enlisted personnel.<br><br>Indications of equity in selection processes.<br><br>(Sourcing in progress) |
| 2.3 | Continue to include diversity information in all formal nominative job packages.<br><br>Directly supports DBDI 2020 Report Rec 4.2 as highlighted in Department of Defense Instruction (DODI) 1020.05 dated September 09, 2020. | Nominative jobs provide professional development experience that is often not replicated in other jobs. These jobs also lead to greater potential for promotion. Debunks a misconception about the ability to compete for nominative jobs. | Increased pool of diverse personnel for nominative jobs.<br><br>Greater promotion/ advancement to senior positions.<br><br>Improved retention rates. |
| 2.4 | Develop a single PERS-4 and BUPERS-3 precept (and convening orders as applicable) for “internal” talent management processes.<br><br>Directly supports DBDI 2020 Report Rec 4.2. | Internal PERS-4 and BUPERS-3 selection boards, such as competitive graduate education program selection, community production tours, pipeline selections, Probationary Officer Continuation and Redesignation (POCR) boards, etc., should have a common base order similar to formal board precepts to ensure standardization and consistency, thus increasing fairness among all eligible applicants/candidates. | Indications of equity in selection processes.<br><br>Improved retention rates. |
| 2.5 | Expand the diversity data submitted in selection board ROP reports.<br><br>Aligns with DBDI 2020 Report Rec 5.4. | Increase transparency and reduce perceptions of favoritism or bias in the selection board process. | Indications of equity in selection processes.<br><br>Improved retention rates. |
| 2.6 | Expand post-board statistics to include gender and ethnicity/race information in post board reports, similar to the additional statistics provided in Commissioned Officer Promotion Reports (COPR), for all selection boards. Evaluate and deliver means for board sponsors to provide clearly defined post-board information to broad audiences to better enable developmental conversations/counseling of non-selects.<br><br>Aligns with DBDI 2020 Report Rec 5.4. | Increase transparency and reduce perceptions of favoritism or bias in the selection board process. Sailors’ career timing and space limitations prevent NPC from inviting all Sailors to attend and witness a selection board first-hand. | Indications of equity in selection processes.<br><br>Improved retention rates. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #2: TALENT MANAGEMENT / RETENTION (NPC)** | | | |
| 2.7 | Formally track statistics regarding diverse board membership to include support participants.<br>Aligns with DBDI 2020 Report Rec 5.4. | Board membership is carefully managed to meet statute and policy requirements; however, policy was recently released to ensure increased opportunity for diverse officers and enlisted members to participate in support roles (e.g., recorders). Increase transparency and reduce perceptions of favoritism or bias in the selection board process.<br>Sailors' career timing and space limitations prevent NPC from inviting all Sailors to attend and witness a selection board first-hand. | Indications of equity in selection processes.<br>Improved retention rates. |
| 2.8 | Develop a Fleet-wide training product that highlights key areas of the existing policy regarding objective-based performance assessment and subjectivity awareness in the performance evaluation and selection processes.<br>Aligns with DBDI 2020 Report Rec 5.3 and 5.4. | NPC plans to film short videos to improve knowledge and awareness of subjectivity in the performance evaluation and selection board processes. A short video by a leading expert on bias will assist board members in combating the potential of subjectivity that may affect their decision-making during a selection board. Additionally, to inform the Fleet and increase transparency on existing statutory and administrative board processes, a short video will be filmed in Wood Hall to provide an overview to those that have never participated in a Millington-sponsored selection board. | Increased confidence and transparency in the talent management process. |
| 2.9 | Transition counseling to MyNavy Coaching per the Sailor 2025/Transformation timeline.<br>Aligns with DBDI 2020 Report Rec 4.3. | This will provide the Navy with a process founded by evidence-based coaching best practices and a modern scientific approach to more effective formal Sailor development. Leveraging an evidence-based approach allows the platform to highlight active listening, empathy, asking powerful questions and promotion of self-awareness through developmental conversations and goal setting using an Individual Development Plan (IDP). | Improved performance and a higher probability for Sailors to reach their potential.<br>Improved promotion and advancement rates among officers and enlisted personnel.<br>Improved retention rates. |
| 2.10 | Continue the PET design concept development.<br>Aligns with DBDI 2020 Report Rec 2. | The proposed future performance evaluation process will place greater emphasis on eliminating bias and misleading subjectivity from true objective-based performance evaluation. Reducing hyper-inflated assessment and the means to "game" the system are key design objectives. This will require a significant Navy culture change to counter decades of old habits that may not yield the most accurate information to talent management processes. | Improved performance and a higher probability for Sailors to reach their potential.<br>Increased confidence in the talent management process.<br>Improved retention rates. |
| 2.11 | Incorporate I&D considerations into the data requirements and process interfaces for all talent management processes. This includes new approaches, such as a Navy Command Leadership Assessment and Selection Program (NCLASP), similar to the Army's Battalion Commander Assessment Program (BCAP).<br>Aligns with DBDI 2020 Report Rec 4.3. | I&D considerations will be accounted for in all aspects of the Navy's holistic talent management program, recently codified in a Talent Management (TM) Campaign Plan. For example, the current model used to select officers for command could benefit from a greater ability to assess the full potential of eligible officers. NCLASP will provide additional information not included in the official military personnel file to enhance the assessment and selection process to identify and select the best and fully qualified officers for command. | Improved promotion and advancement rates among officers and enlisted personnel.<br>Increased pool of diverse personnel in command assignments.<br>Improved retention rates. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #2: TALENT MANAGEMENT / RETENTION (NPC)** | | | |
| 2.12 | Review and develop a timelier (and potentially local) recourse for Sailors who believe they have received an unjustified or biased performance evaluation.<br>Aligns with DBDI 2020 Report Rec 2. | If a Sailor believes they have received an unjustified evaluation, the only recourse the Sailor has is to provide a statement that does not trigger a reporting senior's Immediate Superior in Command (ISIC) review or investigation. The only other option the Sailor has is to submit it for a Board for the Correction of Naval Records (BCNR) review, which is a lengthy process. | Improved promotion and advancement rates among officers and enlisted personnel.<br>Improved retention rates. |
| 2.13 | Review and update as necessary officer community and enlisted rating career path/leadership and development requirements to ensure all have been reviewed to account for appropriate I&D considerations.<br>Aligns with DBDI 2020 Report Rec 1.2. | Sailors have expressed not fully understanding career expectations, such as qualifications or assignments. There is no defined "golden path" and every Sailor's career differs based on personal and professional goals, family considerations and timing. We intend to provide better education/information to Sailors on how to best meet their personal and professional goals throughout their careers. I&D considerations will be prominently covered. | Increase faith and transparency in the talent management process.<br>Improved knowledge of opportunities and requirements to remain competitive.<br>Improved retention rates. |
| 2.14 | Review screening and conversion requirements for potential biases by Community Managers and Detailers (MILPERSMAN 1301-114 and MILPERSMAN 1306-966).<br>Aligns with DBDI 2020 Report Rec 1.2. | Review of instructions should be periodic to ensure that unintended exclusive language is eliminated. | Improved promotion and advancement rates among officers and enlisted personnel.<br>Improved retention rates. |
| **LOE #3: PROFESSIONAL DEVELOPMENT (NETC / NSTC)** | | | |
| 3.1 | Develop a subjectivity mitigation tool or suite of tools to assist leaders at all levels with considering various fallacies and forms of subjectivity that can influence decisions.<br>Aligns with DBDI 2020 Report Rec 4.1 and 5.3. | NLDF 3.0 includes a CNO-signed memo dated 27 Sep 2016 titled "One Navy Team" stating: "We all have built-in biases that unconsciously influence our choices and decisions. Putting measures in place to help us overcome these biases will help us first to form a diverse team and then to include that team to achieve the fullest advantage." A subjectivity mitigation tool or framework is one such measure.<br>When addressing a complex (or adaptive) challenge like I&D, an effective strategy must start with and be built on changing mindsets. Any tool can be misused or discarded if a willingness to employ that tool effectively does not exist. Accordingly, a TF1N LOE #3 recommendation is to improve I&D awareness and education by ensuring I&D Core Competencies are addressed and developed across the officer and enlisted career continuums. The education efforts effectively "plant the seeds" while the mitigation tool helps leaders to "harvest the fruit."<br>The development of a subjectivity mitigation tool (or suite of tools) would be a high-impact first step and potentially part of a larger and longer-term Navy-wide focus on the decision science implementation. ONR contracted out a decision science gap analysis in October 2020 to: (1) identify decision-making requirements from a variety of echelon and stakeholder perspectives; (2) identify gaps between current curricula and knowledge requirements; and (3) improve decision science curricula including instructional methods, materials and metrics. The two-year project is funded through the fourth quarter of FY21. | Student course surveys would allow for determining whether students felt better equipped to counter and mitigate subjectivity. In a general sense, I&D efforts should contribute to a COE. Assessment tools that measure COE effectiveness and assess I&D Core Competencies as well as the existence and impacts of subjectivity at the command should be adopted. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| | | **LOE #3: PROFESSIONAL DEVELOPMENT (NETC / NSTC)** | |
| 3.2 | Re-establish BOOST 2.0.<br><br>Aligns with DBDI 2020 Report Rec 1.3. | To prepare highly desirable midshipman (MIDN) candidates whose initial test scores do not meet the standard for NROTC admission, the re-establishment of BOOST at the Naval Academy Preparatory School (NAPS) is a significant win for the Navy's desire to find talent.<br><br>BOOST 2.0 pilot program will start with ten MIDN candidates eventually expanding to 50 MIDN over five years. Similar to USNA MIDN candidates, MIDN will attend NAPS for a year and be subject to the same exit criteria. MIDN candidates who successfully complete NAPS will receive a four-year NROTC scholarship without board action. MIDN can then attend any school in which a NROTC program exists. MIDN candidates who attrite will incur no obligation or payback, similar to the arrangement that USNA MIDN candidates enjoy. This is in addition to the NROTC Preparatory Program and recent action taken by NSTC pursuant to the NROTC Application Optimization Operational Planning Team (OPT) to adjust minimum Required SAT Score and Selection Criteria algorithm. | BOOST 2.0 graduate NROTC four-year attrition rate is equal to or less than direct entry MIDN.<br><br>BOOST 2.0 graduate first year attrition rate as compared to direct entry in the following categories: overall attrition, academic attrition, fitness attrition and Drop on Request (DOR) attrition.<br><br>BOOST 2.0 MIDN major selection (percent Tier 1, 2 and 3).<br><br>BOOST 2.0 First Year Grade Point Average (GPA) percentage >2.5 and > 3.0 as compared to direct entry 1st year GPA percentage > 2.5 and > 3.0. |
| 3.3 | Increase NROTC side-load scholarships specifically targeting underrepresented communities.<br><br>Aligns with DBDI 2020 Report Rec 1.3. | As part of a system of programs to harness talent, side-load scholarships target students who are already matriculating through college and may be unaware of opportunities available through enrollment in NROTC. NROTC units must be proactive in telling the Navy story and attracting talent.<br><br>As scholarship MIDN attrite, the Navy uses side-loads through the College Program as an avenue to replace attrition (and as a cheaper alternative) through 2, 2.5, and 3-year scholarships versus 4-year scholarships. This attrition varies with each academic year. NROTC will use these opportunities to identify qualified minority College Program MIDN and non-affiliated students to compete for these 2-3-year scholarship. | Increase talent pool and diversity. |
| 3.4 | Source a NROTC Consortium Deputy Commander position at approximately five HBCUs/ MSIs.<br><br>Aligns with DBDI 2020 Report Rec 1.3. | This Deputy Commander would be full-time at the assigned HBCU/MSI to build relationships, restore trust and facilitate an increase in diversity participation in the side-load scholarship process. | Increase retention and commissioning rates at HBCU/ MSIs. |
| 3.5 | Update functions and incentivize retention of RSs tasked to style the hair of Sailors afloat.<br><br>Aligns with DBDI 2020 Report Rec 1.2. | Although the Navy provides haircut training/services to RSs serving in afloat barbershops, the current training does not address the "approved" diverse styling preferences that many female Sailors desire. As a result, many women have resorted to styling their own hair in berthing areas or waiting until they return from sea.<br><br>To afford the opportunity for women to groom their hair in the shipboard barbershop, vice in their afloat berthing areas, US Fleet Forces Command (USFFC) re-emphasized guidance via message (DTG 051941Z OCT 20, *Appendix R*) that provide ships with barbershops the approved procedures to afford female Sailors the opportunity to groom their hair underway in the barbershop. However, that alone does not address the current training gap in the RS rating with those who have the current task of being shipboard barbers.<br><br>Additional issues on this subject would be subject to further analysis under an Office of Women's Policy (see rec. 5.3). | Utilization of shipboard-provided grooming services across all demographics of Sailors<br><br>Improved retention rate for RS Sailors. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #4: INNOVATION AND STEM (ONR)** | | | |
| 4.1 | Determine and then leverage the Navy's military/civilian population associated with minority fraternities, sororities and other affinity groups.<br>Aligns with DBDI 2020 Report Rec 4.3. | Utilize headquarters' formal tasking systems where possible, as well as social media and other mass distribution methods.<br>Query other minority-focused groups (i.e., NNOA) to determine if affinity group affiliation is captured and leverage these groups to encourage participation.<br>Query the Navy's Reserve Component (RC) on self-identified members within STEM (either military or civilian occupation) and request volunteering information on affiliation with minority fraternities, sororities and other affinity groups.<br>Utilize relationships with minority fraternities, sororities and other affinity groups to query military/civilian population. | Increased number of high-quality officer leads provided to NRC. |
| 4.2 | Review and clarify guidance and ensure clear communication authorizing and encouraging military/civilian outreach opportunities with affiliated professional groups.<br>Aligns with DBDI 2020 Report Rec 1.2. | Active duty and civilians who desire to teach, speak or write are left to navigate 5 Code of Federal Regulations (CFR) Section 2635.807 and Joint Ethics Regulations (JER) paragraph 3-305, as well as seek out the individual advice of their command or ISIC ethics counselor. The quality of that advice is often directly related to the experience of the given ethics counselor. | Increased number of high-quality officer leads provided to NRC. |
| 4.3 | Incentivize participation through the establishment of recognition programs inclusive of military and civilian personnel.<br>Aligns with DBDI 2020 Report Rec 4.1. | Recognize service members by creating an outreach award similar to the ONR VADM Samuel L. Gravely Jr. "STEM Education and Diversity Champion of the Year" Award, granted to individuals quarterly by the Chief of the Navy Reserve (CNR), Chief of Naval Personnel (CNP) or CNO who have distinguished themselves by fostering STEM education and mentoring to underrepresented and underserved groups. | Increased visibility and recognition diverse members serving in the Navy.<br>Increased number of high-quality officer leads provided to NRC. |
| 4.4 | Develop a PA campaign to increase visibility in the program and any associated memberships within minority affinity groups with STEM connections.<br>Aligns with DBDI 2020 Report Rec 1.2. | Leverage public announcement/messaging military/civilian STEM outreach within an affiliated minority fraternity, sorority and other affinity groups.<br>Look for opportunities to speak at undergraduate and graduate chapter events promoting STEM fields and associating it with their career fields.<br>Capitalize on existing relationships within these affinity groups to encourage use of online (i.e., social media, web presence) and print media to highlight/spotlight an affiliated military/civilian member in STEM occupation within the group's publications. | Increased visibility and recognition diverse members serving in our Navy.<br>Increased awareness of opportunities to serve in the Navy.<br>Increased number of high-quality officer leads provided to NRC. |
| 4.5 | Construct a diverse military and civilian network within the Navy to increase the awareness of Navy STEM professional opportunities at HBCUs/MSIs that will mentor/inspire underrepresented and underserved students majoring in STEM disciplines.<br>Aligns with DBDI 2020 Report Rec 1.2. | Create a Diversity Affinity Office to coordinate sponsorships and outreach on behalf of all lower echelons.<br>Evaluate partnerships with specific African American and Hispanic STEM organizations, such as National Association of Black Chemists and Chemical Engineers, NNOA, ANSO, etc.<br>Create and maintain a mentorship program where senior officers and senior civilians are linked as mentors to junior officers or new Navy civilians in their organizations to provide mentorship from the moment they are commissioned or arrive to their new command.<br>Establish the Junior Officer Diversity Outreach initiative under DON to send junior officers on Temporary Assigned Duty/Temporary Duty (TAD/TDY) to strategic universities to assist and guide outreach. | Opportunities to serve in our Navy.<br>Increased number of minorities with STEM backgrounds in military and government organizations.<br>Increased number of high-quality officer leads provided to NRC. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #4: INNOVATION AND STEM (ONR)** | | | |
| 4.6 | Enhance and develop where necessary STEM outreach programs to effectively attract K-12 students with diverse backgrounds.<br><br>Aligns with DBDI 2020 Report Rec 4.4. | Identify a Diversity STEM program sponsor (e.g., OPNAV N7, OPNAV N17, ONR) for command and control structure, funding and relationships with other Navy outreach communities. The program sponsor will:<br>• Manage and distribute funds to all Diversity STEM stakeholders. Diversity STEM stakeholders will execute local activities and engagements and provide reports to the program sponsor, as deemed appropriate.<br>• Maintain any Memorandums of Understanding (MOU)/ Memorandums of Agreement (MOA) with strategic outreach partners.<br>• Develop a Diversity STEM instruction.<br>• Tailor messaging on social media platforms (e.g., Facebook, Instagram, YouTube) to the targeted audience (e.g., a specific underrepresented group in STEM).<br>• Implement a mentorship program to help diverse middle and high school students navigate courses and activities that could benefit the Navy and individual long term. Live virtual sessions (via platforms such as Microsoft Teams, Zoom and Google Meet) could be utilized for regular interaction, STEM engagements and free mentoring events. | Increased STEM outreach program participation to effectively attract K-12 students specifically from underrepresented and/or underserved backgrounds.<br><br>Increased number of high-quality officer leads provided to NRC. |
| **LOE #5: ADDITIONAL RECOMMENDATIONS** | | | |
| 5.1 | Add “and Respect” to Navy Core Values.<br><br>Aligns with DBDI 2020 Report Rec 4.1. | Based on TF1N discussion and Fleet engagements, it is recommended that the Navy pursue the addition of “and Respect” to the Core Values of Honor, Courage, Commitment. This recommendation has been socialized (with concurrence) with Senior Navy Flag Officers and the MCPON’s Senior Enlisted Leadership Mess. | Observe a significant increase in adoption and embodiment of the Core Value “and Respect” as reported in survey responses. |
| 5.2 | Continued leadership support for listening sessions.<br><br>Aligns with DBDI 2020 Report Rec 5.1. | TF1N conducted multiple Continental US (CONUS) and Outside Continental US (OCONUS) listening sessions. Key themes taken from sessions include: respect, skepticism, empathy, training, accountability and silence of leadership.<br><br>Recommend continued monthly/quarterly/as required listening sessions. Each Navy leader is encouraged to sustain a dialogue on diversity of race, gender and ethnic relations and have open, honest conversations at their command. These conversations will help remove barriers, improve readiness, equality and I&D in our ranks. In order for our teams to heal and build trust, leaders must lead, listen and advocate for change. The focus should be on listening to hear, to understand, to empathize and to show respect vice listening to respond. | Improvement in climate data found in survey results—perceptions of inclusion, increased communication, sense of belonging, etc.<br><br>Improved retention rates. |
| 5.3 | Restart NLDF briefs to CNO/ VCNO/MCPON.<br><br>Aligns with DBDI 2020 Report Rec 1.2 and 5.1. | Formalize TYCOM NLDF briefs for CNO, VCNO and MCPON in accordance with NAVADMIN 025/20 (*Appendix C*) to include enlisted and officer I&D accountability data such as inventory, key milestones, nominative positions, command and major command, Command Master Chief (CMC), Chief of the Boat (COB), Maintenance Master Chief, etc., and the member’s competitiveness for future positions of increasing responsibility. Brief should also highlight community outreach and efforts to increase the number of underrepresented officers and senior enlisted. | NLDF briefings will facilitate frank conversations between community leads and Navy leadership to demonstrate progress in achieving both a COE and leaders development outcomes in Competence, Character and Connections as laid out in NAVADMIN 025/20. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| **LOE #5: ADDITIONAL RECOMMENDATIONS** | | | |
| 5.4 | Counter hate speech.<br><br>Aligns with DBDI 2020 Report Rec 6.1. | Draft page-13 language for the Fleet and follow-on to the Equal Opportunity (EO) instruction to close gaps in terminology, leveraging best practices from the US Coast Guard (USCG) civil rights instruction.<br><br>EO review USCG civil rights instruction and make recommendations to adopt applicable portions to Navy EO instruction. | Increased accountability and awareness of derogatory language.<br><br>Reduced number of incidents regarding hate speech. |
| 5.5 | Establish pilot mentoring program (officer/enlisted/SES).<br><br>Aligns with DBDI 2020 Report Rec 5.1 and 5.4. | Establish a mentoring pilot designed to remove barriers, increase communication and gain a better understanding. Concept: 10 Flag Officers (O-7/O-8), 10 SES and 20 Master Chief Petty Officers (MCPOs) volunteer to serve as mentors to service members from different backgrounds. The Flag Officer will be connected with a MIDN, senior SES would be paired with newly appointed SES or identified high-performing GS-15s interested in future assignments as executives, and the MCPOs will be connected with a new graduate from Recruit Training Command Great Lakes (RTC). After one year, all participants will provide feedback via surveys and written responses to see if expansion of the program is warranted. | Improved retention rates.<br><br>Increased advancement opportunities for underrepresented communities.<br><br>Increased perception of inclusion from underrepresented groups.<br><br>Increased recognition of meritocracy. |
| 5.6 | Establish a student exchange program between USNA, HBCUs and MSIs.<br><br>Aligns with DBDI 2020 Report Rec 5.1 and 5.3. | Establish a framework to manage an exchange program between USNA and various HBCUs/MSIs. The Service Academies have conducted exchange of MIDN and Cadets for several decades, to include foreign students, and this framework could be replicated with HBCUs and MSIs to build a more cohesive team, remove barriers and increase understanding in leading a diverse force. | Increased perception of inclusion from underrepresented groups.<br><br>Increased communication.<br><br>Increased recognition of meritocracy.<br><br>Increased interaction with students from underrepresented communities.<br><br>Reduction of barriers to communications and improved networking opportunities. |
| 5.7 | Modernize process to name ships, buildings and streets in honor of national and historic Naval figures.<br><br>Aligns with DBDI 2020 Report Rec 4.1. | Form a standing committee of Naval Facilities Engineering Systems Command (NAVFAC), Naval History and Heritage Command (NHHC), Commander, Navy Installations Command (CNIC) and possibly Naval Sea Systems Command (NAVSEA)/Naval Air Systems Command (NAVAIR) (stakeholders with ownership over Navy assets) to consolidate the names of all current DOD assets.<br><br>Assess problematic names and identify suggestions for renaming (or naming assets not previously named). The current OPNAVINST naming process allows local commanders to propose names for streets and buildings and route them through the respective Region and CNIC up to CNO. The intent is not to necessarily change that process, but rather to increase transparency and add an element of oversight that could later be codified in the instruction. | Increased perceptions of inclusion.<br><br>Increased exposure to diverse role models through base awareness of exemplar figures after whom ships, streets, buildings, etc. are named. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| LOE #5: ADDITIONAL RECOMMENDATIONS | | | |
| 5.8 | Form Management Advisory Groups (MAGs).<br><br>Aligns with DBDI 2020 Report Rec 5.1. | MAGs are informal entities that provide non-binding strategic advice to management. The intent is for MAGs to serve as an information resource and feedback capability to the Chief I&D Officer or designated representative. MAGs will function similar to employee resource groups. The recommendations and inputs provided by the various MAGs will be used to bolster I&D efforts, improve culture and better advise leadership from multiple perspectives. | Increased involvement.<br><br>Increased information sharing.<br><br>Leverage trending data. |
| 5.9 | Echelon 2 Commanders take deliberate action to showcase and recognize the Navy's diverse culture and history. In addition, NHHC will coordinate with non-Navy-run Naval Museums to highlight the importance of showcasing and recognizing Navy's diverse culture and history.<br><br>Aligns with DBDI 2020 Report Rec 5.1 and 4.1. | Many Navy buildings, such as Navy museums, headquarters (HQ) buildings, NETC Learning Centers, etc., have very few images or heritage displays showcasing accomplishments and contributions of underrepresented groups, despite the gains in diversity and notable achievements in the 20th and 21st centuries.<br><br>As an additional part of this recommendation, Navy should review the feasibility to produce a documentary on the career and contributions of Chaplain Thomas David Parham Jr., who served from World War II to 1964 and was the first African American promoted to the rank of Navy Captain. Both the Chaplain Corps and the Navy will benefit from a well-done documentary on his groundbreaking service. It could be a powerful tool for recruiting and retention, not just among chaplains but for all Navy communities. | True value of diversity is highlighted through increased knowledge of Naval history.<br><br>Public's awareness of Navy's support and recognition of diversity is increased as measured through Joint Advertising Marketing Research and Studies (JAMRS) surveys. |
| 5.10 | Ensure capability to monitor race, ethnicity and gender of service members subject to NJP actions.<br><br>Aligns with DBDI 2020 Report Rec 4.3. | Recommend Office of the Judge Advocate General (OJAG) track and publish statistics to ensure there are no disproportionate impacts to underrepresented communities regarding similar offenses. Purchase system to ensure proper tracking. All Navy Message (ALNAV) 090/20 actions are an interim step in this process. | Analyze applicable data to assess to what extent racial, ethnic or gender disparities exist.<br><br>Increased transparency and improved awareness of leadership. |
| 5.11 | Evaluate changes to MILPERSMAN 1910-138 (Minor Disciplinary Infractions) and MILPERSMAN 1910-140 (Pattern of Misconduct) to improve the policy to enhance retention and reduce the potential for the disparate treatment of Sailors from suspect classes and diverse backgrounds. | The 2019 Government Accountability Office (GAO) report found that the military services do not collect and maintain consistent data about race and ethnicity in their investigations, military justice, and personnel databases, which limits the ability to analyze the military justice system for racial and gender disparities. The report also noted that minority service members were more likely to be the subject of a recorded investigation and were more likely to be tried at court-martial. Increasing the number of qualifying infractions and NJPs allowed under the current policies, formally addressing rehabilitation, considering the length of time between counseling, and allowing inter-unit transfer of individuals may provide safeguards against personal bias and disparate outcomes at the individual command level. | Increased retention, readiness and productivity. |
| 5.12 | TYCOMs develop an Adjunct Recruiter program to support outreach and awareness in underrepresented communities in direct support of NRC.<br><br>Aligns with DBDI 2020 Report Rec 1.3. | Develop adjunct recruiter capability to increase number of recruits for respective communities. Selected members should be an exceptional warfare qualified officer or enlisted. The member will be required to complete a tailored NRC training program and support recruiting efforts while on shore duty. Consideration should be given for member to receive a stipend per engagement. Upon successful completion of the program (approx. two years), a service record entry will be made, and we will explore members receiving a board stamp indicating "DIVERSITY ADJUNCT RECRUITER" for all future boards. | Increased recruitment numbers.<br><br>Improved retention rates.<br><br>Increased Navy engagement and visibility in diverse communities across the nation. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| LOE #5: ADDITIONAL RECOMMENDATIONS | | | |
| 5.13 | Leverage Flag Management Tracker.<br>Aligns with DBDI 2020 Report Rec 4.2. | Flag Matters provide periodic updates to CNO and VCNO during Flag Management discussions noting demographically underrepresented Flag Officers career progression including current billet, promotion status and mandatory retirement date in current rank. | Increased awareness in the talent management process.<br>Provides a future look at possible career paths and timing concerns. |
| 5.14 | Leverage AI to minimize bias in selection board processes.<br>Aligns with DBDI 2020 Report Rec 5.4. | Pilot the use of AI capability for centralized selection boards to support the selection process and minimize bias in the selection process. AI would not replace the human intervention for this process, but rather support processes and potentially serve as a bias mitigation capability. | Measure demographics for selection board results using AI and traditional support for differences. |
| 5.15 | Improve faculty diversity within graduate and PME institutions (NWC and Naval Post-Graduate School NPS).<br>Aligns with DBDI 2020 Report Rec 4.1. | Take deliberate steps to recruit, retain and promote diverse faculty and senior administrators at our graduate and PME institutions.<br>Graduate and PME must provide the best environment for all students to learn. The educational experience for military officers is critical to building effective leaders and a smart, innovative and cohesive force. An educated officer corps is critical in the volatile, uncertain, complex and ambiguous environment of the future. These institutions build their faculty primarily through traditional hiring practices. College officials develop a position description and post the job announcement on standard DOD employment networks (e.g., USA Jobs) and in a select few academic journals (e.g., the Chronicle of Higher Education). College officials generally judge the availability of diverse talent only through those that apply to a job announcement. Universities that have successfully grown the diversity of their faculty have a formally established recruiting function. The institutions must reexamine and update hiring practices as well as expand their reach for talent. | Faculty demographics better reflect the diversity of the nation.<br>A more diverse faculty provides additional role models and creates a more engaging environment for students.<br>Deliberate recruiting actions open the aperture and increase awareness of opportunities for those in academia to serve our nation and build future leaders. |
| 5.16 | Establish unit-level COE award to incentivize excellence in COE initiatives and programs.<br>Aligns with DBDI 2020 Report Rec 5.1. | Develop a unit-level award (either stand-alone, or as part of Retention Golden Anchor Award or Battle E Award) to incentivize units adopting and excelling in COE programs. | Increased manning and performance due to increased feelings of inclusion, increased morale and decreased unplanned loss rates. |
| 5.17 | Designate an advisor in OPNAV N17 for Women's Policy issues informed by a MAG.<br>Aligns with DBDI 2020 Report Rec 5.1. | Given the previous disestablishment of the Office of Women's Policy, there was significant feedback during focus groups and listening sessions that Navy lacked an identifiable focus point for issues affecting the service of women in the Navy. Recommend designating an advisor in OPNAV N17 for Women's Policy issues as part of the I&D branch. That advisor would receive input from a MAG ideally reflecting the diversity present in our Navy to ensure proper representation.<br>Develop a draft charter for the MAG within 90 days to CNP. Once designated, the MAG could look at issues such as uniform apparel, footwear, grooming standards, parenting policy and other miscellaneous recommendations. | Increased accession and representation of women at all levels.<br>Improvement in climate data found in survey results.<br>Decreased retention gaps between men and women.<br>Increased engagement.<br>Progress toward Navy as an employer of choice. |

| ITEM # | RECOMMENDATION | CONTEXT | MEASURE / OUTCOMES |
|---|---|---|---|
| | | **LOE #5: ADDITIONAL RECOMMENDATIONS** | |
| 5.18 | Review health and healthcare disparities. | Much like the civilian sector, healthcare disparities in the military can be attributed to the convergence of patient, provider and system-level factors; however, a full understanding of the antecedents of disparities impacting military personnel in a universal healthcare system such as the Military Health System (MHS) is not well known. In other words, having equal access to affordable, quality healthcare equates to equitable care and treatment for all cannot be assumed.<br>Additionally, “the professional socialization of healthcare providers as physicians may engage them more in the medical culture at the expense of the military culture where they may become disconnected from the people they serve.” Therefore, more data collection and empirical research is needed to understand the racial, ethnic and gender health disparities that exist in the MHS as well as the impact of provider bias, policy, racism and sexism has on our diverse warfighters. Additional key recommendations to consider:<br>• Partner I&D Practitioners with the current clinical and health research communities to develop a multidisciplinary health disparity workgroup or board.<br>• Improve strategies to recruit, promote and retain a diverse healthcare staff.<br>• Consider conducting additional research on the impact of health disparities in other areas.<br>• Evaluate diet/obesity related disparities in the Navy. | Increased diversity in healthcare staff.<br>Updated medical policies. |
| 5.19 | Institutionalize NJOC as a MAG for CNP.<br>Aligns with DBDI 2020 Report Rec 5.1. | Build on the excellent work already performed by NJOC by establishing an MOU and formal link to CNP to function as a JO feedback loop. | Increased manning and performance due to increased feelings of inclusion increased morale.<br>Increased JO retention and decreased unplanned loss rates. |
| 5.20 | Establish ongoing partnership with civilian counterparts to ensure integrated and sustained Navy I&D approach. | Maintain open communication channels with Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN (M&RA)) via Office of Civilian Human Resources (OCHR), CNO's Civilian Advisory Board (CAB), and Executive Diversity Advisory Council (EDAC) to support sustained alignment and consistency with the Navy COE GB in support of NAVADMIN 051/20, Navy's I&D Goals. | By reviewing and meeting at least bi-annually, opportunities to partner on strategic communications, annual surveys, assessment tools, leadership development and training will be identified. |

**In addition to the recommendations above, there are areas requiring further analysis that TF1N did not have time to dive deeply into. They include:**

- Drafting Civil Rights Manual similar to the USCG.
- On selection boards, re-establish a two-person record review.
- Allow First Class Petty Officers to function as assistant recorders.
- Explore implementation of a QA process for selection boards independent of board members that confirms the Navy is selecting Sailors with desired attributes. This will help Enlisted Community Managers (ECMs) develop hard metrics/milestones for every rating and will also lead to standardization of enlisted board briefs (to avoid the panel scoring the briefer versus the record). This also will help ensure that Board Member Quality of Life (QOL) is not a factor in selections (i.e., ensuring a Sailor graded at 0900 is not given a higher level of attention than a Sailor graded at 1800 due to board member fatigue).

# LOE 1

## RECRUITING, NRC

## PROBLEM STATEMENT

Diversity broadens the Navy's ability to solve complex challenges facing our nation. The Navy is stronger and more capable due to Sailors' diverse backgrounds. As such, Navy recruiting and accession efforts must adapt to the ever-changing recruiting market to ensure success in attracting diverse, high-quality talent. The Navy must ensure future Sailors entering the naval service reflect our nation's diverse make-up by:

1. Developing recruiting, accession and commissioning reforms designed to leverage a "whole person" concept
2. Realigning recruiting efforts to better inform underrepresented communities on the opportunities for education and careers in the military
3. Refining recruiting strategies to include all diverse groups equally while driving generational interests and behaviors
4. Creating a consistent data and evaluation strategy that supports the accessions pipeline

Collectively, these issues have a direct impact on how the Navy recruits, trains and develops available talent. The Navy understands the need for varied backgrounds, life experiences and viewpoints at every level of the organization to not only attract, retain and maximize Sailors' abilities, but also to compete in the national labor market and defeat global adversaries. A general theme among these issues is an overall lack of connection with the general public, which leads to a lack of understanding of Navy programs, a limited pool of qualified candidates and numerous barriers to entry for those who are qualified. The Navy's major commissioning sources; NRC, NSTC and USNA all have a leading role in identifying and removing potential biases and/or barriers in recruiting, screening and accessing candidates that may be ignoring, turning off or unknowingly discriminating against qualified and diverse candidates.

## RECOMMENDATIONS

**Implement Research-based M&A and Deliberate, Sustained and Relevant Community Outreach within Underrepresented Communities that Appeal to Generation Z Minorities. (1.1)**

1. Continue to evaluate M&A outreach strategies to ensure a concerted strategic outreach plan, which highlights the many existing voices within our ranks.

**Establish a "whole person" Evaluation Framework that Deemphasizes the Use of Standardized Academic Tests. (1.2)**

1. Complete analysis of new accession models by utilizing the records of current successful officers from various ethnic, racial, gender and socioeconomic backgrounds.
2. Determine the best models to balance academic competency, individual character and personal connections.
3. Revise essay, letter of recommendation and interview processes at NROTC and USNA to be more in line with evaluating a candidate's demonstration of the Navy's Core Values. Include a cultural framework questionnaire that is tailored to the candidate as appropriate.
4. Obtain Subject Matter Expert (SME) participation by Officer Community Managers (OCMs) and NRC personnel to better evaluate and revise OCS accessions models and program authorizations.
5. Investigate the integration of an algorithmic driven interest inventory (Jobs in the Navy (JOIN) is one potential example) with Salesforce.
6. Complete a review by the AVRC to ensure all enlisted Navy selection and rating entry standards are updated with stakeholder feedback from OPNAV N132, BUPERS-32, NRC and NETC N3.

**Develop an URL ISPP (3-year pilot), where Sailors Screened by Commands as Eligible for Officer**

**Programs are Nominated and Selected for a Commissioning Program. (1.3)**

1. Pilot an URL ISPP (under NRC/NSTC oversight) where Commanding Officers (with first Flag-level approval) are authorized to conduct a board and select applicants who meet officer program authorization requirements for a commissioning program based on information already contained in their service record.

**Explore Expanding the Student Loan Repayment Program to all Personnel who are Final Selected for a URL Community and Complete OCS. (1.4)**

1. The Student Loan Repayment Program is one of several enlistment education incentive programs designed to pay federally guaranteed student loans (up to $65,000) through three annual payments during a Sailor's first three years of service. This program is currently only available to eligible personnel in the DEP who will enlist as active duty Sailors. Explore expanding the program to all personnel or perhaps certain communities, like nuclear or cyber, who are selected for and complete OCS or ODS.

**THE STUDENT LOAN REPAYMENT PROGRAM IS CURRENTLY ONLY AVAILABLE TO ELIGIBLE PERSONNEL IN THE DEP WHO ENLIST AS ACTIVE DUTY.**

**Explore Offering a Stipend (E-5 pay) to all Qualified Future Sailors in the DEP who Have a 4-year College Degree, meet Program Authorization Requirements and Have an Officer Application Pending, for up to One Year while Awaiting a Board Decision. If not selected, individual will serve in an enlisted capacity. (1.5)**

1. The officer application process, depending upon the community, can take up to 12 months to complete future Sailors reaching the 365-day limit must be discharged from the DEP and are barred from further enlistment processing until a decision is rendered on their officer package. Explore offering a stipend (E-5 pay) to all officer applicants in the DEP, who meet program authorization requirements for up to one year while awaiting a board decision.

**Explore the Authorization of the use of an alternate College Board Exam in Puerto Rico as Equivalent to the SAT. (1.6)**

1. Authorize the use of an alternate College Board exam (Spanish language SAT equivalent) in Puerto Rico as equivalent to the SAT for applications to NROTC and USNA.
2. Alternatively, allow it to be considered for the MSISR option or to enroll in the NROTC Prep Program.
3. Explore the continued applicability of using standardized exams like the SAT and ACT as part of the officer program selection and commissioning process.

**Explore the Removal of the "OPT-IN" Requirement for MSISR Applications. (1.7)**

1. Automatically submit national scholarship applicants into the MSISR application pool.

**Explore the Elimination of OAR Test Requirement for Certain Officer Communities. (1.8)**

**Evaluate Possible Redistribution or Establishment of Additional NROTC Units and or Cross-town Affiliates at MSIs (1.9)**

1. Explore changes to NROTC task organization restrictions under the 2017 NDAA.
2. Evaluate current list of schools with applications on file for the establishment of additional NROTC units/cross-town affiliates at MSIs in communities with large populations of minorities and consider the redistribution of NROTC units accepting MSISRs based on historical enrollment numbers.
3. Allocate additional resources (manpower and

funding) to execute or modify current NROTC task organization across the NROTC enterprise.

**Explore Reinstating the Baccalaureate Degree Completion Program (BDCP) with 2-year Degree Completion. (1.10)**

1. Explore the reestablishment of the BDCP to provide financial assistance to college students to complete baccalaureate degree requirements (Junior/Senior year) as applicable and obtain commission upon graduation from college.
2. Candidate will attain all pay and allowance at the E-6 level while in college and attend OCS upon graduation.

**Establish Our Navy Oversight Program (1.11)**

1. The Navy does not have a central ADE for accessions data for officer and enlisted missions that contains all Navy data from application (officer) or projection (enlisted).
2. There is no entity entrusted with strategy and process to evaluate Navy I&D impacts evident in the data and in the business processes that look across entrance requirements, selection criteria and board selection processes that influence the accession pipeline.
3. The Authoritative Data Environment (ADE) will provide two level analysis, descriptive and predictive, to improve Navy I&D. The Our Navy Oversight Program can expand upon AVRC efforts to improve I&D within the Navy and across the accession pipeline.

## SUPPORTING INFORMATION

A whole person evaluation framework that deemphasizes the weight of standardized academic tests will open the aperture on evaluating potential



officer candidates. The NLDF 3.0 outlines "how our Navy will develop leaders who demonstrate operational excellence, strong character and resilience through community." Developing and validating a whole person algorithm would require the Navy to select a group of high performing officers and run their profiles through a number of different accession models. Fine-tuning these models would ensure the appropriate balance of required attributes. With OCMs, determine if any metrics of academic competency correlate with success in accessions programs or in the fleet (e.g., training pipeline completion or promotion to O-5). This "sustained long-term process improvement effort" requires significant input and assistance from NRC, community managers, NSTC and USNA to revise these accession models.

In order to achieve a more inclusive force it is imperative to observe how USNA and NROTC (by NSTC) select future officers through the Navy's multiple accession sources. USNA tracks statistics on order of merit for both academic and military aspects. Utilizing statistics, USNA observes disparities across different demographics in categories such as class rank and Physical Readiness Test (PRT) scores over time.

Both USNA and NROTC employ algorithms that consider many aspects of candidates' qualifications for entry. Each officer candidate receives a score based on standardized test results, high school academics, extracurricular activities, essays, interviews and recommendations to provide a "best fit" (see Figure 3).

The finalized score is known as the Total Board Score at USNA and the Whole Person Multiple for NROTC. These models are how USNA and NROTC attempt to eliminate bias in the officer accession pipeline. While any best-fit model allows for some correction of error or bias, it does open the model up to human bias. Both USNA and NROTC have identified disparities in minority SAT scores. In November of 2020, NROTC adjusted their model to a 45% Academic and 55% Whole Person construct. For NROTC, this reduced the weight and proportionality of the SAT for future candidates. Although officer accessions and admissions were discussed, similar efforts for recruiting enlisted Sailors, as well as civilians, should be employed to ensure that the Navy is bringing in diverse talent.

In the short-term, Navy must deliberately resolve NROTC and USNA models to account for differences and analyze the Officer Program Authorization requirements and OCM Professional Recommendation Selection Board criteria.




Figure 3 - NROTC Accession Model

Navy should continue to leverage the AVRC initiatives to optimize rating entry standards and explore the use of algorithmic-driven interest inventory, potentially Jobs in the Navy (JOIN) scores, as an element of the whole person in the rating-assignment process. The AVRC continuously validates classification methods to optimize Sailor-rating vocational matches. The AVRC has implemented 15 optimized rating changes in the last year, resulting in an 18 percent increase in Navy applicants qualified for those ratings, with larger increases for female (40 percent), African American (37 percent) and Hispanic American (27 percent) applicants. The first real data from those changes shows that on average student enrollment in nine of those technical ratings has increased 13 percent for African Americans and 23 percent for Hispanic Americans. As a high-impact first step, Navy should implement policy to expand upon selection and rating entry standards by requiring all applicants to use an algorithmic driven interest inventory for consideration as part of the rating classification process.

Current recruiting strategies do not fully appeal to diverse populations and have not significantly increased the number of diverse officers recruited. Research shows that aggregate youth propensity has declined from roughly 18 percent in the mid-eighties to 11 percent today. This decline in propensity coupled with the declining number of military veterans in households makes personal interactions with potential prospects and their families at their high schools, college campuses and within their communities even more critical. JAMRS has consistently concluded that Navy officer recruitment efforts should be targeted toward increasing awareness of the officer career path, emphasizing efforts geared toward non-white college market youth.

In recent years, the Navy has built connections that have resulted in historic increases in minority entrance into the Fleet; however, recruiting efforts have not achieved equitable demographic representation of officers despite the influx of educated, enlisted Sailors across all racial and ethnic groups. Historical enlisted accession data suggests that given the success and consistency with which Navy recruits diverse representation among enlisted personnel, particularly with diverse Sailors having already completed undergraduate degrees, sufficient access to potential officer recruits within minority communities already exists.

Another issue is that the Navy does not have a central ADE for all officer and enlisted accessions information. There is no central entity entrusted with developing a strategy and related processes for this data collection. An entity should be established to evaluate Navy I&D impacts evident in the data and in the business processes that look across entrance requirements, selection criteria and board selection processes that influence the accession pipeline.

It is imperative that Navy accessions lifecycle data for both the enlisted and officer missions be reasonably aligned. Military Entrance Processing Station (MEPS) projections are the authoritative starting point for enlisted accessions and this data is captured in Personalized Recruitment Immediate Delayed Entry System (PRIDE). Officer applications are the equivalent starting point for officer accessions. PRIDE exists as a centralized data source for the enlisted mission. However, officer application and accessions data for USNA, NROTC and direct commission exists in various data systems are not consistently aligned and are not aggregated prior to commission. Data essential to the ADE for I&D analyses includes enlisted (e.g., Corporate Enterprise Training Activity Resource Systems (CETARS), Navy Standard Integrated Personnel System (NSIPS), PRIDE) and officer (e.g., PRIDE, NETFOCUS, USNA).

When the ADE is in place, OPNAV N1 should exercise oversight to expand upon the AVRC efforts to improve I&D within the Navy and across the accession pipeline. Navy will leverage the ADE to standardize all the data that is collected from the various communities with both the officer and enlisted missions (examples below):

- Accession decision data
- Schoolhouse performance data
- Fleet performance data
- Any other relevant data
- Central and complete data for analysis

# LOE 2

## TALENT MANAGEMENT/ RETENTION, NPC

## PROBLEM STATEMENT

Organizations that prominently value I&D within their workforces have proven more mission effective and tend to outpace their competitors in attracting and retaining the most talented people. Diversity demographics show that the Navy neither proportionally represents the national population, nor is proportionally represented throughout the ranks—including senior officer and enlisted leadership. While some progress in representation has been made over the years, our organization requires a markedly greater recruiting and retention yield in an increasingly competitive market. Contributing to the current state are TM processes (e.g., performance evaluation, promotion/advancement selection, detailing, community management) that are espoused to be fair and impartial; however, indications of bias exist within these processes that jeopardize the Navy's ability to retain and enable the progression of the best and most qualified Sailors.

## RECOMMENDATIONS

**Review Procedures for Detailing and Milestone Job Opportunities.**

1. Strive for ensuring the NPC staff reflects the diversity of the Navy population—especially detailers/placement coordinators and board support personnel. (2.1)
2. Assign a Special Assistant to the Commander for I&D at NPC and assign a trained Command Climate Specialist. (2.2)
3. Define and institute I&D quality assurance checks in key distribution and milestone assignment processes.
4. Continue to include diversity information in all formal nominative job packages. PERS-4 Division Directors provide a synopsis of their ability/inability to source diverse candidates in the PERS-4 action memo announcing the nominees. (2.3)
5. Review by-name request (BNR) policies and practices to ensure competition among qualified job candidates and recognizing possible barriers for otherwise viable applicants.
6. Refine (or define) officer community or enlisted rating career path/leadership and development requirements to ensure all have been reviewed to account for appropriate I&D considerations. This will provide a common baseline of understanding for all Sailors.
7. Develop a single PERS-4 and BUPERS-3 precept (and convening orders as applicable) for "internal" talent management processes. (2.4)
8. Evaluate and develop a proposal—if deemed legal and valid—to set diversity minima in milestone billet selections—in both board and informal processes. This assumes that expediting a larger diverse proportion across the ranks is a consideration within the best-qualified standard for differentiation among those considered fully qualified.

**Review Procedures for Fitness Reporting and Evaluation Systems.**

1. Develop a Navy-wide training product that highlights key areas of the existing policy regarding objective-based performance assessment and bias awareness in the evaluation process. Include a short video on bias done by a leading expert in the field.
2. Pivot from Mid-term Counseling to MyNavy Coaching per the Sailor 2025/Transformation timeline. This will provide to the Navy a process founded by proven coaching best practices and a modern scientific approach to formal Sailor development, which affords a platform to highlight empathy, self-awareness, impactful conversations and goal setting through an individual development plan. Formal training for all Sailors, to include accessions and leadership

milestone schools, is part of the fielding plan.

3. Determine if diversity and gender markers should be removed from fitness reports and evaluations. Amend policy and electronic submissions accordingly.
4. Continue the PET design concept development.

- Emphasize the existing attributes within the proposed process that will help eliminate bias and misleading subjectivity from true performance-based evaluation.
- Reduce hyper-inflated assessment and the means to "game" the system. This will require a significant Navy culture change to counter decades old habits that may not yield the most accurate information to talent management processes. Examples include:
    - i. Refined Trait and Value Statement Content to reflect Navy priorities and a better ability to accurately measure observed/proven performance against objective standards.
        - Contribution to enabling inclusive and diverse teams is an area of emphasis.
    - ii. Subjective comments will be limited to the necessary information to justify trait score assignments—similar to the types of information extracted from records and displayed by members during selection boards.
    - iii. Periodicity of evaluations will be driven by a Sailor's arrival date, not annual paygrade reporting.
    - iv. Removal of local forced distribution ranking requirements. Evaluations will be based on objective standards by paygrade and with detailed scoring criteria codified in policy.
    - v. Means to reduce rater variance/inflation tendencies will be employed to drive compliance with accurate performance assessment objectives.
        - All raters will be formally assessed in their performance evaluations as to how effectively and accurately they conduct performance evaluations and coaching.
        - Rating relative to a cumulative average will still be employed with the goal to drive the mean to a less inflated standard.
    - vi. All evaluations will require input/review from a rater (reporting senior/supervisor) and a senior rater (reviewing officer).
    - vii. Formal training for all Sailors, to include accessions and leadership milestone schools, is part of the fielding plan.

5. Incorporate I&D considerations into the data requirements for and process interfaces for all talent management processes. This includes new approaches such as a Navy Command Leadership Assessment and Selection Program (NCLASP) modeled after Army's Battalion Commander Assessment Program (BCAP).

- Review and develop a timelier (and potentially local) recourse for Sailors who believe they have received an unjustified or biased performance evaluation.





**Review Promotion and Advancement Processes.**

1. Remove officer photographs from all selection boards.
2. Expand the diversity of selection board participants as recorders and assistant recorders.
3. Expand the diversity data submitted in selection board ROP reports. (2.5)
4. Includes statistics of gender and ethnicity/race selections and templates for an overview and one-page analysis for all selection boards, similar to what is provided in COPRs.
5. Track statistics regarding diverse board membership to include support participants.
6. Develop and run a short video on bias awareness and considerations done by a leading expert in the field during the selection board indoctrination process.
7. Where applicable, amend precept and convening order language to account for TF1N policy changes.
8. Refine, as applicable, "best and fully qualified" definitions in keeping with precept and convening order language upgrades.
9. Develop a video that provides an overview of how a selection board in Wood Hall works for those who have never observed or participated in the process.
10. Consider the use of a "Diversity" stamp during selection boards to support an inclusion policy toward meeting stated DOD/Navy force composition requirements—similar to a Joint or Acquisition Corps stamp. While this may run counter to other actions to remove diversity information, it provides another means to include information in a format that may not trigger negative biases and present information needed to assist board members in meeting criteria specified in board guidance.
    - Use the Diversity stamp during select portions of a board to assist in determining the best qualified from those assessed to be fully qualified—during crunches for example.
    - Assign a diverse board member to review and brief diverse records in subsequent/crunch tank sessions—similar to a specific URL community member (e.g., Surface Warfare Officer (SWO), SEAL, Naval Aviator) briefing the record of an officer from their community during a subsequent/crunch tank session in a promotion board where all URL officers compete against each other.
11. Review and consider a proposal to rescind the ability of a Sailor to "decline to respond" to race, ethnicity and gender determination for inclusion in the Navy personnel ADE.
12. Pursue a change to 10 United States Code (USC) 612 to allow diverse members in smaller competitive categories to sit consecutive boards.
13. Evaluate and deliver means to provide clearly defined post-board information to broad audiences of eligible and interested candidates.

14. Expand post-board statistics to include gender and ethnicity/race information in post board reports, similar to the additional statistics provided in Commissioned Officer Promotion Reports (COPR), for all selection boards. Evaluate and deliver means for board sponsors to provide (clearly defined) post-board information to broad audiences to better enable developmental conversations/counseling of non-selects. (2.6)
15. Develop decision support tools for use in selection/assignments processes that better use objective human performance data, and that will evolve through greater use of AI/Machine Learning in applicable decision algorithms.
16. In support of the Defense Diversity Working Group (DDWG), participate in a study across all Services to determine whether race, ethnicity, gender or other identifying indicators are barriers to promotion/advancement. It should address the following:

- Determine the differences in promotion/advancement rates.
    - i. Compare the rate of promotion/advancement between racial minorities and women with that of white men.
    - ii. Determine if advancement rates among racial minorities and women are higher among our enlisted ranks as compared to officers.
    - iii. Determine whether any lack of promotion of racial minorities and women is due to lack of throughput/inventory or the likely presence of biases.
    - iv. Examine if boards are routinely selecting women or minorities at lower rates. If so, are these results expected based on the records before the boards. (Indicating bias is not from the board, but from the inputs to the board such as Fitness Reports (FITREPS) and assignment to positions more valued by the Service).
    - v. Examine if other biases distinct from race, ethnicity or gender occur during selection boards (e.g., is there a commissioning source bias (USNA vs. OCS), a community bias (SWO vs. Aviation), a Type/Model/Series bias (Jets vs. Helicopters, Cruiser-Destroyer (CRUDES) vs. Amphibious (AMPHIB)?
- Evaluate the existence of bias at boards and whether there is a net negative or positive effect from knowing a candidate is diverse. This answer will form the basis of any future bias reduction at boards.

**Development Framework to Review Diversity of Talent by Community.**

1. Review screening and conversion requirements for potential biases.
2. Develop a single PERS-4/BUPERS-3 precept (and convening orders as applicable) for "internal" TM processes (e.g., POCR boards).
3. Develop/refine processes to track and report on progression of diverse officers at all ranks. Review historical community career progression to identify and remove barriers to upward mobility for diverse Sailors (e.g., most Naval Aviation Flag Officers come from the Tactical Air (TACAIR) community and that community usually has a lower race, ethnicity, gender proportion to other aviation communities, CRUDES vs. AMPHIB in the surface community).

## SUPPORTING INFORMATION

Following initial analysis, the foundations and basic tenets of the Navy TM processes are assessed as fair and impartial. However, the LOE #2 team has identified areas where policy and process changes are warranted and where greater study and analysis are required to ensure that biases and unintended consequences inherent in subjective human processes do not result in undesired outcomes.

The NPC TM Task Force is evaluating options to best mitigate implicit bias in the performance appraisal process to ensure accurate assessment takes place and warranted promotion and advancement

opportunity for underrepresented Sailors is assured. The future performance evaluation process will emphasize and strive to remove bias and misleading subjectivity from true performance-based objective evaluation, which will yield the "right" information for talent management assignment and selection processes. TF1N recognizes knowledge gaps exist in the Fleet regarding performance evaluation, detailing and board processes, which can lead to the perception of biases existing in current models; therefore, NPC will take steps to improve awareness and understanding of Navy TM processes. Greater post-board feedback is an example and will serve as great information for Navy coaches to discuss with their Sailors during their periodic MyNavy Coaching development sessions.

Beyond perception, there remain areas where career progression can be improved by ensuring that selection to major milestones and promotions is based on published expectations (i.e., sustained superior performance and serving in career-enhancing billets). Moreover, research on the 'In-Zone' URL selections over the last 13 years shows that Asian male promotion to O-5 is 11 percent below overall average and Black male promotion to O-5 is 15 percent below overall average. However, these appear to be exceptions. The selection percentage by race/ethnicity across the board is slightly lower for almost all non-white male officers, and this could validate the perception of bias, but the small number of eligible diverse male Sailors (only 17.2 percent of 25,758 male records) creates some ambiguity. The selection percentages for every board are reviewed to evaluate trends or alarming statistics outside the norm. However, with low numbers it only takes one or two years with below-average selection rates to considerably change the statistics. At the O-4 level, for instance, 590 Black male officers were eligible and 431 were selected, resulting in a 3 percent lower promotion rate than the overall average, but there would be no discrepancy if a mere 17 more officers were selected (or about 1.5 officers per cycle). At the O-6 level, the discrepancy would have been negligible with the selection of less than one additional officer per cycle. A significant phenomenon affecting selection board results is the inventory of the eligible candidates. It is difficult to build and select minority Captains and Flag Officers when, so few remain in the Navy at the key retention decision points. Retention is foundational to achieving diverse representation at the senior leadership levels.

COPR Data

**O-4, IN-ZONE URL, FY-08 TO FY-20**

| BLACK MALE | HISPANIC MALE | ASIAN MALE | PACIFIC ISL MALE | NTV AMER MALE | OTHER MALE | WHITE MALE | MALE TOTAL | FEMALE TOTAL | OVERALL TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **590** | 824 | 305 | 29 | 77 | 504 | 10,606 | 12,935 | 1,133 | 14,068 |
| **431** | 600 | 225 | 23 | 59 | 350 | 8,201 | 9,889 | 790 | 10,679 |
| **0.731** | 0.728 | 0.738 | 0.793 | 0.766 | 0.694 | 0.773 | 0.765 | 0.697 | **0.759** |

**O-5, IN-ZONE URL, FY-08 TO FY-20**

| BLACK MALE | HISPANIC MALE | ASIAN MALE | PACIFIC ISL MALE | NTV AMER MALE | OTHER MALE | WHITE MALE | MALE TOTAL | FEMALE TOTAL | OVERALL TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 395 | 514 | 185 | 19 | 41 | 248 | 6,424 | 7,826 | 351 | 8,177 |
| 220 | 337 | 110 | 11 | 20 | 178 | 4,640 | 5,516 | 236 | 5,752 |
| **0.557** | 0.656 | **0.595** | 0.579 | 0.488 | 0.718 | 0.722 | 0.705 | 0.672 | **0.703** |

| O-6, IN-ZONE URL, FY-08 TO FY-20 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BLACK MALE | HISPANIC MALE | ASIAN MALE | PACIFIC ISL MALE | NTV AMER MALE | OTHER MALE | WHITE MALE | MALE TOTAL | FEMALE TOTAL | OVERALL TOTAL |
| 185 | 240 | 102 | 13 | 12 | 141 | 4,304 | 4,997 | 129 | 5,126 |
| 86 | 111 | 40 | 5 | 4 | 66 | 2,246 | 2,558 | 71 | 2,629 |
| **0.465** | 0.463 | 0.392 | 0.385 | 0.333 | 0.468 | 0.522 | 0.512 | 0.550 | **0.513** |

Note: "Other" includes both "Declined to Respond" and "Multiple" race codes
Figure 3 - COPR Data

As the Navy culture must evolve to be more inclusive, this must also be reflected in Navy TM processes. Sailors must have confidence that our processes are fair, free from negative forms of bias, transparent and yield results driven by one's merit and ability. To this end, we will continue to refine our processes to make sure the right information is available at critical talent-management decision points to ensure our best and fully-qualified Sailors from our inclusive Navy are in the right positions to meet our Service objectives.

Access to the right data is critical to this effort. As part of the MyNavy HR Transformation, achieving a centralized, single source of truth, cloud-hosted ADE is a foundational necessity for modern and enhanced TM. This authoritative and objective data is critical. Currently, NPC tracks demographic statistics for promotion, advancement, command milestone and screening boards (see Figure 3 for an example). While these statistics are important, if barriers exist that do not enable personnel to receive objective, unbiased and accurate evaluations, as well as adequate opportunities, the Navy will be unable to effectively evaluate, promote and advance the right Sailors. To combat this issue, some of the data-related steps that NPC is taking include: incorporating a NCLASP modeled after the Army BCAP; expanding the diversity data submitted in selection board ROP reports; reviewing and considering a proposal to rescind the ability of a Sailor to "decline to respond" to race, ethnicity and gender determination for inclusion in the Navy personnel ADE; and developing decision support tools for use in selection/assignment processes that better use objective human performance data, and that will evolve through greater use of AI/Machine Learning in applicable decision algorithms.

**SUCCESS WILL BE THE RESULT OF CONTINUED COOPERATION AND PARTNERSHIP WITH LEADERS ACROSS THE MYNAVY HR DOMAIN AND COE TEAM.**

NPC has established an I&D-focused OPT that includes key leader representation from all four of the LOE #2 talent management areas. This OPT meets on a regular battle rhythm cycle to drive implementation or further study for all of the aforementioned recommendations. Periodically, the OPT reviews implementation timelines, refines measures of effectiveness (MOE)/measures of performance (MOP) and formally reviews performance to plan. Since many of these initiatives are already part of the MyNavy HR Transformation effort, the OPT will ensure appropriate coordination exists among the OPRs. The OPT is responsible for ensuring that appropriate Fleet input/feedback is included during all design, development and process improvement efforts, and that effective communications occurs with major changes. Success will be the result of continued cooperation and partnership with leaders from across the MyNavy HR domain and the entire COE leadership team.

# LOE 3 PROFESSIONAL DEVELOPMENT, NETC/NSTC

## PROBLEM STATEMENT

To recruit and retain the high-performing and innovative workforce required to sustain today's Navy and the Navy of the future, deliberate and holistic efforts must be made to cultivate and champion an environment that promotes respect and inclusion across ranks and celebrates the competitive advantage gained from a diverse force.

NAVADMIN 051/20 (*Appendix Q*) entitled "NAVY INCLUSION AND DIVERSITY POLICY UPDATE" articulates three Navy-wide I&D Goals:

1. Institutionalize I&D across our Navy.
2. Attract and recruit the best talent from our diverse nation to cultivate a high-performing and innovative workforce.
3. Develop and retain Sailors and Navy civilians by ensuring an inclusive culture across our workforce.

NETC is then specifically tasked to:

- Develop and implement Navy's I&D training and education strategy from entry to executive levels in accordance with the Officer and Enlisted Leader Development Paths outlined in the NLDF version 3.0.
- Review course curricula through the Human Performance Requirements Review process to ensure incorporation of relevant I&D content.

Notably, this section addresses only NETC's responsibilities as detailed in the aforementioned NAVADMIN. Navy-wide I&D training and education expands beyond the NETC domain and the NAVADMIN assigns responsibilities to other Echelon II Commanders and Community Leads.



## RECOMMENDATIONS

**Develop a Subjectivity Mitigation Tool or Suite of Tools to Assist Leaders at All Levels. (3.1)**

1. Self-awareness (SA) tools are a critical part of bias awareness and are administered at various leadership levels, without the benefit of a comprehensive and deliberate SA continuum.
2. Leader development stakeholders (e.g., Naval Leadership and Ethics Center (NLEC), NWC, NPS, etc.) must collaborate, identify and agree upon a self-awareness continuum framework. Supporting the NLDF ensures proper alignment and ensures that Sailors receive the right tool(s) at the right time across the continuum.
3. Funding considerations notwithstanding, the following considerations apply to the development of the SA continuum:

- SA is critical to raising an individual's awareness of implicit/explicit bias and contributes to mitigation of those biases.
- A comprehensive approach to SA should span the career of an individual, irrespective of community, paygrade or length of service.
- Overly duplicative efforts (e.g., the repeating of particular SA assessments) should be minimized across the SA continuum to prevent the unnecessary expenditure of resources (e.g., time and/or money). Some duplication for emphasis across the continuum may be warranted.
- Careful consideration should be given to the

anticipated developmental acumen of the leader to whom the SA occurs to determine the appropriate tools for the given maturity and level of responsibility. No single assessment is suitable for all leadership positions.

As a basis for consideration, Figure 4 below provides an example of current thinking regarding SA and behavioral assessments considering resource limitations, coaching capacity and span of control. However, this is not the SA continuum end state NLEC would recommend when evaluating the combined resources, coaching capacity and expanded aperture inclusive of all warfare communities and education tracks. NLEC proposes a Self-Awareness Assessment "Summit" in March 2021, attended by relevant stakeholders, to evaluate the existing SA efforts across the Navy and provide a comprehensive recommendation in support of TF1N.

**Re-establish BOOST 2.0. (3.2)**

1. The re-establishment of BOOST 2.0 at NAPS to prepare highly desirable MIDN candidates whose initial test scores do not meet the standard for NROTC admission is a significant win for the Navy's desire to find talent.
2. Start the BOOST 2.0 pilot program with ten MIDN candidates and eventually expand to 50 MIDN over five years. MIDN will attend NAPS like USNA MIDN candidates for a year and be subject to the same exit criteria. MIDN candidates who successfully complete NAPS will receive a four-year NROTC scholarship without board action. MIDN can then attend any school in which a NROTC program exists. MIDN candidates who attrite will incur no obligation or payback, similar to the arrangement that USNA MIDN candidates enjoy.
3. Reestablish the links between USNA and NSTC for proper command, control and execution of the program. Although the infrastructure exists now for the pilot program, additional infrastructure modifications will be required at NAPS to expand the program to 50. These requirements will be clarified during the pilot program year.
4. Implement BOOST 2.0 under NSTC with USNA supporting. MIDN candidates will be selected by NSTC but the program execution will fall under NAPS. All final administrative action(s) to any MIDN candidate will fall under NSTC.
5. Achieve sustained success through careful




Figure 4 - SA and Behavioral Assessments Continuum Example

selection of MIDN candidates as well as placement in appropriate follow-on NROTC schools. The process owner is NSTC with NRC recruiting support. The reestablishment of a NROTC Candidate Guidance Office (CGO) will be critical in the identification and recruiting of MIDN candidates for the program.

**Increase NROTC Side-load Scholarships Specifically Targeting Underrepresented Communities. (3.3)**

1. As part of a system of programs to harness talent, side-load scholarships target students who are already matriculating through college and may be unaware of opportunities available through enrollment in NROTC. NROTC units must be proactive in telling the Navy story and attracting talent.

**Source a NROTC Consortium Deputy Commander Position at Approximately Five HBCUs/MSIs. (3.4)**

1. This Deputy Commander would be full-time at the assigned HBCU/MSI to build relationships, restore trust and facilitate an increase in diversity participation in the side-load scholarship process.

**Update Functions and Incentivize Retention of RSs Tasked to Style the Hair of Sailors Afloat. (3.5)**

1. Update NETC's Shipboard Barber Course. Working with the RS rating requirements sponsor (OPNAV N4), conduct a Job Duty Task Analysis (JDTA) on Shipboard Barber Course Identification Number (CIN) A-840-0013.

- The JDTA is the first step in reviewing and aligning the course to Fleet requirements.
- Changes made based upon requirements validated through multiple workshops with all Fleet stakeholders.
- A sustained long-term effort will be required in order to align further rate training manuals (RTMs), personnel qualification standards (PQS), on-the-job training (OJT), and formal training to ensure effective training that meets Fleet requirements

2. Explore possibility of separate Navy Enlisted Classification (NEC) for styling female Sailors. In coordination with Naval Supply Systems Command (NAVSUP), establish a Training with Industry (TWI) tour for enlisted Retail Specialist Sailors who will be Shipboard Barber Instructors to provide recognizable and reputable certification for the RS community.

- This TWI will provide instructors trained on current industry standards and techniques that will address and fill the hair styling needs for our female and minority Sailors.

**I&D TRAINING WILL NOT ONLY HELP TO SUSTAIN PERSONNEL, BUT ALSO HELP TO SUSTAIN AND DRIVE TOWARD A COE.**

## SUPPORTING INFORMATION

In general, the Naval Officer Corps does not reflect the diversity of the population of the US, specifically African Americans, Native American and Hispanic communities (see Figure 5). This problem is particularly acute in the warfighting communities in which African Americans, Native Americans and Hispanic Americans only make up a fraction of those communities as compared to their proportional demographic representation in the US.

NROTC accounts for one-third of all URL Officer (warfighters) commissioning. With the exception of Asian Americans, current NROTC accessions and graduation rates for all minority groups are well below their corresponding proportional demographic nationally. If the current trend continues, underrepresented groups will never approach national demographic norms.

One reason for this disparity is that underrepresented groups are generally not as prepared for college as indicated by standardized tests. For example,

| | AFRICAN AMERICAN | HISPANIC (NON-WHITE) | NATIVE AMERICAN |
|---|---|---|---|
| AVIATION | 2.25% | 7.03% | 0.6% |
| SURFACE | 9.9% | 10.3% | 0.9% |
| SUBS | 2.03% | 6.59% | 0.76% |
| EOD | 0.98% | 5.9% | 0.59% |
| SEAL | 1.3% | 5.98% | 0.3% |
| US CENSUS DATA | 13.4% | 18.5% | 1.3% |

Figure 5 - African American, Native American and Hispanic Naval Officer Corps Demographics

underrepresented groups, on average, score below the SAT's currently recognized college-ready score. Specifically, African Americans, Native Americans and Hispanic Americans nationally averaged SAT score falls in the mid 900's while the currently recognized college-ready score is 1020. Additionally, the average SAT score for those midshipmen who earned a NROTC scholarship currently hovers around 1400.

To attack this problem, the Navy must first be able to better attract and access qualified, underrepresented groups who desire to serve. Second, prepare highly motivated but disadvantaged students for the rigors of NROTC through the BOOST 2.0 or the NROTC Preparatory Program.

One of the barriers to recruiting more underrepresented groups is academic preparedness. A solution for that barrier is to reinstate the BOOST program. BOOST was originally developed as part of NAPS until the program expanded to become independent of school affiliation and was headquartered in San Diego. To re-establish BOOST as BOOST 2.0, the program would begin again at NAPS and expand from there.

Two studies were conducted by NPS on preparatory programs for USNA and NROTC. In both studies the original BOOST program was extensively analyzed. It was found that BOOST was highly effective and played a pivotal role in the Navy's efforts to improve minority officer accessions with qualified graduates. An important point worth noting is at both USNA and NROTC, BOOST graduates had a lower attrition rate than their direct entry cohorts.

In its original form, BOOST was absorbed by the Seaman to Admiral (STA-21) program and shifted emphasis on Fleet returnees vice new, direct accessions from high school. The BOOST program was slowly scaled back until its eventual closure in 2008.

Currently, USNA utilizes two programs to prepare otherwise underprepared students: NAPS and Foundation Preparatory schools. Studies indicate that both programs are successful in preparing MIDN for success at USNA as evidenced by lower attrition rates than their direct entry counterparts. The US Coast Guard Academy analyzed USNA's approach and now follows the same model while also sending their students to NAPS as well as foundation schools.

Re-establishing BOOST as BOOST 2.0 will utilize a phased approach. NSTC and USNA have agreed to establish a pilot program of 10 initial MIDN candidates in one year (Academic Year 2021/2022). After a successful pilot program, the program will then grow to 50 MIDN a year. With the current NROTC four-year scholarship attrition rate of up to 38 percent, the measure of effectiveness for BOOST 2.0 is that attrition will significantly decrease.

The emphasis placed on standardized testing in recruiting and selection processes causes a disproportionately negative impact on the number of minority officer applications. The Navy uses standardized aptitude tests (SAT or ACT) and high school academic performance to evaluate academic competency and determine eligibility for admission into pre-commissioning officer programs. However, it is well documented that underrepresented groups, particularly those with personal or environmental



disadvantages, tend to score lower on standardized tests. These differences in test scores affect the eligible demographic pool for commissioning programs, which raises questions about testing bias and discrimination during the admissions process.

Additionally, current recruiting strategies do not fully appeal to diverse populations and have not significantly increased the number of diverse officers recruited. Research shows that aggregate youth propensity has declined from roughly 18 percent in the mid-eighties to 11 percent today. This decline in propensity coupled with the declining number of military veterans in households, makes personal interactions with potential prospects and their families at their high schools, college campuses and within their communities even more critical. JAMRS has consistently concluded that Navy officer recruitment efforts should be targeted toward increasing awareness of the officer career path, emphasizing efforts geared toward non-white college market youth.

In recent years, the Navy has built connections that have resulted in historic increases in minority entrance into the Fleet; however, recruiting efforts have not achieved equitable demographic representation of officers despite the influx of educated, enlisted Sailors across all racial and ethnic groups. Enlisted accession data suggests that given the Navy's success and consistency in recruiting diverse representation among enlisted personnel who have already completed undergraduate degrees, sufficient access to potential officer recruits within minority communities exist.

The Navy does not, however, have a central ADE for all officer and enlisted accessions information. OPNAV N1 is currently establishing an ADE and as CNP is also the Navy's Chief I&D Officer, he will be able to evaluate evidence-based Navy I&D impacts and business processes influencing entrance requirements, selection criteria and board selection processes will be beneficial in measuring future success.

Once talent is received, I&D training will not only help to sustain personnel, but also help to sustain and drive toward a COE. While I&D metrics are readily available for the start of the accession pipeline, assessment at the next phase of a Sailor's career (namely their continuing education and career advancement) is vitally important. Data is available to understand which Sailors are being promoted and taking advantage of educational opportunities. However, understanding whether specific coursework and educational pathways are disproportionately advantageous to certain groups of Sailors is important. This necessitates a major focus on building additional capability in the educational domain to better understand improvement opportunities at crucial points in many Sailors' careers.

# LOE 4

## INNOVATION & STEM, ONR

## PROBLEM STATEMENT

The Navy has a deficit of underrepresented groups in STEM fields. This under-representation impacts diversity of thought and innovation, posing a potential threat to national security and warfighting readiness. To increase interest in STEM-related occupations, the Navy must create opportunities that leverage existing military and civilian relationships, specifically within predominately minority professional affinity groups, to mentor, garner interest and attract new talent.

Studies and surveys have shown that minority disinterest in STEM fields can be contributed to a lack of minority representation in the form of positive role models and mentors. Efforts to increase outreach and awareness activities of Navy STEM opportunities could also generate interest in those aspiring to join STEM fields in the future. By focusing on access to underrepresented identities and groups, the Navy can diversify its demographic profile and naturally increase warfighting capabilities, through individual's diversity of thought and experiences. This increases our lethality by bringing eager candidates, whose unique skills and knowledge can be leveraged. Ultimately, these activities provide an opportunity to strengthen existing relationships with local communities and organizations while fostering new, collaborative and meaningful relationships.

## RECOMMENDATIONS

**Determine and then Leverage the Navy's Military/Civilian Population Associated with Minority Fraternities, Sororities and Other Affinity Groups. (4.1)**

1. Utilize headquarters formal tasking system, social media and other mass distribution methods to encourage self-reporting and areas of interest.
2. Query other minority-focused groups (i.e., NNOA and ANSO) to determine if affinity group affiliation is captured and leverage these groups to encourage participation.
3. Query the Navy's RC on self-identified members within STEM (either military or civilian occupation) and request volunteering information on affiliation with minority fraternities, sororities, and other affinity groups.
4. Leverage relationships with minority fraternities, sororities, and other affinity groups to query military/civilian population.

**Review and Clarify Guidance and Ensure Clear Communication Authorizing and Encouraging Military/Civilian Outreach Opportunities with Affiliated Professional Groups. (4.2)**

1. Streamline ethics approval process for outreach opportunities. Active-duty Sailors and civilians who want to participate in outreach opportunities (i.e., teaching, speaking, writing, etc.) are left to navigate 5 CFR Section 2635.807 and JER paragraph 3-305 or seek advice from their command or an ISIC ethics counselor. The quality of that advice is often subject to the ethics

**EFFORTS TO INCREASE OUTREACH AND AWARENESS ACTIVITIES OF NAVY STEM OPPORTUNITIES COULD ALSO GENERATE INTEREST IN THOSE ASPIRING TO JOIN STEM FIELDS IN THE FUTURE.**

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 75 of 292


counselor's experience. To advance the outreach initiative and build in a place for awareness and feedback collection, the ethics approval process could be centralized to a one-stop shop for STEM engagements. The Navy Survey Program Office has set up a similar construct for seeking survey approval.

**Incentivize Participation Through the Establishment of Recognition Programs Inclusive of Military and Civilian Personnel. (4.3)**

1. Recognize service members by creating an outreach award like the ONR VADM Samuel L. Gravely Jr. "STEM Diversity Champion of the Year" Award, granted to individuals who have distinguished themselves by fostering STEM education and mentoring to underrepresented groups.

**Develop a PA Campaign to Increase Visibility in the Program and Any Associated Memberships within Minority Affinity Groups with STEM Connections. (4.4)**

1. Encourage through public announcements and STEM outreach activities within affiliated minority fraternity, sorority and affinity groups. Look for opportunities to speak at undergraduate and graduate chapter events to promote STEM fields by providing clear examples of how it is related to their career in the Navy.
2. Capitalize on existing relationships within these affinity groups to encourage using social and print media platforms to highlight affiliated military/civilian members in STEM occupation within the group's publications.

**Construct a Diverse Military and Civilian Network within the Navy to Increase the Awareness of Navy STEM Professional Opportunities at HBCUs/MSIs that will Mentor/Inspire Underrepresented and Underserved Students Majoring in STEM Disciplines. (4.5)**

1. Create a Diversity Affinity Office to coordinate sponsorships and outreach activities on behalf of all lower echelons.
2. Evaluate partnerships with African American and Hispanic STEM focused organizations, such as National Association of Black Chemists and Chemical Engineers, NNOA, ANSO, etc.
3. Create and maintain a mentorship program where senior officers and senior civilians are linked up as mentors with junior officers or new Navy civilians in their organizations to provide guidance from the moment they are commissioned or arrive to their new command.



Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 76 of 292


4. Establish the Junior Officer Diversity Outreach initiative under the DON to send junior officers TAD/TDY to strategic universities to assist with and guide specifically geared outreach.

**Enhance and Develop Where Necessary STEM Outreach Programs to Effectively Attract K-12 Students with Diverse Backgrounds. (4.6)**

1. Identify a Diversity STEM program sponsor (i.e., OPNAV N7, I&D, ONR, etc.) for command control structure and to track funding. The program sponsor will:

- Manage and distribute funds to all Diversity STEM stakeholders. Diversity STEM stakeholders will execute local activities and engagements. They will also provide reports leadership, as appropriate.
- Maintain any MOUs/MOAs with strategic outreach partners.
- Develop a Diversity STEM instruction.
- Make every effort to ensure all social media platforms (i.e., Facebook, Instagram, YouTube, etc.) drive the proper marketing message to the individuals we wish to reach.
- Implement a mentorship/tutoring program to help the diverse K-12 students navigate courses and activities that would make them top notch candidates for the Navy. Option to provide live virtual sessions (i.e., Microsoft Teams, Zoom, Google Meet, etc.) that could be used for regular interaction, STEM engagements and free tutoring/mentoring events.

## SUPPORTING INFORMATION

The Navy has identified that it does not have an appropriately targeted STEM outreach program. As a result, the Navy is in the process of enhancing and developing a robust STEM outreach program for K-12 students that could potentially generate greater interest and awareness for students with diverse backgrounds. Furthermore, the Navy is constructing a diverse military and civilian network to increase the awareness of STEM professional opportunities in the Navy at HBCU/MSIs to encourage minorities to study STEM disciplines and look into Navy careers.

By leveraging the relationships that our military/civilian members in STEM fields have formed in predominantly minority professional fraternities, sororities and other affinity groups, the Navy can strengthen its networks to increase outreach and interest in STEM among underrepresented groups. This effort will require our internal talent network that is associated with those groups to collaborate with minority fraternities, sororities and other affinity group headquarters.

Through our military/civilian members' efforts, the Navy will seek opportunities within HBCUs/ MSIs communities to mentor and develop an interest in serving within Navy STEM career fields. These affinity organizations are constructed around community support, outreach and alumni relations. This vast pool of diverse military/civilian talent is believed to be an invaluable resource. By leaning on our alumni and active members within those societies, we can build a strong bridge between underrepresented minorities alongside fraternity and sorority members and the Navy.



# LOE 5 ADDITIONAL RECOMMENDATIONS

The following section contains miscellaneous I&D-related reform recommendations for consideration. Some recommendations may require further review and assessment to determine next steps.

## TOPIC: ADD "AND RESPECT" TO NAVY CORE VALUES. (5.1)

### PROBLEM STATEMENT

In the aftermath of the death of Mr. George Floyd, an African American man, killed at the hands of police in Minneapolis, Minnesota, and the ensuing protests, the Navy stood up TF1N on 1 July 2020 to address the issues of racism, sexism and other destructive biases within our Navy and their impact on naval readiness. One of the preliminary recommendations that comes from TF1N is the addition of 'Respect' to the Navy's core values of Honor, Courage and Commitment. The goal of this initiative is to influence and encourage Active and Reserve service members, government service civilians and contractors within the DON to embrace and embody the new Navy core value of "Respect" in every aspect of the Navy and our culture.

### RECOMMENDATIONS

Establish a communications plan to market and advertise this initiative

Initiate the addition of "Respect" to Navy Core Values through the release of a NAVADMIN announcing addition of "Respect" to Core Values

### SUPPORTING INFORMATION

Respect is the foundation of our Navy team and our first Signature Behavior. Respect has the connotation of saying that I see you and I hear you. To our fellow shipmates, there can be no empathy or trust without respect. While it may be inferred in Navy attributes, illuminating "Respect" as a priority demonstrates that we are fully responding to this moment in history to create enduring and positive change. Every member of the Naval Service – active, reserve, and civilian, must understand and live our Core Values…Honor, Courage, Commitment and Respect!

**RESPECT IS THE FOUNDATION OF OUR NAVY TEAM AND OUR FIRST SIGNATURE BEHAVIOR.**

## TOPIC: CONTINUED LEADERSHIP SUPPORT FOR LISTENING SESSIONS (5.2)

### PROBLEM STATEMENT

Discussing inequalities can be difficult, but these conversations are necessary to foster inclusion and connectedness in the Navy. In order for Sailors to heal and rebuild trust, leaders must lead, listen and advocate for change. This starts by providing Sailors and our civilian teammates an environment to openly communicate. Leadership engagement is essential to ensuring the eradication of any form of disparities in our formations, one command at a time.

## RECOMMENDATIONS

Leverage guidance provided in the NCG and continue listening sessions on a regular basis

Feedback regarding sessions should be documented and made actionable as required to address any perceived climate issues

## SUPPORTING INFORMATION

While very personal ideas and experiences will be openly shared throughout the necessary conversations, it is important to remember that all participants must treat one another with dignity and respect. It is recommended that those leading the conversations consult with their staff judge advocate or command services legal advisor if they have questions at any point before, during or after the conversation session.

## TOPIC: RESTART NLDF BRIEFS TO CNO/ VCNO/MCPON (5.3)

Accountability has emerged as one of the key themes from our Listening Sessions. Feedback received from the CNO's TAG noted that past success with I&D efforts was a direct result of holding leaders accountable for understanding the importance of I&D and taking deliberate steps to ensure all Sailors were treated fairly and had access to the opportunities they deserve. In our Navy culture, leaders understand early on the importance of authority, responsibility and accountability.

NAVADMIN 025/20 re-establishes the NLDF briefs to CNO and outlines how the Navy will develop leaders who demonstrate operational excellence (competence), high ideals of integrity and service (character) at every level of seniority, all the while expanding and enhancing trust and confidence (connections). Specifically regarding "connection", TYCOMs should have community-specific I&D goals and objectives, an understanding of community demographic data, note best practices and challenges, develop (coaching, mentoring, advocacy) efforts, integrate human factors and Command Resilience Team fundamentals, and deliberately lead TM efforts.

TF1N reviewed best practices from previous briefs and developed a detailed template for TYCOMs to

## TOPIC: COUNTER HATE SPEECH (5.4)

## PROBLEM STATEMENT

There are several aspects to regulating/discouraging hate speech. This proves to be difficult as the first amendment makes it challenging to define "hate speech" for disciplinary purposes-- when so much speech is protected. To mitigate this challenge, the focus has to shift to educating leaders on what types of language and behavior actually constitutes harassment and discrimination. In the context of this task, "Hate Speech" describes types of speech that amount to harassment, a form of unlawful discrimination.

## RECOMMENDATIONS

Issue a Page 13 to allow enforcement of discipline against Sailors and to communicate policies and new concepts for the purpose of command mission and good order and discipline. Secondly, a CNO-level communication to remind leaders of their obligations and the tools in their toolkit to take appropriate corrective measures, including punitive ones. This level of communication would give Commanders the confidence and top cover to take action and would be an effective deterrent for Sailors when Commanders communicate CNO-level intent and then back it up with local command-level action. Additionally, a JAG action memo from OJAG (Code 13) to reinforce the scope of tools available to leaders and equip Staff Judge Advocates (SJAs) with tools to give timely and consistent advice.

## TOPIC: ESTABLISH PILOT MENTORING PROGRAM (OFFICER/ENLISTED/SES) (5.5)

(Officer/Enlisted/SES)

One TF1N Focus Area is establishing Pre-accession Mentorship Frameworks and to improve mentoring overall. To support this effort, the Task Force sought out 40 volunteers who are willing to mentor a diverse/minority midshipmen/seamen recruits/ SES & GS for a pilot program. Conversations with the Fleet clearly indicate barriers to communication. We don't talk enough to one another, especially those who are different from ourselves. Talking builds teamwork, and that teamwork builds trust. This mentoring pilot program would be designed to remove barriers, increase communication and to gain a better understanding of what we must improve as an organization. We all know the importance of mentoring, advocacy and sponsorship. This provides an opportunity to coach someone throughout the rest of their career and share their mentoring experiences with others to provide knowledge sharing opportunities throughout their Navy experience.

**Concept:** Ten Flag Officers (O-7 / O-8), ten SES and 20 MCPOs volunteer to serve as mentors to diverse/ minority service members. The Flag Officer will be connected with a MIDN, Senior SES would be paired with newly appointed SES or an identified highly performing GS-15 interested in future assignments as Executives, and the MCPOs will be connected with a new graduate from RTC. The MCPO cohort will also seek to place diverse female E-9s with majority recruits as well. After one year, all participants will provide feedback via surveys and written responses to see if expansion of the program is warranted.

## TOPIC: ESTABLISH A STUDENT EXCHANGE PROGRAM BETWEEN USNA & HBCUs/MSIs (5.6)

### PROBLEM STATEMENT

As the primary undergraduate educational institution training future leaders in the USN and USMC, USNA is uniquely positioned to build bridges, foster relationships and expose midshipmen to a diverse cohort of talent and future shipmates from NROTC affiliated HBCUs and MSIs.

### RECOMMENDATIONS

Establish a framework to manage an exchange program between USNA and various HBCUs/MSIs. The Service Academies have conducted exchange of MIDN and Cadets for several decades, to include foreign students, and this framework could be replicated with HBCUs and MSIs to build a more cohesive team, remove barriers and increase understanding in leading a diverse force.

### SUPPORTING INFORMATION

Increased communication with HBCUs/MSIs and increased recognition of meritocracy improves perceptions of inclusion from underrepresented groups and provides a foundation of understanding and a commitment to breaking down barriers.



# THIS INITIATIVE IS AN OPPORTUNITY TO HONOR AND NAME NAVY ASSETS FOR NAVAL HEROES.

**TOPIC: MODERNIZE PROCESS TO NAME SHIPS, BUILDINGS, STREETS IN HONOR OF NATIONAL & HISTORICAL NAVAL FIGURES (5.7)**

## PROBLEM STATEMENT

Certain Navy ship names have been highlighted by Congress and in the media for connections to confederate or white supremacist ideologies. Without a comprehensive database or review of current Navy names, it is unclear whether the body of Navy names is consistent with Navy Core Values and representative and inclusive of the truly diverse population of the Navy, today and throughout the Navy's rich history.

Following a review of internal Navy practices and Congressional Research Service (CRS) documentation, there appears to be no consolidated database, process or effort within the Navy to review the names of Navy assets in order to ensure that the names reflect the Navy Core Values. This initiative is an opportunity to honor and name Navy assets for Naval heroes from all classes, races, genders and backgrounds.

## RECOMMENDATIONS

**Initiate Systematic Review to Identify and Rename Navy Assets in Need of Modernization Consistent with Navy Core Values.**

1. Review should identify assets honoring those associated with the Confederacy and identify assets named after racist, derogatory or culturally insensitive persons, events or language.
2. Renaming recommendations and decisions should be consistent with current naming authorities, policies and practices, with a focus on honoring persons of historically underrepresented demographics, including racial minorities, women and enlisted members.
3. The method and timeline of review is flexible, however, a stakeholder-led committee could oversee the consolidation of Navy asset names and lead the review and recommendation process.

- The general membership, strategy and mission statement of the committee may be subject to amendment post-enactment of the NDAA for Fiscal Year 2021.
- The committee would compile the lists of names for review, delegate as needed (e.g., requesting installation commanders to provide lists of installations buildings and streets named after persons pursuant to OPNAVINST 5030.12H); coordinate with ethics and history experts to identify assets for renaming; serve as a central repository for questions and renaming requests; and propose new names. This course of action (COA) offers thoroughness and consistency. Additionally, the committee could consist of persons who may already possess the expertise necessary to perform these tasks, for example, personnel from OPNAV N17, NHHC, CNIC, NAVFAC and commands possessing authority and ownership over weapons systems, afloat and aviation assets such as NAVSEA and NAVAIR.
- Memorialize the process and membership of the committee by either updating the OPNAVINST 5030.12H, other relevant naming authorities or by simply crafting an order from the CNO outlining the expectations for the committee and the period of review.

i. Success will be measured when 1) the Committee is stood up (1-3 months); 2) the Committee produces a consolidated database or list of Navy asset names (3-6 Months); 3) when the Committee provides an overview of the current health of the Navy's body of asset names, including any names which are currently problematic and a recommendation on how to upgrade them (6-9 months); 4) when current policies/ instructions are updated to reflect the makeup of the Committee and the expectations for future responsibilities and authorities (6-12 months); and 5) When the CNO and Secretary of the Navy (SECNAV) make asset naming decisions based on the current body of Navy asset names and consideration of a broad range of possible names that reflect diversity and inclusion (6-12 months).

ii. Following the Committee's work to create a comprehensive list or database, efforts must be taken to keep the list up to date. That sustainment review can be ongoing or periodic (yearly or 5-10 years). As the list/ database is a living document, updates must be made as new names come online. Updates could be submitted through the OPNAV staff for updating or a stakeholder from the committee could be assigned this responsibility as a running requirement.

## SUPPORTING INFORMATION

While OPNAVINST 5030.12H requires installation commanders to develop and maintain lists of streets, facilities and structures named after persons, there is no additional process set out in the instruction for consolidated or periodic review of such lists.

## TOPIC: FORM MANAGEMENT ADVISORY GROUPS (MAGs) (5.8)

## PROBLEM STATEMENT

Lack of direct feedback from MAGs or similar groups such as employee readiness groups (ERGs) or affinity groups potentially limit I&D efforts and limits opportunities to advise leadership on related diversity challenges.

## RECOMMENDATIONS

MAGs are informal entities that provide non-binding strategic advice to management. The intent is for MAGs to serve as an information resource and feedback capability to the Chief Inclusion and Diversity Officer or designated representative. MAGs will function similar to employee resource groups. The recommendations and inputs provided by the various MAGs will be used to bolster I&D efforts, improve culture and better advise leadership from multiple perspectives.

## SUPPORTING INFORMATION

Increased involvement; increased information sharing; leverage trending data



**TOPIC: ECHELON 2 COMMANDERS TAKE DELIBERATE ACTION TO SHOWCASE AND RECOGNIZE THE NAVY'S DIVERSE CULTURE AND HISTORY (5.9)**

## PROBLEM STATEMENT

Many Navy buildings, such as Navy museums, headquarters (HQ) buildings, Learning Centers, etc., have very few images or heritage displays showcasing accomplishments and contributions of underrepresented demographics, despite the gains in diversity and notable achievements in the 20th and 21st centuries.

## RECOMMENDATIONS

Echelon 2 Commanders take deliberate action to showcase and recognize the Navy's diverse culture and history. In addition, NHHC should reach out to non-Navy-run Naval Museums to highlight the importance of showcasing and recognizing Navy's diverse culture and history.

As an additional part of this recommendation, Navy should review the feasibility to produce a documentary on the career and contributions of Chaplain Thomas David Parham Jr., who served from World War II to 1964 and was the first African American promoted to the rank of Navy Captain. Both the Chaplain Corps and the Navy will benefit from a well-done documentary on his groundbreaking service. It could be a powerful tool for recruiting and retention, not just among chaplains but for all Navy communities.

## SUPPORTING INFORMATION

For young people that consider service in our Navy, for Sailors that currently serve, and for our veterans and the American public, history that is celebrated and is perennially on display in US Navy museums and Naval Installations reflects our culture and the value we place on the accomplishments of those who represent the best in our ranks and our nation.



**TOPIC: ENSURE CAPABILITY TO MONITOR RACE, ETHNICITY AND GENDER OF SERVICE MEMBERS SUBJECT TO NON-JUDICIAL PUNISHMENT ACTIONS (5.10)**

## PROBLEM STATEMENT

Navy lacks a robust, updated and electronic capability to monitor race, ethnicity and gender of service members subject to NJP actions.

## RECOMMENDATIONS

Recommend Office of the Judge Advocate General (OJAG) track and publish statistics to ensure there are no disproportionate impacts to underrepresented communities regarding similar offenses. Purchase system to ensure proper tracking. All Navy Message (ALNAV) 090/20 actions is an interim step in this process.

## SUPPORTING INFORMATION

Analyze applicable data to assess to what extent racial, ethnic or gender disparities exist. This will lead to increased transparency and improved awareness of leadership.

**TOPIC: EVALUATE CHANGES TO MILPERSMAN 1910-138 (MINOR DISCIPLINARY INFRACTIONS) AND MILPERSMAN 1920-140 (PATTERN OF MISCONDUCT) (5.11)**

## PROBLEM STATEMENT

Under MILPERSMAN 1910-138, members may be processed for separation based upon a series of at least three, but not more than eight, minor violations of the Uniform Code of Military Justice (UCMJ), provided five criteria are met. First, none of the minor violations could have resulted in a punitive discharge. Second, the offenses must be documented in the member's service record. Third, the offenses have occurred during the member's current enlistment. Fourth, the member must have been disciplined by one NJP. Finally, the member must have violated a NAVPERS 1070/613 warning or other form of counseling. Under MILPERSMAN 1910-140, members may be separated when, during the current enlistment, they have two or more NJPs, courts-martial or civil conviction (or combination thereof). Members may not be processed under this article unless they have been given the opportunity to correct their deficiency. Specifically, members may not be processed unless they violated a NAVPERS 1070/613 or other forms of counseling previously mentioned. Following an NJP, the current policy does not require the commanding officer to issue a NAVPERS 1070/613 warning or other form of written counseling. In the case where the command issues a NAVPERS 1070/613 warning following a second NJP, the member is given another opportunity to correct the deficiency and immediate processing for pattern of misconduct is inappropriate. If the member has less than 180 days of service, an entry level separation may be appropriate.

## RECOMMENDATIONS

Review MILPERSMAN 1910-140 and 1910-138 for potential updates while benchmarking comparable service policies for additional recommendations or best practices. Additionally, the following actions should be considered and/or continued:

**ALLOWING A SAILOR TO TRANSFER TO ANOTHER UNIT FOLLOWING DISCIPLINARY ACTION PROVIDES THE MEMBER AN OPPORTUNITY TO REINVIGORATE MORALE.**

Review ability to assess racial and gender disparities in the Navy's military justice system.

Assess NPC's ongoing effort to evaluate changes to the MILPERSMAN that would require commands to report every nonjudicial punishment and summary court-martial using a NAVPERS 1070/613 form.

Continue collaboration with OJAG to revise the Quarterly Criminal Activity Report (QCAR) instruction to require General Court Martial Convening Authorities (GCMCAs) to report significantly more information for every summary courts-martial and nonjudicial punishment completed in the previous quarter, including data on the race, ethnicity and gender of every accused (and victim, if applicable).

Evaluate the ability to record NJP and summary courts-martial results in the next generation tracking system, which is currently under development. This system will not be operational until the end of 2021 or the beginning of 2022.

Including specific rehabilitation metrics, such as timelines to correct a deficiency and the requirement to consider the length of time between the initial counseling and subsequent action to address a deficiency, provide additional safeguards against personal bias and disparate outcomes. These measures would allow leadership to consider the Sailor as a whole person and more accurately identify potential for future naval service.

Leverage inter-unit transfers following disciplinary actions. Defining specific rehabilitative measures, in addition to the counseling measures under the

current policy, provides greater opportunity for members to improve their chance of retention and assists leadership in facilitating rehabilitation. Allowing a Sailor to transfer to another unit following a disciplinary action provides the member an opportunity to reinvigorate morale, transform problematic behaviors and places an additional safeguard against disparate treatment. This added measure can more clearly establish that despite attempts to rehabilitate the Sailor, further effort is unlikely to succeed.

Improve coordination with the Command Resiliency Teams (CRT). Coordination with the CRTs may improve retention and reduce the potential for disparate treatment of Sailors from suspect classes and diverse backgrounds. CRT members can participate in rehabilitation in a number of ways, such as providing input on behalf of a Sailor during the NJP and Administrative Separation (ADSEP) processes, as well as providing services to mentor Sailors with problematic behaviors or histories of misconduct. This would allow for a representative outside of the Sailor's chain of command to ensure the Sailor has adequate support during the rehabilitation process and adds an additional layer to identify processing that may be motivated by personal bias.

## SUPPORTING INFORMATION

Trending data; Rehabilitation metrics; NJP Data; Impacts of policy updates; and Impacts of inter-unit transfers following disciplinary actions

### TOPIC: TYCOMs DEVELOP AN ADJUNCT RECRUITER PROGRAM TO SUPPORT OUTREACH AND AWARENESS IN UNDERREPRESENTED COMMUNITIES IN DIRECT SUPPORT OF NRC (5.12)

## PROBLEM STATEMENT

To prevail in conflict, we need a Navy that draws on the diverse resources, skills and talents of all our people. In order to recruit the best and brightest among us, we need to attract talent from all educational institutions around the country. Earlier this year, the Surface Force partnered with NRC to pilot a new program to attract and recruit talented candidates of diverse backgrounds for the Navy officer corps. The purpose of this program was to help educate diverse applicants on all aspects of the Navy, especially highlighting unique experiences and career opportunities.

## RECOMMENDATIONS

Recommend other TYCOMs adopt this model specially targeting junior officers and enlisted members on shore duty to support NRC efforts in attracting diverse applicants. Once selected for the program, NRC can provide tailored training highlighting key outreach efforts to support the overall recruiting mission. Members will be required to support a NTAG at least quarterly, sharing opportunities and focus on key contact points in their specific communities. This could include visits to local centers of education, Middle Schools, High Schools and Colleges/Universities. Example: A flight instructor could fly cross country to a specific location and coordinate with the local NTAG to raise awareness of opportunities in Naval Aviation. Due consideration should be given to providing a stipend per engagement. Upon successful completion of the program (approx. two years), a service record entry will be made and we will explore members receiving a board stamp indicating "DIVERSITY ADJUNCT RECRUITER" for all future boards.

## TOPIC: LEVERAGE FLAG MANAGEMENT TRACKER (5.13)

The Flag Wardroom consists of over 250 active and reserve officers O-7 through O-10. Although, Flag Matters does an exceptional job tracking and detailing officers for key and competitive assignments, specific management and awareness of underrepresented demographics can be left to specific community planning. In an effort to increase awareness of talent, timing and career implications, TF1N recommends that Flag Matters produce a detailed matrix to provide senior leaders a snapshot of key milestones and timelines across the entirety of junior Flag Officers in O-7 and O-8 billets.

## TOPIC: LEVERAGE AI TO MINIMIZE BIAS IN SELECTION BOARD PRECESSES (5.14)

### PROBLEM STATEMENT

Leverage the use of AI and Machine Learning solutions, combined with training and leadership development, to mitigate human biases. These systemic and unintended biases are the primary hurdle for building a diverse and inclusive culture and optimizing performance of its officers and teams.

### RECOMMENDATIONS

Pilot the use of AI/Machine Learning to support the centralized selection process.

### SUPPORTING INFORMATION

Demographic data, Trending data, Promotion Statistics



## TOPIC: IMPROVE FACULTY DIVERSITY WITHIN GRADUATE AND PME INSTITUTIONS (NWC AND NAVAL POST-GRADUATE SCHOOL NPS) (5.15)

### PROBLEM STATEMENT

Improve faculty diversity within graduate and PME institutions (NWC and NPS) to better reflect the diversity of the nation. Diversity across faculty provides all students a unique opportunity to grow and learn from different perspectives in an environment that's representative of the Sailors we lead and the nation we serve.

### RECOMMENDATIONS

Take deliberate steps to recruit, retain and promote diverse faculty and senior administrators at our graduate and PME institutions.

### SUPPORTING INFORMATION

A more diverse faculty provides additional role models and creates a more engaging environment for students. Deliberate recruiting actions open the aperture and increase awareness of opportunities for those in academia to serve our nation and build future leaders.

## TOPIC: ESTABLISH UNIT-LEVEL COE AWARD TO INCENTIVIZE EXCELLENCE IN COE INITIATIVES AND PROGRAMS (5.16)

### PROBLEM STATEMENT

Unit culture has a direct impact on readiness and mission accomplishment. Recognition is an important part of acknowledging exemplars of the culture we want units to develop and foster. Currently, there isn't an award that celebrates units that have fully embraced the COE ideals and displayed the Signature Behaviors necessary for Navy units to optimize warfighting performance.

### RECOMMENDATIONS

Develop a unit-level award (either stand-alone, or as part of Retention Golden Anchor Award or Battle E Award) to incentivize unit adoption and success in COE programs. The criteria will be compiled from all areas that support and develop a strong Navy culture. Nomination packages will require quantitative and qualitative data to support submissions as well as examples that show a strong and inclusive culture at work.

### SUPPORTING INFORMATION

Data that will support a unit's award package will include but not be limited to: Sailor re-enlistment and officer retention rates, favorable command climate/ culture surveys, outstanding community engagement and outreach, limited NJPs, examples of diverse and inclusive daily organizational practices, examples of a strong bystander intervention culture, examples of mentorship for all Sailors, examples of respect for all members of the team and outstanding performance on unit-level mission critical evaluations.

**UNIT CULTURE HAS A DIRECT IMPACT ON READINESS AND MISSION ACCOMPLISHMENT.**

## TOPIC: DESIGNATE AN ADVISOR IN OPNAV N17 FOR WOMEN'S POLICY ISSUES INFORMED BY A MAG (5.17)

### PROBLEM STATEMENT

Given the previous disestablishment of the Office of Women's Policy, there was significant feedback during focus groups and listening sessions that Navy lacked an identifiable focus point for issues affecting the service of women in the Navy.

### RECOMMENDATIONS

Recommend designating an advisor in OPNAV N17 for Women's Policy issues as part of the I&D branch. That advisor would receive input from a MAG ideally reflecting the diversity present in our Navy to ensure proper representation.

### SUPPORTING INFORMATION

Develop a draft charter for the MAG within 90 days to CNP. Once designated, the MAG could look at issues such as uniform apparel, footwear, grooming standards, parenting policy and other miscellaneous recommendations.

## TOPIC: REVIEW HEALTH AND HEALTH-CARE DISPARITIES (5.18)

## PROBLEM STATEMENT

Racial and ethnic disparities in health and health care services are well documented, and their eradication is one of the prime targets of Healthy People 2020. Healthy People 2020 defines a health disparity as a, "particular type of health difference that is closely linked with social, economic, and/or environmental disadvantage". Health disparities adversely affect groups of people who have systematically experienced greater obstacles to health based on their racial or ethnic group, religion, socioeconomic status, gender, age, mental health, geographic location, sexual orientation or gender identity, cognitive, sensory, or physical disability or other characteristics historically linked to discrimination or exclusion."

Research confirms that health disparities exist. However, a full understanding of the antecedents of healthcare disparities impacting Navy personnel are not well known. The key to reducing inequities in healthcare rest with our ability to dismantle and neutralize systems, processes and policies that initiate and sustain inequities and improve the diversity of the health care workforce. Additionally, there are diet-related disparities that impact Sailor physical and mental wellness, health and the ability to deploy. These disparities are defined as differences in dietary intake, dietary behaviors and dietary patterns in different segments of the population, resulting often in poorer dietary quality and inferior health outcomes for certain groups that can provide unequal burden in terms of disease incidence, mortality, survival and even quality of life. Factors that contribute to diet-related disparities among Sailor populations are complex and include individual, environmental, social, cultural and behavioral attributes. Therefore, a cultural shift towards primary prevention to address these factors and expand the influence of the nutritional experts is needed to combat diet-related disparities in the Force.

**STRENGTHENING THE NATION'S WORKFORCE BY IMPROVING CULTURAL COMPETENCY AND INCREASING DIVERSITY IS ESSENTIAL IN MEETING THE HEALTH AND SERVICE NEEDS OF COMMUNITIES OF COLOR.**

## RECOMMENDATIONS

**Develop multidisciplinary Health Disparity workgroup and board which will be responsible for:**

1. Developing a framework for action.
2. Identify and monitor metrics and indicators of health equity.
3. Establish best practice approaches to reduce health disparities and achieve health equity capacity to implement, evaluate and sustain programs & policies that promote health equity
4. Support training and professional development to address health disparities and culturally competent care
5. Serve as a proactive vs reactive feeder board for addressing issues that impact health equity
6. Fully Implement Culturally and Linguistically Appropriate Services and Education for Healthcare Providers
7. Promote Organizational Collaborations to Exchange Beneficial Knowledge and Resources.
8. Recruit, Promote and Retain a Diverse Healthcare Staff
9. Conduct research on the impact of health



disparities associated with the following areas:

- Inflammatory hair disorders, i.e., PFB / traction alopecia
- Racial Trauma assessment /treatment and training for Mental Health/Behavioral Health providers
- Sickle cell accession screening and treatment
- Body fat standards (age, gender and race)
- Variation in resignation and accession standards for officer/enlisted and reservist
- Prevention and Wellness (Obesity on Periodic Health Assessment (PHA)), Muscular skeletal injuries
- Nutrition and diet
- Access to Infertility service
- Pain management
- Service members and Limited Duty (LIMDU) / transition between DOD and the Department of Veterans Affairs (VA)
- Rank and ageism

10. Identify and develop a separate plan of action for primary prevention to enhance wellness in the force, which goes beyond disease management and focuses on human performance.

## SUPPORTING INFORMATION

I&D efforts contribute to a ready and relevant healthcare workforce, a more welcoming and supportive environment for patients, and better patient outcomes. Putting aside issues of equity and fairness for the moment, at least four reasons can be put forth for attaining greater diversity in the health care workforce: (1) advancing cultural competency, (2) increasing access to high-quality health care services, (3) strengthening medical research, and (4) ensuring optimal management of the health care system.

Strengthening the nation's workforce by improving cultural competency and increasing diversity is essential in meeting the health and service needs of communities of color.

**We need to build on momentum of TF1N:**

Ensure that I&D actions are pervasive in working groups, habitual in nature and forces a positive culture shift.

- Seek and support non-traditional service experiences to bring in fresh perspectives, more diverse skillsets and backgrounds into the Navy's most senior ranks and in its mid-level civilian leaders.
- Ensure that people of all races have equal access to promotional opportunities in the Navy as well as training and educational opportunities, focusing on objective skill and performance criteria and removing inherent biases where possible.
- Similar to OPNAV N17 for military, establish a dedicated cadre of personnel charged with proactively analyzing the health and demographics of the civilian cadre leveraging the holistic approach of closely tracking and monitoring the demographics of the civilian workforce, not just within select commands, but across the Navy where minority representation, particularly in the more senior ranks, remains a shortcoming.
- Ensure the strategic messaging and imperative for I&D has broad distribution, clear accountability, and aligned incentives to the overall Navy COE.

## TOPIC: INSTITUTIONALIZE NJOC AS A MAG FOR THE CHIEF OF NAVAL PERSONNEL (5.19)

### PROBLEM STATEMENT

Currently, the Navy does not have a coherent feedback loop to gather recommendations and suggestions from JOs. JOs make up just over 75% of the commissioned officer corps. NJOC was built (by JOs) based on a model organization in the Public Health Service. Its mission is to establish three things concurrently: a robust peer-to-peer network to leverage junior officer insights, a pipeline to align input with stakeholder requirements and a culture that prepares junior leaders for future responsibilities. NJOC conducted initial projects for both ONR (working with NavalX) and for OPNAV N1 as part of TF1N.

### RECOMMENDATIONS

Establish a formal relationship (through a charter) with OPNAV N1/CNP

### SUPPORTING INFORMATION

As JOs feel more connected and included, we should see increased manning and performance due to increased feelings of inclusion and increased morale. We should also see increased JO retention and decreased unplanned loss rates.

**RECOMMENDATIONS THAT IMPROVE CULTURE AND CONNECTEDNESS WILL ALSO IMPROVE THE INTEGRATED ENVIRONMENTS IN WHICH OUR CIVILIANS WORK.**



## TOPIC: ESTABLISH ONGOING PARTNERSHIP WITH CIVILIAN COUNTERPARTS TO ENSURE INTEGRATED AND SUSTAINED NAVY I&D APPROACH (5.20)

Our DON civilian workforce of over 220,000 stands with our uniformed Sailors day after day ensuring our Navy Team is ready to successfully execute missions. While our civilian teammates are present today in ongoing listening sessions and were clearly impacted by the incidents early this summer, the majority of our recommendations are focused on our uniformed personnel.

We realize that culture and people are inextricably linked and in order to get after some of the unique issues across our Navy affecting our civilian teammates, DON should consider standing up a civilian SES-led Task Force as a follow-on action to analyze ongoing concerns not captured in the TF1N review and to ensure continued progress towards an inclusive Navy Total Force. Clearly, recommendations that improve culture and connectedness will also improve the integrated environment in which our civilians work and interact with uniformed personnel as they provide continuity in support of Navy readiness.

Below is a list of recommendations captured in the course of TF1N efforts which can be incorporated as part of future follow-on efforts to further support NAVADMIN 051/20, Navy's I&D goals.

**The following TF1N recommendations will enhance culture and directly impact our civilian teammates:**

- Updating Core Values by adding "and Respect"
- Continuing Listening Sessions
- Designate an advisor in OPNAV N17 for Women's Policy issues informed by a MAG
- Restarting NLDF briefs
- Formalizing I&D training throughout a Sailor's career
- Mentoring Pilot Program with SES/General Schedule (GS) civilians
- Enhancing STEM Outreach in K-12
- Developing partnerships with HBCUs/MSIs
- Countering Hate Speech
- Updating CNO's professional reading list
- Sourcing a Special Assistant for Diversity at NPC
- Establishing MAGs
- Improving Faculty Diversity at Naval PME Institutions

Leverage an integrated approach to improving I&D in military and civilian acculturation:

- To ensure alignment and consistency of our Navy culture, provide new civilian employees with Navy acculturation training and awareness of the Navy I&D strategy.
- Train Sailors and civilians on the important distinctions between EO and diversity. Many civilians will be familiar with EO as complying with legal requirements to ensure equality based on protected classes, but it will be equally important to tie ongoing Navy I&D efforts as a strategic warfighting readiness imperative across the board to ensure impactful approaches toward our Navy culture.
- Provide tailored and more in-depth training for supervisors and leaders of military and civilian staff to help navigate potentially complex and ambiguous "gray area" conversations and provide education on the nuances of military and civilian policies such as military fitness reports and civilian performance reviews and bonuses, administrating legal and policy issues, recognizing and including both uniformed personnel and civilians in awards and perspectives and sitting on civilian hiring and promotion panels.
- Seek out a variety of speakers who can give new perspectives to the workforce and engage leaders in real conversations that challenge and uncover underlying assumptions and beliefs.
- Develop consistent methods and measures to assess diversity and inclusion in a unit (e.g. Division, Branch and Team) that includes both military and civilians over an extended period of time to track what I&D initiatives are working and found to be more effective at improving recruiting, retention and promotions and overall organizational command climate and long-term performance.

# WAY FORWARD

### Next Steps

TF1N was founded during a time of national crisis and has emphasized Navy's expanding efforts to invest in I&D-related efforts. In doing so, we increase the propensity of members of diverse ages, genders, and ethnicities entering and continuing service as members of our One Navy Team. TF1N provided an opportunity to focus organized resources and amplify diverse perspectives to develop strategies to address systemic inequities within the Navy. To ensure TF1N recommendations are executed and enduring initiatives are reassessed and updated continuously, stakeholders who led the development of the TF1N LOEs must continue to lead with accountability and measure the success of selected TF1N recommendations from this report.

Navy I&D efforts will continue to focus, not only on demographics, but also assessments to barriers to inclusion that affect our Sailors. Additionally, while a focus has been made on diverse and intersecting identities via TF1N recommendations, that recognition alone is not sufficient to improve readiness or effectiveness. Moving forward, as the Navy implements these recommendations and evaluates success, we must continue to analyze our environment and develop new I&D-related reform measures that adapt to ever-changing shifts in culture. We will be able to succeed and, truly, be more lethal and ready if all Sailors believe they are important to the team's success.

As we transition to sustain the TF1N framework, leaders will continuously analyze our Navy systems, climate and culture to ensure differences are valued and that diversity of thought within the organization is promoted. The newly embedded relationship between TF1N and the COE Campaign Plan will support the organization in institutionalizing I&D and further accelerating COE efforts.

The recommendations below are being developed in support of this ongoing effort:

- Transition TF1N LOEs as supporting Lines of Operation (LOOs) under COE LOE #4 (Inclusion & Diversity)
- Research models, approaches and best practices to potentially link TF1N findings and current I&D Navy initiatives to identify data-driven solutions to command climate issues
- Explore transition of Sailor 2025 into an enduring People and Culture Strategy which will serve as an umbrella for all I&D-related efforts within the Navy

**WE WILL BE ABLE TO SUCCEED AND, TRULY, BE MORE LETHAL AND READY IF ALL SAILORS BELIEVE THEY ARE IMPORTANT TO THE TEAM'S SUCCESS.**

### COE Campaign Plan, Primary Prevention Strategy and TF1N LOEs

The COE is a Navy-wide approach, led by the Fleet (USFF, CPF, CNE/CNA), to achieve warfighting excellence by fostering mental, physical, spiritual and emotional toughness; promoting organizational trust and transparency; and ensuring connectedness to every Sailor, civilian and family member throughout their Navy journey.

COE enhances Navy's focus from primarily response (secondary and tertiary prevention) to include primary prevention using a public health model

approach. Integrated within each of the COE LOEs we utilize tools for prevention-driven work, including leveraging data analytics, utilizing a behavior learning continuum, and implementing evidence-based and evidence-informed programs, policies, practices, and processes. The proactive, preventive focus includes a shift in our messaging to focus not only on the mitigation and reduction of destructive behaviors, but also the promotion and reinforcement of positive, desired, Signature Behaviors that our Sailors and leaders are expected to emulate.

These efforts facilitate the achievement of the COE's core themes of Toughness, Trust and Connectedness and ultimate prevention outcomes of more resilient Sailors, reduced unplanned losses, enhanced team performance and a more lethal workforce.

### Ongoing Data Gathering

Our people are the center of everything we do. Moving forward, the data we collect will continue to be tracked across a Sailor's career lifecycle to better institutionalize I&D within the Navy at every level. As we progress in our efforts, there are gaps in knowledge we need to fill in order to more effectively illuminate incidences of bias and discrimination that may be impacting the accession and retention of our Sailors.

One of the largest blind spots in data collection relates to a Sailor's educational opportunities and whether they are granted access to support that empowers them in our inclusive and diverse Navy. Tracking take rates and evaluating course completion serve as good indicators of our culture, but they do not provide the qualitative information about why individuals are not accessing via certain pipelines in the first place, and this is a gap where Navy can grow its data knowledge and develop follow-on recommendations.



# CLOSING

Early in our nation's history we adopted the motto, "E Pluribus Unum" or "Out of Many, One." It was fitting then, and the sentiment still rings true today. Our nation of over 330 million individuals is made up of a multitude of races, ethnicities, genders, religions, sexual orientations and more. And we value them all. Why? Because that's what right looks like, and that's what we teach our young people.

In our Navy, like society, I&D must never become an afterthought. It's true to who we are. With all of our ills, injustices, and sometimes broken promises. We will still rise and stand shoulder to shoulder against any foe, knowing we will win. We will win because of our shared beliefs and common ideas – an oath to protect and defend the constitution of the United States of America against all enemies foreign and domestic. A shared belief that we are all created equal and that we are better together. A shared belief in innovation, toughness and adaptability. A shared belief so strong that we are willing to give our lives for the freedoms and rights of future generations.

This TF1N journey has been one of discovery, self-reflection and sometimes unspoken truths. Though humbling and disappointing at times, it has been a genuine and determined effort to make our Navy Team better. In our listening sessions, the conversations always centered on six key themes: respect, empathy, skepticism, training, accountability and the silence of leadership. In those sessions, we found pain, truth, unity, friends and our shipmates. We also found who we could ultimately become for the good of our Navy and our nation.

Our recommendations have been well vetted, key initiatives red-teamed and the temporal aspect of when to act considered. We concluded that to do nothing is unacceptable. The recommendations might not all be right, but they are recommendations, nonetheless. Recommendations were developed that recognize some systemic inequalities and offer solutions to help our Navy become a more lethal and well-connected warfighting force. Well-connected in a sense that we know who we are and who is standing next to us in war and in peace. Yes, we know our shipmates…we see them, we hear them, we trust them and we respect them.

Accountability for the TF1N effort will be key and rest with all of us, from E-1 through O-10 and contractor through SES. Ultimately, the specific actions, metrics and outcomes will be tracked and monitored via the COE Campaign Plan and briefed to the COE Governance Board to ensure enduring support for years to come. The inclusion in the COE campaign plan is truly the key to effecting enduring change and long-term sustainability.

As the Director and Senior Enlisted Advisor of TF1N, we envision three things for our Navy Team going forward:

1. A renewed sense of who we are as a people, as shipmates and as a Navy.
2. A profound understanding of the word "respect." Respect for self, for service and our fellow shipmates.
3. Action that improves readiness across the force while unleashing the full potential, talents and skills of all who serve. We owe that to the scores of young people raising their hands each day, making a choice and following a call to serve.

Finally, when it comes to inclusion and diversity we can choose to be either committed or involved. We choose commitment.

**H.L. PHILLIPS** **A. HOLSEY**

# TASK FORCE ONE NAVY




## OUR NAVY TEAM – NAVIGATING A COURSE TO TRUE NORTH

# APPENDICES

# TABLE OF CONTENTS

Appendix A: NAVADMIN 254/19

Appendix B: TF1N Charter

Appendix C: Department of Defense Board on Diversity and Inclusion (DBDI) Charter

Appendix D: Necessary Conversations Guide 2.1

Appendix E: TF1N and Intermediate Flag and Executive Leadership Course of 25 Nov 2020

Appendix F: Inclusion and Diversity (I&D) After Action Report of 5 Oct 2020

Appendix G: Current State Statistics

Appendix H: Secretary of Defense Memorandum of 1
9 Jun 2020

Appendix I: Secretary of Defense Memorandum of 14 Jul 2020

Appendix J: NAVADMIN 247/20

Appendix K: BUPERNOTE 1401 of 9 Sep 2020

Appendix L: Secretary of Defense Memorandum of 16 Jul 2020

Appendix M: NAVADMIN 203/20

Appendix N: Secretary of Defense Memorandum of 31 Aug 2020

Appendix O: I&D Goals and Objectives Glossy (Screen Shot Cover with Link to Doc)

Appendix P: NAVADMIN 051/20

Appendix Q: USFFC RMG 051941ZOCT20 - UPDATE TO NAVSUP P-487 (EXTENT OF SHIPBOARD BARBER SERVICE GUIDANCE)

Appendix R: NAVADMIN 025/20

Appendix S: DBDI Executive Summary

Appendix T: NAVADMIN 188/20

# APPENDIX A: NAVADMIN 254/19, CULTURE OF EXCELLENCE

UNCLASSIFIED//
ROUTINE
R 121637Z NOV 19 MID510000690389U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 254/19

MSGID/GENADMIN/CNO WASHINGTON DC/N1/NOV//

SUBJ/CULTURE OF EXCELLENCE//

REF/A/DOC/CNO/17DEC18//
REF/B/DOC/CNO/07MAY19//
REF/C/DOC/CNO/27SEP16//
REF/D/DOC/CNO/07APR18//
NARR/REF A IS DESIGN FOR MAINTAINING MARITIME SUPERIORITY VERSION 2.0.
REF B IS NAVY LEADER DEVELOPMENT FRAMEWORK VERSION 3.0.
REF C IS NAVY CIVILIAN WORKFORCE FRAMEWORK VERSION 1.0.
REF D IS CULTURE OF EXCELLENCE BOARD OF GOVERNANCE CHARTER.//

RMKS/1. Mission one for every Sailor, active and reserve, uniformed and civilian, is the operational readiness of todays Navy. That means being ready both in our personal and professional lives. And part of that readiness, as members of the profession of arms, is holding ourselves to high ideals of integrity and service.

2. Sailors are our asymmetric advantage in a complex and changing environment. Optimizing our Navy teams performance requires us all to drive toward a Culture of Excellence, a culture focused on the high ideals espoused in our Core Values of Honor, Courage, and Commitment. In order to more effectively recruit, develop, manage, reward, and retain the forces of tomorrow, aiming to simply avoid doing the wrong thing is too low a bar; we must actively pursue that which is right. When Sailors feel included, respected, and empowered, they will be more ready to win wars, deter aggression and maintain freedom of the seas.

3. This is not a tagline. This is a call to action, and we must begin today.

4. To reach this vision of cultural excellence, the Navy must evolve beyond simply responding to incidents after they occur.
Reactive strategies demand large amounts of our collective time and effort to target a relatively small population. Instead, we must proactively prevent incidents from occurring in the first place. We are hard at work developing the necessary guidance and tools to do so.

a. Soon, you will receive the following:
(1) Communication guides for senior and deckplate leaders to further explain our way ahead.
(2) Information on upcoming pilot programs designed to empower unit-level commanders and their Command Resilience Teams to make data-driven decisions to get to the left of destructive behaviors.

5. Over the last 6 months, we have been reviewing, simplifying and aligning our policies and programs that are duplicative or ineffective. Before we ask you to do anything different, we will leverage this simplification to give deckplate leaders time back for training, qualifications, education, and everything else that promotes combat readiness. We will continue to seek your feedback on these efforts.

6. Navy senior leaders, myself especially, are listening. We are committed to promoting your success. You will soon see a follow-up 12 Star message from our Fleet Commanders, highlighting our unified commitment to signature behaviors.

7. This NAVADMIN will remain in effect until superseded or canceled, whichever occurs first.

8. Released by Admiral M. M. Gilday, Chief of Naval Operations.//

BT
#0001
NNNN
UNCLASSIFIED//

# APPENDIX B: TASK FORCE ONE NAVY CHARTER

DEPARTMENT OF THE NAVY
CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

## Charter for Task Force One Navy

Established 1 July 2020

1. **Purpose.** The purpose of Task Force (TF) One Navy is to analyze and evaluate issues in our society and military that detract from Navy readiness, such as racism, sexism and other structural and interpersonal biases. TF One Navy will establish transparent approaches to disparities. Achieving the desired outcome of significant, sustainable changes will require a focus on ongoing education and accountability of core competencies, such as inclusion in the schoolhouses and on the deckplates.

2. **Background**. The Culture of Excellence (COE) is a Navy-wide approach led by the Chief of Naval Operations (CNO) that empowers the fleet to achieve warfighting excellence by fostering psychological, physical and emotional toughness; promoting organizational trust and transparency; and ensuring inclusion and connectedness among every Sailor, family member and civilian throughout their Navy journey. The recent uprisings and protests highlight the millions of Americans that are experiencing extraordinary levels of stress, heartbreak and trauma. This impacts every American in and out of uniform. Our Sailors, Navy civilians and their families have serious questions and concerns. As Sailors, and as a Navy, we cannot tolerate racism or discrimination of any kind.

3. **Method.** TF One Navy leverages our COE governance structure and aligns with efforts to identify and dismantle barriers of inequality while creating sustainable opportunities, ultimately achieving our desired end-state of warfighting excellence. TF One Navy leadership and membership will represent the diversity of thought, experience, and perspectives within our Navy and will include membership reflecting the diversity of race, ethnicity, gender, age, and ranks from across our Navy. TF One Navy will seek to promptly address the full spectrum of systemic racism, advocate for the needs of underserved communities, work to dismantle barriers and equalize professional development frameworks and opportunities within our Navy.

a. The approach must identify and remove systemic barriers, listen to and understand the lived experiences of our Sailors, civil service teammates and families by leveraging the collective wisdom of strategic partners internally and externally to the Department of Defense (DoD).

b. The approach must include the creation of new opportunities to remove barriers. Some examples include transparency of promotions, mentorship frameworks made available to underrepresented groups, Navy community/Type Commander leadership development metrics, scholarships focused on Science, Technology, Engineering and Mathematics, and creation of additional resources.

c. TF One Navy will leverage outreach focus groups from within and outside the Navy representing diversity of race, ethnicity, gender, age, and rank to ensure a diversity of experience and perspectives and that the best and most informed decisions are made. Using the feedback and responses from these engagements, we will standardize actionable approaches with defined goals


Task Force ONE Navy
Table of Organization
CNO/VCNO
DNS/CNP
Culture of Excellence (COE) Governance Board
COE Flag/SES Executive Steering Council
TF ONE Leadership
RADM Holsey (Director)
RDML(sel) Browne (Deputy)
CAPT Dixon (COS)
FORCM Phillips (Senior Enlisted)
Ms. Jane Roberts (Civilian Advisor)
Red Cell/Research (CNA)
Sensing & Seeking:
Fleet Focus Groups**
NNOA/ANSO/SSLA/NAMA
Naval Junior Officer Counsel
Advisory Groups:
Retired Flags/SES Leaders
Industry & Academia Affiliations
TYCOMs/Communities Coordination & Support as Required*:
(1) Commander, Naval Surface Forces
(2) Commander, Naval Submarine Forces
(3) Commander, Naval Air Forces
(4) Commander, Naval Information Forces
(5) Commander, Naval Special Warfare
(6) Commander, Navy Expeditionary Combat Command
(7) Commander, Naval Sea Systems Command
(8) Commander, Naval Air Systems Command
(9) Commander, Naval Supply Systems Command
(10) Commander, Naval Facilities Engineering Command
(11) Deputy, CNO for Ops, Plans, and Strategy (N3/N5)
(12) Senior Human Resources Flag Officer
Full Time Staff Support*:
(30 Days Sprints)
(1) Commander, United States Fleet Forces Command
(2) Commander, United States Pacific Fleet
(3) Commander, United States Naval Forces Europe/Africa
(4) Director, Naval Nuclear Propulsion Program
(5) Commander, Navy Installation Command
(6) DCNO for Warfighting Development (OPNAV N7)
(7) Navy Inspector General
(8) Superintendent, United States Naval Academy
(9) Chief of Navy Reserve (OPNAV N095)
(10) Judge Advocate General of the Navy
(11) Surgeon General of the Navy
(12) President, Naval War College
(13) Navy Chief of Information
(14) Chief of Legislative Affairs
(15) Chief of Chaplains
(16) Director, Naval Criminal Investigation Service
(17) Commander, Navy Personnel Command
(18) Commander, Navy Recruiting Command
(19) Commander, Naval Training and Education Command
(20) Master Chief Petty Officer of the Navy
LNOs Coordination*:
USMC
OSD/Joint Staff
Other Military Services
DoD Agencies
TF ONE Navy Focus Areas:
a. Mentorship frameworks / Scholarship opportunities
b. Diversity of talent by community / Talent management
c. Training / Education along the service member career continuum
d. Detailing / Milestone job opportunities
e. Fitness reporting / Evaluation systems
f. Promotion / Advancement processes
g. Military justice analysis of racial disparity
h. Health care and health disparities
*O5/O6, E8/E9, GS14/15 Representatives
**Leverage established senior enlisted/junior officer/junior enlisted perspectives groups:
• MCPON Senior Enlisted Leadership Mess – Getting the word out and Chief Petty Officer Solution / Ownership
• Guardian Spirit Initiative (GSI) – EOD /SEAL (E-7/E-8) led group on motivation and PTSD recovery
• Sailors Against Sexual Harassment and Assault (SASHA) (E-5 / O-1) led group on supporting each (peer to peer support group)

# APPENDIX C: NAVADMIN 025/20

UNCLASSIFIED//
ROUTINE
R 292208Z JAN 20 MID110000360951U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 025/20

PASS TO OFFICE CODES:
FM CNO WASHINGTON DC//N1//
INFO CNO WASHINGTON DC//N1//
MSGID/GENADMIN/CNO WASHINGTON DC/N1/JAN//

SUBJ/RE-ESTABLISHING NAVY LEADER DEVELOPMENT FRAMEWORK BRIEFS//

REF/A/DOC/CNO/7MAY2019//
REF/B/NAVADMIN/CNO/9MAR2017//
NARR/REF A IS CNO DOCUMENT, NAVY LEADER DEVELOPMENT FRAMEWORK 3.0.
REF B IS NAVY LEADER DEVELOPMENT IMPLEMENTATION PLAN.//

RMKS/1. The Navy Leader Development Framework (NLDF) 3.0 outlines how the U.S. Navy will develop leaders who demonstrate operational excellence (competence), high ideals of integrity and service (character) at every level of seniority, all the while expanding and enhancing trust and confidence (connections). This NAVADMIN provides direction for implementation of reference (a) and cancels previous guidance in reference (b).

2. Renewed Great Power Competition requires we accelerate our leader development efforts. Community leads, listed below, will update their strategies and continuums to develop leaders up to the Command Senior Enlisted Leader (CSEL) and major command levels.
Each community lead will brief their leader development continuum to the Chief of Naval Operations (CNO) or Vice Chief of Naval Operations (VCNO) semi-annually.

3. After 2 years of implementing the Leader Development Framework, there are many best practices to discuss and share. The Naval War College (NWC), with the assistance of the Naval Leadership and Ethics Center (NLEC), will continue to support community leads and develop and maintain a strategy for Navy-wide leader development beyond major command, with support from Flag Matters (N00F). The Master Chief Petty Officer of the Navy (MCPON) will maintain a strategy for CSEL development, with support from NWC. The 21st Century Sailor Office (OPNAV N17), the lead for Inclusion and Diversity (I and D), will provide I and D core competencies and goals and objectives, which are required to be incorporated into all leader development strategies.

4. Holistically, NLDF briefings will facilitate frank conversations between community leads and Navy leadership on how the latest in decision science and team development is employed across all three leader development lanes outlined in reference (a) and below. NLDF community briefs should incorporate the following to demonstrate progress in achieving both a Culture of Excellence and leader development outcomes:

a. Competence: Producing operational experts

(1) Community leader development strategy

(2) Officer, enlisted and civilian leadership development continuum

(3) Use of assessments to gauge leader development continuum

(4) Community initiatives and way ahead

(5) Efforts to integrate decision science into leader development

b. Character: Espousing our Core Values of Honor, Courage and Commitment

(1) Initiatives that demonstrate infusion of character building throughout a Sailors career progression

(2) A focus on how inclusive leaders build better teams and make better decisions

(3) Pursuits to develop ethical leaders

c. Connection: Develop levels of common understanding and a sense of identity and belonging for team members

(1) Community-specific I and D goals and objectives

(2) Community demographic data: composition by rank, trends, promotion stats, career milestones and retention

(3) Community best practices and challenges

(4) Coaching, mentoring and advocacy efforts. Activities which also drive competence and character, and ultimately, higher team performance

(5) Efforts to integrate human factors, primary prevention and Command Resilience Team fundamentals into leader development

(6) Talent management efforts to deliberately track and develop high potential diverse talent, barriers to overcome to retain talent and initiatives to promote engagement

5. The following are designated community leads:

a. Surface Warfare Community: Commander, Naval Surface Forces

b. Submarine Community: Commander, Naval Submarine Forces

c. Special Warfare Community: Commander, Naval Special Warfare Command

d. Explosive Ordnance Disposal Community: Commander, Navy Expeditionary Combat Command

e. Aviation Community: Commander, Naval Air Forces

f. Human Resources Community: Senior Human Resources Flag Officer

g. Engineering Duty Officer Community: Commander, Naval Sea Systems Command

h. Aerospace Duty Officer Community: (AEDO/AMDO/AC URL) Commander, Naval Air Systems Command

i. Public Affairs Community: Chief of Information

j. Foreign Area Officer Community: Deputy, Chief of Naval Operations for Operations, Plans, and Strategy (N3/N5)

k. Information Warfare Community: Commander, Naval Information Forces
l. Medical Community: Surgeon General of the Navy
m. Judge Advocate General Corps: Judge Advocate General of the Navy
n. Supply Corps: Commander, Naval Supply Systems Command
o. Chaplain Corps: Chief of Chaplains
p. Civil Engineering Corps: Commander, Naval Facilities Engineering Command
q. Reserve Component: Chief of Navy Reserve (N095)

6. The Leader Development Continuum Council (LDCC) for the Navy, led by the President NWC, is an excellent forum to hold energized discussions on leader development. The LDCC meets on a monthly basis and provides an opportunity for community leads to share best practices and provide feedback on proposed leader development strategies and programs.

7. Points of contact:
a. Leader Development Framework: Dean Margaret Klein (RADM (Ret.)), College of Leadership and Ethics, Naval War College, (401) 841-3665/DSN 664, or margaret.klein(at)usnwc.edu
b. Culture of Excellence: RDML Philip Sobeck, Director, 21st Century Sailor Office, at (703) 604-6340/DSN 664, or philip.e.sobeck(at)navy.mil

8. This NAVADMIN will remain in effect until superseded or cancelled, whichever occurs first.

9. Released by Vice Admiral John B. Nowell, Jr, N1.//

BT
#0001
NNNN
UNCLASSIFIED//

# APPENDIX D: DEPARTMENT OF DEFENSE BOARD ON DIVERSITY AND INCLUSION CHARTER

**Charter**

**For**

**The Department of Defense Board on Diversity and Inclusion**

A. Official Designation: This venue shall be known as the Department of Defense ("DoD") Board on Diversity and Inclusion ("Board").

B. Mission: By December 15, 2020, the Board will report to the Secretary of Defense on how to improve racial diversity and inclusion leading to broader opportunity for all across all ranks, and especially in the officer corps. The Board will focus on actions to enhance racial/ethnic diversity and inclusion; however, this will not be at the exclusion of other minority membership groups (e.g., gender, religious affiliation).

C. Scope and Focus of Activities: The Board will do the following:

- Evaluate military policies, programs, and processes
- Survey best-practices of industry, academia, and other external organizations
- Review literature, past studies, and reports, including their recommendations on actions the Department can take to improve diversity and inclusion
- Generate actionable items and recommended policies to improve diversity and inclusion

The Board will provide recommendations on the following focus areas:

- Recruitment and Accessions: Strengthen both community engagement and the narrative about military service opportunities during recruiting to attract more diverse candidates
- Retention: Retain minorities beyond initial commitment and into leadership ranks
- Barriers: Address barriers confronted by minority members in the workplace
- Career Development: Improve advancement opportunities (e.g., promotion boards, command selection, professional military education, assignments)
- Organizational Climate: Address command and organizational climate issues that may negatively impact retention of minority members
- Culture, Worldview, and Identity: Promote inclusion of minority groups in military culture and strengthen aspects of individual and cultural identity (e.g., hair standards, shaving standards)

The Board will direct the Executive Defense Diversity Working Group (specifically established to support the activities of the Board) and the existing Defense Diversity Working Group (DDWG).

D. Deliverables: The Board will provide monthly updates and a final report to the Secretary of Defense. The Board's success will be defined by:

- Actionable improvement to policies, programs, and processes
- Recommendations to the Secretary of Defense regarding policies, statutes, and resources to achieve broader diversity and inclusion

E. Governance and Management: As directed by the Secretary of Defense, the Secretary of the Air Force will serve as Board Chair, supported by the Senior Enlisted Advisor to the Chairman of the Joint Chiefs of Staff. Two working groups will support the Board.

The Chair will appoint an Executive Secretary who will serve as the liaison between the Board and the Executive Defense Diversity Working Group. The Executive Secretary will direct activities to support the Board. The Office of the Secretary of Defense and Military Departments will designate personnel to support the Executive Secretary to carry out day-to-day functions of the Board.

F. Membership and Activities:

The Secretary of the Air Force will chair ***The Board on Diversity and Inclusion,*** which will include Military Department representation diverse in both rank and race/ethnicity. Board membership is outlined in Attachment A.

***The Executive DDWG*** will be chaired by the Executive Director of the Office of Force Resiliency, who will also serve as the Board's Executive Secretary. The Executive DDWG will be composed of the Military Service Assistant Secretaries of Manpower and Reserve Affairs and Military Department 1s. This working group will review relevant information, data, and analyses; develop recommendations for the Board; and brief the Board on recommendations as well as the underlying data. Initial Executive DDWG membership is outlined in Attachment B.

***The DDWG*** will support the Executive DDWG. This working group will support fact-finding, data analysis, and research. The DDWG will brief the Executive DDWG on available data, targeted to the specific focus areas, and identify areas of concern, gaps in policies or programs, and additional information. Initial DDWG membership is outlined in Attachment C.

Designated personnel from the Office of the Secretary of Defense and the Military Departments will support administration and logistics of both the Board and the two working groups including: scheduling, note taking, summary reports, interim report development, and final report development. USD(P&R) will coordinate the administrative and logistical support.

G. Meetings: The Board will convene no later than 15 July 2020. Regular Board meetings will be scheduled approximately bi-weekly through mid-November 2020. The Chair, or a designated alternate, will oversee Board meetings.

| | |
|---|---|
| **NLT 15 July 20** | Board Meeting – Kickoff; SECDEF provides opening remarks |
| Mid Aug 20 | Board Meeting – 1st Monthly Update to SECDEF |
| Mid Sept 20 | Board Meeting – 2nd Monthly Update to SECDEF |
| **Mid Oct 20** | Board Meeting – Interim Briefing to SECDEF |
| Mid Nov 20 | Board Meeting – 3rd Monthly Update to SECDEF |
| Late Nov 20 | Board Meeting – Enter Draft Final Report into Coordination |
| **NLT 15 Dec 20** | Final Report and Briefing to SECDEF |
| **Dec 20** | Outbrief to Defense Advisory Committee on Diversity and Inclusion |

The Executive DDWG will meet approximately bi-weekly, and the DDWG will meet as often as required to support the full activities of the Board. Special meetings may be called as necessary.

Mission-related decisions will be approved by majority vote of Board members present.

H. Duration: This charter is effective upon signature.

I. Termination Date: 31 December 2020.

J. Charter Modification: The Secretary of Defense reserves the authority to modify this charter.

K. Charter Filed:

L. Approval:



Attachment A: Board Composition

| Board Membership | | |
|---|---|---|
| Air Force | HON Barbara Barrett | Secretary of the Air Force (*Chair*) |
| OJCS | SEAC Ramón "CZ" Colón- López | Senior Enlisted Advisor to the CJCS |
| OSD | HON Matthew Donovan | Under Secretary, Personnel and Readiness |
| Air Force | Brig Gen Troy E. Dunn | Military Lead |
| Navy | CAPT Judy Malana | Senior Officer |
| Army | MAJ Wrencla Lopez | Officer |
| Army | MAJ Randy Fleming | Officer |
| Marines | Capt Oludare Adeniji | Officer |
| Navy | LT Cassandra Chang | Officer |
| Army | CPT Chrystal Ware | Officer |
| Navy | Master Chief John Diaz | Enlisted |
| Army | SMG Gabriel Harvey | Enlisted |
| Air Force | MSgt Deondra Park | Enlisted |
| Air Force (Guard) | MSgt Jessica Todd | Enlisted |
| Space | TSgt Tysheena Brown-Jefferson | Enlisted |
| **Additional Advisors / Consultants/Support** | | |
| OSD | Dr. Elizabeth Van Winkle | Executive Secretary |
| OSD | Paul Koffsky | Office of General Counsel* |
| OSD | Chief Management Office Representative | Office of Chief Management Officer |
| OSD | Public Affairs Representative | OASD (Public Affairs) |
| OSD | Legislative Affairs Representative | OASD (Legislative Affairs) |

*The Office of the General Counsel will provide the Board legal counsel for the recommended structure, discussions, deliberations, interim, and final report.*

Attachment B: Executive Defense Diversity Working Group (DDWG)

| Executive DDWG Membership | |
|---|---|
| Dr. Elizabeth Van Winkle (*Executive Director*) | **Executive Director, Office of Force Resiliency** |
| Maj Gen Lenny Richoux | **Director for Manpower and Personnel, J1, Joint Staff** |
| HON Casey Wardynski | **Assistant Secretary of the Army (Manpower & Reserve Affairs)** |
| HON Greg Slavonic | **Assistant Secretary of the Navy (Manpower & Reserve Affairs)** |
| John Fedrigo | **Assistant Secretary of the Air Force (Manpower & Reserve Affairs)** |
| LTG Thomas Seamands | **U.S. Army G-1** |
| VADM John Nowell | **U.S. Navy N-1** |
| Lt Gen Brian (BK) Kelly | **U.S. Air Force A-1** |
| LtGen Mike Rocco | **U.S. Marine Corps M-1** |
| Maj Gen Dawne Deskins | **NGB J1** |
| Dr. Chris Miller | **PTDO ASD (SO/LIC)** |
| Pat Mulcahy | **U.S. Space Force S-1** |
| Susan Sutherland | **Office of General Counsel** |

Attachment C: Defense Diversity Working Group (DDWG)

| DDWG Membership | |
|---|---|
| Cyrus Salazar (*Chair*) | **Director for Diversity, Equity and Inclusion** |
| Anita Blair | **Deputy Assistant Secretary of Defense, Civilian Personnel Policy** |
| Lernes Hebert | **Deputy Assistant Secretary of Defense, Military Personnel Policy** |
| Clarence "CJ" Johnson | **Director, Diversity Manpower Operations Center** |
| Larry Wark | **Vice Director for Manpower and Personnel, J1, Joint Staff** |
| Anselm Beach | **Deputy Assistant Secretary of the Army (Equity and Inclusion Agency) Office of the Secretary of the Army, (Manpower & Reserve Affairs)** |
| Paige Hinkle-Bowles | **Deputy Assistant Secretary of the Navy, Civilian Human Resources** |
| RADM (Select) Putman Brown | **Director, 21st Century Sailor Office, N17** |
| Russell Frasz | **Director, Force Development, Deputy Chief of Staff for Manpower, Personnel and Services, Headquarters U.S. Air Force** |
| Michael Strobl | **Director, Manpower Plans and Policies Division, Headquarters, U.S. Marine Corps** |
| Colonel Barbara Buls | **Special Assistant to Chief, National Guard Bureau on Diversity** |
| Terri Dickerson | **Director of Civilian Human Resources, Diversity and Leadership, U.S. Coast Guard** |

# APPENDIX E: DIVERSITY ABD INCLUSION FINAL REPORT EXECUTIVE SUMMARY

## Executive Summary

### Introduction

On June 19, 2020, Secretary of Defense Mark Esper issued a memorandum directing the Military Services to promote morale, cohesion, and force readiness by combatting discrimination, prejudice, and bias in all ranks. To this end, the Secretary of Defense immediately implemented a three-pronged approach, comprising of:

- Identification of immediate actions;
- Establishment of a representative military team to create the DoD Board on Diversity and Inclusion (the "Board") tasked with identifying additional actions related to D&I policies and processes; and
- Founding of a Defense Advisory Committee on Diversity and Inclusion in the Armed Services to provide an autonomous, continuous review and assessment of the military's actions in this mission area.

> *"While the military has often led on these issues throughout history, we are not immune to the forces of bias and prejudice. We know that bias burdens many of our uniformed personnel and has direct and indirect impacts on the experiences of our minority members and their representation in our ranks, especially in our officer corps. **That is why bias and prejudice have no place in our military;** they also have no place in our country."*
>
> *– Secretary of Defense Mark T. Esper*

Secretary of Defense Esper's effort reinforces half a century of policies, programs, and practices instituted by the DoD to create an inclusive environment that harnesses each Service member's potential. The U.S. military has traversed fundamental socio-political eras that situated DoD as a pioneering force in racial/ethnic D&I. Not without obstacles, most people today, including a majority of post 9/11 veterans,[1] perceive the military as a meritocracy—a place where Service members of diverse backgrounds can rise through positions of responsibility and leadership.[2] While acknowledging and need for more aggressive integration of D&I into DoD culture to ensure consistent progress, the current report charts the course for future D&I advancement—building on the military's decades' long tradition of leading the charge in racial/ethnic equity. As the United States (U.S.) society evolves on the matters of racial injustice, so too does the Department.

While existing military standards promote equal opportunity for all, Secretary of Defense Esper recognized that more immediate-, medium-, and long-term actions could be taken to ensure that Service members are not hindered by bias, prejudice, and discrimination. These actions support and enhance the Department's continued commitment to cultivating a diverse and inclusive environment. Following Secretary of Defense Esper's direction, the Board collaborated to evaluate military policy, programs, and processes related to D&I, reviewed industry best practices, and assessed pertinent data and reports, including direct feedback from Service members during listening sessions at select installations. After a thorough evaluation of the current research in this mission area, the Board met to generate actionable items to improve

---

[1] Pew Research. (2011). The Military-Civilian Gap: War and Sacrifice in the Post-9/11 Era. *Pew Social & Demographic Trends*. https://www.pewresearch.org/wp-content/uploads/sites/3/2011/10/veterans-report.pdf.
[2] Garmone, J. (2008, July 23). Historian Charts Six Decades of Racial Integration in U.S. Military. *American Forces Press Service*. https://archive.defense.gov/news/newsarticle.aspx?id=50560.

D&I and equal opportunity (EO) across all ranks of the Armed Forces. These meetings culminated in specific and significant recommendations that address the following six focus areas:

- **Recruitment and Accessions**: Strengthen both community engagement and the narrative about military service opportunities during recruiting to attract more diverse candidates.
- **Retention**: Retain minorities beyond initial commitment and into leadership ranks.
- **Barriers**: Address barriers confronted by minority members in the workplace.
- **Career Development**: Improve advancement opportunities (e.g. promotion boards, command selection, professional military education, assignments).
- **Organizational Climate**: Address command and organizational climate issues that may negatively impact retention of minority members.
- **Culture, Worldview, and Identity**: Promote inclusion of minority groups in military culture and strength aspects of individual and cultural identity (e.g., hair standards, shaving standards).

This report presents these actionable steps and recommendations to chart the course for future D&I advancement built on DoD's tradition of leading the charge in racial/ethnic equity.

## Prior State

The Board acknowledges the significant effort DoD has put forth to integrate D&I into its culture to create a more inclusive and respectful environment. DoD observed modest increases in minority demographic representation in officer paygrades since the transition to an All-Volunteer Force; however, persistent inequities like the lack of diversity in senior officer ranks motivated Congress to establish the Military Leadership Diversity Commission in 2009. Since the release of the Commission's Report in 2011, DoD has made new strides in the D&I realm—including restructuring the D&I oversight function within the Department, developing new policies to bolster the inclusion of minority Service members, and refining metrics to document outcomes of D&I policies, programs, and practices.

Currently, the enlisted corps is slightly more racially and ethnically diverse than its U.S. civilian counterparts. By contrast, the U.S. officer corps is significantly less racially/ethnically diverse than the enlisted corps: nearly three-in-four officers are White, well above enlisted White representation (53 percent). Asians, Blacks, and Hispanics are all comparatively underrepresented among the DoD active duty officer corps.

This report outlines actionable recommendations the Department can take to improve diversity and inclusion in the military. The recommendations span every stage of a Service member's career, and deliberately focus on mirroring the diversity of the U.S. within the DoD Total Force. The Board proposes 15 robust actions DoD can implement, such as the development of a data-driven accessions and retention strategy and evaluating and ensuring fairness in performance evaluations. Dedicated to combatting discrimination, prejudice, and bias in the Total Force, the Board seeks to institutionalize and promote an environment that prioritizes DoD's commitment to inclusivity and respect of every Service member.

## Diversity and Inclusion Board Structure and Process

The Board, led by the Secretary of the Air Force, the Senior Enlisted Advisor to the Chairman (SEAC) of the Joint Chiefs of Staff (CJCS), and the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), includes Task Force members of senior staff from each branch of the Military Services. The Board is comprised of 15 members. Additional advisors to the Task Force include the DoD Office of Force Resiliency (OFR), DoD Office of General Counsel (OGC), DoD Office of the Chief Management Officer (CMO), Office of the Assistant Secretary of Defense for Legislative Affairs (OASD(LA)) and Office of the Assistant Secretary of Defense for Public Affairs (OASD(PA)).

Over 70 recommendations were received from various sources including from the Board, the Services, OSD, and as byproducts of prior reports and assessments. After removing duplicates, there remained 21 unique recommendations from the Board and 31 unique recommendations from OSD and the Services. These 52 recommendations were merged and evaluated based on relevancy, feasibility, and propriety for DoD implementation. Using an established evaluation framework, the DDWG assessed each recommendation according (1) Feasibility for successful implementation; (2) Legal barriers to implementation across the DoD; and (3) Relevance to the Board's mission and focus areas. The consolidated recommendations were designated as follows:

- 15 proposed for DoD implementation (consolidated from 24);
- 7 proposed for Service implementation;
- 5 proposed for further research; and
- 16 proposed for referral or deferral.

The current report focuses on the 15 recommendations the Board proposed for DoD implementation.

## Abstract of Recommendations

### Focus Area 1: Recruitment and Accessions

In order to increase recruitment and accessions to ensure the total force mirrors the diversity of the U.S. population, the Board recommends the following:

- **Recommendation 1.1: Update Recruiting Content to Represent All Service Members:** USD(P&R), in conjunction with the Military Departments, will complete an annual review and update of recruiting content to ensure it appropriately reflects current and future racial and ethnic demographics of the U.S. and is representative of all Service members.
- **Recommendation 1.2: Develop and Publish a Data-Driven Accessions and Retention Strategy:** USD(P&R), in conjunction with the Military Departments, will develop and publish a DoD-wide data-driven accessions and retention strategy for officers and enlisted personnel to achieve a talent pipeline reflecting the diversity of the current and future eligible population from U.S. Census projections.
- **Recommendation 1.3: Remove Aptitude Test Barriers that Adversely Impact Diversity:** USD(P&R), in consultation with the Defense Advisory Committee on Military Personnel Testing, will conduct an initial and biennial assessment of all aptitude tests currently administered by the Military Departments to analyze and remove barriers that adversely impact diversity and are unrelated to predictive validity.

- **Recommendation 1.4: Increase Pool of Qualified ROTC Enrollment, Scholarship, and Commission Applicants from Minority Serving Institutions:** USD(P&R), in conjunction with the Military Departments, will sponsor programs and initiatives, to include ROTC scholarship programs, student training programs, Federal TRIO programs, and paid/unpaid internship opportunities in order to increase the available pool of qualified applicants for ROTC enrollments, scholarships, and commissions from students enrolled at Minority Serving Institutions.

### Focus Area 2: Retention

As the National Defense Strategy states, "Retaining a high-quality military and civilian workforce is essential for warfighting success."[3] To retain a highly motivated and diverse workforce, the Board recommends:

- **Recommendation 2.1: Evaluate Demographic Trends in Performance Evaluations:** USD(P&R), in conjunction with the Military Departments, will implement a policy to annually monitor and evaluate demographic trends in performance evaluations to inform career development processes and identify potential biases in supervisor/rater populations.

### Focus Area 3: Barriers

The Board recognizes that barriers to minorities exist at every stage of the personnel lifecycle—from recruiting to retirement—and at all levels of the chain of command, from the smallest teams and squads to Service branch headquarters and the Department. Due to the pervasiveness of these barriers, all of the Board recommendations outlined in this report fall under the focus area of addressing "barriers confronted by minority members in the workplace" (see Board Charter in Appendix I).

### Focus Area 4: Career Development

With the goal of ensuring racial/ethnic minorities receive career development opportunities, the Board recommends:

- **Recommendation 4.1: Establish a Diversity and Inclusion Center of Excellence:** USD(P&R), in conjunction with the Military Departments, will establish a Diversity and Inclusion Center of Excellence at the Defense Equal Opportunity Management Institute (DEOMI) that will develop and institute a DoD-wide curriculum on diversity, inclusion, and cultural awareness. The curriculum will be incorporated throughout a Service member's career, to include initial training, and at all levels of leadership development training, such as pre-command courses and Professional Military Education.
- **Recommendation 4.2: Improve Diverse Slate of Candidates for Nominative Positions:** USD(P&R), in conjunction with the Military Departments and Joint Staff, will identify, and appropriately address, any barriers to developing racially and ethnically diverse pools of candidates for consideration by non-statutory selection boards or selecting officials for nominative assignments, which lead to positions in senior leadership, such as aides-de-camp, military assistants, deputies, general officer or flag officer nominative positions (officer and enlisted), and other special leadership development positions (officer and enlisted).

---

[3] DoD. (2018). Summary of the 2018 National Defense Strategy of the United States of America: Sharpening the American Military's Competitive Edge. https://dod.defense.gov/Portals/1/Documents/pubs/2018-National-Defense-Strategy-Summary.pdf.

- **Recommendation 4.3: Standardize DoD Human Resources Data System for Diversity and Inclusion Analysis:** USD(P&R) will establish an enterprise-wide data system to enable improved ability to aggregate Military Department human resource data to perform demographic, diversity, and inclusion analysis on Defense Manpower Data Center (DMDC) data. This data system will include standardized data elements leading to improved ability to assess the effectiveness of D&I initiatives.
- **Recommendation 4.4: Offer Internships in STEM-related Fields in JROTC Programs:** USD(P&R) will collaborate with the U.S. Department of Education and the National Science and Technology Council to include Pathway programs or internships in science, technology, engineering, and mathematics (STEM) related fields at Title I schools where DoD is funding JROTC programs.

### Focus Area 5: Organizational Climate

To ensure an organizational climate that cultivates D&I and promotes dignity and respect of all Service members, the Board recommends:

- **Recommendation 5.1: Create a Chief Diversity Office who Reports Directly to DoD Component Directors:** USD(P&R), in conjunction with the Military Departments, will develop an organizational governance structure including distinctions and outlined areas of collaboration between D&I and equal opportunity offices to ensure D&I programs are effective and maintain appropriate authority and resources to institute positive change over time.
- **Recommendation 5.2: Develop DoD Diversity and Inclusion Mobile Application and Website:** USD(P&R) will develop and launch a DoD D&I mobile application and website for use by DoD military and civilian personnel. The application and website will provide updates concerning DoD D&I initiatives and contain resources related to best practices, employee resource groups, career development, mentorship, and Departmental policies concerning D&I, military equal opportunity, and civilian equal employment opportunity.
- **Recommendation 5.3: Incorporate the Value of Cultivating a Diverse and Inclusive Workforce into Leadership and Ethics Curriculum:** The Military Departments, in consultation with DEOMI, will incorporate into leadership and ethics curriculum, modules and case studies explaining the value of fostering and cultivating a diverse and inclusive workforce. This includes curriculum for ROTC and Military Service Academies.

### Focus Area 6: Culture, Worldview, and Identity

Incorporating diverse cultures, worldviews, and identities into DoD requires a strong stance against hate and extremist ideologies. To that end, the Board recommends:

- **Recommendation 6.1: Decrease Number of Complaints and Incidents of Extremist Activity:** The DoD Office of the General Counsel, in coordination with the Office of the Secretary of Defense (OSD) for Legislative Affairs, will draft legislative language for consideration within the Executive Branch, to propose to Congress to modify the Uniform Code of Military Justice (UCMJ) to address extremist activity within the military.
- **Recommendation 6.2: Prohibit Hate Group Membership:** USD(P&R), in conjunction with USD for Intelligence and Security (I&S), will review current policy, laws, and regulations concerning active participation by Service members and civilian employees in extremist or hate group activity and develop a report, with recommendations, concerning initiatives to more effectively prohibit extremist or hate group activity. The report will leverage the ongoing efforts of the interagency working group on extremism.

- **Recommendation 6.3: Increase Transparency of Promotion Selections and Career Opportunities:** USD(P&R), in conjunction with the Military Departments, will establish procedures for the release of demographic and other contextual data concerning promotion selection board results to improve transparency in career management processes.

# APPENDIX F: NECESSARY CONVERSATIONS GUIDE 2.1

CULTURE OF EXCELLENCE

**Oct 23, 2020**

## Necessary Conversations 2.1

***This leadership listening manual is for guided discussions NOT training***

---

On June 30, 2020, the Chief of Naval Operations issued NAVADMIN 188/20 encouraging every Navy leader to start a dialogue on race relations and have open and honest conversations at each command. In addition to these conversations, over the last three months Task Force One Navy (TF1N) has engaged in listening sessions across the force. Thus far, forty-three themes and several recommendations have emerged to help remove barriers to help improve readiness, equality, inclusion and diversity in our ranks. We heard our shipmates say things like:

*"I have learned more in the past 30 minutes listening to you than I have in years. I have very little experience with this…"*

*"Female racks at sea, some women do not have an opportunity to go to sea because there are no racks available, so their career is impacted. There is a whole section at PERS that their only job is finding female racks at sea, that is not an issue for men."*

*"I have a biracial son, and my son's dad is black. I'm 30 minutes from Brunswick, so everything's on the news from George Floyd and Breonna [Taylor]. My son very randomly said one day while he's doing some schoolwork – "Mom, I don't want to die." He's nine! So, I asked, "why would you say that?" He said, "because people with dark skin get murdered..." And that opened up conversations I never thought that I would have that type of talk with him…"*

*"I went to the deckplates to engage with the Sailors and check on them, but the feedback I received was disappointment that the CO and XO didn't have the same immediate response. I got with my CO/XO and had a conversation and they went and talked with Sailors together. I felt that maybe me and my CO/XO didn't perceive the situation the same way, so our responses were different."*

As highlighted above, discussing inequalities can be difficult, but these conversations are necessary to foster connectedness in our Navy. In order for our teams to heal and build trust, leaders must lead, listen, and advocate for change. This starts by providing our Sailors and civilians with the environment to openly communicate with you. The focus should be on listening to **<u>hear</u>**, to **<u>understand</u>**, to **<u>empathize</u>** and to show **<u>respect</u>** vice listening to respond. This is hard sometimes, but necessary.



# CULTURE OF EXCELLENCE

## Tips for Engaging in Necessary Conversations

### 1. Plan it Out

Start by identifying what's really happening. Know that barriers exist and be an active listener to all perspectives. Before you begin the conversation, consider the following:

*What journey did your Sailors walk that led to their beliefs?*

*What journey did I walk that shaped my beliefs?*

*Identify if, and understand why, your own beliefs may make you feel uncomfortable with this topic.*

The goal is not to solve all the issues right then and there, but to listen without endorsement or judgment, and open the lines of communication in support of your Sailors. Consider leveraging experts at your command (Wardroom, CPO Mess, CRT, Chaplain, CMEO, trained facilitators, DRC, JAG etc.)

### 2. Create a Comfortable Environment

Make time in the schedule to allow personnel to attend but make the conversation attendance voluntary. When possible, you want to select a place where people can feel relaxed and be willing to share. This can apply as much to the physical location as to the make-up of the group. Be cognizant of the level of openness junior Sailors might feel in a large discussion with their chain of command present, as opposed to a smaller group led by an LPO, for instance.

### 3. Be Authentic

Communicate that these can be difficult conversations, but they are important and need to take place. Acknowledge your own limitations and possible lack of understanding of the experiences of others. Set the tone by conveying how much you value them and appreciate their willingness to share their stories and experiences with the team.



CULTURE OF EXCELLENCE

4. **Set Some Guidelines**

Make sure the group knows that participation is voluntary and everyone who joins is allowed to voice their own perspective. Establish some ground rules up front that should be agreed upon by the group such as "Everyone will be respectful of one another's point of view" or "Everyone is allowed to speak openly without interruption when it is their turn." Ask that the group allow others to speak so that no one person dominates the conversation. Stress that the goal is to listen and hear each other.

5. **Be Okay with Silence**

Some groups will begin talking right away. Others will need some time to feel comfortable and think about what they want to say. Be okay with the silence for a time but set the tone as a leader. Feel free to share a relevant personal experience, or one of a shipmate (without divulging any confidences) to open the flow of conversation. If they don't begin speaking after a while, ask another question and wait. Someone will begin speaking. When the conversation winds down and no one else is speaking be sure to ask if anyone else has anything to say and wait to see if anyone responds. Remind the group that there are alternative ways to voice their concerns, i.e. CO Suggestion box, email and chain of command.

6. **Keep the Discussion on Topic / Avoid Side Bar Conversations**

If side bar conversations become a problem, tell the participants that it is difficult for you to focus on the speaker that has the floor with the other conversations taking place. Also let them know that as soon as the current speaker is finished, they can present what they are discussing to the group for a more inclusive discussion. If a topic of conversation has gone on too long or gone too far off topic, tell the group this item is going to be tabled and can be revisited at another time.

7. **Continue the Work**

Conversations regarding complex issues must be done in a continuous approach. This is not a one and done. Make a commitment and plan for continued conversations.

8. **Other Considerations**

**While very personal ideas and experiences will be openly shared throughout the conversations, it is important to remember that all participants must treat one another with dignity and respect. According to Executive Order "Combating Race and Sex Stereotyping" of September 22, 2020 and pursuant to the Equal Opportunity policies of the Navy, race or sex stereotyping or scapegoating in the federal workplace is prohibited. Keep in mind that the purpose of these conversations is listening and understanding, and <u>not</u> to provide training.**

# CULTURE OF EXCELLENCE

## Open-Ended Questions to Get the Conversation Started

1. How do you feel about the recent events in our nation?
2. What has been your experience being different and trying to fit in to the group? How can you be actively against any type of discrimination?
3. What are some actions we as individuals can take?
4. What can you do to support your shipmates? How would you like to be supported?
5. What would you like our Nation, Navy and command to look like going forward?

## Going Forward

- Recognize that at this time there is no quick fix. The recent public protests are a catalyst for leaders to be mindful and listen to the experiences and concerns of their people. Be open to identifying and addressing anything that can be resolved at the local level.
- Listen to people's stories who have experienced racism or bias. Actively listen and do not be defensive.
- Encourage shipmates to continue these conversations on their own.
- Live the Signature Behaviors. Challenge yourself to act consistent with them in all aspects of your life, both in private and public. The Signature Behaviors infographic is available at: https://www.cpf.navy.mil/downloads/2020/02/signature-behaviors.pdf; https://www.public.navy.mil/usff/Documents/signature-behaviors-f.pdf; or https://www.c6f.navy.mil/Portals/22/Documents/Signature%20Behaviors_FINAL.pdf.
- Leaders, managers and colleagues, acknowledge the needs of your individual Sailors.
- To our Civilians, Sailor and families, we understand that mental health and the ability to seek proper care is fundamental to your well-being. If you or a peer is struggling and need assistance, reach out to these resources:
    - For free confidential, non-medical counseling: https://www.militaryonesource.mil/confidential-help/non-medical-counseling/military-onesource/free-confidential-face-to-face-non-medical-counseling
    - Chaplain support: https://www.navy.mil/local/chaplaincorps/chaplaincare.asp
    - Navy Suicide Prevention: https://www.public.navy.mil/BUPERS-NPC/support/21st_century_sailor/suicide_prevention/Pages/default.aspx

It is imperative that we draw on the resources, skills, capabilities, and talents of our people, and that we do not expect everyone to think, act, and look the same. Equally, we must create a culture where everyone feels they can provide their opinions, and that they are valued for who they are. We must live the Signature Behaviors we are proud to showcase in the Navy. The first step, however, is having these conversations with one another.

Active listening, and being open to various perspectives will produce leaders and teams who learn and adapt to achieve maximum possible warfighting capability, and will achieve and maintain high standards, better preparing them for combat operations. The Navy must be at its best when the Nation needs it most. We will deliver this future Navy. We will apply time, effort and resources to grow our Nation's naval power and think differently to find every competitive advantage.

# CULTURE OF EXCELLENCE

## How You May Report Observations and Recommendations

If you have observations and recommendations from your Necessary Conversations that you would like to share with the CNO's staff, please e-mail them to Ms. Debbi Rounds (deborah.m.rounds@navy.mil) and courtesy copy your Echelon II and/or III commands. We will compile your feedback and forward to the Center for Naval Analysis for compilation, assessment and 'red-teaming' potential solutions. Please submit your feedback as text (no attachments) with "Necessary Conversations Feedback" in the subject line.

# CULTURE OF EXCELLENCE

## Additional Resources

**Community Relations Guide**
The Community Relations Service (CRS) is a U.S. Department of Justice component created by the Civil Rights Act of 1964 to help resolve community racial conflict through non-coercive, third party intervention. CRS is called upon to assist communities to resolve disputes arising from biases of race, color and national origin. As a result, agency conciliators have developed extensive experience in issues associated with racial and ethnic conflict. CRS provides a wide range of informal assistance that attempts to keep communications open among affected parties and to facilitate a mutually acceptable resolution of racial conflict. Facilitating Community Dialogues on Race is one of the creative ways in which CRS opens lines of communication and helps the community resolve its own racial problems. Visit: https://www.justice.gov/archive/crs/pubs/dialogueguide.htm



# APPENDIX G: TF1N AND IFLEX COURSE OF 25 NOV 2020

U.S. NAVAL WAR COLLEGE
*College of Leadership & Ethics*

25 November 2020

From: Olenda E. Johnson, Ph.D.
U.S. Naval War College
College of Leadership & Ethics

To: RADM Alvin Holsey, Director
Task Force One Navy (TF1N)

Cc: RADM (ret) Peg Klein, Dean
College of Leadership & Ethics

Liz Cavallaro, Ed.D.
College of Leadership & Ethics

Subj: TF1N and IFLEX (Intermediate Flag and Executive) Leadership Course

BLUF: IFLEX provided a unique opportunity to allocate focused time with 31 senior naval leaders engaging on TF1N issues and outcomes; garnering collective commitment to, and accountability for, an issue of critical importance to the Navy.

1. The U.S. Naval War College (USNWC), College of Leadership and Ethics (CLE), hosted the Intermediate Flag and Executive Leadership Course (IFLEX) 2-6 November 2020. Participants included 24 RADMs, 5 DoN SESs, 1 USMC MajGen, and 1 Royal Navy, RADM.

2. The VCNO directed that the course focus on developing knowledge and tools to employ learning organization principles (e.g., appreciating context, disrupting assumptions, applying new thinking) to accelerate Navy outcomes. CLE facilitators leveraged VCNO's direction to apply learning organization principles to TF1N and gather collective inputs from 31 senior naval leaders.

3. Six teams focused on specific TF1N Focus Areas:
   - Talent Management
   - Training & Education
   - Judicial/Non-Judicial Processes
   - Promotion/Advancement
   - Partnerships with HBCUs, MSIs, Affinity Groups
   - Leader Development

4. Small group and collective discussions yielded rich conversations that: (1) elicited deep-level thinking around systems that influence TF1N's outcomes; (2) identified and challenged underlying assumptions, and (3) generated key questions and ideas to shape Navy equality efforts going forward.

5. Some examples of raw captured input:

   - Need to confront the "yeah, buts" of "we've tried this before" (ADM Roughhead focus 10 years ago).
   - Is there inherent bias in our NJP/UCMJ system? Explicit? Unconscious? Disproportionate escalation of NJP versus alleged offenses?
   - Is NJP process too restrictive, i.e., "zero defect" mentality? (i.e., should mores strikes be allowed?)
   - We can only do so much about increasing diversity in SES and Flags near-term, because the pool right now is generally lacking diversity. So it's really more about changing how we bring people in, how we keep diversity throughout the career pathway.
   - Goes back to paradox with how do you ensure diversity if you remove all identifying information in a promotion package? Shouldn't we instead be working on educating the Navy to recognize their own bias? Need to build awareness throughout the pipeline.
   - What winnows out the diversity from intake to mid-career (what causes the death valley syndrome)? How do you combat that?
   - We need to include the acknowledgement of what is happening outside the lifelines.
   - Recruiting - focus in on enlisted - difference btwn officer/enlisted not understood
   - The [talent management] system as is has no outsiders involved in assessing its effectiveness.

6. Individual participants also shared personal and professional experiences with inequality, along with reflective self-assessments of their understanding of the issues. Others shared current efforts they are championing in their leadership roles to engage or address inequality.

7. IFLEX senior leaders committed to supporting, advocating, instituting, and holding themselves accountable for TF1N actions and outcomes. The senior leaders will meet again in January 2021 to further their TF1N efforts.

8. Co-leads for the IFLEX course are the POCs for further information or questions:

Liz Cavallaro
liz.cavallaro@usnwc.edu

Olenda E. Johnson, PhD
olenda.johnson@usnwc.edu

# APPENDIX H: INCLUSION AND DIVERSITY COUNCIL AFTER-ACTION REPORT OF 5 OCT 20

05 October 2020

Subj: CHIEF OF NAVAL OPERATIONS' INCLUSION AND DIVERSITY COUNCIL AFTER ACTION REPORT

1. The Vice Chief of Naval Operations' (VCNO) Inclusion and Diversity (I&D) Council (IDC) met on 30 September 2020. The IDC is a semi-annual meeting that coordinates and aligns Navy policies and programs to recruit, develop and retain the most talented individuals, while improving operational performance. Attendance included the CNO, Fleet Commanders, and NR or their reps, CNP, Systems Commands, Type Commands and Community Leads.

2. <u>I&D Core Competencies:</u>

Dr. Milam presented the Enlisted and Officer Core Competencies as developed by Dr. Renée Yuengling for outcome-based I&D Training. Dr. Milam also presented the initial training syllabus for Echelon 2 and Community Lead I&D Practitioners. Currently, Task Force One Navy (TF1N) is examining Navy I&D Training, and next steps include a gap analysis to incorporate the new competencies, overall recommendations and an implementation plan to be approved at the next IDC. Of note, civilian I&D core competencies are being considered by the Civilian Advisory Board. Several members of the council expressed deep concerns with having separate I&D core competencies for officers and enlisted sailors. Much discussion was had on the Executive Order delivered 22 September and its effects on training Navy-wide. Office of the Secretary of Defense (OSD) and Secretary of the Navy (SECNAV) guidance cascading from this Executive Order will follow shortly.

*(comment):* RADM Joanna Nunan, USCG CG-1, mentioned a similar Coast Guard initiative to write an I&D aspect into each of their 28 leadership competencies organized around their four tenets of Leading Self, Leading Others, Leading Units, and Leading the Organization.

3. <u>Dr. Francis Frei Presentation on How to Build and Rebuild Trust:</u>

https://www.ted.com/talks/frances_frei_how_to_build_and_rebuild_trust

4. <u>Task Force One Navy (TF1N) Update:</u>

In regard to George Floyd and the following events, RADM Holsey stated that racism is a safety issue; it's not about race, gender, or sexual orientation, it's about readiness – "If I'm thinking more about how I will get home safely, what am I forgetting about when I am conducting maintenance?" Capitalizing on Dr. Frei's Ted Talk, he stated that leadership is founded on four key things: Empathy, Compassion, Development, and Promise, and how TF1N is an acceleration tool for Culture of Excellence (COE) lines of effort (LOEs) #4 (effects-based I&D) and #5 (Governance).

TF1N is in alignment with OSD, which initially provided 78 recommendations with 15 being approved and 3 already implemented: Standard database tracking for diversity metrics, creating a standard organizational chart for I&D, and launching a mobile app for submitting equal opportunity complaints. After TF1N provides their final report in December 2020, these continued efforts will shift to N17 to further institutionalize their findings through COE LOEs #4 and #5.

During the latest Navy Flag Officer & Senior Executive Service (NFOSES) symposium, SECNAV said the topic of racism comes down to one word: "Respect." During the TF1N Listening Sessions, the topic of respect came up frequently; all things start with respect – respect for yourself, respect for shipmates, respect for others, and respect for society. It was brought to the council to add "and Respect" to Navy's Core Values.

Subj: VICE CHIEF OF NAVAL OPERATIONS' INCLUSION AND DIVERSITY COUNCIL AFTER ACTION REPORT

5. After Action Items:
- CNP to release a NAVADMIN incorporating guidance from Executive Order dated 22 September 2020, once the implementing guidance from OSD and SECNAV received regarding I&D training in the DoD and DoN.
- Combine "Best in Breed" Officer and Enlisted core competencies into one continuum, disseminate to the IDC for further feedback, and send to CNO for approval. Additionally take this "Best in Breed" and present to Civilian Advisory Board for inclusion as their Core Competencies.
- Regarding adding "and Respect" to Navy's core values – CNO asked Council members to provide him or CNP feedback on the proposal to permit coming to closure on a decision near term.
- Provide a Necessary Conversations 2.0 guide and assist CNO in articulating Navy's approach in further facilitating these difficult conversations in a real, honest, and authentic way.
- Regarding Leadership Development Framework (LDF) briefs, provide more demographic information and work with TYCOM leaders for their feedback to assist in developing the way forward. Reinitiate LDF briefings OCT/NOV.

# APPENDIX I: CURRENT STATE STATISTICS

FY19 TRANSFER FROM URL to RL/STAFF

| Commissioned Officer | Total | White | Black | Asian | Other | Unknown Race | Hispanic | Non Hispanic | Unknown Ethnicity | Male | Female |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O-1 | 109 | 86 | 5 | 7 | 6 | 5 | 18 | 86 | 5 | 96 | 13 |
| O-2 | 126 | 87 | 24 | 5 | 8 | 2 | 10 | 103 | 13 | 87 | 39 |
| O-3 | 132 | 93 | 19 | 8 | 9 | 3 | 13 | 110 | 9 | 96 | 36 |
| O-4 | 33 | 29 | - | 2 | 1 | 1 | 2 | 30 | 1 | 26 | 7 |
| O-5 | 10 | 9 | - | - | 1 | - | 1 | 9 | - | 10 | - |
| O-6 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-7 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-8 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-9 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-10 | 0 | - | - | - | - | - | - | - | - | - | - |
| Total Officer | 410 | 304 | 48 | 22 | 25 | 11 | 44 | 338 | 28 | 315 | 95 |

FY18 TRANSFER FROM URL to RL/STAFF

| Commissioned Officer | Total | White | Black | Asian | Other | Unknown Race | Hispanic | Non Hispanic | Unknown Ethnicity | Male | Female |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O-1 | 153 | 114 | 7 | 15 | 15 | 2 | 23 | 122 | 8 | 128 | 25 |
| O-2 | 119 | 81 | 12 | 8 | 16 | 2 | 10 | 100 | 9 | 83 | 36 |
| O-3 | 112 | 85 | 6 | 11 | 6 | 4 | 10 | 93 | 9 | 83 | 29 |
| O-4 | 40 | 36 | - | 1 | 2 | 1 | 2 | 36 | 2 | 34 | 6 |
| O-5 | 10 | 9 | - | - | - | 1 | 2 | 8 | - | 10 | - |
| O-6 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-7 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-8 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-9 | 0 | - | - | - | - | - | - | - | - | - | - |
| O-10 | 0 | - | - | - | - | - | - | - | - | - | - |
| Total Officer | 434 | 325 | 25 | 35 | 39 | 10 | 47 | 359 | 28 | 338 | 96 |

| All Communities | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 6,825 | 5103 | 514 | 468 | 779 | 6,046 | 595 | 145 | 5,282 | 1,543 |
| O-2 | 6,897 | 5178 | 489 | 479 | 728 | 6,169 | 559 | 192 | 5,282 | 1,615 |
| O-3 | 20,037 | 15240 | 1482 | 1144 | 1,791 | 18,246 | 1,501 | 670 | 15,557 | 4,480 |
| O-4 | 10,298 | 8114 | 789 | 551 | 742 | 9,556 | 458 | 386 | 8,341 | 1,957 |
| O-5 | 6,657 | 5399 | 476 | 278 | 431 | 6,226 | 211 | 293 | 5,731 | 926 |
| O-6 | 3,143 | 2661 | 197 | 115 | 181 | 2,962 | 57 | 113 | 2,770 | 373 |
| O-7 | 107 | 96 | 3 | 4 | 3 | 104 | | 4 | 100 | 7 |
| O-8 | 62 | 58 | 2 | | 1 | 61 | 1 | 1 | 56 | 6 |
| O-9 | 39 | 37 | | | | 39 | 2 | | 36 | 3 |
| O-10 | 10 | 10 | | | | 10 | | | 10 | |
| Total Officer | 54,075 | 41896 | 3952 | 3039 | 4,656 | 49,419 | 3,384 | 1,804 | 43,165 | 10,910 |

| Aviation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 2,033 | 1,711 | 50 | 93 | 203 | 1,830 | 144 | 35 | 1,706 | 327 |
| O-2 | 1,822 | 1,532 | 43 | 104 | 151 | 1,671 | 105 | 38 | 1,530 | 292 |
| O-3 | 5,009 | 4,368 | 112 | 123 | 346 | 4,663 | 310 | 96 | 4,396 | 613 |
| O-4 | 1,755 | 1,567 | 38 | 33 | 100 | 1,655 | 55 | 62 | 1,655 | 100 |
| O-5 | 1,599 | 1,446 | 36 | 34 | 85 | 1,514 | 27 | 56 | 1,549 | 50 |
| O-6 | 549 | 505 | 12 | 8 | 29 | 520 | 6 | 18 | 538 | 11 |
| O-7 | 30 | 28 | 2 | | 1 | 29 | | | 29 | 1 |
| O-8 | 19 | 18 | 1 | | | 19 | | | 18 | 1 |
| O-9 | 9 | 9 | | | | 9 | | | 9 | |
| O-10 | 2 | 2 | | | | 2 | | | 2 | |
| Total Officer | 12,827 | 11,186 | 294 | 395 | 915 | 11,912 | 647 | 305 | 11,432 | 1,395 |

| Surface Warfare | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 1,943 | 1,358 | 201 | 160 | 239 | 1,704 | 176 | 48 | 1,397 | 546 |
| O-2 | 1,641 | 1,141 | 156 | 133 | 201 | 1,440 | 153 | 58 | 1,108 | 533 |
| O-3 | 3,025 | 2,167 | 297 | 210 | 308 | 2,717 | 243 | 108 | 2,253 | 772 |
| O-4 | 1,169 | 897 | 112 | 47 | 94 | 1,075 | 58 | 55 | 1,012 | 157 |
| O-5 | 789 | 606 | 90 | 26 | 62 | 727 | 22 | 45 | 696 | 93 |
| O-6 | 445 | 372 | 33 | 10 | 30 | 415 | 9 | 21 | 417 | 28 |
| O-7 | 23 | 21 | 1 | | 1 | 22 | | 1 | 22 | 1 |
| O-8 | 11 | 9 | 1 | | | 11 | 1 | | 11 | |
| O-9 | 9 | 9 | | | | 9 | | | 7 | 2 |
| O-10 | 4 | 4 | | | | 4 | | | 4 | |
| Total Officer | 9,059 | 6,584 | 891 | 586 | 935 | 8,124 | 662 | 336 | 6,927 | 2,132 |

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 127 of 292



| Submarine Warfare | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 751 | 604 | 14 | 54 | 62 | 689 | 67 | 12 | 647 | 104 |
| O-2 | 743 | 624 | 16 | 37 | 46 | 697 | 54 | 12 | 690 | 53 |
| O-3 | 1,456 | 1,263 | 24 | 57 | 101 | 1,355 | 89 | 23 | 1,376 | 80 |
| O-4 | 524 | 444 | 13 | 16 | 38 | 486 | 28 | 23 | 522 | 2 |
| O-5 | 330 | 298 | 10 | 9 | 12 | 318 | 5 | 8 | 330 | |
| O-6 | 214 | 199 | 4 | 2 | 10 | 204 | 3 | 6 | 214 | |
| O-7 | 11 | 9 | | 1 | | 11 | | 1 | 11 | |
| O-8 | 10 | 9 | | | | 10 | | 1 | 10 | |
| O-9 | 8 | 7 | | | | 8 | 1 | | 8 | |
| O-10 | 4 | 4 | | | | 4 | | | 4 | |
| Total Officer | 4,051 | 3,461 | 81 | 176 | 269 | 3,782 | 247 | 86 | 3,812 | 239 |

| Explosive Ordanance Disposal | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 60 | 46 | 1 | 2 | 1 | 59 | 5 | 6 | 56 | 4 |
| O-2 | 62 | 56 | | | 4 | 58 | 2 | 4 | 58 | 4 |
| O-3 | 189 | 168 | 2 | 5 | 14 | 175 | 7 | 7 | 180 | 9 |
| O-4 | 88 | 81 | 1 | 3 | 2 | 86 | | 3 | 87 | 1 |
| O-5 | 69 | 63 | 1 | 2 | 6 | 63 | 1 | 2 | 68 | 1 |
| O-6 | 28 | 26 | | 1 | 3 | 25 | 1 | | 28 | |
| O-7 | 3 | 2 | | 1 | | 3 | | | 2 | 1 |
| O-8 | | | | | | | | | | |
| O-9 | | | | | | | | | | |
| O-10 | | | | | | | | | | |
| Total Officer | 499 | 442 | 5 | 14 | 30 | 469 | 16 | 22 | 479 | 20 |

| Special Warfare | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 154 | 138 | 3 | 2 | 14 | 140 | 7 | 4 | 154 | |
| O-2 | 135 | 124 | 2 | 2 | 5 | 130 | 4 | 3 | 135 | |
| O-3 | 354 | 328 | 6 | 3 | 22 | 332 | 11 | 6 | 354 | |
| O-4 | 152 | 138 | | 4 | 8 | 144 | 4 | 6 | 152 | |
| O-5 | 103 | 92 | 1 | 1 | 6 | 97 | 3 | 6 | 103 | |
| O-6 | 55 | 54 | 1 | | 2 | 53 | | | 55 | |
| O-7 | 5 | 5 | | | | 5 | | | 5 | |
| O-8 | 2 | 2 | | | | 2 | | | 2 | |
| O-9 | 2 | 2 | | | | 2 | | | 2 | |
| O-10 | | | | | | | | | | |
| Total Officer | 962 | 883 | 13 | 12 | 57 | 905 | 29 | 25 | 962 | 0 |

| Other URL | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioned Officer | Total | White | Black | Asian | Hispanic | Non Hispanic | Other | Unknown | Male | Female |
| O-1 | 1 | 1 | | | | 1 | | | 1 | |
| O-2 | | | | | | | | | | |
| O-3 | | | | | | | | | | |
| O-4 | 1 | | 1 | | | 1 | | | 1 | |
| O-5 | 1 | 1 | | | | 1 | | | 1 | |
| O-6 | 4 | 4 | | | | 4 | | | 4 | |
| O-7 | | | | | | | | | | |
| O-8 | | | | | | | | | | |
| O-9 | | | | | | | | | | |
| O-10 | | | | | | | | | | |
| Total Officer | 7 | 6 | 1 | 0 | 0 | 7 | 0 | 0 | 7 | 0 |

**Notes**:

- "Other" URL Community is FSO.
- "Other" within the template includes:
  a. Native Hawaiian or other Pacific Islander
  b. American Indian or Alaska Native
  c. Multiple Races
- "Unknown" within the template includes: "Declined to Respond

**Minority Enlisted Advancements**
Navy Wide Advancement Exam (NWAE) data for E-4 to E-6, taken for the five-year period (FY14-FY18) shows that minority advancement rates are lower compared to their white peers. (Attachment 1).

- E-6 advancement: Black: 11.0 percent, Asian: 13.7 percent and Hispanic ethnicity 13.3 percent compared to Whites: 16.9 percent.
- E-5 advancement: Black: 20.7 percent, Asian: 22.3 percent and Hispanic ethnicity 21.2 percent compared to Whites: 22.6 percent.
- E-4 advancement: Black: 27.7 percent, Asian: 29.3 percent and Hispanic ethnicity 29.3 percent compared to Whites: 32.0 percent.

During this same period, racial minorities accounted for higher promotion percentages in the Meritorious Advancement Program (MAP): Black: 24.2 percent, Asian: 5.8 percent, Multiple races: 10.5 percent than their average percentage of active enlisted inventory (FY18): Black: 19.0 percent, Asian: 5.6 percent, Multiple races: 8 percent.

| | FY14 | FY15 | FY16 | FY17 | FY18 | FY18 Enlisted population % |
|---|---|---|---|---|---|---|
| American Indian or Alaska Native | 4.3% | 3.9% | 2.8% | 2.8% | 1.9% | 2.5% |
| Asian | 6.2% | 5.5% | 6.7% | 5.4% | 5.7% | 5.6% |
| Black or African American | 23.6% | 25.2% | 24.1% | 24.2% | 24.2% | 19.0% |
| Native Hawaiian or Pacific Islander | 2.0% | 1.9% | 1.6% | 1.2% | 1.4% | 1.3% |
| White | 48.8% | 49.7% | 51.3% | 52.3% | 52.8% | 58.8% |
| Declined to respond | 12.4% | 11.2% | 10.6% | 10.7% | 9.4% | 4.9 |
| Multiple Races | 2.6% | 2.6% | 2.9% | 3.4% | 4.6% | 8.0% |

Meritorious Advancement Program FY14-FY18

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 129 of 292


Navy Enlisted Selection Board data for E-7 and E-9 during the most recent four-year period (FY17-FY20) shows that Black minorities and Hispanic ethnicity advanced higher than their white peers.

- E-7 advancement: Black: 25.6 percent and Hispanic ethnicity: 25.4 percent advanced higher than Whites: 22.8 percent, while Asian: 21.6 percent advanced lower.
- E-8 advancement: Black: 12.4 percent, Asian: 11.8 percent and Hispanic ethnicity: 13.4 percent advanced lower than Whites 14.2 percent.
- E-9 advancement: Black: 15.2 percent and Hispanic ethnicity: 14.9 percent advanced higher than Whites: 13.6 percent while Asian: 11.2 percent advanced lower.

Despite the NWAE trends, but possibly due in part to our expanding MAP Advancement, all enlisted minority race groups had higher average retention rates than Whites (Black: 55.5 percent, Asian: 60.3 percent, Whites: 50.4 percent). Also, the average Hispanic enlisted retention rate (55.2 percent) was higher than the average non-Hispanic retention rate (51.6 percent).

E-4 through E-6 Promotion Rates (FY14 – FY18)

| Active-Duty E-6 | FY-14 | | | FY-15 | | | FY-16 | | | FY-17 | | | FY-18 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) White | 18197 | 3688 | 20% | 19385 | 3340 | 17% | 22035 | 3100 | 14% | 22030 | 3783 | 17% | 22377 | 3659 | 16% |
| (2) Black | 8133 | 1151 | 14% | 8556 | 973 | 11% | 9783 | 838 | 9% | 9579 | 1122 | 12% | 10161 | 1020 | 10% |
| (3) Asian / Pacific Islander | 3544 | 607 | 17% | 3676 | 528 | 14% | 4202 | 465 | 11% | 4241 | 591 | 14% | 4343 | 553 | 13% |
| (4) American Indian / Alaskan Native | 2432 | 492 | 20% | 2585 | 417 | 16% | 2949 | 363 | 12% | 2840 | 400 | 14% | 2642 | 382 | 14% |
| (5) Other/ Multiple Races | 1966 | 465 | 24% | 2852 | 591 | 21% | 4257 | 643 | 15% | 4959 | 878 | 18% | 5470 | 762 | 14% |
| (6) Hispanic* | 8248 | 1474 | 18% | 9558 | 1363 | 14% | 11271 | 1205 | 11% | 11118 | 1474 | 13% | 10804 | 1272 | 12% |
| **Total** | **42520** | **7877** | **19%** | **46612** | **7212** | **15%** | **54497** | **6614** | **12%** | **54767** | **8248** | **15%** | **55797** | **7648** | **14%** |

| Active-Duty E-5 | FY-14 | | | FY-15 | | | FY-16 | | | FY-17 | | | FY-18 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) White | 29949 | 6981 | 23% | 30863 | 6715 | 22% | 34382 | 6905 | 20% | 34154 | 8518 | 25% | 34278 | 7861 | 23% |
| (2) Black | 10198 | 2191 | 21% | 10476 | 2106 | 20% | 11877 | 2230 | 19% | 11884 | 2809 | 24% | 12266 | 2429 | 20% |
| (3) Asian / Pacific Islander | 4405 | 1026 | 23% | 4407 | 937 | 21% | 5001 | 997 | 20% | 5127 | 1255 | 24% | 5386 | 1211 | 22% |
| (4) American Indian / Alaskan Native | 3542 | 810 | 23% | 2960 | 667 | 23% | 2573 | 521 | 20% | 2006 | 483 | 24% | 1734 | 376 | 22% |
| (5) Other/ Multiple Races | 8613 | 2045 | 24% | 8298 | 1816 | 22% | 8180 | 1661 | 20% | 7111 | 1691 | 24% | 6462 | 1342 | 21% |
| (6) Hispanic* | 13036 | 2961 | 23% | 11976 | 2361 | 20% | 12190 | 2296 | 19% | 11719 | 2821 | 24% | 11767 | 2412 | 20% |
| **Total** | **69743** | **16014** | **23%** | **68980** | **14602** | **21%** | **74203** | **14610** | **20%** | **72001** | **17577** | **24%** | **71893** | **15631** | **22%** |

| Active-Duty E-4 | FY-14 | | | FY-15 | | | FY-16 | | | FY-17 | | | FY-18 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) White | 17828 | 5752 | 32% | 21648 | 6607 | 31% | 20918 | 6334 | 30% | 17603 | 6341 | 36% | 14573 | 4562 | 31% |
| (2) Black | 8437 | 2279 | 27% | 10649 | 2802 | 26% | 10480 | 2776 | 26% | 8512 | 2913 | 34% | 6691 | 1648 | 25% |
| (3) Asian / Pacific Islander | 2976 | 826 | 28% | 3615 | 1024 | 28% | 3759 | 1037 | 28% | 3343 | 1182 | 35% | 2834 | 789 | 28% |
| (4) American Indian / Alaskan Native | 1702 | 563 | 33% | 1643 | 476 | 29% | 1274 | 349 | 27% | 973 | 331 | 34% | 620 | 172 | 28% |
| (5) Other/ Multiple Races | 5497 | 1739 | 32% | 5766 | 1704 | 30% | 4567 | 1339 | 29% | 3393 | 1152 | 34% | 2923 | 791 | 27% |
| (6) Hispanic* | 7832 | 2328 | 30% | 8832 | 2483 | 28% | 8624 | 2419 | 28% | 7140 | 2429 | 34% | 5902 | 1578 | 27% |
| **Total** | **44272** | **13487** | **30%** | **52153** | **15096** | **29%** | **49622** | **14254** | **29%** | **40964** | **14348** | **35%** | **33543** | **9540** | **28%** |

* Note: The data used to construct this table treat a Hispanics as a racial category, even though Hispanic is an ethnic group that includes people from many races

| Active-Duty E-7 | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) White | 9482 | 1868 | 12.9% | 9476 | 2124 | 22.4% | 9245 | 2290 | 24.8% | 8917 | 2170 | 24.3% |
| (2) Black or African American | 2938 | 656 | 11.6% | 2931 | 769 | 26.2% | 2886 | 781 | 27.1% | 2884 | 770 | 26.7% |
| (3) Native Hawaiian or Other Pacific Islander | 170 | 34 | 12.5% | 208 | 47 | 22.6% | 242 | 71 | 29.3% | 216 | 52 | 24.1% |
| (4) American Indian / Alaskan Native | 674 | 155 | 11.5% | 694 | 132 | 19.0% | 700 | 183 | 26.1% | 673 | 152 | 22.6% |
| (5) Asian | 1195 | 211 | 10.6% | 1163 | 257 | 22.1% | 1164 | 272 | 23.4% | 1074 | 253 | 23.6% |
| (6) Declined to Respond | 331 | 48 | 16.5% | 292 | 62 | 21.2% | 268 | 52 | 19.4% | 263 | 54 | 20.5% |
| (7) Multiple Races | 557 | 123 | 13.2% | 745 | 175 | 23.5% | 959 | 201 | 21% | 1217 | 299 | 24.6% |
| Total | 15347 | 3095 | 20.2% | 15509 | 3566 | 23.0% | 15464 | 3850 | 24.9% | 15244 | 3750 | 24.6% |

| Active-Duty E-8 | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) White | 6858 | 883 | 12.9% | 6380 | 885 | 13.9% | 6357 | 998 | 15.7% | 6048 | 870 | 14.4% |
| (2) Black or African American | 2393 | 278 | 11.6% | 2466 | 315 | 12.8% | 2288 | 287 | 12.5% | 2222 | 280 | 12.6% |
| (3) Native Hawaiian or Other Pacific Islander | 96 | 12 | 12.5% | 95 | 16 | 16.8% | 102 | 17 | 16.7% | 106 | 13 | 12.3% |
| (4) American Indian / Alaskan Native | 295 | 34 | 11.5% | 340 | 34 | 10.0% | 378 | 62 | 16.4% | 405 | 56 | 13.8% |
| (5) Asian | 942 | 100 | 10.4% | 917 | 97 | 10.6% | 944 | 128 | 13.6% | 869 | 108 | 12.4% |
| (6) Declined to Respond | 236 | 39 | 16.5% | 212 | 26 | 12.3% | 224 | 42 | 18.8% | 208 | 18 | 8.6% |
| (7) Multiple Races | 266 | 35 | 13.2% | 335 | 39 | 11.6% | 284 | 31 | 10.9% | 328 | 40 | 12.2% |
| Total | 11086 | 1381 | 12.5% | 10745 | 1412 | 13.1% | 10577 | 1565 | 14.8% | 10186 | 1385 | 13.6% |

| Active-Duty E-9 | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) White | 2015 | 243 | 12.1% | 1886 | 268 | 14.2% | 1817 | 284 | 15.6% | 1805 | 228 | 12.6% |
| (2) Black or African American | 544 | 108 | 19.9% | 518 | 78 | 15.1% | 518 | 80 | 15.4% | 561 | 59 | 10.5% |
| (3) Native Hawaiian or Other Pacific Islander | 14 | 2 | 14.3% | 14 | 1 | 7.1% | 14 | 0 | 0% | 23 | 1 | 4.4% |
| (4) American Indian / Alaskan Native | 60 | 8 | 13.3% | 62 | 8 | 12.9% | 65 | 7 | 10.8% | 72 | 8 | 11.1% |
| (5) Asian | 241 | 25 | 10.4% | 239 | 34 | 14.2% | 233 | 27 | 11.6% | 248 | 22 | 8.9% |
| (6) Declined to Respond | 46 | 5 | 10.9% | 48 | 6 | 12.5% | 51 | 7 | 13.7% | 69 | 10 | 14.5% |
| (7) Multiple Races | 58 | 10 | 17.2% | 64 | 8 | 12.5% | 66 | 8 | 12.1% | 81 | 6 | 7.4% |
| Total | 2978 | 401 | 13.5% | 2831 | 403 | 14.2% | 2764 | 413 | 14.9% | 2859 | 334 | 11.7% |

**Minority Officer Promotions**

While white officers reflect promotion percentages relatively consistent with other minority groups, the total population of white officers being considered/selected for promotion for any given paygrade/year was significantly higher than all other races. Specifically, white officers accounted for 81 percent of all control grade promotions between FY16 and FY20. This does not reflect a similar demographic representation as compared to the overall Navy white officer population (77 percent) or the American population, which is 76 percent white (Source: U.S. Census Bureau).

The percentage of officers selected for promotion show that white flag officers were the only ethnic/racial group consistently selected for promotion across the 5-year span (accounted for 100 percent of O-8 promotions in FY17 and FY20). Of all O-7 and O-8 promotions between FY17 and FY21, White officers accounted for 89.5 percent, Black or African American were 3 percent and Hispanic 4 percent.

According to a 2018 Strategic Workforce Council, Center for Naval Analysis (CNA) Study, promotion board results show that the lower number of minorities considered for promotion (especially African Americans) in the URL can possibly be explained by pre and post-accession career experiences, which affect retention.

CNA is conducting a series of senior leader and JO interviews with surface warfare and aviation officers to identify the experiences that lead to the higher rate of attrition for minority and female officers from the URL community.

## Control Grade Promotion Rates (FY16 – FY20)

| Active-Duty O-6 Line & Staff Corps | FY-16 | | | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) American Indian/Alaska Native | 20 | 2 | 10% | 21 | 0 | 0% | 22 | 2 | 9% | 25 | 2 | 8% | 26 | 3 | 12% |
| (2) Asian | 143 | 18 | 13% | 162 | 14 | 9% | 171 | 22 | 13% | 175 | 24 | 14% | 178 | 23 | 13% |
| (3) Black or African American | 278 | 27 | 10% | 277 | 34 | 12% | 281 | 27 | 10% | 307 | 45 | 15% | 288 | 39 | 14% |
| (4) Native Hawaiian/Other Pacific Islander | 11 | 0 | 0% | 17 | 1 | 6% | 18 | 0 | 0% | 19 | 6 | 32% | 17 | 2 | 12% |
| (5) White | 3379 | 421 | 12% | 3382 | 444 | 13% | 3313 | 404 | 12% | 3410 | 450 | 13% | 3241 | 471 | 15% |
| (6) Multiple Race Codes/Other | 199 | 16 | 8% | 211 | 31 | 15% | 229 | 18 | 8% | 249 | 23 | 9% | 242 | 37 | 15% |
| **Total** | **4030** | **484** | **12%** | **4070** | **524** | **13%** | **4034** | **473** | **12%** | **4185** | **550** | **13%** | **3992** | **575** | **14%** |
| **Ethnicity** | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) Hispanic/Latino | 134 | 15 | 11% | 138 | 17 | 12% | 147 | 10 | 7% | 154 | 17 | 11% | 147 | 15 | 10% |
| (2) Not Hispanic/Latino | 3896 | 469 | 12% | 3932 | 507 | 13% | 3887 | 463 | 12% | 4031 | 533 | 13% | 3845 | 560 | 15% |
| **Total** | **4030** | **484** | **12%** | **4070** | **524** | **13%** | **4034** | **473** | **12%** | **4185** | **550** | **13%** | **3992** | **575** | **14%** |

| Active-Duty O-5 Line & Staff Corps | FY-16 | | | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) American Indian/Alaska Native | 46 | 2 | 4% | 47 | 8 | 17% | 41 | 7 | 17% | 48 | 4 | 8% | 47 | 6 | 13% |
| (2) Asian | 275 | 35 | 13% | 291 | 41 | 14% | 297 | 46 | 15% | 299 | 45 | 15% | 303 | 51 | 17% |
| (3) Black or African American | 476 | 69 | 14% | 510 | 74 | 15% | 511 | 83 | 16% | 472 | 77 | 16% | 442 | 65 | 15% |
| (4) Native Hawaiian/Other Pacific Islander | 19 | 5 | 26% | 22 | 3 | 14% | 23 | 1 | 4% | 30 | 10 | 33% | 20 | 4 | 20% |
| (5) White | 4522 | 825 | 18% | 4979 | 948 | 19% | 5018 | 929 | 19% | 5086 | 1012 | 20% | 4821 | 971 | 20% |
| (6) Multiple Race Codes/Other | 373 | 45 | 12% | 425 | 90 | 21% | 399 | 70 | 18% | 412 | 82 | 20% | 419 | 94 | 22% |
| **Total** | **5711** | **981** | **17%** | **6274** | **1164** | **19%** | **6289** | **1136** | **18%** | **6347** | **1230** | **19%** | **6052** | **1191** | **20%** |
| **Ethnicity** | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) Hispanic/Latino | 217 | 30 | 14% | 230 | 41 | 18% | 226 | 40 | 18% | 238 | 43 | 18% | 222 | 46 | 21% |
| (2) Not Hispanic/Latino | 5494 | 951 | 17% | 6044 | 1123 | 19% | 6063 | 1096 | 18% | 6109 | 1187 | 19% | 5830 | 1145 | 20% |
| **Total** | **5711** | **981** | **17%** | **6274** | **1164** | **19%** | **6289** | **1136** | **18%** | **6347** | **1230** | **19%** | **6052** | **1191** | **20%** |

| Active-Duty O-4 Line & Staff Corps | FY-16 | | | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) American Indian/Alaska Native | 71 | 18 | 25% | 75 | 15 | 20% | 87 | 28 | 32% | 86 | 21 | 24% | 82 | 22 | 27% |
| (2) Asian | 385 | 82 | 21% | 422 | 106 | 25% | 436 | 108 | 25% | 440 | 121 | 28% | 403 | 103 | 26% |
| (3) Black or African American | 613 | 145 | 24% | 654 | 140 | 21% | 680 | 152 | 22% | 706 | 156 | 22% | 642 | 180 | 28% |
| (4) Native Hawaiian/Other Pacific Islander | 32 | 6 | 19% | 40 | 8 | 20% | 45 | 12 | 27% | 45 | 11 | 24% | 43 | 9 | 21% |
| (5) White | 6201 | 1563 | 25% | 6533 | 1767 | 27% | 6379 | 1694 | 27% | 6471 | 1743 | 27% | 6557 | 1886 | 29% |
| (6) Multiple Race Codes/Other | 523 | 113 | 22% | 580 | 154 | 27% | 575 | 140 | 24% | 635 | 150 | 24% | 671 | 163 | 24% |
| **Total** | **7825** | **1927** | **25%** | **8304** | **2190** | **26%** | **8202** | **2134** | **26%** | **8383** | **2202** | **26%** | **8398** | **2363** | **28%** |
| **Ethnicity** | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) Hispanic/Latino | 318 | 77 | 24% | 329 | 72 | 22% | 350 | 86 | 25% | 360 | 92 | 26% | 366 | 90 | 25% |
| (2) Not Hispanic/Latino | 7507 | 1850 | 25% | 7975 | 2118 | 27% | 7852 | 2048 | 26% | 8023 | 2110 | 26% | 8032 | 2273 | 28% |
| **Total** | **7825** | **1927** | **25%** | **8304** | **2190** | **26%** | **8202** | **2134** | **26%** | **8383** | **2202** | **26%** | **8398** | **2363** | **28%** |

*The above chart represents the aggregate of promotion groups by grade and is not reflective of the DoDI 1320.13 promotion opportunity %. Additionally, the chart does not display competitive category due to space limitations. This data is a representation of promotions in the aggregate to show gender, race, and ethnic, demographics in relative magnitude.

| Active-Duty O-7 | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | | FY-21 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) American Indian/Alaska Native | 0 | 0 | 0% | 1 | 0 | 0% | 1 | 0 | 0% | 2 | 0 | 0% | 3 | 1 | 33% |
| (2) Asian | 18 | 0 | 0% | 17 | 0 | 0% | 24 | 1 | 4% | 20 | 0 | 0% | 29 | 1 | 3% |
| (3) Black or African American | 22 | 2 | 9% | 31 | 0 | 0% | 49 | 0 | 0% | 51 | 1 | 2% | 62 | 2 | 3% |
| (4) Native Hawaiian/Other Pacific Islander | 2 | 0 | 0% | 1 | 0 | 0% | 2 | 0 | 0% | 1 | 0 | 0% | 2 | 0 | 0% |
| (5) White | 634 | 25 | 4% | 641 | 23 | 4% | 794 | 30 | 4% | 825 | 26 | 3% | 923 | 25 | 3% |
| (6) Multiple Race Codes/Other | 17 | 0 | 0% | 16 | 1 | 6% | 23 | 0 | 0% | 24 | 1 | 4% | 22 | 0 | 0% |
| (7) Declined to Respond | 5 | 0 | 0% | 7 | 0 | 0% | 6 | 0 | 0% | 8 | 0 | 0% | 10 | 0 | 0% |
| (8) Hispanic/Latino | 23 | 2 | 9% | 25 | 1 | 4% | 35 | 0 | 0% | 42 | 1 | 2% | 64 | 3 | 5% |
| **Total** | **721** | **29** | **4%** | **739** | **25** | **3%** | **934** | **31** | **3%** | **973** | **29** | **3%** | **1115** | **32** | **3%** |

| Active-Duty O-8 | FY-17 | | | FY-18 | | | FY-19 | | | FY-20 | | | FY-21 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel | Con | Sel | % Sel |
| (1) American Indian/Alaska Native | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| (2) Asian | 1 | 0 | 0% | 1 | 0 | 0% | 3 | 1 | 33% | 0 | 0 | 0% | 0 | 0 | 0% |
| (3) Black or African American | 3 | 0 | 0% | 2 | 1 | 50% | 5 | 1 | 20% | 4 | 0 | 0% | 4 | 1 | 25% |
| (4) Native Hawaiian/Other Pacific Islander | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| (5) White | 34 | 16 | 47% | 37 | 18 | 49% | 82 | 20 | 24% | 43 | 20 | 47% | 46 | 18 | 39% |
| (6) Multiple Race Codes/Other | 1 | 0 | 0% | 1 | 0 | 0% | 0 | 0 | 0% | 1 | 0 | 0% | 2 | 0 | 0% |
| (7) Declined to Respond | 1 | 0 | 0% | 1 | 1 | 100% | 4 | 1 | 25% | 0 | 0 | 0% | 0 | 0 | 0% |
| (8) Hispanic/Latino | 1 | 0 | 0% | 2 | 0 | 0% | 10 | 1 | 10% | 3 | 0 | 0% | 3 | 2 | 67% |
| **Total** | **41** | **16** | **39%** | **44** | **20** | **45%** | **104** | **24** | **23%** | **51** | **20** | **39%** | **55** | **21** | **38%** |

*The above chart represents the aggregate of promotion groups by grade and does not display each competitive category due to space limitations. This data is a representation of promotions in the aggregate to show gender, race, and ethnic, demographics in relative magnitude.

# APPENDIX J: SECRETARY OF DEFENSE MEMORANDUM OF 19 JUN 2020

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN 19 2020

MEMORANDUM FOR CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF DEFENSE
SECRETARIES OF THE MILITARY DEPARTMENTS
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
UNDER SECRETARIES OF DEFENSE
CHIEF OF THE NATIONAL GUARD BUREAU
COMMANDERS OF THE COMBATANT COMMANDS
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF COST ASSESSMENT AND PROGRAM EVALUATION
INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF OPERATIONAL TEST AND EVALUATION
CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF DEFENSE
ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE AFFAIRS
ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC AFFAIRS
DIRECTOR OF NET ASSESSMENT
DIRECTORS OF DEFENSE AGENCIES
DIRECTORS OF DOD FIELD ACTIVITIES

SUBJECT: Actions for Improving Diversity and Inclusion in the Department of Defense

For more than 200 years the U.S. military has fought to defend our great Nation and our interests abroad, earning the reputation as the greatest military force in history. We have reached this apex because we are an all-volunteer force of patriots who believe in the Constitution and the rights it guarantees all Americans. We have also reached this level of mission excellence because we attract the best America has to offer: young men and women from across the land and beyond our shores. They not only love our country and share these values, but also represent a wide range of creeds, religions, races, ethnicities, sexual orientations, and other attributes that distinguish us as individuals, and make us stronger together.

To ensure the morale, cohesion, and readiness of the military it is essential that our ranks reflect and are inclusive of the American people we have sworn to protect and defend.

While the military has often led on these issues throughout history, we are not immune to the forces of bias and prejudice. We know this bias burdens many of our uniformed personnel and has direct and indirect impacts on the experiences of our minority members and their representation in our ranks, especially in our officer corps. That is why bias and prejudice have no place in our military; they also have no place in our country. We can and must do better.

OSD005968-20/CMD007245-20

We must lead on these issues as America's most respected institution and as a global leader when it comes to building diverse, winning teams and creating opportunity for all. Therefore, I am directing the following actions:

- By June 29, 2020 the Secretaries of the Military Departments and the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), in consultation with the Chiefs of the respective Military Services and informed by Combatant Commanders through the Chairman of the Joint Chiefs of Staff, will conduct a review of all DoD, Military Department, and Military Service policies, programs, and processes that may negatively affect equal opportunity, diversity, and inclusion for all our people. The Secretaries of the Military Departments and USD (P&R) will recommend changes for swift implementation to address any identified issues. Examples of policies, processes, and programs to be reviewed include areas such as accessions, promotion boards, and associated processes; assignment and command opportunity and selection; and professional military education selection.

- By July 2, 2020 USD(P&R) will establish the framework and terms of reference for an internal DoD Board on Diversity and Inclusion to undertake a more comprehensive evaluation and assessment of military policies, processes, and practices to improve racial diversity in our ranks. This Board will be led by the Secretary of the Air Force, the Honorable Barbara Barrett. USD(P&R) will provide me and Secretary Barrett a coordinated proposal for the Board's framework and terms of reference, including its structure, membership, goals, and objectives, with the aim of the Board being operational by July 15, 2020 if not sooner. A final report by the Board, with findings, actionable recommendations (including proposed changes to policy, statute, and resources), and proposed metrics to evaluate the effectiveness of these recommendations, will be provided to me not later than December 15, 2020. The Military Departments are directed to provide logistical and administrative support to the Board, as required.

- Finally, by July 20, 2020 the USD(P&R), with the assistance of the Office of the Chief Management Officer, will provide a proposal to me for establishing an enduring Defense Advisory Committee on Diversity and Inclusion in the Armed Services to examine any and all issues that will improve equal opportunity, diversity, and inclusion in the military. This advisory committee will be an independent body that mirrors the Defense Advisory Committee on Women in the Services, and will be composed of subject matter experts and distinguished authorities from outside DoD. This advisory committee will build upon the work of the new aforementioned Defense Board, as appropriate, and will be ready to begin its work by December 1, 2020. The advisory committee will be charged with conducting studies, generating findings, and providing its recommendations to the Secretary of Defense.

A starting point for each of the above actions must include an examination of the reports of the numerous efforts and studies concerning issues of diversity and inclusion in the past, as well as a review of the implementation status of any resulting recommendations. Such reports include U.S. Government Accountability Office studies and the reports of the Military

Leadership Diversity Council. In addition, the work of existing forums that address aspects of these critical issues, such as the Defense Diversity Working Group and the Defense Equal Opportunity Reform Group, should also inform these actions.

Updates on all of these actions will be provided to me by USD(P&R) and the chain of command on a monthly basis.

I am proud to be part of an institution that embraces diversity and inclusion, and rejects hate and prejudice in all its forms. I am committed to effecting an enterprise-wide, organizational and cultural shift. In doing so, we will continue to be the greatest fighting force in history and the most respected institution in the country; one that not only reflects its values, but one that also fully represents the American people it has sworn to protect and defend.

# APPENDIX K: SECRETARY OF DEFENSE MEMORANDUM OF 14 JUL 2020

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUL 14 2020

MEMORANDUM FOR CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF DEFENSE
SECRETARIES OF THE MILITARY DEPARTMENTS
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
UNDER SECRETARIES OF DEFENSE
CHIEF OF THE NATIONAL GUARD BUREAU
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF COST ASSESSMENT AND PROGRAM EVALUATION
INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF OPERATIONAL TEST AND EVALUATION
CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF DEFENSE
ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE AFFAIRS
ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC AFFAIRS
DIRECTOR OF NET ASSESSMENT
DIRECTORS OF DEFENSE AGENCIES
DIRECTORS OF DOD FIELD ACTIVITIES

SUBJECT: Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the Military Services

On June 19, 2020 I issued a memorandum directing a three-pronged approach to take the initiative against discrimination, prejudice, and bias in all ranks of our Armed Forces. The purpose of this approach is to promote the morale, cohesion, and readiness of the force. Each effort aims to identify actions the Department can take within policies, programs, and processes to improve diversity, inclusion, and equal opportunity for our Service members:

1. A short-term "sprint" to identify immediate actions;

2. A mid-term DoD Board on Diversity and Inclusion (the "Board") to dive deeply into our policies and processes and identify additional actions; and

3. A long-term *Defense Advisory Committee on Diversity and Inclusion in the Armed Services* to provide an independent and enduring review and assessment that will strengthen our efforts in this area for generations to come.

OSD006634-20/CMD008163-20

After reviewing recommendations from across the Department, I am resolved to act immediately on those issues that we can address now. To that end, I direct the following:

- **Remove photographs from consideration by promotion boards and selection processes and develop additional guidance, as applicable, that emphasizes retaining qualified and diverse talent.** To ensure equal opportunity for all, I direct the Under Secretary of Defense for Personnel and Readiness (USD(P&R)) to prescribe policy prohibiting the use of photographs for promotion boards and selection processes pertaining to assignment, training, education, and command, effective September 1, 2020. Further, I direct the USD(P&R) to review policies and processes and develop additional guidance – including provisions for establishing diverse selection panels and the removal of all references to race, ethnicity, and gender in personnel packets reviewed by panel members – to ensure promotion boards and selection processes enable equal opportunity for all Service members, promote diversity in our ranks, and are free from bias based on race, ethnicity, gender, or national origin. The USD(P&R) will prepare guidance with timelines for implementation for my signature NLT September 30, 2020.

- **Update the Department's military equal opportunity and diversity inclusion policies.** The Department will update its military harassment policy to strengthen protections for Service members against inappropriate and intolerable harassing behaviors, especially racial bias and prejudice. The Department will update its military equal opportunity policy to prohibit pregnancy-based discrimination. The Department will update its policy *on Diversity Management and Equal Opportunity in the DoD* to delineate roles and responsibilities of leaders and provide reference points for engaged and critical thinking on this topic. I direct the USD(P&R) to issue updates to these policies NLT September 1, 2020.

- **Obtain and analyze additional data.** The prejudice and bias that exist within our force are not always transparent. The Department must collect data and analyze it to identify patterns and trends, and to inform and improve the Department's policies and programs. I direct the USD(P&R) to increase the frequency of the *Workplace and Equal Opportunity* survey to measure the effectiveness of our actions and identify areas requiring improvement. This survey will include metrics concerning harassment and discrimination, extremist groups and activities, and the effectiveness of military equal opportunity offices. I also direct the USD(P&R) to develop and implement an officer retention and promotion cohort analysis study, in order to understand the potential factors affecting racial and ethnic minority officer retention and promotion. The USD(P&R) will provide me a proposal for these actions NLT October 1, 2020.

- **Add bias awareness and bystander intervention to the violence prevention framework.** Addressing racial prejudice and bias within the force requires a combination of ongoing skill development, leadership, and accountability. I direct the USD(P&R) to ensure the integrated violence prevention framework currently

under development, includes measures for addressing bias through personal skill development, to include bias awareness and bystander intervention in response to improper remarks or other communications made by peers or superiors. Issue this policy NLT September 15, 2020.

- **Develop educational requirements for implementation across the military lifecycle to educate the force on unconscious bias.** To effectively educate Service members and leaders concerning the impact of their own biases and prejudices on their decisions, I direct the USD(P&R) to develop requirements for Common Military Training including terminal learning objectives, enabling learning objectives, purpose of learning, and desired outcomes that are targeted to Service members, tailored to their place within the military lifecycle (e.g., new recruits, newly appointed leaders, senior officers), and deployable enterprise-wide through existing training and professional military education programs. These requirements must include clear and concise definitions of key and relevant terms. Provide me a plan of action and milestones, including timelines, for the development and implementation of these requirements NLT October 1, 2020.

- **Develop a program of instruction containing techniques and procedures which enable commanders to have relevant, candid, and effective discussions.** Develop specific training requirements, relevant talking points, and scenario-based learning to assist commanders in guiding discussions on discrimination, prejudice, and bias within units and organizations. The USD(P&R) will provide a training plan, including timelines for requirements development, NLT October 1, 2020.

- **Review hairstyle and grooming policies for racial bias.** I direct the Services to review all appearance standards and policies and make appropriate policy modifications NLT September 15, 2020.

- **Review effectiveness of Military Service equal opportunity offices.** To supplement data obtained through the *Workplace and Equal Opportunity* survey, I direct the Military Service Inspectors General to initiate a review, NLT September 1, 2020, to assess the effectiveness of Military Service equal opportunity offices and other applicable offices, in responding to equal opportunity issues and to make recommendations based on their findings.

- **Support Military Department initiatives.** To synchronize efforts and appropriately allocate resources, I direct the Secretaries of the Military Department to provide me a status report on the implementation of the immediate actions they identified within their components NLT August 15, 2020, and to provide me updates monthly thereafter through December 2020.

The success of our military mission depends on a disciplined and lethal force prepared to defend our country and our Constitution. There is no greater mission and no greater calling. When our Nation's young men and women volunteer to join the U.S. Armed Forces, they do so

to be a part of this critical mission, but also to be a part of a military "family" that spans over 10 generations. It is a bond that is revered, enduring, and essential to our integrity and all we do. As a military, we succeed by working together, hand in hand, side by side. Diversity and inclusivity in the ranks are not merely aspirations, they are fundamental necessities to our readiness and our mission success.

The actions I am directing are a necessary first step, but hard work remains, and we will continue to learn as we move forward. Shifting culture requires steadfast attention; these actions will maximize our efforts to ensure a diverse workforce at all levels, an inclusive environment, and equal opportunity for all who serve.



# APPENDIX L: NAVADMIN 247/20

UNCLASSIFIED//
ROUTINE
R 032333Z SEP 20 MID510001694164U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 247/20

PASS TO OFFICE CODES:
FM CNO WASHINGTON DC//N1//
INFO CNO WASHINGTON DC//N1//
MSGID/GENADMIN/CNO WASHINGTON DC/N1/SEP//

SUBJ/ELIMINATION OF THE DISPLAY OF THE OFFICER PHOTOGRAPH DURING SELECTION BOARDS//

REF/A/DOC/DOD/14JUL20//
REF/B/MSG/CNO WASHINGTON DC/N1/291453ZOCT18//
REF/C/DOC/COMNAVPERSCOM/01JUN19//
REF/D/DOC/COMNAVPERSCOM/23JUL07//

NARR/REF A IS DEPARTMENT OF DEFENSE MEMORANDUM, IMMEDIATE ACTIONS TO ADDRESS DIVERSITY, INCLUSION, AND EQUAL OPPORTUNITY IN THE MILITARY SERVICES.
REF B IS NAVADMIN 265/18, REINSTATEMENT OF THE REQUIREMENT TO DISPLAY THE OFFICER PHOTOGRAPH DURING SELECTION BOARDS.
REF C IS MILPERSMAN ARTICLE 1070-20, OFFICER OFFICIAL MILITARY PERSONNEL FILE.
REF D IS MILPERSMAN ARTICLE 1070-180, OFFICER PHOTOGRAPHS.//

RMKS/1. In line with reference (a), this NAVADMIN cancels reference (b). As part of reference (a), the Secretary of Defense has prohibited the use of official photographs for all officer promotion selection boards and selection board processes pertaining to assignment, training, education and command.

2. The Officer Career Progression Branch (PERS-8) has complied with reference (a) beginning on 31 August 2020. A future change to reference (c), will reflect the elimination of the display of the officer photograph (Field Code 2) as outlined above.

3. The requirement to maintain an officer photograph in the official service record will continue to exist in line with reference (d). The point of contact for photo submission to Official Military Personnel File is Records Management and Policy (PERS-313) at (901) 874-3407/DSN 882.

4. This NAVADMIN will remain in effect until superseded or canceled, whichever occurs first.

5. Released by Vice Admiral John B. Nowell, Jr, N1.//

BT
#0001
NNNN
UNCLASSIFIED//

# APPENDIX M: BUPERSNOTE 1401 OF 9 SEP 2020

DEPARTMENT OF THE NAVY
BUREAU OF NAVAL PERSONNEL
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-0000

Canc frp: Sep 2021

BUPERSNOTE 1401
PERS-8
9 Sep 2020

BUPERS NOTICE 1401

From: Chief of Naval Personnel

Subj: DIVERSITY IN SELECTION BOARD RECORDER ASSIGNMENT

Ref: (a) SECNAVINST 1401.3B
(b) BUPERSINST 1401.5C
(c) CNO memo 5000 Ser N1/127133 of 31 Aug 2007
(d) NAVPERS 15560D, Navy Military Personnel Manual (MILPERSMAN)

1. Purpose. To provide guidance regarding the sourcing of diverse officer and enlisted selection board participants. In an effort to provide greater exposure to senior Navy leaders serving as board members, knowledge of board processes, and a better understanding of career progression, this note formally encourages expanded diversity of recorders and assistant recorders in support of Navy promotion and administrative boards.

2. Discussion. Reference (a) provides guidance for selection board membership and directs board members be selected from a wide range of leadership positions that reflect the overall composition of the officer corps, to include women and racial and ethnic minorities. This diversity guidance has been historically and consistently applied to board voting members, but not to other supporting board roles (e.g., recorder and assistant recorder(s)). Moreover, gender and racial and ethnic minority considerations for recorder and assistance recorder(s) are not discussed in reference (b). As selection boards provide a unique opportunity to advance the ideals of inclusion, diversity, and equal opportunity as a central tenet of naval service, the guidance of reference (a) concerning assignment of gender and racial or ethnic minorities to selection boards is now formally extended to the selection/assignment of selection board recorders and assistant recorders.

3. Action. Effective immediately, when sourcing for selection board recorder and assistant recorders, promotion and administrative selection board sponsors will seek to attain a 30% diversity fill rate that will take into consideration gender, race, and ethnicity in order to ensure assigned personnel represent the overall diversity of the naval workforce. The 30% diversity sourcing is for the entire board and not for each individual competitive category, designator, rating, etc. Under certain circumstances it may not be possible to attain a 30% diversity sourcing rate due to scheduling conflicts, eligibility for consideration by the board, and/or limited numbers of minority representation within a specific community group (e.g., female submarine officers). Given these conditions, using a minimum of one recorder or assistant recorder of gender and racial or ethnic minority status is acceptable. This requirement applies to all promotion selection boards and administrative boards whose recorders and assistant recorders are staffed by sources external to the Bureau of Naval Personnel (BUPERS) Millington/Navy Personnel Command (NAVPERSCOM).

4. Methodology and Definitions

a. Defined by reference (c) and issued via reference (d), MILPERSMAN 1000-090, gender, race, and ethnicity are reflected in the Officer Assignment Information System (OAIS) and the Enlisted Assignment Information System (EAIS) by the sex, race, and the ethnic fields, respectively.

b. For the purposes of satisfying this diversity of recorder or assistant recorder(s) requirement, the following personnel are considered a gender, racial, or ethnic minority:

(1) Gender: Any Sex field other than an "M" (Male)

(2) Race/Ethnicity:

(a) Any Race field other than an "E" (White) or "F" (Declined to Respond), or

(b) Any Race field in conjunction with an Ethnic field of "1" (other Hispanic descent), "4" (Puerto Rican), "6" (Mexican), "9" (Cuban), or "S" (Latin American descent).

c. When applying the percent requirement to the number of total recorders or assistant recorders, if the computation results in a fraction of a number of 0.5 or greater, that fraction is rounded up to the nearest whole number. If the computation results in a fraction of a number less than 0.5, that fraction is rounded down to the nearest whole number, unless that number is less than 1, in which case that number must be 1.

(1) Example 1: Where 9 recorders and assistant recorders are required for a board - 3 of them (30 percent of 9 = 2.7, rounded up) should be gender and racial and ethnic minorities.

(2) Example 2: Where 8 recorders and assistant recorders are required for a board - 2 of them (30 percent of 8 = 2.4, rounded down) should be gender and racial and ethnic minorities.

5. Records Management

a. Records created as a result of this notice, regardless of format or media, must be maintained and dispositioned for the standard subject identification codes (SSIC) 1000 through 13000 series per the records disposition schedules located on the Department of the Navy/Assistant for Administration (DON/AA), Directives and Records Management Division (DRMD) portal page at: https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/Records-and-Information- Management/Approved%20Record%20Schedules/Forms/AllItems.aspx.

b. For questions concerning the management of records related to this notice or the records disposition schedules, please contact your local records manager or the DON/AA DRMD program office.

BUPERSNOTE 1401
9 Sep 2020

6. Cancellation Contingency. This notice will remain in effect until reference (a) or (b) is revised or for 1 year, whichever occurs first. This notice may be retained for reference purposes only.

J. W. HUGHES
Deputy Chief of Naval Personnel

Releasability and distribution:
This note is cleared for public release and is available electronically only via BUPERS Web site, https://www.public.navy.mil/bupers-npc/reference/instructions/BUPERSInstructions/%20Pages/default.aspx

# APPENDIX N: SECRETARY OF DEFENSE MEMORANDUM OF 16 JUL 2020

UNCLASSIFIED//FOR OFFICIAL USE ONLY

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUL 16 2020

MEMORANDUM FOR CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF DEFENSE
SECRETARIES OF THE MILITARY DEPARTMENTS
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
UNDER SECRETARIES OF DEFENSE
CHIEF OF THE NATIONAL GUARD BUREAU
COMMANDERS OF THE COMBATANT COMMANDS
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF COST ASSESSMENT AND PROGRAM EVALUATION
INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF OPERATIONAL TEST AND EVALUATION
CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF DEFENSE
ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE AFFAIRS
ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC AFFAIRS
DIRECTOR OF NET ASSESSMENT
DIRECTORS OF DEFENSE AGENCIES
DIRECTORS OF DOD FIELD ACTIVITIES

SUBJECT: Public Display or Depiction of Flags in the Department of Defense

The mission of the Department of Defense is to provide a combat-ready military force to deter conflict, and, should deterrence fail, to prevail in war. Accomplishing this mission depends on our most important resource — our Service members and civilian employees. Supporting our people requires mutual respect, responsibility, and accountability.

Flags are powerful symbols, particularly in the military community for whom flags embody common mission, common histories, and the special, timeless bond of warriors. As Supreme Court Justice John Paul Stevens, a veteran of the Second World War, once wrote about the United States flag: "It is a symbol of freedom, of equal opportunity, of religious tolerance, and of good will for other peoples who share our aspirations." We wear this flag on our sleeves; we honor it prominently on parade fields; we carry it into combat; and, we drape it over the coffins of those who have given their lives for our Nation.

We must always remain focused on what unifies us: our sworn oath to the Constitution and our shared duty to defend the Nation. I am committed to fielding the most powerful military force the world has known by strengthening the bonds of our most valuable resource — our people. That is why we honor the American flag, which is the principal flag we are authorized and encouraged to display. The flags we fly must accord with the military imperatives of good order and discipline, treating all our people with dignity and respect, and rejecting divisive symbols.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Consequently, in addition to the American flag, Service members and civilian employees are authorized to display or depict representational flags that promote unity and esprit de corps, including:

- Flags of U.S. States and Territories and the District of Columbia;
- Military Service flags;
- Flag or General Officer flags;
- Presidentially-appointed, Senate-confirmed civilian flags;
- Senior Executive Service (SES) and Military Department-specific SES flags;
- The POW/MIA flag;
- Flags of other countries, for which the United States is an ally or partner, or for official protocol purposes;
- Flags of organizations in which the United States is a member (e.g., NATO); and
- Ceremonial, command, unit, or branch flags or guidons.

This guidance applies to public displays or depictions of flags by Service members and civilian employees in all Department of Defense work places, common access areas, and public areas, including, but not limited to:

- Office buildings, facilities, naval vessels, aircraft, government vehicles, hangars, garages, ready rooms, conference rooms, individual offices, cubicles, storage rooms, tool and equipment rooms, workshops, break rooms, kitchens/galleys, recreational areas, commissaries, Navy and Marine Corps and Army and Air Force exchanges, and heads/latrines/restrooms — including property and buildings off installation leased by the Department;
- Sensitive compartmented information facilities and other secure facilities;
- Open-bay barracks, berthing areas, and common areas of barracks and bachelor quarters;
- School houses and training facilities; and
- All spaces or items in public or plain view, such as the outside areas of any Department of Defense buildings and government-operated or public-private venture housing (e.g., parking lots, yards, gazebos, or porches).

The public display or depiction of unauthorized flags in museum exhibits, state-issued license plates, grave sites, memorial markers, monuments, educational displays, historical displays, or works of art, where the nature of the display or depiction cannot reasonably be viewed as endorsement of the flag by the Department of Defense, is not prohibited.

What has always united us remains clear — our common mission, our oath to support and defend the Constitution, and our American flag. With this change in policy, we will further improve the morale, cohesion, and readiness of the force in defense of our great Nation.

Mark T. Esper



UNCLASSIFIED//FOR OFFICIAL USE ONLY

# APPENDIX O: NAVADMIN 203/20, PUBLIC DISPLAY OR DEPICTION OF FLAGS IN THE NAVY

UNCLASSIFIED//

ROUTINE

R 172205Z JUL 20 MID110000838485U

FM CNO WASHINGTON DC

TO NAVADMIN

INFO CNO WASHINGTON DC

BT
UNCLAS

NAVADMIN 203/20

MSGID/NAVADMIN/CNO WASHINGTON DC/CNO/JUL//

SUBJ/PUBLIC DISPLAY OR DEPICTION OF FLAGS IN THE NAVY//
POC/ELLIOTT/JEFF/CIV/CHINFO/LOC: WASHINGTON DC/TEL: 703-692-4754

REF/A/MEMO/OSD/20200716//
REF/B/MEMO/USN/20200717//

AMPN/Reference (a) is Secretary of Defense Memorandum Subj: Public Display or Depiction of Flags in the Department of Defense.
Reference (b) is Under Secretary of the Navy Memorandum Subj: Public Display or Depiction of Flags in the Department of the Navy.

RMKS/1. In references (a) and (b), the Secretary of Defense and Under Secretary of the Navy state that our number one mission is to provide combat-ready naval forces able to deter conflict or, if necessary, prevail in combat. In order to ensure our forces are ready, these references highlight the importance of unit cohesion and note that flags are powerful symbols. The flags we fly must accord with the military imperatives of good order and discipline, treating all our people with dignity and respect, and rejecting divisive symbols. Paragraph 2 below quotes reference (a).

2. Consequently, in addition to the American flag, Service members and civilian employees are authorized to display or depict representational flags that promote unity and esprit de corps, including:
a. Flags of U.S. States and Territories and the District of Columbia; b. Military Service flags; c. Flag or General Officer flags; d. Presidentially-appointed, Senate-confirmed civilian flags; e. Senior Executive Service (SES) and Military Department-specific SES flags; f. The POW/MIA flag; g. Flags of other countries, for which the United States is an ally or partner, or for official protocol purposes; h. Flags of organizations in which the United States is a member (e.g., NATO) i. Ceremonial, command, unit, or branch flags or guidons. This guidance applies to public displays or depictions of flags

by Service members and civilian employees in all Department of Defense work places, common access areas, and public areas, including, but not limited to: a. Office buildings, facilities, naval vessels, aircraft, government vehicles, hangars, garages, ready rooms, conference rooms, individual offices, cubicles, storage rooms, tool and equipment rooms, workshops, break rooms, kitchens /galleys, recreational areas, commissaries, Navy and Marine Corps and Army and Air Force exchanges, and heads/latrines/restrooms - including property and buildings off installation leased by the Department; b. Sensitive compartmented information facilities and other secure facilities; c. Open-bay barracks, berthing areas, and common areas of barracks and bachelor quarters; d. School houses and training facilities; e. All spaces or items in public or plain view, such as the outside areas of any Department of Defense buildings and government-operated or public-private venture housing (e.g., parking lots, yards, gazebos, or porches).

3. I expect all Commanders to exercise their authority in a way that maintains unit cohesion and good order and discipline, while respecting the rights of Sailors and civilian employees. To aid Commanders in balancing these considerations as they implement the references, Commanders should consult a judge advocate or legal counsel.

4. Released by Admiral Mike Gilday, Chief of Naval Operations.//

BT
#0001
NNNN
UNCLASSIFIED//

# APPENDIX P: UNDER SECRETARY OF DEFENSE MEMORANDUM OF 31 AUG 2020

UNDER SECRETARY OF DEFENSE
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

PERSONNEL AND READINESS

AUG 3 1 2020

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
CHIEF OF THE NATIONAL GUARD BUREAU

SUBJECT: Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the Military Services – Promotion and Selection Board Guidance

Effective September 1, 2020, as directed by the Secretary of Defense, the use of photographs for promotion selection boards and selection processes pertaining to assignment, training, education, and command is prohibited.

Further, I request you provide representatives who are subject matter experts in general/flag officer, commissioned officer, and enlisted personnel promotion and selection board processes to participate in several working group sessions. I also ask that you provide legal counsel and diversity office representatives for these working group sessions. The working group will review all current policies and processes pertaining to the conduct of promotion selection boards (and other selection processes) across the Department, ensuring that promotion selection boards and selection processes enable equal opportunity for all Service members, promote diversity in our ranks, and are free from bias based on race, ethnicity, and gender. Upon completion of the review, the working group will make recommendations for policy changes, implementation guidance, and timelines in order to implement the Secretary of Defense's guidance NLT September 30, 2020.

Please provide the name of your representatives NLT September 2, 2020, to my point of contact for this matter, Mr. Robin (Rob) Parsons, who may be reached at: 703-697-4625 or robin.e.parsons.civ@mail.mil.

I appreciate your assistance in this critical matter.

Matthew P. Donovan

# APPENDIX Q: NAVADMIN 051/20, NAVY INCLUSION AND DIVERSITY POLICY UPDATE

UNCLASSIFIED//

ROUTINE

R 271513Z FEB 20 MID510000989998U

FM CNO WASHINGTON DC

TO NAVADMIN

INFO CNO WASHINGTON DC

BT
UNCLAS

NAVADMIN 051/20

PASS TO OFFICE CODES:
FM CNO WASHINGTON DC//N1//
INFO CNO WASHINGTON DC//N1//

MSGID/GENADMIN/CNO WASHINGTON DC/N1/FEB//

SUBJ/NAVY INCLUSION AND DIVERSITY POLICY UPDATE//

REF/A/DOC/OPNAV N1/20DEC12//

REF/B/DOC/CNO/27FEB20//

REF/C/DOC/CNO/17DEC18//

REF/D/DOC/CNO/4DEC19//

REF/E/DOC/CNO/7MAY19//

REF/F/DOC/CNO/7MAY19//

REF/G/MSG/CNO/12NOV19//

REF/H/DOC/CNO/7APR18//

REF/I/DOC/CNO/24JUL17//

REF/J/DOC/CNO/24JUL17//

REF/K/DOC/MCPON/7MAY19//

REF/L/DOC/SECDEF/29NOV16//

REF/M/DOC/SECNAV/15JUL05//

REF/N/DOC/ASN(M&RA)/23JAN17//

REF/O/DOC/SECNAV/9MAY19//

REF/P/MSG/CNO/29JAN20//

REF/Q/MSG/COMUSFLTFORCOM/13FEB20//

NARR/REF A IS OPNAVINST 5420.115, NAVY DIVERSITY POLICY COORDINATION REF B IS U.S. NAVY INCLUSION AND DIVERSITY GOALS AND OBJECTIVES.
REF C IS DESIGN FOR MAINTAINING MARITIME SUPERIORITY VERSION 2.0.
REF D IS CNO FRAGMENTARY ORDER 01/2019. REF E IS NAVY LEADER DEVELOPMENT FRAMEWORK VERSION 3.0. REF F IS NAVY CIVILIAN WORKFORCE FRAMEWORK VERSION 1.0. REF G IS CULTURE OF EXCELLENCE NAVADMIN 254/19. REF H IS CULTURE OF EXCELLENCE BOARD OF GOVERNANCE CHARTER.
REF I IS OPNAVINST 5354.1G, NAVY EQUAL OPPORTUNITY INSTRUCTION. REF J IS OPNAVINST 5300.13, NAVY SEXUAL HARASSMENT PREVENTION AND RESPONSE MANUAL.
REF K IS LAYING THE KEEL. REF L IS DODD 1020.02E, DIVERSITY MANAGEMENT AND EQUAL OPPORTUNITY IN THE DOD. REF M IS SECNAVINST 1610.2A, DEPARTMENT OF NAVY HAZING POLICY. REF N IS DEPARTMENT OF NAVY DIVERSITY AND INCLUSION STRATEGIC ROADMAP. REF O IS SECNAVINST 5402.31A, MANAGEMENT OF DON PROGRAM FOR HISTORICALLY BLACK COLLEGES AND UNIVERSITIES AND MINORITY SERVING INSTITUTIONS.
REF P IS NAVADMIN 025/20, RE-ESTABLISHING NAVY LEADER DEVELOPMENT FRAMEWORK BRIEFS. REF Q IS THE 12-STAR MESSAGE: PROMULGATION OF SIGNATURE BEHAVIORS OF THE 21ST CENTURY SAILOR NAVY CORE VALUES, NAVY ETHOS, AND CORE ATTRIBUTES IN ACTION, VERSION 2.0.//

RMKS/1. This NAVADMIN revises the 2012 Navy Diversity Policy Coordination instruction, reference (a), and incorporates the Office of Inclusion and Diversity under the Twenty First Century Sailor Office (OPNAV N17). Inclusion and Diversity is a line of effort in the Chief of Naval Operations Culture of Excellence (COE) Campaign, which empowers the Navy to achieve warfighting excellence by fostering psychological, physical and emotional toughness. Ensuring inclusion and connectedness among every Sailor, family member and Navy civilian promotes organizational trust and transparency throughout their Navy journey. Every Active and Reserve Sailor and civilian brings a unique set of skills to our team. Actively seeking out and leveraging these skills is key to reaching our maximum warfighting potential.

2. This new approach operationalizes the guidance in references (b) through (q) by promulgating specific roles and responsibilities and including Inclusion and Diversity as a line of effort within the COE Campaign Plan. Without inclusion, diverse perspectives can lead to friction/conflict in thoughts and opinions. All perspectives must be actively included to harness the creative power of diversity, accelerating our Navys warfighting advantage.

3. Inclusion and Diversity Goals
a. Goal 1: Institutionalize Inclusion and Diversity across our Navy.
b. Goal 2: Attract and recruit the best talent from our diverse nation to cultivate a high-performing and innovative workforce.
c. Goal 3: Develop and retain Sailors and Navy civilians by ensuring an inclusive culture across our workforce.

4. Requirements

a. MyNavy HR Health of the Force Report: OPNAV N1 will provide COE progress made during the previous calendar year to leaders throughout the Navy no later than 15 March of each year.

b. Inclusion and Diversity Senior Leader Engagement Calendar: Describes key engagement events, participation objectives and assigns a key leader for Navy representation at each event. OPNAV N17 will promulgate no later than 1 October of each year.

c. Inclusion and Diversity Engagement Resource Plan: OPNAV N17 will consolidate local Inclusion and Diversity engagement inputs from Echelon II and Community Leads to coordinate efforts, minimize redundancy and optimize Inclusion and Diversity funding efforts. Community leads are defined in reference (p).

d. Inclusion and Diversity Council: Semi-annual Inclusion and Diversity Council replaces the Strategic Workforce Council and is comprised of senior Navy leaders and key workforce stakeholders chaired by the Vice Chief of Naval Operations (VCNO) to coordinate, align and make decisions regarding Navy Inclusion and Diversity programs and policies.

e. Semi-annual COE Governance Board (GB): Four-Star GB coordinates and aligns Navy policies and programs to promote excellence, team cohesion, personal accountability and promulgation of the Navys warrior ethos.

f. COE Executive Steering Council (ESC): Flag/SES-level body with representatives from Fleet and select Echelon II commands. The COE ESC convenes as required to provide direction to the Culture of Excellence Working Group (COE WG) in the development and execution of the COE Campaign Plan.

g. Bi-Weekly COE WG: Composed of key decision-makers from across MyNavy HR and the Navy to provide subject matter expertise and input to the development of the COE as it matures to become a Fleet-led, Navy-wide approach.

h. Inclusion and Diversity Practitioners Sync: The Inclusion and Diversity Practitioners for the Echelon II commanders and Community Leads will assess Inclusion and Diversity strategy, align Fleet Inclusion and Diversity efforts, update and develop strategy and education and share community best practices. The Inclusion and Diversity Practitioners Sync convenes under COE WG governance.

5. Roles and Responsibilities

a. Chief of Naval Operations

(1) Chair the COE Governance Board.

(2) Convene Navy Leader Development Framework (NLDF) briefings with TYCOM/Community Leaders per reference (p).

(3) Conduct key engagements in support of the Inclusion and Diversity Senior Leader Engagement Calendar.

b. Vice Chief of Naval Operations

(1) Convene NLDF briefings with TYCOM/Community Leaders per reference (p).

(2) Chair the Inclusion and Diversity Council.

(3) Conduct key engagements in support of the Inclusion and Diversity Senior Leader Engagement Calendar.

c. Deputy Chief of Naval Operations (DCNO) for Manpower, Personnel, Training and Education (MPT&E)

(1) Serve as Chief Inclusion and Diversity Officer.

(2) Plan and execute the Inclusion and Diversity Officer.

(3) Attend NLDF briefings with CNO and VCNO.
(4) Conduct key engagements in support of the Inclusion and Diversity Senior Leader Engagement Calendar.
(5) Develop and implement policies that position the Navy as the Service and employer of choice.

d. Master Chief Petty Officer of the Navy

(1) Advise senior leaders and Navy Chief Inclusion and Diversity Officer on status, progress and any barriers regarding Navy programs to recruit and retain top talent.

(2) Conduct key engagements in support of the Inclusion and Diversity Senior Leader Engagement Calendar.

e. OPNAV N17

(1) Serve as senior Inclusion and Diversity advisor to CNO, VCNO, DCNO (MPT&E), the COE GB, the Civilian Advisory Board and the Inclusion and Diversity Council.

(2) Leverage data analytics, the behavior learning continuum and policies, programs, practices and processes to enhance culture and force readiness.

(3) Develop, maintain and update the Navys COE strategic guidance.

(4) Evaluate and assess the Navys Inclusion and Diversity policy and program.

(5) Collaborate with affinity groups, associations and families to improve Navy retention rates.

(6) Collaborate with training and education stakeholders to ensure Navy curricula includes relevant Inclusion and Diversity core competencies and objectives.

(7) In accordance with reference (o), represent DCNO (MPT&E) as the Historically Black Colleges and Universities and Minority Serving Institutions Administering Office.

(8) Define and develop Inclusion and Diversity content for MyNavy HR Career Development Symposium (CDS) events.

(9) Develop and distribute COE performance metrics to appropriate Navy leaders for use during NLDF briefings.

f. Echelon II Commanders and Community Leads

(1) Designate an Inclusion and Diversity Practitioner in writing to function as the primary Inclusion and Diversity advisor and representative to both the Inclusion and Diversity Practitioners Sync and COE WG. Designees shall be in the paygrade of E-7 and above or GS-12 and above.

(2) Community Leader coordinate Inclusion and Diversity updates during NLDF briefs using COE performance data provided by OPNAV N17.

(3) Develop and implement quarterly community-centric Inclusion and Diversity Engagement and Resource Plan and submit to OPNAV N17 for consolidation and optimization of resources.

(4) Participate in the Inclusion and Diversity Council.

(5) Oversee subordinate commands for implementation of Navys Inclusion and Diversity Goals and Objectives and associated policies.

g. Naval Education and Training Command

(1) Develop and implement Navys Inclusion and Diversity training and education strategy from entry to executive levels in accordance with the Officer and Enlisted Leader Development Paths outlined in the Navy Leader Development Framework version 3.0.

(2) Review course curricula through the Human Performance Requirements Review process to ensure incorporation of relevant Inclusion and Diversity content.

h. Naval Service Training Command

(1) Pursue opportunities to strengthen the Naval Reserve Officers Training Corps program on college campuses.

i. Navy Recruiting Command

(1) Plan and execute the Navys marketing and advertising activities incorporating Inclusion and Diversity Goals and Objectives.

(2) Execute outreach events to pursue and maintain positive relationships with external affinity groups.

(3) Investigate and present to OPNAV N17 updated recruiting plans to influence diversity in accessions.

j. Navy Personnel Command

(1) Include Inclusion and Diversity learning topics in the MyNavy HR CDS.

(2) Provide funding and coordinate registration for Sailors to attend key affinity group national conferences.

k. Command Triads

(1) Enhance team performance by deliberately inclusive command environment and climate that deliberately leverages diverse perspectives in decision making.

(2) Share Inclusion and Diversity best practices and lessons learned with immediate superior in command for Community Leads to incorporate into NLDF briefings.

6. For questions concerning Navys updated Inclusion and Diversity policy, contact the OPNAV N17 Office of Inclusion and Diversity at ALTN_USN_INCLUSION_AND_DIVERSITY(at)navy.mil.

7. To view the U.S. Navy Inclusion and Diversity Goals and Objectives strategic communications product and toolkit, go to MyNavy Portal (MNP) at https://my.navy.mil/quick-links.html. From there, click on the NPC link, then go to Support & Services at the top, then select 21st Century Sailor from the left sidebar.
Click Inclusion & Diversity on the left sidebar then click below to Resources and Links. These products further explain the Inclusion and Diversity goals listed below in paragraph 3, supplement this NAVADMIN to facilitate command-level discussions and further support integration of Inclusion and Diversity in education, training and signature behaviors.

8. This NAVADMIN will remain in effect until superseded or canceled, whichever occurs first.

9. Released by Vice Admiral John B. Nowell, Jr, N1.//

BT
#0001
NNNN
UNCLASSIFIED//

# APPENDIX R: USFFC RMG 051941ZOCT20 – UPDATE TO NAVSUP P-487

RTTUZYUW RHOIAAA0001 2792008-UUUU--RHSSSUU.
ZNR UUUUU
R 051941Z OCT 20 MID200000191229U
FM COMUSFLTFORCOM NORFOLK VA
TO ALFLTFORCOM
INFO COMUSFLTFORCOM NORFOLK VA
BT
UNCLAS
PASS TO OFFICE CODES:
CNO WASHINGTON DC/N41/N414/
COMUSFLTFORCOM NORFOLK VA/N02F/N41/
COMNAVAIRLANT NORFOLK VA/N41/N01FE/
COMNAVSURFLANT NORFOLK VA/N41/N01F/
COMSUBLANT NORFOLK VA/N41/N02F/
COMNECC LITTLE CREEK VA/N41/N01F/
SECINFO/U/-//
MSGID/GENADMIN/COMUSFLTFORCOM NORFOLK VA/-/OCT//
SUBJ/UPDATE TO NAVSUP P-487/PARAGRAPH 2400/EXTENT OF BARBER SERVICE//
REF/A/NAVSUP P-487/PARAGRAPH 2400/EXTENT OF BARBER SERVICE//
AMPN/REF A NAVSUP P-487 EXTENT OF SHIPBOARD BARBER SERVICE GUIDANCE//
POC/DAVID FRANCIA/LCDR/USFFC N412/NORFOLK, VA/757-836-3787 DSN 836/
DAVID.F.FRANCIA(AT)NAVY.MIL//
GENTEXT/REMARKS/1. PER REF A IS UPDATED TO REEMPHASIZE SHIPBOARD BARBER SERVICE AND PROVIDES STANDARDS WHICH ALL QUALIFIED BARBERS AND NON-QUALIFIED BARBER PERSONNEL WILL FOLLOW WHEN PROVIDING HAIRCARE SERVICES TO CREW MEMBERS. THE FOLLOWING PROCEDURES ARE IN EFFECT UPON RECEIPT OF THIS MESSAGE. THE NEXT REVISION TO THE P-487 WILL MODIFY THIS PARAGRAPH TO REFLECT THE CHANGES.
2. SANITATION. ALL SANITATION INSTRUCTIONS, REQUIREMENTS, AND PRACTICES DEFINED IN NAVMED P-5010-2 SHALL BE FOLLOWED AT ALL TIMES BY ANY QUALIFIED BARBER OR ANY NON QUALIFIED BARBER PERSONNEL UTILIZING THE SHIPS BARBERSHOP TO PROVIDE HAIRCARE SERVICE. THIS MUST BE STRICTLY ADHERED TO, WITHOUT EXCEPTION. A COPY OF THE NAVMED P-5010-2 SANITATION INSTRUCTION MUST BE AVAILABLE FOR REVIEW IN THE BARBERSHOP.
A. ALL PERSONNEL UTILIZING THE BARBERSHOP TO PROVIDE SERVICE MUST OBTAIN AND MAINTAIN A CURRENT MEDICAL SCREENING CERTIFICATE FROM THE MEDICAL DEPARTMENT AND A COPY OF THE CERTIFICATE WILL BE DISPLAYED ON THE BARBER STATION AT ALL TIMES.
3. REGULAR BARBERSHOP SERVICES. DURING NORMAL BUSINESS HOURS, BARBERSHOP SERVICES INCLUDE ONLY THE MILITARY REGULATION HAIRCUT PROVIDED BY A QUALIFIED BARBER (MEMBER HOLDS AN NEC OR HAS COMPLETED APPLICABLE PQS).
A. ALL BARBERS UTILIZING THE BARBERSHOP FOR REGULAR SERVICES MUST BE CURRENT IN PQS AND HAVE COMPLETED THE BARBER PORTION OF NAVEDTRA 43239 (PERSONNEL QUALIFICATION STANDARD FOR SHIP'S SERVICEMAN), SECTIONS 103 - BARBER FUNDAMENTALS AND 302 - SHIPBOARD BARBER.
4. ADDITIONAL SERVICES. THE COMMANDING OFFICER SHALL AUTHORIZE THE USE OF THE BARBERSHOP BY OTHER CREW MEMBERS, WHO ARE NON-QUALIFIED BARBERS, DURING UNDERWAY PERIODS FOR ADDITIONAL HAIR CARE SERVICES SUCH AS FEMALE HAIR STYLING, BRAIDING, ETC., THAT ARE NOT OTHERWISE AVAILABLE DURING REGULAR HOURS. THE SUPPLY OFFICER WILL SET THE BUSINESS HOURS AND CONDITIONS UNDER WHICH THE BARBERSHOP MAY BE USED. THE NAVY WILL NOT BE LIABLE FOR ANY SERVICES PROVIDED DURING NON-BUSINESS HOURS; THE SERVICE WILL BE AN AGREEMENT BETWEEN THE CREW MEMBER AND THE

PERSON PROVIDING THE BARBER, BEAUTICIAN, OR HAIR STYLIST SERVICES.
THE FOLLOWING WILL REMAIN IN EFFECT AT ALL TIMES:
A. NO TIPPING OR CHARGES FOR BARBER OR HAIRCARE SERVICES.
B. ALL SERVICES PROVIDED MUST BE WITHIN NAVY REGULATIONS AND STANDARDS.
ALL BARBERSHOP RULES AND NAVY GROOMING REGULATIONS MUST BE ADHERED TO
AT ALL TIMES. THE SUPPLY OFFICER HAS AUTHORITY
TO RESTRICT PRIVILEGES AS DEEMED APPROPRIATE.
C. NON-QUALIFIED BARBER PERSONNEL PROVIDING ADDITIONAL HAIR CARE
SERVICES, OTHER THAN A QUALIFIED BARBER, MUST BE ABLE TO USE THEIR OWN
EQUIPMENT AND BARBER/BEAUTICIAN SUPPLIES. THE EQUIPMENT
MUST BE PROPERLY SAFETY CHECKED, IN GOOD WORKING ORDER, AND SANITIZED
BEFORE AND AFTER EACH USE.
D. THE SUPPLY DEPARTMENT/SERVICES DIVISION WILL NOT BE RESPONSIBLE
FOR ANY ISSUES BETWEEN THE SERVICE PROVIDER AND THE CREWMEMBER FOR
ANY BARBER SERVICES PROVIDED AFTER HOURS.
E. NO PRIVATELY OWNED PRODUCTS OR EQUIPMENT MAY BE STORED IN THE
BARBERSHOP.
F. ALL PERSONNEL PROVIDING REGULAR BARBER SERVICES AND ADDITIONAL
SERVICES SUCH AS FEMALE HAIR STYLING AND BRAIDING, MUST BE TRAINED
BY THE SHIP'S MEDICAL DEPARTMENT IN IDENTIFYING UNHEALTHY CONDITIONS
OF THE HAIR AND SCALP TO PREVENT SPREADING CONTAMINANTS. PERSONNEL
WILL REVIEW THE "UNHEALTHY CONDITIONS" INFORMATION ALREADY POSTED IN
THE SPACE.
G. PERSONNEL USING THE BARBERSHOP ARE RESPONSIBLE FOR CLEANING
THE AREA THEY USE.//
BT
#0001
NNNN

# APPENDIX S: NAVY INCLUSION AND DIVERSITY GOALS AND OBJECTIVES




HTTPS://WWW.PUBLIC.NAVY.MIL/BUPERS-NPC/SUPPORT/21ST_CENTURY_SAILOR/INCLUSION/DOCUMENTS/UPDATED%20GLOSSY.PDF

# APPENDIX T NAVADMIN 188/20, NAVY INCLUSION AND DIVERSITY

UNCLASSIFIED//

ROUTINE

R 302151Z JUN 20 MID510001444262U

FM CNO WASHINGTON DC

TO NAVADMIN

INFO CNO WASHINGTON DC

BT
UNCLAS

NAVADMIN 188/20

MSGID/GENADMIN/CNO/WASHINGTON DC/CNO/JUN//

REF/A/RMG/CNO WASHINGTON DC/121637ZNOV19//
REF/B/RMG/CNO WASHINGTON DC/271513ZFEB20//
REF/C/MEMO/SECDEF/19JUN20//
REF/D/MSG/COMUSFLTFORCOM NORFOLK VA/131415FEB20//

NARR/REF A IS NAVADMIN 254/19 CULTURE OF EXCELLENCE.
REF B IS NAVADMIN 051/20 NAVY INCLUSION AND DIVERSITY POLICY UPDATE.
REF C IS SECDEF MEMORANDUM ACTIONS FOR IMPROVING DIVERSITY AND INCLUSION IN THE DEPARTMENT OF DEFENSE.
REF D IS 12-STAR MESSAGE PROMULGATION OF SIGNATURE BEHAVIORS OF THE 21ST CENTURY SAILOR
NAVY CORE VALUES, NAVY ETHOS, AND CORE ATTRIBUTES IN ACTION, VERSION 2.0//

SUBJ/NAVY INCLUSION AND DIVERSITY (CORRECTED COPY)//

RMKS/1. I hope you have had the opportunity to view my second video, It Starts with Us, encouraging a dialogue about race relations and inclusion within the Navy. We have been working to build a better Navy through the Culture of Excellence approach announced in references (a) and (b). One very important aspect of this approach is recognizing that we come from all walks of life, with different and valuable experiences and perspectives. Our differences make our Navy, our connection to each other and our families and communities even stronger.

2. Our efforts are taking us in the right direction, but clearly not enough has been done to face the challenges of today. Three weeks ago, I asked you to listen. Now, I am strongly

encouraging every Navy leader uniform and civilian, active and reserve - to start a dialogue at each of your commands. As a Navy, we must seize this opportunity to engage in conversations about race relations and inclusion within our force. Now is the time to have open and honest conversations across our Navy. We need to identify what is really happening, understand where barriers exist and listen to all perspectives on how we can bring our unique skillsets together to tackle these issues. This is not the problem of one group of people. This is our Navy, and we need a greater understanding of the experiences that make us One Navy Team and build trust and connection in our teams.

3. In addition to these conversations at every command and at every level, we are standing up Task Force (TF) One Navy reflecting the diversity of race, ethnicity, gender, age, and ranks from across our Navy to identify barriers and corrective actions to eliminate inequalities between groups of people. TF One Navy will leverage outreach focus groups from both within and outside the Navy representing diversity of race, ethnicity, gender, age, and rank to ensure a diversity of experience and perspectives. Additionally, in line with reference (c), the Secretary of Defense is setting up a Department of Defense (DoD) Board on Diversity and Inclusion to address DoD-wide issues of diversity, equity, inclusion and belonging within the DoD. While we have been committed to Inclusion and Diversity for many years, current events shine a light on the need for us to do more and to do it more quickly.

4. At the command level, we need to:

a. Start a dialogue with your superiors, peers and teams and listen to their personal stories and experiences. If we have not directly experienced racism, sexism, ageism, or other forms of discrimination, it is often difficult to realize they exist. However, they do exist in our Navy and country, and it is our responsibility to eliminate them.

b. Keep the conversation going. Practice inclusion every day by integrating Sailor and civilian perspectives in early stages of problem-solving and idea generation. In each meeting you have and problem you tackle, include all perspectives to gather varied points of view that will help you make the best decision.

c. Leverage your Command Resilience Team to understand what is happening in your command.
Look at your most recent command climate assessment with fresh eyes. Surveys may show you some of
the problem areas in your command that you can address in your conversations.
d. Advocate and model the leadership style that motivates people to speak up, be empathetic
listeners, stand up for each other, learn and grow. Ensure doors are open for conversations and
opportunities are available for professional development throughout the command.
e. Share lessons learned and best practices on leveraging diverse populations with your or your upper
echelons designated Inclusion and Diversity Representative.
f. Increase your knowledge and awareness of Inclusion and Diversity Heritage Celebrations and
Special Observances by supporting programs, exhibits, publications and participation in community
military and civilian sponsored events throughout the year.

5. I need every Sailor to:
a. Speak up and share your experiences about what you and your families are feeling, what you think
the major issues are and how you would fix it if you were in charge. Identify areas where there are
barriers to certain groups of people in the Navy feeling like they truly belong on the team. Have pride in
being an integral part of the greatest Navy in the world and have confidence that we will continue to
lead on issues that impact all of us.
b. Be an ally for those who do not feel like they can speak up.
Listen to and understand others lived experiences and recognize that your perspective is one of many
valuable perspectives.
c. Live the Signature Behaviors 24/7/365 delineated in reference (d). These behaviors include:
(1) Treat every person with respect.
(2) Take responsibility for my actions.
(3) Hold others accountable for their actions.
(4) Intervene when necessary.
(5) Be a leader and encourage leadership in others.
(6) Grow personally and professionally every day.
(7) Embrace the diversity of ideas, experiences and backgrounds of individuals.
(8) Uphold the highest degree of integrity in professional and personal life.
(9) Exercise discipline in conduct and performance.
(10) Contribute to team success through actions and attitude.

6. As Sailors, and as a Navy, we cannot tolerate racism or discrimination of any

kind. We must listen to
each other, understand the perspectives of others and identify and eliminate individual and systemic
racism and discrimination within our force.
We must live the Signature Behaviors and the first step is having conversations with one another,
controlling what you and I can control and make recommendations to leadership on other changes to
help effect positive change.

7. The following resources are available to assist:
a. I&D goals and objectives available at
https://www.public.navy.mil/bupers-npc/support/21st_Century_Sailor/inclusion/Documents/Updated%20Glossy.pdf
b. Commanders I&D toolkit: Commanders Toolkit is available under the Inclusions and Diversity tab
at:
https://www.public.navy.mil/bupers-npc/support/21st_Century_Sailor/inclusion/Pages/default.aspx
c. DEOMI Implicit Bias Training
https://www.deocs.net/public/A2S-4_1/Inclusion/documents/Implicit-Bias-5June2020-SS.pdf
d. DEOMI Assessment to Solutions (A2S) provides helpful information, videos, tools and resources
(presentations on implicit bias, inclusion and diversity at work, racist behaviors and prevention
strategies) at https://www.deocs.net.
e. The Signature Behaviors infographic is available at:
https://www.cpf.navy.mil/downloads/2020/02/signature-behaviors.pdf
https://www.public.navy.mil/usff/Documents/signature-behaviors-f.pdf
https://www.c6f.navy.mil/Portals/22/Documents/Signature%20Behaviors_FINAL.pdf
f. It Starts With Us video is available at https://www.dvidshub.net/video/757420/starts-with-us

8. Released by Admiral Mike Gilday, Chief of Naval Operations.//

BT
#0001
NNNN
UNCLASSIFIED//

# APPENDIX U: ABBREVIATIONS & ACRONYMS

**ADE:** Authoritative Data Environment

**ADSEP:** Administrative Separation

**AI:** Artificial Intelligence

**ALNAV:** All Navy message

**AMPHIB:** Amphibious

**ANSO:** Association of Naval Services Officers

**ASN (M&RA):** Assistant Secretary of the Navy (Manpower and Reserve Affairs)

**ASVAB:** Armed Services Vocational Aptitude Battery

**AVRC:** Armed Services Vocational Aptitude Battery Validation Review Committee

**BCA:** Body Composition Assessment

**BCAP:** Battalion Commander Assessment Program

**BCNR:** Board for the Correction of Naval Records

**BDCP:** Baccalaureate Degree Completion Program

**BNR:** By-Name Request

**BOOST:** Broadened Opportunity for Officer Selection and Training

**BUPERS:** Bureau of Naval Personnel

**BUPERSNOTE:** Bureau of Naval Personnel Note

**CAB:** Civilian Advisory Board

**CETARS:** Corporate Enterprise Training Activity Resource Systems

**CIN:** Course Identification Number

**CFR:** Code of Federal Regulations

**CGO:** Candidate Guidance Office

**CLAS:** Culturally and Linguistically Appropriate Services

**CMC:** Command Master Chief

**CNIC:** Commander, Navy Installations Command

**COA:** Course of Action

**COB:** Chief of the Boat

**CONUS:** Continental United States

**COPR:** Commissioned Officer Promotion Report

**CNA:** Center for Naval Analyses

**CNE/CNA:** Commander, Naval Forces Europe/Commander, Naval Forces Africa

**CNO:** Chief of Naval Operations

**CNP:** Chief of Naval Personnel

**CNR:** Chief of the Navy Reserve

**COE:** Culture of Excellence

**CPF:** Commander, United States Pacific Fleet

**CRS:** Congressional Research Service

**CRT:** Command Resiliency Teams

**CRUDES:** Cruiser-Destroyer

**DBDI:** Department of Defense Board on Diversity and Inclusion

**DDWG:** Defense Diversity Working Group

**DEP:** Delayed Entry Program

**DNS:** Director, Navy Staff

**DOD:** Department of Defense

**DODI:** Department of Defense Instruction

**DON:** Department of the Navy

**DOR:** Drop on Request

**DTG:** Date Time Group

**ECM:** Enlisted Community Manager

**EDAC:** Executive Diversity Advisory Council

**EO:** Equal Opportunity

**EOD:** Explosive Ordnance Disposal

**ERG:** Employee Readiness Group

**FITREP:** Fitness Report

**GAO:** Government Accountability Office

**GCMCA:** General Court Martial Convening Authorities

**GPA:** Grade Point Average

**GS:** General Schedule

**GSI:** Guardian Spirit Initiative

**HBCU:** Historically Black Colleges and Universities

**HQ:** Headquarters

**HR:** Human Resources

**I&D:** Inclusion and Diversity

**IDP:** Individual Development Plan

**IFLEX:** Intermediate Flag and Executive

**IG:** Inspector General

**IOM:** Institute of Medicine

**ISIC:** Immediate Superior in Command

**ISPP:** In-Service Procurement Program

**JAG:** Judge Advocate General

**JAMRS:** Joint Advertising Marketing Research and Studies

**JDTA:** Job Duty Task Analysis

**JER:** Joint Ethics Regulations

**JO:** Junior Officer

**JOIN:** Jobs in the Navy

**LIMDU:** Limited Duty

**LNO:** Liaison Officer

**LOE:** Line of Effort

**LOO:** Line of Operation

**M&A:** Marketing & Advertising

**MAG:** Management Advisory Group

**MCPO:** Master Chief Petty Officer

**MCPON:** Master Chief Petty Officer of the Navy

**MEPS:** Military Entrance Processing Station

**MHS:** Military Health System

**MIDN:** Midshipman

**MILPERSMAN:** Naval Military Personnel Manual

**MOA:** Memorandum of Agreement

**MOE:** Measures of Effectiveness

**MOP:** Measures of Performance

**MOU:** Memorandum of Understanding

**MSC:** Military Sealift Command

**MSI:** Minority Serving Institution

**MSISR:** Minority Serving Institution Scholarship Reservation

**NAMA:** United States Naval Academy Minority Association

**NAPS:** Naval Academy Preparatory School

**NAVADMIN:** Naval Administrative Message

**NAVAIR:** Naval Air Systems Command

**NAVFAC:** Naval Facilities Engineering Systems Command

**NAVSEA:** Naval Sea Systems Command

**NAVSUP:** Naval Supply Systems

Command

**NCG:** Necessary Conversations Guide

**NCLASP:** Navy Command Leadership Assessment and Selection Program

**NDAA:** National Defense Authorization Act

**NEC:** Navy Enlisted Classification

**NETC:** Naval Education and Training Command

**NHHC:** Naval History and Heritage Command

**NJOC:** Naval Junior Officer Counsel

**NJP:** Non-Judicial Punishment

**NLDF:** Navy Leader Development Framework

**NLEC:** Naval Leadership and Ethics Center

**NNOA:** National Naval Officers Association

**NPC:** Navy Personnel Command

**NPS:** Naval Post-Graduate School

**NRC:** Navy Recruiting Command

**NROTC:** Naval Reserve Officer Training Corps

**NSIPS:** Navy Standard Integrated Personnel System

**NSTC:** Naval Service Training Command

**NSW:** Naval Special Warfare

**NTAG:** Navy Talent Acquisition Group

**NWC:** Naval War College

**OAR:** Officer Aptitude Rating

**OCHR:** Office of Civilian Human Resources

**OCM:** Officer Community Manager

**OCONUS:** Outside Continental United States

**OCS:** Officer Candidate School

**ODS:** Officer Development School

**OJAG:** Office of the Judge Advocate General

**OJT:** On-the-Job Training

**ONR:** Office of Naval Research

**OPT:** Operational Planning Team

**OSD:** Office of the Secretary of Defense

**P2P:** Performance to Plan

**PA:** Public Affairs

**PET:** Performance Evaluation Transformation

**PFB:** Pseudo Folliculitis Barbae

**PHA:** Periodic Health Assessment

**PME:** Professional Military Education

**POCR:** Probationary Officer Continuation and Redesignation

**PQS:** Personnel Qualification Standard

**PRIDE:** Personalized Recruitment Immediate Delayed Entry System

**PRT:** Physical Readiness Test

**PTSD:** Post-Traumatic Stress Disorder

**QA:** Quality Assurance

**QCAR:** Quarterly Criminal Activity Report

**QOL:** Quality of Life

**RC:** Reserve Component

**Rec:** Recommendation

**RL:** Restricted Line

**ROP:** Record of Proceedings

**RS:** Retail Specialist

**RTC:** Recruit Training Command Great Lakes

**RTM:** Rate Training Manual

**SA:** Self-Awareness

**SASHA:** Sailors Against Sexual Harassment and Assault

**SAT:** Scholastic Aptitude Test

**SECDEF:** Secretary of Defense

**SECNAV:** Secretary of the Navy

**SES:** Senior Executive Service

**SJA:** Staff Judge Advocate

**SME:** Subject Matter Expert

**SSLA:** Sea Service Leadership Association

**STA-21:** Seaman to Admiral Program

**STEM:** Science, Technology, Engineering and Mathematics

**SWO:** Surface Warfare Officer

**TACAIR:** Tactical Air

**TAD/TDY:** Temporary Assigned Duty/ Temporary Duty

**TAG:** Trusted Advisory Group

**TF1N:** Task Force One Navy

**TM:** Talent Management

**TWI:** Training With Industry

**TYCOM:** Type Commanders

**UCMJ:** Uniform Code of Military Justice

**URL:** Unrestricted Line

**US:** United States

**USC:** United States Code

**USCG:** United States Coast Guard

**USD (P&R):** Under Secretary of Defense (Personnel and Readiness)

**USFFC:** United States Fleet Forces Command

**USMC:** United States Marine Corps

**USN:** United States Navy

**USNA:** United States Naval Academy

**VA:** Department of Veterans Affairs

**VCNO:** Vice Chief of Naval Operations

# EXHIBIT W

United States General Accounting Office

GAO

Report to the Chairman, Committee on Armed Services, U.S. Senate

April 1993

# NAVAL ACADEMY

# Gender and Racial Disparities

149200

RESTRICTED--Not to be released outside the General Accounting Office unless specifically approved by the Office of Congressional Relations.

557084 RELEASED

GAO/NSIAD-93-54

GAO

**United States**
**General Accounting Office**
**Washington, D.C. 20548**

**National Security and**
**International Affairs Division**

B-240866

April 30, 1993

The Honorable Sam Nunn
Chairman, Committee on
Armed Services
United States Senate

Dear Mr. Chairman:

In response to your request and that of the former Chairman of the Subcommittee on Manpower and Personnel, we reviewed the treatment of women and minorities at all three of the service academies; this report deals with the Naval Academy. Specifically, the report addresses (1) differences in performance indicators between men and women and between whites and minorities, (2) student perceptions of the fairness of treatment of women and minorities, and (3) Academy actions to address disparities and improve assimilation of women and minorities. This report expands upon the preliminary results we presented at the hearing on the service academies before the Subcommittee on Manpower and Personnel on June 2, 1992.

As arranged with your office, unless you publicly announce its contents earlier, we plan no further distribution of this report until 15 days from its date of issue. At that time, we will send copies to interested congressional committees, other interested Members of Congress, the Secretaries of Defense and the Navy, and the Superintendent of the Naval Academy. We will also make copies available to other parties on request.

This report was prepared under the direction of Paul L. Jones, who can be reached on (202) 512-3990. The major contributors to this report are listed in appendix IV.

Sincerely yours,

Frank C. Conahan

Frank C. Conahan
Assistant Comptroller General

# Executive Summary

## Purpose

Concerned about how the military academies were treating women and minorities, the Chairman of the Senate Committee on Armed Services and the former Chairman of its Subcommittee on Manpower and Personnel asked GAO to examine the issue. This report deals with only the Naval Academy and addresses (1) differences in performance indicators between men and women and between whites and minorities, (2) midshipmen's perceptions of the fairness of the treatment female and minority midshipmen receive, and (3) actions the Academy has taken to enhance the assimilation of women and minorities into the Academy. Most of the data in this report covers four full classes, 1988-91. This report does not address the causes for the gender or racial differences in the performance indicators.

## Background

While blacks have attended the Academy since the reconstruction era, until fairly recently, they and other minorities have been few in number. For 131 years, the Academy operated in an all-male environment. In 1975, Congress authorized women to enter the service academies. As of September 30, 1992, minorities and women constituted 19.5 and 11.1 percents, respectively, of the students enrolled at the Academy.

## Results in Brief

Performance indicators show that women have not fared as well as men with regard to class standings; academic, physical education, and military grades; outcomes of the conduct and honor systems; and attrition rates. Minority students have not fared as well as white students on these same indicators.

GAO used statistical significance tests and a rule of thumb test based on comparisons of subgroup percentages to assess the significance of gender and racial disparities. In the gender comparisons of the 16 performance indicators, GAO found significant differences in 12 that disfavored females and in 3 that disfavored males. In white-minority comparisons using 17 indicators, GAO found significant differences in 12 that disfavored minorities and in 1 that disfavored whites.

In addition, GAO surveyed midshipmen to determine their perceptions of how women and minorities were treated at the Academy. The survey revealed perceptions that women and minorities generally received treatment equal to that of men and whites. However, a higher percentage of men than women perceived that women were treated better, and a higher percentage of women than men perceived that they were treated

worse. Similarly, a higher percentage of whites than minorities perceived that minorities were treated better, and a higher percentage of minorities than whites perceived that they were treated worse.

The Academy has taken a number of steps to better address the assimilation of women and minorities. The Academy, however, does not have a comprehensive data base to analyze student performance indicators to identify significant gender or racial disparities. The Academy has not documented the implementation of prior equal opportunity recommendations.

## Principal Findings

### Gender Differences in Academy Student Data

Although women had higher Scholastic Aptitude Test scores and Academy success predictor scores than men, women on average had lower grade point averages as freshmen and sophomores and lower class standings as seniors. They also had lower military performance grades and rankings.

Freshman women had higher conviction rates for conduct offenses, particularly for more serious offenses. A higher percentage of women than men were charged with an honor system offense, such as lying or cheating, and their cases were dropped less often.

For the classes of 1980-91, the average attrition rate for women was 33 percent, compared with 23 percent for men.

### Racial Differences in Academy Student Data

Minorities entering the Academy generally had lower Scholastic Aptitude Test and Academy success predictor scores than whites and generally received lower grades and had lower class standings. For the classes of 1988-91, the percentage of minorities in the lowest quartile of class standings ranged from 36 to 44, compared with 22 to 23 percent of whites. Regression analysis results indicated that a correlation between lower grades and minority students existed even after the difference in success predictor scores was accounted for. Minorities also received lower military performance grades, rankings, and physical education grades than whites.

Minority students had higher conviction rates for conduct offenses than whites. Minorities were charged with and convicted of honor system offenses at higher rates than whites. However, the Academic Board has retained academically deficient minority and white students at about the same rate.

For the classes of 1980-91, the average attrition for minorities was 30 percent, compared with 23 percent for whites.

## Perceptions of Treatment of Women and Minorities

The majority of midshipmen responding to a GAO questionnaire perceived that women and minorities generally received the same treatment as men and whites by faculty members and by disciplinary boards. However, about half of the men and one-third of the women responded that women received better treatment by the Academic Board. White and minority respondents had similar perceptions that minorities received better treatment by the Academic Board.

## Academy Actions to Address Issues That Affect Women and Minorities

In the past few years, the Academy has taken a number of steps to address issues affecting women and minorities. It has begun efforts to increase female and minority representation among Academy faculty and brigade officers, established a support/intervention program for academically at-risk midshipmen and an equal opportunity program that includes an annual climate assessment, and placed minority and women graduates in every community in the naval service.

These actions should improve the treatment of women and minorities. However, the Academy and others have had difficulties obtaining data needed to determine the extent of any disparate treatment or any improvement in treatment due to the absence of a comprehensive data base. The reviews conducted as part of the Academy's equal opportunity program identified gender and racial disparities, but the significance of these disparities was not tested. Finally, the Academy did not prepare a document outlining actions to be taken in response to the reviews' recommendations, making evaluation of the effectiveness of the corrective actions more difficult.

# Recommendations

GAO recommends that the Superintendent of the Naval Academy take actions to improve the monitoring and evaluation of gender and racial disparities. Such actions should include developing a comprehensive data

base, establishing criteria for determining significant differences on student data indicators, and preparing an equal opportunity program document to track recommendations and corrective actions.

## Agency Comments

GAO did not obtain fully coordinated Department of Defense comments on the report. However, GAO provided a draft of this report to senior officials from the Academy and cognizant officials of the Chief of Naval Operations and the Department of Defense and discussed it with them. They suggested a number of technical clarifications, which have been incorporated in this report, and indicated that the Academy was taking actions in line with most of GAO's recommendations.

# Contents


Executive Summary 2

Chapter 1 Introduction 8
Minorities Have Attended the Academy Since 1872 9
Women Were First Admitted to the Academy in 1976 10
Several Incidents Raised Concerns About Treatment of Women and Minorities 12
Objectives, Scope, and Methodology 13

Chapter 2 Academy Indicators Reveal Gender Disparities 16
Student Perceptions of the Treatment of Women 16
Majority of Performance Indicators Disfavored Women 17

Chapter 3 Academy Indicators Reveal Racial Disparities 34
Student Perceptions of the Treatment of Minorities 34
Majority of Performance Indicators Disfavored Minorities 35

Chapter 4 Academy Is Addressing Women and Minority Issues, but Further Actions Are Needed 53
Actions Resulting From the 1990 Study on the Assimilation of Women 53
Actions Resulting From the 1989 Study on Minority Midshipmen 54
Actions Resulting From the 1991 CMEO Assessment 55
Assessments Hampered by Lack of Consolidated Data Base 57
Conclusions 58
Recommendations 59
Views of Agency Officials 59

Appendixes
Appendix I: Questionnaire Methodology 60
Appendix II: Analysis of Academy Data 62
Appendix III: Sample Conduct System Offenses by Increasing Levels of Seriousness 67
Appendix IV: Major Contributors to This Report 68

Tables
Table 2.1: Summary of Gender Comparisons 18
Table 3.1: Summary of Racial Comparisons 36

Table I.1: Sampling Errors for Subgroups 61

## Figures

Figure 1.1: Percentage of Minority Groups in Student Body 10
Figure 2.1: Student Perceptions of Treatment of Women by Various Academy Groups 17
Figure 2.2: Percentage of Applicants Designated as Qualified Nominees by Gender 20
Figure 2.3: Average Predictor Scores by Gender 21
Figure 2.4: Semester Grade Point Averages by Gender 22
Figure 2.5: Average Midshipman Officer and Company Officer Rankings by Gender, Classes of 1988-90 24
Figure 2.6: Representation of Women in 3-Striper Positions 25
Figure 2.7: Fourth Class Midshipman Conduct Offense Conviction Rates by Gender 27
Figure 2.8: Honor Violation Charge Rates by Gender 28
Figure 2.9: Honor Case Drop and Conviction Rates by Gender 29
Figure 2.10: Academic Board Separation Rates by Gender 30
Figure 2.11: Attrition Rates by Gender 32
Figure 3.1: Student Perceptions of Treatment of Minorities by Various Academy Groups 35
Figure 3.2: Percentage of Applicants Designated as Qualified Nominees by Race 37
Figure 3.3: Admission Rates for Qualified Nominees by Race, Classes of 1988-91 38
Figure 3.4: Average Predictor Scores by Race 39
Figure 3.5: Semester Grade Point Averages by Race, Classes of 1988-91 40
Figure 3.6: Physical Education Grades by Race 42
Figure 3.7: Average Midshipman Officer and Company Officer Rankings by Race 44
Figure 3.8: Representation of Minorities in 3-Striper Positions 45
Figure 3.9: Fourth Class Midshipman Conduct Offense Conviction Rates by Race 47
Figure 3.10: Honor Violation Charge Rates by Race 48
Figure 3.11: Honor Case Drop and Conviction Rates by Race 49
Figure 3.12: Academic Board Separation Rates by Race 51
Figure 3.13: Attrition Rates by Race 52

## Abbreviations

| | |
|---|---|
| CMEO | Command Managed Equal Opportunity |
| DOD | Department of Defense |
| SAT | Scholastic Aptitude Test |

# Introduction

In 1845, the Secretary of the Navy founded the Naval School at Fort Severn in Annapolis, Maryland. Five years later, the school was reorganized as the U.S. Naval Academy. The Academy provides a 4-year program that includes college education and military and physical training. According to the 1991-92 Academy catalog, the Academy's mission is "To develop midshipmen morally, mentally and physically and to imbue them with the highest ideals of duty, honor and loyalty in order to provide graduates who are dedicated to a career of naval service and have potential for future development in mind and character to assume the highest responsibilities of command, citizenship and government."

As of September 30, 1991, in the beginning of academic year 1992, 4,270 midshipmen (students) attended the Academy, of whom 803 were minorities[1] and 437 were women. There were 1,031 graduates in the class of 1992, including 152 minorities and 96 women. Midshipmen receive pay, amounting to $543.90 a month, while attending the Academy. In return, they agree to serve a minimum of 6 years on active duty after graduation.[2] Graduates are commissioned as ensigns in the Navy or as second lieutenants in the Marine Corps.

The Academy admits men and women between the ages of 16 and 22 who are found to be scholastically qualified, pass a physical aptitude examination, and are medically qualified. The Academy also looks at nonathletic activities and part-time employment or military service as indicators of ability to manage time and of leadership potential. In 1991, those accepted for admission had average Scholastic Aptitude Test scores of 570 in verbal and 659 in math, which were considerably higher than the 1991 national average scores of 422 in verbal and 474 in math.

The Academy also considers desired class composition of minorities and women in its selection of applicants. The Academy uses the "Chief of Naval Operations' goals" as a basis for establishing targets. Its targets for blacks are 7 percent and 4 percent for Hispanics, which are the same as for the fleet. The goals call for the number of women to graduate and access into the Navy to be proportionate to the fleet female population in the areas that women can serve, about 10 percent. The Academy accepts a greater percentage of women and minorities to allow for attrition and still achieve the Chief of Naval Operations' accession goals.

[1]The term "minority," as used in this report, includes minority women. Similarly, the term "women" includes minority women.

[2]Prior to the class entering in 1992, midshipmen agreed to serve a minimum of 5 years.

## Minorities Have Attended the Academy Since 1872

While blacks have attended the Academy since the reconstruction era, until fairly recently they and other minorities have been few in number. Between 1872 and 1937, five blacks attended the Academy, but none graduated. The first black to graduate was in the class of 1949. During the two decades following his graduation, 54 blacks entered the Academy, and 35 graduated. By 1970, 1.5 percent of the midshipmen were black, a percentage that has increased over fourfold in the ensuing two decades. As of September 30, 1992, there were 7.4 percent blacks enrolled in the Academy.

Data on minorities other than blacks were not available for the early years at the Academy. However, as of September 30, 1992, other minorities comprised 12.1 percent of those enrolled at the Academy, as shown in figure 1.1.

**Figure 1.1: Percentage of Minority Groups in Student Body** (as of September 30, 1992)




Source: Academy records.

## Women Were First Admitted to the Academy in 1976

For 131 years, the Academy operated in an all-male environment. In 1975, Congress authorized women to enter the service academies, and 81 women were admitted to the Academy in 1976.[3] Fifty-five of these women graduated 4 years later with the class of 1980. In 1984, Midshipman Kristine Holderied became the first woman to graduate at the top of her class at any service academy.

As of September 30, 1992, women comprised 473 (11.1 percent) of the 4,257-member Brigade of Midshipmen. The brigade is divided into 36 companies, all of which live in Bancroft Hall, a dormitory. There are

[3]Public Law 94-106 (10 U.S.C. 6954).

approximately 9 to 12 women in each company, with 3 normally assigned to a room. The number of women who entered the class of 1996 in July 1992 is the largest number ever admitted in any class and constituted 12 percent of the freshman class.

The integration of women into the academies had been characterized as one of the most controversial issues surrounding women in the military in the 1970s.[4] The Department of Defense (DOD) opposed the legislation proposing the admission of women to the service academies and testified against it. Each of the Academy superintendents and each service secretary, among others, testified against it. During congressional hearings in 1972, the debate was often very strong. For example, a Navy captain, expressing his view against integrating the Academy, stated, "The (Naval) Academy exists for one viable reason, to train seagoing naval officers. . . . There is no room, no need, for a woman to be trained in this mode, since by law and by sociological practicalities, we would not have women in those seagoing or warfare specialties."

In September 1973, law suits were brought against the Air Force and the Navy by two women who wanted to enter those academies and by four Members of Congress who objected to being required to discriminate on the basis of sex in making nominations for the academies. Also, from 1972 to 1974, Congress considered various proposals permitting the admission of women to the academies.

In April 1974, the three military departments simultaneously promulgated almost identical official statements totally opposing admitting women to their respective academies. During congressional hearings in 1974, Army Secretary Callaway stated, "Admitting women to West Point will irrevocably change the Academy. The Spartan atmosphere—which is so important to producing the final product (combat leaders)—would surely be diluted."

President Ford, nevertheless, signed Public Law 94-106 on October 7, 1975, requiring the services to admit women to the academies. At each Academy, the class of 1980, the first class with women, entered in 1976.

[4]Major General Jeanne Holm, U.S. Air Force (Ret.), Women in the Military: An Unfinished Revolution(Presidio Press: Novato, California, 1982); Judith Hicks Stiehm, Bring Me Men and Women: Mandated Change at the U.S. Air Force Academy (University of California Press, Berkeley and Los Angeles, California, 1981).

## Several Incidents Raised Concerns About Treatment of Women and Minorities

During the 1989-90 school year, incidents at the Academy came to public attention, raising concerns about how female and minority midshipmen were being treated. For example, in the spring of 1990, a female student, who was in her second year, left the Academy after an incident in which she was handcuffed to a urinal in the men's room and other midshipmen gathered, with some taking pictures. The Academy investigated that incident, and two midshipmen received demerits.[5] The reasons the woman cited for leaving the Academy included her disillusionment with the failure of Academy officials to take appropriate action and their inability to see that what happened to her was not an isolated incident, that norms regarding women were not appropriate, and that their passive acceptance of such behaviors help perpetuate their continuation.

In 1989, a Hispanic man resigned from the Academy after being found guilty of violating the honor concept. He was charged with lying about whether he had run on a particular day. During the noontime meal, when freshmen can be required to make daily recitations using quick recall, an upperclass midshipman asked this man whether he had participated in physical activity over the previous weekend. He replied that he had run when he actually had not. Although he subsequently corrected his misstatement, he was charged with an honor violation. He alleged that the midshipman who questioned him about his running had been engaged in a hazing campaign against him. The Academy's investigation concluded that he had not been hazed, citing that the incident the man complained of was an Army Week prank that warranted counseling for the members involved and brigade-wide education prior to Army week. However, an investigator for the DOD Inspector General, who looked into the allegation, concluded that the midshipman had been hazed. In 1990, a Hispanic man resigned during the second semester of his freshman year, citing physical threats and harassment at the Academy. Entries made in a contemporaneous diary he kept indicated that other midshipmen made demeaning statements about him, made him eat and drink until he vomited, and threatened him with a pool cue. He reported these incidents to Academy officials during his resignation process. Academy officials found that those midshipmen committed the conduct offenses of "abuse of the fourth class indoctrination" and "interfering with an individual performing a duty," but not the offense of hazing.

[5] According to Academy officials, letters of caution (administrative warnings that do not become a part of any permanent personnel file) were also issued to those midshipmen.

## Objectives, Scope, and Methodology

The Chairman of the Senate Committee on Armed Services and the former Chairman of its Subcommittee on Manpower and Personnel asked us to examine the treatment of women at the Academy. Subsequently, former Congressman Albert G. Bustamante asked us to review the treatment of minorities. This report responds to both requests. Our objectives were to (1) identify midshipmen's perceptions regarding the fairness of treatment of female and minority midshipmen, (2) assess whether significant differences exist between men and women and between whites and minorities on a variety of performance indicators, and (3) determine what actions the Academy has taken to enhance the assimilation of women and minorities into the Academy. This report does not address the causes for the gender or racial differences in the performance indicators.

We performed our review at the Academy, where we reviewed policies, regulations, and procedures and interviewed Academy officials and faculty members. We also administered questionnaires to 527 midshipmen. The questionnaires covered a range of student-related subjects, including the treatment of women and minorities. A detailed description of the questionnaire and related methodological issues appears in appendix I.

The performance indicator data we used to make gender and racial group comparisons covered a spectrum of student experiences beginning with application for admission through graduation. The available data varied in the time periods covered. Some data were available by class year, some data were available by academic year, while other data were available from secondary sources.

Indicators relevant to the admissions process are the percentage of applicants judged to be fully qualified, the percentage of qualified applicants admitted, and the Academy success predictor scores[6] of admitted applicants.

We examined a number of performance indicators in the three main Academy program areas: academic, physical, and military. In the academic area, we analyzed academic grade point averages. With regard to physical performance, we reviewed physical education grades and success in passing the Academy's swimming requirement. In the military area, we examined a number of elements of the military performance system,

[6]Academy admissions officials derive success predictor scores for Academy applicants based on evaluation of their Scholastic Aptitude Test scores, high school graduation rankings, teacher recommendations, extracurricular activities, and a career interest inventory test. These scores are intended to measure an applicant's likelihood for succeeding at the Academy.

including military performance grades, midshipman officer and company officer rankings,[7] and representation in top student leadership positions.

We also used a variety of indicators of experience with the Academy's primary adjudicatory systems—conduct, honor, and academic review. With regard to the conduct system, we analyzed offense rates for the three most serious conduct offense levels.[8] For the honor system,[9] we examined the percentage of (1) individuals charged with honor offenses, (2) cases dropped, and (3) convictions. We also examined the representation of various subgroups on the honor committees. With regard to academic review, we analyzed the Academic Board's dismissal decisions.[10]

We also reviewed several indicators of overall performance, including attrition rates, reasons for attrition, graduation rates, and class standing at graduation.

We used statistical significance tests and a rule of thumb (called the "four-fifths" test) based on comparison of subgroup percentages to assess whether any observed gender or racial disparities were significant. A detailed description of the kinds of performance indicators used, the source of that data, and the types of tests used to assess differences appears in appendix II.

To assess whether any regularity existed with regard to the direction of observed differences, we counted the number of times each subgroup was lower or higher on each measure for each period we examined. We then

[7]Each semester, midshipmen officers and company officers ranked the midshipmen in their respective companies according to military performance.

[8]Academy conduct offenses are categorized into six levels of seriousness, labeled 1000 through 6000. Sample offenses at each of these levels are shown in appendix III. Levels 1000 through 3000 cover less serious infractions, and punishments are awarded at the company level. Punishments for more serious infractions (levels 4000 through 6000) are awarded at the battalion level or higher. Punishments range from five demerits, 0-5 days of restriction or 0-6 tours (imposed only for freshmen) for a 1000 level offense to 100 demerits, 60 days of restriction/48 tours, loss of 1 year of privileges, and leave or possible dismissal from the Academy for a level 6000 offense.

[9]The honor concept at the Academy states simply that "midshipmen are persons of integrity. They do not lie, cheat or steal." Adjudication under the honor system consists of multiple steps, including honor investigations, Brigade Honor Board hearings, honor hearings before the Commandant, Superintendent's review of cases, and final Academy action, which can include a recommendation for dismissal by the Superintendent.

[10]By the authority of 10 U.S.C. 6963, the Academic Board may dismiss from the Academy midshipmen found deficient. The Board is made up of seven voting members: the Superintendent, the Commandant, the Academic Dean, the directors of the three academic divisions, and the Director of Professional Development. The Board meets once each semester and during the summer to consider the cases of midshipmen who have become academically deficient.

considered the likelihood of getting that observed distribution of lows and highs if there were no systematic differences between the subgroups.

We did not obtain fully coordinated agency comments on the report. However, we provided a draft of this report to senior officials from the Academy and cognizant officials of the Chief of Naval Operations and DOD and discussed it with them. They suggested a number of technical clarifications, which have been incorporated in this report.

We conducted our review from March 1991 to November 1992 in accordance with generally accepted government auditing standards.

# Academy Indicators Reveal Gender Disparities

On average, women have not fared as well as men with regard to qualification rates, semester grade point averages, physical education grades, military performance grade averages, midshipman officer rankings, officer rankings, conduct and honor charge and conviction rates, honor representatives, Academic Board separation rates, attrition rates, motivation-related attrition rates, and overall class standings. The majority of students we surveyed perceived that women were treated the same as men.

## Student Perceptions of the Treatment of Women

In our questionnaire, we asked respondents to indicate whether they felt women were treated better than, the same as, or worse than men by military faculty, civilian faculty, company officers, conduct boards, honor boards, and academic boards. The majority of both male and female respondents believed that women were treated the same as men. However, a higher percentage of men than women perceived that women were treated better, and a higher percentage of women than men perceived that they were treated worse (see fig. 2.1).

**Figure 2.1: Student Perceptions of Treatment of Women by Various Academy Groups**




Source: Responses to GAO's questionnaire.

## Majority of Performance Indicators Disfavored Women

Overall, as summarized in table 2.1, we made gender comparisons across 16 indicators, covering all areas of Academy performance. We found significant differences in 12 of the 16 indicators that disfavored females and in 3 of the 16 indicators that disfavored males. A discussion of these indicators and our analysis follows the table.

**Table 2.1: Summary of Gender Comparisons**

| Performance indicator | Data available | Number of comparisons | Comparisons that disfavored men | Comparisons that disfavored women | Men and women equal |
|---|---|---|---|---|---|
| Qualification rate (fig. 2.2) | Classes of 1988-91 | 4 | 0 (0) | 4 (3[c]) | 0 |
| Admission rate C (see text) | lasses of 1988-91 | 4 | 1 (0) | 2 (1[b]) | 1 |
| Success predictor scores (fig. 2.3) | Classes of 1988-91 | 4 | 4 (4[b]) | 0 (0) | 0 |
| Academic grade point averages, by semester (fig. 2.4) | Classes of 1988-91 | 8 | 4 (2[b]) | 4 (2[b]) | 0 |
| Physical education grades (see text) | Academic years 1990-91, 2 semesters | 2 | 0 | 2[d] | 0 |
| Military performance grades, by semester (see text) | Classes of 1988-91 | 32 | 4 (0) | 28 (4[b]) | 0 |
| Midshipman officer rankings (fig. 2.5) | Classes of 1988-90 | 24 | 1 (0) | 23 (14[b]) | 0 |
| Company officer rankings (fig. 2.5) | Classes of 1988-90 | 24 | 6 (0) | 18 (4[b]) | 0 |
| Representation among 3-stripers (fig. 2.6) | Classes of 1983-91 | 9 | 5 | 4[d] | 0 |
| Fourth class conduct offenses (4000-6000 levels) (fig. 2.7) | Academic years 1988-90 | 9 | 4 (0) | 5 (2[c]) | 0 |
| Honor charge, drop, and conviction rates (fig. 2.8 and 2.9) | Academic years 1990-91 | 6 | 0 (0) | 6 (5[a]) | 0 |
| Honor representation rate (see text) | Academic year 1991, 2 semesters | 2 | 0 (0) | 2 (2[a]) | 0 |
| Academic Board separation rate (fig. 2.10) | Academic years 1988-91 | 1 | 1 (1[a]) | 0 (0) | 0 |
| Attrition rate (fig. 2.11) | Classes of 1980-91 | 12 | 0 (0) | 12 (8[c]) | 0 |
| Voluntary resignations (see text) | Combined classes of 1980-94 | 1 | 0 (0) | 1 (1[b]) | 0 |
| Order of merit top quartile rate (see text) | Classes of 1988-91 | 4 | 2 (0) | 2 (1[b]) | 0 |

Note: ( ) indicates the number of significant differences using one or both types of tests.

[a] Significant using 4/5s test.

[b] Significant using statistical significance test.

[c] Significant using statistical significance and 4/5s tests.

[d] Unable to test significance due to data limitations.

## Some Gender Disparities Found in Qualification Rates, but Admission Rates Were Comparable

Women applied for admission to the Academy at a much lower rate than men and were less likely to be found qualified. Admission rates for qualified male and female applicants were basically the same. Average success predictor scores were significantly higher for women than for men.

### Qualification Rates

Admission standards, with the exception of some allowances for physical differences, are the same for women and men. Not all applicants meet the Academy's admission standards. Applicants who meet the academic and leadership potential criteria are called qualified nominees.

Women applied for admission to the Academy at a much lower rate than men. For each of the classes of 1988-91, male applicants were consistently designated as qualified nominees at higher rates than females (one gender comparison for each of four classes).[1] The higher rate for men was significant for the classes of 1988 and 1991, as shown in figure 2.2.

[1]For presentation purposes, we do not always illustrate each comparison that we made because the pattern across semesters or class years was often similar. Where we made comparisons for multiple years or semesters, we parenthetically note the numbers of comparisons we made.

**Figure 2.2: Percentage of Applicants Designated as Qualified Nominees by Gender**




ªDifference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Admission Rates

For the classes of 1988-89, we found that qualified male nominees were admitted at higher rates than qualified females. For the class of 1990, the admission rate for qualified women was slightly above the rate for qualified men. For the class of 1991, qualified men and women were admitted at the same rate. The higher rate for admitting men was significant for the class of 1988 (one comparison for each of four classes).

## Success Predictor Scores

Our review of the predictor scores for midshipmen admitted to classes 1988-91 showed that the average predictor scores were higher for women than for men and that the differences were significant (see fig. 2.3, one comparison for each of four classes). The scholastic prediction system used in the admissions process is aimed at identifying applicants most likely to perform well at the Academy. If predictor scores are considered valid indicators of success, we would expect that for these classes, on average, females would be more successful at the Academy than males.

**Figure 2.3: Average Predictor Scores by Gender**




Note: Differences were significant using one or more tests for each class.

Source: GAO analysis of Academy records.

## Women Were Generally Less Successful Than Men in Academic, Physical, and Military Performance

In general, we found the following:

- Men got higher academic semester grades than women as freshmen and sophomores, but women got higher grades than men as seniors.
- Women's average physical education grades were lower than men's.
- Women generally got lower average military performance semester grades than men.
- Women were generally selected for midshipmen leadership positions at a rate proportional to their representation in the brigade.

### Academic Grades of Females Began Lower Than Those of Males but Later Exceeded Them

We combined the classes of 1988-91 together and looked at the academic grades on a semester-by-semester basis and found that men received significantly higher grades than women in their freshman and sophomore years, while women got significantly higher grades than men in their

senior year (see fig. 2.4). This analysis involved gender comparisons for eight semesters for four classes, totaling 32 comparisons. The semester grades for the four classes have been combined in figure 2.4 for illustrative purposes.

**Figure 2.4: Semester Grade Point Averages by Gender**




[a]Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Female Physical Education Grades Were Slightly Below Those of Males

Physical education standards at the Academy were derived on the basis of historical achievement of separate gender groups over time, and they are intended to compensate for the physiological differences between men and women. For example, the standard for a perfect score of 100 for the 1.5 mile run is 1 minute and 10 seconds less for men than for women; the physical readiness test standard for the maximum points for push-ups is 35

more for men than women; and the minimum time for the obstacle course is 45 seconds slower for women. Additionally, women are required to take self-defense and combative grappling instead of the required boxing and wrestling for men. According to a March 1991 assessment of the Academy's equal opportunity climate, many males perceived these differences in physical education standards as favoritism toward women.

Despite the perception of favoritism in physical education standards toward women, the overall average physical education grades for academic year 1989-90 were 2.67 for men and 2.52 for women, a difference of 0.15 points (or about 5.6 percent lower for women). For academic year 1990-91, the average physical education grades were 2.69 for men and 2.55 for women, a difference of 0.14 points (or about 5.2 percent lower for women). Analysis of the physical education grades involved one comparison for each of two semesters for which data were available.

## Female Military Performance Was Slightly Below Male Military Performance

The 36 company officers are each responsible for 100 to 120 midshipmen. One of their key responsibilities is to evaluate the military performance of the midshipmen in their charge. Military performance data showed that women generally received lower grades and rankings than men, but were selected for leadership positions at the same rate as men.

### Military Performance Grades

In reviewing all eight semesters of military performance data for the classes of 1988-91, we found that women consistently received lower average military performance grades than men as freshmen (gender comparisons for eight semesters for four classes, totaling 32 comparisons). In 28 of the gender comparisons, women had lower military performance grades. The differences were greatest in their freshman year, but the differences generally decreased over the 4-year period. The differences were significant when viewed over the eight-semester period for each of the four classes.

### Midshipman Officer and Company Officer Rankings

The rankings that midshipmen receive from their midshipman officers and company officers contribute to their semester military performance grade. A midshipman's rank could range from 1 (best) to about 30-36 (worst), depending on the number of midshipmen of their same class in the company. Figure 2.5 shows that the average ranking received from midshipmen officers was lower for women than men. Further, the

midshipman officer rankings showed greater differences between men and women than the company officer rankings (see fig. 2.5). The gender differences in average rankings by midshipman officers and company officers generally were significant. This analysis involved gender comparisons for eight semesters for three classes, totaling 24 comparisons. The semester rankings by midshipman officers and company officers for the three classes have been combined in figure 2.5 for illustrative purposes.

**Figure 2.5: Average Midshipman Officer and Company Officer Rankings by Gender, Classes of 1988-90**




Note: A ranking of number 1 is best.

[a]Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## 3-Striper Representation

In reviewing data on midshipman leadership positions held by gender for academic years 1983-91, we found that from academic years 1983-87 female representation at the "3-striper" level (midshipman officer rank of lieutenant and above) was both above and below female representation in the brigade. For academic years 1988-91, female representation in these positions was about equal to their representation in the brigade (see fig. 2.6). This analysis involved one comparison for each of the 9 years for which data were available.

**Figure 2.6: Representation of Women in 3-Striper Positions**




Source: Academy records.

## Women Had Higher Disciplinary and Honor Offense Rates, but Lower Academic Dismissal Rates

In five of nine comparisons, we found that female freshmen were convicted at significantly higher rates than male freshmen in the conduct system. In the other four comparisons, the male rates were not significantly higher than the female rates. We also found that women were

charged at higher rates than men in the honor system. This analysis involved gender comparisons for each of 2 years for honor case charges, drops, and convictions, and each of two semesters of honor representatives, totaling eight comparisons. In academic year 1991, the only year for which data were available, the number of women who served as honor representatives was not in proportion to their representation in their classes.

Over the last 4 years, the Academic Board had separated women at a significantly lower rate than men.

## Female Freshmen Were Convicted of Conduct Offenses at a Higher Rate Than Male Freshmen

In examining data on Academy conduct cases comprising the three highest level offenses (4000, 5000, and 6000 levels) for academic years 1988-90, we found a number of gender disparities. This analysis involved gender comparisons for each of the three conduct levels for each of the 3 years, totaling nine comparisons. In five out of the nine comparisons, the conviction rate for female freshmen significantly exceeded the male rate. The conduct data for sophomores, juniors, and seniors did not reveal gender disparities. The most striking differences were found in academic year 1989-90, where female freshmen had higher conviction rates than males at all three of the most serious offense levels. For example, in academic year 1989-90, 7 of 115 (6.1 percent) female freshmen were convicted of the most serious level of conduct offenses (such as drinking or being under the influence of alcohol while on duty), compared to 9 of 1,155 (0.8 percent) male freshmen (see fig. 2.7).

**Figure 2.7: Fourth Class Midshipman Conduct Offense Conviction Rates by Gender**




[a]Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Women Were Charged and Convicted of Honor Offenses at a Higher Rate Than Men

Our review of the honor cases in academic years 1990 and 1991 showed that women were charged with honor offenses at a higher rate than men (see fig. 2.8). During academic year 1991, 14 of 412 (3.4 percent) women were charged with an honor offense, compared to 82 of 3,980 (2.1 percent) men. In addition, women charged with honor offenses had their cases dropped at a lower rate than men. Further, women who went before an honor board were found guilty at a higher rate than men (see fig. 2.9). This analysis involved comparisons for each year. All but one of these differences was significant.

**Figure 2.8: Honor Violation Charge Rates by Gender**




Note: Differences were significant using one or more tests for each year.

Source: GAO analysis of Academy records.

**Figure 2.9: Honor Case Drop and Conviction Rates by Gender**




*Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Women's Participation as Honor Representatives Was Disproportionately Low

Serving as an honor representative is one of many leadership positions available to first and second class midshipmen. Honor representatives play a key role in investigating alleged honor offenses and deciding guilt or innocence in Brigade Honor Board proceedings. For academic year 1991,[2] women's participation as honor representatives was disproportionately low. Three of the 79 honor positions for the class of 1991 (3.8 percent) were filled by women, while the female composition of that class was 8.7 percent. Three (3.8 percent) of the 79 honor positions for the class of 1992 were filled by women, while 9.4 percent of the class were women. These differences in representation by men and women were significant. According to an Academy study, the low representation could be attributed in part to the high proportion of female varsity athletes (more

[2]According to the Academy Ethics Officer, historical data on honor representatives by gender and race/ethnicity do not exist prior to academic year 1990-91.

than 50 percent for females compared to 25 percent for males). Another Academy study noted that since the varsity women's team captains hold midshipman officer positions while their sport is in season, a sizable percentage of senior women remove themselves from competition for regular midshipman officer positions.

## Women Separated by the Academic Board at Significantly Lower Rates Than Men

Our review of Academic Board separation decisions on academic deficiency cases for academic years 1988-91 indicated several gender- and athlete-related differences. This analysis involved one gender comparison for the Academic Board decisions data set that combined the 4 academic years. In general, the Academic Board dismissed academically deficient women at a lower rate than academically deficient men, 20 percent compared to 26 percent (see fig. 2.10). This difference was significant in favor of women.

**Figure 2.10: Academic Board Separation Rates by Gender**




[a]Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

The results of the questionnaires showed a high proportion of midshipmen (88 percent), faculty (73 percent), and commandant's staff (67 percent) perceived that athletes received preferential treatment from the Academic Board. Since a higher proportion of females were athletes, we looked to see whether the lower dismissal rate of women was related to athlete status. We found that female athletes were dismissed at a lower rate than male athletes. These differences were greatest for female recruited athletes.[3] However, females who were not athletes were dismissed at a higher rate than males who were not athletes. According to Academy officials, these Academic Board decisions reflect the discretion Board members exercised in considering many factors such as value of the athlete's contribution to the Academy, amount of effort the student is making to improve grades, prior performance and conduct, motivation and support the student may receive from athletic participation, and recommendations from officers and faculty members.

## Women Left the Academy at Higher Rates Than Men and Graduated Lower in Their Class

We found that women were leaving the Academy at higher rates than men and a higher percentage of women cited motivation-related reasons for leaving than men. Also, in two of four classes, we found that proportionally fewer women graduated in the upper quarter of their class than men.

### Attrition Rates

For the classes of 1980-91, generally, female attrition was higher than male attrition, as shown in figure 2.11. This analysis involved one gender comparison for each of the 12 classes. The differences between the male and female rates of attrition met the tests for significance in the classes of 1982 through 1989.

[3]The distinction between the usage of the terms "athlete" and "recruited athlete" differentiates between midshipmen who compete to play a varsity sport after being admitted to the Academy and those who were recruited to play a varsity sport before being admitted.

Figure 2.11: Attrition Rates by Gender




*Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Voluntary Resignations

According to the registrar, Academy personnel assign a reason from a set of attrition categories when a midshipman voluntarily leaves the Academy. Our examination of the reasons for attrition covering all classes from 1980 through 1994 indicated that motivation-related reasons were assigned to a significantly higher percentage of women who voluntarily resigned than men (66 percent compared to 55 percent). This analysis involved one gender comparison of the reasons for attrition data set that combined the classes of 1980-94.

## Order of Merit Top Quartile

According to an Academy official, in approximately February of each year, Academy seniors make their service selections (roughly analogous to choosing a career field) based on the order of their class ranking at the end of the first semester of their senior year. The class ranking is cumulative over 4 years and is comprised of about 70 percent for academic performance and 30 percent for nonacademic performance of which military performance is the principal component. Achieving a high class

ranking is important because it means a midshipman is more likely to be able to select a first choice of a career field before the available positions are filled. According to the Academy official in charge of the service selection program, if a midshipman ranks within the first 100 students in the class, that midshipman would most likely get his/her first choice of career field.

In reviewing the class standings for the classes of 1988-91, we found that in the classes of 1990 and 1991, there were proportionally fewer women in the upper quarter of their classes than men. This analysis involved one gender comparison for each of the classes. The difference in the distribution of men and women for the class of 1990 was significant. For the classes of 1988 and 1989, there were proportionally fewer men in the upper quarter of their classes than women. These differences in the distribution of men and women were not significant.

# Academy Indicators Reveal Racial Disparities

We found that minorities, in general, had lower predictor scores and did not fare as well as whites in qualification and admission rates, semester grade point averages, military performance grade averages, midshipman officer rankings, officer rankings, conduct conviction and honor violation charge and conviction rates, honor representatives, attrition rates, overall class standings, and academic discharge rates. The differences in these indicators were often significant. There were no racial disparities in Academic Board separation rates. While the majority of midshipmen who responded to our questionnaire perceived that minorities were treated the same as whites, a higher percentage of minorities than whites believed that minorities received worse treatment.

## Student Perceptions of the Treatment of Minorities

In our questionnaire, we asked respondents to indicate whether they believed minorities were treated better than, the same as, or worse than whites by civilian faculty, military faculty, company officers, conduct boards, honor boards, and academic boards. The majority of both white and minority midshipmen believed that minorities were treated the same as whites. However, a higher percentage of whites than minorities perceived that minorities were treated better, and conversely, a higher percentage of minorities perceived that they were treated worse (see fig. 3.1).

**Figure 3.1: Student Perceptions of Treatment of Minorities by Various Academy Groups**




Source: Responses to GAO's questionnaire.

## Majority of Performance Indicators Disfavored Minorities

Overall, as summarized in table 3.1, we made racial comparisons across 17 indicators, covering all areas of Academy performance. We found significant differences in 12 of the 17 indicators that disfavored minorities and in 1 of the 17 indicators that disfavored whites. A discussion of these indicators and our analysis follows the table.

**Table 3.1: Summary of Racial Comparisons**

| Performance indicator | Data available | Number of comparisons | Comparisons that disfavored whites | Comparisons that disfavored minorities | Minorities and whites equal |
|---|---|---|---|---|---|
| Qualification rate (fig. 3.2) | Classes of 1988-91 | 4 | 0 (0) | 4 (2[b]) | 0 |
| Admissions rate (fig. 3.3) | Classes of 1988-91 | 4 | 3 (2[b]) | 1 (0) | 0 |
| Success predictor score (fig. 3.4) | Classes of 1988-91 | 4 | 0 (0) | 4 (4[b]) | 0 |
| Academic grade point averages, by semester (fig. 3.5) | Classes of 1988-91 | 8 | 0 (0) | 8 (8[b]) | 0 |
| Physical education grades (fig. 3.6) | Academic year 1990, 1 semester | 1 | 0 | 1[d] | 0 |
| Swimming sub-squad representation (see text) | Academic year 1991, 1 semester | 1 | 0 | 1[d] | 0 |
| Military performance grades, by semester (see text) | Classes of 1988-91 | 32 | 0 (0) | 32 (28[b]) | 0 |
| Midshipman officer rankings (fig. 3.7) | Classes of 1988-90 | 24 | 0 (0) | 24 (17[b]) | 0 |
| Company officer rankings (fig. 3.7) | Classes of 1988-90 | 24 | 0 (0) | 24 (20[b]) | 0 |
| Representation among 3-stripers (fig. 3.8) | Classes of 1983-91 | 9 | 0 | 9[d] | 0 |
| Fourth class conduct offenses (4000-6000 levels) (fig. 3.9) | Academic years 1988-90 | 9 | 3 (0) | 5 (5[c]) | 1 |
| Honor charge, drop, and conviction rates (fig. 3.10 and 3.11) | Academic years 1990-91 | 6 | 0 (0) | 6 (4[c]) | 0 |
| Honor representative rate (see text) | Academic year 1991, 2 semesters | 2 | 0 (0) | 2 (2[a]) | 0 |
| Academic Board separation rate (fig. 3.12) | Combined academic years 1988-91 | 1 | 0 (0) | 1 (0) | 0 |
| Attrition rate (fig. 3.13) | Classes of 1988-91 | 12 | 0 (0) | 12 (7[c]) | 0 |
| Academic discharge rate (see text) | Combined classes of 1980-94 | 1 | 0 (0) | 1 (1[c]) | 0 |
| Order of merit top quartile rate (see text) | Classes of 1980-91 | 4 | 0 (0) | 4 (4[b]) | 0 |

Note: ( ) indicates the number of significant differences using one or both of the types of tests.

[a] Significant using 4/5s test.

[b] Significant using statistical significance test.

[c] Significant using statistical significance and 4/5s tests.

[d] Unable to test significance due to data limitations.

## Admission Rates Were Higher to Some Extent for Minorities Than Whites

Minorities applied for admission to the Academy at a much lower rate than whites, and a lower percentage of the minorities who did apply were found to be fully qualified. However, a higher percentage of minorities who did qualify were admitted to the Academy than their white counterparts. Average success predictor scores were significantly higher for whites than for minorities.

### Qualification Rates

For the classes of 1988-91, white applicants were consistently designated as qualified nominees at higher rates than minorities (four comparisons, one for each of four classes). The differences were significant for the classes of 1988 and 1989, as shown in fig. 3.2.

**Figure 3.2: Percentage of Applicants Designated as Qualified Nominees by Race**




ªDifference was significant using one or more tests.

Source: GAO analysis of Academy records.

### Admissions Rates

Qualified minorities were admitted at a higher rate than qualified whites in three of the four classes reviewed (one comparison for each of four

classes). For the classes of 1989 and 1990, the higher admission rates for minorities were significant, as shown in figure 3.3.

**Figure 3.3: Admission Rates for Qualified Nominees by Race, Classes of 1988-91**




[a]Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

Because of the lower qualification rate of minorities, the Academy makes offers of appointment to the majority of qualified minorities to achieve the Chief of Naval Operations' commissioning goals for minorities. However, all those admitted have been judged fully qualified.

## Success Predictor Scores

Our review of the predictor scores for midshipmen in the classes of 1988-91 showed that the average predictor score was significantly higher for whites than it was for minorities. (See fig. 3.4, one racial comparison for each of four classes.)[1]

[1]For presentation purposes, we do not always illustrate each comparison that we made because the pattern across semesters or class years was often similar. Where we made comparisons for multiple years or semesters, we parenthetically note the numbers of comparisons we made.

**Figure 3.4: Average Predictor Scores by Race**




Note: Differences were significant using one or more tests for all all four classes.

Source: GAO analysis of Academy records.

## Minorities Were Less Successful Than Whites in Academic, Physical, and Military Performance

Consistent with Academy success predictors, academic performance grades of minorities were below those of whites. In addition, physical and military performance grades were below those of whites. Moreover, minorities were selected for midshipmen leadership positions at a rate below their proportional representation in the brigade.

### Minority Academic Grades Were Lower Than Those of Whites

In each of the four classes reviewed, the semester grade point averages of whites were consistently significantly higher than minorities'. This analysis involved racial comparisons for eight semesters for four classes. The semester grades for the four classes have been combined in figure 3.5 for illustrative purposes.

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 209 of 292



**Figure 3.5: Semester Grade Point Averages by Race, Classes of 1988-91**




Note: Differences were significant using one or more tests for each year/semester.

Source: GAO analysis of Academy records.

To assess whether the observed differences between the academic performance of white and minority midshipmen were due to differences in academic potential that existed at the time they entered the Academy, we performed a series of regression analyses.[2] For the classes of 1988, 1989, 1990, and 1991, we ran regression analyses on the midshipmen's cumulative grade point averages at the end of each of their eight

[2]A regression analysis is a statistical technique that allows the effects of multiple predictor variables to be simultaneously assessed. By entering the predictor variables into the regression analysis in separate steps, the unique contribution of a predictor variable to the variation in a criterion variable can be determined while the effects of all other measured predictor variables are controlled.

semesters. Entrance predictor (wholeperson multiple) scores[3] were entered into the regression equation as the first step, with race[4] entered as a second step. Both variables were entered in each equation regardless of any other criteria so that the direction of the relationship could be determined. This resulted in 32 separate regression analyses (8 for each of the 4 classes) where the independent effect of race could be assessed.

Overall, the Academy's entrance predictor scores were able to account for a relatively low proportion (17 to 33 percent) of the total variation in semester grade point averages. After controlling for differences in entrance predictor scores, race still explained a small (0.3 to 1.8 percent) but statistically significant (at the 95-percent level of confidence) proportion of the variance in grade point averages in 29 of the 32 regression analyses. All 32 regression coefficients were negative and ranged from –0.05 to –0.16. The average regression coefficient for race across the 32 regressions was about –0.10, meaning that the grade point average of a minority midshipman averaged 0.10 lower than that of a white midshipman with a comparable entrance predictor score. Thus, race was correlated with academic performance beyond the difference that could be explained by differences in entrance predictor scores.

## Minority Physical Education Grades Were Lower Than Those of Whites

The average physical education grades received by each of the various minority groups were lower than those of whites during the spring semester of 1990, the only semester for which we have information, as shown in figure 3.6. At that time, physical education grades were based on grades received in the core courses[5] but not elective courses.

[3]We used the wholeman multiple scores as an independent variable in this analysis because they are the main indicator that Academy officials use to predict academic success. We did not examine the development of this measure, and we make no assumptions about its validity in the admissions process.

[4]Race was coded into two groups: minorities (including blacks, Hispanics, Asians, and Native Americans) and whites.

[5]According to the 1991 Academy physical education requirements, the core courses for all midshipmen are swimming, gymnastics, personal conditioning, weight training, judo, and hand-to-hand combat. Additional core courses are boxing and wrestling for men and self-defense and combative grappling for women.

**Figure 3.6: Physical Education Grades by Race**




Source: Academy Command Managed Equal Opportunity Assessment Team Report, 1991.

According to a physical education official, until academic year 1991-92, midshipmen received letter grades for only the core physical education courses. Only swimming, gymnastics, and physical fitness tests were required for every midshipman, and swimming was an area in which we found significant disparities by race.

The Academy's swimming requirements become increasingly more demanding from fourth class year to second class year. In addition, the swimming requirements are set at a higher level than the Navy-wide swimming requirements. According to Academy officials, the fact that the Academy's swimming requirements are higher than the Navy's requirements is consistent with the Academy's policy of setting higher standards for its officer candidates than the other officer commissioning programs. Those midshipmen unable to pass the swimming test are

required to take additional swimming training, referred to as the "subsquad" for swimming.

Blacks attended the subsquad at a significantly higher proportion than the 6.6 percent blacks represented in the brigade in academic year 1990-91. In the spring of 1991, 54 percent of the subsquad were minorities (blacks—40 percent, foreign nationals—8 percent, and Hispanics, Filipinos, and Asians—2 percent each). This analysis involved one racial comparison for one semester.

In our questionnaire survey of midshipmen, 37 percent of the minority respondents indicated that they had had difficulty meeting the Academy's swimming requirements, compared to 19 percent of the white respondents.

## Minority Military Performance Grades Were Lower Than Those of Whites

In reviewing eight semesters of military performance data for each of the classes of 1988-91, we found that minorities consistently received lower average military performance grades than whites. This analysis involved racial comparisons for eight semesters for four classes. The differences met the test for significance for each class in six or more of the eight semesters.

## Minority Striper and Company Officer Rankings Were Lower Than Those of Whites

Our review of these rankings for the classes of 1988-90 showed that minorities, on average, received worse rankings than whites. This analysis involved racial comparisons for eight semesters for three classes. The semester rankings by midshipman officers and company officers for the three classes have been combined in figure 3.7 for illustrative purposes. This figure shows that minorities generally received lower rankings than whites from both midshipman officers and company officers. The racial differences in rankings by midshipman officers and company officers were significant.

Figure 3.7: Average Midshipman Officer and Company Officer Rankings by Race




Notes: A ranking of number 1 is best. Differences were significant using one or more tests for each year.

Source: GAO analysis of Academy records.

## Minority 3-Striper Representation Was Proportionally Lower Than That of Whites

In reviewing data on the midshipman leadership positions held by minorities for academic years 1983-91, we found that minority representation at the 3-striper level was consistently below their proportional representation in the classes (see fig. 3.8). This analysis involved one racial comparison for each of the 9 years. For example, for academic year 1983, although minorities comprised 12 percent of the class, they held only about 2 percent of the 3-striper positions. For academic year 1991, minorities comprised 15 percent of the class and held about 7 percent of the 3-striper positions.

**Figure 3.8: Representation of Minorities in 3-Striper Positions**




Source: Academy records.

According to Academy officials, during the classes of 1990-93, minorities were proportionally represented in striper command positions but not in striper staff positions.[6] One Academy official indicated that most midshipmen who assume leadership positions have experienced a lowering of their cumulative grade point average during their leadership tour due to the added responsibilities. Because of this fact and the Commandant's concern that a midshipman not fail a course while serving in a leadership position, Academy officials told us that part of the selection process for these positions includes a case-by-case review of potential academic risk for candidates and the possible corrective action that may be needed to alleviate the academic work load in the following semesters. Another contributing factor, according to Academy officials, may be that

[6]Midshipman officer command positions are those that are part of a midshipman's chain of command and include squad leader, platoon commander, and company commander. Staff positions are not directly related to the midshipman chain of command and include positions such as company honor representatives and training officer.

minorities participate heavily in varsity sports, which, because of the time demands, may preclude serving in striper positions.

## Minorities Had Higher Disciplinary, Honor Offense, and Academic Dismissal Rates

We found that minorities were convicted at higher rates than whites in both the conduct and honor systems. The racial differences were often significant. We found that over the last 4 years, the Academic Board had dismissed minorities at a slightly higher rate than whites, but the difference was not significant.

### Minority Freshmen Were Convicted of Conduct Offenses at a Higher Rate Than White Freshmen

As shown in figure 3.9, in academic years 1988-90, minority freshmen generally were convicted of the three highest level conduct offenses at higher rates than white freshmen. The conduct data for sophomores, juniors, and seniors did not reveal racial disparities. The analysis involved racial comparisons for each of the three conduct levels for each of the 3 years. For example, 6 of 244 (2.5 percent) freshman minorities were convicted of the most serious level conduct offenses, compared to 10 of 1,025 (1 percent) freshman whites. The differences in the rates were significant in five of the nine comparisons. As was the case for women, the differences between the conviction rates of minorities and whites were the greatest in academic year 1989-90.

Figure 3.9: Fourth Class Midshipman Conduct Offense Conviction Rates by Race




[a]Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Minorities Were Charged and Convicted of Honor Offenses at a Higher Rate Than Whites

In examining the honor cases in academic years 1990 and 1991, we found racial differences in charge, drop, and conviction rates. This analysis involved racial comparisons for each of 2 years for honor case charges, drops, and convictions. In both academic years, minorities were charged with honor offenses at a higher rate than whites, as shown in figure 3.10.

Figure 3.10: Honor Violation Charge Rates by Race




Note: Differences were significant using one or more tests for both years.

Source: GAO analysis of Academy records.

In addition, minorities charged with honor offenses had their cases dropped at a lower rate than whites. Further, minorities whose cases went to a hearing were found guilty of honor offenses at a higher rate than whites, as shown in figure 3.11. These differences were significant.

**Figure 3.11: Honor Case Drop and Conviction Rates by Race**




Note: Differences were significant using one or more tests for both years.

Source: GAO analysis of Academy records.

## Minorities Underrepresented as Honor Representatives

Data from academic year 1991 indicated that minority participation as honor representatives was comparatively low. This analysis involved one racial comparison for each semester. As of June 30, 1991, 8 of the 79 honor positions for the class of 1991 (or 10.1 percent) were filled by minorities, although minorities made up 15.1 percent of this class. The difference between the representation rates was significant. For the class of 1992, 10 of the 79 honor positions (or 12.7 percent) were filled by minorities. The minority composition of the class of 1992 was 14.1 percent. The difference in these rates was not significant.

According to Academy officials, the disproportionately low minority participation can be partly attributed to the high proportion of minority varsity athletes. Academy officials stated that many minorities, because of

their heavy schedules, may not have the time to participate in another highly demanding extracurricular activity.

## Minorities Separated by the Academic Board at Slightly Higher Rates Than Whites

Our review of Academic Board dismissal decisions on academic deficiency cases for academic years 1988-91 indicated racial differences to some extent. This analysis involved one racial comparison for the Academic Board decisions data set that combined the 4 academic years. In general, the Academic Board dismissed academically deficient minorities at a slightly higher rate than academically deficient whites, 27 percent compared to 25 percent (see fig. 3.12). The Academic Board separated minority athletes at a slightly higher rate than white athletes. For recruited athletes, the separation rate was the same for minorities and whites. The separation rate for minority nonathletes was somewhat higher than it was for white nonathletes. None of these differences were significant.

**Figure 3.12: Academic Board Separation Rates by Race**




Note: None of the differences were significant.

Source: GAO analysis of Academy records.

## Minorities Left at Significantly Higher Rates Than Whites and Graduated Lower in Their Classes

We found that minorities have been leaving the Academy at higher rates than whites. Our review also showed that proportionally fewer minorities were graduating in the upper quarter of their classes and that proportionately fewer minorities were graduating than whites.

### Attrition Rates

For the classes of 1980-91, the minority attrition rate was higher than the white attrition rate, as shown in figure 3.13. This analysis involved one comparison for each of the 12 classes. The differences between the white and minority attrition rates met the tests for significance for the classes of 1982 through 1988.

Figure 3.13: Attrition Rates by Race




*Difference was significant using one or more tests.

Source: GAO analysis of Academy records.

## Academic Discharge Rates

Our examination of the data on reasons for attrition for the classes of 1980-94 indicated that minorities were academically discharged at a significantly higher rate than whites (43 percent compared to 22 percent). This analysis involved one racial comparison of the reasons for attrition data set that combined the classes of 1980-94.

## Order of Merit Top Quartile

In reviewing the class standings for the classes of 1988-91, we found that for each of the four classes, there were proportionally fewer minorities in the upper quarter and proportionally more minorities in the lowest quarter of their classes compared to whites. This analysis involved one racial comparison for each of four classes. For example, the percentage of minorities in the lowest quartile of class standings ranged from 36 to 44, compared with 22 to 23 percent of whites. The difference in the distribution of whites and minorities in each of these classes was significant.

# Academy Is Addressing Women and Minority Issues, but Further Actions Are Needed

Within the last few years, the Academy has taken a number of actions to address issues that affect women and minorities. Key among these actions were

- increasing the representation of women and minorities among the faculty and officers,
- standardizing the fourth class training for male and female students,
- assigning freshman women to all freshman platoons and companies,
- establishing an academic center for academically at-risk midshipmen, and
- initiating annual equal opportunity command assessments.

These actions primarily resulted from three Academy efforts: the July 1990 study on the assimilation of women, the August 1989 study on minority midshipmen, and the 1990 establishment of a Command Managed Equal Opportunity (CMEO) program. However, making the CMEO assessments was hampered by a lack of a localized, consolidated, and standardized computer data base.

## Actions Resulting From the 1990 Study on the Assimilation of Women

The July 1990 study on the assimilation of women at the Academy concluded that women midshipmen were not as well assimilated in the brigade as women were in the fleet. The report stated that the assimilation of women in the brigade had been hampered by a persistent, vocal minority of midshipmen, officers, faculty, staff, and graduates who openly expressed the opinion that women should not be midshipmen. The report added that the negative attitude and inappropriate actions of this minority exerted such a disproportionate influence on the Academy's climate that most midshipmen readily acknowledged that women midshipmen were not accepted as equals in the brigade. The study made a number of recommendations to address these findings. As a result of the recommendations, the Academy issued a plan of action and milestones that included

- establishing a zero-tolerance policy of all forms of discrimination/nonsupport of an equal opportunity climate;
- implementing efforts to increase the female representation among faculty and brigade officers;
- assigning female freshmen to all freshman platoons/companies starting with the class of 1995 (actually begun with the class of 1994);
- coordinating the percentage of women in the class of 1995 with Navy and Marine Corps requirements;

- reinforcing the importance of providing graduates to virtually every community in the naval service;
- reviewing the procedure for disseminating information concerning the performance of all midshipmen to ensure misconceptions of preferential treatment for women or other minorities are eliminated;
- requiring that female and male freshmen be indoctrinated in an identical fashion;
- clarifying midshipmen regulations regarding sexual discrimination, including sexual harassment;
- analyzing academic performance of female midshipmen in core and majors courses; and
- reviewing the military performance system, focusing on gender inequities in the distribution of midshipmen rankings.

Many of these actions were aimed at providing more information to midshipmen regarding the role of women in the Navy and the performance of female midshipmen. For example, in terms of role models within the brigade officers, as of the fall of 1991, about 16 percent were women and 11 percent were minorities. Among the 36 company officers, 6 were women and 3 were minorities. In terms of role models within the civilian faculty, at that time, about 19 percent of authorized positions were filled by women and 6 percent by minorities. Other actions focused on reinforcing policies regarding discrimination, equal opportunity, and harassment. By taking these actions, the Academy administration emphasized its position and communicated that emphasis to all midshipmen.

## Actions Resulting From the 1989 Study on Minority Midshipmen

The August 1989 study on minority midshipmen stated that the Academy would not be able to meet its commissioning goal for blacks at least through the class of 1992 because of the highly competitive recruiting climate and high academic attrition. Also, the report stated that black and Hispanic midshipmen were at a significantly greater risk of academic attrition than white midshipmen. On the basis of the recommendations contained in this study, the Academy took several actions to reduce minority academic attrition. Those actions included

- establishing a proactive 4-year academic support/intervention program for academically at-risk midshipmen;
- expanding the current academic stretchout program (an extra semester or year), placing deserving midshipmen in the program earlier in their years at the Academy than has occurred in the past;

- restricting Army-Navy week spirit activities to specific time periods so as not to adversely affect academic performance; and
- reducing the scope of the current fourth class professional book.

The primary focus of the study and its recommendations was the academic performance of minority midshipmen. An Academic Center was established in 1989 to serve midshipmen beginning with the class of 1993.

In addition to its primary focus, the study discussed some concerns for minorities pertaining to the Academy's environment. For example, the study noted that some resentment and lack of understanding existed about racial and ethnic extracurricular activities, such as the Black Studies Club. The study stated, "Most majority midshipmen feel that a homogeneous brigade excludes the need for organizations based upon racial or ethnic identity. Minorities see this as a negative perception, but a necessary price to develop self-esteem and enjoy friendships with others who share common cultural backgrounds and interests."

The study made no recommendations that addressed these findings.

## Actions Resulting From the 1991 CMEO Assessment

Beginning in May 1990, the Academy established a CMEO program as part of the Navy's equal opportunity program required by all commands. The objectives of the program are to

- ensure a positive environment of equal opportunity within the brigade;
- monitor administrative practices, including, but not limited to military performance, conduct, academic performance, and physical education performance, as well as the general health of the equal opportunity climate within the brigade;
- further midshipman knowledge and understanding of the Academy's affirmative action plan; and
- indoctrinate midshipmen and reinforce midshipman knowledge of equal opportunity and the necessity for the prevention of all discrimination.

The CMEO program is comprised of a command training team and a command assessment team. The command training team is responsible for conducting the Navy's Rights and Responsibilities annual workshops that cover basic Navy equal opportunity principles, policies, and procedures. The command assessment team is responsible for conducting the annual command assessment.

According to the implementing Academy instruction, the command assessment should focus on the treatment and achievements of individuals, overall effectiveness of the brigade equal opportunity program, and follow-up actions on previously identified equal opportunity issues. The assessment is to consist of (1) a review of various types of data (conduct, military performance rankings, academic deficiencies, and physical education deficiencies); (2) individual midshipmen interviews; (3) a short survey to help determine the equal opportunity climate; and (4) a report of the accumulated data submitted to the Commandant.

To date, the Academy has conducted two command assessments. The report of the first assessment was issued in March 1991, the second assessment in March 1992. For the first assessment, the team analyzed a wide range of data, interviewed a random sample of midshipmen, and reviewed surveys and inspection reports. The 1991 assessment report presented findings of differences in performance between men and women and between whites and various minority groups, but the significance of the differences was not tested. In addition, the report contained numerous recommendations, such as to

- conduct thorough reviews of the military performance system and the physical education standards;
- brief midshipmen on athletic participation, Academic Board decisions, conduct system statistics, honor system statistics, and the striper selection process;
- continue to make extracurricular and other activities that can provide support to midshipmen available to all midshipmen;
- include contributions of women and minorities in all briefings on naval history; and
- assign more female and minority officers, especially senior officers, to the Academy.

According to the Navy instruction for implementing CMEO programs, one element of these programs is a plan of action and milestones document that is intended to implement and track the correction of existing or potential problems. Initially, Academy officials were unsure that such a document had been prepared. However, a copy of the document was recently found in Academy files. Without having such a document readily available, ensuring follow-up actions on previously identified equal opportunity issues is more difficult.

The report found the existence of midshipmen perceptions of preferential treatment received by women and minorities in areas such as admissions, physical education, and academic deficiency. According to Academy officials, in response to these perceptions, all midshipmen received training on the facts contained in the command assessment that, in many cases, did not support the perceptions. According to an Academy physical education official, the differences in the physical education testing regimen have been changed to more closely follow Navy standards. Academy officials said that the midshipmen would continue to be trained until perceptions of preferential treatment of minorities no longer exist.

The coordinator of the command assessment team submitted the 1992 report to the Commandant on March 27, 1992. Over a year has elapsed, and no document has been prepared outlining the appropriate actions to be taken in response to the report's recommendations. As of April 1993, Academy officials were in the final stages of preparing the 1993 command assessment report for submission to the Commandant.

According to the coordinator of the command assessment team, as of the week of March 29, 1993, a draft revision of the equal opportunity portion of the Academy strategic plan was sent to the Superintendent for review. This portion of the strategic plan outlined the Academy's equal opportunity program. The program consisted of two key strategies: (1) developing a professional environment that reflects mutual respect for diversity and (2) implementing a visible and effective climate that actively promotes equal opportunity and treatment for all personnel. According to the draft document, the Academy's CMEO program will become part of the equal opportunity program.

## Assessments Hampered by Lack of Consolidated Data Base

Both the 1991 and 1992 command assessment reports raised concerns about the Academy's lack of a localized, consolidated, and standardized computer program for data collection. For example, the 1991 report stated that "the group responsible for data gathering spent an inordinate amount of time digging through many sources for information." The 1992 command assessment reported a similar experience:

> There is still no central repository for data at the Naval Academy. Every department derives, records, disseminates, and stores data in a different format, using incompatible computer programs so that one computer cannot communicate with another. The result is that the data required by the Command Assessment Team, being different than that

required by the Dean, the Registrar, etc., is exceedingly difficult and time consuming to generate.

We experienced many of the same difficulties in collecting Academy data to conduct our review. We began by gathering data from various Academy sources. Some data were available in the form of computer disks; other data were available only in hard copy form. Thus, to analyze the data by class, gender, race, and athlete status, we had to go through a series of steps to merge data bases.

## Conclusions

Overall, the performance of women and minorities lagged behind the performance of men and whites in most of the areas we examined. Their treatment across the various Academy performance and adjudicatory systems also revealed a number of specific instances of significant disparities for women and minorities.

The Academy has taken steps aimed at ensuring the fair treatment of women and minorities. These steps appear to be positive ones and should help to address the disparities. One of the first steps in dealing with disparities is to recognize where they exist. The recent CMEO command assessments represent major steps forward in this direction.

However, in order for the CMEO and other efforts to be most effective, more needs to be done. Specifically, the command assessment teams and our own effort encountered time-consuming difficulties in collecting the needed performance indicator and adjudicatory data due to the absence of a standardized, comprehensive data base.

In addition, because the command assessment reports presented data revealing the differences in performance and adjudicatory system outcomes without applying statistical analysis, it is difficult to know which differences are significant and which are not. Without applying criteria to these differences, the Academy does not have sufficient assurance that it is focusing its attention on the ones meriting further study.

Finally, the Academy has not yet documented the actions it plans to take in response to recommendations designed to reduce gender and racial disparities.

## Recommendations

As part of the Academy's efforts to ensure fair and equal treatment of all midshipmen and to improve efforts to monitor gender and racial disparities, we recommend that the Superintendent of the Academy

- develop a relational data base capability allowing routine analysis of key performance indicators for monitoring,
- establish criteria for assessing when disparities warrant more in-depth attention to identify causes to take corrective action, and
- prepare a plan of action and milestones document to track command assessment recommendations and corrective actions and assess their effectiveness.

## Views of Agency Officials

We discussed a draft of this report with senior officials from the Academy and cognizant officials of the Office of the Chief of Naval Operations and DOD. They suggested a number of technical clarifications, which have been incorporated in this report, and indicated that the Academy was taking actions in line with most of our recommendations. Actions included (1) establishing an Office of Institutional Research that is tasked with achieving a consolidated data base and acting as the single source of statistical data concerning the Academy and (2) reviewing the Academy's priorities, systems, processes, and traditions as part of the Academy's Total Quality Leadership program. According to these officials, the Academy plans to include information on token status and the value of support groups in its training for faculty, staff, and midshipmen. They also told us that the Academy has been working to increase the representation of women and minorities among its faculty and staff. Pursuant to the requester's wishes, however, we did not obtain official DOD or Navy comments on the report.

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 229 of 292

# Questionnaire Methodology

This appendix describes our questionnaire development process and sampling approach, the response rates, the weighting of the data, the processing of completed questionnaires, the sampling error, and other methodological issues. This report is part of a broader review of the Department of Defense service academies, which focuses on academics, military performance measurement, hazing, harassment, and the operation of academy adjudicatory systems, in addition to the treatment of women and minorities.

## Questionnaire Development

Questionnaire items were developed to address the full scope of the broader review. We pretested the questionnaire with a diverse group of midshipmen who represented different classes, genders, and races. We also have the questionnaires reviewed by (1) internal Naval Academy research personnel, (2) the research staff of the Navy's study group on the treatment of women, (3) the Defense Advisory Commission on Women in the Service, and (4) our consultants familiar with the academies.

## Sampling Methodology

To ensure that an adequate number of women and minorities would be included, we used a stratified random sample design allowing us to oversample those two groups. We used the last digit of the social security number to randomly select respondents from each strata.[1] We selected one final digit for all midshipmen and an additional final digit for women and minority males. Our goal was to produce a sample of about 10 percent of white males, 20 percent of females, and 20 percent of minority males.

## Questionnaire Response Rates and Weighting of Data

Questionnaires were administered in November and December 1990. Respondents were assured of anonymity, and attendance was not taken at the survey administration.

Completed questionnaires were received from 527 midshipmen (a response rate of about 84 percent). Since we oversampled on the female and minority subgroups, we applied weights to the responses to allow them to represent the total Academy population. Raw weights were computed by dividing the number of subgroup responses into the subgroup population.

[1]The last four digits of social security numbers are essentially a random field based on the order in which individual social security offices process the applications they receive. Selecting one final digit could be expected to yield a sample of about 10 percent.

## Sampling Error

Since we surveyed samples of midshipmen and faculty rather than the entire populations, the results were subject to some degree of uncertainty, or sampling error. Sampling errors represent the expected difference between our sample results and the results we would have obtained had we surveyed the entire population. Sampling errors are smallest when the percentage split responding to a particular question is highly skewed, such as 5 percent responding "yes" and 95 percent responding "no," and greatest when there is about a 50-50 percentage split in responses.

On the basis of the number of completed questionnaires, we estimate that our results could be generalized to the midshipman population at the 95-percent confidence level, with a maximum sampling error of plus or minus 4.1 percent.

The sampling errors for various subgroups for data cited in this report appear in table I.1. The decimal figures in the table are the sampling errors that correspond to various percentages of respondents selecting a particular response alternative. For example, if we state that 10 percent of the midshipmen responded in a given way, the table shows a sampling error of 2.7 percent corresponding to "all midshipmen" and a 10-90 percent response split. This means that we can be 95 percent confident that the percentage of midshipmen responding that way in the population would be within 10 percent, plus or minus 2.7 percent, or between 7.3 and 12.7 percent.

**Table I.1: Sampling Errors for Subgroups**

| | | | Percentage split in responses | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subgroup | Population | Sample | 05/95 | 10/90 | 15/85 | 20/80 | 25/75 | 30/70 | 35/65 | 40/60 | 45/55 | 50/50 |
| All midshipmen | 4,391 | 527 | 2.2 | 2.7 | 3.0 | 3.3 | 3.6 | 3.8 | 3.9 | 4.0 | 4.1 | 4.1 |
| Men | 3,980 | 434 | 2.4 | 3.0 | 3.3 | 3.7 | 4.0 | 4.2 | 4.4 | 4.5 | 4.5 | 4.6 |
| Women | 411 | 93 | 5.9 | 6.9 | 7.8 | 8.5 | 8.8 | 8.8 | 9.1 | 9.3 | 9.5 | 9.5 |
| Whites | 3,566 | 336 | 2.8 | 3.6 | 4.1 | 4.2 | 4.6 | 4.8 | 5.0 | 5.1 | 5.2 | 5.2 |
| Minorities | 825 | 191 | 3.7 | 4.5 | 5.2 | 5.6 | 5.7 | 6.0 | 6.2 | 6.4 | 6.5 | 6.5 |

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 231 of 292

# Analysis of Academy Data

## Type and Sources of Data

The Academy has a single computer data base of student personnel and performance information (both current and historical) that is maintained in the Division of Computer Services. This data base, the Midshipman Information System, is structured into subsets designed for specific Academy users. Security of the various subsets is maintained by limiting access codes and passwords. The users themselves are responsible for updating and maintaining the data in their subsets of the data base. There is no single document that describes the data contained in this data base.

The Midshipman Information System did not contain all of the data we needed for this review. Therefore, the Academy provided us with data extracts from several internal sources that included a unique student identifier, called the "alpha number," which allowed us to construct a master file that included the indicators and the various demographic analysis variables needed.

Some indicators (such as honor case information) were not available for all classes and all years because the Academy does not maintain such data or records beyond a certain length of time. Other kinds of information (such as Academic Board cases) were not available on any machine-readable data base. Consequently, we extracted data from hard copy records such as those maintained by the Academic Board. In addition, Academy officials created some information files specifically for us (such as athlete status indicators).

The Academy was generally able to provide data covering the classes of 1988 through 1994. We restricted our analysis to the classes of 1988 through 1991, the four classes for which we had all 4 years' (fourth class through first class) worth of data. The types of data and sources we used are shown below.

The Dean of Admissions provided statistics on the numbers of applications, qualified applicants, and admissions by gender and race/ethnicity for the classes of 1988-91.

The Physical Education Department prepared a hand tally of midshipmen who were recruited athletes or varsity athletes for the classes of 1988 through 1994 and provided this information to us on computer disk, along with the athletes' alpha numbers.

The Dean of Admissions, who serves as the Academic Board Secretary, provided hard-copy notes on Academic Board decisions. These notes

contained information (such as alpha number, academic deficiency category, cumulative grade point average, semester grade point average, military performance grade, Scholastic Aptitude Test (SAT) scores, the separate/retain decisions of the Board, and some handwritten notes) on all the students appearing before the Board for academic years 1988 through 1991. We matched this data with information from a separate data base maintained by the Registrar on cases of individuals appearing before the Board.

The Division of Computer Services provided machine-readable data extracts covering all members of the classes of 1988 through 1994 from its Brigade Roster Access System. These extracts included alpha numbers, whole man multiple (entrance predictor) scores, SAT scores (math, verbal, and combined), and semester-by-semester information on military performance grades, striper rankings, company officer rankings, cumulative and semester academic grade point averages, and order of merit rankings (academic, military, and combined).

The Performance Office conducted a search of historical, hard-copy files to develop summary information for us regarding 3-striper positions from 1983-91. This information was broken out by gender and race/ethnicity.

The Ethics Officer provided information on honor representatives, broken out by gender and race/ethnicity, that he had developed through a search of hard-copy records for academic year 1991. Data on previous years were not available since the data were not maintained prior to our request.

The Division of Computer Services provided computer disks containing all 4000, 5000, and 6000 level conduct offenses charged during academic years 1988-90. The disks contained alpha numbers, offense codes, dates of offense, dates of award of punishment, and information on punishments (demerits, tours/restrictions, loss of leave, and privileges), as well as gender and race/ethnicity information.

The Division of Computer Services provided computer disks containing all honor offense cases (coded as offense code "0" in the 6000 level conduct offenses) charged during academic years 1990 and 1991. The disks contained alpha numbers, offense codes, dates of offense, dates of disposition, and information on punishments (demerits, tours/restrictions, loss of leave or privileges, and separation), as well as gender and race/ethnicity information. We independently extracted similar information from hard-copy honor files for academic years 1990 and 1991.

The Registrar provided computer disks containing separation data for the classes of 1980 through 1994. The disks contained alpha numbers, separation codes, the semesters when the midshipmen first entered the Academy and when the midshipmen were separated, gender, and race/ethnicity. The separation codes provided information on whether the separations were considered voluntary or involuntary and whether they were due to academics, conduct, honor, aptitude, physical, death, or a combination of causes. The separation codes were assigned by Academy personnel based on their assessment of the conditions surrounding each separation. In general, the codes representing the various categories of withdrawal were not considered to be highly reliable.

The Physical Education Department, at our request, compiled and provided information from hard-copy records on the racial/ethnic composition of the swimming sub-squad class during academic year 1991.

The Academy's 1991 and 1992 Command Managed Equal Opportunity reports provided the information we cite on physical education grades for academic years 1990 and 1991.

## Assessment of Disparities

We used two principal types of tests to assess the significance of observed disparities. First, in all comparisons we determined whether the observed disparity could be plausibly interpreted as a chance event—that is, we tested for statistical significance. Second, in every case where the data were of the appropriate type, we used a rule of thumb test involving comparisons of the incidence of various outcomes in subgroups of the population.

In addition, we counted the number of times each subgroup was higher or lower on each measure for each period we examined. This provided an overall view of the degree of regularity in the direction of the observed differences.

## Tests of Statistical Significance

We used standard statistical tests to determine whether a given observed gender or racial disparity was too large to be plausibly attributable to chance.

The data we used describe actual historical results for the classes of 1988, 1989, 1990, and 1991. In this sense the data are population data and not subject to sampling error. Our interest, however, is in the question of

whether persistent features of the situation at the Academy might produce similar results in subsequent years. For this purpose, it is appropriate to treat the classes of 1988-91 as subpopulations of a larger population of results generated by the overall situation at the Academy.[1] Statistical significance tests of observed disparities provide a screen that permits us to avoid giving too much weight to small numerical differences that might reflect chance variations in the underlying, persistent process.

### Chi-Square Test

For categorical data, such as whether a midshipman was charged with an honor offense or not, we used the chi-square test to assess whether the difference between subgroup proportions was significant. We used the standard 0.05 level of significance, meaning we accepted a difference between subgroups as statistically significant if there was a 5-percent or less chance of getting a difference that large if there were no real difference between the subgroups.

### T-Test

For continuous data, such as academic grade point averages, we used the t-test to assess whether the subgroup means were substantially different. We first assessed the variances of each subgroup on each measure to determine whether or not they were approximately equal. If the variances were equal, we used the pooled-variance formula for the t-test. If the variances were unequal, we used the separate-variance formula for the t-test.[2] The standard 0.05 probability of error was used as the criteria for assessing statistical significance.

## The "Four-Fifths" Test

We adopted the "four-fifths" test as one measure of whether an observed difference between two groups is significant. This test is similar to the rule of thumb used by the four federal agencies responsible for equal employment opportunity enforcement (the Department of Justice, the Department of Labor, the Equal Employment Opportunity Commission, and the Office of Personnel Management) for determining whether differences between subgroups in the selection rates for hiring, promotion, or other employment decisions were significant.[3]

[1]For a discussion of applying statistical significance to population data, see R.E. Henkel, Tests of Significance(Beverly Hills, CA: Sage Publications, 1976), pp. 85-87; and M.J. Hagood, "The Notion of a Hypothetical Universe" in D.E. Morrison and R.E. Henkel (eds.) The Significance Test Controversy: A Reader (Chicago: Aldine Publishing Co., 1970).

[2]SPSS User's Guide (3rd ed.) (Chicago: SPSS, Inc., 1988).

[3]See the Uniform Guidelines on Employee Selection Procedures (29 C.F.R. section 1607). We recognize that title VII of the Civil Rights Act of 1964, which protects individuals against employment discrimination, does not apply to the uniformed members of the armed services. See Roper v. Department of the Army, 832 F2d 247 (2nd Cir. 1987).

Under this test, a selection rate for a subgroup that is less than four-fifths (or 80 percent) of the rate for the group with the highest selection rate is considered a substantially different rate. We recognize that others have applied the test only to selection rates for actions involving positive consequences. However, we judgmentally chose to apply the test to both selection and nonselection indicators (such as graduation rates).

We used a transformed version of this test to assess the incidence of decisions having negative consequences, such as disciplinary, honor offense, attrition, and academic failure rates. According to this version, an incidence rate for a negative consequence displays a significant disparity if it is more than 125 percent (five-fourths) of the rate for the comparison subgroup. In every comparison situation involving the incidence rates of outcomes in different subgroups, we used either the original test or its transformed version, as appropriate. For comparisons not involving incidence rates, such as grade averages or success predictor scores, our assessment of significance was based on statistical significance alone.

## Each Kind of Test Is Problematic

Each of these two kinds of tests is relatively sensitive to differences under some circumstances, while being relatively insensitive under others. The tests that we used tend to be reactive to the number of cases. For example, when few people are subject to a particular kind of action and the resulting number of cases is therefore small, relatively large subgroup differences may not reach statistical significance. As the number of cases increases, smaller differences between subgroups become significant.

The four-fifths test, since it focuses solely on the ratio of the two rates, is unaffected by the number of cases and is therefore sensitive to differences even when the number of cases is small. However, when the number of cases is large, resulting in more stable rates, the four-fifths test may provide too much latitude before a difference would be seen as significant.

Since neither type of test is wholly satisfactory, we applied both whenever possible. If we found a difference to be significant under either type of test, we considered that difference to be significant. In general, differences that were significant according to the four-fifths test were also statistically significant. Of the 63 comparisons in which both tests were applicable, only 3 revealed statistically significant disparities that were not also significant by the four-fifths test.

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 236 of 292

# Sample Conduct System Offenses by Increasing Levels of Seriousness

| Conduct offense levels | Sample offenses |
|---|---|
| 1000 | Operating sound equipment in a manner that disturbs other midshipmen or for the benefit of *midshipmen serving tours.* |
| | Failure to have door open when room is unoccupied. |
| | Failure to know required fourth class knowledge. |
| 2000 | Unauthorized use of official telephone. |
| | Submitting a required report or document late. |
| | Obscene, profane, provoking, or improper language. |
| 3000 | Absent without authority, 30 minutes or less. |
| | Overdrawing a midshipman or civilian bank account. |
| | Removing articles from buildings, rooms, or containers without permission of proper authority. |
| 4000 | Absent without authority, less than 24 hours, but more than 30 minutes. |
| | Igniting or possessing fireworks on or in the vicinity of government property. |
| | Discrediting public conduct; acts done while identifiable as a member of the U.S. Navy, which tend to reflect discredit on the Brigade of Midshipmen or the Navy in the eyes of the public. |
| 5000 | Absent without authority; intentional or due to gross negligence, less than 24 hours. |
| | Intentional failure to properly perform a duty. |
| | Disrespect or insubordination to a superior or individual in position of authority (officer, midshipman, or civilian). |
| 6000 | Absent without authority, 24 hours or more. |
| | Sexual misconduct (including but not limited to sexual acts involving the use of force or coercion, groups, homosexuality, or service-discrediting circumstances; sexual acts by a midshipman in Bancroft Hall, academic buildings, or on the grounds of the Academy). |
| | Drinking, possessing, or introducing alcohol into Bancroft Hall or aboard ship. |

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 237 of 292

# Major Contributors to This Report

## National Security and International Affairs Division, Washington, D.C.

William E. Beusse, Assistant Director
Martha J. Dey, Evaluator-in-Charge
J. Paul Newton, Evaluator
Jean-Paul Reveyoso, Evaluator
Connie D. Wilson, Evaluator

## General Government Division, Washington, D.C.

Arthur J. Kendall, Senior Math Statistician

## Norfolk Regional Office

Dudley C. Roache, Regional Management Representative
Sharon L. Reid, Evaluator

## Ordering Information

The first copy of each GAO report and testimony is free. Additional copies are $2 each. Orders should be sent to the following address, accompanied by a check or money order made out to the Superintendent of Documents, when necessary. Orders for 100 or more copies to be mailed to a single address are discounted 25 percent.

Orders by mail:

U.S. General Accounting Office
P.O. Box 6015
Gaithersburg, MD 20884-6015

or visit:

Room 1000
700 4th St. NW (corner of 4th and G Sts. NW)
U.S. General Accounting Office
Washington, DC

Orders may also be placed by calling (202) 512-6000 or by using fax number (301) 258-4066.

PRINTED ON RECYCLED PAPER

United States
General Accounting Office
Washington, D.C. 20548

Official Business
Penalty for Private Use $300

First-Class Mail
Postage & Fees Paid
GAO
Permit No. G100

# EXHIBIT X



Department of Defense

# Diversity and Inclusion Strategic Plan

2012-2017

# Table of Contents

Foreword ........ 2
A Case for Action ........ 3
Goal 1: Ensure Leadership Commitment to an Accountable and Sustained Diversity Effort ........ 5
Goal 2: Employ an Aligned Strategic Outreach Effort to Identify, Attract, and Recruit from a Broad Talent Pool Reflective of the Nation We Serve ........ 7
Goal 3: Develop, Mentor, and Retain Top Talent from Across the Total Force ........ 9
Appendix A: Acronyms and Abbreviations ........ 11
Appendix B: Glossary ........ 12
Appendix C: Alignment and Development of the DoD Diversity Effort ........ 14

**Preparation of this report/study cost the Department of Defense a total of approximately $570,000 in Fiscal Years 2012 - 2017.**
**Generated on 20120326 RefID: 1-5D36908**

# Foreword

This Department of Defense (DoD) Diversity and Inclusion Strategic Plan outlines the implementation of the President's Executive Order 13583 (EO 13583) on establishing a coordinated Government-wide initiative to promote diversity and inclusion in the Federal workforce. EO 13583 directs executive departments and agencies to develop and implement a more comprehensive, integrated, and strategic focus on diversity and inclusion as a key component of their human resource strategies. While EO 13583 was focused on civilian personnel, this Strategic Plan also addresses similar concerns for military personnel.

This document incorporates the priorities of the U.S. Office of Personnel Management's (OPM) Government-Wide Diversity and Inclusion Strategic Plan for civilian personnel plus recommendations of the final report of the congressionally-mandated Military Leadership Diversity Commission (MLDC), which conducted a comprehensive review of DoD's diversity efforts with respect to military personnel. Further, it is aligned with key foundational DoD documents including the 2011 National Military Strategy, the 2010 Quadrennial Defense Review (QDR) Report, the 2010 National Security Strategy, the 2010-2012 Personnel and Readiness Strategic Plan, and additional Federal workforce Executive Orders[1].

This plan provides an overarching construct which encourages commitment, and creates alignment across the department with the latitude for the Services and DoD agencies to incorporate diversity and inclusion initiatives unique to their organizations.

[1] Executive Orders include:

- Executive Order 13163 of July 26, 2000: Increasing the Opportunity for Individuals with Disabilities to be Employed in the Federal Government
- Executive Order 13171 of October 12, 2000: Hispanic Employment in the Federal Government
- Executive Order 13518 of November 9, 2009: Employment of Veterans in the Federal Government
- Executive Order 13548 of July 26, 2010: Increasing Federal Employment of Individuals with Disabilities
- Executive Order 13595 of December 19, 2011: Instituting a National Action Plan on Women, Peace, and Security

## A Case for Action

Diversity is a strategic imperative, critical to mission readiness and accomplishment, and a leadership requirement. As the global threat environment continues to evolve, the DoD Total Force[2] will confront complex, asymmetric operational environments, and unconventional tactics, necessitating full employment of all department assets – fore-most our people.

> *As the challenges we face require a Joint Force that is flexible, agile, and adap-tive, it emphasized people as much as platforms. It recognizes that the unique character of our Service members…is a formidable advantage.*
>
> *- 2011 National Military Strategy*

We defend the greatest nation in the world – a democracy founded on the promise of opportunity for all. It is a nation whose demographic makeup parallels the environment in which we live – continually changing -- and DoD must change to maintain and sustain its future forces. To the degree we truly represent our democracy, we are a stronger, and more relevant force. The Department views diversity as a strategic imperative. Diverse backgrounds and experiences bring inherently different outlooks and ways of thinking, the key to innovation in organizations. We gain a strategic advantage by leveraging the diversity of all members and creating an inclusive environment in which each member is valued and encouraged to provide ideas critical to innovation, optimiza-tion, and organizational mission success.

In order to support these elements, DoD expands upon the definition of diversity in DoD Directive (DoDD) 1020.02[3] and defines diversity in a deliberately broad context, enabl-ing us to fully include diversity in all the aspects that make us unique while still empha-sizing the demographics that drive the future talent pool.

> *Diversity is all the different characteristics and attributes of the DoD's Total Force, which are consistent with our core values, integral to overall readiness and mission accomplishment, and reflective of the nation we serve.*

This definition provides a framework for action allowing DoD to foster an environment of inclusion. These diverse backgrounds, experiences, and ways of thinking are essential to optimal performance within the Department's increasingly fiscally constrained envi-ronment.

As demographics change, we are in a "Battle for Talent" to ensure we are able to recruit and retain the best our nation has to offer. It is critical that DoD strive to have a Total

---

[2] For the purposes of this document, Total Force refers to the organizations, units, and individuals that comprise the DoD resources for implementing the National Security Strategy. It includes DoD Active and Reserve Component military personnel and DoD civilian personnel.

[3] DoDD 1020.02, Diversity Management and Equal Opportunity (EO) in the Department of Defense, February 5, 2009, defines diversity as "The different characteristics and attributes of individuals."

Force that not only possesses the diverse backgrounds and experiences to meet the complex challenges of the future global security environment, but that also reflects the face of the nation.

> *An all-volunteer force must represent the country it defends. We will strengthen our commitment to the values of diversity and inclusivity, and continue to treat each other with dignity and respect. We benefit immensely from the different perspectives, and linguistic and cultural skills of all Americans.*
>
> *- 2011 National Military Strategy*

The more that DoD is inclusive of diverse backgrounds, the more connected we become with the citizens we serve. As the nation's demographics continue to evolve, DoD must position itself to capitalize on the broad range of talent. In order for DoD to remain the globally dominant fighting force well into the 21st century, we must be able to reach out to these diverse communities and compete for top talent.

The demographic composition of the nation is changing, creating a more diverse talent pool for DoD military accessions and civilian hires. Due to the significant amount of time it takes to grow senior DoD leaders, it is essential that we act now to tap into that diverse talent pool. As significant numbers of the Total Force are becoming retirement eligible and the DoD faces a drawdown, we are presented with a window of opportunity to shape our future DoD leadership by ensuring access to a diverse talent pool with the skills necessary to meet future demands. Strong leadership commitment is essential to ensure DoD has a Total Force that reflects the best of the citizens it serves today and in the future.

In this battle for talent, we must focus our efforts on emerging diverse markets to successfully attract, recruit, and retain a highly-skilled workforce capable of meeting current and future readiness and mission requirements.

Valuing diversity is not simply the right thing to do. Leveraging diversity ensures we maintain the competitive advantage – an adaptable, innovative Total Force capable of meeting current and future operational demands.

This plan recognizes that proper Equal Employment Opportunity (EEO) and Military Equal Opportunity (MEO) policies are the building blocks of a successful diversity program. Therefore, it is critical that all recruitment, accessions, promotion, training, retention, and other personnel actions comply with federal EEO and MEO laws and regulations

This plan provides an overarching direction, encourages direct leadership involvement and commitment, and creates alignment allowing DoD to approach diversity and inclusion efforts in a coordinated, collaborative, and integrated manner supported by measurable outcomes. Three goals provide a framework for successful diversity and inclusion efforts:

1. **Ensure Leadership Commitment** to an Accountable and Sustained Diversity Effort
2. **Employ an Aligned Strategic Outreach Effort** to Identify, Attract, and Recruit from a Broad Talent Pool Reflective of the best of the Nation We Serve
3. **Develop, Mentor, and Retain Top Talent** from Across the Total Force

## Goal 1: Ensure Leadership Commitment to an Accountable and Sustained Diversity Effort

*Develop structures and strategies to equip leadership with the ability to manage diversity, be accountable, and engender an inclusive work environment that cultivates innovation and optimization within the Department.*

Goal 1, which presents a DoD-wide sustainment and accountability approach, aims to support and deepen the leadership support for diversity, as well as to provide top down DoD ownership of and policy guidance for the effort that is ongoing within DoD. This goal aims to accomplish:

a) A renewed ability of senior leaders to champion and define diversity program priorities
b) An enhanced capability to monitor progress and ensure that appropriate systems are in place
c) An objective assessment process for diversity progress, consistent with legal obligations
d) An authentic, consistent, visible commitment to diversity through strategic communications messaging that resonates

To that end, the objectives and associated strategic actions in this section of the Diversity and Inclusion Strategic Plan frame the involvement of Service and DoD Agency leadership as the owners of the plan itself, along with its alignment, assessment, and accountability. In order for Goal 1 to be achieved, leaders must clearly state their commitment to diversity and demonstrate their willingness to integrate diversity into every effort. The roadmap outlined for leadership will require examination and commitment from key Service and DoD Agency leaders to make it actionable, and to ensure that this overarching plan supports DoD's overall goals and objectives.

This plan also promotes the use of forums and a senior oversight body to provide advice, counsel, and awareness of diversity management best practices in DoD to help calibrate diversity management actions. DoD's structure is defined in such a way that all Services and DoD Agencies will need to work together effectively in order to ensure a successful diversity effort. Additionally, Goal 1 outlines a need for the objective assessment of the strategies outlined in this plan. An effective merit-based accountability system must be defined for diversity management maturation.

A networked force, that is linked and aligned, has the ability to expand its operational reach on diversity through effective messaging. Communications advance the diversity effort through educating and engaging key stakeholders on its mission impact. A coherent, compelling and consistent strategic communications effort, internal and external, is critical to showcase leadership commitment to the diversity and inclusion effort.

| OBJECTIVE 1.1: REINFORCE STRATEGIC DIRECTION TO MAKE LEADERSHIP ALIGNED, COMMITTED, AND ACCOUNTABLE TO DIVERSITY AND INCLUSION | |
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Develop and update policies and procedures to ensure diversity and inclusion is an institutional priority | • Leadership issues diversity policy statements, roadmaps, and/or strategic plans<br>• Resource and institute clear, consistent, and robust diversity management policies and directives that ensure decisions are merit-based<br>• Assess and modify, as necessary, DoD policies as they relate to diversity |
| 2. Establish and implement an accountability review construct | • Establish and leverage forums, including a senior level body to oversee and monitor key diversity and inclusion initiatives<br>• Identify key diversity and inclusion indicators (e.g., career fields and key assignments leading to senior ranks)<br>• Develop the comprehensive enterprise-wide capability to monitor the scope and impact of DoD diversity efforts<br>• Conduct barrier and trend analysis on key diversity indicators for military (MEO) and civilian (EEO) that provides guidance to aid leaders in making informed diversity decisions. |

| OBJECTIVE 1.2: EMPLOY COMPELLING AND CONSISTENT STRATEGIC COMMUNICATIONS | |
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Inform internal and external audiences about DoD diversity efforts in support of recruiting, development, and retention goals | • Leverage relationships with non-DoD entities and maximize the use of social media to expand the diversity message internally and externally to target markets<br>• Create, assess, and execute a diversity and inclusion strategic communications plan |

## Goal 2: Employ an Aligned Strategic Outreach Effort to Identify, Attract, and Recruit from a Broad Talent Pool Reflective of the Best of the Nation We Serve

*Position DoD to be an "employer of choice", competitive to attract and recruit top talent.*

The second goal acknowledges DoD's desire to identify, attract, and retain the most competent, qualified, and diverse workforce to support America's global defense. The changing demographics of the population demand that recruiting efforts keep pace, ensuring that DoD reflects the best of the nation it serves.

Currently, there are multiple efforts in place within DoD that focus on the acquisition and onboarding of qualified talent. Goal 2 promotes a strategic outreach approach to ensure there is a concerted merit-based effort to seek the diverse, qualified talent that will be necessary to meet the challenges of the 21st century. To support this effort, DoD must forge relationships with key stakeholders and leverage their unique capabilities to attract and recruit from emerging markets. The talent pipeline must be in place to increase and sustain senior military and civilian DoD leaders from diverse backgrounds. To ensure that the Department can fully capitalize on the nation's diverse talent, recruiting strategies must be adapted and aligned to ensure DoD penetrates all constituent markets. This effort will directly support our nation's ability to reach the goal of Total Force flexibility, agility, and competence as outlined in the national security and military plans.

| OBJECTIVE 2.1: DESIGN AND PERFORM STRATEGIC OUTREACH AND RECRUITMENT TO REACH ALL SEGMENTS OF SOCIETY | |
|---|---|
| STRATEGIC ACTIONS | INITIATIVES |
| 1. Ensure current recruitment practices are effectively reaching all segments of society | • Assess the effectiveness of current branding and recruitment practices for all demographics/ markets to ascertain actionable steps to increase access and positioning<br>• Establish a baseline for the purpose of identifying merit-based barriers and improving diversity in applicant pools by 2013<br>• Establish framework to collect, review, and analyze applicant flow data and recruiting trends to relevant civilian labor force (RCLF)[4] data and eligible applicant pool to identify gaps<br>• Expand and exercise the use of Schedule A, Veteran, and special hiring authorities as part of the strategy to recruit a diverse workforce |
| 2. Synchronize outreach and recruitment activities across DoD. Ensure that outreach and recruitment strategies are designed to | • Establish a framework to review and identify both outreach and recruitment activities<br>• Identify and integrate areas of overlap if practical<br>• Employ Special Emphasis Program (SEP) Managers to |

[4] Relevant Civilian Labor Force (RCLF): Civilian Labor Force (CLF) data that are directly comparable (or relevant) to the occupational population being considered in the Total Force. (I.e., the source from which an Agency draws or recruits applicants for employment.)

| OBJECTIVE 2.1: DESIGN AND PERFORM STRATEGIC OUTREACH AND RECRUITMENT TO REACH ALL SEGMENTS OF SOCIETY | |
|---|---|
| STRATEGIC ACTIONS | INITIATIVES |
| draw from all segments of society | work towards attracting, recruiting, and retaining a diverse workforce |
| 3. Establish/expand strategic relationships with internal and external key stakeholders at diverse colleges and universities, trade schools, apprentice programs, Science, Technology, Engineering, and Mathematics (STEM) initiative programs, and affinity organizations | • Assess and leverage relationships with DoD and non-DoD entities to enhance outreach and recruitment strategies to ensure that they effectively reach all segments of society<br>• Review and ensure that internship, fellowship, and scholarship programs have diverse pipelines to draw candidates from all segments of society<br>• Review and ensure a flow of applicants from diverse backgrounds to the Service Academies and other officer accession sources |

| OBJECTIVE 2.2: ENSURE POLICIES AND PROGRAMS SUPPORT THE EFFORTS TO IDENTIFY, ATTRACT AND RECRUIT FROM A BROAD, DIVERSE TALENT POOL | |
|---|---|
| STRATEGIC ACTIONS | INITIATIVES |
| 1. Create and assess implementation policies to support diversity strategic outreach and recruitment practices | • Review and modify policies as necessary to ensure a diverse, merit-based leadership pool for the 21st Century<br>• Leverage SEP assets to develop and inform implementation plans |

## Goal 3: Develop, Mentor, and Retain Top Talent from Across the Total Force

*Establish DoD's position as an employer of choice by creating a merit-based workforce life-cycle continuum that focuses on personal and professional development through training, education, and developing employment flexibility to retain a highly-skilled workforce.*

Goal 3 is designed to ensure the Services and DoD agencies incorporate innovative development, mentoring, and retention tools to maintain an inclusive and equitable work environment through merit-based decision-making. Ultimately, Goal 3 aims to position the Services and DoD agencies to best compete and retain the most valuable of their human resources to cultivate as future leaders.

Strong mentoring programs, both formal and informal, are critical elements that can be leveraged to provide diverse talent the tools to compete for leadership opportunities at the highest levels of DoD. Successful mentoring will ensure Service members and civilian personnel make informed career choices to reach their highest potential. The value of mentoring should be infused throughout the training continuum, beginning at the point of accession and continuing through the career. Critical mentoring skills must be fully developed in senior leaders and lessons learned shared and retained throughout the organization. This goal also works toward imparting an ingrained understanding of diversity and inclusion management to the Total Force on a long term basis.

Goal 3 also addresses the need to meet the personal and professional development goals of the Total Force to leverage retention and maintain DoD's position as an employer of choice. Retaining top talent is essential to sustaining mission readiness that is adaptable and responsive. Senior leaders must fully appreciate generational differences and champion efforts that fully employ a wide array of workplace flexibility policies to retain today's millennial generation. What worked to retain the Baby Boomer and Generation X workforce may not be as successful in retaining current and future generations. Understanding retention drivers and building policies and programs that account for those shifts, is critical as we build the senior leaders in the future force. The Services and DoD agencies have the latitude to employ the retention initiatives necessary to sustain their unique capabilities.

| OBJECTIVE 3.1: PROMOTE DIVERSITY AND INCLUSION THROUGH TRAINING, DEVELOPMENT, AND EMPLOYEE ENGAGEMENT PROGRAMS | |
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Infuse diversity and inclusion messaging throughout the on-boarding and leadership development and training continuum | • Identify and integrate diversity principles, practices, and competencies into professional development training, education, and performance management programs<br>• Develop a framework to oversee and monitor diversity and inclusion principles and practices for all professional development programs<br>• Establish and assess diversity and inclusion competencies for leadership to lead a diverse workforce |
| 2. Leverage opportunities presented by employee groups | • Support participation in employee affinity and resource groups consistent with the Joint Ethics Regulation (JER), DoD 5500.07-R |

| OBJECTIVE 3.2: PROMOTE PRACTICES THAT RETAIN TOP TALENT CAPABLE OF MEETING THE DEPARTMENT'S READINESS NEEDS FOR THE 21ST CENTURY | |
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Enhance retention initiatives to retain a broad diverse pool of top talent | • Review and assess flexible workplace programs (e.g.,. telework, wellness programs, off-ramps/on-ramps, and other work-life flexibilities)<br>• Evaluate the effectiveness of DoD's retention initiatives.<br>• Analyze workforce data and policies to ensure full access to key developmental assignment opportunities |
| 2. Promote an inclusive environment that empowers employees to perform at their maximum potential | • Ensure a framework to oversee and monitor organizational climate<br>• Ensure senior leader involvement in climate assessments<br>• Develop survey instruments or equivalents to support leaders in managing a diverse force |

| OBJECTIVE 3.3: ENSURE POLICIES AND PROGRAMS SUPPORT THE EFFORTS TO DEVELOP AND MENTOR A BROAD, DIVERSE TALENT POOL | |
|---|---|
| **STRATEGIC ACTIONS** | **INITIATIVES** |
| 1. Review training and development programs to ensure they draw from all segments of the workforce and identify barriers | • Analyze applicant pool and selection data and ensure full access to all development programs<br>• Ensure senior leader visibility to development and training selections process |
| 2. Create, implement, and assess policies to support the development, mentorship, and retention of a broad, diverse talent pool | • Review and modify policies to ensure broad access to mentoring approaches for all personnel<br>• Review existing mentorship models and assess effectiveness<br>• Create flexible mentoring models, informal and formal (e.g., one on one, mentor teams, command based, peer to peer, and social networking applications)<br>• Develop a DoD framework for mentorship |

## Appendix A: Acronyms and Abbreviations

| ACRONYM | DESCRIPTION |
|---|---|
| DCPDS | Defense Civilian Personnel Data System |
| DMDC | Defense Manpower Data Center |
| DoD | Department of Defense |
| EEO | Equal Employment Opportunity |
| EEOC | Equal Employment Opportunity Commission |
| EO | Executive Order |
| ERG | Employee Resource Group |
| MD-715 | Management Directive 715 |
| MLDC | Military Leadership Diversity Commission |
| MEO | Military Equal Opportunity |
| OPM | Office of Personnel Management |
| OSD | Office of Secretary of Defense |
| QDR | Quadrennial Defense Review |
| RCLF | Relevant Civilian Labor Force |
| SEP | Special Emphasis Program |
| STEM | Science, Technology, Engineering, and Mathematics |

## Appendix B: Glossary

Definitions in this appendix serve as reference points and provide a common lexicon for terms used within this Diversity and Inclusion Strategic Plan.

**Department of Defense (DoD) Military Equal Opportunity (MEO) Program.** The DoD-wide military program of EO that is accomplished through efforts by the DoD Components. It provides an environment in which Service members are ensured an opportunity to rise to the highest level of responsibility possible in the military profession, dependent only on merit, fitness, and capability.

**Diversity.** The different characteristics and attributes of individuals (as defined in DoDD 1020.02). This document expands this definition to: Diversity is all the different characteristics and attributes of the DoD's Total Force, which are consistent with our core values, integral to overall readiness and mission accomplishment, and reflective of the best of the Nation we serve.

**Diversity Management.** The plans made and programs undertaken to identify in the aggregate the diversity within the DoD to enhance DoD capabilities and achieve mission readiness.

**Equal Employment Opportunity (EEO).** The right of all civilian employees and applicants to work and advance on the basis of merit, ability, and potential, free from social, personal, or institutional barriers of illegal prejudice and discrimination, based on race, color, religion, sex, national origin, age, disability, genetic information,prior EEO activity, sexual orientation, or ther prohibited factors. .

**Inclusion.** Valuing integrating each individual's differences into the way an organization functions and makes decisions.

**Management Directive 715 (MD-715).** The policy guidance which the Equal Employment Opportunity Commission (EEOC) provides to Federal agencies for their use in establishing and maintaining effective programs of equal employment opportunity as required by Title VII and the Rehabilitation Act for civilian employees.

**Merit System Principles.** Pursuant to section 2301(b)(2) of title 5, United States Code, insofar as it applies to Federal civilian employees, including military personnel supervising Federal employees, all employees and applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation, race, color, religion, national origin, sex, marital status, age, handicapping condition or other prohibited factors, and with proper regard for their privacy and constitutional rights. Further clarification of merit system principles can be found in section 2301 of title 5, United States Code. Within the limitations of applicable laws, statues, and regulations, military personnel should strive to follow similar guidelines or their legal equivalent.

**Military Equal Opportunity (MEO).** The right of all military personnel to participate in and benefit from programs and activities for which they are qualified. These programs and activities shall be free from social, personal, or institutional barriers that prevent military personnel from rising to the highest level of responsibility possible.

**Military Leadership Diversity Commission (MLDC).** A congressional commission created by Public Law 110-417 Duncan HunterNational Defense Authorization Act for Fiscal Year 2009, Section 596 to conduct a comprehensive in depth evaluation and assessment of policies that provide opportunities for the promotion and advancement of minority members of the Armed Forces, including minority members who are senior officers.

**Stakeholder.** This is an inclusive term that refers to the end-users, entities providing requirements, and the people or entities benefiting from the organization's products – the Administration, U.S. Congress, DoD, the Services, Combatant Commands, Service members and their families, and DoD civilian employees and their families and volunteers.

**Strategic Communications.** Focused United States Government efforts to understand and engage key audiences to create, strengthen, or preserve conditions favorable for the advancement of United States Government interests, policies, and objectives through the use of coordinated programs, plans, themes, messages, and products synchronized with the actions of all instruments of national power.

## Appendix C: Alignment and Development of the DoD Diversity Effort

The DoD Diversity and Inclusion Strategic Plan was written to complement other recent DoD diversity publications and existing strategic plans within DoD. This plan includes themes from three key publications: *Planning for Diversity: Options and Recommendations for DoD Leaders* (RAND, November 2007), the MLDC final report, and OPM's Government-Wide Diversity and Inclusion Strategic Plan.

Successful diversity programs are consistently defined by senior leaders who strategically relate diversity activities to the mission of the organization. As such, DoD has chosen to develop a Diversity Strategic Plan that connects to: the 2011 National Military Strategy, the 2010 QDR Report, the 2010 National Security Strategy, the 2010-2012 Personnel and Readiness Strategic Plan, the 2008 National Defense Strategy, and the 2006-2010 Civilian Human Capital Strategic Plan, among other efforts. The figure below outlines this alignment and the evolution of the DoD diversity effort.




To further the diversity effort, DoD previously commissioned the RAND Corporation to assess the current state of diversity within DoD, resulting in a report, *Planning for Diversity: Options and Recommendations for DoD Leaders* (RAND, November 2007), that provides a comprehensive assessment of diversity within DoD. The report outlined the following six key recommendations:

1. Have the Secretary of Defense spearhead the strategic diversity effort.
2. Create an oversight committee with top DoD leaders from a wide range of professional/functional and personal backgrounds.
3. Adopt a vision that combines attention to traditionally protected groups with aims for creating an inclusive environment.
4. Expand strategies beyond accessions.
5. Invest in and develop rigorous metrics on all dimensions that support the strategic vision.
6. Design and apply a comprehensive accountability system.

DoD is in the process of implementing several of these recommendations. Following the RAND report, in 2009 the MLDC was created to conduct an evaluation and assessment of policies that provide opportunities for the promotion and advancement of minority members of the Armed Forces, including those who are senior officers. The commissioners heard testimony from top DoD officials, including the Chairman of the Joint Chiefs of Staff and each Service Chief, as well as from diversity experts in private

industry and academia. The MLDC produced a comprehensive list of recommendations to serve as strategies for enhancing on-going diversity efforts within DoD. The current DoD Diversity Strategic Plan incorporates many of the recommendations outlined in this congressionally-mandated report with respect to the following key MLDC recommendation areas:

- Definition of Diversity
- Outreach and Recruiting
- Branching and Assignments
- Diversity Leadership and Training
- Promotion
- Retention
- Metrics
- Implementation and Accountability

In August 2011, President Obama issued an Executive Order, "Establishing a Coordinated Government-wide Initiative to Promote Diversity and Inclusion in the Federal Workforce."[5] In response, OPM published the Government-Wide Diversity and Inclusion Strategic Plan, which includes the following three goals that align to the DoD Strategic Plan goals:

1. **Workforce Diversity**. Federal agencies shall recruit from a diverse, qualified group of potential applicants to secure a high performing workforce drawn from all segments of society.

2. **Workplace Inclusion**. Federal agencies shall cultivate a culture that encourages collaboration, flexibility, and fairness to enable individuals to contribute to their full potential and further retention.

3. **Sustainability**. Federal agencies shall develop structures and strategies to equip leaders with the ability to manage diversity, be accountable, measure results, refine approaches on the basis of such data, and en-gender a culture of inclusion.

The DoD Diversity and Inclusion Strategic Plan builds on these efforts and provides a roadmap for the implementation of DoD's diversity goals.

[5] http://www.whitehouse.gov/the-press-office/2011/08/18/executive-order-establishing-coordinated-government-wide-initiative-prom

# EXHIBIT Y

# APPLICATION INSTRUCTIONS



< BACK

## The Candidate Fitness Assessment

### Admissions Requirement

The Candidate Fitness Assessment (CFA) was developed to measure and evaluate a candidate's potential to successfully complete the physical programs at the United States Naval Academy, United States Air Force Academy, and United States Military Academy. The CFA consists of six (6) physical and motor fitness events that are designed to measure muscular strength and endurance, cardio-respiratory endurance, power, balance, and agility. When administered together as a single battery, these six events will help the Admissions Board determine if a candidate possesses the stamina and movement skills required to successfully complete the physical program and perform the duties required of commissioned officers in the uniformed services.

The six test events of the CFA are administered consecutively in less than a 40-minute time period. Candidates should attempt to do their best on all six events, keeping in mind that the events are sequenced to produce a cumulative loading effect. In other words, after completing the first five events, it is doubtful that a candidate will score his/her best on the 1-mile run. This has been considered in the development of the criterion-referenced standards, which will be used to evaluate performance in each of the six events. Candidates' raw scores will be converted to scale scores (0-100 points) based upon their performance on each event. The 100-point maximum score, by event and gender, are listed in the table below. A candidate who achieves the 100-point level on any of the first five events should not attempt further repetitions, as this will not improve his/her score.

### Maximum Performance Scores by Event and Gender:

| | B-Ball Throw | Pull-Ups | Shuttle Run | Crunches | Push-Ups | 1-Mile |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Male** | 102 | 18 | 7.8 | 95 | 75 | 5:20 |
| **Female** | 66 | 7 | 8.6 | 95 | 50 | 6:00 |

> *ADMINISTRATOR NOTE: Exam date must be submitted in the format DD-MON-YYYY with the first three letters of the month being spelled out. The attached calendar tool will fill in the entry automatically when selected.*

## Test Administration

The CFA is an important component of the admissions process at each Service Academy and is used to determine if candidates can meet the physical rigors of military life. The test must be administered properly and standardized in order to accurately reflect a student's physical and motor fitness and to be fair to all candidates. The CFA MUST be administered by a high school/prep school physical education teacher, a coach, a current JROTC instructor, an active duty commissioned officer, or the candidate's Blue and Gold Officer. The test must also be administered according to the following directions in a single 40-minute time period. At the completion of testing, the administering official will submit the test scores via an emailed electronic module. Submission of this test to the Naval Academy signifies affirmation that the test was administered to standard and that the scores accurately reflect the candidate's physical performance. Diagnostic testing is encouraged to help familiarize the candidate with the pace and stamina required to complete the entire test battery. THE OFFICIALLY REPORTED SCORES MUST ALL COME FROM A SINGLE TEST ADMINISTRATION. The following form may be printed and used for aid in recording and submitting test results.

Printable Score Sheet (_files/documents/CFA Score Sheet.pdf) (**Not to be used as a substitute for electronic submission**.)

## Test Procedures

On test day, the candidate should be encouraged to spend 20-30 minutes in active warm-up and stretching prior to beginning the test. The test battery must be completed according to the timeline below, and candidates are not permitted to warm up, rest, or practice other than during the time officially allotted. The administering official will read and be familiar with the enclosed test instructions prior to administration. The following statement must be read verbatim to the candidate prior to beginning the test:

> *"You are about to take the United States Service Academies' Candidate Fitness Assessment.*
> *This test will measure your muscular strength and endurance, cardio-respiratory endurance, and motor fitness. The results of this test will be used in the admissions process at each service academy by demonstrating your level of physical and motor fitness. Listen closely to the test instructions. You may cease work when you have scored the maximum for any individual event. Otherwise, do your best on each event. You have 40 minutes to complete the entire test. After you complete each event, the scorer will record your raw score and the time the event was tested. If at any time you cannot continue to meet the timed requirements, the test will be terminated."*

## Support Personnel



Additional personnel will be needed to facilitate the administration of certain events, in particular the basketball throw. It may also be prudent to have control and/or medical personnel on site during the test, although they are not required. At a minimum, the physical education teacher should have an emergency action plan for getting help if needed.

## Support Personnel

The administering official should prepare the test site and obtain any required equipment in advance of testing. The scorer and his/her assistants must be familiar with event instructions, and it is recommended that at least one copy of these instructions be printed for use during the test. The scorer should read aloud the instructions before each event. Scorers should have a clipboard and a writing instrument to record results and must maintain strict professional standards. Additional personnel may be used to assist with the administration of the events.

## Equipment

The following list of equipment is needed to administer the CFA:

- 1 sit-up mat
- 1 100-foot tape measure
- 2 stop watches (minutes, seconds, tenths)
- 1 regulation men's basketball
- 1 pull-up bar
- 1-mile flat running surface

Candidates should wear clothing and shoes that are appropriate for physical training such as shorts, T-shirts, socks, and running shoes (tennis/basketball shoes are not recommended). Any item that gives a candidate an unfair advantage is not permitted during the CFA. Wearing devices such as weight belts or elastic bandages may or may not provide an advantage. Such additional equipment is not authorized unless prescribed by medical personnel. The only exceptions are appropriate cold weather apparel while running outdoors.

## Test Site

From a conceptual standpoint, the CFA was designed to be administered in two adjacent venues; an indoor gymnasium and an outdoor track. The gymnasium should be of sufficient size to permit testing the basketball throw. The space needed is approximately 100 linear feet (slightly longer than a standard basketball court). The pull-up bar should be of sufficient height (approximately 8 feet) that the candidate's feet will not touch the floor at full extension. The bar diameter should be no greater than 2 inches. The administering official should prearrange the first five events prior to the start of the testing.

The 1-mile run is the last event administered in the CFA. Although it may be administered in an indoor gymnasium or stadium, time has been allotted for transit to an outdoor track. Regardless of the 1-mile run course, the running surface should be flat and free of debris. In either the indoor or outdoor facility, it is imperative that the 1-mile distance be measured accurately. In submitting the time for the run, the candidate and scorer are affirming that the 1-mile distance has been measured and is accurate.

## Testing Sequence

The test sequence will follow the order listed below. This order cannot be modified. There are no exceptions to this sequence or timing.

| Events | Test Start Time | Testing Time | Rest | Total Elapsed Time |
|---|---|---|---|---|
| Basketball Throw | 0:00 | 2 minutes | 3 minutes | 5:00 |
| Pull-Ups | 5:00 | 2 minutes | 3 minutes | 10:00 |
| Shuttle Run | 10:00 | 2 minutes | 3 minutes | 15:00 |
| Crunches | 15:00 | 2 minutes | 3 minutes | 20:00 |
| Push-Ups | 20:00 | 2 minutes | 3 minutes | 25:00 |
| 1-Mile Run | 30:00 | 10 minutes | 5 minutes* | 40:00 |

** The 5-minute rest includes the transition time to the outdoor track. If the 1-mile run cannot be started by minute 30, an alternative arrangement for a running surface must be found.*

## Testing Instructions

The following paragraphs describe the equipment, facilities, personnel, instructions, administration, timing techniques, and scorers' duties for each event.

### Kneeling Basketball Throw

This measures ability to generate shoulder girdle power and total coordination/ balance in a stationary position.

The candidate must:

- Keep his/her knees parallel to and behind the baseline and on the floor during the event.
- May use a 1-inch mat to cushion the knees.
- Execute three trials in a 2-minute time period.
- May use the non-throwing hand to steady the ball.
- Not touch the floor beyond the baseline with any part of the body until the basketball has landed.

The scorer will:

- Note the event start time (should be 0:00).
- Extend the 100-foot tape measure the length of the testing area, perpendicular to the throwing baseline.
- Mark the point of impact with a pointer/yardstick for all three trials.
- Measure the perpendicular distance from the marked point of impact to the baseline.
- Record the event score for each trial to the nearest foot.




(_files/images/Fitness/BallThrow1.JPG)

## Cadence Pull-Ups

*(Female candidates should take this exam unless unable to execute 1 cadence pull-up)*

This measures muscular strength and endurance of the shoulder, back, and arms and is an indicator of the ability to lift one's body weight in a pulling motion.

The candidate must:

- Mount the bar with a pronated grip (back of the hands facing the candidate) with arms fully extended in a static hang.
- Not swing, kick, or bicycle legs during upward movement.
- Raise the body until the jaw line is above the bar and parallel to the ground.
- Execute each repetition on cadence (command).
- Return to a fully-extended static hang position to complete each repetition.

The scorer will:

- Note the event start time (should be 5:00 elapsed).
- Before giving the "GO" command, ensure the candidate's elbows are fully extended and shoulders are relaxed in a "dead hang". If a candidate needs to use a chair to grip the bar, pull the chair away and take the time to ensure the candidate is in a straight-armed, relaxed shoulder "dead hang" before beginning. Do not allow the candidate to jump off the ground or a chair to gain momentum for the first repetition. Require a short fully-extended period before giving the "GO" command.
- On the command "GO" start the event. When the candidate's chin rises above the bar, command "DOWN". When the candidate reaches the starting position with arms fully extended, command "UP". At the end of 2 minutes, command "STOP", and record the number of correctly executed repetitions.
- May steady the candidate by extending an arm in front of him/her on each repetition.
- Monitor each repetition to determine that the candidate's chin is parallel to the ground and over the bar in the up position and that arms are fully extended in the down position.
- When a candidate reaches the maximum number of repetitions in under the 2-minute period (18 for men; 7 for women), the command "STOP" will be given.



( files/images/Fitness/Pullup.JPG)

Correct execution- chin is over but not touching the bar. Assistant may steady swing.

## Flexed-Arm Hang

*(Required for female candidates who are unable to execute 1 pull-up)*

This is an alternative measure of muscular strength and endurance. If a woman can successfully perform 1 correct cadence pull-up, it is to her advantage on the scoring scale to use the pull-up result instead of a flexed-arm hang. The scale score (0-100) for 1 cadence pull-up is higher than the highest scale score for a maximum score on the flexed-arm hang.

The candidate must:

- Stand on a chair, steps, box, or ladder or be boosted up to the bar by an assistant until her chin is above the bar.
- Mount the bar with a pronated grip (back of the hands facing the candidate) with chin parallel to the floor and above the bar.
- Step off from the platform or assistance device.
- Not swing, kick, or bicycle legs during the event.
- Maintain a flexed-arm position with chin above the bar and jaw line parallel to the ground throughout the event.

The scorer will:

- Note the event start time.
- Give the "GO" command to start the event and the stopwatch.
- Monitor body position to determine that the chin remains above the bar and the jaw line is parallel to the floor.
- Record the score in seconds.


 ( files/images/Fitness/FlexArmHang.JPG)

Stopwatch is started when arms are fully flexed and chin is leveled above bar. "GO" command is given.

## Shuttle Run

This measures the ability to move rapidly while changing directions. Indicator of anaerobic power, agility, and quickness.

The candidate must:

- Begin the test with his/her entire body behind the start/finish line.
- On the "GO" command, sprint 30 feet to the turn-around line. His/her foot and hand must simultaneously touch the floor on or beyond the turn-around line. Candidate will then sprint back to the start/finish line, touch on or beyond the start/finish line, sprinting back to the 30-foot line. Candidate touches on or beyond the turn-around line and then sprints back across the start/finish line to complete the trial. This is a total of a 40-yard shuttle run.
- Execute two trials with a 1-minute rest between trials.

The scorer will:

- Note the event start time (Should be 10:00 elapsed).
- Measure the shuttle run course of 30 feet from a baseline.
- Give the "GO" command to start the event; start stopwatch.
- Monitor the candidate to determine that he/she places hand and foot beyond the measured line on each turn.
- Record the best of the two trials in seconds/tenths of seconds.

The test is begun with the candidate's body behind the start/finish line.




(_files/images/Fitness/ShuttleRun.JPG)




(_files/images/Fitness/ShuttleRun2.JPG)

## Abdominal Crunches

This measures abdominal/core body muscular endurance.

The candidate must:

- Assume a supine (back on floor), bent-knee position (approximately 90-degree bend) on a mat with arms crossed, fingers extended, touching the top of the shoulders, with shoulder blades touching the floor/mat.
- Upon the command "GO", flex from the hip, raising the elbows so that they touch the front midpoint (or higher) of the thigh without finger tips losing contact with the top of the shoulders; extend from the hip until the shoulder blades touch the floor/mat.
- Candidates cannot rest in the down position. Resting is only permitted in the up position. Fingers must stay in contact with the top of the shoulders while resting, and candidates cannot grab their legs or touch the ground with their hands.

The scorer will:

- Note the event start time (should be 15:00 elapsed).
- Monitor the start position to determine that the candidate's shoulder blades are touching the mat, fingers are touching the shoulders, knees are bent approximately 90 degrees, and an assistant is properly holding the candidate's feet (hands only on top of each ankle or foot).
- Give the command "GO" and start a stopwatch for the 2-minute trial.
- Count one repetition each time the candidate's shoulder blades touch the floor/mat.
- Monitor body position making sure during each repetition that the buttocks stay in contact with the mat, knees are bent appropriately, hands remain in contact with the shoulders, elbows make contact with the mid-thigh, and shoulder blades touch the floor/mat.
- Verbalize "NO" for any repetition that does not meet the criteria listed above.
- Stop the test at the 2-minute mark and record the number of repetitions.


(_files/images/Fitness/crunch.jpg)

## Push-ups

This measures upper body muscular endurance.

The candidate must:

- Assume a prone (abdomen toward the ground) position supported on one knee on a 1-inch mat or a hard surface floor.
- On the command "READY POSITION", assume the front-leaning rest position (arms extended) by placing your hands where they are comfortable (Width is variable). Feet may be together or up to 12 inches apart. When viewed from the side, your body should form a straight line from your shoulders to your ankles.
- On the command "GO", begin the push-up event by bending elbows and lowering entire body as a single unit until your upper arms are at least parallel to the ground (90-degree bend). Return to the starting position by extending arms and raising entire body as a single unit until arms are fully extended.
- May rest in the up position, flexing or bowing the back as long as hands and feet remain in contact with the floor, and no other body part touches the floor. Must return to the generally straight body position before attempting another repetition.

The scorer will:

- Note the event start time.
- Give the command "GO" and start a stopwatch for a 2-minute trial.
- Monitor each repetition, making sure body remains straight, moving as a single unit, upper arm is parallel to the floor in the down position, and the arms come to full extension in the up position.
- Verbalize "NO" for any repetition that does not meet the criteria listed above.
- Stop the test at the 2-minute mark and record the number of repetitions.
- Terminate the event if the candidate lifts a hand or foot off the ground or touches the ground with any body part other than the hands or feet.



(_files/images/Fitness/Pushup Up.JPG)
Starting Position



(_files/images/Fitness/Pushup Down.JPG)
Down Position

## 1-Mile Run

This measures aerobic capacity and endurance.

The candidate must:

- Run continuously for one mile (walking is allowed although strongly discouraged).

The scorer will:

- Certify the 1-mile run distance.
- Note the start time (should be 30:00 elapsed)
- Give the command "GO" and start a stopwatch.
- Monitor the candidate to make sure that he/she does not:
  - Receive physical help during the event.
  - Leave the designated running course for any reason.
  - Receive pacing by another person.
- Stop the watch as the candidate crosses the finish line, and record the score in minutes and seconds.



(_files/images/Fitness/1mileRun.jpg)

This is the end of the Candidate Fitness Assessment. If problems are encountered during the administration of the test or in the electronic submission of scores, please contact the Office of Admissions via email (http://www.usna.edu/Admissions/Contact-Admissions-by-Email.php) or at (410) 293-1858.

# EXHIBIT Z

# Appendix A: Medical Considerations for Admissions

The Naval Academy program is physically challenging. All candidates are required to undergo a thorough medical examination because Academy graduates are commissioned in a wide variety of exciting career fields with strict medical standards. The medical examination begins during your application process. At that time, the Naval Academy Office of Admissions will upload your name to the Department of Defense Medical Examination Review Board (DoDMERB).

DoDMERB will schedule your medical examination and carefully review the reports to determine if you meet our medical standards for admission. DoDMERB will consider your medical history and information on illnesses, injuries, surgeries, familial diseases, and other factors that could affect your medical status. You may be asked to submit additional reports and/or records from healthcare providers and/or hospitals.

Approximately one month after your physical is completed you will receive (by mail) a status report of the DoDMERB findings. If your admissions record is competitive, and if you are identified to have one or more disqualifying condition(s) for which a waiver might be possible, USNA begins the waiver process. The waiver process involves an in-depth review of your medical history. Consequently, you may be asked to provide amplifying information on the condition(s) or undergo evaluation by a medical specialist. A waiver of the medical standard may be granted if your medical condition will not prevent you from successfully completing your four years at the Naval Academy and being commissioned in either the U.S. Navy or U.S. Marine Corps to fulfill your five year service commitment.

If you wear glasses or contact lenses, take them with you to your DoDMERB eye examination. If you wear soft contact lenses, do not use them during the three days preceding your examination. Do not use hard or gas permeable lenses for 21 days before your examination. If you are undergoing orthokeratology or other forms of corneal refractive treatment, do not use your rigid lenses for 90 days.

Major medical considerations are summarized here so that you and your healthcare providers can anticipate if you meet the basic requirements for admission to the Academy. This is not meant to be a comprehensive listing of all disqualifying conditions; it is a brief and general summary for your convenience..

**Eyes and Vision Disqualifications**

Below is a listing of those eye and vision disqualifications that are the most prevalent. This listing, while comprehensive, does not contain all possible disqualifications for eyes and vision.

- Vision not correctable to 20/20 in both eyes is disqualifying. Refractive error exceeding + or – 8.00 diopters and astigmatism exceeding 3.00 diopters is disqualifying.
- Substandard color vision is disqualifying. Color vision is retested on Induction Day.
- Many chronic eye diseases/conditions such as keratoconus, glaucoma, optic atrophy, uveitis and retinal degenerations are disqualifying.
- Procedures to change the refraction (Corneal Refractive Surgery) performed with the excimer laser, including but not limited to photorefractive keratectomy, laser epithelial keratomileusis, and laser-assisted in situ keratomileusis are disqualifying if any of the following conditions are met: the pre-surgical refractive error in either eye exceeded a spherical equivalent of +8.00 or -8.00 diopters, pre-surgical astigmatism exceeded 3.00 diopters, at least six-month recovery period has not occurred between last refractive surgery or augmenting procedure and accession medical exam, there have been complications and/or medications or ophthalmologic solutions required and post-surgical refraction in each eye is not stable. Additionally, history of any incisional corneal surgery, including but not limited to partial or full thickness corneal transplant, radial keratotomy, astigmatic keratotomy, or corneal transplants are disqualifying.

**Height and Weight Standards**

The minimum qualifying height is 58 inches for all candidates, and the maximum qualifying height for all candidates is 80 inches. Waivers may be granted to a limited number of exceptional candidates whose height exceeds this standard.

The minimum qualifying weight (by height) standards are listed in the table. Because of substantial variation in candidates' body composition, we apply an estimated body fat percentage when a candidate's weight exceeds the maximum listed. If you do not fall within these standards, we will ask you to provide several measurements with clear instructions so you may ask your gym teacher (perhaps when you take your Candidate Fitness Assessment), a coach, or school nurse to provide the information.

In such cases, the qualifying standard is the body fat percentage: no more than 25 percent for men and 35 percent for women, as determined by our protocol. If your weight is at least the minimum and not more than the maximum shown for your height on the preceding table, you will not be asked to provide measurements for the body fat estimate.

| **HEIGHT AND WEIGHT STANDARDS** | | | | |
|---|---|---|---|---|
| Height (inches) | **Men** | | **Women** | |
| | MIN | MAX* | MIN | MAX* |
| 58 | 91 | 131 | 91 | 131 |
| 59 | 94 | 136 | 94 | 136 |
| 60 | 97 | 141 | 97 | 141 |
| 61 | 100 | 145 | 100 | 145 |
| 62 | 104 | 150 | 104 | 149 |
| 63 | 107 | 155 | 107 | 152 |
| 64 | 110 | 160 | 110 | 156 |
| 65 | 114 | 165 | 114 | 160 |
| 66 | 117 | 170 | 117 | 163 |
| 67 | 121 | 175 | 121 | 167 |
| 68 | 125 | 181 | 125 | 170 |
| 69 | 128 | 186 | 128 | 174 |
| 70 | 132 | 191 | 132 | 177 |
| 71 | 136 | 196 | 136 | 181 |
| 72 | 140 | 201 | 140 | 185 |
| 73 | 144 | 206 | 144 | 189 |
| 74 | 148 | 211 | 148 | 194 |
| 75 | 152 | 216 | 152 | 200 |
| 76 | 156 | 221 | 156 | 205 |
| 77 | 160 | 226 | 160 | 211 |
| 78 | 164 | 231 | 164 | 216 |
| 79 | 168 | 236 | 168 | 222 |
| 80 | 173 | 241 | 173 | 227 |

*If your weight exceeds that shown for your height, you will be asked to provide measurements from which the Office of Admissions will estimate body fat percentage.

Obesity will not be waived. If you exceed the body fat percentage standard on Induction Day, you may be denied admission to enter the Academy.

### Heart and Vascular System

Among the disqualifying conditions are: uncorrected septal defect; congenital, rheumatic, or other abnormality of the heart valves or major vessels; abnormal heart rate or rhythm; blood pressure predominantly in the range of 140/90 or greater; severe or symptomatic varicose veins; and mitral valve prolapse which has either caused symptoms or been associated with rhythm disturbance or regurgitation.

### Ears and Hearing

Both ears must be free of tympanic membrane perforation and acute and chronic disease. The average of the hearing loss at 500, 1000 and 2000 Hz in either ear may not exceed 30 decibels (ISO), and the loss at any one of these three frequencies may not exceed 35 decibels. The maximum acceptable loss in either ear at 3000 Hz is 45 decibels and at 4000 Hz, 55 decibels.

### Respiratory System

A history of asthma, recurrent asthmatic bronchitis, exercise-induced bronchospasm, or reactive airways disease by any other name is disqualifying. Symptomatic nasal polyps, severe hay fever, and tuberculosis (if active within two years) will also result in disqualification. Nasal septal deviation, hypertrophic rhinitis, and other conditions that cause significant reduction of flow through either airway or which interfere with drainage of a sinus are disqualifying. Allergy immunotherapy is disqualifying if received within the 12 months preceding the examination.

### Musculoskeletal System

Un-united fractures, history of surgery to a major joint within six months, history of derangement of any major joint not corrected by surgery or evidence of instability subsequent to surgery, history of anterior or posterior cruciate ligament injury, retained orthopaedic devices, arthritis, severe scoliosis, symptomatic structural abnormalities of the spinal column, and herniated nucleus pulposus or history of spinal surgery for this or any other condition are disqualifying.

### Genitourinary System

Persistence of protein (except documented benign orthostatic proteinuria), sugar, or red or white blood cells in the urine is disqualifying, as are a history of recurrent or bilateral kidney stones. Severe congenital or developmental anomalies, hormonal disorders, neoplastic conditions, persistent or recurrent infections, and certain complications of infections are cause for rejection. An undescended testicle is disqualifying, as are pregnancy, endometriosis, and severe dysmenorrhea.

### Gastrointestinal System

History of peptic ulcer, gastroesophageal reflux disease (GERD), gallbladder disease, regional enteritis (Crohn's Disease), ulcerative colitis, or any other inflammatory bowel disease is disqualifying.

### Neuropsychiatric Disorders

Seizure disorders (but not uncomplicated febrile seizures in childhood), degenerative conditions, traumatic brain injuries, recurrent or severe headaches, and severe motion sickness susceptibility are disqualifying. History of psychosis or affective illness, personality disorder or immaturity, stammering, stuttering, eating disorders such as bulimia and anorexia, and bedwetting or sleepwalking persisting into adolescence also are disqualifying. Academic skills defects, such as learning disabilities or Attention Deficit Hyperactivity Disorder are not disqualifying if academic success can be demonstrated without the use of classroom accommodations, and no medication has been used in the past 12 months, with good grades.

**Skin**

Chronic diseases such as psoriasis, atopic dermatitis, and eczema are disqualifying. Severe acne is disqualifying until successfully treated. If a course of Accutane is undertaken, this should be completed, with documentation of a favorable outcome six weeks prior to Induction Day. Pilonidal cyst, if evidenced by a discharging mass, is disqualifying until repaired successfully.

**Tattoos and Body Alterations**

The Naval Academy strongly supports the U.S. Navy Policy prohibiting body alterations that are prejudicial to good order, discipline and morale or are of a nature to bring discredit upon the naval service. Body alternations that are excessive, obscene, sexually explicit or advocate or symbolize sex, gender, racial, religious, ethnic or national origin discrimination, as well as any body alternation that advocates or symbolizes gang affiliation, supremacist or extremist groups, or drug use are prohibited. Any body alteration that is visible in uniform clothing is prohibited, with the exception of a single non-elongated perforation of each earlobe for females. The use of gold, platinum, or other veneers or caps for the purposes of dental ornamentation are prohibited.

Pre-existing body alterations must adhere to the above stated Navy policy. Candidates accepting an offer of appointment will be asked to state whether any of the above conditions are present. All candidates so identified will undergo independent review by the Body Alteration Review Board (BARB). Candidates with any body alternation which does not conform to our policy may be granted a waiver or be issued an order to remove or correct the body alteration at the individual's own expense. Failure to comply may result in denied admission or disenrollment from the Naval Academy.

**Other Disqualifying Conditions**

Some other disqualifying conditions include:

- Unrepaired abdominal wall hernia
- Removal of the spleen for most reasons except trauma
- Anemia
- Abnormal bleeding states
- Diabetes mellitus
- Thyroid disorders
- Sickle cell disease (sickle cell trait and glucose-6-phosphate dehydrogenase deficiency are not disqualifying)
- Any active communicable infection
- Hepatitis B carrier state
- Generalized reaction to stinging insect venom
- Family history of malignant hyperthermia
- Allergy to common foods requiring special dietary considerations
- A history of drug abuse, alcohol abuse, or alcohol dependence
- Exposure to the virus associated with AIDS (Acquired Immune Deficiency Syndrome).

A blood test for the presence of AIDS virus (HIV) antibodies, an alcohol breath test, and a urine test for drugs and pregnancy are performed on Induction Day at the Naval Academy; a confirmed positive result in any of these will lead to disqualification without possibility of a waiver.

**Dental Standards**

Except for minor or questionable areas, you should have all required dental treatment completed before your medical examination. Dental conditions that are disqualifying for admission to the Naval Academy include but are not limited to:

- Active caries (cavities) into the dentin that are not restored with serviceable restorations
- Unsatisfactory restorations, bridges, dentures, or implants
- Missing teeth causing reduced chewing or biting efficiency. These can be replaced by well-designed bridges, partial dentures, or implants in good condition.
- Current orthodontic appliances for continued treatment are disqualifying. However, if you are undergoing active orthodontic treatment that will not be completed prior to your entry into the Naval Academy, you will be considered for a waiver. Retainer appliances are permissible, provided that active orthodontic treatment has been satisfactorily completed. In the event orthodontic treatment that was to be completed before I-Day cannot be completed, Admissions Medical must be notified immediately for consideration of a waiver. All waivers will be considered on a case-by-case basis with discussion between your orthodontist and USNA Dental Clinic orthodontist. In general, if the orthodontic appliances are compatible for continued treatment at the USNA Dental Clinic, a waiver will be granted.
- Infections or chronic diseases of the soft tissue of the oral cavity
- Necrotic (non-vital) or infected dental pulp or incomplete root canal therapy
- Marked malocclusion that requires early or prolonged treatment, involves tissue impingement on either facial or lingual/palatal gingiva, or in some other way jeopardizes dental health
- Severe or extensive apical or periodontal infection
- Perforations from the oral cavity into the sinus cavity or maxillary sinus
- Tumors or cysts of the oral tissues that can be expected to require treatment in the foreseeable future.

**Concluding Comments**

As you will realize from the foregoing summary, the physical examination for admission to the Naval Academy is comprehensive, and the medical/dental standards are specific and strict. This is necessary because our goal is for every midshipman to be able to anticipate unrestricted opportunities for commissioned service after graduation. For most candidates, the physical examination process will require no more than a single visit to the office of a physician and an optometrist. For others, questions will arise that may necessitate a variety of additional evaluations.

We know that the medical review process can be time-consuming, but hope you will understand the need for our attention to detail. Questionable issues resolve favorably for the majority of candidates, and waiver of the standard is often possible when a review of the medical documentation regarding a candidate's disqualifying condition(s) supports the expectation of unrestricted service. Staff members at DoDMERB and in the Admissions Office will assist in every way possible.

# EXHIBIT aa

MENU

The Day

Military

Tuesday, December 06, 2022

# Ethnicity, gender now factors in CGA admissions



NJROTC cadets from New London High School, from left Kyle Russell, Maria Abreu, Jorge Rodriguez and Hayley Smith, wave to their families from the stern of the barque Eagle at the end of its summer training cruise.

January 22, 2011 11:00 pm

By **By JENNIFER McDERMOTT Day Staff Writer**

**New London** - First came the Coast Guard Authorization Act, which Congress approved last fall.

This gave the Coast Guard Academy - for the first time - the leeway to consider an applicant's sex, race, color and religious beliefs as it shapes the makeup of its classes. The act struck down the provision in the U.S. Code of Federal Regulations that prohibited the academy from considering those characteristics of an applicant.

But the act is just the beginning.

"The thing that is going to change the diversity at the academy is us getting off our butts and going out into areas where we haven't recruited before," Coast Guard Commandant Adm. Robert J. Papp Jr. asserted in a recent interview.

"We acknowledge that a lot of people don't know about the Coast Guard. What are we doing about it?" Papp demanded. "We need to let them know about the opportunities, let them know they can have challenging careers and get their education paid for, and I think people will come."

Maria Abreu may be just the type of student Papp is talking about.

The tennis standout at New London High School gets good grades and participates in the Navy Junior Reserve Officers Training Corps unit.

She is also a first-generation American of Dominican ancestry and a woman, both of which make her a minority among applicants to



But, the heads of the academy acknowledge, after the change in the law, the next step is just as important.

The academy needs more high-performing applicants from underrepresented minorities, said Rear Adm. J. Scott Burhoe, the school's superintendent.

"You want the number to be really high so that you can select the very best, and have more underrepresented minorities, or more women, or more men, more anything, to choose from," Burhoe said.

Women have excelled

The percentage of minority cadets in each academy class has traditionally hovered around 16 percent even though more than one third of the U.S. population belongs to a minority group. Women, who were first admitted to the academy in 1976, typically make up about 30 percent of each class.

In recent years, at least, the academy has been able to attract women applicants.

Capt. Stephan Finton, the academy's director of admissions, said women have wanted to come to the academy because of its inclusive culture, small school environment, nationally ranked sports teams and the opportunity to serve in all of the Coast Guard's mission areas after graduation.

"Every graduate is guaranteed a job, and every job is available to both genders," he said, adding that women excelled and the word spread, creating even more of an interest in the school among women. He expects the same thing to happen, over time, with minority students.

Last year the academy stepped up its efforts to recruit in cities, to host educators and minority students on campus and to advertise in outlets where it lacked a presence before. It now advertises on Black Entertainment Television, for example.

The Coast Guard doubled the academy's budget for admissions, previously about $1.4 million, so the school could do more diversity and outreach recruiting.

For the class of 2014 - the current freshmen or fourth-class cadets - the percentage of underrepresented minority students climbed to 24 percent. The outreach efforts continue this year, and Papp said he "fully expects" to see a more diverse student population at the academy.

Feb. 1 is the application deadline for the class of 2015. Abreu has applied, and she hopes the changes accomplished by the Coast Guard Authorization Act will help her chances. Last year 2,200 students applied, and 400 were accepted to fill 290 spots.

"I won't get my hopes up about it too much because in the end, they can't just choose someone because of their ethnicity," said Abreu, who is 18. "They have to look at the whole package."

The quality of the minority students who are applying is "phenomenal," said Antonio Farias, the academy's director of diversity affairs.

"What we're really trying to debunk is this myth that diversity means 'less than,' that we've somehow lowered the standards, and that these cadets are not as qualified," he said. "They're hyper-qualified. We know the talent pool is there, and anyone who would think otherwise, I would question their point of view."

The academy looks for well-educated, physically fit students who have demonstrated leadership in their high schools and communities. The sorting of applications eventually gets to a point where all the remaining students are qualified, but the number of places is limited.

At that point, Burhoe said, it would be appropriate to consider the composition of the class in making decisions.

The U.S. Supreme Court ruled in 2003 that race can be used in university admission decisions, but limited how much of a factor it could play. Selective universities looking to diversify could consider race, but the Coast Guard Academy never could.

Qualified students of all races have been turned down in past years because of the small class sizes. At the same time, members of Congress were trying to bring the academy's admissions process in line with the other service academies to increase diversity.

The other military service academies admit students by congressional nomination, while the Coast Guard Academy has traditionally admitted students on the basis of academic merit, like civilian colleges and universities.

"The criticism of the academy's lack of diversity has been strong over the last four years," said U.S. Rep. Joe Courtney, D-2nd District,

MENU

Eliminating the language in the U.S. Code, Courtney said, was the middle-ground solution that the Coast Guard preferred. Courtney said the academy has everything it needs, legally speaking, to diversify the student body.

The academy will get its first female superintendent when Rear Adm. Sandra L. Stosz takes over this summer.

"At the end of the day, it really takes leadership and execution to make it work," Courtney said. "Everything I've heard about the new superintendent suggests that will be there. Clearly the ball is in their court."

Based on the applications the academy has received so far, Finton, the admissions director, said the class that arrives at the school June 27 will be even "more talented and more diverse." The class of 2014 is 31 percent female, and Finton expects even more women in the class of 2015.

At New London High School, more than 75 percent of the student body belongs to minority groups. Hispanics make up 40 percent. Abreu has met many different people there with varied world views.

She hopes her college experience will be similar. "If one person is confined to a certain race their entire life," she said, "they will be very ignorant of the world, how it works and the people in it."

Comment threads are monitored for 48 hours after publication and then closed.


## STORIES THAT MAY INTEREST YOU




### UPDATED: Niantic Cinema closes permanently

East Lyme — Niantic Cinema is closing permanently. The theater, located on Main Street in Niantic, shut its doors in September, citing a lack of quality films. The plan was to reopen in mid-December, ...



### Schooner Coronet makes its way to Mystic Seaport

Mystic — Visitors watch as the schooner yacht Coronet makes it's way to the Mystic Seaport Museum Monday, December 5, 2022. The 131-foot schooner was built for oil tycoon Rufus T. Bush in 1885. It i...



### Learning the history of Christmas at the Leffingwell House

Norwich — It was either a jolly good time or a silent night at the Leffingwell House Musuem on Sunday afternoon, depending on which room you happened to be in. Sunday was the museum's annual "Christ...



### 'Putting together the pieces': Archaeologists survey site prior to bridge work in Old Lyme

Old Lyme – A plan to move Route 156 about 60 feet to the north as part of a bridge replacement on the East Lyme border means moving history, too. The proposed project, first floated in the spring of 2...

## LATEST NEWS

### Shortages of staff and equipment continue to plague schools, new data shows

**Farmington school board reverses unpopular decision on Jewish holidays, agrees to consider Diwali again**

MENU

**Actress Kirstie Alley dies at 71 of cancer that was 'only recently discovered'**

**Musk, DeSantis among finalists for Time's 2022 Person of the Year**

## TRENDING

1 Rhode Island woman killed in Stonington highway crash

2 East Lyme man charged with stabbing during domestic incident

3 UPDATED: Niantic Cinema closes permanently

4 Amish furniture store opens in Olde Mistick Village

5 Westbrook woman accused of $1 million theft surrenders

## PODCASTS

**The story of the Sea Surveyor**




**'We're back where we were' prior to Roe v. Wade**

**Sound On The Sound: How one New London artist celebrates culture and identity through music**

**Sound On The Sound: The philanthropic power of music**

**Sound On The Sound: Musicians test the waters in the New London restaurant scene**

Back To Top

**About The Day**

**The Day Publishing Company**

47 Eugene O'Neill Drive

P.O. Box 1231

**Quick Links**

E-Paper Contests Horoscopes Puzzles TV Calendar Milestones Newsletters

**Advertising**

About Our Ads Advertise Place A Classified Ad Contacts

New London, CT 06320-1231 USA

Find New London Area Jobs Business Directory

MENU

FAQs Jobs at The Day Contact Us

**Connect With Us**

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.

# EXHIBIT bb

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 282 of 292

Diverse
ISSUES IN HIGHER EDUCATION

ADVERTISEMENT

**DEMOGRAPHICS | AFRICAN-AMERICAN**

# Coast Guard Cadet Diversity Surges With Minority Wave

**By** — Jennifer McDermott, The Day of New London, cmaadmin (EDU)

Jul 5, 2010

NEW LONDON, Conn. – New recruits at the U.S. Coast Guard Academy are supposed to look straight ahead, but Rasheed Breland was able to glance at his classmates long enough to realize that many besides him were minorities.

Swabs from racial and ethnic minority groups make up 24 percent of the U.S. Coast Guard Academy's Class of 2014—the second highest percentage in the school's history, surpassed only by one class that was a percentage point higher.

The academy has been criticized for its lack of racial and ethnic diversity, with some in Congress attempting to bring the admissions process in line with the other service academies to increase diversity.

Monday, June 28, was the first day of swab summer, an intense, seven-week training program designed to transform civilian students into military recruits and to prepare them for the academic year. Of the 290 who reported that day, 36 were Hispanic, 15 Black, 13 Asian, five Pacific Islander, and one Native American. Six international students are also attending.

About 2,200 high school students applied for the Class of 2014. Fewer than 400 were accepted.

The other service academies admit students by congressional nomination, while the Coast Guard Academy has traditionally admitted students on the basis of academic merit, much like civilian colleges and universities.

Breland, whose father retired from the Coast Guard as a chief petty officer, spent a year at a preparatory school so he could get into the academy. He was also one of 18 students who attended a pre-orientation program for minority and international students, offered for the first time this year at the academy. They arrived at the school on Friday, days before the other swabs, to get to know each other, meet the faculty and staff, and learn about the support services offered on campus.

Breland, 19, of Hampton, Va., said the academy's efforts will enhance his experience there.

"There's more diversity instead of all the same race at the academy," he said. "It will get more culture into the academy."

The percentage of minorities in each class has traditionally hovered around 15 percent. The school has fared better with women, who typically make up about 30 percent of each class. The incoming class of 2014 is 31 percent female.

The Coast Guard commandant and academy officials acknowledge that the student body needs to be more diverse, but they have argued that changing the

school's admissions process is not the way to do it.

Instead, the academy is spending more to advertise, recruit and host educators and minority students on campus. The academy is also sending more students to preparatory school to meet the academy's requirements.

Rear Admiral J. Scott Burhoe, academy superintendent, wants minorities to comprise between 25 and 30 percent of the student body by 2015.

The Class of 2014, Burhoe said, is the beginning of the corps of cadets being "reflective of the nation we serve." He said the academy will become a "better institution" as the number of minorities increases.

Most of the new swabs, however, were not focused Monday on the changes going on at the academy; they just wanted to make it through the day.

Senior cadets yelled at the swabs and ordered them around from the moment they stepped off the bus that morning in front of their new home, Chase Hall.

"Let's go! Let's go!" Evin Moses, a second-class cadet, yelled. "Wipe that smile off your face!"

Once inside, the 37 members of Foxtrot Company were told to change into blue Coast Guard shorts and a gray academy T-shirt.

Moses and the rest of the cadets in charge of the training kicked the closed doors. "Why are you taking so long?" screamed Nicholas Cosenza, a second-class cadet, his face turning red from yelling so loudly. "I take a lot of pride in Foxtrot, and the standard is perfection!"

J. Matthew Hurtt, of Old Lyme, introduced himself.

"My name is 2nd Class Hurtt, like the pain you're going to feel in the next seven weeks," he said.

The group learned how to "sound off," with the first person in line calling out "01" up to the last, "37." One mistake meant they had to start over. They learned the formal way to greet cadets and officers, and they were expected to remember their leaders' names immediately.

Swabs were hustled around the academy to fill out paperwork, pick up uniforms, get haircuts and practice marching. Parents wandered around the grounds, hoping to get a glimpse of their children and the new life they will lead.

Hurtt said the day is a "wake-up call" for the swabs.

"They have chosen a path that requires them to be a more developed person at an earlier age, and they have to understand the ramifications of that action," he said.

By the end of the day, the hours of in-your-face tactics began to take a toll on the newest members of the academy.

"It's been an interesting experience," said Marie Navetta, 17, of Montville, one of nine swabs from Connecticut. "I'm a little nervous. I hope I can handle it. I've just got to take it day by day."

"It's only going to get better," said Carlos Quintero, 19, of Philadelphia.

Kevin La Mothe, 18, of Victorville, Calif., added, "They put you right in the fire, but we're all going to succeed together."

Brandy Lowary, 18, of Danville, Iowa, said it was a "great honor" to be accepted into the academy.

As Monday ended, only one female swab had opted to leave the program, not joining the other 289 new arrivals in taking the oath that is part of the process.

But Breland called his first day "outstanding," marching onto Washington Parade Field with the rest of the Class of 2014, raising his right hand and swearing that same oath—to protect and defend the Constitution of the United States.

**READ NEXT**

**AFRICAN-AMERICAN**

**Pulse of Black America Poll Paints a Nuanced but Concerning Picture**

JUNE 16, 2022

ADVERTISEMENT

## RELATED STORIES

**AFRICAN-AMERICAN**

**Pulse of Black America Poll Paints a Nuanced but Concerning Picture**

**AFRICAN-AMERICAN**

**Two Years After the Murder of George Floyd, Colleges Reflect**

**AFRICAN-AMERICAN**

**Northwestern University African American Studies Faculty Vote to Rename Department to Black Studies**

**AFRICAN-AMERICAN**

Case 1:23-cv-02699-RDB Document 9-7 Filed 10/06/23 Page 287 of 292

**Veteran Education Administrator Dead at 67**

FIND A JOB POST A JOB

## Featured Jobs

**Counseling Center Psychologist or Social Worker**
University of Michigan

**Dean, College of the Arts**
Columbus State University

**Assoc. Vice Provost- Health & Wellness**
Indiana University

**Adult Health Faculty, School of Nursing (IHP)**
MGH Institute of Health Professions

**Director Eastern Sierra College Center (11month/40hr)**
Kern Community College

**Assistant to the Vice President, Development and Alumni Relations**
University of Delaware

## Premium Employers

## PODCASTS

LATEST EPISODE

### Becoming a True Ally with Nathan Nguyen, Director of LGBT Student Services at Western Michigan University

**MORE EPISODES »**

Apple Podcasts | Google Podcasts | RadioPublic | Spotify | Stitcher

## The trusted source for all job seekers

We have an extensive variety of listings for both academic and non-academic positions at postsecondary institutions.

FIND JOBS

ADVERTISEMENT

## *Diverse* Daily and Weekly Recap e-Newsletters

Keeping you abreast of late-breaking news and insights.

Email

example@gmail.com

SIGN UP

**Topics**

Students

Faculty & Staff

Leadership & Policy

Sports

Demographics

Institutions

Shop

**Resources**

Podcasts

Blog

Views

*Diverse* Talk Live! Webcasts

Community Colleges

Health

Jobs

Military

Keep it Real

## Awards & Honors

- Arthur Ashe
- Diverse Champions
- DOIT
- Dr. John Hope Franklin Award
- Emerging Scholars
- Graduate Scholars
- Most Promising Places to Work: Community Colleges
- Most Promising Places to Work: Student Affairs
- Top 100

## About

- Advertise
- Press Releases
- About Us
- Contact Us
- Subscribe

## Follow Diverse: Issues In Higher Education

Privacy Policy | Site Map

© 2022 Cox Matthews and Associates, Inc. All rights reserved.

# EXHIBIT cc

INTERNET ARCHIVE WaybackMachine http://www.usma.edu/news/SitePages/Class%20of%202016%20to%20Enter%20West%20Point.aspx Go
18 captures
7 Jul 2012 – 5 Jun 2018
JUN JUL SEP
07
2011 2012 2013
About this capture


# West Point®

The United States Military Academy

Public Affairs



Home
Media
Releases
Stories
Fact Sheets
Social Media
Pointer View
Archives
Event Calendar

## NEWS RELEASE

FOR IMMEDIATE RELEASE RELEASE NO. 11-12

CLASS OF 2016 TO ENTER WEST POINT – June 28, 2012

WEST POINT, N.Y. – Approximately 1,150 cadet candidates, including more than 322 minorities, 15 international cadets and 35 combat veterans will report to West Point July 2, Reception Day, for the West Point Class of 2016.

The incoming class was selected from a pool of more than 15,000 applicants. There are 190 women, who comprise 16 percent of the class. Minority enrollment, roughly 27 percent, includes 105 African-Americans, 87 Asian-Americans; 115 Hispanic Americans and 15 Native Americans.

“I’ve never been more impressed than I am with the caliber of student entering West Point with the Class of 2016,” said Col. Deborah McDonald, Director of Admissions. “Their overall performance in academics, leadership and athletics is exceptional and provides the foundation for successful completion of the challenging West Point experience.

“These young patriots are coming here to devote themselves to becoming guardians of ‘Duty, Honor, Country’ – the West Point motto – and our United States Constitution. They represent our nation’s promise for the future,” McDonald continued.

The Class of 2016 includes cadets from every state in the nation and 15 international cadets entering the class under the sponsorship of their respective countries. The countries represented include Afghanistan (2), Bulgaria, Gabon, Guyana, Haiti, Kazakhstan (2), Malaysia, Mongolia, Philippines, Qatar, Saudi Arabia, South Korea, and Thailand. Upon graduation, these cadets will return to their respective countries as officers in their armed forces.

During Reception Day, the new cadets begin the process of becoming West Point cadets and future U.S. Army officers. They undergo administrative processing, are fitted with their initial issue of military clothing, receive haircuts, medical and physical evaluations, and begin their first lessons in marching, military courtesy and discipline. As their first day ends, the Class of 2016 will stand before many of their parents and friends on the Plain to take the Oath of Allegiance from the U.S. Military Academy Commandant of Cadets Brig. Gen. Theodore D. Martin.

New cadets will complete six weeks of Cadet Basic Training, learning the basic skills of the Soldier. They will participate in rigorous physical training, small-unit tactical training, and rifle marksmanship, as well as learning to respond quickly and accurately to their commanders under conditions of mental and physical stress. At the end of this initial training period, new cadets will be formally accepted into the Corps of Cadets. The Acceptance Day Parade for the Class of 2016 is scheduled for Saturday, Aug. 18, at 10 a.m.

-30-

U.S. ARMY®

iWATCH ARMY | READY WEST POINT | iSALUTE | FVAP.GOV

External Links Disclaimer - The appearance of hyperlinks to external sites does not constitute endorsement by West Point or the Department of the U.S. Army of the linked web site or the information, products or services contained therein. For other than authorized activities such as military exchanges and Morale, Welfare and Recreation sites, West Point and the Department of the U.S. Army does not exercise any editorial control over the information you may find at these locations. Such links are provided consistent with the stated purpose of this Department of the Army web site.

Only questions or comments regarding the technical aspects of the Web site should be sent to the web master. If you are reporting a broken link, please help us by identifying the page or Web site where you found the link or web address.

Please click here to send an email to the West Point web team.