UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>       *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>       *Defendants*. | Case No. 1:23-cv-02699 |

## NOTICE OF APPEARANCE

Please take notice that Joshua E. Gardner, Special Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants.

Dated: October 16, 2023

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                /s/ Joshua E. Gardner
                JOSHUA E. GARDNER
                 (FL Bar No. 302820)
                Special Counsel
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street NW
                Washington, DC 20005
                Phone: (202) 305-7583
                Email: Joshua.E.Gardner@usdoj.gov

                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: October 16, 2023     /s/  Joshua E. Gardner

JOSHUA E. GARDNER
  (FL Bar No. 302820)
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-7583
Email: Joshua.E.Gardner@usdoj.gov

*Attorney for Defendants*