UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                      *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>                      *Defendants*. | Case No. 1:23-cv-02699<br><br>**JOINT MOTION FOR BRIEFING SCHEDULE** |

Pursuant to Local Civil Rule 105(9), the parties respectfully move the Court to establish a briefing schedule for (i) Defendants' response to Plaintiff's motion for a preliminary injunction (ECF No. 9), (ii) Plaintiff's reply in support of its preliminary-injunction motion, and (iii) Defendants' response to the complaint. In support of this motion, the parties submit the following:

1.    On October 5, 2023, Plaintiff filed a complaint challenging the Naval Academy's alleged use of race in admissions. On October 6, 2023, Plaintiff filed a motion for a preliminary injunction seeking to prohibit Defendants from considering applicants' race when making admissions decisions. Applications to the Naval Academy must be completed by January 31, 2024 to be considered for the Class of 2028.

2.    On October 10, 2023, Defendants accepted service of the complaint, summons, and preliminary-injunction motion. Defendants' deadline to respond to the motion is currently October 24, 2023.

3. The parties conferred regarding a briefing schedule for Defendants' response to the preliminary-injunction motion and Plaintiff's reply. They have agreed to the following schedule:

- **December 1, 2023**: Defendants' response to Plaintiff's motion for a preliminary injunction; and

- **December 15, 2023**: Plaintiff's reply in support of its preliminary-injunction motion.[1]

- Defendants' obligation to respond to Plaintiff's complaint will be deferred to 30 days following final resolution of Plaintiff's motion for a preliminary injunction, including any appeals.

A proposed order reflecting these dates is attached.

---

[1] Plaintiff will endeavor to file its reply before this date.

| | |
|---|---|
| Dated: October 16, 2023 | Respectfully submitted, |
| */s/   Cameron T. Norris* | */s/   Joshua E. Gardner* |
| PATRICK STRAWBRIDGE<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>(617) 227-0548<br>patrick@consovoymccarthy.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>JOSHUA E. GARDNER<br>  (FL Bar No. 302820)<br>Special Counsel |
| THOMAS R. MCCARTHY<br>  (VA Bar #82787)<br>CAMERON T. NORRIS<br>  (VA Bar #91624)<br>J. MICHAEL CONNOLLY<br>JAMES F. HASSON<br>R. GABRIEL ANDERSON<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>james@consovoymccarthy.com<br>gabe@consovoymccarthy.com | JOHN ROBINSON<br>  (DC Bar No. 1044072)<br>CHRIS EDWARD MENDEZ<br>  (DC Bar No. 1644479)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 305-7583<br>Email: Joshua.E.Gardner@usdoj.gov<br><br>MEDHA GARGEYA<br>Counsel<br>U.S. Department of Justice<br>Civil Division, Office of the Assistant<br>  Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2023, I electronically filed the foregoing Joint Motion for Briefing Schedule using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: October 16, 2023　　　　　　　　　　 /s/  *Joshua E. Gardner*

                                              JOSHUA E. GARDNER
                                                (FL Bar No. 302820)
                                              Special Counsel
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street NW
                                              Washington, DC 20005
                                              Phone: (202) 305-7583
                                              Email: Joshua.E.Gardner@usdoj.gov

                                              *Attorney for Defendants*