# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-02699<br><br>**[PROPOSED] ORDER** |

Upon consideration of the parties' joint motion for a briefing schedule, the Court hereby GRANTS the parties' motion and ORDERS that the following deadlines shall govern (i) Defendants' response to Plaintiff's motion for a preliminary injunction (ECF No. 9), (ii) Plaintiff's reply in support of its preliminary injunction-motion, and (iii) Defendants' response to the complaint:

- **December 1, 2023**: Defendants' response to Plaintiff's motion for a preliminary injunction; and

- **December 15, 2023**: Plaintiff's reply in support of its preliminary-injunction motion.

The Court further orders that Defendants' obligation to respond to Plaintiff's complaint will be deferred to 30 days following final resolution of Plaintiff's motion for a preliminary injunction, including any appeals.

Dated: 10/16/2023  /s/ - Richard D. Bennett

U.S. District Judge

Presented by:

/s/  Cameron T. Norris

PATRICK STRAWBRIDGE
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

THOMAS R. MCCARTHY
  (VA Bar #82787)
CAMERON T. NORRIS
  (VA Bar #91624)
J. MICHAEL CONNOLLY
JAMES F. HASSON
R. GABRIEL ANDERSON
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
mike@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

*Attorneys for Plaintiff*

 /s/  Joshua E. Gardner

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
  (FL Bar No. 302820)
Special Counsel

JOHN ROBINSON
  (DC Bar No. 1044072)
CHRIS EDWARD MENDEZ
  (DC Bar No. 1644479)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-7583
Email: Joshua.E.Gardner@usdoj.gov

MEDHA GARGEYA
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant
  Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Attorneys for Defendants*