| Bryan Weir - Attorney Admissions | |
|---|---|
| Relevant Court | Date of Admission |
| Virginia | 10/14/11 |
| District of Columbia | 4/1/13 |
| California | 11/8/16 |
| Supreme Court | 3/21/16 |
| First Circuit Court of Appeals | 6/13/16 |
| Second Circuit Court of Appeals | 6/3/16 |
| Fourth Circuit Court of Appeals | 2/9/12 |
| Eighth Circuit Court of Appeals | 7/20/21 |
| Ninth Circuit Court of Appeals | 8/5/15 |
| Eastern District of Virginia | 9/28/12 |
| Western District of Virginia | 5/13/20 |
| Eastern District of California | 10/16/18 |
| Northern District of California | 6/27/18 |
| Central District of California | 6/1/17 |
| Southern District of California | 9/6/17 |