| James Hasson - Attorney Admissions | |
|---|---|
| Relevant Court | Date of Admission |
| DC Bar | 1/3/22 |
| Texas Bar | 11/11/18 |
| Virginia Bar | 2023 |
| ED Texas | 5/14/21 |
| ND Texas | 2022 |
| SD Texas | 2/23/22 |
| Second Circuit | 2022 |
| Fourth Circuit | 10/13/21 |
| Fifth Circuit | 2/13/19 |
| Eighth Circuit | 7/20/21 |
| Eleventh Circuit | 8/18/21 |
| SCOTUS | 10/31/22 |