| J. Michael Connolly - Attorney Admissions | |
|---|---|
| Relevant Court | Date of Admission |
| Virginia Supreme Court | 11/4/09 |
| District of Columbia Bar | 7/9/10 |
| U.S. District Court for the District of Columbia | 2/7/11 |
| U.S. District Court for the Eastern District of Virginia | 4/30/10 |
| U.S. District Court for the Eastern District of Michigan | 6/19/18 |
| U.S. Court of Appeals for the First Circuit | 10/29/19 |
| U.S. Court of Appeals for the Second Circuit | 12/2/14 |
| U.S. Court of Appeals for the Fourth Circuit | 2/27/14 |
| U.S. Court of Appeals for the Fifth Circuit | 8/13/21 |
| U.S. Court of Appeals for the Sixth Circuit | 9/5/12 |
| U.S. Court of Appeals for the Seventh Circuit | 11/16/12 |
| U.S. Court of Appeals for the Eighth Circuit | 9/27/22 |
| U.S. Court of Appeals for the Ninth Circuit | 4/25/11 |
| U.S. Court of Appeals for the Tenth Circuit | 5/4/09 |
| U.S. Court of Appeals for the Eleventh Circuit | 8/4/21 |
| U.S. Court of Appeals for the D.C. Circuit | 1/31/14 |
| U.S. Supreme Court | 2/19/13 |
| District of Columbia Court of Appeals | 7/9/10 |
| District of Connecticut | 1/5/15 |
| Central District of Illinois | 5/10/19 |
| Western District of Texas | 9/17/20 |