| Patrick Strawbridge - Attorney Admissions | |
|---|---|
| Relevant Court | Date of Admission |
| Maine | 10/28/04 |
| Massachusetts | 7/13/10 |
| Connecticut | 10/31/05 |
| U.S. Court of Appeals for the First Circuit | 11/3/10 |
| U.S. Court of Appeals for the Second Circuit | 6/13/19 |
| U.S. Court of Appeals for the Fourth Circuit | 7/8/14 |
| U.S. Court of Appeals for the Fifth Circuit | 7/25/22 |
| U.S. Court of Appeals for the Sixth Circuit | 11/23/21 |
| U.S. Court of Appeals for the Seventh Circuit | 5/24/19 |
| U.S. Court of Appeals for the Eighth Circuit | 10/18/16 |
| U.S. Court of Appeals for the Ninth Circuit | 9/24/14 |
| U.S. Court of Appeals for the Tenth Circuit | 1/23/17 |
| U.S. Court of Appeals for the Eleventh Circuit | 7/5/22 |
| U.S. Court of Appeals for the DC Circuit | 8/31/22 |
| U.S. Court of Appeals for the Federal Circuit | 12/8/09 |
| Western District of Wisconsin | 3/27/19 |
| District of Massachusetts | 9/20/11 |
| District of Maine | 3/23/07 |
| Supreme Court of the United States | 11/26/12 |