| Thomas McCarthy - Attorney Admissions | |
|---|---|
| Relevant Court | Date of Admission |
| Virginia State Bar | 10/12/01 |
| Bar of the District of Columbia | 10/4/04 |
| DC Court of Appeals | 10/4/04 |
| US Court of Appeals for the DC Circuit | 10/4/04 |
| US Court of Appeals for the First Circuit | 11/5/19 |
| US Court of Appeals for the Second Circuit | 2/13/14 |
| US Court of Appeals for the Fourth Circuit | 10/29/01 |
| US Court of Appeals for the Fifth Circuit | 10/8/09 |
| US Court of Appeals for the Ninth Circuit | 9/14/04 |
| US Court of Appeals for the Tenth Circuit | 5/11/12 |
| District Court for the District of Columbia | 5/7/07 |
| Eastern District of Virginia | 11/7/08 |
| Virginia Supreme Court | 10/29/01 |
| US District Court of the District of Connecticut | 1/14/15 |
| Supreme Court of the United States | 8/15/11 |
| Court of Federal Claims | 9/26/17 |