# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**                                    **U.S. Courthouse Chambers 5D**
**Richard D. Bennett**                              **101 W. Lombard Street**
**United States District Judge**                     **Baltimore, MD 21201**
**Northern Division**                                **Tel: 410-962-3190**
                                                    **Fax: 410-962-3177**

October 23, 2023

TO COUNSEL OF RECORD

RE: *Students for Fair Admissions v. The United States Naval Academy, et al.*
    Civil No. RDB-23-2699

Dear Counsel:

This Letter Order will confirm the off the record telephone conference held on Friday, October 20, 2023, with respect to the above-captioned case. In accordance with the parties' Joint Motion for Briefing Schedule, (ECF No. 11), approved by Order of this Court on Monday, October 16, 2023, (ECF No. 12), Defendants' response to Plaintiff's Motion for Preliminary Injunction is due by Friday, December 1, 2023. As discussed during the telephone conference and with the consent of the parties, this Letter Order modifies the previously approved briefing schedule to instruct Plaintiff to file any reply by Friday, December 8, 2023. This Letter Order further schedules a hearing on Plaintiff's Motion for Preliminary Injunction on either Thursday, December 14, 2023 at 11:00 AM, or Monday, December 18, 2023 at 11:00 AM, to be confirmed by further correspondence of this Court.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB