UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-02699-RDB |

NOTICE OF APPEARANCE

Please take notice that Chris Edward Mendez, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants.

Dated: October 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special counsel

 */s/   Chris Edward Mendez*
CHRIS EDWARD MENDEZ
  (DC Bar No. 1644479)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8482
Email: chris.e.mendez@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: October 24, 2023        /s/   *Chris Edward Mendez*
CHRIS EDWARD MENDEZ
  (DC Bar No. 1644479)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8482
Email: chris.e.mendez@usdoj.gov

*Attorney for Defendants*