| STATE COURTS | State | Admission Date | No. |
|---|---|---|---|
| | Illinois | 5/6/2004 | 6282005 |
| | Wisconsin | 1/16/2002 | 1038391 |
| | Tennessee | 7/22/2022 | 40089 |

| DISTRICT COURTS | District | Admission Date |
|---|---|---|
| | California, ND | |
| | District of Columbia* | |
| | Illinois, ND | 4/22/2005 |
| | Indiana, SD | |
| | Massachusetts | |
| | Minnesota* | |
| | Missouri, ED* | |
| | Nevada | |
| | Pennsylvania, WD* | |
| | Texas, ED | |
| | Tennessee, MD | 5/8/2023 |
| | Wisconsin, ED* | 6/30/2005 |
| | Wisconsin, WD | 10/24/2018 |

| APPELLATE COURTS | Circuit | Admission Date |
|---|---|---|
| | 1st* | 10/11/2019 |
| | 5th* | 12/19/2018 |
| | 7th* | 5/10/2019 |
| | Federal* | 1/3/2011 |

**U.S. SUPREME COURT** 6/15/2009