UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-02699-RDB |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Defendants respectfully request leave to extend the page limit for their forthcoming opposition to Plaintiff's motion for a preliminary injunction by thirty (30) additional pages. In particular, Defendants request leave to file a 60-page brief on or before December 1, 2023. Undersigned counsel for Defendants is advised that Plaintiff is not opposed to the request.

As good cause for this request, Defendants offer the following:

1. On October 5, 2023, Plaintiff filed a 109-paragraph Complaint challenging the Naval Academy's alleged use of race in admissions. *See* Compl., ECF No. 1. On October 6, 2023, Plaintiff filed a motion for a preliminary injunction, a 21-page memorandum in support of its motion, four declarations, and over 650 pages of exhibits. *See* ECF No. 9.

2. Defendants' deadline to file their opposition to Plaintiff's motion for a preliminary injunction is December 1, 2023. *See* ECF No. 12.

3. In order to adequately respond to the issues raised by Plaintiff's motion for a preliminary injunction and accompanying declarations and exhibits, Defendants respectfully

request leave to file a 60-page brief in opposition to Plaintiff's preliminary-injunction motion, notwithstanding the limit of 30 pages provided in Local Rule 105(3).

4. The Government respectfully submits that a brief of this length is warranted given the complexities of the Naval Academy's admissions process and the importance of the Government's compelling interest, including the need to incorporate information from multiple declarations that the Government intends to file in support of its opposition. The thirty additional pages requested would further the parties' and the Court's shared interest in ensuring that the legal and factual issues raised by Plaintiff's preliminary-injunction motion are adequately and thoroughly presented in the most efficient manner.

5. Moreover, in *Students for Fair Admissions v. United States Military Academy at West Point, et al.*, No. 23 Civ. 8262 (S.D.N.Y.) ("*West Point*"), in which Plaintiff brings a substantially similar challenge to West Point's alleged use of race in admissions, the Government was granted leave to file a 60-page brief in opposition to Plaintiff's preliminary-injunction motion. *See West Point*, No. 23 Civ. 8262, ECF No. 46. This case similarly raises complex legal and factual issues that warrant leave to file an opposition brief of 60 pages.

6. In accordance with Local Rule 105(9), counsel for Defendants conferred with counsel for Plaintiff before filing this motion. Counsel for Plaintiff indicated that Plaintiff is not opposed to this motion.

7. For these reasons, Defendants respectfuly request that the page limit for their forthcoming opposition to Plaintiff's motion for a preliminary injunction be extended by thirty additional pages for a limit of 60 pages. A proposed order is attached.

DATED: November 22, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Chris Edward Mendez
JOSHUA E. GARDNER
*By Special Appearance*
Special Counsel
CHRIS EDWARD MENDEZ
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8482
Email: Chris.E.Mendez@usdoj.gov

*Attorneys for Defendants*

*OF COUNSEL/ON BRIEF:*

CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

MEDHA GARGEYA
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant
Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the foregoing Unopposed Motion For Leave To File Brief In Excess Of Page Limits using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: November 22, 2023

/s/   Chris Edward Mendez
CHRIS EDWARD MENDEZ
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8482
Email: Chris.E.Mendez@usdoj.gov

*Attorney for Defendants*