**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-02699-RDB |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion for leave to file a brief in excess of page limits, it is hereby

**ORDERED** that Defendants' motion is granted; and it is further

**ORDERED** that Defendants may file a 60-page brief in opposition to Plaintiff's motion for a preliminary injunction

**IT IS SO ORDERED.**

Dated: _____          _____

U.S. District Judge