# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                                          **U.S. Courthouse Chambers 5D**
**Richard D. Bennett**                                          **101 W. Lombard Street**
**United States District Judge**                                          **Baltimore, MD 21201**
**Northern Division**                                          **Tel: 410-962-3190**
                                          **Fax: 410-962-3177**

November 27, 2023

TO COUNSEL OF RECORD

RE: *Students for Fair Admissions v. The United States Naval Academy, et al.*
    Civil No. RDB-23-2699

Dear Counsel:

This Letter Order GRANTS Defendants' Unopposed Motion for Leave to File Brief in Excess of Page Limits (ECF No. 42). It is HEREBY ORDERED that Defendants may file a 60-page brief in opposition to Plaintiff's Motion for Preliminary Injunction.

This Letter Order further confirms that a hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for Thursday, December 14, 2023 at 2:00 PM in Courtroom 5D.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                          Sincerely,

                                          /s/
                                          Richard D. Bennett
                                          United States District Judge

RDB