UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                        *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>                        *Defendants*. | Case No. 1:23-cv-02699-RDB |

**NOTICE OF APPEARANCE**

Please take notice that Medha Gargeya, Counsel, Office of the Assistant Attorney General, Civil Division, hereby enters her appearance as counsel for Defendants.

Dated: November 28, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

 /s/   Medha Gargeya
MEDHA GARGEYA
  (DC Bar No. 1672536)
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant
Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 320-0188
Email: medha.gargeya@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: November 28, 2023

   /s/   *Medha Gargeya*
MEDHA GARGEYA
  (DC Bar No. 1672536)
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Attorney for Defendants*