# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, v. THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | Case No. 1:23-cv-02699-RDB |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Catherine M. Yang, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants in the above-captioned matter.

Dated: November 29, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

 /s/  Catherine M. Yang
CATHERINE M. YANG (NY Bar No. 5319736)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

*Attorney for Defendants*