UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

STUDENTS FOR FAIR ADMISSIONS,

*Plaintiff*,

v.

THE UNITED STATES NAVAL ACADEMY, et al.,

*Defendants*.

Case No. 1:23-cv-02699-RDB

**TABLE OF EXHIBITS**

| Exhibit Number | Exhibit Description |
|---|---|
| A. | Declaration of Stephen Bruce Latta (and exhibits) |
| B. | Declaration of Vice Admiral John V. Fuller |
| C. | Declaration of Lisa M. Truesdale |
| D. | Declaration of Ashish S. Vazirani |
| E. | Declaration of Jeannette Haynie, Ph.D. |
| F. | Declaration of John Sherwood, Ph.D. |
| G. | Declaration of Beth Bailey, Ph.D. |
| H. | Declaration of Jason Lyall, Ph.D. |
| I. | FY 2023 Defense Budget Request: Hearing Before the House Armed Services Committee, 117th Congress, 2d Sess. 9 (2022) |
| J. | DoD Demographics 2010 (2010) (excerpts) |
| K. | Congressional Research Service, *Diversity, Inclusion, and Equal Opportunity in the Armed Services: Background and Issues for Congress* (June 5, 2019) ("CRS Report") |
| L. | Department of Defense Board on Diversity and Inclusion Report: Recommendations to Improve Racial and Ethnic Diversity and Inclusion in the Military (2020) ("DoD D&I Report") |
| M. | Secretary of Defense Memo (Apr. 9, 2021) |
| N. | DoD Office of People Analytics, *An Exploration of the Return on Investment for Diversity & Inclusion in the Military Using Cluster Analysis to Identify Force-Wide Climates, Correlates, and Implications: Executive Report* (October 2020) ("OPA Report") |
| O. | Aaron Morrison, *'We Just Feel It': Racism Plagues US Military Academies*, AP News (Dec. 3, 2021) |

| P. | DoD 2022 Demographics (2022) (excerpts) |
| Q. | U.S. Census Data (2022) |