Exhibit A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### NORTHERN DIVISION

STUDENTS FOR FAIR ADMISSIONS,

                    Plaintiff,

          v.

THE UNITED STATES NAVAL ACADEMY,
et al.,

                    Defendants.

23 Civ. 2699 (RDB)

**DECLARATION OF
STEPHEN BRUCE LATTA**

I, Stephen Bruce Latta, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.      I am the Dean of Admissions at the United States Naval Academy ("USNA") and the Secretary of USNA's Academic Board, which meets periodically to review the performance of midshipmen who may have been determined to be deficient in academics, physical education, or aptitude for commissioning in accordance with 10 U.S.C §§ 8462–63.

2.      I am aware of the allegations made by Plaintiff in this lawsuit.  I submit this declaration in support of the Defendants' opposition to Plaintiff's motion for a preliminary injunction.  All statements in this declaration are based on my personal knowledge or knowledge obtained in the course of my official duties.

3.      This declaration consists of twelve parts:

1

- Part I details my professional background, including my experience as Dean of Admissions from 2006 to the present.

- Part II provides general background on USNA, its admissions policies, and its Board of Admissions.

- Part III describes the steps a candidate must take to apply to USNA.

- Part IV discusses USNA's process for "qualifying" a candidate's application.

- Part V explains how USNA selects candidates for appointment.

- Part VI describes how USNA uses "letters of assurance," *i.e.*, conditional offers of admission, as part of its recruitment efforts.

- Part VII explains the limited ways in which USNA may consider a candidate's race or ethnicity as a part of the admissions program.

- Part VIII addresses how USNA's limited consideration of race or ethnicity is necessary to advance the military's interests.

- Part IX describes race-neutral alternatives USNA has considered.

- Part X explains the reasons that USNA uses demographic data.

- Part XI explains how a preliminary injunction would impose significant harms on USNA, current candidates for admission to USNA, including those who have already been accepted, and the national security interests of the United States.

- Part XII highlights some of the inaccuracies in Plaintiff's complaint.

## I.      Background

4.      I attended USNA as a midshipman from 1974 to 1978 and graduated with a Bachelor of Science in Mathematics. I then attended flight school and was designated as a Naval Aviator in 1980. I also have a Master's degree in Management from the University of Phoenix. I served as a career officer in the United States Navy, which included command of an aviation squadron and an Air Wing of four aviation squadrons prior to reporting to the United States Naval Academy. I also served on various Navy staffs, including the Bureau of Naval Personnel as a Rating Assignment Officer overseeing the assignment process of several enlisted ratings; the Commander Seventh Fleet as the Anti-Submarine Warfare Plans & Policy Officer; the Flag

2

Lieutenant to Commander Seventh Fleet; Operations Officer for Commander Patrol Wing Two and Commander, Patrol Wings Pacific; and the Office of the Secretary of Defense as initially the Joint Officer Policy Program Director and then as the Military Assistant to the Deputy Assistant Director, Military Personnel Policy.

5.      I reported to USNA in 2002 as an active-duty Navy Captain to assume duty in the Office of Admissions as the Director of Admissions. I served in that role until 2005. My responsibilities as the Deputy to the Dean of Admissions included implementing the Dean of Admission's guidance to the Board of Admissions ("Board") and staff regarding admissions policies, procedures, and overseeing the day-to-day operations of the Admissions staff. I also served as a member of the Board and Slate Review Committee. I then served as Vice Dean of Admissions from 2005 to 2006, where I continued to serve as the Dean of Admission's principal advisor while providing oversight and training to the Director of Admissions and continuing to serve as a member of the Board.

6.      Since retiring from the Navy in 2006, I have served in my current role as USNA's Dean of Admissions as a civilian. I am responsible for enrolling high-quality classes at USNA. I oversee the admissions process for candidates being considered for admission to USNA, affiliated preparatory programs, and admission to USNA from those same preparatory programs. I am directly responsible for the development of policies and the administration of the recruitment, qualification, and selection processes for candidate admission to USNA. I also serve as the Secretary of USNA's Academic Board, as noted above. As the Dean of Admissions, I work under the direct supervision of the Superintendent of USNA.

3

## II.     USNA's Background, Admissions Policies, and the Admissions Board

7.      Established in 1845, USNA is a four-year, federally established[1] undergraduate institution that prepares students to become leaders and officers in the Navy and the Marine Corps. Once they enter USNA, midshipmen are active-duty members of the Navy and receive an annual salary, room and board, health care, and are subject to the Uniform Code of Military Justice.

8.      USNA develops the next generation of Navy and Marine officers through its academic instruction, professional training, and Character Development program. Professional courses and training are an essential component of USNA's integrated program. Required courses in naval science, engineering, navigation, and weapons systems give our midshipmen a working knowledge of modern naval operations and technology. Courses in leadership, ethics, and military law help prepare our midshipmen for leadership responsibilities as commissioned officers.

9.      The Character Development program, which is perhaps the single most important feature that distinguishes USNA from other educational and officer-commissioning sources, reflects our deep and abiding commitment to the moral development of our midshipmen and to instilling the Naval Service's core values of honor, courage, and commitment into our midshipmen. The program begins plebe summer in which new midshipmen receive lessons in the concept of the professional military officer, which follows three pillars as warriors who possess the toughness, courage, competence, and courage to prevail in an unending commitment to

---

[1] *See* 10 U.S.C. § 8451 (establishing a "United States Naval Academy . . . at Annapolis, Maryland").

4

accomplishing the mission with excellence, development of leaders of character, and servants to the nation.  It concludes senior year with capstone courses which underscore the core values of honor, courage, and commitment.  All midshipmen follow an honor concept, which is inculcated throughout their four years.

10.      In addition to completing demanding academic course work, midshipmen must participate in rigorous military training and mandatory athletic activities.  During senior year, midshipmen submit their preferences for their post-graduation service assignment.  Upon graduation, midshipmen are commissioned as active-duty officers into either the Navy or the Marine Corps and are obligated to serve on active duty for at least five years.  USNA is a major source of officer commissions for the Navy and the Marine Corps, comprising approximately 28% of new Navy and Marine Corps officers each year in the warfighting communities, and 16-20% of the overall officer corps for both services.  USNA graduates currently comprise 40% of flag officers (those having the grade of admiral, vice admiral, rear admiral, or rear admiral (lower half)) in the Navy.[2]  Consequently, USNA is a critical pipeline to the officer corps and especially to senior leadership.  Moreover, the expectation is that 95% of each graduating class is assessed into the warfighting communities of the Navy and Marine Corps.

11.      USNA operates under the immediate supervision and control of the Department of the Navy.  USNA's Superintendent is the commander of the Academy.  In a typical year, more than 15,000 men and women apply for admission to USNA.  Although the numbers vary each year, USNA offers approximately 1,385 appointments per year to fill approximately 1,180 first-

---

[2] The current percentage of Marine Corp officers that are USNA graduates is not immediately available.

year seats due to attrition.  Under 10 U.S.C. § 8454, the authorized strength of the total Brigade

of Midshipmen at USNA is capped at 4,400 on the day before the last day of the academic year.

12.     USNA maintains a rigorous and holistic admissions process focusing on merit.

The admissions policies are governed by federal statute (10 U.S.C. §§ 8453–58), Department of

Defense Directives (DoDI 1322.22), Department of Navy Regulations (SECNAVINST 1531.2D

and OPNAVINST 5450.330B), relevant National Collegiate Athletic Association Regulations,

and internal guidance.  The most recent internal directives—titled "Admissions Guidance for the

Class of 2028" (hereinafter "Admissions Guidance") and "Dean of Admissions Supplemental

Guidance for the Class of 2028" (hereinafter "Supplemental Guidance")—are applicable to the

current admissions cycle.[3]

13.     USNA seeks to admit midshipmen with "the potential to develop great character,

competence, vision and drive for the privilege, upon graduation, of serving as leaders and

mentors of Sailors and Marines who have volunteered to serve the nation in times of war and

peace."  Admissions Guidance § 1.  More specifically, USNA seeks to select candidates who (1)

are mentally and physically able to participate in rigorous academic, professional, and physical

training programs; (2) show high interest in serving their country as professional officers in the

---

[3] These nonpublic internal directives are not attached as exhibits as they contain confidential
information about USNA's admissions process, including how USNA assigns points to
applicants.  Disclosing such information in the middle of USNA's current admissions cycle
would provide an unfair advantage to those students currently applying, who would be able to
leverage that information in tailoring their applications, relative to those who have already
applied.  It would also harm USNA if publicly disclosed to other universities with which it
competes for candidates.  If the Court would like to review these documents, Defendants
respectfully requests that they be permitted to file them under seal.

Naval Service; (3) are likely, as a group, to choose fields of study that reflect the needs of the

Naval Service; (4) show high potential for leadership; (5) appear likely to complete the four-year

curriculum and to remain in the service beyond the period of obligated service after

commissioning; (6) are of excellent moral character and enthusiastically support the Naval

Service Core Values; (7) are at least 17 years of age and must not have passed their 23rd birthday

on July 1 of their year of entry; (8) are United States citizens; and (9) are unmarried, not

pregnant, and have no legal obligation to support a child or other individual.

14.     As Dean of Admissions, I have the delegated authority from the Superintendent to

make admissions decisions and am responsible for ensuring the integrity of USNA's admissions

policies and process.  One of my responsibilities is to ensure that the Board is convened, trained,

and prepared to consider and evaluate all applicant records.  The Board reflects a cross-section of

expertise and experiences derived from USNA's faculty and staff.  For the current cycle, the

Board is comprised of twenty-four uniformed and civilian representatives from the Mechanical

Engineering Department; Office of the Dean of Admissions; Athletics Department; Chemistry

Department; Office of Diversity, Equity, and Inclusion; Stockdale Center for Ethnical

Leadership; Training Department; 3rd Battalion; Leadership, Ethics, and Law Department; Naval

Architecture and Ocean Engineering Department; Economics Department; 20th Company; 3rd

Company; Office of Special Events; 27th Company; Physics Department; Robotics and Control

Engineering Department; Mathematics Department; Cyber Science Department; English

Department; History Department; and the Center for Academic Excellence.

15.     During the academic year (August to May), the Board normally meets once a

week to review the records of candidates who have submitted applications for admission to

7

USNA.  The Board is responsible for recommending candidates who "possess the record and attributes necessary to successfully graduate from the Naval Academy and to earn a commission in the Naval Service," Admissions Guidance § 3, and for meeting "the needs of the Naval Service by producing well-rounded leaders of Sailor and Marines," *id.* § 5.  To cultivate a corps of officers with legitimacy in the eyes of the nation, this path to leadership in the Navy must be open to talented and qualified individuals with diverse backgrounds from a cross-section of America.  The Board reviews the records of all candidates who submitted completed applications.

16.     The Board includes a Character Review Committee ("Committee"), which is composed of the Director of the Candidate Guidance Office, the Dean of Admissions, the Associate Director of Athletics, and the Director of the Midshipmen Development Center.  The Committee's primary responsibility is reviewing background information related to the character of identified candidates and making associated recommendations to the Board.

17.     USNA also operates admissions teams covering different geographic regions of the country.  These regional admissions teams are responsible for identifying, contacting, and interacting with potential applicants to educate them about the opportunities afforded by service as an officer in the Navy and Marine Corps; the academic education, professional and character development afforded by becoming a midshipman at USNA; and providing admissions process guidance.  They also ensure that candidate files are processed for review by the Board.  As part of their support, they highlight indicators in each application file to assist a Board member who will be responsible for preparing and briefing the candidate's application file to the full Board.  Indicators, which are also known as triggers, may include academic information such as grade

8

trends, leadership traits, hardship/adversity, life experiences or other diverse factors (such as socioeconomic status) identified in the Admissions Guidance. Race and ethnicity by themselves are not among the indicators highlighted by admissions teams but may inform or provide context regarding those indicators. Regional teams may also provide a preliminary recommendation to the assigned Board member based on their interactions with candidate and their review of candidate's application files. The regional teams are comprised of Regional Directors, Admissions Counselors, Field Admissions Counselors, Examiners, and the Office of Automation Assistants.[4]

## III.    Steps to Apply to USNA

18.    The USNA application process is not linear but fluid. It consists of six nonsequential steps: (1) submit a Preliminary Application; (2) submit college entrance examinations;[5] (3) complete the medical examination; (4) complete the Candidate Fitness Assessment; (5) interview with a Blue and Gold Officer; and (6) apply for a nomination.

