# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE UNITED STATES NAVAL ACADEMY,<br>*et al.*,<br><br>                    Defendants. | 1:23-cv-2699-RDB<br><br>DECLARATION OF VICE ADMIRAL<br>JOHN V. FULLER |

I, John V. Fuller, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.      I am a Vice Admiral in the United States Navy, currently serving as the Naval Inspector General.  I have served in this position since June 2021.

2.      I am generally aware of the allegations made by the plaintiff in this lawsuit.  I submit this declaration in my official capacity on behalf of the United States Navy in support of the defendants' opposition to plaintiff's motion for a preliminary injunction.  I make these statements based on personal knowledge, my military judgment and experience, and information and knowledge obtained in the course of my official duties.

I.      **Background and Experience**

3.      I am the son of a retired Army colonel.  I received my commission from the U.S. Naval Academy in 1987.  I earned a Bachelor of Science in Political Science from the Naval Academy, a Master of Science in Management from the Naval Post Graduate School and a

Master of Arts in National Security and Strategic Studies from the College of Naval Command and Staff at the Naval War College. I am a Massachusetts Institute of Technology Seminar XXI Fellow.

4.      My sea duty tours include: Division Officer, USS Vandegrift (FFG 48); Department Head, USS Kauffman (FFG 59); Engineering Space Examiner, Atlantic Fleet Propulsion Examining Board; Flag Secretary, Amphibious Force, U.S. 7th Fleet; Executive Officer, USS Curtis Wilbur (DDG 54); Commanding Officer, USS Mason (DDG 87); Commander, Task Group-Iraqi Maritime and Deputy Commander and Commander, Destroyer Squadron 22.

5.      Ashore, my tours include: the U.S. Naval Academy, the Staff of the Chief of Naval Operations (OPNAV), and the Office of the Secretary of Defense.

6.      My flag assignments include: Commander, Navy Region Hawaii/Commander, Naval Surface Group, Middle Pacific; Commander, Carrier Strike Group 1; Director of Strategy, Policy & Plans (J5), North American Aerospace Defense Command and U.S. Northern Command; Joint Staff, J8, Deputy Director for Force Protection (DDFP), which included being Director of the Joint Integrated Air and Missile Defense Organization (JIAMDO), Force Protection Division, Joint Requirements Office for Chemical, Biological, Radiological, and Nuclear Defense (JRO-CBRND), and Chairman of the Protection Functional Capabilities Board.

7.      As Naval Inspector General, I am responsible for inspecting, investigating, and inquiring into any and all matters of importance to the Department of the Navy (DON) in order to maintain the highest level of public confidence. I report directly to the Secretary of the Navy (SECNAV) and serve as his representative throughout the DON. Among other responsibilities, I

provide the SECNAV with accurate and timely information and advice on risks, issues, problems, and deficiencies relating to DON programs and operations.

8.     My personal awards, earned over the course of 36 years as a commissioned naval officer, include: the Defense Superior Service Medal, Legion of Merit, Meritorious Service Medal, Navy Commendation Medal, Navy Achievement Medal and various unit awards.

**II.     <u>Overview</u>**

9.     The United States Naval Academy's mission is: "*To develop Midshipmen morally, mentally and physically and to imbue them with the highest ideals of duty, honor and loyalty in order to graduate leaders who are dedicated to a career of naval service and have potential for future development in mind and character to assume the highest responsibilities of command, citizenship and government.*"[1]  Based on my four years as a midshipman at the United States Naval Academy (USNA), and subsequent 36 years serving as a commissioned officer, I assess that diversity, including racial diversity, in the Navy's officer corps is a necessary element for officer development and therefore is key to our Navy's continuing success.  Because USNA is a key entry point and commissioning source for the Navy, I assert that there is a strong linkage between the Navy's enduring success and USNA's effectiveness at selecting the individuals who will become Navy leaders.  For naval officers, from the day a class graduates, commissions and enters the fleet together as ensigns (sometimes referred to as a "cohort"), until as many as four decades later when the last flag officer in that class retires, Naval Academy graduates serve in leadership roles and support our Navy's overall mission to "recruit, train, equip, and organize to deliver combat-ready naval forces to deter, and if necessary, win conflicts and wars through sustained forward naval presence in support of the joint force."[2]  Every day, the Navy operates

---

[1] Available at: https://www.usna.edu/About/mission.php
[2] One Navy-Marine Corps Team Advancing the Department of the Navy Priorities, October 2023

globally, either independently or by, with, and through our world-wide partners and allies.  By

embracing diversity, including racial diversity, the Naval Academy sets the conditions for its

graduates to adapt and effectively lead diverse personnel and organizations around the globe.  In

my professional military judgment, decoupling, meaning no longer considering an individual's

racial diversity as part of the Naval Academy's candidate whole person evaluation process,

creates potential, perhaps unintended, risks to the Navy's missions supported by unit cohesion,

readiness, recruiting, and retention.

