# Exhibit C

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES NAVAL ACADEMY, *et al.*, <br><br> *Defendants.* | Case No. 1:23-cv-02699-RDB <br><br> DECLARATION OF LISA M. TRUESDALE |

I, LISA M. TRUESDALE, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

I am aware of allegations made by the plaintiff in this lawsuit. I submit this declaration in support of the defendants' opposition to plaintiff's motion for a preliminary injunction. I am making these statements based on personal knowledge and knowledge obtained in the course of my official duties.

## I. Background

1. I am a Tier 3 Senior Executive for the Department of the Navy and am currently serving as the Deputy Assistant Secretary of the Navy (Military Manpower and Personnel) (DASN (MMP)) within the Office of the Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN (M&RA)). I have served in this position since August 2021.

2. In my current role, I am responsible for establishment and oversight of policies related to U.S. Navy and U.S. Marine Corps active and reserve component service members and their families. These policies cover military human resource management (accessions, recruiting,

1

assignments, force management, promotions, and compensation); education and training; health care; military family and quality of life programs; defense resale including exchanges and commissaries; drug demand reduction; and readiness and transition.

3. I was appointed to the Senior Executive Service in the U.S. Air Force in September 2019 and served as the Deputy Director of Military Force Management Policy, Deputy Chief of Staff for Manpower, Personnel and Services, Headquarters, U.S. Air Force. In this role, I was responsible for establishing military force management policies for more than 500,000 total force Airmen. These policies guided the accession, assignment, evaluation, skills analysis and management, promotion, readiness, retraining, retention, separation, and retention of the Air Force's human capital.

4. From December 2010 to August 2019, I was the Director for Military Personnel and Analyses responsible for policy and program analyses of U.S. Navy and U.S. Marine Corps military manpower and personnel issues with a $40 billion annual budget impact within the Office of the ASN (M&RA).

5. Prior to joining the ASN (M&RA) staff, I was an officer in the U.S. Navy, retiring as a Commander in 2010. Highlights of my military career involved leading Sailors of the U.S. Navy Ceremonial Guard as the first female commander of a U.S. military service honor guard and leading Sailors of Navy Recruiting District San Francisco responsible for achieving the second largest enlisted recruiting goal in the nation. Over the course of my 20-year military career, I served in a variety of leadership and technical positions in the field of military human resource management, including force management; policy development and analysis; planning, programming, budgeting, and execution; program management; data analyses; research portfolio

2

management; personnel administration; customer service; recruiting; marketing; training and development; legislation development; strategic planning; and strategic communications. I received a Bachelor of Arts degree in Government from Cornell University and was commissioned in the General Unrestricted Line of the U.S. Navy through the Naval Reserve Officers Training Corps. I graduated with distinction from the Naval Postgraduate School with a Master of Science in Management. My military decorations include the Legion of Merit, Meritorious Service Medal, Navy and Marine Corps Commendation Medal, and Navy and Marine Corps Achievement Medal. My civilian decorations include the Department of the Navy Distinguished Civilian Service Award, Department of the Navy Superior Civilian Service Award, and Department of the Air Force Meritorious Civilian Service Award.

## II.     The Department of the Navy's Diversity, Equity, and Inclusion Efforts

6. For centuries, the Navy and Marine Corps have maintained our freedom at sea and on land. Alongside our allies and partners, the Navy defends freedom, preserves economic prosperity, and keeps the seas open and free. To defend American interests around the globe, the Navy must remain vigilant and prepared to execute its maritime role, as directed by Congress and the President. The Navy is always forward deployed to deter aggression and preserve freedom of the seas, support international law and norms, stand by our allies, and continue to fly, sail, and operate wherever necessary to defend our Nation. The Marine Corps supports that mission by organizing, training, and equipping forces for service with the Navy and as may be necessary to the prosecution of a naval campaign. The Marine Corps is an Expeditionary Force and is forward deployed and forward engaged while training, deterring and responding to all manner of crises and contingencies. These Department of the Navy (DON) missions, vested in our two separate but mutually-dependent services, are by their very nature, vital to our national

3

security. A highly qualified, diverse Navy and Marine Corps officer corps, educated and trained to command and lead our Nation's racially diverse forces is essential to the DON's ability to fulfill its principal missions and to provide national security.

7. The diversity of the Navy and Marine Corps force is one of our greatest strengths. The Department of Defense (DoD) and the DON have made a military judgment that a racially diverse officer corps is necessary for mission execution and maritime dominance, recruitment and retention, and the Navy's legitimacy in the United States and abroad.

