# Exhibit F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, | |
| *Plaintiff,* | Case No. 1:23-cv-02699 |
| v. | **DECLARATION OF JOHN SHERWOOD, Ph.D.** |
| THE UNITED STATES NAVAL ACADEMY, et al., | |
| *Defendants.* | |

I, John Darrell Sherwood, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.    I submit this declaration in support of the Defendants' opposition to the Plaintiff's motion for a preliminary injunction.

2.    I am currently a historian (GS-13) with the Naval History and Heritage Command (NHHC), which is part of the Department of the Navy. I have worked for NHHC since 1997. I have published seven books on naval and military history: *A Global Force for Good: Sea Services Humanitarian Operations in the Twenty-First Century* (2023); *War in the Shallows: U.S. Navy Coastal and Riverine Warfare in Vietnam, 1965–1968* (2015); *Nixon's Trident: Naval Power in Southeast Asia, 1968–1972* (2009); *Black Sailor, White Navy: Racial Unrest in the United States Navy during the Vietnam War Era* (2007); *Afterburner: Naval Aviators and the Vietnam War (2004); Fast Movers: Jet Pilots and the Vietnam Experience* (1999); and *Officers in Flight Suits: The Story of American Air Force Fighter Pilots in the Korean War* (1996). I hold a Ph.D. (1995) and an M.Phil. (1993) in history from The George Washington University, and an

M.A. (1991) and B.A. (1989) from Columbia University. I am currently working on a book titled *If I Had Only Known This as a Midshipman: Leadership and Life Lessons from Admiral Michael G. Mullen*. I also frequently co-host Preble Hall, the podcast of the U.S. Naval Academy Museum. A curriculum vitae is attached.

3.      The U.S. Department of Justice has asked me to assess, for purposes of the Plaintiff's motion for a preliminary injunction, the following three issues: (1) the role of and attitudes towards race in the U.S. Navy's history with an emphasis on the twentieth century, including instances of segregation and racial conflict; (2) the U.S. Naval Academy's (USNA's) experience with race and desegregation; and (3) the historical inaccuracies in Plaintiff's memorandum of law in support of its motion for a preliminary injunction.

4.      I am a Department of the Navy employee and am completing this work as part of my normal work duties. The opinions rendered in this declaration do not depend on my status as an employee of the Department of the Navy.

5.      This declaration is based on my extensive research in the historical records of the Navy, the United States Marine Corps, and the Department of Defense (DoD), as well as military publications, civilian newspapers, congressional hearings and reports, think tank studies, and oral histories conducted by me, other Department of the Navy historians, and Navy reservists. It includes research in the Navy Department Archives, the Navy Department Library, and the Library of Congress. I also draw extensively on my own thoroughly researched publication, *Black Sailor, White Navy: Racial Unrest in the Fleet during the Vietnam Era*, official DoD histories, and two authoritative books on the integration of USNA written by a former NHHC colleague, Robert J. Schneller, *Breaking the Color Barrier: The U.S. Naval Academy's First Black Midshipmen and the Struggle for Racial Equality*, and *Blue & Gold and Black: Racial*

2

*Integration of the U.S. Naval Academy*. A selected bibliography of secondary sources is included as Section IV.

6.      In this declaration, I focus on the modern Navy of the twentieth century with added context from the nineteenth century. As the Navy's foremost authority on the service's history in Vietnam, I have thoroughly studied the Navy's experiences with racial unrest during that period and its efforts to end collective attitudes, behaviors, and policies that Admiral Elmo Zumwalt, the Chief of Naval Operations (CNO) from 1970 to 1974, explicitly characterized as "discrimination" and "racism" throughout the fleet,[1] and what I and other historians of race and the Navy define as "institutional racism," i.e., racism endemic in the entire institutional structure of the Navy from its smallest boats to its highest headquarters. This is a deep-seated, historically based form of discrimination that affected Black personnel of every rank and at every stage of their careers.[2] Throughout my research, I have found that, historically, the Navy has been most effective in its efforts to combat racism and/or the perception of racism when it has promulgated official policies and actively promoted initiatives (both Navy-wide and command-level) to develop more minority leaders, especially in middle-management roles (ensign through captain). Historically, one of the most effective tools the Department of the Navy has for creating future minority leaders is the USNA, an institution both I and the Plaintiff (in paragraph 1 of the complaint) define as "one of the crown jewels of the American military."

---

[1] *See* Elmo Zumwalt to NAVOP, memorandum, December 17, 1970, "Equal Opportunity in the Navy" (Z-Gram # 66), https://www.history.navy.mil/research/library/online-reading-room/title-list-alphabetically/z/list-z-grams/z-gram-66.html; and Drew Middleton, "Zumwalt Rebukes Top Navy Leaders on Racial Unrest," *New York Times*, November 11, 1972, https://www.nytimes.com/1972/11/11/archives/new-jersey-pages-zumwalt-rebukes-top-navy-leaders-on-racial-unrest.html.
[2] John Darrell Sherwood, *Black Sailor, White Navy: Racial Unrest in the Fleet during the Vietnam Era* (New York: New York University Press, 2007), xiv.

3

7.     The consequences of not having minority representation in the Navy's officer corps in proportion to the percentage of minorities in the enlisted ranks can be observed by instances of racial unrest such as the so-called Red Summer of 1919 and the Port Chicago Mutiny in 1944, which occurred when the Navy promulgated or openly permitted discriminatory policies and practices. These consequences are also seen more recently when racial tensions within the Navy erupted into full-blown riots on board Navy vessels during the Vietnam War era. Cumulatively, these outbreaks of racial unrest not only severely undermined good order and discipline in the Navy but threatened naval readiness, national security, and domestic security as well.

8.     For example, the attacks by White sailors against Black communities in several major U.S. cities in 1919 shattered domestic security in those areas and required a massive police response (often augmented by National Guard and federal troops). The Black mutiny at the Port Chicago Naval Magazine and the nearby Mare Island Annex, which were the major storage and transshipment points for naval ordnance on the West Coast, disrupted the Navy's munitions pipeline in the Pacific Theater.[3] Racial unrest on ships involved in the Vietnam War effort (including two carriers) put considerable strain on the Pacific Fleet, which was conducting a surge in operations in the Western Pacific in support of Operation Linebacker—an air and naval campaign designed to pressure North Vietnam to agree to a peace settlement acceptable to the Nixon administration.[4]

---

[3] John Sherwood, "African American Sailors in the U.S. Navy: A Chronology," last modified October 4, 2023, https://www.history.navy.mil/browse-by-topic/diversity/african-americans/chronology.html; Sherwood, *Black Sailor*, 7–9; Bernard C. Nalty, *Long Passage to Korea: Black Sailors and the Integration of the U.S. Navy* (Washington, DC: Naval Historical Center, 2013), 34.
[4] Sherwood, "African American Sailors in the U.S. Navy: A Chronology."

9.      In short, this declaration will reveal that, contrary to the Plaintiff's statement in paragraph 49 of the complaint that "'racial animosity had been negligible within the U.S. armed forces' prior to 1967," racial strife has, in fact, been a pervasive problem throughout the Navy's history. It also will demonstrate that, far from being rooted solely in individual behavior, it was institutional racism within the Navy that greatly contributed to these periods of unrest. The Navy's emphasis on recruitment based on Armed Forces Qualification Test (AFQT) scores failed to adequately account for the societal barriers that African Americans faced in trying to pursue a Navy career and all too often offered a post-facto justification for those who harbored discriminatory attitudes and sought to maintain the racial status quo within the Navy. Consequently, the Navy was able to skirt outside pressure to integrate in a meaningful manner until recruiting challenges during the final years of the Vietnam War finally compelled it to actively recruit and enlist large numbers of Black sailors for the first time since World War II. With that influx came a need for viable equal opportunity and affirmative action programs throughout the fleet. The highest priority for the Navy's Bureau of Personnel (BuPers) during the period was to develop more Black officers, with USNA emerging as one of the most significant means for the Navy to accomplish this end. USNA itself, however, had a long history of institutional racism and proved to be one of the most difficult naval institutions to meaningfully integrate.

I.      **Race and the Navy: Historical Analysis**

10.      From 1775 to the early 1970s, African Americans made significant strides forward in the Navy during times of war only to see those gains whittled (or in some cases outright stripped) away during subsequent periods of peace. Fleet expansion in war and the manpower requirements of combat operations not only afforded Blacks the opportunity to join

the service in greater numbers than in peacetime but also to enter occupations (i.e., ratings) previously denied to them. After wars ended, demobilization and fleet contraction lowered manpower demands and the Navy was able to again restrict Blacks to the least desirable ratings.[5]

11.     Throughout this long period of history, Blacks faced near constant institutional bias, discrimination, and racism. The Navy recruited as few Blacks as possible, and those who did manage to enlist typically worked the most menial and demeaning jobs in the hottest, dirtiest, and most dangerous spaces of ships or shore facilities. There were no African American officers in the Navy until World War II, and none graduated from USNA until 1949. Throughout much of the Cold War, the Navy continued to keep the numbers of Blacks in its ranks low by focusing on recruiting only personnel with high test scores. With throngs of highly qualified men flocking to the Navy to avoid being conscripted into the ground services, this emphasis on "qualitative recruitment" remained in effect until the early 1970s, when President Richard Nixon decided to scale back and then end the draft altogether. With the elimination of conscription, the Navy's recruitment pool quickly dried up, compelling it to shift its recruitment strategy altogether towards the end of the Vietnam War. Instead of recruiting high test scorers, the Navy had to broaden recruiting standards to fill the ranks. The large influx of unrated[6] Black sailors that

---

[5] Sherwood, *Black Sailor*, 1–29, 237–62; Robert J. Schneller, *Breaking the Color Barrier: The U.S. Naval Academy's First Black Midshipmen and the Struggle for Racial* Equality (New York: New York University Press, 2005), 1–111.

[6] An unrated sailor is an enlisted person with no designation or rate. As historian Nicholas Roland writes, "The United States Navy's enlisted rank and rate system is unique among the armed services. The first point of divergence is the term 'rate,' used in the Navy rather than the more-familiar term 'rank,' which is reserved for naval officers and warrant officers. The second unique aspect of Navy enlisted rates is the inextricable linkage of rates, which represent a Sailor's pay grade, and ratings, which denote an occupational specialty. For example, where a notional Sergeant Smith may have a military occupational specialty (MOS) of infantryman in the Army, he would simply be designated Sergeant Smith, both in conversation and on official documents. A Sailor of equivalent rank/rate with a rating of boatswain's mate would be Boatswain's Mate Second Class Jones. Thus, the Navy combines rates and ratings in Sailors'

resulted from this shift and the lack of training programs available to them to advance in the service sparked racial unrest throughout the fleet—unrest that led to changes in policy that are still in place today. Chief among these changes was a renewed effort to recruit and train Black officers via USNA, Naval Reserve Officers' Training Corps (NROTC), and Officer Candidate School.[7]

The Plight of the Black Sailor from the American Revolution to World War II

12.      During the American Revolution, historians estimate that the number of Black sailors who fought in the Continental Navy, the 11 state navies, and privateer forces was as high as 10 percent. Yet, despite these contributions, Secretary of the Navy Benjamin Stoddert, a southerner who viewed Blacks as inferior beings, banned "negroes and mulatoes [*sic*]" from the service in 1798. The Marine Corps adopted this same ban (except briefly allowing black drummers and fifers into the corps) and retained the ban until World War II. Because of its small size prior to the 1940s, the Marine Corps could be more restrictive in its recruitment policies than the Navy.[8]

13.      The manpower demands of the War of 1812 compelled the Department of the Navy to end the ban and openly enlist free Blacks by an Act of Congress in March 1813. All told, an estimated 15–20 percent of the enlisted force during this war were Black. That number again dwindled after 1815, culminating in Secretary of the Navy Abel P. Upshur's implementation of a quota system in 1842 whereby no more than "one-twentieth [5 percent] of

---

titles." For more on enlisted ranks and rates, *see* Nicholas Roland, "The History of Navy Rank (or Rate): Enlisted Personnel," *The Sextant*, November 1, 2019, https://usnhistory.navylive.dodlive.mil/People/Article-View/Article/2686986/the-history-of-navy-rank-or-rate-enlisted-personnel/.
[7] Sherwood, *Black Sailor*, 1–29, 237–62; Schneller, *Breaking the Color Barrier*, 1–111.
[8] Bernard C. Nalty, *Long Passage to Korea*, 3–4.

the crew of any vessel" could be African American. This quota succeeded in reducing the

percentage of Blacks in the Navy to an estimated 4.5 percent by 1850.[9]

14.     The situation changed dramatically once the Civil War began in 1861. While

Blacks could not enlist in the Union Army until 1862, they could and did serve in the Navy

throughout the war, albeit at lower pay than White sailors. After December 1962, they could

enlist as landsmen (i.e., men with no seafaring experience). A Black "boy" (a sailor apprentice

under the age of 18) received between $8 and $10 per month, and a landsman earned $12, $4 less

than a White seaman.[10] During the Civil War, Blacks represented an estimated 10 to 24 percent

of warship crews, depending on time and place. Most served as cooks and stewards, but a small

number became captains of the hold, captains of the foretop, carpenter's mates, coxswains, and

even gunner's mates and quartermasters. As early as 1862, the Navy also recruited freedmen for

the Atlantic Blockading Squadron and found these men easy to assimilate.[11] Blacks were so

successful in the Navy during the Civil War that Admiral David Dixon Porter advised the Navy

Department to replace higher-paid White sailors with lower-paid Blacks in certain jobs,

especially in the engine rooms of gunboats. He calculated that such a move would save the Navy

$112,668. Secretary of the Navy Gideon Wells "put a crimp" in the plan by directing the Navy to

pay Blacks appropriate wages for new duties such as coal heaving in engine rooms. Wells also

approved the recruitment of freed slaves, although he prohibited the transfer of "contrabands"

(escaped slaves) from one vessel to another except in the grade of landsman.[12]

---

[9] Nalty, *Long Passage to Korea*, 5; Sherwood, *Black Sailor*, 1–3.
[10] Nalty, *Long Passage to Korea*, 5; Sherwood, *Black Sailor*, 1–3.
[11] Sherwood, *Black* Sailor, 3.
[12] Nalty, *Long Passage to Korea*, 9–10.

