# Exhibit G

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES NAVAL ACADEMY, *et al.*, <br><br><br> *Defendants*. | Case No. 1:23-cv-02699-RDB <br><br><br> DECLARATION OF BETH BAILEY, Ph.D. |

I, Beth Bailey, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.      I submit this declaration in support of the defendants' opposition to plaintiff's motion for a preliminary injunction.

2.      I am a Foundation Distinguished Professor and founding director of the Center for Military, War, and Society Studies at the University of Kansas. I have also held tenured or tenure-line faculty positions at Barnard College, Columbia University; the University of New Mexico; and Temple University. I earned a B.A. from Northwestern University (1979) and M.A. (1981) and Ph.D. (1986) degrees in U.S. history from the University of Chicago. I am the author or co-author of six books, including *An Army Afire: How the US Army Confronted Its Racial Crisis in the Vietnam Era* (2023); *America's Army: Making the All-Volunteer Force* (2009); and *The First Strange Place: Race and Sex in World War II Hawaii* (1992); I have co-edited five collections of original essays, including *Managing Sex in the US Military* (2022); *Beyond Pearl Harbor: A Pacific History* (2019), and *Understanding the US Wars in Iraq and Afghanistan*

1

(2015), and two other edited synthetic works. I also co-author and serve as managing author of the major US history textbook, *A People and A Nation*, now entering its 12th edition, and co-edit the Cambridge University Press "Military, War, and Society in the Modern United States" book series. My research is on the history of U.S. "military, war, and society": I study the institution of the U.S. military, in times of war and peace, in relation to U.S. society.

3.    I currently serve, by appointment of the Secretary of the Army, as chair of the Department of the Army Historical Advisory Subcommittee. My research has been supported by fellowships from the Andrew Carnegie Foundation, the National Endowment for the Humanities, the American Council of Learned Societies, and the Woodrow Wilson International Center for Scholars. I was elected to the Society for American Historians in 2017, and in 2022 received the Kansas Regents University Balfour S. Jeffrey-Higuchi award for research and the Society for Military History's Samuel Eliot Morison award for lifetime achievement. I have been named the Pitt Professor of American History at the University of Cambridge for the 2025-26 academic year.

4.    The U.S. Department of Justice has asked me to assess, for purposes of plaintiff's motion for a preliminary injunction, the following three issues: (1) an historical analysis of the role of race in the 20th century U.S. military, including segregation and racial conflict, that is based on my own research, which focuses primarily on the Department of Defense and the U.S. Army, and from secondary historical works on the U.S. Navy, (2) contemporary arguments supported by historical examples demonstrating that diverse leadership is critical to mission success, and (3) inaccuracies in plaintiff's memorandum of law in support of its motion for a preliminary injunction.

2

5.      I am being compensated for my work in this matter at an hour rate of $400.  My hourly rate applies to my work preparing this declaration and to any testimony I am asked to provide at deposition or trial.  My compensation is independent of all opinions I render in this case and the outcome of this matter.

6.      This declaration is based on my extensive research in the historical records of the Department of Defense and the U.S. Army, as well as in military publications, civilian newspapers, and Congressional hearings and reports. That includes research in archives at the National Archives and Records Administration, College Park, MD; the Army Heritage and Education Center in Carlisle, PA; the Center of Military History at Fort McNair, Washington DC; the Library of Congress; and the Gerald R. Ford Presidential Library in Ann Arbor, MI. I also draw on two of my own publications (*An Army Afire: How the US Army Confronted Its Racial Crisis in the Vietnam Era* and *America's Army: Making the All-Volunteer Force*), official histories of the U.S. Army and Navy, the work of other historians who are well-respected in the field of military history, and discussions about recruiting and military leadership at the U.S. Army War College Civil-Military Relations Center and the U.S. Military Academy Modern War Institute. A bibliography of secondary sources is included as Section IV.

7.      In this declaration, I focus on the modern U.S. military of the 20th and 21st centuries, most particularly on the Vietnam era, and on policies and practices governing African Americans and addressing Black-white conflict.

## I.      Executive Summary

8.      The racial conflict of the late 1960s and early 1970s was not a brief and over-stated episode in U.S. military history. It had its roots in longstanding discrimination within the institution; that discrimination had regularly provoked racial violence during previous U.S. wars. By the end of the 1960s, key leaders in the U.S. Army had come to believe that the level and

extent of racial violence within the ranks fundamentally threatened the Army's ability to fulfill its national defense mission. By the early 1970s, key Navy leaders perceived a similar threat; in 1972, the chief of naval operations and other senior Navy leaders testified to a congressional subcommittee that the service's equal opportunity programs were critical to its efforts to maintain the highest level of combat effectiveness.[1]

9.     In response to a racial crisis that affected all branches of the military, each service—often under pressure from the Department of Defense—reformed policies and practices. Army reforms built on an understanding that color-blind ("I see only one color and that's o.d. [olive drab]") policies were not, in fact, color blind, and that insistence on such an approach had a deleterious effect on army efficiency and efficacy. In the Navy, Admiral Zumwalt created and implemented more than two hundred equal opportunity and affirmative action programs during his first eighteen months as chief of naval operations (1970-72).[2]

10.     In their reforms, the both the U.S. Army and Navy emphasized leadership, including programs to train officers to work with a more diverse enlisted corps and attempts to increase the number and percentage of Black officers. Army research indicated that the relative absence of Black officers, in all the various roles officers play both on and outside the battlefield, amplified Black enlisted men's distrust of Army practices, and subsequent Navy analysis reached similar conclusions. The scarcity of Black officers also leant substance to critiques from Black civilian media, undermining the public legitimacy of each service. In 1971, a report from the Navy Race Relations and Minority Affairs Program recommended that the Navy "increase

---

[1] John Darrell Sherwood, *Black Sailor, White Navy: Racial Unrest in the Fleet during the Vietnam War Era* (New York: New York University Press, 2007), 254-57, quoting testimony from ADM Zumwalt and ADM Clary before Special Subcommittee on Disciplinary Problems in the Navy (Hicks Subcommittee), 21 November 1972 and 11 December 1972.
[2] Sherwood, *Black Sailor, White Navy*, xiv.

and intensify the Navy's efforts to attain and retain the highest quality officer and enlisted volunteers from the minority community," including programs to "bring talented but underprivileged/culturally deprived personnel to a level at which they can compete with their peers." The Navy set a goal for proportional recruiting by late 1971, though it struggled to reach that goal both for its officer corps and enlisted ranks.[3]

11.     By 1972, Army reforms incorporated "affirmative actions," including specific numerical goals and timetables and stressing the importance of recruiting, training, mentoring, and promoting Black officers. Senior Army leaders expressed concern over the disparity between the percentage of Black officers and African American representation in the U.S. population. They also attempted to address the even-larger disparity between the percentage of Black officers and the composition of the U.S. Army's enlisted ranks, which was becoming increasingly Black following the 1973 move to an all-volunteer force.

12.     During the 1970s, the the U.S. Department of Defense and all military services took affirmative actions to address an internal racial crisis. While ethical commitments to civil rights and equal opportunity shored up the commitment of some leaders, they acted in the interest of military efficiency and combat readiness. Those actions changed the way the institution of the U.S. military functioned and, in conjuction with changes in U.S. society and the move to an all-volunteer force, helped to resolve the major racial tensions most laid bare in the Vietnam era.

## II.      Race and the 20th Century U.S. Army: Historical Analysis

### A.      Racial Conflict and the Impact of Segregation and Discrimination in the 20th Century U.S. Military, pre-1967

---

[3] Sherwood, *Black Sailor, White Navy*, 88-89.

13.     Plaintiff's preliminary injunction motion presents an inaccurate and incomplete history of race relations in the military.

14.     Contrary to Plaintiff's claim in paragraph 48 of the complaint, the racial conflict of the late 1960s and early 1970s was not a brief and over-stated episode in U.S. military history. It was, instead, rooted in a long history of racial discrimination and disruption. It was violent and widespread, so much so that senior leaders came to believe that racial conflict within the military was significant enough to threaten national defense.[4]

15.     Focusing on the conflict between Black and white servicemembers, Plaintiff asserts in paragraph 49 of the complaint that "racial animosity had been negligible within the US armed forces prior to 1967." This is incorrect.  During the first six decades of the 20th century, racial discrimination—in the form of both military policy and unregulated practice—created internal racial unrest and violence that repeatedly undermined military efficiency. Army concerns about the threat of racial violence and attempts to prevent it diverted time and resources from war planning and execution. Throughout most of those years, the Navy resisted enlisting Black men at all, and restricted their service more than any other military department. In addition, news concerning discrimination against African American servicemembers undermined public support for U.S. wars and led African American leaders and citizens to question the legitimacy of military service.[5]

16.     Plaintiff also seems to suggest that race historically was largely irrelevant to the function of the U.S. Navy. In paragraph 3 of its complaint, Plaintiff offers the profoundly

---

[4] Beth Bailey, *An Army Afire: How the US Army Confronted Its Racial Crisis in the Vietnam Era* (Chapel Hill: University of North Carolina Press, 2023).
[5] All works cited in the bibliography substantiate, in varying ways, my claim about racial unrest.

ahistorical claim that race plays no role in the realities of combat or in military hierarchy and discipline.

17.      As discussed in detail below, Plaintiff's depiction of the history of race relations is both incomplete and simply incorrect. During the first five decades of the 20th century, during which the United States fought two world wars, the U.S. military racially segregated its troops. And despite President Truman's 1948 executive order that set the desegregation process in motion, full integration was not accomplished until 1954, following the major armed conflict in Korea. The official policy of racial segregation deprived the U.S. military of the full benefit of Black Americans' service and diverted resources. In fact, at least through the Korean War, the U.S. Army acted in ways that undermined its ability to fight the nation's wars in order to preserve racial segregation. And in combination with other forms of institutional and individual racism, the policy and practice of racial segregation led all too frequently to violent clashes between Black and white servicemembers, and sometimes with civilians.

World War I

18.      The United States fought World War I, the war "to make the world safe for democracy," with a segregated military. In the era of Jim Crow, the question was not whether Army units would be segregated, but whether Black Americans would be allowed to serve at all.[6]

19.      As the United States faced a war of unprecedented scope and scale, the available land force of the U.S. military (including the Regular Army, the National Guard, and the U.S. Marines) was only 220,000 men. The military needed manpower, and it needed to quickly build

---

[6] Morris J. MacGregor Jr., *Integration of the Armed Forces, 1940-1965* (1981; repr., Washington, DC: U.S. Army Center of Military History, 2001), 7. On the U.S. Army and African Americans in World War I, see also Chad L. Williams, *Torchbearers of Democracy: African American Soldiers in the World War I Era* (Chapel Hill: The University of North Carolina Press, 2013); and Adriane Lentz-Smith, *Freedom Struggles: African Americans and World War I* (Cambridge, MA: Harvard University Press, 2009).

a combat force and the supporting units necessary in modern warfare. The decision to include African Americans in the draft was controversial; some white Americans, including in Congress, protested against a move they believed would create racial conflict and destabilize practices of white supremacy. They warned about the likely consequences of sending Black men to southern training camps, and about the potential danger of arming Black men and training them in the use of arms.[7]

20.     Officials in the War Department understood that even as Black manpower was necessary to the war effort, conflict stemming from the "race question" would likely undermine military effectiveness. The Army Chief of Staff, in turn, endorsed a plan he believed would best "preven[t] race trouble." While Black Americans would be subject to the draft, their numbers would be limited. (Initially, the U.S. Army enlisted 650,000 volunteers, but accepted only 4,000 African Americans.) Black soldiers would serve in racially segregated units and be primarily assigned to heavy labor, not to combat.[8]

21.     Of the 370,000 Black men who served in the U.S. military during World War I, 170,000 were assigned to labor at U.S. training camps. One Black soldier described conditions at Fort Jackson, South Carolina as follows: "The [white] Lieut and Capt walk about on the drill field with a whip in his hand like the boys were convicts on state farm." Another reported: "Our captain told us that we were not soldiers, that all niggers are made to work." Overseas, 160,000 Black soldiers were assigned to the Services of Supply, which built bases and roads, cleaned latrines, salvaged battlefields, and buried the dead. In March 1918 the official American Expeditionary Forces newspaper, *The Stars and Stripes*, published an article about creation of a Quartermasters Corps gardening branch with the supposedly humorous assurance that "Negro

---

[7] Williams, *Torchbearers*, 52-54.
[8] Williams, *Torchbearers*, 52-54.

stevedore regiments will, however, be kept as far removed as possible from the watermelon patches."[9]

22.     Even as the great majority of Black troops were assigned to segregated, labor-focused units, pressure from the Black press and civilian leaders prompted the War Department to create two Black combat divisions. Training these soldiers, however, presented problems, as local community leaders near training camps insisted that an entire division of 25,000 Black combat soldiers in their vicinity would pose a threat to the safety of white residents. And as they served in France with the U.S. Army, the Black officers of the 92nd Infantry Division were segregated from white officers both in barracks and public facilities, and faced strong opposition from Army superiors.[10]

23.     As Army leaders and white segregationists alike had feared, racial violence erupted during the war. The most extreme case was in 1917, in what was variously called the "Houston riot" or the "Camp Logan Mutiny." That August, about 150 members of the all-Black 3rd Battalion of the 24th Infantry, responding to violence by civilian white police officers and rumors of an impending attack by a white mob, marched from Camp Logan into Houston, where they attacked white residents and police officers. In just over two hours, these soldiers killed sixteen white civilians, some in cold blood, and wounded twelve more. Four of the dead were police officers. Four of the Black soldiers were killed as well, either by townspeople or by what would in battle be called friendly fire. Of the sixty-three Black soldiers who initially faced court-martial on charges of mutiny, assault, and murder, fifty-eight were convicted, of whom thirteen

---

[9] Williams, *Torchbearers*, 6, 108-12.
[10] Williams, *Torchbearers*, 81, 135.

were sentenced to death. All thirteen were executed by hanging eleven days later.[11] A similar incident in Waco, Texas ended without casualties, although with gunfire. While most of the racial violence took place in the U.S. South, a major conflict exploded at the embarkation facility at Camp Merritt, New Jersey, in 1918, that left one soldier dead and five wounded, and smaller skirmishes broke out in camps throughout the nation.[12]

World War II

24.     Once again, during World War II, the United States fought for democracy with a racially segregated military. Again, the U.S. military and its civilian overseers prioritized racial segregation over military needs and the efficient use of resources. Once again, policies of segregation and practices of discrimination provoked racial conflict and violence.

25.     As the United States contemplated the likelihood of war, white military planners, largely convinced that African Americans could succeed in combat only after extensive training and if led by white officers, decided that such effort was not feasible in wartime or during a rapid mobilization. And concerns about white resistance to Black military service—much less to racial integration—remained powerful. Thus, speaking to a group of Black newspaper publishers and editors on December 8, 1941, less than a day after Japanese forces had attacked the U.S. base at Pearl Harbor and other U.S. possessions in the Pacific, a representative of the Army's adjutant general's office insisted that "the Army is not a sociological laboratory. . . . Experiments to meet

---

[11] William T. Bowers, et al., *Black Soldier, White Army: The 24th Infantry Division in Korea* (Washington, DC, U.S. Army Center of Military History, 1996), 13-14; Williams, *Torchbearers*, 32-39. Numbers of those executed vary by account, as additional six soldiers were convicted and six more subsequently executed.

[12] Vincent Mikkelsen, "Coming from Battle to Face a War: The Lynching of Black Soldiers in the World War I Era," PhD diss., Florida State University, 2007, 49.

the wishes and demands of the champions of every race and creed for the solution of their problems are a danger to efficiency, discipline and morale and would result in ultimate defeat."[13]

26.     It is difficult to know if these white leaders were correct in predicting massive white resistance to racial integration. After all, that the U.S. Red Cross racially segregated blood plasma, even for men wounded in battle, suggests the depth of racial prejudice in that era.[14] Nonetheless, racial segregation did not prevent racial disorder. In fact, it appears to have exacerbated it.  For example, during the summer of 1943 alone, racial conflict reached riot conditions at Camp Van Dorn, Mississippi; Camp Stewart, Georgia; Lake Charles, Louisiana; March Field and Camp San Luis Obispo, California; Fort Bliss, Texas; Camp Phillips, Kansas; Camp Breckinridge, Kentucky; and Camp Shenango, Pennsylvania. Other camps had lesser disorders and rumors of unrest, including a 1943 race riot at a Virginia Naval Ammunition Depot over segregated seating at a radio show. Such serious incidents were covered in the press and affected civilian attitudes (Black and white alike) toward the U.S. Army.[15]

27.     Complaints of racial discrimination in the military—which required investigation—flooded into the War Department, especially as Black men from northern cities confronted southern Jim Crow laws. And even as military posts were under federal jurisdiction, and thus not subject to local laws, all too often white enlisted men or officers subjected (whether by force or through military authority) Black soldiers to systems of racial hierarchy and marginalization. For example, Lieutenant John Roosevelt Robinson (Jackie Robinson), one of the few Black officers in the U.S. Army's 761st "Black Panther" Tank Battalion, was court-

---

[13] MacGregor, *Integration*, 11; COL Eugene R. Householder, TAGO, Speech before Conference of Negro Editors and Publishers, December 8, 1941, quoted in MacGregor, 23.
[14] MacGregor, *Integration*, 36.
[15] Ulysses Lee, *The Employment of Negro Troops* (Washington, DC: U.S. Army Center of Military History, first printed 1966), Chapter 12, "Harvest of Disorder," particularly p. 366; MacGregor, *Integration*, 75, 126-30.

martialed for refusing an order to sit in the back of a *military* bus at Fort Hood, Texas. (He was subsequently acquitted, as the order violated War Department policy.) Such events, widely reported in the Black press, undermined African American support for the war and for military service.[16]

28.     Commitment to racial segregation limited and constrained the use of Black troops, even as the nation mobilized for total war. War planners limited African Americans to 10.6 percent of the U.S. Army, roughly equivalent to their proportion of the U.S. population. Such planning was necessary in part because of segregation. The Army had to use wartime resources to create separate accommodations and facilities for Black troops. Even that quota, however, was not soon met—not for lack of potential enlistees or draftees, but because Army leaders reduced enlistment quotas for African Americans and delayed induction of those who had enlisted or, later, been drafted. The Navy resisted pressure to enlist African American men, or to have "mixed crews" on ships. And as political pressure led to creation of Black combat battalions, some, including those in the Army's 24th Infantry Division, found themselves relegated to support roles—the sort of work to which most Black troops had been confined during World War I. In 1945, only 5.5% of the Navy's enlisted ranks was Black, and half of those were cooks and stewards. Members of the Black press complained bitterly, and even critics within the military pointed out the inefficient use of manpower. African Americans did fight in the U.S. military during World War II, and some service—such as that of the Tuskegee Airmen, or of Doris Miller, the Black messman who received the Navy Cross for his heroism during the attack

---

[16] Thomas A. Guglielmo, *Divisions: A New History of Race and Racism in America's World War II Military* (New York: Oxford University Press, 2021), Chapter 6, "Jim Crow in Uniform."

on Pearl Harbor on December 7, 1941—has become widely known. But both policy and individual prejudice restricted the full use of American manpower.[17]

29.    One example, beyond the frequent and sometimes riot-level explosions of racial conflict, exemplifies the impact of race on the U.S. war effort and to the discrimination Black Americans faced. Even as the U.S. Army desperately needed nurses, the Army Nurse Corps (ANC) turned away Black volunteers, and Black nurses who tried to join the ANC were frequently informed that the allotted quota for their race had been filled. In early 1942, the allotment for Black nurses in the ANC was 65. For the Navy, it was 0. In early 1944, even as data made clear that there were approximately 8,000 Black registered nurses in the United States, the Army Nurse Corps included only 250 African Americans (out of more than 40,000 total). The War Department's "plan for the use of colored personnel" stipulated that Black medical personnel would be employed only in separate Black wards, and only in locations "where the number of black troops warranted separate facilities." That meant that Black nurses were rarely sent overseas. Even as the ratio of nurses to soldiers by race suggested the burden fell primarily on African American nurses and servicemembers (it was 1:166 for Whites; 1:2,126 for Blacks), the army's racial quotas profoundly affected white soldiers and nurses. White nurses near combat areas were frequently overwhelmed, to the detriment of the wounded and dying. Black nurses, largely kept within the United States and assigned to Black labor battalions, were frequently underutilized.[18]

---

[17] Guglielmo, *Divisions*, 40-42; Bowers et al., *Black Soldier, White Army*, 19-22; Sherwood, *Black Sailor, White Navy*, 6, 7; MacGregor, *Integration*, 74.
[18] Charissa J. Threat, *Nursing Civil Rights: Gender and Race in the Army Nurse Corps* (Champaign-Urbana: University of Illinois Press, 2015), 43-52.

