# Exhibit J



# DEMOGRAPHICS 2010

## PROFILE OF THE MILITARY COMMUNITY






# TABLE OF CONTENTS

Page

**EXECUTIVE SUMMARY** ................................................................................................ i

**INTRODUCTION** ........................................................................................................... ix

**SECTION I: TOTAL MILITARY FORCE** ...................................................................... 1

    Total Military Force ................................................................................................ 3
    Active Duty and Ready Reserve ........................................................................... 4
    Active Duty ............................................................................................................ 6
    Selected Reserve .................................................................................................. 7
    DoD Civilian Personnel ......................................................................................... 8

**SECTION II: ACTIVE DUTY MEMBERS** ..................................................................... 9

    Active Duty Personnel ......................................................................................... 11
    Gender ................................................................................................................ 15
    Race/Ethnicity .................................................................................................... 20
    Geographic Location .......................................................................................... 25
    Age ..................................................................................................................... 28
    Education ........................................................................................................... 31
    Marital Status ..................................................................................................... 34
    Active Duty Separations ..................................................................................... 43

**SECTION III: ACTIVE DUTY FAMILIES** .................................................................... 47

    Family Members ................................................................................................. 49
    Family Status ...................................................................................................... 52
    Spouses ............................................................................................................. 55
    Dependents ........................................................................................................ 59
    Dual-military and Single Parents ........................................................................ 64

## TABLE OF CONTENTS (CONTINUED)

**Page**

**SECTION IV: RESERVE AND GUARD MEMBERS** .............................................................. **67**

    Ready Reserve Personnel ................................................................................. 69
    Selected Reserve Personnel.............................................................................. 70
    Gender ............................................................................................................... 75
    Race/Ethnicity ................................................................................................... 80
    Geographic Location ........................................................................................ 88
    Age..................................................................................................................... 91
    Education .......................................................................................................... 95
    Marital Status ................................................................................................... 98
    Reserve Losses ................................................................................................ 107

**SECTION V: RESERVE AND GUARD FAMILIES** ................................................................ **111**

    Family Members.............................................................................................. 113
    Family Status .................................................................................................. 116
    Spouses ........................................................................................................... 119
    Dependents ..................................................................................................... 121
    Dual-military and Single Parents .................................................................. 127

**SECTION VI: REFERENCE TABLES** .................................................................................. **129**

    2010 Basic Monthly Pay................................................................................. 131
    2010 Basic Allowance for Subsistence ......................................................... 133
    2011 Basic Monthly Pay................................................................................. 134
    2011 Basic Allowance for Subsistence ......................................................... 136
    2010 Drill Pay for Officers .............................................................................. 137
    2010 Drill Pay for Enlisted............................................................................. 139
    2011 Drill Pay for Officers .............................................................................. 141
    2011 Drill Pay for Enlisted............................................................................. 143
    Armed Forces Comparative Pay Grades and Ranks .................................... 145
    United States Installation Population by State ............................................ 146
    International Population by Continent ......................................................... 155

**DATA SOURCES AND REFERENCES**................................................................................... **157**

## RACE/ETHNICITY

### 2.17. Race of the Active Duty Force
### (N=1,417,370)

This pie graph shows the distribution of Active Duty members by race. Members who report themselves as White make up the highest percentage of Active Duty members (70.0%), while members who report themselves as Black or African American make up 17.0 percent. Asian, American Indian or Alaska Native, and Native Hawaiian or other Pacific Islander members make up 3.7 percent, 1.7 percent, and 0.6 percent, respectively. Just over two percent (2.1%) of Active Duty members report themselves as multi-racial.



\*  The Army does not report "Native Hawaiian or other Pacific Islander" or "Multi-racial."

*DMDC Active Duty Military Personnel Master File (September 2010)*

### 2.18. Race by Hispanic Ethnicity of the Active Duty Force

This table presents the race of Active Duty members by Hispanic ethnicity. The Other/Unknown race category has the greatest percentage of members indicating Hispanic ethnicity (55.1%), while Asian members have the smallest percentage indicating Hispanic ethnicity (3.4%). Overall, 10.8 percent of the Active Duty are of Hispanic ethnicity.

