Exhibit L



# Department of Defense Board on Diversity and Inclusion Report

## Recommendations to Improve Racial and Ethnic Diversity and Inclusion in the U.S. Military

# Contents

Figures and Tables ........................................................................................................ iv

Executive Summary ....................................................................................................... vii

SECTION I: Overview ....................................................................................................1
  Historical and Cultural Context ..................................................................................1
  The Military Leadership Diversity Commission and Impact on DoD D&I Efforts ............2
  2020 Secretary of Defense Directive ...........................................................................4

SECTION II: Current State of Diversity and Inclusion Within DoD ............................7
  Current Statistics on Representation ...........................................................................7
  Promotion and Retention of Racial and Ethnic Minority Officers ...............................10

SECTION III: Board Composition and Methodology ................................................13
  Data Sources to Inform Recommendation Development ............................................13
  Recommendation Selection and Refinement .............................................................14
  Rationale for Recommendations Proposed for Referral, Deferral, or Further Research .....16

SECTION IV: Board Recommendations ......................................................................19
  Recommendations by Focus Area ............................................................................19

SECTION V: Conclusion and Way Forward ...............................................................43

APPENDIXES

A: June 19, 2020, Secretary of Defense Memo ...........................................................45

B: July 14, 2020, Secretary of Defense Memo ............................................................48

C: DoD Board on Diversity and Inclusion Charter ......................................................52

D: D&I Efforts and Initiatives ....................................................................................57

E: MLDC Recommendations and Implementation Status ............................................61

F: Expanded Immediate Actions from Services ...........................................................62

G: Referred/Deferred Recommendations and Further Research ...................................64

H: D&I Industry Best Practices ..................................................................................67

I: Service Member Listening Sessions and Crowdsourcing Protocol Guide and Template ......70

J: Service Member Crowdsourcing Campaign ............................................................73

K: Abbreviations and Acronyms .................................................................................75

# Figures and Tables

## Figures

Figure 1. History of Military Diversity and Inclusion Efforts ...............................................3

Figure 2. Racial and Ethnic Representation of Active and Reserve Component Enlisted and Officer Personnel Compared with Eligible U.S. Civilians .................8

Figure 3. Racial and Ethnic Representation of Active Component Enlisted and Officer Personnel, by Pay Grade, 2020 ...................................................9

Figure 4. Racial and Ethnic Representation of Reserve Component Enlisted and Officer Personnel, by Pay Grade, 2020 .............................................10

Figure 5. Crowdsourcing Flyer for Soliciting Service Member Feedback on Diversity and Inclusion Issues ..............................................................14

Figure 6. Summary of the Recommendation Selection and Refinement Process ................15

Figure 7. Strategic Framework for DoD-Wide Diversity and Inclusion Recommendations ..........................................................................16

Figure 8. The Evolution of Diversity and Inclusion in Industry ........................................67

## Tables

Table 1. Active Duty Promotion and Retention Rates from O-1 Through O-4 and O-4 Through O-6 ................................................................11

Table 2. DoD Surveys with Diversity and Inclusion Measures ..........................................60

## Disclaimer

Reference to non-Federal entities, products, or services is solely for factual or explanatory purposes and is not intended as an endorsement by the Department of Defense of those entities, products, or services.

Images: p. vi, Getty Images/iStockphoto; xii, Lisa Ferdinando, DOD; p. 6, Getty Images; p.11, Lisa Ferdinando, DOD; p.12, Air Force Tech. Sgt. Ned T. Johnston; p. 18, U.S. Army photo by Sgt. 1st Class Marisol Walker; p. 44, Adobe Stock

"We are committed to making the DoD a workplace of choice that is characterized by diversity, equality, and inclusion. We remain steadfast in our commitment to promote an environment free from barriers that may prevent personnel from realizing their potential and rising to the highest levels of responsibility within the Department. To that end, the Department continues to strengthen policies and procedures that promulgate the Diversity and Inclusion and Equal Opportunity missions. We continue to enhance diversity and ensure equality across our entire workforce. We believe diversity is the key to innovation, inclusion is imperative for cohesive teamwork, and equality is critical to Total Force readiness."

Department of Defense Diversity, Equity, and Inclusion Statement

# Executive Summary

## Introduction

For more than 200 years, the U.S. military has fought to defend this nation and its interests, earning the reputation as the greatest military force in history. The U.S. military attracts highly qualified men and women who represent a wide variety of creeds, religions, races, ethnicities, sexual orientations, and other attributes that make the people of this country stronger together. Moreover, the Department of Defense (DoD) recognizes diversity and inclusion (D&I) as strategic imperatives—to ensure that the military across all grades reflects and is inclusive of the American people it has sworn to protect and defend.

Throughout its history, the U.S. military has been a leader on issues of D&I. Yet this leadership role does not make it immune to the forces of bias and prejudice that directly and indirectly affect minority Service members. As America's most respected institution and a global leader, the U.S. military must continue to lead on D&I issues, building diverse, winning teams and creating opportunity for all.

On June 19, 2020, then–Secretary of Defense Mark T. Esper directed wide-ranging initiatives to promote morale, cohesion, and force readiness, using a three-pronged approach composed of:

- Identification of immediate actions that can be implemented to support a more diverse and inclusive force.
- Establishment of a Department of Defense Board on Diversity and Inclusion (the "Board") tasked with identifying additional actions related to D&I policies and processes.
- Founding of an independent federal advisory committee, the Defense Advisory Committee on Diversity and Inclusion (DACODAI), to provide autonomous, continuous review and assessment of the military's actions in this mission area.

This effort reinforces a half century of policies, programs, and practices instituted by DoD to create an inclusive environment that harnesses each Service member's potential. The U.S. military has traversed fundamental socio-political eras that situated DoD as a pioneering force in racial and ethnic D&I. As the largest meritocracy in the country, DoD embraces D&I for all its Service members and fosters an environment in which they can rise to positions of responsibility and leadership. While the military has been a leader in racial integration and inclusion, it nevertheless is not immune to the perils of bias and prejudice. This report recommends aggressive integration of D&I into Military Department culture to build upon decades of progress and transform DoD for today's Service members and for generations to come.

> "This Board's mission is to achieve long-term impact—a commitment to making transformational change that will become part of the Department of Defense's DNA. This Board's mandate is to move forward with alacrity and positively transform the Defense Department for today's Service members and for generations to come."
>
> Secretary of the Air Force and Board Chair, Barbara M. Barrett

## Current State

DoD has observed modest increases in minority demographic representation in officer grades since the transition to an all-volunteer force, but persistent underrepresentation in senior officer grades continues. Congress established the Military Leadership Diversity Commission in 2009 to study this and other matters. Since the release of the Commission's report in 2011, DoD has restructured its D&I oversight function, developed new policies to bolster the inclusion of minority Service members, and refined metrics to better assess the efficacy of D&I policies, programs, and practices.

Examination of recent trends in representation—including American Indian or Alaskan Native, Asian, Black/African American, Hispanic, multiracial, Native Hawaiian or other Pacific Islander, and White—shows varied levels of representation across the force. Currently, the active component enlisted population is slightly more racially and ethnically diverse than the U.S. population eligible for military service, with Blacks/African Americans and Hispanics represented at slightly higher rates. The Reserve Component shows a similar trend for Blacks/African Americans; however, Hispanics are underrepresented compared with the eligible U.S. population.

Overall, the active component officer population is less diverse than the eligible civilian population. Blacks/African Americans, Hispanics, and Asians are all underrepresented compared with the eligible population. Similar trends hold for the Reserve Component, but representation of Black/African American officers is on par with the eligible population.

Notably, the officer corps is significantly less racially and ethnically diverse than the enlisted population, for both the active and Reserve Components. Similarly, the civilian population eligible for commissioning as an officer is much less racially and ethnically diverse than the population eligible for serving as an enlisted member.

## DoD Diversity and Inclusion Board Structure and Process

The 15-member Board, led by the Secretary of the Air Force, included the Senior Enlisted Advisor to the Chairman of the Joint Chiefs of Staff, the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), and Service members from each branch of the DoD Military Services and the National Guard. Advisors to the Board included representatives from the DoD Office of Force Resiliency, DoD Office of the General Counsel, DoD Office of the Chief Management Officer, Office of the Assistant Secretary of Defense for Legislative Affairs, and Office of the Assistant Secretary of Defense for Public Affairs. The Board's efforts were supported by the Defense Diversity Working Group (DDWG), including human resources and equal opportunity practitioners, and by the Executive Defense Diversity Working Group (EDDWG), comprising senior staff from the Office of the Secretary of Defense (OSD), the Office of the Chairman of the Joint Chiefs of Staff, and the Military Departments with responsibility for military personnel matters.

The Board evaluated military policy, programs, and processes related to D&I; reviewed industry best practices; and assessed pertinent data and reports, including direct feedback from Service members obtained during listening sessions at select installations and through a crowdsourcing campaign. After a thorough evaluation of this information, the Board generated actionable items to improve D&I across all ranks of the Armed Forces.

The Board reviewed over 70 recommendations from various sources, including Board members; the Services, OSD, the Joint Staff, and the National Guard Bureau; previous reports and assessments; and individual feedback from the force at large. After consolidating similar recommendations, 52 unique recommendations remained. These recommendations were assessed by the Board, using its methodology and scoring criteria. In addition the EDDWG assessed each recommendation according to (1) feasibility for successful implementation, (2) legal barriers to implementation across DoD, and (3) relevance to the Board's mission and focus areas. The remaining 24 recommendations were then streamlined into the 15 specific and actionable recommendations contained in this report.

The recommendations span every stage of a Service member's career and deliberately focus on efforts to ensure that the DoD Total Force reflects the diversity of the U.S. population.

# Recommendations

The Board's recommendations fall into the following six focus areas:[1]

- ■ **Recruitment and Accessions:** Strengthen both community engagement and the narrative about military service opportunities during recruiting to attract more diverse candidates.
- ■ **Retention:** Retain minorities beyond initial commitment and into leadership ranks.
- ■ **Barriers:** Address barriers confronted by minority members in the workplace.
- ■ **Career Development:** Improve advancement opportunities (e.g., promotion boards, command selection, professional military education, assignments).
- ■ **Organizational Climate:** Address command and organizational climate issues that may negatively impact retention of minority members.
- ■ **Culture, Worldview, and Identity:** Promote inclusion of minority groups in military culture and strengthen aspects of individual and cultural identity.

## Focus Area 1: Recruitment and Accessions

To increase recruitment and accessions ensuring that the Total Force mirrors the diversity of the U.S. population, the Board recommends the following:

- ■ **Recommendation 1.1: Update Recruiting Content to Represent All Service Members.** USD(P&R), in conjunction with the Military Departments, will complete an annual review and update of recruiting content to ensure it appropriately reflects current and future racial and ethnic demographics of the United States and is representative of all Service members.

- ■ **Recommendation 1.2: Develop and Publish a Data-Driven Accessions and Retention Strategy.** USD(P&R), in conjunction with the Military Departments, will develop and publish a DoD-wide data-driven accessions and retention strategy for officers and enlisted personnel to achieve a talent pipeline reflecting the diversity of the current and future eligible population from U.S. Census projections.
- ■ **Recommendation 1.3: Increase the Pool of Qualified ROTC Enrollment, Scholarship, and Commission Applicants from Minority Serving Institutions.** USD(P&R), in conjunction with the Military Departments, will sponsor programs and initiatives, to include Reserve Officer Training Corps (ROTC) scholarship programs, student training programs, Federal TRIO programs,[2] and paid/unpaid internship opportunities, in order to increase the available pool of qualified applicants for ROTC enrollments, scholarships, and commissions from students enrolled at Minority Serving Institutions.
- ■ **Recommendation 1.4: Remove Aptitude Test Barriers That Adversely Impact Diversity.** USD(P&R), in consultation with the Defense Advisory Committee on Military Personnel Testing, will conduct an initial and biennial assessment of all aptitude tests currently administered by the Military Departments to analyze and remove barriers that adversely impact diversity and are unrelated to predictive validity.

---

[1]  The OSD implementation plan for each recommendation will address policy prescriptions, specific processes, procedures, practices, and detailed metrics.

[2]  The Federal TRIO Programs are Federal outreach and student services programs designed to identify and provide services for individuals from disadvantaged backgrounds. TRIO includes eight programs (originally three programs) targeted to serve and assist low-income individuals, first-generation college students, and individuals with disabilities to progress through the academic pipeline from middle school to post-baccalaureate programs. TRIO also includes a training program for directors and staff of TRIO projects. See U.S. Department of Education, "Federal TRIO Programs," webpage, undated, https://www2.ed.gov/about/offices/list/ope/trio/index.html.

## Focus Area 2: Retention

The 2018 National Defense Strategy states, "Retaining a high-quality military and civilian workforce is essential for warfighting success."[3] To retain a highly motivated and diverse workforce, the Board recommends:

■ **Recommendation 2: Evaluate Demographic Trends in Performance Evaluations.** USD(P&R), in conjunction with the Military Departments, will implement a policy to annually monitor and evaluate demographic trends in performance evaluations to inform career development processes and identify potential biases in supervisor/rater populations.

## Focus Area 3: Barriers

The Board recognizes that barriers to equal opportunity and inclusion may exist within the military personnel life cycle. To mitigate barriers, the Board recommends:

■ **Recommendation 3: Develop Diverse Pools of Qualified Candidates for Nominative Positions.** USD(P&R), in conjunction with the Military Departments and Joint Staff, will identify, and appropriately address, any barriers to developing racially and ethnically diverse pools of candidates for consideration by non-statutory selection boards or selecting officials for nominative assignments, which lead to positions in senior leadership, such as aides-de-camp, military assistants, deputies, general officer or flag officer nominative positions (officer and enlisted), and other special leadership development positions (officer and enlisted).

## Focus Area 4: Career Development

With the goal of ensuring that racial and ethnic minorities receive career development opportunities, the Board recommends:

■ **Recommendation 4.1: Establish a Diversity and Inclusion Center of Excellence.** USD(P&R), in conjunction with the Military Departments, will establish a Diversity and Inclusion Center of Excellence at the Defense Equal Opportunity Management Institute (DEOMI) that will develop and institute a DoD-wide curriculum on diversity, inclusion, and cultural awareness. The curriculum will be incorporated throughout a Service member's career, to include initial training, and at all levels of leadership development training, such as pre-command courses and professional military education (PME).

■ **Recommendation 4.2: Standardize a DoD Human Resources Data System for Diversity and Inclusion Analysis.** USD(P&R) will establish an enterprise-wide data system to improve DoD's ability to aggregate Military Department human resource data to perform demographic, diversity, and inclusion analysis on Defense Manpower Data Center (DMDC) data. This data system will include standardized data elements leading to improved ability to assess the effectiveness of D&I initiatives.

■ **Recommendation 4.3: Offer Internships in STEM Fields in Conjunction with JROTC Programs.** USD(P&R) will collaborate with the U.S. Department of Education and the National Science and Technology Council to include Pathway programs or internships in science, technology, engineering, and mathematics (STEM) fields at Title I schools where DoD is funding Junior Reserve Officer Training Corps (JROTC) programs.

## Focus Area 5: Organizational Climate

To ensure an organizational climate that cultivates D&I and promotes dignity and respect of all Service members, the Board recommends:

■ **Recommendation 5.1: Develop a Diversity and Inclusion Organizational Structure.** USD(P&R), in conjunction with the Military Departments, will develop an organizational governance structure including distinctions and outlined areas of collaboration between D&I and equal opportunity offices to ensure D&I programs are effective and maintain appropriate authority and resources to institute positive change over time.

---

3   DoD, *Summary of the 2018 National Defense Strategy of the United States of America: Sharpening the American Military's Competitive Edge*, Washington, D.C., 2018, https://dod.defense.gov/Portals/1/Documents/pubs/2018-National-Defense-Strategy-Summary.pdf.

■ **Recommendation 5.2: Develop a DoD Diversity and Inclusion Mobile Application and Website.** USD(P&R) will develop and launch a DoD D&I mobile application and website for use by DoD military and civilian personnel. The application and website will provide updates concerning DoD D&I initiatives and contain resources related to best practices, employee resource groups, career development, mentorship, and Departmental policies concerning D&I, military equal opportunity, and civilian equal employment opportunity.

■ **Recommendation 5.3: Incorporate the Value of Cultivating Diversity and Inclusion into Leadership and Professionalism Curricula.** The Military Departments, in consultation with DEOMI, will update leadership and professionalism curricula to incorporate modules and case studies that explain the value of fostering and cultivating a diverse and inclusive workforce. This includes curricula for ROTC and Military Service Academies.

■ **Recommendation 5.4: Increase Transparency of Promotion Selections and Career Opportunities.** USD(P&R), in conjunction with the Military Departments, will establish procedures for the release of demographic and other contextual data concerning promotion selection board results to improve transparency in career management processes.

## Focus Area 6: Culture, Worldview, and Identity

Incorporating diverse cultures, worldviews, and identities into DoD requires a strong stance against hate group and extremist ideologies. To that end, the Board recommends:

■ **Recommendation 6.1: Prohibit Extremist or Hate Group Activity.** USD(P&R), in conjunction with the Under Secretary of Defense for Intelligence and Security, will review current policy, laws, and regulations concerning active participation by Service members in extremist or hate group activity and develop a report, with recommendations, concerning initiatives to more effectively prohibit extremist or hate group activity. The report will leverage the ongoing efforts of the interagency working group on extremism.[4]

■ **Recommendation 6.2: Update the Uniform Code of Military Justice to Address Extremist Activity.** The DoD Office of the General Counsel, in coordination with the Office of the Assistant Secretary of Defense for Legislative Affairs, will draft legislative language for consideration within the Executive Branch to propose that Congress update the UCMJ to address extremist activity within the U.S. military. After the report detailed in Recommendation 6.1 is complete, DoD will have established the baseline facts necessary to determine a course of action for this recommendation.[5]

## Organization of This Report

Section I of this report includes a brief overview of the historical context of D&I in the U.S. military, which is followed in Section II with a discussion of current DoD D&I efforts, including statistics on demographic representation and trends in promotion and retention of minority Service members. Section III outlines the Board's composition and methodology for choosing and refining the most relevant and feasible recommendations for improving D&I in the U.S. military. Section IV presents the background, findings, and outcome metric for each of the 15 recommendations. The report closes with a conclusion and way forward highlighting the importance of the Board's recommendations to the future of D&I in the U.S. military.

---

[4]  If the Uniform Code of Military Justice (UCMJ) is modified by Congress (see Recommendation 6.2), the Chief of the National Guard Bureau, through authority to oversee equal opportunity in the 54 states and territories, will promulgate policy to regulate the inclusion of adverse administrative actions for Service member participation in extremist activities.

[5]  Additional actions may be required for the National Guard Bureau.



# Section I: Overview

## Historical and Cultural Context

During the 1940s, the Roosevelt and Truman administrations issued Executive Orders[1] to end racial and ethnic discrimination and segregation within the defense industry and the Armed Forces. With the Department of Defense (DoD) at the forefront of institutional desegregation, President Truman commissioned the Fahy Committee (1949–1950) to examine the rules, procedures, and practices of the Armed Forces to determine the impacts of integration and desegregation. The Committee found that desegregation and inclusivity abetted military readiness and effectiveness, and the financial costs of these endeavors were minimal in the face of the benefits. These findings subsequently justified desegregation of the Armed Forces, which was fully realized after the Korean War in 1954.[2]

Although the Armed Forces paved the way for more wide-spread desegregation, inequities among Service members remained (e.g., racial disparities in military leadership, high-risk assignments and military deaths particularly for Black/African American and Indigenous Service members during the Korean and Vietnam wars).[3] The Kennedy administration capitalized on the need to expand opportunities for Service members who identify as Black/African American or Indigenous, as well as for other people of color. President Kennedy commissioned the Committee on Equal Opportunity in the Armed Forces, known as the Gesell Committee (1962–1964), to address racial and ethnic disparities. The Gesell Committee found that, while the military did not have any blatant discriminatory policies or procedures, it needed to improve recruitment, assignment, and promotion practices to achieve equal treatment of Black/African American Service members and made recommendations accordingly.

Despite the achievements of the civil rights movement, racial tensions persisted in society and the U.S. military. During the late 1960s and into the 1970s, the U.S. military experienced significant racial tension, mostly between Black/African American and White Service members.[4] The U.S. military experienced several highly publicized events—at Camp Lejeune in 1969, at Travis Air Force Base in 1971,

> "Diversity among Soldiers, Sailors, Marines, Airmen, and Space professionals enables us to solve problems for success on the battlefield. A military culture of diversity and inclusion is not optional. It is mission essential."
>
> Under Secretary of Defense for Personnel and Readiness, Matthew P. Donovan

---

[1]  Executive Order No. 8802, Prohibition of Discrimination in the Defense Industry, June 25, 1941; Executive Order No. 9981, Desegregation of the Armed Forces, July 26, 1948.

[2]  Patrick Feng, "Executive Order 9981: Integration of the Armed Forces," National Museum of the United States Army, undated, https://armyhistory.org/executive-order-9981-integration-of-the-armed-forces.

[3]  Schuyler C. Webb and William J. Herrmann, *Historical Overview of Racism in the U.S. Military*, Patrick Air Force Base, Fla.: Defense Equal Opportunity Management Institute, February 2002, https://apps.dtic.mil/dtic/tr/fulltext/u2/a488652.pdf; and Manning Marable, "The Military, Black People, and the Racist State: A History of Coercion," *The Black Scholar*, Vol. 12, No. 1, 1981, pp. 6–17, https://www.jstor.org/stable/41067961.

[4]  Webb and Herrmann, 2002.

and aboard the USS *Kitty Hawk* in 1972—that magnified socio-political forces.[5] Although DoD had declared racial equality a priority,[6] the necessary practices, procedures, and trainings were not in place to address race relations in the Armed Forces during this time.

To address these issues, DoD established the Defense Race Relations Institute in 1971 to provide education and training programs in human relations, equal opportunity (EO), civilian equal employment opportunity (EEO), and diversity. Shortly thereafter, DoD created a Race Relations Education Board and mandatory education, training, and assessment programs housed within the Defense Equal Opportunity Management Institute (DEOMI)—rebranded from the Defense Race Relations Institute. These programs began to operationalize and standardize measurement of diversity and inclusion (D&I) issues, with a focus on measuring organizational climate and addressing factors contributing to racial inequities. DoD observed modest increases in minority demographic representation among junior to mid-grade officers,[7] driven in part by DEOMI's initiatives.[8]

During this period and for many decades later, less progress was made in diversifying the military's senior leadership. Recognizing that diversity declined significantly as officer grades increased, Congress established the Military Leadership Diversity Commission (MLDC) in 2009. MLDC was tasked with conducting comprehensive evaluations and assessments of policies and practices that would increase D&I among military leadership, and its recommendations substantively contribute to the current state of understanding of D&I in the Armed Forces.

Figure 1 summarizes key events in the military's D&I history.

## The Military Leadership Diversity Commission and Impact on DoD D&I Efforts

The Duncan Hunter National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2009 established the MLDC, an advisory body of active and retired military, academic, and corporate leaders working "to conduct a comprehensive evaluation and assessment of policies that provide opportunities for the promotion and advancement of minority members of the Armed Forces."[9] Over the course of two years, the Commission gathered information through interviews with Service members and monthly public meetings with civilian and military leaders from DoD and each of the Services, as well as experts from academia and the private sector.

