Case 1:23-cv-02699-RDB   Document 46-14   Filed 12/01/23   Page 1 of 4

# Exhibit M



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

APR 0 9 2021

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                             COMMANDERS OF THE COMBATANT COMMANDS
                             DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Immediate Actions to Counter Extremism in the Department and the Establishment of the Countering Extremism Working Group

On February 5, 2021, I directed the Stand-Down to occur within the following 60 days to address extremism across DoD. While we conduct a detailed review of what we learned, there are immediate actions that our subject matter experts here in the Department have identified as critical initial steps. To that end, I am directing several immediate actions and the establishment of the Countering Extremism Working Group (CEWG) as we continue to address this issue proactively.

## IMMEDIATE ACTIONS

- **Review and Update of DoD Instruction 1325.06 Extremism Definition:** The Under Secretary of Defense for Personnel and Readiness (USD(P&R)) and the General Counsel (GC) of the DoD will review and update DoDI 1325.06 to revise its definition of prohibited extremist activities among uniformed military personnel. In parallel with the DoDI 1325.06 update, the USD(P&R), in consultation with the (GC), will consider policy recommendations and options to address extremist activity by and among DoD civilian employees and contractors.

- **Update Service Member Transition Checklist**: The Secretaries of the Military Departments will add provisions to their Service member transition checklists for individuals separating or retiring from the military that include training on potential targeting of Service members by extremist groups and work with the other Federal Departments and Agencies to create a mechanism by which Veterans have the opportunity to report any potential contact with an extremist group should they choose to do so.

- **Review and Standardization of Screening Questionnaires**: The Secretaries of the Military Departments will update and standardize accession screening questionnaires to solicit specific information about current or previous extremist behavior. Such questions should be designed, 1) to gather actionable information in the short term to ensure that only the best qualified recruits are selected for services, and 2) to clarify that any demonstrably false answers provided in response could form the basis for punitive action for fraudulent enlistment.

- **Commission an Extremism Study:** The Department will commission a study on extremist behavior within our Total Force, to include gaining greater fidelity on the scope of the problem.

### Countering Extremism Working Group in the Department

The CEWG will oversee the implementation of the immediate actions described above, as well as the development of mid-term and long-term recommendations for continued engagement on this issue. The CEWG will report through the Workforce Management Group (WMG) to the Deputy's Workforce Council (DWC).

The CEWG will be led by Mr. Bishop Garrison, Senior Advisor on Human Capital and Diversity, Equity, and Inclusion.

It will have a Steering Committee composed of senior members of the Office of the USD(P&R); Office of the USD for Intelligence and Security; Office of the GC of the DoD; and the Joint Staff. The CEWG will conduct weekly subcommittee meetings and provide monthly progress reviews to the WMG and DWC. The DWC will review the final recommendations from the CEWG and any related recommendations from DoD Components and will guide the work of the CEWG towards completion.

*A report of additional mid-term and long-term recommendations and the status of implementation of the aforementioned immediate actions will be provided by the CEWG no later than 90 days from its first meeting on or about April 14, 2021.*

The CEWG will pursue four initial Lines of Effort (LOEs) within subcommittees that receive information from both internal and external subject matter experts as well as coordination and input from other Federal Departments and Agencies. Each Military Department Secretary will nominate a senior leader to coordinate his or her Department's support to this body. Additionally, each Military Department will coordinate with the CEWG to provide a representative at the appropriate level of seniority to serve as a subject matter expert on each subcommittee.

- **Line of Effort 1: Military Justice and Policy.** This LOE will focus on the role of military justice and policy. It will evaluate whether seeking to amend the Uniformed Code of Military Justice (UCMJ) or amending related department policy is appropriate in order to address extremism. This LOE will determine if regulations are sufficient or should be expanded.

- **Line of Effort 2: Support and Oversight of Insider Threat Program.** This LOE will determine how the Department should facilitate better information collection and sharing among Service Insider Threat Programs, law enforcement organizations, security organizations, and commanders and supervisors. Additionally, this group will work to strengthen Insider Threat Programs and the Direct Awareness Campaign with the goal of promoting the use of the Insider Threat Programs to report concerning behaviors for both military and civilian personnel. This group will also

2

explore standards of conduct and expectations for social media use and reporting in the Department.

- o **Line of Effort 3: Screening Capability.** This LOE will examine the Department's pursuit of scalable and cost-effective capabilities to screen publically available information in accessions and continuous vetting for national security positions. The LOE will make recommendations on further development of such capabilities and incorporating algorithms and additional processing into social media screening platforms. This LOE will also endeavor to develop policy to expand user activity monitoring of both classified and unclassified systems.

- o **Line of Effort 4: Education & Training.** This LOE will utilize the current extremist and Insider Threat training review being conducted by the Office of the USD(P&R) and Office of the USD(I&S). It will examine existing training and make recommendations and updates for different leadership levels and separate and discrete targeted audiences, as necessary. It will use lessons learned from the Stand-Down to enhance current reviews of training and education. This LOE will also ensure training addresses issues raised by commanders and supervisors on "gray areas" such as reading, following, and liking extremist material and content in social media forums and platforms.

Additional LOEs and accompanying subcommittees may be added at the direction of the Deputy Secretary of Defense. The health, readiness, and morale of the Total Force will always be one of my top priorities. The vast majority of those who serve in uniform and their civilian colleagues, do so with great honor and integrity, but any extremist behavior in the force can have an outsized impact. We shall adhere to our core beliefs and values and reaffirm the oaths we each took to uphold and support the Constitution against all enemies foreign and domestic. This is the greatest fighting force the world has known, and we will ensure it remains exactly that.

My Point of Contact for these efforts is Mr. Bishop Garrison.

*[signature]*

3