# Exhibit P

# 2022
# Demographics
Profile of the Military Community



U.S. Department *of* Defense

# Table of Contents

## Table of Contents

| | |
|---|---:|
| **INTRODUCTION** | **i** |
| Executive Summary | iii |
| Overview | vi |
| **CHAPTER 1: TOTAL MILITARY FORCE** | **1** |
| Total Force Personnel | 3 |
| Total DOD Civilian Personnel | 5 |
| Total DOD Military Personnel | 6 |
| **CHAPTER 2: ACTIVE-DUTY MEMBERS** | **11** |
| Active-Duty Personnel | 13 |
| Gender | 18 |
| Race and Ethnicity | 24 |
| Geographic Location | 34 |
| Age | 39 |
| Education | 43 |
| Personnel Separations | 47 |
| **CHAPTER 3: RESERVE AND GUARD MEMBERS** | **55** |
| Ready Reserve Personnel | 57 |
| Selected Reserve Personnel | 59 |
| Gender | 66 |
| Race and Ethnicity | 73 |
| Geographic Location | 83 |
| Age | 88 |
| Education | 93 |
| Reserve Losses | 98 |
| **CHAPTER 4: TOTAL FORCE FAMILIES** | **105** |
| Total DOD Force Family Status | 107 |
| Total DOD Force Family Members | 110 |

# Table of Contents

## CHAPTER 5: ACTIVE-DUTY FAMILIES — 113
- Family Status — 115
- Marital Status — 123
- Spouses — 134
- Parental Status — 139
- Dependents — 145

## CHAPTER 6: RESERVE AND GUARD FAMILIES — 151
- Family Status — 153
- Marital Status — 161
- Spouses — 174
- Parental Status — 179
- Dependents — 185

## CHAPTER 7: REFERENCE TABLES AND DATA SOURCES — 191
- Armed Forces Comparative Pay Grades and Ranks — 193
- United States Installation Population by State — 194
- International Population by Region — 202
- Data Sources and References — 203

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 5 of 14

Active-Duty Personnel | Gender | RACE AND ETHNICITY | Geographic Location | Age | Education | Personnel Separations

# Race and Ethnicity

## 2.22 | Race of Active-Duty Members (N=1,304,720)

Members who self-report as White make up the highest percentage of active-duty members (68.8%), while Black or African American members represent 17.3 percent. Native Hawaiian or Other Pacific Islander, American Indian or Alaska Native, and Multi-racial members each make up less than 4.0 percent of active-duty members.



* The Army does not report "Multi-racial."
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

## 2.23 | Race of Active-Duty Enlisted Members (N=1,067,756)

Members who self-report as White represent the highest percentage of active-duty enlisted members (67.4%), while Black or African American members make up 19.2 percent.



* The Army does not report "Multi-racial."
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Active-Duty Personnel | Gender | RACE AND ETHNICITY | Geographic Location | Age | Education | Personnel Separations

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 6 of 14

## 2.24 | Race of Active-Duty Officers (N=236,964)

Officers who self-report as White represent the highest percentage of active-duty officers (75.1%), while Black or African American officers make up 9.1 percent.



- American Indian or Alaska Native (N=1,676): 0.7%
- Asian (N=14,335): 6.0%
- Black or African American (N=21,523): 9.1%
- Native Hawaiian or Other Pacific Islander (N=1,430): 0.6%
- White (N=177,920): 75.1%
- Multi-racial* (N=6,002): 2.5%
- Unknown (N=14,078): 5.9%

\* The Army does not report "Multi-racial."
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 7 of 14

Active-Duty Personnel  |  Gender  |  **RACE AND ETHNICITY**  |  Geographic Location  |  Age  |  Education  |  Personnel Separations

## 2.25 | Number of Active-Duty Enlisted Members and Officers by Race and Service Branch

In total, there are 407,380 active-duty members who self-identify with racial minority groups. Over one-half identify as Black or African American.

