**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, v. THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | Case No. 1:23-cv-02699-RDB |

**ORDER**

Upon consideration of Plaintiff's motion for a preliminary injunction and Defendants' opposition, it is hereby:

ORDERED that Plaintiff's motion for a preliminary injunction be and is hereby, DENIED.

Dated: _____

_____
HONORABLE JUDGE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE