**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, <br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES NAVAL ACADEMY, *et al.*, <br> *Defendants*. | No. 1:23-cv-02699-RDB |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Plaintiff, Students for Fair Admissions, respectfully requests leave to extend the page limit for its reply brief. SFFA asks for 15 extra pages. Defendants do not oppose.

The Court should grant SFFA's request for three reasons. First, granting SFFA's request would preserve parity between SFFA and the Naval Academy. The Court granted the Academy's request to file a 60-page opposition, Doc. 42; Doc. 43, which is twice as long as a normal response, Loc. R. 105(3). Granting SFFA's request would have the same effect, allowing SFFA—like the Academy—to file a brief that is twice as long as normal.

Second, granting SFFA's request would decrease the page disparity between SFFA and the Academy. Under the Local Rules, Plaintiffs usually get 50% more pages than Defendants. *Id.* But right now, Plaintiff has 25% fewer pages. A 15-page extension would rectify this imbalance.

Third, courts have granted similar requests in similar circumstances. *E.g.*, *Jien, et al. v. Perdue Farms, et al.*, Doc. 210, 19-cv-02521 (D. Md.) (granting a 40-page reply after granting a 45-page joint motion to dismiss); *Tanvir v. Comey*, Doc. 72, No. 13-cv-6951 (S.D.N.Y.) (granting a 100-page reply after granting an 85-page opposition); *Berenson v. Biden*, Doc. 47, No. 23-cv-3048 (S.D.N.Y.) (granting a 50-page reply after granting a 50-page opposition).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Cameron T. Norris |
| Adam K. Mortara | Thomas R. McCarthy |
| LAWFAIR LLC | Patrick Strawbridge |
| 40 Burton Hills Blvd., Ste. 200 | J. Michael Connolly |
| Nashville, TN 37215 | Cameron T. Norris |
| (773) 750-7154 | Bryan Weir |
| mortara@lawfairllc.com | James F. Hasson |
|  | R. Gabriel Anderson (*pro hac vice* forthcoming) |
| Dated: December 4, 2023 | CONSOVOY MCCARTHY PLLC |
|  | 1600 Wilson Boulevard, Suite 700 |
|  | Arlington, VA 22209 |
|  | (703) 243-9423 |
|  | tom@consovoymccarthy.com |
|  | patrick@consovoymccarthy.com |
|  | mike@consovoymccarthy.com |
|  | cam@consovoymccarthy.com |
|  | bryan@consovoymccarthy.com |
|  | james@consovoymccarthy.com |
|  | gabe@consovoymccarthy.com |
|  | *Counsel for Students for Fair Admissions* |

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

Dated: December 4, 2023

Respectfully submitted,

*/s/ Cameron T. Norris*

Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com