**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | No. 1:23-cv-02699-RDB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's unopposed motion, the motion is **GRANTED**. It is hereby **ORDERED** as follows: Plaintiffs may file a 30-page reply brief.

**IT IS SO ORDERED** on this the _____ day of _____, 2023.

_____

Richard D. Bennett
United States District Judge