UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY,<br>*et al.*,<br>*Defendants*. | No. 1:23-cv-02699-RDB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's unopposed motion, the motion is **GRANTED**. It is hereby **ORDERED** as follows: Plaintiffs may file a 30-page reply brief.

**IT IS SO ORDERED** on this the ____5th____ day of ____December____, 2023.

/s/ _____

Richard D. Bennett
United States District Judge