**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION**

STUDENTS FOR FAIR
ADMISSIONS,

        *Plaintiff*,

        v.                 No. 1:23-cv-02699

THE UNITED STATES NAVAL     **[PROPOSED] ORDER GRANTING**
ACADEMY, *et al.*,              **MOTION OF NABMW, ACLU,**
                              **ACLU MD, & LDF FOR LEAVE**
        *Defendants*.     **TO FILE AMICUS BRIEF IN**
                              **SUPPORT OF DEFENDANTS**

        Before the Court is the Motion of the National Association of Black Military Women

("NABMW"), the American Civil Liberties Union ("ACLU"), the ACLU of Maryland ("ACLU MD"),

and the NAACP Legal Defense Fund ("LDF") for Leave to File a Brief as Amicus Curiae in Support of

Defendants and for leave to file a brief of 25 pages ("Motion").

        It is hereby ORDERED that the Motion [Dkt. No. _____] is hereby GRANTED. The Clerk is

directed to file the brief (which was attached to the motion as Exhibit A).

Entered this _____ day of December, 2023.


                                _____
                                  Honorable Richard D. Bennett
                                  United State District Court Judge