IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, | |
| *Plaintiff*, | |
| v. | No. 1:23-cv-02699 |
| THE UNITED STATES NAVAL ACADEMY, *et al.*, | **ORDER GRANTING MOTION OF NABMW, ACLU, ACLU MD, & LDF FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS** |
| *Defendants*. | |

Before the Court is the Motion of the National Association of Black Military Women ("NABMW"), the American Civil Liberties Union ("ACLU"), the ACLU of Maryland ("ACLU MD"), and the NAACP Legal Defense Fund ("LDF") for Leave to File a Brief as Amicus Curiae in Support of Defendants and for leave to file a brief of 25 pages ("Motion") (ECF No. 50).

It is hereby ORDERED that the Motion (ECF No. 50) is hereby GRANTED. The Clerk is directed to file the brief (which was attached to the motion as Exhibit A (ECF No. 50-1)). Entered this 6th day of December, 2023.

/s/
_____
Honorable Richard D. Bennett
United State District Court Judge