UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>        *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>        *Defendants*. | Case No. 1:23-cv-02699-RDB |

**NOTICE OF CORRECTED DECLARATION**

Please take notice that on December 11, 2023, the United States Naval Academy informed counsel for the Government that Dean Stephen Bruce Latta learned that the numerical breakdown of additional appointees by majority versus minority candidates for the Classes of 2026 and 2027 in his declaration was incorrect. Counsel cited these figures on pages 8, 11, 49, and 53 of Defendants' opposition to Plaintiff's motion for a preliminary injunction. Dean Latta has provided a corrected declaration (attached as "Exhibit A-1") to correct this error.

Dated: December 12, 2023                     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

 /s/   Chris Edward Mendez
JOSHUA E. GARDNER
*By Special Appearance*
Special Counsel
CHRIS EDWARD MENDEZ
*By Special Appearance*
Trial Attorney
CATHERINE M. YANG
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8482
Email: chris.e.mendez@usdoj.gov

MEDHA GARGEYA
*By Special Appearance*
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant
Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing Notice of Corrected Declaration using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: December 12, 2023                    /s/   *Chris Edward Mendez*
                                                           CHRIS EDWARD MENDEZ
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8482
Email: chris.e.mendez@usdoj.gov

*Attorney for Defendants*