# Exhibit A-1

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, et al.,<br><br>Defendants. | 23 Civ. 2699 (RDB)<br><br>**CORRECTED DECLARATION OF STEPHEN BRUCE LATTA** |

I, Stephen Bruce Latta, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. In support of the Defendants' opposition to Plaintiff's motion for a preliminary injunction, I prepared a declaration, dated November 30, 2023, describing the admissions process at the United States Naval Academy.

2. Paragraphs 62(b) and 75 of my declaration state that 59% of additional appointees for the Class of 2026 were majority candidates and that 62% of additional appointees for the Class of 2027 were majority candidates.

3. On December 11, 2023, I learned that those percentages are incorrect and the correct percentages are as follow. For the Class of 2026, 146 of the 310 (47%) candidates selected as additional appointees were majority candidates. And 112 of the 255 (44%) additional appointees in the Class of 2027 were majority candidates. I am not aware of any other errors.

Dated: Annapolis, Maryland

December 12, 2023

                                                                                                                                _____
Stephen B. Latta
Dean of Admissions
U.S. Naval Academy