IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STUDENTS FOR FAIR ADMISSIONS, &ast;

    *Plaintiff,* &ast;

    v. &ast;    Civil Action No. RDB-23-2699

THE UNITED STATES NAVAL &ast;
ACADEMY, *et al.,*

    &ast;

    *Defendants.*

&ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;  &ast;

## ORDER

For the reasons stated on the record at this Court's December 14, 2023 hearing, and as will further be explained in a forthcoming Memorandum Opinion, it is HEREBY ORDERED this 15th day of December, 2023 that:

1. Plaintiff Students for Fair Admissions' Motion for Preliminary Injunction (ECF No. 9) is DENIED; and

2. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

                                             _____

                                           Richard D. Bennett
                                           United States Senior District Judge