UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, <br> v. <br> THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | No. 1:23-cv-2699-RDB <br><br> **JOINT MOTION FOR PRETRIAL AND TRIAL SCHEDULE** |

Pursuant to the Court's request, the parties respectfully move the Court to establish a schedule for an expedited pretrial and trial schedule. The parties have conferred, and they have agreed to the following schedule:

- **December 29, 2023:** Amended complaint due, if any. Defendants are not required to file a responsive pleading to Plaintiff's complaint.

- **January 2, 2024:** Discovery opens.

- **January 17, 2024:** Rule 26(a)(1) disclosures due. Defendant will make every reasonable effort to make an initial production by this date of key non-ESI documents, such as guides and training materials, and documents needed for expert reports other than admissions data. Plaintiff will identify these documents by category by December 22, 2023.

- **January 31, 2024:** Defendant will make every reasonable effort to produce individual level admissions data by this date.

- **May 10, 2024:** Rule 26(a)(2)(B) and (C) disclosures and reports are due.

- **May 31, 2024:** Rebuttal expert reports are due.

- **July 12, 2024:** Discovery closes.

- **August 2, 2024**: Rule 26(a)(3) disclosures are due.

- **August 9, 2024**: Motions *in limine*, objections under Rule 26(a)(3), and deposition counter-designations are due.

- **August 23, 2024**: Oppositions to Motions *in limine* are due.

- **August 30, 2024:** Pretrial conference/motions *in limine* hearing.

- **September 9-20, 2024:** Trial.

- **Two weeks after receiving official transcripts:** Proposed findings of fact & conclusions of law are due.

- **Five weeks after receiving official transcripts:** Responses to proposed findings of fact & conclusions of law.

## DISCOVERY

**Protective Order and Clawback Order**: The parties agree that both a protective order and clawback order will be needed in this case, and will work cooperatively to submit these orders to the Court by January 5, 2024.

**ESI Protocol**: The parties agree to work cooperatively to develop an ESI protocol to submit to the Court by January 5, 2024.

**Deposition Hours**: 45 hours per side, not including Rule 26(a)(2)(B) experts, who will be limited to no more than 7 hours. The parties will work cooperatively to try to ensure that no witness who is also a witness in *Students for Fair Admission v. United States Military Academy at West Point*, No. 23-cv-08262 (S.D.N.Y.) will be deposed more than once between the two cases.

**Written discovery:**  25 interrogatories, including discrete subparts, per side; 25 requests for production per side; 25 requests for admission per side, including discrete subparts.

A proposed order reflecting these dates is attached.

| | |
|---|---|
| Dated: December 18, 2023 | Respectfully submitted, |
| /s/   Cameron T. Norris | Brian M. Boynton<br>Principal Deputy Assistant Attorney General |
| Thomas R. McCarthy*<br>Patrick Strawbridge*<br>J. Michael Connolly*<br>Bryan K. Weir*<br>Cameron T. Norris<br>James F. Hasson*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>patrick@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>bryan@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>james@consovoymccarthy.com<br><br>*pro hac vice<br><br>Adam K. Mortara*<br>(TN Bar No. 40089)<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Ste. 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>*Counsel for Plaintiff* | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>/s/ Joshua E. Gardner<br>JOSHUA E. GARDNER<br>*By Special Appearance*<br><br>Special Counsel<br>John Robinson<br>*By Special Appearance*<br><br>CHRIS EDWARD MENDEZ<br>*By Special Appearance*<br><br>CATHERINE YANG<br>*By Special Appearance*<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 305-7583<br>Email: Joshua.E.Gardner@usdoj.gov<br><br>MEDHA GARGEYA<br>Counsel<br>*By Special Appearance*<br>U.S. Department of Justice<br>Civil Division, Office of the Assistant Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2023, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

*/s/ Cameron T. Norris*