UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br>v.<br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants*. | No. 1:23-cv-2699-RDB<br><br>**[PROPOSED] ORDER** |

Upon consideration of the parties' joint motion for a briefing schedule, the Court hereby GRANTS the parties' motion and ORDERS that the following deadlines shall govern:

- **December 29, 2023:** Amended complaint due, if any. Defendants are not required to file a responsive pleading to Plaintiff's complaint.

- **January 2, 2024**: Discovery opens.

- **January 17, 2024:** Rule 26(a)(1) disclosures due. Defendant will make every reasonable effort to make an initial production by this date of key non-ESI documents, such as guides and training materials, and documents needed for expert reports other than admissions data. Plaintiff will identify these documents by category by December 22, 2023.

- **January 31, 2024**: Defendant will make every reasonable effort to produce individual level admissions data by this date.

- **May 10, 2024**: Rule 26(a)(2)(B) and (C) disclosures and reports due.

- **May 31, 2024:** Rebuttal expert reports due.

- **July 12, 2024:** Discovery closes.

1

- **August 2, 2024**: Rule 26(a)(3) disclosures are due.

- **August 9, 2024**: Motions *in limine*, objections under Rule 26(a)(3), and deposition counter-designations are due.

- **August 23, 2024**: Oppositions to motions *in limine* are due.

- **August 30, 2024:** Pretrial conference/motions *in limine* hearing

- **September 9-20, 2024:** Trial.

- **Two weeks after receiving official transcripts:** Proposed findings of fact & conclusions of law.

- **Five weeks after receiving official transcripts:** Responses to proposed findings of fact & conclusions of law.

Dated: _____     _____
                                        Richard D. Bennett
                                   United States District Judge