UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

U.S. Courthouse Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

December 20, 2023

TO COUNSEL OF RECORD

RE: *Students for Fair Admissions v. The United States Naval Academy, et al.*
  Civil No. RDB-23-2699

Dear Counsel:

This Letter Order will confirm the off the record telephone conference held on Wednesday, December 20, 2023, with respect to the above-captioned case. This Letter Order also GRANTS the parties' Joint Motion for Pretrial and Trial Schedule (ECF No. 59), with certain modification discussed during the telephone conference and consented to by the parties. For clarity, the Court ORDERS the following deadlines shall govern:

- **December 29, 2023:** Amended complaint due, if any. Defendants are not required to file a responsive pleading to Plaintiff's complaint.

- **January 2, 2024:** Discovery opens.

- **January 17, 2024:** Rule 26(a)(1) disclosures due. Defendant will make every reasonable effort to make an initial production by this date of key non-ESI documents, such as guides and training materials, and documents needed for expert reports other than admissions data. Plaintiff will identify these documents by category by December 22, 2023.

- **January 31, 2024:** Defendant will make every reasonable effort to produce individual level admissions data by this date.

- **May 10, 2024:** Rule 26(a)(2)(B) and (C) disclosures and reports are due.

- **May 31, 2024:** Rebuttal expert reports are due.

- **July 12, 2024:** Discovery closes.

- **July 19, 2024**: Rule 26(a)(3) disclosures are due.

- **July 26, 2024**: Motions *in limine*, objections under Rule 26(a)(3), and deposition counter-designations are due.

- **August 5, 2024**: Oppositions to Motions *in limine* are due.

- **August 23, 2024:** Pretrial conference/motions *in limine* hearing. Proposed findings of fact and conclusions of law shall be submitted to Judge Bennett prior to or at the conference and hearing. The Court instructs the parties to reserve Friday, August 23, 2024 for the pretrial conference and motions *in limine* hearing. A time shall be confirmed by further correspondence of this Court.

- **September 9–20, 2024:** Bench trial.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/
Richard D. Bennett
United States Senior District Judge

RDB