UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br>*Plaintiff,*<br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants.* | No. 1:23-cv-2699-RDB |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
AND CLAWBACK AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 26(c) and Federal Rule of Evidence 502(d), and the parties' December 18, 2023 submission (Dkt. No. 59), the parties respectfully jointly submit for Court approval the attached protective order (Ex. A); and clawback agreement and Federal Rule of Evidence 502(d) order (Ex. B).  The parties believe these two proposed orders are necessary to properly facilitate the production of information in this matter.

The parties are continuing to work cooperatively in developing an ESI protocol and anticipate submitting for Court approval an ESI protocol by January 9, 2024.

Dated: January 5, 2024

*/s/  Thomas R. McCarthy*
Thomas R. McCarthy*
Patrick Strawbridge*
J. Michael Connolly*
Bryan K. Weir*
Cameron T. Norris
James F. Hasson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

*pro hac vice

Adam K. Mortara*
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER D. HAAS
Director, Federal Programs Branch

*/s/ Catherine M. Yang*

JOSHUA E. GARDNER
*By Special Appearance*
Special Counsel

CHRIS EDWARD MENDEZ
*By Special Appearance*
CATHERINE M. YANG
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4336
Email: catherine.m.yang@usdoj.gov

MEDHA GARGEYA
*By Special Appearance*
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*