UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br>*Plaintiff,*<br>v.<br><br>THE UNITED STATES NAVAL ACADEMY,<br>*et al.*,<br>*Defendants.* | No. 1:23-cv-2699-RDB |

**JOINT MOTION FOR ENTRY OF ESI PROTOCOL**

Pursuant to Federal Rules of Civil Procedure 26 and 34, and the parties' December 18, 2023 submission (Dkt. No. 59), the parties respectfully jointly submit for Court approval the attached protocol governing the production of electronically stored information (Ex. A). The parties believe this protocol is necessary to properly facilitate the production of information in this matter.

| | |
|---|---|
| Dated: January 9, 2024 | Respectfully submitted, |
| /s/ Thomas R. McCarthy | |
| Thomas R. McCarthy* | BRIAN M. BOYNTON |
| Patrick Strawbridge* | Principal Deputy Assistant Attorney General |
| J. Michael Connolly* | |
| Bryan K. Weir* | ALEXANDER D. HAAS |
| Cameron T. Norris | Director, Federal Programs Branch |
| James F. Hasson* | |
| CONSOVOY MCCARTHY PLLC | /s/ Catherine M. Yang |
| 1600 Wilson Boulevard, Suite 700 | |
| Arlington, VA 22209 | JOSHUA E. GARDNER |
| (703) 243-9423 | *By Special Appearance* |
| tom@consovoymccarthy.com | Special Counsel |
| patrick@consovoymccarthy.com | |
| mike@consovoymccarthy.com | CHRIS EDWARD MENDEZ |
| bryan@consovoymccarthy.com | *By Special Appearance* |
| cam@consovoymccarthy.com | CATHERINE M. YANG |
| james@consovoymccarthy.com | *By Special Appearance* |
| | Trial Attorneys |
| *pro hac vice | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch 1100 L Street NW |
| Adam K. Mortara* | Washington, DC 20005 |
| (TN Bar No. 40089) | Phone: (202) 514-4336 |
| LAWFAIR LLC | Email: catherine.m.yang@usdoj.gov |
| 40 Burton Hills Blvd., Ste. 200 | |
| Nashville, TN 37215 | MEDHA GARGEYA |
| (773) 750-7154 | *By Special Appearance* |
| mortara@lawfairllc.com | Counsel |
| | U.S. Department of Justice |
| *Counsel for Plaintiff* | Civil Division, Office of the Assistant Attorney General |
| | 950 Pennsylvania Avenue NW |
| | Washington, DC 20530 |
| | |
| | *Counsel for Defendants* |