UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br>*Plaintiff,*<br>v.<br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants.* | No. 1:23-cv-2699-RDB |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Motion for Entry of ESI Protocol (Dkt. No. 65), it is hereby ORDERED that the Joint Motion is GRANTED and that the parties shall adhere to the ESI protocol filed at Dkt. No. 65-1.

Dated: _____                    _____
                                          RICHARD D. BENNETT
                                          United States District Judge