UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

STUDENTS FOR FAIR ADMISSIONS
*Plaintiff,*

v.

THE UNITED STATES NAVAL ACADEMY,
*et al.*,
*Defendants.*

No. 1:23-cv-2699-RDB

**ORDER**

Upon consideration of the parties' Joint Motion for Entry of ESI Protocol (Dkt. No. 65), it is hereby ORDERED that the Joint Motion is GRANTED and that the parties shall adhere to the ESI protocol filed at Dkt. No. 65-1.

Dated: January 10, 2024

/s/
RICHARD D. BENNETT
United States District Judge

1