# Exhibit A



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

**Address**
1100 L St NW
Washington, DC 20005

---

Catherine M. Yang
Trial Attorney

Tel:  (202) 514-4336
Fax:  (202) 616-8470
catherine.m.yang@usdoj.gov

January 17, 2024

**By e-mail and secure file transfer**

Thomas R. McCarthy
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
tom@consovoymccarthy.com

    Re:    *SFFA v. USNA, et al.*, No. 1:23-cv-2699 (D. Md.) – PROD001

Dear Tom:

    This letter accompanies Defendants' PROD001, made pursuant to Dkt. No. 61 and Defendants' forthcoming Objections and Responses to Plaintiff's First Set of Requests for Production. PROD001 includes Defendants' initial production of non-ESI documents, including an initial production of admissions materials and data dictionaries, and contains 499 pages of documents, Bates-stamped USNA-00000001 to USNA-00000499.

    This production contains documents that are being produced subject to, and their use and disclosure governed by, the Stipulated Protective Order, Dkt. No. 63. Should we later discover an inadvertent production of protected material in this production, we will promptly notify you with the corrected designation.

    Consistent with the parties' Stipulated Clawback Agreement, Dkt. No. 64, the production of any document that is protected by any applicable privilege or protection is inadvertent and does not constitute a waiver of the privilege or protection. Should we later discover an inadvertent production of privileged information in this production, we will promptly notify you of the inadvertent production.

    Sincerely,

    /s/*Catherine M. Yang*

    Catherine M. Yang