# Exhibit D



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| | |
|---|---|
| **Mailing Address** | **Overnight Delivery Address** |
| P.O. Box 883 | 1100 L Street, N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

*Joshua E. Gardner*
*Special Counsel*
Tel: (202) 305-7583
Joshua.e.gardner@usdoj.gov

March 25, 2024

Via Electronic Mail

Mr. Thomas McCarthy
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

RE: *Students for Fair Admissions v. United States Naval Academy, et al.*, No. 23-cv-02699

Dear Mr. McCarthy:

I am writing in response to your proposal to modify the schedule in this case. Without rehashing our past correspondence, we strongly disagree with the assertion that there has been a delay in the production of admissions data in this case, or that any possible delay has hindered the ability of Plaintiff's experts to conduct whatever analyses they deem appropriate. Moreover, even if you expected USNA to produce *all* admissions data by January 31, 2024—an unreasonable expectation, to be sure—Defendants substantially completed the production of admissions data by March 4, and fully completed it with a small supplemental production on March 15, 2024. Nevertheless, Plaintiff proposes a *three-month* enlargement of the entire discovery schedule (fact and expert) despite only approximately one month of potential delay of your experts' work. We do not believe such an enlargement is warranted, particularly because it would result in moving the trial date.

Defendants are ready to try this case. And we cannot agree to a schedule that would result in moving the trial schedule. However, to accommodate your desire for more time for your experts, we are willing to agree to the following schedule. This proposal, which would add 45 extra days for expert disclosures (more than the amount of any "delay" in the data production), would provide the experts with additional time to consider the data while maintaining the trial schedule in this case.

|  | **Current Schedule** | **Plaintiff's Proposed Schedule** | **Defendants' Proposed Schedule** |
|---|---|---|---|
| Opening expert reports | May 10 | August 9 (+91 days) | June 24 (+45 days) |
| Rebuttal expert reports | May 31 | September 4 (+96 days) | July 15 (+45 days) |
| Close of discovery | July 12 | October 11 (+91 days) | July 12 – fact discovery (same as current schedule)<br><br>June 25–July 26 – expert depositions |
| Rule 26(a)(3) disclosures | July 19 | October 18 (+91 days) | July 19 (same as current schedule) |
| MILs, Rule 26(a)(3) objections, deposition counter-designations | July 26 | October 25 (+91 days) | July 29 (+3 days to accommodate expert depositions) |
| Oppositions to MILs | August 5 | November 4 (+91 days) | August 5 (same as current schedule) |
| Pretrial conference / MIL hearing | August 23 | November 22 (+91 days) | August 23 (same as current schedule) |
| Bench trial | September 9–20 | December 9–20 (+91 days) | September 9–20 (same as current schedule) |

We look forward to discussing our proposal with you.

Sincerely,

*/s/Joshua E. Gardner*
Joshua E. Gardner
Special Counsel
Federal Programs Branch

2