# Exhibit E

| | |
|---|---|
| **From:** | Thomas McCarthy |
| **To:** | Gardner, Joshua E (CIV) |
| **Cc:** | Yang, Catherine M (CIV); Michael Connolly; Patrick Strawbridge; Cam Norris; Gabe Anderson; Bryan Weir; James Hasson; Mendez, Chris E. (CIV); Gargeya, Medha (CIV); Carmichael, Andrew E. (CIV); Robinson, John J. (CIV) |
| **Subject:** | Re: [EXTERNAL] SFFA Counter-Proposal re Schedule |
| **Date:** | Friday, March 29, 2024 8:29:52 PM |

Joshua,

Your proposal fixes the unworkable timing of the expert depositions (while perhaps unreasonably shortening the timing before the MIL hearing/pretrial conference and from then until trial). More importantly, it still fails to address our primary concerns in that it does not fully account for Defendants' delay in data production and disregards entirely the preexisting obligations of our testifying experts. Indeed, you haven't budged from your previous proposal on these points. Although SFFA has expressed an interest in moving quickly to trial in this case, it is unwilling to be jammed into a schedule that inhibits our ability to develop a record and litigate this case, especially given its grave importance. Accordingly, we will consider the parties at impasse and take our most recent proposed schedule to the Court.

We understand your position to be that you oppose our schedule and propose your most recent schedule. But if your position is something different than that, please let us know so we can include it in our motion.

I hope you have a nice weekend.

Best,

Tom

Thomas R. McCarthy
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423 (work)
www.consovoymccarthy.com



On Fri, Mar 29, 2024 at 3:55 PM Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov> wrote:

> Tom:
>
> Thank you for sharing your thoughts about the schedule.  While we continue to disagree with your characterization of the timing of the production of the admissions data, both parties have made their positions well known.  And the notion that Defendants are trying to "rush" the schedule belies the fact that the schedule that is in place is the result of Plaintiff's contention that it needed quick resolution because its members were being immediately harmed.  Based on those representations, the Court set a schedule—that the parties proposed—to quickly resolve this case in the district court.  That speed—as we told the Court in December and have consistently and repeatedly explained thereafter—comes with the tradeoff of the volume of information the parties can reasonably and proportionately exchange.  *See* PI Hr'g Tr. at 121.
>
> We understand that your two primary concerns are providing the experts who are assessing the admissions data additional time to conduct their evaluation, as well as additional time to complete expert depositions.  At

the same time, a schedule that goes into October, let alone into November or December is problematic for Defendants. During October, in addition to the Jewish Holidays, several team members have other pre-existing personal obligations that will also take them out of the office during that time. And as we've also explained, and as reflected in Dean Latta's declaration in support of Defendants' opposition to Plaintiff's preliminary injunction, the further we get into the Fall, the more disruptive a trial is to the admissions process. Accordingly, it would be prejudicial for Defendants if the trial were to slip past September. Presumably, it would also be disruptive to the Court's busy calendar.

And while we continue to believe the current schedule is appropriate, to balance both your concerns and the government's concerns, we propose the following schedule. This proposed schedule would: (a) move expert reports by six weeks to provide the experts additional time to review USNA's admissions data; (b) end fact discovery on the current schedule for the close of all discovery; (c) extend expert discovery to August 14, 2024, which would give the parties one month to complete expert depositions and accommodate your claim about your experts' availability; and (d) it would move the trial back by one week to September 16-27. This proposal assumes, of course, the Court's availability.

We believe the below proposal reasonably meets your stated concerns, while also addressing Defendants' stated concerns.

|  | Current Schedule | Current SFFA proposal | Current USNA counterproposal |
|---|---|---|---|
| Opening Expert Reports | May 10, 2024 | **August 9, 2024 (+91 days)** | **June 24, 2024 (+45 days)** |
| Rebuttal Expert Reports | May 31, 2024 | **August 30, 2024 (+91 days)** | **July 15, 2024 (+45 days)** |
| Close of Discovery | July 12, 2024 | **September 10, 2024* (+60 days)** | **July 12, 2024 – Close of Fact Discovery (same as current schedule)**<br><br>**August 14, 2024 (+33 days for** |

| | | | |
|---|---|---|---|
| Close of Expert Discovery | | | completing expert discovery, including expert depositions) |
| Rule 26(a)(3) Disclosures | July 19, 2024 | **September 23, 2024 (+66 days)** | **July 19, 2024 (same as current schedule)** |
| MILs, Rule 26(a)(3) Objections, Depo Counter-Designations | July 26, 2024 | **9/30/2024 (3 days after expert depos) (+66 days)** | **August 16, 2024 (+21 days)** |
| Oppositions to MILs | August 5, 2024 | **October 7, 2024 (+63 days)** | **August 26, 2024 (+21 days)** |
| Pretrial Conference/MIL Hearing | August 23, 2024 | **October 25, 2024 (+63 days)** | **September 6, 2024 (+14 days)** |
| Bench Trial | Sep 9-20, 2024 | **Nov 11-22, 2024 (+63 days)** | **September 16-27 (+7 days)** |

