# Exhibit A



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. USNA: Discovery Conditions & Schedule

**Bryan Weir** <bryan@consovoymccarthy.com>  Mon, Dec 18, 2023 at 1:53 PM
To: "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>
Cc: "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Robinson, John J. (CIV)" <John.J.Robinson@usdoj.gov>, Thomas McCarthy <tom@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Mike Connolly <mike@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, James Hasson <james@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Adam Mortara <mortara@lawfairllc.com>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Yang, Catherine M (CIV)" <Catherine.M.Yang@usdoj.gov>

Josh,

We agree that we are close. The January 17 and 31 deadlines concerning a subset of initial non-ESI documents and individual level admissions data play important roles in us agreeing to this schedule. Our experts need that information by those dates to ensure they can make the May 10 report deadline. While we appreciate your assurances that you'll do your best, we need those assurances reflected in the order so the Court understands the parties' expectations. As a result, we've changed those mandatory deadlines to a representation that Defendants will make every reasonable effort to meet those dates.

On the findings of fact and conclusions of law, it was our intention to allow the parties three weeks to file responses, which is why we keyed that three-week deadline off of filing the initial findings of fact and conclusions of law. We made an edit to make that clearer, as well as a few other clarifying edits and an updated proposed order.

-Bryan

---
Bryan Weir
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



[Quoted text hidden]

📄 **12.15.23 - SFFA Navy - Draft Joint Motion Scheduling Order - SFFA Edits (002) (reversion to Plaintiff) - SFFA Edts.docx**
34K