# Exhibit E



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Michael Connolly** <mike@consovoymccarthy.com>  Mon, Jan 22, 2024 at 8:24 AM
To: "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, "Yang, Catherine M (CIV)" <Catherine.M.Yang@usdoj.gov>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>

Josh,

We're unable to narrow our data requests because there are lots of fields that we do not understand. Is there a guidebook that you can provide that describes each field? If not, we're likely to request that you produce the entire database. We're generally available today and tomorrow to discuss.

Best,
Mike

[Quoted text hidden]

--
J. Michael Connolly
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423 (work)
mike@consovoymccarthy.com
www.consovoymccarthy.com