# Exhibit F



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>   Mon, Jan 22, 2024 at 9:15 AM
To: Michael Connolly <mike@consovoymccarthy.com>, "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>

Hi Mike,

Hope you had a nice weekend. There's no guidebook beyond the data dictionaries we produced, and exporting the entire database is not feasible. Perhaps a productive approach forward is if your team describes the sorts of data your expert needs, and then we could work with the Academy to see which data fields correspond to that particular information and can be exported. We're available today between 12-4, if you'd like to circulate a dial-in for your preferred time during that window.

Thanks,

Catherine

[Quoted text hidden]