# Exhibit G



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Michael Connolly** <mike@consovoymccarthy.com>     Mon, Jan 22, 2024 at 9:21 PM
To: "Yang, Catherine M (CIV)" <Catherine.M.Yang@usdoj.gov>
Cc: "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>, Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, Bryan Weir <bryan@consovoymccarthy.com>

Catherine,

Thanks for jumping on the call today. As we discussed, it is concerning that the Naval Academy is unlikely to meet the January 31 target date for producing admissions data. We are on a tight schedule and so it is important that we receive the data as quickly as possible.

To ensure we're on the same page about next steps: Our understanding is that, given your representations about technical challenges on your end, you will inform us by next Monday or Tuesday which data fields you deem relevant to the admissions process and which of those are technically feasible to produce. That should enable parties to meet and confer to negotiate which data fields the Naval Academy will include in its production of individual level admissions data.

Best,
Mike

[Quoted text hidden]