# Exhibit H



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Thomas McCarthy** <tom@consovoymccarthy.com>  Tue, Jan 30, 2024 at 2:34 PM
To: "Yang, Catherine M (CIV)" <Catherine.M.Yang@usdoj.gov>
Cc: Michael Connolly <mike@consovoymccarthy.com>, "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>, Cam Norris <cam@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, Bryan Weir <bryan@consovoymccarthy.com>

Thank you for your email, Catherine.

We appreciate this initial step but remain very concerned about the timing here given that the schedule governing this litigation is built around the timing of the production of the five years of individual-level admissions data and the expert work to be performed using that data.

We have a number of questions about your proposal:
1. Of the 20 fields identified below in your email, it is important for us to know more about the "instances where data is not available" – what would be the reasons why there is missing data and what is the scope of these "instances"?
2. While the "BART" tab of the AIS data dictionary certainly appears to contain highly relevant fields, what about the rest of the data fields? There are 28 other tabs in that same data dictionary (file ending in -102), many of which appear to contain relevant data fields (e.g., Application, Recommendations (AIS), RAB Adjustments, Nominations, Extracurricular Activities, Test, just to name a few). And there are another 15 tabs in the -101 file, many of which appear to contain relevant fields too. Defendants produced these two files and asked us which fields we believed were necessary for production but now propose to limit production to essentially one tab worth of fields. Why is that?
3. Relatedly, for some tabs (e.g., RAB Adjustments), there appear to be a subset of those fields in the BART tab (Fields 344-48 in the BART tab appear to be the same as fields in the RAB Adjustments tab). In such instances, is it Defendants' position that the other RAB Adjustments fields are not relevant?
4. There is a set of data fields in the BART tab that appear to be components of the WPM (fields 281 to 294). Are they indeed components of the WPM? If so, is this the entire set of all components in the WPM?
5. Because many of the data fields are indecipherable to us, it is unclear whether there are any fields in the BART tab (or anywhere in the -101 and -102 files, for that matter) that include information about LOAs (which Defendants' declarations describe as an important part of the admissions process). Could you please identify which fields relate to LOAs?
6. Race-neutral alternatives are obviously an important issue in this case. It's not clear to us which fields relate to race-neutral alternatives (or if any are in the BART tab). Could you identify those for us?
7. In your email below, you propose to produce data on a rolling basis. It's unclear to us (and our experts) whether a rolling production will enable expert work to start any sooner, although this may depend on how the data arrives. Can you explain how you propose to do this (e.g., one year at a time? Or certain fields at once for all years?)?

We'd appreciate your answers to these questions and reiterate the time-sensitive nature of the coming data production.

Thanks.

Tom

Thomas R. McCarthy
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423 (work)
www.consovoymccarthy.com



[Quoted text hidden]