# Exhibit I

 **Gmail**

Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>                    Fri, Jan 26, 2024 at 4:26 PM
To: Michael Connolly <mike@consovoymccarthy.com>
Cc: "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>, Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, Bryan Weir <bryan@consovoymccarthy.com>

Hi Mike,

As we discussed on Monday, the Academy has been making every reasonable effort to investigate the feasibility of exporting the individual-level data you've requested for five classes. We appreciate your willingness to confer with us on the relevant data fields you will need, rather than a wholesale export (which is not feasible or practicable for the many reasons we explained).

We have identified two portions of the AIS database that Admissions uses when making decisions concerning appointments to the Academy. The following are the data fields in one of those portions of the database, and my understanding is that the Academy can provide a data export from these fields (though there may be individual instances where data is not available, which we can discuss if and as needed):

1. Full name
2. Class year
3. Candidate number
4. WPM score
5. Nominator source
6. Gender
7. Race
8. Cultural heritage
9. Hispanic or Latino
10. Student type
11. Nominator
12. Nomination type
13. Vacancy number
14. Most recent Board result
15. Medical Status
16. Qualified CFA status
17. Application status
18. Offer status
19. Slate winner
20. Slate Review Committee comment

The data fields in the other portion of the database are those listed in the "BART" tab of the AIS data dictionary. The Academy will be able to export from at least a number of those fields and is continuing to investigate if there are any fields that do not permit a ready export. As with the above, there may be individual instances where data is not available, which we can discuss if and as needed.

We should have a better sense of timing by the end of next week, and will produce the data reports to you on a rolling basis so that you receive them as quickly as you can.

Best,

[Quoted text hidden]