# Exhibit K



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>  Mon, Feb 12, 2024 at 1:11 PM
To: Michael Connolly <mike@consovoymccarthy.com>, "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Bryan Weir <bryan@consovoymccarthy.com>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>

Mike: I've uploaded the .csv file we discussed to the Box folder.

[Quoted text hidden]