# Exhibit L

 Gmail

**Gabe Anderson <gabe@consovoymccarthy.com>**

## SFFA v. Naval Academy

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>                Thu, Feb 22, 2024 at 9:13 AM
To: Thomas McCarthy <tom@consovoymccarthy.com>
Cc: Mike Connolly <mike@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Cam Norris
<cam@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Bryan Weir
<bryan@consovoymccarthy.com>, James Hasson <james@consovoymccarthy.com>, "Gardner, Joshua E (CIV)"
<Joshua.E.Gardner@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Gargeya, Medha (CIV)"
<Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>

Tom,

I've uploaded a corrected Slate report to Box; ▓▓▓▓▓▓▓▓▓▓▓▓

This report corrects the "incomplete" yet "offer accepted" issue you flagged, for classes 2025-2027. For classes 2023-2024, that field did not contain stored data in the legacy database and so was not migrated over when the Academy transitioned to the current database. That is why the current database shows that field as "incomplete" for those classes.

We'll send our response to your letter today addressing the remaining items.

Thanks,
Catherine

[Quoted text hidden]