# Exhibit N



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>  Wed, Feb 28, 2024 at 3:24 PM
To: Thomas McCarthy <tom@consovoymccarthy.com>
Cc: Mike Connolly <mike@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Bryan Weir <bryan@consovoymccarthy.com>, James Hasson <james@consovoymccarthy.com>, "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>

Tom,

I've loaded another two sets of data files to Box. There should be 36 files total. One set is most of the Oracle data for classes 2023 and 2024, with another nearly 200 data fields. The other set addresses the "incomplete" application status field in BART General Information Part I and your question about the discrepancy between General Information Part I and enrollment history – the correction for which was made for enrollment history, test, and parent. Please destroy the previous versions of these files.

[redacted]

As with the other data files, these are being provided before formal production subject to the Highly Confidential designation. We will let you know when we have produced the Bates-stamped and confidentiality-branded versions such that these should be destroyed.

[Quoted text hidden]