# Exhibit O



Gabe Anderson <gabe@consovoymccarthy.com>

---

# SFFA v. USNA: Discovery Conditions & Schedule

---

**Bryan Weir** <bryan@consovoymccarthy.com>                                  Mon, Dec 18, 2023 at 11:28 AM
To: "Gardner, Joshua E (CIV)" <joshua.e.gardner@usdoj.gov>
Cc: "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Robinson, John J. (CIV)" <John.J.Robinson@usdoj.gov>, Thomas McCarthy <tom@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Mike Connolly <mike@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, James Hasson <james@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Adam Mortara <mortara@lawfairllc.com>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Yang, Catherine M (CIV)" <Catherine.M.Yang@usdoj.gov>

Josh,

Following up on our call, attached is a redline to the scheduling order you circulated. As you'll see, we've come very far in your direction. One thing we want to flag again from Tom's first email: we are seeking 5 years of individual level admissions data. If that is going to be an issue, then we need to know as soon as possible.

--Bryan

---
Bryan Weir
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



[Quoted text hidden]

---

 **12.15.23 - SFFA Navy - Draft Joint Motion  Scheduling Order - SFFA Edits.docx**
36K