# Exhibit Q



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA v. Naval Academy

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>  Fri, Mar 29, 2024 at 3:26 PM
To: Thomas McCarthy <tom@consovoymccarthy.com>
Cc: "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>, Michael Connolly <mike@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Bryan Weir <bryan@consovoymccarthy.com>, James Hasson <james@consovoymccarthy.com>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Robinson, John J. (CIV)" <John.J.Robinson@usdoj.gov>

Tom,

Thanks for bringing this to our attention. I've loaded a corrected file for 2024 Recs Part 2 (English_Math) to Box. ███████████████

Best,
Catherine

---

**From:** Thomas McCarthy <tom@consovoymccarthy.com>
**Sent:** Friday, March 29, 2024 12:11 AM
**To:** Yang, Catherine M (CIV) <Catherine.M.Yang@usdoj.gov>
**Cc:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>; Michael Connolly <mike@consovoymccarthy.com>; Patrick Strawbridge <patrick@consovoymccarthy.com>; Cam Norris <cam@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>; Bryan Weir <bryan@consovoymccarthy.com>; James Hasson <james@consovoymccarthy.com>; Mendez, Chris E. (CIV) <Chris.E.Mendez@usdoj.gov>; Gargeya, Medha (CIV) <Medha.Gargeya@usdoj.gov>; Carmichael, Andrew E. (CIV) <Andrew.E.Carmichael@usdoj.gov>; Robinson, John J. (CIV) <John.J.Robinson@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: SFFA v. Naval Academy

Good evening Catherine.

Thanks for your letter.

We appreciate your providing us with the corrected 2023 NASS file in place of the previous ones. As I mentioned this morning, our experts have identified similar issues with regard to other data files.

In addition to the mislabeled 2023 NASS file that you kindly replaced, our experts have found additional files that are mislabeled and/or duplicated. As the below image illustrates,