# Exhibit U



Gabe Anderson <gabe@consovoymccarthy.com>

## SFFA - 30(b)(6)

**Yang, Catherine M (CIV)** <Catherine.M.Yang@usdoj.gov>  Thu, Apr 4, 2024 at 3:51 PM
To: Bryan Weir <bryan@consovoymccarthy.com>
Cc: Michael Connolly <mike@consovoymccarthy.com>, "Gardner, Joshua E (CIV)" <Joshua.E.Gardner@usdoj.gov>, Thomas McCarthy <tom@consovoymccarthy.com>, Patrick Strawbridge <patrick@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, James Hasson <james@consovoymccarthy.com>, "Mendez, Chris E. (CIV)" <Chris.E.Mendez@usdoj.gov>, "Gargeya, Medha (CIV)" <Medha.Gargeya@usdoj.gov>, "Carmichael, Andrew E. (CIV)" <Andrew.E.Carmichael@usdoj.gov>, "Robinson, John J. (CIV)" <John.J.Robinson@usdoj.gov>

Bryan,

We continue to disagree with your assessment of relevance and proportionality but in order to conclude this discussion will include the EN and divers* terms in addition to the Foundation term (excluding the two non-responsive documents with large families provided below). The terms are reflected in the attached.

