# EXHIBIT 1



1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

April 10, 2024

**VIA EMAIL**
Honorable Richard D. Bennett

  Re: **April 11 Discovery Conference**

Dear Judge Bennett:

  Per the Court's order, SFFA seeks the production of (1) academic performance and matriculation data; and (2) documents that have been improperly withheld under the deliberative process privilege.

*Academic Performance and Matriculation Data*

  In RFP #1, SFFA requested "electronic and/or Printed Databases from any time that include information concerning … academic performance and matriculation from USNA." USNA sent its final response on this issue on March 27, refusing to produce these data because they are "irrelevant" and would be "extraordinarily burdensome" to produce. Neither justification is persuasive.[1]

  *First*, performance and matriculation data are indispensable to the Court's strict scrutiny analysis. In *Harvard*, the Supreme Court found that Harvard's and UNC's use of race failed strict scrutiny. USNA has repeatedly insisted that its use of race is different because, "[u]nlike civilian universities, USNA prepares students for war"; its "[g]raduates are immediately commissioned as active-duty officers and required to serve a minimum of five years in the Navy and Marine Corps"; and, "[c]ritically, USNA's graduating class serves as a pipeline for a diverse senior military leadership." Dkt.46 at 39.

  But USNA cannot employ racial classifications if they aren't *actually achieving USNA's goals*—the use of race must "further[] the … benefits that [USNA] claim[s] to pursue." *SFFA v. Harvard*, 600 U.S. 181, 216 (2023). SFFA is entitled to discovery to probe USNA's assertions. How do minority students receiving preferences perform in terms of GPA (both at preparatory schools and at the Academy) relative to their non-minority peers? Do they earn scholastic awards at the same rate as their peers? Do they abandon their intended majors or withdraw from the Academy at a higher rate? Do they graduate and become officers at a lower rate? Are they as likely to be "highly qualified"? These questions bear directly on whether USNA's consideration of race furthers its asserted compelling interest in an officer corps that is "both highly qualified and racially and ethnically diverse." Dkt.46 at 22. USNA cannot just point to a more racially diverse plebe class; it must show that those receiving preferences are *actually* highly qualified and *actually* graduating and becoming officers.

  That the district courts in *Harvard* and *UNC* did not require production of academic-performance data is of no moment. Again, USNA has repeatedly argued that its interests are *different* from Harvard's and UNC's interests. *See, e.g.,* Dkt.46 at 40 ("Unlike the 'elusive' goals identified by Harvard and UNC, whether the military has achieved the benefits that flow from a diverse midshipmen—and eventually officer—corps is clear and measurable."). If these benefits are "clear and measurable," then SFFA is entitled to the data to determine whether the USNA's benefits are, in fact, *clear and measurable.*

  *Second*, SFFA highly doubts that these data would be "extraordinarily burdensome" to produce. To begin, if USNA does not retain this information, that fact would severely undermine both the sincerity

---

[1] Any assertion that SFFA delayed or was untimely bringing this issue to the Court is wrong. SFFA had extensive negotiations with USNA to try to "resolve [the] dispute[] without the need for intervention by the Court." Guideline 1.f. The parties exchanged letters on this topic (and others) on February 13 (SFFA), February 22 (USNA), February 24 (USNA), March 1 (USNA), March 25 (SFFA), and March 27 (USNA), and held multiple calls. When it was clear that the parties were at an impasse on March 27, SFFA brought the issue to the Court through its March 29 request for this conference.

and the importance of their asserted interests. And if USNA does retain this information, then it must be produced in whatever format USNA retains it. Even if USNA "has an unwieldy record keeping system which requires it to incur heavy expenditures of time and effort to produce requested documents," that "is an insufficient reason to prevent disclosure of otherwise discoverable information." *Wagner v. Dryvit Sys., Inc.*, 208 F.R.D. 606, 611 (D. Neb. 2001) (collecting cases). Nor are aggregate racial data a viable substitute. SFFA must have *individual* data to determine whether those receiving preferences are furthering USNA's asserted compelling interests.

