UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br>*Plaintiff*,<br>v.<br>THE UNITED STATES NAVAL ACADEMY, *et al*.,<br>*Defendants*. | No. 1:23-cv-2699-RDB<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**REDACTED** |

Plaintiff, Students for Fair Admissions, moves for partial summary judgment on Article III standing. SFFA is "entitled to judgment as a matter of law" because "there is no genuine dispute as to any material fact" on Article III standing. Fed. R. Civ. P. 56(a). SFFA has standing because its "'members would otherwise have standing to sue in their own right'"; "'the interests [SFFA] seeks to protect are germane to [its] purpose'"; and "'neither the claim asserted nor the relief requested requires the participation of individual members in the lawsuit.'" *SFFA v. Harvard*, 600 U.S. 181, 199 (2023).

For the additional reasons articulated in SFFA's brief in support, the Court should grant SFFA partial summary judgment and hold that SFFA has Article III standing.

1

| | |
|---|---|
| Dated: August 15, 2024 | Respectfully submitted, |
| | */s/ Thomas R. McCarthy* |
| Adam K. Mortara* | Thomas R. McCarthy* |
| (TN Bar No. 40089) | Patrick Strawbridge* |
| LAWFAIR LLC | J. Michael Connolly* |
| 40 Burton Hills Blvd., Ste. 200 | Bryan K. Weir* |
| Nashville, TN 37215 | Cameron T. Norris*** |
| (773) 750-7154 | James F. Hasson* |
| mortara@lawfairllc.com | R. Gabriel Anderson** |
| | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Boulevard, Suite 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | tom@consovoymccarthy.com |
| | patrick@consovoymccarthy.com |
| | mike@consovoymccarthy.com |
| | bryan@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| | james@consovoymccarthy.com |
| | gabe@consovoymccarthy.com |
| | |
| | *pro hac vice |
| | **pro hac vice forthcoming |
| | ***admitted to practice in the District of Maryland |

*Counsel for Students for Fair Admissions*

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

*/s/ Thomas R. McCarthy*