# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS *Plaintiff*, v. THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | No. 1:23-cv-2699-RDB **REDACTED** |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion for Partial Summary Judgment on Standing. Having considered the motion,

**IT IS ORDERED** that the Plaintiff's motion is **GRANTED**, and the Court holds that Plaintiff has Article III standing.

Dated: _____              /s/_____
                                            RICHARD D. BENNETT
                                            United States District Judge