# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

STUDENTS FOR FAIR ADMISSIONS

*Plaintiff*,

v.

THE UNITED STATES NAVAL ACADEMY, *et al.*,

*Defendants*.

No. 1:23-cv-2699-RDB

**UNOPPOSED MOTION TO SEAL**

Pursuant to Local Rules 105.11 and 104.13(c), Students for Fair Admissions moves to file under seal portions of its summary-judgment motion and exhibits to the summary-judgment motion. Sealing these materials (collectively, the "Sealed Materials") is appropriate for multiple reasons.

*First*, the Sealed Materials contain materials that have been designated as either "Confidential" or "Highly Confidential" under the parties' protective order. *See* Dkt. 63 ¶43. In particular, the Sealed Materials divulge the names, schools, and other personal information of the students who are SFFA's standing members. *See* Dkt. 63 ¶4 (designating this information as "Highly Confidential"). SFFA's members also have a First Amendment right to associational privacy, which shields "their identities" from public view. *SFFA v. Harvard*, 2023 WL 3126414, at *6 n.4 (D. Mass. Apr. 27, 2023) (discussing how "the parties throughout have kept applicant and SFFA membership information confidential"); *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886, 932 (1982) (collecting cases); *see also* Dkt. 9-5 ¶¶7-9 (discussing the "insults, threats, and harassment" that students would likely "receive for bringing litigation challenging racial preferences"). The Sealed Materials also contain materials that the

1

Defendants have designated as "Confidential" under the protective order. *See* Dkt. 63 ¶3. Sealing thus is clearly "justif[ied]." L.R. 105.11(a).

*Second*, there is no "alternativ[e] to sealing" that would "provide sufficient protection" for SFFA's members. *See* L.R. 105.11(b). Filing only a redacted brief on the public docket—without also filing an unredacted copy on the sealed docket—would omit information that the Court might find helpful when deciding this motion. *See id.* There thus are no "alternatives" to filing portions of the summary-judgment motion and exhibits under seal. *Id.*

SFFA conferred with Defendants and they do not oppose the motion to seal.

For the foregoing reasons, the Court should grant SFFA's unopposed motion to seal.

Dated: August 15, 2024

Respectfully submitted,

/s/ Thomas R. McCarthy

Adam K. Mortara*
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick Strawbridge*
J. Michael Connolly*
Bryan K. Weir*
Cameron T. Norris
James F. Hasson*
R. Gabriel Anderson**
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

*pro hac vice
**pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I certify that on August 15, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

/s/ Thomas R. McCarthy