# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br>*Plaintiff*,<br>v.<br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants*. | No. 1:23-cv-2699-RDB |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Unopposed Motion to Seal Portions of Plaintiff's Summary-Judgment Motions and Exhibits to the Motion.

Having considered the motion,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED** and the materials at issue shall be **PLACED UNDER SEAL**.

Dated: _____                              /s/_____
                                                                           RICHARD D. BENNETT
                                                                           United States District Judge