**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, <br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES NAVAL ACADEMY, *et al.*, <br> *Defendants.* | No. 1:23-cv-2699-RDB |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Seal Portions of Plaintiff's Summary-Judgment Motions and Exhibits to the Motion (ECF No. 76).

Having considered the Motion,

**IT IS ORDERED** that Plaintiff's Motion (ECF No. 76) is **GRANTED** and the materials at issue shall be **PLACED UNDER SEAL**.

Dated: ___August 16, 2024___

_____
RICHARD D. BENNETT
United States District Judge