UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**　　　　　　　　　　　　　　　　　　　　　　　　U.S. Courthouse Chambers 5D
**Richard D. Bennett**　　　　　　　　　　　　　　　　　　　　　　101 W. Lombard Street
**United States District Judge**　　　　　　　　　　　　　　　　　　Baltimore, MD 21201
**Northern Division**　　　　　　　　　　　　　　　　　　　　　　　Tel: 410-962-3190
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 410-962-3177

August 16, 2024

TO COUNSEL OF RECORD

RE: *Students for Fair Admissions v. The United States Naval Academy, et al.*
　　Civil No. RDB-23-2699

Dear Counsel:

　　The Court is in receipt of Plaintiff's Motion for Partial Summary Judgment (the "Motion") (ECF No. 74 ***SEALED***; ECF No. 75 (redacted)), filed yesterday, August 15, 2024. The default filing schedule set forth in Local Rule 105.2(a) could extend briefing of this issue to September 12, 2024—i.e., after the September 5, 2024 pretrial conference and motions hearing in this matter and just days before the ten-day bench trial begins on September 16, 2024. Accordingly, the Court orders the following expedited briefing schedule for this Motion: any response in opposition to the Motion shall be filed by Friday, August 23, 2024, with any reply due by the following Wednesday, August 28, 2024.

　　Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

RDB