IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD | * * * | Civil Action No. RDB-24-388 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-2699 |
| THE UNITED STATES NAVAL ACADEMY, *et al.*, | * * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

On July 24, 2024, Students for Fair Admissions ("SFFA") filed a motion to compel in the U.S. District Court for the District of Columbia, seeking to require the United States Coast Guard ("Coast Guard" or "Respondent") to comply with a subpoena served in the District of Columbia seeking documents relevant to the matter of *Students for Fair Admissions v. The United States Naval Academy*, Civil Action No. RDB-23-2699. (RDB-24-388, ECF No. 1.) The Respondent filed a response in opposition on August 1, 2024, (RDB-24-388, ECF No. 6), with SFFA filing a reply on August 5, 2024, (RDB-24-388, ECF No. 7). On August 7, 2024, U.S. District Court Judge Dabney L. Friedrich of the U.S. District Court for the District of Columbia issued an order transferring the motion to compel to this Court, (RDB-24-388, ECF No. 9), and that transfer occurred today, August 19, 2024. (RDB-24-388, ECF No. 10.)

While SFFA's counsel advised the Court that it withdrew its Motion to Compel

Production of Documents directed to the United States Coast Guard (RDB-24-388, ECF No. 1) during a telephone conference on August 15, 2024, (*see* RDB-23-2699, ECF No. ECF No. 73), the Court finds it prudent to docket this motion and related filings from the District of Columbia's docket in the ongoing civil case.  Accordingly, it is HEREBY ORDERED this 19th day of August, 2024, that:

1. Students for Fair Admissions' Motion to Compel Production of Documents (RDB-24-388, ECF No. 1) is **WITHDRAWN**;

2. The Clerk of Court shall **FILE** in *Students for Fair Admissions v. The United States Naval Academy*, Civil Action No. RDB-23-2699, the following documents from *In re Motion to Compel Compliance with Subpoena Directed to the United States Coast Guard*, Civil Action No. RDB-24-388: (i)  Students for Fair Admissions' Motion to Compel Production of Documents (RDB-24-388, ECF No. 1); (ii) the Respondent's Response (RDB-24-388, ECF No. 6); (iii) SFFA's Reply (RDB-24-388, ECF No. 7); (iv) SFFA's Unopposed Motion to Seal (RDB-24-388, ECF No. 8 \***SEALED**\*); and (v) Judge Friedrich's August 7, 2024 Order (RDB-24-388, ECF No. 9);

3. The Clerk of Court shall **CLOSE** Civil Action No. RDB-24-388; and

4. The Clerk of the Court shall transmit a copy of this Order to counsel of record.

/s/
Richard D. Bennett
United States Senior District Judge