UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD | Case: 1:24–mc–00092 Assigned To : Friedrich, Dabney L. Assign. Date : 7/24/2024 Description: Misc. (O–Deck) |
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, V. THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | Related Case: No. 1:23-cv-02699 (District of Maryland) |

**PROPOSED ORDER COMPELLING PRODUCTION OF DOCUMENTS**

Upon review of Movant Students for Fair Admissions' Motion to Compel Production of Documents to the United States Coast Guard, the supporting motion papers, the applicable law, and the record herein, the Court finds that good cause exists for Students for Fair Admissions' Motion and therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Students for Fair Admissions' Motion to Compel is hereby **GRANTED**;
2. The United States Coast Guard is hereby ordered to produce documents in response to Students for Fair Admissions' subpoena *duces tecum* within 14 days of entry of this Order.

Dated: _____

_____
United States District Court Judge
District of Columbia

1

| | |
|---|---|
| Thomas R. McCarthy<br>J. Michael Connolly<br>Cameron T. Norris<br>Brandon Haase<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>mike@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>brandon@consovoymccarthy.com<br><br>*Counsel for Students for Fair Admissions* | Brian Judge<br>Office of Claims and Litigation<br>UNITED STATES COAST GUARD<br>Commandant CG-LCL,<br>US Coast Guard HQ,<br>2703 Martin Luther King Jr. Ave. SE,<br>Stop 7213,<br>Washington, DC 20593-7213<br>(202) 372-3740<br>brian.judge@uscg.mil<br><br>*Counsel for the United States Coast Guard* |