# Exhibit 3



# Transcript of General Christopher Walker

**Date:** August 7, 2024
**Case:** Students For Fair Admissions -v- The United States Naval Academy, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

**Page 277**

1  against other nonwhite service members.
2  BY MR. ROBINSON:
3      Q     You said, "They all have biases
4  against other nonwhite service members"?  What were
5  you referring to?
6          MR. CONNOLLY:  Objection, form.
7          THE WITNESS:  Referring to -- for one
8  example, the -- that -- that Georgetown course that
9  they have senior officers going through, and then --
10 then there's other discussions in the building where
11 they say, "Hey, we feel that -- that there's too
12 many old white guys."  And I go, "You're saying that
13 out loud?  Holy smokes."  Okay.  And that is not
14 going to bring people together.
15 BY MR. ROBINSON:
16     Q     Do you consider the Naval Academy's
17 admissions process to be a Marxist policy?
18         MR. CONNOLLY:  Objection, form.
19         THE WITNESS:  I don't know.
20 I -- I -- I don't know enough about it to make that
21 determination.
22 BY MR. ROBINSON:

**Page 278**

1      Q     Okay.
2      A     And what I talk about here is not even
3  related to admissions policies.  It's just the
4  training people are getting across the Air Force,
5  so-called training, and -- and presentations about
6  white oppression.
7      Q     And that's because you haven't studies
8  the Naval Academy's admissions process.
9      A     Correct.
10         MR. ROBINSON:  All right.  We have no
11 further questions.
12         MR. CONNOLLY:  Okay.  Can we take a
13 five-minute break and then we'll come back?
14         MR. ROBINSON:  Sure.
15         (A recess was taken)
16         EXAMINATION BY COUNSEL FOR PLAINTIFF
17 BY MR. CONNOLLY:
18     Q     Good evening, at this point --
19     A     Good evening.
20     Q     -- General Walker.  Do you believe
21 that people experience conflict differently based on
22 their race or skin color?

**Page 279**

1      A     Based just on their race or skin
2  color.
3      Q     Correct.
4      A     No.
5      Q     Do you think the Naval Academy should
6  ever consider a person's race when deciding whether
7  to admit an individual?
8      A     No.
9          MR. CONNOLLY:  No more questions from
10 us.
11         MR. ROBINSON:  Just a brief few
12 recross.
13         EXAMINATION BY COUNSEL FOR DEFENDANTS
14 BY MR. ROBINSON:
15     Q     During this last break or the prior
16 break, did you talk about your testimony under
17 questioning from me during those breaks with your
18 counsel?
19     A     No.
20     Q     Would you like an opportunity to read
21 and sign the transcript in this deposition?
22     A     Yes.

**Page 280**

1          MR. CONNOLLY:  Yes, we will have...
2          MR. ROBINSON:  Okay.  Nothing further.
3          THE WITNESS:  Holy smokes.
4          THE REPORTER:  Parties order the
5  transcript?
6          MR. CONNOLLY:  What's that?  Yes,
7  please.
8          THE WITNESS:  It's rush hour time in
9  D.C., but at least it's hot and humid.
10         (crosstalk)
11         MR. ROBINSON:  Take a rough transcript
12 and also the normal standard transcript.
13         THE REPORTER:  When would you like the
14 rough by?
15         MR. ROBINSON:  Is tomorrow doable or
16 do you need more time?
17         Thank you.
18         (Proceedings concluded 5:28 p.m. EST)