# Exhibit 4



# Transcript of Dakota L. Wood

**Date:** August 13, 2024
**Case:** Students For Fair Admissions -v- The United States Naval Academy, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

93

1 game, but that question is so open ended, I
2 think it calls for -- it calls for
3 communication that is privileged or protected
4 under section F of the protective order that
5 governs.
6 BY MR. CARMICHAEL:
7     Q.   When -- do you know when
8 plaintiff's counsel contacted you?
9     **A.   I'm going to guess it was early**
10 **June, but I'd have to look at my own records.**
11    Q.   When were you retained as an
12 expert here?
13    **A.   Right about the same time.**
14    Q.   How did you go about preparing
15 your report?
16         MR. STRAWBRIDGE:  And, again, I
17 will object to the extent that this calls for
18 information that's not the proper subject of
19 discovery under section F of the protective
20 order.  So I'm -- I'm not sure that he can
21 answer that question.  If you can maybe make
22 it narrower, you might be okay.

94

1     Q.   Your methodology, how did you --
2 how did you -- how'd you start formulating
3 this report?
4         MR. STRAWBRIDGE:  So I -- I will
5 instruct the witness that you can answer that
6 question only to the extent that it doesn't
7 require you to reveal information about drafts
8 of your report, communications that you had
9 with counsel, or any other information that
10 does not appear in your final report.
11        THE WITNESS:  As I stated in my
12 own report, I was asked to address two
13 questions, and I'd have to refer back to the
14 page that, you know, the specifics of that,
15 but generally speaking, it was, did I think
16 race or gender or any kind of attribute was
17 relevant to the combat effectiveness of
18 military forces?  And so I reviewed my own
19 career, you know, from when I had firsthand
20 knowledge of the military.  That would've been
21 the Naval Academy.  Those 20 years following
22 the Naval Academy, so that'd be 24 years, and

95

1 then my relationship with national security,
2 national defense and military affairs issues
3 since then, right?  So 40 some odd years to
4 share my exposure, my insights, where my
5 experience, you know, led me in terms of being
6 able to comment on this aspect of racial,
7 ethnic, gender, religion, socioeconomic, you
8 know, whatever those criteria are and whether
9 they had any bearing on military
10 effectiveness.  So in terms of my methodology,
11 it was a review of my own career and then
12 sharing insights derived from that career.
13    Q.   You didn't -- you didn't review
14 the Naval Academy omission's process as part
15 of this, did you?
16        MR. STRAWBRIDGE:  Object to the
17 form of the question.
18        THE WITNESS:  I did not
19 independently research the Naval Academy's
20 procedures and processes, but I certainly have
21 provided materials, you know, from the
22 defendant side in which they talk about what

96

1 the academy does in its admissions process.
2 BY MR. CARMICHAEL:
3     Q.   Are you offering an opinion on
4 the Naval Academy submission's process?
5         MR. STRAWBRIDGE:  Object to the
6 form of the question.
7         THE WITNESS:  I'm offering an
8 opinion on whether racial, ethnic, gender, any
9 other types of diversity forces has any
10 relation or bearing on the military
11 effectiveness of U.S. military forces.
12    Q.   But not to the Naval Academy
13 admissions process specifically?
14        MR. STRAWBRIDGE:  Object to the
15 form.
16        THE WITNESS:  My opinion on the
17 admissions process is, if there is a standard,
18 right, to be met and an applicant meets those
19 standards, then they should be admitted to the
20 Naval Academy.  If standards are being
21 adjusted or an admission's decision is being
22 weighted to favor any other objective, knowing

249

1 defined by the academy, who is to say, that
2 they will be properly or appropriately
3 assigned to billets on ships or shore
4 installations or specific units that would be
5 engaging in this complex global affairs
6 effort?  So does the Naval Academy maintain
7 that the US Navy and its officer assignment
8 policies would somehow ensure that racial
9 minorities are always kept in certain billets
10 in a globally deployed force such that the US
11 Navy has a racial diversity to be more
12 effective in these global affairs.
13     Q.   So let's assume that all of
14 the -- for the purpose of this question, that
15 all students admitted to the Naval Academy are
16 qualified, essentially there's -- the Naval
17 Academy is just choosing between qualified
18 candidates, so nobody's getting in that's
19 unqualified.  Would that change your opinion
20 that a race conscious missions program would
21 provide a benefit to the -- to the officer
22 core?

250

1     A.   If everybody being apply --
2 applying and being admitted to the academy is
3 meeting standards, right, they're all
4 qualified, then what is the role of race have
5 to play?
6     Q.   So you think it would be
7 irrelevant?
8     A.   Irrelevant.  I agree.
9     Q.   And you're not familiar with the
10 specifics of USNA's admission process; is that
11 correct?
12     A.   I am not familiar with the
13 academy's current admissions process, just as
14 when I applied, all I knew about the
15 admissions process was the forms that I was
16 meant to fill out and the package that needed
17 to be submitted with whatever was required
18 back then, you know, Letters of Recommendation
19 and grade point average.  Those sorts of
20 things.  So I haven't done any independent
21 research into what the academy's process
22 consists of today.

