UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

STUDENTS FOR FAIR ADMISSIONS,

*Plaintiff*,

v.

THE UNITED STATES NAVAL ACADEMY, *et al.*,

*Defendants*.

No. 1:23-cv-02699-RDB

**[PROPOSED ORDER]**

Before the Court is Defendants' motion *in limine* regarding Plaintiffs' expert witnesses. Having considered the motion, it is ordered that Defendants' motion is granted and the opinions and testimony of Brigadier General (Ret.) Christopher S. Walker and Lieutenant Colonel (Ret.) Dakota L. Wood will be excluded in their entirety; and Mr. Richard Kahlenberg's testimony and opinion shall be excluded as far as it pertains to the United States Coast Guard Academy and any comparison to the United States Naval Academy.

Dated: _____                    _____
                                      RICHARD D. BENNETT
                                      United States District Judge