# Exhibit 3 (P537)

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD       NEWSLETTERS   PRESS   MY ACCOUNT   DONATE   CONTACTED BY US?

Read our research on:   Economy & Work  |  Family & Relationships  |  Election 2024



Search pewresearch.org…

RESEARCH TOPICS        PUBLICATIONS        OUR METHODS        SHORT READS        TOOLS & RESOURCES        EXPERTS        ABOUT US

Home  >  Research Topics  >  Politics & Policy  >  Political Issues  >  Discrimination &…

SHORT READS  |  APRIL 26, 2022                                                                                                           SHARE

# As courts weigh affirmative action, grades and test scores seen as top factors in college admissions

BY **VIANNEY GÓMEZ**

With the college admissions process under increasing scrutiny – by colleges themselves and the U.S. Supreme Court – more Americans say high school grades and standardized test scores should matter in the admissions process than say the same about other factors.

More than nine-in-ten Americans (93%) say high school grades should be at least a minor factor in admissions decisions, including 61% who say they should be a major factor. Grades are, by far, the criteria the public says should most factor into admissions decisions. This is followed by standardized test scores (39% major factor, 46% minor factor) and community service involvement (19% major, 48% minor), according to a Pew Research Center survey conducted March 7-13, 2022.



**Americans see grades, standardized test scores as top factors to be considered in college admissions**

% who say each of the following should be a ____ factor in college admissions decisions

■ Major   ■ Minor   ■ Not a factor

| | Major | Minor | Not a factor |
|---|---|---|---|
| High school grades | 61 | 32 | 7 |
| Standardized test scores | 39 | 46 | 14 |
| Community service involvement | 19 | 48 | 33 |
| Being first in family to go to college | 18 | 28 | 54 |
| Athletic ability | 9 | 36 | 55 |
| Race or ethnicity | 7 | 19 | 74 |
| Whether a relative attended the school | 5 | 20 | 75 |
| Gender | 4 | 14 | 82 |

Note: No answer responses not shown.
Source: Survey of U.S. adults conducted March 7-13, 2022.
PEW RESEARCH CENTER

Nearly half of Americans (46%) say someone being the first in their family to go to college should be either a major (18%) or minor (28%) factor in admissions decisions, while a similar share say athletic ability should factor into these decisions (9% major, 36% minor).



How we did this ⊕

By comparison, nearly three-quarters of Americans or more say gender, race or ethnicity, or whether a relative attended the school should *not* factor into admissions decisions.

## RELATED

SHORT READS | DEC 8, 2023
**Striking findings from 2023**

SHORT READS | JUL 14, 2023
**Private, selective colleges are most likely to use race, ethnicity as a factor in admissions decisions**

SHORT READS | JUN 16, 2023
**Americans and affirmative action: How the public sees the consideration of race in college admissions, hiring**

REPORT | JUN 8, 2023
**Asian Americans Hold Mixed Views Around Affirmative Action**

REPORT | JUN 8, 2023
**More Americans Disapprove Than Approve of Colleges Considering Race, Ethnicity in Admissions Decisions**

### TOPICS

Affirmative Action

Higher Education

Race & Ethnicity

### MOST POPULAR

1  The Experiences of U.S. Adults Who Don't Have Children

2  10 facts about Democrats in the U.S.

3  Harris Energizes Democrats in Transformed Presidential Race

The relative importance of each of these factors is unchanged since 2019. However, there have been declines in the shares of U.S. adults who say grades and standardized tests should be major factors. Around six-in-ten adults (61%) now say high school grades should be a major factor, down from 67% in 2019. And 39% of adults currently say standardized test scores should be a major factor, down from 47% three years ago.

4  About half of TikTok users under 30 say they use it to keep up with politics, news

5  Where is the most religious place in the world?





Compared with 2019, fewer Americans now see high school grades and test scores as major factors that should be considered in college admissions decisions

Over this same time period, there has been an increase in the share of adults who say that whether someone's relative attended a particular school – sometimes referred to as "legacy admissions" – should *not* be a factor in admissions decisions. Today, 75% say this, up from 68% in 2019. There has been little change in the public's views of the other factors asked about in the survey.

Large majorities across racial and ethnic groups and partisan lines continue to say high school grades should be a factor in college admissions decisions, but there have been some shifts since 2019 in the shares saying it should be a *major* factor. Asian American (65%) and White adults (63%) are now somewhat more likely than Black (54%) and Hispanic (53%) adults to say high school grades should be a major factor. Three years ago, Asian American adults (77%) were more likely than White (68%), Hispanic (66%) and Black (63%) adults to say this.

