UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants.* | No. 1:23-cv-2699-RDB |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion *In Limine* concerning certain exhibits. Having considered the motion and Plaintiff's opposition,

**IT IS ORDERED** that Defendants' motion is **GRANTED**, and the Court excludes the following exhibits from trial: P218-32; P234-35; P237-38; P240-58; P259; P264-69; P279-80; P281; P283; P282; P291; P294; P296; P297; P306; P308; P322; P450; P471; P500; P501-03; P509-12; P517-18; P536-42.

Dated: _____

RICHARD D. BENNETT
United States District Judge