# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES NAVAL ACADEMY, *et al.*, <br><br> *Defendants*. | No. 1:23-cv-2699-RDB <br><br> **MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY FROM CAPT. (SEAL) BIRCH** |

Plaintiff Students for Fair Admissions respectfully submits this motion *in limine* pursuant to Federal Rule of Evidence 403 to exclude certain testimony from Captain (SEAL) Jason Birch. Because Capt. Birch's isolated examples have only minimal probative value in these proceedings and he refused to provide details of those experiences during his deposition, Capt. Birch should not be permitted to testify about these incidents at trial, as such testimony would be unduly prejudicial and a waste of time under Rule 403.

For the additional reasons articulated in SFFA's brief in support, the Court should grant SFFA's motion *in limine* and exclude Capt. Birch's testimony about the incidents he described in his article.

Dated: August 21, 2024

Adam K. Mortara*
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Respectfully submitted,

　/s/ *Thomas R. McCarthy*　

Thomas R. McCarthy*
Patrick Strawbridge*
J. Michael Connolly*
Bryan K. Weir*
Cameron T. Norris**
James F. Hasson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

*pro hac vice
**admitted to practice in the District of Maryland

*Counsel for Students for Fair Admissions*

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

/s/ *Thomas R. McCarthy*