# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants*. | No. 1:23-cv-2699-RDB<br><br>**DEFENDANTS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES** |

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and 26(e)(1), Defendants, by and through undersigned counsel, hereby supplement their initial disclosures. Defendants make these disclosures based on the information available to them at this time and will continue to supplement these disclosures as appropriate pursuant to Federal Rule of Civil Procedure 26(e)(1).

### I. Individuals Likely to Have Discoverable Information[1]

The following individuals are likely to have discoverable information that Defendants may rely upon in this case. Defendants request that each of these individuals be contacted only through undersigned counsel.[2]

1. Jason Birch
   Third Battalion Officer
   United States Naval Academy

Captain Birch currently serves as a Third Battalion Officer with the United States Naval Academy and serves on the Admissions Board. Captain Birch is likely to have discoverable information concerning his personal experiences regarding the importance of diversity, including racial and ethnic diversity, in the Navy's officer corps.

---

[1] Defendants reserve the right to call any individual identified in Plaintiff's Rule 26(a) disclosures as a witness to support Defendants' defenses.

[2] Defendants may also rely upon certain of these individuals or other individuals as hybrid fact/expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (C). If Defendants disclose such witnesses, a summary of their testimony will be set forth in Defendants' Rule 26(a)(2)(C) disclosure(s) consistent with the Court's scheduling order, ECF No. 61.