# Exhibit B

**In the Matter Of:**

Students for Fair Admissions vs U.S. Naval Academy

1:23-cv-02699

# CAPTAIN JASON BIRCH

*August 08, 2024*

*Highly Confidential*



800.211.DEPO (3376)
EsquireSolutions.com

1        So you have -- this is something that we'll
2   have to figure out -- but you know individuals who
3   have told you that their -- your race was important to
4   them in their military experience, and you do not feel
5   comfortable giving their names.  I just want to make
6   sure I have the record correct.
7           MR. MENDEZ:  Objection.  Argumentative and
8   harassment.  Objection, asked and answered.
9           THE WITNESS:  Yes.  As I just said, I'm not
10  comfortable providing specific names for deeply
11  personal issues and experiences for this case.
12  BY MR. CONNOLLY:
13     Q.   Okay.  In your experience, is racial
14  diversity critical to the validity of the Navy?
15          MR. MENDEZ:  Objection.  Foundation.
16          THE WITNESS:  Well, I can't speak to the big
17  Navy, but I can speak for my experiences.  And
18  certainly the special operation teams I have been a
19  part of, and diversity of all kinds definitely make us
20  more capable and more lethal.
21  BY MR. CONNOLLY:



Case 1:23-cv-02699-RDB   Document 87-3   Filed 08/21/24   Page 4 of 13
CAPTAIN JASON BIRCH  Highly Confidential                    August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                     126

1       A.    Yes.

2       Q.    Can you give me an example in your career

3  when the lack of racial diversity undermined unit

4  cohesion?

5             MR. MENDEZ:  Objection.  Asked and answered.

6             THE WITNESS:  I believe that at different

7  points in my career when teammates, those who have

8  worked for me have faced not just racism but just poor

9  working conditions and unhealthy environment, when

10 they face an unhealthy environment from -- you feel in

11 the blank.  Harassment, basically not respecting our

12 core values of any kind, poor treatment, I think that

13 an extension of that many times was because the units

14 were undiverse, meaning there were very few if no

15 others for those individuals whether it be another

16 person of the same race, another person of the same

17 gender, et cetera.  Because when you have more diverse

18 teams, it's more likely there are individuals that

19 have that shared common experience and can -- it

20 decreases the likelihood that those things will happen

21 and specifically if they do happen, that they will



Case 1:23-cv-02699-RDB   Document 87-3   Filed 08/21/24   Page 5 of 13
CAPTAIN JASON BIRCH  Highly Confidential                August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                  127

1   actually be addressed, because they'll feel more

2   confident and comfortable in expressing their

3   displeasure.

4        Q.   Can you give me a specific example of when

5   this happened?

6             MR. MENDEZ:  Same objection.

7             THE WITNESS:  I've already provided examples

8   in terms of what individuals have felt more

9   comfortable coming forward because of my racial

10  diversity.

11            There are other examples in my career.  I

12  can think of times when females have communicated to

13  me that they were less likely to report assaults or

14  working conditions and treatment because they were a

15  one-off within my team.

16            So as I understood your question, when a

17  lack of diversity has been detrimental to the team, I

18  think that those are situations -- you asked for

19  specific examples -- that type of scenario has

20  happened.  I have observed that it happened numerous

21  times throughout my career.



Case 1:23-cv-02699-RDB   Document 87-3   Filed 08/21/24   Page 6 of 13
CAPTAIN JASON BIRCH  Highly Confidential                August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                  132

```
1        Q.    Did the event that you described happen?
2        A.    Yes.
3        Q.    Who was the senior Seal captain that said to
4   you "how are my two little cookies doing"?
5        A.    I don't feel comfortable providing that
6   name.
7        Q.    Why do you not feel comfortable providing
8   that name?
9        A.    Because that individual -- I believe it's
10  possible that they could see it as an attack on them
11  as a person or it could be construed for them and/or
12  their family that that individual had a persistent
13  behavior of racist -- persistent habit of racist
14  behavior and the negative things that could come from
15  that.
16              And while this interaction -- you know, the
17  statement was inappropriate and doesn't mean I don't
18  care for this person, and I'm not inclined to offer
19  their name in that way.
20       Q.    And to be clear, you do know this
21  individual's name; correct?
```



```
 1        A.    Yes, I do.
 2        Q.    But you will not provide -- you will not
 3   identify that person to me; correct?
 4              MR. MENDEZ:  Objection.  Asked and answered.
 5              THE WITNESS:  Not at this time.
 6              If I may go on to say for the record, I mean
 7   I would have mentioned their name here in the article
 8   if I thought that the name was important.  To me it
 9   was important that it actually happened.
10   BY MR. CONNOLLY:
11        Q.    In the next paragraph you say "Midway
12   through my career, a senior enlisted leader, a combat
13   mentor and idol to many in my unit announced; 'I am a
14   racist bastard, but I will always support you.'"
15              Did I read that correctly?
16        A.    Yes, you did.
17        Q.    Did that happen as you described it?
18        A.    Yes.
19        Q.    Who was the senior enlisted leader that said
20   "I am a racist bastard, but I will always support
21   you"?
```



