UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS *Plaintiff*, <br> v. <br> THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants.* | No. 1:23-cv-2699-RDB |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion *in Limine* to Exclude Certain Testimony From Capt. (SEAL) Birch,

**IT IS ORDERED** that the Plaintiff's motion is **GRANTED**, and the Court excludes Captain (SEAL) Jason Birch's testimony about the incidents he described in his article.

Dated: _____          /s/_____
                                RICHARD D. BENNETT
                                United States District Judge