# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

STUDENTS FOR FAIR ADMISSIONS,

*Plaintiff*,

v.

THE UNITED STATES NAVAL ACADEMY, *et al.*,

*Defendants*.

No. 1:23-cv-02699-RDB

## [PROPOSED ORDER]

Plaintiff's motion for partial summary judgment on standing is denied.


Dated: _____          _____
RICHARD D. BENNETT
United States District Judge