UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants*. | No. 1:23-cv-02699-RDB<br><br>**UNOPPOSED MOTION TO SEAL** |

Pursuant to Local Rules 105.111 and 104.13(c), Defendants move to file under seal portions of its opposition to Plaintiff's motion for partial summary judgment and exhibits to that opposition. Sealing these materials is appropriate for multiple reasons.

*First*, the sealed materials contain materials that have been designated as either "Confidential" or "Highly Confidential" under the parties' protective order. *See* ECF No. 63 ¶ 43. For example, the sealed materials divulge the names, schools, and other personal information of students who are SFFA's members. *Id.* ¶ 4 (designating this information as "Highly Confidential"). Accordingly, the Court granted Plaintiff's motion to seal its motion for partial summary judgment. ECF No. 77. Defendants move to seal for the same reasons.

*Second*, there is no "alternativ[e] to sealing" that would "provide sufficient protection." *See* L.R. 105.11(b). Filing only a redacted brief on the public docket—without also filing an unredacted copy on the sealed docket—would omit information that the Court might find helpful when deciding Plaintiff's motion. *See id.* There are thus no "alternatives" to filing portions of the motions *in limine* and exhibits under seal. *Id.*

Defendants conferred with Plaintiff, who does not oppose the motion to seal.

Accordingly, the Court should grant Defendants' unopposed motion to seal.

Dated:  August 23, 2024	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEX HAAS
Assistant Branch Director, Federal Programs Branch

/s/ John Robinson
JOSHUA E. GARDNER
*By Special Appearance*
Special Counsel

ANDREW CARMICHAEL
*By Special* Appearance
Senior Trial Counsel
CHRIS EDWARD MENDEZ
*By Special Appearance*
JOHN ROBINSON
*By Special Appearance*
CATHERINE M. YANG
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8489
Email: john.j.robinson@usdoj.gov

MEDHA GARGEYA
*By Special Appearance*
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendant*