UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants*. | No. 1:23-cv-02699-RDB |

**[PROPOSED ORDER]**

Before the Court is Defendants' unopposed motion to seal portions of Defendants' opposition to Plaintiff's motion for summary judgment and exhibits to that opposition. Having considered the motion, it is ordered that Defendants' motion is granted and the materials at issue shall be placed under seal.

Dated: _____                            _____
                                             RICHARD D. BENNETT
                                             United States District Judge