UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>*Defendants*. | No. 1:23-cv-02699-RDB |

**ORDER**

Before the Court is Defendants' unopposed motion to seal portions of Defendants' opposition to Plaintiff's motion for summary judgment and exhibits to that opposition. Having considered the motion (ECF No. 92), it is ordered that Defendants' motion is granted and the materials at issue shall be placed under seal.

Dated: August 23, 2024

/s/
RICHARD D. BENNETT
United States District Judge