# EXHIBIT A

**In the Matter Of:**

Students for Fair Admissions vs U.S. Naval Academy

1:23-cv-02699

---

**CAPTAIN JASON BIRCH**

*August 08, 2024*

---

*Highly Confidential*



800.211.DEPO (3376)
EsquireSolutions.com

1                    P R O C E E D I N G S

2    Whereupon,

3                    Captain Jason Birch,

4    A witness of lawful age, after being duly sworn to

5    tell the truth, the whole truth and nothing but the

6    truth, testified as follows:

7                              EXAMINATION:

8    BY MR. CONNOLLY:

9        Q.   Good morning.

10       A.   Good morning.

11       Q.   My name is Michael Connolly, and I'm a

12   lawyer for the Plaintiff students of admissions in

13   this case.

14            Could you please state your name?

15       A.   I'm Captain Jason Birch.

16       Q.   Have you ever been deposed before?

17       A.   Yes.

18       Q.   When were you deposed?

19       A.   I was deposed last year in connection with a

20   personal divorce.

21       Q.   Have you ever given testimony in a court



1  proceeding?

2      A.   Not that I'm aware of.

3      Q.   The deposition for your personal divorce, I

4  assume that had nothing to do with the Naval Academy

5  or the Navy in general?

6      A.   Correct.

7      Q.   Did you prepare for this deposition?

8      A.   Yes.

9      Q.   What did you do?

10     A.   I met with my attorney team, to my left.

11     Q.   When did you meet with them?

12     A.   We met this week.

13     Q.   How many days?

14     A.   We met three days this week.

15     Q.   For approximately how many hours each day?

16     A.   Approximately two to three hours.

17     Q.   Each day?

18     A.   Correct.

19     Q.   So total about nine hours?  Nine, ten hours?

20     A.   I would say more about six to seven hours,

21  something like that.



1        Q.    All right.

2              Did you review any documents in preparation

3    for your deposition?

4        A.    Yes.

5        Q.    Which documents did you review?

6        A.    I couldn't recall all of them by name. Some

7    of the documents were in connection with the

8    admissions board and policies therein.

9        Q.    And you said you don't recall any in

10   particular?

11       A.    No.

12       Q.    Did you discuss your deposition with anybody

13   else?

14       A.    No.

15       Q.    Is there any reason you're unable to give

16   complete and truthful testimony today?

17       A.    No.

18       Q.    Are you on any medication or under the

19   influence of anything that would impact your ability

20   to give complete and truthful testimony?

21       A.    No.



1      Q.   I didn't think so.

2            Where did you attend college?

3      A.   I attended the United States Naval Academy.

4      Q.   What year did you graduate?

5            MR. MENDEZ:  Mike, just really quickly

6    before we get into the substance, we just wanted to

7    reserve the right to read and sign.  And also we'd

8    like for this deposition to proceed under a protective

9    order, if that's okay?

10            MR. CONNOLLY:  Which designation?

11   Confidential?

12            MR. MENDEZ:  I think it's highly

13   confidential for now.  And then we reserve the right

14   to review and designate after the fact.  But let's

15   have this proceed as highly confidential for now.

16            MR. CONNOLLY:  Okay.  Could you tell me

17   generally on what ground?

18            MR. MENDEZ:  Well, I don't know exactly what

19   the substance of the deposition is going to be, but in

20   the event that, you know, we discuss, you know,

21   information that's highly protective under the



 1  protective order, I just wanted to make sure we

 2  proceed, you know, just with the utmost caution for

 3  that.

 4          MR. CONNOLLY:  Understood. Okay.

 5  BY MR. CONNOLLY:

 6      Q.   What year did you graduate the Naval

 7  Academy?

 8      A.   I graduated in 1999.

 9      Q.   Where are you from originally?

10      A.   I grew up in Crofton, Maryland.

11      Q.   Is that a small town?

12      A.   I'd say it's a small to mid-sized suburb

13  within this county.

14      Q.   What did you study when you were at the

15  Naval Academy?

16      A.   Well, here at the Naval Academy I studied

17  general science.

18      Q.   And did you attend a graduate school?

19      A.   Yes, I have.

20      Q.   What was the graduate school?

21      A.   Johns Hopkins School of Advanced



1  International Studies.

2       Q.   And what was the degree you got?

3       A.   I earned a Master's in International Public

4  Policy.

5       Q.   And did you do that graduate school right

6  after you graduated from the Naval Academy?

7       A.   No.

8       Q.   When did you do the graduate school?

9       A.   I graduated in 2014.

10      Q.   What was your first service assignment when

11  you were commissioned into the Navy?

12      A.   After commissioning, I was assigned to Seal

13  Team 2.

14      Q.   So this would have been around 2000?  1999?

15      A.   In 2000.

16      Q.   In 2000.  What did you do as part of Seal

17  Team 2?

18      A.   At Seal Team 2 I was assigned to various

19  leadership positions as a naval special welfare

20  officer or a Navy Seal.

21      Q.   How long were you in Seal Team 2?



1      A.   I was assigned to Seal Team 2 from

2  approximately 2000 to 2006.

3      Q.   How big is Seal Team 2?  How many people?

4      A.   At the time it was approximately, I would,

5  say 150 enlisted and officers assigned to the command.

6  And that could vary depending on the situation.

7      Q.   And then after Seal Team 2, what did you do?

8      A.   After my assignment at Seal Team 2, I was

9  assigned to Naval Special Warfare Unit 3.

10      Q.   And was this in 2006?

11      A.   Correct.

12      Q.   How long were you there?

13      A.   I was at Naval Special Warfare Unit 3 for

14  approximately one year.

15      Q.   And what did you do as part of this unit?

16      A.   When assigned to Naval Special Warfare

17  Unit 3, I assisted with training, coordination and

18  deployment of elements working in and around the

19  central command area of responsibility.

20      Q.   And then after naval special -- Naval

21  Special Warfare Unit 3; is that right?



1        A.    It's Naval Special Warfare Unit 3.

2        Q.    After that, what was your next position?

3        A.    After that assignment, I was assigned to

4   Seal Team 4.

5        Q.    And would this have been in 2007?

6        A.    It was somewhere between 2006, 2007 time

7   frame.

8        Q.    And how long were you with Seal Team 4?

9        A.    I was with Seal Team 4 for about two years.

10       Q.    So until about 2008, 2009?

11       A.    That's correct.

12       Q.    Okay.  And what did you do generally with

13  Seal Team 4?

14       A.    At Seal Team 4 I was assigned as a troop

15  commander.

16       Q.    And what does a troop commander do?

17       A.    A troop commander leads a certain number of

18  platoons.

19       Q.    After Seal Team 4 what did you do?

20       A.    After Seal Team 4 I was assigned to Special

21  Operations Command Pacific.



1        Q.    And how long were you in that position?

2        A.    I was at Special Operations Command Pacific

3    for approximately two years.

4        Q.    So year-wise, what would you say?

5        A.    Year-wise approximately from 2009 to 2011.

6        Q.    And what did you do for Special Operations

7    Command Pacific?

8        A.    While assigned at Special Operations Command

9    Pacific, I was working in operations as well as

10   working and spending time in South Asia and Southeast

11   Asia in support of the Pacific commander.

12       Q.    All right.  And then after Special

13   Operations Command Pacific, what did you do?

14       A.    From there I was assigned to Seal Team 8.

15       Q.    And how long were you in Seal Team 8?

16       A.    I was assigned at Seal Team 8 from

17   approximately 2011 through 2013.

18       Q.    And what did you do for -- what were your

19   general duties for Seal Team 8?

20       A.    At Seal Team 8 I was the operations officer

21   as well as the executive officer of that team.



1        Q.    Then after Seal Team 8, what did you do?

2        A.    After my assignment at Seal Team 8 I served

3   as the Aide to the Vice Chief of Naval Operations.

4        Q.    Approximately what years were you in that

5   position?

6        A.    Approximately from 2011 through 2013.

7        Q.    So I had in my notes you were at Seal Team 8

8   from 2011 to 2013.  You were doing both these

9   positions at the same time?

10       A.    No.  And so, again, there were approximate

11  dates.  It's been sometime. So, again somewhere

12  between the time frame of 2011 or '12, as I recall,

13  through 2013.

14       Q.    So let me make sure I have it right. Seal

15  Team 8, what -- approximately what years were you at

16  Seal Team 8?

17       A.    Again, approximately 2011 through '13.  I

18  can't recall the exact years.

19       Q.    Okay.

20       A.    Or months.

21       Q.    And I guess what I'm struggling with is it



1  sounds like you're saying you were doing -- that you

2  were the aide to the vice chief of naval operations

3  also from 2011 to 2013.

4       A.   No.  They were completely separate

5  positions, different assignments, different locations.

6  I just can't recall the exact years that I served in

7  those positions, but it was approximately during that

8  time frame.

9       Q.   Got it.

10      A.   Certainly I served first at Seal Team 8 as

11 the operations officer and the executive officer and

12 then was assigned to work as the Aide to the Vice

13 Chief of Naval Operations.

14      Q.   Okay.

15           And what did you do as the Aide to the Vice

16 Chief of Naval Operations?

17      A.   As the Vice Chief's Aide, I assisted with

18 preparing his travel throughout the United States and

19 as well as international air travel and coordinating

20 fleet concentrations throughout the world.

21      Q.   What did you do after this position?



1        A.    After that position, I was able to spend a

2    year earning my Master's degree at SAIS -- Johns

3    Hopkins School of Advanced International Studies.

4        Q.    S-A-I-S; right?

5        A.    S-A-I-S.

6        Q.    And approximately what year was that?

7        A.    Approximately from 2013 through 2014.

8        Q.    Okay.

9              And what did you study there?

10       A.    I studied international public policy.

11       Q.    And then, what did you do after Johns

12   Hopkins?

13       A.    After my schooling, I was assigned to the

14   Naval Special Warfare Group 4.

15       Q.    What was the approximate years for that?

16       A.    Approximately I served at Naval Special

17   Warfare Group 4 from 2014 through 2017.

18       Q.    Okay.  And what did you do as part of Naval

19   Special Warfare Group 4?

20       A.    At Naval Special Warfare Group 4 I was

21   assigned as the operations officer as well as the



1  chief staff officer.

2      Q.   Okay.  And after Naval Special Warfare

3  Group 4, what did you do?

4      A.   After my assignment at Naval Special Warfare

5  Group 4 I was assigned in command of Seal Team 10.

6      Q.   Approximately what years were you there?

7      A.   I was in command of Seal Team 10 from 2017

8  through 2019.

9      Q.   And what does it mean to be in command of

10  Seal Team 10?

11      A.   Being in command of Seal Team 10 means to be

12  responsible for the training, preparation and

13  deployment of my Seal Team in support of national

14  objectives.

15      Q.   Then after Seal Team 10, what did you do?

16      A.   After my assignment in Seal Team 10, I was

17  assigned to the U.S. Special Operations Command.

18      Q.   Okay.  And how long were you in that

19  position?

20      A.   I was at the U.S. Special Operations Command

21  from 2020 through 2023.



1    Q.   And what did you do as part of the U.S.

2    Special Operations Command?

3    A.   At the U.S. Special Operations Command I

4    worked in operations as well as efforts to support

5    people in culture.

6    Q.   What do you mean by support people in

7    culture?

8    A.   When I say support people in culture, I mean

9    we looked at the multitude of areas that support

10   having a healthy and effective team in terms of all

11   aspects of people assigned to various elements within

12   the command.

13   Q.   And what did you do after U.S. Special

14   Operations Command?

15   A.   After my assignment to U.S. Special

16   Operations Command, I was assigned here at the U.S.

17   Naval Academy.

18   Q.   And what is your position here?

19   A.   I am currently serving as the Third

20   Battalion Officer.

21   Q.   And what does -- what do your current



 1   position entail as the Third Battalion Officer?

 2       A.   As the Third Battalion Officer, I am senior

 3   mentor to approximately 750 midshipmen of varying

 4   levels or ranks within the brigade admission.  So

 5   freshman or plebes through firsties or seniors.  So

 6   from freshman to seniors.

 7       Q.   Have you ever -- have you ever been

 8   deployed?

 9       A.   Yes.

10       Q.   Where have you been deployed?

11       A.   I have been deployed to the UCON, CENTCOM,

12   SOCOM, PACOM areas of responsibility.

13       Q.   Do you have any combat experience?

14       A.   Yes, I do.

15       Q.   When did you see combat?

16       A.   I've seen combat throughout my career.

17       Q.   Maybe we'll go one by one real quickly.

18            When you were on Seal Team 2, did you see

19   combat?

20       A.   Yes.

21       Q.   Where were you -- where did you see combat



1    when you were on Seal Team 2?

2         A.   Within the central command areas of

3    responsibilities.  At CENTCOM as an acronym for the

4    central command area of responsibility for the Middle

5    East.

6         Q.   So you were in the Middle East when you were

7    on Seal Team 2?

8         A.   Correct.

9         Q.   Did you see combat when you were a part of

10   the Naval Special Warfare Unit 3?

11        A.   No.

12        Q.   Where were you -- where were you stationed

13   for that position?

14        A.   Naval Special Warfare Unit 3 is located in

15   Bahrain.

16        Q.   Did you see combat when you were in Seal

17   Team 4?

18        A.   Yes.

19        Q.   Where did you see combat there?

20        A.   In the CENTCOM.  In the central command area

21   of responsibility.



