UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>　　　　　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>THE UNITED STATES NAVAL ACADEMY,<br>*et al.*,<br>　　　　　　　　　　　　　　*Defendants*. | No. 1:23-cv-02699-RDB |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's motion *in limine* to exclude certain testimony from Captain Jason Birch. Having considered the motion, it is ordered that Plaintiff's motion is denied.

Dated: _____　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　RICHARD D. BENNETT
　　　　　　　　　　　　　　　　　　　　United States District Judge