# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants*. | No. 1:23-cv-02699-RDB<br><br>**UNOPPOSED MOTION TO SEAL** |

Pursuant to Local Rules 105.111 and 104.13(c), Defendants move to file under seal two exhibits to its opposition to Plaintiff's motion *in limine* to exclude certain testimony from Captain Jason Birch. Sealing these materials is appropriate for multiple reasons.

*First*, the sealed exhibits have been designated as "Highly Confidential" under the parties' protective order. *See* ECF No. 63 ¶ 43. The sealed exhibits are non-public military records from an investigation into allegations of misconduct.

*Second*, there is no "alternativ[e] to sealing" that would "provide sufficient protection." *See* L.R. 105.11(b). The inability to file the two exhibits on the sealed docket would result in the omission of information that the Court might find helpful when deciding Plaintiff's motion. *See id.* There are thus no "alternatives" to filing the two exhibits under seal. *Id.*

Defendants conferred with Plaintiff, who does not oppose the motion to seal. Accordingly, the Court should grant Defendants' unopposed motion to seal.

Dated:  August 28, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Chris Edward Mendez*
JOSHUA E. GARDNER
*By Special Appearance*
Special Counsel
CHRIS EDWARD MENDEZ
*By Special Appearance*
CATHERINE M. YANG
*By Special Appearance*
JOHN ROBINSON
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8482
Email: chris.e.mendez@usdoj.gov

MEDHA GARGEYA
*By Special Appearance*
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant
Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*