UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY,<br>*et al.*,<br>*Defendants*. | No. 1:23-cv-02699-RDB |

**[PROPOSED] ORDER**

Before the Court is Defendants' unopposed motion to seal two exhibits to Defendants' opposition to Plaintiff's motion *in limine* to exclude certain testimony from Captain Jason Birch. Having considered the motion, it is ordered that Defendants' motion is granted and the exhibits at issue shall be placed under seal.

Dated: _____

_____
RICHARD D. BENNETT
United States District Judge