# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, <br> v. <br> THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | No. 1:23-cv-2699-RDB <br><br> **UNOPPOSED MOTION TO SEAL** |

Pursuant to Local Rules 105.11 and 104.13(c), Students for Fair Admissions moves to file under seal portions of its summary judgment reply brief and exhibits to the brief. Sealing these materials (the "Sealed Materials") is appropriate for multiple reasons.

*First*, the Sealed Materials contain materials that have been designated as either "Confidential" or "Highly Confidential" under the parties' protective order. *See* Dkt. 63 ¶43. In particular, the Sealed Materials divulge personal information of the students who are SFFA's standing members. *See* Dkt. 63 ¶4 (designating this information as "Highly Confidential"). SFFA's members also have a First Amendment right to associational privacy, which shields "their identities" from public view. *SFFA v. Harvard*, No. 14-cv-14176, 2023 WL 3126414, at *6 n.4 (D. Mass. Apr. 27, 2023) (discussing how "the parties throughout have kept applicant and SFFA membership information confidential"); *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886, 932 (1982) (collecting cases); *see also* Dkt. 9-5 ¶¶7-9 (discussing the "insults, threats, and harassment" that students would likely "receive for bringing litigation challenging racial preferences"). The Sealed Materials also contain materials that the Defendants have designated as "Confidential" under the protective order. *See* Dkt. 63 ¶3. Sealing thus is clearly "justif[ied]." L.R. 105.11(a).

*Second*, there is no "alternativ[e] to sealing" that would "provide sufficient protection" for SFFA's members. *See* L.R. 105.11(b). Filing only a redacted brief on the public docket—without also filing an unredacted copy on the sealed docket—would omit information that the Court might find helpful when deciding Plaintiff's summary judgment motion. *See id.* There are thus no "alternatives" to filing portions of the summary judgment reply brief and exhibits under seal. *Id.*

SFFA conferred with Defendants and they do not oppose the motion to seal.

For the foregoing reasons, the Court should grant SFFA's unopposed motion to seal.

Dated: August 28, 2024                           Respectfully submitted,

                                                 /s/ Thomas R. McCarthy

Adam K. Mortara*                                 Thomas R. McCarthy*
(TN Bar No. 40089)                               Patrick Strawbridge*
LAWFAIR LLC                                      J. Michael Connolly*
40 Burton Hills Blvd., Ste. 200                  Bryan K. Weir*
Nashville, TN 37215                              Cameron T. Norris**
(773) 750-7154                                   James F. Hasson*
mortara@lawfairllc.com                           R. Gabriel Anderson*
                                                 CONSOVOY MCCARTHY PLLC
                                                 1600 Wilson Boulevard, Suite 700
                                                 Arlington, VA 22209
                                                 (703) 243-9423
                                                 tom@consovoymccarthy.com
                                                 patrick@consovoymccarthy.com
                                                 mike@consovoymccarthy.com
                                                 bryan@consovoymccarthy.com
                                                 cam@consovoymccarthy.com
                                                 james@consovoymccarthy.com
                                                 gabe@consovoymccarthy.com

                                                 *pro hac vice
                                                 **admitted to practice in the District of Maryland

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

                                                 /s/ Thomas R. McCarthy