# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants*. | No. 1:23-cv-2699-RDB |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Unopposed Motion to Seal portions of its summary judgment reply brief and exhibits to the brief.

Having considered the motion,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED** and the materials at issue shall be **PLACED UNDER SEAL**.

Dated: _____

/s/_____
RICHARD D. BENNETT
United States District Judge