## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES NAVAL<br>ACADEMY, *et al.*,<br>*Defendants*. | No. 1:23-cv-2699-RDB<br><br>**UNOPPOSED MOTION TO<br>SEAL** |

Pursuant to Local Rules 105.11 and 104.13(c), Students for Fair Admissions moves to file under seal portions of its exhibits to its Opposition to Defendants' Motion *In Limine* Regarding Plaintiff's Expert Witnesses. Sealing these materials (the "Sealed Materials") is appropriate for multiple reasons.

*First*, the Sealed Materials contain materials that have been designated as "Confidential" under the parties' protective order. *See* Dkt. 63 ¶43. Sealing thus is clearly "justif[ied]." L.R. 105.11(a).

*Second*, there is no "alternativ[e] to sealing" that would "provide sufficient protection." *See* L.R. 105.11(b). Filing only redacted exhibits on the public docket—without also filing unredacted copies on the sealed docket—would omit information that the Court might find helpful when deciding this motion. *See id.* There are thus no "alternatives" to filing portions of the exhibits under seal. *Id.*

SFFA conferred with Defendants and they do not oppose the motion to seal.

For the foregoing reasons, the Court should grant SFFA's unopposed motion to seal.

Dated: August 28, 2024

Respectfully submitted,

_/s/ Thomas R. McCarthy_

Adam K. Mortara*
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick Strawbridge*
J. Michael Connolly*
Bryan K. Weir*
Cameron T. Norris**
James F. Hasson*
R. Gabriel Anderson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

*pro hac vice
**admitted to practice in the District of
Maryland

## CERTIFICATE OF SERVICE

I certify that on August 28, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

_/s/ Thomas R. McCarthy_