UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

STUDENTS FOR FAIR ADMISSIONS,
                           *Plaintiff*,

    v.

THE UNITED STATES NAVAL ACADEMY, *et al.*,
                           *Defendants*.

No. 1:23-cv-02699-RDB

## ORDER

Before the Court is Defendants' unopposed motion to seal two exhibits to Defendants' opposition to Plaintiff's motion *in limine* to exclude certain testimony from Captain Jason Birch. Having considered the motion, it is ordered that Defendants' motion (ECF No. 96) is granted and the exhibits at issue shall be placed under seal.

Dated: August 29, 2024

/s/
RICHARD D. BENNETT
United States Senior District Judge