# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

STUDENTS FOR FAIR ADMISSIONS
*Plaintiff*,

v.

THE UNITED STATES NAVAL ACADEMY, *et al.*,
*Defendants*.

No. 1:23-cv-2699-RDB

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Seal portions of its summary judgment reply brief and exhibits to the brief.

Having considered the motion,

**IT IS ORDERED** that Plaintiff's motion (ECF No. 100) is **GRANTED** and the materials at issue shall be **PLACED UNDER SEAL**.

Dated: August 29, 2024

/s/
RICHARD D. BENNETT
United States Senior District Judge