**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, | |
| *Plaintiff*, | Case No. 1:23-cv-02699-RDB |
| v. | |
| THE UNITED STATES NAVAL ACADEMY, *et al.*, | |
| *Defendants*. | |

**NOTICE OF APPEARANCE**

Please take notice that Andrew E. Carmichael, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants.


Dated: August 29, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

 /s/  *Andrew E. Carmichael*
ANDREW E. CARMICHAEL
  (VA Bar No. 76578)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Attorney for Defendants*