IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-2699 |
| THE UNITED STATES NAVAL ACADEMY, *et al.*, | * | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated on the record at the September 5, 2024 hearing and in the accompanying Memorandum Opinion, it is this 5th day of September, 2024 HEREBY ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment (ECF No. 74 *SEALED*) on the issue of Article III standing is GRANTED; and

2. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

/s/
Richard D. Bennett
United States Senior District Judge