19.    Candidates can begin the application process in January of the year before the candidate would enter USNA (their junior year for candidates applying directly from high

---

[4] Further, the International Admissions Board is tasked with reviewing the qualifications of international candidates and making related recommendations to the Admissions Board. Up to 60 international candidates may study at USNA at any given time. Eligible countries are selected on an annual basis by the United States Department of State and the Department of Defense. While international midshipmen are fully assimilated into the Brigade of Midshipmen, international students do not commission into the Navy upon graduation and the admissions process is different than the process for United States citizen applicants. The Class of 2026 admitted 12 international students and the Class of 2027 admitted 15 international students.
[5] The only exception to this requirement is if USNA grants a candidate an exemption because of testing unavailability or cancellation. Race and ethnicity are not a factor in any exemption decision.

school).[6] Applications for the Class of 2028 will not be accepted after December 31, 2023, and applications must be completed by January 31, 2024.

20.     Using criteria explained below, USNA evaluates completed applications on a rolling basis as the Board begins to meet, which normally occurs at the end of August or early September. Most candidates are notified of final admissions decisions by April 15 of the year the candidate would enter USNA and admitted candidates have until May 1 of that year to notify USNA of their intention to accept or decline an offer of appointment. Each of the six steps in completing an application is discussed further below.

### 1. Step One: Preliminary Application

21.     Unlike civilian colleges and universities, USNA admissions are governed by federal statutes that set forth specific eligibility criteria. For example, 10 U.S.C. § 8458 requires that a candidate be at least 17 years old and not past their 23rd birthday by July 1 of the calendar year they enter USNA; be a United States citizen; not be married, pregnant, or legally responsible for dependents; have completed a police record check; and must otherwise be of good moral character.

22.     To initiate an application, a candidate for admission must complete an online Preliminary Application (or a Summer Seminar application which converts to a Preliminary Application), which is used as a screening tool to determine if a candidate (1) meets the basic

_____

[6] The application process begins when the Summer Seminar application opens in January of the year before the candidate would enter USNA. Summer Seminar is an outreach program for rising seniors designed to provide a midshipman-like experience. The Summer Seminar application converts into a Preliminary Application to USNA on April 15 of each year. Candidates do not need to apply to Summer Seminar to be considered for admission to USNA as they can wait until the Preliminary Application opens to apply.

statutory eligibility requirements to receive an appointment to USNA and (2) is likely to meet minimum academic standards.

23.     The Preliminary Application asks candidates to self-report their citizenship, high school class rank, date of birth, and race/ethnicity (among other basic demographic information), college entrance examinations (if taken), home address, congressional district, major preference, and an interest in playing sports.  As long as they meet the age eligibility and citizenship requirements, applicants are then assigned a candidate number and are sent a notification to log into a candidate portal to complete the remaining Application requirements.  These include an essay; personal history and family background information; recommendations from English and Mathematics teachers; a transcript; a Candidate Fitness Assessment (discussed below); and a form known as the Candidate Academic Information ("CAI"). The CAI is completed by a school official (normally the college counselor) and includes information on the student and his or her school such as class size, class rank, GPA, percent of students matriculating to four- and two-year institutions, type of curriculum (*i.e.*, accelerated, honors, Advanced Placement or International Baccalaureate), whether the student is a member of a minority group or comes from a disadvantaged background (can only answer "yes" or "no" to both questions), required classroom accommodations, and comments concerning achievements or disciplinary concerns; and athletic and non-athletic extra-curricular activities validated by a school official.  While not required, candidates may submit additional letters of recommendation, resumes, or other information that they believe may enhance their application for admission when they submit the Application.  Applicants that previously have applied to USNA and have not been accepted must complete a new Preliminary Application to be considered for the current admissions cycle.

**2. Steps Two to Five: College Entrance Examinations, Medical Examination, Candidate Fitness Assessment, and Interview**

24.      College entrance examinations—the Scholastic Assessment Test ("SAT") and the American College Testing ("ACT")—typically are used by USNA as an assessment tool for students applying for admission to USNA.  Although students are expected to submit examination scores as part of their application files, USNA currently has a "test flexible" policy for admissions allowing students that did not, or do not, have reasonable access to SAT or ACT testing to request an exception.  This "test flexible" policy was only recently adopted in response to COVID-19 and was based on the inability of some students to access standardized tests.  And although more students currently can access standardized tests, USNA has decided to maintain its "test flexible" policy for the near future.  USNA may grant exceptions on a case-by-case basis based on the circumstances of supporting information regarding testing cancellation, unavailability, or other extenuating circumstances.  The decision to maintain a "test flexible" policy in the near future is not related to increasing the racial or ethnic diversity of incoming classes, and USNA does not consider race or ethnicity in deciding whether to grant an exception to providing standardized test scores.

25.      Candidates must also undergo a medical evaluation by the Department of Defense ("DoD") Medical Examination Review Board.

26.      In addition, candidates must complete a Candidate Fitness Assessment, which is used to evaluate coordination, strength, speed, agility, and endurance.  The test consists of a one-mile run, "shuttle" run, kneeling basketball throw, abdominal crunches, push-ups, and pull-ups or a flexed-arm hang.

27.     Finally, candidates must complete an admissions interview with a Blue and Gold

Officer (BGO).  BGOs are volunteers comprised of USNA graduates, parents of midshipmen or

graduates, and civilians.  They interview candidates to provide the Board an assessment of each

candidate's knowledge of both USNA and the Naval service as well as their potential as a future

midshipman.  BGOs discuss plebe summer, majors, military careers, preparatory programs, the

NROTC program, and provide an assessment of each candidate's interest and motivation,

physical fitness, responsibility, organizational skills, leadership potential, and oral

communication skills.  BGOs provide an overall evaluation of each candidate as part of the

interview.

28.     All of these steps must be completed no later than January 31 of the year the

candidate would enter USNA.

### 3.  Step Six: Nomination

29.     Unlike civilian colleges and universities, every candidate appointed to USNA

must be nominated for that application cycle pursuant to 10 U.S.C. § 8454.  Nominations,

however, do not guarantee admission to USNA.  Further, a candidate must obtain a nomination

for each application cycle in which he or she wishes to be considered.  In other words, a

candidate for the current admissions cycle that has obtained a nomination for a previous cycle

must submit a new nomination to be admitted to the Class of 2028.

30.     There are two types of nominations that a candidate may receive.  The first type

of nominations are those from congressional sources (a "statutory nominating authority," which

includes a Member of the United States House of Representatives or Senate; the Vice President;

Delegates to Congress from American Samoa, the District of Columbia, Guam, the Virgin

13

Islands, and the Commonwealth of the Northern Marianas Islands; and the Governor and the Resident Commissioner of Puerto Rico). *See* § 8454(a)(2)-(10). The second type of nomination a candidate can receive is called a "service-connected" nomination. *See* § 8454(a)(1), (b)(1)-(4), (c), (d).

> (i)     Statutory Nominating Authority

31.     Generally, individuals that received congressional nominations account for more than 80% of USNA's midshipmen body. The top, fully qualified candidate appointed to USNA pursuant to nomination by a Member of Congress is "charged" to that Member. When a Member of Congress will have fewer than five charges at USNA at the end of the current academic year, the Member is considered to have a vacancy. For each vacancy, a Member of Congress may submit up to ten nominations from individuals domiciled in his or her district or state. § 8454(a).

32.     USNA requests that Members submit their nominations no later than January 31 of the year the candidate would enter USNA. USNA normally does not allow for late submissions of congressional nominations but may consider them on a case-by-case basis.

33.     Typically, one vacancy becomes available each year at USNA per Member of Congress. Members have virtually unlimited discretion to determine who they nominate and how their offices process and consider applications. USNA has no authority or control over which candidates Members choose to nominate.

34.     Members may nominate their slate of candidates using one of three methods. First, Members can make nominations using the "competitive" method, in which all the nominees are submitted to USNA Admissions without order of preference. USNA ranks

14

candidates within that slate by merit order based on the candidates' Whole Person Multiple ("WPM") score as determined by the Board. The WPM calculation is described in further detail below.

35.     Second, Members can use the "principal numbered-alternate" method, in which the Member identifies a principal, or first choice nominee, and provides a ranked list of alternates. In this case, USNA must offer an appointment to the fully qualified candidate who is identified as the principal on the Member's list (or the highest ranked alternate that is deemed fully qualified if the principal is unqualified or declines an offer of appointment), even if that candidate has a lower WPM than other candidates from the Member's district.

36.     Third, Members can use the "principal competitive-alternate" method, in which the Member indicates a principal candidate, and in case the principal candidate is not deemed fully qualified or declines an offer of appointment, USNA ranks the remaining candidates in the slate by their WPMs.

37.     While it varies by year, approximately 65% of Members use the competitive method.

38.     Regardless of the nominating method used by a Member, USNA as a matter of practice selects one individual for each congressional vacancy so long as at least one of the candidates included on the slate for that vacancy is fully qualified.

39.     Section 8454(a)(2) also provides the Vice President, like Members of Congress, with five vacancies; typically, one vacancy opens per year that he or she may nominate to fill. The Vice President provides nominations to candidates from the country at large. Like Members

15

of Congress, the Vice President may use the competitive, principal numbered-alternate, or principal-competitive alternate method to nominate his or her slate of candidates.

40.     Section 8454(a)(5)–(10) provides the District of Columbia and the U.S. territories between three-and-six nominations to USNA.  Up to ten individuals using one of the three methods described above can be nominated for each vacancy.  Like Members of Congress, each Delegate may use the competitive, principal numbered-alternate, or principal competitive-alternate method to nominate his or her slate of candidates.

41.     As a result of the nomination requirement, the congressional nominating authorities play a large, and often determinative, role in the selection process.  That is because USNA candidates typically initially compete against other candidates in their nomination pool, rather than against the entirety of the USNA applicant pool.  In other words, instead of competing against all applicants to USNA, a candidate who is nominated by a Member of Congress using the competitive method initially competes against the other candidates nominated in that same slate for the Member's vacancy.

(ii)     Service-Connected Nominations

42.     Title 10 also authorizes several non-congressional nominating sources, the majority of which provide military service-connected nominations.

43.     Section 8454(b)(1) provides for a presidential competitive category, in which the President may select 100 midshipmen per year who are children of certain members of the armed forces.

44.     Section 8454(b)(2)–(4) provides that the Secretary of the Navy may nominate 85 midshipmen per year from enlisted members of the Regular Navy and Regular Marine Corps; 85

16

midshipmen per year from enlisted members of the Navy Reserve and the Marine Corps

Reserve; and 20 midshipmen per year that graduated as honor graduates from schools designated

as honor schools and from members of the Naval Reserve Officer's Training corps.

45.     Section 8454(a)(1) provides for the selection for 65 midshipmen who are

"children of members of the armed forces who were killed in action or died of, or have a service-

connected disability rated at not less than 100 per centum resulting from, wounds or injuries

received . . . [in] active service" as well as children of military or civilian personnel in a "missing

status."

46.     Section 8454(c) provides for the President to appoint to USNA the children of

individuals who have been awarded the Medal of Honor.

47.     Finally, Section 8454(d) authorizes USNA's Superintendent to nominate up to

fifty candidates per year from the country at large, so long as USNA does not exceed the cap on

authorized strength of midshipmen at USNA.  This category is typically used for qualified

candidates that USNA highly desires but who lack nominations from other authorities.  There are

no statutory restrictions on the Superintendent's discretion to nominate candidates.  The

Superintendent nominations are most often used for athletes who entered the admissions cycle

late and were unable to secure another type of nomination.  As civilian colleges and universities

do not require applicants to secure nominations, these nominations are meant to facilitate

USNA's ability to compete with other Division I athletic programs.

48.     Since 2002, the Superintendent has never exhausted his nominations for any given

year.  For instance, the Superintendent only provided 14 nominations for the Class of 2027 and

eleven for the Class of 2026.  12 of the 14 nominations for the Class of 2027 went to blue-chip

athletes, as did 8 of the 11 nominations for the Class of 2026. The few remaining nominations for those classes were offered to incentivize candidates considering other service academies.

## IV.    Qualification of Candidate Files

49.     Strategic guidance for USNA's admissions process is provided by SECNAVINST 1531.2D (attached as Exhibit 1) and is further delineated in OPNAVINST 5450.330B (attached as Exhibit 2). By law, each candidate for admission to USNA must "be examined according to such regulations as the Secretary of the Navy prescribes." 10 U.S.C. § 8458(a)(2). Guided by the statute, USNA uses indicators of success typical in post-secondary education but that also encompass the likelihood of remaining in Naval Service beyond initial obligation as well as leadership potential when considering candidate applications. Physical qualification thresholds are established by the Dean of Admissions in consultation with the Head of the Department of Physical Education, and then approved by the Superintendent. The DoD Medical Examination Review Board determines medical qualification.