### III.   Unit Cohesion and Readiness

10.    I submit that one can better understand Navy readiness if one understands some

Navy culture and structure.  Over the centuries, our Navy's culture was in part forged by the fact

that Sailors operated some of the most complex platforms in the world—ships.  Additionally,

those successful ship leaders demonstrated their mastery at orchestrating the multitude of teams

that crewed the ships by simultaneously and safely conducting complex and complicated

operations.  In addition to building cultures that leveraged diversity, they achieved unity of effort

and unity of purpose.  Beyond having culture, operating a ship requires a sound organizational

structure.  The smallest unit of Sailors worked in teams called divisions.  Several divisions

formed units called departments and a ship's crew was comprised of and organized by several

departments.  The ship's commanding officer was called captain.  This construct still exists

today, and it is the commissioned officers' role to lead teams at each organizational level, where

complexity, responsibility and accountability increase as they progress through the ranks.

Notably, naval officers assume responsibility for their Sailors' welfare in ways that have few

civilian equivalents.

11.     Navy readiness and effectiveness, at all levels, depends on achieving and maintaining unit cohesion.  I believe a more diverse officer corps is more effective at harnessing the power of diverse groups and that they create more effective and ready teams than a less diverse officer corps.  This concept applies to the smallest tactical special operations unit, scales up to operating the most complex and largest warships in the world, and applies to multi-platform strike group and strike force operations.  In my professional opinion, building an officer corps that can lead diverse groups is a key and essential element that facilitates effective unit cohesion and readiness, and directly impacts all Navy organizations' ability to meet missions around the globe.  I submit that lacking diversity, including racial and ethnic diversity, introduces risk factors that hamper unit cohesion and readiness and that those same type of risk factors contribute to unsuccessful interactions with international partners and allies.

12.     In contrast, a benefit of continuing to build a diverse officer corps is that the Navy would sustain the pipeline of leaders who are providing a competitive operating advantage to our forces in the global environment.  I have observed that officers who adapted to and flourished in smaller diverse environments, demonstrated that same ability to build respect, foster cooperation and achieve enhanced interoperability in larger scale and international settings.  The least effective officers I observed did not demonstrate the ability to leverage diversity, and therefore introduced risk factors like failing to find common ground, not identifying and solving problems, or missing opportunities to learn from and adapt to unscripted challenges.  I observed a key difference between successful and unsuccessful organizations—be it a division, ship, squadron or strike group, etc.—has been the ability of the unit leader to harness diversity and enable multiple, dissimilar and interdependent Sailors and Sailor teams to work as one cohesive, synchronized entity over a sustained period of time.  I conclude that failing to adequately

5

understand and leverage the power of diversity, including racial and ethnic diversity, creates a risk to unit cohesion and readiness.

**IV.**    <u>**Recruiting and Retention**</u>

13.    The Navy's greatest asset is its people.  How well we recruit and retain the right talent directly impacts the Navy's readiness.  The Navy competes for the small pool of eligible officer candidates with other services and civilian employers.  Unlike the civilian personnel models that hire their leaders (*i.e.*, officer equivalents) at all grades, the military officer commissioning programs generally commission officers at the lowest end of the officer rank spectrum.  The military personnel system is a closed system with no mechanism, today, to reset a cohort like a Naval Academy class once people begin their service.

14.    Based on my military experiences, I believe continuing to cultivate a diverse – including racially diverse – officer corps, will help mitigate broader recruiting and retention challenges by making naval service more attractive to both the officer and enlisted recruited population.  As described, a more diverse officer population is more effective, which translates to better unit performance, enhanced professional and personal development, higher on-the-job satisfaction and ultimately, better retention.  I have directly observed the benefits from the additional opportunities afforded to service members when interacting with, developing trust in, and receiving mentorship from leaders who share similar and dissimilar backgrounds and experiences.  Unlike many background and other factors, race is often patently obvious to outside observers.  Prospective officers, enlisted, and commissioned officers have told me that when they see senior people who look like them serving in our Navy, they can better visualize themselves joining our ranks and that they may be more likely to stay.  To me, those interactions

are clear indications that diversity, including racial and ethnic diversity, reduces risk to recruiting and retention, and protects our investment in our number one asset, our people.

## V.     **The United States Naval Academy**

15.     The Naval Academy's mission spotlights the potential impact its graduates will likely have in the naval service and beyond.  The Naval Academy is a key officer commissioning source in a larger closed personnel system.  Naval Academy graduates comprise approximately 16-20% of Navy and Marine Corps commissioned officers, and currently, 40% (92) of the 229 Navy flag officers are Naval Academy graduates.  Across the entire Navy, Naval Academy graduates impact unit cohesion and readiness, and recruiting and retention.  Accordingly, I submit that disrupting USNA's successful accession policy risks creating negative ripple effects across near and long term factors necessary to achieve critical Navy mission success.

## VI.     **Conclusion**

16.     Throughout my military career I learned the value of harnessing diversity to achieve careful and thoughtful team building and planning.  The best teams and force compositions incorporated a holistic mix of people, platforms, attributes and capabilities and were designed to turn what appeared to be a disadvantage into an advantage.  Sound planning would not discount "fact of life" considerations or fail to explore and seek to understand unintended consequences.  It is my professional military assessment that diversity, including racial diversity, enhances the Navy's ability to build successful teams and plan and prepare for, and if necessary, fight and win our Nation's wars.  Diverse teams are a force multiplier, and the Naval Academy plays a critical role in selecting and preparing diverse officer candidates to succeed as Navy leaders.  In closing, I offer a simple question using the concept of metallurgy to show a benefit of diversity: Would one rather fight with steel against iron, or iron against steel?

Dated: December 1, 2023

City of Washington in the District of Columbia

JOHN V. FULLER
Vice Admiral, U.S. Navy