8. The DON's strategy focuses on placing people first, with a mission and vision to acquire, develop, employ, and retain the diversity of talent needed to achieve readiness. As described by the Honorable Carlos Del Toro, 78th Secretary of the Navy, "[o]ur people provide the foundational strength for this Department." It is people who provide us with a "competitive warfighting advantage in relation to our strategic competitors." Del Toro, C. *One Navy-Marine Corps Team: Strategic Guidance from the Secretary of the Navy*, Department of the Navy, (2021), at 4. The Secretary of the Navy's (SECNAV) *Strategic Guidance* builds upon the DoD *National Defense Strategy* and focuses on the SECNAV's top priorities—maintaining maritime dominance, empowering our people, and strengthening strategic partnerships. This guidance recommends readiness, modernization, and reform efforts based on the understanding that a diverse force is a strategic imperative nested within the *National Defense Strategy*. Diversity initiatives increase the number of highly capable personnel available and enhance the DON's ability to get the most out of those personnel. The SECNAV's *Strategic Guidance* sets forth the plan to develop a force more representative of our Nation's total population, including initiatives to support a culture of equity, dignity, and respect.

9. The SECNAV's *Strategic Guidance* describes how the DON will "build the strongest possible warfighting force by recruiting, retaining, and promoting the best that America has to offer." *Id.* at 5. Cultivating talent and unique insights of individuals from diverse personal, cultural, and professional backgrounds is key to this objective; together with implementation through plans designed to attract, recruit, and retain diverse talent, and to promote an inclusive culture across the Force. Inclusion and diversity are strategic imperatives that provide the DON with advantage against our adversaries, and ensure maritime superiority. With international threats continually evolving and ever growing, the Navy and Marine Corps must leverage all available strategic advantages, including the U.S.'s "combination of diversity, free minds, and free enterprise." Department of Defense, *National Defense Strategy 2022*, (2022), at 23. The *National Defense Strategy* further highlights that DOD and the military departments must build a resilient force by amongst other things, advancing diversity, equity, and inclusion to obtain and maintain the critical skills and experience necessary to secure our nation for years to come. *Id.* at 1, 20.

10. A diverse Force is central to recruiting, retention, and mission effectiveness. As Secretary Del Toro recently testified:

> In order to meet the challenges of a complex world, we must continue to recruit, retain, train, and promote the best from all of America. We need a diverse force, so every child in America can see themselves wearing the uniform or working in our civilian ranks tomorrow, and every viewpoint is represented in our operations today, so that we can draw talent from all of America to build our warfighting advantage.

*See* Statement of the Honorable Carlos Del Toro Secretary of the Navy on Department of the Navy Posture Before the Senate Committee on Appropriations May 26, 2022. "Leveraging this strategic diversity and expanding access to attract, retain, and advance the best talent our Nation has to offer are the only way DoD will be able to outthink, outmaneuver, and outfight any

5

adversary or threat." *See* Gilbert R. Cisneros, Jr. Under Secretary of Defense for Personnel and Readiness, DoD Diversity, Equity, Inclusion, and Accessibility Strategic Plan| Fiscal Years 2022-2023, (2022).

### III.    DON's Broader Organizational Interests in Diversity

11. Developing and maintaining qualified and demographically diverse leadership in the Navy and Marine Corps is critical for mission effectiveness and is essential to national security. Diversity is an important capability that directly contributes to operational readiness and provides the strategic advantage over our adversaries.

12. DON leadership's objective is to produce the best combat-ready Naval and Marine forces in the world to meet our missions with our all-volunteer force. In furtherance of this objective, the Navy and Marine Corps officer corps must continue to be diverse and trained in diverse educational settings or the cohesiveness essential to their missions will be undermined. Our Navy and Marine Corps team must foster a cohesive culture of warfighting excellence, treating each other with dignity and respect as foundational. A diverse Navy and Marine Corps enlisted and officer corps improves team cohesiveness. Leveraging diversity is key to reaching such cohesiveness and achieving the Navy and Marine Corps' peak potential to maintain an advantage against our adversaries.

13. We must also make the idea of service attractive to all Americans in order to achieve our objective of having the most combat-ready Naval and Marine forces. The best way to accomplish this is to build a force that reflects the America it serves. As such, the DON strives to cultivate a force that draws strength from America's boundless diversity, one that seeks out the intrinsic value in our differences woven into an inclusive maritime force that not only incorporates racial and gender diversity, but diverse experience in varied backgrounds, ethnicities and beliefs. To

retain our competitive advantage, we must leverage the strengths of all people. Valuing diversity is a way of enabling all segments of our society to understand that their capacity to serve and to help create conditions in which they will not only want to serve, but also will stay and have the opportunity to realize their full potential.

14. Competing in today's complex global environment requires diversity to find the most innovative cadre of recruits, enlisted and officer. From every part of this great Nation, harnessing a new generation of talent is best accomplished by actively seeking to incorporate skilled individuals from all regions, backgrounds, races and segments of society. Recognizing that diversity and inclusion are essential for the cohesion of the Department of the Navy as it moves forward, the Navy and Marine Corps seek a diversity of talent drawn from all corners of our country and its vibrant, diverse population to ensure the Navy and Marine Corps are best able to meet the ever-evolving mission at hand and promote national security.