8

15.     After the Civil War, the percentage of Blacks in the Navy dropped to 13.1 percent in 1870 as segregation began to take hold in the United States. During the second half of the nineteenth century, Blacks mainly served as cooks, stewards, and landsmen, but some held more specialized positions and a few rose to the enlisted rank of third class petty officer.[13] After the 1896 *Plessy v. Ferguson* decision by the Supreme Court legitimized segregation in the United States, the Navy began creating separate messing and berthing (sleeping areas) for Black sailors and recruitment decreased. By World War I, Blacks constituted less than 3 percent of the enlisted force and almost all of them served in the galleys or engineering spaces. A total of 6,750 African American sailors served in the Navy during World War I (1.2 percent of the Navy's total enlistment), but they were only allowed to serve as coal heavers, messmen, stewards, and cooks.

16.     There were no African American officers,[14] and only a small handful of African American chief petty officers. Those few who did rise to such positions faced such naked racism that even the contemporary press picked up on it in the early twentieth century. When Isaac Miller was promoted to chief carpenter's mate aboard *Columbia* (C-12) on August 4, 1903, for example, it was reported that eight of his fellow chiefs refused to eat with him. The *New York Herald* similarly ran an article that reported, "In the opinion of officials of the Navy Department the American negro is unfit for service in the American Navy and the sooner he is eliminated the better it will be for the service." One point of friction highlighted was the unwillingness of Whites to serve under African Americans who had been promoted, which in the eyes of White

[13] In 1885, the Navy created first-, second-, and third-class petty officer rates. *See* Roland, "The History of Navy Rank (or Rate): Enlisted Personnel."
[14] Sherwood, *Black Sailor*, 4; and Sherwood, "African American Sailors in the U.S. Navy: A Chronology."

9

officers, meant that "Negroes thus promoted generally prove inefficient."[15] The Navy's civilian leadership harbored similar attitudes. Secretary Josephus Daniels (1913–1921), was an ardent segregationist who, as the owner of the Raleigh-based newspaper the *News and Observer*, had actively stirred up racial tensions culminating in the White supremacist-led Wilmington insurrection of 1898.[16] Justifying segregation in the Navy, Secretary Daniels wrote New Jersey Senator Joseph S. Frelinghuysen in 1917, "as a matter of policy . . . it has been customary to enlist colored men in the various ratings of the Messman Branch . . . and in the lower ratings of the fireroom; thus permitting colored men to sleep and eat by themselves."[17]

17.     Very few African Americans served in the Navy during the interwar period between the end of World War I and the beginning of World War II. The Navy went from 530,338 sailors in 1918 to 272,144 in 1919. Force levels dropped from 774 ships in July 1918 to 567 in July 1920. Black sailors were no longer needed or desired. The Navy's transition from coal to oil meant that coal heavers could be easily phased out of the fleet and Filipinos, rather than Blacks, could be recruited to serve as messmen and stewards. White officers believed that Filipinos were "neater, quieter, less sullen, and less threatening" than Blacks. Consequently, the Navy stopped recruiting Blacks altogether in 1919 and did not resume recruiting them until 1932, when the prospect of Philippine independence convinced the Navy to once again seek out

---

[15] "Color Line Drawn," *Boston Globe* (August 7, 1903), 7; "Navy Tired of Negroes," *New York Herald* (August 4, 1903); Alexander Bright and Elijah Palmer, "Before Chief Turpin: Other Early African American Chief Petty Officers," Hampton Roads Naval Museum, last modified February 18, 2021, https://hamptonroadsnavalmuseum.blogspot.com/2021/02/before-chief-turpin-other-early-african.html.

[16] For more on Daniels, *see* Lee A. Craig, *Josephus Daniels: His Life and Times* (Chapel Hill: University of North Carolina Press, 2013).

[17] Schneller, *Breaking the Color Barrier*, 55.

Blacks to serve as messmen. In 1932, there were only 441 Black sailors in the Navy—half of one percent of the force.[18]

18.      By the time Germany invaded France in 1940, 4,007 African Americans were serving in the Navy—1.8 percent of the total force of 215,273 personnel. These men mainly served in menial roles such as mess attendants, officers' cooks, and stewards, harming the Navy's image in the Black community. This negative perception was further reinforced by the prominent role White sailors had played in several race riots during the Red Summer of 1919. In Charleston, South Carolina, skirmishes erupted between White sailors from the Charleston Navy Yard and the local Black community after a Black citizen was murdered during an altercation with White sailors in May 1919. The White sailor rioters inflicted extensive property damage on Black-owned stores before order was restored by marines and local police. A couple of months later, confrontations between White sailors and marines from the Washington Navy Yard and 8th and I Marine Barracks, respectively, and Black citizens in Washington, DC culminated on July 22, 1919 when a mob of 2,000 Whites attempted to attack a Black section of the city. It took more than 800 federal troops and numerous local police to quell the unrest. Six people died in the incident and another 70 were injured. It was the worst riot Washington had ever seen up to that date. By the end of the summer, rioting had spread to over 25 cities. One of the worst of those riots occurred on July 27 in Chicago. Twenty-three Blacks and fifteen Whites died in that event,

---

[18] Naval History and Heritage Command (NHHC), "U.S. Navy Personnel Strength, 1775 to Present," last modified, July 27, 2020, https://www.history.navy.mil/research/library/online-reading-room/title-list-alphabetically/u/usn-personnel-strength.html; NHHC, "US Ship Force Levels 1886–present," last modified November 17, 2017, https://www.history.navy.mil/research/histories/ship-histories/us-ship-force-levels.html; Morris J MacGregor Jr., *Integration of the Armed Forces 1940–1965* (Washington, DC: US Army Center for Military History, 1981), 27; Sherwood, "African American Sailors in the U.S. Navy: A Chronology"; Schneller, *Breaking the Color Barrier*, 55.

and another 290 people of both races were injured. During the unrest that followed, White sailors stationed at Great Lakes Naval Training Center attacked Black citizens in the "Loop" area of the city. Although the causes of the Charleston, Washington, and Chicago riots of 1919 were complex and rooted in broad issues—such as massive troop demobilizations after World War I, competition for jobs between Whites and Blacks, urban overcrowding, and a local media prone to sensationalism—these riots left an indelible impression for the Black communities affected. Moreover, it did not escape their notice that White sailors from local Navy installations participated in them.[19]

19.     Throughout the interwar period, Black leaders persistently advocated for desegregation of the armed forces and racial equality in the military. In the fall of 1940, several met with President Franklin D. Roosevelt. In response to pressure from the NAACP and other Black organizations, President Roosevelt suggested placing Black musical ensembles on battleships to facilitate race relations among the crew. He also called for 5,000 Blacks to be recruited to serve on small harbor craft and at naval shore establishments in the Caribbean. Black leaders' opposition to the Navy's racial policies of restricting Blacks to the messman branch also persuaded Secretary of the Navy Frank Knox to convene a committee composed of Navy and Marine Corps officers, and Addison Walker, a civilian special assistant to Ralph Bard, Assistant Secretary of the Navy. Knox asked them to determine if there was evidence of discrimination in the Navy and Marine Corps based on race, creed, color, or national origin, and if so, to recommend changes. The committee concluded that opening positions outside the messman branch for Blacks would disrupt naval operations, and thus no policy changes were needed. "If

---

[19] Sherwood, *Black Sailor*, 5–6; Sherwood, "African American Sailors in the U.S. Navy: A Chronology"; and NHHC, "U.S. Navy Personnel Strength, 1775 to Present."

restricting [Blacks] to the Messman Branch was discrimination," the report stated, "it was consistent with discriminatory practices against [Blacks] and citizens of Asian descent throughout the United States."[20]

World War II

20.     The manpower demands of World War II, however, soon necessitated a change in this racial policy. In March 1942, President Roosevelt ordered Knox to accept more Blacks into the Navy. In April 1942, Knox responded by enlisting more Blacks for general service, but only in segregated units.[21] Most Blacks recruited between 1943 and 1944 served as messmen or unskilled laborers at ports, bases, or ammunition depots in the United States or overseas. As historian Bernard Nalty contends, "Forced into a narrow range of specialties, black sailors saw themselves as outsiders from the real Navy, serving as workers rather than fighters."[22]

21.     Even as late as February 1943, more than two-thirds of the 26,909 African American sailors were still messmen. The Navy's decision not to make maximum use of all available resources 14 months into the war placed the burden of combat duties on White sailors. The Commandant of the Marine Corps, Major General Thomas Holcomb, described the situation as "absolutely tragic." Blacks, he observed, had every opportunity to "satisfy their aspirations to serve in the Army," but their desire to enter the Navy was essentially an effort "to break into a club that didn't want them."[23]

---

[20] Sherwood, "African American Sailors in the U.S. Navy: A Chronology"; Regina Akers, "African Americans in General Service, 1942," NHHC, March 23, 2017, https://www.history.navy.mil/content/history/nhhc/browse-by-topic/wars-conflicts-and-operations/world-war-ii/1942/manning-the-us-navy/african-americans-in-general-service--1942.html.
[21] Sherwood, *Black Sailor*, 6–7; and Akers, "African Americans in General Service, 1942
[22] Nalty, *Long Passage to Korea*, 20–21.
[23] MacGregor, *Integration of the Armed Forces 1940–1965*, 64.

22.     By 1945, some 166,915 Blacks were serving in the Navy—5.37 percent of the total enlisted force, but about half the proportion of Blacks were in the general population, which stood at approximately 10 percent in 1945. Only 64 Blacks received an officer's or warrant officer's commission—just .02 percent of the total Navy officer corps.[24] The first Black officer, Bernard W. Robinson, was commissioned in 1943 after the Navy mistook him for being White. The first Blacks formally selected to become officers (or in one case a warrant officer), the so-called Golden 13, were commissioned through the V-12 program (a precursor of NROTC) in January 1944.[25]

23.     There is no known record of Blacks serving in the Marine Corps in the nineteenth century. The opportunity for Blacks to enlist in the Marine Corps did not occur until after President Roosevelt issued Executive Order 8802 in June 1941 "affirming the policy of full participation in the defense program regardless of color, race, creed, and national origin" and directing the armed forces to "lead the war in erasing discrimination over color or race."[26] The Marine Corps started enlisting Blacks a year later in June 1942 and eventually enlisted or drafted 19,168 into the Corps—approximately 4 percent of its enlisted force. As in the Navy, these men served mainly in segregated defense battalions, as messmen, chauffeurs, messengers, clerks, and janitors. In 1944, the Marine Corps created 55 depot companies manned by Black marines.

---

[24] Sherwood, *Black Sailor*, 6–7; Akers, "Black Sailors enlisted into General Service, 1942"; and Campbell Gibson and Kay Jung, *Historical Census Statistics on Population Totals by Race, 1790 to 1990, and by Hispanic Origin, 1970 to 1990, for the United States, Regions, Divisions, and States*, Working Paper 56 (Washington: U.S. Census Bureau, 2002), https://www.census.gov/content/dam/Census/library/working-papers/2002/demo/POP-twps0056.pdf.
[25] Nalty, *Long Passage to Korea*, 21.
[26] Henry I. Shaw and Ralph W. Donnelly, *Blacks in the Marine Corps* (Washington: Marine Corps History Division, 2002), 1–2.

These units handled supplies and ammunition for frontline troops and on occasion came under enemy fire.[27]

24.     Despite the restrictions imposed on them, many Black sailors served with distinction, assuming additional duties as ammunition carriers and, particularly later in the war, as members of gunnery crews. The most well-known story is that of Doris Miller, who received the Navy Cross for actions on board *West Virginia* (BB-48) during the attack on Pearl Harbor. Many, however, felt that Miller should have received the Medal of Honor, and he himself remained a mess attendant (later reclassified as steward's mate) until his death in 1943.[28] Steward's Mate First Class Alonzo A. Swann Jr. had to fight even longer to receive recognition for his own actions. On October 29, 1944, Swann and his fellow steward's mates (most whom were African American) were manning Gun Tub 10 of the aircraft carrier *Intrepid* (CV-11) when a kamikaze attempted to crash into the ship. Despite being in the direct line of attack, none of the crew left their posts and continued to fire on the incoming plane. Although they managed to divert it from striking the flight deck, their selfless actions resulted in the plane crashing into Gun Tub 10, killing 10 and injuring six, including Alonzo Swann. Impressed by their courage, their commanding officer recommended them for the Navy Cross, and the Navy even announced it in the press. However, Swann and his crew only received the Bronze Star (a significantly lower decoration). Undeterred, Swann fought for nearly 50 years to receive the promised award, gathering evidence that he had indeed been recommended for the Navy Cross. He successfully

---

[27] MacGregor, *Integration of the Armed Forces 1940–1965*, 103–111.
[28] Thomas W. Cutrer and T. Michael Parrish, *Doris Miller, Pearl Harbor, and the Birth of the Civil Rights Movement* (College Station: Texas A&M University Press, 2018): 26–43.

sued the Navy in court, with the judge ruling that Swann had been denied the medal "either through error or intentional racial injustice."[29]

25.     Throughout most of World War II, Black sailors served in segregated conditions, mainly in menial jobs at shore facilities. The destroyer escort *Mason* (DE-529) and the submarine chaser *PC-1264*, were the only two World War II warships with predominantly Black crew members. Following Frank Knox's death in April 1944, the new Navy Secretary, James Forrestal, told the CNO, Admiral Ernest King, in the summer of 1944 that he believed that Black sailors were not "getting a square break" and proposed integrating the crews of auxiliaries, not to exceed 10 percent (the proportion of Blacks in the U.S. population at the time).