The Korean War

30.     President Truman's Executive Order 9981, issued on July 26, 1948, laid the groundwork for desegregation of the U.S. military in its call for "equality of treatment and opportunity" regardless of race, color, religion, or national origin. However, as the order called for "due regard to the time required to effectuate any necessary changes without impairing efficiency or morale," some military leaders resisted—even as Truman created the President's Committee on Equality of Treatment in the Armed Forces (the Fahy Committee) to work with the military on implementation. General Omar Bradley said initially that "the Army is not out to make any social reforms" and would desegregate only "when the Nation as a whole" takes such a step. And when the Fahy Committee called for ending the racial quota system and integrating personnel from all-Black units into all-white units, the Secretary of the Army initially refused.[19]

31.     Due both to the nature of the executive order and to high-level resistance within the U.S. Army and the U.S. Navy, desegregation was accomplished in piecemeal fashion, and often in ways that undermined military efficacy and efficiency and left Black servicemembers frustrated and angry. As of August 1949, the Fahy Committee found, of the Army's 490 occupational specialties, 198 would accept no African Americans. Some Black soldiers who trained in integrated units found themselves once again in segregated units in Korea, and in the Navy, African Americans continued to make up 65% of the steward branch during the Korean War. The Army, despite it all, was still creating racially segregated units as late as spring 1952.[20]

32.     The impact of segregation and discrimination continued, even as U.S. combat units in Korea increasingly included both white and Black soldiers. In *Black Soldier, White*

---

[19] David P. Cline, *Twice Forgotten: African Americans and the Korean War* (Chapel Hill: University of North Carolina Press, 2021), 17-19; Bowers et al., *Black Soldier, White Army*, 37-38; Mary Spargo, "End of Troop Segregation Eventual Aim, Truman Says," *Washington Post*, 30 July 1948, 1.
[20] Cline, *Twice Forgotten*, 20; Bernard C. Nalty, *Strength for the Fight: A History of Black Americans in the Military* (New York: Free Press, 1986), 251-52; Sherwood, *Black Sailor, White Navy*, 12.

*Army*, an official army history produced by the U.S. Army's Center of Miltiary History, the author examined the performance of the 24th Infantry Regiment in Korea, a Black regiment that included white officers and NCOs. This official history concluded that the regiment's failures in combat can be largely attributed to the "corrosive effects of segregation and the racial prejudices that accompanied it," as attempts to prevent Black officers from commanding any white men yielded a system that "crippled the trust and mutual confidence so necessary among the soldiers and leaders of combat units and weakened the bonds that held the 24th together, producing profound effects on the battlefield."[21]

33.     The continued impact of discrimination reverberated in the public sphere. In July 1953, New York congressman Adam Clayton Powell Jr. described the U.S. Navy as a "modernized twentieth-century form of slavery," in which at least half of Black sailors serve as "nothing more than man-servants to the admiral clique." "Intelligent, ambitious Negroes," he claimed, "are boycotting the United States Navy because they are not interested in making the world safe for democracy by shining shoes, nor are they interested in fighting communism with frying pans."[22]

Desegregation and Interwar Change

34.     In October 1954, the *New York Times* reported that the U.S. military had, "without any 'untoward incidents'" and "ahead of schedule," ended the practice of racial segregation. Another article compared the military to civilian society: "While the Supreme Court's ruling against segregation of the races in public schools is still a generalization unsupported by a court order, segregation in the armed forces is legally extinct."[23]

---

[21] John W. Mountcastle, Chief of Military History, U.S. Army, "Foreword," in Bowers et al., *Black Soldier, White Army.*
[22] "New Bias Curb Reported," *New York Times*, July 3, 1953, 9.
[23] "Services Abolish All-Negro Units," *New York Times*, October 31, 1954; "Integration in the Services," *New York Times*, November 1, 1954.

35.     That sentence, contrasting racial progress in the military with civilian society's slower advance, provided the narrative outline for the following decade. The military was doing a better job than civilian society, both in terms of equal opportunity and peaceful integration. Images of mobs of white civilians attacking non-violent civil rights marchers drove that point home. And as cities burned in the "long, hot summers" of the mid-1960s (during the summer of 1967 alone there were 170 significant "race riots" or uprisings), the contrast appeared even stronger. Reported *Time* magazine in 1966: "Despite a few blemishes, the armed forces remain the model of the reasonably integrated society that the U.S. looks forward to in a new generation."[24]

36.     During the late 1950s and early 1960s, the U.S. military began to implement equal opportunity policies and to endorse an approach that took shape as a stock refrain among Army leaders: "I see only one color and that's olive drab [o.d.]." Under pressure from the Department of Defense, military departments began to endorse equal opportunity. Processes were developed to lessen the impact of racism within the military, including removal of racial designations from many forms. But two fundamental facts remained. First, "olive drab" (to use the Army phrase) defaulted white. Black Americans had effectively been integrated into a white military (as in *Black Soldier, White Army*, above). Everything from the stock of the Post Exchange or commissary to the system of officer promotion had been developed in and for a white force.[25]

37.     Second, a large number of military posts were in states where, until the Civil Rights Act of 1964, Jim Crow was the law of the land. Fort McClellan, for example, was on the outskirts of Anniston, Alabama, where in 1961 a mob of white residents had firebombed the

---

[24] Bailey, *An Army Afire*, 45-46, 50-51; Malcolm McLaughlin, *The Long Hot Summer of 1967: Urban Rebellion in America* (New York: Palgrave Macmillan, 2014); "The Integrated Society," *Time*, December 23, 1966, 23.
[25] Bailey, *An Army Afire*.

Greyhound bus carrying the first of the "Freedom Riders" who were testing the 1960 Supreme

Court ruling that segregated interstate facilities were unconstitutional. At Fort McClellan, new

arrivals had long been read a classified "Segregation Lecture." But following the attacks in 1961,

the post commander issued a letter to new arrivals. Even as it began "Welcome to Fort

McClellan, Alabama!" it issued a warning: "While the Army does not countenance [segregation]

on military reservations, we have no authority over local government. It must be realized that,

once we depart Fort McClellan and are in the civilian communities, we are subject to all local

laws and customs and we are expected to comply with them." The best advice the commander

offered for dealing with that local law and custom? "Common sense and discretion." "Above

all," he wrote, "do nothing which might bring discredit to you or your uniform."[26]

38.     Jim Crow laws off-post were not subject to military control. However, such

circumstances illustrated that the impact of race in military service did not end with Executive

Order 9981, and that the relative progress of the U.S. military in contrast to civilian society says

as much about civilian society as about military conditions and the experiences of the Black men

and women who served.

**B.     The Racial Crisis of the Vietnam Era**

39.     Through the first half of the twentieth century, the United States military diverted

time, resources, and attention from other military endeavors, including fighting the nation's wars,

to maintain the segregation and the subordination of Black troops. Racial conflict and violence

broke out within the military during each of that period's major wars. The violence that exploded

during the U.S. war in Vietnam was another iteration of that racial conflict, shaped (as were the

previous outbreaks) by the specific conditions of U.S. society and the U.S. military at that

---

[26] Bailey, *An Army Afire*, 180-183; discussion of Lon H. Smith to All Incoming Military Personnel, October 21, 1961.

historical moment. Anger over disproportionate casualty rates for Black soldiers at the beginning of the war led many African Americans to question the legitimacy of military service. The rise of Black Power ideologies influenced understandings that young Black men carried into military service, as did growing civilian frustration that, despite the recent end of legal segregation, many African Americans saw little change in the conditions of their lives.[27]

40.     Large-scale racial conflict emerged first in the U.S. Army and Marine Corps, the services that fought the ground war in Vietnam. By 1968, more than one-third of the Army's enlisted ranks were reluctant draftees into an increasingly unpopular war. Army leaders, white and Black, saw a generational shift in this group: young soldiers of all races and ethnicities were more likely to question orders and more resistant to rank hierarchy. Young Black soldiers, in addition, had come of age amid powerful assertions of "Black Pride" and were quick to push back against discrimination and inequality, whether unquestionably real or simply perceived. Many were unwilling to accept treatment—such as being addressed as "boy" by NCOs or confronting Confederate battle flags on Army posts—that their forbears had tolerated. Many did not see Army claims of "better than civilian society" as sufficient or, often, as accurate. Broader changes in U.S. society helped to shape their actions, just as conditions in the U.S. Army provoked response.[28]

41.     The racial violence that reached its height between 1969 and 1972, and that Plaintiffs describe both as "anecdotal incidents" and as "a few unfortunate incidents" that have been "cherry-pick[ed]" to make a point (Compl. ¶ 48), was in fact extraordinarily disruptive and widespread. It extended from the United States to the Republic of Vietnam, to the Cold War

---

[27] Bailey, *An Army Afire*, especially 55-65.
[28] Bailey, *An Army Afire*, 55-65.

Seventh Army in West Germany, to bases and surrounding communities in Okinawa, Thailand, and Korea, to hundreds of ships and naval installations.[29]

42.     Knowledge of these events was never simply anecdotal; incidents of racial conflict were thoroughly documented within the the Department of Defense and individual services: in the regular required reports quantifying instances of racial conflict, the required quarterly "Chronology of Racial Incidents," or the yearly "Race Relations Surveys," as well as in Army SIRS (Serious Incident Reports), Blue Bells (reports of incidents that may publicly embarrass the US Army), and Army Inspector General or Navy JAGMAN (Judge Advocate General's MANual) Investigations. Incidents of racial violence prompted a range of investigations, studies, policy proposals, white papers, and reports, all of which documented racial violence and disruption. They also, at times, required diplomatic negotiations with foreign nations. And, finally, senior military leaders came to worry that, as some said publicly in 1969 and 1970, racial conflict threatened the Army's ability to fulfil its mission of national defense.[30]

43.     As U.S. Army leaders became concerned about the rising incidence of interracial violence, units throughout the world were instructed to gather data. The chart below was created and submitted by an unidentified U.S. Army unit in Vietnam, showing that at least 82% of violence in this unit was interracial. (USARV, Equal Opportunity Reporting Files, Human Relations, DCSPER, NARA II)

---

[29] Bailey, *An Army Afire*; Sherwood, *Black Sailor, White Navy*, 193.
[30] Secretary of the Army Stanley R. Resor, "Keynote Address," Association of the U.S. Army, October 13, 1969, discussed in Bailey, *An Army Afire*; "After Action Report," Fort Monroe Race Relations Conference, November 1970, discussed in Bailey, *An Army Afire*.

| OFFENSE | CAU vs CAU | NEG vs NEG | CAU vs NEG | NEG vs CAU | TOTAL |
|---|---|---|---|---|---|
| MURDER | 7 | 5 | 2 | 9 | 23 |
| ATT MURDER | 13 | 5 | 4 | 13 | 35 |
| MANSLAUGHTER | 0 | 1 | 0 | 2 | 3 |
| AGGR ASSAULT | 102 | 29 | 28 | 189 | 348 |
| ROBBERY | 4 | 0 | 0 | 48 | 52 |
| DISTURBANCES | 1 | 0 | 1 | 19 | 21 |
| TOTAL | 127 | 40 | 35 | 280 | 482 |

CRIMES OF VIOLENCE BY RACE

PERIOD: 1 JUL 70 – 31 MAY 71

## Widespread Racial Violence

44.     By the beginning of the 1970s, the U.S. Army was not only fighting a foreign enemy in Southeast Asia. It was being torn apart within. Violence broke out in barracks and bars; it exploded in thousands of confrontations, large and small. It extended from fire bases in Vietnam to army posts within the United States to installations in West Germany, Korea, Thailand, and Okinawa. It spilled into the streets of surrounding communities. One member of General Westmoreland's staff called this racial violence, quite simply, "a war."[31]

45.     Much of the violence came from Black troops, even as their actions were sometimes provoked. Army analysts concluded that anger and the resulting violence was imported from civilian society, as during the 1960s African Americans grew frustrated with legal changes that made little practical difference in their lives, but conditions within the Army also contributed to racial conflict. Facing racial disruption and violence, Army leaders, Black and

---

[31] Briefing Officer LTC James S. White, "An Assessment of Racial Tension in the Army," 1969, discussed in Bailey, *An Army Afire*, 3.

white, noted that young Black soldiers were different from their parents and grandparents: "more likely to make [their] resentment known," quicker to perceive slights and more willing to respond, even with violence, when they did so.[32]

46.     Incidents of large-scale racial violence throughout the U.S. military—and not solely within the U.S. Army—drew public attention and Congressional action. It was racial violence on Marine Corps base Fort Lejeune that initially prompted Congressional action. On the night of July 20, 1969, a group of about forty Black marines, armed with tree branches and broken broom handles, injured fifteen white marines in seemingly random individual attacks. One white marine, who had been wounded three times in Vietnam, was surrounded by a group of thirty fellow marines who kicked him as he lay prone on the ground. He died of massive head injuries a week later. In response to reports of this violence, the chair of the House Armed Services Committee appointed a "Special Committee to Probe Disturbances on Military Bases." The committee restricted its investigation to the incident at Camp Lejeune, but concluded that the "tragic events" at Camp Lejeune should serve as "strong and real evidence" of "a serious race problem . . . in all the services."[33]

47.     Racial violence emerged somewhat later in the U.S. Air Force and U.S. Navy. In late May, 1971, a fight between between two airmen over the volume of a record player turned into a full-scale riot at California's Travis Air Force Base. That fight led to a confrontation between security forces, including seventy civilian police officers from local communities, and a large group of brawling Black and white airmen. The racial violence at Travis Air Force Base, moving beyond the U.S. Army and Marine Corps, signalled that racial violence would not be

---

[32] Bailey, *An Army Afire*, especially 71-75 (White Briefing).
[33] U.S. Congress, Special Subcommittee, *Inquiry into the Disturbances at Marine Corps Base, Camp Lejeune, N.C., on July 20, 1969*, 91st Cong., 1st Sess., December 15, 1969.

contained. In response, Air Force leaders greatly expanded the service's equal opportunity programs, and the leadership of the U.S Navy drew lessons from the Air Force crisis: "No installation in the armed services is immune to serious violence." [34]

48.     The following year ongoing racial tensions on the *USS Kitty Hawk*, an aircraft carrier then positioned off the coast of North Vietnam, exploded into violence. Forty white and six Black sailors were injured. Four days later, racial violence broke out on the *Hassayampa*, a fleet oiler moored at the Subic Bay Naval Base in the Philippines. And just over three weeks after that, a group of sixty young Black sailors staged an all-night sit-in on the mess deck of the *USS Constellation*, anchored on the U.S. west coast, threatening to "tear up the ship." These events prompted a House Armed Services Committee investigation of "disciplinary problems" in the U.S. Navy.[35]

49.     Racial conflict and violence troubled all the U.S. military services during the Vietnam era; my research, which has focused on the U.S. Army, indicates the extent of violence that military leaders faced. The U.S. Army was not alone in confronting this crisis, and its leaders were aware of other service's incidents and responses, as senior officers in other services were aware of what transpired within the Army. As illustrated below, racial confrontations in the Vietnam era Army took many forms.

50.     In Vietnam, even as tanks rolled through the streets of Chicago during the Democratic National Convention in August 1968, two hundred Black inmates seized control of the Army jail at Long Binh. On a pre-arranged signal, they tore apart bunks to create weapons, pulled boards from buildings to serve as clubs, liberated knives from the mess hall kitchen, and

---

[34] Sherwood, *Black Sailor, White Navy*, 28-29.
[35] Sherwood, *Black Sailor, White Navy*; Paul B. Ryan, "USS Constellation Flare-Up: Was it Mutiny?" U.S. Naval Institute *Proceedings*, January 1976.

set fire to the mess hall and administration buildings. Guards ran for their lives, climbing the fence and wedging themselves through concertina wire. One man attempted to set fire to the solitary confinement Conex boxes that still contained white prisoners. Others beat a white private to death with a shovel. The commandant was left with permanent brain damage.[36]

51.    In 1970, at Fort Carson, Colorado, a white soldier—working part-time as a filling station attendant—killed the head of the Black Studies Program at a local university. Things escalated, as 35 MPs faced off against 150 Black soldiers who were armed with handguns and a stash of M-1 carbines. Officers at Đồng Tâm base camp, in Vietnam's Mekong delta, reported that "roving gangs" of Black soldiers were attacking white soldiers at random.[37]

52.    The next year, in Anjong-ni, South Korea, a group of about fifty Black soldiers began attacking locally-owned bars on the "GI Alley" that served Camp Humphreys, swinging beer bottles and bats, beating up Korean employees, targeting clubs they said discriminated against Black soldiers. By the time the Korean National Police and U.S. Army MPs arrived, almost one thousand Korean villagers had joined the fray. Camptown residents pursued the soldiers and MPs to the gates of the base, brandishing sickles and throwing rocks. The next day about 300 Koreans protested outside the gates. "Go Back to Cotton Field," read one sign. "We Don't Need Any Niggers," read another. Representatives of the Committee of Human Rights of Korea, a group formed in 1961 to manage relations between Korean civilians and the U.S. military, met with the commander of Camp Humphreys to demand that the offenders be

---

[36] Bailey, *An Army Afire*, 26-37; Cecil Barr Curry, *Long Binh Jail: An Oral History of Vietnam's Notorious U.S. Military Prison* (Washington, DC: Brassey's, 1999).
[37] Bailey, *An Army Afire*, 2, based on"Race Relations Briefing for the Secretary of the Army," Fort Carson, January 1971, and Davison CG II FFV to LTG McCaffrew DCG USARV, November 13, 1970.

punished and Korean victims be reimbursed for their losses. They called the "riot" an "inhuman act which cannot go unnoticed."[38]

53.     That same year, at the 1st Cavalry Division's camp in the Central Highlands, Republic of Vietnam, a first sergeant ordered a Black soldier into the field with his platoon. His response: "You stop f—ing with us, rabbit. We are not niggers; niggers are scared. We are black men and it don't matter." That afternoon, confronted by the troop commander, the soldier fired an automatic burst from his M16, at close range, into the commander's head. "Don't cover the rabbit up," he shouted when a staff sergeant tried to spread a poncho over the body. "All you rabbits take a good look; that's what we are going to do to all you rabbits." (This language was quoted in an Army report on the incident.)[39]

54.     In West Germany, 1971, General Michal Davison reported on the 3,724 cases of robbery, assault, and rape committed by U.S. soldiers, in numbers divided by the race of the perpetrator. The following year, in Stuttgart, West Germany, a group of Black soldiers attacked a German police station, using knives and broken bottles. The fight lasted for five hours.[40]

55.     By 1972, in West Germany, white officers and non-commissioned officers (NCOs) had begun refusing to enter barracks unless they were armed. "Race is my problem," a white NCO told a reporter in West Germany. "Not the Russians, not Vietnam." Race.[41]

56.      In this climate of racial tension, even such acts as cutting in line in the mess hall or playing country vs. soul music could provoke violent confrontations, escalating to dozens or

---

[38] Bailey, *An Army Afire*, 204; including "Consolidated Report on Dissidence and Racial Unrest within the Army" file, Korea Operations Files, 1971-1972; articles translated from Korean newspapers.
[39] Bailey, *An Army Afire*, 2, based on "Chronology of Racial Incidents, 6 January—6 April 1971," Race Relations Survey 1971 file (USARV).
[40] Bailey, An Army Afire, 199-200; Daniel J. Nelson, *A History of U.S. Military Forces in Germany* (Boulder, CO: Westview Press, 1987; reissued by Routledge University Press, 2018), 111-119.
[41] Bailey, *An Army Afire*, 3; based on author's oral histories and email correspondence with participants and Thomas A. Johnson, "'I'll Bleed for Myself' Says Black U.S. Soldier in Europe," *New York Times*, October 11, 1970.

even hundreds of participants. Black troops were quick to come to the defense of fellow Black soldiers who were detained by civilian or military police. For example, a 1971 mess hall fight between Black and white soldiers in Darmstadt, West Germany, and the subsequent protest after a Black soldier was charged with inciting the fight, led to courts-martial proceedings against dozens of soldiers and a level of public attention Army leaders believed exacerbated racial tensions overall.[42]

57.     Such violence created international incidents that required diplomatic negotiations with foreign nations. The "Anjong-ni riot" in South Korea was extensively covered in the Korean press, and drew high-level attention. Relations between South Korea and the United States were uneasy in mid-1971, as the U.S. military involvement in Asia declined under the Nixon doctrine and South Korea worried about U.S. commitment in the case of North Korean aggression. In the United States, four days after the Anjong-ni riot, the House Foreign Affairs Committee blocked $50 million in military aid to South Korea until (in the words of the Black Congressional Caucus) "Korean leaders deal effectively with the abuse of minority servicemen." President Park Chung Hee, the former general who had taken power in a military coup, launched a Blue House (South Korean executive office) "Clean Up" campaign that worked closely with the the U.S.-Korea Joint Committee's Committee on Civil-Military Relations.[43]

58.     U.S.-West German relations were also strained in the early 1970s, as West Germany and the United States negotiated the number and funding of U.S. troops; while U.S. troops served as the first line of defense against a Soviet invasion of Western Europe, their presence was contingent on West Germany's acceptance.  In this context, the behavior of

---

[42] Bailey, *An Army Afire*, 235-39.
[43] Bailey, *An Army Afire*, 203-207, based on commissioned survey of press coverage of racial violence in military camptowns in three major Korean newspapers, 1971-1973; Katharine Moon, *Sex among Allies: Military Prostitution in U.S.-Korean Relations* (New York: Columbia University Press,1997).