| | Hispanic or Latino | | Not Hispanic or Latino | | Total DoD | |
|---|---|---|---|---|---|---|
| **Race** | **N** | **%** | **N** | **%** | **N** | **%** |
| American Indian or Alaska Native | 3,830 | 16.0% | 20,036 | 84.0% | **23,866** | **100.0%** |
| Asian | 1,784 | 3.4% | 50,649 | 96.6% | **52,433** | **100.0%** |
| Black or African American | 8,544 | 3.6% | 232,031 | 96.4% | **240,575** | **100.0%** |
| Native Hawaiian or other Pacific Islander | 949 | 10.8% | 7,844 | 89.2% | **8,793** | **100.0%** |
| White | 94,984 | 9.6% | 897,256 | 90.4% | **992,240** | **100.0%** |
| Multi-racial | 4,785 | 16.3% | 24,505 | 83.7% | **29,290** | **100.0%** |
| Other/Unknown | 38,679 | 55.1% | 31,494 | 44.9% | **70,173** | **100.0%** |
| **Total DoD** | **153,555** | **10.8%** | **1,263,815** | **89.2%** | **1,417,370** | **100.0%** |

*DMDC Active Duty Military Personnel Master File (September 2010)*

## RACE/ETHNICITY (CONT.)

### 2.19. Percentage of Active Duty Minorities and Non-minorities by Pay Grade and Service Branch

This table presents the percentage of Active Duty minorities and non-minorities by pay grade and Service branch. Self-reported minority categories include Black or African American, Asian, Native Hawaiian or other Pacific Islander, American Indian or Alaska Native, Multi-racial, and Other/Unknown. For 2010, minority members represent nearly one-third (30.0%) of the Active Duty force.

| Pay Grade | Army Minority | Army Non-minority | Navy Minority | Navy Non-minority | Marine Corps Minority | Marine Corps Non-minority | Air Force Minority | Air Force Non-minority | Total DoD Minority | Total DoD Non-minority |
|---|---|---|---|---|---|---|---|---|---|---|
| O1-O3 | 27.6% | 72.4% | 20.3% | 79.7% | 19.8% | 80.2% | 23.4% | 76.6% | **23.9%** | **76.1%** |
| O4-O6 | 23.1% | 76.9% | 16.4% | 83.6% | 16.3% | 83.7% | 15.1% | 84.9% | **18.4%** | **81.6%** |
| O7-O10 | 11.7% | 88.3% | 7.9% | 92.1% | 9.9% | 90.1% | 5.7% | 94.3% | **8.6%** | **91.4%** |
| W1-W5 | 36.7% | 63.3% | 33.5% | 66.5% | 25.9% | 74.1% | N/A* | N/A* | **35.3%** | **64.7%** |
| E1-E4 | 24.6% | 75.4% | 45.7% | 54.3% | 17.4% | 82.6% | 26.3% | 73.7% | **27.9%** | **72.1%** |
| E5-E6 | 35.8% | 64.2% | 39.0% | 61.0% | 28.4% | 71.6% | 31.3% | 68.7% | **34.6%** | **65.4%** |
| E7-E9 | 48.3% | 51.7% | 32.5% | 67.5% | 35.2% | 64.8% | 26.7% | 73.3% | **37.9%** | **62.1%** |
| **Total** | **30.5%** | **69.5%** | **37.9%** | **62.1%** | **21.4%** | **78.6%** | **26.7%** | **73.3%** | **30.0%** | **70.0%** |

\* The Air Force does not have warrant officers.
Note: Minority includes Black or African American, Asian, American Indian or Alaska Native, Native Hawaiian or Other Pacific Islander, Multi-racial and Other/Unknown.

*DMDC Active Duty Military Personnel Master File (September 2010)*

### 2.20. Minority Officers and Minority Enlisted on Active Duty (N=425,130)

This pie graph presents the distribution of minority officers and enlisted members on Active Duty. Of the 425,130 total Active Duty minority members, 12.5 percent are officers and 87.5 percent are enlisted members.



Minority Officers (n=53,287) 12.5%
Minority Enlisted (n=371,843) 87.5%

Note: Minority includes Black or African American, Asian, American Indian or Alaska Native, Native Hawaiian or Other Pacific Islander, Multi-racial and Other/Unknown.

*DMDC Active Duty Military Personnel Master File (September 2010)*

## RACE/ETHNICITY (CONT.)

### 2.21. Number and Ratio of Active Duty Minority Officers and Minority Enlisted by Service Branch

This table presents the number and ratio of Active Duty minority officers and minority enlisted members by Service branch. The Army has the highest ratio of minority officers to minority enlisted (1 to 5.6), while the Navy has the lowest ratio (1 to 11.2). The total DoD ratio of minority officers to minority enlisted (1 to 7.0) is lower than the total DoD ratio for all members (1 to 5.0).

| Service Branch | Officers | Enlisted | Total | Ratio of Officers to Enlisted |
|---|---|---|---|---|
| Army | 26,017 | 145,346 | **171,363** | 1 to 5.6 |
| Navy | 10,053 | 112,282 | **122,335** | 1 to 11.2 |
| Marine Corps | 4,118 | 39,238 | **43,356** | 1 to 9.5 |
| Air Force | 13,099 | 74,977 | **88,076** | 1 to 5.7 |
| **Total DoD** | **53,287** | **371,843** | **425,130** | **1 to 7.0** |

Note: Minority includes Black or African American, Asian, American Indian or Alaska Native, Native Hawaiian or Other Pacific Islander, Multi-racial and Other/Unknown.