The Commission's 2011 final report laid the foundation for subsequent policy change and research on diversity in the military. The report outlined three goals that articulated a vision for the future of D&I in the military:

- Establish the foundation for effective diversity leadership with a definition of diversity that is congruent with DoD's core values and vision of its future.
- Develop future leaders who represent the face of America and can effectively lead a diverse workforce to maximize mission effectiveness.
- Implement policies and practices that will make leaders accountable for instilling diversity leadership as a core competency of the Armed Forces.[10]

The MLDC report described a fundamental shift in the way the military should address D&I in the 21st century. While diversity policies in the 20th century primarily focused on demographic representation—manifested in EO programs and affirmative action for women and

---

[5]  Congressional Research Service, *Diversity, Inclusion, and Equal Opportunity in the Armed Services: Background and Issues for Congress*, Washington, D.C., June 5, 2019, https://fas.org/sgp/crs/natsec/R44321.pdf.

[6]  Military Leadership Diversity Commission (MLDC), *From Representation to Inclusion: Diversity Leadership for the 21st-Century Military—Final Report*, Arlington, Va., March 2011, https://diversity.defense.gov/Portals/51/Documents/Special%20Feature/MLDC_Final_Report.pdf.

[7]  September 2019 demographic data captured from the Defense Manpower Data Center (DMDC); see DMDC, homepage, undated, https://www.dmdc.osd.mil/dwp/index.jsp.

[8]  William Gary McGuire, *The Evolution of DEOMI*, Patrick Air Force Base, Fla.: Defense Equal Opportunity Management Institute, undated, https://apps.dtic.mil/dtic/tr/fulltext/u2/1039313.pdf.

[9]  MLDC, *Final Report*, 2011, p. 3.

[10]  MLDC, *Final Report*, 2011, p. 8.

**Figure 1. History of Military Diversity and Inclusion Efforts**

   

| 1940s–1950s | 1960s | 1970s–1990s | 2000s–2020 |
|---|---|---|---|
| **Armed Forces Desegregation** | **DoD Diversity and Inclusion Values** | **DoD D&I Implementation** | **D&I in Military Leadership** |
| President's Committee on Civil Rights (est. 1946) investigates the status of civil rights | Gesell Committee (est. 1962) recommends improvements for practices, structures, and trainings to promote equal treatment of Black/African American Service members | DoD pioneers the Race Relations Education Board (est. 1971) and the Defense Race Relations Institute, which becomes the Defense Equal Opportunity Management Institute (DEOMI) | Military Leadership Diversity Commission (est. 2009) expands beyond diversity toward inclusion, with emphasis on diversity leadership and the personnel lifecycle |
| Fahy Committee (est. 1949) informs military leadership on racial equity and inequity | National Advisory Commission on Selective Service (est. 1966) releases Marshall report on racial discrepancies in Vietnam War causalities for Black/African American Service members | The Task Force on the Administration of Military Justice in the Armed Forces (est. 1972) investigates discrimination in the military justice system | Services create D&I policies focused on leadership diversity training and education, recruiting, and accessions |
| Manpower needs of the Korean War (1950–1953) catalyzes racial integration | | | Secretary of Defense directs immediate actions and establishes a Board to promote D&I (2020) |
| All Armed Forces fully desegregate by 1954 | | | In accordance with FACA, DoD establishes the independent Defense Advisory Committee on D&I (2020) |

NOTE: FACA = Federal Advisory Committee Act.

minorities—diversity efforts in the 21st century focus on establishing inclusive practices and effectively leading diverse groups.[11] To address this paradigm shift from representation to inclusion, the MLDC offered DoD a new, operational definition for diversity, which DoD incorporated in its 2012–2017 Diversity and Inclusion Strategic Plan and recently codified in a DoD Instruction (DoDI).[12] Diversity is

*All the different characteristics and attributes of individuals from varying demographics that are consistent with the DoD's core values, integral to overall readiness and mission accomplishment, and reflective of the nation we serve.[13]*

The MLDC's definition of diversity extends beyond race, gender, or religion. DoD considers all characteristics and attributes that are consistent with the DoD core values to be integral to overall readiness and mission accomplishment.

In line with its definition of diversity, DoD's definition of inclusion emphasizes the value of individual differences in organizational decisionmaking. Specifically, inclusion is

*A set of behaviors (culture) that encourages Service members and civilian employees to feel valued for unique qualities and to experience a sense of belonging.[14]*

---

[11] Appendix H describes further evolution of D&I best practices subsequent to the work of the MLDC.

[12] DoD, *Diversity and Inclusion Strategic Plan 2012–2017*, Washington, D.C., 2012, https://diversity.defense.gov/Portals/51/Documents/DoD_Diversity_Strategic_Plan_%20final_as%20of%2019%20Apr%2012%5B1%5D.pdf; and DoDI 1020.05, *DoD Diversity and Inclusion Management Program*, Washington, D.C., September 9, 2020.

[13] DoDI 1020.05, 2020, p. 23.

[14] DoDI 1020.05, 2020, p. 24.

DoD further describes how the concept of inclusion applies to diversity:

> *Inclusive diversity is the process of valuing and integrating each individual's perspectives, ideas, and contributions into the way an organization functions and makes decisions; enabling diverse workforce members to contribute to their full potential in collaborative pursuit of organizational objectives.[15]*

In addition to adopting the MLDC's insight concerning inclusive diversity, as of October 1, 2020, DoD had implemented 16 of the 20 MLDC recommendations and partially implemented the remaining four.[16] Additionally, DoD had published five instrumental D&I policies that accomplished various goals, including delineating D&I oversight within DoD and establishing sexual harassment prevention awareness and training for all Service members.[17] However, these accomplishments—while admirable steps forward—have resulted neither in widespread diversity among military leaders nor in the complete elimination of discrimination against racial and ethnic minority Service members.[18] More action is needed to ensure that bias and prejudice have no place in the future of the U.S. military.

## 2020 Secretary of Defense Directive

On June 19, 2020, then–Secretary of Defense Mark T. Esper issued a memorandum directing a three-pronged approach for promoting D&I across all ranks of the Armed Forces: (1) Identify immediate actions that can be implemented to support a more diverse and inclusive force, (2) establish a Department of Defense Diversity and Inclusion Board, and (3) establish a long-term Defense Advisory Committee on Diversity and Inclusion.[19]

## Immediate Actions

Recognizing that D&I are fundamental necessities to force readiness and mission success, in a subsequent memorandum, the Secretary outlined nine immediate actions for DoD and the Services to complete by December 15, 2020.[20]

- Remove photographs from consideration by promotion boards and selection processes and develop additional guidance that emphasizes retaining qualified and diverse talent.
- Update DoD's military EO and D&I policies (e.g., military harassment, pregnancy-based discrimination).
- Obtain and analyze additional data to identify the patterns and trends of prejudice and bias.
- Add bias awareness and bystander intervention to the violence prevention framework.
- Develop educational requirements for implementation across the military life cycle to educate the force on unconscious bias.
- Develop a program of instruction containing techniques and procedures that enable commanders to have relevant, candid, and effective discussions.
- Review the effectiveness of military EO offices.
- Review hairstyle and grooming policies for racial bias.
- Support Military Department initiatives.

To synchronize efforts and appropriately allocate resources, the Secretaries of the Military Departments were to provide the Secretary of Defense a status report on the implementation of the immediate actions they identified, as well as monthly updates through December 2020.

---

[15] DoDI 1020.05, 2020, p. 24.

[16] See Appendix E for an overview of the status of MLDC recommendations.

[17] See Appendix D for further details on D&I accomplishments since the MLDC report (MLDC, *Final Report*, 2011).

[18] See Section II of this report for statistics on diversity among current military leaders.

[19] See Appendix A for the Secretary's June 19, 2020, memorandum.

[20] See Appendix B for the Secretary's July 14, 2020, memorandum. For a list of immediate actions from the Services, see Appendix F.

## Department of Defense Diversity and Inclusion Board

The memorandum established the Department of Defense Diversity and Inclusion Board, referred to in this report as "the Board," and tasked the Board with identifying additional actions related to D&I policies and processes. The membership of the Board and its work in identifying D&I recommendations for DoD are discussed in Section III.

## Defense Advisory Committee on Diversity and Inclusion

In accordance with the Federal Advisory Committee Act, DoD has chartered a Defense Advisory Committee on Diversity and Inclusion (DACODAI) to provide additional recommendations concerning D&I in the military.[21] The Committee shall be composed of no more than 20 members, including prominent individuals from academia and the public and private sectors, with experience in one or more of the following disciplines: defense or national security, organizational or human resources management, constitutional or employment law, and D&I. This independent Committee will conduct studies, produce findings, and provide recommendations to the Secretary of Defense and the Deputy Secretary of Defense, through the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), on matters and policies relating to improving racial and ethnic EO, diversity, and inclusion in DoD.

---

[21]   DoD, "Charter Establishment of Department of Defense Federal Advisory Committees," *Federal Register*, Vol. 85, No. 169, August 31, 2020, p. 53802, https://www.govinfo.gov/content/pkg/FR-2020-08-31/pdf/2020-19038.pdf.



# Section II: Current State of Diversity and Inclusion Within DoD

**H**istorical milestones provide vital context for discussing the current state of D&I within DoD. The results of any organization's work in this area continue to be measured by the progress organizations make in demographic representation; inclusivity of the organizational climate; and the policies, programs, and practices that affect each of these. This section reviews current statistics on diversity in the military—including differences in the demographic composition of both the enlisted and officer corps.

## Current Statistics on Representation

In congruence with DoD's goal of developing a Total Force that reflects the population it serves, this report compares the racial and ethnic representation among the active and Reserve Component enlisted and officer corps with the representation among their respective eligible U.S. populations as of May 2020—including American Indian or Alaskan Native, Asian, Black/African American, Hispanic, multiracial, Native Hawaiian or other Pacific Islander, and White.[1] Enlisted personnel are compared with U.S. civilians ages 17 to 44 with at least a high school diploma, General Educational Development (GED) certificate, or equivalent. Officers are compared with U.S. civilians ages 19 to 44 with at least a bachelor's degree.[2] The primary source of data on the Total Force is the Defense Manpower Data Center (DMDC).[3]

Overall, the active component enlisted corps is slightly more racially and ethnically diverse than its U.S. civilian counterparts are (Figure 2). White representation among active component enlisted personnel is 6 percentage points lower than in the eligible U.S. population (53 percent versus 59 percent). For racial and ethnic minorities, Black/African American representation is 5 percentage points higher in the active enlisted ranks than in the eligible population, Hispanic representation is just slightly higher than in the eligible population (19 percent versus 18 percent),

> "By fostering diversity and creating an inclusive culture for all Service members, we increase our ability to recruit from the broadest possible pool of talent, solve the toughest challenges, and engage the full power of an innovative force."
>
> Brig Gen Troy E. Dunn,
> U.S. Air Force

---

[1]  The data for eligible U.S. populations are U.S. Census Bureau 5-year estimates drawn from the American Community Survey (ACS); see U.S. Census, "American Community Survey: Data Profiles," web tool, 2018, https://www.census.gov/acs/www/data/data-tables-and-tools/data-profiles/2018. These five-year estimates combine one-year ACS estimates from 2014–2018 to develop a more accurate picture of the U.S. population. The U.S. Census adheres to the U.S. Office of Management and Budget categorizations of race and ethnicity. The U.S. Office of Management and Budget reports race using six categories (American Indian or Alaskan Native, Asian, Black or African American, multiracial, Native Hawaiian or other Pacific Islander, and White) and uses two categories for ethnicity (Hispanic and non-Hispanic). Race and ethnicity variables have been combined to create a mutually exclusive race and ethnicity category that allows DoD to compare Hispanic representation with non-Hispanic representation across the racial categories (e.g., "White" race and ethnicity reflects "White, Non-Hispanic" self-identification).

[2]  Age data from the U.S. Census differ slightly from the eligible ages for entry into the enlisted and officer corps, due to how the U.S. Census grouped ages in the publicly available data set.

[3]  DMDC, undated.

**Figure 2.** Racial and Ethnic Representation of Active and Reserve Component Enlisted and Officer Personnel Compared with Eligible U.S. Civilians



SOURCE: DMDC, undated (2020 data); U.S. Census Bureau, 2018, 5-year estimates.
NOTE: The eligible enlisted U.S. population includes civilians ages 17–44 with at least a high school diploma, GED certificate, or equivalent; the eligible officer U.S. population includes civilians ages 19–44 with at least a bachelor's degree.

and Asian representation is 3 percentage points lower than in the eligible civilian population.

The Reserve Component shows similar trends in the enlisted corps for Blacks/African Americans, whose representation is 4 percentage points above the eligible civilian population, and for Asians, whose representation matches that in the active component. The enlisted Reserve Component is underrepresented for Hispanics compared with the eligible population (15 percent versus 18 percent), but the percentage of Whites in the enlisted corps is on par with civilian counterparts.

Active component officers are less diverse than the eligible civilian population is. White officers represent 73 percent of all active component officers compared with 66 percent of the eligible civilian population. Blacks/African American, Hispanic, and Asian officers are underrepresented compared with civilian counter-

parts, by 1, 2, and 6 percentage points, respectively. Similar trends hold for Reserve Component officers. Seventy-four percent of Reserve Component officers are White, Hispanic representation is 3 percentage points lower than in the eligible population, and Asian representation is 7 percentage points lower than in the eligible population. Black/African American officers in the Reserve Component, however, are represented on par with their civilian counterparts.

Notably, officers are significantly less racially and ethnically diverse than the enlisted corps, in both the active and Reserve Component. Similarly, the civilian population eligible for commissioning as officers is less racially and ethnically diverse than the civilian population eligible for enlisted service.[4]

Although census data are useful for making external comparisons with the civilian population, such data

---

[4]  These differences among the two comparative populations are driven primarily by disparities in educational attainment by race and ethnicity. Specifically, Whites and Asians are more represented in the U.S. civilian, officer-eligible population due to bachelor's degree eligibility requirements.

cannot fully reveal reasons for demographic disparities within DoD's grade structure. To examine whether military leaders reflect the demographic composition of the Service members they lead, we compare the racial and ethnic representation of active and Reserve Component enlisted and officer personnel across pay grades. As shown in Figures 3 and 4, across the Services, racial and ethnic minorities are underrepresented at the senior non-commissioned officer and general and flag officer grades compared with their representation in the lower grades.[5] In the active component, from E-1 to E-9, the share of racial and ethnic minorities decreases 12 percentage points, from 51 percent to 39 percent. In the Reserve Component, this gap widens to 24 percentage points. For active component officers, racial and ethnic minority representation decreases even more sharply, from 32 percent at O-1 to 14 percent at the first general/flag officer grade

(8 percent at O-10). In the Reserve Component, racial and ethnic minorities represent 34 percent of O-1s but just 13 percent of O-7s (zero representation at O-10).

Appropriate representation of minorities in military leadership positions is increasingly important in the context of the nation's demographic trends. The non-Hispanic White population is expected to decline from 199 million in 2020 to 179 million in 2060, while the rest of the U.S. population continues to grow.[6] The population of people who are two or more races is projected to be the single fastest-growing racial or ethnic group, followed by Asian and Hispanic Americans. Thus, if military leaders are to mirror the racial and ethnic composition of the Service members they lead and the American public they serve, DoD must ensure that all Service members have access to opportunities to succeed and advance into leadership positions.

**Figure 3.** **Racial and Ethnic Representation of Active Component Enlisted and Officer Personnel, by Pay Grade, 2020**



SOURCE: DMDC, undated (2020 data).

---

[5]   DoD also observes declines in minority representation as pay grade increases in the active duty warrant officer population. Warrant Officer 1 (W-1) personnel are 35 percent minority, while Chief Warrant Officer 5 (W-5) personnel are 27 percent minority.

[6]   Jonathan Vespa, Lauren Medina, and David M. Armstrong, *Demographic Turning Points for the United States: Population Projections for 2020 to 2060*, U.S. Census Bureau, February 2020, https://www.census.gov/content/dam/Census/library/publications/2020/demo/p25-1144.pdf.

**Figure 4.** Racial and Ethnic Representation of Reserve Component Enlisted and Officer Personnel, by Pay Grade, 2020



SOURCE: DMDC, undated (2020 data).

## Promotion and Retention of Racial and Ethnic Minority Officers

Demographic trends in promotion and retention further illuminate disparities in the career experiences and opportunities of racial and ethnic minorities. In 2012, at the request of USD(P&R), researchers at the RAND Corporation revisited a study on promotion and retention of racial and ethnic minorities on active duty in the U.S. military. The researchers estimated promotion and retention rates using data from DMDC, examining such variables as major life events (e.g., marriage, children), sources of commissions, and demographic characteristics. On average, results showed that Black/African American officers were likely to be promoted and retained through O-4 at rates equal to or greater than White counterparts but were less likely than White officers to be promoted and retained through O-6 (Table 1).

**Table 1.** Active Duty Promotion and Retention Rates from O-1 Through O-4 and O-4 Through O-6

| | Percentage of Entering Officer Cohort Reaching… | |
| --- | --- | --- |
| | O-1 to O-4 Promotion | O-4 to O-6 Promotion |
| Male officers | | |
| White | 45.4 | 23.6 |
| Black/African American | 47.2*** | 19.5*** |
| Hispanic | 45.9 | 20.1 |
| Other | 48.4*** | 21.0 |
| Female officers | | |
| White | 30.8*** | 18.8*** |
| Black/African American | 45.3 | 15.6*** |
| Hispanic | 36.4*** | 23.1 |
| Other | 37.2*** | 26.8 |

SOURCE: Beth J. Asch, Trey Miller, and Alessandro Malchiodi, *A New Look at Gender and Minority Differences in Officer Career Progression in the Military*, Santa Monica, Calif.: RAND Corporation, TR-1159-OSD, 2012, https://www.rand.org/pubs/technical_reports/TR1159.html.

NOTE: *** indicates statistical significance at the 0.01 alpha level. Significance pertains to differences between each group and the reference group (i.e., White male officers). "Other" includes Asian, Native Hawaiian or other Pacific Islander, multiracial, American Indian or Alaska Native, and unknown.





# Section III: Board Composition and Methodology

Led by the Secretary of the Air Force, the 15-member Board included the Senior Enlisted Advisor to the Chairman (SEAC) of the Joint Chiefs of Staff, the USD(P&R), and representatives from each branch of the DoD Military Services (Army, Navy, Marine Corps, Air Force, and Space Force) and the National Guard.[1] Advisors to the Board included members of the DoD Office of Force Resiliency (OFR), DoD Office of the General Counsel, DoD Office of the Chief Management Officer, Office of the Assistant Secretary of Defense for Legislative Affairs, and Office of the Assistant Secretary of Defense for Public Affairs.

The organizational framework for this Board consisted of DoD subject-matter experts, Service leadership, Office of the Secretary of Defense (OSD) administrative support, and unit alignment and resources. The Board's efforts were supported by the Defense Diversity Working Group (DDWG), including human resources and EO practitioners, and the Executive Defense Diversity Working Group (EDDWG), comprising senior staff from OSD and the Military Departments with responsibility for military personnel matters. The Board and the EDDWG consulted with leading D&I practitioners and experts, along with Service leaders at various levels to formulate the Board's final recommendations. The EDDWG supported the Board by reviewing relevant information, data, and analyses and developing recommendations. The DDWG supported the EDDWG through fact-finding and research.

## Data Sources to Inform Recommendation Development

The Board solicited input directly from Service members by convening listening sessions at select installations.[2] The Board asked a series of exploratory and hypothetical questions to gain meaningful insight concerning the current environment within DoD, Service member perspectives of D&I, and areas for improvement. Findings from the listening sessions helped guide the Board members in developing recommendations and shaped their understanding of which aspects of D&I most critically affect Service members in the field.

The Board also administered three online crowdsourcing campaigns and received feedback from nearly 60,000 respondents via the Defense Organizational Climate Survey (DEOCS), milSuite Comment Portal, and Google Forms

"The changing face of the nation demands that we change. As the demographic make-up of the American population continues to evolve, it is imperative that the Department of Defense focus its efforts on emerging talent to ensure that we successfully attract, recruit, develop, and retain a highly skilled Total Force capable of meeting current and future mission requirements."

Cyrus A. Salazar, Director, Office for Diversity, Equity, and Inclusion

[1]   Appendix C presents the DoD Board on Diversity and Inclusion charter.

[2]   Board members conducted listening sessions with Service members in Washington, D.C., and at Eielson Air Force Base (AFB); Clear Air Force Station; Joint Base Elmendorf–Richardson; Pope Army Airfield; Langley AFB; Nellis AFB; Creech AFB; Norfolk Naval Station; Joint Base Andrews–Naval Air Facility Washington; and Marine Corps Base Camp Lejeune. Military Affinity Groups provided information by phone to the Secretary of Defense, Secretary of the Air Force, and USD(P&R).

(Figure 5).[3] The Office of People Analytics (OPA) analyzed the data and provided themes and trends to the Board for consideration.[4]

## Recommendation Selection and Refinement

The Board used "design thinking" methodology, an approach that emphasizes empathy, creativity, and open-mindedness, to define the problem of diversity in the military and identify viable solutions.[5] The Board also conducted an extensive literature review, including past studies, reports, and recommendations from the Government Accountability Office and the MLDC. Furthermore, the Board used the W.K. Kellogg Foundation Logic Model to identify forces that either enabled or restrained progress with D&I in the military and then linked desired outcomes to proposed inputs and activities.[6] With this frame of reference, the Board reviewed recommendations from multiple sources, including the EDDWG, the Military Departments, and individual Board members. The Board consolidated analogous recommendations, which resulted in 52 recommendations for evaluation.

Next, the Board identified enabling outcomes directly leading to the achievement of the strategic outcome to improve racial and ethnic D&I among all ranks, and especially the officer corps. The enabling outcomes identified were to (1) establish an organizational framework for D&I success, (2) create a D&I framing document, (3) establish "inclusion impact" statements in relevant policy statements, (4) establish a D&I Center of Excellence to deliver inclusion education and training, and



**Figure 5. Crowdsourcing Flyer for Soliciting Service Member Feedback on Diversity and Inclusion Issues**

(5) establish a D&I data-based accountability system. The Board then used the force-field analysis technique to identify the forces driving the accomplishment of the enabling outcomes and the forces restraining the accomplishment of the enabling outcomes.[7] The resulting list of restraining forces was incorporated into the Board's final evaluation of recommendations.[8]

The DDWG subsequently evaluated each of the 52 recommendations against criteria for relevance, feasibility, and scope. The DDWG also determined the appropriate course of action for each recommendation: Five required further research;[9] seven were deemed appropriate for

---

3   Only Service members from units that were completing a DEOCS during the crowdsourcing campaign had the opportunity to provide feedback through the DEOCS platform, while any Service members with a Common Access Card could submit comments via milSuite, and all Service members could submit comments via the Google Form.

4   Appendixes I and J contain additional information on the crowdsourcing campaign.

5   The Board employed the five phases of design thinking: (1) Empathize (researching needs), (2) define (identifying problems), (3) ideate (challenging assumptions and creating ideas), (4) prototype (creating solutions), and (5) test (evaluating and coordinating solutions).