| Service Branch | American Indian or Alaska Native | | Asian | | Black or African American | | Native Hawaiian or Other Pacific Islander | | Multi-racial* | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers |
| Army | 2,923 | 486 | 18,431 | 6,266 | 85,905 | 11,567 | 4,984 | 600 | N/A* | N/A* |
| Navy | 5,282 | 615 | 17,442 | 3,454 | 55,881 | 4,550 | 3,808 | 298 | 18,699 | 3,119 |
| Marine Corps | 1,907 | 241 | 5,365 | 872 | 17,878 | 1,261 | 1,761 | 151 | 2,147 | 532 |
| Air Force | 2,233 | 312 | 11,690 | 3,401 | 44,704 | 3,876 | 3,704 | 357 | 13,841 | 2,145 |
| Space Force | 38 | 22 | 191 | 342 | 402 | 269 | 50 | 24 | 272 | 206 |
| Subtotal | 12,383 | 1,676 | 53,119 | 14,335 | 204,770 | 21,523 | 14,307 | 1,430 | 34,959 | 6,002 |
| Total DOD | 14,059 | | 67,454 | | 226,293 | | 15,737 | | 40,961 | |

| Service Branch | Unknown | | Racial Minority Group Total | | White | | Total DOD | |
|---|---|---|---|---|---|---|---|---|
| | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers |
| Army | 9,603 | 7,154 | 121,846 | 26,073 | 245,828 | 67,910 | 367,674 | 93,983 |
| Navy | 10,900 | 1,823 | 112,012 | 13,859 | 171,504 | 42,690 | 283,516 | 56,549 |
| Marine Corps | 1,402 | 948 | 30,460 | 4,005 | 122,626 | 17,486 | 153,086 | 21,491 |
| Air Force | 6,779 | 3,906 | 82,951 | 13,997 | 176,727 | 46,746 | 259,678 | 60,743 |
| Space Force | 114 | 247 | 1,067 | 1,110 | 2,735 | 3,088 | 3,802 | 4,198 |
| Subtotal | 28,798 | 14,078 | 348,336 | 59,044 | 719,420 | 177,920 | 1,067,756 | 236,964 |
| Total DOD | 42,876 | | 407,380 | | 897,340 | | 1,304,720 | |

* The Army does not report "Multi-racial."
Note: Racial minority groups include American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, Multi-racial, and Unknown.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 8 of 14

Active-Duty Personnel  |  Gender  |  **RACE AND ETHNICITY**  |  Geographic Location  |  Age  |  Education  |  Personnel Separations

## 2.26 | Percentage of Active-Duty Enlisted Members and Officers by Race and Service Branch

About one-third (31.2%) of active-duty personnel self-identified with racial minority groups. The Navy has the highest percentage of enlisted members (39.5%) self-identifying with racial minority groups, while the Army has the highest percentage of officers (27.7%) self-identifying with racial minority groups. More racial diversity exists among enlisted members than officers in all service branches.

| Service Branch | American Indian or Alaska Native | | Asian | | Black or African American | | Native Hawaiian or Other Pacific Islander | | Multi-racial* | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers |
| Army | 0.8% | 0.5% | 5.0% | 6.7% | 23.4% | 12.3% | 1.4% | 0.6% | N/A | NA |
| Navy | 1.9% | 1.1% | 6.2% | 6.1% | 19.7% | 8.0% | 1.3% | 0.5% | 6.6% | 5.5% |
| Marine Corps | 1.2% | 1.1% | 3.5% | 4.1% | 11.7% | 5.9% | 1.2% | 0.7% | 1.4% | 2.5% |
| Air Force | 0.9% | 0.5% | 4.5% | 5.6% | 17.2% | 6.4% | 1.4% | 0.6% | 5.3% | 3.5% |
| Space Force | 1.0% | 0.5% | 5.0% | 8.1% | 10.6% | 6.4% | 1.3% | 0.6% | 7.2% | 4.9% |
| Subtotal | 1.2% | 0.7% | 5.0% | 6.0% | 19.2% | 9.1% | 1.3% | 0.6% | 3.3% | 2.5% |
| Total DOD | 1.1% | | 5.2% | | 17.3% | | 1.2% | | 3.1% | |