**\* Expert Depositions Aug 31-Sep 27**

---

**From:** Thomas McCarthy <tom@consovoymccarthy.com>
**Sent:** Thursday, March 28, 2024 11:59 PM
**To:** Yang, Catherine M (CIV) <Catherine.M.Yang@usdoj.gov>; Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Michael Connolly <mike@consovoymccarthy.com>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Cam Norris <cam@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>; Bryan Weir <bryan@consovoymccarthy.com>; James Hasson <james@consovoymccarthy.com>; Mendez, Chris E. (CIV) <Chris.E.Mendez@usdoj.gov>; Gargeya, Medha (CIV) <Medha.Gargeya@usdoj.gov>; Carmichael, Andrew E. (CIV) <Andrew.E.Carmichael@usdoj.gov>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Subject:** [EXTERNAL] SFFA Counter-Proposal re Schedule

Joshua,

Your proposed schedule is unreasonable. We made it clear from the outset that the entire schedule was keyed around the timing of the production of admissions data. It is now nearly two months past the January 31 production date, and Defendants still have not completed production of the data it agreed to produce (even setting aside the additional fields we've requested). Your attempt to characterize this not-yet-completed production as reasonably quick is beside the point. Defendants have blown the deadline the entire schedule was built upon — by nearly two months and counting.

Your proposal doesn't fully account for this ongoing delay and then disregards entirely the preexisting obligations of our testifying experts. On top of that, the timing you propose for expert depositions is unworkable. There is not nearly enough time for expert depositions after the rebuttal reports. And your suggestion of deposing experts first after their opening reports and then again after their rebuttal reports (aside from being inefficient) would only make things worse because there's isn't sufficient time in between the two expert report deadlines to depose all experts and then have the experts draft rebuttal reports.

Defendants have no legitimate reason to rush the schedule in a manner that prejudices SFFA. As for your complaint that moving the trial schedule is inconvenient for Defendants and their witnesses, you're obviously free to offer a different trial schedule and we will consider it. But if inconvenience is to fall on one side or the other, it should fall on Defendants as they are responsible for the delay here.

Though you haven't identified any actual conflicts for your witnesses in December, we are nonetheless attempting to accommodate you by proposing an alternative schedule.

Please see the schedule below, which adopts your proposed format but moves the schedule to a time that doesn't jam SFFA and its experts.

If you'd like to discuss scheduling further, we are available tomorrow morning.

Best,

Tom

|  | Current | SFFA Proposal | USNA Proposal | **SFFA Counterproposal** |
|---|---|---|---|---|
| Opening Expert |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| Reports | May 10, 2024 | August 9, 2024 | June 24, 2024 | **August 9, 2024** |
| Rebuttal Expert Reports | May 31, 2024 | September 4, 2024 | July 15, 2024 | **August 30, 2024** |
| Close of Discovery | July 12, 2024 | October 11, 2024 | July 12, 2024* | **September 10, 2024*** |
| Rule 26(a)(3) Disclosures | July 19, 2024 | October 18, 2024 | July 19, 2024 | **September 23, 2024** |
| MILs, Rule 26(a)(3) Objections, Depo Counter-Designations | July 26, 2024 | October 25, 2024 | 7/29/2024 (3 days after expert depos) | **9/30/2024 (3 days after expert depos)** |
| Oppositions to MILs | August 5, 2024 | November 4, 2024 | August 5, 2024 | **October 7, 2024** |
| Pretrial Conference/MIL Hearing | August 23, 2024 | November 22, 2024 | August 23, 2024 | **October 25, 2024** |
| Bench Trial | Sep 9-20, 2024 | Dec 9-20, 2024 | Sep 9-20, 2024 | **Nov 11-22, 2024** |
| | | | *Expert Depositions June 25-July 26 | ***Expert Depositions Aug 31-Sep 27** |

Thomas R. McCarthy

Consovoy McCarthy PLLC
1600 Wilson Boulevard

Suite 700

Arlington, VA 22209

703.243.9423 (work)

www.consovoymccarthy.com