*Deliberative Process Privilege*

USNA is improperly withholding documents from SFFA based on the deliberative process privilege.[2] *First*, it is "obvious" that this privilege "has no place ... in a constitutional claim for discrimination" like here. *In re Subpoena Duces Tecum*, 145 F.3d 1422, 1424 (D.C. Cir. 1998); *see Connelly v. Cook Cty. Assessor's Off.*, 2022 WL 17718411, at *6-7 (N.D. Ill. Dec. 15, 2022) (citing cases); *Children First Found. v. Martinez*, 2007 WL 4344915, at *7-8 (N.D.N.Y. Dec. 10, 2007). After all, strict scrutiny is designed to "'smoke out' illegitimate uses of race by assuring that the [government] is pursuing a goal important enough to warrant use of a highly suspect tool." *City of Richmond v. J.A. Croson Co.*, 488 U.S. 469, 493 (1989); *Shaw v. Reno*, 509 U.S. 630, 642-43 (1993) (scrutinizing whether racial "classifications are in fact motivated by illegitimate notions of racial inferiority or simple racial politics"). Indeed, neither UNC nor (to SFFA's knowledge) the University of Texas in *Fisher* ever asserted this privilege.

*Second*, even if the privilege could apply, USNA hasn't properly asserted it because it hasn't provided an affidavit from the agency head providing the basis for the privilege. *See Anderson v. Marion Cnty Sheriff's Dep't*, 220 F.R.D. 555, 562 & n.5 (S.D. Ind. 2004) ("[T]he time to make the showing that certain information is privileged is at the time the privilege is asserted, not … later when the matter is before the Court on a motion to compel."); *Kaufman v. City of N.Y.*, 1999 WL 239698, at *5 (S.D.N.Y. 1999) (same).

*Third*, USNA cannot justify withholding certain documents, even if the privilege applies:

| Log #2, 7, 9 Log #5, 8, 10 | USNA hasn't shown that the documents are "predecisional" or "deliberative," asserting only that they "reflect[] recommendations re use of college entrance examinations in admissions decisions." *See CIR v. USCBP*, 436 F.Supp.3d 90, 100-01 (D.D.C. 2019). The privilege also doesn't extend to "[s]preadsheets contain[ing] calculations and formulas." *NAACP v. Bureau of* Census, 401 F.Supp.3d 608, 615 (D. Md. 2019). |
|---|---|
| Log #12, 16, 17 | USNA hasn't identified a "decision" to which these documents relate. *CIR*, 436 F.Supp.3d at 100-01; *see also Fox News Network v. U.S. Dep't of Treasury*, 911 F.Supp.2d 261, 282 (S.D.N.Y. 2012) ("draft letter to Congress" not protected by privilege). |

*Finally*, even if the threshold requirements are met, "the public interest in nondisclosure [does not outweigh] the need for the information as evidence." *NAACP*, 401 F.Supp.3d at 617. Again, USNA is using race—the most disfavored government tool there is—and its actions are subject to strict scrutiny. Relevant documents should be presumptively non-privileged. Moreover, for the first category of documents, they appear to concern race-neutral alternatives, and narrow tailoring requires proof of "serious, good faith consideration of workable race-neutral alternatives." *Grutter v. Bollinger*, 539 U.S. 306, 339 (2003). And for the second category, USNA appears to be assessing how race affects its admissions process (#12 & 16) and whether the USNA needs to use race to achieve the Navy's goal of a racially diverse officer corps (#17). These are highly relevant documents and should be produced.

---

[2] SFFA received notice of all these privilege assertions (except for one) on March 21. On April 8, after the parties exchanged letters on this issue, SFFA received a new privilege log revising its earlier privilege assertions and withholding additional documents as privileged. *See* Ex. A. Because the parties have not yet met and conferred over these new assertions of privilege, SFFA does not bring them to the Court at this time.