251

1     Q.   Okay.  We can put this document
2 aside.  Oh, excuse me.  I'm sorry.  Before we
3 do that.
4     A.   Sure.
5     Q.   So you in making -- in these
6 several -- obviously you've disagreed with
7 several statements here made in this brief.
8 So you disagree with the statements of these
9 individual signers of this brief; is that
10 right?
11     A.   I don't know which individual
12 wrote what part of this brief.  I presume that
13 this -- this paper has been presented to imply
14 that all of the signers of this brief agree
15 with everything that is stated in there, but I
16 don't know that to be a fact.
17     Q.   If that were the case that --
18 that this is what all of the signers of this
19 brief agree to, you're saying you disagree
20 with that?
21     A.   That is correct.
22          (Wood 5, online news

252

1 article-Mullen reveals lessons that shaped his
2 stance on diversity, marked for
3 identification.)
4     Q.   Okay.  Now we can put that
5 aside.  Thank you.  Okay.  I have this one as
6 Exhibit 5.  Okay.  This is an article that
7 discusses an interview with Admiral Mike
8 Mullen.  Are you familiar with Admiral Mullen?
9     A.   By reputation, yes.
10     Q.   Okay.  And he was the chairman
11 of the joint chiefs staff and the chief of
12 naval operations.  Have you served with
13 Admiral Mullen?
14     A.   I have not.
15     Q.   Have you -- have you met Admiral
16 Mullen?
17     A.   I have not.
18     Q.   Do you have any reason to doubt
19 the military qualifications of Admiral Mullen?
20          MR. STRAWBRIDGE:  Object to the
21 form of the question.
22          THE WITNESS:  I don't doubt his

333

1  you know, or support the Ukraine or climate
2  change or whatever.
3       So the fact that current media is
4  reflecting back on a very rough period of time
5  50 or 60 years ago would indicate that, yes,
6  there is a potential for just kind of a
7  general sense of history and how things
8  weren't so good back when and maybe that
9  shapes or colors your perspective of people
10 today.
11     Q.    What about the fact that, you
12 know, the, like, the individual, kind of the
13 hypothetical individual you mentioned, the
14 17-year-old African-American, they might have
15 a less -- it's less likely that they may have
16 a parent or -- or, you know, uncle that was
17 served in the military, because of that, do
18 you think the military should have extra
19 efforts to reach out to start that
20 generational tie?
21          MR. STRAWBRIDGE:  Object to the
22 form of the question.

334

1           THE WITNESS:  I think the first
2  part of your statement I agree with
3  completely, and that was why I brought up
4  these statistics, right?  Fewer Americans have
5  any kind of touch point with the American
6  military.  So the likelihood that any high
7  school student has a family member who serves
8  in the military is decreasing over time,
9  right?  I mean, the services are shrinking in
10 size.  And so with fewer people in the
11 military, it's less likely that a current high
12 school student has a family member in that
13 military, right?  So I agree with you on that.
14 Should the services redouble or make more
15 effort to engage?  Absolutely.  And all the
16 services know that.  They're trying to figure
17 out how to do that.  How do they make a
18 presence on social media platforms?  There's a
19 big debate, but an effort by the military
20 services to gain or regain entry into high
21 schools, a lot of that was shut down during
22 the Covid years when schools were shut down

335

1  and home schooling was occurring.  Military
2  recruiters without a student population to
3  engage, it was very hard to try to recruit.
4  And so you saw this dramatic slump in
5  recruiting.  When campuses started opening
6  back up post Covid lockdown, there was
7  reluctance in some school systems to give
8  military recruiters access to those campuses.
9  And because student populations change over
10 every year or in a high school grouping, if
11 you're talking about sophomores, juniors and
12 seniors every three years, it's a new -- whole
13 new cohort of people.  So the military -- for
14 the military, it's almost like starting from
15 scratch.  Instead of being there present all
16 the time year after year, now there's a two or
17 three year absence, and you're having to
18 reengage a very youthful population that has
19 no previous engagement with the military at
20 all.  So the services are very aware of this.
21 They're trying to figure out what the solution
22 is.  Do they have the recruiting pool?

336

1           One or two of the services -- I'm
2  trying to remember now who it was.  It might
3  have been the Army is trying to, like,
4  professionalize their recruiters within that
5  service, you know, more schools, more formal
6  training, and to make that an occupational
7  specialty, as opposed to taking an Army
8  infantryman and then sending them through
9  recruiting school and then he goes out and
10 does a two or three year as a recruiter, you
11 actually make this an occupational specialty,
12 and that's what that Army soldier does for a
13 good part of his career.  So they're aware of
14 it and they're making these efforts.
15 BY MR. CARMICHAEL:
16     Q.    Okay.  I want to move on to your
17 interviews starting on page 59.  Are these
18 three colonels the only individuals you
19 interviewed?
20          MR. STRAWBRIDGE:  I think this
21 is going to run into the same problem we had
22 earlier with undisclosed drafts or reports.