At the same time, the share of Democrats and Democratic-leaning independents who say high school grades should be a major factor has decreased from 68% in 2019 to 60% today. There has been less change among Republicans and GOP leaners, from 68% in 2019 to 65% today.

In both parties, fewer now say standardized test scores should be a major factor in college admissions decisions than said the same three years ago. But this shift is starker among Democrats (34% now, down from 44%) than Republicans (47% now, down from 51%). And while there have been declines across racial and ethnic groups in the shares who say standardized test scores should be a major factor in college admissions, this decline is particularly pronounced among Asian Americans. (Three-in-ten Asian Americans live in California, a higher share than among other racial and ethnic groups. Public universities in that state have dropped standardized testing requirements in recent years.)

### Race and ethnicity, first generation status, legacy admissions

Although majorities of Americans across racial and ethnic and partisan groups say race or ethnicity should *not* be factored into college acceptance decisions, there are variations in how widely this view is held.

About eight-in-ten White adults (79%) say race or ethnicity should not factor into admission decisions. By comparison, 68% of Hispanic adults say this, as do about six-in-ten Asian American (63%) and Black (59%) adults. And while 87% of Republicans say race or ethnicity should not be a factor in admissions, that share falls to 62% among Democrats.

While three-quarters of Americans say having a relative who attended the school should *not* factor into decisions, White adults (80%) are more likely than Hispanic (67%), Black (62%) and Asian American (59%) adults to say this.

**Black, Hispanic and Asian American adults more likely than White adults to say race or ethnicity, legacy, first-generation status should be factors in college admissions**

*% who say each of the following should be a ____ factor in college admissions decisions*

|  | Being first in family to go to college | | | Whether a relative attended the school | | | Race or ethnicity | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Major | Minor | Not | Major | Minor | Not | Major | Minor | Not |
| Total | 18 | 28 | 54 | 5 | 20 | 75 | 7 | 19 | 74 |
| White | 13 | 27 | 61 | | 18 | 80 | | 17 | 79 |
| Black | 29 | 30 | 41 | 11 | 26 | 62 | 15 | 24 | 59 |
| Hispanic | 30 | 27 | 44 | 10 | 23 | 67 | 12 | 19 | 68 |
| Asian* | 23 | 38 | 39 | 9 | 32 | 59 | 10 | 27 | 63 |
| Rep/Lean Rep | 10 | 22 | 68 | | 19 | 77 | | 10 | 87 |
| Dem/Lean Dem | 24 | 34 | 42 | 5 | 22 | 72 | 9 | 28 | 62 |

*Asian adults interviewed in English only.
Note: White, Black and Asian adults include those who report being only one race and are not Hispanic. Hispanics are of any race. No answer responses not shown.
Source: Survey of U.S. adults conducted March 7-13, 2022.

**PEW RESEARCH CENTER**

The public is divided about whether being the first in the family to go to college should be a factor in college admissions decisions (46%) or not (54%). About six-in-ten Democrats (58%) say first-generation status should be a consideration in admissions; about a third of Republicans (32%) take this position. Asian American, Black and Hispanic adults are more likely than White adults to say first-generation status should be a factor in admissions.

*Note: Here are [the questions used](#) for the report, along with responses, and [its methodology](#).*

---

**Related posts**

- [10 facts about today's college graduates](#)
- [A majority of U.S. colleges admit most students who apply](#)

Topics   [Affirmative Action,](#)   [Higher Education,](#)   [Race & Ethnicity](#)

SHARE THIS LINK:   https://pewrsr.ch/3kewxC3                              Share ⬆

[Vianney Gómez](#) is a former research assistant focusing on U.S. politics and policy at Pew Research Center.



901 E St. NW, Suite 300
Washington, DC 20004
USA

(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | **Media Inquiries**

**RESEARCH TOPICS**

Politics & Policy

International Affairs

Immigration & Migration

Race & Ethnicity

Religion

Age & Generations

Gender & LGBTQ

Family & Relationships

Economy & Work

Science

Internet & Technology

News Habits & Media

Methodological Research

**FOLLOW US**

Email Newsletters

Instagram

Facebook

X

Tumblr

YouTube

RSS Feed

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research Center does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

© 2024 Pew Research Center    About    Terms & Conditions    Privacy Policy    Cookie Settings    Feedback    Careers