Case 1:23-cv-02699-RDB   Document 87-3   Filed 08/21/24   Page 8 of 13
CAPTAIN JASON BIRCH  Highly Confidential                August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                  134

```
 1       A.   I don't feel comfortable offering that name
 2   now.
 3            And I'll offer again when I wrote that
 4   article, it was written in such a way that none of the
 5   individuals involved could be personally identified.
 6   I did that with intention.
 7       Q.   Do you know the name of this senior enlisted
 8   leader?
 9       A.   Yes, I do.
10       Q.   The next paragraph at the bottom of page 1,
11   you say, "Despite these experiences, I have found that
12   most in uniform with whom I have served do not
13   subscribe to or accept these sentiments."
14            What did you mean by that?
15       A.   What I meant is that throughout my career
16   that I've experienced racism, I have observed racist
17   behavior.  But my words were meant and I believe that,
18   and the reason I wrote it, is to remind everyone
19   particularly at the time and the context of the George
20   Floyd death that many, if not most, that are in the
21   military that I have served with are patriotic good
```



```
 1   people who believe in our core values and act that way

 2   every day.  And so I wouldn't -- part of the reason

 3   for writing the article and sharing some of those

 4   experiences is so that, as they say, we weren't

 5   throwing the baby out with the bath water in the

 6   public to do so in terms of the actions of a few.

 7   Paint that picture for the whole formation.

 8         Q.   Have you ever experienced racism in the

 9   military?

10         A.   Yes.

11         Q.   Can you please provide me with the examples

12   of when you experienced racism in the military?

13         A.   Yes.  Some examples, but not limited to,

14   would be the most stereotypical jokes you can imagine,

15   asking me if I eat certain foods, if I liked certain

16   types of music.  Other, you know, personal habits and

17   things like that.

18              I've been questioned on was BUDS easier for

19   me.  Or was the -- were the standards adjusted so that

20   I could make it through.

21              I've been questioned whether my rank and
```



```
 1   position was solely achieved because of my race.
 2   Paraphrasing just to provide a politically palatable
 3   individual in a senior position on an elite team.  And
 4   so those things, as just a few examples, were levied
 5   upon me at points throughout my career.
 6        Q.   Can you please identify some of these
 7   individuals who you have -- these individuals who have
 8   expressed racist views or taken racist actions against
 9   you?
10             MR. MENDEZ:  Objection form.  Objection
11   compound.
12             THE WITNESS:  So I do remember specific
13   individuals who have exhibited racist behavior towards
14   others and towards me throughout my career.
15   BY MR. CONNOLLY:
16        Q.   And what are their names?
17        A.   I'm not going to provide names.
18             But I will say on record that at times that
19   behaviors of those individuals was addressed at the
20   time.  Sometimes it was addressed on a one-on-one
21   basis, sometimes it was addressed through the chain of
```



1  command.  And sometimes it wasn't addressed at all,

2  which are missed opportunities that I regret.

3           I will go on to say that it's been an

4  opportunity, as I've gained rank and experience within

5  the teams, that I have given confidence to others,

6  speaking about my experience in the past.  Times when

7  I've done a good job about stopping this type of

8  behavior, and times when I haven't done as good of a

9  job.  So sharing those experiences with others within

10 my team and other teams, and certainly here at the

11 Naval Academy, I believe is setting up our future

12 leaders for success and giving them the confidence to

13 handle these issues as they -- as they come about

14 handling them well.

15      Q.   Why will you not provide to me the names of

16 the individuals who expressed racist views or took

17 racist actions against you?

18           MR. MENDEZ:  Objection.  Asked and answered.

19 Objection.  Compound form.

20           THE WITNESS:  Yes.

21           So, my intent isn't to call anyone out by



1  name.  My personal views are that, again, throughout

2  my career, I've handled these issues.  And many times

3  those have been held accountable for that improper

4  behavior, sometimes they weren't held accountable.

5          And that's the past. So I had my opportunity

6  to address them, I addressed them when I could at the

7  time.  Sometimes well, sometimes not well.

8          From here, I'm just focussed on learning

9  from those experiences and educating and supporting

10 others as -- if and unfortunately they have to deal

11 with the situations, to best prepare them.  But my

12 intent is not to go on a witch hunt or hold the

13 individual accountable long after these

14 transgressions, these situations were -- took place.

15     Q.   You've mentioned that individuals have

16 questioned whether your rank and position was achieved

17 because of your race.  Can you identify the

18 individuals who have made those statements to you?

19     A.   I can, but I won't.

20     Q.   Putting aside their identify for now, how

21 did it make you feel when people made those statements



Case 1:23-cv-02699-RDB   Document 87-3   Filed 08/21/24   Page 13 of 13
CAPTAIN JASON BIRCH  Highly Confidential                      August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                        142

```
 1            Do you still believe that?
 2       A.   Yes, I do.
 3       Q.   Turning back to the senior Seal captain who
 4  said, "How are my two little cookies doing", did you
 5  report this individual?
 6       A.   I did not.
 7       Q.   Do you believe that what the senior Seal
 8  captain did was a UCMJ violation?
 9            MR. MENDEZ:  Objection.  Foundation.
10            THE WITNESS:  I'm really not certain.  I
11  would say that it was inappropriate, for sure.
12  BY MR. CONNOLLY:
13       Q.   For the second incident, the senior enlisted
14  leader who said, "I am a racist bastard, but I will
15  always support you," did you report that individual
16  for those actions?
17       A.   For that statement, no, I did not.
18       Q.   Do you believe that statement was a UCMJ
19  violation?
20            MR. MENDEZ:  Objection.  Foundation.
21            THE WITNESS:  I'm not certain if it was a
```