Case 1:23-cv-02699-RDB  Document 95-1  Filed 08/28/24  Page 19 of 127
CAPTAIN JASON BIRCH  Highly Confidential                August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                      22

1      Q.    Again, was that in the Middle East?

2      A.    Yes.

3      Q.    And where in the Middle East?

4      A.    Iraq.

5      Q.    And for Seal Team 2, that was also in Iraq?

6      A.    Yes.

7      Q.    Did you see combat as part of the Special

8   Operation Command in the Pacific?

9      A.    No.

10      Q.    Where were you located for that position?

11      A.    I was -- Special Operations Command Pacific

12   headquarters is in Hawaii.

13      Q.    Okay.

14            As part of Seal Team 8 did you see combat?

15      A.    No.

16      Q.    Where were you located for Seal Team 8?

17      A.    Seal Team 8 is headquartered in Virginia

18   Beach, Virginia.

19      Q.    When you were the Aide to the Vice Chief of

20   Naval Operations, did you see combat?

21      A.    No.



1      Q.    Where were you located for that position?

2      A.    While serving as Aide to the Vice Chief of

3    Naval Operations I worked out of the Pentagon.

4      Q.    I assume you did not see combat when you

5    were studying for your Master's degree; is that

6    correct?

7      A.    Correct.

8      Q.    Did you see combat when you were part of the

9    Naval Special Warfare Group 4?

10     A.    No.

11     Q.    And where were you located for that

12   position?

13     A.    Naval Special Warfare Group 4 is in Virginia

14   Beach, Virginia.

15     Q.    Did you see combat as part of Seal Team 10?

16     A.    Yes.

17     Q.    Where did you see combat?

18     A.    While deployed to Somalia.

19     Q.    Where were you based for Seal Team 4?

20     A.    In Mogadishu.

21     Q.    Did you see combat as part of the U.S.



1  Special Operations Command?

2      A.    No.

3      Q.    And where were you located for U.S. Special

4  Operations Command?

5      A.    U.S. Special Operations Command is located

6  in Tampa, Florida.

7      Q.    And since you have joined the Naval Academy,

8  have you seen combat?

9      A.    No, I have not.

10     Q.    And I assume you are stationed out of

11  Annapolis?

12     A.    Correct.

13     Q.    For Seal Team 2, I believe you said it was

14  about 150 enlisted and officers as part of Seal Team

15  2.  Do I have that correct?

16     A.    Approximately, yes.

17     Q.    Have you ever had a job or position where

18  you studied or assessed issues of diversity?

19     A.    Yes.

20     Q.    In which job or jobs was that?

21     A.    During my time at U.S. Special Operations



1   diverse teams were more effective teams and teams that

2   were best prepared for uncertain and unpredictable

3   situations both state side and deployed.

4        Q.   And how did your team reach the conclusion

5   that more diverse teams were more effective teams?

6        A.   Well, I think that -- again, speaking from

7   my perspective, more diverse teams are -- again,

8   because we're in the people business, being able to

9   draw on a multitude of dimensions when it comes to

10  diversity, when it comes to training and how that

11  eventually translates to a more effective team in all

12  deployments.

13       Q.   So, did your team issue a report of any kind

14  or a memo or anything?

15            MR. MENDEZ:  Objection to form.  Compound.

16            THE WITNESS:  So there -- to my knowledge,

17  there were some results published in terms of

18  reporting back to congress as mandated through various

19  taskings.

20  BY MR. CONNOLLY:

21       Q.   Do you know what conclusions those reports



1   reached?

2            MR. MENDEZ:  Objection.  Foundation.

3            THE WITNESS:  So I couldn't, you know,

4   regurgitate all the findings from those reports and

5   things.  But, again, I could say from my experience

6   that certainly having more diverse teams help to

7   create a better command culture, better experience for

8   teams, leadership teams as well, and ultimately

9   contributed to a more effective team, in my

10  experience.

11  BY MR. CONNOLLY:

12      Q.   Aside from leading the Health of Special

13  Operation Forces, have you had any other positions in

14  your career where you studied issues of diversity?

15      A.   Not to my recollection.

16      Q.   And do you serve on the admissions board of

17  the Naval Academy?

18      A.   Yes, I do.

19      Q.   Can you tell me generally what you do as

20  part of the admissions board?

21      A.   Yes.  As part of the board, I review



1   applicants' admission packages to include reviewing

2   their academic, physical and extracurricular or -- so

3   their physical, their -- all the different aspects

4   that go into attributing to some of the things we're

5   looking for as potential members of the U.S. Naval

6   Academy to include our missions being morally,

7   mentally and physical.

8        Q.   And after you review these applications, do

9   you provide comment?

10       A.   No.

11       Q.   What do you do after you've reviewed

12  these -- after you have reviewed applications?

13       A.   Could you ask the question again?  I'm

14  trying to understand the question.  Sorry.

15       Q.   You say you review applications to the Naval

16  Academy?

17       A.   Yes.

18       Q.   Once you've reviewed an application, what do

19  you do with that application?  Do you provide

20  comments?  Do you give scores?  Do you make a

21  recommendation, that sort of thing?



```
 1              MR. MENDEZ:  Objection.  Compound.

 2              THE WITNESS:  Right.

 3              So, yes, I do make a recommendation.

 4   BY MR. CONNOLLY:

 5       Q.   And what are recommendations that you make?

 6              MR. MENDEZ:  Objection to form.  Vague.

 7              THE WITNESS:  So as part of the process,

 8   either as qualified or not qualified.

 9   BY MR. CONNOLLY:

10       Q.   Do you provide written feedback about

11   applicants?  Maybe feedback isn't the right word.

12              Do you ever provide written comments on

13   applicants to anyone?

14              MR. MENDEZ:  Objection to form.

15              THE WITNESS:  As part of reviewing the

16   record, as part of reviewing different applicants'

17   records, I do make written notes to ensure, you know,

18   the accuracy of the package and, you know, the

19   elements within, so if I'm answering your question.

20   BY MR. CONNOLLY:

21       Q.   Do you ever recommend that an applicant
```



1       Q.    Have you ever seen this document before?

2       A.    I believe I have.

3       Q.    On page 1 at the bottom , it says your name,

4    Jason Birch.  And then it says, "Captain Birch

5    currently serves as a Third Battalion Officer with the

6    United States Naval Academy and serves on the

7    admissions board. Captain Birch is likely to have

8    discoverable information concerning his personal

9    experiences regarding the importance of diversity,

10   including racial and ethnic diversity in the Navy's

11   Officer Corp."

12          Did I read that correctly?

13      A.    Yes.

14      Q.    Do you intend to provide testimony at trial

15   about your personal experiences regarding the

16   importance of diversity, including racial and ethnic

17   diversity, in the Navy's Officer Corp?

18          MR. MENDEZ:  Objection.  Foundation.

19          You may answer.

20          THE WITNESS:  I'm willing to speak to my

21   experiences within my career with regard to diversity.



1   BY MR. CONNOLLY:

2       Q.   Do you intend to provide -- for the

3   statement that I read, do you intend to provide

4   testimony in addition to -- strike that.

5            Do you intend to testify at trial about

6   anything other than what it says on this paper, which

7   is your personal experiences regarding the importance

8   of diversity, including racial and ethnic diversity in

9   the Navy's Officer Corp?

10           MR. MENDEZ:  Objection.  Foundation.

11           THE WITNESS:  If I'm to testify in this

12  case, I'll answer every question to the best of my

13  ability from my experience throughout my life and

14  career, if that answers your question.

15  BY MR. CONNOLLY:

16      Q.   Can you tell me generally what are your

17  personal experiences regarding the importance of

18  diversity, including racial and ethnic diversity in

19  the Navy's Officer Corp?

20      A.   Well, I can't speak to -- I don't speak for

21  the big Navy, if you will.  But I can definitely offer



1   some reflections from my time, my time in uniform.

2   Certainly, I think that's -- my diverse background has

3   been helpful throughout my career.  There are

4   certainly some situations -- and most recently I

5   believe that my time in command of Seal Team 10 offers

6   some reflections in that regard.

7            I was the first black officer to command the

8   Seal Team, and being able to walk into a room of

9   Somalia leaders and other African partners and to --

10  at least from one aspect of my diversity -- right now

11  I'm speaking about at least race, the way I look,

12  being a black man -- I believe that was powerful to

13  them.  And I can say that, because they told me.  They

14  said, Hey, we have never seen anyone that looks like

15  you in a position like this.  And so I feel I was able

16  to kind of break down some of the -- reduce some of

17  the natural apprehensions that power forces have when

18  they work with American units at times and it helped

19  to kind of foment and encourage cooperation between

20  leadership.  And that trickled down to improved

21  cooperation between my elements and by encouraging



1   more training and really improving and contributing to

2   their willingness to work together, I believe made us

3   a more cohesive team.  And that translated to

4   operational success on the battlefield as we hunted

5   the enemy.

6           And I know this because they told me.  They

7   said, Hey -- they viewed me as a brother.  Hey,

8   brother, this is really amazing to see you.

9           So, again, it offered and set kind of the

10  foundation for more conversations about my background

11  experiences to include where I grew up, where I

12  travelled to, where I had worked, and some of the

13  different experiences that I had.

14      Q.   You believe -- do you believe that racial

15  diversity is important for the Navy?

16           MR. MENDEZ:  Objection.  Foundation.

17           THE WITNESS:  Again, I can't speak for the

18  Navy.  I can speak for elements that I have been a

19  part of, even the teams I have been a part of, and I

20  would say that all diversity and all the different

21  dimensions of diversity are extremely helpful to



1   forming cohesive teams with a good command climate,

2   with a good culture, and that are best prepared for a

3   multitude of scenarios that you can encounter down

4   range.  And certainly, the uncertainty when it comes

5   to dealing with situations that you can't predict in

6   both training and certainly overseas.

7            So I wouldn't just land on racial/ethnic

8   diversity, but diversity of all kinds.

9   BY MR. CONNOLLY:

10      Q.   Your belief that diversity is important, did

11  you form that belief based on your own experiences?

12      A.   I've formed that -- I've come to believe

13  that diversity of all types is important through my

14  experience and from input from my teammates throughout

15  my career, as they've told me and discussed in

16  different situations.

17      Q.   Did any studies or report inform your view

18  that diversity is important?

19            MR. MENDEZ:  Objection.  Foundation.

20            THE WITNESS:  So to answer that question,

21  repeating back just what informed my opinion, I would



1   say more so than, you know, studies.  I would land

2   more on just personal interactions and situations I've

3   dealt with in my own time in uniform.  You know, I can

4   think of a certain situation when I was at Seal Team

5   8, and I was the executive officer for a time.  And we

6   had very few people of color within the team.  And,

7   sadly, we dealt with a situation where one of my

8   operators, a black operator, was dealing with racism,

9   you know, to include verbal remarks, nasty stuff,

10  caricatures, written caricatures, things like that,

11  that he was subjected to.

12         And I remember him telling me that because

13  of my background, because of my experience in the

14  position I was in, that he felt confident, more

15  confident in coming forward with that situation in

16  those circumstances, because for him at least, as he

17  explained to me, he felt confident the issue would be

18  handled professionally and quickly and, you know,

19  thoroughly investigated and be dealt with.

20         And so, I just bring it up as an example of

21  my personal experience. I feel that diversity brought



1  strength to the team just in terms of my position and

2  diversity I brought to that position gave him

3  confidence and strength and trust and confidence in

4  his leadership that we would deal with that situation

5  promptly and accurately and appropriately.

6      Q.   The story you just told, who was the

7  individual that came to you?

8      A.   I can't recall his name.

9      Q.   When did this happen?

10     A.   When?  Oh, this was during my tour at Seal

11  Team 8.

12     Q.   And do you recall the name of the individual

13  who was engaging in racist behavior?

14     A.    I do not.  And it was -- but it was more

15  than one individual, I guess.  But, no, I do not

16  recall the exact individual's names that perpetrated

17  the behavior.

18     Q.   What was the outcome?  What did you do after

19  receiving this report?

20     A.   And so after receiving the reports, we

21  conducted investigations and had different all hands



1    calls, which are essentially opportunities to address

2    different elements of my team, talking about some of

3    these issues, the importance of treating everyone with

4    dignity and respect, and things like that.

5            But, what I found notable during this time

6    frame, because some of this behavior was noted during

7    deployment, you know, while we were actually overseas,

8    that we had to maneuver some of the different

9    leadership personnel from the -- from their job at the

10   time.  So we had to make some reassignments, take some

11   folks offline, et cetera, while we conducted these

12   investigations.

13           And so it was challenging because we were in

14   the middle of our missions.  And so it had a negative

15   effect on our capacity to do those things while we

16   were investigating those allegations and investigating

17   what happened.

18           For me it reinforced the importance of the

19   impact of this type of behavior and really in a lot of

20   ways a lack of diversity can have on accomplishing a

21   mission.



1      Q.   I would like to delve into sort of the

2   specifics of this incident.

3           Can you tell me a little bit more about what

4   happened with the -- what happened in this event?

5      A.   Sure.

6           As I recall, we have -- most leaders have a

7   biography.  And so their biography would include a

8   picture and then biographical information that would

9   include, you know, their hair color, eye color, places

10  that they've deployed, hometown, and things like that.