50.     Board members evaluate candidates' application files using the Whole Person Multiple ("WPM") standard, which is a tool "used as a guide for assisting in determining the overall qualification of each candidate." Supplemental Guidance § 3. More specifically, the WPM "is designed to assist in predicting first year success at the Naval Academy as well as comparing candidates when being considered for offers of appointment from official nominating sources." *Id.* § 4.

51.     WPM scores generally range from 40,000 to 80,000. As discussed in further detail below, scores at 70,000 or above are considered highly qualified and are eligible for an early offer of appointment.

52.     Furthermore, a WPM score of 58,000 is normally considered to be the minimum qualifying level and scores at this level or above are normally considered to be qualified for admission to USNA pending the Board's review of the candidate's file.  Candidates that are competitive for admission normally rank in the upper 40% of their secondary school classes. Candidates with scores under 58,000, which usually correlates with students that rank below the top 40% of their secondary school classes, are not competitive but may be identified by regional admission teams for consideration by a "quick reviewer."  Special consideration may be given to these candidates if they offer unusually strong qualifications, graduate from schools with a high percentage of students admitted to college, or possess unusual/exceptional experiences or accomplishments.  Neither race nor ethnicity is a factor considered by a "quick reviewer" in recommending candidates that have scores that fall below 58,000.

53.     The WPM is based on both objective and subjective factors.  The objective factors include class rank and GPA, extracurricular activities, athletic and non-athletic achievements, scores derived from specific questions asked of Math and English teachers as part of their evaluations, demonstrated leadership, and candidate fitness results.  The subjective factors include but are not limited to evaluation of the candidates' transcript and curriculum rigor, moral character, written evaluations from school officials and BGOs, other letters of recommendation, life experiences, interest in science, technology, engineering and math ("STEM") disciplines, ability to overcome adversity or hardship, low-socioeconomic status, experiences living overseas or in another culture, first-generation college student, first-generation American, unusual life experiences, unique cultural experiences, significant employment experience, demonstrated performance in a leadership position, English as a second language or fluency in another

19

language, exceptional athletic ability, second or third application attempt, and applications from enlisted service members.  Neither race nor ethnicity are factors considered in calculating the WPM.

54.     The list of factors the Board draws from in calculating WPMs is not exhaustive as "Board members are encouraged to draw from their own experiences to ensure that candidates are identified who can excel in the classroom, on the athletic field, within the Brigade, and ultimately as leaders in the Fleet." Admissions Guidance § 5.

55.     The WPM is a computer-generated score that is based on the candidate's file. Once the WPM score is calculated, each candidate file is randomly assigned to a Board member for further review.  The Board member may seek an adjustment (also known as Recommendations of the Admissions Board, or "RABs"), which can be upwards or downwards, to the candidate's WPM by up to 9,000 points—adjustments greater than this amount require the Dean of Admission's concurrence—based on "the candidate's demonstrated interest in majoring in a STEM discipline; demonstrated athleticism; potential for leadership; character building experiences; demonstrated motivation to pursue a career in the Naval Service through the USNA program; and factors outlined in paragraph 5" of the Admissions Guidance. *See* Admissions Guidance § 8.  If the Board member assigned to a candidate's record seeks an adjustment, he or she will present the case and the circumstances to the full Board for consideration and approval of the recommended adjustment.  A majority vote from the Board is required for both a WPM adjustment as well as to deem a candidate qualified for admission at USNA.  Neither race nor ethnicity are factors considered in adjusting the WPM.

56.     USNA provides guidance to standardize the provision of WPM adjustments. Board members are required to use their judgment when evaluating candidates and apply WPM adjustments consistently.  The guidance is a critical tool in ensuring consistency in WPM adjustments as it sets forth the factors used to determine whether a candidate's WPM should be adjusted.

## V.    Selection of Candidates

57.     The Admissions Board reviews applications on a rolling basis each year between August of the year before the candidate would enter USNA and April of the year of entry (candidate's senior year for those applying directly from high school).  When a candidate is deemed fully qualified, his or her file is ready to be considered by the Admissions staff who work to build a class of midshipmen.  Selection is based on the strength of the application using WPM scores as a guiding tool (or order specified by the Member of Congress, where applicable) within the types of nominations obtained by candidates.

58.     Specifically, candidates with the strongest application file within congressional slates of a particular district or state using the "competitive" method (or the "principal competitive-alternate" method where the principal candidate is not deemed qualified or declines an offer of appointment) are selected for appointment.  Candidates with the highest WPM within the slate are usually selected.  In limited circumstances where the highest WPM scores are very close, those candidates' files are pulled out for an in-depth review.  Although this is rarely the case, qualified candidates with slightly lower WPMs are occasionally selected where the Slate

21

Review Committee,[7] in its collective judgment, concludes that the candidate with the lower WPM is more suitable for admission based on the strength of his or her application. Key considerations in making the decision to select a qualified candidate with a slightly lower WPM than the candidate with the slightly higher WPM include class rank, grades, the candidate's progression through academic subjects, leadership experiences, life experiences, and teacher recommendations. Race or ethnicity (across all minority groups) could potentially be one of many nondeterminative factors that bear on the decision, but the decision may not occur *because of* a candidate's race or ethnicity. Furthermore, the highest WPM among the various USNA congressional vacancy winners can vary significantly under the competitive method. Candidates in highly competitive congressional districts may not win the vacancy despite having significantly higher WPMs than similarly situated candidates from less competitive districts.

59.     USNA uses the same process for candidates with non-congressional nominations, such as Presidential nominations. In other words, USNA selects candidates on the strength of their applications, which usually correlates with candidates' WPM scores within each nomination category.

60.     For congressional slates where Members of Congress (or other congressional nominating authorities) have chosen other nomination methods (the "principal competitive-alternate" method or the "principal numbered-alternate" method), the Board must consider selection in the sequence specified by the Member of Congress. A qualified candidate with a lower WPM relative to other candidates from that district or state may receive an offer of

---

[7] The Slate Review Committee is tasked with reviewing congressional slates.

appointment simply because the Member designated that candidate as the "principal" candidate or "ranked alternate."

61.     As discussed above, most offers of appointment are tendered between the middle of January through the beginning April, as determined by the Slate Review Committee upon receipt of congressional nominations from Members of Congress and as candidates complete the requirements for admission.  Appointment offers provided before January are usually for candidates with a non-congressional nominating source, which are generally received before the congressional nominations.

62.     If a qualified candidate is not selected for appointment for the vacancy for which he or she was nominated, the candidate still has a chance to be offered an appointment.  For example:

>     a.  A candidate may receive an appointment as a qualified alternate.  USNA is authorized to appoint 150 qualified alternates to the incoming class from among the pool of qualified candidates who received a nomination from a Member of Congress, Delegate in Congress, and the Resident Commissioner or Governor of Puerto Rico but did not win the congressional vacancy.  10 U.S.C. § 8454(b)(5). After USNA determines the slate of candidates to fill congressional vacancies, it combines all remaining these candidates into a nationwide pool.  The 150 highest-ranked candidates by WPM are appointed as qualified alternates.  In other words, after a candidate has filled a congressional vacancy, remaining qualified nominees from each congressional nominating pool compete against each other in a

23

nationwide pool of congressional alternates.  Race and ethnicity are not considered in making selections of candidates as qualified alternates.

b.  Further, if vacancies in the incoming class of midshipmen remain following all the appointments otherwise authorized by law, § 8456(b) authorizes the filling of vacancies "if it is determined that, upon the admission of a new class to the Academy, the number of midshipmen at the Academy will be below the authorized number."  Section 8456(b) thus provides for the appointment of additional midshipmen from among the remaining qualified nominees so long as "[a]t least three-fourths of those nominated . . . shall be from qualified alternates." These appointment offers are labeled "additional appointees" and are not required to be selected by WPM.  Instead, they are based off a holistic assessment of candidates who are expected to make valuable contributions to the brigade environment.  USNA offered 310 additional appointees for the Class of 2026 (of this number 59% were majority candidates) and 255 additional appointees (of this number 62% were majority candidates) for the Class of 2027.  As discussed below, race and ethnicity may be considered, as part of a holistic consideration of a candidate, in making selections of additional appointees.

## VI.  Letters of Assurance

63.  Due to statutory, regulatory, and policy constraints not applicable to civilian colleges and universities, USNA cannot provide early admission decisions.  As determined by the Board's evaluation, candidates "may be considered for an early action in the form of Letter of Assurance (LOA) in order for the Naval Academy to stay competitive in attracting the most

highly-qualified candidates." Admissions Guidance § 11. LOAs are used as a recruiting tool to encourage outstanding qualified candidates "who possess leadership potential and motivation to successfully complete the course of study at the Naval Academy and become combat leaders in the Naval Service," to complete their application process quickly. *Id.*

64.  LOAs are often disseminated at the beginning of the admissions cycle, normally in September. As of November 27, 2023, USNA has extended 174 LOAs, 27 offers of appointment, and an additional 15 candidates have accepted offers of appointment for this admissions cycle. To be considered for a LOA, a candidate must have completed the application for admission and been determined to be qualified by the Board, but may be lacking one of the other requirements for a fully qualified offer of appointment, as detailed in the following discussion. Candidates receiving LOAs are assured that they will receive an offer of appointment to USNA once they successfully complete the remaining application requirements—*i.e.*, the medical qualification, Candidate Fitness Assessment, congressional nomination, BGO interview, and an application component or a condition made by the Board— by March 1 or thirty days from issuance of the LOA, whichever occurs later. If a candidate fails to meet any one of these conditions, he or she will not receive an appointment.

65.  As the Dean of Admissions, I manage the number of LOAs provided in each admission cycle. As USNA's class size is determined by statutory guidelines, USNA must be careful when balancing incentives like LOAs for qualified candidates to complete the rigorous and time-consuming application with the fair consideration of other qualified candidates subsequently submitting their own applications to meet the statutory cap on the number of

midshipmen.  However, there is no set number of LOA that may be given in a particular year, quota system or other requirement to exhaust LOAs.

66.      The Board conducts an individualized, holistic review of candidates before recommending a candidate be offered a LOA.  Once a candidate has submitted his or her application, which includes transcripts, teacher evaluations, the CAI form, background and personal history, a personal statement, character information, teacher evaluations, validated extra-curricular activities (ECAs), the Candidate Fitness Assessment, BGO interview, standardized test scores (absent an exception), and other information the candidate may have included in their application file, the Board conducts a thorough review of his or her credentials before determining whether their record justifies the extension of a LOA.  The Board review also identifies risk areas, such as inconsistent or weak academic information, a lack of athletic or non-athletic activities, or candidates with character concerns.

67.      Candidates who receive LOAs are typically those with WPMs that exceed 70,000. In addition, qualified candidates with WPMs below 70,000 can receive LOAs when that candidate's record is particularly compelling.  Some factors that may justify LOAs for qualified candidates with WPMs lower than 70,000 include an unusual life experience, overcoming a significant hardship or adversity, unusually strong interest in STEM disciplines, fluency in another language, first in family to attend college, first generation American, unusual leadership or athleticism, experience in real world or combat situations, and underrepresented congressional district. No unqualified candidate may receive an LOA.

68.      Race and ethnicity could be considered as one of many non-determinative factors when deciding to extend a LOA to a particular candidate, but candidates are not provided LOAs

26

*because of* their race.  To my knowledge, no candidate has been admitted to USNA without

otherwise being qualified for admission based on applicable USNA standards.

**VII.   USNA's Limited Consideration of Race in the Admissions Process**

69.     As detailed above, all candidates are evaluated using a holistic approach that

includes many factors associated with each applicant's individual record.  To ensure diversity in

the Brigade of Midshipmen and the Navy's officer corps, USNA "[e]ncourages qualified

candidates from populations traditionally underrepresented in the naval officer corps to apply for

admission to USNA."  OPNAVINST 5450.330B(2)(a).  "These underrepresented populations

include, but are not limited to: African-Americans, Hispanic and Latino populations, Native

Americans, rural Americans, and women, in general."  *Id.* Because of the military's closed

personnel system, meaning that it does not hire officers from outside the Navy and Marine

Corps, it is vital that USNA provide the Navy and the Marine Corps with a pipeline of officers

who can keep pace with the progress towards diversity that the Navy and Marine Corps have

achieved elsewhere, as discussed below.

70.     To effectuate that directive, Board members are instructed to "strongly consider

candidates who will ensure that the Brigade of Midshipmen, and ultimately our graduates, are

representative of American society" and "a cross section of America with the greatest possible

variety of backgrounds."  Supplemental Guidance § 7.  Accordingly, race and ethnicity "may

only be considered as one of many non-determinative factors in the applicant's file" when

considering a candidate for admission at USNA.  Admissions Guidance § 5.  However, neither

race nor ethnicity can "be the basis for 'points' in favor of or against an applicant" at any "point

during the admissions process."  *Id.*  In other words, a candidate's racial or ethnic background

may provide context to ensure a fulsome evaluation of his or her application but candidates may

not be admitted (or denied) *because of* their race or ethnicity.