15. The military services continue to be one of the most meritocratic organizations in the United States due to the principles established by President Truman in Executive Order 9981: that there shall be equal treatment and opportunity for all persons in the armed services without regard to race, color, religion or national origin. In that vein, a robust and diverse pipeline of new talent into the Navy and Marine Corps ensures that the DON has the breadth and depth of talent needed for the multi-domain capable force of the future envisioned by the SECNAV's *Strategic Guidance*. A diverse officer corps, including a racially diverse Brigade of Midshipmen at the Naval Academy, is an integral part of the success of this strategy.

16. The Navy and Marine Corps also identify retaining diverse talent, including talent that is racially diverse, as a strategic imperative because it serves a competitive warfighting advantage. Retaining top talent, such that there will be equal opportunity to succeed and advance, is

essential to sustaining mission readiness and a force that is adaptable, responsive and ready to defend the Nation. Retaining the right talent directly improves the lethality and readiness of our Navy and Marine Corps.

17. The DON recurrently evaluates the impacts of its diversity efforts. Monitoring is accomplished by: (1) reviewing feedback from service members (including by measuring unit cohesion and command climate through surveys); (2) requiring leadership to engage Sailors and Marines through focus groups, listening sessions and town halls to gain their feedback; (3) tracking the demographic diversity of the force, including the officer corps, and whether minority representation is changing; and (4) developing DON-level dashboards and visualizations from authoritative data environments. The DON believes that these efforts are inextricably linked to the readiness and mission success of our Navy and Marine Corps team and recognizes the need for regular feedback and adjustment. See SECNAV Memorandum dated November 15, 2021. Further, at the SECNAV Diversity, Equity and Inclusion Summit in June 2023, DON leadership established a renewed focus on data and evidence-based decision-making. See *One Navy-Marine Corps Team: Advancing Department of the Navy Priorities, (2023)* at 6.

## IV.   Diversity at the United States Naval Academy

18. SECNAV's *Strategic Guidance* makes clear that naval education programs, including the Naval Academy, are crucial to "develop[ing] leaders with the warfighting rigor, intellectual dynamism, and innovative creativity to maintain a strategic advantage against competitors and global adversaries." Department of the Navy, *One Navy-Marine Corps Team: Strategic Guidance from the Secretary of the Navy*, (2021) at 5.

19. To that end, the Naval Academy's mission is to develop midshipmen morally, mentally, and physically; and to imbue them with the highest ideals of duty, honor, and loyalty in order to

8

graduate leaders who are dedicated to a career of Naval Service and have potential for future development in mind and character to assume the highest responsibilities of command, citizenship and government. *See* SECNAVINST 1531.2D. The DON considers the Naval Academy integral to the mission of training the future military leaders of the United States Navy and Marine Corps.

20. The DON has a necessary interest in ensuring that the Naval Academy retains the ability to provide a diverse, to include a racially diverse, learning environment. Unlike typical secondary education institutions, the Naval Academy must prepare its graduates for careers in service to the Nation as officers in the United States Navy and Marine Corps. The Naval Academy program combines character development, an undergraduate education, and professional training to provide a key source of officers instilled with values of Naval Service and career motivation. The Naval Academy's unique training environment, where diverse students from throughout the country, of all races, ethnicities, and genders, come together, is essential to preparing future Navy and Marine Corps leaders to operate in a complex environment and lead a diverse force.

21. Today's fluid national security environment demands more from our military leaders than ever before. A diverse Navy and Marine Corps will enhance our ability to operate in future battles, if deterrence of conflict fails. A diverse pipeline of officers, including from the Naval Academy, is vital to the Navy and Marine Corps. It is especially vital because of the warfighting missions and responsibilities of the Navy and Marine Corps (within which Naval Academy graduates account for a significant proportion of officers – roughly 18% annually in recent years). Training, educating, and preparing adaptive leaders, able to meet global challenges, will continue to help the Navy and Marine Corps achieve mission readiness.

22. The need for a diverse junior officer corps becomes evident with respect to the diversity of future senior leadership, which relies on the composition of the junior officer corps from which it is developed and drawn. Annually, the Naval Academy graduates approximately 1,100 Midshipmen who will take their place as officers to serve the Navy, Marine Corps, and the Nation. Naval Academy graduates represent a notable percentage of senior Navy and Marine Corps leadership. To achieve a more diverse officer corps within the two services, and particularly at the senior leadership grades, the DON, Navy and Marine Corps must develop and promote a diverse, to include a racially diverse, pipeline of leaders, including from the Naval Academy.

23. Our Nation needs a strong, well trained, and diverse Navy and Marine Corps to address the wide array of challenges and threats we face as a Nation. To be a combat-ready force, we must leverage the strengths of all of our people. We must build a force that draws from and reflects our entire Nation, thereby increasing our military readiness and maritime dominance by accessing the full range of our Nation's talent. A diverse force directly contributes to overall mission success of the Navy and Marine Corps.

Dated: Pentagon

December 1, 2023

*Lisa M. Truesdale*
LISA M. TRUESDALE