26.     The shore facilities where most Blacks worked epitomized the discrimination and institutional racism suffered by Black sailors during the war. At Port Chicago Naval Magazine near San Francisco, Black sailors organized into segregated ordnance battalions toiled long hours under dangerous conditions to load munitions onto ships. On July 17, 1944, an explosion at that facility killed 320 munitions workers. Two-thirds of those killed (220) were enlisted Black sailors (15 percent of all Black casualties in World War II). Two hundred and fifty-eight Black sailors later refused to carry out their duties at the Mare Island Annex in protest, and 208 of these sailors received bad conduct charges. Port Chicago and the Mare Island Annex were the most significant ammunition storage facilities on the West Coast and were vital for the Pacific Theater war effort.[30]

---

[29] Associated Press, "Black Sailor's Honor a Long Time Coming," *Roanoke Times* (October 31, 1993), A-1; Swann v. Garrett, Civ. No. H91-62 811, F. Supp. 1336 (N.D. Ind. 1992).
[30] Sherwood, "African American Sailors in the U.S. Navy: A Chronology"; Sherwood, *Black Sailor*, 7–9; Nalty, *Long Passage to Korea*, 34.

27.     Fifty men—known as the Port Chicago 50—were convicted of mutiny and sentenced to 15 years of prison and hard labor. Forty-seven were released in January 1946, and the remaining three served additional months in prison. In World War II, 30 percent of Black sailors were unrated laborers. In December 1944, Black sailors in Guam rioted in protest of oppressive conditions and violent racism on this important Pacific base. Forty-eight Black sailors were arrested and imprisoned.

28.     Three months later in March 1945, 1,000 Black Seabees at Port Hueneme, California, initiated a two-day hunger strike to protest racial bias in promotions and housing assignments at that base. The commanding officer of the 34th Naval Construction Battalion had refused to promote any Black Seabee to chief petty officer all the while instituting segregated barracks and mess arrangements. In the end, the commanding officer, executive officer, and roughly 20 percent of the remaining officers and petty officers in the 34th were relieved of their duties. The oncoming commanding officer was a New Yorker who promised to reexamine promotions. Since the Black Seabees continued working during the hunger strike, none were charged with mutiny.[31]

29.     On April 28, 1944, Secretary Knox died. President Roosevelt replaced him with James V. Forrestal, a former investment banker who had been active with the Urban League and civil rights. "The new Secretary of the Navy," writes historian Bernard Nalty, "faced a racially based crisis of morale." Black sailors resented the "the narrow range of opportunity open to them," and White sailors objected to the prospect of repeated tours of sea duty and the likelihood

---

[31] Sherwood, "African American Sailors in the U.S. Navy: A Chronology"; Sherwood, *Black Sailor*, 7–9; Nalty, *Long Passage to Korea*, 34; NHHC, "Black Seabees in World War II," https://www.history.navy.mil/content/history/museums/seabee/explore/online-reading-room/historic-topics0/WWII-Black-seabees.html.

17

of combat because Black sailors filled many shore-based billets." While Forrestal would have liked to have assigned qualified Black sailors throughout the fleet, he "knew that the bureaucracy had torpedoed such a broad proposal earlier." Instead in May 1944, he proposed assigning Blacks to large auxiliaries (oilers, ammunition ships, and transport ships) rather than warships, but in no case exceeding 10 percent of a ship's crew. President Roosevelt approved the idea and Admiral Ernest King, the CNO, executed the order. Consequently, Black sailors would be routinely assigned to auxiliaries throughout the remainder of the war. Despite Forrestal's best efforts to improve job opportunities for Black sailors, at the war's end, 40 percent of the 166,915 Blacks in the Navy still served in the steward branch (the new name of the messman branch beginning in February 1943). Only 60 Blacks became officers, and of them would be commissioned into the reserves as opposed to the regular Navy.[32]

The "Integration" of the Navy and the Early Cold War

30.     In 1948, President Harry S. Truman signed Executive Order 9981, which established a policy of equal treatment and opportunity for all persons in the armed services without regard to race, color, religion, or national origin. In theory, it paved the way for greater opportunities for Blacks in the Navy. In practice, the Navy's emphasis on recruitment based on test scores meant that Blacks actually lost ground from 1949 to 1970.[33]

31.     On the eve of the desegregation order, 62 percent of all Blacks in the Navy still served as stewards (up 22 percent since 1945), and by 1948 just 4.3 percent of the enlisted force was Black—down 1.2 percent from the wartime period. John L. Sullivan, the Secretary of the Navy from 1947 to 1949, lamented that after the war ended, the service "slipped back into its

---

[32] Nalty, *Long Passage to Korea*, 24.
[33] Sherwood, *Black Sailor*, 10.

comfortable prewar ways, with enlisted blacks waiting on white officers."[34] Concerned about the Navy's lack of progress towards integration, President Truman's Committee on Equality of Treatment and Opportunity in the Armed Forces, headed by George Fahy, asked Chief of Naval Personnel Vice Admiral William Fechteler in 1948 why so few Blacks served in the Navy. Fechteler's response was that Blacks were "not seafaring people." In reaction to the Fahy Committee's concerns, the Navy did attempt to recruit more African American NROTC candidates in 17 southern cities that year. Although 2,700 Blacks submitted applications, only 230 took the entrance exam, and out of that number, the Navy found only one academically and physically qualified candidate.[35]

32.     When the Korean War began, the number of Black personnel in the Navy had declined even further to 3.4 percent of the force. By comparison, the Army was 9.8 percent Black in 1950—up 1.3 percent from World War II. During the Korean War, the percentage of African Americans in the Navy climbed to 9.5 percent but then slipped to 5.1 percent in 1962. In the officer ranks, the situation was even worse: only 0.2 percent of the Navy's officer corps by 1962 was Black. In the Army that same year, Blacks represented 3.2 percent of the officer corps and 12.2 percent of the enlisted force. A major reason for the Navy's dearth of Black personnel was its emphasis on qualitative recruitment. The peacetime draft during much of the early Cold War incentivized many young men to enlist in the Navy rather than getting drafted into the Army. This situation meant that the Navy could focus its recruiting efforts on potential sailors with high AFQT scores, i.e., those in the top categories (I and II).[36] Those with low scores who

---

[34] Sullivan also served as Undersecretary of the Navy from 1946 to 1947. Sherwood, *Black Sailor*, 10.
[35] Sherwood, *Black Sailor*, 11–12.
[36] AFQT scores are percentiles that are normalized to the American youth population for a given year. For example, a score of 92 represents the 92nd percentile and means that 92 percent of the

fell into categories (III, IV, and V), including nearly all Black men, were rejected starting in 1957 and extending all the way up to the early 1970s.

33.     The Navy justified this recruiting approach by arguing that sailors in the top test categories were less costly to train, more effective, and easier to retain than lower-scoring sailors. However, the AFQT test was inherently discriminatory. The Center for Naval Analyses, the Navy's sole federally funded research and development center, studied the AFQT in 1972 and found a "significant degree of cultural bias that appears to discriminate against blacks and other culturally deprived groups" in the AFQT and other tests employed by the Navy, such as the Basic Test Battery and the Navy-wide advancement examinations. The study, titled "Evidence of Bias in Testing in the Navy," discovered that minority groups scored significantly lower on these tests than Whites, but when compared on measures of actual on-the-job performance, these groups did not differ significantly from the majority. During the Cold War, Blacks of military age, because of their socio-economic background and disadvantaged educational background, were far less likely than Whites to be high school graduates. According to the U.S. Census, only 40.3 percent of Blacks between the ages of 20 and 24 in the U.S. in 1960 had completed four years of high school compared to 66.6 percent of Whites in the same age bracket; in 1970, the percentages were 65.1 percent and 82.7 percent, respectively.[37]

---

youth population scored at or below that score. It is standard to report these AFQT score percentiles in the categories listed here: Category I: 100–93; Category II: 92–65; Category III: 64–50; IV: 30–10; Category V: 9–1. *See* Sherwood, *Black Sailor*, 53.

[37] Sherwood, *Black Sailor*, 12–14, 53; American University School of Education, "Classroom Segregation: History and Current Impact on Student Education," August 18, 2020, https://soeonline.american.edu/blog/classroom-segregation/; Bureau of the Census, "Educational Attainment," March 1970, https://www.census.gov/content/dam/Census/library/publications/1970/demo/p20-207.pdf.

34.     The Army, by contrast, emphasized recruiting men of all skill levels and abilities—hence the higher percentage of Blacks in that service. During the Korean War, the Marine Corps also opened up all billets (i.e., jobs) to "qualified Marines regardless of race." However, the overall proportion of Black marines in the corps through 1960 remained low at 5 percent.[38]

35.     To study this issue more closely, President John F. Kennedy formed the Advisory Committee on Equal Opportunity headed by Gerhard Gesell in 1963. The Gesell Committee found that the Navy was "falling behind the other services" in equal opportunity and suggested "expanding recruiting teams in black communities, developing special training programs and methods for recruiting African Americans, and setting up recruiting stations on the campuses of black colleges."[39]

36.     In response to the Gesell Committee findings, Secretary of Defense Robert McNamara issued DoD Directive 5120.36, which required the services to submit plans for implementing a new racial policy. The Navy's plan, known as the Equal Opportunity Program, called for broadened outreach into the Black community by sending representatives to meet with African Americans in civil rights organizations, high schools, and colleges. In January 1965, the Navy issued its first equal opportunity guidance, SECNAV Instruction 5350.6 "Equal Opportunity and Treatment of Military Personnel." The instruction, as historian Robert Schneller explains, "articulated the Navy's basic racial policy and guided commanders in discharging their civil rights responsibilities on and off base." This document emphasized increased participation of African Americans in the service, and especially in the officer corps, but as Schneller reveals,

---

[38] Nalty, *Long Passage to Korea*, 37.
[39] Sherwood, *Black Sailor*, 12–14, 53.

in practice the Navy continued to resist "the development of minority recruiting programs and commissioned the smallest percentage of black officers of the services. In short, the Navy's racial policy affirmed the concept of equal opportunity but attached no importance to the proportional representation of minorities."[40]

37.     The situation did not change until the end of the Vietnam War. When the Vietnam War effort was stepped up in 1965, Navy leaders confronted a unique dilemma. On the one hand, large numbers of highly qualified Whites eager to avoid being drafted into the Army flocked to Navy recruiting stations. On the other, the Lyndon Johnson administration petitioned the service to recruit more Blacks, even those with lower AFQT scores. Throughout the war, Navy leaders, eager to man the fleet with the best possible sailors, chose to ignore demands to increase minority representation in the Navy and instead continued the trend of qualitative recruitment. The situation would not end until President Nixon began scaling back the draft in the early 1970s—a move that ultimately compelled the Navy to begin actively recruiting low test category persons of all races.[41]

Racial Unrest in the Navy during the Vietnam War Era

38.     The Marine Corps and the Army experienced significant outbreaks of racial unrest beginning in the late 1960s. This had a lot to do with the wartime draft and, with it, the large influx of Blacks into the ground services. To fill their ranks, the Marine Corps and the Army had to lower recruiting standards for both enlistees and draftees significantly. As a consequence, many more Blacks entered the ground services during the war than the Air Force or Navy. Most military-age males with a low draft number and high test scores joined the Navy

---

[40] Robert J. Schneller, *Blue & Gold and Black: Racial Integration of the U.S. Naval Academy* (College Station, TX: Texas A&M Press, 2008), 20–21.
[41] Sherwood, *Black Sailor*, 12–14.

22

or Air Force to avoid ground combat in Vietnam. Hence, by 1968, Blacks represented 12.6 percent of the Army, 10.1 percent of the Marines Corps, and 11 percent of all enlisted personnel in Vietnam. Once in the service, these Black inductees often experienced a toxic military culture, especially in Vietnam. According to historian Ronald H. Spector, racial unrest among Black troops in Vietnam was fueled by drugs, alcohol, Black Power ideology, and de facto segregated conditions in certain units (i.e., Blacks and White living in separate tents, barracks, etc.). Two of the earliest race riots in the Vietnam period occurred at the Army stockade in Long Binh and the III Marine Amphibious Force brig in Danang. However, these services experienced racial unrest in the United States as well during the late 1960s: at Fort Dix, Fort Hood, Fort Bragg, and Camp Lejeune, just to name a few. At Camp Lejeune (a major East Coast Marine base) during the first eight months of 1969, there were 160 assaults, muggings, and robberies that have been characterized as having racial overtones.[42]

39.     By contrast, only isolated instances of racial unrest occurred in the Navy prior to 1972. This is not a testament to superior treatment of African American sailors in the Navy, but rather the outcome of qualitative recruitment, which had kept the proportion of Blacks in the Navy very low compared to that of other services until 1972. Fewer African Americans in the fleet resulted in fewer incidents of racial unrest, but the Navy was not completely immune to racial tension during this period.

40.     One such example occurred in October 1969. Black and White sailors from the destroyer *Collette* (DD-730) sparred during a liberty (i.e., shore leave) at Subic Bay, Philippines. After hearing about the unrest, Lieutenant William Kelley, the ship's Black command duty officer that night, stood on the ship's quarterdeck in his service dress blue uniform with his

---

[42] Sherwood, *Black Sailor*, 16–30; Shaw and Donnelly, *Blacks in the Marine* Corps, 71–74.