American troops, much of it racial violence, undermined U.S.-German relations, potentially threatening global security. In 1971, high-level German officials privately expressed concern to U.S. command about the impact "breaches of discipline in US forces may have on the Bundeswehr." Attempting to manage the crisis, the commander of the U.S. Army, Europe met with the ministers president of each of the *länder*, or German states, that housed U.S. army troops, convinced Chancellor Willy Brandt to make a televised appeal for "tolerance and equal opportunity" from the German people, and persuaded German defense minister Helmut Schmidt to make the same televised appeal three times during 1972.[44]

59.    In 1972, as the Congressional Black Caucus launched hearings on racism in the U.S. military, it cited classified documents sent anonymously to caucus members showing that the United States had agreed to dramatically limit the number of Black troops stationed in Iceland. Caucus members suggested that there were other, "as yet undocumented," agreements demanded by West Germany, Greece, and Turkey. Secretary of Defense Laird responded that any such "informal agreements" were no longer in effect and that Washington would not agree to any in the future.[45]

Efforts to Address "the Problem of Race"

60.    During the summer of 1969, as it became less possible to dismiss incidents of racial violence as either isolated or random, and as the House Armed Services Committee began its investigation of what it called "the disturbances" at Camp Lejeune on July 20th of that year, the Army Chief of Staff began the Army's own investigation of the racial crisis. He charged Army staff to assess the level of racial tension within the institution, and to identify problems

---

[44] Bailey, *An Army Afire*, 197-201; Nelson, *A History of U.S. Military Forces*; Alexander Vazansky, *An Army in Crisis: Social Conflict and the U.S. Army in Germany, 1968-1975* (Lincoln: University of Nebraska Press, 2019).
[45] Bailey, *An Army Afire*, 208; especially Congressional Black Caucus to President Nixon, July 22, 1971.

that could "impair the army's ability to accomplish its mission." Soon thereafter, Secretary of the Army Stanley Resor insisted that the Army must address the problem of racial conflict within the ranks. "Do not misunderstand me," he said. "The Army does not view itself as an institution of social reform. That is not our charge. But we cannot ignore the realities of the society in which we live. If ignored, those realities can lessen our ability to defend the Nation."[46]

61.     The senior Army leaders who, in 1969, identified racial conflict as a major challenge the Army must address were not acting out of vague commitments to social justice. They believed that internal racial conflict threatened the ability of the US Army to fulfill its national defense mission and to fight and win the nation's wars.[47]

62.     As an institution, the U.S. Army invested extraordinary effort—in the midst of a hot war in Vietnam and the continuing pressures of the global Cold War—in attempts to solve the racial crisis. Those efforts, and a wide range of actions, built from Secretary Resor's explicit rejection of color-blindness. Speaking at the annual meeting of the association of the United States Army in 1969, Resor argued that, even as the Army had offered Black Americans the chance "to be treated as an equal, to rise or fall on [their] own efforts and abilities," that was no longer sufficient. Black soldiers, he said, continue to confront "difficulties in the Army which are directly tied to their race." And as products of a civilian society marked by social upheaval and conflict, the young Black soldier had become "more likely to make his resentment known," to show "more personal and racial pride, more bitterness at real and imagined injustice."[48]

63.     "Occasionally," said the Secretary of the Army, "one hears a commander say, with the best of intentions, 'for me, there's only one color, and that's o.d. [olive drab]." That

---

[46] Resor, Keynote Address, discussed in Bailey, *An Army Afire*, 65-67.
[47] Bailey, *An Army Afire*, 3-5.
[48] Resor, Keynote Address, discussed in Bailey, *An Army Afire*, 65-67.

pledge, he continued, must remain: Army policy must treat all members fairly and equally, regardless of race. But "a Negro in uniform," he insisted, "does not cease to be a Negro and become a soldier instead. He becomes a Negro soldier." Rejecting notions of colorblindness, as well as the powerfully negative race-consciousness that characterized Army policy over the previous six decades, Resor committed the Army to a positive, race-conscious approach.[49]

64.     In addressing the racial crisis, the U.S. Army, as an institution, adopted a variety of approaches. Many of these were also implemented by the other military departments, whether developed independently or through the coordinating efforts of the Department of Defense.[50]

65.     Facing ongoing racial conflict, all military services implemented new training and education programs on race relations. Even as Army officers in Vietnam expressed concern that troops were not adequately trained for combat, the Army began to require six hours of race relations training during BCT (Basic Combat Training)—hours that had to be taken from other topics. But training and education programs also addressed NCOs and officers of all ranks, seeking to help leaders understand enlisted men from different (primarily racial) backgrounds and to more effectively lead them. Race relations training began as a pilot program in the U.S. Navy in 1971. By 1973 it included a required twenty-hour "racial awareness" seminar for all flag officers.[51]

66.     Army policies and regulations increasingly recognized that "color blind" had defaulted white. For example, Army barbers were not trained to cut black hair and charged more for doing so (for context, slang for an Army haircut was "whitewall"); the post exchange (PX) did not stock toiletries commonly used by African Americans, or music, magazines, and other

---

[49] Resor, Keynote Address, discussed in Bailey, *An Army Afire*, 38-41; 65-67.
[50] Bailey, *An Army Afire*. A chapter is devoted to each of the following approaches.
[51] Sherwood, *Black Sailor, White Navy*, 227.

cultural items intended for that audience. Army reforms mandated new "always in stock" items at the PX, revised regulations governing hair and personal appearance, and even briefly allowed the use of "cultural items" expressing racial or ethnic identity to be worn with the uniform. Following a narrowly averted violent conflict at Naval Station Great Lakes in 1970, the base commander initiated similar cultural reforms, many of which would soon be implemented Navy-wide.[52]

68.     Recognizing that, in large numbers, young Black enlisted men did not trust the military justice system, Army leaders attempted to increase the number of Black judges, to ensure that courts-martial panels were not exclusively white, to make Black lawyers, even if civilian, available to Black soldiers. In West Germany and Vietnam, JAG officers met regularly to review cases for signs of discrimination and to develop best practices. Whether or not the enaction of military justice was discriminatory, many Black soldiers believed that it was. And perception, in and of itself, was deemed a sufficient problem that required action.[53]

68.     And, probably most significantly, the Army addressed the problem of leadership. Commanders of battalions and brigades deemed incapable of managing racial conflict were relieved of command. In West Germany, after Department of Defense civil rights official Frank Render concluded that the "acute frustration" of Black soldiers in West Germany threatened combat readiness, the Assistant Secretary of Defense for Manpower announced that the secretary of each service was responsible for easing racial tensions and would be "held accountable for results." In turn, service secretaries were given authority to "impose effective sanctions . . . against individuals who fail to produce satisfactory results," including "removal of the individual

---

[52] On Navy reforms: Sherwood, *Black Sailor, White Navy*, 41-43.
[53] For discussion of importance of perception, see BG DeWitt Smith to GEN Westmoreland, CSA, "Equity in Military Justice," December 10, 1970, and CPT Togo West (future Secretary of the Army) in Office of the Secretary of Defense, *Dialogue on Race Relations* film, 1970, as discussed in Bailey, *An Army Afire*, 219-20, 209-10.

from his command post." In West Germany, USAREUR commander General Michael S. Davison publicly announced that he had removed company and battalion commanders who had failed to adequately manage race relations. And in 1971 Frank Render publicly announced that ten to twelve commanders who had "clearly . . . been negligent" in handling of race relations and civil rights (service-affiliations unspecified) had been relieved of command. A Pentagon spokesperson stated, without caveat, that understanding race relations was "a leadership requirement—if you can't understand race relations, you can't be a leader in today's Army."[54]

69.     In April 1971, the critically-important "Officer Efficiency Reports," mandatory evalutations that help to determine the direction and success of individuals' military careers, incorportated officers' success in managing race relations as a non-mandatory category; by early 1972 such evaluation was required.[55]

70.     In addition, acknowledging that most enlisted men and women experience Army life at company level or below, Army programs focused on training junior leaders, particularly the young white officers and NCOs who "may feel unequipped to deal with racial tension" in their units, in "the complex and sensitive issue of racial harmony." Race relations modules were inserted into both officer and NCO training.[56] But the leadership the Army sought was not simply a more enlightened approach by existing white—or Black—leaders. The profound scarcity of Black officers had become a pressing concern.

The Scarcity of Black Officers and the Beginnings of Affirmative Action

71.     In 1968, African Americans made up 10.5 percent of the U.S. population and 12.6 percent of the U.S. Army. That year, the Army had one Black general officer; the other 520 were

---

[54] Bailey, *An Army Afire*, 104-105, 110-111, describing articles in *Stars & Stripes*.
[55] Bailey, *An Army Afire*, 112.
[56] Bailey, *An Army Afire*, 113-14.

white. In 1967, there had been none. Of the Army's 6,399 colonels, 42 were Black (less than 1 percent). And that was more than triple the percentage of Black colonels in 1965. But the Army also had more Black lieutenant colonels than Black second lieutenants; more majors than first lieutenants. The pyramid of rank was inverted, with so few Black junior officers that it would be a challenge to maintain, much less increase, the percentage of Black senior officers over time. Army numbers, however, looked good compared with those of the U.S. Navy. In 1965, the highest ranking Black Naval officer was a captain. And while only 3.3% of Army officers in 1968 were Black, the Navy counted only 0.4%.[57]

72.      Then, as now, the military faces a unique challenge when it comes to leadership. It cannot make a lateral hire; it cannot poach general officers from corporate America or civilian government positions. It has to grow its own senior leaders, and that takes decades. The scarcity of Black senior officers in the late 1960s was due, in large part, to decisions made in the segregated military of the past. The scarcity of young Black officers in 1968, however, demonstrated that the problem continued, even in a desegregated military that had adopted policies of equal opportunity. That scarcity was something they needed to address—in part because its full impact would be felt decades in the future.

73.      Why did the U.S. military turn to affirmative action in its efforts to grow the cohort of Black officers?

74.      It seemed likely to many military leaders that more, and more visible, Black officers might help to prevent or mitigate racial conflict, especially given the widely recognized suspicion with which young Black enlisted men during that era approached a white-dominated

---

[57] Bailey, *An Army Afire*, 241-44; Frederick S. Harrod, "Integration of the Navy (1941-1978)," U.S. Naval Institute *Proceedings*, October 1977; H. Michael Gelfand, *Sea Change at Annapolis: The United States Naval Academy, 1949-2000* (Chapel Hill: University of North Carolina Press, 2006), 60.

military and the white officers who exercised authority over them. For example, a sample race relations dialogue filmed and circulated in the early 1970s included comments by Captain Togo West (future Secretary of the Army), in response to the claim of an enlisted sailor that, "when a white man is dishing out the punishment, I don't believe a black man will get a fair trial." Captain West picked up this challenge, suggesting that, if he pressed the young seaman on the issue, he would likely "get out of him a statement that an institution like the army, the air force, navy, Marine Corps, white-administered, white-dominated, white-run—basically— could be fair to him in any [realm]." As the 1969 report on which the Army based its institutional response to the racial crisis argued, "an imbalance in the number of Negro officers assigned to troops units has an adverse effect on race relations."[58]

75.    Likewise, as an historian of race relations in the U.S. Navy argued, outbreaks of racial violence and public suspicion of the Navy made clear the cost of  a virtually all-white leadership. Young Black sailors had little confidence in the "integrity of the overall command structure" when they saw so few Black officers, and that loss of confidence undermined combat effectiveness. Navy leaders came to understand that they had to increase the number of qualified Black officers in order to restore the confidence of junior enlisted men in their leadership, overall.[59]

76.    Military leaders understood that public perceptions of the military's legitimacy depended, in part, on who held visible positions of leadership. They may not have been aware that opponents of President Franklin Roosevelt had, before World War II, taken out a full-page ad in the *Baltimore Afro-American* to point out that Colonel Benjamin O. Davis, then the highest

---

[58] Bailey, *An Army Afire*, including CPT Togo West in *Dialogue on Race Relations* film and "White briefing," 209-10, 244.
[59] Sherwood, *Black Sailor, White Navy*, 200.

ranking African American in the U.S. Army, remained a colonel even as one hundred white colonels were promoted to general officer rank. But in the late 1960s and early 1970s, the Black press pointed to the shortage of Black officers as evidence that the military's commitment to equality was hypocritical, at best. The NAACP and the Urban League said much the same. Some leaders recognized that the issue had great symbolic value for many Black Americans. As the U.S. military faced the end of the draft, scheduled for 1973, recruiting commands worried about how they would attract tens of thousands of young American volunteers a month. Lost legitimacy among the African American community would not be a promising start.[60]

77.     From the early 1960s, the Department of Defense was explicitly concerned about the lack of African Americans among military officers. In 1963, the President's Committee on Equal Opportunity in the Armed Forces (the Gessell Committee), which had its origins in Department of Defense initiatives, recommended that the services take "affirmative" action to recruit Black officers; the committee chair called the current situation "shocking" and later acknowledged that committee members debated calling for preferential treatment in promotions as a way to achieve greater representation in the higher ranks. The Navy came in for particular criticism; the committee found that the Navy was "falling behind the other services" in equal opportunity and recommended that it take a variety of actions to recruit African Americans, including developing special training programs and setting up recruiting stations at Black colleges. In 1966, a Department of Defense executive seminar on civil rights offered an avalanche of statistical data demonstrating that "Negro personnel" were dramatically underrepresented in the officer ranks.[61]

---

[60] Bowers, *Black Soldier, White Army*, 19; Bailey, *An Army Afire*, 265; Bailey, *America's Army: Making the All-Volunteer Force* (Cambridge, MA: Harvard University Press, 2009).
[61] Bailey, *An Army Afire*, 245-47, 251-54; Sherwood, *Black Sailor, White Navy*, 14.

78.     Actions soon followed. In 1969, the U.S. Army staff group tasked to study race relations in the Army analyzed statistical data on the racial composition of the Army's officer corps. In response to their report, Army Chief of Staff Westmoreland devoted two of his seven proposals for action to increasing the number of Black officers. The following year, the Secretary of the Army said that recruiting and retaining Black officers should be "a top priority" and offered specific goals as a means to evaluate success. That summer, an internal DoD memo stressed "the need for Aggressive Affirmative Action programs that utilize the use of numerical goals and timetables which have not been previously used," and the secretary of defense instructed each service to develop an "affirmative actions" plan. The Army's proposed actions included, but were not limited to, ways to increase the number and percentage of Black officers.[62]

79.     The Navy, in 1972, determined that proportional representation was its goal. Focusing on officers, it set interim goals of 5% Black midshipmen at the Naval Academy by 1974 and 10% by 1978. To attain those goals it created the BOOST (Broadened Opportunity for Officer Selection and Training) program to tutor less well-prepared minority youth to compete for admission to the Naval Academy and NROTC.[63]

80.     In 1974, Secretary of the Army Bo Callaway recognized the growing racial disparities not only between the demographic composition of the Army's officer ranks and the general population, but between the increasingly African American enlisted ranks and the officers that led them. In response, he attempted to increase the percentage of white Americans in the enlisted ranks and created an ad hoc officers' steering committee on equal opportunity, chaired by the deputy chief of staff for personnel. In an attempt to increase diversity among the

---

[62] Bailey, *An Army Afire*, 253-54.
[63] Sherwood, *Black Sailor, White Navy*, 48.

officer corps, this group endorsed "proper discrimination actions," including permission for army agencies to request that files of minority officers be included when nominations for specific positions were sent forward. In one of Callaway's final actions in office, the Republican appointee and prior civil rights opponent implemented the Army's affirmative action plan, complete with detailed, specific, time-linked goals.[64]

<u>African Americans and Military Academies</u>

81.    By the late 1960s, the U.S. Army had begun to look to West Point, along with ROTC programs, to increase the number of Black cadets. Soon thereafter, the U.S. Navy would turn its focus to Annapolis.

82.    As of 1968, over its 166-year history, the United States Military Academy at West Point had graduated only 68 Black cadets. An additional eleven, over the course of those 166 years, had not made it to graduation. During the 1950s, there were never more than 20 African American cadets in all four classes combined; that 20, factored into the total enrollment of roughly 3,200, represented sixth-tenths of one percent. That percentage dropped in the 1960s.[65]

83.    The U.S. Naval Academy was producing even fewer Black officers. It was in 1949 that the first Black midshipman was graduated, and from that point through 1969, only 36 Black midshipmen—or 0.2% of the Academy's total enrollment of 17,500—were commissioned from the U.S. Naval Academy.[66]

84.    The problem lay not only in numbers. From the beginning, Black cadets had struggled to find a place at West Point. The first four Black men were nominated for cadetship in 1870; the challenge they faced may be clear from the fact that a West Point tactical officer

---

[64] Department of the Army, *Final Report of the ad hoc General Offiers' Steering Committee on Equal Opportunity* (accompanying memo dated May 20, 1975), discussed in Bailey, *An Army Afire*, 273.
[65] Bailey, *An Army Afire*, 262.
[66] Harrod, "Integration of the Navy."

described one as "a chuckling bullet-headed little darkie." The sole nominee admitted, and thus the sole Black cadet at West Point, was ostracized by the white cadets; they determined to refuse James Webster Smith what was, at the time, labelled "social intercourse." From the beginning, Smith was "silenced": fellow cadets refused to speak to him unless it was unavoidable. Smith was forced to drill alone to avoid standing "too near" a white cadet; he was left without the support of a roommate in the difficult plebe year. In the course of his first year at West Point, Smith withstood three recommendations for courts-martial and two trials, both for confrontations with white peers. In the end, he was dismissed for deficiency in Natural and Experimental Philosophy (physics) and left the academy in 1874.[67]

85.     The first Black cadet to gradate West Point was Henry Ossian Flipper, in 1877. In 1880, a Black cadet was found tied to his bed, bleeding from his head, ears, hands, and feet. West Point judged the wounds to be self-inflicted. Not a single Black cadet graduated from West Point from 1889 to 1936. The cadet who graduated in 1936—Benjamin O. Davis, Jr., who would become the Air Force's first Black general—was silenced at West Point for four full years. By the 1960s, West Point was committed to increasing the number of Black cadets. Even before the 1969-1972 period in question here, the extraordinarily small number of Black cadets at the military academy carried a symbolic weight that undermined the Army's legitimacy with Black Americans.[68]

86.     Increasing the number of Black cadets posed a challenge. Even as West Point increased the size of its cadet corps from 2,500 to 4,417 between 1965 and 1971, the U.S. war in Vietnam grew ever less popular. Young men (and admission was restricted to men until 1976) increasingly rejected the purported "indoctrination" offered by the academy, but also the systems

---

[67] Bailey, *An Army Afire*, 263-65.
[68] Bailey, *An Army Afire*, 265.

of hierarchy, uniformity, and arbitrary authority that characterized military life. Young African American men had historical reasons for suspicion, but those who were highly qualified also—suddenly—now had other options, sought after by civilian universities as well as by businesses and corporations.[69]

87.     In this climate, even as charges that the United States was using Black troops as cannon fodder continued to echo in the Black press and the scarcity of Black officers loomed large as the Army began to confront a future without a draft, West Point began a concerted campaign to attract future Black officers. The West Point admissions plan approved by both the Department of the Army and the U.S. Military Academy directly stated: "The goal of this program is to increase the number of minority cadets so that their ethnic distribution in the Corps of cadets is commensurate with that of the national population."[70]

88.     The racial integration of the U.S. Naval Academy greatly resembled that of West Point. The first African American was admitted to the USNA in 1872. James Conyers was hazed by white midshipmen, at one point forced to climb a tree, nearly naked on a cold winter's night, and then to bark like a dog. His academic work suffered; he was expelled for "academic deficiency" in 1873. Two other young men were admitted during the 1870s; both were hazed in ways that went well beyond anything white midshipmen endured. One eventually resigned; the other was expelled for using an "opproprious epithet" against a white midshipman. It was not until 1936 that the next Black man enrolled at Annapolis; he lasted for less than a year. The next, in 1937, lasted for three weeks. He reported that he had not been "prepared for the hazing and the

---

[69] Bailey, *An Army Afire*, 266.
[70] Eldridge, Lawrence Allen. *Chronicles of a Two-Front War: Civil Rights and Vietnam in the African American Press*. Columbia: University of Missouri Press, 2011; Bailey, *An Army Afire*, 266-268, based partially on author's interview with Arthur Hester, "Equal Admissions Opportunity Program," and "An Argument for Changing the Admissions Systems at the United States Military Academy in Order to Increase the Enrollment of Minority Students" (March 10, 1970).

isolation." The first Black man commissioned from from the U.S. Naval Academy was Wesley Brown, class of 1949. He found support from Black civilian employees of Annapolis, from the local African American community, and from a few white midshipmen, including two Jewish men and James Earl Carter, the future president of the United States.[71]

By the Numbers

89.     Simply judging by the numbers, affirmative action programs made a difference. By 1975, members of racial minorities (primarily African American) made up almost a quarter of ROTC cadets and more than 9 percent of those at West Point. By contrast, the West Point Class of 1972, entering in 1968, had included just 9 Black cadets. In 1970, the U.S. Naval Academy enrolled 22 African Americans; in 1976, that number had grown to 200.[72]

90.     As for the Army's officer corps overall, it jumped from 3.9 percent Black in 1972 to 11.3 percent Black by the end of the millennium—a percentage it has more-or-less maintained or exceeded ever since. The percentage of African Americans in the Navy's officer corps increased from 0.7 percent in 1971 to 1.6 percent in 1974. In 2022, African Americans constituted slightly over 8 percent of the Navy's active duty officer corps.[73]

91.     During the 1970s, the Department of Defense and individual military services took affirmative actions to address the racial crisis they confronted. Those actions changed the way the institution of the U.S. military functioned in multiple arenas, including leadership, education and training, the administration of military justice, and efforts (including specific goals and measurements) to increase the number and percentage of Black officers. My research has

---

[71] Gelfand, *Sea Change at Annapolis*, 50-54.
[72] Bailey, *An Army Afire*, 273; Sherwood, *Black Sailor, White Navy*, 254.
[73] Bailey, *An Army Afire*, 273-74; Naval History and Heritage Command, "African American Sailors in the U.S. Navy, https://www.history.navy.mil/browse-by-topic/diversity/african-americans/chronology.html; U.S. Department of Defense, *2022 Demographics*, charts 2.04 and 2.25, https://news.usni.org/2023/11/29/department-of-defense-2022-demographic-profile.

found no major violent racial conflict within the U.S. Army after these diversity-oriented reforms had been fully implemented and taken effect, and the author of a well-researched history of race relations in the U.S. Navy reaches the same conclusion about Navy reforms.[74]

### III.   Military Diversity and Public Legitimacy

92.    The United States military, most particularly in its current incarnation as an all-volunteer (or all-recruited) force, cannot fill its ranks or fulfill its mission of national defense unless the American public views it as legitimate.