*DMDC Active Duty Military Personnel Master File (September 2010)*

### 2.22. Number of Active Duty Minority Officers and Enlisted by Race and Service Branch

This table presents the number of Active Duty minority officers and enlisted personnel by race for each Service branch. In total, there are 53,287 minority officers and 371,843 minority enlisted members currently serving within the DoD Active Duty force.

| Service Branch | Black or African American | | Asian | | Native Hawaiian or other Pacific Islander | | American Indian or Alaska Native | |
|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted |
| Army | 12,962 | 100,660 | 3,972 | 17,254 | N/A* | N/A* | 455 | 4,228 |
| Navy | 4,353 | 53,830 | 2,168 | 15,783 | 190 | 3,326 | 370 | 14,432 |
| Marine Corps | 1,223 | 19,704 | 523 | 4,005 | 77 | 1,740 | 168 | 2,048 |
| Air Force | 3,831 | 44,012 | 2,191 | 6,537 | 219 | 3,241 | 304 | 1,861 |
| **Total DoD** | **22,369** | **218,206** | **8,854** | **43,579** | **486** | **8,307** | **1,297** | **22,569** |

| Service Branch | Multi-racial | | Other/Unknown | | Minority Total | |
|---|---|---|---|---|---|---|
| | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted |
| Army | N/A* | N/A* | 8,628 | 23,204 | **26,017** | **145,346** |
| Navy | 1,020 | 18,667 | 1,952 | 6,244 | **10,053** | **112,282** |
| Marine Corps | 268 | 1,694 | 1,859 | 10,047 | **4,118** | **39,238** |
| Air Force | 847 | 6,794 | 5,707 | 12,532 | **13,099** | **74,977** |
| **Total DoD** | **2,135** | **27,155** | **18,146** | **52,027** | **53,287** | **371,843** |

* The Army does not report "Native Hawaiian or other Pacific Islander" or "Multi-racial."

*DMDC Active Duty Military Personnel Master File (September 2010)*

## RACE/ETHNICITY (CONT.)

### 2.23. Minority Officers and Enlisted as a Percentage of Total Active Duty Members by Race and Service Branch

The percentage of minority officers and enlisted in relation to the total number of officers and enlisted, respectively, in each Service branch is depicted in this table.

| Service Branch | Black or African American | | Asian | | Native Hawaiian or other Pacific Islander | | Native American/ Alaska Native | |
|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted |
| Army | 13.7% | 21.5% | 4.2% | 3.7% | N/A* | N/A* | 0.5% | 0.9% |
| Navy | 8.3% | 19.9% | 4.1% | 5.8% | 0.4% | 1.2% | 0.7% | 5.3% |
| Marine Corps | 5.7% | 10.9% | 2.4% | 2.2% | 0.4% | 1.0% | 0.8% | 1.1% |
| Air Force | 5.8% | 16.7% | 3.3% | 2.5% | 0.3% | 1.2% | 0.5% | 0.7% |
| **Total DoD** | **9.5%** | **18.5%** | **3.8%** | **3.7%** | **0.2%** | **0.7%** | **0.6%** | **1.9%** |

| Service Branch | Multi-Racial | | Other/Unknown | | Minority Total | |
|---|---|---|---|---|---|---|
| | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted |
| Army | N/A* | N/A* | 9.1% | 5.0% | **27.5%** | **31.1%** |
| Navy | 1.9% | 6.9% | 3.7% | 2.3% | **19.1%** | **41.5%** |
| Marine Corps | 1.3% | 0.9% | 8.7% | 5.5% | **19.3%** | **21.7%** |
| Air Force | 1.3% | 2.6% | 8.6% | 4.8% | **19.8%** | **28.5%** |
| **Total DoD** | **0.9%** | **2.3%** | **7.7%** | **4.4%** | **22.7%** | **31.4%** |

\* The Army does not report "Native Hawaiian or other Pacific Islander" or "Multi-racial."