6   To define the desired outcomes, the Board assessed whether the enabling outcome was practical, identified the driving forces (i.e., ways and advantages) and restraining forces (i.e., obstacles and disadvantages), and devised solutions to help alleviate those restraining forces.

7   Kurt Lewin's force-field analysis, developed at the Massachusetts Institute of Technology, provides a framework for looking at the factors (forces) that influence a situation, originally social situations. It looks at forces that are either driving movement toward a goal (*driving force*) or blocking movement toward a goal (*restraining force*).

8   The Board identified the following five restraining forces and solutions: (1) Intent: DoD should have a clear definition of what success looks like; (2) Leadership: DoD should have universal buy-in and acceptance of the problem statement with leadership championing D&I; (3) Attitudes: DoD should remove barriers across the organization contributing to the lack of understanding and education of the importance of D&I; (4) Resources: DoD should meet the requirements in people staffing and funding levels to implement D&I correctly; and (5) Accountability: DoD should have a coherent system to measure D&I outputs and outcomes and hold leaders accountable.

9   Five recommendations required further research because the Board was not presented with sufficient information to be able to determine the relevance, feasibility, or scope of the recommendation. Further examination, formal studies, or both may be needed to confirm whether these recommendations should be implemented.

implementation by the Services; 16 were referred or deferred due to relevance, feasibility, or appropriateness for DoD or Service implementation; and 24 were identified for implementation by DoD. Those 24 were further consolidated into 15 recommendations. Figure 6 summarizes the recommendation selection and refinement process. The DDWG efforts culminated in 15 recommendations submitted for review by the EDDWG and subsequently approved by the Board.

The Board then evaluated whether the recommendations could be linked to an enabling outcome and whether the recommendation would address or mitigate a restraining force. The Board rated each recommendation based on scoring criteria derived from RAND Corporation guidelines for crafting effective policy.[10] The scoring criteria used by the Board consisted of six questions:

- Does this recommendation address an enabling outcome?
- Does it address a restraining force?
- Does the recommendation address an issue within the primary focus area that can be found across all Services or at the Joint level that prevents D&I in senior enlisted and officer ranks?

**Figure 6. Summary of the Recommendation Selection and Refinement Process**



NOTE: GAO = Government Accountability Office.

---

10  Laurie T. Martin, Coreen Farris, David M. Adamson, and Robin M. Weinick, *A Systematic Process to Facilitate Evidence-Informed Decisionmaking Regarding Program Expansion: The RAND Toolkit, Volume 3*, Santa Monica, Calif. RAND Cooperation, RR-487/3-OSD, 2014, https://www.rand.org/pubs/research_reports/RR487z3.html.

- Does it address a prevalent issue affecting D&I of members of an underrepresented group within the Board charter?
- Has a specific organization been identified to implement and be accountable for successfully implementing the recommendation?
- Are the means (e.g., authority, funding, infrastructure, personnel) identified to develop metrics of measurable outputs and outcomes to achieve D&I objectives?

The Board's evaluation led to revisions in the scope, specificity, and impact of each recommendation and the alignment of recommendations to enabling outcomes. The Board then organized the recommendations into a strategic framework, as shown in Figure 7.

## Rationale for Recommendations Proposed for Referral, Deferral, or Further Research

As previously mentioned, of the 52 recommendations evaluated by the DDWG, 16 were designated as "referred/deferred," because they did not meet the following criteria for DoD- or Service-level implementation:

- **Relevancy:** The recommendation does not directly support any of the Board focus areas.
- **Feasibility:** The technology, resources, or processes required to implement the recommendation require more time and resources than allotted for immediate impact.

**Figure 7. Strategic Framework for DoD-Wide Diversity and Inclusion Recommendations**



■ **Scope:** The recommendation may be relevant and feasible, but it is not appropriate to implement across DoD or within individual Services due to such reasons as duplication (e.g., the recommendation is already being implemented, risks (e.g., the recommendation is expected to improve one of the Board's focus areas but may negatively impact another focus area), and legal impediments.

Appendix G lists the 16 recommendations designated as referred to the Services or deferred to DACODAI for their consideration, along with the primary justification. Appendix G also contains the five recommendations designated as requiring "further research."



# Section IV: Board Recommendations

As a pioneering force for diversity, the military's acceptance of individual differences is demonstrative of America's commitment to freedom and democracy around the world. The U.S. military continues to seek demographic representation at the highest levels of leadership, as well as a deep and thorough commitment to inclusion, dignity, and respect. To achieve these goals, the Board recommends specific actions, as enumerated in this section.

The following recommendations offer the greatest opportunity for increasing D&I throughout the Department. Within each recommendation section, the Board provides the background for the recommendation, findings from multiple data sources, and outcome metrics to determine the eventual effectiveness of the recommendation.[1]

## Recommendations by Focus Area

The Board's recommendations fall into the following six focus areas:

- **Recruitment and Accessions:** Strengthen both community engagement and the narrative about military service opportunities during recruiting to attract more diverse candidates.
- **Retention:** Retain minorities beyond initial commitment and into leadership ranks.
- **Barriers:** Address barriers confronted by minority members in the workplace.
- **Career Development:** Improve advancement opportunities (e.g., promotion boards, command selection, professional military education, assignments).
- **Organizational Climate:** Address command and organizational climate issues that may negatively impact retention of minority members.
- **Culture, Worldview, and Identity:** Promote inclusion of minority groups in military culture and strengthen aspects of individual and cultural identity.

"The Defense Diversity and Inclusion Board has developed a strategic framework and comprehensive set of recommendations across the personnel life cycle that if implemented, in concert, comprise a cohesive strategy to achieve DoD's 21st-century diversity and inclusion objectives."

Dr. Lynn Scott,
Board Facilitator

---

[1]   The OSD implementation plan for each recommendation will address policy prescriptions, specific processes, procedures, practices, and detailed metrics.

## Focus Area 1: Recruitment and Accessions

> ### Recommendation 1.1: Update Recruiting Content to Represent All Service Members
>
> USD(P&R), in conjunction with the Military Departments, will complete an annual review and update of recruiting content to ensure it appropriately reflects current and future racial and ethnic demographics of the United States and is representative of all Service members

### Background

This recommendation focuses specifically on recruiting content, with the goal of ensuring that marketing materials and outreach campaigns accurately reflect current and future racial and ethnic demographics of the United States. Annually reviewing and updating recruiting content will allow DoD to adjust its D&I strategy to ensure that material is representative of all Service members.

### Findings

Many recruiting and military advertising materials contain images that are not inclusive of racial and ethnic minorities. Diverse imagery is important in recruiting a diverse talent pool and increasing the overall diversity of the Armed Forces. Advocates of a diverse force believe that it is in the best interest of the military to recruit and retain a military force that is representative of the nation, which is more likely to "broadly uphold national values and to be loyal to the government—and country—that raised it."[2]

The 2012–2017 DoD Diversity and Inclusion Strategic Plan placed emphasis on diversity management over the workforce life cycle and established new definitions of diversity and diversity management.[3] Yet the strategy did not outline recruitment, retention, or promotion targets of historically underrepresented demographic groups. Including diverse imagery in recruiting content and military advertising materials is one target the Board has

"It is critical that we consider the future demographics of our country. We should not lose sight of the fact it can take 15–20 years to grow a Senior Leader in the military. We need to constantly ask ourselves, as a military, "What kind of representation at the Senior Leadership ranks do we need? And should these Senior Leaders demographically represent the Armed Forces?"

CAPT Judy Malana, U.S. Navy

outlined, and DoD will incorporate these goals to guide representation across the personnel life cycle (i.e., recruiting, accessions, promotion, and retention).

Greater demographic diversity in accessions is essential to improving demographic diversity among senior military leaders in the future. The military is a unique organization in that it operates as a closed personnel system—senior leaders are not brought in from the outside. In the current context, increasing diversity at accession can result in increases in diversity of future senior leaders as Service members promote and advance in their careers.

Advertisements that consumers perceive as diverse or inclusive are more likely to compel people to consider a product. Recent market research has shown that "people are more likely to consider, or even purchase, a product after seeing an advertisement they think is diverse or inclusive."[4] While 64 percent of all those surveyed claimed to have taken some sort of action after seeing a diverse and inclusive advertisement, the percentage is higher among certain consumer groups—Hispanic (85 percent); Black/

---

[2]   Congressional Research Service, 2019, p. 59.

[3]   The 2012–2017 strategic plan defines *diversity* as "the different characteristics and attributes of the DoD's Total Force, which are consistent with our core values, integral to overall readiness and mission accomplishment, and reflective of the best of the Nation we serve" and *diversity management* as "the plans made and programs undertaken to identify in the aggregate the diversity within the DoD to enhance DoD capabilities and achieve mission readiness" (DoD, 2012, p. 12).

[4]   Shelley Zalis, "Inclusive Ads Are Affecting Consumer Behavior, According to New Research," *Think with Google*; November 2019, https://www.thinkwithgoogle.com/future-of-marketing/management-and-culture/diversity-and-inclusion/thought-leadership-marketing-diversity-inclusion.

African American (79 percent); Asian/Pacific Islander (79 percent); lesbian, gay, bisexual, and transgender (85 percent); millennials (77 percent); and teens (76 percent).[5] In the context of the Armed Services, this finding suggests that diverse and inclusive recruiting content that more fully represents the U.S. population—American Indian or Alaskan Native, Asian, Black/African American, Hispanic, multiracial, Native Hawaiian or other Pacific Islander, and White—is more likely to yield positive results.

DoD's Joint Advertising, Market Research and Studies program and the Services created strategic recruiting plans, descriptive market assessments, messaging and media strategies, and outreach locations by using previously collected data to provide insights for recruiters. The Services have used big data to (1) develop strategic recruiting plans, descriptive market assessments, messaging strategies, media strategies, and outreach locations; (2) assess how well the Services are meeting annual goals; and (3) provide insights on whether and how resources should be shifted to better attract recruits.[6] In the current context, it is critical that DoD and the Services identify goals for demographic representation, mechanisms to achieve them, and metrics to evaluate progress and success. An annual evaluation of whether there is a correlation between greater representation in recruiting materials and achievement of greater racial and ethnic representation in military accessions will provide data to measure the success of this initiative.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., demographic, personnel, surveys, and focus groups) indicate increased racial and ethnic diversity in the military's recruitment population, and marketing strategies and initiatives are identified as one reason that minority recruits joined the military.

### Recommendation 1.2: Develop and Publish a Data-Driven Accessions and Retention Strategy

USD(P&R), in conjunction with the Military Departments, will develop and publish a DoD-wide data-driven accessions and retention strategy for officers and enlisted personnel to achieve a talent pipeline reflecting the diversity of the current and future eligible population from U.S. Census projections.

## Background

To achieve a more diverse force at the senior grades, DoD must ensure the development of a diverse pipeline of leaders through a data-driven strategy. This strategy must be designed such that it can be applied across the military personnel life cycle with outcome goals and metrics.[7] Additionally, the strategy must assess key milestones of career progression, beginning at accession and career field classification and continuing through career development and retention. Developing a strategy based in key personnel life-cycle data elements will allow DoD to conduct annual barrier analyses to both identify and eliminate barriers experienced by demographic groups

"This recommendation ensures the DoD embraces a more diverse force reflective of the U.S. population and embraces the different attributes, experiences, cultures, characteristics, backgrounds, and talents a diverse and inclusive workforce offers to build and sustain the readiness in ALL the branches of the Armed Forces."

LTC Wrencla Lopez, U.S. Army

---

[5] Nelson Lim, Bruce R. Orvis, and Kimberly Curry Hall, *Leveraging Big Data Analytics to Improve Military Recruiting*, Santa Monica, Calif.: RAND Corporation, RR-2621-OSD, 2019, https://www.rand.org/pubs/research_reports/RR2621.html.

[6] Lim, Orvis, and Hall, pp. xiii–xiv.

[7] Currently within DoD, the Services use the U.S. Census Bureau's tables for eligible populations (for enlisted: ages 17–44; for officers: ages 19–44) to compare the progress of DoD racial and minority representation.

within the force. These analyses will provide DoD leaders with the data needed to take action to support and maintain a diverse pipeline of officers and enlisted members through the ranks.

Additionally, for DoD to build a diverse pipeline, its strategy must identify an aspirational applicant pool that enables DoD to tap into the broadest pool of diverse talent. Furthermore, DoD must monitor current and future demographic population trends in order to measure its own demographics accordingly with the aim of reflecting the nation.

## Findings

Figure 2 in Section II of this report outlines how the DoD force compares with the eligible U.S. population in 2020 by race/ethnicity. Recruiting and accessing diverse and qualified applicants can expand DoD's ability to be competitive in the battle for talent.[8]

Figures 3 and 4 in Section II of this report illustrate how racial and ethnic diversity decreases in the DoD force as rank increases, diminishing the diversity of the pipeline for senior leaders.

The MLDC previously highlighted that, to be most effective, strategic planning for D&I should be rooted in a military life-cycle framework. The MLDC also included strategic planning as a key component to ensuring accountability to D&I in the Department.[9] Additionally, the MLDC noted that a metrics-driven approach, rooted in key data elements across the life cycle, is necessary to improve D&I, shown through literature linking strategic metrics and reporting to desired end states.[10] The MLDC identified an achievable, desired end state through data-driven analysis (e.g., barrier analysis) that produces a 20- to 30-year pipeline with "an officer and enlisted corps across all communities and ranks that reflects the eligible U.S. population."[11]

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., demographic and personnel) show that racial and ethnic representation within the military is more consistent across all grades and the number of minorities to be retained beyond initial commitment and promoted to senior grades increases.

> **Recommendation 1.3:** Increase the Pool of Qualified ROTC Enrollment, Scholarship, and Commission Applicants from Minority Serving Institutions
>
> USD(P&R), in conjunction with the Military Departments, will sponsor programs and initiatives, to include Reserve Officer Training Corps (ROTC) scholarship programs, student training programs, Federal TRIO programs,[12] and paid/unpaid internship opportunities, in order to increase the available pool of qualified applicants for ROTC enrollments, scholarships, and commissions from students enrolled at Minority Serving Institutions (MSIs).

## Background

This recommendation addresses three goals: (1) Increase the propensity to serve among younger generations, particularly racial and ethnic minorities; (2) increase minority enrollment in ROTC programs by expanding programs at MSIs; and (3) help racial and ethnic minority students receive greater support (e.g., academic and financial assistance) to qualify and succeed in ROTC programs through expanded ROTC-preparatory programs at MSIs modeled on the Navy's program.

By FY 2018, more than one-third of active duty officers had received their commission through ROTC

---

[8]  Nelson Lim, Michelle Cho, and Kimberly Curry, *Planning for Diversity: Options and Recommendations for DoD Leaders*, Santa Monica, Calif.: RAND Corporation, MG-743-OSD, 2008, https://www.rand.org/pubs/monographs/MG743.html.

[9]  MLDC, "Decision Paper #7: Implementation and Accountability," Arlington, Va., February 2011, https://diversity.defense.gov/Portals/51/Documents/Resources/Commission/docs/Decision%20Papers/Paper%207%20-%20Implementation%20and%20Accountability.pdf.

[10]  MLDC, "Decision Paper #8: Metrics," Arlington, Va., February 2011, https://diversity.defense.gov/Portals/51/Documents/Resources/Commission/docs/Decision%20Papers/Paper%208%20-%20Metrics.pdf.

[11]  MLDC, "Decision Paper #8, 2011, p. 30.

[12]  The Federal TRIO Programs are Federal outreach and student services programs designed to identify and provide services for individuals from disadvantaged backgrounds. TRIO includes eight programs targeted to serve and assist low-income individuals, first-generation college students, and individuals with disabilities to progress through the academic pipeline from middle school to postbaccalaureate programs. TRIO also includes a training program for directors and staff of TRIO projects. See U.S. Department of Education, "Federal TRIO Programs," webpage, undated, https://www2.ed.gov/about/offices/list/ope/trio/index.html.

"MSIs are a powerful resource to recruit talented men and women. ROTC plays a unique role in developing that talent for the needs of the DoD. This recommendation can be a foundation to improving racial and ethnic diversity through the officer corps."

MCPO John Diaz, U.S. Navy

programs.[13] Racial and ethnic minorities are more likely to take non-academy routes to gain commissions.[14] DoD should strengthen pathways for both ROTC and Military Service Academies to increase accession rates of racial and ethnic minorities into the officer corps. However, this recommendation focuses on partnering with MSIs to deliver a diverse applicant pool qualified for ROTC enrollment, scholarships, and commissioning.

## Findings

MSIs play a vital role in cultivating diverse talent for military recruitment. The Board recommends increasing ROTC preparation opportunities for students facing academic achievement gaps; it plans to achieve this through partnerships with MSIs willing to develop one-year ROTC preparatory programs.

Minority participation in ROTC scholarship and non-scholarship programs has historically lagged participation of White students. As of FY 2018, over 78,800 of nearly 213,000 commissioned military officers received commissions via the ROTC program. Over 61,000 of those who received commissions via ROTC (77 percent) identified as non-Hispanic White.[15] In FY 2018 alone, 4,548 (more than 74 percent) of the 6,113 officers who received their commissions via ROTC identified as non-Hispanic White.[16]

ROTC programs are rigorous and academically challenging. Preparatory programs, such as the program currently sponsored by the Navy at 21 MSIs, allow interested high school students to apply for one year of funding to support room, board, and tuition while enrolled. These programs help students improve their academic and life skills to ensure that they can meet ROTC demands.

Partnering with MSIs to create ROTC preparatory programs will expand the pool of qualified minority applicants for ROTC without changing eligibility standards.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., demographic, personnel, surveys, and focus groups) indicate increases in the diversity of qualified applicants for the officer corps.

### Recommendation 1.4: Remove Aptitude Test Barriers That Adversely Impact Diversity

USD(P&R), in consultation with the Defense Advisory Committee on Military Personnel Testing, will conduct an initial and biennial assessment of all aptitude tests currently administered by the Military Departments to analyze and remove barriers that adversely impact diversity and are unrelated to predictive validity.

## Background

The U.S. military uses standardized aptitude tests to determine eligibility for enlistment and admission into officer commissioning programs.[17] In efforts to efficiently, effectively, and fairly select citizens for service who will

---

[13] CNA, *Population Representation in the Military Services: Fiscal Year 2018 Summary Report*, Arlington, Va., 2020, https://www.cna.org/research/pop-rep; and CNA, "Table B-33. Active Component Commissioned Officer Corps, FY18: by Source of Commission, Service, Gender, and Race/Ethnicity," in *Population Representation in the Military Services: Fiscal Year 2018 Summary Report*, Arlington, Va., 2020, https://www.cna.org/pop-rep/2018/appendixb/b_33.html.

[14] DMDC, undated (2019 data).

[15] CNA, *Fiscal Year 2018 Summary Report*, 2020; CNA, "Table B-33," 2020.

[16] CNA, *Fiscal Year 2018 Summary Report*, 2020; and CNA, "Table B-32. Active Component Commissioned Officer Gains, FY18: by Source of Commission, Service, Gender, and Race/Ethnicity," in *Population Representation in the Military Services: Fiscal Year 2018 Summary Report*, Arlington, Va., https://www.cna.org/pop-rep/2018/appendixb/b_32.html.

[17] MLDC, "Requirements and the Demographic Profiles of the Eligible Population–The Use of Standardized Aptitude Tests in Determining Eligibility," Issue Paper #10, Arlington, Va., January 2010, https://diversity.defense.gov/Portals/51/Documents/Resources/Commission/docs/Issue%20Papers/Paper%2010%20-%20Use%20of%20Standardized%20Aptitude%20Tests.pdf.

"This recommendation ensures the DoD is consistently accessing measures used to access aptitude for relevance and validity. If applied properly, this recommendation reinforces talent management and increases the DoD's understanding of the cognitive measures in relation to performance."

Capt Oludare Adeniji, U.S. Marine Corps

contribute to the military's goals, psychologists have measured aptitudes, abilities, background characteristics, temperaments, and other traits so as to uncover potential performance predictors. The Armed Services Vocational Aptitude Battery (ASVAB) aptitude composites are valid predictors of core and general technical proficiency. Thus, DoD requires all enlistees to achieve a minimum score on the ASVAB, and each Service uses Service-specific assessments for selection into officer commissioning programs or to commission. However, ASVAB scores only tell how well someone is expected to perform relative to others in the youth population rather than predicting an absolute or specific level of performance. In other words, the ASVAB and its Armed Forces Qualifying Test composite are norm referenced rather than criterion referenced.

Average scores tend to differ by demographic group, with racial and ethnic minorities usually scoring lower than their White counterparts. The Services are currently exploring other non-cognitive measures, including biographical and temperament inventories. For example, in January 2020, DoD authorized the Army to conduct a three-year pilot study on a new military entrance exam to predict performance, behaviors, attitudes, and attrition

of potential Soldiers. To supplement the ASVAB or the Armed Forces Qualifying Test, the Tailored Adaptive Personality Assessment System will evaluate the use of personality testing and motivation. Use of the tool is expected to expand the market of eligible recruits while maintaining current military standards.

DoD should continue to explore other options to expand the pool of qualified, eligible minority and female candidates in the future. Thus, the Board recommends conducting biennial reviews of all aptitude tests currently used by the Military Departments to identify and remove or mitigate barriers associated with the use of aptitude tests that adversely impact diversity and are unrelated to predictive validity.[18]

## Findings

Extensive research and studies have confirmed that well-developed aptitude tests are valid predictors of future performance and are not biased against minorities, in accordance with testing standards and the law.[19] However, research demonstrates persistent racial and ethnic gaps in preparation for aptitude tests, such as the Scholastic Aptitude Test (SAT),[20] as well as continued disparities in test performance that impact minorities' college and career outcomes later in life.[21] Disparities in performance, particularly on the verbal or written sections of standardized tests, also exist for students who speak English as a second language.[22]

Furthermore, each Service uses Service-specific assessments for selection into officer commissioning programs or to commission. For example, the Department of the Air Force requires the Air Force Officer Qualifying Test (AFOQT) for selection into Officer Training School and for senior ROTC officer candidates commissioning programs, while the Military Service Academies and the other Services use SAT or American College Testing scores to determine admission and commissioning opportunities.

Although aptitude tests are considered to be a beneficial tool for predicting successful performance and selecting candidates for entry-level jobs at a relatively low

---

18   Policy changes should consider and factor in operational necessity and mission requirements.

19   MLDC, Issue Paper #10, 2010.

20   Claudia Buchanan, Dennis J. Condron, and Vincent J. Roscigno, "Shadow Education, American Style: Test Preparation, the SAT and College Enrollment," *Social Forces*, Vol. 89, No. 2, 2010, pp. 435–461.

21   Christopher Jencks and Meredith Phillips, eds., *The Black-White Test Score Gap*, Washington, D.C.: Brookings Institution Press, 1998; and Elizabeth Covay Minor, "Racial Differences in Mathematics Test Scores for Advanced Mathematics Students," *High School Journal*, Vol. 99, No. 3, Spring 2016, pp. 193–210.