| Service Branch | Unknown | | Racial Minority Group Total | | White | | Total DOD | |
|---|---|---|---|---|---|---|---|---|
| | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers |
| Army | 2.6% | 7.6% | 33.1% | 27.7% | 66.9% | 72.3% | 100.0% | 100.0% |
| Navy | 3.8% | 3.2% | 39.5% | 24.5% | 60.5% | 75.5% | 100.0% | 100.0% |
| Marine Corps | 0.9% | 4.4% | 19.9% | 18.6% | 80.1% | 81.4% | 100.0% | 100.0% |
| Air Force | 2.6% | 6.4% | 31.9% | 23.0% | 68.1% | 77.0% | 100.0% | 100.0% |
| Space Force | 3.0% | 5.9% | 28.1% | 26.4% | 71.9% | 73.6% | 100.0% | 100.0% |
| Subtotal | 2.7% | 5.9% | 32.6% | 24.9% | 67.4% | 75.1% | 100.0% | 100.0% |
| Total DOD | 3.3% | | 31.2% | | 68.8% | | 100.0% | |

\* The Army does not report "Multi-racial."
Note: Racial minority groups include American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, Multi-racial, and Unknown.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/25   Page 9 of 14

Active-Duty Personnel | Gender | RACE AND ETHNICITY | Geographic Location | Age | Education | Personnel Separations

## 2.27 | Number and Percentage of Active-Duty Members by Race and Pay Grade

The largest percentage of members self-identifying with racial minority groups are in pay grades E7-E9 (35.3%), while the lowest percentage are in pay grades O7-O10 (12.1%).

| Pay Grade | American Indian or Alaska Native | | Asian | | Black or African American | | Native Hawaiian or Other Pacific Islander | | Multi-racial | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % |
| E1-E4 | 5,291 | 1.0 | 27,926 | 5.1 | 106,577 | 19.5 | 6,522 | 1.2 | 14,243 | 2.6 |
| E5-E6 | 4,959 | 1.3 | 19,683 | 5.0 | 74,536 | 19.1 | 5,711 | 1.5 | 17,045 | 4.4 |
| E7-E9 | 2,133 | 1.6 | 5,510 | 4.2 | 23,657 | 18.0 | 2,074 | 1.6 | 3,671 | 2.8 |
| W1-W5 | 161 | 0.8 | 752 | 3.9 | 3,154 | 16.4 | 164 | 0.9 | 132 | 0.7 |
| O1-O3 | 1,007 | 0.8 | 9,168 | 6.9 | 11,580 | 8.8 | 825 | 0.6 | 4,345 | 3.3 |
| O4-O6 | 504 | 0.6 | 4,402 | 5.2 | 6,722 | 8.0 | 440 | 0.5 | 1,519 | 1.8 |
| O7-O10 | 4 | 0.5 | 13 | 1.5 | 67 | 7.7 | 1 | 0.1 | 6 | 0.7 |
| Total | 14,059 | 1.1 | 67,454 | 5.2 | 226,293 | 17.3 | 15,737 | 1.2 | 40,961 | 3.1 |

| Pay Grade | Unknown | | Racial Minority Group Total | | White | | Total DOD | |
|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % |
| E1-E4 | 6,095 | 1.1 | 166,654 | 30.5 | 379,821 | 69.5 | 546,475 | 100.0 |
| E5-E6 | 13,427 | 3.4 | 135,361 | 34.7 | 254,829 | 65.3 | 390,190 | 100.0 |
| E7-E9 | 9,276 | 7.1 | 46,321 | 35.3 | 84,770 | 64.7 | 131,091 | 100.0 |
| W1-W5 | 1,756 | 9.1 | 6,119 | 31.7 | 13,163 | 68.3 | 19,282 | 100.0 |
| O1-O3 | 7,399 | 5.6 | 34,324 | 25.9 | 97,996 | 74.1 | 132,320 | 100.0 |
| O4-O6 | 4,909 | 5.8 | 18,496 | 21.9 | 66,000 | 78.1 | 84,496 | 100.0 |
| O7-O10 | 14 | 1.6 | 105 | 12.1 | 761 | 87.9 | 866 | 100.0 |
| Total | 42,876 | 3.3 | 407,380 | 31.2 | 897,340 | 68.8 | 1,304,720 | 100.0 |