Sincerely,

/s/ Thomas McCarthy
Thomas McCarthy

*Counsel for Plaintiff Students for Fair Admissions*

# EXHIBIT A

Defendants' Privilege Log - April 8, 2024

| LOG NUMBER | BEGBATES | ENDBATES | PRODUCTION | DOC TYPE | DOC DATE | AUTHOR/CUSTODIAN | FROM | TO | CC | BCC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USNA-00000696 | USNA-00000830 | PROD002 | PDF | 8/31/2023 | Admissions | | | | | Redacted training document reflecting confidential legal advice and attorney work product by Navy JAG Andy House re use of race and gender in admissions decisions. | AC - Attorney Client Privilege; WP - Work Product |
| 2 | USNA-00001356 | USNA-00001356 | PROD002 | PowerPoint | 3/21/2022 | Latta, Stephen | | | | | Deliberative and pre-decisional analysis prepared by USNA Dean for Superintendent reflecting recommendations re use of college entrance examinations in admissions decisions. | DP - Deliberative Process |
| 3 | USNA-00002685 | USNA-00002720 | PROD003 | PowerPoint | 1/17/2024 | Admissions | | | | | Redacted document reflecting confidential legal advice by USNA staff judge advocate and attorney work product re legal reviews of the admissions process and current litigation. | AC - Attorney Client Privilege; WP - Work Product |
| 4 | USNA-00003307 | USNA-00003313 | PROD003 | PowerPoint | 9/7/2023 | Admissions | | | | | Redacted document reflecting confidential legal advice by USNA staff judge advocate re legal review of the admissions process. | AC - Attorney Client Privilege |
| 5 | USNA-00003565 | USNA-00003565 | PROD004 | Excel | 2/22/2022 | Admissions | | | | | Deliberative and pre-decisional spreadsheet reflecting analysis re use of college entrance examinations in admissions decisions.  This spreadsheet was extracted from the parent PowerPoint presentation reflected in log entry 2 during the processing and production of documents in this case. | DP - Deliberative Process |
| 6 | USNA-00003577 | USNA-00003577 | PROD004 | Word | 8/6/2019 | Admissions | | | | | Deliberative and pre-decisional document reflecting potential changes to race and ethnicity reporting standards. | DP - Deliberative Process |
| 7 | USNA-00003578 | USNA-00003578 | PROD004 | PowerPoint | 3/21/2022 | Latta, Stephen | | | | | Deliberative and pre-decisional analysis prepared by USNA Dean for Superintendent reflecting recommendations re use of college entrance examinations in admissions decisions. | DP - Deliberative Process |

| LOG NUMBER | BEGBATES | ENDBATES | PRODUCTION | DOC TYPE | DOC DATE | AUTHOR/CUSTODIAN | FROM | TO | CC | BCC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | USNA-00003579 | USNA-00003579 | PROD004 | Excel | 2/22/2022 | Admissions | | | | | Deliberative and pre-decisional spreadsheet reflecting analysis re use of college entrance examinations in admissions decisions.  This spreadsheet was extracted from the parent PowerPoint presentation reflected in log entry 7 during the processing and production of documents in this case. | DP - Deliberative Process |
| 9 | USNA-00003582 | USNA-00003582 | PROD004 | PowerPoint | 3/21/2022 | Latta, Stephen | | | | | Deliberative and pre-decisional analysis prepared by USNA Dean for Superintendent reflecting recommendations re use of college entrance examinations in admissions decisions. | DP - Deliberative Process |
| 10 | USNA-00003583 | USNA-00003583 | PROD004 | Excel | 2/22/2022 | Admissions | | | | | Deliberative and pre-decisional spreadsheet reflecting analysis re use of college entrance examinations in admissions decisions.  This spreadsheet was extracted from the parent PowerPoint presentation reflected in log entry 9 during the processing and production of documents in this case. | DP - Deliberative Process |
| 11 | USNA-00003606 | USNA-00003740 | PROD004 | PDF | 8/31/2023 | Admissions | | | | | Redacted training document reflecting confidential legal advice and attorney work product by Navy JAG Andy House re use of race and gender in admissions decisions. | AC - Attorney Client Privilege; WP - Work Product |
| 12 | USNA-00004554 | USNA-00004554 | PROD004 | PDF | 11/10/2022 | Buck, Sean | | | | | Deliberative and pre-decisional draft memorandum re consideration of race in admissions decisions. The final version of this memorandum has been produced as USNA-00000389. | DP - Deliberative Process |
| 13 | USNA-00004815 | USNA-00004815 | PROD004 | PDF | 10/22/2020 | Admissions | | | | | Deliberative and pre-decisional draft strategic outreach plan reflecting recommendation concerning USNA admissions. | DP - Deliberative Process |

Defendants' Privilege Log - April 8, 2024

| LOG NUMBER | BEGBATES | ENDBATES | PRODUCTION | DOC TYPE | DOC DATE | AUTHOR/CUSTODIAN | FROM | TO | CC | BCC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | USNA-00004858 | USNA-00004858 | PROD004 | PDF | 10/12/2022 | Admissions | | | | | Redacted document reflecting confidential legal advice by DOJ and attorney work product re legal reviews of the admissions process and requests for information for provision of confidential legal advice. | AC - Attorney Client Privilege; WP - Work Product |
| 15 | USNA-00004878 | USNA-00004891 | PROD004 | PDF | 4/5/2023 | Admissions | | | | | Redacted document reflecting confidential legal advice re affirmative action litigation and deliberative and pre-decisional discussion re potential changes to admissions policy. | AC - Attorney Client Privilege; DP - Deliberative Process |
| 16 | USNA-00004892 | USNA-00004892 | PROD004 | PDF | 11/10/2022 | Buck, Sean | | | | | Deliberative and pre-decisional draft memorandum re consideration of race in admissions decisions. The final version of this memorandum has been produced as USNA-00000389. | DP - Deliberative Process |
| 17 | USNA-00004897 | USNA-00004916 | PROD004 | PDF | 12/1/2021 | USNA Institutional Research Department | | | | | Redacted draft informational paper reflecting deliberative and pre-decisional discussion concerning proposed response to request for information from Representative Jackie Speier concerning NROTC DEI efforts. | DP - Deliberative Process |
| 18 | USNA-00004933 | USNA-00004988 | PROD004 | PowerPoint | 9/20/2022 | Admissions | | | | | Redacted presentation reflecting confidential legal review of contract by USNA counsel. | AC - Attorney Client Privilege |
| 19 | USNA-00005030 | USNA-00005059 | PROD004 | PowerPoint | 7/27/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by Marine Corps counsel. | AC - Attorney Client Privilege |
| 20 | USNA-00005060 | USNA-00005090 | PROD004 | PowerPoint | 7/20/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by Marine Corps counsel. | AC - Attorney Client Privilege |
| 21 | USNA-00005091 | USNA-00005121 | PROD004 | PowerPoint | 7/13/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by Marine Corps counsel. | AC - Attorney Client Privilege |