11          And so, in this situation, this individual's

12  printed written biography was posted up in -- we'll

13  say the team room area, the team room area, and was

14  -- was adjusted -- was adjusted to reflect hurtful,

15  negative stereotypes that go against our core values.

16  So filled with racial slurs and other demeaning

17  verbiage and things like that.

18     Q.   So there was a black officer on Seal Team 8,

19  who had a biography on the wall.  Do I have that

20  correct?

21     A.   No.  It wasn't an officer.  It was -- it was



1    an enlisted person.

2          Q.    This was in Somalia?

3          A.    No.   This was during my time at the Seal

4    Team 8.

5          Q.    Oh, in Virginia Beach?

6          A.    Yes.

7          Q.    And do you recall what was written on this

8    -- on his biography?

9          A.    I can't recall the exact words used, but,

10   again, filled with racial slurs and stereotypical --

11   what I would call hurtful language, demeaning and

12   inappropriate language.

13         Q.    Do you recall anything about the specifics?

14   Can you give me any specific thing that you remember

15   seeing written on there?

16         A.    Sure.

17               So one piece that comes to mind, calling his

18   hair nappy, highlighting the size of his lips, and

19   things like that.

20         Q.    So somebody had -- somebody had written

21   these things on this individual's bio -- or on this



1    individual's biography that was posted on the wall; is

2    that correct?

3          A.   Yes.

4          Q.   How did -- how did you learn about this

5    incident?

6          A.   And so -- I can't recall exactly who brought

7    it to my attention. It was likely -- and this has been

8    some time, but it was likely someone in the chain of

9    command.  But after I was -- so the initial

10   notification, rather.

11               So I can't tell you who was the exact person

12   who notified me of this situation.

13               But soon thereafter the actual individual

14   did approach me and let me know that, you know, this

15   had happened as a follow up to using the chain of

16   command to communicate information.  He did take time

17   to, you know, approach me and we were able to talk

18   about the situation, how he felt grateful that I was

19   in the position that I was in, that I had some of the

20   background that I had.

21               Again, noting me as a black man, a black



1    leader, a black officer, that that was something that

2    he likely would have never even brought up if I wasn't

3    in the position that I was in in that certain

4    situation.

5              So, as he communicated to me, that was

6    important to him and gave him the confidence to come

7    forward with that type of inappropriate behavior.

8         Q.   Was he the person who initially -- this

9    black enlisted individual -- was he the person who

10   first reported this incident?

11             MR. MENDEZ: Objection.  Foundation.

12             THE WITNESS:  Yes, to my recollection.  When

13   he discovered this document and behavior associated

14   with it, he was the one that came forward.

15   BY MR. CONNOLLY:

16        Q.   And who did he report that to?

17             MR. MENDEZ: Objection.  Foundation.

18             THE WITNESS:  I can't recall exactly who he

19   brought it up to, but likely his chain of command. And

20   when I say chain of command, his direct leader within

21   a subordinate element.



1    BY MR. CONNOLLY:

2        Q.   Do you recall the race of that direct

3    leader?

4             MR. MENDEZ:  Same objection.

5             THE WITNESS:  I do not recall.

6    BY MR. CONNOLLY:

7        Q.   And then how would you have heard about this

8    incident?

9        A.   And so I would have heard about this from a

10   combination of the chain of command, meaning his

11   direct supervisors as well as the individual himself.

12       Q.   And do you recall any of the individuals who

13   told you about this?

14       A.   No.  Not by name.

15       Q.   Do you recall the race of any of the

16   individuals who told you this?

17       A.   No, I do not.

18       Q.   If you -- you were the operations officer of

19   Seal Team 8; correct?

20       A.   Yes.

21       Q.   If the operations officer of Seal Team 8



1  were white, do you think that this investigation never

2  would have happened?

3          MR. MENDEZ:  Objection.  Foundation.  Calls

4  for speculation and incomplete hypothetical.

5          THE WITNESS:  I can speak from my experience

6  and I can say that what was important to this young

7  operator at the time was that he felt most comfortable

8  coming forward with that information because of --

9  that I was in that position at that time.

10         And so, again, it was communicated to me

11 that that was something that was important to him and

12 he felt most comfortable coming forward.  In fact, he

13 said that he probably wouldn't have if I were not in

14 that position.

15         So I couldn't speculate as to what -- what

16 would have happened in another scenario.  I would go

17 on to say I think that that speaks to why having a

18 diverse team would contribute to the likelihood under

19 that context of that communication happening and the

20 likelihood that an individual like the teammate I

21 described would bring that information to bear.



1    Q.   Did he -- did this black enlisted individual

2  tell you that he would not have come forward -- if the

3  operation officer of Seal Team 8 at the time had not

4  been black?

5            MR. MENDEZ: Objection.  Foundation.  And

6  objection to incomplete hypothetical.

7            MR. CONNOLLY:  It's not a hypothetical.  I'm

8  asking what happened.

9            MR. MENDEZ:  You may answer.

10            THE WITNESS:  Just to clarify, was the

11  operation's officer an executive officer at the time?

12  I'm pretty sure in this capacity I was the executive

13  officer at the time, so I can't recall.  I'm pretty

14  sure I was the executive officer in that period of

15  time.

16            But, if I remember the question correctly,

17  he did say that he came forward because he felt

18  comfortable coming forward because of me, in the

19  position that I was in at the time.  And that he

20  probably wouldn't have come forward if that weren't

21  the case.



1   BY MR. CONNOLLY:

2       Q.   When you say "the position that I was in,"

3   what do you mean by that?

4       A.   I mean that -- I'm referring to being a

5   black officer in a leadership position at the Seal

6   Team as specifically as the executive officer, and

7   operations officer as well.

8       Q.   So, is it -- I just want to make sure I have

9   it correct.

10          Is it your testimony that this black

11  enlisted individual told you that he would not have

12  reported what happened to him if the individual in

13  your position had not been black?

14      A.   Again, he said that he felt very comfortable

15  coming forward in that he probably wouldn't have come

16  forward, if me, as the black XO, weren't in that

17  position.

18      Q.   Did your race explicitly come up in the

19  conversation that you had with this individual?

20      A.   Yes.

21      Q.   And how -- what did he say?



1          MR. MENDEZ: Objection.  Asked and answered.

2    BY MR. CONNOLLY:

3      Q.   I know you said he felt comfortable.  I'm

4    trying to figure out did he say, I felt comfortable

5    because you are black?

6          MR. MENDEZ:  Same objection.

7          THE WITNESS:  I can't remember the exact

8    words, but the -- but, again, as I recall, it was

9    because I was a black officer, a black Seal serving in

10   that position, he felt the trust and confidence and

11   most comfortable coming forward that he knew -- he had

12   confidence that the complaint would be taken

13   seriously.  And also that -- yes, I already answered.

14   BY MR. CONNOLLY:

15     Q.   If he had not come forward, would people in

16   Seal Team 8 not have learned about this incident?

17         MR. MENDEZ: Objection.  Foundation.  Calls

18   for speculation.

19         THE WITNESS:  I think that's -- as I reflect

20   back, I think that others definitely did know what

21   happened because there were others involved in the



1  situation.  And because the caricatures in this

2  incident was in public -- public meaning in the team

3  area -- so in an area that everyone could see that it

4  was likely that multiple people saw this caricature

5  and this adjusted -- this altered bio for some time.

6          As I recall, we couldn't figure out how long

7  it was up, but it was likely up for some time.

8          And a multitude of individuals were able to

9  see that and -- and said nothing.

10          And so that is -- that was one of the

11  concerning pieces about that situation.  And I believe

12  that some of the lack of diversity within the element

13  likely contributed to the fact that no one else said

14  anything, that no one brought up the issue.

15      Q.   That's my next question.  Did anyone else

16  report this incident other than the black enlisted

17  individual?

18      A.   He brought up the situation.  He saw -- he

19  saw the documents and he made it known.

20      Q.   He made it known to his superior?

21      A.   As I recall.



1      Q.   And you don't recall the race of the

2   superior?

3           MR. MENDEZ:  Objection.  Asked and answered.

4           THE WITNESS: I don't.

5   BY MR. CONNOLLY:

6      Q.   Did he ever -- did this black enlisted

7   individual ever tell you that he would not have

8   reported this incident to his supervisor, except for

9   the race -- except for your race?

10          MR. MENDEZ: Objection.  Asked and answered.

11          THE WITNESS: He said, again, I probably

12   wouldn't have even brought this up if you weren't in

13   the position that you were in, being a black officer

14   at the Seal Team.

15   BY MR. CONNOLLY:

16     Q.   And you don't remember this person's name?

17          MR. MENDEZ:  Objection.  Asked and answered.

18          THE WITNESS:  No.

19   BY MR. CONNOLLY:

20     Q.   Did you ultimately conclude -- did -- was an

21   investigation conducted into what happened here?



1      A.    Yes.

2      Q.    And what was the result -- what were the

3  results of this investigation?

4      A.    And so, because it has been some time, I

5  can't recall the exact sanctions that were levied on

6  the individual.

7           I believe, to the best of my recollection,

8  that it went to what we call Captain's Mast, not

9  judicial punishment.  And so, as I recall, the

10  individual was subject to loss of pay and/or possibly

11  rank as well.

12      Q.    And it was just one individual?

13      A.    As I recall -- as I recall, only one

14  individual went to mast, as I recall.  However, I -

15      Q.    I apologize.

16           What does went to mast mean?

17      A.    Captain's mast is what we call military,

18  nonjudicial punishment, under the uniform code of

19  military justice.

20      Q.    Okay.

21      A.    Punishment.



1        Q.   Were there any other individuals involved in

2   this incident besides the one person who wrote it?

3             MR. MENDEZ:  Objection.  Asked and answered.

4             THE WITNESS:  As I can best recall, the

5   number of individuals was likely more than one,

6   because of the time left up and the -- as I recall,

7   it's been some time again -- the handwriting that was

8   actually on the document itself.  But because the

9   document itself was in the team room, the team area

10  for an extended amount of time, it's beyond reasonable

11  that numerous other teammates saw it and, as I recall,

12  discussed it, made jokes about it, talked about it,

13  but did not take it down or address the individual or

14  individuals that made it or with this particular

15  individual.

16       Q.   Do you recall how long this biography was

17  up?

18       A.   Again, I can't -- it's been some time.  I

19  can't say.  But it was, I believe, as I recall, for

20  potentially weeks or longer.  But that would be a

21  speculation.  I can't recall exactly how long.



1    Q.   And approximately when did this incident

2   happen?

3    A.   During my tour at Seal Team 8, so somewhere

4   between the years of 2011 and 2013, as I recall.

5         I couldn't tell you the exact months and

6   time frame.

7    Q.   So more than 10 years ago?

8    A.   Yes.

9    Q.   And I want to make sure I have your

10  testimony correct.

11        Did this individual tell you that he

12  definitely would not have reported it to his

13  commanding -- to his superior, if you had not been in

14  the position that you were in?

15        MR. MENDEZ: Objection.  Asked and answered.

16        THE WITNESS:  So he told me that he felt

17  most comfortable, more comfortable, with bringing this

18  up to the chain of command and me because I was in the

19  position that I was in, and that he probably would

20  have never even brought it up if I wasn't in that

21  position.  And that he had -- he knew, he felt



1  confident it would be handled quickly, thoroughly and

2  appropriately because I was in the position that I was

3  in, and specifically noting because I was who I was,

4  being a black officer and being a black CO in that

5  executive officer position.

6      Q.   To be clear, he never said definitively I

7  would never have reported this period if you were not

8  in this position?

9          MR. MENDEZ: Objection.  Mischaracterizes the

10  witness's prior testimony.

11          Objection.  Asked and answered.

12          THE WITNESS:  I can't recall the exact words

13  that he used.  But, again, the sentiment, tone of the

14  conversation, as I recall, was that I probably -- I

15  being the individual -- probably wouldn't have brought

16  it up at all. And he did bring it up because he felt

17  confident that because there was a black XO at the

18  team, that this was going to be taken seriously and be

19  handled appropriately and within regulations.

20      Q.   I want to go back to an earlier answer you

21  gave.  You believe -- your belief that diversity is



1    important, you are not basing that belief on any

2    studies or reports that you have conducted; is that

3    correct?

4              MR. MENDEZ:  Objection.  Asked and answered.

5              THE WITNESS:  My perspective on translating

6    diversity of all dimensions and kinds to the esprit de

7    corps, morale, culture and ultimately operational

8    effectiveness of our units, recruiting and retention,

9    are all formed on my experience and that path was the

10   focus of my formations and also one off, if you will,

11   but countless one-on-one interactions that I have had

12   with both civilians and active duty personnel

13   throughout my career.

14   Q.   And you did not mention any studies in this.

15   And I'm not trying to be difficult, but I'm just

16   trying to figure out what forms the basis of your

17   opinion?  And what I hear is it's your experience.

18             Now, what I'm trying to get at is, just

19   trying to narrow the field here to figure out where

20   this is coming from.  How you formed your opinions.

21             So I understand your opinion about diversity



1            So to say one is more important than the

2    other, what element, I can't say I can do that.  I

3    just know that the more that you have, the better you

4    are off as a leader and certainly as a member of that

5    team, the more elements of diversity you have.

6         Q.   What would you say is a good level of

7    racial diversity in order to obtain the benefits of

8    diversity?