71.     In 1949, Wesley A. Brown was the first African American graduate of USNA.

The diversity of the Brigade of Midshipmen, in terms of race and ethnicity, has gradually

increased since then.  Diversity recruiters were assigned to the Office of Admissions in the early

1970s and USNA has been tracking race and ethnicity in admissions since 1980.  To the best of

my knowledge, USNA has considered race and ethnicity as a factor in its admissions process

since at least the 1980s.  In the 2006 timeframe, USNA shifted from the use of diversity

recruiters who were exclusively focused on recruiting diversity candidates to a Regional Team

approach in which each member of the Regional Team is tasked with recruiting both diverse and

non-diverse candidates from their assigned states and territories.  Assignment of diverse

Regional Team officers is still very important as many diverse students, their parents and/or their

school officials find it easier to engage someone of their same cultural, racial, or ethnic

background while considering their options for college attendance.

72.     There has been a gradual increase in the percentage of minority candidates

considered for admission to USNA since at least 1975.  Over the past 30 years, minority

representation among incoming classes has increased from approximately 17% in the Class of

1997 to 24% for the Class of 2002 to over 40% in the Class of 2026.  This increase is, in large

part, attributable to an expanding national outreach effort focused on underrepresented and

historically lesser-engaged areas and populations as well as USNA's holistic, individualized

admissions process.  However, USNA is not yet at the point where it can build a diverse Brigade

that reflects American society without the limited consideration of race or ethnicity.  For

28

example, around 6% of the incoming Class of 2026 identified as African American, 15% as Hispanic, 0.08% as Native American, 10% as Asian American, and 57% as Caucasian. Meanwhile, according to the most recent U.S. Census data from 2022, Africans Americans make up approximately 14%, Hispanics 19%, Native Americans 1.3%, Asian Americans 6%, and White Americans 59% of the total population.

73.     USNA does not offer appointments to unqualified candidates.  Put differently, an unqualified diverse candidate will not be offered an appointment.  For a qualified candidate, however, race and ethnicity can contextualize that candidate's experience and speak to traits that would support admission to USNA as part of a holistic, individual assessment of that candidate. At most, race or ethnicity (across all minority groups) could be one of many nondeterminative factors in a qualified candidate's file and could help inform the admissions process at the following stages.

74.     First, race or ethnicity (across all minority groups) could be one of many nondeterminative factors when deciding whether a qualified candidate receives an LOA, particularly for candidates with WPMs lower than 70,000.  That said, nondiverse qualified candidates with WPMs lower than 70,000 may also receive LOAs. No unqualified candidate, whether diverse or not, may receive an LOA.

75.     Second, at the end of the admissions cycle, if USNA has not reached its targeted class size, USNA may make offers to "additional appointees" that exhibit qualities and experiences that would contribute to the brigade environment.  The Class of 2026 had 310 "additional appointees" (59% of which were majority candidates) and the Class of 2027 had 255 "additional appointees" (62% were majority candidates).   Race or ethnicity (across all minority

29

groups) may be one of many nondeterminative factors that inform offers of appointment to additional appointees at this final state of admissions in two ways.

    a.  A qualified candidate who is not selected to fill a congressional vacancy, non-congressional vacancy, or qualified alternate slot but has an LOA—in which, as discussed above, race or ethnicity could have been one of many nondeterminative factors—will receive an offer of appointment as an additional appointee.

    b.  In addition, the Board may also make offers of appointment as additional appointees to any candidate who competed for a nomination (regardless of whether they received a LOA) and was found qualified by the Board.  The Board may consider race or ethnicity as a nondeterminative factor in its holistic assessment of the candidate.

76.    Third, Superintendent nominations are used sparingly and most often for blue chip athletes. However, they have occasionally been used for other deserving candidates, and most often after a recommendation by the Board member or staff regarding a highly qualified candidate who may be offered an appointment to a competitor institution but has indicated a strong interest in attending USNA.  Race or ethnicity (across all minority groups) could be used as one of many nondeterminative factors when extending Superintendent nominations, but a candidate may not receive this nomination *because of* his or her race or ethnicity.  To the best of my knowledge, neither race nor ethnicity has played a factor in Superintendent nominations since at least 2009.

77.    Fourth, for service-connected nominations or congressional nominations made using either the "competitive" method or the "principal competitive-alternate" method in which

30

the principal candidate is unqualified or declines admission, candidates in those slates are ranked by WPM and those with the highest WPMs are typically selected. However, as discussed above, in limited circumstances in which the highest WPM scores are very close, a candidate with a slightly lower WPM may be selected over the candidate with the slightly higher WPM based on the strength of their overall application. Although race or ethnicity (across all minority groups) could be one of many nondeterminative factors that inform an offer of appointment in this circumstance, an out-of-order WPM selection within a slate may not occur *because of* race or ethnicity. Nonminority candidates with slightly lower WPMs could be, and have been, selected over minority candidates with slightly higher WPMs. Additionally, it is possible for the candidates with slightly higher WPMs not selected for the vacancy to still be selected as qualified alternates or additional appointees.

78.     As demonstrated above, to the extent race or ethnicity may be considered at limited points of the admissions process, candidates are considered based on their experiences as individuals, and not simply on the basis of race. USNA uses a holistic approach in which "at no point during the admissions process should race, ethnicity, or gender be the basis for 'points' in favor of or against an applicant; such factors may only be considered as one of many non-determinative factors in the applicant's file." Admissions Guidance § 5. In addition, each additional appointee, service-connected, and Superintendent nomination as well as any LOA recommendation is ultimately forwarded to the Dean of Admissions, who considers all such recommendations together.

79.     USNA further does not consider race or ethnicity on a belief that diverse students always express stereotypically characteristic viewpoints on an issue. USNA's application

31

process centers on a candidates' individualized experiences. Given the increase in minority representation over the past thirty years from 17% for the Class of 1997 to over 40% for the Class of 2026, USNA has made substantial progress toward its goal of a fully integrated, highly qualified, and diverse Brigade of Midshipmen that is "representative of American society" and is a "cross section of America." Supplemental Guidance § 7. As a result, USNA's use of race and ethnicity in the admissions process has become more limited in recent years. For example, since I arrived at USNA in 2002, we added substantive questions about applicants' backgrounds, such as questions concerning life experiences, language fluency, and whether the applicant is a first-generation college student, and we have increased our reliance on race-neutral factors to ensure a diverse brigade in all aspects. USNA's goal to build a diverse brigade does not operate as a ceiling or as a floor.

80.     These race-neutral factors, however, have not eliminated the current need for the limited consideration of race and ethnicity. For example, throughout the COVID-19 pandemic, substantive declines in application completion rates, particularly among African American and Hispanic students, forced the Office of Admissions staff to reconsider changes to the admissions process and focus strategies to engage potential applicants. Declines in application completion rates were also accompanied by a 20% drop in applications for the Class of 2026. USNA reviews its admissions process annually, including its limited consideration of race and ethnicity, and has conducted substantive legal reviews on at least four different occasions since 2003. USNA adapts the admissions policies, including its limited consideration of race and ethnicity, in response to trends in this data.

32

**VIII.  USNA's Limited Consideration of Race Has Been Necessary to Achieve the Navy's Compelling Interests**

81.     The DoD, the Navy, and USNA have each made the judgment that it is critical to the nation's military strength and readiness to maintain a pipeline of military officers who are highly qualified and racially diverse and who have been trained to succeed in a diverse environment.  USNA's mission is to "[a]ttract, retain, and develop a diverse cadre of young people destined to become commissioned Navy and Marine Corps officers that are resilient, innovative, and equipped to lead in a highly diverse, socially complex, and multi-generational workforce."  U.S. Naval Academy, *Diversity and Inclusion Strategic Plan*, at 3 (Mar. 2021) (attached as Exhibit 3).  As part of its mission, USNA seeks to ensure "an inclusive campus that is accessible to all who qualify and desire a naval career, treats everyone with equal dignity, honor, and respect, and provides equitable access and opportunities for success."  *Id.*

82.     USNA seeks to commission leaders by utilizing the Navy's Culture of Excellence Approach, which "empowers the Fleet to achieve warfighting excellence by fostering psychological, physical and emotional toughness; promoting organizational trust and transparency; and ensuring inclusion and connectedness among every Sailor, family member and civilian throughout their Navy journey."  *Id.* at 1.  This approach allows USNA to commission officers with foundational professional knowledge, skills, and the moral character required to support and defend the Constitution and to serve as effective Navy and Marine Corps officers.

83.     Our country places special trust and confidence in USNA graduates who accept commissions to serve as Navy and Marine Corps officers and leaders.  The nation expects its officers to wield lethal force in an ethical manner, to care for the Sailors and Marines in their

units, and to exercise stewardship over the naval profession, while seizing the initiative to accomplish missions in a complex, decentralized operating environment. As such, USNA strives to be the nation's preeminent leadership development institution and the gold standard where America should look to see what "right" looks like.

84.     USNA's purpose is to produce leaders of character who are prepared to provide selfless service to our Navy, Marine Corps, and our country. Character development ranks as the most important aspect of producing those leaders. USNA's leadership model is designed to produce leaders capable of mastering the challenges of modern warfare in a constantly changing and ever-challenging world. USNA begins the process by creating trust and serving as a foundation for building cohesive teams and sustaining national readiness. As part of its curriculum, USNA promotes an academic environment where debate is encouraged, ideas are challenged, and honest feedback is the standard. USNA does not advocate for one perspective; instead, it teaches midshipmen how to think and analyze problem sets, thus best preparing these junior officers to have honest and difficult conversations with the Sailors and Marines they will lead to best protect and serve the American people.

85.     USNA's admissions process aims to create a diverse body of midshipmen to advance that high purpose. This is critical to USNA's educational mission and to its successful impact on the larger mission of the Navy and Marine Corps for multiple reasons.

86.     First, a diverse academic environment promotes "an essential exchange of differing experiences and ideas critical to best educating midshipmen for the roles and responsibilities that will be expected of them as Navy and Marine Corps Officers leading a diverse Fleet routinely conducting operations in a diverse world." *See* Use of "Affirmative

34

Action" in Admissions Decisions at the U.S. Naval Academy (attached as Exhibit 4). Diverse

backgrounds, skillsets, and experiences contribute to the innovative thought, creative adaptation,

and cultural understanding necessary to successfully operate in today's complex, asymmetric

environments. Diversity enables the pursuit of solutions from a variety of perspectives informed

by different life experiences.

87.     Second, USNA has made the judgment that a diverse Brigade enhances

appreciation, respect, and empathy; traits that are essential for military cohesion. "A diverse

workforce is a force multiplier required to maintain maritime superiority and dominance on the

battlefield." U.S. Naval Academy, *Diversity and Inclusion Strategic Plan*, at 1. USNA prepares

midshipmen to lead a multicultural force and fight alongside the United States' diverse partners

and allies. *See* Use of "Affirmative Action" ("Navy and Marine Corps operations are

increasingly conducted and coordinated with diverse, multi-national partners and allies where

sufficient cultural exposure, comfort, and familiarity are necessary to best leverage combined

strength and purpose to defend joint values and strategic objectives."). Cultural competency

promotes trust, which is essential to achieve common goals in cohesive teams. These qualities

are especially critical for Navy and Marine Corps officers stationed in platforms across the globe

in which they are leading diverse teams in close quarters. A diverse campus environment pushes

midshipmen beyond their comfort level and, in doing so, helps to develop the next generation of

agile and resilient officers prepared to effectively lead in complex and uncertain environments

around and throughout the world.

88.     Third, USNA has made the determination that a diverse Brigade ensures an

inclusive, multifaceted educational and professional development environment for all

35

midshipmen.  Admissions policies that may consider race or ethnicity as one of many

nondeterminative factors are critical for fostering an "inviting, safe, and supportive campus

where everyone feels they belong and have equitable opportunity for success regardless of race,

ethnicity, culture, gender, sexual orientation or socioeconomic background."  U.S. Naval

Academy, *Diversity and Inclusion Strategic Plan* at 1.  Eliminating the ability to consider race or

ethnicity as one of many nondeterminative factors risks lowering interest among, acceptance, and

enrollment rates of diverse applicants, thereby shrinking the pool of qualified minority officer

candidates.  A critical mass of diverse midshipmen is key to spur a sense of belonging for all.