23

sword and told returning crewmembers, both Black and White, that he would not tolerate such behavior on the ship. "That act made a deep impression on the crew," noted Lieutenant (j.g.) Charles Chadbourn, a White junior officer. In this case, the command presence of a Black officer served to quell a potential race riot. In subsequent incidents of racial unrest, the presence (or in most cases lack of presence) of Black officers would have a profound impact on outcomes.[43]

41.     To address some of the concerns of Black sailors regarding institutional racism in the Navy, CNO Elmo Zumwalt issued an All Navy message establishing equal opportunity in the Navy in December 1970. Known as Z-66, it stated, "Every base, station and aircraft squadron commander and ship commanding officer shall appoint an aware minority group officer or senior petty officer as his special assistant for minority affairs. This officer or petty officer should have direct access to the commander/commanding officer and will be consulted on all matters involving minority personnel." CNO Zumwalt also demanded that the special needs of minority service personnel be met at Navy Exchanges, barber shops, and newsstands. He organized focus groups, which he called "rap sessions," with minority sailors throughout the fleet and developed policy based on inputs from those sessions. Finally, he implemented racial awareness training throughout the fleet.[44]

42.     Despite Zumwalt's attempt to get out in front of the problem of racial discrimination in the early 1970s, neither he nor the rest of the Navy was prepared to effectively handle the influx of low test scoring Blacks into the Navy following President Richard Nixon's decision to scale back the draft in the early 1970s and eliminate it altogether in 1973. DoD-wide

---

[43] Captain William E. Kelley, USN, Ret., interview by Dr. John Sherwood and Dr. Tyler Pitrof, 9 August 2023, Zoom; and Captain Charles C. "Chuck" Chadbourn, III, interview with Dr. John Sherwood and Dr. Tyler Pitrof, Building 220, Washington Navy Yard, August 22, 2023.
[44] Sherwood, "African American Sailors in the U.S. Navy: A Chronology"; Sherwood, *Black Sailor*, 74.

draft inductions fell from a high of 340,000 in fiscal year 1968 to 27,000 by fiscal year 1972. At the beginning of 1971, Navy recruiters were meeting their quotas by 102 percent; by December, that number had fallen to 50 percent. This predicament left the Navy with little choice but to recruit sailors with lower AFQT scores—those from categories III and IV. In 1971, the Navy recruited 14 percent of its recruits (from all races) from Category IV. In 1972, it recruited 20 percent of its sailors (from all races) from Category IV. With respect to Black recruits alone, 50 percent of those recruits between July 1971 and January 1972 came from Category IV. Category IV recruits came into the Navy with the equivalent of a middle school education and nearly all were high school dropouts. Most were assigned to the most menial jobs on the ship such as laundry, dishwashing, and deck work (such as unloading supplies, cleaning, and painting). Of the 12,000 Blacks recruited in 1972 (nearly 14 percent of total recruitment that year), only 30 percent had high enough scores to qualify for "A" schools—the training programs that taught sailors the knowledge and skills needed to prepare for a general or service rating and the promotion to the rank of petty officer.[45]

43.     While lower enlisted recruiting standards led to a large intake of unskilled Black sailors with low test scores, the Navy continued to struggle to commission qualified Black officers. For fiscal year 1971, the Navy commissioned only 134 Black officers out of a total of 16,072 new commissions (0.8 percent). Beginning in 1972, the Navy attempted to correct this balance with the aim of establishing 10 percent of all NROTC units at predominately Black institutions by 1974. It also set an interim goal of 5 percent Black midshipmen at USNA by 1974 and 10 percent by 1978. Project BOOST (Broadened Opportunity for Officer Selection and Training), a tutoring program in basic academic subjects, was revitalized to assist educationally

---

[45] Sherwood, *Black Sailor*, 52–54.

deprived minority sailors in becoming officers, and by March 1972, 38 minority sailors were enrolled in the program.[46]

44.     Despite efforts by Zumwalt to improve minority representation in the officer corps and broaden opportunity for Black enlisted sailors, these programs would take time to achieve tangible results—too much time to prevent an outbreak of severe racial unrest in the fleet during the 1972–1974 time period. A race riot on the aircraft carrier *Kitty Hawk* (CV-63) off the coast of Vietnam on October 12, 1972, resulted in 47 injuries and was the first racial incident in the Navy during the Vietnam period to receive widespread attention from Navy leaders. Although Blacks represented 7.2 percent of the crew, a third of these men had come aboard the carrier within four months of the riot. Sixty-one percent of the Black sailors on the ship had Category III test scores or lower, leading many to end up working the most menial jobs on the ship—on the mess deck, as stewards, and on the deck force. They also experienced a discipline system that appeared to be racially biased—more Blacks were receiving non-judicial punishments during captain's masts (Article 15 hearings under the Uniform Code of Military Justice) than Whites for similar offenses. All of these factors led to simmering resentment and accusations of institutional racism, which fueled the rioters' actions on October 12. Fortunately, Commander Benjamin Cloud, the executive officer and a man of African American and Native American descent, convinced rioters to lay down their makeshift weapons and return to duty. Partly due to his efforts, the ship was able to resume combat operations off the coast of North Vietnam the next morning.

45.     On October 16, 1972, 11 Black sailors, frustrated with conditions on the fleet replenishment oiler *Hassayampa* (AO-145), rioted, injuring 5 White sailors. Although smaller in

---

[46] Sherwood, *Black Sailor*, 48, 54.

scale, this riot demonstrated that racial unrest was not limited to large ships like *Kitty Hawk*. In November 1972, more than 100 Black sailors serving on board the aircraft carrier *Constellation* (CVA-64) staged a sit-in in the mess deck of the ship—called the "Sidewalk Café"—to air their complaints of unfair treatment due to their race. With the ship located pier-side in San Diego, the protest attracted a heightened level of media attention.[47]

46.     Subsequent negative stories in the press about the *Constellation* and *Kitty Hawk* incidents in turn led to congressional hearings on racial unrest in the Navy. Southern Congressmen attempted to use the hearing, which was chaired by Representative Floyd Verne Hicks, to pin the blame for the unrest on Zumwalt's programs rather than the institutional racism endemic in the fleet. This put Zumwalt's equal opportunity programs in jeopardy. However, rather than scaling back equal opportunity in the Navy, Zumwalt doubled down on his efforts. By 1974, the Navy had provided more than 70 percent of its personnel with racial awareness training. By 1977, every major naval command had a strong affirmative action program in place, and the number of Blacks in lower petty officer ranks began to rise slowly. However, it would take much longer for the Navy to increase the proportion of Blacks in its officer ranks.[48]

47.     In the meantime, between the fall of 1972 and the end of 1975, racial unrest spread to hundreds of ships and shore installations. During the two-month period from May 1 to June 30, 1974, the Atlantic Fleet alone reported 57 racial incidents. Major incidents occurred on the dock landing ship *Trenton* (LPD-14) in November 1972; Naval Station Midway Island in November 1972; the aircraft carrier *Ticonderoga* (CVS-14) in December 1972; the aircraft carrier *Intrepid* (CVS-11) in January 1973; the amphibious assault ship (helicopter) *Inchon*

---

[47] Sherwood, "African American Sailors in the U.S. Navy: A Chronology."
[48] Sherwood, *Black Sailor*, 48, 54.

(LPH-12) in January 1973; and at Kaohsiung Fleet Landing, Taiwan, in August 1973. Official investigations of these six major events revealed:

    a.   Discrimination in promotion and job assignments for Black sailors (*Ticonderoga* and *Intrepid*).

    b.   A climate of racism as demonstrated by the regular use of racial slurs by Whites against Blacks (Naval Station Midway Island, *Intrepid*, and Kaohsiung Fleet Landing).

    c.   A racially biased disciplinary system or one perceived to be biased by Black sailors (*Trenton* and *Intrepid*).

    d.   Ineffective minority affairs councils with no real power in the chain of command (Naval Station Midway Island and *Inchon*).

    e.   Lack of Blacks in the Navy's chain of command, especially in middle management positions (all incidents).

Colonel Alfred Gray, the commander of the 2nd Marine Regiment at the time and later the commandant of the Marine Corps from 1987 to 1992, closely investigated the *Trenton* incident, as it involved both sailors and marines. His report to Fleet Marine Corps Headquarters in Norfolk stated that "we had a breakdown in our traditional leadership within a segment of the Battalion Landing Team in the area of interpersonal relations." There are "some officers and some NCOs [non-commissioned officers]," noted Gray, "who don't know their job, do not know their people, and do not know themselves." The lack of Black officers in the chain of command clearly made a bad situation worse.[49]

---

[49] Sherwood, *Black Sailor*, 193–226.

48.     A 1976 climate assessment of the Navy's equal opportunity programs that surveyed 3,500 Navy personnel found that lack of confidence among Blacks in the Navy's predominantly White officer corps remained one of the biggest stumbling blocks for equal opportunity in the Navy. The results of this study indicated that Blacks were "the least likely to agree that military justice was equally administered to all individuals at their command." Blacks also "had less faith in the chain of command as an effective means of resolving [equal opportunity] problems. Among junior officers (0-1 through 0-3), only 7.7 percent of black officers agreed with this item in contrast to 64 percent agreement among their white counterparts."[50] Clearly, the Blacks surveyed in this study did not feel that they could count on an officer corps with just 2 percent Black representation to treat them equally to Whites. More work needed to be accomplished by the Navy's personnel system to increase the numbers of Blacks in the officer corps.

The Scarcity of Black Officers and the Beginnings of Affirmative Action

49.     CNO Zumwalt started the process of increasing Black representation in the officer corps, but it was his successor, Admiral James Holloway III, the 20th Chief of Naval Operations, who institutionalized this effort with his Navy Affirmative Action Plan (NAAP). Holloway, who served as CNO from 1974 to 1978, believed that the root cause of the Navy's racial problems was a distinct lack of minority representation in leadership positions. For Holloway, leadership was the "most important incentive" for a young person to serve in the Navy, and the answer to

---

[50] J. M. Konigsberg, J. Bedoian, and E. E. Arceneaux, *Assessment of the Navy's Phase II Equal Opportunity/Race Relations Training Program Time 1–Baseline*, Rept. No. TM-5637/000/00 (Santa Monica, CA: Systems Development Corporation, February 1976) as cited in Paul Rosenfeld, Amy L. Culbertson, Stephanie Booth-Kewley, Paul Magnusson, Assessment of Equal Opportunity Climate: Results of the 1989 Navy-Wide Survey, Report NPDRC-TR-92-14 (San Diego: Naval Personnel Research and Development Center, May 1992), 2.

the service's race problems lay more in giving African Americans a stronger stake in the Navy's officer corps than in trying to improve race relations through programs such as racial awareness training—a favorite tool of his predecessor. By 1976, the year Holloway's NAAP was published, Blacks represented nearly 8 percent of the Navy's enlisted force but only 1.6 percent of the officer corps. To correct this imbalance, the NAAP recommended "achieving annual officer results of 6 percent black (the same percentage of blacks enrolled in U.S. colleges) and 2 percent other minorities and annual enlisted results of 12 percent black and 6 percent other minorities."[51] Six percent, consequently, became the Black recruitment goal for USNA and other officer commissioning programs through 1994.[52]

50.    To increase Black representation in the officer corps, the Navy focused its efforts on three sources: NROTC, BOOST, and USNA. NROTC proved the biggest success story in minority recruiting. By 1978, the NROTC had a total of 478 Black midshipman, and 6.1 percent of entering plebes across the spectrum of NROTC units were Black. Beginning in 1967 with the establishment of the first NROTC unit at a historically Black college (Prairie View A&M University in Texas), the Navy expanded that number to five by 1976. These predominately Black schools greatly bolstered the numbers of Blacks that entered the ranks of the Navy's officer corps. Prairie View, for example, commissioned more Black officers in 1970 (13 in total) than USNA commissioned two years later (12 in total). Included in Prairie View NROTC's class

---

[51] Sherwood, *Black Sailor*, 252–53.
[52] In 1994, it was raised to 7 percent because 7 percent of Officer Candidate School and Aviation Officer Candidate School commissions were Black between 1992 and 1996, and it was felt that the USNA and NROTC programs could achieve likewise for the class of 1994. *See* Schneller, *Blue & Gold and Black*, 247–65.

of 1970 was Vice Admiral David Brewer, the first African American commander of the Military Sealift Command.[53]

51.     BOOST also proved a major success. The program sought to identify potential leaders in high school classes who did not have the educational background to compete effectively for either USNA or an NROTC scholarship. The Navy enlisted BOOST applicants in the Naval Reserve and then sent them to the Service School Command in San Diego for six months to two years to receive individually tailored academic instruction. Sailors could earn up to 28 college credits in BOOST training. In 1974, 66 percent of those entering the program won admission to an officer commissioning program. By 1978, BOOST had produced 44 commissioned officers and boasted more than 104 graduates in college. Thirty-eight percent of BOOST's enrollment in 1978 consisted of minorities.[54] Between 1981 and 1982, 1,244 graduates of BOOST from all races received officer commissions in the U.S. Navy. NROTC commissioned 93.6 percent of these officers while USNA commissioned just 6.4 percent.[55]

52.     For a variety of reasons, USNA was significantly less successful than other programs (such as Officer Candidate School or NROTC) in commissioning Black officers, even as late as 1977. The Navy as a whole had come close to achieving a Black proportional representation in its enlisted force equivalent to the percentage of Blacks in the United States at the time (approximately 11 percent) as nearly 11 percent of new recruits in 1977 were Black and

---

[53] Sherwood, *Black Sailor*, 255; USNA Alumni Association and Foundation, "The Class of 1972's 'The Dozen'—Naval Academy Experience," https://www.youtube.com/watch?v=V7YOmH4oZNU; and Zachary Lee, "Celebrating PV ROTC and NROTC," https://www.pvamu.edu/tiphc/research-projects/celebrating-pv-rotc-and-nrotc/.
[54] Sherwood, *Black Sailor*, 255–56.
[55] BOOST was discontinued in 2008. *See* Tracy D. Whiteley, "The BOOST Program and Its Effect on Retention and Performance," MA thesis, Naval Postgraduate School, December 2000, 33.

Blacks represented 8.5 percent of the total enlisted force. However, the proportion of Blacks in the officer corps remained abysmally low, leaving the service open to criticism that institutional racism was still prevalent in the Navy and Blacks were still, as Admiral Zumwalt wrote in his memoir *On Watch*, "sailing second class." By June of 1978, African Americans represented just 2.1 percent of the Navy officer corps. USNA (the source of approximately 30 percent of officer accessions in the mid-1970s) was failing the Navy in this regard. It only admitted 58 Black midshipmen out of a total plebe class of 1,513 (3.8 percent) in 1978.[56]

53.      This reality at USNA started to change in the late 1970s as the brigade of midshipmen diversified. Robert Schneller writes: "The 1,511 African Americans admitted to the classes of 1980–1990 represented a quantum leap over the 476 Black midshipmen who entered into the classes of 1969 through 1979 and the 51 African Americans who entered in the classes of 1949 through 1968." More broadly, more Black sailors advanced in the enlisted ranks, entered "A" schools, and the Navy commissioned more Black officers, all of which contributed to the decline of racial incidents in the Navy. In fact, my research has found that there have been no major instances of racial conflict since the Navy began implementing efforts to increase diversity. Given that USNA graduates make up a significant percentage of the Navy and Marine Corps officer corps,[57] and a disproportionate number of senior officers are USNA graduates, USNA has played in key role in the improving environment. It is a very significant lever in the education and development of the entire Naval Officer corps. The next section will take a deeper

---

[56] Sherwood, *Black Sailor*, 254; Mark Ferguson et al., "USNA Class of 1978 Class History Overview," https://www.usna1978.org/class-history/usna-class-of-1978-class-history-overview/; Elmo R. Zumwalt Jr., *On Watch: A Memoir* (New York: Quadrangle, 1976), 197-217; William D. Lehner, "An Analysis of Naval Officer Accession Programs," MA thesis, Naval Postgraduate School, 2008, 36.