93.    During both World War I and World War II, African Americans questioned whether they should fight for a nation that denied them full rights, and the Black press wrote of Black successes within the military, but also of racism and discrimination. While Black leader W.E.B. Du Bois had written, of World War I, "*first* your Country, *then* your rights!," Black leaders were not so quick to endorse service in World War II. Wrote a columnist for the Black-oriented *Pittsburgh Courier*: "If nothing more comes out of this emergency than the widespread understanding among white leaders that the Negro's loyalty is conditional, we shall not have suffered in vain."[75]

94.    The Black press continued to cover the role of African Americans in the military in the postwar era, celebrating milestones such as Executive Order 9981 and calling the Army to account on its failures. Stories of disproportionate casualties sustained by Black servicemembers circulated in African American media. "Cannon Fodder in Vietnam," claimed the headline of a *Baltimore Afro-American* editorial. In late 1966 the *Chicago Defender* ran a UPI story about a young Black activist who charged that President Lyndon Johnson was "using the war in Vietnam to kill Negroes." Late the following year, a column in the *Milwaukee Star* claimed that the U.S.

---

[74] Sherwood, *Black Sailor, White Navy*.
[75] Editorials in *The Crisis*, September 1918; George S. Schuyler, *Pittsburgh Courier*, December 21, 1940.

government was "conducti[ing] acts of genocide against the Blacks giving them all the hazardous duties by putting Blacks unproportionately to whites in combat action." Wrote the *Afro-American*, reporting on racial turmoil in Vietnam in 1968: "The more things change, the more they stay the same." [76]

95.    In contemporary society, with no hot war, challenges to public legitimacy are more likely to center on representation than on casualty rates. A 2020 USA Today article, titled "Where are the Black Officers," began: "The lack of Black officers in the Army's combat commands has diminished the chances for diversity in military leadership for years to come, resulting in a nearly all-white leadership of an increasingly diverse military and nation."[77]

96.    In a wide variety of conversations on leadership with civilian and military scholars and military practitioners, I have never heard anyone assert that Black servicemembers cannot be led by white officers or white by Black, that women must have female leaders, or that the U.S. military wants to return to something mimicking segregation. But a diversity of visible leaders brings two advantages to the U.S. military, both well-demonstrated historically.

97.    As I note above, leaders play both practical and symbolic roles. Throughout much of the 20th century, as I demonstrate in my historical analysis, the U.S. military's treatment of its Black members and the visible homogeneity or diversity of its leadership carried significant symbolic value. But one other element matters. The soldiers, sailors, marines, and airmen who fill the enlisted ranks are drawn from civilian society. No matter how well they are trained, they

---

[76] "Cannon Fodder in Vietnam," *Baltimore Afro-American*, March 4, 1967; "LBJ Using Viet War to Kill Negroes: Nationalist Leader," *Chicago Daily Defender*, November 10, 1966; Al Flowers, "Blacks Should Question Involvement in Vietnam," *Milwaukee Star*, December 13, 1969; "Race Riots Hit the GIs," *Baltimore Afro-American*, September 7, 1968; all discussed in Eldridge, *Chronicles*, 68-69, 197.
[77] "Where Are the Black Officers?: US Army Shows Diversity In Its Ranks But Few Promotions to the Top," *USA Today*, September 1, 2020.

are still products of their upbringing, and today they remain in closer touch with civilian society than at any point in the past. The suspicions and divisions that characterize civilian society do not automatically disappear when someone dons a uniform, just as Secretary of the Army Stanley Resor observed in 1969. That is particularly true when large numbers of people are brought into the military under pressure of war. Racial divisions continue in American society today, and the visible diversity of leadership serves as a bulwark—symbolic and potentially practical—against renewed racial conflict.

**IV.     Inaccuracies in Plaintiff's Complaint**

98.     Plaintiff's complaint in this case contains numerous ianccuracies, some of which I have identified above. I identify several additional innacuries below.

99.     In paragraph 3, Plaintiff claims that, "[f]or most of its history, the Academy has evaluated cadets based on merit and achievement," followed by a claim in paragraph 4 that the Academy no longer admits midshipmen "solely on leadership potential and objective metrics." These statements conflate admission of nominees and evaluation of cadets. The United States Naval Academy has, for most of its history, both admitted nominees and evaluated cadets based on merit and achievement—but not *solely* on merit and achievement. As described above in section I.a., through much of Annapolis's history, race played a significant and *negative* role in the admission, experience, and evaluation of cadets..

100.     Plaintiff also asserts in paragraph 3 that soldiers "do not fight differently based on the race of the commanding officer opposing them" and that "battlefield realities apply equally to all soldiers regardless of race, ethnicity, or national origin." This assertion, however, does not account for issues of morale, internal disruption, and decisions about the use of manpower that profoundly affect those "battlefield realities."

41

101.     In paragraph 50, Plaintiff states: "The brief period of racial unrest that the Academy retells over and over was not produced by colorblind policies."  One cannot legitimately refer to the history of racial unrest in the U.S. military as a "brief period." Racial unrest (even restricted to the 1969 to 1972 period Plaintiff identifies) was not produced by colorblind policies, and no historian I'm aware of argues that it was. It was produced by a long and continuing history of racial discrimination within the military and in civilian society that colorblind policies—even if actually implemented as such—were inadequate to address.

102.     In paragraph 54, Plaintiff asserts that "reams of evidence show[] that trust between sailors at sea or Marines on the battlefield is formed through performance, and that servicemembers in war zones are more concerned with their leaders' competency than with their skin color." In the Vietnam war, despite instances of racially-motivated fragging and resistance, major racial conflicts were relatively rare in combat units in country. But racial violence was both common and highly disruptive in the rear, among troops stationed in the United States and in nations outside the war zone, and among sailors on long deployments, even on ships actively engaged in the ongoing war. This non-combat disruption was significant enough to leave senior military leaders concerned that it could undermine national defense.

103.     In paragraph 60, Plaintiff badly misrepresents the source cited as evidence. Plaintiff states: "In-depth surveys and statistical studies of the military's personnel crisis . . . show that the military's emphasis on non-merit factors in admissions and promotions decisions is a leading cause of junior officer attrition. 'According to 9 out of 10 respondents, more officers would stay if the military was more of a meritocracy.'"

104.     The source for the quotation that supposedly supports Plaintiff's claim is Tim Kane, "Why Our Best Officers Are Leaving," published in *The Atlantic*, February 2011. Kane,

however, does not offer evidence that "the military's emphasis on non-merit factors in admissions and promotions is a leading cause of junior officer attrition." Instead, he argues that the military rewards *conformism* rather than merit; that it has become a "risk-averse bureaucracy" that operates "more like a government bureaucracy with a unionized workforce than like a cutting-edge meritocracy." Kane argues that junior officers do not choose an Army career because a bureaucratized Army rejects more entrepreneurial notions of merit. The words "diversity" or "affirmative action" never appear in the article, and even a quick read makes clear that these concepts play no role in Kane's argument or in the responses of junior officers.

105.    In paragraph 61, Plaintiff once again misrepresents the source it cites. Plaintiff claims that the Fahy Committee report stated that "segregation proponents argued that a colorblind military" would "create difficulties 'which would be reflected in morale and military efficiency.'" The actual statement is: on the "question of racial segregation, the military services argued that they must be guided by precedent and custom." "Getting ahead of the country" on issues of "racial segregation," the military services claimed, might "create difficulties 'which would be reflected in morale and military efficiency.'" Neither does the commission discuss "colorblindness." Even discounting the anachronistic nature of the term, it's hard to interpret the Fahy Committee's recommendation that the Army "abolish the racial quota" or the Army's new plan to establish a board of senior Army officers to periodically "review the utilization of Negro manpower" as "colorblindness."

## V.    Bibliography

Bailey, Beth. *America's Army: Making the All-Volunteer Force*. Cambridge, MA: Harvard University Press, 2009.

Bailey, Beth. *An Army Afire: How the US Army Confronted Its Racial Crisis in the Vietnam Era*. Chapel Hill: The University of North Carolina Press, 2023.

Bowers, William T., et al. *Black Soldier, White Army: The 24th Infantry Division in Kore*a. Washington, DC: U.S. Army Center of Military History, 1996.

Cline, David P. *Twice Forgotten: African Americans and the Korean War*. Chapel Hill: The University of North Carolina Press, 2021.

Curry, Cecil Barr. *Long Binh Jail: An Oral History of Vietnam's Notorious U.S. Military Prison*. Washington, DC: Brassey's, 1999.

Eldridge, Lawrence Allen. *Chronicles of a Two-Front War: Civil Rights and Vietnam in the African American Press*. Columbia: University of Missouri Press, 2011.

Gelfand, H. Michael. *Sea Change at Annapolis: The United States Naval Academy, 1949-2000*. Chapel Hill: University of North Carolina Press, 2006.

Guglielmo, Thomas A. *Divisions: A New History of Race and Racism in America's World War II Military*. New York: Oxford University Press, 2021.

Hampton, Isaac. *The Black Officer Corps: A History of Black Military Advancement from Integration Through Vietnam*. New York: Routledge, 2013.

Harrod, Frederick S. "Integration of the Navy (1941-1978)." U.S. Naval Institute *Proceedings*, October 1977.

Lee, Ulysses. *The Employment of Negro Troops* in Special Studies, The United States Army in World War II Series. Washington, DC: U.S. Army Center of Military History, first printed 1966.

Lentz-Smith, Adriane. *Freedom Struggles: African Americans and World War I*. Cambridge, MA: Harvard University Press, 2009.

Mikkelsen, Vincent. "Coming from Battle to Face a War: The Lynching of Black Soldiers in the World War I Era." PhD diss., Florida State University, 2007.

McLaughlin, Malcolm. *The Long Hot Summer of 1967: Urban Rebellion in America*. New York: Palgrave Macmillan, 2014.

Moon, Katharine. *Sex among Allies: Military Prostitution in U.S.-Korean Relations*. New York: Columbia University Press,1997.

Nalty, Bernard C. *Strength for the Fight: A History of Black Americans in the Military.* New York: Free Press, 1986.

Nelson, Daniel J. *A History of U.S. Military Forces in Germany* (Boulder, CO: Westview Press, 1987; reissued by Routledge University Press, 2018).

Ryan, Paul B. "USS Constellation Flare-Up: Was it Mutiny?" U.S. Naval Institute *Proceedings*, January 1976.

Seidule, Ty. "Black Power Cadets: How African American Students Defeated President Nixon's Confederate Monument and Changed West Point, 1971-1976." *Hudson River Valley Review*, Autumn 2019.

Sherwood, John Darrell. *Black Sailor, White Navy: Racial Unrest in the Fleet during the Vietnam War Era*. New York: New York University Press, 2007.

Threat, Charissa J. *Nursing Civil Rights: Gender and Race in the Army Nurse Corps.* Champaign-Urbana: University of Illinois Press, 2015.

Toomer, Jeffrey K. "A Corps of Many Colors: The Evolution of Minority Recruiting Efforts at the United States Military Academy." Unpublished paper, USMA, November 14, 1997.

Vazansky, Alexander. *An Army in Crisis: Social Conflict and the U.S. Army in Germany, 1968-1975*. Lincoln: University of Nebraska Press, 2019.Westheider, James E.  *Fighting on Two Fronts: African Americans and the Vietnam War*. New York: New York University Press, 1997.

Williams, Chad L. *Torchbearers of Democracy: African American Soldiers in the World War I Era*. Chapel Hill: The University of North Carolina Press, 2013

Dated: Lawrence, Kansas
      November 29, 2023

_____

BETH BAILEY

# Beth Bailey

---

## EDUCATION

Ph.D.   1986, American History, Division of Social Sciences, University of Chicago
Dissertation: "Conventions of Desire: Courtship in 20th Century America"

M.A.   1981, American History, Division of Social Sciences, University of Chicago
Master's Thesis: "Southern Regionalism and the Culture Concept"

B.A.   1979, American Culture, Northwestern University
Senior Honor's Thesis: "The Selling of Atlanta: 'Forward Atlanta' and the
Memorial Arts Center"

## ACADEMIC POSITIONS

University of Kansas, 2015-present
  Foundation Distinguished Professor,
  Founding Director, Center for Military, War, and Society Studies

Temple University, 2004-2015
  Acting Director, Center for the Study of Force and Diplomacy, 2012-2013
  Director of History Honors Program, 2011-2014
  Interim Chair, 2010-2011
  Associate Chair, 2009-2010
  Director of Undergraduate Studies, 2007-2010
  Professor, Department of History, 2004-2015

University of New Mexico, 1998-2004
  Acting Chair, American Studies Department, 2003-2004
  Professor, American Studies Department, 2002-2004
  Director, Feminist Research Institute, 2001-2004
  Regents Lecturer, 2000-2004
  Associate Professor, American Studies Department, 1998-2002

Barnard College, Columbia University, 1989-1997
  Associate Professor, Department of History, 1995-1997
  Graduate Faculty of Arts and Sciences, Columbia University, 1995-1997
  Ann Whitney Olin Junior Fellow, 1991-1994
  Director, American Studies Program, 1989-1994
  Assistant Professor, Department of History, 1989-1995

University of Kansas
  Visiting Assistant Professor, Department of History, 1987-1989

1

University of Hawai'i, Mānoa
  Visiting Assistant Professor, Women's Studies Department, Spring 1987
  Visiting Assistant Professor, Department of History, Summer 1987

Chaminade University of Honolulu
  Lecturer, Department of History and Government, 1986-1987

Honolulu Community College
  Adjunct, Department of History, 1986-1987

## HONORS AND AWARDS

Pitt Professor of American History and Institutions, University of Cambridge, UK, 2025-2026.

George C. Marshall Lecture in Military History, American Historical Association, January 2024

Choice Outstanding Academic Title (2023), for *An Army Afire: How the US Army Confronted Its Racial Crisis during the Vietnam Era*

Samuel Eliot Morison Prize (for lifetime achievement), Society for Military History, 2022

Balfour S. Jeffrey Award in the Humanities and Social Sciences, Higuchi Research Award, Kansas Regents Universities, 2022

Society of American Historians, elected 2017

Discussion Club, University of Kansas, elected 2016

Choice Outstanding Academic Title (2016), for *Understanding the US Wars in Iraq and Afghanistan*

Foundation Distinguished Professor, University of Kansas, 2015-present

Temple University Nominee, US Professor of the Year, Carnegie Foundation for the Advancement of Teaching, 2013

Fellow, West Point Summer Seminar in Military History, June 2012

Visiting Scholar, University of Paris–Diderot, March 2012

Fellow, U.S. Army War College National Security Seminar, Carlisle Barracks, PA, June 2011

Visiting Scholar, University of Melbourne, Australia, April 11-25, 2010

2009 Army Historical Foundation Distinguished Writing Award, Functional/Institutional, for *America's Army: Making the All-Volunteer Force* (awarded June 2010)

2007 Army Historical Foundation Distinguished Writing Award, for "The Army in the Marketplace," *Journal of American History*, June 2007 (awarded June 2008)

Faculty Recognition Award, Zimmerman Library and College of Arts and Sciences, University of New Mexico, February 2004

Gunther Starkey Award for Teaching Excellence, University of New Mexico, 2002-2003

American Library Association "Best of the Best" university press books (35 selected from those already designated *Choice* Outstanding Academic Books), for *The Columbia Guide to America in the 1960s* (2001), 2002

*Choice* Outstanding Academic Book, for *The Columbia Guide to America in the 1960s* (2001)

Visiting Scholar, Saitama University, Japan, selected by Organization of American Historians and Japanese Association of American Studies, May-June 2002

Regents Lecturer, University of New Mexico, 2000-2004

Delegate from American Studies Association to Japanese Association of American Studies meeting, Tokyo, June 1999 (two delegates selected each year)

21 Club, University of New Mexico, 1999-2004

Visiting Scholar, Feminist Research Institute, University of New Mexico, Spring 1997

J. William Fulbright Senior Lecturing Award, University of Indonesia, Spring 1996

Kreeger-Wolf Chair (University-wide Visiting Chair for Women Scholars), Northwestern University, Spring 1996 (declined)

Ann Whitney Olin Junior Fellow, Barnard College, 1991-1994

Barnard Dissertation Fellowship, University of Chicago, 1985-1986

University Fellow, University of Chicago, 1980-81, 1982-1983

Bessie Louise Pierce Fellow, University of Chicago, 1981-82.

Phi Beta Kappa, Northwestern University, 1978.

National Merit Scholarship, awarded 1975.

## GRANTS AND FELLOWSHIPS

National Endowment for the Humanities Public Scholar, 2021-2022

Andrew Carnegie Fellow, 2021-2023

Summer Research Grant, Temple University, 2015

Oscar Handlin Fellow, American Council of Learned Societies, 2014-2015

Summer Research Grant, Temple University, 2012

Sabbatical, Temple University, Spring 2010

National Endowment for the Humanities Fellowship, 2005-2006

Hartman Center Travel Grant, Duke University Special Collections Library, Spring 2006

Rotberg Research Grant, Temple University, 2005-2006

Woodrow Wilson International Center for Scholars Fellowship, Spring 2005

National Humanities Center Fellowship, 2004-2005 (declined)

Research Allocations Committee Grant, University of New Mexico, 1999

Teaching grant, College of Arts and Sciences, University of New Mexico, to create American Studies new media classroom, 1999

National Endowment for the Humanities Summer Stipend, 1995

Barnard College Faculty Research Grant, 1995

American Council of Learned Societies Grant, Summer 1989

## PUBLICATIONS

### BOOKS

*An Army Afire: The U.S. Army and the Problem of Race in the Vietnam Era*, in press, forthcoming March 2023, University of North Carolina Press.

*America's Army: Making the All-Volunteer Force*, Belknap Press of Harvard University Press, 2009, 319 pp.

*Sex in the Heartland,* Harvard University Press, 1999; paperback 2002, 265 pp.

*The First Strange Place: The Alchemy of Race and Sex in World War II Hawaii*, co-author David Farber, The Free Press, 1992; paperback, The Johns Hopkins University Press, 1994, 270 pp.

*From Front Porch to Back Seat: Courtship in 20th Century America*, The Johns Hopkins University Press, 1988; paperback 1989, 181 pp.

**Edited Works**

"The United States, War, and Environment in the Recent Pacific World," co-edited with Andrew Isenberg and Paul Landsberg, forthcoming, University Press of Kansas, 2024.