*DMDC Active Duty Military Personnel Master File (September 2010)*

### 2.24. Number of Active Duty Minority Officers and Enlisted by Service Branch Trends: 1995-2010

This table presents the number of Active Duty minority officers and enlisted members from 1995 to 2010 by Service branch. For 2010, there are 53,287 minority officers and 371,843 minority enlisted personnel in the Active Duty force.

| Year | Army | | Navy | | Marine Corps | | Air Force | | Total DoD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted |
| 1995 | 12,147 | 150,523 | 5,150 | 97,104 | 1,671 | 42,494 | 5,938 | 66,872 | **24,906** | **356,993** |
| 2000 | 18,050 | 181,245 | 9,796 | 125,219 | 2,904 | 53,415 | 10,075 | 80,351 | **40,825** | **440,230** |
| 2005 | 21,252 | 169,254 | 10,773 | 129,354 | 4,563 | 57,957 | 14,103 | 85,479 | **50,691** | **442,044** |
| 2006 | 22,978 | 171,165 | 11,021 | 138,928 | 4,365 | 55,275 | 14,031 | 84,887 | **52,395** | **450,255** |
| 2007 | 23,823 | 170,252 | 10,901 | 133,841 | 4,358 | 52,893 | 13,239 | 81,090 | **52,321** | **438,076** |
| 2008 | 25,269 | 175,828 | 11,336 | 134,594 | 4,577 | 55,251 | 13,495 | 79,841 | **54,677** | **445,514** |
| 2009 | 24,907 | 141,940 | 9,703 | 109,236 | 3,761 | 40,346 | 12,648 | 75,069 | **51,019** | **366,591** |
| 2010 | 26,017 | 145,346 | 10,053 | 112,282 | 4,118 | 39,238 | 13,099 | 74,977 | **53,287** | **371,843** |

Note:  For 1995 through 2008, Hispanic was included as a minority designation. To conform to the Office of Management and Budget (OMB) directives, Hispanic is not considered a minority race designation since 2009 and only Active Duty members' race was used to determine minority status.

*DMDC Active Duty Military Personnel Master File (September 1995, 2000, 2005, 2006, 2007, 2008, 2009, 2010)*

## RACE/ETHNICITY (CONT.)

### 2.25. Percentage of Active Duty Minority Officers and Enlisted by Service Branch Trends: 1995-2010

This table presents the percent trends of Active Duty officers and enlisted members who are minorities by Service branch. For 2010, 22.7 percent of officers and 31.4 percent of enlisted personnel identify themselves as a minority.

| Year | Army Officers | Army Enlisted | Navy Officers | Navy Enlisted | Marine Corps Officers | Marine Corps Enlisted | Air Force Officers | Air Force Enlisted | Total DoD Officers | Total DoD Enlisted |
|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | 14.6% | 35.7% | 8.8% | 26.2% | 9.4% | 27.1% | 7.6% | 21.0% | **10.5%** | **28.2%** |
| 2000 | 23.5% | 45.1% | 18.4% | 39.9% | 16.2% | 34.5% | 14.6% | 28.5% | **18.8%** | **38.2%** |
| 2005 | 26.2% | 41.8% | 20.4% | 42.4% | 24.3% | 36.0% | 19.3% | 31.0% | **22.4%** | **38.5%** |
| 2006 | 27.8% | 40.7% | 21.2% | 47.4% | 23.0% | 34.3% | 19.9% | 31.0% | **23.4%** | **39.2%** |
| 2007 | 28.1% | 39.3% | 21.2% | 47.7% | 22.1% | 31.7% | 20.1% | 30.8% | **23.6%** | **38.3%** |
| 2008 | 28.8% | 38.9% | 22.1% | 48.9% | 22.7% | 31.0% | 20.8% | 30.9% | **24.4%** | **38.3%** |
| 2009 | 27.4% | 31.0% | 18.6% | 40.1% | 18.2% | 22.1% | 19.3% | 28.5% | **22.3%** | **31.2%** |
| 2010 | 27.5% | 31.1% | 19.1% | 41.5% | 19.3% | 21.7% | 19.8% | 28.5% | **22.7%** | **31.4%** |

Note: For 1995 through 2008, Hispanic was included as a minority designation. To conform to the Office of Management and Budget (OMB) directives, Hispanic is not considered a minority race designation since 2009 and only Active Duty members' race was used to determine minority status.

*DMDC Active Duty Military Personnel Master File (September 1995, 2000, 2005, 2006, 2007, 2008, 2009, 2010)*

### 2.26. Percentage of Minorities on Active Duty by Service Branch Trends: 1995-2010

This graph presents the percentage of Active Duty minorities from 1995 to 2010 for each Service branch. For 2010, the Navy has the largest percentage of minority members (37.9%), while the Marine Corps has the smallest percentage of minority members (21.4%).



Note: Data are represented ONLY for the years indicated. Data for the years in between are NOT represented in this graph.

Note: For 1995 through 2008, Hispanic was included as a minority designation. To conform to the Office of Management and Budget (OMB) directives, Hispanic is not considered a minority race designation since 2009 and only Active Duty members' race was used to determine minority status.

*DMDC Active Duty Military Personnel Master File (September 1995, 2000, 2005, 2006, 2007, 2008, 2009, 2010)*