22   Rebecca Zwick and Jeffrey C. Sklar, "Predicting College Grades and Degree Completion Using High School Grades and SAT Scores: The Role of Student Ethnicity and First Language," *American Educational Research Journal*, Vol. 42, No. 3, 2005, pp. 439–464.

cost to administer, they can result in reduced organizational diversity. Therefore, continued exploration of ways to reduce adverse impact while maintaining the predictive validity of aptitude tests is critical. Options include using both cognitive- and non-cognitive-based standardized tests, using alternative selection methods (e.g., validated structured interviews) with less adverse impact and high predictive validity, or supplementing aptitude tests with other measures (e.g., personality tests). This recommendation requires creative exploration of means to remove barriers presented by aptitude tests while maintaining the predictive validity necessary to access a high-quality force.

## Outcome Metrics

The measure of success is when analyses indicate that aptitude tests objectively and accurately predict performance for all racial and ethnic subgroups and that applicants accessed under Service-developed, USD(P&R)-approved selection criteria will have successful career trajectories.

# Focus Area 2: Retention

## Recommendation 2: Evaluate Demographic Trends in Performance Evaluations

USD(P&R), in conjunction with the Military Departments, will implement a policy to annually monitor and evaluate demographic trends in performance evaluations to inform career development processes and identify potential biases in supervisor/rater populations.

## Background

To be competitive, an officer's assignment history and the supervisor's assessment of the officer's performance in each position are critical inputs to the promotion board.[23] However, the subjectivity of performance evaluations may unduly impact minority selection for key positions, assignments, and promotions.[24]

The Board recommends that the Services consider whether there are potential barriers to career development opportunities in the rating process. To this end, the Board recommends assessing the fairness of the evaluation pro-cess by analyzing trends in ratings, referred reports, and administrative errors.

## Findings

Analyses of performance reports across the military and the civilian sector consistently demonstrate disparities in the ratings of minority groups.[25] Researchers have proposed two broad reasons for the observed differences in performance ratings:

- **Rater biases** are rater tendencies (intentional or unintentional) to elevate or depress a performance rating due to the ratee's subgroup membership, regardless of job performance.[26] Rater biases include stereotypes, as well as attribution effects, information use, judgment processes, and stimulus salience that impact the way raters gather, store, and recall performance-related information about minority ratees.

- **Lost opportunity effects** are factors that indirectly affect performance ratings via their gradual effects over time on actual performance levels.[27] These factors include mentoring and sponsorship, ingroup and outgroup membership, tokenism, and self-limiting behaviors.

While data from studies indicate that raters have a tendency to rate individuals of their own race more highly and to rely more heavily on subjective criteria in the overall evaluation of White employees than in the evaluation of minorities, there was far too little data to conclude that differences in performance levels were solely the result of rating biases.[28] Instead, researchers proposed that rating biases are most likely the result of complex judgment processes rather than simple minority stereotypes.

> "Implementation of this recommendation adds personal accountability to raters and senior raters within the DoD by allowing raters and senior raters to monitor evaluation trends."
>
> CPT Chrystal Ware, U.S. Army

---

23   MLDC, "Decision Paper #4: Promotion," Arlington, Va., February 2011, https://diversity.defense.gov/Portals/51/Documents/Resources/Commission/docs/Decision%20Papers/Paper%204%20-%20Promotion.pdf.

24   MLDC, Decision Paper #4, 2011.

25   Daniel R. Ilgen and Margaret A. Youtz, *Factors Affecting the Evaluation and Development of Minorities in Organization*, East Lansing, Mich.: Michigan State University, 1984, https://apps.dtic.mil/sti/citations/ADA142046.

26   Ilgen and Youtz, 1984.

27   Ilgen and Youtz, 1984.

28   Ilgen and Youtz, 1984.

Overall, survey data regarding Service members' perceptions of fairness of both assignment opportunities and performance evaluations generated ambiguous results. Continued monitoring of perceptions of fairness regarding assignments and performance evaluations through validated survey instruments and rigorous sampling methodologies is recommended.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., demographic, personnel, internal assessments and evaluations, surveys, and focus groups) indicate that performance evaluations objectively and accurately assess performance for all racial and ethnic subgroups.

## Focus Area 3: Barriers

> ### Recommendation 3: Develop Diverse Pools of Qualified Candidates for Nominative Positions
>
> USD(P&R), in conjunction with the Military Departments and Joint Staff, will identify, and appropriately address, any barriers to developing racially/ethnically diverse pools of candidates for consideration by non-statutory selection boards or selecting officials for nominative assignments, which lead to positions in senior leadership, such as aides-de-camp, military assistants, deputies, general officer or flag officer nominative positions (officer and enlisted), and other special leadership development positions (officer and enlisted).

### Background

Diversity in the Armed Forces requires investment in the entire military personnel life cycle to ensure that the most qualified, prepared force is available at every step. To that end, increasing diversity in recruiting and accession processes, coupled with improving mentorship along key milestones, will support a force that is diverse going forward to the senior ranks. When it comes to nominative assignments, the Board determined that the military must work toward providing selection boards and officials with a racially and ethnically diverse pool of qualified candidates. However, the notion of increasing diversity in

> "The very best should be considered for senior leadership positions; barrier analysis will empower us to identify and eliminate needless obstacles that are holding back qualified candidates from leadership roles."
>
> LT Cassandra Chang, U.S. Navy

pools of candidates for nominative positions really begins at recruitment and permeates throughout the military personnel life cycle, as explained by the MLDC:

> *Career field and assignment decisions, which are shaped by both policy and individual preferences, influence the overall demographic composition within each career field and within key assignments. The career fields and assignments held by servicemembers then play a role in overall career progression and in the resulting demographic composition of those who advance to higher ranks.*[29]

In September 2020, USD(P&R) issued a DoDI on the DoD Diversity and Inclusion Management Program. It directs the Military Department Secretaries to "prescribe procedures to ensure a diverse pool of candidates are considered for selection by boards or selecting officials for assignments which lead to positions in senior leadership, such as general or flag officer aide-de-camp; military assistant, deputy; or other special leadership development positions."[30] Currently, the Services do not track the racial and ethnic makeup of the individuals considered and selected for nominative positions. In order to best identify and address barriers to racial and ethnic diversity at the senior grades, the Armed Forces should monitor the diversity of this talent pipeline.

### Findings

Both structural and perceptual barriers can limit the pool of racially and ethnically diverse candidates available for specific career fields and the key developmental assignments that are associated with reaching senior military ranks. Structural barriers are those that are inherent in the policies and procedures of the institution. An example of a structural barrier is a policy or practice of requiring senior leaders to have experience in a direct combat occupation when, until recently, women were restricted from entering specialties that have ground combat assignments. Another example is an aptitude test that, for reasons unrelated to

---

[29]  MLDC, *Final Report*, 2011, p. 44.

[30]  DoDI 1020.05, 2020, p. 8.

predictive validity, prevents women or minorities from entering certain occupations or training programs.[31]

Perceptual barriers are based on "perceptions, attitudes, or beliefs that lead minorities to think they cannot or should not pursue . . . a job or career option."[32] An example of a factor that might increase perceptual barriers is a lack of role models, mentors, and career counselors that can advise racial and ethnic minorities on pursuing opportunities, such as nominative assignments.[33] In the 2018 RAND study on Air Force UPT attrition, evidence of perceptual barriers for women and racial and ethnic minorities included performance anxiety and concerns about falling into stereotypes because of their status as gender and racial and ethnic minorities. Women and racial and ethnic minority students pointed to the value of support networks, such as affiliation groups and peers of the same gender and race/ethnicity.[34]

DoD should consider potential structural and perceptual barriers when exploring ways to develop diverse pools of candidates who are qualified for and seeking assignments that lead to positions in senior leadership (i.e., general or flag officer aide-de-camp).

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., demographic, personnel, surveys, and focus groups) show increases in racial and ethnic diversity within nominative assignments, with eventual increases in the racial and ethnic diversity of general and flag officer ranks.

---

[31]  A specific example is discussed in a 2018 RAND study on demographic differences in Air Force undergraduate pilot training (UPT) attrition. Researchers found that UPT attrition for women and Black/African American students could be largely attributed to differences in pre-training performance on the Test of Basic Aviation Skills. Thus, the test serves as a structural barrier for women and Black/African American Air Force cadets seeking to enter and graduate from UPT. See David Schulker, Douglas Yeung, Kirsten M. Keller, Leslie Adrienne Payne, Lisa Saum-Manning, Kimberly Curry Hall, and Stefan Zavislan, *Understanding Demographic Differences in Undergraduate Pilot Training Attrition*, Santa Monica, Calif.: RAND Corporation, RR-1936-AF, 2018, https://www.rand.org/pubs/research_reports/RR1936.html.

[32]  Sheila Nataraj Kirby, Margaret C. Harrell, and Jennifer Sloan, "Why Don't Minorities Join Special Operations Forces?" *Armed Forces and Society*, Vol. 26, No. 4, Summer 2000, pp. 523–545.

[33]  MLDC, "Decision Paper #2: Branching and Assignments," Arlington, Va., 2011.

[34]  Schulker et al., 2018.

## Focus Area 4: Career Development

> ### Recommendation 4.1: Establish a Diversity and Inclusion Center of Excellence
>
> USD(P&R), in conjunction with the Military Departments, will establish a D&I Center of Excellence at DEOMI that will develop and institute a DoD-wide curriculum on diversity, inclusion, and cultural awareness. The curriculum will be incorporated throughout a Service member's career, to include initial training, and at all levels of leadership development training, such as pre-command courses and professional military education (PME).

### Background

DoD's renewed efforts to increase D&I must be reflected in the behaviors and practices of all Service members, especially those in leadership positions. This recommendation focuses on training military personnel on how to accurately reflect and promote DoD's mission to create an inclusive space throughout the military. This recommendation calls for D&I training to occur at all levels of leadership in the military, ranging from initial training to pre-command courses and throughout Service members' PME.

Before this training begins, DoD must establish standards that promote diverse and inclusive environments and must create a curriculum that effectively educates Service members on how to support DoD's diversity efforts. Currently, these standards and the curriculum do not exist, but this recommendation would create a Center of Excellence at DEOMI that would develop the standards, curriculum, and competencies required to educate Service members. Because DEOMI's mission includes the education and training of DoD personnel, this organization is uniquely qualified to establish standardized guidelines on the curriculum and standards for D&I. DEOMI also regularly engages in research to provide evidence and the knowledge base necessary to create an effective curriculum.

### Findings

Incorporating D&I training into Service members' education should produce positive outcomes, such as enhanced unit cohesion and mission readiness. Previous research has shown that diversity training can improve employees' communication skills, knowledge of diversity policies, and ability to perform well in diverse workplaces.[35] However, this recommendation extends beyond one-time training or training that occurs only for junior personnel. With consistent training throughout the Service members' careers and continued D&I requirements, DoD personnel will be expected to continuously foster inclusive environments. DoD can reinforce D&I practices by rewarding leaders who successfully implement diversity requirements and competencies into business and readiness metrics. Inclusive environments succeed by leveraging diversity metrics and rewarding leaders for successfully managing in a diverse environment.[36]

Currently, standardized roles, responsibilities, or competencies for D&I leaders and practitioners do not exist.[37] Furthermore, there are no evidence-based D&I performance goals or metrics to evaluate policies and programs.

> "This recommendation will stress the importance of D&I and ensure that it is not a fleeting topic and that conversations are started early during initial training and continued throughout the life cycle of a Service Member's career. This recommendation is important in supporting a culture shift in the Services."
>
> SGM Gabriel Harvey, U.S. Army

---

[35]  Zachary T. Kalinoski, Debra Steele-Johnson, Elizabeth J. Peyton, Keith A. Leas, Julie Steinke, and Nathan A. Bowling, "A Meta-Analytic Evaluation of Diversity Training Outcomes," *Journal of Organizational Behavior*, Vol. 34, No. 8, 2013, pp. 1076–1104.

[36]  Barbara S. Jacobs, Marianthi N. Hatzigeorgiou, and Karen L. McCamant, "Cultivating a Culture: Implementing Methods to Embrace Diversity and Inclusion," *American Organization for Nursing Leadership*, Vol. 18, No. 5, 2009, pp. 462–429.

[37]  Maria C. Lytell, Kirsten M. Keller, Beth Katz, Jefferson P. Marquis, and Jerry M. Sollinger, *Diversity Leadership in the U.S. Department of Defense: Analysis of Key Roles, Responsibilities, and Attributes of Diversity Leaders*, Santa Monica, Calif.: RAND Corporation, RR-1148-OSD, 2016, https://www.rand.org/pubs/research_reports/RR1148.html.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., surveys, focus groups, and DEOMI internal assessments) indicate that Service members received training at specific targeted times in their careers; Service members deemed the training helpful and impactful; and there was an increase in the knowledge, skills, and abilities in the areas covered by the curriculum.

### Recommendation 4.2: Standardize a DoD Human Resources Data System for Diversity and Inclusion Analysis

USD(P&R) will establish an enterprise-wide data system to enable improved ability to aggregate Military Department human resource data to perform demographic, diversity, and inclusion analysis on DMDC data. This data system will include standardized data elements leading to improved ability to assess the effectiveness of D&I initiatives.

## Background

The DMDC system currently serves as the centralized human resources information technology system for the Services, but it is not designed to allow for complex analysis of aggregated demographic and D&I data across the force. Each Service component provides the data to DMDC; therefore, the quality of the aggregated data varies.[38] Limited standardization exists for some data elements, which limits the reliability of longitudinal (i.e., trend) data.

An enterprise-wide data system will enable DoD to integrate and analyze vast data sets in a way that allows "apples to apples" comparisons under a common data model. For example, the Office for Diversity, Equity, and Inclusion (ODEI) is using one for certain civilian employee data related to D&I, including disability status, harassment and discrimination complaints, data reported under EEO Commission Management Directive 715, and workplace climate surveys. Similar data sets can be used with military personnel data found in the DMDC system

to perform complex analyses and create a more comprehensive picture of D&I across DoD.

## Findings

An enterprise-wide data system should be used to democratize D&I data across the DoD enterprise by making it discoverable, understandable, and useful to a wide variety of users. It will give users the tools, analytic applications, and services needed to make data-driven decisions about D&I initiatives. While DMDC has proven an adequate repository of personnel data, a new approach to accessing and analyzing personnel data may allow better oversight of D&I initiatives and allow senior leadership to better assess progress. An enterprise-wide data system can standardize collection categories, capture Service member key skills, and provide better access to the data required to track and enhance DoD's D&I initiatives.

## Outcome Metrics

The measure of success is when evaluations and assessment across DoD and the Services share standardized metrics and data elements to track D&I progress and the effectiveness of efforts.

"This recommendation emphasizes accountability and transparency across the Military Departments by establishing clear guidance and strong management policies and an annual barrier analysis review. This review will include accession demographics; retention; command selection; promotion rates by race, ethnicity, and gender; and any other data needed to assess the effectiveness of D&I."

LTC Wrencla Lopez, U.S. Army

---

[38] Although DMDC data may be aggregated, doing so requires laborious amounts of data cleaning and processing to produce even partial standardization. For example, over 500 Service Program Designator codes exist for each Service to indicate personnel separation reasons. Because each Service uses different designator codes, DMDC manually mapped and configured a new set of separation codes, known as the Interservice Separation Codes. Even with this solution, data for separation codes may still be missing.

## Recommendation 4.3: Offer Internships in STEM Fields in Conjunction with JROTC Programs

USD(P&R) will collaborate with the U.S. Department of Education and the National Science Technology Council to include Pathway programs or internships in science, technology, engineering, and mathematics (STEM) fields at Title I schools where DoD is funding Junior Reserve Officer Training Corps (JROTC) programs.

"This recommendation will enhance STEM/STEM-related education and knowledge for students attending Title I schools. The program will contribute to a qualified pool of STEM-focused candidates for military service, as well as enhance and positively contribute to the country we protect."

MSgt Jessica Todd, National Guard (U.S. Air Force)

## Background

STEM education—despite its growing importance in an increasingly technological age—is not equally accessible to all students, particularly students from low-income families. Minorities are underrepresented in STEM, and efforts to improve kindergarten through grade 12 (K–12) STEM education and incentive programs are not enough.[39] Title I schools represent a large proportion of the entire U.S. school system: In the 2015–2016 academic year, 68,614 of 98,780 operating schools nationwide were Title I schools.[40] In compliance with the National Science Technology Council's strategic STEM plan, DoD prioritizes reaching students from traditionally underrepresented backgrounds from Title I schools.[41]

Thus, DoD focuses on this section of the market to build a workforce for the future with the skill sets needed to operate in an environment continuing to digitalize. The Five-Year Strategic Plan for STEM Education presents a vision for a future in which all U.S. citizens enjoy lifelong access to high-quality STEM education to ensure that the United States is a global leader in STEM literacy, innovation, and employment.[42]

In support of this goal, the Services have expanded their development programs online within their respective JROTC units. For example, the Navy's Naval Junior Reserve Officer Training Corps (NJROTC) currently provides limited college SAT preparation to 80,000 students across 583 high schools, with 23 percent of participating students from Title I schools.

## Findings

Title I schools often lack resources to provide advanced online STEM training to enrolled students.[43] Many JROTC students currently lack the necessary high school

---

[39] National Academy of Sciences, *National Academy of Engineering, and Institute of Medicine, Expanding Underrepresented Minority Participation*, Washington, D.C.: National Academies Press, 2011, https://grants.nih.gov/training/minority_participation.pdf.

[40] U.S. Department of Education, National Center for Education Statistics, "Table 3. Number of Operating Public Elementary and Secondary Schools, by School Type, Charter, Magnet, Title I Schoolwide Status, and State or Jurisdiction: School Year 2015–16," in *Selected Statistics from the Public Elementary and Secondary Education Universe: School Year 2015–16*, Washington, D.C., December 2017, https://nces.ed.gov/pubs2018/2018052/tables/table_03.asp.

[41] Title 1, Part A of the Elementary and Secondary Education Act, as amended by the Every Student Succeeds Act, provides financial assistance to local educational agencies for children from low-income families to help ensure that all children meet challenging state academic standards. For more information about Title 1, see Public Law 114-95, Every Student Succeeds Act, December 10, 2015, https://www.congress.gov/114/plaws/publ95/PLAW-114publ95.pdf.

[42] Office of Science and Technology Policy, *Progress Report on the Federal Implementation of the STEM Education Strategic Plan*, Washington, D.C., October 2019, p. 2, https://www.whitehouse.gov/wp-content/uploads/2019/10/Progress-Report-on-the-Federal-Implementation-of-the-STEM-Education-Strategic-Plan.pdf.

[43] U.S. Department of Education, letter to colleagues about STEM education, April 13, 2016, https://www2.ed.gov/programs/promiseneighborhoods/stemdearcolleagueacces.pdf; and Office of Elementary and Secondary School Education, Elementary and Secondary Education Act of 1965, *Title I: Improving the Academic Achievement of the Disadvantaged*, Department of Education, 1965, https://oese.ed.gov/offices/office-of-formula-grants/school-support-and-accountability/essa-legislation-table-contents/title-i-part-a.

course work required for STEM college courses. Introduction to STEM increases the propensity for STEM-related careers.[44] For example, an NJROTC pilot program produced nine calculus-ready students from 13 enrollees over a 16-week period, and the Marines Corps JROTC conducted STEM initiatives through co-curricular activities with summer STEM and cyber camps. Collaboration with the Department of Education to provide Pathways programs and internships at schools where DoD is funding JROTC programs will further these efforts.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., demographic, personnel, surveys, and focus groups) indicate that more individuals in the JROTC applicant pool have a high-quality STEM education.

---

[44]   Office of Science and Technology Policy, 2019.

# Focus Area 5: Organizational Climate

## Recommendation 5.1: Develop a Diversity and Inclusion Organizational Structure

USD(P&R), in conjunction with the Military Departments, will develop an organizational governance structure including distinctions and outlined areas of collaboration between D&I and equal opportunity offices to ensure D&I programs are effective and maintain appropriate authority and resources to institute positive change over time.

## Background

Currently, military D&I oversight and activities are often folded into existing EO offices, which can delay or thwart leaders' efforts to promote organizational change. Many D&I efforts remain small in scope or become siloed within EO offices—not integrated across the enterprise in a manner that strengthens and sustains D&I at the core of all DoD activities.

## Findings

In a 2013 report titled Implementation of the DoD Diversity and Inclusion Strategic Plan: A Framework for Change Through Accountability, RAND researchers outlined three key objectives necessary to achieve greater D&I in the military. Foremost, "DoD needs to

"In this recommendation, the Board leveraged institutional best practices which suggest separating D&I and EO/EEO to achieve optimal results."

MAJ Randy Fleming, U.S. Army

clarify the relationship between EO compliance activities and diversity efforts." Secondly, "DoD needs to develop and implement communication strategies for its diversity vision for internal and external stakeholders." Lastly, "DoD needs to establish formal coordination among organizations that are responsible for various aspects of personnel policies and practices to sustain the momentum required for lasting diversity efforts to achieve the mission."[45]

DoD has made several efforts to achieve these objectives, but further work is needed. In 2012, DoD reconstituted a framework to support the management and oversight of D&I initiatives. According to the 2012–2017 Diversity and Inclusion Summary Report, the DDWG was re-established to act as a collaborative body, including stakeholders from across the office of the USD(P&R) to monitor implementation of MLDC goals and initiatives in DoD's D&I Strategic Plan. That framework also included working groups that served as "tactical bodies" to best address specific issues.[46]

Within DoD's current structure, D&I has been conflated with military equal opportunity (MEO) and EEO. The MEO and civilian EEO processes are reactive in nature, designed to allow civilian employees and Service members to seek remedies from DoD in the event of discrimination. By contrast, D&I activities center upon proactively fostering the organizational factors that enhance an individual's ability to support the organizational mission. Thus, DoD needs a strategic guidance document that distinguishes these distinct capabilities and provides a roadmap for direction.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., surveys and focus groups) show a clear understanding of missions and lines of responsibility between D&I and EO offices with standardized, efficient, and effective collaboration mechanisms that identify, assess, implement, and communicate D&I improvements across DoD.

---

[45] Nelson Lim, Abigail Haddad, and Lindsay Daugherty, *Implementation of the DoD Diversity and Inclusion Strategic Plan: A Framework for Change Through Accountability*, Santa Monica, Calif.: RAND Corporation, RR-333-OSD, 2013, p. xiv, https://www.rand.org/pubs/research_reports/RR333.html.

[46] Office of Diversity Management and Equal Opportunity, *DoD Diversity and Inclusion 2013 Summary Report*, Washington, D.C.: U.S. Department of Defense, 2013, https://diversity.defense.gov/Portals/51/Documents/ODMEO%20Diversity%20and%20Inclusion%20Summary%20Report%20FINAL.pdf).

## Recommendation 5.2: Develop a DoD Diversity and Inclusion Mobile Application and Website

USD(P&R) will develop and launch a DoD D&I mobile application and website for use by DoD military and civilian personnel. The application and website will provide updates concerning DoD D&I initiatives and contain resources related to best practices, employee resource groups, career development, mentorship, and Departmental policies concerning D&I, military equal opportunity, and civilian equal employment opportunity.