Note: Racial minority groups include American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, Multi-racial, and Unknown.
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 10 of 14

Active-Duty Personnel | Gender | RACE AND ETHNICITY | Geographic Location | Age | Education | Personnel Separations

## 2.28 | Active-Duty Enlisted Members and Officers in Racial Minority Groups (N=407,380)

Of the 407,380 total active-duty members that self-identified with groups in the racial minority, 85.5 percent are enlisted members and 14.5 percent are officers.



Note: Racial minority groups include American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, Multi-racial, and Unknown.
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

## 2.29 | Number and Ratio of Active-Duty Enlisted Members and Officers in Racial Minority Groups by Service Branch

The Space Force has the lowest ratio of enlisted members to officers among racial minority groups (1.0 to 1), while the Navy has the highest ratio of enlisted members to officers among racial minority groups (8.1 to 1).

| Service Branch | Racial Minority Group | | | Ratio of Enlisted to Officers |
|---|---|---|---|---|
| | Enlisted | Officers | Total | |
| Army | 121,846 | 26,073 | 147,919 | 4.7 to 1 |
| Navy | 112,012 | 13,859 | 125,871 | 8.1 to 1 |
| Marine Corps | 30,460 | 4,005 | 34,465 | 7.6 to 1 |
| Air Force | 82,951 | 13,997 | 96,948 | 5.9 to 1 |
| Space Force | 1,067 | 1,110 | 2,177 | 1.0 to 1 |
| **Total DOD** | 348,336 | 59,044 | 407,380 | 5.9 to 1 |

Note: Racial minority groups include American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, Multi-racial, and Unknown.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 11 of 14

Active-Duty Personnel  |  Gender  |  **RACE AND ETHNICITY**  |  Geographic Location  |  Age  |  Education  |  Personnel Separations

## 2.30 | Percentage of Active-Duty Members in Racial Minority Groups and Percentage of White Members by Service Branch and Pay Grade

Members identifying with racial minority groups represent nearly one-third (31.2%) of active-duty personnel. The lowest percentage of racial diversity is found among high-ranking officers in all service branches.

| Pay Grade | Army | | Navy | | Marine Corps | |
|---|---|---|---|---|---|---|
| | Racial Minority Group | White | Racial Minority Group | White | Racial Minority Group | White |
| E1-E4 | 31.2% | 68.8% | 36.6% | 63.4% | 18.2% | 81.8% |
| E5-E6 | 34.5% | 65.5% | 42.3% | 57.7% | 22.4% | 77.6% |
| E7-E9 | 37.0% | 63.0% | 40.4% | 59.6% | 26.2% | 73.8% |
| W1-W5 | 31.6% | 68.4% | 43.9% | 56.1% | 21.5% | 78.5% |
| O1-O3 | 28.2% | 71.8% | 26.0% | 74.0% | 20.4% | 79.6% |
| O4-O6 | 25.1% | 74.9% | 20.4% | 79.6% | 14.4% | 85.6% |
| O7-O10 | 14.8% | 85.2% | 9.7% | 90.3% | 12.9% | 87.1% |
| **Total** | **32.0%** | **68.0%** | **37.0%** | **63.0%** | **19.7%** | **80.3%** |

| Pay Grade | Air Force | | Space Force | | Total DOD | |
|---|---|---|---|---|---|---|
| | Racial Minority Group | White | Racial Minority Group | White | Racial Minority Group | White |
| E1-E4 | 33.4% | 66.6% | 30.3% | 69.7% | 30.5% | 69.5% |
| E5-E6 | 30.3% | 69.7% | 25.3% | 74.7% | **34.7%** | **65.3%** |
| E7-E9 | 31.7% | 68.3% | 29.3% | 70.7% | **35.3%** | **64.7%** |
| W1-W5 | N/A* | N/A* | N/A* | N/A* | **31.7%** | **68.3%** |
| O1-O3 | 24.5% | 75.5% | 28.9% | 71.1% | **25.9%** | **74.1%** |
| O4-O6 | 21.3% | 78.7% | 23.4% | 76.6% | **21.9%** | **78.1%** |
| O7-O10 | 11.1% | 88.9% | 9.1% | 90.9% | **12.1%** | **87.9%** |
| **Total** | **30.3%** | **69.7%** | **27.2%** | **72.8%** | **31.2%** | **68.8%** |