Defendants' Privilege Log - April 8, 2024

| LOG NUMBER | BEGBATES | ENDBATES | PRODUCTION | DOC TYPE | DOC DATE | AUTHOR/CUSTODIAN | FROM | TO | CC | BCC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | USNA-00005127 | USNA-00005169 | PROD004 | PowerPoint | 5/4/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by USNA counsel. | AC - Attorney Client Privilege |
| 23 | USNA-00005170 | USNA-00005211 | PROD004 | PowerPoint | 5/4/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by USNA counsel. | AC - Attorney Client Privilege |
| 24 | USNA-00005212 | USNA-00005255 | PROD004 | PowerPoint | 4/27/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by USNA counsel. | AC - Attorney Client Privilege |
| 25 | USNA-00005256 | USNA-00005299 | PROD004 | PowerPoint | 4/20/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal review of memorandum of understanding re Single Marine Program by USNA counsel. | AC - Attorney Client Privilege |
| 26 | USNA-00005481 | USNA-00005487 | PROD005 | PowerPoint | 9/1/2022 | Admissions | | | | | Redacted presentation reflecting confidential legal advice by USNA staff judge advocate re legal review of the admissions process. | AC - Attorney Client Privilege |
| 27 | USNA-00005494 | USNA-00005496 | PROD005 | Word | 8/22/2022 | Admissions | | | | | Redacted document reflecting confidential legal advice re legal review of the admissions process. | AC - Attorney Client Privilege |
| 28 | USNA-00005513 | USNA-00005539 | PROD005 | PowerPoint | 8/24/2022 | Admissions | | | | | Redacted presentation reflecting confidential legal advice by USNA staff judge advocate re legal review of the admissions process. | AC - Attorney Client Privilege |
| 29 | USNA-00005886 | USNA-00005888 | PROD005 | Word | 8/25/2021 | Admissions | | | | | Redacted document reflecting confidential legal advice re legal review of the admissions process. | AC - Attorney Client Privilege |
| 30 | USNA-00005893 | USNA-00005899 | PROD005 | PowerPoint | 9/9/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal advice by USNA staff judge advocate re legal review of the admissions process. | AC - Attorney Client Privilege |
| 31 | USNA-00005906 | USNA-00005940 | PROD005 | PowerPoint | 8/26/2021 | Admissions | | | | | Redacted presentation reflecting confidential legal advice by USNA staff judge advocate re legal review of the admissions process. | AC - Attorney Client Privilege |

**Defendants' Privilege Log - April 8, 2024**

| LOG NUMBER | BEGBATES | ENDBATES | PRODUCTION | DOC TYPE | DOC DATE | AUTHOR/CUSTODIAN | FROM | TO | CC | BCC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | USNA-00006369 | USNA-00006369 | PROD005 | Word | 6/5/2020 | Admissions | Latta, B. | | | | Deliberative and pre-decisional document reflecting recommended response to letter from parent of student complaining that his son was not admitted to USNA due to "racism" in admissions process. | DP - Deliberative Process |
| 33 | USNA-00006554 | USNA-00006555 | PROD005 | Word | 8/15/2018 | Admissions | | | | | Redacted document reflecting confidential legal advice re legal review of the admissions process. | AC - Attorney Client Privilege |
| 34 | USNA-00006564 | USNA-00006575 | PROD005 | PowerPoint | 11/8/2018 | Admissions | | | | | Redacted presentation reflecting confidential legal advice by OJAG and USNA staff judge advocate re legal review of the admissions process. | AC - Attorney Client Privilege |