9            MR. MENDEZ:  Objection.  Foundation.

10            THE WITNESS:  Again, to answer your

11    question, maybe I can ask a question back again.  Can

12    you clarify what you mean by -- ask the question again

13    in terms of level or balance?  Is it balance?  I'm

14    sorry.

15    BY MR. CONNOLLY:

16         Q.   What would you say is the best proportion of

17    racial diversity in order to achieve the benefits of

18    racial diversity?

19            MR. MENDEZ:  Objection.  Foundation.

20            THE WITNESS:  Okay.

21            You asked specifically about racial



1  diversity.  I have been talking about my opinion is

2  all diversity is important, and I wouldn't look for a

3  racial -- you said ratio again or a certain number

4  when it comes -- when you want to talk about making up

5  a team, I think it's important to have, again, the

6  most diverse team that you can.  So it wouldn't land

7  on a percentage.  I couldn't come up about a

8  percentage.

9  BY MR. CONNOLLY:

10     Q.    Can you provide me an example of a mission

11  that failed because it did not have adequate levels of

12  the racial diversity?

13          MR. MENDEZ:  Objection.  Foundation.  And

14  objection.  Vague, as to mission that failed.

15          You may answer.

16          THE WITNESS:  I would say that I can think

17  of a scenario where we struggled and we were certainly

18  not as mission effective, as operation effective when

19  it comes to diversity or lack thereof in some of my

20  formations.  And I go back to the first example or an

21  earlier example during this discussion with my



1   teammate that was the subject of those racial

2   caricatures.

3            And so, the -- when we're deployed, our

4   deploy leaders have options on who they can utilize

5   for different missions, training, et cetera.  And when

6   we had to -- and generally when we have to move

7   leadership positions around, when we have to take

8   folks offline because we're doing investigations,

9   that's taking time and focus away from what we need to

10  be focused on, which is many times training, operating

11  with our partners, working on our tactics, techniques

12  and procedures and so on.

13           And so, oftentimes we might not even be

14  offered the mission or chosen to go on a mission

15  because our leaders know that we are embroiled in

16  internal issues and investigations and things like

17  that.

18           And it kind of speaks to the trust that our

19  deployed leadership has in us, if we have these issues

20  both in training that can often bleed into different

21  deployed operational scenarios.



1            And so, it can be hard to quantify when

2    you're not even given the mission because of these

3    other -- baggage of these other issues that my

4    elements were dealing with.

5            I can say for sure that the time that it

6    took to do these investigations, the gossip, the --

7    you know, the emotional toll that it takes on the

8    individual, you know, particularly my one teammate

9    that I'm talking about in this particular scenario,

10   and everyone within the formation affects our

11   readiness and it affects our focus.

12           And so, in that way it actually makes us

13   less combat effective.  Less combat effective and

14   really less relevant, as I said before, where many

15   times our leadership teams have options of who they

16   can use to partner with other foreign militaries to

17   partner or to go on different missions and objectives.

18       Q.   So let's drill down here.  You talked about

19   an example with your former teammate, you said?

20       A.   Yes.

21       Q.   Can you tell me all about this example?



1  This is not the biography on the wall thing; right?

2       A.   Actually, I was referring to that scenario.

3       Q.   So I guess when you say teammate, you are

4  referring to the enlisted black individual that came

5  to you?

6       A.   Correct.

7       Q.   All right.

8            So, let me then -- you spoke at length

9  generally, but can you provide a specific example of a

10  mission that failed because it did not have adequate

11  levels of racial diversity?

12           MR. MENDEZ:  Objection.  Asked and answered.

13  And objection, vague.

14           THE WITNESS:  Again, I can speak to how the

15  most motorist teams or the most effective teams and --

16  again, in the situation I just described, our -- the

17  focus that those investigations and the drag on our

18  morale to come to the heart of what happened on that

19  -- what we call blue on blue incident, that teammate

20  on teammate assault, if you will, and how that

21  negatively affected our ability to may focus on our



CAPTAIN JASON BIRCH  Highly Confidential                    August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                      82

1  tasking, potential for losing future mission taskings,

2  definitely made us less combat effective.

3          Oftentimes -- you know, I can think of

4  scenarios where if we don't train 9:00 to 5:00, the

5  reason why we are so effective is we are special

6  warfare and dare to say other other elements within

7  the military are because we put so much time in after

8  hours.  And if an individual, like my teammate or any

9  other, doesn't feel like they are fully included in

10  the team, they are not going to seek help from those

11  same mentors if they don't believe that they -- if

12  they believe they are saying things like these

13  individuals did or writing about my teammate in this

14  situation.

15      Q.   So you identified -- you referenced again

16  this investigation with the biography on the wall.

17  Can you provide another specific example of a mission

18  that failed because it did not have adequate levels of

19  racial diversity?

20          A concrete example on this date and this

21  situation.  You're speaking generally, but I'm trying



1    to focus here and talk about specific examples.

2              Now, I've heard about this one example in

3    2013 in Virginia Beach.  And now what I'm trying to

4    get at is I want to talk concretely and specifically

5    and facts and dates and people.

6              So, can you provide -- putting aside this

7    incident with the biography that we spoke about at

8    length -- can you provide a specific example of a

9    mission that failed because it did not have adequate

10   levels of racial diversity?

11             MR. MENDEZ:  Objection.  Form.  Objection.

12   Asked and answered.  Objection.  Vague as to a mission

13   that failed.  And objection, argumentative.

14             THE WITNESS:  My response would be to answer

15   the question to clarify rather.  When you talk about

16   mission failure, what does that mean?

17             You know, for me, in my experience, when we

18   talk about mission failures, it could be problematic.

19   Some would say, Hey, we are searching for a certain

20   individual, or we're trying to move an element from

21   Point A to Point B.  And those can be narrow scenarios



1   most diverse teams are the most capable teams and that

2   the teams that were not diverse or were encumbered by

3   some of the challenges that come with having a lack of

4   diversity on the team, whether it be racial or

5   otherwise, were less prepared teams and didn't perform

6   as one.

7   BY MR. CONNOLLY:

8        Q.   There you go.

9            Can you give me an example of when they did

10  not -- your teams did not perform as well because they

11  were not racially diverse?

12           MR. MENDEZ: Objection, asked and answered.

13           THE WITNESS:  And so, again, those teams

14  certainly would have performed better if they weren't

15  encumbered by avoidable issues in terms of racial

16  discrimination.  And, again, specifically in terms of

17  being best prepared to shoot, move and communicate,

18  because they spent the time on the range, they were

19  able to hone their tactics, techniques, and

20  procedures, and weren't dealing with these unfortunate

21  and avoidable distractions.



 1  BY MR. CONNOLLY:

 2      Q.   And which team are you speaking of here?

 3      A.   You know, certainly my time at Seal Team 8

 4  would be an applicable example of the scenario that I

 5  just described.

 6      Q.   Any other examples of when the lack of

 7  diversity has harmed -- the lack of racial diversity

 8  has harmed your unit?

 9          MR. MENDEZ:  Same objections.

10          THE WITNESS:  I'd offer that my time in

11  command as Seal Team 10, as I said before, I was the

12  lone black commanding officer, and at that time I was

13  leading primarily undiverse racially, in this case,

14  I'm talking about -- because there are multiple

15  dimensions of diversity -- and from my perspective I

16  was able to at least begin to cultivate that

17  background -- strengthen the initial trust they had

18  with my counterparts within our Somalian leadership

19  that we worked with in my deployment.

20          But I was, you know, by and large alone in

21  that regard.  And so, the time that it took to develop



1   that trust and confidence -- you know, kind of say it

2   started with me, but certainly as the leader of that

3   team, it was happening at my level.

4           And I'm confident it began to trickle down.

5   But I think what's hard to quantify, but what I can

6   say is it would have happened more quickly if the rest

7   of my team was more diverse.  In this case I'm talking

8   about diverse, specifically racial diverse, would

9   have, I believe, had the same effect faster at a more

10  grassroots level.  Because I'm speaking leader to

11  leader -- senior leader to senior leader.  But that

12  dynamic I described with having my Somalian

13  counterpart call me brother, seeing me as a brother,

14  because in our interactions later on he would tell me,

15  Hey, I have never seen anyone like you before.  I

16  didn't know that was possible.  Tell me about how you

17  gained the position that you did.  Those types of

18  discussions and that type of unit cohesion certainly

19  didn't happen right away because of the lack of

20  diversity amongst my troopers as well.

21          And so I would off that as an example of



1  that.

2  BY MR. CONNOLLY:

3      Q.   You said Seal Team 10 was not racially

4  diverse.  Did I hear that right?

5      A.   What I said is that -- what I meant to

6  communicate is that was -- it wasn't very racially

7  diverse.

8      Q.   And how big was Seal Team 10?  How many

9  people?  Approximately.

10     A.   I need to clarify.

11          Depending on where we were operating, the

12  numbers changed.  So we have our kind of garrison

13  members.  And then throughout our deployment cycle,

14  training cycle and before we deploy, we gain

15  additional elements that join those permeations, so

16  the numbers changed over time.

17          But a Seal Team in general is anywhere from

18  115 to 150 individuals, thereabouts.

19     Q.   Do you recall how many black individuals

20  were on Seal Team 10, approximately?

21     A.   I don't remember the exact number.



1   Approximately -- maybe two or three others,

2   potentially.  That I can speak to.

3       Q.   So less than 1 percent of Seal Team 10 was

4   black?

5            Do I have that right?

6       A.   I don't do public math.  I would say it's

7   reasonable.

8       Q.   Okay.

9       A.   To say but I couldn't speak to exact

10  numbers.  As I recall, I'd have to reference something

11  else.

12      Q.   Can you give me an example of how Seal Team

13  10 failed because of the lack of racial diversity?

14           MR. MENDEZ:  Objection.  Vague, as to

15  failed.

16           THE WITNESS:  Again, I think that the

17  specifics we're talking about, the elements of

18  diversity, but if you want to land on specifically

19  racial diversity, that we lost time, precious time, as

20  we oftentimes only have a six-month deployment,

21  thereabouts, to accomplish certain goals.  And the



1    lack of speed that it takes to develop unit cohesion

2    with our deployment elements and forces, and the time

3    it takes to motivate oftentimes our foreign partners

4    to train at a pace that they may not be familiar with

5    or comfortable with, pushing them past their comfort

6    zone, really adopting our recommendations, trying to

7    motivate and, again, develop that kind of intrinsic

8    aggressiveness was delayed and slowed because of some

9    of the intangible connection that was lacking amongst

10   the troopers.  Certainly at the trooper level.

11        That at least did exist in terms of me being

12   in my position as commanding officer, again noting in

13   this case specifically my race was not replicated to

14   the same degree or at all potentially amongst the

15   troopers.

16        And so that whole process was -- certainly

17   didn't happen as I believe, as fast as it could have

18   if specifically our racial makeup was different.  Or,

19   I should say, excuse me, if we were more diverse in

20   this case.

21        Q.   So is it your position that if Seal Team 10



1  had been more racially diverse that you -- that Seal

2  Team 10 would have melded together with Somalia forces

3  quicker?

4          MR. MENDEZ:  Objection.  Mischaracterizes

5  the witness' testimony.

6          THE WITNESS:  My position is that if the

7  more diversity that my team had of all the areas, of

8  all different facets, would have improved our

9  operational capacity.  And certainly in this scenario

10 that you described, I think, would have contributed to

11 the speed with which we were able to still develop

12 cohesion and ultimately become a more effective unit.

13 BY MR. CONNOLLY:

14     Q.   So, just wanted to make sure I have it

15 correct. Is it your view that if Seal Team 10 had --

16 had more racial diversity, that you could have

17 developed faster unit cohesion with Somali forces?

18         MR. MENDEZ:  Same objection.  Objection, and

19 objection asked and answered.

20         THE WITNESS:  I think that if our settlement

21 agreement had more diversity of all areas to include



1   racial diversity that we could have run that phase of

2   unit bonding, unit cohesion and cooperation and mutual

3   trust and confidence much faster than we did.

4        Q.   And what is the basis for your opinion?

5        A.   My opinion is based on my experience and

6   certainly conversations with Somalian leaders and

7   leadership and then observing, you know, my team, in

8   and amongst my team and noting my personal

9   observations of these dynamics.  Or how I formed my

10  opinion.

11       Q.   How many more black individuals on Seal Team

12  10 do you think were needed in order to make the phase

13  of unit bonding happen faster?

14            MR. MENDEZ:  Objection.  Foundation.  Calls

15  for speculation.

16            THE WITNESS:  Again, I won't begin to speak

17  about numbers, because I don't think it's necessarily

18  about numbers, if you're asking for a specific number.

19            What I can say is that the more diverse our

20  team is or was, the better off, more effective, the

21  more prepared and more responsive it would have been



1  at the time and able to again react to the unknown.

2  BY MR. CONNOLLY:

3      Q.   The two or three black individuals on Seal

4  Team 10, do you recall their names?

5      A.   No.

6      Q.   Did they interact better with their Somali

7  counterparts than the white individuals on Seal Team

8  10.

9           MR. MENDEZ:  Objection.  Foundation.  Calls

10  for speculation.

11          MR. CONNOLLY:  I'm asking about his

12  experience whether he saw it.

13          MR. MENDEZ:  You're asking about two or

14  three other individuals and how they communicated with

15  other folks.  That's the epitome of speculation, but

16  you can answer.