This, in turn, helps midshipmen feel like an integrated part of the academic community and

encourages them to engage freely in conversations essential for collective growth and awareness.

Prohibiting these policies would reduce the number of officers of all backgrounds exposed to a

diverse educational experience.

89.     Fourth, USNA has determined that a diverse Brigade promotes institutional

legitimacy.  As USNA's then Superintendent, Vice Admiral Sean Buck, explained in testimony

to Congress, USNA strives "to recruit and admit young women and men reflective of the nation

they will serve."  *Testimony before the H. Armed Servs. Comm., Subcomm. on Mil. Personnel*,

118th Cong. (July 19, 2023).  "To cultivate a set of leaders with legitimacy in the eyes of the

nation, it is necessary that the path to leadership in the Navy be visibly open to talented and

qualified individuals of diverse backgrounds."  Supplemental Guidance § 7.

90.     Ensuring a Brigade of diverse midshipmen is of critical importance to furthering

these necessities, especially given that the Navy and Marine Corps, unlike other civilian

institutions in the country, develops officers internally via a closed personnel system.  Navy and

Marine Corps Officers are developed internally over years of differing assignments and experiences; the military does not hire its officer corps laterally, as a corporation might. The military's future leadership will necessarily be drawn from those who join the military today. Current senior Navy leadership was assessed into the Navy in the 1980s and 1990s. For example, the current Secretary of the Navy, the Honorable Carlos Del Toro, graduated and accessed into the Navy as a career Surface Warfare Officer from USNA in 1983. He became the Secretary of the Navy after serving as a career officer, which included command of a guided missile Destroyer and several key defense program positions. As a result of the nature of the closed loop system of military career progression, it is of critical importance to ensure diversity in the demography of initial officer accessions, especially accessions through USNA.[8] Approximately 28% of new Navy and Marine Corps officers each year in the warfighting communities, 16-20% of new officers in the total corps for both services, and a disproportionate percentage of senior officers (40% of flag officers in the Navy) are USNA graduates (as noted earlier, the specific percentage of Marine Corps general officers is not currently available). Additionally, 95% of each graduating class is assessed into the warfighting communities.

---

[8] To become an officer in the Navy or Marine Corps, an individual must either graduate from USNA, attend a civilian college or university while participating in a ROTC program, attend Officer Candidate School after graduating from college, receive a direct commission after earning a professional degree, or advance through the enlisted ranks and then complete one of these officer training programs.

## IX.   USNA's Consideration of Race-Neutral Alternatives

91.    USNA has considered several alternate race-neutral methods to increase the racial and ethnic diversity of the Brigade of Midshipman, but they have not been effective to date.

92.    First, USNA representatives frequently visit Navy and Marine Corps units and bases to market to and increase USNA applications from Fleet Sailors and Marines. As certain non-white racial demographics are overrepresented in the enlisted population, increasing the number of candidates who are currently enlisted Sailors and Marines could increase the number of diverse candidates. However, the impact of increasing Sailor and Marine candidates would still have a minimal impact on overall diversity at USNA because enlisted Sailors or Marines make up only approximately 5% of a given class.

93.    Second, USNA has expanded outreach to potential diverse applicants using a program for rising high school seniors known as Summer Seminar and a Science, Technology, Engineering, and Mathematics ("STEM") Camp for rising ninth-to-eleventh graders. USNA also conducts unique outreach programs that tangentially may impact recruitment and applications. For example, USNA alumni and significant interest groups have begun hosting STEM events at middle schools to inspire students, particularly students from racially and ethnically diverse backgrounds, to consider STEM careers, and potentially a military career. These programs have improved interest in attending USNA but have not demonstrated a direct or immediate impact on increasing the number of racially diverse applications to USNA.

94.     Third, USNA has marketed to specific underrepresented demographics through an enrollment management company with a goal of increasing the pool of qualified diverse candidates. The enrollment management company has only been under contract for one full

38

admission cycle (Class of 2027), and not enough time has passed to assess tangible outcomes to date. One challenge USNA continues to face is the broad decline in the interest of young people in attending college and the decreasing propensity overall for military service among today's youth. The pool of available qualified applicants is further reduced by the obesity epidemic afflicting young adults.[9] We assess that the enrollment management company's efforts will assist in gaining interest among young people, but it will also take a multiple pronged effort such as getting them to visit USNA or engagement with a midshipman to get them complete an application and accept an offer of appointment, if tendered.

95.     In addition to the outreach efforts described above, USNA also has considered other race-neutral measures to increase the level of diversity in the Brigade of Midshipmen. For example, USNA considers socio-economic status during the application process; however, lower socio-economic status alone has not been successful at increasing diversity at USNA as many non-diverse applicants also benefit from such considerations.

96.     USNA has considered prioritizing first-generation college candidates as a race-neutral alternative. To date, however, a review of recent classes admitted indicated that the number of first-generation college candidates applying to USNA was so small that it has not made a significant impact on the diversity of the incoming class.

97.     USNA has also considered adjusting its admissions metrics for candidates to increase diversity. High school class rank used to be the number one predictor for academic

---

[9] CDC, *Unfit to Serve*, https://www.cdc.gov/physicalactivity/resources/unfit-to-serve/index.html (last visited Nov. 30, 2023) (noting that "[j]ust over 1 in 3 young adults aged 17-24 is too heavy to serve in our military").

success at USNA.  However, 60% of high schools in the nation do not provide a class rank, and assessing the relative equivalencies of a high school GPA is problematic given the variance in academic rigor between schools, which make class rank an unreliable predictor of potential candidates that are prepared to success at USNA.  Thus, any such adjustments would be difficult to practically execute.

98.     USNA has also considered adjusting its consideration of standardized tests, such as the SAT and ACT, in the admissions process.  USNA has used a test-flexible policy for the last three admissions cycles, each of which has included a small cadre of students who did not include official standardized test scores in their application files because of testing unavailability or other extenuating circumstances (but not because of race or ethnicity).  Insufficient time has passed to assess what, if any impact, lack of scores for these students has meant for their resulting USNA success; and while USNA understands that race and ethnicity may be significant indicators in accounting for test score differences, USNA nonetheless values a standardized measure of academic potential, especially considering the variance in academic rigor between high schools, to ensure that appointed midshipmen can succeed while at USNA.  Further, the version of the Fiscal Year 2024 National Defense Authorization Act, as proposed by the United States Senate, would mandate that service academies require the submission and consideration of standardized test scores as part of the application process, rendering any flexibility of USNA to restructure its standardized testing criteria moot.

99.     Finally, USNA has conducted focused outreach on low-density congressional districts and has encouraged Members of Congress to increase the number of their nominations and to sponsor informational Academy Days, which are events including USNA representatives

40

designed to introduce the USNA admissions process and USNA opportunities to district parents, students, and teachers.  However, USNA has not observed a significant shift in diversity applications or admissions based on outreach targeting enhanced nominations.  A recent study found that Members of Congress "have nominated disproportionately more white students than Black, Hispanic, or Asian and Pacific Islander students."[10]  The study concluded that this disproportionality in the nominating process "contributed to significant racial and ethnic disparities in the student bodies of the [military] academies."[11]  This is another reason why USNA's current admissions policy, with its limited consideration of race and ethnicity (across all minority groups) as one nondeterminative factor, is critical to ensuring a diverse class of midshipmen.

## X.  USNA is Required to Monitor Demographic Data

100.    Under federal law and DoD directives, USNA is required to collect and report military personnel data, which includes race and ethnicity, regarding midshipmen.

101.    OMB oversees and coordinates the implementation of Federal regulations across the Executive Branch.  In October 1997, OMB published a notice in the Federal Register, "Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity," that replaced and superseded existing OMB guidance from 1977.  In its 1997 revision, OMB modified and separated race and ethnicity categories.  The following five categories of race are listed in the Federal Register Notice: "American Indian or Alaska Native," "Asian," "Black or

---

[10] Connecticut Veterans Legal Center, *Gatekeepers to Opportunity: Racial Disparities in Congressional Nominations to the Military Service Academies* at 3 (2021), https://perma.cc/85X7-TQ2F.

[11] *Id.*

African American," "Native Hawaiian or Other Pacific Islander," and "White." Similarly, OMB directed the use of ethnic categories such as "Hispanic or Latino" and "Not Hispanic or Latino." While the United States government has long collected statistics on race and ethnicity, until OMB issued its 1977 Race and Ethnic Standards for Federal Statistics and Administrative Reporting, federal data collection lacked uniformity on race and ethnicity reporting categories. OMB mandates the use of these racial and ethnic categories by federal agencies, including the DoD.

102.    The DoD has issued guidance for all DoD entities, including USNA, mandating the reporting of military personnel data, first in DoD instruction 1336.05, and subsequently in DoD Manual 7730.69, Volume I, Uniformed Services Human Resources Information System: Main Reporting Requirements. DoD Manual 7730.69, Volume I, establishes the master personnel file coding format, which requires DoD entities to identify the race code and ethnicity code of an individual "in accordance with the 1997 OMB standards on race and ethnicity . . . [in the] Federal Register" as described above. Collection and reporting of the required military personnel data enable the DoD to create mandatory information reports, statistical tabulations, and demographic information related to the uniformed services. Thus, federal law and DoD directives require USNA's collection and use of particular race and ethnicity categories.

## XI.    A Preliminary Injunction Requiring USNA to Change Its Admissions Policies Would Impose Significant Harms

103.    I understand that Plaintiff has requested that the Court preliminarily enjoin USNA from considering race as a factor in admissions by December 1 of this admissions cycle. If the

Court were to enter such an injunction during the current admissions cycle, it would impose

significant harms on USNA, current applicants, and the Navy's national security interests.

104.     As explained above, the current admissions cycle began almost a year ago in

January 2023, when some candidates were juniors in high school and candidates were able to

begin the Summer Seminar/Preliminary Application.  The Regional Admissions Teams and the

Board have been reviewing candidate applications since August 2023 under admissions policies

that have been in place at USNA for years.

105.     If the Court were to preliminarily enjoin USNA from applying its longstanding

admissions policies during this admissions cycle, USNA would have to consider how to change

those policies midstream to comply with the Court's order.  This might include reconsideration

of all applications already reviewed; the potential withdrawal of accepted offers, LOAs, FQOs

(fully qualified offers), 216 in total of which have already been provided to candidates for the

current admissions cycle as of November 27, 2023; or the changing of current admissions

decisions to the detriment of those who have completed or are in the process of the USNA

admissions and application process.

106.     Alternately, preliminarily enjoining USNA from applying its longstanding

admissions policies mid-cycle could also mean that certain candidates could be evaluated under a

different set of criteria depending on when in the cycle they submitted their application.  For

example, a candidate who has already submitted his or her application and received a LOA could

have been evaluated under a different set of criteria than a candidate who has not yet applied.

This would be inherently unfair both to those who already have received an LOA and those

whose applications are still under consideration.  To my knowledge, USNA has never changed

43

its admission policies mid-cycle in this way or applied different criteria depending on when a candidate applied.

107.    Finally, preliminarily enjoining USNA from applying its longstanding admissions policies would harm the important national security interests that those polices are designed to advance.  I understand that the Navy has made a military judgment that a diverse officer corps is necessary for mission and combat readiness.  If USNA was prohibited from considering race or ethnicity (across all minority groups) as one of many nondeterminative factors, I expect that USNA's class of admitted midshipmen would become less diverse, as it was before USNA began applying its current policies. This would result in an officer corps that would also become less diverse over time, which in turn would harm the Navy's significant national security interests.

## XII.   Inaccuracies in Plaintiff's Complaint

108.    Plaintiff's complaint and preliminary injunction motion contain many factual inaccuracies concerning USNA's admissions policies and practices.  These inaccuracies largely result from reliance on outdated documents and statements, some of which are more than two decades old.  Below I identify some of these inaccuracies.

109.    In paragraph 4 of Plaintiff's complaint, Plaintiff claims "Instead of admitting midshipmen solely on leadership potential and objective metrics—the Academy stopped requiring applicants to submit standardized test scores three years ago—the Academy focuses on race." This statement mischaracterizes both the reasons for USNA's adoption of a flexible test policy and how race and ethnicity is considered in applying that policy.  USNA adopted a test flexible policy three years ago during the COVID-19 pandemic when all students nationwide

44

were either precluded from taking standardized tests due to cancellations or access to take them was limited. USNA's test flexible policy highly encourages students to submit standardized tests, but students may request a waiver to allow their application to be reviewed without them. USNA has admitted a few students in each of the last three classes whose applications were reviewed without standardized test, but there has been no observed difference between majority and minority students. Moreover, contrary to Plaintiff's claim, the decision whether to permit an exception to the submission of test scores is not based on a candidate's race or ethnicity, but rather on extenuating circumstances such as test unavailability.