[57] These are the percentages as of 2018. *See* Department of the Navy, *Education for Seapower*, Final Report, December 2018, 37.

look at institutional racism at USNA, and its historic struggles to recruit, educate, and commission Black officers.[58]

## II. Institutional Racism and the Struggle to Achieve Black Representation at USNA

<u>Civil War Through Reconstruction</u>

54.     The legacy of institutional racism at USNA stretches back to its founding in 1845 south of the Mason-Dixon Line in Maryland, a slave-holding state with more than 89,000 enslaved Black residents at the time. During the American Civil War, 72 members of the Class of 1860 and 23 members of the Class of 1861 (which included the prematurely graduated classes of 1862 and 1863) fought for the South. Several famous faculty members also joined the Confederacy, including Franklin Buchanan, a founding father of the school and the USNA's first superintendent. Buchanan, who had married into one Maryland's most prominent slave-holding families, became the only full admiral in the Confederate navy. Another USNA founder who fought for the Confederacy was the naval oceanographer Matthew Fontaine Maury. He was an early proponent of deporting enslaved people to Brazil to bolster the economy of the Amazon Basin and link it to the U.S. economy. Until 2023, both Maury and Buchanan had prominent USNA buildings named after them.[59]

55.     During much of the nineteenth century, many African Americans served at USNA, not as faculty or midshipmen, but as mess attendants. These enlisted sailors fulfilled domestic and other servile duties for the midshipmen and were typically referred to as "boys" or even more derogatory terms. Midshipmen regularly hit, kicked, and meted out other forms of

---

[58] Schneller, *Blue & Gold and Black*, 281; Gibson and Jung, *Historical Census Statistics on Population Totals by Race, 1790 to 1990*.
[59] Jack Sweetman and Thomas Cutler, *The U.S. Naval Academy: An Illustrated History* (Annapolis, MD: Naval Institute Press, 1979), 55–81; Craig Symonds, *The Confederate Admiral: The Life and Wars of Franklin Buchanan* (Annapolis, MD: Naval Institute Press, 1999), 37–50.

corporal punishment on mess attendants.[60] USNA did not admit Black midshipmen until the Reconstruction Era, when James H. Conyers became the first African American admitted in September 1872. He was cursed at, spat on, and physically abused, with some of his classmates even attempting to drown him. Consequently, he resigned in October 1873 because of hazing and poor grades. Two other African Americans, Alonzo Clifton McClennan and Henry Edwin Baker Jr., attempted to break the color barrier at the USNA in the 1870s, but pervasive racism and other issues similarly prevented them from graduating. McClennan, the second Black to become a midshipman, struggled academically and also with the constant racism he encountered from his classmates. After a scuffle during dinner with a classmate from Pennsylvania, McClennan was court-martialed and sentenced to six months' confinement at USNA's punishment barracks, the sail frigate *Santee*. McClennan subsequently resigned from USNA in 1874 after two of his former instructors agreed to pay for his education.[61] Baker entered USNA in the fall of 1874 and, like Conyers and McClennan, was subject to incessant hazing and racism. He failed two exams in January 1875 and the Academic Board recommended dismissal. Before that recommendation was processed, two midshipmen from southern states assaulted him as he was returning to quarters. One of the assaulters yelled, "Kill the damned nigger!" as he punched Baker in the face. Baker reported the assault and the two White midshipman attackers were dismissed. Although Baker was allowed to continue at USNA and his grades improved, he would ultimately be dismissed in November 1875 after participating in a minor scuffle at supper with a southern

---

[60] Samuel J. Limneos, "'Early Impressions Are Lasting'—Mess Attendants and Their Midshipmen at the U.S. Naval Academy, 1845–1923," paper presented at the McMullen Naval History Symposium, U.S. Naval Academy, Annapolis, MD, September 2023.
[61] Schneller, *Breaking the Color Barrier*, 1–33.

midshipman who did not wish to sit next to him. USNA would not admit another Black midshipman until 1897.[62]

USNA and Segregation: 1877–1947

56.     Between the end of Reconstruction and 1928, only three Blacks received appointments to USNA: Robert Foster Wheeler, W. C. Bundy, and John W. Smith. Wheeler was appointed in 1896 but never reported for the entrance exam and never entered USNA. In 1897, Bundy failed the spelling section of his entrance exam and did not appear for a reexamination, thus losing his appointment. Smith also failed his scholastic exam in 1897 and failed to show up for his reexamination.[63] No African American received an appointment to USNA in 1898 because, as one of President William McKinley's staff explained to Benjamin O. Davis Sr., whose request for a nomination to West Point had been turned down, appointing a Black man to the service academies had become politically infeasible.[64]

57.     In 1929, Charles Weir received an appointment to USNA from Congressman Oscar Stanton De Priest, a prominent African American politician from Chicago. Weir passed the entrance exam but failed the eye test.[65] In 1930, De Priest appointed two more "carefully selected" Black Chicagoans to USNA. The extra effort failed to pay off. One candidate failed to

---

[62] Schneller, *Breaking the Color Barrier*, 37–40.

[63] R. L. Field, "The Black Midshipman at the U.S. Naval Academy," *Proceedings*, April 1973; and Schneller, *Breaking the Color Barrier*, 60–62.

[64] Benjamin O. Davis Sr. eventually earned a commission through the U.S. Volunteers (military volunteers called upon during wartime to augment the U.S. Army who were separate from both the Regular Army and the militia) and later a regular Army commission. He eventually went on to become the Army's first Black general. *See* U.S. Army Center of Military History, "Benjamin O. Davis, Sr.," last modified January 31, 2021, https://history.army.mil/html/topics/afam/davis.html; and Schneller, *Breaking the Color Barrier*, 62.

[65] Schneller, *Breaking the Color Barrier*, 65–67.

report for the entrance exam and the other failed it.[66] Six years would pass by before another

Black was appointed. In 1936, Representative A. W. Mitchell of Illinois nominated seven

African Americans to USNA. James Lee Johnson Jr., was the only one who passed the exams

and successfully joined the brigade of midshipmen as a plebe. Johnson had completed three

years of college education at Case School of Applied Science (now part of Case Western

Reserve University) prior to entering USNA and was also a graduate of the then highly

prestigious Dunbar High School in Washington, DC. Despite this preparation, he received an

unsatisfactory mark in English, which convinced the Academic Board on February 10, 1937, to

recommend that Johnson be dismissed. The next day, Johnson signed a resignation form and left

USNA. Throughout his time there, he had been subjected to racial epithets, hazing, and attempts

by upper classmen to "fry" him out with demerits: he received 181 demerits during his plebe

summer and first semester at USNA, more than half of the 300 permitted by plebes. Johnson

later told the press that USNA had discriminated against him. According to historian Robert J.

Schneller, "he said that he had been duped into signing his resignation, that upperclassmen had

conspired to bury him in demerits, and that his English papers had been under graded." While

other classmates deficient in a subject had been given reexaminations, he had not. He, as well as

Congressman Mitchell, told the press that he had been "railroaded out." [67]

      58.     Representative Mitchell made one last attempt to break the color barrier at USNA

in 1937. That year, he appointed George Joseph Trivers, a graduate of Dunbar High and the class

valedictorian at Miners Teachers College. Like other Blacks admitted to USNA during

segregation, he roomed alone and did not have the benefit of a roommate to help clean the room

---

[66] Schneller, *Breaking the Color Barrier*, 62.
[67] Schneller, *Breaking the Color Barrier*, 89–106.

for inspections. None of the second-year classmen mentored him as they did for White plebes. As Robert Schneller wrote, their attitude was that "black people shouldn't be officers and therefore they don't belong at the Naval Academy." Certain midshipmen openly called him "nigger" to his face. They also refused to allow him to play intramural basketball. Two weeks after being sworn in, Trivers met with Captain Forde Anderson Todd, the commandant of midshipmen, to discuss attending church services at a local Episcopal church. Todd told him that the academy's executive department would do everything it could "officially" to get Trivers a "square deal and sympathetic treatment" at USNA, but then questioned his motives for wanting to become a naval officer: "At this stage of amalgamation of race into general society," he told him, "[you are] rendering a disservice to [your] people by forcing [yourself] on other young men who as yet do not have themselves under control, and thus [you are] stirring up antagonism in work and play." In other words, the commandant was subtly suggesting that Trivers resign because there was no place in the Navy for Black officers. Three days later, Trivers submitted his resignation.[68]

59.    World War II changed American attitudes toward Blacks and eventually opened the door to partial desegregation at USNA. During the war, Blacks not only served in large numbers in the fleet but contributed significant labor to shipyards. Their political power accelerated as more Black people migrated away from the South. In the Navy, they were no longer restricted to the messman branch and the service commissioned its first Black officers during the war. Hence, when Wesley Brown entered USNA in 1945, he had far more support from both the brigade staff and his fellow midshipmen than those who had attempted to break the color barrier before him. As Schneller writes, "unlike his predecessors, he had more friends than

---

[68] Schneller, *Breaking the Color Barrier*, 113–17.

enemies." Early supporters included an upperclassman from Georgia and the only U.S. president to graduate from USNA: Jimmy Carter. Brown also was a decent student and had no significant academic troubles at USNA. He did experience hazing typical of the times and received a fairly large number of demerits. Nonetheless, he felt the upperclassmen treated him fairly. His only significant brush with racism involved a select number of prejudiced classmates who shunned him, gave him dirty looks, or refused to sit next to him. However, many more midshipmen went out of their way to show kindness to Brown and mentor him throughout his years there. In his first-class year, he achieved the rank of midshipman lieutenant commander, ran varsity track, and marched in President Truman's inaugural parade. On June 3, 1949—104 years after USNA's founding—Brown became the first Black graduate.[69]

Cold War Period: "We Make No Special Effort"

60.     Despite Brown's success, fewer than three dozen Blacks would graduate from USNA between 1949 and 1968. Racism and the Navy's half-hearted attempts to recruit Blacks for USNA explain the dearth of African American midshipmen during this period. In 1948, Captain J. H. Schultz, the assistant chief of naval personnel for the Naval Reserve, summarized the state of minority recruitment as a whole during the period as follows: "We make no special effort to get any race, creed, or color."[70] The USNA appointment system, in which 60 percent of appointments were controlled by Congress (and 75 percent after 1964), further biased the selection process against African Americans, as congressional representatives were not bound by any objective criteria in making their appointments and, in some cases, actively opposed broader efforts to desegregate American society. Whereas White midshipmen received appointments

---

[69] Schneller, *Breaking the Color Barrier*, 197–235.
[70] Sherwood, *Black Sailor*, 11.

from every state and the District of Columbia, Blacks only received appointments from 12 states, none of which had been part of the Confederacy.[71] In addition to the paucity of congressional appointees, the negative image of the Navy in the Black community also contributed to the lack of applicants during this period. As late as the 1960s, many in the Black community still believed that all Blacks in the Navy were messmen, an impression that the Navy did not actively try to combat. Chancellor A. "Pete" Tzomes, a Black graduate of the class of 1967, said that he had "never been exposed to anyone in the Navy until I got to the academy."[72] NROTC suffered from similar issues. Of the 5,600 students who enrolled in NROTC in 1947, only 14 were Black. State laws prohibited the admission of Blacks in 14 of the 52 schools with NROTC programs, and policy and tradition barred Blacks from many others. As Schneller writes, "bigoted selection boards denied black students in a large portion of the country the opportunity to enter the NROTC program."[73] Hence, the prospect of NROTC as being an "equivalent" commissioning opportunity to USNA for Blacks never materialized until the mid-1960s, when the Navy began making a more concerted effort to recruit Blacks into the program and expanded NROTC to predominantly Black colleges. Even if it had, NROTC graduates were far less likely to reach the highest levels in the Navy than those who graduated from the USNA. To the present date, 30 of the Navy's 33 Chiefs of Naval Operations have been graduates of USNA.[74]

Vietnam War Era

61.     As late as 1965, there was still a severe dearth of African Americans at USNA. In July of that year, President Lyndon Johnson wrote a memorandum to Secretary of the Navy Paul

---

[71] Schneller, *Blue & Gold and Black*, 22–23.
[72] Schneller, *Blue & Gold and Black*, 26–27.
[73] Schneller, *Blue & Gold and Black*, 5.
[74] USNA, "Notable Graduates: Chiefs of Naval Operations," last modified March 10, 2022, https://www.usna.edu/Notables/cno/index.php.

Nitze that opened with the observation that there were only nine African Americans in USNA's 4,100-strong brigade of midshipmen. President Johnson asked Nitze how "we might encourage Negroes to apply for and gain admittance to the Academy?" President Johnson's subsequent 1965 order to double USNA's Black enrollment spurred the institution into developing its first minority recruitment program. In 1965, BuPers spearheaded the USNA's recruitment effort with the assistance of the USNA's Blue and Gold Program (a network of volunteers throughout the nation who recruit and interview potential midshipmen). By 1976, BuPers had three minority affairs counselors whose specific mission was to bolster minority recruitment.[75]

62.     Beginning in 1966, BuPers sent letters to predominantly Black high schools, requesting their assistance in making USNA information available to their outstanding students. It also directed Navy recruiters throughout the country to identify, counsel, and encourage outstanding Blacks to compete for nominations. Minority recruiting efforts for the class of 1970 identified 700 potential Black candidates of which 23 received nominations and seven entered USNA.[76] "During the 1970s," Schneller observed, "the minority recruiting program . . . [featured] minority admissions counselors and minority accessions goals as established as a percentage of incoming and later graduating midshipmen." Between 1970 and 1976, the number of Blacks in the brigade skyrocketed from 23 to 200—almost 5 percent of the brigade and less than 4 percentage points shy of the proportion of Blacks in the United States during the period (8.5 percent). Between 1976 and 1980, an average of 64 Blacks entered USNA, accounting for 4.8 percent of each plebe class. The Herculean efforts of Paul Nitze, Elmo Zumwalt, and James Holloway III to broaden equal opportunity at USNA were finally beginning to pay dividends.