*Managing Sex in the U.S. Military*, co-edited with Kara Vuic, Alesha Doan, Shannon Portillo, University of Nebraska Press, 2022.

*Beyond Pearl Harbor: A Pacific History*, co-edited with David Farber, University Press of Kansas, 2019, 214 pp.

*Understanding the U.S. Wars in Iraq and Afghanistan*, co-editor with Richard Immerman, New York University Press, 2015, 366 pp.

*America in the Seventies*, co-editor with David Farber, University Press of Kansas, 2004, 246 pp.

**Syntheses, Texts, and Readers**

*A People and a Nation*, current coordinating author, with Mary Beth Norton, et al., Houghton Mifflin Co., chapters 25, 27, 29, shared responsibility for 30, 31, 32, 33; 7th edition, 2004; 8th edition, 2008; 9th edition, 2011 (Cengage); 10th edition, January 2014; 11th edition, December 2017; 11e brief (2022); 12e full in progress

*A History of Our Time*, co-editor with William Chafe and Harvard Sitkoff, Oxford University Press, 6th edition, 2003, 483 pp; 7th edition, 2007, 506 pp; 8th edition, 2011, 434 pp.

*The Fifties Chronicle* (large-format, illustrated), with David Farber, lead writer and head consultant, Chicago: Publications International, January 2006, 480 pp.

*The Columbia Guide to America in the 1960s*, co-author David Farber (with contributors), Columbia University Press, 2001; paperback March 2003; 508 pp.

**Series Editor**

Military, War, and Society in Modern U.S. History series, series co-editor with Andrew Preston, University of Cambridge, Cambridge University Press, established 2017.

David Fitzgerald, *Uncertain Warriors: The United States Army between the Cold War and the War on Terror*, 2023.
Susan Carruthers, "*Dear John": Love and Loyalty in Wartime America*, 2021.
Joseph Steib, *The Regime Change Consensus: Iraq in American Politics, 1990-2003*, 2021.
Gregory A. Daddis, *Pulp Vietnam: War and Gender in Cold War Men's Adventure Magazines*, 2020

**Digital Projects**

Founder and co-editor, Teaching Military History website (teachingmilitaryhistory.org).

**Guest Editor**

Sex and Dating issue, *OAH Magazine of History*, July 2004.

**Exhibits**

Curator, "The Esquire Woman: Airbrush and Ideology, " Spencer Museum of Art, University of Kansas, Lawrence, KS, Summer 1988.

Curator, Fiftieth Anniversary Exhibit, Museum of Science and Industry, Chicago, 1983.

**ARTICLES, BOOK CHAPTERS, AND REVIEW ESSAYS**

"Why 'What Ought to Be' Matters" (preface), *Advise, Recommend, Impose: "Prescriptive literature" in the United States, 19th-20th Centuries: Gender, Race, Class*, submitted, Université Sorbonne Nouvelle Presse, June 2023.

"What is War and Society?" roundtable, in *War & Society*, Jennifer Keene and Andrew Huebner, eds., Cambridge University Press, my segment submitted and accepted.

"Social Movements and the Military," in *Oxford Handbook of American Military History*, Samuel Watson, ed., Oxford University Press, forthcoming 2023.

"Race," in *The All-Volunteer Force: Fifty Years of History, Impacts, Challenges, and Implications*, William A. Taylor, ed., University Press of Kansas, 2023.

"Race and the History of the Modern US Military," in "Master Narratives" issue, *War & Society*, February 2023 (published online December 2022).

"Foreword," Harvey Myerson, *Nature's Army: When Soldiers Fought for Yosemite* (expanded edition), University Press of Kansas, 2020, pp. xi-xv.

"The U.S. Army and 'the Problem of Race': Afros, Race-Consciousness, and Institutional Logic," *Journal of American History*, December 2019, pp. 639–661.

"The Attack on Pearl Harbor . . . and Guam, Wake Island, Philippines, Thailand, Malaya, Singapore, and Hong Kong: December 7/8, the Pacific World, American Empire, and the American Political Imaginary," with David Farber, *Beyond Pearl Harbor: A Pacific History*, co-edited with David Farber, University Press of Kansas, 2019, pp. 19–38.

"Prologue: The Attacks of December 7/8, 1941," *Beyond Pearl Harbor: A Pacific History*, co-edited with David Farber, University Press of Kansas, 2019, pp. 9–17.

"Introduction," with David Farber, *Beyond Pearl Harbor: A Pacific History*, co-edited with David Farber, University Press of Kansas, 2019, pp. 1–8.

"Labor, the Market, and the U.S. All-Volunteer Force," *Journal of American Studies*, Chinese Academy of Social Sciences, Beijing, China, 2017.

"Introduction," *Integrating the U.S. Military: African Americans, Women, and Gays Since World War II*, eds. Heather Stur and Douglas Bristol, Johns Hopkins University Press, 2017, pp. 1–9.

"Afterword," with David Farber, *Groovy Science: Knowledge, Innovation, and the American Counterculture*, eds. David Kaiser and W. Patrick McCray, University of Chicago Press, 2016, pp. 391–95.

"L'Arme du Sexe: Les Comix Underground et le Paradoxe de la Libération," in *Les Contre-Cultures: Geneses, Circulations, Pratiques*, eds. Bernard Lacroix et al., Editions Syllepse (Paris), 2015, pp. 241–60 (translated).

"Obligation," *Reviews in American History*, June 2014, pp. 379–385.

"Soldiering as Work: The All-Volunteer Force in the United States," in *Fighting for a Living: A Comparative History of Military Labour, 1500-2000*, ed. Erik-Jan Zurcher, Amsterdam University Press (US distribution University of Chicago Press), 2014, pp. 569–600.

"Patsy Cline and the Problem of Respectability," in *Sweet Dreams: The World of Patsy Cline*, ed. Warren R. Hofstra, University of Illinois Press, 2013, pp. 67–85.

"The Politics of Dancing: Don't Ask, Don't Tell and Moral Claims," *Journal of Policy History* special issue on Morality, Public Policy, and Political Partisanship, vol. 25, issue 1 (Winter 2013), pp. 89–113.

"The Vexed History of Children and Sex," *Routledge History of Childhood in the Western World*, ed. Paula Fass, Routledge University Press, 2012, pp. 191–210.

"The Problem of Respectability: Struggles over Sex and Gender in 1960s America," in *Rethinking the Global Sixties*, Daizaburo Yui, ed. (translated; in Japanese), 2012.

"A Political History of the All-Volunteer Army," *The Forum* (online journal), Fall 2011.

"Losing the War," *Reviews in American History*, March 2011, pp. 196–204.

"Hotel Street," with David Farber, in *Homeward Bound: The Life and Times of Hori Smoku Sailor Jerry* (companion book to film Hori Smoku Sailor Jerry, Sailor Jerry LTD., 2010), pp. 51–73.

"The Cold War and American Television," in *The American Experience of War*, ed. Georg Schild, Schoningh, 2010, pp. 263–274.

"The Army in the Marketplace: Recruiting the All-Volunteer Army," *Journal of American History*, June 2007, pp. 47–74.

"Teaching the JAH: The Army in the Marketplace," online publication, *Journal of American History*, June 2007.

"Texts for Teaching the Sixties," co-authored with David Farber, *OAH Magazine of History*, Fall 2006, pp. 8–13.

"She 'can bring home the bacon': Negotiating Gender in the 1970s," in Bailey and Farber, ed., *America in the 70s*, University Press of Kansas, 2004, pp. 107–128.

"Sexuality," in *The Encyclopedia of Childhood*, ed. Paula Fass, MacMillan Publishers, 2004, pp. 743–751.

"Sexuality and the Movements for Sexual Liberation," in Jean-Christophe Agnew and Roy Rosenzweig, eds., *The Blackwell Companion to Post-1945 America*, Blackwell Publishers, 2002, pp. 260–276.

"Sex as a Weapon: The Underground Press and the Making of a Counter Culture Identity," in Peter Braunstein and Michael Doyle, eds., *Imagine Nation: American Cultural Radicalism in the 1960s*, Routledge, 2001, pp. 305–324.

"From Panty Raids to Revolution," in Joe Austin and Mike Willard, eds., *Generations of Youth*, New York University Press, 1998, pp. 187–204.

"Prescribing the Pill: Politics, Culture, and the Sexual Revolution in America's Heartland," *Journal of Social History*, Summer 1997, pp. 827-57. Nominated by the *JSH* for the 1998 Berkshire Article Prize.

"Harlem Hellfighters," co-authored with David Farber, in William Graebner, ed., *True Stories from the American Past*, McGraw-Hill, second edition, 1996, pp. 175–92; third edition, 2002.

"The Fighting Man as Tourist: The Politics of Tourism and Culture in Hawai'i during World War II," co-authored with David Farber, *Pacific Historical Review*, November 1996, pp. 641–60.

"Sexual Revolution(s)," in David Farber, ed., *The Sixties: From Memory to History*, University of North Carolina Press, 1994, pp. 235–62.

"The 'Double-V' Campaign in World War II Hawaii: African Americans, Racial Ideology, and Federal Power," co-authored with David Farber, *Journal of Social History*, Summer 1993, pp. 817–43.

"Manners and Etiquette," in Mary Kupiec Cayton, Elliot J. Gorn, and Peter W. Williams, eds., *Encyclopedia of American Social History*,  Charles Scribner's Sons, 1992, pp. 1345–56.

"Hotel Street: Prostitution and the Politics of War," co-authored with David Farber, *Radical History Review*, Winter 1992, pp. 54–77.

"Rebels Without a Cause?: Teenagers in the 1950s," *History Today*,  February 1990, pp. 25–31.

"Scientific Truth . . . and Love: The Marriage Education Movement," *Journal of Social History*, June 1987, pp. 711–32.

"Learning to Accept the Sewing Machine, 1854–74," *Henry Ford Museum and Greenfield Village Herald*, Fall 1983.

**Selected Reprints and Translations**

"From Front Porch to Back Seat: A History of Dating," in Jennifer A. Reichs, ed., *The State of Families: Law, Policy, and the Meanings of Relationships,* Routledge, 2021.

*From Front Porch to Back Seat: Courtship in Twentieth Century America* (1988), Korean translation, LP Publishing Company through Bestun Korea Agency, 2015.

"Prescribing the Pill: The Coming of the Sexual Revolution in America's Heartland," reprint (excerpted) from *Journal of Social History*, in Linda Kerber and Jane Sherron De Hart, eds., *Women's America: Refocusing the Past*, 6th edition, 2005; 7th edition, 2012; 8th edition, 2015.

"Prostitutes on Strike: The Women of Hotel Street, Hawaii, WWII," co-authored with David Farber, in Linda Kerber and Jane De Hart, eds., *Women's America: Refocusing the Past*, Oxford University Press, 4th edition, 1995, 5th edition, 2000, 6th edition, 2005, 7th edition, 2012.

"The 'Double-V' Campaign in WWII Hawaii: African-Americans, Racial Ideology, and Federal Power," co-authored with David Farber, reprint from *Journal of Social History*, in *The American Experience in World War II: The American People at War,* v. 10, Walter Hixson, ed., (New York: Routledge, 2002).

"Sexual Revolution(s)," reprint from Farber, *The Sixties*, in Arlene S. Skolnick and Jerome H. Skolnick, eds., *The Family in Transition*, 11th edition, Allyn & Bacon, 2002; 12th edition, 2004.

"Rebels Without a Cause?: Teenagers in the 1950s," reprint from *History Today*, in Robert Griffith and Paula Baker, eds., *Major Problems in American History Since 1945*, 2nd edition, Houghton Mifflin, 2001.

"Prostitutes on Strike: The Women of Hotel Street, Hawaii, WWII," co-authored with David Farber, in Japanese language anthology containing selected articles from Linda Kerber and Jane De Hart, eds., *Women's America: Refocusing the Past*, 2001.

"Prescribing the Pill," reprint from *Journal of Social History*, in Dennis Domer and Barbara Watkins, *Embattled Lawrence: Conflict and Community*, University of Kansas Continuing Education, 2001.

"Most Overrated/Underrated Dating Trend," reprinted from *American Heritage*, in *Overrated/Underrated*, Black Dog & Leventhal, 2001.

"Rebels Without a Cause?: Teenagers in the 1950s," reprint from *History Today*, in William Graebner and Leonard Richards, *The American Record: Images of the Nation's Past*, 4th edition, McGraw Hill, 2001.

"Calling Cards and Money," reprint from *From Front Porch to Back Seat*, in Rise B. Axelrod and Charles L. Cooper, *Reading Critically, Writing Well*, 5th edition, Bedford/St. Martin's, 1999.

"Calling Cards and Money," reprint from *From Front Porch to Back Seat*, in Amy A. Kass and Leon R. Kass, *Wing to Wing, Oar to Oar*, University of Notre Dame Press, 1999.

"Dating: A 20th Century Invention," reprint from *From Front Porch to Back Seat*, in *Reading Connections: High Intermediate* (ESL text), Oxford University Press, 1999.

"Calling Cards and Money," reprint from *From Front Porch to Back Seat*, in *The Simon and Schuster Guide to Writing*, Simon and Schuster, 1994, pp. 129-41.

"Calling Cards and Money," reprint from *From Front Porch to Back Seat*, in Martin Itzkowitz, ed., *Mainstreams/Crosscurrents*, Allyn & Bacon, 1995.

"Rebels Without a Cause?: Teenagers in the 1950s," reprint from *History Today*, in *Annual Editions: American History*, vol. II (1991).

"The Economy of Dating," (reprint from *From Front Porch to Back Seat*) in Mark Hutter, ed., *The Family Experience: A Multi-Cultural Reader,* MacMillan, 1990.

## Selected Brief Articles/Encyclopedia Entries/Blogs

"Individual Liberties, World War II, and the Present Crisis," essay in roundtable, Institute for the Study of War and Democracy, National World War II Museum, May 18, 2020 (https://www.nationalww2museum.org/war/articles/ndividual-liberties-wwii-present-crisis).

"Why Hair Matters," *Process: a blog for American history* (*Journal of American History*), April 2020, processhistory.org/why-hair-matters.

"Up for Discussion: What were times in American history when citizens did their part, and what did that mean?" *Zócalo Public Square* (online), May 2017.

"America's Army," *Rorotoko*, May 18, 2010 (online).

"America's Army," *The Page 99 Test*, March 10, 2010 (online).

"Advice Columns," *Encyclopedia of Chicago History*, ed. Jim Grossman, University of Chicago Press, 2004.

"The labor of finding love: Why today's nonsystem is a good thing," *Christian Science Monitor*, February 11, 2002; www.csmonitor.com/images/s.gif.
"Dating," *Encyclopedia of American Studies*, Grolier, 2001.

"Most Overrated/Underrated Dating Trend," *American Heritage*, May-June 2000.

"Sally Rand," *American National Biography*, Oxford University Press, 1999.

"Marriage," in John Garraty, ed., *The Young Reader's Guide to American History*, Houghton Mifflin Co., 1994, pp. 522-24.

"Marriage," in Eric Foner and John Garraty, eds., *The Readers' Encyclopedia of American History*, Houghton Mifflin Co., 1991, pp. 700-02.

"Dating, 20th Century"; "Marriage Education Movement"; and "Baby Boom" in Angela Howard Zophy, ed., *Women's History in the United States: A Handbook*, Garland Publishing, 1990, pp. 55-56, 140-41, 355-56; revised entries for second edition (forthcoming).

"Civil Rights and Women's Rights," *Humanities Viewers' Guide: Martin Luther King, Jr.*, Hawaii Committee for the Humanities, January 1987.

## Reviews

Paul A. Koistinen, *State of War: The Political Economy of American Warfare, 1945–2011* (Lawrence, KS: The University Press of Kansas, 2012), *Pacific Historical Review*, February 2014, pp. 175–76.

Sean Brawley and Chris Dixon, *Hollywood's South Seas and the Pacific War: Searching for Dorothy Lamour* (New York: Palgrave Macmillan, 2012), *Journal of Military History*, April 2013.

John V. H. Dippel, *War and Sex: A Brief History of Men's Urge for Battle* (Amherst, NY: Prometheus Books, 2010), *Journal of Military History*, April 2011.

*R. Crumb's Underground* Exhibit, Institute of Contemporary Art, Philadelphia, *The Sixties*, v. 2 #1 (2009).

*The Price of Freedom: Americans at War* Exhibit, National Museum of American History, Smithsonian Institution, *The Public Historian*, Summer 2005.

Stephanie Coontz, *Marriage: A History* (New York: Viking, 2005), *The Chicago Tribune Book Review*, 22 May 2005.
Lori Rotskoff, *Love on the Rocks: Men, Women, and Alcohol in Post-World War II America* (Chapel Hill: University of North Carolina Press, 2002), *Journal of American History*, December 2003.

Andrew Hurley, *Diners, Bowling Alleys, and Trailer Parks* (New York: Basic Books, 2001), *Business History Review*, 2002, vol. 76, issue 3.
Hilary Radner and Moya Luckett, eds., *Swinging Single: Representing Sexuality in the 1960s* (Minneapolis: University of Minnesota Press, 1999), *American Studies*, Summer 2001.

Jane C. Desmond, *Staging Tourism: Bodies on Display from Waikiki to Sea World* (Chicago: University of Chicago Press, 1999), *American Studies*, Spring 2001.

Pamela Haag, *Consent: Sexual Rights and the Transformation of American Liberalism* (Ithaca: Cornell University Press, 1999), *Journal of American History*, December 2000.

Kathy E. Ferguson and Phyllis Turnbull, *Oh, Say, Can You See?: The Semiotics of the Military in Hawai'i*  (Minneapolis: University of Minnesota Press, 1999), *American Political Science Review*, March 2000.

Spike Lee, *Summer of Sam* (film review; with David Farber), *Journal of American History*, December 1999.

Peter Stearns and Jan Lewis, eds., *An Emotional History of the United States* (New York: New York University Press, 1998), *American Historical Review*, December 1999.

Leslie J. Reagan, *When Abortion Was a Crime: Women, Medicine, and Law in the United States, 1867-1973. Journal of Social History*, Winter 1998.

Brian McAllister Linn, *Guardians of Empire: The U.S. Army and the Pacific, 1902-1940* (Chapel Hill: University of North Carolina Press, 1997), *Journal of American History*, March 1998.

Anthony J. Barker and Lisa Jackson, *Fleeting Attraction: A Social History of American Servicemen in Western Australia during World War II* (Nedlands: University of Western Australia Press, 1996), *Pacific Historical Review*, February 1998.

Jennifer Scanlon, *Inarticulate Longings: The Ladies' Home Journal, Gender, and the Promise of Consumer Culture* (New York: Routledge, 1995), *American Historical Review*, December 1997.

Barbara Defoe Whitehead, *The Divorce Culture* (New York: Alfred A. Knopf, 1997) and Roger Angell, *Nothing But You: Love Stories from the New Yorker* (New York: Random House, 1997), *The Chicago Tribune Book Review*, February 9, 1997.

Nancy Bristow, *Making Men Moral: Social Engineering During the Great War* (New York: New York University Press, 1996), *Journal of the History of Sexuality*, vol 8.

Nat Brandt, *Harlem at War: The Black Experience in WWII* (Syracuse, New York: Syracuse University Press, 1996), *Journal of Social History*, Fall 1997.

Kevin White, *The First Sexual Revolution: The Emergence of Male Heterosexuality in Modern America* (New York: New York University Press, 1993), *Journal of the History of Sexuality*, October 1995.

David J. Langum, *Crossing Over the Line: Legislating Morality and the Mann Act* (Chicago: University of Chicago, 1994), *American Studies*, Spring 1995.

Christie Anne Farnham, *The Education of the Southern Belle: Higher Education and Student Socialization in the Antebellum South* (New York: New York University Press, 1994), *American Studies*, Fall 1995.

Susan J. Douglas, *Where the Girls Are: Growing Up Female with the Mass Media* (New York: Random House, 1994), *History of Education Quarterly*, Winter 1995.

Craig Cameron, American Samurai: *Myth, Imagination, and the Conduct of Battle in the First Marine Division, 1941 - 1951* (New York: Cambridge University Press, 1994), *American Historical Review*, April 1995.

*Days of Waiting*, documentary film review, *Journal of American History*, December 1995.

Karen Dubinsky, *Improper Advances: Rape and Heterosexual Conflict in Ontario, 1880 - 1929* (Chicago: University of Chicago Press, 1993), *Journal of American History*, March 1995.

Stephen Kern, *The Culture of Love: Victorians to Moderns* (Cambridge: Harvard University Press, 1992), *Journal of Social History*, Summer 1994.

Elizabeth Buck, *Paradise Remade: The Politics of Culture and History in Hawai'i* (Philadelphia: Temple University Press, 1993), *American Studies*, (with David Farber), Fall 1993.

Rickie Solinger, *Wake Up Little Susie: Single Pregnancy and Race Before Roe V. Wade* (New York: Routledge, 1992), *Journal of American History*, June 1993.