## Background

Public-facing websites exist as one-way public information repositories, whereas digital engagement creates multiple channels to engage employees; identifies value creation opportunities for organizations; and develops strategies, processes, and technologies to structurally engage people to maximize co-created value. For example, adding a mobile application (app) format with an internal-facing and military-only component would be an effective medium to share relevant D&I information.[47] A mobile app that allows Service members to connect with each other and resources in a non-public-facing space would help enhance awareness of emerging D&I initiatives (at DoD, Service, and unit levels), D&I best

practices, Employee Resource Groups, career development, leadership tools and input from Service members in the field, mentorship resources, D&I policy updates, and chat features by topic. Users could also report perceptions of disparities among different racial and ethnic groups and submit suggestions regarding policy, procedures, and practices to improve and enhance D&I within the military.[48]

## Findings

Multiple D&I offices and programs within and around DoD and the Services have a wealth of resources.[49] By centralizing D&I resources, best practices, Employee Resource Groups, career development and leadership tools, D&I policy updates, and chat features, the DoD D&I app has the opportunity to reduce "digital fatigue" and "focus failures" by limiting the number of appli-

> "This recommendation will provide all DoD members access to information on diversity and inclusion, such as policies, key initiatives, best practices, accomplishments, and career-enhancing resources."
>
> MSgt Jessica Todd, National Guard (U.S. Air Force)

---

[47]   Janna Anderson and Lee Rainie, "The Positives of Digital Life," Pew Research Center, July 3, 2018, https://www.pewresearch.org/internet/2018/07/03/the-positives-of-digital-life.

[48]   Navy Office of Inclusion and Diversity, homepage, undated, https://www.public.navy.mil/bupers-npc/support/21st_Century_Sailor/inclusion/Pages/default.aspx.

[49]   See, for example,

- Navy Office of Inclusion and Diversity, undated. The mission of the Navy's Office of Diversity and Inclusion is to "Shape Navy policy, strategy, and program execution, strengthening Navy's inclusive and diverse culture. Utilize best practices, collaboration, and data-driven decisions, ensuring all Sailors have the opportunity to succeed and contribute to mission success."
- Army Office of Diversity, homepage, undated, https://www.armydiversity.army.mil. The "About Diversity" webpage states that, "The Army's diversity mission is to develop and implement a strategy that contributes to mission readiness while transforming and sustaining the Army as a national leader in diversity."
- Air Force Diversity and Inclusion, homepage, undated, https://www.af.mil/Diversity. According to Air Force Instruction 36-7001, the Air Force's diversity mission is to "Attract, recruit, develop, and retain a high-quality, diverse Total Force, ensuring a culture of inclusion in order to leverage the diversity of the nation for strategic advantage in Air Force, joint, and coalition operations" (Air Force Instruction 36-7001, Diversity and Inclusion, Washington, D.C.: Department of the Air Force, February 19, 2019, https://www.af.mil/Portals/1/documents/diversity/1/afi36-7001.pdf).
- National Guard Office of Diversity and Inclusion, homepage, undated, https://www.nationalguard.mil/Leadership/Joint-Staff/Special-Staff/Diversity. As stated in the National Guard Diversity and Inclusion Strategic Plan, the Guard's D&I mission is "To create and sustain an inclusive organization dedicated to mission effectiveness; valuing diversity to ensure every individual has the opportunity, guidance, and information to reach maximum potential" (National Guard, National Guard Diversity and Inclusion Strategic Plan, Washington, D.C., September 19, 2020, p. 5).

cations that Service members need to access in order to maintain awareness and remain updated on D&I issues.[50]

Over 45 DoD or Service-specific mobile apps have already been created to provide information to DoD stakeholders.[51] However, a D&I app, within a comprehensive DoD digital engagement framework, would be the first military application geared specifically and intentionally toward D&I. Moreover, the existence of other DoD and Service-specific mobile apps provides a proof of concept and potential pathway for development. Individuals can benefit from engaging digitally.[52] A recent canvassing by the Pew Research Center demonstrated that "digital life" can improve many aspects of individuals' lives, including experiences with work, at home, and in their free time.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., surveys and focus groups) show usage of the mobile application and an increased rate of awareness among Service members regarding current D&I and EO resources and updates.

> ### Recommendation 5.3: Incorporate the Value of Cultivating D&I into Leadership and Professionalism Curricula
>
> The Military Departments, in consultation with DEOMI, will update leadership and professionalism curricula to incorporate modules and case studies that explain the value of fostering and cultivating a diverse and inclusive workforce. This includes curricula for ROTC and Military Service Academies

## Background

The foundation of military officer training, whether through a Military Service Academy or ROTC, is its education in leadership, to include character and professionalism. All students in these programs are required to take leadership courses as part of the overarching curriculum to prepare commissioned officers. While D&I training is addressed to some extent in these programs, often as a stand-alone topic, the material should be further integrated into core leadership and professionalism curricula to ensure that it is understood as a key component of officer preparation. As stated in the MLDC's 2011 final report, "Diversity leadership is both a fundamental way of thinking and a set of skills at which all military leaders must excel in order to get the best performance possible from the servicemembers they lead every day."[53]

Specific training on what D&I are and understanding their importance is necessary as a baseline. However, teaching the value of cultivating a diverse and inclusive workforce and how to have that conversation as the leader in an organization is just as critical. Modules and case studies that provide cadets a view into situations they may face in the future must be fully integrated into the Military Service Academy and ROTC courses. In order to develop leaders to lead diverse groups effectively, the military must educate those leaders about the dynamics that diversity creates and train them on practices to help neutralize the negative and maximize the positive dynamics.[54]

"This recommendation creates a universal system that will ensure our military leaders are receiving crucial training on how to cultivate and foster a diverse force. This system emphasizes leadership accountability and a culture inclusive of diversity."

TSgt Tysheena Brown, U.S. Air Force (representing U.S. Space Force)

---

[50]  Digital fatigue occurs when individuals are moving from one digital platform to the next; over time, this can become mentally burdensome. Focus failures occur when digital life fosters shallow engagement with information as people glide through multiple information streams daily. For more information about the negative side of digital life, see Anderson and Rainie, 2018.

[51]  For a list of DoD mobile applications, see DoD, Mobile App Gallery, web tool, undated, https://dod.defense.gov/Resources/Developer-Info/Apps-Gallery/.

[52]  Anderson and Rainie, 2018.

[53]  MLDC, *Final Report*, 2011, p. 22.

[54]  MLDC, *Final Report*, 2011.

Some Services currently have aspects of D&I training already incorporated into their educational curriculum. For example, the Navy is expanding its Naval Community College curriculum to include modules focused on D&I. Also, the Marine Corps continues implementing unconscious bias awareness education across Marine Corps formal schools and the Recruit Depots. This recommendation looks at implementing such modules and case studies on a broader scale, at the onset of the military personnel life cycle. Properly understanding, addressing, and maximizing the potential of D&I requires accountability of military leaders, which must begin at their very initial training.

### Findings

Integrating modules and case studies on the value of fostering and cultivating a diverse and inclusive workforce means that critical thinking and discussion on this topic will occur early in an officer's development and permit a full exploration of diversity leadership.

Diversity leadership "deals with ways in which people and groups relate to one another and how management [leadership] decisions are made in the midst of the difference, similarities, and tensions among groups."[55] Diversity leadership addresses how leaders at all ranks assess the talents and perspectives of individual Service members and maximize the ways in which these differences can enhance the unit's ability to accomplish its mission. A leader with diversity leadership skills can minimize divisions and harness diversity dividends as a force multiplier.

These skills, however, must be developed and practiced early in a leader's career. How military leaders manage individual differences in the workplace, including those related to race, ethnicity, and gender, "plays an important role in perceptions of mission effectiveness and discrimination within work units."[56] Responsibility for effective diversity leadership should be at all levels throughout the force, not just senior leaders.[57]

Furthermore, as noted in a 2013 RAND report, D&I should be infused throughout both the initial training and socialization process and in leadership training. Also, reviewing training and development programs will ensure that training draws from all segments of the workforce and identifies barriers.[58]

### Outcome Metrics

The measure of success is when data from relevant sources (e.g., surveys and focus groups) indicate that Service members received training based on requirements; Service members deemed the training helpful and impactful; and there was an increase in the knowledge, skills, and abilities in the areas covered by the curriculum.

> **Recommendation 5.4: Increase Transparency of Promotion Selections and Career Opportunities**
>
> USD(P&R), in conjunction with the Military Departments, will establish procedures for the release of demographic and other contextual data concerning promotion selection board results to improve transparency in career management processes.

### Background

In 2011, the MLDC recommended that the Services make the promotion and/or selection rate of underrepresented minorities a key metric of the Services' success in creating an inclusive environment.[59] Since then, the U.S. Coast Guard has elected to report selection rates for its members according to gender, race category, and ethnic group. The Board believes that the Services should be transparent with Service members regarding selection board results concerning race, ethnicity, and gender.

Increasing transparency in selection board results, particularly concerning underrepresented groups (e.g.,

---

[55]  MLDC, "Effective Diversity Leadership: Definition and Practices," Issue Paper #29, Arlington, Va., April 2010, p. 1, https://diversity.defense.gov/Portals/51/Documents/Resources/Commission/docs/Issue%20Papers/Paper%2029%20-%20Effective%20Diversity%20Leadership.pdf.

[56]  MLDC, "Perceptions of Diversity and Diversity Leadership Within the Services," Issue Paper #18, Arlington, Va., March 2010.

[57]  MLDC, Issue Paper #18, 2010.

[58]  Lim, Haddad, and Daugherty, 2013.

[59]  MLDC, Decision Paper #4, 2011.

> "Transparency is critical to building trust in an organization. Our Service members must trust that the military is fair and impartial. Service members put their lives on the line in duty for their country, it is imperative that the Armed Forces demonstrate this kind of commitment to create a diverse and inclusive environment. When Soldiers, Sailors, Marines, Airmen, and Space professionals can trust the military has their back, the more efficient, effective, and cohesive they will be to get the mission accomplished."
>
> CAPT Judy Malana, U.S. Navy

race, ethnicity, and gender) can ensure that DoD identifies and examines significant demographic differences.[60] Furthermore, listing selection rates will improve transparency and reinforce DoD D&I efforts by illustrating a concerted focus on equity in all grades—from enlisted through general/flag officer. The Department of Homeland Security has already implemented this practice for the Coast Guard. The Coast Guard downloads members' electronic data files following a selection board through its Direct Access system, which contains all personnel attributes.[61]

## Findings

The Coast Guard currently provides demographic details for selection, retention, and promotion board results. Every result bulletin, however, notes that the various boards review only Service member records and communications sent directly from candidates to the boards. Law and regulations prohibit the board members from considering race, ethnicity, or gender in their deliberations and decisions. Providing demographic results increases transparency, allowing Service members and the public to judge for themselves whether the military institutions are making progress to promote qualified candidates who happen to be women or minorities.

Per DoDI 1020.05, transparency and accountability in career management processes require an institutionalized system.[62] Implementing this reporting requirement would require the Services to ensure that demographic data are complete and consistent across the Services; certify that reports are made regularly and in a common format; and check that factors other than race, gender, or ethnicity are controlled for when assessing promotion rates. Secretaries of the Military Departments and the Chief of the National Guard Bureau see the need to prescribe procedures that ensure consideration of diverse candidate pools for selection boards.[63] It is recommended that DoD institute an enterprise-wide system to ensure that common definitions and comparable data are collected and provided to promote transparency concerning D&I metrics.

## Outcome Metrics

The measure of success is when data from relevant sources (e.g., surveys and focus groups) indicate that Service members perceive that promotion selection board processes are transparent and equitable.

---

[60] Preeya Daya, "Diversity and inclusion in an Emerging Market Context," *Equality, Diversity and Inclusion: An International Journal*, Vol. 33, No. 3, March 2014, pp. 293–308.

[61] U.S. Department of Homeland Security, "DHS/USCG/PIA-024 Direct Access," webpage, November 2016, https://www.dhs.gov/publication/dhsuscgpia-024-direct-access.

[62] U.S. Department of Homeland Security, 2016.

[63] DoDI 1020.05, 2020, Para 2.9.a.

# Focus Area 6: Culture, Worldview, and Identity

## Recommendation 6.1: Prohibit Extremist or Hate Group Activity

USD(P&R), in conjunction with the Under Secretary of Defense for Intelligence and Security, will review current policy, laws, and regulations concerning active participation by Service members in extremist or hate group activity and develop a report, with recommendations, concerning initiatives to more effectively prohibit extremist or hate group activity. The report will leverage the ongoing efforts of the interagency working group on extremism.[64]

## Background

As the Department of Homeland Security reports,

*the threat of terrorism is increasingly complex and evolving. Foreign terrorist organizations . . . like al Qaeda and ISIL [Islamic State in Iraq and the Levant] continue to plot against the United States, whether through directed attacks or by inspiring action by homegrown violent extremists . . . . At the same time, there is a growing threat from domestic actors—such as racially and ethnically motivated violent extremists, including White supremacist violent extremists, anti-government and anti-authority violent extremists, and others—that drive terrorist violence.*

*The United States has also experienced multiple targeted violence events [conducted by domestic actors], which often lack a clearly discernible political or ideological motive.*[65]

In response to these trends, several government agencies have begun to counter domestic extremist activities. For example, the Department of Homeland Security, Department of Justice, Federal Bureau of Investigation (FBI), and National Counterterrorism Center have attended to this issue by taking steps to "coordinate investments in and dissemination of research and analysis, enhance engagement and technical assistance to diverse stakeholders, support the development of innovative intervention models, and cultivate communications and digital strategies."[66] The aim of these prevention activities is to give communities and individuals the tools they need "to marginalize violent messaging while protecting and championing democratic responsibilities and values."[67]

DoD policy offers guidance on dissident and protest activities for members of the military, including extremist groups.[68] However, DoD requires further attention to Service member extremist activities to counter the efforts of extremist groups to recruit Service members to engage in their violent activities. Proactive steps that will mitigate the factors enabling extremist groups to successfully recruit and radicalize military members are needed.[69]

> "This recommendation sends a clear and forceful message that DoD is committed to improving inclusivity. Service member participation in hate groups not only erodes the public's trust in their defense institution but also compromises our organization's lethality."
>
> MAJ Randy Fleming, U.S. Army

---

[64] If the Uniform Code of Military Justice (UCMJ) is modified by Congress (see Recommendation 6.2), the Chief of the National Guard Bureau, through authority to oversee equal opportunity in the 54 states and territories, will promulgate policy to regulate the inclusion of adverse administrative actions for Service member participation in extremist activities.

[65] U.S. Department of Homeland Security, "Targeted Violence and Terrorism Prevention," webpage, undated, https://www.dhs.gov/tvtp.

[66] Countering Violent Extremism Task Force, "What Is CVE?" webpage, U.S. Department of Homeland Security, undated, https://www.dhs.gov/cve/what-is-cve. See also U.S. Government Accountability Office, *Countering Violent Extremism: Actions Needed to Define Strategy and Assess Progress of Federal Efforts*, Washington, D.C., GAO-17-300, April 2017, https://www.gao.gov/assets/690/683984.pdf.

[67] U.S. Department of Homeland Security, undated.

[68] DoDI 1325.06, *Handling Dissident and Protest Activities Among Members of the Armed Forces*, Washington, D.C.: U.S. Department of Defense, November 27, 2009, Incorporating Change 1, February 22, 2012.

[69] Countering Violent Extremism Task Force, undated.

Several 2020 hearings before the House of Representatives Armed Services Committee highlighted gaps in tracking extremist activities, including data collection and reporting, screening and monitoring, and training and awareness.[70] The Congressional Research Service recommended that DoD conduct prevalence surveys and collect incident data on White supremacy and extremism; standardize a process for reporting, analyzing, and sharing data across DoD components; work closely with other relevant federal agencies (e.g., the Department of Justice, the Department of Homeland Security) and crime databases; and fulfill its legal requirement to track and report hate crime data to the FBI.[71]

## Findings

Extremist organizations tend to be decentralized, with actions taken by single individuals or small networks of members.[72] For this reason, it is difficult to define what is—and is not—an extremist group. Consequently, this makes it difficult to estimate how many groups are operating in the United States. Contemporary data show that extremist activities are rising in the United States, particularly on social media.[73] In 2019, the Anti-Defamation League estimated 2,107 antisemitic incidents that included harassment, vandalism, and incidents of physical assault.[74]

Current assessments on Service member involvement in other extremist organizations do not exist in a standardized format.[75] Further research is needed to adequately address the ways in which extremist ideologies and organizations infiltrate the military and DoD civilian communities.[76]

## Outcome Metrics

One measure of success is when military policies, laws, and regulations are updated to effectively deter Service members from actively participating in extremist or hate group activity. Another measure of success is when data from relevant sources (e.g., military justice data, surveys, and focus groups) indicate that Service members can identify extremist ideologies and resist extremist organizations' recruitment tactics.

---

[70]  Heidi L. Beirich, *Alarming Incidents of White Supremacy in the Military—How to Stop It?* testimony presented before the U.S. House of Representatives, Armed Services Committee, Military Personnel Subcommittee, February 11, 2020, https://www.congress.gov/116/meeting/house/110495/witnesses/HHRG-116-AS02-Wstate-BeirichH-20200211.pdf; and Kristy N. Kamarck, "Military Personnel and Extremism: Law, Policy, and Considerations for Congress," Congressional Research Services, CRS Insight IN11086, May 16, 2019, https://fas.org/sgp/crs/natsec/IN11086.pdf.

[71]  Kamarck, 2019, p. 43. In addition, Section 593 of the FY 2020 NDAA mandated that DoD conduct prevalence surveys regarding extremist activity in the workplace.

[72]  Seth G. Jones, Catrina Doxsee, and Nicholas Harrington, "The Tactics and Targets of Domestic Terrorists," Center for Strategic and International Studies, CSIS Briefs, July 30, 2020, https://www.csis.org/analysis/tactics-and-targets-domestic-terrorists.

[73]  National Consortium for the Study of Terrorism and Responses to Terrorism, *The Use of Social Media by United States Extremists*, College Park, Md., 2018, https://www.start.umd.edu/pubs/START_PIRUS_UseOfSocialMediaByUSExtremists_ResearchBrief_July2018.pdf.

[74]  Anti-Defamation League, "Antisemitic Incidents Hit All-Time High in 2019," press release, May 12, 2020, https://www.adl.org/news/press-releases/antisemitic-incidents-hit-all-time-high-in-2019.

[75]  Kamarck, 2019, p. 43.

[76]  Lecia Brooks, "SPLC Testifies Before Congress on Alarming Incidents of White Supremacy in the Military," Southern Poverty Law Center, February 11, 2020, https://www.splcenter.org/news/2020/02/11/splc-testifies-congress-alarming-incidents-white-supremacy-military.

## Recommendation 6.2: Update the Uniform Code of Military Justice to Address Extremist Activity

The DoD Office of the General Counsel, in coordination with the Office of the Assistant Secretary of Defense for Legislative Affairs, will draft legislative language for consideration within the Executive Branch to propose that Congress update the UCMJ to address extremist activity within the U.S. military. After the report detailed in Recommendation 6.1 is complete, DoD will have established the baseline facts necessary to determine a course of action for this recommendation.[77]

## Background

In recent years, several cases of Service member involvement with groups that promote extreme ideological views have caught the public's attention. For example, PBS Frontline identified active duty personnel who attended a rally in Charlottesville, Virginia, in 2017.[78] As recently as summer 2020, federal prosecutors charged an Army Soldier with planning to cause harm and death with the aid of extremist organizations.[79]

## Findings

The military disproportionately employs younger adults, many of whom are impressionable. In 2018, for example, 67 percent of active duty personnel were between the ages of 17 and 30.[80] These younger adults could be particularly vulnerable to groups that promote extremist views that run counter to the military's mission. Examining extremist organizations' recruitment tactics and Service member radicalization can help DoD in halting these behaviors.

Creating a clear definition of extremism and extremist activities can also aid in combating targeted recruitment of Service members by extremist organizations while counteracting young adult vulnerabilities. A clear definition of extremism may also better position the Services to provide training on extremist organizations' recruitment tactics, thus mitigating recruitment efforts. Leveraging definitions for domestic terrorism and extremism developed by the Department of Homeland Security provides one avenue for consistency within DoD.

From 2005 to 2016, social media factored into the radicalization and mobilization of 88 percent of the United States' lone extremist actors and 50 percent of individuals who were members of extremist groups or radical cliques.[81] In 2016 alone, social media played a role in radicalization for 90 percent of documented extremists. Current policy, last revised in 2012, explicitly states that "military personnel must not actively advocate supremacist, extremist, or criminal gang doctrine, ideology, or causes."[82] This policy needs clear guidance on digital communications, particularly surrounding the use of various social media platforms that are popular among younger personnel. A 2019 RAND study identified that social media use led to a variety of risks related to order, discipline, and public affairs.[83] The researchers found that guidance on social media use in general was fragmented across the Service branches and DoD.

> "The UCMJ article recommendation sends a clear, zero-tolerance message for extremist activity and allows the Services to hold members accountable for such activity."
>
> MSgt Deondra Parks, U.S. Air Force

---

[77] Additional actions may be required for the National Guard Bureau.

[78] A. C. Thompson, Ali Winston, and Jake Hanrahan, "Ranks of Notorious Hate Group Include Active-Duty Military," *Frontline*, May 3, 2018, https://www.pbs.org/wgbh/frontline/article/ranks-of-notorious-hate-group-include-active-duty-military.

[79] A. Feuer, "U.S. Army Soldier Charged in Neo-Nazi Plot to Attack Fellow Troops," *New York Times*, June 22, 2020, https://www.nytimes.com/2020/06/22/nyregion/ethan-melzer-neo-nazi-attack.html.

[80] DoD Office of the Deputy Assistant Secretary of Defense for Military Community and Family Policy, *Profile of the Military Community: 2018 Demographics*, Washington, D.C., 2019, http://download.militaryonesource.mil/12038/MOS/Reports/2018-demographics-report.pdf.

[81] National Consortium for the Study of Terrorism and Responses to Terrorism, 2018.

[82] DoDI 1325.06, 2012, Para. 8.a.

[83] Marek N. Posard and Emily Haskel, *Insider Risks from Social Media Use by the U.S. Military Community: An Exploratory Analysis of Online Content*, Santa Monica, Calif.: RAND Corporation, 2019, Not available to the general public.

## Outcome Metrics

The initial measure of success is an updated UCMJ that addresses extremist activity within the military. An additional measure of success is when data from relevant sources (e.g., military justice data, surveys, and focus groups) indicate reporting, investigating, and appropriate disposition of incidents involving Service members engaging in extremist activity.

# Section V:
# Conclusion and Way Forward

**S**uccessfully addressing D&I in DoD is a strategic imperative. The DoD Board on Diversity and Inclusion's assessment has incorporated past D&I initiatives and future challenges facing the Armed Forces. In turn, the Board has developed and approved a comprehensive set of recommendations and a strategic framework across the personnel life cycle that, if implemented, constitute a cohesive strategy to achieve DoD's 21st-century D&I objectives.

In total, the Board's findings and recommendations will contribute to eliminating these challenges to success and to achieving the Secretary of Defense's goals. It is through this renewed commitment to D&I in the Armed Forces that Service members can exemplify the core tenets of the nation.