\* The Air Force and Space Force do not have Warrant Officers.
Note: Racial minority groups include American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, Multi-racial, and Unknown.
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Active-Duty Personnel | Gender | RACE AND ETHNICITY | Geographic Location | Age | Education | Personnel Separations

## 2.31 | Number and Percentage of Active-Duty Members by Ethnicity and Race

Overall, 18.4 percent of active-duty members are of Hispanic or Latino ethnicity.

| Race | Hispanic or Latino | | Not Hispanic or Latino | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| American Indian or Alaska Native | 3,964 | 28.2 | 10,095 | 71.8 | 14,059 | 100.0 |
| Asian | 2,204 | 3.3 | 65,250 | 96.7 | 67,454 | 100.0 |
| Black or African American | 14,149 | 6.3 | 212,144 | 93.7 | 226,293 | 100.0 |
| Native Hawaiian or Other Pacific Islander | 1,630 | 10.4 | 14,107 | 89.6 | 15,737 | 100.0 |
| White | 189,118 | 21.1 | 708,222 | 78.9 | 897,340 | 100.0 |
| Multi-racial* | 6,700 | 16.4 | 34,261 | 83.6 | 40,961 | 100.0 |
| Unknown | 22,829 | 53.2 | 20,047 | 46.8 | 42,876 | 100.0 |
| Total | 240,594 | 18.4 | 1,064,126 | 81.6 | 1,304,720 | 100.0 |

\* The Army does not report "Multi-racial."
Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

## 2.32 | Number and Percentage of Active-Duty Members by Ethnicity and Service Branch

The Marine Corps has the largest percentage of Hispanic or Latino active-duty members (25.9%), while the Space Force has the smallest percentage (13.9%).

| Service Branch | Hispanic or Latino | | Not Hispanic or Latino | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Army | 80,976 | 17.5 | 380,681 | 82.5 | 461,657 | 100.0 |
| Navy | 59,702 | 17.6 | 280,363 | 82.4 | 340,065 | 100.0 |
| Marine Corps | 45,214 | 25.9 | 129,363 | 74.1 | 174,577 | 100.0 |
| Air Force | 53,587 | 16.7 | 266,834 | 83.3 | 320,421 | 100.0 |
| Space Force | 1,115 | 13.9 | 6,885 | 86.1 | 8,000 | 100.0 |
| Total DOD | 240,594 | 18.4 | 1,064,126 | 81.6 | 1,304,720 | 100.0 |

Note: Displayed percentages may not total 100% due to rounding.
Source: DMDC Active-Duty Military Personnel Master File (September 2022)

| Introduction | Total Military | Active-Duty | Reserve and | Total Force | Active-Duty | Reserve and | Reference Tables |
| | Force | Members | Guard Volunteers | Families | Families | Guard Families | and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 13 of 14

Active-Duty Personnel | Gender | RACE AND ETHNICITY | Geographic Location | Age | Education | Personnel Separations

## Race and Ethnicity Trends

### 2.33 | Number of Active-Duty Enlisted Members and Officers in Racial Minority Groups by Service Branch Trends: 2010-2022

Compared to 2010, the number of active-duty enlisted members in racial minority groups has increased in the Air Force, while the number of active-duty officers has increased across all service branches except the Marine Corps.