17          THE WITNESS:  Could you repeat your question

18  again?

19  BY MR. CONNOLLY:

20      Q.   The two or three individuals -- scratch

21  that.



1          The two or three black individuals on Seal

2     Team 10, do you believe that they interacted better

3     with their Somali counterparts than the white

4     individuals on Seal Team 10?

5          MR. MENDEZ:  Same objection.

6          THE WITNESS:  So, what I haven't mentioned

7     to this point is that we did -- when I was in command

8     of Seal Team 10, we did deploy to Somali.  However, as

9     I recall, it's fair to say that all two or three black

10    individuals that were on my team were in Somali with

11    me at the time.

12         So what I'm saying is, I don't recall how

13    many, but I'm pretty certain -- pretty certain there

14    was only one other black operator with me in Somali

15    during that deployment, to the best of my

16    recollection.

17    Q.   Did anyone ever tell you that this black

18    individual was bonding with Somali forces better than

19    the white individuals on Seal Team 10?

20         MR. MENDEZ:  Objection.  Foundation.

21         THE WITNESS:  I can just speak to, again,



1  some of the conversations that I heard -- not heard,

2  that I had rather with my counterparts.

3  BY MR. CONNOLLY:

4      Q.  And, respectfully, I'm not asking about --

5          MR. MENDEZ:  Let the witness answer.

6          MR. CONNOLLY:  I know.

7  BY MR. CONNOLLY:

8      Q.  But, respectfully, I'm not asking about your

9  other conversations.  I'm asking about -- let me

10 repeat the question.

11         MR. MENDEZ:  Wait.  Were you done with your

12 previous -- with that answer you were giving before

13 you got interrupted?

14         Please finish that before counsel asks

15 another question.

16         THE WITNESS: If you could, ask the question

17 again.

18 BY MR. CONNOLLY:

19     Q.  Did anyone ever tell you that the black

20 individual on Seal Team 10 was interacting better with

21 Somali forces than the white individuals on Seal Team



1   10?  Yes or no?

2            MR. MENDEZ:  Objection foundation.

3   Objection to form.

4            THE WITNESS:  What I can say is that the

5   conversations that -- conversations -- I received

6   input from my Somali partners as to the -- it was

7   powerful and meaningful for them to see me in command

8   of that team to interact with me and to know that in

9   talking about racial diversity in this case, that

10  America would put a black officer in charge of Seal

11  Team 10 and deploy them to Somali in support of our

12  mutual objectives.

13            That was something that resonated with them.

14  They told me this on multiple occasions, and I believe

15  that it set the foundation for cooperation up and down

16  the chain of command.

17  BY MR. CONNOLLY:

18      Q.   Did anyone ever tell you that the white

19  individuals on the Seal Team 10 were not bonding with

20  the Somali forces?

21            MR. MENDEZ:  Objection.  Foundation.



1              THE WITNESS:  I heard the question. I'm

2     thinking.

3              All of the conversations I recall that I had

4     focused on my interactions with my counterparts.

5         Q.   So is the answer to my question no?  Nobody

6     ever told you that?

7              MR. MENDEZ:  Objection.  Asked and answered.

8              THE WITNESS:  Again, most of my -- most of

9     the -- the input that I received from my partners

10    focused on me and my interactions and, again, the

11    power significance of me being leader and commanding

12    officer of that team, and primarily of -- leading my

13    at least racially undiverse team.

14             MR. CONNOLLY:  All right.  Take a break.

15             (Whereupon, a recess ensued.)

16             MR. CONNOLLY:  Back on the record.

17    BY MR. CONNOLLY:

18        Q.   This experience you had in Somali where the

19    Somalian leaders were talking to you about your race,

20    do you know approximately what year that happened?

21        A.   Yes.  2019.



1     Q.   And which -- do you know the names of the

2   Somalian leaders that said this to you?

3     A.   No.  I couldn't pronounce them anyway.  But

4   I don't recall the exact names of the leadership at

5   the time.

6     Q.   How many conversations with these

7   individuals did you have where your race came up?

8     A.   I couldn't give an exact number of

9   conversations that we had.  Certainly more than one,

10  throughout my time in Somali.

11    Q.   More than five?

12    A.   I have -- I couldn't give an exact number of

13  conversations that we had.  I wouldn't want to

14  misspeak here.  But numerous conversations in my time

15  was small.

16    Q.   More than five?

17    A.   I would say probably more than five.

18    Q.   Can you  --

19    A.   Yes.  I'm sorry.

20         Maybe -- to add on to your earlier

21  questioning, so we would -- I would meet with my



1  counterparts on a daily and weekly basis.  So it's

2  very difficult to talk about how many conversations we

3  had over, you know, the six months and we'd want to

4  daily -- sometimes daily conversations.

5      Q.   Is there one conversation in your mind that

6  you maybe remember the specifics of what these

7  individuals said?

8      A.   You mean the time of day or --

9      Q.   No.  Like the exact or approximate words

10  they said to you.

11          Can you pick out one conversation and tell

12  me how the conversation went?

13          MR. MENDEZ:  Objection to form.

14          THE WITNESS:  So a conversation kind of

15  like, Hey, brother, you -- I haven't seen you before.

16  Was training more difficult for you, were some

17  questions that came up.  Have you always -- so there

18  was interest in my career.  How long have you been a

19  Navy Seal?  How long have you been in command of Team

20  10?

21          Or where are you from?  Biographical



1  information, they want to know about me for sure.

2          It was just-- it encompassed some of the

3  typical -- I would a typical get-to-know-you questions

4  and things.

5          And the like.

6      Q.   And what specifically did they say to you

7  about your race?

8      A.   Some of the things that were discussed were

9  -- you know, they questioned me about and they would

10  discuss -- they would bring up were just why there

11  aren't more leaders that look like you and share your

12  background.

13          Will you be coming back was, I remember, a

14  question that came up in a discussion that came up.

15  And I think that was because of that connection that

16  we formed, or at least was powerful for them or

17  amenable for them that they append to their number

18  than anyone wanting to hang around longer and talk a

19  little bit longer with me than others in our meetings

20  and in-depth reactions and so on.

21          So I'm just trying to describe a general



1  sense of the kind of gravitation, if you will, towards

2  me.

3       Q.   And you said -- I think I wrote it down.

4  Looked like you and have your background.

5            Did they say -- they use the word black?

6       A.   Yes, as I recall.

7       Q.   And what specifically did they say to you

8  when they used the word black?

9       A.   They just answered -- they would ask me and

10 be curious about, again, all aspects of my career to

11 that point.  Curious about my experience.  Curiosity

12 about why there weren't more.  I could go on.

13      Q.   But what you're describing are things that,

14 you know, aren't necessarily related to race.  They

15 could be asking you where are you from, where did you

16 go to school, that sort of thing.

17           I'm trying to figure out what, when they

18 used the phrase -- I'm trying to figure out why race

19 was important to them.  So when they used the

20 phrase -- when they used the word black, what did they

21 specifically say to you about your race?



```
 1              MR. MENDEZ:  Objection.  Asked and answered.

 2   Objection.  Mischaracterizes the witness's testimony.

 3   Objection.  Form and compound.

 4              THE WITNESS:  And so, when my race came up

 5   and it did certainly on, as I recall, multiple

 6   occasions.  Black and my background, what I look like

 7   was in connection with deploying there to that

 8   location, meaning that there had been previous

 9   commanders that didn't look like me, didn't share some

10   of the same background as I did.  And so just noting

11   that and them reflecting on me being the first and,

12   again, how new it was to them and how I remember

13   reflecting on how it was able to just get me, I

14   believe, more access and placement to them as

15   individuals, you know, as they have -- they call them

16   entourages.  And so, you know, like we do, we being

17   Americans oftentimes travel with large groups and so

18   on.  So the ability to actually penetrate those

19   different groups aids in the light that that seemed

20   not to be -- I didn't see it as an obstacle of any

21   significance.
```



1           Again, drawing on that anchor of race as a

2    discussion.

3        Q.   Did they ever tell you that they trusted you

4    more because you were black?

5        A.   I can't recall -- I can't recall them using

6    those exact words.

7        Q.   Did they ever use similar words to convey to

8    you that they trusted you more because you were black?

9        A.   I think that my takeaway from our

10   interactions and discussions was that -- that was

11   something that was meaningful to them because when

12   they physically take you by the arm, you know, grab

13   you and touch you, whisper in your ear, get close,

14   Hey, brother, it's good to see you.  I'm glad that

15   you're here.  We're going to work well together.

16           And in conversations and things that we had,

17   that was -- that was explicitly said.  And so -- so

18   it's a -- I'm sorry, go ahead.

19           I've answered the question.

20       Q.   But they never explicitly told you that they

21   trusted you more because you were black?



```
 1              MR. MENDEZ:  Objection.  Asked and answered.
 2              THE WITNESS:  I can't recall them saying the
 3    exact words that you just said in that light.
 4              But my takeaway from our -- not takeaway.
 5    My feeling and sense from my experience was that that
 6    was the case in that they -- I definitely got the
 7    sense of the willingness to work more together.  I
 8    mean, again, they did say specifically, Hey, we ain't
 9    never that before.  They definitely said we're very
10    proud of you. I do remember that.
11              They truly didn't know me before that
12    deployment, but words and to that effect certainly did
13    come up in our discussions in deployment.
14        Q.   I want to make sure I get this right.
15              They never explicitly told you or conveyed
16    to you that they trusted you more because you were
17    black.  Instead, it was a feeling and a sense that you
18    got from your interactions.
19              Do I have that correct?
20              MR. MENDEZ:  Objection, form.  Objection,
21    asked and answered.
```



```
 1              THE WITNESS:  What I can say is I don't

 2    recall them saying the explicit words, Captain Birch,

 3    we trust you.

 4              Can you repeat the question one more time,

 5    please?  Appreciate it.

 6    BY MR. CONNOLLY:

 7       Q.   Yes.

 8              They -- these leaders -- never explicitly or

 9    verbally conveyed to you that they trusted you more

10    because you were black.  Instead this was a feeling

11    and sense that you got from your interactions with

12    them.

13              Do I have that correct?

14              MR. MENDEZ: Same objections.

15              THE WITNESS:  I think that -- the foundation

16    and -- my response is I think the foundation to build

17    trust, and that trust was more easily gained from my

18    background and my appearance.  And that was expressed

19    probably explicitly.  Probably implicitly, if I'm

20    getting the words correctly, as well as both verbal

21    and nonverbal means.
```



1              I think my opinion is that personal

2      interactions are some things are stated, sometimes

3      things aren't stated.  And certainly you can, in my

4      experience, gauge someone's intent and certainly trust

5      level through those different ways.

6      BY MR. CONNOLLY:

7          Q.   But sitting here today you cannot recall

8      these leaders ever conveying to you explicitly that

9      they trust you more because of your race?

10             MR. MENDEZ:  Same objection.

11     BY MR. CONNOLLY:

12         Q.   Is that correct?

13             MR. MENDEZ:  Same objections.

14             THE WITNESS:  It's been some years.  I can't

15     say yes or no, if those exact words were used. I can

16     say for certain that is the -- that was the ultimate,

17     I would say, objective that was achieved because of my

18     appearance and that's comes from my interaction with

19     them throughout that time.  And from my discussions

20     with them.

21     BY MR. CONNOLLY:



1      Q.   Did these leaders, Somalian leaders, ever

2   say that they would not have worked with the United

3   States if the individual in your position were white?

4           MR. MENDEZ:  Objection.  Foundation.

5           THE WITNESS:  So, to my knowledge, the exact

6   words that you said, I don't recall them being said in

7   that way.  What I can say is that it was positively

8   noted and accepted by them and received by them,

9   arriving as the commander of that task force, uniquely

10  being the person I am and having the diminished

11  diversity that have over time.

12  BY MR. CONNELLY:

13     Q.   Do you think the Somali leaders would not

14  have worked with the United States if you were not

15  white -- or if you were white?

16          MR. MENDEZ:  Objection.  Foundation.

17  Objection.  Asked and answered.

18          THE WITNESS:  What I can say is that prior

19  and subsequent commanders were white, and so they did.

20  I would say that that's -- as a matter of fact, that's

21  what I would say.



1  BY MR. CONNOLLY:

2      Q.   So they did?  These Somali leaders did work

3  with other white officers of the United States;

4  correct?

5          MR. MENDEZ:  Objection.  Asked and answered.

6          THE WITNESS:  Correct.

7  BY MR. CONNOLLY:

8      Q.   Do you believe -- scratch that.

9          Do you believe that racial diversity is

10  critical to unit cohesion?

11          MR. MENDEZ:  Objection.  Foundation.

12          THE WITNESS:  I believe that diversity is

13  very important to cohesion and to include racial

14  diversity, which is certainly part of one specific

15  type of diversity.  I know this because throughout my

16  career many people, many of my sailors, teammates,

17  even peers have noted that for them, at least, it was

18  important to have an individual with commonalities

19  that they shared throughout their background.  That

20  covers kind of the span of diversity.  You know,

21  certainly, racial diversity, but other diversity.



1   Where you were born, your upbringing, shared

2   experiences and things like that, kind of different

3   points of connection.  The more points of connection

4   that a leader can have, the better able you're -- the

5   better prepared you are to, I believe, lead a team and

6   get that team rowing in the same direction, if you

7   will, to achieve objectives.