110.    In addition, paragraph 32 of Plaintiff's complaint refers to a recommendation by a diversity task force created by the Chief of Naval Operations in July 2020 that USNA should consider deemphasizing the use of standardized academic tests as a means to improve minority representation. USNA has been evaluating the use of the standardized tests as part of a DoD task force, but it has not reached a conclusion at this point. Having said that, standardized tests are a valued assessment tool in evaluating applications of students given the differences in school systems nationwide and performance in math. Furthermore, standardized tests have proven to be a good indicator of STEM major preference.

111.    Plaintiff also asserts in paragraph 33 that, "if the candidate identifies himself as non-white, the bar for admission immediately drops." This statement references comments made in a 2010 op-ed by a former Board member who briefly sat on the Board two decades ago. These assertions have no relevance to USNA's current admission practices. Every candidate who is evaluated by the Board is evaluated using the same factors, and the bar does not "drop" for minority candidates.

45

112.    Plaintiff asserts in paragraph 34, based on the same 2010 op ed, that a "check mark" for a 600 MSAT/VSAT was made on a "majority" application file while a minority student received a check mark for a lower 550 MSAT/VSAT.  USNA does not use check marks for college entrance examinations in assessing academic preparedness, but instead relies on the collective judgement of the Board in evaluating the academic credentials presented by each candidate who applies for admission.  More fundamentally, USNA does not use different testing cutoffs for any applicant, whether minority or nonminority.  Rather, all applicants regardless of race or ethnicity are held to the same testing standards.  In addition to the use of standardized tests (when provided), the Board reviews the grades/grade trends, curriculum rigor, course progression, percentage of students who attend four- year colleges/universities, and written evaluations of school officials.

Dated: Annapolis, Maryland

November 30, 2023

Stephen B. Latta
Dean of Admissions
U.S. Naval Academy

# EXHIBIT 1

**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

SECNAVINST 1531.2D
ASN (M&RA)
27 Nov 2018

SECNAV INSTRUCTION 1531.2D

From:  Secretary of the Navy

Subj:  UNITED STATES NAVAL ACADEMY CURRICULUM AND ADMISSIONS
       POLICY

Ref:  (a) 10 U.S.C., §603
      (b) SECNAVINST 5200.35F

1.  <u>Purpose</u>.  To implement regulations authorized by the
Secretary of the Navy regarding the Naval Academy curriculum and
admissions policy under the provisions of reference (a).

2.  <u>Cancellation</u>.  SECNAVINST 1531.2C.

3.  <u>Applicability</u>.  This instruction applies to the Office of
the Secretary of the Navy, the Chief of Naval Operations, the
Commandant of the Marine Corps, and all U.S. Navy and U.S.
Marine Corps installations, commands, activities, and field
offices, and all other organizational entities within the
Department of the Navy.

4.  <u>Policy</u>.  The mission of the Naval Academy is to develop
midshipmen morally, mentally, and physically; and to imbue them
with the highest ideals of duty, honor and loyalty in order to
graduate leaders who are dedicated to a career of Naval Service
and have potential for future development in mind and character
to assume the highest responsibilities of command, citizenship
and government.

    a.  The Naval Academy program combines character
development, an undergraduate education, and professional
training to provide a major source of officers instilled with
values of Naval Service and career motivation.

    b.  The Naval Academy academic curriculum develops the
intellectual foundation for that professional competence
essential to leadership in the Naval Services.  Such foundation
includes an understanding of naval professional military
education competencies, which includes the role of navies in a

historical and global context, practical education in the art of leadership and ethics, and a solid technical foundation upon which to build the specific competence officers need to lead our men and women in an increasingly complex inventory of ships, aircraft, and weapons systems.  Coupling a strong core technical foundation with studies in the humanities ensures that midshipmen, regardless of major, are adequately prepared for service in any Navy or Marine Corps specialty.

    c.  Naval Academy admissions procedures must support the primary objectives of selecting candidates who:

        (1) Are mentally and physically able to undertake rigorous academic, professional education, as well as physical training programs;

        (2) Show interest in serving their country as professional officers in the Naval Services;

        (3) Show capabilities and interest in fields of study that reflect the needs of the Navy and Marine Corps;

        (4) Show potential for leadership in the Naval Services;

        (5) Show the capacity and desire to complete the 4-year course and remain in Service beyond the period of obligated service after commissioning; and

        (6) Are of good moral character.

5.  <u>Responsibilities</u>.  The superintendent is responsible for ensuring Naval Academy admissions criteria and curriculum meet the stated objectives.  The foundation of the academic curriculum is a core of disciplines required of all midshipmen which provides the basic tools for scientific inquiry, logical and conceptual reasoning, problem-solving, and clear expression, both oral and written.

    a.  The core curriculum is designed to produce junior officers capable of effectively using modern technology in the Naval Services.  It also fosters a greater comprehension of the Naval Services' roles in the modern international environment. These demands require a core curriculum that provides a well-

integrated program of progressively challenging study in engineering disciplines, mathematics, and sciences, as well as in humanities and social sciences.

b.  The core curriculum effectively prepares midshipmen for postgraduate technical training, regardless of major, and permits the selection of majors without regard to quotas for engineering, mathematics/science, humanities, or social science.

c.  Each midshipman is required to complete the requirements of an academic major.  This study-in-depth is designed to stimulate intellectual curiosity and foster intellectual maturity.

d.  Since the Naval Services require officers with technical backgrounds to provide a high level of technical leadership and proficiency in our operational units, midshipmen will be encouraged to select engineering and science majors.

e.  The curriculum contains strong ethical components in the core and major courses.

f.  The curriculum includes physical training components to facilitate preparation for military service.

g.  In accordance with Section 6966 of reference (a), the curriculum shall be arranged such that no classes are held on Sunday.

h.  In accordance with reference (b), the establishment and use of internal controls and accounting procedures are mandated to ensure:  effectiveness and efficiency of operations; reliability of financial reporting; and compliance with applicable laws and regulations.  Additionally, as part of the annual Manager's Internal Control Program (MICP) report, the USNA Superintendent will provide the Assistant Secretary of the Navy for Manpower and Reserve Affairs (ASN (M&RA)) with copies of the sections of USNA reports that are relevant to curriculum and admissions.  The reports will include summary descriptions of internal controls used, their sufficiency, and any identified weaknesses or deficiencies.

SECNAVINST 1531.2D
27 Nov 2018

6. <u>Records Management</u>

a. Records created as a result of this instruction, regardless of format or media, must be maintained and dispositioned according to the records disposition schedules found on the Directives and Records Management Division (DRMD) portal page: https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/SitePages/Home.aspx.

b. For questions concerning the management of records related to this instruction or the records disposition schedules, please contact your local Records Manager or the DRMD program office.

GREGORY J. SLAVONIC
Assistant Secretary of the Navy
(Manpower and Reserve Affairs)

Distribution:
Electronic only, via Department of the Navy Issuances Web site
http://doni.documentservices.dla.mil

4

# EXHIBIT 2

**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

OPNAVINST 5450.330B
N12
6 Nov 2017

OPNAV INSTRUCTION 5450.330B

From:  Chief of Naval Operations

Subj:  MISSION, FUNCTIONS, AND TASKS OF THE UNITED STATES NAVAL
       ACADEMY, ANNAPOLIS, MARYLAND

Ref:   (a)  SECNAVINST 1531.2C
       (b)  OPNAVINST 1520.42A

Encl:  (1)  Functions and Tasks of the USNA, Annapolis, Maryland

1.  Purpose.  To publish the functions and tasks of U.S. Naval Academy (USNA), Annapolis,
Maryland, under the mission established by reference (a).  Major changes include defining
supported and supporting command relationships and updating education, physical,
commissioning, and supporting command requirements.  This instruction is a complete revision
and should be reviewed in its entirety.

2.  Cancellation.  OPNAVINST 5450.330A.

3.  Scope and Applicability.  This instruction applies to all personnel and subordinate unit
identification codes that report to the Superintendent, USNA, and those commands which share a
supported or supporting relationship with USNA.

4.  Mission.  The mission of USNA is to develop midshipmen morally, mentally, and physically
and to imbue them with the highest ideals of duty, honor, and loyalty in order to graduate leaders
who are dedicated to a career of naval service and have potential for future development in mind
and character to assume the highest responsibilities of command, citizenship, and government.

5.  Status and Command Relationships.  USNA is a shore activity in an active status under the
Superintendent, USNA, Annapolis, Maryland.

   a.  Echelon

      (1) Chief of Naval Operations (CNO)

      (2) Superintendent, USNA

   b.  Local Coordination

      (1) Superintendent, USNA

OPNAVINST 5450.330B
6 Nov 2017

    (2) Commander, Naval Support Activity (NSA) Annapolis

6.  Supported and Supporting Activities

    a.  USNA is immediate superior in command of the Naval Academy Preparatory School (NAPSCOL), Newport, Rhode Island.

    b.  Supporting activities include:

      (1) Commander, Naval Installations Command;

      (2) Commandant, Naval District Washington;

      (3) Commander, NSA Annapolis, Maryland;

      (4) Commander, Naval Health Clinic, Annapolis, Maryland;

      (5) Commander, Naval Facilities Engineering Command Washington Public Works Department, Annapolis, Maryland; and

      (6) Director, Naval History and Heritage Command.

7.  Overseas Diplomacy.  USNA serves as an instrument of U.S. foreign policy by initiating and continuing programs which promote positive relations with foreign navies and naval academies.

8.  Oversight.  Oversight is provided by the USNA Board of Visitors, CNO, Vice Chief of Naval Operations (VCNO), and Director, Navy Staff (DNS), and includes, but is not limited to, evaluating the quality and integrity of USNA, assessing institutional leadership, and ensuring that the USNA mission is met.  As the Navy's education executive agent, VCNO chairs the Advanced Education Review Board (AERB) as described in reference (b).  The AERB, which meets at least semi-annually, serves as a forum to provide advice regarding education policies and programs at the Navy's education institutions.  The Superintendent for USNA is a designated member of the AERB.  USNA will conduct routine education and education-related base support and facilities business through either the Deputy Chief of Naval Operations, Manpower, Personnel, Training and Education (CNO (N1)) or Deputy Chief of Naval Operations, Fleet Readiness and Logistics (CNO (N4)), as appropriate.

9.  Outcome Assessment.  The Superintendent must maintain a formal program of assessment regarding USNA's effectiveness in meeting its institutional mission and strategic goals.  Results of this program, as well as a summary of the data on which it is based, must be made available annually to the Board of Visitors, CNO, DNS, and CNO (N1).  Institutional effectiveness will be monitored by the Academy Effectiveness Board at USNA.

OPNAVINST 5450.330B
6 Nov 2017

10. Action.  To ensure USNA is effective and efficient in mission accomplishment, the Superintendent will periodically assess the content and relevance of enclosure (1).  As changes are deemed necessary to enhance institutional effectiveness, the Superintendent will forward recommended changes to CNO, CNO (N1), and DNS.

11. Records Management.  Records created as a result of this instruction, regardless of media and format, must be managed per Secretary of the Navy (SECNAV) Manual 5210.1 of January 2012.

12. Review and Effective Date.  Per OPNAVINST 5215.17A, CNO (N1) will review this instruction annually on the anniversary of its issuance date to ensure applicability, currency, and consistency with Federal, Department of Defense, SECNAV, and Navy policy and statutory authority using OPNAV 5215/40 Review of Instruction.  This instruction will be in effect for 5 years, unless revised or cancelled in the interim, and will be reissued by the 5-year anniversary date if it is still required, unless it meets one of the exceptions in OPNAVINST 5215.17A, paragraph 9.  Otherwise, if the instruction is no longer required, it will be processed for cancellation as soon as the cancellation is known following the guidance in OPNAV Manual 5215.1.