---

[75] Schneller, *Blue & Gold and Black*, 113, 235, 237, 370−71.
[76] Field, "The Black Midshipman at the U.S. Naval Academy."

With that said, in the broader Navy, Blacks still only represented 2.1 percent of the officer corps in 1978.[77]

<u>1970s and 1980s</u>

63.    Once admitted into USNA in the 1970s and 1980s, Black midshipmen found an increasing number of Blacks in the brigade who could mentor them and help them get through USNA's grueling academic and military training program—a factor that greatly improved Black graduation rates in the 1970s. The class of 1981 had 38 Black graduates—a vast improvement over past years but still a low number relative to the size of the class at graduation, which was 966.[78] As Schneller found in his research, "the academic hurdle proved the greatest barrier to a black midshipmen's ultimate success during the period 1976 to 1999." Black midshipmen who made it through the program took considerable pride in the fact that academic standards actually increased at USNA during the 1970s. However, USNA's decision to raise the minimum Scholastic Aptitude Test score in math from 580 to 600 also reduced the number of incoming Black plebes to just 55 from a high of 120 in 1973.[79]

64.    After the Navy adopted CNO Holloway's NAAP in 1976, racial issues remained a top personnel policy issue for the Navy for the remainder of the twentieth century. USNA strove to achieve proportional representation despite changing definitions of the term: at some points it referred to the proportion of Blacks in the general population and at other points, the proportion of Blacks in U.S. colleges. As Schneller explains, "Accession goals for African Americans increased from 6% to 7% to 12%, but the proportion of Black midshipmen admitted into the

---

[77] Schneller, *Blue & Gold and Black*, 249, 370–71; and Sherwood, *Black Sailor*, 254.
[78] Note: 1,331 midshipmen were inducted into the class of 1981 but only 966 graduated. See Dr. Claude Berube, Director of the Naval Academy Museum, email to John Sherwood, November 29, 2023; and Schneller, *Blue & Gold and Black*, 251.
[79] Sherwood, *Black Sailor*, 254.

classes of 1980–99 averaged roughly 6%." Half of Black midshipmen during this period entered

directly from high school and the other half after attending the Naval Academy Preparatory

School in Newport, Rhode Island. Once at USNA, these classes discovered a relatively

integrated school and did not experience the racism and ostracism early Black midshipmen had

endured. For support, they had resources available to all midshipmen as well as a Black

midshipmen network. Black attrition based on academic grounds exceeded the majority during

these years, but academy officials never lowered admissions standards to boost numbers.

65.     By the end of the twentieth century, the USNA had emerged as what Schneller

calls an "unparalleled opportunity for black men and women."[80] He argues that "the last vestiges

of conscious institutional discrimination" were "purged from Naval Academy in 1976." He goes

on to write, "African Americans in the classes of 1980–99 remained fully integrated into brigade

life and enjoyed equal access to Academy opportunities."[81]

66.     Today, USNA stands out as one of the top colleges in the world. *US News and

World Report* ranks it as number one in "Top Public Schools"; number three in "National Liberal

Arts Colleges; and number five (tie) in "Undergraduate Engineering Programs."[82] It has

produced a slew of notable graduates, including one president of the United States, 31 members

of Congress, 5 chairmen of the Joint Chiefs of Staff, 9 Marine Corps commandants, 30 CNOs, 73

Medal of Honor recipients, 56 Rhodes Scholars, and 2 winners of the Nobel Prize.[83] Three

African American graduates—Admiral J. Paul Reason (class of 1965), Admiral Cecil D. Haney

(class of 1978), and Admiral Michelle J. Howard (class of 1982)—have achieved the four star

---

[80] Schneller, *Blue & Gold and Black*, 272–73.
[81] Schneller, *Blue & Gold and Black*, 273.
[82] *US News and World Reports*, "United States Naval Academy Rankings,"
https://www.usnews.com/best-colleges/united-states-naval-academy-2101/overall-rankings.
[83] USNA, Notable Graduates, https://www.usna.edu/Notables/index.php.

admiral rank (O-10). Admiral Paul Reason was the Navy's first Black four-star admiral, and Admiral Howard, also a four-star admiral, the first African American and first woman to become Vice Chief of Naval Operations. Earlier in her career, Howard also became the first African American woman to command a Navy ship, the dock landing ship *Rushmore* (LSD-47).[84]

67.     The foregoing history demonstrates a few things. First, until recently (i.e., the early to mid-1970s), there have been numerous instances of racial unrest in the Navy and Marine Corps. Second, until recently (i.e., the mid-1970s), there had been relatively few Black graduates from USNA. Third, it is not coincidental that the increase in Black USNA graduates corresponds with the decrease in racial incidents experienced in the Navy and Marine Corps. The more Black midshipmen perceive the Navy and Marine Corps as treating them fairly—including though the presence of Black officers—the less likely it is that racial tensions will exist.

### III.     Inaccuracies in Plaintiff's Complaint

68.     Plaintiff's complaint in this case contains numerous inaccuracies, one of which I identified above. I identify several additional inaccuracies below.

69.     In paragraph 3, Plaintiff states, "To that end, President Truman desegregated the military well before other institutions followed suit." This statement implies that integration occurred overnight for the services on July 26, 1948. It took all the services many years to achieve representation proportional to Black representation in the United States in all military occupational specialties and ranks. The Navy's emphasis on qualitative recruitment and "making no special effort" to recruit Blacks during much of the Cold War allowed the Navy to avoid integration in a meaningful manner until the early 1970s. Throughout the Cold War, Blacks only represented a small percentage of the enlisted force, and a miniscule, nearly statistically

---

[84] Sherwood, "African American Sailors in the U.S. Navy: A Chronology."

insignificant percentage of the officer corps. At no time prior to the 1970s did the Navy achieve

anywhere close to proportional representation of Blacks in either the enlisted force or the officer

corps. Structural racism in American society (especially in the education system) created a much

smaller pool of qualified Black applicants during this period than Whites—both for the enlisted

force and officer corps. The Navy did very little to attempt to correct this disparity before

1970s.[85]

70.     In paragraph 48 of the complaint, Plaintiff states that

First, the Academy argues that statistical parity between the racial demographics
of officers and enlisted sailors and Marines is necessary to preserve unit cohesion
and ward off racial strife within units. In support of that assertion, it highlights
anecdotal incidents of racial tension among enlisted service members during the
Vietnam War, most of which occurred in a brief period from 1969 to 1972. That
talking point, raised for the first time by the Becton brief in *Grutter* and repeated
in virtually every government defense of racial preferences since, cherry-picks a
few unfortunate incidents and extrapolates them to the American military in
general. At best, it is a textbook example of conflating correlation with causation.

Plaintiff's description of the historical record is flawed. Racial unrest by 1972 (and even as late

as 1974) was not "anecdotal," as Plaintiff contends, but pervasive throughout the Navy. It struck

nearly every ship and shore command in the Navy during this period. Between July and

November of 1972 alone, the Naval Investigative Service documented 98 criminal cases with

racial overtones. My book, *Black Sailor, White Navy*, analyzes nine of the most significant riots

and protests. It was not anecdotal but a very significant period of naval history that shook the

institution to the core.[86]

71.     Plaintiff states in paragraph 49 of the complaint, "In fact, 'racial animosity had

been negligible within the U.S. armed forces' prior to 1967, and it has been virtually nonexistent

---

[85] Sherwood, *Black Sailor*, 1–29, 237–62; Schneller, *Breaking the Color Barrier*, 1–111.
[86] Sherwood, *Black Sailor*, 193–227.

post-Vietnam." The claim that racial animosity had been "negligible" *prior to 1967* does not correlate with the historical record. There was substantive racial animosity within the ranks before 1967. Official Navy policy deliberately excluded, limited, and/or segregated African American participation for extended periods prior to 1949, and African Americans faced open hostility during their service in the Navy and attempts to graduate USNA (*see* paragraphs 10–48 and 54–60 in the declaration). Furthermore, during the Red Summer of 1919, White sailors were involved in racially motivated attacks against Black communities in Charleston, Washington, DC, and Chicago (*see* paragraph 18 in the declaration). In 1944, Black sailors rioted or protested at Port Chicago, Mare Island, Guam, and Port Hueneme (*see* paragraphs 26–29 in the declaration). Finally, post-Vietnam era naval officers (including the CNOs) openly acknowledged racial issues within the Navy and deliberately sought to combat them through the various initiatives outlined above (*see* paragraphs 41–43 and 49–52 in this declaration).

72.     In paragraph 50 of the complaint, Plaintiff states that racial unrest in the Navy during the Vietnam War period was the "tragic byproduct of broader factors: 'a changing social environment, a controversial war, and new conscription strategies' that allowed wealthier Americans to escape the draft through college deferments while sending disproportionate numbers of low-income draftees to frontline combat units based on their educational backgrounds." This explanation does not apply to the Navy in the early 1970s. Racial unrest in Navy in the 1970s was caused by a sudden influx of African Americans into a Navy that offered them little in the way of equal opportunity, a discipline system that appeared to be racially biased, and the same types of jobs their fathers had experienced in the segregated Navy of World War II and the early Cold War period. Neither the Vietnam War, nor the wartime draft had anything to do with the unrest experienced by the Navy. To the contrary, it was President

Nixon's scaling back of the draft and with it the end of qualitative recruitment that led to a significant influx of Blacks into the Navy. This inflow of Blacks, especially ones with low AFQT scores, was the catalyst for racial unrest in the Navy towards the end of the Vietnam War.

73.     In paragraph 52 of the complaint, Plaintiff characterizes USNA's "argument that officers will 'often fai[l] to perceive racial tensions among enlisted personnel' if the officer corps does not have the same levels of racial and ethnic diversity as the enlisted ranks" as relying on "misguided assumptions." The historical record supports the conclusion that the absence of Black officers contributed to racial tensions. For example, in World War II, racial tensions in predominantly Black Seabee units commanded by White officers led to protests and strikes. In September of 1943, Black Seabees based in Trinidad from the 80th Naval Construction Battalion (NCB), one of two predominately Black naval construction battalions, wrote a letter to the Black press discussing unequal promotion opportunities, constant racial slurs and aggression, and the failure of his leadership to listen to the grievances of Black men. The commanding officer of the 80th identified 19 of the complainants and discharged them on the basis of "seditious behavior bordering on mutiny." While in transit from Trinidad to Port Hueneme, 744 Black enlisted men from the 80th staged a protest over their disagreements with their White commanding officer. Naval investigators cited leadership problems as a major factor in these and subsequent incidents. By order of the Bureau of Yards and Docks (BuDocks), the unit's White commanding officers were relieved of their duties in the 80th NCB. BuDocks then made a conscientious decision to restaff the positions with officers from northern states as opposed to the previously southern officers. In April 1945, an investigation review board decided to upgrade the dishonorable discharges of 14 out of the 19 men to an honorable discharge.[87]

---

[87] NHHC, "Black Seabees in World War II."

74.     A similar racial incident fomented by racist White officers attempting to lead a predominantly Black unit occurred in March 1945 at Port Hueneme after the commanding officer of the 34th NCB had refused to promote any Black Seabee to chief petty officer all the while instituting segregated barracks and mess arrangements. *See* paragraph 28 of the declaration for additional details.[88] These two incidents illustrate why Black officers are important for maintaining good order and discipline in the Navy. Other examples include Lieutenant William Kelley on *Collette* (*see* paragraph 40 of the declaration) and Commander Ben Cloud on *Kitty Hawk* (*see* paragraph 44 of the declaration).

75.     Paragraphs 53 and 54 of Plaintiff's complaint suggests that USNA "has never provided evidence to support its assertion" that "statistical parity between the racial demographics of the officer corps and those of the enlisted corps is necessary to 'foster trust between the enlisted corps and its leaders.'" Paragraphs 26–28 and 44–48 of the declaration provide examples of what happens when there is little or no minority representation in the officer corps.

76.     In paragraph 55 of the complaint, Plaintiff suggests that USNA does not "provide concrete evidence that military units that choose their members based on race are more successful on the battlefield than units who select their members based on objective measures of tactical competency, regardless of skin color." The historical record makes clear that a lack of diversity leads to racial unrest, which undermined the effectiveness of certain shore facilities in World War II and both ships and shore facilities in the early 1970s. There has been no significant outbreak of racial unrest in the Navy since the mid-1970s despite significant incidents of racial unrest in American society during that period. The diversity of the Navy in the contemporary era,

---

[88] NHHC, "Black Seabees in World War II."

especially in the officer corps, has much to do with this relative lack of racial unrest the past few decades.

77.     Paragraph 59 of the complaint criticizes USNA for arguing "that the Navy will lose 'societal trust' if racial metrics between the officer and enlisted corps (and between the officer corps and society at large) are not equivalent" and for further arguing "that this speculative loss of societal trust could, in turn, harm recruiting efforts." The Navy experienced a significant loss of "societal trust" during segregation and throughout much of the Cold War due in part to lack of opportunity afforded to Blacks in the Navy and their concentration in certain jobs. The fact that more than 40 percent of Blacks who entered the Navy in World War II served as messmen in segregated conditions, as Schneller wrote, "remained one of the principal reasons so few African Americans sought to enter the classes of 1949–1968 [at USNA]. As late as the mid-1960s, many black people believed that all an African American could be in the Navy was a messman or steward. Don't even think of being a naval officer, they figured, for the Navy's officer corps was lily white."[89]

## IV.     Bibliography: History of African Americans in the Navy

## Overviews:

Akers, Regina. "The First African American Women Officers." Submarine Force Library and
   Museum. Last modified February 16, 2018. https://ussnautilus.org/the-first-african-
   american-women-officers/.