Wini Breines, *Young, White, and Miserable: Growing Up Female in the Fifties* (Boston: Beacon Press, 1992), *American Studies*, Spring 1993.

Virginia Scharff, *Taking the Wheel: Women and the Coming of the Motor Age* (New York: The Free Press, 1991), *American Historical Review*, February 1993.

Steven Seidman, *Romantic Longings: Love in America*, 1830-1980 (New York: Routledge, 1991), *Journal of Social History*, Fall 1992.

Peter Stearns, *Jealousy* (New York: New York University Press, 1989), *Journal of Social History*, Summer 1991.

Elaine Tyler May, *Homeward Bound: American Families in the Cold War Era* (New York: Basic Books, 1988), *American Historical Review*, April 1990.

Reed Ueda, *Avenues to Adulthood* (New York: Cambridge University Press, 1987), *American Studies*, 1989.

## ACADEMIC PRESENTATIONS

**Invited Talks**

"An Army Afire!" CENFAD, Temple University, November 16, 2023.

"Military Leadership Other-Than-War," Keynote address, Ways of War, Ways of Peace: American and British Leadership Since 1812 symposium, University of Alabama, October 22-24, 2023.

Charles Griffin Lecture, Vassar College, September 12, 2023.

"Mobilization and Total War," Art of War Scholars, Command and General Staff College, Fort Leavenworth, January 27, 2023.

"An Army Afire: Race, Institutional Culture, and Civil-Military Relations," Civil-Military Relations Seminar, US Army War College, November 3, 2022.

"An Army Afire: The US Army and the Problem of Race in the Vietnam Era," Institute for Policy and Social Research (IPSR) Research Lunch, October 24, 2022.

"An Army Afire: The US Army and the Problem of Race in the Vietnam Era," Richard McCarthy Lecture, Dale Center, University of Southern Mississippi, March 9, 2022.

"What is Military History?" panel, On War: Military History Symposium, Pritzker Military Museum and Library, Chicago, IL, March 31, 2022.

"Panelist, "*E Pluribus*? Perspectives on Gender, Race, and Memory from World War II to the Present," in Memory Wars: World War II at 75, National World War II Museum, New Orleans, March 26, 2022 (virtual symposium).

Roundtable, "Why (and How) We Study War and the Military: Reflections on New Scholarship," GAGE Center, University of Virginia, April 22, 2021 (by Zoom).

"The US Army and Racial Crisis: History and Lessons Learned," Racial Diversity in the US Army Webinar/TRADOC Leaders Professional Development Session, Combined Arms Center, Fort Leavenworth, KS, October 23, 2020.

"Feminism in Recent US History," University of Tokyo Faculty of Law, January 7 & 10, 2020.

"The Problem of Race and the US Army," US Law and Politics Seminar, University of Tokyo, January 10, 2020.

"President Trump Has a Problem with Women," Tsuda University, January 10, 2020.

"Why 'What Ought to Be' Matters," Keynote, Workshop on Prescriptive Literature, University Sorbonne Nouvelle, October 11, 2019.

"From Color-Blind to Color-Conscious: 1968 as a Turning Point for the U.S. Army," in "On 1968: 50 Years Later," University of Tokyo, December 15, 2018.

"The 'Me, Too' Movement in Contemporary American Society," Tsuda University, Tokyo, December 14, 2018.

"The Counter-intuitive Case of the U.S. Military," in Freedom Since the Sixties/The Free and the Unfree Department Seminar, History Department, Vanderbilt University, November 5, 2018.

"Prescribing the Pill: The Sexual Revolution in Lawrence, Kansas," Discussion Club, KU, April 9, 2018.

Women at War course, U.S. Army Command and General Staff College, Fort Leavenworth, April 19, 2018.

"The Origins and Persistence of the AVF," in The Future of the AVF and Democracy in America symposium, AVF Forum, The Ohio State University, Columbus, OH, March 29, 2018.

"The U.S. Army and 'the Problem of Race': Afros, Race-Consciousness, and Institutional Logic," in Logics of War: Critical Perspectives on Warfare and Modern American Culture lecture series, Brown University, March 19, 2018.

"Institutional Logic and Social Change: The U.S. Army and 'the Problem of Race' during the US War in Vietnam," Leading Graduate Program, University of Tokyo, December 20, 2017.

"Military-Civilian Relations," Air War College, Montgomery, AL, November 2, 2017.

Women at War course, U.S. Army Command and General Staff College, Fort Leavenworth, May 19, 2017.

Women in War and Peace panel, Chapman University, March 7, 2017.

"Black, White, or Green: The U.S. Army and the 'Problem of Race' in the Vietnam Era," Texas Christian University, March 31, 2016.

"Black, White, or Green: The U.S. Army and the 'Problem of Race' in the Vietnam Era," American Studies, Leeds University, October 22, 2015.

"Who Serves?: Citizenship, the Market, and the All-Volunteer US Army," Institute of Advanced Studies, Chongqing University, China, May 27, 2015.

"Who Serves?: Citizenship, the Market, and the All-Volunteer Army," Bold Aspirations Lecture Series, University of Kansas, October 1, 2014.

"Women and the US Military," Keynote, University of Rochester Stanton-Anthony Conference, October 2013.

"America's Army: Making the All-Volunteer Force," American Discoveries annual lecture, High Point University, NC, April 4, 2013.

"America's Army: Citizenship, the Market, and the All-Volunteer Force," Center for American Studies and Research, American University of Beirut, Beirut, Lebanon, November 29, 2012. "'If you like Ms., you'll love Pvt.': Women and the All-Volunteer Army," Keynote, Women and Gender Conference: Gender and Conflict: Unraveling Paths to Change, University of South Dakota, October 19, 2012.

"Sex as a Weapon," Keynote (one of four), Culture et Contre-Culture: Genèses, Pratiques, Conceptualisations, Colloque International, Université Paris Oest, Nanterre, March 21, 2012.

"The U.S. Counterculture," *Conference*, University of Paris–Diderot, March 22, 2012.

"Who Serves? Citizenship, the Marketplace, and the All-Volunteer US Army," Faculty Seminar, University of Paris–Diderot, March 16, 2012.

"Sex, Love, and Revolution," *Conference*, University of Paris–Diderot, March 15, 2012.

"The All-Volunteer Force," Constraints panel, in Foreign Relations of the United States Special Conference, National Security Policy 1969–1972, March 2-3, 2012, Williams College, Williamstown, MA.

"Who Serves? Citizenship, the Marketplace, and the All-Volunteer US Army," U.S. History Seminar, Cambridge University, November 28, 2011.

"American Exceptionalism," plenary panel, U.S. Intellectual History conference, New York, November 17-18, 2011.

"America's Army," Contemporary History Institute, Ohio University, October 2011.

"Don't Ask Don't Tell: Social Experimentation, Unit Cohesion, and Moral Claims," in Morality, Public Policy, and Partisan Politics in Recent American History workshop (six invited papers), Arizona State University, April 1-2, 2011.

"'If you like Ms., you'll love Pvt.': Women and the All-Volunteer Army," University of Central Missouri, March 15, 2011.

"Defining Women: American Struggles over Sex and Gender in 'The Sixties'," Rethinking the Global Sixties from Transnational and Intergroup Perspectives, Institute of American and Canadian Studies, Sophia University, Tokyo, Japan, December 11, 2010 (three invited US participants).

"The Army Needs Girls as Well as Generals: Women and the Making of the All-Volunteer Force," Bradley University, Peoria, IL, October 28, 2010.

"Talking about the Army," Teach In, Temple University, October 4, 2010.

"America's Army," The Lemnitzer Lecture, Association of the United States Army, Arlington, VA, May 4, 2010.

"The Army in the Marketplace: Making the US All-Volunteer Force," public lecture, University of Melbourne, April 19, 2010.

"Making the All Volunteer Force," Security, the Military and US Society at the Institute for Social & Economic Research & Policy, Columbia University, New York, NY, February 25, 2010.

*America's Army* book launch, Woodrow Wilson International Center for Scholars, Washington DC, November 16, 2009.

"America's Army: Race, Gender, and Social Good in the Post-Cold War Army," Charles O. Jackson Memorial Lecture, University of Tennessee-Knoxville, November 12, 2009.

*America's Army* book launch, Center for Force and Diplomacy, Temple University, October 28, 2009.

"America's Army: Making the All-Volunteer Force," Center for the Humanities at Temple, Temple University, September 24, 2009.

"Advertising and Recruiting," Military Culture General Education Course (History), Temple University, April 14, 2009.

"How Historians Talk about Sex," Sexuality General Education Course (Psychology), Temple University, March 4, 2009.

"Issues in Military Recruiting" Panel, Undergraduate Policy Workshop, Woodrow Wilson School, Princeton University, February 10, 2009.

"Mobilizing and Maintaining the All-Volunteer Army," Miller Center for Historical Studies, University of Maryland, December 4, 2008.

"Teaching Women in American History," in Teaching American History Workshop, Southern Louisiana Teachers' Institute, Nichols State University, Thibodaux, Louisiana, October 2008.

"Patsy Cline and the Problem of Respectability," Sweet Dreams: The Life and Times of Patsy Cline Symposium, Virginia Historical Society, April 4, 2008.

"Today's Army: Is It Your Bag?: Citizenship, Marketing, and the Origins of the All-Volunteer Army," Mayrock Lecture, Ithaca College, February 20, 2008.

Comment on Margaret Marsh, "John Rock and the Reproductive Revolution of the 20th Century: The Early Years of Human in Vitro Fertilization Experiments," Rutgers-Camden History Department Research Seminar, October 12, 2007.

"'Are they sending a hydrogen bomb to the moon?' America's Reaction to the Soviet Launch of Sputnik," in Fifty Years after Sputnik: Science, Technology and Culture in the United States," Temple University, October 5, 2007.

"Teenagers and Dating in 50s Film," Eisenhower Academy, Gettysburg, PA, July 11, 2007.

"War in American Culture," University of Tuebingen, Germany, Sondenforshungsberiech Kriegserfahrungen, June 15-17, 2007.

Roundtable: Grant Writing, James A. Barnes Club Graduate Student History Conference, April 14, 2007.

Speaker, Symposium on publication of Peter Karsten's Encyclopedia *of War and American Society*, History Department, University of Pittsburgh, March 12, 2007.

"The Army in the Marketplace," History Department, University of Pittsburgh, March 12, 2007.

"'Today's Army: Is It Your Bag?': Recruiting the All-Volunteer Army," Perspectives in Military History series, Carlisle Barracks, PA, February 21, 2007.

"The Army in the Marketplace," University of Delaware History Workshop, October 31, 2006.

"Recruiting Women for the All-Volunteer Army," Gender Seminar, University of Kansas, September 2006.

"Local History Methodology: Researching Sex in Lawrence, Kansas," American Studies Workshop, University of Kansas, September 2006.

"Teenagers and Popular Culture in the 1950s," Eisenhower Academy, Gettysburg, PA, July 12, 2006.

"Women and the Family during the Cold War," Kansas State Historical Society Summer Institute, CLIO, June 25, 2006.

"The Army in the Marketplace: Recruiting the All Volunteer Army," Modern America Workshop, Princeton University, April 11, 2006.

"Today's Army: Is It Your Bag?" Center for Force and Diplomacy series, Temple University, April 5, 2006.

"Sexuality," in Rethinking Child Development: A Dialogue Among Historians and Social Scientists," University of California at Berkeley, October 7-8, 2005; sponsored by the UC-Berkeley Center for Child and Youth Policy.

"To Be All You Can Be: Recruiting the All-Volunteer Military," Works in Progress Series, Woodrow Wilson International Center for Scholars, May 2005.
"Cold War Culture," Culture and Power in the Cold War, Saratov, Russia, June–July 2004.

"Modest Revolutions," Tanner Humanities Institute, University of Utah, January 2003.

"Gender and September 11th," Saitama Prefecture Gender Equity Center, Saitama, Japan, May 25, 2002.

"Prescribing the Pill: The American Sexual Revolution and the Birth Control Pill," Center for Pacific and American Studies, University of Tokyo, Tokyo, Japan, May 28, 2002.

"American Studies within the United States," Area Studies in Academia session, Saitama University, Saitama, Japan, May 30, 2002.

"Modest Revolutions," American Studies, College of William and Mary, April 2001.

"Writing Sex Histories," History Department Colloquium, Northwestern University, May 1, 2000.

"Sex in the Heartland," American Studies Faculty Seminar, Northwestern University, May 1, 2000.

"Women, Sex, and the Sixties," Age of Aquarius Series, University of New Mexico, April 20, 2000.

"Nature and Nurture: What's at Stake," Freshman Seminar Public Symposium, University of New Mexico, April 5, 2000.

"At the Border of War: Race and Gender in America's Pacific War," University of Tokyo, Tokyo, Japan, June 1999.

"Gender and the Globalization of American Studies," Ritsumeikan Seminar, Kyoto, Japan, June 1999.

"The Etiquette of Masculinity and Femininity," Hiroshima University, Hiroshima, Japan, June 1999.

"The American Sexual Revolution and Its Legacies," University of the Ryukyus, Okinawa, Japan, June 1999.

"American Women in World War II," Women and War Seminar, Tokyo Women's University, Tokyo, Japan, June 1999.

"Prescribing the Pill: The Sexual Revolution in Lawrence, Kansas," The April Hixon Hour, University of Kansas Medical School, April 1998.

"Sex as a Weapon: Culture, Politics, and the Sexual Revolution," Gender Seminar, Hall Center, University of Kansas, April 1998.

"The Sexual Revolution and Its Legacies," The Elizabeth Evan Baker Lecture Series, Sponsored by the Contemporary History Institute, the Baker Peace Studies Program, and the College of Communications, Ohio University, March 1998.

"Was There a Sexual Revolution?" Women's History Month Lecture, Department of History, University of New Mexico, March 1997.

"Prescribing the Pill: Politics, Culture, and the Sexual Revolution," History Department, University of Hawaii-Manoa, March 1997.

"Prescribing the Pill: Politics, Culture, and the Sexual Revolution," Feminist Research Institute, University of New Mexico, February 1997.

"Contemporary American Thought: Multiculturalism, Feminism, and Religion," Universitas Nasional, Jakarta, Java, Indonesia, June 1996.

"Advertising and American History," Universitas Andalas, Padang, West Sumatra, Indonesia, June 1996.
"Advertising and American History," Universitas Diponegoro, Semarang, Java, Indonesia, June 1996.

"The American Family: History and Contemporary Social Issues," Law Faculty, Universitas Tarumanagara, Jakarta, Java, Indonesia, May 1996.

"Dating in America," Universitas Indonesia, Depok, Java, Indonesia, May 1996.

"The History of Courtship in America," Universitas Darma Persada, Jakarta, Java, Indonesia, April 1996.

"The Selling of the President," in *Who Runs America?* lecture series, Gedung Femina, Jakarta, Java, Indonesia, March 1996.

"The Birth Control Pill and the Sexual Revolution," Willen Faculty Seminar in the Social Sciences, Barnard College, New York, October 1995.

"Negotiating Identity: Writing Race and Gender in the Pacific War," Featured Speaker, Western Association of Women Historians Luncheon, American Historical Association - Pacific Coast Branch, Maui, Hawaii, August 1995.

"Sex in the Heartland: Managing Sexual Misconduct in Ike's America," Women and Society University Seminar, Columbia University, New York, February 1994.

"The Sexual Revolution: What Was Revolutionary about It?" University of Hawaii-Hilo, Departments of History and Women's Studies, Hilo, Hawaii, April 1993.

"Sexual Revolution(s)," The Barnard Center for Research on Women, Barnard College, New York, March 1992.

"Sexual Containment," Willen Faculty Seminar in the Social Sciences, Barnard College, New York, Winter 1991.

"The Crisis of American Masculinity," Graduate History Colloquium, University of Kansas, Lawrence, Kansas, February 1988.

"Hollywood and Cultural Pluralism," Foreign Educators Program, University of Kansas, Lawrence, Kansas, Spring 1988.

"The Etiquette of Masculinity and Femininity," Women's Studies Colloquium, University of Hawaii, Honolulu, Hawaii, November 1987.

"Lifestyle," American Cultural History Graduate Seminar, University of Hawaii, Honolulu, Hawaii, Spring 1987.

**Workshops/Symposia (Organizer)**

Co-organizer with David Kieran, Columbus State University, "Social Change and the US Army" symposium, Columbus State University, February 23-24, 2024 (scheduled).

Co-organizer with Andrew Preston, University of Cambridge (UK), "Teaching Military History" symposium, University of Kansas, October 13-14, 2023 (scheduled).

Co-organizer with Fort Leavenworth's Army University Press and Department of Military History, "Invading Iraq: Diplomatic, Political, and Military Perspectives," University of Kansas, March 3-4, 2023.

Co-organizer with Drew Isenberg, Center for American History, and Paul Landsberg, Symposium on the United States, War, and the Environment in the Twentieth Century Pacific World, Center for Military, War, and Society Studies, University of Kansas, October 15-16, 2021.

Co-organizer with Jon Hoffman, US Army Center of Military History, Symposium on Manpower and Morale after Tet, Center for Military, War, and Society Studies, University of Kansas, April 27, 2019. Aired on C-SPAN.

Co-organizer with Kara Vuic, Alesha Doan, and Shannon Portillo, Managing Sex in the U.S. Military, Center for Military, War, and Society Studies, University of Kansas, February 2018.

Co-organizer with David Farber and Ben Uchiyama, The Attack on Pearl Harbor: A Pacific History, Center for Military, War, and Society Studies, University of Kansas, December 1-2, 2016.

Organizer, Symposium on the All-Volunteer Force, Center for the Study of the U.S. Military and The All-Volunteer Force Forum, University of Kansas, April 28, 2016.

Co-organizer with Richard Immerman, Symposium on US Wars in Iraq and Afghanistan, Center for the Study of Force and Diplomacy, Temple University, October 4-5, 2013.

Organizer, Workshop on the US Military and Society, Center for the Study of Force and Diplomacy, Temple University, March 1-2, 2013.

Organizer, Queer Theory Workshop with Judith Halberstam, Feminist Research Institute, University of New Mexico, March 2003.

**Workshops/Symposia/Panels (Participant)**

"Legacies of the Vietnam War," Veterans Day Event, University of San Diego, November 10, 2022.

"Borders and Boundaries," in Boundaries and Border Crossings Panel, Sites of Military History Symposium, London School of Economics, May 4, 2019.

Presentation, "The Problem of Race," and moderator, "Origins of the AVF" roundtable, Manpower & Morale after Tet symposium, Center for Military, War, and Society Studies, University of Kansas, April 27, 2019.

Roundtable on Political and Military Issues, Symposium on the Vietnam War, Texas Christian University, March 23, 2019.

"Behavior," in Managing Sex in the US Military Symposium, Center for Military, War, and Society Studies, University of Kansas, February 18, 2018.

"America in an Age of Perpetual War," panel discussion with H.R. McMaster and Richard Kohn, Chapman University, September 28, 2018.

"The Challenge of American's Endless Wars," panel discussion with H.R. McMaster and Richard Kohn, The Nixon Library, September 27, 2018.

Chair and Moderator, America First in the Age of Globalization panel, America First: The Past and Future of an Idea symposium, Miller Center, University of Virginia, April 26, 2018.

"The AVF: Its History, Status, and Prospects" in The Future of the AVF and Democracy in America Symposium, Ohio State University, Columbus, OH, March 29, 2018.

"A Pacific Nation? Race, Space, and Place in the Aftermath of the Pearl Harbor Attacks," with David Farber, The Attack on Pearl Harbor: A Pacific History, Center for Military, War, and Society Studies, University of Kansas, December 2, 2016.

Workshop for Junior Faculty (Kathleen Belew), Department of History, Northwestern University, November 10, 2014.
"Historicizing Respectability," Sexual Reputations symposium, Northwestern University, November 8–10, 2013.

Invited Participant, Threatened Order, Societies under Stress: Challenges, Concepts, Ideas during the Cold War of the 1970s & 1980s, Collaborative Research Center, Blaubeuren, Germany, September 13–15, 2013.

"Fighting for a Living" project, Workshop III, International Institute of Social History workshop, Netherlands Institute for Advanced Study in the Humanities and Social Sciences, March 6-10, 2012.

"Fighting for a Living" project, Workshop II, International Institute of Social History workshop, Amsterdam, March 22-23, 2011.

Invited Participant, Army Officer Force Management Integration Course, Army Force Management School, Fort Belvoir, VA, August 9–13, 2010.

"Fighting for a Living" project, Workshop I, International Institute of Social History workshop, Amsterdam, March 4-7, 2010.

Invited Participant, "The Politics of Fear in the Cold War," in the conference series "Between 'Total War' and 'Small Wars': Studies in the Societal History of the Cold War," Hamburg Institute for Social Research, Hamburg, Germany, 5-7 September 2007.