The delivery of this report does not mark the end of DoD's commitment to cultivating a diverse and inclusive environment. The commitment to establish the DoD Board on Diversity and Inclusion reinforces half a century of policies, programs, and practices instituted by DoD to create an inclusive environment. The recommendations outlined in this report bolster existing D&I military efforts and pave the way toward new methods of achieving broader D&I. In fact, the process of selecting and refining the 15 recommendations outlined in this report enhanced collaboration between DoD and the Services on many matters related to D&I, strengthening the relationships needed to build a foundation for change.

Moving forward, the DACODAI will capitalize on the knowledge and momentum created by the Board. Beginning in 2021, this committee will monitor outcomes and assess the effectiveness of these recommendations. In addition, information from the DoD Inspector General's evaluation of DoD's implementation of MLDC recommendations,[1] the OPA final report on the crowdsourcing campaign, and future studies and reports will continue to inform DoD's ongoing D&I efforts.

The Board's activities align with the military's decades-long tradition of leading the charge in racial and ethnic equity. By fostering an environment that values individual dignity and inclusion of diverse groups, DoD will continue to model this nation's commitment to democracy, liberty, and justice—all of which depend on individuals having equal opportunities regardless of race, ethnicity, gender, religion, sex, or national origin.

> "If our people feel ostracized—if they are denied opportunities—or if they are disrespected based on their ethnic background, gender, sexual preference, religious preference, or if they choose not to believe at all, the chain of command must come to their aid and own the situation, correct it, and report it. Candidly, the Pentagon's work on this should take no more than six months getting our policies straight. The work then goes to commanders to do what commanders do— lead and care for their people."
>
> CMSgt Ramón Colón-López, U.S. Air Force and Senior Enlisted Advisor to the Chairman of the Joint Chiefs of Staff

---

[1] DoD Inspector General, "Project Announcement: Evaluation of the DoD's Implementation of the Military Leadership Diversity Commission's 2011 Report Recommendations and the DoD Diversity and Inclusion Strategic Plan for 2012 to 2017 (Project No. D2021-DEV0PA-0005.000)," October 5, 2020 https://www.dodig.mil/DesktopModules/ArticleCS/ Print.aspx?PortalId=48&ModuleId=2973&Article=2379792.

# Appendix A: June 19, 2020, Secretary of Defense Memo



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN 1 9 2020

MEMORANDUM FOR CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF
       DEFENSE
       SECRETARIES OF THE MILITARY DEPARTMENTS
       CHAIRMAN OF THE JOINT CHIEFS OF STAFF
       UNDER SECRETARIES OF DEFENSE
       CHIEF OF THE NATIONAL GUARD BUREAU
       COMMANDERS OF THE COMBATANT COMMANDS
       GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
       DIRECTOR OF COST ASSESSMENT AND PROGRAM
         EVALUATION
       INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
       DIRECTOR OF OPERATIONAL TEST AND EVALUATION
       CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF
         DEFENSE
       ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE
         AFFAIRS
       ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC
         AFFAIRS
       DIRECTOR OF NET ASSESSMENT
       DIRECTORS OF DEFENSE AGENCIES
       DIRECTORS OF DOD FIELD ACTIVITIES

SUBJECT: Actions for Improving Diversity and Inclusion in the Department of Defense

    For more than 200 years the U.S. military has fought to defend our great Nation and our interests abroad, earning the reputation as the greatest military force in history. We have reached this apex because we are an all-volunteer force of patriots who believe in the Constitution and the rights it guarantees all Americans. We have also reached this level of mission excellence because we attract the best America has to offer: young men and women from across the land and beyond our shores. They not only love our country and share these values, but also represent a wide range of creeds, religions, races, ethnicities, sexual orientations, and other attributes that distinguish us as individuals, and make us stronger together.

    To ensure the morale, cohesion, and readiness of the military it is essential that our ranks reflect and are inclusive of the American people we have sworn to protect and defend.

    While the military has often led on these issues throughout history, we are not immune to the forces of bias and prejudice. We know this bias burdens many of our uniformed personnel and has direct and indirect impacts on the experiences of our minority members and their representation in our ranks, especially in our officer corps. That is why bias and prejudice have no place in our military; they also have no place in our country. We can and must do better.



OSD005986-20/CMD007245-20

We must lead on these issues as America's most respected institution and as a global leader when it comes to building diverse, winning teams and creating opportunity for all. Therefore, I am directing the following actions:

- By June 29, 2020 the Secretaries of the Military Departments and the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), in consultation with the Chiefs of the respective Military Services and informed by Combatant Commanders through the Chairman of the Joint Chiefs of Staff, will conduct a review of all DoD, Military Department, and Military Service policies, programs, and processes that may negatively affect equal opportunity, diversity, and inclusion for all our people. The Secretaries of the Military Departments and USD (P&R) will recommend changes for swift implementation to address any identified issues. Examples of policies, processes, and programs to be reviewed include areas such as accessions, promotion boards, and associated processes; assignment and command opportunity and selection; and professional military education selection.

- By July 2, 2020 USD(P&R) will establish the framework and terms of reference for an internal DoD Board on Diversity and Inclusion to undertake a more comprehensive evaluation and assessment of military policies, processes, and practices to improve racial diversity in our ranks. This Board will be led by the Secretary of the Air Force, the Honorable Barbara Barrett. USD(P&R) will provide me and Secretary Barrett a coordinated proposal for the Board's framework and terms of reference, including its structure, membership, goals, and objectives, with the aim of the Board being operational by July 15, 2020 if not sooner. A final report by the Board, with findings, actionable recommendations (including proposed changes to policy, statute, and resources), and proposed metrics to evaluate the effectiveness of these recommendations, will be provided to me not later than December 15, 2020. The Military Departments are directed to provide logistical and administrative support to the Board, as required.

- Finally, by July 20, 2020 the USD(P&R), with the assistance of the Office of the Chief Management Officer, will provide a proposal to me for establishing an enduring Defense Advisory Committee on Diversity and Inclusion in the Armed Services to examine any and all issues that will improve equal opportunity, diversity, and inclusion in the military. This advisory committee will be an independent body that mirrors the Defense Advisory Committee on Women in the Services, and will be composed of subject matter experts and distinguished authorities from outside DoD. This advisory committee will build upon the work of the new aforementioned Defense Board, as appropriate, and will be ready to begin its work by December 1, 2020. The advisory committee will be charged with conducting studies, generating findings, and providing its recommendations to the Secretary of Defense.

A starting point for each of the above actions must include an examination of the reports of the numerous efforts and studies concerning issues of diversity and inclusion in the past, as well as a review of the implementation status of any resulting recommendations. Such reports include U.S. Government Accountability Office studies and the reports of the Military

2

Leadership Diversity Council.  In addition, the work of existing forums that address aspects of these critical issues, such as the Defense Diversity Working Group and the Defense Equal Opportunity Reform Group, should also inform these actions.

Updates on all of these actions will be provided to me by USD(P&R) and the chain of command on a monthly basis.

I am proud to be part of an institution that embraces diversity and inclusion, and rejects hate and prejudice in all its forms.  I am committed to effecting an enterprise-wide, organizational and cultural shift.  In doing so, we will continue to be the greatest fighting force in history and the most respected institution in the country; one that not only reflects its values, but one that also fully represents the American people it has sworn to protect and defend.

Mark T. Esper

# Appendix B: July 14, 2020, Secretary of Defense Memo



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUL 1 4 2020

MEMORANDUM FOR CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF
DEFENSE
SECRETARIES OF THE MILITARY DEPARTMENTS
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
UNDER SECRETARIES OF DEFENSE
CHIEF OF THE NATIONAL GUARD BUREAU
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF COST ASSESSMENT AND PROGRAM
EVALUATION
INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
DIRECTOR OF OPERATIONAL TEST AND EVALUATION
CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF
DEFENSE
ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE
AFFAIRS
ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC
AFFAIRS
DIRECTOR OF NET ASSESSMENT
DIRECTORS OF DEFENSE AGENCIES
DIRECTORS OF DOD FIELD ACTIVITIES

SUBJECT:  Immediate Actions to Address Diversity, Inclusion, and Equal Opportunity in the
Military Services

On June 19, 2020 I issued a memorandum directing a three-pronged approach to take the
initiative against discrimination, prejudice, and bias in all ranks of our Armed Forces.  The
purpose of this approach is to promote the morale, cohesion, and readiness of the force.  Each
effort aims to identify actions the Department can take within policies, programs, and processes
to improve diversity, inclusion, and equal opportunity for our Service members:

1.  A short-term "sprint" to identify immediate actions;

2.  A mid-term DoD Board on Diversity and Inclusion (the "Board") to dive deeply into
our policies and processes and identify additional actions; and

3.  A long-term *Defense Advisory Committee on Diversity and Inclusion in the Armed
Services* to provide an independent and enduring review and assessment that will
strengthen our efforts in this area for generations to come.



OSD008634-20/CMD008163-20

48

After reviewing recommendations from across the Department, I am resolved to act immediately on those issues that we can address now. To that end, I direct the following:

- **Remove photographs from consideration by promotion boards and selection processes and develop additional guidance, as applicable, that emphasizes retaining qualified and diverse talent.** To ensure equal opportunity for all, I direct the Under Secretary of Defense for Personnel and Readiness (USD(P&R)) to prescribe policy prohibiting the use of photographs for promotion boards and selection processes pertaining to assignment, training, education, and command, effective September 1, 2020. Further, I direct the USD(P&R) to review policies and processes and develop additional guidance – including provisions for establishing diverse selection panels and the removal of all references to race, ethnicity, and gender in personnel packets reviewed by panel members – to ensure promotion boards and selection processes enable equal opportunity for all Service members, promote diversity in our ranks, and are free from bias based on race, ethnicity, gender, or national origin. The USD(P&R) will prepare guidance with timelines for implementation for my signature NLT September 30, 2020.

- **Update the Department's military equal opportunity and diversity inclusion policies.** The Department will update its military harassment policy to strengthen protections for Service members against inappropriate and intolerable harassing behaviors, especially racial bias and prejudice. The Department will update its military equal opportunity policy to prohibit pregnancy-based discrimination. The Department will update its policy *on Diversity Management and Equal Opportunity in the DoD* to delineate roles and responsibilities of leaders and provide reference points for engaged and critical thinking on this topic. I direct the USD(P&R) to issue updates to these policies NLT September 1, 2020.

- **Obtain and analyze additional data.** The prejudice and bias that exist within our force are not always transparent. The Department must collect data and analyze it to identify patterns and trends, and to inform and improve the Department's policies and programs. I direct the USD(P&R) to increase the frequency of the *Workplace and Equal Opportunity* survey to measure the effectiveness of our actions and identify areas requiring improvement. This survey will include metrics concerning harassment and discrimination, extremist groups and activities, and the effectiveness of military equal opportunity offices. I also direct the USD(P&R) to develop and implement an officer retention and promotion cohort analysis study, in order to understand the potential factors affecting racial and ethnic minority officer retention and promotion. The USD(P&R) will provide me a proposal for these actions NLT October 1, 2020.

- **Add bias awareness and bystander intervention to the violence prevention framework.** Addressing racial prejudice and bias within the force requires a combination of ongoing skill development, leadership, and accountability. I direct the USD(P&R) to ensure the integrated violence prevention framework currently

2

under development, includes measures for addressing bias through personal skill development, to include bias awareness and bystander intervention in response to improper remarks or other communications made by peers or superiors. Issue this policy NLT September 15, 2020.

- **Develop educational requirements for implementation across the military lifecycle to educate the force on unconscious bias.** To effectively educate Service members and leaders concerning the impact of their own biases and prejudices on their decisions, I direct the USD(P&R) to develop requirements for Common Military Training including terminal learning objectives, enabling learning objectives, purpose of learning, and desired outcomes that are targeted to Service members, tailored to their place within the military lifecycle (e.g., new recruits, newly appointed leaders, senior officers), and deployable enterprise-wide through existing training and professional military education programs. These requirements must include clear and concise definitions of key and relevant terms. Provide me a plan of action and milestones, including timelines, for the development and implementation of these requirements NLT October 1, 2020.

- **Develop a program of instruction containing techniques and procedures which enable commanders to have relevant, candid, and effective discussions.** Develop specific training requirements, relevant talking points, and scenario-based learning to assist commanders in guiding discussions on discrimination, prejudice, and bias within units and organizations. The USD(P&R) will provide a training plan, including timelines for requirements development, NLT October 1, 2020.

- **Review hairstyle and grooming policies for racial bias.** I direct the Services to review all appearance standards and policies and make appropriate policy modifications NLT September 15, 2020.

- **Review effectiveness of Military Service equal opportunity offices.** To supplement data obtained through the *Workplace and Equal Opportunity* survey, I direct the Military Service Inspectors General to initiate a review, NLT September 1, 2020, to assess the effectiveness of Military Service equal opportunity offices and other applicable offices, in responding to equal opportunity issues and to make recommendations based on their findings.

- **Support Military Department initiatives.** To synchronize efforts and appropriately allocate resources, I direct the Secretaries of the Military Department to provide me a status report on the implementation of the immediate actions they identified within their components NLT August 15, 2020, and to provide me updates monthly thereafter through December 2020.

The success of our military mission depends on a disciplined and lethal force prepared to defend our country and our Constitution. There is no greater mission and no greater calling. When our Nation's young men and women volunteer to join the U.S. Armed Forces, they do so

3

to be a part of this critical mission, but also to be a part of a military "family" that spans over 10 generations. It is a bond that is revered, enduring, and essential to our integrity and all we do. As a military, we succeed by working together, hand in hand, side by side. Diversity and inclusivity in the ranks are not merely aspirations, they are fundamental necessities to our readiness and our mission success.

The actions I am directing are a necessary first step, but hard work remains, and we will continue to learn as we move forward. Shifting culture requires steadfast attention; these actions will maximize our efforts to ensure a diverse workforce at all levels, an inclusive environment, and equal opportunity for all who serve.

Mark T. Esper

4

# Appendix C: DoD Board on Diversity and Inclusion Charter

## The Department of Defense Board on Diversity and Inclusion

**A.** <u>Official Designation</u>: This venue shall be known as the Department of Defense ("DoD") Board on Diversity and Inclusion ("Board").

B. <u>Mission</u>: By December 15, 2020, the Board will report to the Secretary of Defense on how to improve racial diversity and inclusion leading to broader opportunity for all across all ranks, and especially in the officer corps. The Board will focus on actions to enhance racial/ethnic diversity and inclusion; however, this will not be at the exclusion of other minority membership groups (e.g., gender, religious affiliation, etc.).

C. <u>Scope and Focus of Activities</u>: The Board will do the following:

- Evaluate military policies, programs, and processes
- Survey best-practices of industry, academia, and other external organizations
- Review literature, past studies, and reports, including their recommendations on actions the Department can take to improve diversity and inclusion
- Generate actionable items and recommended policies to improve diversity and inclusion

The Board will provide recommendations on the following focus areas:

- Recruitment and Accessions: Strengthen both community engagement and the narrative about military service opportunities during recruiting to attract more diverse candidates
- Retention: Retain minorities beyond initial commitment and into leadership ranks
- Barriers: Address barriers, perceived or actual, to advancement opportunities for minorities
- Career Development: Improve advancement opportunities (e.g., promotion boards, command selection, professional military education school opportunities, assignments, etc.)
- Organizational Climate: Address command and organizational climate issues that may negatively impact retention of minority members
- Culture, Worldview, and Identity: Promote inclusion of minority groups in military culture and strengthen aspects of individual and cultural identity (e.g., hair standards, shaving standards, etc.)

The Board will utilize the Executive Defense Diversity Working Group (specifically established to support the activities of the Board) and the existing DDWG for those recommendations.

D. <u>Deliverables</u>: The Board will provide monthly updates and a final report to the Secretary of Defense. The Board's success will be defined by:

- Actionable improvement to policies, programs, and processes
- Recommendations to the Secretary of Defense regarding policies, statutes, and resources to achieve broader diversity and inclusion

E. <u>Governance and Management</u>: As directed by the Secretary of Defense, the Secretary of the Air Force will serve as Board Chair, supported by the Senior Enlisted Advisor to the Chairman of the Joint Chiefs of Staff. Two working groups will support the Board.

The Chair will appoint an Executive Secretary who will serve as the liaison between the Board and the Executive Defense Diversity Working Group. The Executive Secretary will direct activities to support the Board. The Office of

the Secretary of Defense and Military Departments will designate personnel to support the Executive Secretary to carry out day-to-day functions of the Board.

F. Membership and Activities:

The Secretary of the Air Force will chair **The Board on Diversity and Inclusion**, which will include Military Department representation diverse in both rank and race/ethnicity. The Board will generate actionable items and recommended policies to improve diversity and inclusion. Board membership is outlined in Attachment A.

**The Executive DDWG** will be chaired by the Executive Director of the Office of Force Resiliency, who will also serve as the Board's Executive Secretary. The Executive DDWG will be composed of the Military Service Assistant Secretaries of Manpower and Reserve Affairs and Military Department 1s. This working group will review relevant information, data, and analyses; develop recommendations for the Board; and brief the Board on recommendations as well as the underlying data. Executive DDWG membership is outlined in Attachment B.

**The DDWG** will support the Executive DDWG. This working group will support fact-finding, data analysis, and research. The DDWG will brief the Executive DDWG on available data, targeted to the specific focus areas, and identify areas of concern, gaps in policies or programs, and additional information. DDWG membership is outlined in Attachment C.

Designated personnel from the Office of the Secretary of Defense and the Military Departments will support administrative and logistics to both the Board and the two working groups including: scheduling, note taking, summary reports, interim report development, and final report development. USD(P&R) will coordinate the administrative and logistical support.

G. Meetings: The Board will convene no later than 15 July 2020. Regular Board meetings will be scheduled approximately bi-weekly, as schedules allow, through mid-November 2020. The Chair, or a designated alternate, will oversee Board meetings.

| | |
|---|---|
| **No Later Than (NLT) 15 July 20** | Board Meeting: Kickoff; SECDEF provides opening remarks |
| Mid Aug 20 | Board Meeting – 1st Monthly Update to SECDEF |
| Mid Sept 20 | Board Meeting – 2nd Monthly Update to SECDEF |
| **Mid Oct 20** | Board Meeting – Interim Briefing to SECDEF |
| Mid Nov 20 | Board Meeting – 3rd Monthly Update to SECDEF |
| Late Nov 20 | Board Meeting – Enter Draft Final Report into Coordination |
| **NLT 15 Dec 20** | Final Report and Briefing to SECDEF |
| **Dec 20** | Outbrief to Defense Advisory Committee on Diversity and Inclusion |

The Executive DDWG will meet approximately bi-weekly, and the DDWG will meet as often as required to support the full activities of the Board. Special meetings may be called as necessary.

Mission-related decisions will be approved by majority vote of Board members present.

H. Duration: This charter is effective upon signature.

I. Termination Date: 31 December 2020.

J. Charter Modification: The Secretary of Defense reserves the authority to modify this charter.

K. Charter Filed:

L. Approval:



**Attachment A. Board Composition**

| Board Membership | | |
|---|---|---|
| Air Force | HON Barbara Barrett | Secretary of the Air Force (Chair) |
| OJCS | SEAC Ramón "CZ" Colón- López | Senior Enlisted Advisor to the CJCS |
| OSD | HON Matthew Donovan | Under Secretary, Personnel and Readiness |
| Air Force | Brig Gen Troy E. Dunn | Military Lead |
| Navy | CAPT Judy Malana | Senior Officer |
| Army | MAJ Wrencla Lopez[a] | Officer |
| Army | MAJ Randy Fleming | Officer |
| Marines | Capt Oludare Adeniji | Officer |
| Navy | LT Cassandra Chang | Officer |
| Army | CPT Chrystal Ware | Officer |
| Navy | Master Chief John Diaz | Enlisted |
| Army | SGM Gabriel Harvey | Enlisted |
| Air Force | MSgt Deondra Parks | Enlisted |
| National Guard | MSgt Jessica Todd | Enlisted |
| Space Force | TSgt Tysheena Brown | Enlisted |
| Additional Advisors/Consultants/Support | | |
| OSD | Dr. Elizabeth Van Winkle | Executive Secretary |
| OSD | Paul Koffsky | Office of General Counsel[b] |
| OSD | Chief Management Office Representative | Office of Chief Management Officer |
| OSD | Public Affairs Representative | OASD (Public Affairs) |
| OSD | Legislative Affairs Representative | OASD (Legislative Affairs) |

[a] MAJ Lopez was promoted to O-5 during the tenure of the Board.

[b] The Office of the General Counsel will provide the Board with legal counsel on the Board's recommended structure, discussions and deliberations, interim report, and final report.

**Attachment B. Executive Defense Diversity Working Group (EDDWG)**

| Executive DDWG Membership | |
|---|---|
| Dr. Elizabeth Van Winkle (Executive Director) | Executive Director, Office of Force Resiliency |
| Maj Gen Lenny Richoux | Director for Manpower and Personnel, J1, Joint Staff |
| HON Casey Wardynski | Assistant Secretary of the Army (Manpower & Reserve Affairs) |
| HON Greg Slavonic | Assistant Secretary of the Navy (Manpower & Reserve Affairs) |
| John Fedrigo | Assistant Secretary of the Air Force (Manpower & Reserve Affairs) |
| LTG Thomas Seamands | U.S. Army G-1 |
| VADM John Nowell | U.S. Navy N-1 |
| Lt Gen Brian (BK) Kelly | U.S. Air Force A-1 |
| LtGen Mike Rocco | U.S. Marine Corps M-1 |
| Maj Gen Dawne Deskins | NGB J1 |
| Chris Miller[a] | PTDO ASD (SO/LIC) |
| Pat Mulcahy | U.S. Space Force S-1 |
| Susan Sutherland | Office of General Counsel[b] |

[a] By the time the first Board meeting was held, Mr. Miller had departed for his next position and Mr. Ezra Cohen-Watnick was serving as the Acting Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict. Just prior to publication of this report, Mr. Miller began serving as Acting Secretary of Defense.

[b] The Office of the General Counsel will provide the Board with legal counsel on the Board's recommended structure, discussions and deliberations, interim report, and final report.

**Attachment C.** **Defense Diversity Working Group (DDWG)**

| DDWG Membership | |
|---|---|
| Cyrus Salazar (Chair) | Director for Office for Diversity, Equity, and Inclusion |
| Anita Blair | Deputy Assistant Secretary of Defense, Civilian Personnel Policy |
| Lernes Hebert | Deputy Assistant Secretary of Defense, Military Personnel Policy |
| Clarence "CJ" Johnson | Director, Diversity Management Operations Center |
| Larry Wark | Vice Director for Manpower and Personnel, J1, Joint Staff |
| Anselm Beach | Deputy Assistant Secretary of the Army (Equity and Inclusion Agency) Office of the Secretary of the Army (Manpower & Reserve Affairs) |
| Paige Hinkle-Bowles | Deputy Assistant Secretary of the Navy, Civilian Human Resources |
| RDML Putnam Browne | Director, 21st Century Sailor Office, N17 |
| Russell Frasz | Director, Force Development, Deputy Chief of Staff for Manpower, Personnel and Services, Headquarters U.S. Air Force |
| Michael Strobl | Director, Manpower Plans and Policies Division, Headquarters, U.S. Marine Corps |
| Colonel Barbra Buls | Director, Office of Diversity, Equity, and Inclusion, National Guard Bureau |
| Terri Dickerson | Director of Civilian Human Resources, Diversity and Leadership, U.S. Coast Guard |

# Appendix D: D&I Efforts and Initiatives

Since the release of the MLDC final report in 2011, both the Services and OSD have made strides in the D&I realm—including restructuring the D&I oversight function within DoD; developing new policies to bolster the inclusion of minority Service members; and refining metrics to document outcomes of D&I policies, programs, and practices. While these efforts have elevated attention on D&I, the military is immense and complex. This appendix summarizes DoD's most relevant D&I accomplishments and provides background on how D&I operate within the contemporary military environment.