| Service Branch | 2010 | | 2015 | | 2020 | | 2022 | |
|---|---|---|---|---|---|---|---|---|
| | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers | Enlisted | Officers |
| Army | 145,346 | 26,017 | 135,316 | 25,124 | 129,303 | 25,141 | 121,846 | 26,073 |
| Navy | 112,282 | 10,053 | 113,507 | 11,387 | 115,697 | 13,011 | 112,012 | 13,859 |
| Marine Corps | 39,238 | 4,118 | 33,646 | 3,974 | 32,099 | 4,394 | 30,460 | 4,005 |
| Air Force | 74,977 | 13,099 | 72,528 | 12,081 | 81,486 | 14,283 | 82,951 | 13,997 |
| Space Force | N/A* | N/A* | N/A* | N/A* | N/A* | N/A* | 1,067 | 1,110 |
| Subtotal DOD | 371,843 | 53,287 | 354,997 | 52,566 | 358,585 | 56,829 | 348,336 | 59,044 |
| Total DOD | 425,130 | | 407,563 | | 415,414 | | 407,380 | |

* Space Force data were not reported separately from Air Force prior to 2021.
Source: DMDC Active-Duty Military Personnel Master File (September 2010, 2015, 2020, 2022)

### 2.34 | Percentage of Active-Duty Enlisted Members and Officers in Racial Minority Groups by Service Branch Trends: 2010-2022

The percentage of active-duty enlisted members in racial minority groups has decreased compared to 2010 in the Navy and Marine Corps, while the percentage of enlisted members in racial minority groups has increased in the Army and the Air Force. The percentage of active-duty officers in racial minority groups has increased compared to 2010 in the Army, Navy, and Air Force.

| Service Branch | 2010 | | | 2015 | | | 2020 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Enlisted | Officers | Total | Enlisted | Officers | Total | Enlisted | Officers | Total | Enlisted | Officers | Total |
| Army | 31.1% | 27.5% | **30.5%** | 34.5% | 26.5% | **32.9%** | 33.3% | 27.0% | **32.1%** | 33.1% | 27.7% | **32.0%** |
| Navy | 41.5% | 19.1% | **37.9%** | 42.2% | 21.0% | **38.6%** | 40.4% | 23.4% | **37.6%** | 39.5% | 24.5% | **37.0%** |
| Marine Corps | 21.7% | 19.3% | **21.4%** | 20.7% | 19.2% | **20.5%** | 20.1% | 20.5% | **20.2%** | 19.9% | 18.6% | **19.7%** |
| Air Force | 28.5% | 19.8% | **26.7%** | 29.4% | 19.8% | **27.5%** | 30.7% | 22.2% | **29.1%** | 31.9% | 23.0% | **30.3%** |
| Space Force | N/A* | N/A* | **N/A*** | N/A* | N/A* | **N/A*** | N/A* | N/A* | **N/A*** | 28.1% | 26.4% | **27.2%** |
| Total DOD | 31.4% | 22.7% | **30.0%** | 33.2% | 22.8% | **31.3%** | 32.6% | 24.2% | **31.1%** | 32.6% | 24.9% | **31.2%** |

* Space Force data were not reported separately from Air Force prior to 2021.
Source: DMDC Active-Duty Military Personnel Master File (September 2010, 2015, 2020, 2022)

| Introduction | Total Military Force | Active-Duty Members | Reserve and Guard Members | Total Force Families | Active-Duty Families | Reserve and Guard Families | Reference Tables and Data Sources |

Case 1:23-cv-02699-RDB   Document 46-17   Filed 12/01/23   Page 14 of 14

Active-Duty Personnel  |  Gender  |  RACE AND ETHNICITY  |  Geographic Location  |  Age  |  Education  |  Personnel Separations

## 2.35 | Percentage of Active-Duty Members in Racial Minority Groups by Service Branch Trends: 2010-2022

The percentage of racial diversity in the Army and Air Force has increased compared to 2010 but has decreased in the Navy and Marine Corps. The percentages depicted in this graph are provided in Exhibit 2.34.



Army (+1.5% points)  
Navy (−0.8% points)  
Marine Corps (−1.7% points)  
Air Force (+3.5% points)

Note: Space Force data were not included in this exhibit.
Note: Data are represented ONLY for the years indicated. Data for the years in between are NOT represented in this graph.
Source: DMDC Active-Duty Military Personnel Master File (September 2010, 2015, 2020, 2022)