8   BY MR. CONNOLLY:

9       Q.   Can you give me an example in your career

10  when racial diversity helped unit cohesion?

11      A.   Certainly.

12           It's been extremely helpful here at the

13  United States Naval Academy as senior mentor to a

14  battalion's worth of midshipmen who many come from all

15  walks of life to have just a very wide degree of

16  diversity that makes up those different individuals.

17  On a daily and weekly basis they'll come into my

18  office noting that, Hey -- not say Hey.  They say,

19  Captain, Sir, I have never seen you before.

20  Oftentimes they say I have never seen you here before.

21  And then from there it's just, I think I'm interested



1    in joining your community.  I didn't think it was

2    possible to achieve what you have, because I haven't

3    seen you before.  That's important to some people.

4              And many have noted, you know, throughout

5    their time here over the last year, they've come and

6    said, Hey, I was thinking about leaving the academy

7    because this is a difficult, challenging experience,

8    but I've remained on board because I like your

9    leadership style.  I appreciate your background and

10   your roots, if you will.  And, you know, again to

11   include being a black man, that's come up in

12   conversations multiple times.

13             And so to me, many of those call them

14   at-risk individuals, but those different individuals

15   have expressed that they initially didn't feel part of

16   the team before I came on board.  And in those

17   conversations, not just me but others as well, they

18   would note the other diverse leaders within my

19   battalion have been a source of strength and -- it's

20   been a positive contributor to their retention for

21   them staying on board and remaining a midshipman and



1  try to reach graduation and reach that goal line.

2      Q.  Can you identify a specific individual who

3  you've had these conversations with?

4      A.  I mean, I have 750 mids and not just in my

5  battalion, but throughout the brigade, so the other

6  battalions as well.  And we've had tons of

7  conversations.  I have had numerous conversations with

8  them over the last year that are like I described.

9      Q.  Please name one.

10         MR. MENDEZ:  Mike, I don't -- I just want to

11  caution.  I don't want to bring other, like, current

12  midshipmen into this case.

13         MR. CONNOLLY:  Yes.  But we're under the

14  Protective Order.

15         MR. MENDEZ:  Okay.  Understood.  But I just

16  wanted to flag that for the record.

17         MR. CONNOLLY:  Okay.

18         THE WITNESS:  I mean, I'm personally not

19  comfortable bringing the names of 18 to 21 year old

20  noncommissioned officers into this discussion, so I

21  mean -- they are not children.  But, again, they are



CAPTAIN JASON BIRCH  Highly Confidential                    August 08, 2024
Students for Fair Admissions vs U.S. Naval Academy                      115

1  not commissioned officers yet, so this is not -- I

2  don't think that's appropriate.

3          As I would be identifying different mentees

4  that I have in my position as battalion officer, I'm

5  not comfortable noting names of midshipmen who I

6  mentor who have expressed their -- you know, shared

7  personal stories and their personal feelings and

8  experiences from their time here, both at the academy

9  and before they got here, I'm uncomfortable with that.

10 BY MR. CONNOLLY:

11     Q.   All right.  Well, let's identify an

12 individual and just use initials for now.

13          Let's call him John Doe.

14     A.   Okay.  We can go with John Doe.

15     Q.   Okay.

16     A.   Or Jane Doe.

17     Q.   But I want this person to be a real person

18 in your mind.  I want to talk about a real thing that

19 happened.

20          So can you describe to me a real

21 conversation with an individual and let's call him



1   John Doe, and tell me how your race came up.

2        A.    Sure.

3            So I'm thinking of one individual or, as I

4   said, multiple individuals.  It came up because I

5   checked in, began this tour about a year ago.  And

6   ahead of that tour my biography was circulated across

7   the brigade.  And so, my soon-to-be formation

8   recognized that this was the new leader that they were

9   getting.  And that, again, sparked conversations.

10           They would say, Hey, Captain Birch.  When

11  your bio was circulated, your biography was circulated

12  around, we started to talk about, Wow, we've never had

13  a Navy Seal Battalion Officer before.

14           We also noted that, you know, you're from

15  Maryland.  And there are a lot of -- there's a

16  significant number of local midshipmen that attend the

17  Naval Academy at least in Virginia, Maryland, and DC.

18  It was notable to them.

19           They noted how, you know, I was a former

20  boxer here in the academy.

21           They certainly noticed that I was black.



 1    And for many of them -- most of them I was the first

 2    black Navy Seal they had ever seen, if they had ever

 3    seen a Seal at all.  So it's kind of that really

 4    started the conversation, and they were excited to see

 5    me.

 6                And there were numerous points of my

 7    background that resonated with them.

 8                Once this individual or specifically

 9    numerous individuals, because it has replicated

10    numerous times over the last year, they would sit down

11    and say, you know, we want to come to the academy, but

12    they didn't see very many people that were -- that

13    looked like me here.  And, you know, but I took that

14    leap.  They noted that when they did --

15        Q.   I apologize to interrupt.  You're saying

16    they.  I want to make sure, are we talking about one

17    person?  Can you use he or she?

18        A.   I can use he or she.  I'm using they because

19    this scenario that I'm describing, you said think of

20    one person and we'd use Jane Doe, John Doe, this

21    conversation has happened multiple times.  So that's



1    why I'm using they.

2         Q.    Okay.

3         A.    And so this individual and individuals would

4    talk about how it was comforting when they checked in

5    on induction day and began their foundational training

6    during plebe summer to see other people of color, both

7    in brigade and certainly as officer leadership.

8    Specifically when the conversations, you know, steered

9    towards me and my role as their leader as a battalion

10   officer, they said, Wow, I read about the Seals.  I

11   was kind of thinking about it, but I didn't think I

12   could do something like that.

13        And so they wanted to know about my

14   experience.  They wanted to know did I have unique

15   challenges and/or obstacles that I experienced because

16   -- specifically because of my race that others hadn't

17   experienced.

18        And it was the gateway to conversations

19   about how they could be successful as midshipmen here

20   at the Naval Academy, drawing from my experience and

21   in lessons learned.



1      Q.    Putting aside your time with the Naval

2    Academy, can you give me a time in your career when

3    racial diversity helped unit cohesion?

4              MR. MENDEZ:  Objection.  Asked and answered.

5              THE WITNESS:  I think that every unit that I

6    have been a part of and Naval Special Warfare, from my

7    time as Seal Team 2, 4 and throughout my career,

8    diversity has helped unit cohesion specifically as

9    many times the one-off black officers -- talking about

10   racial diversity -- I was the sole beacon, if you

11   will -- not to use those kind of words -- but I was

12   the leader that they looked to and drew strength from

13   because there was no one else that looked like them.

14   They told me this throughout my career.

15             And because I was that, you know, foundation

16   for them, it helped the entire team, you know, from

17   the squad platoon, task unit, team level where I

18   didn't have individuals who kind of felt like they

19   were off on their own.  I was able to help them feel

20   like they were part of the team.

21             It improved our command climate, because

 1  instead of going off and doing their own thing, you

 2  know, after hours or even during training day, they

 3  were more inclined and motivated and felt comfortable

 4  to remain within the spaces to fully integrate, but

 5  just to buy into being a part of a team where they

 6  were one of a few.

 7      Q.   These individuals you talk about, can you

 8  give me their names?

 9      A.   No.

10      Q.   Why can't you?

11      A.   I don't feel comfortable listing the names

12  -- not that I can remember all of them -- but listing

13  the names of all the black or persons of color

14  throughout my career.

15      Q.   I want to be clear.  Can you identify by

16  name individuals who you were just speaking of --

17          MR. MENDEZ:  Objection.  Asked and answered.

18  BY MR. CONNOLLY:

19      Q.   That said that they felt comfortable because

20  of your race?

21          MR. MENDEZ:  Objection.  Asked and answered.



 1              THE WITNESS:  No, I can't do that right now.

 2    BY MR. CONNOLLY:

 3        Q.   And is the reason you cannot do it by name

 4    is because you do not remember their names?

 5        A.   I certainly don't remember everyone's name

 6    that I have interacted with throughout my career.

 7        Q.   Do you remember anyone's name that would fit

 8    the story you just told?

 9              MR. MENDEZ:  Objection.  Asked and answered.

10              THE WITNESS:  I do, but I don't feel

11    comfortable providing those names.  And/or name.

12    BY MR. CONNOLLY:

13        Q.   Why not?  They are not at the Naval Academy

14    anymore; right?

15        A.   Are you talking about -- I thought you were

16    asking about my time in the Seal duties.

17        Q.   Yeah.

18        A.   Right.  Like giving you other Seals names.

19        Q.   Why not?

20              MR. MENDEZ:  Objection.  At this point

21    you're getting close to harassing the witness.  You



1    know, he responded to your questions, and that's that.

2            MR. CONNOLLY:  I'm trying to figure out so

3    we can move forward --

4            MR. MENDEZ:  I don't see why other names of

5    Navy Seals who are not involved in this case are

6    relevant to this case.

7            MR. CONNOLLY:  Because this whole deposition

8    I have been trying to figure out examples of specific

9    things that happened, and all I just keep hearing are

10   general stories.

11           MR. MENDEZ:  Captain Birch is here to

12   provide testimony during this deposition about his

13   personal experience, and he is responding to your

14   questions.

15           MR. CONNOLLY:  But he is not giving me

16   answers that I want.

17           MR. MENDEZ:  This deposition is not about

18   other individuals and their experiences.

19           MR. CONNOLLY:  If he's going to come in here

20   and testify about what other individuals are telling

21   him about their experience, I think I'm entitled to



```
 1   those names, or we need to figure something out.

 2           MR. MENDEZ:  He's testified he's not

 3   comfortable sharing those names.  If you have any

 4   concern, we can handle that after the deposition.

 5           THE WITNESS:  At this time, can I make a

 6   comment?

 7   BY MR. CONNOLLY:

 8       Q.   Sure.

 9       A.   I am very comfortable saying this.  That

10   many of these stories are very deeply personal and,

11   you know, wrought with emotion.  And, frankly, I'm

12   comfortable sharing my story.  That's my decision.

13   But I'm not going to make that decision for people

14   that look to me, trusted me, over my career and I

15   mentored throughout my career.

16           And so it's not my place to bring them into

17   a public case, as I understand this.  And shed light

18   on something that they didn't choose to or have a say

19   in bringing to the public.

20   BY MR. CONNOLLY:

21       Q.   I understand.
```



1          So you have -- this is something that we'll

2    have to figure out -- but you know individuals who

3    have told you that their -- your race was important to

4    them in their military experience, and you do not feel

5    comfortable giving their names.  I just want to make

6    sure I have the record correct.

7               MR. MENDEZ:  Objection.  Argumentative and

8    harassment.  Objection, asked and answered.

9               THE WITNESS:  Yes.  As I just said, I'm not

10   comfortable providing specific names for deeply

11   personal issues and experiences for this case.

12   BY MR. CONNOLLY:

13      Q.   Okay.  In your experience, is racial

14   diversity critical to the validity of the Navy?

15               MR. MENDEZ:  Objection.  Foundation.

16               THE WITNESS:  Well, I can't speak to the big

17   Navy, but I can speak for my experiences.  And

18   certainly the special operation teams I have been a

19   part of, and diversity of all kinds definitely make us

20   more capable and more lethal.

21   BY MR. CONNOLLY:



1        Q.   Can you give me an example in your career

2   when racial diversity helped the validity of the

3   mission?

4             Can you give me a time in your career when

5   racial diversity helped the lethality of the

6   commission -- of the mission?

7        A.   And so we can -- many words are

8   interchangeable when we talk in terms of mission

9   effectiveness, more capable, more lethal.  And I think

10  again the most -- one of the most relevant and most

11  recent examples for me was my time deployed as task

12  force commander in Somali.  Working with my Somalian

13  East African partners and the -- again some of the

14  narrow diversity because -- but narrow racial

15  diversity and how it contributed overall to the

16  success, effectiveness, or lethality of my work at

17  that time.

18       Q.   And how did -- and to save time, when you're

19  referring to Somali, this is the story we've been

20  talking about with the Somalian leaders and that sort

21  of thing; is that correct?



```
1        A.    Yes.

2        Q.    Can you give me an example in your career

3   when the lack of racial diversity undermined unit

4   cohesion?

5              MR. MENDEZ:  Objection.  Asked and answered.

6              THE WITNESS:  I believe that at different

7   points in my career when teammates, those who have

8   worked for me have faced not just racism but just poor

9   working conditions and unhealthy environment, when

10  they face an unhealthy environment from -- you feel in

11  the blank.  Harassment, basically not respecting our

12  core values of any kind, poor treatment, I think that

13  an extension of that many times was because the units

14  were undiverse, meaning there were very few if no

15  others for those individuals whether it be another

16  person of the same race, another person of the same

17  gender, et cetera.  Because when you have more diverse

18  teams, it's more likely there are individuals that

19  have that shared common experience and can -- it

20  decreases the likelihood that those things will happen

21  and specifically if they do happen, that they will
```



1   actually be addressed, because they'll feel more

2   confident and comfortable in expressing their

3   displeasure.

4         Q.   Can you give me a specific example of when

5   this happened?

6             MR. MENDEZ:   Same objection.

7             THE WITNESS:   I've already provided examples

8   in terms of what individuals have felt more

9   comfortable coming forward because of my racial

10  diversity.