R. P. BURKE
Deputy Chief of Naval Operations
(Manpower, Personnel, Training and Education)

Releasability and distribution:
This instruction is cleared for public release and is available electronically only via Department of the Navy Issuances Web site, http://doni.documentservices.dla.mil

OPNAVINST 5450.330B
6 Nov 2017

FUNCTIONS AND TASKS USNA, ANNAPOLIS, MARYLAND

1.  Education

   a.   Provides, each year, newly commissioned officers who have been immersed in the history, traditions, and professional values of the Navy and Marine Corps and developed to be leaders of character, dedicated to a career of professional excellence in service to the Nation.

   b.   Provides officers who will generate a core group of innovative leaders capable of thinking critically and who will exert positive peer influence to convey and sustain these traditions, attitudes, values, and beliefs essential to the long-term readiness and success of the Navy and Marine Corps.

   c.   Provides and conducts an educational program suitable for producing a graduating class with academic backgrounds commensurate with the needs of the naval service.

   d.   Ensures a minimum of 65 percent of Navy-option midshipmen complete a technical degree program before receiving a Navy commission.

   e.   Provides education and training in the knowledge and skills needed to excel in the maritime environment.  Provides training opportunities through both classroom exercises and practical training afloat, during both academic year and midshipmen summer training.

   f.   Develops junior officers who possess leadership, character, a high sense of personal honor, integrity, accountability, an unqualified acceptance of responsibility, and duty to self, service, and country.

   g.   Delivers a strong core curriculum coupling a technical foundation with studies in the liberal arts, thereby ensuring that graduates are prepared for service in any warfare specialty regardless of academic major.

   h.   Develops junior officers who have an understanding of the proper relationships between officers and enlisted personnel and between junior and senior personnel.

   i.   Graduates leaders who are prepared and educated to serve in combat as standard bearers of the naval profession in service to their Nation.

   j.   Develops, maintains, and as appropriate, revises curricula for all courses of instruction to support USNA mission and the current and future needs of the naval service.

   k.   Maintains information resources, including traditional library facilities and learning commons, and collections including electronic information access, to support USNA's education and research programs.

OPNAVINST 5450.330B
6 Nov 2017

l.   Maintains educational support programs to enhance midshipmen learning and development and minimize attrition of midshipmen who show promise of effective service as officers in the naval service.

m.  Assists the CNO as requested on matters of undergraduate military education for USNA midshipmen.

n.   Keeps CNO advised regarding progress and general results of the education being provided to USNA midshipmen.

o.   Operates and maintains training equipment and devices necessary to academically and professionally develop USNA midshipmen.

p.   Supports research by faculty, staff, and students, especially but not limited to research that supports the academic program and the naval profession.

q.   Supports academic freedom of faculty and students including engaging in intellectual debate and research of significant and contentious areas, without fear of reprisal, in order to foster learning and discovery.

r.   Provides direct oversight of the academic program at NAPSCOL, Newport, Rhode Island, to ensure midshipmen admitted from NAPSCOL are sufficiently prepared with both foundational knowledge and effective learning habits to complete the challenging USNA curriculum.

2.   <u>Admissions</u>.  To comply with the strategic guidance in reference (a), the Superintendent:

a.   Encourages qualified candidates from populations traditionally underrepresented in the naval officer corps to apply for admission to USNA.  These underrepresented populations include, but are not limited to:  African-Americans, Hispanic and Latino populations, Native Americans, rural Americans, and women, in general.

b.   Encourages qualified candidates from the Navy and Marine Corps enlisted ranks who seek to serve their Nation as naval officers to apply for admission to USNA.

c.   Encourages qualified candidates from foreign countries designated annually by the Secretary of Defense to apply for admission to USNA.  The number of qualified foreign candidates admitted annually will be adjusted to maintain the total foreign enrollment at USNA as close to the Title 10 established limit as feasible.

d.   Encourages candidates with a strong interest in science, technology, engineering, and mathematics (STEM) disciplines to apply for admission to USNA.

OPNAVINST 5450.330B
6 Nov 2017

3.  <u>Physical Readiness</u>.  Because intercollegiate competitive athletics contribute so markedly to officer development, and because it is important that USNA athletic teams personify the highest standards of the Navy and Marine Corps before a national audience, the USNA intercollegiate athletic program must comply with all applicable National Collegiate Athletic Association rules and regulations.  In addition, the varsity athletic programs will compete at the Division I level.

a.  Develops the skills necessary to sustain outstanding performance in a competitive environment, both as an individual and as a member of a team.

b.  Develops junior officers with physical conditioning sufficient to support maximum performance at the limits of physical endurance.

4.  <u>Commissioning Requirements</u>

a.  Commissions officers to meet the annually mandated officer recruiting goals established by CNO (N1) and Headquarters Marine Corps Manpower and Reserve Affairs.

b.  Commissions no less than 95 percent of those midshipmen being appointed in the Navy as unrestricted line officers unless otherwise delineated by CNO (N1).

c.  Commissions no less than 65 percent STEM majors into the Navy.

5.  <u>Conferences</u>.  Serves as host for a wide variety of international and high-level naval conferences which directly support USNA's mission.

6.  <u>Support</u>

a.  Administers nominations made by members of Congress and other officials authorized to nominate candidates for admission to USNA.

b.  Exercises chain of command authority over NAPSCOL.

c.  Makes recommendations to CNO regarding changes in academics, facilities, funding, and logistic requirements necessary to effectively accomplish assigned mission and functions.

7.  <u>Financial Services</u>

a.  Exercises budgetary and funding control over funds allocated by CNO.  Develops and coordinates long and short range financial plans and programs.

b.  Exercises budgetary and funding control over private gift funds in the USNA Gift and Museum Fund Program.

OPNAVINST 5450.330B
6 Nov 2017

    c.  Provides midshipmen disbursing services.

    d.  Provides comptroller and internal review services.

    e.  Provides budget and accounting services.

8.  <u>Information Technology (IT) and Information Management</u>

    a.  Provides mission area management and control to include planning, programming, budgeting, and execution of all USNA IT acquisitions and implementations.

    b.  Provides an integrated IT environment to include:

        (1)  voice, video, and data services;

        (2)  Web, intranet, and extranet services;

        (3)  enterprise application hosting services;

        (4)  message center services; and

        (5)  information assurance (IA) services.

    c.  Acquires, develops, integrates, implements, monitors, and maintains application and operating system software including associated enterprise databases.

    d.  Acquires, develops, integrates, implements, monitors, and maintains IT hardware and network services.

    e.  Acquires, develops, integrates, implements, monitors, and maintains IT security and IA services.

    f.  Provides client-level technical support, licensing, and maintenance services.

9.  <u>Inter and Intra-Command Support</u>

    a.  Maintains a staff judge advocate office to provide legal, ethics, and policy advice and services on command issues to the Superintendent, faculty, staff, and midshipmen.

    b.  Provides a public affairs program, including hometown news services.

    c.  Provides religious programs and consultations.

           Enclosure (1)

OPNAVINST 5450.330B
6 Nov 2017

d.   Provides management assistance.

e.   Provides administrative support services.

f.   Provides a music program and supports the USNA Band.

g.   Provides audio and visual services, including radio-television production and graphic arts.

h.   Provides support through the Midshipman Welfare Fund (club sports and extra-curricular activities) and USNA Business Services Division (retail merchandise, food service, and personal services).

10. Personnel Support.  Conducts a Human Resource Management Program, including the Equal Employment Opportunity Program.

11. Director, Vice Admiral Stockdale Center for Ethical Leadership

a.   Enhances and strengthens the leadership, character, and ethics development programs at USNA.

b.   Conducts research and provides educational services in the field of ethical leadership to support USNA, the naval services, and other national institutions of influence.

12. NAPSCOL

a.   Provides an avenue for effective transition to the academy environment and prepares selected candidates for admission who are judged to need additional preparation in academics, physical fitness, or character development.

b.   Provides tailored individual instruction to strengthen candidate abilities and to correct deficiencies in academic areas.  Additionally, NAPSCOL provides supplementary instruction in military orientation, physical development, athletics, leadership, and character development.

13. Cemetery and Columbarium

a.   Maintains USNA cemetery and columbarium in a uniform and dignified manner.

b.   Prescribes the rules and regulations for operating and maintaining the cemetery and columbarium, to include eligibility policies, application procedures, monument guidance, and physical record management.

OPNAVINST 5450.330B
6 Nov 2017

14. Commander, Naval Installations Command.  Enables and sustains USNA by designing, developing, and delivering integrated shore capabilities and support that facilitates USNA's mission accomplishment.

15. Commandant, Naval District Washington (NDW).  Exercises area coordination over military and civilian employees assigned within the geographic area encompassed by NDW.  Supports USNA's operational readiness and provide service excellence to supported commanders and customers.

16. NSA Annapolis

   a.   Provides base operating support functions in support of USNA, tenant commands, and their respective missions.

   b.   Provides family housing services.

   c.   Provides maintenance control services, facilities maintenance, utilities, transportation maintenance, and construction equipment maintenance.

17. Naval Health Clinic Annapolis

   a.   Provides comprehensive ambulatory medical services to the Brigade of Midshipmen and active duty personnel assigned to USNA, tenant commands, their families, and eligible beneficiaries.

   b.   Provides comprehensive dental services to the Brigade of Midshipmen and active duty personnel assigned to USNA and tenant commands.

   c.   Directs and coordinates medical and dental readiness, preventive health assessments, occupational health, sports medicine and orthopedic surgery, ancillary services (lab, radiology, pharmacy), optometry, behavioral health, and immunizations.

18. Naval Facilities Engineering Command, Washington Public Works Department, Annapolis

   a.   Provides facilities support to USNA and NSA, Annapolis.

   b.   Provides passenger transportation services.

   c.   Provides for base development, planning, design construction, and capital improvements.

19. Director, Naval History and Heritage Command

   a.   Manages the administrative and financial business of the USNA Museum.

OPNAVINST 5450.330B
6 Nov 2017

    b.  Records the location of museum objects and arrange for loaning and transporting naval art and artifacts to other museums as well as various buildings on the Washington Navy Yard that are in compliance with climate and security standards.

                              Enclosure (1)

# EXHIBIT 3

# U.S. Naval Academy
# Diversity and Inclusion Strategic Plan



March
2021

# Table of Contents

**Introduction**................................................................................1

**SLT Signature Page**......................................................2

**Mission/Vision**..............................................................3

**Objective 1**....................................................................4

**Objective 2**............................................................5-6

**Objective 3**....................................................................7

**Objective 4**....................................................................8

Our vision is that USNA remains an inclusive campus accessible to all who qualify and desire a naval career, where everyone is treated with the same dignity, honor and respect. We seek to ensure USNA provides equitable access to opportunities for success.

Programs must intentionally aim to advance the understanding of, and address the challenges of, underrepresented populations. We strive to always ensure access and support for all midshipmen, faculty, staff, coaches and support workers in ways that are culturally relevant and responsible. Inclusion requires commitment and intentionality from everyone to increase self-awareness of biases, to learn how experiences and environments form biases, and understand how those biases impacts their everyday decisions. It requires everyone to embrace the value of teams comprised of members with diverse backgrounds, perspectives, and experiences. A diverse workforce is a force multiplier required to maintain maritime superiority and dominance on the battlefield.

USNA is committed to attracting, retaining, and developing a diverse cadre of future young people destined to become commissioned Navy and Marine Corps officers that are resilient, innovative, and equipped to lead in a highly diverse, socially complex, multi-generational workforce. If diversity is the "What," then inclusion is the "How" that enables us to develop the future leaders of tomorrow.
The Navy-wide Culture of Excellence (COE) approach empowers the Fleet to achieve warfighting excellence by fostering psychological, physical and emotional toughness; promoting organizational trust and transparency; and ensuring inclusion and connectedness among every Sailor, family member and civilian throughout their Navy journey. The creation and implementation of this strategic plan is one way USNA can effectively adopt the COE.

This strategic plan develops a path to inclusion we all can walk together. Through well-defined and actionable objectives, we can obtain the goal of becoming a school of choice with an inviting, safe, and supportive campus where everyone feels they belong and have equitable opportunity for success regardless of race, ethnicity, culture, gender, sexual orientation or socioeconomic background.

The objectives address aspects of recruiting, training, and policies that affect the culture of inclusion. The plan also includes developing a mechanism to sustain our commitment to diversity and inclusion and leverage technology to increase transparency, measure the effectiveness of our objectives, and report on our successes.

We look forward to walking this path with our current cadre and midshipmen, alumni, and future members of our team.