———. *The Navy's First Enlisted Women: Patriotic Pioneers*. Washington, DC: Government
   Publishing Office (GPO), 2019.

---

[89] Schneller, *Blue & Gold and Black*, 27.

Bennett, Lerone, Jr. *Before the Mayflower: A History of Black America*. 5th ed. Chicago:
    Johnson Publishing, 1982.

"Black American in the Navy." *All Hands*. Nov. 1969.

"Black Heritage from the Days of Columbus to the Present." *All Hands*, Sept. 1971.

Campbell, D'Ann. "Bibliographic Essay: Women in the Military." *Choice*, Sept. 1993.

Davis, Lenwood G. and George Hill. *Blacks in the American Armed Forces, 1776–1983: A
    Bibliography*. Westport, CT: Greenwood Press, 1985.

Donaldson, Gary A. *The History of Afro-Americans in the Military*. Malabar, FL: Krieger
    Publishing, 1991.

Franklin, John Hope and Alfred Moss, Jr. *From Slavery to Freedom: A History of Negro
    Americans*. 6th ed. New York: Knopf, 1988.

Godson, Susan H. *Serving Proudly: A History of Women in the U.S. Navy*. Annapolis, MD:
    Naval Institute Press, 2001.

Green, Robert E. *Black Defenders of America 1775–1973*. Chicago: Johnson Publishing
    Company, 1974.

Hailey, Leonard W. "The Role of Black Sailors in the Major Wars of America." *All Hands*, Aug.
    1973.

Hine, Darlene Clark. *Black Women in White: Racial Conflict and Cooperation in the Nursing
    Profession, 1890–1950*. Bloomington: Indiana University Press, 1989.

Hope, Richard O. *Racial Strife in the U.S. Military: Toward the Elimination of Discrimination*.
    New York: Praeger, 1979.

MacGregor, Morris J., Jr. *Integration of the Armed Forces, 1940–1965*. Washington, DC: US
    Army Center for Military History, 1981.

MacGregor, Morris J., Jr. and Bernard C. Nalty. *Blacks in the Military, Essential Documents*. Wilmington, Delaware: Scholarly Resources, 1981.

Nalty, Bernard C. *Strength for the Fight: A History of Black Americans in the Military*. New York: Free Press, 1986.

Nelson, Dennis D. *The Integration of the Negro into the Navy, 1776–1947*. New York: Farrar, Straus, and Young, 1951.

Ploski, Harry A. and James Williams. *The Negro Almanac: A Reference Work On the African American*. New York: Gale Research, 1989.

Quarles, Benjamin A. *The Negro in the Making of America*. 3rd ed. New York: Collier Books, 1996.

Schneller, Robert J., Jr. *Blue & Gold and Black: Racial Integration of the U.S. Naval Academy*. College Station: Texas A&M University Press, 2008.

———. *Breaking the Color Barrier: The U.S. Naval Academy's First Black Midshipmen and the Struggle for Racial Equality*. New York: New York University Press, 2005.

Shaw, Henry I., and Ralph W. Donnelly. *Blacks in the Marine Corps*. Washington: Marine Corps History Division, 2002.

United States Navy. *Celebrating Navy Women: Perseverance & Achievements*. Washington, DC: Defense Media, 2021.

Whetstone, Marc. "The Story of Four Ships and the Men They Honor." *All Hands*, Feb. 1973.

**The American Revolutionary War:**

Greene, Lorenzo J. "The Negro in the Armed Forces of the United States, 1619–1783." *Negro History Bulletin* 14, no. 6 (Mar. 1951): 123–27, 138.

Jackson, Luther P. "Virginia Soldiers and Seamen in the American Revolution." *Journal of Negro History* 27 (July 1947): 247–87.

Quarles, Benjamin A. *The Negro in the American Revolution.* Chapel Hill: University of North Carolina Press, 1961.

**The Quasi War with France:**

Logan, Rayford W. "The Negro in the Quasi War 1798-1800." *Negro History Bulletin* (Mar. 1951): 128–132, 143.

Naval Historical Center. *Naval Documents Related to the Quasi-War Between the United States and France: Naval Operations from February 1797–December 1801.* Washington: GPO, 1935–1938.

**The War of l812:**

Altoff, Gerard T. *Amongst My Best Men: African American and the War of 1812.* Put-In-Bay, OH: Perry Group, 1996.

Dudley, William S., ed. *The Naval War of 1812, A Documentary History.* Vol. 1, *1812.* Washington, DC: Naval Historical Center, 1985.

Green, Lorenzo J. "The Negro in the War of 1812 and the Civil War." *Negro History Bulletin* (Mar. 1951): 133–38.

Langley, Harold D. "The Negro in the Navy and Merchant Service 1789–1860." *Journal of Negro History* 52, no. 4 (Oct. 1967): 273–86.

McCormack, Lauren. *Black Sailors during the War of 1812.* Boston, MA: USS Constitution Museum, 2020.

**The Civil War:**

Aptheker, Herbert. "The Negro in the Union Navy." *Journal of Negro History* 32 (Apr. 1947):

169–200.

Brooks, Constance V. *Names on Record: a Journal Featuring Virginians of African Descent*.

Washington, DC: C.V. Brooks, 1998.

Gibbs, C. R. "Blacks in the Union Navy." *All Hands*, Dec. 1974.

McPherson, James M. *The Negro's Civil War: How American Negroes Felt and Acted during the*

*War for the Union.* Urbana and Chicago: University of Illinois Press, 1982.

Quarles, Benjamin A. *The Negro in the Civil War*. Boston MA: Little Brown, 1953.

———. "The Abduction of the 'Planter.'" *Civil War History* 4, no.1 (Mar. 1958): 5–10.

Reidy, Joseph P. "Black Men in Navy Blue during the Civil War." *Prologue*, Fall 2001,

https://www.archives.gov/publications/prologue/2001/fall/black-sailors.

Sterling, Dorothy. *Captain of the Planter: The Story of Robert Smalls*. New York: Doubleday,

1958.

United States. Naval War Records Office. *Official Records of the Union and Confederate Navies*

*in the War of the Rebellion*. Washington: GPO, 1894–1922.

Valuska, David L. *The African American in the Union Navy, 1861–1865*. New York: Garland

Publishers, 1993.

**Spanish American War:**

Livingston, Rebecca. "Soldiers, Sailors, and Marines of the Spanish-American War: The Legacy

of the USS Maine." *Prologue*, Spring 1998, https://www.archives.gov/publications

/prologue/1998/spring/spanish-american-war.

**World War I:**

National Archives. "Mustering Out: the Navy's First Black Yeowoman," Last modified
    November 9, 2020. https://rediscovering-black-history.blogs.archives.gov
    /2020/11/09/golden-14/.

Miller, Richard. "The Golden Fourteen, Plus: Black Navy Women in World War One." *Minerva*
    13, no. 3 (Fall/Winter 1995): 7–13.

———. "A Yachtsman's Tale." *All Hands*, Feb. 1988.

Scott, Emmett. *Scott's Official History of the American Negro in World War*. Chicago:
    Homewood Press, 1919.

Sweeney, W. Allison. *History of the American Negro in the Great World War: His Splendid
    Record in the Battle Zones of Europe, Including a Resume of His Past Services to His
    Country in the Wars of the Revolution, of 1812, the War of the Rebellion, the Indian Wars
    on the Frontier, the Spanish American War, and the Late Imbroglio With Mexico*.
    Chicago: Cuneo Henneberry Co., 1919.

**World War II:**

*African Americans and WWII*. Washington, DC: Association for the Study of Afro American
    Life and History, 1994.

Akers, Regina T. "A Very Special Tribute." *Pull Together* 33 (Fall/Winter 1994): 9.

———. "Female Naval Reservists during World War II: A Historiographical Essay." *Minerva* 8,
    no. 2 (Summer 1990): 55–61.

Allen, Robert L. *The Port Chicago Mutiny*. New York: Warner Books, 1989.

Campbell, D'Ann. *Women At War With America: Private Lives in a Patriotic Era*. Cambridge:
    Harvard University Press, 1984.

Dalfiume, Richard M. *Desegregation of the U.S. Armed Forces: Fighting on Two Fronts, 1939–1953*. Columbia: University of Missouri Press, 1969.

Davis, John W. "The Negro in the United States Navy, Marine Corps and Coast Guard." *Journal of Negro Education* 12 (July 1943): 345–49.

"Doris Miller: First U.S. Hero of World War II." *Ebony*, Dec. 1969.

Dunn, James A. *On Board the USS* Mason*: The World War II Diary of James A. Dunn*. Columbus: Ohio State University Press, 1996.

"First WAVES Win Praise." *Headlines*, Feb. 1945.

Gravely, Samuel L., Jr. "A Few Beers Ain't All Bad." *Naval History*, Spring 1993.

"How About Navy Pilots?" *Crisis*, Oct. 1943.

Kelly, Mary Pat. *Proudly We Served: The Men of the USS* Mason. Annapolis, MD: Naval Institute Press, 1995.

Litoff, Judy Barrett and David C. Smith. *We're in This War, Too: World War II Letters American Women in Uniform*. New York: Oxford University Press, 1994.

Mueller, William R. "The Negro in the Navy." *Social Forces* 24, no. 1 (Oct. 1945): 110–15.

Miller, Richard E. *The Messman Chronicles: African American in the U.S. Navy, 1932–1943*. Annapolis, MD: Naval Institute Press, 2004.

Murray, Florence, ed. *The Negro Handbook, 1946–1947*. New York: Current Books, 1947.

Poulos, Paula N., ed. *A Woman's War Too: U.S. Women in the Military in World War II*. Washington, DC: National Archives Trust Fund Board, 1996.

Purdon, Eric. Black Company, *The Story of Subchaser 1264*. Washington, DC: R. B. Luce, 1972.

Riddick, Lawrence D. "The Negro in the United States Navy during World War II." *Journal of Negro History* 32, no. 2 (Apr. 1947): 201–19.

Schneider, James G. "Negros Will Be Tested: FDR." *Naval History*, Spring 1993.

"Segregation for WAVES, Even in New York City." *Afro-American,* Nov. 4, 1944.

Stillwell, Paul, ed. *The Golden Thirteen. Recollections of the First Black Naval Officers*.

      Annapolis, MD: Naval Institute Press, 1993.

U.S. Navy. Bureau of Naval Personnel. "The Negro in the Navy." Washington, DC: 1947.

——— ."Women's Reserve." Washington, DC: 1946.

**Post WWII and Korean War:**

Brown, Wesley A. "First Negro Graduate of Annapolis, Tells His Story." *Saturday Evening Post,*

      June 25, 1949.

"Ship Shape: Josephine Delores Rosa Is the First Negro WAVE to Get Sea-Going Duty." *Our*

      *World*, Feb. 1954.

Nalty, Bernard C. *Long Passage to Korea: Black Sailors and the Integration of the U.S. Navy*.

      Washington, DC: Naval Historical Center, 2013.

Taylor, Theodore. *The Flight of Jesse Leroy Brown*. New York: Avon Books, 1998.

Weems, John E. "Black Wings of Gold." *Proceedings*, July 1983.

**Vietnam War Era:**

Acthison, Jerry and Martin, Gary. "Captain Joan Bynum . . . A Matter of Setting Goals." *All*

      *Hands*, Feb. 1979.

Field, R. L. "The Black Midshipman at the U.S. Naval Academy." *Proceedings*, Apr. 1973.

Guttridge, Leonard F. *Mutiny: A History of Naval Insurrection*. Annapolis, MD: Naval Institute

      Press, 1992.

Halloran, Richard. "Trail Blazer in Navy: Samuel Lee Gravely Jr." *New York Times*, Apr. 28,

      1971.

"'Jesse Brown' Largest Ship Named for Black American." *Jet*, Feb. 22, 1973.

"Navy Charter on Race Relations and Equal Opportunity." *All Hands*, Apr. 1971.

Powers, William M. "Squadron Commander." *All Hands*, June 1972.

"Profiles of the Fleet: Now He's Exec of NROTC at Prairie View, *All Hands* Looks Back 10
    Years." *All Hands*, June 1974.

Rowan, Carl. "The Navy's Search for Blacks." *Washington Star*, Oct. 16, 1970.

Ryan, Paul B. "USS *Constellation* Flare-up: Was it Mutiny?" *Proceedings,* Jan. 1976.

"Samaritans on Wings." *Ebony*, May 1970.

"Shepard and a Negro Named Admirals." *New York Times*, Apr. 29, 1971.

Sherwood, John Darrell. *Black Sailor, White Navy: Racial Unrest in the Fleet during the
    Vietnam War Era*. New York: New York University Press, 2007.

U.S. Congress. House. *Committee on Armed Services. Report by the Special Subcommittee on
    Disciplinary Problems in the U. S. Navy*. 92d Congress, 2d sess. Washington: GPO,
    1973.

"U.S. Navy's First Black Admiral." *Newsweek*, May 10, 1971.

Wadell, Bernard. *I Am Somebody: The True Story of a Black U.S. Navy Frogman*. Boston, MA:
    Quinlan Press, 1986.

Zumwalt, Elmo R. *On Watch: A Memoir*. New York: Quadrangle, 1976.

**Post-Vietnam:**

Longo, James. "Blacks Break Barriers to Grow in Rank." *Navy Times*, July 25, 1988.

"Navy Chaplain Carolyn Higgins." *Norfolk Journal and Guide*, Feb. 12, 1980.

"Navy Gets its First Black Women in Medical Corps." *Jet*, May 29, 1975.

"Navy's Efforts to Combat Racism." *Atlanta World*, Sept. 4, 1979.

"Networking Boosts Black Officer Ranks; Pace Still Slow." *Navy Times*, Aug. 1, 1988.

"Salute to Blacks in the Navy." *Baltimore Afro-American*, Mar. 6, 1982.

**The Persian Gulf War:**

Haywood, Richette L. "Should Moms Go to War?" *Jet*, Mar. 4, 1991.

"The Montel Williams Show." *Washington Afro-American*, Aug. 10, 1991.