Invited Participant, Radcliffe Seminar: Women and College, Cambridge, MA, May 2004.

Invited Participant, "Multiculturalism in Britain, the U.S.A., and Australia," one-day seminar, Fakultas SASTRA, Universitas Indonesia, Depok, Java, Indonesia, June 1996.

**Academic Conferences**

"'The War within the War': The US Army, Racial Violence, and the US War in Vietnam," Histories of Violence in War conference, Society for the History of War, National Library of Portugal, November 23-24, 2023.

George Herring's Legacy panel, Society for the History of Foreign Relations meeting, Arlington, VA, June 15-17, 2023 (invited).

Moderator, "Revisiting Motherhood and the Military" panel, Society of Military History meeting, San Diego, CA, March 23-26, 2023.

Chair, "World War II and the Environment around the Globe" panel, Society of Military History meeting, San Diego, CA, March 23-26, 2023.

Panelist, "Regulating Sex in the US Military," Society of Military History meeting, Fort Worth, TX, April 28-31, 2022.

Panelist, "Teaching Military History: Means and Ends in the Early 21st Century," Society of Military History meeting, Fort Worth, TX, April 28-31, 2022.

Commentator, "Accessing, Contesting, and Transgressing Space: Gender and Race in the Early 20th Century American Empire," Western Historical Association meeting, by Zoom, October 16, 2020.

Chair, "Whiteness and White Homelands," Western Historical Association meeting, by Zoom, October 14, 2020.

Commentator, "The Soldier and the Law: U.S. Soldiers and Legal Limitations in World War II," Society of Military History meeting, Arlington, VA, May 2020 (Cancelled, Covid-19).

Panelist, War and Society in America: "Defining the Field," Presidential Panel, Society of Military History meeting, Arlington, VA, May 2020 (Cancelled, Covid-19).

Panelist, "Still in *The Shadow of War?* Reflections on the Twenty-Fifth Anniversary of a Classic," Organization of American Historians Meeting, April 2020 (Cancelled, Covid-19).

"The Problem of Sources," in Living, Teaching, and Writing the American Military History of the 21st Century, American Historical Association Meeting, January, 2020.

"The U.S. Army and the Problem of Race: Cultural Nationalism, Afros, and Institutional Logic," Plenary Session 3, Inheritance and Innovation: An International Symposium on Migration, Ethnicity and the American Civilizations Conference, Changchun, China, July 23, 2019.

Chair and Comment, "(De)Militarizing the System: Soldiers, Civilians, and Martial Citizenship in Cold War America," Society of Military History meeting, Columbus, OH, May 10, 2019.

Panel organizer, "Presidential Panel: Mastering USA Jobs: A Workshop," Society of Military History meeting, Columbus, OH, May 11, 2019.

Moderator, "Publishing Military History in the 21st Century: A Roundtable," Society of Military History meeting, Columbus, OH, May 11, 2019.

Chair, Panel D, Kaw Valley History Conference, September 22, 2018.

Chair and Comment, "Gendered Bodies in Public Spheres: Military, Athletic, Carceral" session, Organization of American Historians meeting, Sacramento, CA, April 14, 2018.

Chair and Comment, "The Sensory Landscapes of War" session, Society of Military History meeting, Louisville, KY, April 2018.

Moderator, "Harrowing and Heroic Tales from the Front Lines of Military History: The Teaching Assistant as Teacher" Roundtable, Society of Military History, Louisville, KY, April 2018.

Roundtable, Gender and Conflict: A New Journal, New Questions, Berkshire Conference of Women Historians, June 2017.

Chair and Comment, Gender, Race, and Remembering: Veterans and the Politics of Representation in Postwar America, 1944–2012, Society of Military History, Jacksonville, FL, March 2017.

Roundtable, Military History in the Modern Academy, American Historical Association, Denver, CO, January 2017.

Comment, A Racialized Peace in a Post-1945 World, Waging Peace symposium, University of Southern Mississippi, New Orleans, September 2016.

Roundtable, Pearl Harbor at 75: A Pacific History Conversation, American Historical Association-Pacific Coast Branch, August 2016.

Comment, Martial Managers and War Workers: American Military Justice and Labor in the Midcentury World, Society for the History of Foreign Relations meeting, San Diego, CA, June 25, 2016.

Presidential Panel, The "New" Military History: Intersections with the History of the Environment, Gender, and Race, Society for Military History meeting, Ottawa, Canada, April 15, 2016.

Moderator, Roundtable on War and Sexuality, Organization of American Historians Meeting, Providence, R.I., April 7, 2016.

Comment, Writing U.S. History: The View from Mexico, Organization of American Historians meeting, St. Louis, April 2015.

"Religious Conservatism and the Struggle over Gay Military Service," Conference on American Conservatism, Atlantische Akdmie and German Society for American Studies, Lambrecht, Germany, November 2014.

Chair, Writing US History in China, Organization of American Historians meeting, Atlanta, April 2014.

Organizer and Chair, Roundtable on Gender, Sexuality, and the US Military, Organization of American Historians meeting, Atlanta, April 2014.

Chair and comment, "Our Lives Were Forever Changed": The Legacy of War in the Lives of Families, Society of Military History meeting, Kansas City, April 2014.

Comment, The United States at a Distance: Fixing National Borders and Imperial Ambitions in the Pacific World, Organization of American Historians, San Francisco, April 2013.

Sex without the City: New Geographies of Sexuality in Modern America, Roundtable, Organization of American Historians, San Francisco, April 2013.

"Military Exceptionalism, Civil Rights, and the Struggles over Gays-in-the-Military," in The US Military: Activism, Rights, and Policy, Policy History Conference, Richmond, Virginia, June 2012.

Chair and Comment, "Organizing for the Great War," Policy History Conference, Richmond, Virginia, June 2012.

"The Warfare State since the Vietnam War," Roundtable, Organization of American Historians, Milwaukee, WI, April 2012.

Moderator, "New Narratives of the Second World War," U.S. Intellectual History meeting, New York, November 2011.

Comment, Hagley Library Business History Seminar, on Anne Boylan, "Women's History on the Radio: The Search for a Usable Past, 1935–1953," Wilmington, DE, October 7, 2010.

Plenary Session: A State of War: A Roundtable on Military History as Policy History, Policy History meeting, Columbus, June 5, 2010.

Book Panel on Alan Petigny, The *Permissive Society: America, 1941-1965,* Policy History meeting, Columbus, June 2010.

"Army Games: America's Virtual Soldiers," in Representing Soldiering in the Era of the All Volunteer Military session, Society of Military History meeting, Lexington, May 2010.

Panelist, Don't Ask, Don't Tell, Don't Marry session, American Historical Association meeting, San Diego, January 2010.

Chair, Roundtable on Studying War and Peace through American Studies /Studying America by Studying War and Peace session, American Studies Association Meeting, Washington, DC, November 2009.

Chair, Education, Race, and History in the Culture Wars session, History of Education Society meeting, Philadelphia, October 2009.

Chair and Comment, "Race, Sex, and Gender in the Twentieth Century Military: The Confluence of Military and Domestic Culture" session, Organization of American Historians meeting, Seattle, March 2009.

"'If you like Ms., you'll love Pvt.': Women, Recruiting, and the All-Volunteer Army," in Gender, Race, and 'Liberation' session, European Social Science History Conference, February 2008.

Chair and Comment, "Who Shall Bear Arms for the State?: Conscription, Gender, and the Formation of Modern Citizens and Subjects" session, Social Science History Association, November 2007.

Chair and Comment, "Sex and National Security" session, American Studies Association meeting, Philadelphia, PA, October 2007.

"Recruiting, Advertising, and the All-Volunteer Army," in "The Politics of Representation/The Representation of Politics" session, Pacific Coast Branch, American Historical Association meeting, Honolulu, HI, July 2007.

"If you like Ms., you'll love Pvt.: The Modern Volunteer Army and the Woman Soldier," in Calculated Appeals: The U.S. Army and its Publics, from the Korean War to the All-Volunteer Era session, Society of Military History, Frederick, MD, April 2007.

Chair, "Rethinking Women in American Politics" session, James A. Barnes Club Graduate History conference, Temple University, April 2007.

"'If you like Ms., you'll love Private': The Modern Volunteer Army and the Woman Soldier," in Military Labor session, Organization of American Historians Meeting, Minneapolis, MN, March 2007.

"Lecturing at a Japanese University," in Ten Years and Growing: Americans and Japanese Reflect on the Short-Term Residency Program, Organization of American Historians meeting, Minneapolis, MN, March 2007.

"'If you like Ms., you'll love Pvt': The Modern Volunteer Army and the Woman Soldier," in From Proper Ladies to Liberated Women: Changes in Military Recruiting Strategies, 1948-1979 session, Women and War conference, Sarah Lawrence, March 2007.

Chair and Comment, Diversity on Display: Liberalism and the Uses of Multiculturalism in the 1970s session, American Studies Association Meeting, Oakland, California, October 2006.

Roundtable on the New Military History, American Historical Association, Philadelphia, January 2005.

Comment, *Rethinking American Feminism in the Postwar Years*, American Studies Association Meeting, Atlanta, November 2004.

Chair, *Consuming Revolution: Students, Grunts, and Punks in Post-1945 America* Session, Organization of American Historians Meeting, Boston, March 2004.

"Children and Sexuality," *Comparative Childhoods* Session, Childhood: A World History conference, Berkeley, California, October 2003.

"She can bring home the bacon . . .: Renegotiating gender in the 1970s." in *Reevaluating the 1970s: Politics, Gender, and the Arts* Session, Pacific Coast Branch, American Historical Association Meeting, Honolulu, July-August 2003.

Comment, *Femininity and Feminism: Challenging and conforming to the politics of women's place in San Francisco, Oakland, and Seattle, 1950-1965* Session, Pacific Coast Branch, American Historical Association Meeting, Honolulu, July-August 2003.

Comment, *Revisionist Perspectives on the 1960s* Session, Organization of American Historians, Memphis, April 2003.

"Sex in the Heartland," in *Sex in the Heartland* Session, Organization of American Historians, Los Angeles, April 2001.

Comment, *Goodbye to All That: Rethinking the Sexual Revolution* Session, American Studies Association, Detroit, October 2000.

Chair, *Performative Protest in the 1960s and Early 1970s*, American Historical Association, Chicago, Illinois, January 2000.

"Starting from Scratch: Setting Up a New Media Program for Classroom Teaching," in *American Studies and the New Media Session* (Pre-convention workshop for Program Directors), American Studies Association, Montreal, Canada, October 1999.

"Gender and the Globalization of American Studies," Japanese Association of American Studies Meeting, Tokyo, Japan, June 1999.

Comment, *Anxiety in the American Century* Session, American Studies Association, Seattle, Washington, November 1998.

"Sex as a Weapon," *Tools and Weapons: The 1960s Counterculture in the West* Session, Western History Association, Sacramento, California, October 1998.

Chair, *Alfred Kinsey: The Citizen and the Sex Researcher* Session, Organization of American Historians Meeting, San Francisco, April 1997.

"Beyond the Barricades: Students, Administrators, and the Sexual Revolution," in *In Loco Parentis: Controlling and Negotiating Sexuality in 20th Century America*, American Historical Association Meeting, New York, January 1997.

Chair, *Discretion Assured: American Morality and the Discourse of Decency* Session, American Studies Association Meeting, Kansas City, November 1996.

Commentator, *Law and the Sexual Revolution* Session, American Society for Legal History, Richmond, Virginia, October 1996 (comments sent).

"The Changing American Family: Individualism and Community," Fourth International Conference of the Indonesian Association for American Studies, Jakarta, Java, Indonesia, June 1996.

Commentator, *Cultural Constructions of Nineteenth-Century Prostitutes* Session, American Historical Association - Pacific Coast Branch, Maui, Hawaii, August 1995.

"Sex, Gender, and Civility: The Rhetoric of Sexual Freedom in America's Heartland, 1965-75," in *Discourses on Sexuality and Sexual Freedom in the 20th Century* Session, Carleton conference on the History of the Family, Carleton University, Ottawa, Canada, May 1994.

"Fragile Connections: Women and Men in Hawaii during World War II," in *Different American Homefronts during World War II* Session, Organization of American Historians Annual Meeting, Chicago, April 1992.

"There Was a Lot of Heartbreak: Women in Hawaii during World War II," in *Australia and Hawaii during World War II* Session, American Historical Association - Pacific Coast Branch, Kona, Hawaii, August 1991.

Chair and Commentator, *Women and Crime* Session, American Historical Association - Pacific Coast Branch, Kona, Hawaii, August 1991.

"Sex and War on the Rock," in *Vice on the Margins* Session, American Historical Association Annual Meeting, New York, December 1990.

"'_____ is a Q____': The Treatment of Sexual Misconduct in Ike's America," in *The Meanings of Sexuality* Session, American Studies Association Annual Meeting, New Orleans, November 1990.

"Hotel Street, 1941-45: The Vice District as Theater and Sewer," with David Farber, Modes of Inquiry in American City History Conference, *Journal of Urban History* and the Chicago Historical Society, Chicago, November 1990.

"Sexual Containment," in *Sexuality in the 1950s* Session, Ike's America Conference, Lawrence, Kansas, October 1990.

Chair and Commentator, *The Military and Vice* Session, Mid-America American Studies Association, Omaha, Nebraska, April 1989.
"'But They're Cousins . . .': Television and the Search for National Identity," in "American Identity and International History" Session, American Historical Association Annual Meeting, Cincinnati, December 1988.

"Re-Evaluating the Fifties: American Television Commercials and the World Without Limits," Mid-America American Studies Conference, Lawrence, Kansas, September 1988.

**INVITED PUBLIC TALKS**

"An Army Afire!" Washington Seminar/WWICS (zoom), October 30, 2023.

"An Army Afire," Kansas City Public Library, August 31, 2023.

Panelist, "We Demand: The Call for Healthcare, Childcare, Affirmative Action, and Leadership Reforms at KU," February Sisters 50th Anniversary Panel, University of Kansas, April 12, 2022.

"A Century of Women's Empowerment: Past, Present & Future," @america, Jakarta, Indonesia, August 21, 2020 (by Zoom).

"The US Army and the Problem of Race: Afros, Race-Consciousness, and Institutional Logic," Army Heritage and Education Center, August 12, 2020 (by Zoom).

"The War within the War: Race and Vietnam," World War I Museum and Memorial, Kansas City, MO, February 26, 2020; subsequently aired on C-SPAN.

Community Engagement: World War II and the Lawrence-Douglas County Health Department, kick-off talk for Public Health Week, Lawrence-Douglas County Health Department, April 1, 2019.

"Writing Sex in Kansas," University Women's Club, University of Kansas, November 1, 2018.

Panelist, Drafted Service: 100th Anniversary of the United States Selective Service, National World War I Museum, Kansas City, May 18, 2017.

"Black, White, or Green: The US Army and the Problem of Race," Hall Center for the Humanities dinner, January 14, 2016.

"Finding Sex in the Heartland," Gallery Lecture Series, Watson Library, University of Kansas, October 7, 2015.

"A Brief History," Recruiter Training Meeting, Harrisburg Recruiting Battalion, March 2, 2007.

"Recruiting the All-Volunteer Army," Phi Alpha Theta Student Reception, Temple University, April 27, 2006.

"Sex in the Heartland," Page One Books, Albuquerque, New Mexico, October 1999.

"Sex in the Heartland," The Raven (bookstore), Lawrence, Kansas, October 7, 1999.

"Sex in the Heartland," University of Kansas Union, Lawrence, Kansas, October 5, 1999.

"WWII Hawaii," Fireside Talk, Arizona Memorial, Pearl Harbor, Hawaii, June 1993.

"A History of the Family in America," First Presbyterian Church of Greenwich, March 1992.

"The Dating Game," Wyandotte County Historical Society and Museum, February 1989.

"Courtship and History," History Awards Banquet, University of Kansas, Spring 1988.

## CONSULTING and PUBLIC HISTORY (Selected)

Consultant and Trainer, "Complicated Service: The Experiences of BIPOC, Women, Immigrant, and Queer Military Service Members in U.S. History," NEH "Experiences of War" proposal, Minnesota Humanities, 2022-2023.

Consultant, "Coming Home: The Women Airforce Service Pilots of World War II," The Red Door Films, documentary project development, 2022-2023.

Advisory Board, "Our War Too," National World War II Museum, 2022—present.

Advisory Board, The American Soldier in World War II (NEH-supported digital project; https://americansoldierww2.org/), 2018-present.

Member, Conference Committee, "Contested Memories: World War II at 75," National World War II Museum, 2019–2020.

Advisory consultant, *The Vietnam War* exhibit, New York Historical Society, 2015-2017.

RAND History of American Military Policy Advisory Committee, 2015–2017.

Consultant, Textbook project, King Abdul Aziz Foundation, Riyadh, Saudi Arabia, December 3–10, 2015.

Consultant, *Journey to Normal* documentary project (servicewomen returning from Iraq and Afghanistan), Andrew Swenson and JulieHera DeStefano, director/producer, 2012-present.

Consultant, *Women of '69, Unboxed* documentary project, Liz Gallese, director, 2012-present.

Consultant, *A Time to Stir* documentary project (Columbia,1968), Paul Cronin, director, 2010–present.

On-camera interview and consultant, "Sex and World War II" (one hour of 3-hour sequence is based on *The First Strange Place*), dir. Rhys Thomas, Greystone Films, History Channel, spring 2002.

Consultant, "The Pill," *The American Experience*, Stuard Gazit Productions, 2003.

Consultant, "American Teenagers," NEH Documentary Film Development Project, Hometown Productions, Steve Alves and Grace Palladino, Baltimore, 1997-present.

Consultant, "American Families," Documentary Film Project, Paradise Productions, Inc., New York (proposed five-part series for PBS), 1996.

Consultant, "Teenage New Jersey," New Jersey Historical Society, Newark, NJ, NEH Exhibit Development Project, 1994-97.
Consultant, "The Mercury 13," film development project, Laurie Kahn-Leavitt, Blueberry Hill Productions.

Consultant, "Sexual Politics," Documentary Film Project, Sydney Pollack, dir., HB Pictures, Santa Monica, CA, Turner Broadcasting Service's *Century Series*, 1993.

Consultant, "Motown Sound" Exhibit, Henry Ford Museum and Greenfield Village and The Motown Museum, Detroit, NEH Exhibit Development Project, 1993.

Consultant, "Barbie," Documentary Film Proposal, KITV – Seattle, 1993.

Consultant, *Total Baby*, Documentary Film, Kate Davis and Alyson Denny, dir., New York, NY, 1991.

On-Camera Commentator and Consultant, *Rape by Any Name*, Documentary Film, New Orleans, LA, 1990.

Project Assistant, Jane Addams-Hull House Oral Histories and Museum Exhibit Development Project, Hull House Museum, Chicago, IL, 1983.

Researcher and Production Assistant, "Edgar Allan Poe: A Dreamer, In Space, In Time," Documentary Film Project, Jean Mudge Productions, Chicago, IL, 1983.

## SELECTED MEDIA

"Military Historians are People Too" podcast, March 2022.

"The Draft," Angry Planet podcast, recorded January 22, 2021.

Interview on the National Guard, Voice of America—Russia, January 12, 2021.

Interview and appearance, documentary on conscription in the Republic of Korea, SK Broadband, Seoul, Korea, fall 2020.

Interview, "Fighting Together in Korea" radio documentary/podcast, short version on BBC4 in August, 2020; long version in BBC World Service, The Documentary Podcast, October 2020.

Interview on KCUR Public Radio, "Hair and the Military," January 16, 2020.

Interview, "Does Wanting a Guy to Pay for Dinner Make You a Bad Feminist?" Women and Radio podcast, October 2019.

On-Camera interview, CNN documentary, *The Seventies*, 2015.

Consultant and on-camera interview, *Who Do You Think You Are* (television program, Brian Cranston episode), 2015.

Guest, "An end to the combat ban for women," Radio Times with Marty Moss-Coane, WHYY radio, January 28, 2013.

Guest, "The History of Dating and Tech," Spark with Nora Young, CBC radio, February 1, 2013.

Cultureshock, Irish National Radio, on *Mad Men*, August 2010.

"Love Me Did: A History of American Courtship," *Backstory* interview with the American History Guys, National Public Radio, January 2010.

On-camera interview, "1969," Telling Pictures, History Channel documentary, first broadcast July 2009.

On-camera interview, "Dating Confidential," Canadian Broadcasting Company, 2008.

"To Be All You Can Be," History News Network podcast interview, 6 January 2006.

"Be All You Can Be," *Dialogue* (Woodrow Wilson Center-sponsored public radio television and radio program), 2005.

"Talking History," OAH radio program, January 2002.

On-camera interview and consultant, "Sex and World War II" (one hour of 3-hour sequence is based on *The First Strange Place*), dir. Rhys Thomas, Greystone Films, History Channel, spring 2002.