## Furthering D&I Progress in the Department of Defense

As the federal government's largest agency and the nation's largest employer, DoD has engaged in numerous talent management strategies; planning and developmental studies; and projects, panels, and action pursuits. DoD developed new surveys and metrics to improve how the Services measure D&I and published five instrumental D&I policies to accomplish various goals, including delineating D&I oversight within DoD and prevention awareness and training for all Service members.

### OSD Reorganization

In February 2018, heeding the recommendation from the MLDC, then-USD(P&R) Robert Wilkie proposed the elevation of the Force Resiliency elements from the Office of the Assistant Secretary of Defense (OASD) for Readiness to a direct reporting relationship to USD(P&R). Consequently, and most notably, as part of the realignment process, USD(P&R) established the position of Executive Director, Force Resiliency as a direct report to USD(P&R), transferring and reassigning relevant elements of the OASD(Readiness) to OFR.

OFR established a comprehensive approach to mitigating and responding to behaviors that bring harm to Service members and consequently reduce mission readiness and the lethality of the force—such behaviors as suicide, sexual assault and harassment, and drug use. Many of these harmful behaviors share risk and protective factors that require an integrated prevention and response approach.[1] To that end, DoD also established OPA to consolidate and leverage data analytics in order to better understand key components of Service members' career paths and how policy or environmental changes affect the performance and composition of the DoD workforce. OPA's Health and Resilience Division subsequently assumed primary responsibility for measuring personnel and readiness issues primarily under OFR's domain, including command climate, diversity, inclusion, equal opportunity, race relations, and gender relations.

OFR's designation also resulted in the bifurcation of the existing Office of Diversity Management and Equal Opportunity into an operational office (the Defense Management Operations Center) and a policy oversight office (ODEI).

ODEI envisions a DoD that reflects the face of the nation, and to that end, its mission focuses on policies, programs, and practices that allow DoD to recruit and retain diverse talent. ODEI's efforts to develop and retain a highly skilled Total Force capable of meeting current and future mission requirements depend on multifaceted D&I strategy and policy approaches that the Military Departments can easily adapt to the contexts of their unique environments.

ODEI continues to engage in broader strategic planning and assessment to better understand organizational climate and emerging issues. Furthermore, ODEI provides policy oversight and research for DoD diversity management and EO programs while developing and reissuing DoD policies. In concert with these documents, ODEI provides the Services with guidance to establish and execute compliance frameworks that further enhance DoD's commitment to building a diverse and inclusive Total Force.

---

[1] Centers for Disease Control and Prevention, "Connecting the Dots," web tool, undated, https://vetoviolence.cdc.gov/apps/connecting-the-dots/node/5.

## D&I Policy Compliance

Program compliance is essential to successful implementation of D&I within DoD. To institutionalize oversight of D&I issues, DoD published five instrumental D&I policies between 2018 and 2020, described in this section. Notably, in September 2020, DoD published DoDI 1020.05: DoD Diversity and Inclusion Management Program, the first DoDI published to guide the implementation of D&I across the enterprise. The five instrumental policies published over this period are as follows:

- Published and implemented DoDI 1020.03: Harassment Prevention and Response in the Armed Forces (February 8, 2018)
  - Establishes military harassment prevention and response policy and programs for Service members.
  - Updates harassment prevention and response procedures for Service members to submit harassment complaints, including anonymous complaints; procedures and requirements for responding to, processing, resolving, tracking, and reporting harassment complaints; and training and education requirements and standards.
  - Supplements the DoD Retaliation Prevention and Response Strategy Implementation Plan for sexual harassment complaints involving retaliation.
- Published and implemented DoDI 1020.04: Harassment Prevention and Responses for DoD Civilian Employees (June 30, 2020)
  - Establishes policy, assigns responsibilities, and prescribes procedures for preventing and responding to harassment in the DoD civilian employee population.
  - Provides guidance for processing, resolving, and tracking allegations of harassment.
  - Distinguishes among harassment that detracts from an efficient workplace, EEO complaints of unlawful discriminatory harassment, and harassment of a criminal nature.
  - Outlines training and education requirements and standards.
- Published DoDI 1350.02: DoD Military Equal Opportunity Program (September 9, 2020)
  - Establishes policy, assigns responsibilities, and provides procedures for the DoD MEO Prevention and Response Program.
  - Establishes the functions of DEOMI and the DEOMI Board of Advisors.
  - Standardizes DoD's understanding of hostile environments and the continuum of harm.
  - Standardizes data reporting requirements for MEO prohibited discrimination complaints and information collection and tracking, including approval of automated data collection interface systems.
- Published DoDI 1020.05: DoD Diversity and Inclusion Management Program (September 9, 2020)
  - Establishes policy, assigns responsibilities, and provides direction for development and maintenance of the DoD D&I Management Program (referred to in this issuance as the "Program").
  - Provides procedures for implementation of the program pursuant to Section 656 of Title 10, U.S. Code; Section 529 of Public Law 116-92; and Executive Order 13583.
  - Establishes that, in addition to the existing responsibilities in the DDWG charter, the DDWG will advise and recommend improvements for the program.
  - Provides data collection and reporting requirements to measure and statistically validate the progress and effectiveness of DoD component D&I efforts.
- Published DoDI 6400.09: DoD Policy on Integrated Primary Prevention of Self-Directed Harm and Prohibited Abuse or Harm (September 11, 2020)
  - Establishes and integrates policies and responsibilities to mitigate self-directed harm and prohibited abusive or harmful acts using a career-cycle perspective to promote enduring force readiness.
  - Leverages existing capabilities, where possible, to establish a DoD-wide prevention system that facilitates data-informed actions to integrate primary prevention activities to prevent self-directed harm and prohibited abusive or harmful acts.
  - Identifies the Prevention Collaboration Forum as the governance body to oversee this policy and assess the prevention system and data-informed actions.

- Addresses harassment; discrimination, including sexual harassment, bullying, hazing, reprisal, and retaliation with committed and engaged leadership; strong and comprehensive harassment policies; consistent enforcement of policies; accessible compliant procedures; regular, interactive training (e.g., workplace civility, bystander intervention) tailored to the audience and the organization; and prevention of behaviors on the continuum of harm.
- Requires individuals outlined in DoDIs 1020.03, 1020.04, and 1350.02 to attend a mandatory EO advisor course and graduate from DEOMI; understand and implement EO advisor core competencies; perform duties and roles at the leadership and unit levels; and execute data-informed actions, to include conducting command climate assessments.

## D&I Metrics and Measurement

Within DoD, developing reliable metrics to examine the organizational climate is one of the many critical elements in managing diversity and ensuring a fair and inclusive environment for military personnel. DoDI 1020.05 conveys the policies and expectations of diversity management for various DoD stakeholders.[2] Measurement and analysis of the organizational climate supports DoD in fostering achievement of the previously mentioned diversity management policy elements. Results of organizational climate assessments provide managers and leaders with critical feedback on the strengths, gaps, barriers, and opportunities for improvement within the unit environment—allowing leaders to make informed decisions about personnel management and D&I. When appropriately monitored and managed, the organizational climate of DoD can be better perceived or experienced as a diverse, fair, and inclusive environment.

DoD assesses the organizational climate through numerous methods, such as administering surveys and conducting focus groups and collaboration forums. Examples of surveys include the DEOCS, the Workplace and Equal Opportunity Survey (WEO), the Workplace and Gender Relations Survey (WGR), and the Status of Forces Survey. Example constructs measured as part of organizational climate assessments include organizational effectiveness (e.g., DEOCS factors: engagement and commitment, leadership support) and broader climate risk and protective factors (e.g., DEOCS, WEO , and WGR factors: harassment based on race and ethnicity or gender, discrimination based on race and ethnicity or gender).

Additionally, the Joint Advertising, Market Research and Studies program conducts surveys of American youths (ages 16 to 24) and adult youth influencers to assess perceptions, beliefs, and attitudes regarding their awareness of and reactions to military outreach efforts and advertising, their likelihood to join the military or influence another to join the military, and other aspects related to military recruiting.

The surveys mentioned previously and summarized in Table 2 capture many aspects of military life (e.g., Service members' attitudes, perceptions, and expectations), and each data source provides insights on different dimensions of D&I progress or lack thereof. ODEI also collects and analyzes complaints of racial and ethnic harassment and discrimination and of sexual harassment lodged with MEO offices. ODEI receives these data directly from the Services and summarizes the findings in the WEO and WGR congressional reports. Other organizational entities, such as the DoD Hazing and Bullying Prevention and Response Working Group and the DDWG, contribute to the analysis of perceived or experienced harassment within DoD.

These varying methods allow organizations like ODEI to depict meaningful findings as they pertain to employees' shared perceptions and experiences within the organizational climate. Understanding these factors is critical to the success of sustaining an all-volunteer force and helps ensure that the Services' recruiting and retention efforts are directed in the most efficient and beneficial manner.

---

[2] DoDI 1020.05, 2020.

**Table 2.** **DoD Surveys with Diversity and Inclusion Measures**

| Surveys | Frequency of Administration and Sample Population | Description |
|---|---|---|
| Defense Organizational Climate Survey (DEOCS) | Annually or within 90 days of change in command for active duty Service members[a] | A unit-level survey that allows commanders to proactively assess critical climate risk and protective factors that can have an impact on retention, readiness, and violent and harmful behaviors (e.g., harassment, discrimination, suicide, sexual assault) within the organization. |
| Status of Forces Survey | Annually for active duty and Reserve Component | A scientific survey that examines key issues of military life and career, to include organizational commitment, financial health, family life, satisfaction with support services, impact of deployments, and permanent change of station moves. |
| Workplace and Equal Opportunity Survey (WEO) | Every four years, alternating active and Reserve Component | A scientific survey that examines key issues of racial and ethnic relations in the military, to include past year rates of racial and ethnic harassment and discrimination, reporting climate and effectiveness, D&I climate, leadership climate, and policy effectiveness. |
| Workplace and Gender Relations Survey (WGR) | Every two years, alternating active and Reserve Component[b] | A scientific survey that measures key issues of gender relations in the military, to include past year rates of sexual harassment, gender discrimination, and sexual assault; reporting climate and effectiveness; gender relations climate; leadership climate; sexual assault prevention; bystander intervention; and policy effectiveness. |
| Futures Survey | Triennially for U.S. civilians ages 16–24 | A survey that gathers information about young adults' education and career plans, as well as perceptions of military careers and propensity. |
| Influencer Poll | Quarterly for U.S. civilians ages 18 or older | A poll that assists the Services in understanding how the adult influencer market affects younger U.S. citizens' consideration for military service. |

[a] The DEOCS is also required for the Reserve Component. Per Army Regulation 600-20 (120 days post command, annually) and Air Force Instruction 36-2710 (180 days post command, every 24 months), the Reserve Component must complete the DEOCS upon assuming command and periodically thereafter. OPA also administers the DEOCS to DoD civilians and military service academies.

[b] The frequency of survey administration for the WEO and WGR may change as OPA strategizes how to streamline survey instruments, reduce respondent burden, and increase response rates.

# Appendix E: MLDC Recommendations and Implementation Status

| # | Recommendation | Status |
|---|---|---|
| 1 | DoD Should Adopt an Expansive Definition of Diversity | Fully Implemented |
| 2 | Diversity Leadership Must Become a Core Competency | Partially Implemented |
| 3 | Leadership Must be Personally Committed to Diversity | Fully Implemented |
| 4 | Diversity Needs to Become an Integral Part of DoD Culture | Fully Implemented |
| 5 | Congress Needs to Take Action to Ensure Sustained Progress in Diversity | Fully Implemented |
| 6 | Stakeholders Should Develop and Engage in Activities to Expand the Pool of Qualified Candidates | Fully Implemented |
| 7 | Improve Recruiting from the Currently Available Pool of Qualified Candidates | Fully Implemented |
| 8 | Services Should Ensure That Career Development Programs/Resources Enhance Service Members' Knowledge of Career Choices | Fully Implemented |
| 9 | DoD and the Services Should Eliminate Combat Exclusion Policies for Women | Fully Implemented |
| 10 | Improve Transparency so That Service Members Understand Performance Expectations, Promotion Criteria, and Processes | Partially Implemented |
| 11 | Ensure That Promotion Board Precepts Provide Guidance on How to Value Service-Directed Special Assignments Outside Normal Career Paths or Fields | Fully Implemented |
| 12 | DACOWITS Should Expand its Focus to Include an Explanation of the Gender Gap in Retention | Fully Implemented |
| 13 | DoD and the Services Must Better Manage Personnel with Mission-Critical Skill Sets | Fully Implemented |
| 14 | DoD Must Promote Structural Diversity, Total Force Integration, and Overall Retention | Fully Implemented |
| 15 | Establish the Position of Chief Diversity Officer | Fully Implemented |
| 16 | Implement Clear, Consistent, Robust Diversity Management Policies | Fully Implemented |
| 17 | Institute a System of "Accountability Reviews" That is Driven by the Secretaries of Defense/Homeland Security | Fully Implemented |
| 18 | Conduct Annual "Barrier Analyses" to Review Demographic Diversity Patterns Across the Military Lifecycle | Fully Implemented |
| 19 | Institute Mechanisms for Accountability and Internal and External Monitoring for Both the Active and Reserve Components | Partially Implemented |
| 20 | Include an Assessment of Qualified Minority and Female Candidates for Top Leadership Positions in the Diversity Annual Report to Congress | Partially Implemented |

NOTE: Information in the status column is based on ODEI records as of October 1, 2020.

# Appendix F: Expanded Immediate Actions from Services

Following the Secretary of Defense memorandums of June 19, 2020, and July 14, 2020, additional recommendations were received from each of the DoD Services (Army, Navy, Marine Corps, Air Force, and Space Force). Their recommendations expanded the list into 40 immediate actions:

## Immediate Actions Submitted by Army

- Implement "Project Inclusion" that leverages the entire department towards D&I end states.
- Publish Project Inclusion Campaign Plan to support successful execution of project inclusion efforts.
- Publish Army People Strategy Diversity, Equity, and Inclusion Annex.
- Conduct Army-wide "Your Voice Matters" listening sessions led by Army senior leaders and Deputy Assistant Secretary of the Army for Equity and Inclusion team.
- Re-constitute the Army Diversity Council in coordination with OSD and other Services.
- Publish Expanding Diverse Talent of the Army Officer Corps Strategic Plan.
- Modernize Army selection and promotion system to include immediate removal of Department of the Army photos and race data cells from upcoming commissioned officer, warrant officer and non-commissioned officer (NCO) promotion and selection boards.
- Commission upcoming studies to study and make recommendation on other factors such as name, commissioning source, and gendered pronouns to increase fairness in the promotion process.
- Complete a Military Justice Review to determine if racial disparity exists within Army investigation and disciplinary systems.
- Revitalize outreach programs at Historically Black Colleges and Universities (HBCUs) and MSIs.
- Revise Army MEO and D&I training and Army professional education.
- Establish a working group to address Defense Advisory Committee on Women in the Services (DACOWITS)'s recommendations on recruitment and retention of women by analyzing D&I data and trends and formulating policy recommendations.

## Immediate Actions Submitted by Navy

- No policy exists to formally encourage diversity of Recorders and Assistant Recorders in Navy Promotion Selection Boards or Administrative Boards. Expand diversity in this group for Administration and Statutory Boards.
- Fund and initiate virtual and in-person D&I conferences with the National Naval Officers Association and the Association of Naval Service Officers.
- Establish Task Force One Navy nested within Navy's extant Inclusion and Diversity Council and overarching Culture of Excellence campaign plan and governance structure.

## Immediate Actions Submitted by Marine Corps

- Fund/execute Marine Corps Outreach Program.
- Include female volunteers for Infantry Officers Course.
- Establish a Peterson Chair as a Title 10 faculty member at the Marine Corps University.
- Reinstate the Diversity Review Board.

## Immediate Actions Submitted by Air Force

- Establish Department of Air Force (DAF) Task Force on D&I.
- Re-establish DAF Barrier Analysis Groups under a new charter and add Asian/Native Hawaiian and Other Pacific Islander team.
- Launch policy change for minority grooming/hair style standards—five-year shaving waivers, male haircut.
- Launch policy change to permit diacritical nametapes (e.g., Núñez, São Paul, August Sallé, Hübner).
- Launch policy change to allow "Super Score" combination on AFOQT to match standard testing policy.
- Upgrade 161 Air Force ROTC scholarship recipients attending HBCUs and Hispanic-serving institutions to full-ride scholarships and offer additional 142 Air Force ROTC four-year full-ride scholarships in Fall 2020.
- Develop a data-driven analysis of demographic inventory sustainment planning for each underrepresented group based on representation of eligible U.S. population.
- Expand external presence and senior leader presence at Centers of Influence in historically underrepresented areas.
- Schedule senior leader participation in key recruiting and minority events (mandatory two per year per general officer).

## Immediate Actions Submitted by Space Force

- Participate and support DAF Task Force on D&I.
- Develop strategic partnership with science technology engineering and math (STEM) HBCUs.
- Include general officer/command chief participation in recruiting events.
- Establish D&I framework for upcoming transfers to the Space Force.
- Enhance first-line supervisor training with experiential instruction.

# Appendix G: Referred/Deferred Recommendations and Further Research

## Focus Area 1: Recruitment and Accessions

- DoD Recommendation: Create preparatory courses in NROTC and the United States Naval Academy aligned to warfare specialties that are underrepresented and focus on areas that are sources of heightened attrition during the initial training in these communities.
  - Referred/Deferred: In progress; the Services already have similar programs (e.g., Navy's Career Orientation and Training for Midshipmen) under way, so this would be a duplication of efforts.
- Board Recommendation: Establish POM End Strength Requirement
  - Referred/Deferred: Outside Board's Scope. Targeted goals which are likely to result in preferential treatment are disfavored.

## Focus Area 2: Retention

- DoD Recommendation: Assess racial/ethnic differences among discharges for separating/separated Service members to identify contributing factors that could be mitigated (e.g., work/life balance, harassment/discrimination, mental and behavioral health disorder diagnoses).
  - Further Research: Additional examination is needed to determine the relevance, feasibility, and/or scope of this recommendation.

## Focus Area 3: Barriers

- DoD Recommendation: Study the effects of masking name, race, gender (including pronouns) on promotion/selection materials to determine if anonymizing records through a "blind screening" process would bring a positive or negative impact toward diverse/minority populations.
  - Further Research: Additional examination is needed to determine the relevance, feasibility, and/or scope of this recommendation.
- DoD Recommendation: Support an inclusive culture by identifying potentially restrictive policies tied to dress and appearance, uniforms, equipment (e.g., maternity uniforms, female hats/hair standards, diacritical accents, weapon system equipment, religious uniform items).
  - Referred/Deferred: Covered by Secretary of Defense Memo; the Secretary of Defense's immediate actions memo (14 July) directed Services to "review all appearance standards and policies and make appropriate modifications" (NLT 15 Sep).
- DoD Recommendation: Establish methods to gather transgender Service member data to inform policies and practices for transgender inclusion, such as Drug Demand Reduction Program guidance (e.g., provide urinalysis monitor options), privacy (e.g., open bay showers), and cohabitation (e.g., dorm assignments).
  - Referred/Deferred: Outside Board's Scope; ongoing litigation and privacy concerns merit deferral.
- Board Recommendation: Remove height and body weight standards. Assess Service members on physical capability by increasing the minimum physical readiness standard and holding Service members to a higher physical readiness expectation.
  - Referred/Deferred: Outside Board's Scope for DoD- or Service-level implementation; caution that any adjustments to body composition must minimize the risks to an applicant, but must also consider the rigors of military duty and ensure unit readiness is not impacted (e.g., being underweight presents a higher risk for fractures and other skeletal issues.)

- Board Recommendation: Utilize scientific and medically proven tools to determine body composition.
  - Referred/Deferred: Outside Board's Scope for DoD- or Service-level implementation; caution that any adjustments to body composition must minimize the risks to an applicant but must also consider the rigors of military duty and ensure unit readiness is not impacted.

# Focus Area 4: Career Development

- DoD Recommendation: Review and revise as appropriate all Joint Policies on Military Equal Opportunity and Diversity & Inclusion.
  - Referred/Deferred: Covered by the Secretary of Defense Memo; the Secretary of Defense's immediate actions memo (14 Jul) directed Services to "update the DoD's military equal opportunity and diversity & inclusion policies" (NLT 1 Sep).
- DoD Recommendation: Strengthen the Naval University System by 1) attracting and retaining diverse faculty and partners with expertise in areas critical to preparing Sailors and Marines for naval operations, and 2) seeking diverse candidates with requisite experience for education advisory boards.
  - Referred/Deferred: Outside Board's Scope for DoD- or Service-level implementation.

# Focus Area 5: Organizational Climate

- DoD Recommendation: Designation of Equal Opportunity training within the command indoctrination program.
  - Referred/Deferred: Not relevant; EO training is not relevant to this D&I initiative.
- DoD Recommendation: Conduct assessment of D&I processes and outcomes. Establish analytics in the areas of recruitment, selection/hiring, assignment, promotion, training, development, representation, sexual harassment/assault response prevention, resiliency, safety, and equal opportunity to measure best practices for organizational inclusion.
  - Further Research: Additional examination is needed to determine the relevance, feasibility, and/or scope of this recommendation.
- DoD Recommendation: Utilize a mobile application for Equal Opportunity Harassment and Discrimination Complaints and Education (similar to mobile apps available in the commercial sector).
  - Further Research: Additional examination is needed to determine the relevance, feasibility, and/or scope of this recommendation.
- DoD Recommendation: Require all Service Chiefs to provide the Secretary of Defense an annual review on diversity and inclusion and present to Congress an annual State of the State on diversity and inclusion in the areas of hiring, retention, development, promotion, complaints, etc.
  - Referred/Deferred: In progress; this recommendation is already in progress at DoD.
- Board Recommendation: Establish Service employee resource groups (ERGs) and a DoD charter for ERG implementation.
  - Further Research: Additional examination is needed to determine the relevance, feasibility, and/or scope of this recommendation.

# Focus Area 6: Culture, Worldview, and Identity

- DoD Recommendation: Rename facilities, streets, buildings, etc. which better reflect Service history, heritage, and core values particularly for those within minority groups.
  - Referred/Deferred: To be considered by Congress and the President in enacting the FY 2021 NDAA.