11            There are other examples in my career.  I

12  can think of times when females have communicated to

13  me that they were less likely to report assaults or

14  working conditions and treatment because they were a

15  one-off within my team.

16            So as I understood your question, when a

17  lack of diversity has been detrimental to the team, I

18  think that those are situations -- you asked for

19  specific examples -- that type of scenario has

20  happened.  I have observed that it happened numerous

21  times throughout my career.



1        Q.   And I'm not asking about gender diversity.

2    I'm asking about have you ever seen a situation where

3    the lack of racial diversity undermined unit cohesion?

4              MR. MENDEZ:  Objection.  Asked and answered.

5              THE WITNESS:  Yes.

6    BY MR. CONNOLLY:

7        Q.   And when did you see this example?

8              MR. MENDEZ:  Objection.  Form and compound.

9              THE WITNESS:  Can you ask the question

10   again?  I'm asking you to repeat it again because I

11   feel like you're asking the same question over and

12   over.

13   BY MR. CONNOLLY:

14       Q.   Can you give me a specific time in your

15   career when the lack of racial diversity undermined

16   unit cohesion?

17             MR. MENDEZ:  Objection.  Asked and answered.

18             THE WITNESS:  Yes, I believe I've provided

19   that example.  Because at multiple points in my career

20   there have been individuals that felt most comfortable

21   as communicated to me in working in a diverse team.



1  Oftentimes because they came from very undiverse

2  environments.  And so they had a more inherent trust

3  and confidence in those that shared more commonalities

4  with their teammates and leadership teams.

5          MR. CONNOLLY:  All right.  Should we take a

6  break for lunch?

7          MR. MENDEZ:  How much time do you need?

8          MR. CONNOLLY:  45 minutes.

9          (Whereupon, a recess ensued.)

10

11

12

13

14

15

16

17

18

19

20

21



1

2            MR. CONNOLLY:  Back on the record.

3    BY MR. CONNOLLY:

4       Q.   Welcome back.

5            I would like to hand you what I am marking

6    as Exhibit 2.  It's a document called "Remain

7    Optimistic About Racial and Gender Progress."

8            Take your time to skim that, and when you're

9    ready to chat, please let me know.

10           (Exhibit Number 2 was thereupon marked for

11   identification.)

12           MR. MENDEZ:  Do you happen to have a copy?

13   If not, totally fine.

14           MR. CONNOLLY:  I do.

15           MR. MENDEZ:  Thank you.

16   BY MR. CONNOLLY:

17      Q.   Did you write this article?

18      A.   Yes, I did.

19      Q.   Do you know what publication it was printed

20   in?

21      A.   Yes.  It was published in "Proceedings."



1      Q.   Why did you write this article?

2      A.   I wrote this article because I felt that my

3   experience and certainly in my position I could offer

4   a unique perspective on what it's like to be a member

5   of the military certainly, within the Seal team at the

6   time.

7           Yes.

8      Q.   If you look down towards the second to last

9   paragraph -- I'm sorry, third to last paragraph -- the

10  sentence starts --

11     A.   Excuse me, first page?

12     Q.   On the first page, sorry.

13          It starts, "On reflection, my personal

14  experiences suggest that racist sentiments are more

15  prevalent than some would like to admit.  As a trainee

16  at basic underwater demolition seal training, BUDS, a

17  senior seal captain observing training called out the

18  only other black seal candidate and me, How are my two

19  little cookies doing, he asked."

20          Did I read that correctly?

21     A.   Yes.



1        Q.   Did the event that you described happen?

2        A.   Yes.

3        Q.   Who was the senior Seal captain that said to

4   you "how are my two little cookies doing"?

5        A.   I don't feel comfortable providing that

6   name.

7        Q.   Why do you not feel comfortable providing

8   that name?

9        A.   Because that individual -- I believe it's

10  possible that they could see it as an attack on them

11  as a person or it could be construed for them and/or

12  their family that that individual had a persistent

13  behavior of racist -- persistent habit of racist

14  behavior and the negative things that could come from

15  that.

16           And while this interaction -- you know, the

17  statement was inappropriate and doesn't mean I don't

18  care for this person, and I'm not inclined to offer

19  their name in that way.

20       Q.   And to be clear, you do know this

21  individual's name; correct?



1       A.   Yes, I do.

2       Q.   But you will not provide -- you will not

3   identify that person to me; correct?

4            MR. MENDEZ:  Objection.  Asked and answered.

5            THE WITNESS:  Not at this time.

6            If I may go on to say for the record, I mean

7   I would have mentioned their name here in the article

8   if I thought that the name was important.  To me it

9   was important that it actually happened.

10  BY MR. CONNOLLY:

11      Q.   In the next paragraph you say "Midway

12  through my career, a senior enlisted leader, a combat

13  mentor and idol to many in my unit announced; 'I am a

14  racist bastard, but I will always support you.'"

15           Did I read that correctly?

16      A.   Yes, you did.

17      Q.   Did that happen as you described it?

18      A.   Yes.

19      Q.   Who was the senior enlisted leader that said

20  "I am a racist bastard, but I will always support

21  you"?



1        A.    I don't feel comfortable offering that name

2    now.

3             And I'll offer again when I wrote that

4    article, it was written in such a way that none of the

5    individuals involved could be personally identified.

6    I did that with intention.

7        Q.    Do you know the name of this senior enlisted

8    leader?

9        A.    Yes, I do.

10       Q.    The next paragraph at the bottom of page 1,

11   you say, "Despite these experiences, I have found that

12   most in uniform with whom I have served do not

13   subscribe to or accept these sentiments."

14            What did you mean by that?

15       A.    What I meant is that throughout my career

16   that I've experienced racism, I have observed racist

17   behavior.  But my words were meant and I believe that,

18   and the reason I wrote it, is to remind everyone

19   particularly at the time and the context of the George

20   Floyd death that many, if not most, that are in the

21   military that I have served with are patriotic good

1   people who believe in our core values and act that way

2   every day.  And so I wouldn't -- part of the reason

3   for writing the article and sharing some of those

4   experiences is so that, as they say, we weren't

5   throwing the baby out with the bath water in the

6   public to do so in terms of the actions of a few.

7   Paint that picture for the whole formation.

8        Q.   Have you ever experienced racism in the

9   military?

10       A.   Yes.

11       Q.   Can you please provide me with the examples

12  of when you experienced racism in the military?

13       A.   Yes.  Some examples, but not limited to,

14  would be the most stereotypical jokes you can imagine,

15  asking me if I eat certain foods, if I liked certain

16  types of music.  Other, you know, personal habits and

17  things like that.

18            I've been questioned on was BUDS easier for

19  me.  Or was the -- were the standards adjusted so that

20  I could make it through.

21            I've been questioned whether my rank and



 1   position was solely achieved because of my race.

 2   Paraphrasing just to provide a politically palatable

 3   individual in a senior position on an elite team.  And

 4   so those things, as just a few examples, were levied

 5   upon me at points throughout my career.

 6        Q.   Can you please identify some of these

 7   individuals who you have -- these individuals who have

 8   expressed racist views or taken racist actions against

 9   you?

10            MR. MENDEZ:  Objection form.  Objection

11   compound.

12            THE WITNESS:  So I do remember specific

13   individuals who have exhibited racist behavior towards

14   others and towards me throughout my career.

15   BY MR. CONNOLLY:

16        Q.   And what are their names?

17        A.   I'm not going to provide names.

18            But I will say on record that at times that

19   behaviors of those individuals was addressed at the

20   time.  Sometimes it was addressed on a one-on-one

21   basis, sometimes it was addressed through the chain of



1    command.  And sometimes it wasn't addressed at all,

2    which are missed opportunities that I regret.

3           I will go on to say that it's been an

4    opportunity, as I've gained rank and experience within

5    the teams, that I have given confidence to others,

6    speaking about my experience in the past.  Times when

7    I've done a good job about stopping this type of

8    behavior, and times when I haven't done as good of a

9    job.  So sharing those experiences with others within

10   my team and other teams, and certainly here at the

11   Naval Academy, I believe is setting up our future

12   leaders for success and giving them the confidence to

13   handle these issues as they -- as they come about

14   handling them well.

15       Q.   Why will you not provide to me the names of

16   the individuals who expressed racist views or took

17   racist actions against you?

18           MR. MENDEZ:  Objection.  Asked and answered.

19   Objection.  Compound form.

20           THE WITNESS:  Yes.

21           So, my intent isn't to call anyone out by



1   name.  My personal views are that, again, throughout

2   my career, I've handled these issues.  And many times

3   those have been held accountable for that improper

4   behavior, sometimes they weren't held accountable.

5           And that's the past. So I had my opportunity

6   to address them, I addressed them when I could at the

7   time.  Sometimes well, sometimes not well.

8           From here, I'm just focussed on learning

9   from those experiences and educating and supporting

10  others as -- if and unfortunately they have to deal

11  with the situations, to best prepare them.  But my

12  intent is not to go on a witch hunt or hold the

13  individual accountable long after these

14  transgressions, these situations were -- took place.

15      Q.   You've mentioned that individuals have

16  questioned whether your rank and position was achieved

17  because of your race.  Can you identify the

18  individuals who have made those statements to you?

19      A.   I can, but I won't.

20      Q.   Putting aside their identify for now, how

21  did it make you feel when people made those statements





1  to you?

2       A.   I think that when those statements were

3  received by me, certainly made me feel like I was not

4  a part of the team and that many times that I was

5  unwanted and that my contributions, you know, weren't

6  valued.  And at times questioned my career choice.

7  But -- I shouldn't say that -- I should go on to say

8  and it aligns with some of the things that I have

9  heard from mentoring midshipmen as well and that was

10  some of the things that I've experienced.

11           They, in their -- in the junior portion of

12  their career have experienced, you know, to a degree

13  as they start to begin their journey.  And so, again,

14  it offers -- I offer and I believe my experience, my

15  diverse experience, offers -- has built me to be

16  someone who is in a lot of ways tailor made to assist

17  them as they navigate some of these challenges

18  throughout their career.

19       Q.   Back to your earlier paragraph where you

20  said, "I have found that most in uniform with whom I

21  have served do not subscribe to or accept these



 1  sentiments."

 2      A.   If you could, can you reference which

 3  paragraph you are referring to?

 4      Q.   I'm sorry.  Bottom of page 1.

 5      A.   Thanks.

 6      Q.   You say, "I have found that most in uniform,

 7  with whom I have served, do not subscribe to or accept

 8  these sentiments."

 9          When you say sentiments, are you referring

10  to racist sentiments?

11      A.   Yes.  In addition, in the context of, you

12  know, both overt racism and also more subtle or

13  nuanced type of ignorance, if you will.

14          So if I can give an opportunity to what I

15  meant by sentiments, it would include that as well.

16      Q.   Got it.  And is it still your view that most

17  in uniform with whom you have served do not subscribe

18  to or accept racist sentiments either explicitly or

19  implicitly, as you've put it?

20          MR. MENDEZ:  Objection to form.

21          THE WITNESS:  I still agree with the



1  sentiments of this article that I wrote.

2  BY MR. CONNOLLY:

3      Q.   Same paragraph you said, "A white alumnus

4  from the academy, Class of 1958, inspired me to apply

5  to the Naval Academy."

6      A.   Um-hum.

7      Q.   Will you say who that person is?

8      A.   If given an opportunity to call the

9  individual and get their permission, I would.

10     Q.   But sitting here now you will not?

11     A.   Correct.

12     Q.   Second page you say -- at the top of second

13  page you write "It was a white female Naval Academy

14  classmate, who helped me to swim and provided a

15  foundation to succeed at BUDS."  Is that true?

16     A.   Yes.

17     Q.   Will you tell me this woman's name?

18     A.   No, not at this time.

19     Q.   Down the second page you say -- in the

20  middle, you write, "It clearly is possible to succeed

21  in our Navy regardless of race."



1              Do you still believe that?

2        A.   Yes, I do.

3        Q.   Turning back to the senior Seal captain who

4   said, "How are my two little cookies doing", did you

5   report this individual?

6        A.   I did not.

7        Q.   Do you believe that what the senior Seal

8   captain did was a UCMJ violation?

9              MR. MENDEZ:  Objection.  Foundation.

10             THE WITNESS:  I'm really not certain.  I

11   would say that it was inappropriate, for sure.

12   BY MR. CONNOLLY:

13       Q.   For the second incident, the senior enlisted

14   leader who said, "I am a racist bastard, but I will

15   always support you," did you report that individual

16   for those actions?

17       A.   For that statement, no, I did not.

18       Q.   Do you believe that statement was a UCMJ

19   violation?

20             MR. MENDEZ:  Objection.  Foundation.

21             THE WITNESS:  I'm not certain if it was a



1  UCMJ violation.  It was certainly a violation of our

2  core values.

3  BY MR. CONNOLLY:

4      Q.   On the last paragraph on page 2 you write,

5  "In Naval Special Warfare, we are forged and find

6  unity through shared pain at BUDS.  Our rigorous

7  selection process and call to serve the nation is what

8  binds us.  For me, there are only two colors in the

9  military:  Camouflage dark green and light green." .

10         Do you still believe that statement?

11     A.   Yes, I do.

12         And I would go on to say that given the

13  opportunity, you know, what is not written, when we

14  talk about camouflage dark green and light green, it's

15  a play on words because there are all shades out

16  there.  But it's written to just serve as a metaphor,

17  if you will, that mission is a priority as opposed to

18  whether you're a dark person, a light person, a man or

19  a woman, et cetera, et cetera.