1

# Affirmation

*In order to achieve and maintain a culture of excellence, we, the U.S. Naval Academy Senior Leadership Team, representing all cost centers of this institution, remain committed to diversity, equity, and inclusion, and further promote dignity and respect for all.*

Sean S. Buck, VADM, USN
Superintendent

Timika B. Lindsay, CAPT, USN
Chief Diversity Officer

Thomas R. Buchanan, CAPT, USN
Commandant of Midshipmen

Andrew T. Phillips
Academic Dean and Provost

James Bates
Deputy Superintendent/Chief of Staff

Bruce Latta
Dean of Admissions

Joseph J. Thomas, PhD
Director, VADM James B. Stockdale
Center for Ethical Leadership

Chet Gladchuk
Athletic Director

Louis J. Giannotti
Deputy for Information Technology/CIO

Steve Vahsen
Executive Director for Strategy

Joe Rubino
Chief Financial Officer

CMDCM (SW/AW) Karim Cole
Command Master Chief

James D. Bahr, CAPT, USN
Commanding Officer
Naval Academy Preparatory School

2



# Vision

*USNA is an inclusive campus that is accessible to all who qualify and desire a naval career, treats everyone with equal dignity, honor, and respect, and provides equitable access and opportunities for success.*

# Mission

*Attract, retain, and develop a diverse cadre of future young people destined to become commissioned Navy and Marine Corps officers that are resilient, innovative, and equipped to lead in a highly diverse, socially complex, and multi-generational workforce.*



# Objective 1

*Become a school of choice because of an inviting, safe, and supportive campus where everyone feels they belong and have equitable opportunity for success — regardless of race, ethnicity, culture, gender or socioeconomic background.*

- **Action 1a. Increase cultural aptitude of USNA population to promote inclusivity.**

    Step 1a1. Develop and maintain a comprehensive cultural awareness and bias literacy training framework that includes annual training for all USNA leadership, faculty, staff, and midshipmen with specialized modules for key areas of emphasis as they concern admissions, leadership positions, and members of selection panels. Training cannot be a one hit for on-ramping personnel. The commitment to shaping the culture of USNA can never reach an "end."

    Step 1a2. Integrate cultural values and bias literacy into the leadership competencies and leadership classes. Include a cultural values inventory within the freshman year.

- **Action 1b. Increase belongingness.**

    Step 1b1. Create a metric that can measure and track belongingness with a bi-annual survey for students, cadre, and academic staff.

    Step 1b2. Intentionally extend support to first-year students and new employees with information and pamphlets with diversity and inclusion resources, programs, and initiatives. Promote membership in affinity groups and extracurricular programs.

- **Action 1c. Improve inclusivity and fairness in all aspects of the midshipmen experiences to include academic curriculum, training events, and aptitude measurements.**

    Step 1c1. Develop a diversity and inclusion checklist and schedule to inventory and assess all academic classes and training events.  Partner with Academic Departments in conducting a comprehensive curriculum review prioritizing the inclusion of marginalized scholarship and hidden histories within midshipmen education.

    Step 1c2. Review peer-evaluation measurement processes for objectivity and influence of bias and unintended disadvantage to underrepresented populations.

    Step 1c3. Intentionally strive to increase diversity and representation in academic staff recruitment and recruitment of qualified uniform personnel.

    Step 1c4. Develop a confidential process for reporting bias incidents for non-punitive informational purposes to proactively identify areas for potential additional training, in an effort to prevent future Equal Opportunity, Equal Employment Opportunity, and sexual harassment and assault events.

4

**Objective 2**

### *Increase and improve access to USNA for qualified students from underrepresented populations and recognize the value of life-experience characteristics such as resilience, inclusivity, servant leadership, integrity, and physical acumen desirable for future midshipmen.*

- **Action 2a. Require admissions specific cultural awareness and bias literacy training modules for everyone who directly support the admissions process and recruiting events (e.g. Admissions Staff, Blue and Gold Officers, Midshipmen, etc).**

- **Action 2b. Review admissions scoring process to identify if it is unintentionally discriminatory against students from underrepresented populations and disadvantaged school districts that do not have the same opportunities for extracurricular activities or academic support for SAT/ACT prep because of school resources or familial responsibilities.**

   Step 2b1. Identify scoring factors that are directly influenced by school resources and familial obligations such as extracurricular activates and standardize test scores and make recommendations for adjustments.

   Step 2b2. Explore adding scoring factors that are not directly related to opportunities at school — such as a grit or a resilience factor, or continuous employment and leadership roles at work — to the admissions score.

- **Action 2c. Develop a strategic communications plan including messaging and materials that intentionally relate to underrepresented populations.**

   Step 2c1. Seek professional support for creating a marketing plan that is inclusive with messaging that is culturally relevant and responsible such as Office of Navy Public Affairs, Defense Information School at Fort Meade Maryland, or professional marketing company.

   Step 2c2. Use surveys to collect material to include in messaging and pilot materials for feedback.

   Step 2c3. Increase the visibility of current midshipmen and alumni from underrepresented populations by including them in recruiting activities and marketing materials.

   Steps 2c4. Add midshipmen training events that are service related and can market USNA to students and parents from underrepresented populations and socioeconomically disadvantaged school districts.

   Steps 2c5. Gain U.S. Navy leadership support for Navy and Marine Corps leaders from underrepresented populations to participate in USNA recruiting events as operations and schedules allow.

5

- **Action 2d. Develop a grassroots campaign to increase recruiting in communities with large populations of underrepresented minorities and socio-economically disadvantaged students.**

    Step 2d1. Build relationships and networks with middle and high schools in communities with large populations of unrepresentative minorities to communicate the value of a USNA education and a career as a Navy or Marine Corps officer.

    Steps 2d2. Expand programs for partnering with local corporations to engage middle and high school annually in areas of STEM and leadership.

    Step 2d3. Build relationships and networks with external organizations with access to students and parents from unrepresented populations such as American Indian Science and Engineering Society, Naval Academy Minority Association, National Society of Black Engineers to communicate the value of a USNA education and a career as a Navy or Marine Corps officer.

    Step 2d4. Expand and maintain a current list of contacts such as principals, guidance counselors, church leaders and local business leaders. Reinstate USNA visitation trips for contacts, provide marketing materials, and measure outcomes based on future admissions.

- **Action 2e. Develop a campaign to reach Congressional representatives to increase understanding of naval service, USNA, and nomination process to promote utilization of all available nominations and increase opportunities for underrepresented populations.**

    Step 2e1. Participate in Admissions training sessions with congressional staff members to discuss nominations for underrepresented minorities.

    Step 2e2. Reach out to congressional representatives who do not utilize all the academy nominations available and educate them on the process and opportunities to shape future leaders.

    Step 2e3. Develop information packages on USNA and the nomination process for all junior members of Congress.

- **Action 2f. Leverage automation in the admissions process to improve transparency and measure effectiveness of recruitment activities.**

    Step 2f1. Develop a mechanism to gather and analyze data points from first contact through graduation of students to identify trends.



**Objective 3**

*Increase academic and professional growth of and support for midshipmen from underrepresented populations.*

**Action 3a. Require specific bias literacy training modules for midshipmen leadership positions, all members of selection panels, and all personnel sitting on Midshipmen review boards.**

**Action 3b. Improve access to mentors and mentorship opportunities for midshipmen of underrepresented populations.**

Step. 3b1. Gather information via survey after 3/C and 1/C year on midshipmen access to and experience with mentors to identify gaps and opportunities to expand mentorship.

Step. 3b2. Develop a midshipman mentorship model and tool kit that is available to affinity and extracurricular group leaders to promote with their members.

**Action 3c. Work with affinity and extracurricular group leadership for early identification of potential underperformance and identify gaps for growth and development for early intervention.**

Step 3c1. Develop a safe, non-punitive process to express concerns about performance in all areas and receive guidance on options.

Step 3c2. Develop a process to report potential under-performance that results in assistance and early intervention vice outcomes that seem punitive in nature. Reward individuals who realize they need extra support and assistance and act on it.

**Action 3d. Bring equity to the leadership and training opportunities for all populations.**

Step 3d1. Intentionally develop selection panels with representation from different populations. Intentionally use different panel members from underrepresented populations to include multiple perspectives in the selection process.

Step 3d2. Measure midshipmen leadership and training opportunities, aptitude, and disciplinary panels populations (members and midshipmen) and outcomes.

**Action 3e. Intentionally promote diversity in service assignments.**

Step 3e1. Develop an annual event, to be held in the beginning of each class' 2/C year, where career field detailers and USNA alumni from underrepresented populations promote various service selections.

Step 3e2. Track and report on career selections across the different demographics.

# Objective 4

## *Maintain an inclusive campus and include diversity and inclusion in USNA's strategic planning process.*

**Action 4a. Expand diversity and inclusion into all parts of the campus.**

Step 4a1. Develop a representative diversity and inclusion oversight office with a mixture of uniform and civilian personnel based on supported population.

Step 4a2. Hire full-time civilian diversity and inclusion staff for continuity in areas of leadership, training, and data analytics.

Step 4a3. Create a position in each company that specializes in the education of peers and the facilitation of proper reporting procedures for instances of discrimination.

Step 4a4. Create hiring initiatives that recruits educators from HBCUs and other diverse geographic locations.

**Action 4b. Measure progress toward inclusion.**

Step 4b1. Develop an automated mechanism to gather and analyze data and report on outcomes of admissions process and meeting diversity and inclusion objectives.

Step 4b2. Develop diversity and inclusion recognition awards.

Step 4b3. Conduct annual diversity and inclusion summits that include cadre, academic professors, and midshipmen.





8



# We're in this together.



**For more information, contact the Office of Diversity, Equity and Inclusion at ODEI-group@usna.edu**

EXHIBIT 4



**DEPARTMENT OF THE NAVY**
**UNITED STATES NAVAL ACADEMY**
**121 BLAKE ROAD**
**ANNAPOLIS MARYLAND 21402-1300**

November 9, 2022

MEMORANDUM FOR THE HOUSE ARMED SERVICES COMMITTEE

SUBJECT: USE OF "AFFIRMATIVE ACTION" IN ADMISSIONS DECISIONS AT THE
U.S. NAVAL ACADEMY

REFERENCE: (a) HASC PSM notice of 1 November 2022

Per reference (a), the following information is provided regarding the use of "affirmative action" in relation to admissions decisions and the admissions process at the U.S. Naval Academy (USNA). The responses specifically focus on the use of "race" in admissions per the context of reference (a) as it relates to the U. S. Supreme Court's current review of race in admissions processes at Harvard University and the University of North Carolina at Chapel Hill.

- MSA (Military Service Academy) policy on affirmative action and how it was derived

USNA uses race as one of a multitude of factors to assess applications for admission. All candidates are evaluated using a holistic approach that includes many different factors and considerations associated with each applicant's individual record. No points or quotas exist for race, but it can be a factor among the constellation of other factors.

This policy has evolved over several decades in compliance with the U.S. Supreme Court's recognition of the educational value of a diverse student body as codified in the case of *Grutter v. Bollinger* in 2003. USNA's approach is routinely reviewed every few years to ensure legal compliance with existing law. Maintaining a diverse student body at USNA promotes an essential exchange of differing experiences and ideas critical to best educating midshipmen for the roles and responsibilities that will be expected of them as Navy and Marine Corps Officers leading a diverse Fleet routinely conducting operations in a diverse world.

- History of affirmative action at the MSA and when it began

USNA does not have any records identifying when race was specifically included as a factor in the admissions process. We can confirm it has been considered as a factor in admissions since at least 2002 when the current Dean of Admissions was assigned to the Office of Admissions. USNA has been tracking race/ethnicity in admissions since 1980 and diversity recruiters have been assigned to the Office of Admissions dating back to the early 1970s.

- The results of the use of affirmative action policies. This should be data showing the numbers

With the consideration of race as a factor in the admissions process and an expanded outreach effort, the composition of incoming classes at USNA has gradually increased from about 24% diverse for the Class of 2006 to nearly 41% diverse for the Class of 2026, which was admitted

SUBJECT:  USE OF "AFFIRMATIVE ACTION" IN ADMISSIONS DECISIONS AT THE
U.S. NAVAL ACADEMY

this last June.  Further, minority students have succeeded at USNA. Over the last several years, minority students have graduated at about 87%, which is roughly on par with the overall class graduation rates.

- Rough order of magnitude on how much has been spent at each MSA on affirmative action

No USNA funding is specifically set aside or targeted to support "affirmative action."  While funds are dedicated to increasing admissions outreach among historically underrepresented communities, areas of the country, and Congressional districts, this is not based explicitly on race but on a host of considerations including socio-economic status, ethnicity, rural/urban populations, and high schools less aware of USNA programs and opportunities.

- Other points that are relevant to the discussion

It is extremely important that USNA continue to admit and graduate students from across the spectrum of American society.  The consideration of race in the admissions process is carefully tailored to aid in providing our nation's future Navy and Marine Corps leaders with broad-based exposure to the views, perspectives, and unique life experiences of others so that midshipmen develop a better understanding of those whom they will lead and serve in the Fleet.  As important, Navy and Marine Corps operations are increasingly conducted and coordinated with diverse, multi-national partners and allies where sufficient cultural exposure, comfort, and familiarity are necessary to best leverage combined strength and purpose to defend joint values and strategic objectives.

My point of contact for any further information or assistance in this matter is my Staff Judge Advocate, CAPT Andrew House, JAGC, USN who may be reached at (410) 293-1563 or ahouse@usna.edu.

S. S. BUCK
Vice Admiral, U.S. Navy
Superintendent