Randolph, Laura B. "The Untold Story of Black Women in the Gulf War." *Ebony*, Sept. 1991.

**Post-1991:**

Katz, Jeffrey G. "The Boss in Profile, the Leader of the Blues." *Hook*, Fall 1995.

"Navy's 'Gray Eagle' Says Farewell to the Navy." *Sea Services Weekly*, Nov. 1996.

Oladeinde, Patricia. "African-Americans in the Navy." *All Hands*, Feb. 1996.

Pailthorpe, Robert. "Blue Angels Get New CO." *All Hands*, Feb. 1995.

Price, Chris. "Black Achievers in Today's Navy." *All Hands*, Feb. 1992.

Stiehm, Judith Hicks, ed. *It's Our Military, Too!: Women and the U.S. Military*. Philadelphia,

  PA: Temple University Press, 1996.

Swenson, C. J. "Lt. David Robinson Speaks to Youngsters." *Henderson Hall News*, 4 Sept. 1992.

**Archival Sources:**

National Archives and Records Administration

  RG 24: Records of the Bureau of Navigation and the Bureau of Personnel

  RG 45: Naval Records Collection of the Office of Naval Records and Bureau of Naval

   Personnel

  RG 80: Records of the Department of the Navy

Navy Operational Archives, Naval History and Heritage Command:

  Bureau of Naval Personnel Records

Center for Naval Analyses Reports

Chief of Naval Operations Immediate Office Files

John Darrell Sherwood Author Files

Oral History Collection

Personal Papers Collection

Records of the Office of the Chief of Naval Operations

Robert J. Schneller Author files

Vietnam Command Files

Vietnam Flag Plot

Nimitz Library Special Collection, USNA

Black Midshipmen Reference File

Golden Thirteen Collection

John W. Lee, the first Black officer commissioned in the regular Navy

Midshipmen Personnel Jackets

Naval Academy Records

Oral History Collection

RG 405: Records of the United States Naval Academy

Dated: Arlington, Virginia

November 30, 2023

_____

JOHN SHERWOOD

# JOHN DARRELL SHERWOOD, Ph.D.

**Office Address**
Naval History and Heritage Command
805 Kidder Breese SE
Washington Navy Yard, DC 20374-5060
Office: (202)-433-2269
John.Sherwood@navy.mil

**Home Address**
6209 18th Street North
Arlington, VA 22205
Cell: (202) 262-6328
Johnfmh@yahoo.com

## Education

**Ph.D.** in History, The George Washington University, May 1995

**M.Phil.** in History, The George Washington University, May 1993

**M.A.** in History, Columbia University, May 1991

**B.A.** in History, Columbia College, Columbia University, May 1989

## Employment

**Historian**, Naval History & Heritage Command (NHHC), Washington, DC, 10/1997–present

- Write book length official histories on contemporary naval history. Recognized as NHHC's most prolific author and its leading expert on modern naval history.
- Respond to information and policy support requests from government officials and military officers. Tasks include writing information papers, researching and writing historical studies, and providing analytical guidance via briefings and talks. Major clients are the Department of the Navy, the Defense Department, the Joint Chiefs of Staff, the Intelligence Community, congressional offices, and the White House.
- Conduct oral histories with high-level officials and naval officers.
- Write articles and reviews for professional journals.
- Mentor interns, graduate students, military officers writing articles and theses, visiting scholars, and government historians.
- Deliver speeches, presentations, and papers at professional conferences, official ceremonies, museums, and public events.
- Make traditional and social media appearances a subject matter expert in naval history.
- Serve on details at other government offices. Recent detail was with the Historical Office of the Secretary of Defense where I co-authored a 130-page study for the Deputy Secretary of Defense entitled: "The Origins of Offset, 1945–1979."
- Clearance: Cleared for Top Secret information and granted access to Sensitive

Compartmented Information based on a Single Scope Background Investigation (SSBI).

**Co-host,** Preble Hall: The Podcast of the Naval Academy Museum, 2022-present
- Interview naval historians and notable naval figures for this popular podcast.

**Fulbright Scholar**, 2019-2020
- U.S. Scholar Program, Fulbright-Schuman
- Research focused on European navies and coast guards and the migration crisis.
- Host countries: Germany and Greece.

**Resident Scholar/Guest Lecturer**, Hellenic National Defence College, Athens, Greece, 11/2019-12/2019
- Research focused on European navies and coast guards and the migration crisis.
- Guest lecturer for the senior officer course: lectures focused on the history of the U.S. Navy in the Mediterranean.
- Over 20 interviews with Hellenic navy and coast guard personnel
- Funded by a Fulbright-Schuman fellowship

**Resident Scholar**, Institute for Security Policy at Kiel University, Germany, 09/2019-11/2019
- Research focused on European navies and coast guards and the migration crisis.
- Over 20 interviews with German military and coast guard personnel plus NGOs.
- Funded by a Fulbright-Schuman fellowship.

**Historian**, U.S. Army Center of Military History, Washington, DC, 01/1995–10/1997.
- Wrote short military history studies, papers, and speeches for military and U.S. government clients.
- Reviewed books, films, and museum scripts.
- Served as the U.S. Army Center of Military History Webmaster.

**Graduate Teaching Assistant**, History Department, The George Washington University History, Washington, DC, 08/1991–01/1995.
- Taught three discussion sections a week in American History.
- Led a departmental orientation for new teaching assistants and mentored them.
- Coordinated department events for undergraduate history students.

**Resident Scholar**, Air Force History Support Office, Washington, DC, 09/1992–09/1993.
- Provided scholarly advice to other researchers at the office on the social and cultural history of the United States Air Force to researchers.

**Research Assistant**, Columbia University Comparative Defense Studies Program, New
York, NY, 09/1990–05/1991.
- Researched recent wars in the developing world; defense industries and
spending; and nuclear, chemical, and biological arms proliferation.

### Major Publications and Other Significant Research

**Current Project:**

*If I Had Only Known This as a Midshipman: Leadership and Life Lessons from Admiral
Michael G. Mullen* (Washington, DC: Naval History and Heritage Command,
forthcoming).

**Books:**

*A Global Force for Good: Sea Services Humanitarian Operations in the Twenty-First
Century* (Washington, DC: Naval History & Heritage Command, 2023).

*War in the Shallows: U.S. Navy Riverine and Coastal Warfare in Vietnam, 1965-68*.
Washington, DC: Naval History and Heritage Command, 2015. Recipient of the
John Lyman Book Award, North American Society for Oceanic History, for the
best book of naval history published in 2015.

*Nixon's Trident: Naval Power in Southeast Asia, 1968–1972.* Washington, DC: Naval
History & Heritage Command, 2009.

*Black Sailor, White Navy: Racial Unrest in the Fleet during the Vietnam War Era*. New
York: New York University Press, 2007.

*Afterburner: Naval Aviators and the Vietnam War.* New York: New York University
Press, 2004. John Lyman Book Award, Honorable Mention, North American
Society for Oceanic History, 2004.

*Fast Movers: Jet Aviators and the Vietnam War Experience.* New York: Free Press,
2000. Published in paperback by St. Martin's press on October 2001. Naval
Institute Notable Book, 2000.

*Officers in Flight Suits: The Story of American Air Force Fighter Pilots in the Korean
War.* New York: New York University Press, 1996. Selected for the U.S. Air
Force Chief of Staff Professional Reading List. Published in trade paper in 1998
by New York University Press.

**Ph.D. Dissertation:**

"Officers in Flight Suits: A Social History of Air Force Fighter Pilots in the Korean
War." Ph.D. Dissertation: George Washington University, June 1995. Ronald

John Darrell Sherwood                3

Spector, director.

**Select Articles and Book Chapters (listed chronologically):**

"Lower End of Maritime Operations: European Union Migrant and Border Control Operations in the Central Mediterranean," in Julian Pawlak and Johannes Peters, Eds., *From the North Sea to the South China Sea: Allied Maritime Strategy in the 21st Century* (Baden-Baden, Germany: NOMOS, 2021), https://www.nomos-shop.de/nomos/titel/from-the-north-atlantic-to-the-south-china-sea-id-97387/

"John C. Brewton," biography in Jeremiah D. Foster, "Brewton (DE-1086): 1972–1995," Dictionary of American Naval Fighting Ships, 30 December 2020, https://www.history.navy.mil/research/histories/ship-histories/danfs/b/brewton-i.html

"Winds of War, Winds of Change: The U.S. Naval Academy During the World War II Era," Naval History and Heritage Command, 2 October 2020, https://www.history.navy.mil/browse-by-topic/heritage/naval-academy/usna-wwii.html

"Kiel: Germany's Naval City," Fulbright Schuman, 8 January 2020, http://www.fulbrightschuman.eu/kiel-germanys-naval-city/

"Greece: Breaking Stereotypes," Fulbright Schuman, 3 January 2020, http://www.fulbrightschuman.eu/greece-breaking-stereotypes/

"Defending the Delta: Tet and the Legacy of the Brownwater Navy," *War on the Rocks*, 31 January 2018, https://warontherocks.com/2018/01/tet-navy/

"Don't Give Up the Barge: The YRBM 16 Mining," *SEAPOWER*, June 2016.

"Market Time's First Trawler Seizure," *SEAPOWER*, July-August 2016.

"Leighton Warren Smith: Integrity." Joseph J. Thomas, ed. Leadership Embodied: The Secrets to Success of the most Effective Navy and Marine Corps Leaders. Annapolis, MD: Naval Institute Press, 2013.

Ronald McKeown: Physical Courage." Joseph J. Thomas, ed. Leadership Embodied: The Secrets to Success of the most Effective Navy and Marine Corps Leaders. Annapolis, MD: Naval Institute Press, 2013.

"Turbulence and Terrorism: The Story of Headquarters Support Activity Saigon, 1964-1966." Craig C. Felker and Marcus O. Jones, eds. *New Interpretations in Naval History*. Newport, RI: Naval War College Press, 2012.

"In the Eye of the Storm: The Story of a Navy Dentist and the Racial Unrest in the Fleet during the Vietnam War Era." *The Grog Ration*, July-August 2008.

"In Memoriam: Vadm. William P. 'Bill' Lawrence," Naval Aviation News, April/May 2006.

"Trouble with finding a place in the High Tatras." *Financial Times*, 5 February 2005.

"A Typical Fighter-Interceptor Mission in Korea." In *Brassey's Air Combat Reader,* edited by Walter Boyne and Philip Handleman. Washington, DC: Brassey's, 1999.

"William C. Endicott." In *American National Biography,* edited by John Arthur Garraty. New York: Oxford University Press, 1999.

"U.S. Air Operations in the Vietnam War." In *Oxford Companion to American Military History,* edited by John Whiteclay Chambers, et al. New York: Oxford University Press, 1999.

"The Theory and Influence of Alexander De Seversky." In *Le Stelle e le Strisce: Studi Americani e Militari in Honore di Raimondo Luragh.* Milan, Italy: Bompiani, 1998.

Book reviews in *Air Power History*, *American Studies International*, *Journal of American History, International Journal of Naval History*, *Joint Force Quarterly*, *Journal of Military History*, and the *United States Naval Institute Proceedings*.

Paper presentations and lectures at the Hattendorf Center at the Naval War College, Hellenic National Defence College, *Le Service Historique de la Défense*, the Kiel International Seapower Seminar, Marine Corps University, McMullen Naval History Symposium, Pentagon Speakers Series, the Society for Military History annual conference, U.S. Naval Academy First Bell Lecture Series (February 2024).

Numerous travel and skiing articles published in dcski.com, *Ski-Europe Report, Ski Racing Magazine,* and *The Slovak Spectator.*

**Podcasts:**

Sherwood, John. Interview by Vanessa Hill and Katherine Gifford. "Author and Naval Historian John Sherwood." Killer Earth Podcast. October 18, 2023. https://podcasts.apple.com/us/podcast/killer-earth/id1542284038?i=1000631673782.

———. Interview by Stephen Phillips. "Preble Hall 120: The Brown Water Navy in Vietnam." Naval Academy Museum. Preble Hall Podcast. August 25, 2021. https://naval-history-lyceum.simplecast.com/episodes/the-brownwater-navy-in-vietnam-john-sherwood-W_8NEcpV.

———. Interview by Stephen Phillips. "Preble Hall 125: Naval Air War in Vietnam." Preble Hall Podcast. October 27, 2021. https://naval-history-lyceum.simplecast.com/episodes/the-naval-air-war-in-vietnam-john-sherwood-

09RdCBms.

———. Interview by Ruxandra Bosilca. "Sea Control 155: Humanity At Sea and Naval Responses." Center for International Maritime Security (CMISEC) Podcast. February 3, 2020. https://cimsec.org/sea-control-155-humanity-at-sea-and-naval-responses-with-dr-john-sherwood/.

Note: I also have hosted numerous episodes of the Preble Hall Podcast. For a complete list, see https://www.usna.edu/Museum/PrebleHall/index.php#panel89.

## Honors

Fulbright Scholar, 2019-2020: U.S. Scholar Program, Fulbright-Schuman

Surface Warfare Association service award, 2017.

John Lyman Book Award, winner, North American Society for Oceanic History, 2015, *War in the Shallows*.

John Lyman Book Award, Honorable Mention, North American Society for Oceanic History, 2004, *Afterburner*.

United States Naval Institute Notable Book, 2000, *Fast Movers*.

Stars of the Industry Award for Travel Writing, 2002, 2004, given by the West Virginia Division of Tourism.

Department of the Navy Performance Awards, 1997–2023.

Department of the Army Commander's Award for Distinguished Civilian Service (NB: This medal with a green and white ribbon is approximately the equivalent of the Army/Navy/Air Force/Marine Commendation Medal), 10/1997.

Award for Distinguished Presidential Service, Department of the Army, 09/1995.

University Fellowship, The George Washington University, Washington, DC, 09/1991–05/1995.

Dissertation Fellowship, Center for Air Force History, Washington, DC, 9/92–9/93.

## Service

Awards Committee, Surface Warfare Association.

Strategic planning, Senior Historian Advisory Group (chair), and intern committees, Naval History and Heritage Command.