Consultant, "The Pill," *The American Experience*, Stuard Gazit Productions, 2003.

On-camera interview and consultant, *The History of Sex in 20th Century America*, History Channel, 2001.

Guest, KUNM, New Mexico public radio, October 1999.

Guest, "Mid-Morning," Minnesota Public Radio, September 1999.

Guest, *Connections*, KNME-TV, Albuquerque, February 1999.

On-camera interview, "David Halberstam's *The Fifties*," The Fifties, Inc., The History Channel, 1997.

Guest, *Prime Time*, Canadian Broadcasting System, on three half-hour radio shows, 1993.


## READING GROUPS AND FACULTY SEMINARS

Sponsor, Military History Pizza and Discussion Group, Department of History, University of Kansas, 2018-19.

Co-organizer, Military and Society Seminar, Hall Center for the Humanities, 2017-18.

U.S. History Reading Group, Philadelphia, Fall 2004-2007.

Gender Reading Group, Society of Fellows, Temple University, Fall 2004; 2006-07.

Chicana Literature and Feminist Theory, Feminist Research Institute, University of New Mexico, February 1999.

Feminist Theory Reading Group, Feminist Research Institute, University of New Mexico, 1997.

Barnard College Willen Seminar, 1991-1996.

NEH Conference on American Studies Curricula, Vassar College, May 1992.

Advanced Feminist Theory Reading Group, Barnard College, 1992-93.

Women's History Reading Group, University of Kansas, 1988-90.

History and Theory Reading Group, University of Kansas, 1988-89.

Theory Reading Group, University of Hawaii, 1987-88.

Forum for Feminist Scholarship, University of Chicago, 1983-85.

Feminist Theory Workshop, University of Chicago, 1984-85

## SERVICE

### Professional

External Evaluator, RAND Corporation, Office of Research Quality Assurance, October 2023.

Chair, Department of the Army Historical Advisory Sub-Committee, Army Education Advisory Committee, by appointment Secretary of the Army; previous service as committee member, 2015-2020.

Associate Director, Week Three, The Summer Seminar in Military History, June 24-30, 2023.

Summer Seminar Committee, Society for Military History, 2019-April 2023; May 2023-present.

Chair, Merle Curti Social History Book Prize Committee, Organization of American Historians, 2022-23.

Executive Board, Society of American Historians, 2 terms, 2016—2024.

Reviewer, National Humanities Center Fellowship Competition, December 2021.

Reviewer, National Humanities Center Fellowship Competition, December 2019.

Member, Conference Committee, "Contested Memories: World War II at 75," National World War II Museum, 2019–2020.

Advisor, "Social and Cultural Histories for the Public: The Great Depression and World War II," Choices Program and Brown University History Department, 2019.

Evaluator, Organization of American Historians and American History and Research Association of China Exchange project (funded by Ford Foundation) including meetings in PRC, July 2019.

Board of Editors, *Modern American History*, 2017-present.

Trustee, Society of Military History, elected 2017; term 6/2017-5/2021.

Chair, Subcommittee on Prizes, Society of Military History, 2018-19.

Coffman Prize Committee, Society of Military History, term 2016-2019; chair 2017-18.

Joan Kelly Prize Committee, American Historical Association, 2016-17, 2017-18, 2018-19.

"Digital Projects for the Public" Evaluation Panel, National Endowment for the Humanities, September 2017.

Coordinator, Organization of American Historians/American History Research Association of China Exchange Program, 2016-2019.

Department of the Army Historical Advisory Sub-Committee, Army Education Advisory Committee, appointed by the Secretary of the Army, 2015-2020.

"Standing Together" Initiative Evaluation Panel, National Endowment for the Humanities, Fall 2015.

Evaluator, Organization of American Historians and American History and Research Association of China Exchange project (funded by Ford Foundation) including meetings in PRC, 2015.

Chair, International Committee, Organization of American Historians, 2013-2014; German Residency Subcommittee Chair, 2012, 2013; committee member 2011-2015 term.

Institutional Proposal Referee, Standing Together Initiative, National Endowment for the Humanities, 2014.

Membership Committee, Society of Military History, 2011-2013.

Board of Editors, *Pennsylvania Magazine of History and Biography*, 2011-2014.

Fellowship Referee, American Council of Learned Societies, 2009.

Board of Editors, *The Sixties: A Journal of History, Politics, and Culture*, 2007-2022.

National Campaign Committee, Chicago Historical Society, 2003.

Advisory Board, Philadelphia LGBT Oral History Project, 2005.

Member, Organization of American Historians–Japanese Association of American Historians Collaborative Committee, 2003-2006.

Project Advisory Committee, American Studies Association–Japanese Association of American Studies, 1999, 2000.

Educause Medal Prize Committee, American Studies Association, 1999.

Judge, Zia Book Prize (non-fiction), New Mexico, 1998.

Board of Editors, *Pacific Historical Review*, 1998-2001.

Board of Editors, *American Studies*, 1993-2001.

NEH Summer Stipend Program Referee, National Endowment for the Humanities, 1996; 1997 (1995 invitation accepted; applications not solicited due to funding cuts).

Advisory Committee of the American Studies Program (International), American Council of Learned Societies, 1994; 1995.

Associate Editor, Performing Arts, *American National Biography*,1990 to 1997.

Manuscript Referee for *American Quarterly*, *American Studies*, *Australian Feminist Studies*, *Australasian Journal of American Studies, Critical Military Studies*, *Frontiers*, *Journal of American History*, *Journal of American Studies*, *Journal of Critical Military Studies*, *Journal of Military History*, *Journal of Social History, Journal of Women's History, Law and Social Inquiry*, *Modern American History, Pacific Historical Review, Journal of Policy History, Pennsylvania Magazine of History and Biography, Radical History Review*, *Signs, The Sixties, Yale Law Journal*.

Manuscript Referee for University of Chicago Press, Columbia University Press, Cornell University Press, Fordham University Press, Harvard University Press, Johns Hopkins University Press, New York University Press, Temple University Press, University Press of Kansas, University of Minnesota Press, University of Illinois Press, University of North Carolina Press, University of California Press, Blackwell Publishers, Barnard Biography Series for Young Adults, Bedford St. Martins.

**College and University**

Executive Committee, Council of Distinguished Professors, University of Kansas, 2020—2024.

Search Committee, Director, University Press of Kansas, Summer 2023.

Director, Center for Military, War, and Society Studies, University of Kanas, 2015-present.

Institute for Policy and Social Research Board, University of Kansas, 2015-present.

Hall Center for the Humanities, Byron Caldwell Smith Awards (Poetry), University of Kansas, 2021.

Hall Center for the Humanities Sias Graduate Fellowship Committee, University of Kansas, Spring 2020.

Hall Center for the Humanities Review Committee, Mid-Career Fellowship and Residential Fellowships, University of Kansas, Fall 2019.

Chair, Hall Center for the Humanities Director and Distinguished Professor Search Committee, University of Kansas, 2018.

Chair and designated Principal Investigator, KU committee to create "Standing Together Course" and NEH proposal, 2016-17.

Review Committee, Hall Center for the Humanities Col(LAB)oratives, University of Kansas, 2017.

Editorial Board, University Press of Kansas, 2016-2020.

Advisory Committee, Women, Gender, and Sexuality Studies, University of Kansas, 2016-19.

Planning/Advisory Board, Institute for International Studies, University of Kansas, 2015-16.

Summer NEH University Committee, University of Kansas, 2015.

Chair, Ad Hoc Committee on CLA Merit System, Temple University, Spring 2012-Spring 2013.

Executive Committee, College of Liberal Arts, Temple University, 2010-2013 (3-year term).

President's Ad Hoc Committee for Revision of Tenure and Promotion Guidelines, 2010-2011.

Board Member, Center for the Humanities at Temple, 2010-2013.

Women Studies Steering Committee, Temple University, 2006-2010.

Associate, Center for Force and Diplomacy, Temple University, 2004-2015.

Search Committee, Joint Position in Women's Studies and French, German, Italian, Slavic Languages, 2008-09.

Temple University Tenure and Promotion Committee, 2007-2010.

Subcommittee on Research and Academic Community, Strategic Planning Initiative, Temple University, 2008.

Invited participant, Provost's Academic Roundtable/Strategic Planning Meeting, Temple University, October 2007.

Women's Studies Program-Sociology Search, 2007.

College of Liberal Arts Merit Committee, Temple University, 2006-2007.

Chair, Screening Committee for Women Studies Director, University of New Mexico, 2003.

Director, Feminist Research Institute, University of New Mexico, 2001-2004.

Co-Chair, Cultural Studies Colloquium, University of New Mexico, September 1999-2004.

Member, University of New Mexico Press Board, 1999-2002.

Member, Women Studies Program Executive Board, University of New Mexico, 2001-2004.

Member, Cultural Studies Program Faculty Committee, University of New Mexico, January 1998-2004.

Member, Feminist Research Institute Faculty Board, University of New Mexico, January 1997-2000.

Representative, University Senate, University of New Mexico, 1999-2001.

Regents Scholar Selection Committee, University of New Mexico, 2002, 2003.

NEH Summer Stipend Nominations, College Committee, University of New Mexico, 2000.

Tenure and Promotions Committee, University of New Mexico, 2001.

Chair, Gunther Starkey Teaching Award Committee, University of New Mexico, Fall 1999.

NEH Summer Stipend Nominations, College Committee, University of New Mexico, 1999.

Representative, University Senate, Columbia University, 1994-95.

Columbia University Senate Education Sub-Committee, 1994-95.

Speaker, Barnard College Alumnae Meeting, New York, February 1994.

Speaker, Barnard College Major Gifts Campaign, Los Angeles and San Francisco, April 1993.

Women's Studies Advisory Board, University of Kansas, 1988-89.

Judge, Phi Alpha Theta Prize Competition, University of Hawaii, Honolulu, March 1993.

**Department**

Undergraduate Committee, 2023.

Post-Tenure Review Committee, Department of History, University of Kansas, 2017; 2021 (evaluations suspended due to pandemic).

Chair, Sabbatical Committee, History Department, University of Kansas, 2019.

Chair, Britain and its Empire Distinguished Professor Search Committee, History Department, University of Kansas, 2018-19.

P&T Committee, Department of History, University of Kansas, 2017; 2018.

Member, Governance Committee, History Department, University of Kansas, 2018-21.

Graduate Committee, Department of History, University of Kansas, 2015-2018.

Sabbatical Committee, Department of History, University of Kansas, 2015.

Director, History Honors Program, Temple University, 2011-2014.

Chair's Advisory Committee, History Department, Temple University, 2013-2014.

History Department Merit Guidelines Committee, Temple University, 2013.

Personnel Committee, History Department, Temple University, 2006-2008; 2012-2014.

Interim Chair, History Department, Temple University, 2010-2011

Associate Chair, History Department, Temple University, 2009-2010

Director of Undergraduate Studies, History Department, Temple University, 2007-2008; 2008-2009; 2009-2010.

Chair, Public History Search Committee, History Department, Temple University, 2007-2008.

Department Planning Committee, History Department, Temple University, 2007.

Faculty Hiring Overview Committee, History Department, Temple University, Fall 2004.

European History Search Committee, History Department, Temple University, Fall 2004.

Acting Chair, American Studies Department, University of New Mexico, 2003-2004.

Undergraduate Director, American Studies Department, University of New Mexico, 2001-2003.

Graduate Director, American Studies Department, University of New Mexico, 1999-2000.

Faculty Research Profile for Graduate Unit Self-Study, American Studies Department, University of New Mexico, 2002-2003.

Graduate Admissions Committee, American Studies Department, University of New Mexico, 1999, 2000, 2001, 2002, 2003.

Graduate Financial Aid/Fellowship/Teaching Committee, American Studies Department, University of New Mexico, 1999, 200, 2001, 2002, 2003.

Search Committee, Popular Culture/Cultural Studies position, American Studies Department, University of New Mexico, 2001-2002.

Search Committee, Race, Class, Ethnicity position, American Studies Department, University of New Mexico, 2001-2002.

Chair, Committee to Design Merit Pay System, American Studies Department, University of New Mexico, 2001.

Chair, Merit Pay Committee, American Studies Department, University of New Mexico, 2001, 2002.

Graduate Handbook Revision, American Studies Department, University of New Mexico, 2000.

Director of American Studies Program, Barnard College, 1989-1994.

**Curriculum Development and Reform**

GenEd Course Development Groups (American Revolutions; Identity), Temple University, 2006-2007.

Web-based curriculum development project, CIRT, University of New Mexico, 2001-2002.

Chair, Committee to revise M.A. degree requirements, American Studies Department, University of New Mexico, 2001.

Organized New Media initiative for American Studies department, UNM: arranged graduate student training courses (3) on use of this technology, created dedicated classroom and computer lab for department (including grants for funding), September 1998-June 2000.

Re-organization of Curriculum, Kajian Wilayah Amerika (American Studies Graduate Program), Universitas Indonesia, Jakarta, Java, Indonesia, June 1996.

"Cultural Studies: Research and Teaching," One-day seminar for English Department Faculty, University of Indonesia, Depok, Java, Indonesia, May 1996 (sole organizer and presenter).

Re-organization of American Studies Major, Barnard College, 1991.

Curriculum Review Committee, Barnard College, 1991.

Committee on Instruction, Barnard College, 1989-91.

Writing Curriculum Committee, Barnard College, 1990.

## TEACHING

### Courses Taught

***Graduate Seminars***

*University of Kansas (since 2015)*
Graduate Research Seminar
Military, War, and Society
Dissertation Colloquium

*Temple (History)*
Dissertation Colloquium
Military and Society/War and Culture
Masculinities
History of Sexuality
Social History Research Seminar
Cultural History Research Seminar
US History Research Seminar
Introduction to US History II

*University of New Mexico (American Studies)*
American Studies Proseminar
Democracy and American Culture
Popular Culture Theory and Methods
Research Methods

***Undergraduate Seminars and Colloquia***

*University of Kansas (History, since 2015)*
History Capstone Writing Seminar

*Temple (History)*
Intermediate Writing Seminar, US History
History Capstone Writing Seminar, US History
Honors US History Survey, 1865–present
Honors Research and Historiography
Honors Research Seminar

*University of New Mexico (American Studies):*
American Studies Senior Research Seminar

*Barnard College/Columbia University (History and American Studies):*
American Studies Junior Colloquia:
- The Question of National Character
- The 1950s
- Cultural Contact
- Popular Culture

Cultural Studies
American Thought
First-year Seminar: Concepts of Self and Other
War and American Culture
History Senior Thesis Seminar

*University of Kansas (History, 1987-89)*
Freshman Honors Seminar in American History, Pre-contact–1877
Freshman Honors Seminar in American History, 1877–Present

*University of Hawai'i (Women Studies):*
Gender in Modern America

*University of Chicago*
Advanced Professional Writing

**Undergraduate Lecture Courses**

*University of Kansas (History; since 2015)*
Youth, Sex, and Romance in 20th Century America
War and 20th Century US Culture and Society
Sex/Gender/Film/History

*Temple University (History)*
Youth, Sex, and Romance in 20th Century America

Sex/Gender/Film/History

*University of New Mexico (American Studies)*
War and 20th Century American Culture
Sex/Gender/Film/History
Television and American Culture

*Barnard College, Columbia University (History)*
The History of Sexuality in America
American Cultural History: The Problem of Democracy in a Mass Society
American Cultural History: The Construction of Difference in 20th Century America

*University of Kansas (History, 1987–89)*
Sex Roles and Family Structure in Modern America

***Surveys and Introductory Lecture Courses***

*Temple University (History)*
American Revolutions (General Education course)

*University of Kansas (History, 1987-89)*
American History Survey, Pre-Contact-1877
American History Survey, 1877-present

**Supervision of Ph.D. Students**

Karin Gresham, Department of History, University of Kansas, in coursework.

Tom Moore, Department of History, University of Kansas, ABD November 2023.

Titus Firman, Department of History, University of Kansas
   Dissertation in progress: "Off-Limits: The U.S. Army's Fight Against Racial Discrimination in
      Civilian Communities, 1948-1984"
      (leave of absence 2022 calendar year for National Guard deployment)

***Completed:***

Paul Landsberg (co-chair), Department of History, University of Kansas, August 2022
   "Deploy Globally, Train Locally: The U.S. Army and the Global Environment"
   • Major, US Air Force, with eventual assignment to US Air Force Academy

Brian Trump, Department of History, University of Kansas, June 2022
   "Sex Crimes and Criminal Sexuality: Legislating and Policing the Boundaries of Community
      in Nebraska,1880-1980"
   • Editor, Civil War Governors of Kentucky Digital Documentary Edition

Marjorie Galleli, Department of History, University of Kansas, December 2021
  "Two Sides of the Same COIN: A History of the US and Counterinsurgency during Operation
      Iraqi Freedom"
  - Assistant Professor of History, Kansas State University, 2023-present; Henry Chauncey
    Jr. '57 Postdoctoral Fellowship, International Security Studies and the Brady-Johnson
    Program in Grand Strategy, Yale University, 2022-23

John Worsencroft, Temple University, July 2017
  "Family Affairs: Military Families in the Post-Vietnam Era"
  - Assistant Professor, Louisiana Tech, Department of History and Waggonner Center.

Sarah Robey, Temple University, Fall 2016
  "The Atomic American: The Redefinition of Citizenship in a Nuclear State, 1945-1962"
      *Atomic Americans: Citizens in a Nuclear State*, Cornell University Press, 2022
  - Associate Professor, Department of History, University of Idaho

Tim Cole, Temple University, Fall 2015
  "'Kids in America': Teenagers in American Politics, Culture, and Law, 1970-1985"
  - Independent researcher

Dan Royles, Temple University, 2013
  "'Don't We Die Too?': The Political Culture of African American AIDS Activism"
      published as *To Make the Wounded Whole: African-American Responses to
      HIV/AIDS*, University of North Carolina Press, 2020
  - Associate Professor, Department of History, Florida International University

Katherine Lehman, PhD. University of New Mexico, 2006
  Dissertation published as *Those Girls: Single Women in Sixties and Seventies Popular Culture*,
      University Press of Kansas, 2011
  - Associate Professor, Department of Communications, Albright College

Donna Knaff, PhD, University of New Mexico, 2005
  Dissertation published as *Beyond Rosie the Riveter*, Univ. Press of Kansas, 2009
  - Historical Research and Investigation Branch, Joint POW/MIA Accounting Command

Robert Teigrob, PhD, University of New Mexico, 2003
  Dissertation published as *Warming Up to the Cold War: Canada and the United States'
      Coalition of the Willing, from Hiroshima to Korea*, University of Toronto Press, 2009
  - Professor, Department of History, Ryerson University, Toronto, Canada.

James Stone, PhD, University of New Mexico, 2003
  Dissertation published as *America Through a British Lens:* Cinematic Portrayals, 1930-2010,
      McFarland, 2017
  - Associate Professor, Department of Cinematic Arts, University of New Mexico

Kathy Freise (co-chair), PhD, University of New Mexico, 2001

"Reverberating Disputes: Public Art, Controversy and Memory"
- Freelance writer and editor, Albuquerque NM

**Dissertation Committees, member**

*University of Kansas*

Joon Chung
Charles Bowery (American University)
Sam Rogers
Adam Rodger
Brian Carnaby
Geof Newman (American Studies)

*Completed*

Trent Lythgo (Political Science)
Dan Chmill
Ashley Neale
Garret Gatzmeyer
Hosub Shim
Davut Ayan (Economics)
Mark Folse (History, University of Alabama)
Cristen Bryson (History, Sorbonne Nouvelle, France)
Adalia Draghici (History, Macquarie, Australia)

*Sponsorship of Visiting PhD Students*

Shoji Nakamura, University of Tokyo, 2022-2023
Heléne Solot, Sorbonne University, 2016-2017

***Temple University (2004-2015):***
EJ Catagnus
Larry Kessler
Martin Clemis
Zach Lechner
Tom Mogan
Eric Klinek
Kime Lawson
Jason Smith
Matthew Johnson
Ryan Edgington
Kate Scott
Michael Dolski
Jay Wyatt
David Ulbrich
Pam Epstein, Rutgers University,

Rona Wilks, New York University

***University of New Mexico (1997-2004)***
Amy Scott
Dennis Trujillo
Susan Marcus
Jill Cowley
Seamus O'Sullivan
Jeremy Hockett
Dennis Trujillo
Catherine Kleiner (History)
Meghan Winchell (University of Arizona)
Akiko Fukimoto (Communications)
Rob Williams (History)
Ann Pfau (Rutgers University)

*MA Thesis Committees, chair*
Beth Swift
Rob Mead
Lena McQuade
Miriam Fife
Arif Khan

*MA Thesis Committees, member*
Steve Spence (Cultural Studies)
Nicole King (Cultural Studies)
Joe Renouard
Tyrone Stewart
Barbara Ritter
Michelle Ellis (Communications)