- ■ DoD Recommendation: Nominate 2011 Military Leadership Diversity Commission Members and representatives from the civil sector to the Defense Advisory Committee on Diversity and Inclusion.
  - • Referred/Deferred: Completed; the nomination process for representatives to the Defense Advisory Committee on D&I concluded 31 August, so this recommendation is no longer needed.
- ■ Board Recommendation: Modification of male and female hair and grooming standards, and other appearance policies.
  - • Referred/Deferred: Covered by the Secretary of Defense Memo; the Secretary of Defense's immediate actions memo (14 July) directed Services to "review all appearance standards and policies and make appropriate modifications" (NLT 15 Sep).
- ■ Board Recommendation: Promotion of non-English languages
  - • Referred/Deferred: In progress; DoD has already endorsed and implemented the use of non-English languages (e.g., Spanish), so this recommendation is no longer needed.
- ■ Board Recommendation: Remove excessive criteria for personal appearance related to tattoos and branding.
  - • Referred/Deferred: Covered by the Secretary of Defense Memo; the Secretary of Defense's immediate actions memo (14 July) directed Services to "review all appearance standards and policies and make appropriate modifications" (NLT 15 Sep).
- ■ Board Recommendation: Develop a comprehensive strategy that enhances current K–12 outreach programs in traditionally underrepresented groups (e.g. STEM camps, Mentorship Programs, and Physical Fitness challenges).
  - • Referred/Deferred: In progress; the Services are currently developing their own K–12 outreach programs (e.g., USMC STEM Outreach Initiative), so this recommendation is no longer needed.

# Appendix H: D&I Industry Best Practices

The MLDC's 2011 final report captured D&I best practices in industry up through the early 2000s, notably concluding that the "personal engagement of top leadership" was the single most crucial factor in achieving diversity leadership and inclusion across any organization.[3] Moreover, the MLDC's expansive definition of diversity dramatically shifted senior leaders' focus past demographic "head-counting" and toward diversity leadership and inclusive organizational climates. However, since the publication of the MLDC report in 2011, industry D&I practices have further evolved—continuing the evolution beyond demographic representation and toward inclusion, equity, and community-building.

Figure 8 depicts the evolution of industry D&I practices. During the latter half of the 20th century, industry diversity efforts centered upon demographic representation (e.g., the "head-counting" of women and minorities in organizations). Title VII of the 1964 Civil Rights Act, which applies only to civilian employment, not the military, mandated organizations to address and respond to individual complaints of racism and/or discrimination. However, protections afforded by EEO laws require employees to act and speak out against discriminatory behavior. While nec-essary, EEO laws proved inadequate for ensuring D&I. During the early 2000s, industries recognized that their own cultures and entrenched systems of personnel policies often excluded marginalized groups. A new body of research and literature on diversity management emerged on how to produce inclusion in organizations. For example, industry D&I practitioners engaged in a variety of methods to ensure that managers consistently made transparent, fair, and unbiased decisions. The recommendations outlined by the MLDC report fall into this vein of diversity management policies and practices.

**Figure 8.** The Evolution of Diversity and Inclusion in Industry



| 20th Century | Early 2000s | 2020s |
|---|---|---|
| **Demographic Representation** | **Inclusion and Diversity Leadership** | **Equity and Community Building** |
| Focus on the individual | Focus on organizational climate | Focus on social ecological model (individual, interpersonal, and organizational) |
| Legally mandated | Leader mandated | Allyship between leaders and marginalized persons |
| Ensuring equal opportunity for women and minorities" | Ensuring organizational practices include diverse individuals | Amplifying silenced voices, creating empathy, fostering trust, and empowering the disadvantaged (e.g., low-ranking, young, minimum-wage) |

---

[3]  MLDC, *Final Report*, 2011, p. 96.

During the past decade, industry D&I practices have further evolved to confront such issues as equity, allyship, and community-building.[4] These efforts directly address the challenge of developing trust between those in positions of leadership and authority and the people who report to them. To use a common analogy among diversity practitioners, "diversity is being invited to the party, but inclusion is being asked to dance."[5] Continuing this analogy, *equity* would mean guaranteeing that everyone has a ride to get to the party. Numerous factors constrain marginalized groups and individuals from "getting to the party" and taking advantage of opportunities, such as education or career development. Equity specifically identifies these barriers and ensures that adequate interventions exist to remove them. This "leveling" of the playing field paves the way for inclusivity through community-building.

Community-building focuses on building relationships and fostering allyship between community leaders and mar-ginalized individuals. Moreover, community-building often requires a culture shift: diverse and inclusive communities allow all individuals to come into communal space representing their authentic selves, not modifying or correcting their behavior simply to fit in. This contrasts sharply from organizations that force their employees to change through cultural assimilation.

Diversity consulting firms and the larger organizations they serve have developed a variety of different strategies to achieve the goals of equity and community-building, many of which are beyond the scope of this report. However, we present four key strategies that contribute to DoD's existing knowledge: (1) centralizing leadership and coordinating efforts, (2) professionalizing the workforce, (3) leveraging innovative technologies, and (4) addressing inequities early and often.

(1) **Centralizing leadership and coordinating efforts.** The MLDC report highlights one of the most important methods of getting to D&I outcomes: making the chief executive officer spearhead the effort. Leadership must be central to the process for sustained change to occur. While many different organizational hierarchies and oversight structures have proven effective in industry, having a chief diversity officer who reports to a chief executive officer or executive leadership entity remains a common theme across most structures. Individuals with the most authority can leverage their influence to make D&I a priority, so that diversity eventually becomes institutionalized into the organization's values and culture.

Making leadership central to all D&I activities also ensures that efforts are coordinated and not redundant across the organization. D&I experts must have "a seat at the table" within the human capital and operations components of the organization to successfully drive change. This issue of coordination also applies to affiliation and ERGs, which have traditionally advocated for marginalized employees and assisted them with navigating and succeeding in industry.[6] While helpful to their members, ERGs can create dilemmas for leaders who must balance the desires of diverse groups. For example, an ERG for dependent caretakers may prioritize less travel, more telework, and flexible work schedules. Conversely, marginalized employees may yearn for mentorship opportunities and greater career development opportunities. Occasionally, these demands may run antithetical to one another, or, more likely, employers may not possess the resources to accommodate both groups.[7] To address this issue, some corporations have adopted "diversity councils," wherein corporate leaders and ERG leaders collaborate and compromise via candid dialogue about the identified needs and proposed solutions.

(2) **Professionalizing the workforce.** Organizations have heavily invested in hiring, training, and professionalizing their D&I workforce in the past ten years, and these efforts will increase as D&I become focal issues. In fact, the demand for professionalizing D&I positions increased by 23 percent in 2019 alone. Harnessing a diverse talent pool and creating an inclusive environment often leads to increased productivity, as measured through higher innovation

---

[4]  MLDC, *Final Report*, 2011, p. 96.

[5]  Asia McCleary-Gaddy, "Be Explicit: Defining the Difference Between the Office of Diversity & Inclusion and the Office of Diversity & Equity," *Medical Teacher*, Vol. 41, No. 12, 2019, pp. 1443–1444.

[6]  Theresa M. Welbourne, Skylar Rolf, and Steven Schlachter, "Employee Resource Groups: An Introduction, Review and Research Agenda," *Academy of Management Proceedings*, Vol. 2015, No. 1, August 2015.

[7]  Maureen A. Scully, "A Rainbow Coalition or Separate Wavelengths? Negotiations Among Employee Network Groups," *Negotiation and Conflict Management Research*, Vol. 2, No. 1, 2009, pp. 74–91.

revenues and greater financial performance.[8] For the military, such initiatives may translate to increased mission readiness, the ability to retain top talent, and an ensuing confidence that diverse perspectives contribute to battling on a global scale in 21st-century warfighting.

(3) **Leveraging innovative technologies.** As organizations increase their investment in D&I, diversity technology has boomed (e.g., D&I applications, digital marketing, and digital storytelling). Whereas older D&I websites distributed legal and compliance information, newer D&I applications serve as platforms for helping organizations drive diversity change. Along with disseminating D&I messaging to their workforce and other stakeholders, digital marketing strategies have provided a platform to underrepresented groups within organizations and increasing intercultural awareness.[9] Similarly, digital storytelling has shown to be effective for increasing intercultural awareness and providing "counter-narratives" to dominant perspectives of marginalized communities.[10] As these technologies continue to evolve, D&I consultants and practitioners will continue to find new, creative ways of leveraging digital communications and social media to build inclusive, equitable communities.

(4) **Addressing inequities early and often.** Addressing inequities early is crucial to eliminating institutional barriers and building inclusive communities. Many inequities stem from disadvantages experienced early in life, such as poor-quality K–12 education, stressful home environments, and lack of information about opportunities. Access to extracurricular activities (e.g., coding camp), racially and culturally competent programs, and diverse mentors and role-models all influence early childhood stratification.[11] Time exacerbates discrepancies from early childhood, often creating large institutional disadvantages. For instance, individuals with privileged access to coveted knowledge—such as STEM—often benefit from greater career opportunities in adulthood. This is particularly salient for specialized fields, such as computer science, which requires individuals to build the prerequisite skills early and to continually expand these skills to access opportunities.[12] STEM career fields have struggled with diversity, inclusion, and equity due to these structural barriers. Intervening to bolster STEM skills for marginalized children and young adults requires institutions to address the issue of early inequities and thus is an effective way to promote inclusion and community-building for the employees of the future.

---

[8] Rocío Lorenzo, Nicole Voight, Miki Tsusaka, Matt Krentz, and Katie Abouzahr, *How Diverse Leadership Teams Boost Innovation*, Boston, Mass.: Boston Consulting Group, 2018, https://image-src.bcg.com/Images/BCG-How-Diverse-Leadership-Teams-Boost-Innovation-Jan-2018_tcm9-207935.pdf.

[9] For example, Black Girls Code is an organization that "provides young and pre-teen girls of color opportunities to learn in-demand skills in technology and computer programming" (Black Girls Code, "About Our Founder," webpage, undated, https://www.blackgirlscode.com/about-bgc.html). In addition to developing skill sets, Black Girls Code has grown a massive social media following and been instrumental in using its voice to erode racial and gender stereotypes in the technology industry.

[10] Rosalie Rolón-Dow, "Race(ing) Stories: Digital Storytelling as a Tool for Critical Race Scholarship," *Race, Ethnicity, and Education*, Vol. 14, No. 2, 2011, pp. 159–173; and Margaret Gearty, "Beyond You and Me: Stories for Collective Action and Learning? Perspectives from an Action Research Project," *Action Learning: Research and Practice*, Vol. 12, No. 2, 2015, pp. 143–165.

[11] Christine Johnson-Staub, *Equity Starts Early: Addressing Racial Inequities in Child Care and Early Education Policy*, Washington, D.C.: Center for Law and Social Policy, December 2017.

[12] Leonora M. Crabtree, Sonyia C. Richardson, and Chance W. Lewis, "The Gifted Gap, STEM Education, and Economic Immobility," *Journal of Advanced Academics*, Vol. 30, No. 2, May 2019, pp. 203–231.

# Appendix I: Service Member Listening Sessions and Crowdsourcing Protocol Guide and Template

## DoD Board on Diversity and Inclusion: Guide and Template for Conducting Diversity Planning Listening Sessions

**Composition of the Group:**

Size: 5-7 participants per session

Category (5): Male/female field grade/senior officers—5-7 participants

Male/female junior/company grade officers—5-7 participants

Male/female senior NCOs—5-7 participants

Male/female NCOs—5-7 participants

Male/female junior enlisted—5-7 participants

Duration: 60 minutes (take a 15-minute break between sessions to give yourself time to process)

**Suggested listening group format (please say this in your own words):**

- ■ Welcome
  - • Good morning/afternoon and welcome. Thank you for taking the time to join our discussion on diversity and inclusion for the Department of Defense. I am _____. (Moderators and note taker introduce themselves and their roles.)
- ■ Overview and purpose of listening group
  - • These listening group meetings are being held by the Defense Board on Diversity and Inclusion and will help the Board members develop recommendations to the Secretary of Defense that clearly convey the Department's commitment to diversity and inclusion and articulate goals, objectives, and action plans for implementation.
  - • During the listening group today, we want to hear more about your insights and perspectives on diversity and inclusion within the Department.
  - • For the purposes of this listening group, diversity includes all the different characteristics and attributes of individuals from varying demographics that are consistent with the DoD's core values, integral to overall readiness and mission accomplishment, and reflective of the Nation we serve.
- ■ Ground rules (things that will help our discussion go smoothly)
  - • Please take this time to turn off your cell phones and put away laptops.
  - • There are no right or wrong answers. We expect that you will have different points of view. Please feel free to share your point of view even if it differs from what others have said.
  - • We will be taking notes during the listening group because we do not want to miss any of your comments. Your name will not be connected to any comments. If you have not already, please read the handout provided to you.
  - • We are here to ask questions, listen, and make sure everyone has a chance to share. We are interested in hearing from every one of you.
- ■ Let us begin by finding out a little more about each other by going around the room one at a time. Please tell us about yourself, where you are from and how long you've served in the military.
- ■ Introductory Question
  - • Do you think that diversity and inclusion are important to the military?

70

- ■ Transition Questions
  - • How would you describe the current environment for diversity? Have the recent events in the news impacted your thinking? Could you share a little more about your experiences?
- ■ Key Questions
  - • Suppose you had one minute to talk with the Secretary about diversity and inclusion, what would you tell the Secretary?
  - • If you were the Secretary of Defense for the day, what would you do? What policies would you change?
  - • In what ways is the military welcoming and inclusive? Would you give me an example of what you mean or explain further?
  - • Do you feel that you belong in the military and that you have a sense of connection? Do you feel that the military belongs to you?
  - • In what ways is the military welcoming/not welcoming?
  - • Do you think the military promotes an inclusive environment? Please give examples.
  - • Do you think you have had the same opportunities for training, promotion, and work assignments, as those of different genders, races, or ethnicities? Where are the opportunities for improvement?
  - • Have you personally experienced any incidents of discrimination, related to your service, or know about any incidents experienced by another Service member? What happened?
  - • How have you seen leaders promote diversity, and address discrimination or other differences in treatment? If not, what should they be doing differently?
  - • Looking back on your experiences with diversity from the time you were young, has your perspective changed over time?
  - • What about your experiences in the military, have they changed your perspective? If so, how?
  - • Of the issues we discussed today, which is the most important to you?
- ■ Ending Questions
  - • Is there anything regarding diversity and inclusion that we should have talked about today during the listening group, but didn't?
  - • What questions should I have asked that I did not? Anything else I should know?

Moderators conducting listening group: _____

Listening group participant category: _____

Date/time of listening group: _____

**Instructions to moderators and note takers:**

Thank you for agreeing to conduct a listening group on behalf of the Department of Defense Board on Diversity and Inclusion. We are looking for relevant information, topics, and discussion points raised, but not a word-for-word transcription.

Prior to the listening group:
- ■ Arrive early to set up the room
- ■ Arrange the chairs into a circular shape to help facilitate conversations; ensure social distancing is taken into consideration, in addition to wearing masks in confined spaces
- ■ Greet participants as they arrive and
- ■ Give them the "Information Sheet for Participants"

At the end of the listening group, be sure to clean, sanitize, and reorganize the room.

Please use the guide below during the listening group. Feel free to ask clarifying or follow-up questions as needed but be mindful of overall time.

After you conduct the listening group, take some time (preferably the same day) to look back over your notes and add or elaborate as needed. Within 2-3 days after the listening group, please e-mail this completed document as an attachment to: angelina.m.urbina.mil@mail.mil.

## DoD Board on Diversity and Inclusion: Listening Session Locations

Team 1: JB Andrews and Ft. Belvoir (Air Force and Army Focus)
POC: CPT Maria Shannon; Email: janis.shannon@us.af.mil; Phone: 703-692-4199
Members:
- CPT Chrystal Ware (Lead)
- MAJ Randy Fleming
- SGM Gabriel Harvey
- Capt Oludare Adeniji

Team 2: Camp Lejeune and DCANG[13] (USMC and NGB Focus)
POC: Maj Sharon Sisbarro; Email: sharon.a.sisbarro.mil@mail.mil; Phone: 703-695-4679
Members:
- TSgt Tysheena Brown (Lead)
- CAPT Judy Malana
- LTC Wrencla Lopez
- MSgt Deondra Parks

Team 3: Norfolk (Navy Focus)
POC: LCDR Natalie Oxendine; Email: natalierose.oxendine@us.af.mil; Phone: 703-693-6792
Members:
- LT Cassandra Chang
- MSgt Jessica Todd
- MCPO John Diaz
- Brig Gen Troy Dunn

---

[13] Members of the National Guard augmented Board members to conduct the District of Columbia Air National Guard (DCANG) listening session. These National Guard members included Brig Gen Pete Bailey (Air National Guard), COL Doug Simon (Army National Guard), Lt Col Lindsay Fletcher (Air National Guard), and SGT Karen Haarr (Army National Guard).

# Appendix J: Service Member Crowdsourcing Campaign

The Board launched a crowdsourcing campaign to augment listening sessions, solicit additional recommendations, and hear from as many military members as possible on ways to improve D&I across the force.[14] Preliminary findings from the crowdsourcing campaign informed the Board recommendations and offered suggestions for further study. Across all platforms, respondents primarily provided recommendations consistent with the focus areas that the Board considered during the course of its mission, including recommendations on recruitment, accessions, retention, career development, organizational climate, and culture. Most of the novel recommendations (not previously considered by the Board) that emerged were already being implemented to some extent by the Services, were beyond the scope of the Board's charter, or required further research and study.[15] Of note, initial analysis shows that respondents' views varied depending on demographics and on whether they regarded D&I as a problem in the military.

## Methods

The crowdsourcing campaign occurred between August 17 and October 16, 2020, across three survey platforms: DEOCS research block, Google,[16] and milSuite.[17] Crowdsourcing techniques and public affairs plans were implemented to notify the force of this open comment period across the platforms. Comments received were analyzed for overarching themes, as well as to identify potential recommendations for consideration by the Board. The following questions were asked on all three platforms:

1. In your opinion, what are the biggest challenges facing the military to improve diversity and inclusion?
2. What changes would you like to see the military make to improve diversity and inclusion?

The DEOCS platform collected 49,746 non-blank comments from military members,[18] the Google platform collected 2,120 comments, and the milSuite platform collected 1,424 comments for analysis. To identify themes, the comments were analyzed using structural topic modeling (DEOCS) and qualitative coding (milSuite and Google).[19] The purpose of the thematic analyses was to extract recommendations. Comments from all three platforms were also scanned to identify unique recommendations not previously considered by the Board.

Demographic information was available for respondents who completed the crowdsourcing campaign via the DEOCS, allowing additional analyses to identify demographic differences in responses. The demographic characteristics analyzed included race and ethnicity, pay grade, Service branch, and Service component.[20]

---

[14] OPA coordinated data collection and analyses for this effort.

[15] Novel recommendations that require further research and study will be included in the final OPA report.

[16] The Google platform began fielding on August 27, 2020.

[17] Only those who were scheduled to take the DEOCS during the study period who opted into the research block were able to provide comments on the DEOCS; only those with a Common Access Card were able to provide comments in the milSuite platform; anyone could provide comments via the Google platform, although it was advertised to the military community.

[18] An additional 17,927 DEOCS responses were collected from non-military members that were not used in this analysis. Additionally, respondents must have provided enough text to model and complete data on demographic questions to be included in all analyses.

[19] DEOCS comments were analyzed using advanced topic modeling techniques suited for large data sets; Google and milSuite comments were analyzed using qualitative content analyses by trained analysts due to their size and quality. Qualitative content analyses involve multiple coders independently reading and categorizing each comment.

[20] To analyze demographic differences, only comments from military members that were able to be modeled (e.g., provided enough useable text to model) and had complete data on all demographic variables were included in the analyses. Regression analyses were conducted separately for each recommendation to identify the probability that certain groups would be more or less likely to provide comments aligned with that particular recommendation with all demographic variables modeled simultaneously. Consistent with other OPA efforts involving large samples, the significance level for all models was set at alpha = .01.

## Preliminary Findings

Preliminary findings indicated that respondents' demographics were associated with differences in the types of recommendations provided via the DEOCS. Racial and ethnic minority respondents on average were more likely to recommend providing caring leadership, building cohesion among diverse units, and promoting inclusion as compared with non-Hispanic White respondents. Additionally, racial and ethnic minority respondents on average were less likely to recommend reducing the focus on diversity and inclusion, question whether diversity and inclusion is a problem, acknowledge the ways the military already supports careers regardless of diversity, indicate that the military should enforce existing standards, and indicate that individual differences should be minimized, in comparison with non-Hispanic White respondents. Responses from non-Hispanic Whites generally revealed that they did not regard diversity and inclusion as problems in the military and/or did not believe additional changes are needed at this time.[21] Initial findings also showed variations in responses based on rank, Service, and component.

A full report containing detailed findings and conclusions will be provided by OPA to ODEI in 2021.

---

[21] Comments that were too short were unable to be modeled. These comments were reviewed separately. Most respondents who left very short comments indicated they did not perceive diversity and inclusion to be a problem (e.g., comments that said things like "not an issue" or "no problem") or had no recommendations to offer (e.g., comments that said things like "none" or "N/A").

# Appendix K: Abbreviations and Acronyms

| | |
|---|---|
| ACS | American Community Survey |
| AFB | Air Force Base |
| AFOQT | Air Force Officer Qualification Test |
| AIAN | American Indian/Alaskan Native |
| ASVAB | Armed Services Vocational Aptitude Battery |
| CJCS | Chairman of the Joint Chiefs of Staff |
| D&I | diversity and inclusion |
| DACODAI | Defense Advisory Committee on Diversity and Inclusion |
| DACOWITS | Defense Advisory Committee on Women in the Services |
| DAF | Department of the Air Force |
| DDWG | Defense Diversity Working Group |
| DEOCS | Defense Organizational Climate Survey |
| DEOMI | Defense Equal Opportunity Military Institute |
| DMDC | Defense Manpower Data Center |
| DoD | Department of Defense |
| DoDI | Department of Defense Instruction |
| EDDWG | Executive Defense Diversity Working Group |
| EEO | equal employment opportunity |
| EO | equal opportunity |
| ERG | employee resource group |
| FBI | Federal Bureau of Investigation |
| FY | fiscal year |
| GED | General Educational Development |
| HBCUs | historically black colleges and universities |
| JROTC | Junior Reserve Officers' Training Corps |
| K–12 | kindergarten through grade 12 |
| MEO | Military Equal Opportunity |
| MLDC | Military Leadership Diversity Commission |

| | |
|---|---|
| MSI | Minority-Serving Institution |
| NCO | non-commissioned officer |
| NDAA | National Defense Authorization Act |
| NGB | National Guard Bureau |
| NHPI | Native Hawaiian/Pacific Islander |
| NJROTC | Naval Junior Reserve Officers' Training Corps |
| NLT | no later than |
| OASD | Office of the Assistant Secretary of Defense |
| ODEI | Office for Diversity, Equity, and Inclusion |
| OFR | Office of Force Resiliency |
| OPA | Office of People Analytics |
| OSD | Office of the Secretary of Defense |
| PME | professional military education |
| POM | Program Objective Memorandum |
| ROTC | Reserve Officers' Training Corps |
| SAT | Scholastic Aptitude Test |
| SEAC | Senior Enlisted Advisor to the Chairman |
| STEM | science, technology, engineering, and mathematics |
| UCMJ | Uniform Code of Military Justice |
| UPT | undergraduate pilot training |
| USD(P&R) | Under Secretary of Defense for Personnel and Readiness |
| USMC | United States Marine Corps |
| WEO | Workplace and Equal Opportunity Survey |
| WGR | Workplace and Gender Relations Survey |