20     Q.   The mission is the number one priority; is

21  that what you said?



1      A.    I said the mission is obviously one of our

2   top priorities that's our charge to complete the

3   mission.  But, again, just offering a little more

4   context on camouflage dark green, light green.

5          What I mean to say and what I'm trying to

6   convey is that there's more than one shade, there is

7   more than one element that goes into any given

8   individual, you know, when talking about reflecting

9   their background and experience.  I said dark green

10  and light green implying that oh, I'm just talking

11  about black and white.  I wasn't just referring to

12  black and white.  I was talking about referring to

13  generally everything.

14      Q.    On page 4, this is about -- it looks like

15  five sentences down starting on the right.  You say,

16  "Less than a week after reporting to the U.S. Special

17  Operations Command Headquarters for the first time in

18  21 years of service, I was asked to help strategize

19  methods to broaden opportunities and improve diversity

20  within special operations."

21          Who asked you to strategize methods to



1   broaden opportunities and improve diversity within

2   special operations?

3        A.    So my boss at the time -- well, one of my

4   bosses at the time was the deputy commanding officer

5   of the special operations command that was Vice

6   Admiral Tim Szymanski.  And the commanding general at

7   the time this article was written was General Clarke,

8   C-L-A-R-K-E.

9        Q.    The next paragraph you say: "While I was in

10  command, I saw firsthand why traditionally the

11  military has set the pace for racial progress in the

12  United States.  Our Special Operations Task Force

13  mentored several East African partners in a combined

14  effort to counter violent extremists.  On a daily

15  basis our task force, which predominantly lacked

16  diversity, risked life and limb for people of color in

17  a contested, volatile environment.  It was there

18  inculturated inclination to assume additional elevated

19  personal risk to protect our partners.  We maintained

20  a rigorous mission approval process to address this

21  fundamental drive to protect our partners, safeguard



1    civilian lives, and foster a better quality of life in

2    emerging nations.  These patriotic Americans, many

3    heros, are worthy examples to the most frustrated and

4    underprivileged in our society."

5            What you said in this paragraph, is it true?

6        A.    I believe -- I stand by the statement that I

7    wrote and I believe the sentiments to be true.

8        Q.    When you talk -- the unit that you were

9    talking about here, that mentored several East African

10   partners, what time period would that have been?

11       A.    In 2019, that timeframe.

12       Q.    So this -- would this be part of Seal Team

13   10?

14       A.    Correct.

15       Q.    Seal Team 10, this is the group that had

16   about 2 or 3 out of 115 that were African-Americans;

17   is that correct?

18            MR. MENDEZ:  Objection.  Mischaracterizes

19   the witness's prior testimony.

20            THE WITNESS:  I would have to go back and

21   look exactly what I said, but that's generally about



1   as I recall, the number of, at least, black -- to my

2   recollection that's approximately the number of black

3   teammates at Seal Team 10 that I recall.

4        Q.   Two or three; correct?

5        A.   Yes, two or three.

6             Excuse me, what time is it?

7             MR. MENDEZ: 2:24.

8             THE WITNESS:  Can we take a 2-minute break?

9             (Whereupon, a recess ensued.)

10            MR. CONNOLLY:  Back on the record.

11   BY MR. CONNOLLY:

12       Q.   Captain Birch, can you identify anyone in

13   the military who told you that your race was important

14   to them?

15            MR. MENDEZ:  Objection.  Foundation.

16            THE WITNESS:  Can you be more specific in

17   terms of -- you say importance?

18   BY MR. CONNOLLY:

19       Q.   Important in any way to you, that -- to

20   them?

21       A.   Sure.  I mean, I can say callous people



1   throughout my career have approached me, peers,

2   subordinates, senior individuals who recognized that

3   in being the first and many times one and/or one of

4   just a few, particularly a black seal or even just as

5   a black officer, has been important to them for

6   different reasons.  Differing from what's important to

7   them.

8         You know, senior leaders have expressed to

9   me from their prospective the importance of having

10  leadership that has numerous different commonalities

11  with the people that they lead.  Certainly race being

12  one of them and how that was important to them as a

13  junior leader for themselves and also as they've

14  noticed for that importance in their formation as well

15  throughout their careers.

16        I have had numerous midshipmen, numerous

17  junior sailors express their -- express how it was

18  important to them and that one aspect of being a

19  leader resonated with them.  Oftentimes in -- or

20  sometimes in their recruitment and oftentimes with

21  their retention in the service as well.



1      Q.   Can you give me the names of -- let's start

2   with the midshipmen.  Can you give me the names of

3   some of these midshipmen?

4      A.   So I'm not providing names of midshipmen who

5   I could mentor.

6      Q.   So you can identify them, but you will not

7   be providing the names?

8           MR. MENDEZ:  Objection.  Asked and answered.

9           THE WITNESS:  Correct.  I will not be

10   providing those names.

11   BY MR. CONNOLLY:

12      Q.   How about subordinates who told you this?

13   Can you provide me their names?

14      A.   I won't be providing specific names of

15   individuals that I have mentored throughout my career,

16   midshipmen or active duty or former active duty

17   sailors and/or Marines.

18      Q.   So you are -- you know the names of

19   individuals who have told you that your race is

20   important to them, but you will not identify any of

21   the names to me; do I have that correct?



1            MR. MENDEZ:  Objection.  Asked and answered.

2            THE WITNESS: Correct in that I do have -- I

3    can recall some names of individuals who've expressed

4    that my race was one of, I think, several aspects of

5    my diversity that was important to them.  However, I

6    will not provide their names as a mentor/mentee

7    relationship, I believe, is one that's -- that

8    requires trust throughout its existence, and that I'm

9    not comfortable providing those names in this context.

10        Q.   Who are the senior leaders that told you

11   that your race was important to them?

12        A.   So, specifically I can speak to two leaders

13   who looked to me in my career to be a leader and felt

14   that my story, my experience, was worth sharing with

15   others.  And those individuals would be General

16   Clarke, Former Commanding Officer of the U.S. Special

17   Operations Command, as well as the former vice

18   commander of U.S. Special Operations Command, Vice

19   Admiral Szymanski.

20            Again, those are individuals who I believe

21   value my diverse experience and my diversity in all



1   aspects, so to include race, and expressed that to me.

2       Q.   Who are the peers of yours who expressed to

3   you that your race was important to them?

4       A.   So at this time I'm not comfortable sharing

5   the names of peers who made that note.

6       Q.   Can you identify anyone who joined the Navy

7   because of the existence of racial diversity?

8            MR. MENDEZ:  Objection.  Foundation.  Calls

9   for speculation.

10           THE WITNESS:  I can reflect on individuals

11  who I have mentored who were drawn to service because

12  they recognized that they would have an opportunity to

13  work in a diverse environment and potentially and

14  sometimes in certain cases work with individuals that

15  shared the diversity with them.  And so that was a

16  source of motivation for them.

17  BY MR. CONNOLLY:

18      Q.   And what are their names?

19      A.   I'm not providing names of mentees of mine.

20      Q.   Can you identify anyone who decided to

21  retire because of the lack of racial diversity?



 1            MR. MENDEZ:  Objection.  Calls for

 2    speculation.

 3            THE WITNESS:  So I am -- I haven't had these

 4    discussions with anyone that's expressed -- I have

 5    interacted and familiar with teammates that decided to

 6    -- one of the contributing factors that led to them

 7    terminating the service, retirement, characterized as

 8    doing 20 years or more, but served and decided that in

 9    their service and the lack of racial diversity was a

10    component -- the lack of racial diversity in the units

11    they served in did contribute to that decision.

12        Q.   And what was that individual's name?

13        A.   I'm not comfortable with providing names in

14    this context.

15        Q.   Can you identify anyone who ever told you

16    that they found the United States military less

17    legitimate because of the lack of racial diversity?

18            MR. MENDEZ:  Objection.  Foundation.

19            THE WITNESS:  Can you repeat the question,

20    please?

21    BY MR. CONNOLLY:



1     Q.   Can you identify anyone who ever told you

2   that they found the United States military less

3   legitimate because of the lack of racial diversity?

4          MR. MENDEZ:  Same objection.

5          THE WITNESS:  I can't recall a conversation

6   where someone used that exact verbiage.  I can say in

7   conversations I've had with active duty and civilians

8   that oftentimes they had an apprehension or uneasiness

9   about the U.S. military because it was, in their mind,

10   viewed as an undiverse organization.

11   BY MR. CONNOLLY:

12     Q.   Can you tell me the names of the individuals

13   that you just referenced?

14     A.   No.

15     Q.   No, you don't know or, no, you won't be

16   telling me?

17          MR. MENDEZ:  Objection to form.  Compound.

18          THE WITNESS:  No, in that I can't recall or

19   at this time I'm prepared to regurgitate -- identify

20   specific individuals by name.

21   BY MR. CONNOLLY:



1      Q.   And just so the record is clear, putting

2   aside whether you're going to tell me, do you know the

3   names of any individuals who told you that they found

4   the United States military less legitimate because of

5   the lack of racial diversity?

6              MR. MENDEZ:  Objection.  Foundation.

7              THE WITNESS:  Again, in, say, less

8   legitimate, I was referring to -- what I believe I

9   said, less comfortable with our military or less

10  confidence, I believe.  I can't remember exactly what

11  I said, but I didn't say less legitimate.

12  BY MR. CONNOLLY:

13     Q.   And for those individuals who you are

14  thinking of, do you know their names?

15     A.   I can think of some names in particular, but

16  I'm not going to provide those names.  I do know those

17  names, and I am not going to provide those names.

18     Q.   Okay.

19          You're on the admissions board; correct?

20     A.   Yes.

21     Q.   Have you ever considered an applicant's race



1  in deciding whether that applicant was qualified to

2  attend the Naval Academy?

3          MR. MENDEZ:  Objection. Foundation.

4          THE WITNESS:  So, in terms of coming to the

5  determination of whether they are qualified, I think

6  race has been included as it informs their unique life

7  experience or -- and/or any particular adversity in

8  other different aspects that I think make them a more

9  viable, stronger candidate, a more qualified candidate

10  in terms of evaluating their admissions package.

11  BY MR. CONNOLLY:

12      Q.   Have you ever given an applicant a tip

13  because of their race?

14          MR. MENDEZ:  Objection.  Foundation.

15          THE WITNESS:  Can you please clarify tip?

16  BY MR. CONNOLLY:

17      Q.   An extra -- an extra boost in your mind.

18      A.   No.

19      Q.   Have you -- you say you have considered a

20  person's -- you gave me your answer about how you have

21  -- how you consider race in the application process.



1    in being able to share that in that country, all of

2    the dimensions of diversity certainly to include my

3    racial diversity and background, immediate background

4    or specific background -- I would say unique, but

5    specific background -- was the source of interest and

6    positivity and pride for the Bangladeshis that I

7    worked with.  And those situations, those reflections,

8    come from top more senior teammates in various

9    different scenarios.  Working in the embassy, like

10   within the embassy walls, as well as on different

11   training events.

12        Q.   Taking each of these one by one, you talk

13   about you were -- your time now as a senior mentor to

14   your battalion here at the Naval Academy; correct?

15        A.   Yes.

16        Q.   To save a bunch of time, you talk about

17   recruitment.  How diversity helped recruitment, how it

18   helped retention, how it helped culture.

19             I don't know if you said it helped, but you

20   mentioned those three things.

21             Do you know the names of midshipmen here who



 1    could discuss these aspects of your mentorship?

 2            MR. MENDEZ:  Objection.  Foundation.

 3    Objection.  Vague.

 4            You may answer.

 5            THE WITNESS:  And so as -- I think the

 6    mentor/mentee relationship is a very special one.  I

 7    think, in my opinion, it's privileged.  There is a

 8    level of trust there.  As their leader, as someone who

 9    many times has to discipline them, which I do on --

10    very, very often -- as I do often, is -- it would be

11    inappropriate for me to provide specific names to

12    essentially new recruits, 17-, 18-year-old individuals

13    that I've mentored.

14    BY MR. CONNOLLY:

15        Q.   Second one, you were the Vice Chief -- your

16    second example, I think you said you were the Aide to

17    the Vice Chief of Naval Operations.  That was from

18    approximately 2011 through 2013; correct?

19        A.   Correct.

20        Q.   And that was in the Pentagon?

21        A.   Correct.



1      Q.   And you said racial diversity was here was

2   that you had an opportunity to showcase diversity in

3   China; is that correct?

4           MR. MENDEZ:  Objection.  Mischaracterizes

5   the witness's prior testimony.

6           MR. CONNOLLY:  I thought I was writing

7   verbatim what you said.

8   BY MR. CONNOLLY:

9      Q.   Did you -- as part of this position, did you

10  have an opportunity to showcase diversity -- racial

11  diversity in China?

12          MR. MENDEZ:  Same objection.

13          THE WITNESS:  Yes.  As well as other

14  different dimensions of diversity through our

15  interactions with both military and civilians that we

16  encountered in China during that visit.

17  BY MR. CONNOLLY:

18     Q.   Got you.

19          And why was it important to showcase racial

20  diversity in China?

21          MR. MENDEZ:  Objection.  Foundation.

