1     IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MARYLAND
2        NORTHERN DIVISION

3  STUDENTS FOR FAIR ADMISSIONS, )
              )
4   Plaintiff,     )
              )Civil No.
5   vs.        )1:23-cv-2699-RDB
              )
6  THE UNITED STATES NAVAL  )Baltimore, Maryland
  ACADEMY, ET AL.,     )
7             )September 5, 2024
   Defendants.    )10:07 a.m.
8  _____)

9

10

11     **THE ABOVE-ENTITLED MATTER CAME ON FOR**
     **MOTIONS HEARING AND PRETRIAL CONFERENCE**
12    **BEFORE THE HONORABLE RICHARD D. BENNETT**

13      A P P E A R A N C E S

14  On Behalf of the Plaintiff:
   ADAM K. MORTARA, ESQUIRE
15   PATRICK STRAWBRIDGE, ESQUIRE
   J. MICHAEL CONNOLLY, ESQUIRE
16   CAMERON T. NORRIS, ESQUIRE
   JAMES HASSON, ESQUIRE
17   R. GABRIEL ANDERSON, ESQUIRE
   THOMAS R. MCCARTHY, ESQUIRE
18

19  On Behalf of the Defendant:
   JOSHUA E. GARDNER, ESQUIRE
   CATHERINE M. YANG, ESQUIRE
20   ANDREW E. CARMICHAEL, ESQUIRE
   JOHN ROBINSON, ESQUIRE
21   MEDHA GARGEYA, ESQUIRE
   CHRIS E. MENDEZ, ESQUIRE
22

23  (Computer-aided transcription of stenotype notes)
       Reported by:
24     Ronda J. Thomas, RMR, CRR
     Federal Official Reporter
25   101 W. Lombard Street, 4th Floor
     Baltimore, Maryland 21201

1    (10:07 a.m.)

2         **THE COURT:**  Good morning, everyone.  You all may be

3    seated for a few minutes.  This is calling the case of Students

4    for Fair Admission v. The United States Naval Academy, et al.

5    Civil No. RDB-23-2699.

6         We're here for a motions hearing as well as then a

7    pretrial conference for the bench trial that's on schedule to

8    start on Monday, September the 16th.  I want to welcome

9    everyone here.

10        The masking policies of this court have previously

11   required that masks are worn in all public areas of the

12   courthouse.  That is no longer the case.  But we do -- it is

13   within the discretion of the presiding judge and given that we

14   still have vestiges of COVID-19 that drift in and out of this

15   courthouse, I do inquire the vaccination status of those

16   parties before me.  And Ms. Herndon, ever-vigilant deputy

17   courtroom clerk has already checked, and apparently everyone

18   here has been vaccinated.  And that's fine.  No big deal.  But

19   I just hand masks out.  So we've all been vaccinated and

20   boosted so that's fine.

21        With that, let me clarify on the record who is here and

22   also we'll go over the order which I'd like to hear these

23   arguments if we can on four outstanding motions.  And then

24   we're going to address the pretrial order today.

25        So, with that, on behalf of the Plaintiff Students for

Fair Admission, who is here?

          MR. STRAWBRIDGE:  Good morning, Your Honor.  Patrick
Strawbridge.

          THE COURT:  Yes, Mr. Strawbridge.  Nice to see you.
Welcome.

          MR. MORTARA:  Good morning, Your Honor.  Adam Mortara.

          THE COURT:  Mr. Mortara, nice to see you.

          MR. CONNOLLY:  Good morning, Your Honor, Michael
Connolly.

          THE COURT:  Mr. Connolly, nice to see you.

          MR. NORRIS:  Good morning, Your Honor, Cameron Norris.

          THE COURT:  Cameron Norris, yes, nice to see you.

     Particularly, the person who's the furthest out usually
has done the most work, Mr. Norris.  So it's nice to have you
here.

          MR. MORTARA:  Well, Your Honor, we have a back row
too.

     (Laughter.)

          THE COURT:  Okay.  The ones in the back row generally
have really brought it to the fore.  So who is back there?
Mr. Hasson; is that right?

          MR. HASSON:  That's correct, Your Honor.  James
Hasson.

          THE COURT:  Nice to have you here, and welcome to you.

          MR. ANDERSON:  Good morning, Your Honor.  My name is

1  Gabriel Anderson.

2       **THE COURT:**  Nice to have you here, Mr. Anderson, and

3  welcome.

4       **MR. MCCARTHY:**  Good morning, Your Honor, Thomas

5  McCarthy.

6       **THE COURT:**  Yes, Mr. McCarthy, nice to have you here.

7  The whole team is here.  The only person listed as counsel who

8  is not here is Brian Weir; is that correct?  Okay.  Other than

9  that -- he doesn't need to be here.

10       **MR. STRAWBRIDGE:**  He regrets that he is missing this

11  proceeding.

12       **THE COURT:**  That's quite all right.  That's quite all

13  right.

14     And on behalf of the Defendants, United States Naval

15  Academy and the Department of Defense, and Secretary Austin,

16  and Secretary of the Navy Carlos Del Turo, and Dean of

17  Admissions for the Academy Bruce Latta, and Rear Admiral

18  Kacher, the Acting Superintendent of the Naval Academy.

19  They're the six listing Defendants.  I'll just refer to it as

20  the generally as the Academy.

21     Who is present?

22       **MR. GARDNER:**  Good morning, Your Honor, Josh Gardner

23  with the United States Department of Justice on behalf of the

24  Defendants.  With me today are my co-counsel, Catherine Yang,

25  Drew Carmichael, John Robinson, Medha Gargeya and Chris Mendez.

 1        **THE COURT:**  Nice to have all of you here, and welcome,
 2   so you didn't have to go through it.  I gather that --
 3   Ms. Gargeya, nice to have you here.  Who's further out than
 4   you, Mr. Mendez; is that right?  Yeah, then you've obviously
 5   done a lot of work as well.  I always try to make sure --
 6        **MR. MENDEZ:**  Your Honor, it's definitely a team
 7   effort.
 8        **THE COURT:**  That's fine.  I won't impose the rule yet
 9   but sometimes I require that they let someone in the far out
10   speak in some way at the podium, but we're not going to enforce
11   that yet today.
12        Let me just note how I would like to approach this.  There
13   are four motions pending.  There's the Plaintiff's Motion for
14   Partial Summary Judgment in this matter, specifically, on the
15   issue of Article III standing and the position of the
16   Plaintiffs that can be resolved as a matter of law.  That's
17   Paper Number 74.
18        And then there is the second of the -- I want to address
19   that first this morning, in case you all divided up these
20   arguments.  Let me explain how I'd like to do it.
21        The Motion for Summary Judgment on the standing issue
22   first.  Then the Plaintiffs' Motion in Limine to Exclude
23   Certain Testimony of Captain Birch from the Navy SEALs.  That's
24   Paper Number 87.  I'll address that secondly.
25        And then thirdly today we'll address Defendants' Motion in

1    Limine regarding Plaintiff's expert witnesses, Paper Number 85.

2         And then the fourth and last will be the Defendants'

3    Motion in Limine concerning certain exhibits, Paper Number 86.

4    All of which were filed timely within the last few weeks.

5         And then finally we'll get to the matter of the joint

6    proposed pretrial order and any issues that flow from that.

7         Unless there's any objection, I'd like to approach it in

8    that fashion.  Whoever has the sum of the argument on those

9    issues you can stay at the table, as you recall from the motion

10   for preliminary injunction.  You can stay at the podium.

11   Whatever suits your pleasure.

12        So, with that, I'll be glad to hear from Plaintiff's

13   counsel with respect to the Motion for Partial Summary

14   Judgment, Paper Number 74.  And through that motion the

15   Plaintiff, Students for Fair Admissions, has insisted that the

16   issue of Article III standing can be resolved as a matter of

17   law.

18        And, briefly, Students for Fair Admission contends -- I'll

19   interchangeably go SFFA or I'll go Students for Fair

20   Admissions -- insists, contends that there's no question that

21   at least one of its four proffered Members could sue on his

22   own, which is all that's necessary for associational standing.

23   And the Defendants contend that there are disputed factual

24   issues as to whether the Members are able and ready to apply to

25   the Naval Academy and as to how the Naval Academy's admissions

7

1    process works.  And then the Plaintiff essentially has argued
2    that any disputes over the admissions process don't relate to
3    standing per se.
4        So that's essentially, I think, in a nutshell what the
5    arguments are here.
6        With all of these, these have been very thoroughly
7    briefed.  And I'll be glad to hear from you, Mr. Norris on
8    this.
9        What I'd prefer, you may recall from the hearing on the
10   Motion for Preliminary Injunction, I tend to have what's called
11   a hot bench, I guess.  I ask questions.  And I may get to an
12   issue and want a response and we try to narrow it down.
13       I'll give certainly an indication today from the bench as
14   to how I'm going to rule on this.  And I'll follow-up with a
15   brief memorandum order on that.
16       So, with that, Mr. Norris, I'll be glad to hear from you.
17       **MR. NORRIS:**  Thank you, Your Honor.  We do believe
18   that standing should be resolved as a matter of law in this
19   case just like it has been in all SFFA's cases.
20       My friends do try to say that this case is different but
21   their arguments in our view all misunderstand the law of
22   standing in these types of cases; and even under their
23   arguments we don't think there's a genuine factual dispute at
24   least as to Members A and D that we put forward.
25       So the cases in this area of the law --

 1          **THE COURT:**  Did you say A and D as in dog.

 2          **MR. NORRIS:**  Yes.

 3          **THE COURT:**  Okay.  All right.

 4          **MR. NORRIS:**  The first and last members.

 5          **THE COURT:**  Yes, yes.

 6          **MR. NORRIS:**  The case law in this area says we have to

 7  prove two things for standing:  One is that the Naval Academy

 8  uses race in its admissions process, which is conceded; and,

 9  two, that we have a member who is able and ready to apply to

10  the Naval Academy if it were to stop using race, which we don't

11  think is genuinely disputed anymore at this stage.

12          My friends say we have to prove more than that, but even

13  if you did take their arguments as true, I just want to

14  highlight how their arguments don't even affect Member D, in

15  particular, as in dog.

16          They say that our Members -- they have questions about

17  whether they have an intent to reapply to the Naval Academy

18  again.  Member D is reapplying to the Naval Academy right now

19  for this cycle.

20          **THE COURT:**  Class of 2027; is that right?

21          **MR. NORRIS:**  This would be the class of 2029 --

22          **THE COURT:**  '29, okay.

23          **MR. NORRIS:**  -- I believe or 2028.  I may have that

24  wrong.  But whichever one that the due date is January 31st of

25  next year, he is applying right now, is almost done with his

1  application.

2      My friends say that our Members might be disqualified

3  either medically or academically.  They don't say that about

4  Member D.  His qualifications are undisputed.  He was found to

5  qualify when he did apply, as Your Honor mentioned, to the

6  class of 2027.  They don't have any dispute about his

7  qualifications now.

8      My friends also say that some parts of their process do

9  not consider race, but Member D's congressman uses the type of

10  nomination method that does consider race, even according to

11  the Naval Academy.  And his last application for the class of

12  27 concededly went through a process that used race because he

13  was denied admission despite being found qualified, which

14  necessarily means he did not get an LOA where they used race,

15  he did not get an additional appointment where they use race,

16  he did not get a superintendent nomination where they use race.

17  He was denied and race affected his process.

18      **THE COURT:**  And you're proffering that Member D is

19  receiving one of the two types of nominations, a statutory

20  nominating authority, i.e. a member of Congress.

21      **MR. NORRIS:**  Last time he did.  He's still working on

22  getting his congressional nomination for this time, but I

23  believe he's going back, as he testified in his deposition, to

24  the same member of Congress that nominated him before.

25      It's called the competitive method of nominations.  It's

```
 1   what 65 percent of Congress members use when they nominate

 2   people to the Academy.

 3        So I'll just talk briefly, Your Honor, unless you'd like

 4   to go somewhere else, about their ability and readiness to

 5   apply, we think, is defined correctly as those statutory

 6   minimum requirements for admission to the Naval Academy.  So

 7   you have to be unmarried, you can't have kids, you can't be

 8   over a certain age, you have to be a citizen, things like that.

 9   That is conceded in this case.  There is no dispute about those

10   minimum qualifications.

11        Now, they like to talk about the possibility of a medical

12   or an academic disqualification.  Again, that's not an argument

13   they can make with respect to Member D and it's not an argument

14   they can make with respect to Member A.

15        Member A, when he applied last time, was found medically

16   disqualified.  But that condition no longer counts as a medical

17   disqualification under DoD's regulations.  We know that because

18   he's a member of the Navy ROTC at his college where he's

19   receiving a waiver for the exact same condition.

20             THE COURT:  He now a rising junior -- Member A is

21   white and is a rising junior at

22             .

23             MR. NORRIS:  Just started his junior year.

24             THE COURT:  And he's in Navy ROTC.  And then Member D

25   is also white.  Do I understand he's attending
```

1      ; is that right?  Where is he in school?  Is it a male or

2  female?

3          **MR. NORRIS:**  All four are males, Your Honor.  He was

4  signed up to attend the                      as part of their

5  ROTC Program.  That didn't work out.  He is now enrolled I

6  believe at                              .  Just started as a

7  freshman.  Just walked into the door on campus.

8          **THE COURT:**  Okay.

9          **MR. NORRIS:**  Which brings me to my next point, my

10  friends on the other side doubt their intent to reapply.

11  Member D is reapplying.  He's just a freshman in college.  It's

12  not unusual at all for people in his position to reapply to the

13  Academy.

14      In fact, the Academy loves to get people like that because

15  it shows they're really committed to the Academy because they

16  apply twice.  They actually give them a preference in the

17  admissions process.  And so you don't have to speculate about

18  his future intent, he is currently reapplying for the Naval

19  Academy.  Makes it an easy case.

20      But with respect to all of our Members, they all clearly

21  testified over and over that they would reapply, either now for

22  Member D or hypothetically in the future for the other three,

23  if the Academy were ordered to stop using race.  There is no

24  contrary evidence in the record --

25          **THE COURT:**  Just so we're clear on this, Mr. Norris, I

1    thought Member A had testified at the deposition that he likes

2    the programs at          and at least proffered that perhaps he

3    has really no reason to transfer.  And if he were to transfer,

4    his graduation officer commission would be delayed by at least

5    three years.

6         Isn't that in the record as to Member A?

7         **MR. NORRIS:**  Member A was talking about why he

8    wouldn't transfer to another civilian college.  The transcript

9    goes on to say, well, what about the Naval Academy?  He said,

10   "That's different."

11        **THE COURT:**  Okay.

12        **MR. NORRIS:**  "I would transfer to the Naval Academy

13   even though it would make me start over."

14        And he gave specific reasons why.  He said, "that would

15   save me a whole year's worth of college tuition, which I'm

16   currently paying myself.  It would put me in the Naval

17   Academy," which is a lot -- it's a very prestigious

18   institution.  It's a good way to get into the Navy as an

19   officer.  And he said the networking opportunities that you get

20   from being a student at the Academy are unparallel.

21        Those are all reasons he would reapply if they were

22   ordered to stop using race.

23        That's very clear testimony about the Academy in

24   particular.

25        The other testimony that my Friends cite, and Your Honor

 1  just referenced, was not about the Academy.  It was about

 2  college in general.

 3          THE COURT:  Just so we're completing the record here,

 4  before we get back to Member A and Member D.  Member B, as I

 5  understand it, is Asian and is a                    at the

 6                      , correct?

 7          MR. NORRIS:  Correct.

 8          THE COURT:  Okay.  He's now majored in biochemistry

 9  and he's still at the                        as we speak,

10  starting this semester now; isn't that right?

11          MR. NORRIS:  Yes.

12          THE COURT:  All right.  And then Member C is a

13      as well and a            at                        ,

14  and Member C, it appears, may have expressed some reluctance to

15  reapply in that he would be very -- his commission, graduation;

16  date would be transferred.  Is that a fair summary?

17      I note you haven't mentioned B and C yet.  I'm just making

18  sure the record is complete here.  As to B and C, your position

19  is that the record reflects that they would, in fact, reapply.

20  Is that what you're saying?  They have not, but they would.

21          MR. NORRIS:  They would if the Academy were ordered to

22  stop using race, yes, Your Honor.  That specific testimony

23  about the Academy is unrebutted.

24          THE COURT:  Okay.

25          MR. NORRIS:  There is some testimony about why they

1    haven't looked at transferring generally to other places.  But
2    both students said, the Naval Academy is my number one choice.
3    Member C was asked specifically, well, "What about the fact
4    that you would have to start over?"  And he said, "Doesn't
5    matter.  That concern would be overcome by my desire to attend
6    the Academy in particular."
7              THE COURT:  Okay.  You can go back to Member A and D.
8    I didn't mean to cut you off.  I was just trying to make sure
9    we were complete on the record here.
10             MR. NORRIS:  I like all of our Members, but I think A
11   and D are the closest call, closest case for summary judgment.
12             THE COURT:  Okay.
13             MR. NORRIS:  Your Honor, I think the next argument,
14   I'll move on to their admissions process.  You can assume that
15   everything they say about their process is correct, and we
16   still have standing at the summary judgment stage.  That's
17   because the injury in these types of cases stems from the fact
18   that the admissions process uses race at all, at any point in
19   the admission process.  That creates an injury because the
20   injury is not keyed to whether they will likely get in.  It is
21   keyed to whether they have an equal opportunity to compete
22   before they even apply.  They do not have an equal opportunity
23   to compete if race is used at all in the process.
24        We don't even have to prove that they will apply, just
25   that they are ready and able to apply if the Academy were

1    ordered to stop using race.  So it's a hypothetical question.

2    It does not turn on what will, in fact, likely happen to their

3    future application.

4          We also don't have to prove that race affected their

5    application last time they applied.  The only reason that last

6    time is relevant to a case seeking forward-looking relief, is

7    that it really helps cement their intent to reapply.

8          In *Gratz*, the Supreme Court said, well, they've applied

9    before so of course we can assume that their stated attempt to

10   apply again is sincere.  They've already demonstrated it

11   through their actions.

12         We also don't have to prove -- the Government's position

13   is that we have to prove -- we have to prove that it is likely

14   that race would affect the future application that they file.

15   That argument is clearly rejected in *Parents Involved* by the

16   Supreme Court.  There was a group of middle-schoolers who were

17   concerned that their race would be a reason that they were sent

18   to a different high school.  And the Supreme Court -- and the

19   city in that case said, they don't have standing because you

20   don't actually get sent to a different high school based on

21   race unless a bunch of conditions are true:  Like, the high

22   school that you're currently assigned to is oversubscribed by

23   race or something like that.  We don't know whether those

24   future conditions will hold for each one of these middle

25   schoolers.

1        The Supreme Court said it does not matter.  You have a

2   race-based system and a risk of harm to you that you may be

3   prejudiced by your race.  That is all that is required.

4        Again, you can assume everything they said is correct and

5   we would still have standing.

6        This is also not different from *Harvard*, Your Honor, where

7   the Supreme Court and the District Court said we have standing

8   at the summary judgment stage.  For *Harvard*, very competitive

9   school, 80 to 90 percent of applicants have about a zero

10  percent chance of getting in.  The curve looks like this

11  (indicating) where the people who are competing for spots are

12  really like that last 10 percent of the class.

13       So race didn't affect most applicants to Harvard either.

14  If you have a zero percent chance, a race-based tip is not

15  going to help you, it's still zero.  But still, no one ever

16  inquired about the qualifications of our standing Members, no

17  one asked about their GPA or SAT scores, anything like that.

18  The qualifications weren't relevant.  It was their desire to

19  compete and not be treated differently on the basis of their

20  race that creates the injury in these cases.

21            **THE COURT:**  Mr. Norris, just so we're clear, going

22  step by step here in terms of Article III standing, what's

23  being invoked here is essentially associational standing,

24  correct, for SFFA?

25            **MR. NORRIS:**  Correct.

1          THE COURT:  In terms of, which means that -- really,
2     the only real dispute here is with respect to the first element
3     and that's if the Members would otherwise have standing to sue
4     in their own right.  That's the thrust of what we're dealing
5     with here.
6          MR. NORRIS:  Correct.  And only the first element of
7     the first element I believe -- whether they have an injury.
8          THE COURT:  I understand.  And that's why we have the
9     focus on the Members.  And *Gratz* and I think the later case
10    *Carney v. Adams*, after *Gratz*, essentially has to do with as
11    long as there's some indicia that they're ready and able, the
12    Supreme Court has not required that there actually have been a
13    reapplication is the argument you're making.
14         MR. NORRIS:  Correct.  *Carney* discusses *Gratz* --
15         THE COURT:  Yes.
16         MR. NORRIS:  -- and says *Gratz* is completely correct.
17    If you are challenging the use of race and admissions, all you
18    have to show that you applied once before, were denied, you're
19    ready and able to apply again should they stop using race.
20    We've got that.
21         This is more of a technical argument but it's the last
22    thing and then I'll stop here, Your Honor.
23         We have a dispute with them about the mechanics of their
24    process and where they do and don't use race.  We're not
25    talking about the merits.  We're talking about standing for

18

1  purposes of this motion.  We think the courts have to assume

2  that we're correct on those factual disputes on the merits when

3  assessing standing, which means you assume that our view of

4  their admissions process, which is they use race throughout at

5  every stage is true, just for purposes of deciding standing.

6      THE COURT:  Just so we're clear, in terms of -- SFFA

7  in some situations perhaps assert its own standing in terms of

8  its own injury, but that's not really what's being alleged

9  here.  It's clearly associational standing and it really is

10 with respect to the matter of its Members who would otherwise

11 have standing to sue in their own right.  That's the whole

12 basis of it.

13     MR. NORRIS:  That's correct.  It's associational

14 standing, Your Honor.

15     THE COURT:  Okay.  Thank you very much, Mr. Norris, on

16 this.  I'll be glad to hear from defense counsel.

17     And with that, we have Mr. Carmichael; is that right?

18     MR. ROBINSON:  Robinson.  Close.

19     THE COURT:  Mr. Robinson.  Yes, Mr. Robinson, nice to

20 have you here.

21     MR. MORTARA:  Your Honor, if I may.

22     THE COURT:  Sure.  Go right ahead.  Mr. Mortara.

23     MR. MORTARA:  Adam Mortara for Students for Fair

24 Admissions.  In response to some of the Court's questions,

25 Mr. Norris revealed specific schools that our Members are

```
 1  attending.
 2          THE COURT:  Yes.
 3          MR. MORTARA:  Some of that information could be used
 4  to identify them.  We would move that those small portions be
 5  sealed.
 6          THE COURT:  That's fine.  To that extent, we'll take
 7  all precautions on that.  I don't know that that's really a
 8  threat but that's fine.  And Ms. Thomas is excellent on that,
 9  the court reporter.  She never misses a beat on that.  We'll
10  make sure that done on the record here as well, sure.
11          MR. MORTARA:  Thank you very much, Your Honor.
12          THE COURT:  Sure, sure.
13      Mr. Robinson, I'll be glad to hear from you.
14          MR. ROBINSON:  Good morning, Your Honor.
15          THE COURT:  Good morning.
16          MR. ROBINSON:  We do believe that there are genuine
17  disputes of material fact here that would preclude the Court
18  awarding summary judgment.  We have a cross meant for summary
19  judgment.  We're not talking at this point about the merits
20  determination on -- trial determination on standing, but we do
21  think that there are material disputes of fact.  And we also
22  think there's no need for the Court to decide this issue at
23  this point two weeks before trial when the Court will soon have
24  a full evidentiary record before it both on the Members'
25  ability and readiness to apply as well as on the Naval
```

1    Academy's admissions process, how it works, and the limited
2    ways in which the Naval Academy considers race in that process.
3         So I'll take both of those points in turn, sort of the
4    disputed facts and the judicial economy point.
5         There are two categories of disputed facts here.  First,
6    there are disputed facts as to whether each of Plaintiff's
7    Members are able and ready to compete for a spot at the Naval
8    Academy.  That's an inquiry that the Supreme Court in the
9    *Carney* case says is a highly fact-intensive inquiry; and,
10   second, there are disputed facts as to how the Naval Academy's
11   admissions process works.  Their position is that race is
12   considered throughout the process, that it's a pervasive
13   consideration.  It makes a difference for the vast majority of
14   candidates.  Our position is that it's a much more limited
15   consideration.  And we'll put on witnesses to explain how it
16   works at trial.
17        As to Plaintiff's Members, we've identified a number of
18   reasons why we think a reasonable fact-finder could conclude
19   that those Members are not, in fact, able and ready to compete
20   for a spot at the Naval Academy.  So I'll just go through them
21   briefly.
22        Members B and C, as was discussed with my colleague, were
23   found to be academically not qualified when they applied to the
24   Naval Academy previously.
25        Our position, although it is a disputed issue of fact, is

1  that race plays no role whatsoever in that academic

2  qualification decision.  That --

3          THE COURT:  Clearly, the law is that only one of its

4  Members has to have suffered an injury in fact to have

5  appropriate standing on their own.  They don't have to prove

6  all four.  They just have to prove or just offer a proffer as

7  to one of the four, correct?

8          MR. ROBINSON:  That is absolutely correct.  Yes.  But

9  just to go through them.  So B and C were found to be

10 academically not qualified.  Our contention is that race plays

11 no role in that process factually and that trial will establish

12 that.

13     There is no basis in the evidence for the Court or a

14 fact-finder to conclude that if they were to reapply, the

15 Admissions Board would reverse itself and conclude that, in

16 fact, they are academically qualified.  And, so because race

17 plays no role in that process, they would never have to compete

18 on an unequal footing against other applicants.

19     On Page 6 of their reply brief, they note that academic

20 disqualification doesn't guarantee a disqualification in the

21 future.  And of course that's true.  If this were a trial

22 setting, the Court could weigh the evidence and consider that.

23     But this is a Motion for Summary Judgment.  They have to

24 show there are no issues of disputed fact.  And in that

25 context, we're dealing with probabilities.  They have the

1  burden to prove that it's more likely than not that race will

2  be considered as to these Members, and we think that there are

3  at a minimum disputed factual issues as to whether these

4  Members B and C are able and ready to apply.

5          THE COURT:  As I understand it, B did not complete the

6  medical evaluation?

7          MR. ROBINSON:  Correct.

8          THE COURT:  And C did complete the medical evaluation,

9  but was deemed to be medically disqualified?

10          MR. ROBINSON:  Correct.  I believe Member C applied

11  twice and on one occasion he was found to be medically

12  disqualified due to a recent surgery, correct.  Yes.

13          THE COURT:  All right.

14          MR. ROBINSON:  Now, Members A and D, we think they're

15  also genuine disputes of material fact.  So Member A is a -- as

16  to their readiness and ability to compete for a spot.  So

17  Member A is currently a junior.  So if he were to apply and go

18  through all that an application entails, which includes a

19  candidate fitness assessment, a medical examination, getting a

20  nomination from a Congress person, sitting down for an

21  interview, filling out a personal statement, getting

22  recommendations.  If he were to do all of that, and if he were

23  to be accepted, he would be delaying his graduation by at least

24  three years.

25          THE COURT:  As to Member A, Mr. Robinson, he is now an

```
 1    active member of            -- I'll refer to it as        --

 2    at          , correct?

 3            MR. ROBINSON:  Correct.

 4            THE COURT:  So what is -- there is no issue in terms

 5    of potential medical disqualification.

 6            MR. ROBINSON:  Well, we think that cuts both ways.

 7            THE COURT:  How are you able a member of Navy ROTC and

 8    you're not medically qualified to be at the Academy.  I don't

 9    understand that?

10            MR. ROBINSON:  So he was found to be medically

11    disqualified when he applied to the Naval Academy --

12            THE COURT:  Yes, I understand.

13            MR. ROBINSON:  -- due to a chronic skin condition.

14            THE COURT:  Yes.

15            MR. ROBINSON:  He did get a waiver for the ROTC

16    program.  My understanding is he would need to sit for a

17    medical exam again because those medical exams are only good

18    for two years.

19        So I'm not suggesting that, you know, the Court weighing

20    all of the evidence would necessarily conclude that that

21    precludes him from applying.  But I am saying that it is part

22    of one of the disputed factual issues that would preclude an

23    aware of summary judgment.

24            THE COURT:  Just so the record is clear, I'm not sure

25    how there's going to be a disputed factual issue.  To be
```

 1  perfectly blunt about it, I'm hard-pressed to understand how

 2  someone can be in Navy ROTC and be deemed to be qualified as an

 3  officer and yet they're not medically qualified for the

 4  Academy.  There's no factual issue for me to address.  It's

 5  very simple --

 6          MR. ROBINSON:  And we're not really --

 7          THE COURT:  It's very simple.  Medical

 8  disqualification on Member A is just not a factor here.

 9          MR. ROBINSON:  Sorry, just to be clear, we haven't

10  really pushed the medical issue --

11          THE COURT:  As well you should not.  Member A is not

12  medically disqualified.  That's off the board because he's in

13  Navy ROTC.  So that's no longer relevant in any way, shape, or

14  form to me as a finder of fact.

15          MR. ROBINSON:  I do think the ROTC point cuts both

16  ways --

17          THE COURT:  We have so many issues to recover, we

18  don't need to debate this, Mr. Robinson.

19          MR. ROBINSON:  Sure, sure.

20          THE COURT:  It seems patently obvious to me that

21  that's hardly an argument that the Academy should be making,

22  quite frankly, it seems to me.

23          MR. ROBINSON:  Sure.  And to be clear, I wasn't making

24  it --

25          THE COURT:  Sure.

1          **MR. ROBINSON:**  The main argument is that he will be

2     postponing his graduation by three years.  He's already

3     scheduled to graduate as an officer in the Navy next year.  So

4     we think a reasonable fact-finder looking at that could

5     conclude that he is not likely to undergo everything that an

6     application entails, postpone his graduation and commissioning

7     as an officer by at least three --

8          **THE COURT:**  But the test is really whether he's ready

9     and able.  It's up to him to make the career choice it seems to

10    me.  I don't really know how that is a particularly strong

11    point either.

12         In terms of some of the statistics I've already seen, it

13    clearly -- it certainly appears that as you go up the track, I

14    think, what is it, I think 91 percent of all the chiefs of

15    naval operations have been Academy graduates, nine percent have

16    not.  So it may be important to someone that is anticipating a

17    Navy career that they want to be an Academy graduate as opposed

18    to a ROTC officer.

19         **MR. ROBINSON:**  Sure.  And if the Court were evaluating

20    all the evidence of a -- reviewing it in the trial setting that

21    would be a perfectly appropriate conclusion for the Court to

22    make.

23         But in this setting, they moved for summary judgment so

24    they need to show not only that there are no disputes of facts

25    as to his ability and readiness to compete for a spot, but also

1   he would be subjected to an unequal process if he were to

2   apply.  And that's a second category of disputed factual issues

3   that we think would preclude summary judgment here because our

4   position is that race does not play a role in several stages of

5   the Academy's admissions process.

6        So, for example, it doesn't play a role in terms of

7   getting a congressional nomination.  It doesn't play a role in

8   terms of the medical exam.  It doesn't play a role in terms of

9   the candidate fitness assessment.  It doesn't play a role for

10  certain individuals who are nominated by congressman under the

11  principal nominee alternate-ranked system because there the

12  Academy just has to go down in order.

13       So without resolving the factual dispute between the

14  parties about how and the extent to which race is considered at

15  these various processes, we don't see how the Court could

16  decide as a matter of law that they are both ready and able to

17  apply and that they will be subjected to an unequal process.

18       But perhaps most importantly, there's just no need for the

19  Court to resolve that question now.  The Court has discretion

20  under the *Anderson v. Liberty Lobby* case that we cited to just

21  defer this issue until after trial.  No efficiencies would be

22  gained by deciding the issue now.  We have already designated

23  deposition testimony for these witnesses.  We would simply

24  submit that to the Court, and the Court would decide the issue

25  in the context of the findings of fact and conclusions of law

1    where the Court would be free to weigh the evidence, make

2    credibility determinations, resolve factual disputes.

3         We also will need to go through the Naval Academy's

4    admissions process regardless discussing the ways in which race

5    is addressed.  And so there's no time that would be saved at

6    trial by deciding this issue now.  No efficiencies would be

7    gained and, you know, the Court would have to review the

8    deposition transcripts now to test whether there are genuine

9    disputes of material fact.  And we just don't see a reason to

10   do that at this stage when we have a trial coming up in two

11   weeks.

12        **THE COURT:**  Mr. Robinson, as I understand these issues

13   have been raised before in terms of the *University of North*

14   *Carolina* case, the *Harvard* case.  It was ruled upon as a matter

15   of law initially, was it not?

16        And then in terms of -- in fact, correct me if I'm wrong,

17   Ms. Hudson, my very able law clerk even has noted listening to

18   some of the oral argument, I believe Justice Jackson actually

19   raised this issue for the Supreme Court and nobody picked up on

20   it.  It was not even mentioned anywhere in the exhaustive

21   opinions, Chief Justice Roberts' opinion.  No one bought this

22   argument that you're raising.

23        Essentially, the argument you're presenting is the

24   position that Justice Jackson took and there was no support for

25   it from her colleagues.  And it's really not referenced

 1   anywhere in the various opinions.  This is hardly new ground,

 2   and I don't know why this matter is distinguishable from that

 3   in terms of the record here in the *Harvard* and *UNC* cases from

 4   the Supreme Court.

 5          MR. ROBINSON:  So we think it is distinguishable in

 6   one of two ways, Your Honor.

 7          The first is that my understanding of the readiness and

 8   the ability issues that we are presenting that we're focusing

 9   on here were not litigated in *Harvard* and *UNC* as directly as

10   they are here.

11          The focus, if you look at the District Court opinions in

12   those cases, was on whether SFFA was a genuine membership

13   organization.  That's the issue that they focused discovery on.

14   That's the focus of the court's opinions.

15          Now, it's true that in motions to dismiss in both cases

16   the courts did say in passing defendants haven't contested

17   ability and readiness; but I look at their declarations and I

18   think the declarations are sufficient.

19          Here, we've had discovery on this issue, we have

20   deposition transcripts, and we think we've identified factual

21   disputes that require resolution at the trial stage.

22          The second distinguishing feature between this case and

23   *Harvard* and *UNC* of course is the way in which race was

24   considered.

25          So in *Harvard* and *UNC* they had an argument that race was

1  considered for everyone because you apply and you get a boost
2  where everyone is considered holistically.

3      Here, there are many ways in which it's not considered,
4  but I think the most salient way is there is an initial
5  academic qualification determination and no one gets considered
6  for selection until they are determined to be academically
7  qualified and that determination does not involve race.  So, we
8  think that fundamentally distinguishes this case from *Harvard*
9  and *UNC*.

10      THE COURT:  And you've noted in the papers where it's
11  taken into account -- what is it called -- the whole person
12  multiple, whatever it is, and that's at that factor where race
13  is considered, among other factors apparently.

14      MR. ROBINSON:  It's actually not considered in the
15  calculation of the whole person multiple.  That is a score that
16  depends on grades and SAT scores and some other factors.  It
17  can be considered in ways that we will explain at trial.  It's
18  actually not considered as part of the whole person multiple.

19      THE COURT:  Okay.  All right.  Thank you very much,
20  Mr. Robinson.

21      With that, Mr. Norris, I'll be glad to hear back from you
22  on this.

23      MR. NORRIS:  Just briefly, Your Honor.  To clarify, in
24  *Harvard* and *UNC* standing was decided on motions to dismiss that
25  were filed after the completion of jurisdictional discovery.

```
 1   Our Members Harvard and UNC were all deposed.  Our president of

 2   our association was deposed.  There were documents exchanged on

 3   standing.  Basically the same posture as here, Your Honor,

 4   there's no distinction between them.

 5        There are always arguments in this case that race may not

 6   be the reason someone was rejected, it may not be the reason

 7   someone would be rejected in the future.  Those have never

 8   defeated standing.  I didn't hear a response to Parents

 9   Involved.

10        In terms of whether Your Honor should defer on ruling, we

11   defer to Your Honor's preference on that, but we do think we're

12   entitled to summary judgment, that courts in this circuit have

13   an affirmative duty to screen out defenses that are not

14   supported before trial in order to streamline the trial and

15   eliminate irrelevant issues.

16        And, of course, we're here now and we've briefed this

17   issue.  The deposition -- the relevant parts of the depositions

18   are in front of Your Honor.  There's not going to be

19   cross-examination of our Members at trial anyway.  There are no

20   efficiencies to be gained, there are efficiencies to be lost by

21   not having a resolution of this issue after this argument.

22             THE COURT:  Thank you very much, Mr. Norris.

23             MR. NORRIS:  Thank you.

24             THE COURT:  On this, I will followup with a memorandum

25   opinion on this specific topic.  But, the Superior Court has
```

1  consistently emphasized that Article III of the Constitution
2  limits the jurisdiction of federal courts to cases in
3  controversies and to possess standing to sue under Article III
4  a plaintiff must, one, have suffered an injury in fact; and,
5  two, there must have been a causal connection between the
6  injury in fact and the conduct; and, three, the injury must
7  have been likely to be redressable by federal action.  That
8  goes back to *Lujan*, a 1992 Supreme Court case.

9      Essentially, here, the Students for Fair Admission is an
10  organization and the standing here is based upon
11  representational or associational standing, that is the precise
12  issue here, and to invoke associational standing, which was
13  invoked in previous cases that went to the Supreme Court, an
14  organization must demonstrate that its members would otherwise
15  have standing in their own right, the interest it seeks to
16  protect are germane to the organization's purpose; and, three,
17  neither the claim asserted nor the relief requested requires
18  the participation of individual members in the lawsuit.

19      And really, here, it's very obvious that the only issue
20  before the Court is the matter of the first requirement of the
21  associational standing and that in terms of whether or not the
22  listed Members could sue on their own.

23      And I would just note that it's a given as well and
24  clearly been established was in the *Lujan* case and reiterated
25  in I think *Spokeo v. Robins*, 2016, that the -- as to

1  associational standing, SFFA has to at least have one of its

2  Members have suffered an injury in fact.

3      When I look at the submissions here, there really are no

4  genuine issues of material fact here.  And there's no reason

5  for the Court to take the unusual step of having this not be

6  decided as a matter of law.  It clearly can be decided as a

7  matter of law.

8      Emphasis has been placed on Members A and D by the

9  Plaintiff in response here with respect to in terms of their

10 Motion for Summary Judgment on this particular issue.

11     Member A, the record reflects is a              at

12              and participating in the Naval ROTC Program.

13 He's already in the ROTC Program.  So any issue of being

14 medically disqualified is absolutely no issue of fact for this

15 Court to determine whatsoever.

16     There's no ambivalence about it, and I can't recall the

17 Academy would be taking the position that he might be medically

18 qualified for ROTC but not the Academy.  That just flies in the

19 face of reason, and there's no issue of fact there.

20     He was found to be medically disqualified and the Academy

21 is taking a position that there was no consideration of race or

22 ethnicity in that medical determination.

23     Member B is a rising sophomore at the

24     .  He was found to be academically not qualified, and did

25 not even complete a medical evaluation.  Certainly he's

1  tenuous, at best; but I don't really need to worry about Member

2  B because the emphasis that the Plaintiffs have placed are on

3  Members A and D.

4       Member C is rising junior at                              .

5  And, again, he was found to be medically disqualified.  But

6  Member D is applying and proffering that he is applying for the

7  class of 2029.  He, as I understand it, is currently a

8                        in the                  .  He's just starting

9  as a            at                              .

10      Again, all of these references will be under seal in terms

11 of the particular schools.

12      And he clearly could sue on his own, as could A; B and C

13 are questionable here.

14      In light of that and in light of the clear authority on

15 this case, just looking at the tracking of the *Harvard* and *UNC*

16 cases, and indeed reviewing some of the oral argument before

17 the Supreme Court, as far as I'm concerned it's pretty clear

18 that the Plaintiff's Motion for Partial Summary Judgment on

19 this issue should be granted, and we should move on as to that.

20      There really aren't any genuine issues of material fact

21 here.  The membership association was founded in 2014 to

22 challenge the use of race and admissions and through the

23 instant litigation Students for Fair Admission has challenged

24 the Academy's race, what it contends are race-conscious

25 admissions practices.

1      Believe me, there's -- so the record is clear, there's no
2  way that this case is identical to *UNC* or *Harvard*.  This entire
3  litigation is over Footnote 4 where the Chief Justice of the
4  United States, with the concurrence of the Members of the
5  Court, said that there are distinct features as to the military
6  Academy's, distinct from *Harvard* and *UNC*.  So Annapolis and the
7  Naval Academy is not the same as *UNC* or *Harvard*.

8      When it comes to the matter of standing, I'm still guided
9  by the matter in which the issues were handled or not handled
10 with respect to standing here.

11     Under Rule 56, clearly summary judgment should be granted
12 if there's no genuine issue of dispute as to a material fact
13 and the movement is entitled Judgment as a Matter of Law.
14 There really is not a genuine issue of material fact when it
15 comes here as to Members A and D with respect to their ability
16 to sue on their own here.

17     Essentially, the Plaintiff has identified those four
18 Members who previously applied and were rejected.  And we're
19 focusing upon Members A and D.  They just have to show that
20 they're ready and able to apply, as has been noted in oral
21 argument.

22     And I'll issue an opinion before the day is over today on
23 this.  And just so the record is clear, it will track through
24 *Grutter v. Bollinger* and *Fisher v. University of Texas*, and
25 even some of the reference to the oral argument that was

1  conducted in what I call the *Harvard* case.

2      And I've already mentioned that Justice Jackson

3  essentially raised the point that the Defendants raise here,

4  and that the Plaintiff could not show injury in fact, absent a

5  finding that these Members were harmed by the admissions

6  policy.

7      The simple fact of the matter is in an equal protection

8  case, such as this, the Supreme Court and the jurisprudence on

9  the standing issue is certainly more relaxed than the standard

10  the Defendants would encourage me to employ here.  In the *Gratz*

11  opinion, which held that a rejected applicant be able and ready

12  to transfer has standing to seek prospective relief.  There's

13  no requirement to prove that a person is going to do that.

14      I think the Students for Fair Admission have sufficiently

15  identified at least one member, probably I think two, who are

16  ready and able to reapply.  It doesn't mean there couldn't -- I

17  don't need to base this upon Members B or C.

18      So, for those general reasons, having oral argument of

19  counsel and for the reasons just sort of briefly summarized

20  here, and I'll follow-up with a written opinion presumably by

21  the end of the day, or certainly first thing tomorrow, the

22  Plaintiffs' Motion for Partial Summary Judgment, which has been

23  under seal and any references to those colleges will be sealed

24  as well, on the issue of Article III standing the motion of the

25  Plaintiffs is granted, and a separate Memorandum Order will

1   follow on that.

2        Okay.  Anything further on that before we get to the

3   Plaintiffs' Motion in Limine to Exclude Certain Testimony from

4   Captain Birch?  Anything further?

5        Yes, Mr. Robinson, Mr. Norris, anything further on that?

6             **MR. ROBINSON:**  No, Your Honor.

7             **MR. NORRIS:**  No, Your Honor.

8             **THE COURT:**  All right.  The second issue I'd like to

9   address here this morning, if we can, is the second issue to

10  address here, the motion, is the Plaintiffs' Motion in Limine

11  to Exclude Certain Testimony from Captain Jason Birch who, as I

12  understand it, is presently a 3rd Battalion officer stationed

13  at the Academy; is that correct, Mr. Gardner?  He's at the

14  Academy now?

15            **MR. GARDNER:**  Yes, Your Honor.

16            **THE COURT:**  And he will be a fact witness for the

17  Academy in November and previously -- and he's

18  African-American -- and previously, prior to his position at

19  the Academy, he at one point in time was a Navy SEAL officer, I

20  believe, correct?

21            **MR. GARDNER:**  He's a Navy SEAL officer, Your Honor.

22            **THE COURT:**  Yes.  And Navy SEALs say once a SEAL

23  always a SEAL so I shouldn't use that in the past tense.

24            **MR. GARDNER:**  I didn't want to correct you, Your

25  Honor, he's still a Navy SEAL.

1          **THE COURT:**  Again, for the record, if I refer to any

2   Marine Corps officer in this litigation and say "was a Marine,"

3   I realize you don't do that.  You may have been an Army officer

4   or Navy officer, but you're always a Marine and you're always a

5   SEAL.  So if I slip up on that, my apologies to those who nobly

6   served.

7          So, with that, essentially, as I understand it the

8   Plaintiffs have essentially argued that his testimony regarding

9   his personal experience has minimal probative value; and,

10  essentially, that they also note his November 2020 article

11  in -- a magazine article essentially in terms of issues of

12  racial diversity in the military and the Navy.  So they've

13  moved to exclude certain testimony from Captain Birch.

14         With that, I'll be glad to hear from Plaintiff's counsel.

15  Whoever is assigned to this.  Mr. Connolly.

16         **MR. CONNOLLY:**  Yes.

17         **THE COURT:**  Thank you.

18  Be glad to hear from you.  Good morning.

19         **MR. CONNOLLY:**  Thank you, Your Honor.  Your Honor is

20  already familiar with this issue so I'll be very brief.  The

21  Plaintiff understands that Rule 403 is relaxed in a bench

22  trial.  We filed this motion to exclude testimony only related

23  to those two incidents that Captain Birch discussed in his

24  article.

25         The purpose of our motion is in case the Court -- is that

1  the Court might believe that these incidents are so minimally

2  relevant to the issues in this case that the Court may want to

3  exclude that testimony from this trial.

4         THE COURT:  If I'm not mistaken, Mr. Connolly, I dealt

5  with this preliminarily on a discovery issue, did I not?

6  Wasn't Captain Birch's deposition being taken and there was

7  some issue about specificity if I'm not mistaken?

8         MR. CONNOLLY:  That is correct.

9         THE COURT:  Just so the record is clear, I try to make

10 myself available on discovery disputes.  I did that on that

11 occasion.  I think we had a conference, and I essentially

12 denied your Motion to Compel certain responses from him.  So,

13 in fairness to you, that's part of the record here, that you

14 were -- you initially sought more information from him but now,

15 essentially, the Motion in Limine is with respect to what

16 matters exactly.  Exactly what are you seeking to exclude from

17 his testimony.

18        MR. CONNOLLY:  That is correct, Your Honor.  And our

19 motion is limited only to the two incidents that Captain Birch

20 described in his article.  Both are decades old.  I believe the

21 first one happened around 2000 when one of his superiors made

22 a -- made a comment to him, and the second was midway through

23 his career so probably around 2010.

24        THE COURT:  Okay.

25        MR. CONNOLLY:  And he discussed these two incidents in

```
 1   his article.  That, as Your Honor noted, that was part of the
 2   issues in our discovery dispute.  Your Honor declined to
 3   issue -- have us have additional discovery on that.  So to the
 4   extent the Court believes that these incidents have minimal
 5   relevance because they are isolated incidents, Captain Birch
 6   repeatedly said these did not reflect the individuals that he's
 7   dealt with in the Navy.  They were rare.  They were only a few
 8   officers.
 9        So to the extent that these are minimally relevant then
10   they should not be heard at trial.
11        And, with that, for this issue we're happy to stand on our
12   papers, or I'm also happy to answer any additional questions
13   you have.
14        THE COURT:  As I understand it, just so we're clear,
15   first of all, just so the record is clear on this counsel, with
16   a bench trial the same rules apply to me.  To the extent -- I'm
17   not much for waiver of appeal issues, which means that whatever
18   I denied in terms of discovery you have that as an appeal issue
19   ultimately in this case if you feel I unfairly limited
20   discovery in some fashion.  That's why I followup by a letter
21   order on this so that's clear.  And that's true throughout
22   you'll find even for the trial.  To whatever extent, I try to
23   make sure the record is abundantly clear.  People preserve
24   appeal issues, and then people waive issues with me when they
25   take appeals.  I'm not worried about it.
```

1        So, in fairness to the Plaintiff, I limited some of the

2   deposition inquiry that you were making of Captain Birch and to

3   the extent that I did so you preserve that.

4        But, as I understand it, Captain Birch, who's now at the

5   Academy and is a SEAL officer, and he's being called as

6   essentially as a fact witness, is he not, Mr. Gardner?

7            MR. GARDNER:  That's correct, Your Honor.  He's being

8   called as a fact witness.  And just for the record, my

9   colleague, Mr. Mendez, will be handling any response but I'm

10  happy to answer any questions about --

11           THE COURT:  I'm sorry, who is handling this argument?

12           MR. GARDNER:  Mr. Mendez, Your Honor.

13           THE COURT:  Mr. Mendez, stand by.  You're out there

14  far out on the flank, pardon my pun, but you're out there so

15  you'll be coming in.

16       (Laughter.)

17           THE COURT:  In November of 2020, Captain Birch, who's

18  African-American, wrote an article in which he opined on the

19  importance of diversity in the United States Navy and then

20  recounted instances of bigoted insults over racism -- and

21  that's his words -- he experienced during his career.  And in

22  that article there were two particular incidents to which he

23  made reference.

24       First, a senior SEAL captain asked Captain Birch and

25  another black SEAL candidate -- this is, again, this is what is

1    stated in the article -- quote, "how are my two little cookies

2    doing," end of quote.

3        And then a second instance referred to in the magazine

4    article was a senior enlisted SEAL team leader announced to

5    Captain Birch, quote, "I am a racist bastard, but I will always

6    support you," end of quote.

7        They're the two main matters as to which I did permit some

8    inquiry, and they're the two matters as to which you would seek

9    for that to be -- that testimony to be excluded, correct?

10            MR. CONNOLLY:  That is correct.

11            THE COURT:  Okay.  That's what we're talking about

12   here.  You don't think that should be in the record or should

13   be included.  He should not be permitted to testify as to that.

14            MR. CONNOLLY:  Correct.  Just those two incidents.

15            THE COURT:  Right.  Again, so the record is clear,

16   during his deposition he had recounted other various instances,

17   but he refused to identify them with any great specificity.

18   And Students for Fair Admission moved to compel additional

19   testimony, and I denied that noting that chain of command

20   issues within the military and the need for confidentiality on

21   these matters.

22        Having said that, I did order that the Academy determine

23   whether the incident described in Captain Birch's deposition

24   testimony was memorialized in any records of any kind.

25        And in response to that, I believe I understand, that the

1  Academy submitted disciplinary records related to an incident

2  while Captain Birch was in Somalia but that didn't relate to

3  those two items; is that correct, Mr. Mendez?  Is that right?

4           MR. MENDEZ:  Yes, Your Honor.

5           THE COURT:  Okay.  And I'll hear from you in a minute

6  on this.  And that had to do with racial caricatures or

7  whatever.

8      Are you seeking to -- is your Motion in Limine along with

9  those two items in the magazine article, are you seeking to bar

10 the evidence as to a black, enlisted member in Captain Birch's

11 command being the victim of racial caricatures in the incident

12 which I'll reference is in Somalia.  Are you moving to exclude

13 that as well?

14          MR. CONNOLLY:  No, Your Honor.

15          THE COURT:  All right.  I didn't think so but I'm just

16 trying to verify that.

17     Essentially, in terms of reviewing the submissions here by

18 the Students for Fair Admission, essentially, your argument is

19 that they're minimally relevant as just anecdotal evidences of

20 racism and that you cannot -- at trial you can't really

21 challenge these because there's no reference to the specific

22 individuals involved.  Essentially, that's the thrust of your

23 argument?

24          MR. CONNOLLY:  Yes, Your Honor.

25          THE COURT:  That would really go to the -- to the

1    weight not the admissibility, wouldn't it?  I mean, that's a

2    question just for me to weigh.  I understand you can't

3    cross-examine each instance.

4            MR. CONNOLLY:  Yes, Your Honor.  We believe that that

5    is -- would be a question for you as far as weighing the

6    evidence.  But, of course, under Rule 403 if the Court believes

7    these are so minimally relevant it has the option to

8    exclude testimony --

9            THE COURT:  Well, it isn't if they're minimally

10   relevant, under 401 I determine if they're admissible, and the

11   fact it has probative value is more likely so than not, but

12   then after that hurdle then I address 403, in terms of even if

13   it's relevant and satisfies 401, whether or not it's unduly

14   prejudicial, essentially, or unfair in terms of that analysis.

15           I guess my question to you is, to give you an opportunity

16   to respond to this is that, essentially, there is Fourth

17   Circuit authority which strongly advises district judges here

18   in this circuit that when it comes to a bench trial it's not

19   too often that we exclude evidence under Rule 403 because it

20   was deemed to be prejudicial.  It's not like we're barring it

21   from a jury that might be affected by it.  I'm just giving you

22   an opportunity to respond on this in terms of clearly this kind

23   of issue is going to involve one's personal experiences in the

24   military.

25           And I just don't really understand what the basis for me

1   not to consider this and exclude it?  You can certainly, I
2   mean, at trial you can certainly say this is an aberrational
3   event, perhaps on cross-examination.  Captain Birch might say
4   those are the only three incidents he can recount in his entire
5   career, I don't know.  But I'm just letting you know my
6   reservations to give you an opportunity to respond on that.
7        What would cause me to go against the winds of Fourth
8   Circuit jurisprudence that urged that in a bench trial Rule 403
9   is very seldom applied in these kinds of things?
10            MR. CONNOLLY:  Sure.  So in I believe it's the *Schultz*
11  opinion from the Fourth Circuit that Defendants identified.
12  And that case did not --
13            THE COURT:  *Schultz v. Butler*, that's correct.
14            MR. CONNOLLY:  Yes.  That case did not go to whether
15  the Court has the power to exclude evidence because it would be
16  a waste of time.  And so if is minimally relevant to the Court,
17  the Court can do it.
18        On the issue of unfair prejudice, again, we recognize that
19  Rule 403 is relaxed in the bench trial context for sure.
20        I think the only argument I would make is that *Schultz* did
21  not deal with what we have here, which is discussing incidents
22  in which in the deposition the names of certain discovery was
23  withheld from the other side.
24        And so, again, I recognize *Schultz* says that unfair
25  prejudice or unfair prejudice is, again, relaxed standard in a

45

1  bench trial.  But that's how I would try to distinguish *Schultz*

2  there.

3         THE COURT:  Thank you very much.  With that,

4  Mr. Mendez, I'll be glad to hear from you.  And I'll hear back

5  from you again in a minute, Mr. Connolly, and give you another

6  opportunity on this.

7         Mr. Mendez, good morning.

8         MR. MENDEZ:  Good morning, Your Honor.  May it please

9  the Court, Defendants respectfully request that this Court deny

10  Plaintiff's Motion in Limine seeking to exclude certain

11  testimony from Captain Jason Birch for three years.  First, as

12  my friend on the other side just recognized, Third Circuit

13  precedent in this Court disfavors excluding evidence on unfair

14  prejudice grounds for cases that are proceeding before bench

15  trials.  And that is sufficient to deny Plaintiff's motion.

16        Second, Captain Birch's testimony regarding his personal

17  experiences in the Navy over the course of his nearly

18  three-decades long career as a Navy SEAL officer is highly

19  relevant to the compelling National Security interest asserted

20  by Defendants in this matter.

21        Third, Plaintiff cannot establish unfair prejudice here.

22  Captain Birch testified on the record for more than four and a

23  half hours, and he was available to testify for up to the

24  seven-hour limit under the Federal Rules of Civil Procedure.

25  Captain Birch provided, throughout his deposition, specific

1   details regarding his experiences; and in addition to that,

2   Captain Birch was willing to describe specific conversations

3   that he had in response to Plaintiff counsel's questioning

4   using aliases.

5        In addition to that, Your Honor, in its motion, Plaintiff

6   seems to recycle many of the arguments that this Court rejected

7   last month in relation to its motion to compel additional

8   testimony from Captain Birch.  Those arguments are no more

9   persuasive now than they were last month.  I'm happy to take

10  any questions Your Honor may have.

11        THE COURT:  No, I think that I recall when you all

12  contacted me, we had about an hour conversation on the record,

13  that this doesn't seem to be particularly unusual to me in

14  terms of testimony of a lay witness about personal experiences

15  and it's going to be interwoven throughout this trial it seems

16  to me.  Thank you, Mr. Mendez, thank you very much.

17        And, with that, Mr. Connolly, I'll be glad to hear you if

18  you have anything further on this.

19        MR. CONNOLLY:  Nothing further, Your Honor.

20        THE COURT:  This motion will be denied.  Again, I'll

21  follow up again, and it's important to follow up with a written

22  memorandum on this as well here that essentially these two

23  incidents, and just generally Captain Birch's testimony in

24  general, essentially, Students for Fair Admission's argument in

25  terms of excluding those two incidents, which refers to

1  anecdotal evidence or racism, are relevant here in terms of the
2  atmosphere that must be dealt with in the military in terms of
3  some contention.  It's not minimally probative, it certainly
4  has probative value.  Just as it has probative value if there's
5  been an improvement in race relations.  There's a probative
6  value if people testify that there's no issue in terms of race
7  relations.  This is going to be interwoven throughout this
8  trial on both sides.  And we're just touching the edge of the
9  matter of strict scrutiny and minimally tailoring issues that
10 we're going to address obviously in this case and without
11 question at some point in time.  This is the first time we'll
12 get into the waters that I know we're going to get to, pardon
13 my pun again on the use of waters, but the fact of the matter
14 is is that in terms of when does it end?

15      We're certainly going to hear argument in light of the
16 Supreme Court's jurisprudence of when does an end date occur
17 here.  And throws out the question can there ever be an end
18 date when it comes to the military.

19      So all those -- we're just putting our feet slowly in the
20 water on these.  There's no basis for me to exclude or grant
21 this motion in limine as to Captain Birch.

22      It is certainly has probative value and to the extent that
23 he has anecdotal evidence and testimony to offer about these
24 incidents.  We don't have to have mini-trials on each one of
25 the issues, but that's his perception as to issues that he

1    faced.  We don't need to have specific references to say names
2    and identities to these.
3        Counsel can certainly attack Captain Birch's credibility
4    in terms of how these incidents did or did not occur.
5        And so for the reasons that I've sort of generally
6    summarized here, his testimony on these topics is still
7    probative of the issue of the legitimacy of the Academy's
8    claimed compelling interest in National Security; and,
9    particularly, his experiences as an African-American naval
10   officer in terms of the need and effort for diversity and
11   whether or not that need survives strict scrutiny.
12       So for those reasons I've just generally summarized, and
13   for reasons that will follow in a memorandum opinion on that
14   question, Motion in Limine, Paper Number 87, will be denied.
15       So just for the record, we're granting here today
16   Plaintiff's Motion for Partial Summary Judgment, Paper Number
17   74; and I am denying Plaintiff's Motion in Limine, Paper Number
18   87 here.
19       Okay.  The third matter to address here is the matter of
20   the Defendants' Motion in Limine regarding Plaintiff's expert
21   witnesses.  And, specifically, this is a Defendants' motion
22   and, essentially, the thrust of that motion is that --
23   essentially, the Motion in Limine regarding the Plaintiff's
24   expert witnesses, the Defendants move to exclude testimony of
25   Brigadier General Christopher Walker and Lieutenant Colonel

Dakota Wood in their entirety as irrelevant and unhelpful in light of judicial deference to military judgments where matters of National Security are concerned.

And, secondarily, they move to essentially exclude a portion of Mr. Richard Kahlenberg's expert testimony and opinion concerning United States Coast Guard and any comparison to the United States Naval Academy noting significant differences between the two academies that preclude any probative comparison.

With respect to Lieutenant Colonel Wood, Defendants further argue that at minimum his testimony would be precluded as a conduit for hearsay.

So, with that, I'll be glad to hear from defense counsel on that.  Who is addressing this issue.  Mr. Carmichael?

**MR. CARMICHAEL:**  Yes, Your Honor.

**THE COURT:**  Nice to see you, and you may go to the podium, and I'll be glad to hear from you.

Who is addressing the issue from the point of view of the Plaintiff?

**MR. STRAWBRIDGE:**  It's me, Your Honor.

**THE COURT:**  Okay, Mr. Strawbridge, good.  Thank you.

Mr. Carmichael, I'll be glad to hear from you.

**MR. CARMICHAEL:**  Your Honor, I was going to address the portion of our motion that deals with General Walker and Wood and my colleague, Ms. Yang, was going to do

1   Mr. Kahlenberg.

2           THE COURT:  Okay.  That's fine.

3           MR. CARMICHAEL:  Your Honor, the Court has previously

4   found that the principles of military deference apply in this

5   case.

6           THE COURT:  And my Memorandum Opinion denied

7   preliminary injunctive relief.

8           MR. CARMICHAEL:  Yes, Your Honor.  So the question

9   comes, what does that mean?  So it means different things for

10  different cases.  For let's say a case where the places were

11  challenging the assignment of a SEAL team to Mogadishu, that

12  would be a non-judicable issue and that's how the deference

13  would be applied.  And that's kind of the *Orloff*, *Eagan*, and

14  recently the *Austin v. SEALs* line of cases.

15      Here, it's a different line of cases.  It's a policy

16  challenge.  And there we sort of turn to the *Rostker*, *Goldman*,

17  *Hawaii* line of cases.

18      And those cases, they give some instruction on how to

19  handle these higher-up military policy type of cases.  And they

20  say courts must be particularly careful not to substitute its

21  own valuation of evidence for reasonable valuation by the

22  military.  And that's *Rostker* and *Hawaii*.  And that --

23          THE COURT:  There are two separate.  *Rostker* is the

24  1981 opinion and *Hawaii* you're talking about *Trump v. Hawaii*

25  585 U.S. 667, right, the 2018 opinion?

1          MR. CARMICHAEL:  Yes, Your Honor.  Just reiterating
2    those same points from *Rostker*.
3          THE COURT:  Just so the record is clear, *Rostker* and
4    *Hawaii* are two separate cases?
5          MR. CARMICHAEL:  Yes, Your Honor.  The Supreme Court
6    further instructed in *Goldman* that courts must give great
7    deference to the professional judgment concerning the relative
8    importance of a particular military interest.  And that's
9    *Goldman v. Weinberg*, and that's the 1986 Supreme Court case.
10         And in those cases, the Court has criticized lower courts
11   for allowing a case of military judgment, reviewing military
12   judgment, to turn into a battle of the experts.
13         And in *Goldman* they said that the opinions of plaintiff's
14   experts on matters of good order and discipline and uniformity
15   were quite beside the point.
16         And in *Rostker* they said the Court exceeded its authority
17   for relying on those.
18         In *Winter*, they sort of dismissed all of the experts
19   except for the CNO, and said that the CNO is the one that gets
20   to say what training is.
21         I thought we had it in your motion, Justice Stevens put it
22   pretty well when he says because professionals in the military
23   attach great importance to the plausible interest -- and there
24   he's referring to good order, discipline, and uniformity --
25   it's one that we must recognize as legitimate and rational,

1  even though personal experience might persuade us that the

2  government has exaggerated the importance of the interest.

3      And here, that seems to be what the Plaintiffs with

4  General Walker and Wood are going to testify to.  They're going

5  to put in their opinion that the military has exaggerated some

6  of its interest in diversity, its interest in unit cohesion,

7  military readiness, and operational risk management.

8      But those are things that typically the Supreme Court has

9  said it doesn't matter what the outside -- what outside experts

10  say on those -- those type of topics.  And it's not just

11  because of what the Supreme Court has said, a lack of expertise

12  in that area, and that's what they say in *Gilligan*, but it's

13  also a separation of powers concern.  That these armed force's

14  judgments, those particular types of judgments, are committed

15  to the executive and legislative branches, the ones that are

16  accountable to the electorate.

17      So that's sort of where the principle comes from.

18      So rather to invite this sort of battle of the experts on

19  these type of topics, our opinion is that they should just be

20  excluded from the beginning under the case law.

21      Plaintiffs did have a couple of counter-arguments that I

22  can address.  First, they said that military deference doesn't

23  apply because it's a strict scrutiny.

24      I think there they are kind of conflating the standard of

25  review versus deference.  *Goldman* and *Hawaii* were both cases

1    involving religion and that would be strict scrutiny.  *Chappell*
2    *v. Wallace* is a case -- it ended up being a nonjudiciability
3    case, but that was a case where the service member was seeking
4    to make a *Bivens* complaint against their commanding officer for
5    race discrimination and the Supreme Court quoted the same cases
6    and said, no, you can't do that.

7         So military deference the Court found does apply.

8         And then they've cited to the *Rowe* case where the experts
9    came to talk about the current medical treatments and current
10   medical standards of HIV treatment.  And that's an area that is
11   not kind of committed to the military by discretion.  And it's
12   not committed to the military by our Constitution.  So it was
13   allowed in that circumstance.

14        The military doesn't have a monopoly on knowledge for
15   treatment of HIV.  They do sort of for good order and
16   discipline, for operational risk management, and unit cohesion
17   type issues.  And that's why that case is different.

18        THE COURT:  Does that military deference and exclusion
19   include considerations of race?

20        MR. CARMICHAEL:  It would.  It would.  It does.  It's
21   just how you apply it, right.

22        THE COURT:  You're saying that in terms of certain
23   areas of expertise, I understand your analogy as to medical
24   care, that's not a particular military decision and there are
25   experts say on HIV that would testify.  That was your point,

1    correct?

2            **MR. CARMICHAEL:**  Yes, Your Honor.

3            **THE COURT:**  Okay.  All right.  So my question to you

4    is that when it comes to matters of race, perception of race,

5    does that -- is that strictly an area that's just within

6    military decision making or not?

7            **MR. CARMICHAEL:**  I think the fact that it's about unit

8    cohesion and that a diverse ship would -- diverse ship would

9    lower the operational risk of a ship that's going into combat,

10   I think that is something that you would defer to on.

11           **THE COURT:**  I guess in terms of the matter of what's

12   down the road in this case in terms of competing testimony by

13   many distinguished military personnel here on both sides that

14   are going to testify apparently that really -- that's an area

15   in terms of my gatekeeper function under *Daubert*, essentially,

16   in terms of the methodology that's applied and the matter of

17   race considerations for cohesiveness.  Essentially, that's what

18   we're going to be addressing in this case; is it not?

19           **MR. CARMICHAEL:**  Yes, Your Honor.  I mean, there's

20   other issues too I think that we claim --

21           **THE COURT:**  I guess my point is is that to the extent

22   that General Walker is going to testify and opine, as I

23   understand it he graduated from the U.S. Air Force Academy and

24   served as an Air Force officer.  And the matter of unit

25   cohesion in his view is -- that's not just strictly a military

1    judgment, is it?

2         MR. CARMICHAEL:  I would think the unit cohesion would

3    be.  I think that particularly is and his judgment that it may

4    not further operations in Kenya, I think that's a military

5    judgment.

6         THE COURT:  That's for me, in terms of hearing the

7    testimony and filtering it out in terms of what I find

8    plausible and what I don't find plausible, correct?

9         I mean, my point is is that when it comes to this matter

10   of military officers expressing their viewpoints on it, and the

11   competing viewpoints, that ultimately is the task that's

12   assigned to me at a bench trial in terms of whether or not it

13   survives strict scrutiny or not and is sufficiently narrowly

14   tailored as well as how far it goes up the chain of command.

15   That's the point of seeking to exclude his testimony,

16   essentially, as being irrelevant and judicial deference should

17   be made to any military judgment.

18        I mean, that goes to the whole thrust of the case just as

19   it would be to the extent the Plaintiffs seek to exclude your

20   experts in this area.

21        I guess that's what I'm trying to focus upon.

22        I understand some of the implications of Lieutenant Wood,

23   I mean, Colonel Wood.  In fairness to him, Lieutenant Colonel

24   is called a Colonel.  I don't mean to belittle -- he's a

25   colonel.

1    And Colonel Wood, we have some other issues here in terms

2    of newspaper articles and secondary levels of hearsay, but my

3    fundamental question is when it comes to General Walker, in

4    terms of that particular question of race and cohesiveness and

5    his own impressions in terms of racial issues or lack thereof,

6    and his experience as a United States Air Force officer as to

7    that, that's really part of my gatekeeper function under

8    *Daubert*, is it not?

9        MR. CARMICHAEL:  A lot of courts have handled it that

10   way where they hear the testimony and then exclude it at the

11   end.

12       THE COURT:  I may not exclude it.  I just may or may

13   not weigh in favor of the proponent of that expert.  That's

14   all.

15       I'm in the middle of a jury trial earlier this week and

16   tomorrow where I instruct the jury that if someone is qualified

17   as an expert they're permitted to give an opinion but it's up

18   to the jury to accept and reject it.  The same testimony

19   applies to me.  It isn't a matter of excluding the testimony,

20   it's a matter of whether I accept it or reject it, correct?

21       MR. CARMICHAEL:  With the caveat that Walker is not in

22   the military and neither is Colonel Wood.

23       THE COURT:  Well, Walker is a retired general in the

24   United States Air Force so he was in the military.

25       MR. CARMICHAEL:  He was.  So it's also a separation of

1  powers concern.  If this -- if they're back in as a civilian in

2  the military, that's a different question rather than somebody

3  that was -- that's not in opining --

4          THE COURT:  You mean not in currently?

5          MR. CARMICHAEL:  Not in currently.

6          THE COURT:  I understand.  Point well taken in terms

7  of where race relations is or it is not.  That's exactly a

8  point well taken which is a topic we're going to be dealing

9  with at the trial.  Thank you very much.

10          MR. CARMICHAEL:  Could I go to the other --

11          THE COURT:  Yes, I want you to come back.  What I want

12  to do is I think we're finished with General Walker.

13      Let's get to the matter of Colonel Wood here because

14  Colonel Wood is a Naval Academy graduate and served in the U.S.

15  Marine Corps, and he apparently has opined that his view of

16  preferential treatment actually undermining authority, and the

17  considerations of race are not essential to military readiness.

18  He also has, essentially, has a series of interviews with

19  various career professionals that he summarized.  On that, I'll

20  be glad to hear from you, not just in terms of the matter of

21  Colonel Wood, the same analysis of General Walker, but there's

22  a little bit more involved here.  He has treatises or things to

23  which he's referring or is proffering and he's going to refer

24  to or summarize.  So I'll be glad to hear from you on that.

25          MR. CARMICHAEL:  Yes, Your Honor.  I think there is --

1  we've already addressed many of the issues with General Walker.

2  Lieutenant Colonel Wood has a, you know, he's a little bit

3  further removed, 20 years out of the military.  But the crux of

4  the difference is that he also appended several interviews that

5  he conducted with marine colonels, three marine colonels.

6      And we raise in our motion that he should not be allowed

7  to testify as to that hearsay of the opinions of these three

8  Marine colonels.

9      The Plaintiffs responded that they don't plan to offer him

10  as a conduit of hearsay, but they didn't specifically address

11  our complaint that he should not be relaying the opinions of

12  these three individual Marine colonels that we never got a

13  chance to cross-examine.  That's an unfair advantage that he

14  gets to put on their opinions and we don't get to cross-examine

15  those individuals.

16      **THE COURT:**  I understand.  Thank you very much,

17  Mr. Carmichael.

18      With that, Mr. Strawbridge, I'll be glad to hear from you.

19      **MR. STRAWBRIDGE:**  Thank you, Your Honor.  A couple

20  points I want to make.  We'll start with the bigger question

21  that was raised with both respect to Colonel Wood and General

22  Walker.  And I think Your Honor, you know, understands our

23  arguments on this so I don't need to go on super long here.

24      But obviously we think that the fact that the military may

25  get some deference in some cases does not render testimony by

1  these experts irrelevant total for a few reasons.  Not only is

2  this a bench trial where Your Honor obviously can hear the

3  testimony and decide what weight to give it at the end of the

4  trial, which we think is important for building a complete

5  record in this case, which I think Your Honor has recognized

6  and the Supreme Court has previously emphasized in like cases.

7       We also don't think that the military certainly doesn't

8  get the same level of deference on racial classifications.

9  We've cited the authority for that in our motion.  Even if they

10 were to get some deference, and we can talk about what kind of

11 deference they might get, and what Mr. Carmichael was arguing

12 with respect to various military interests, but even if they

13 were to get some deference that does not give them a free pass

14 with respect to counter-arguments about the negative effects of

15 race, about narrow tailoring, and about whether or not the

16 Government's use of race can truly advance the interest that

17 it's asserting.

18      I just make the point here that neither General Walker nor

19 Colonel Wood are going to challenge for example the

20 Government's asserted interest writ large in lethality or unit

21 cohesion or even legitimacy.  But there's still questions of

22 narrow tailoring, and they're entitled to provide testimony

23 based on their extensive experience about whether or not the

24 use of race is advancing those interests or whether it's having

25 negative effects.  So that's the whole nature of the strict

1  scrutiny inquiry.

2      None of the cases that they rely upon involve strict

3  scrutiny to race.  I don't need to remind anybody that there

4  are cases in the past in which the problem the Supreme Court

5  has recently recognized was we gave a little too much deference

6  to the military.

7          THE COURT:  You cited, I think in your papers you all

8  cited the *Korematsu* in 1944.

9          MR. STRAWBRIDGE:  Correct.  And I don't mean to draw a

10 factual --

11         THE COURT:  I made a little note, Mr. Strawbridge, in

12 late terminology, I have a little note to the side that says "a

13 bit too much."

14         MR. STRAWBRIDGE:  Well, I think we go on to note in

15 our motion that we're not suggesting --

16         THE COURT:  I'm glad.  I really don't want to hear

17 about *Korematsu* in this litigation.  I think that's really a

18 stretch.  I think on your side of the aisle someone needs to

19 take a deep breath.  And you can't compare *Korematsu* in 1944

20 with the readiness or lack of readiness of the U.S. Navy more

21 than the public was ever aware.  And some unfortunate decisions

22 were made.  I'm not justifying what was done.  But I'm saying

23 to try to fit *Korematsu* into this kind of analysis in the 21st

24 century I think is a little bit of an unfair comparison.  So I

25 don't expect to hear about *Korematsu* anymore.

1          **MR. STRAWBRIDGE:**  We understand that point, Your

2    Honor.  We do.

3        But in any event, we cited some of the cases, including

4    the HIV positive case in which the District Court in that case

5    did hear actual testimony in those cases.

6        We also note, the United States I think is -- or the

7    Government in this case is sort of coming and going in a few

8    ways because they rely heavily, including on the findings of

9    fact they submitted yesterday, on amicus briefs that were

10   submitted in prior cases from former military officials.  They

11   even cite them at some point in the Motion in Limine.  And I

12   thought their argument was that we can't listen to any

13   outsiders or who used to be in the military.  I don't think

14   that's consistent.  And I don't think it's consistent with the

15   application of strict scrutiny.

16       So unless you have other questions on that part of --

17          **THE COURT:**  Well, no.  I think, quite frankly, in

18   terms of General Walker, generally, and Colonel Wood,

19   generally, I do want to focus upon the Colonel Wood's testimony

20   in terms of discussing his interviews with certain

21   professionals, including I believe Colonel James Reilly,

22   Colonel Stephen Harris and Colonel Harold Van Opdorp.  I'm not

23   sure if I'm pronouncing his last name correctly or not.

24          **MR. STRAWBRIDGE:**  Sure.

25          **THE COURT:**  But there are hearsay implications there

 1    and I'd like to hear from you on those.

 2            **MR. STRAWBRIDGE:**  Sure.  Obviously, the Court is

 3    familiar that experts are entitled to rely upon hearsay.  They

 4    do so in a not infrequent basis.  So there's nothing out of the

 5    gate wrong with that to begin with.

 6            I will emphasize that these parts of his opinion are not

 7    particularly large or critical parts of his opinion.  His

 8    opinions largely come from his own experience in the military

 9    and then as a defense policy analyst for a number of years.

10            He testified at the deposition that those interviews -- he

11    wanted to make sure that he wasn't missing anything.  There's

12    nothing wrong with an expert interviewing other people and

13    soliciting additional opinions.

14            I'll know that the Government makes an issue about some

15    instructions not to answer.  I just want to make sure Your

16    Honor is clear, those discussions arose from an agreement

17    between the party in the protective order.  Both sides agree to

18    cut off inquiry into preliminary drafts and preliminary expert

19    reports.  We raised that at the deposition.  They did not come

20    back and restart that line of questioning or obviously take it

21    to the Court for motion to compel.  But the suggestion that we

22    did anything improper with those instructions I just want to

23    put that to rest.

24            And at the end of the day I think that, well, the other

25    thing I'll say is that those interviews were included and

1  appended to his initial disclosure and at no point did they ask

2  to depose those people, did they seek to serve discovery upon

3  them.  That seems like it was the appropriate time, if they

4  felt like they needed to question those people or pursue that,

5  they could have done so at that time.  They had this report,

6  your know, for weeks, if not months, before the close of

7  discovery.

8       They chose not to cite that testimony, and I don't think

9  there's anything improper about him relying on that testimony.

10  But, again, this motion only goes to a small part of his report

11  anyway.

12       THE COURT:  On that, I'll just note, Mr. Strawbridge,

13  it certainly seems to me that the matter of testimony by any

14  experts on either side is going to have some general discussion

15  as to interviews with other persons, impressions that people

16  had, decisions that were made, statistical analysis in terms of

17  minority leadership or lack thereof at certain stages and

18  careers.  All of those things are going to be coming on both

19  sides of the aisle in this case, clearly.  So to that extent, I

20  don't really see any basis with respect to in limine as to

21  General Walker, generally, or as to Colonel Wood, generally.

22       I will say in terms of his interviews with other

23  individuals and his citation as to those, I will -- I'm really

24  not particularly interested in hearing that.  The deeper it

25  gets, the more it's being offered for the truth of the matter

64

1  asserted therein.  It's a balancing act here on this.  And it
2  goes well past mental impressions and actually being offered
3  for the truth.  So to that extent, there may be some clipping
4  of this, to put it bluntly on that.
5      No disrespect to Colonels, Reilly, Davis, or Harold --
6  what is Colonel Van Opdorp, is that his name?
7          MR. STRAWBRIDGE:  I believe that's correct.
8          THE COURT:  Van Opdorp.  It almost sounds like he's
9  only meant for the military.
10     Thank you very much on that.
11     Mr. Carmichael, before we move on to the matter of Richard
12 Kahlenberg and Ms. Yang, if you want to make any response here
13 on this as to Walker and to Wood I'll be glad to hear from you.
14         MR. CARMICHAEL:  Nothing as to General Walker or
15 Lieutenant Colonel Wood.
16         THE COURT:  But in terms of there are three references
17 to the -- those three officers, the thrust of your motion is
18 that they should either be excluded or just be taken in a
19 general context but not the specifics of what their opinions
20 are, essentially.
21         MR. CARMICHAEL:  Yes, Your Honor.
22         THE COURT:  It certainly seems to me in a bench trial
23 I'm able to do that without giving it too much of a haircut, I
24 guess, he can testify; but the Plaintiff is aware of the fact
25 that I'm not particularly interested in opinions of Colonel

1    Reilly, Colonel Davis, or Colonel Van Opdorp, if they're not

2    here to be examined in terms of the methodology under the

3    *Daubert* analysis, under the methodology and the applying of

4    that methodology.  So that's how I see it.

5            **MR. CARMICHAEL:**  Yes, Your Honor.

6            **THE COURT:**  Thank you.  All right.

7        With that, I think that -- included in this general motion

8    are also the matter of the portion of Richard Kahlenberg's

9    expert testimony in terms of comparing the United States Coast

10   Guard and the United States Naval Academy.  And, with that,

11   Ms. Yang, I'll be glad to hear from you.

12       And who is handling this on the Plaintiff's side?

13           **MR. STRAWBRIDGE:**  I will be, Your Honor.

14           **THE COURT:**  All right.

15       Ms. Yang, I'll be glad to hear from you.

16           **MS. YANG:**  Good morning, Your Honor.

17           **THE COURT:**  Good morning still.

18           **MS. YANG:**  So SFFA offers Mr. Kahlenberg to provide an

19   expert opinion that the Naval Academy could have drawn from the

20   Coast Guard Academy's race-neutral alternatives to achieve a

21   diverse class.  Our contention that this portion of

22   Mr. Kahlenberg's testimony should be excluded because it's

23   speculative and not probative.

24       So I'll start today on the key areas where the parties

25   actually agree because I think those areas of agreement are

1    dispositive on these two matters.

2        So I'll start first with the 702(a) factor which is

3    whether the offered testimony will help the Court determine the

4    issues.  And on this particular aspect, SFFA agrees that the

5    Coast Guard Academy does not have a congressional nomination

6    system and as a result they can admit anyone who applies to the

7    Academy.  Whereas, by contrast, the Naval Academy very much

8    does have a congressional nomination system, and it's one in

9    which white applicants are disproportionately nominated by

10   Members of Congress.

11       And so another way of looking at this is no matter what

12   race-neutral alternatives the Naval Academy uses, let's say the

13   Naval Academy uses every single conceivable race-neutral

14   alternative under the sun, the effect of this congressional

15   nomination system means that if members of Congress are not

16   nominating minority applicants, then the Naval Academy's hands

17   are significantly tied for a huge proportion of its class.  And

18   that's simply not an issue that the Coast Guard Academy needs

19   to contend with.

20       So that key difference and, again, Your Honor, it's a

21   difference between the two academies that both parties agree

22   fully on, that key difference means that any comparison between

23   the two academies is not probative.

24       Now, I took from SFFA's reply papers, you know, they say

25   their academies talk to each other therefore there's some

1  element of comparison, respectfully, Your Honor, that ignores

2  this critical difference with the congressional nomination

3  system that on the one hand very much constrains the Naval

4  Academy's ability to build a diverse class versus the Coast

5  Guard Academy's lack of constraint on the other hand.

6      The other argument that I expect my colleagues on the

7  other side to make is, effectively, it's a bench trial, let's

8  just let the evidence in and the Court can decide the weight

9  rather than admissibility.

10     On that point, Your Honor, I just make two responses:  The

11  first is that the Federal Rule of Evidence 702 was recently

12  amended at the end of 2023, and what that amendment said was

13  basically that many courts had inappropriately applied Rule 702

14  and Rule 104, in particularly, letting in expert testimony and

15  determining weight rather than admissibility.

16     And so the amendment emphasized that courts still need to

17  be applying this gatekeeping role, particularly when it comes

18  to expert testimony, and no less in a bench trial.  So that's

19  the first response to that.

20     The second response is more practical 403 issue, which is

21  just that the trial schedule is already going to be quite tight

22  for both parties, and so this tangent about another Academy,

23  again, with a very different constraint and with a very

24  completely different admissions process is only going to waste

25  the parties' time exploring these various issues.  So that's

the 702(a) factor.

And unless the Court has questions on that, I'll move on to the reliability factors under the remainder of 702.

**THE COURT:** Sure.

**MS. YANG:** Really, again, here I'll start with the areas of agreement because I think they are dispositive.

SFFA agrees that Mr. Kahlenberg does not have the puzzle piece about the Coast Guard's specific efforts.

SFFA also agrees that Mr. Kahlenberg doesn't have the puzzle piece about how the Coast Guard Academy's efforts compare either in kind or in degree to the Naval Academy's specific efforts.

SFFA also agrees that the only materials Mr. Kahlenberg relies on are sources that were provided to him by Plaintiff's counsel and that were checked against Google and that describe the Coast Guard Academy's efforts at an extremely high level of generality. And yet, with those limitations, what Mr. Kahlenberg purports to do is to solve the puzzle and opine that the Naval Academy should just do what the Coast Guard has done. But, Your Honor, that it is a speculative opinion that is not probative, is unreliable, and we cite to a lot of case law in our papers establishing that conclusion.

So, again, on this issue as well with reliability I would reiterate that the 2023 amendments to Rule 702 emphasize that courts absolutely need to be applying the 702(b) through (d)

1   factors and excluding expert opinion that is not reliable that

2   does not meet those factors rather than letting it in and

3   simply determining weight.

4        So I'll stop there unless the Court has any other

5   questions, I'll be happy to address anything --

6             THE COURT:  No, I do -- I would note that there

7   haven't been any surprises yet for me this morning, in terms of

8   the massive material that I've looked at, and my clerks have

9   looked at more; but one thing that does catch my attention,

10  Ms. Yang, is the white applicants are disproportionately

11  nominated in terms of the nomination process.  And your point

12  is is that whereas the Coast Guard Academy cannot have any

13  racial consideration because they don't face that hurdle.

14  Essentially, you're saying the Academy faces a problem in that

15  regard in terms of a disproportionate nomination of white

16  applicants as opposed to minority applicants.

17       Is that essentially the thrust of your argument there?

18            MS. YANG:  That's essentially, yeah, the Coast

19  Guard --

20            THE COURT:  What is the statistical data on that in

21  terms of white disproportionate nominations I guess?

22            MS. YANG:  I regret that I don't have the specific

23  number in mind.

24            THE COURT:  But you're prepared to do that at trial is

25  what you're saying?

1          MS. YANG:  Absolutely, Your Honor.

2          THE COURT:  For example, hypothetically, in terms of

3     congressional nominations from Nebraska and North Dakota and

4     other places are not going to have a particular number of

5     minorities being nominated.

6          And I will tell you that this is the first time that I'll

7     throw out judicial notice, and this is more germane when we try

8     the case over nine or 10 days, is that there are more than a

9     few athletes at West Point and Annapolis and Colorado Springs

10    who have been nominated by a congressman from South Dakota, for

11    example.  That's a well-known fact that in terms of this

12    nomination process -- it's been a known joke, I don't take it

13    as evidence necessarily.  But the raw fact of the matter is is

14    that there are people that have been nominated for all of the

15    service academies by members of Congress who have not a clue

16    who congressman such-and-such is from Nebraska who nominated, a

17    particular defensive tackle from West Point or Annapolis.

18    That's just a raw fact.  Either side can disprove that later if

19    you want.

20         I guess it strikes a nerve with me that you've raised this

21    point that the overall pool of applicants is affected by the

22    number of white applicants being disproportionately nominated.

23    That's a fact that you've thrown out.  I'm not making a finding

24    one way or the other.

25         MS. YANG:  I understand.

1        **THE COURT:**  That is something that you're proffering
2   the Academy is prepared to prove when the time comes.
3        **MS. YANG:**  That's right.  And it's something that
4   really constrains the Naval Academy's ability to build a
5   diverse class --
6        **THE COURT:**  I understand.
7        **MS. YANG:**  -- in the way that simply is not the case
8   for the Coast Guard Academy.
9        **THE COURT:**  All right.  Thank you very much.
10       **MS. YANG:**  Thank you.
11       **THE COURT:**  Mr. Strawbridge, I'll hear from you.  You
12  don't need to chase down that rabbit hole too much,
13  Mr. Strawbridge, now on the matter of white applicants being
14  disproportionately nominated.  I understand that.
15       I guess my real question is in terms of the gatekeeper
16  function and Mr. Kahlenberg's opining here in terms of,
17  essentially, the no consideration of race by the Coast Guard
18  Academy.  What is the basis of his opinion?  What was his
19  methodology on this?  Has he ever been on the campus of the
20  Coast Guard Academy, to start, has he ever been there?
21       **MR. STRAWBRIDGE:**  I do not believe he visited campus
22  of the Coast Guard Academy but he has --
23       **THE COURT:**  Does he have military background?
24       **MR. STRAWBRIDGE:**  Mr. Kahlenberg does not have
25  military background.

1          **THE COURT:**  So how did he come to opine the similarity
2   between the Coast Guard Academy and the Naval Academy?
3          **MR. STRAWBRIDGE:**  Well, Mr. Kahlenberg is preeminent
4   scholar on alternatives to the use of race in college
5   admissions.  He's written dozens of books and articles --
6          **THE COURT:**  That's fine.  He's the authority on
7   college admissions.
8          **MR. STRAWBRIDGE:**  Correct.
9          **THE COURT:**  This is very clear, if there's anything
10  that's clear, in Footnote 4, which we'll be talking about for
11  at least 200 more times as we go through this litigation and
12  Chief Roberts' opinion and what I'll call the *Harvard* and *UNC*
13  cases, this is not a straight analysis of just an academic
14  institution.  And I want to make sure that's my view of it, and
15  if you think I'm wrong then be ready to deal with it because
16  the U.S. Naval Academy is not just any other college.
17      So you've got a steep mountain to climb if you think we
18  take a cookie cutter and say the Naval Academy is like the
19  other academic institutions, it is not.
20          **MR. STRAWBRIDGE:**  Well, I think that's precisely why
21  this Coast Guard testimony is relevant.
22          **THE COURT:**  Okay.
23          **MR. STRAWBRIDGE:**  And the reason why is because I
24  expect the U.S. Naval Academy is going to make all of the
25  points you just made, which are fair points, there are

1  different constraints.  Although there are some things that are

2  similar with respect to them being a lead institution and

3  having --

4          THE COURT:  Absolutely.  I'm not disputing that.

5  That's why I asked Ms. Yang the follow up about what she's

6  projecting at trial.

7      Clearly, the nominations requirement, be it statutory or

8  otherwise, and superintendent's nominations, and selecting

9  midshipmen from the fleet, all of those factors are totally

10  different than applicants to any college.  And I'm sure you

11  recognize that.

12      But my point is that in terms of the strict scrutiny and

13  narrowly tailoring something, I understand why Mr. Kahlenberg

14  is being offered, but it has to be a fair comparison.  That's

15  the point.  And, apparently, the Coast Guard Academy is on the

16  terrain, as most other colleges are, people just apply and they

17  have a pool of candidates and they look at.  There's no

18  limitation about who's in the pool, whereas clearly there is

19  for the service academies, be it Annapolis or West Point or

20  Colorado Springs it seems to me.

21          MR. STRAWBRIDGE:  So I agree that there are

22  differences, and I'm not denying that and Mr. Kahlenberg will

23  not deny that.  He obviously takes that into account.

24      With respect to his methodology, he reviewed some

25  extensive public records that are available, including

1  congressional testimony, including news coverage.  And

2  obviously, this is a key point, the fact that the Coast Guard

3  Academy has been invoked by the United States in some of the

4  prior cases, like *Grutter* and the brief it filed in the *Harvard*

5  case.

6      So I don't think it's off base to say that they're so

7  completely different that they can't tell us anything.

8      What weight Your Honor decides to give that after he hears

9  the testimony is obviously open to your decision.  That's part

10  of your process.  But they're minimally -- they meet the burden

11  for at least minimal relevance and consideration.  Because, as

12  you said, although there are differences between the Naval

13  Academy and other colleges, and the congressional nomination is

14  an acknowledged difference, they also have to meet the medical

15  requirements, they have to meet physical fitness requirements,

16  they certainly draw upon the same types of pools of candidates,

17  limited pools of candidates.  This is all available on the

18  public record and could be found.

19      I would not, and we understand Your Honor's point in the

20  Coast Guard -- the prior litigation we had over the Coast Guard

21  subpoena, but at that time the lawyers who represent the

22  Academy in this case argued that there was no need for those

23  documents from the Coast Guard Academy, in part because we

24  could use what was available in the public record to make our

25  point on this.

1          THE COURT:  Just so the record is clear, this also is
2    another discovery matter that came up in which I ruled against
3    your client --
4          MR. STRAWBRIDGE:  Correct.
5          THE COURT:  -- with respect to seeking documents from
6    the U.S. Coast Guard Academy, and I think that was going far
7    afield.  I think you correctly do note that the contention was
8    we don't need the records, you can still make -- the evidence
9    can be presented as to how the Coast Guard Academy handles
10   applications.
11         MR. STRAWBRIDGE:  Correct.  And in our opposition
12   brief we did identify a number of documents that we discovered
13   in this case about summits that are had between the admissions
14   office or admission teams at the Coast Guard Academy and the
15   other service academies.  Presentations that they had about how
16   to use race in admissions if the SFFA decision came out the
17   wrong way.  I mean, that to me suggests that the Coast Guard is
18   not so far afield and so irrelevant.
19         And my last point on this is we're still dealing with
20   strict scrutiny, and part of the strict scrutiny analysis in
21   this line of cases is the burden is on the Academy in this case
22   to demonstrate that it has considered race-neutral
23   alternatives.  And there is relevance to the fact that it has
24   not asked the Coast Guard or it has not looked into that.  You
25   may not decide that's super relevant, but it certainly bears on

1   that inquiry under strict scrutiny.

2            **THE COURT:**  I understand that.  Thank you very much,

3   Mr. Strawbridge.

4         Ms. Yang, I'll be glad to hear from you on this.

5            **MS. YANG:**  Thank you, Your Honor.  I'll make three

6   very brief responses.  The first is that Mr. Kahlenberg

7   obviously offers many other opinions about other race-neutral

8   alternatives.  We haven't moved to exclude any of those.  So

9   our motion is really just limited to this Coast Guard piece

10  because it's not relevant and because it's not reliable.  So

11  that's the first point.

12       The second goes to the subpoena issue that my friend just

13  raised.  And, really, the point that we made about the lack of

14  need in response to the subpoena was that clearly SFFA thought

15  they had enough materials to offer an expert opinion about the

16  Coast Guard because at that point they had already offered that

17  expert opinion.

18       The point that we're making now, now that we're at the

19  motion in limine stage, is that that opinion, based on four

20  sources that are not particularly informative, and based on

21  Mr. Kahlenberg's lack of particular expertise or knowledge

22  about the Coast Guard Academy, is that that particular piece of

23  his opinion is not relevant or reliable.

24       And finally, Your Honor, my last point is just to

25  reiterate that of course we recognize that this is a bench

1  trial, but of course the Rules Advisory Committee in the 2023
2  amendment emphasized that all courts need to be applying the
3  702 factors, that it's not appropriate simply to just let all
4  expert testimony in and give it its due weight; but rather when
5  there are admissibility concerns that it is proper and
6  necessary for the courts to be excluding that at the outset.
7          **THE COURT:**  Thank you very much, Ms. Yang.
8          **MS. YANG:**  Thank you.
9          **THE COURT:**  On this, essentially, and I will follow up
10 with an opinion on this as well, with respect to General
11 Walker, as far as General Walker is concerned, the motion to
12 exclude his testimony is denied.  He's clearly entitled to
13 testify in my view and its assistance to the Court in that
14 regard and he has expertise and satisfies even the modified and
15 amended Rule 702(a) factors, as is Colonel Wood.
16     He's not permitted to just summarize the views of those
17 three colonels to whom I made reference a few minutes ago with
18 respect to his view and so they'll be limited to that extent.
19     With respect to Kahlenberg, Mr. Kahlenberg, I would
20 note -- the three individuals, Colonel Reilly, Colonel Davis
21 and Colonel Van Opdorp.  Colonel Wood made reference to general
22 discussion with them and others, but I'm not going to permit
23 their detailed summaries.  That won't come in.
24     With respect to Richard Kahlenberg, I'm satisfied even
25 with the 702(a) procedures that we don't need any further

1  inquiry Coast Guard Academy, but he certainly can opine as to

2  the extent to which how the Naval Academy deals with its pool

3  of applicants, however it is created, even including a

4  nomination process, how that compares to how the Coast Guard

5  Academy deals with its pool of applicants which does not

6  include the nomination process.  But I find it would be helpful

7  in terms of the strict scrutiny analysis that has to be

8  applied, and I'm going to permit Mr. Kahlenberg to testify in

9  that regard.

10      And with respect to that we will follow up also with an

11  opinion pretty quickly on this as well.

12      So here we go on that, Elizabeth.

13      So the next item here -- Ronda, how you doing?  Do you

14  need a break?

15          THE COURT REPORTER:  A break would be good.

16          THE COURT:  We'll take about a 10 or 15-minute break

17  and we'll pick up again.  My plan is I think we can finish by

18  lunch.  If not, we can go to lunch and come back after lunch.

19  I've pretty much set aside the whole day for this.  So we'll

20  take a 10-minute break.

21          (There was a break at 11:52 a.m. to 12:10 p.m.)

22          THE COURT:  All right, Counsel.  We're now on the

23  fourth matter here.  The Defendants' Motion in Limine

24  concerning certain exhibits, Paper Number 86 here.  And,

25  essentially, this relates to the Students for Fair Admission

proposed exhibit list and the Academy is seeking to exclude

certain expert reports as admissibility hearsay and as well as

declarations from trial witnesses.  And it relates specifically

to a declaration from General Thomas Spoehr, which I think we

addressed in our previous preliminary injunction motion.

So, with that, who is arguing this on behalf of the

Defendant here.  Mr. Gardner, you are arguing this?

MR. GARDNER:  I am, Your Honor.

THE COURT:  That's fine.  I saved this till last

because we've got a list of exhibits, and we need to sort of go

down the list and see exactly what we're talking about and not

talking about.

Who is addressing this on the Plaintiff's side,

Mr. Strawbridge?

MR. STRAWBRIDGE:  I am, Your Honor.

THE COURT:  You've got the two lead guys in the middle

by the podium.

MR. GARDNER:  I would like to say we planned that,

Your Honor, but I don't think we did.

THE COURT:  That's fine.  That's fine.  So, with that,

you've also noted that the exhibit list has included the

declarations that the Academy submitted for five witnesses who

will testify live at trial and there's also news articles,

reports, books, and websites that have been listed.  So I need

to get my handle on what we're talking about and what you're

```
 1  seeking to exclude.  Approach it whatever way you want.  Maybe
 2  we can go down the list.  I'm not sure.
 3         MR. GARDNER:  That's fine, Your Honor.  I also
 4  recognize that I'm the impediment between us and lunch so I'll
 5  try to be efficient.
 6         THE COURT:  No, no, there's no rush.  I made a point
 7  of this jury trial that I've been in this week that I was not
 8  going to change the schedule here so we have all day.  So we
 9  can go up to a certain point and come back and break for lunch,
10  so that's fine.
11         MR. GARDNER:  Thank you, Your Honor.  So the
12  Government, as you noted, has moved to exclude four categories
13  of exhibits reflected on Plaintiff's exhibit list.  And just by
14  way of background, the impetus for the Government's motion were
15  comments that were made during the last discovery dispute
16  hearing regarding Captain Birch and the Coast Guard where we
17  understood the Court wanted to front-load any evidentiary
18  issues pretrial --
19         THE COURT:  Yes.
20         MR. GARDNER:  -- to streamline the trial.  So I just
21  wanted to be clear we're not here to obviously waste the
22  Court's time.
23         THE COURT:  No, no.
24         MR. GARDNER:  But we thought this was a sufficient
25  methodology for approaching some categorical objections we had.
```

1        **THE COURT:**  A bench trial is a little different in

2   terms of certain evidentiary issues that come up.

3        **MR. GARDNER:**  That's right.

4        **THE COURT:**  I do prefer to try to get through these.

5   It gives more time for actual witness testimony, and I'm hoping

6   we coordinate in terms of the number of witnesses here so go

7   ahead.

8        **MR. GARDNER:**  That was our philosophy as well.  As I

9   understand SFFA's basic response to our objections is that

10  they're premature and the Court should just wait to resolve any

11  objections to exhibits until SFFA actually seeks to admit them

12  with a witness at trial.  We obviously defer to the Court in

13  terms of how it wants to approach these sorts of issues.

14      But, I will note that given SFFA's opposition, it could be

15  useful to at a minimum get some general guidance from the Court

16  as to how Your Honor, you know, wants to approach some of these

17  evidentiary issues, such as hearsay and cumulativeness.

18      I think what makes the most sense, Your Honor, is start

19  categorically and talk about the expert reports.

20        **THE COURT:**  Yes.

21        **MR. GARDNER:**  As we noted in our motion, and

22  Plaintiffs don't seriously contest this, in this circuit courts

23  have held expert reports are hearsay.  Plaintiffs, as I

24  understand, have three responses to that.

25      The first is that the parties may need to refer to the

1 reports if issues of nondisclosure come up, but claims about

2 nondisclosure do not require the reports to be admitted into

3 evidence.  In fact, it doesn't even require the reports to be

4 identified on the exhibit list.  So that rational doesn't

5 really seem to justify admissibility.

6      Second, SFFA claims that portions of the report may be

7 used with experts such as for consistent or inconsistent

8 statements under Rules 801(d), 806, and 613.  And I can take

9 each of those in turn.

10      **THE COURT:**  So we're clear, reports, with respect to

11 expert reports, I don't know that they're necessarily not

12 admissible.  I think an accurate statement is they're not

13 admissible without the preparer being present in court to

14 testify as to qualifications as an expert and to be

15 cross-examined.  And then the reports come in if the witness is

16 on the witness stand.

17      **MR. GARDNER:**  Respectfully, Your Honor, I don't

18 understand there to be an on-the-stand exception to the hearsay

19 rule.  And courts in the Fourth Circuit have recognized that

20 these are out-of-court statements and offered for the truth of

21 the matter asserted.

22      I will be the first to acknowledge, Your Honor, there are

23 courts in bench trials who will allow expert reports in, either

24 to accompany the record because the court finds it to be of

25 assistance to the trier of fact.  I'm also aware that in bench

1  trials there are other courts who take a harder line and say

2  they are hearsay.  Obviously, we will defer to --

3          THE COURT:  I'm trying to guide you through this

4  discussion, and I'm not trying to interrupt you, my point is

5  with respect to an expert who testifies and is here in court

6  and subject to cross-examination, as to those reports,

7  generally, my policy has been they may or may not be

8  admissible.  Many times there's a secondary level of hearsay

9  under Rule 805 --

10         MR. GARDNER:  Exactly.

11         THE COURT:  -- as to which I'm conscious and I have

12 portions stricken.  But my view is, to summarily say that all

13 reports are hearsay, they're not admissible, I don't think

14 that's quite -- it's a little bit of a broadbrush summary, in

15 all candor.

16     I think, clearly, to introduce expert reports and the

17 preparer is not here, it's hearsay.  To the extent that they

18 testify and subject to cross-examination, they're always marked

19 for identification at least, and they may or may not come in.

20 But my practice has always been to be very much aware of the

21 secondary level of hearsay within a report.

22         MR. GARDNER:  And, again, we completely defer to Your

23 Honor's preference --

24         THE COURT:  If you believe there is a secondary level

25 of hearsay then alert me to it in case --

1          **MR. GARDNER:**  Yes.

2          **THE COURT:**  -- it slides through.  That's the point.

3          **MR. GARDNER:**  Sorry, I did not mean to speak over you.

4          **THE COURT:**  No --

5          **MR. GARDNER:**  We had made in our motion that secondary

6   805 argument that these are hearsay within hearsay.  But

7   there's also a practical issue that I just want to flag for

8   Your Honor, and I understand your views about this issue.

9          Given how many witnesses there are in this case, and I'm

10  sure we'll talk about that when we talk about the pretrial

11  order, and given the time we have, I do have a practical

12  concern about expert reports coming into evidence, and the

13  reason is this:  In my experience in bench trials, one of two

14  things can happen when expert reports come into evidence.  If

15  the witness does not testify, the expert doesn't testify to the

16  entire breadth of the expert opinions, but the expert report

17  comes into evidence, we would be precluded by going beyond the

18  scope of direct in terms of asking questions.  Alternatively,

19  if the Court's attitude is we can go beyond the scope of direct

20  because the expert report is in evidence, that incentivizes the

21  propounding attorney to limit the scope of oral testimony and

22  let the other side burn through time asking questions about

23  unexplored topics in their oral testimony.

24         So, I just wanted to flag that particular concern,

25  understanding this Court's attitude about expert reports.

```
1   Again, if the Court would prefer to take this up as they come
2   in, that's fine.  We just wanted to flag that conceptual issue
3   for this Court now.
4           THE COURT:  Okay.  As I understand it, in terms of the
5   Motion in Limine and the topics, with respect to a series of
6   proposed exhibits, for example, certain expert reports under
7   Rule 26(a)(2) you've sought them to be excluded, expert reports
8   may come in with live testimony.
9       I think the simple answer to it is I'm assuming that every
10  expert on either side of the aisle who comes forward is going
11  to have a report of some sort.  Is that a fair presumption,
12  Mr. Strawbridge, from your point of view?  Are you going to
13  have any experts who don't have a report?  I doubt it.
14          MR. STRAWBRIDGE:  No.
15          THE COURT:  Mr. Gardner, are you going to have any
16  experts who do not have a report?
17          MR. GARDNER:  Our experts either have reports or
18  disclosures under 26(a)(2)(C) because they're not specially
19  retained.  And, we have not argued that the 26(a)(2)(C)'s are
20  hearsay; there, the argument is they're simply cumulative of
21  the testimony they're going to provide on the stand.
22          THE COURT:  On this it seems to me there's no way I
23  can rule upon this now other than to say that's how we're going
24  to approach it.  There may be -- I can envision on either side
25  of the aisle on this, maybe someone is qualified as an expert
```

1  with respect to, hypothetically, combat readiness and either

2  side will have someone opine as to that in terms of perhaps

3  racial diversity issues.  I'm not suggesting that that has to

4  be in a report nor that it necessarily will be.  But as to

5  that, a person may be qualified on either side.  And I'll be

6  glad to hear what they have to say.

7       But in terms of the reports, generally, the reports don't

8  come in.  But they're not automatically barred.  I anticipate

9  that they'll have a report and it'll be marked for

10 identification, and if we scrub that with any hearsay issues,

11 it may or may not come in with testimony, and there may not be

12 any objections on either side.  There's a little bit more of a

13 flexibility on that, but I really can't rule in advance on it.

14          MR. GARDNER:  Totally fair, Your Honor.

15          THE COURT:  I just wanted to -- I created a list of

16 this.  It's why I did this last because I thought this would

17 take awhile before we get to the pretrial order.  We may have

18 to break for lunch and come back.

19          MR. GARDNER:  Yep.

20          THE COURT:  There is a declaration from General

21 Spoehr.

22          MR. GARDNER:  That's right.

23          THE COURT:  On which the Plaintiff relied in its

24 preliminary injunction motion, and you've moved to totally

25 exclude that.  I'll be glad to hear from you on that.

1              MR. GARDNER:  That's Exhibit P281.  That's exactly

2    right.

3              THE COURT:  That's right.

4              MR. GARDNER:  As we noted in our motion, that

5    declaration is hearsay.  It is clearly being offered for the

6    truth of the matter asserted.  As we also note, SFFA never

7    identified Lieutenant General Spoehr in its initial disclosures

8    or provided an expert report from him.  We have not had the

9    opportunity to depose him, and we will not have the opportunity

10   to cross-examine him.  He is not coming to trial.

11            In a footnote in SFFA's response, it disclaims that it is

12   offering that exhibit as expert testimony.  But if you were to

13   look at that exhibit, which is in the record because it was

14   submitted in connection with the preliminary injunction, it's

15   clear that Lieutenant General Spoehr is offering expert

16   testimony, not fact testimony.

17            For example, if you look at Paragraph 2 of his

18   declaration, he notes that he was retained by SFFA and that

19   he's being paid $400 for his work.  That's not the province of

20   personal knowledge.

21              THE COURT:  $400 in total or $400 an hour?

22              MR. GARDNER:  He said $400 for his work.  I don't know

23   what that means.  I'm sure Mr. Strawbridge can explain further.

24            Just to be clear, in Paragraph 3 of his declaration he

25   says his statements are based on his personal knowledge,

1  military judgment, experience, and the knowledge and

2  information he obtained during his military career and his past

3  seven years as a defense policy expert.

4      He then goes on to state that in reaching these opinions,

5  again, opinions, I have reviewed and relied upon the documents

6  referenced therein as well as the papers both parties have

7  submitted in this action.

8      Your Honor, that's classic 702 opinion testimony.

9          **THE COURT:**  I think it might be helpful to go seriatim

10 on these.  Thank you, Mr. Gardner.

11     Mr. Strawbridge, what is it you intend to do with respect

12 to this particular exhibit here, a declaration from General

13 Spoehr?

14         **MR. STRAWBRIDGE:**  Yes, as we said in Footnote 3 on

15 Page 5 of our opposition, we do not intend to offer Lieutenant

16 General Spoehr as an expert at trial.  That was not our

17 intention in marking this for identification as an exhibit.

18     Just so the Court, and everybody knows, Lieutenant General

19 Spoehr between the time of the preliminary injunction and the

20 merits phase of this case is being considered for a federal

21 position and that necessitated that he would not be available

22 to testify at the trial.  And there's nothing unusual about

23 that.

24         **THE COURT:**  Well, there's no basis for his declaration

25 to come into evidence.

1    MR. STRAWBRIDGE:  Yeah, I mean, theoretically some of

2  their experts may have considered it or they may make

3  statements about never seeing anyone ever express an opinion.

4  Is there a possibility we might use at trial, it seems very

5  remote to me, but that's the only reason it's there, and I

6  would be very surprised.

7        THE COURT:  Just so it's clear, that will not be

8  introduced into evidence.  Period.  If he's not going to be

9  here, his summary report is not going to be there.

10        MR. STRAWBRIDGE:  And we don't have a problem with

11  that.

12        THE COURT:  To that extent, the motion is granted as

13  to -- are you with me on this, Anna?  Good chart on this, by

14  the way.

15     The declaration from the parties' expert reports and Rule

16  26(a)(2)(C) disclosures, we'll deal with it as we go through

17  trial.  And as to Plaintiff's Exhibit 281, the Motion in Limine

18  is granted.  It'll be excluded, so.

19        MR. STRAWBRIDGE:  Just so I understand, Your Honor, if

20  we believe during the course of trial for some reason there's

21  an ability to use it as cross or offer it for a limited

22  purpose, is that off the table?

23        THE COURT:  We'll have to wait and see.  I tend to

24  doubt it.  You can cross exam but only if they refer to it, but

25  I wouldn't bet the farm it's going to come into evidence, quite

1    frankly.

2              MR. STRAWBRIDGE:  Neither would I, Your Honor.

3              THE COURT:  All right.  That's fine.

4        So, with that, Mr. Gardner, let's go -- the next one will

5    be the declaration of Bruce Latta.  And he's a named Defendant

6    in this case, right?

7              MR. GARDNER:  There's a very simple, basic argument

8    for all of these declarations.

9              THE COURT:  Let's go step-by-step.

10             MR. GARDNER:  Well, it's the same position for all of

11   them so I'm trying to be more efficient.

12             THE COURT:  John Fuller, Vazirani, John Sherwood.

13             MR. GARDNER:  Right.  All of these people are

14   testifying live so the only argument here is a 403 cumulative

15   argument.  What is the point of putting in their declarations

16   if they're going to be subject to cross-examination while on

17   the stand.  If the Court wishes them to come in --

18             THE COURT:  No, no, I have no problem.  The Plaintiff

19   is permitted to do that, as far as I'm concerned.  To the

20   extent that there's any listed witness here and there's a prior

21   declaration, that is an appropriate plaintiff's exhibit that

22   they will utilize to cross-examine that person.

23        And so there's no basis to grant a motion in limine as to

24   that.  To the extent that they're just going to seek to

25   introduce declarations of people who are not testifying, that's

1  another matter.

2      But to the extent that they're testifying those -- those

3  declarations, including I think there's one exhibit that

4  actually corrects Dean Latta's declaration, I think.

5          MR. GARDNER:  It's a notice that the attorneys filed

6  on the docket.  It's not a declaration or anything like that.

7          THE COURT:  All right, whatever.  My point is that

8  just in terms of the declaration of Bruce Latta and any

9  revision, the declaration of John Fuller, the declaration of

10  Ashish Vazirani -- that's V-A-Z-I-R-A-N-I, Ronda -- the

11  declaration of John Sherwood, declaration of Jason Lyall, along

12  with his curriculum vitae and works cited, all of those

13  exhibits are appropriately noted and can be utilized and

14  introduced into evidence by the Plaintiff in terms of examining

15  those witnesses.  And for that matter, as I think you all know,

16  there's great liberality in terms of who you're going to call

17  as witnesses, quite frankly.

18          MR. GARDNER:  Sure.  And the only other thing I'll

19  clarify for Your Honor, just in light of the last conversation

20  we had about expert reports is Dr. Sherwood and Dr. Lyall are

21  expert witnesses.  Again, I'm not sure that changes anything in

22  this case but I just wanted to flag that for you in light of

23  your discussion we just had about --

24          THE COURT:  It doesn't change anything in terms of

25  basic analysis.

```
 1              MR. GARDNER:  Right.

 2              THE COURT:  I see no basis to exclude those and so the

 3    motion would be denied as to those.  They're certainly free to

 4    use those.

 5              MR. GARDNER:  That's fine, Your Honor.  I think that

 6    takes us to the pleadings and other discovery matters.  I think

 7    here, just very quickly --

 8              THE COURT:  Hold on one second, I've got on my list

 9    also --

10              MR. GARDNER:  Sorry.

11              THE COURT:  -- the Defendants' privilege log.  They've

12    listed a Defendants' privilege log as an exhibit.

13              MR. GARDNER:  Right, and it's not at all apparent to

14    me how a privilege log prepared by attorneys is at all relevant

15    in this case in terms of any issue.

16              THE COURT:  What is the privilege log from your point

17    of view as to which there are references.  Mr. Strawbridge,

18    what is the privilege log to which you're referencing?  Is this

19    an attorney's privilege log, or what is it?

20              MR. STRAWBRIDGE:  It was a privilege log produced in

21    discovery.  I have had rare occasions, I will acknowledge

22    they're rare, don't necessarily anticipate them here --

23              THE COURT:  Right.

24              MR. STRAWBRIDGE:  -- where there ended up being a

25    dispute as to whether a document existed, whether the testimony
```

1  is going beyond the privilege that was previously asserted.

2  That's the only reason it's marked for identification.  Don't

3  expect to offer it, but you never know, and that's the only

4  reason it's on our list.  It is an admission by a party

5  opponent by their agents.

6          THE COURT:  All right.  Well, it seems to me as to

7  that we'll have to -- I really can't rule in advance on that.

8  I don't know how it would come up.

9          MR. GARDNER:  That's fine.

10         THE COURT:  At this point that motion as to a

11 privilege log will be granted subject to further review.

12 You're not going to get into a privilege log on the other side.

13     So that'll be granted, Anna.  We'll handle the order from

14 chambers on that later today or tomorrow.  All right.

15     So where we are is I think that we're at the deposition

16 transcript of Defendants' Rule 30(b)(6) designees.

17         MR. GARDNER:  Right.  And here it's a very simple

18 argument.  As you will note in the pretrial order, the parties,

19 consistent with their 26(a)(3) obligations, the Plaintiff's

20 designated deposition testimony from the 30(b)(6), we

21 counter-designated, and those deposition designations and

22 counter-designations are in the proposed pretrial order.

23         THE COURT:  Yes.

24         MR. GARDNER:  In addition to that, Plaintiffs have

25 identified as an exhibit the entire Rule 30(b)(6) transcript

1  and we think that is simply inconsistent with Rule 26(a)(3)'s

2  obligation to do deposition designations.

3      Again, we're not challenging that it is the statement of a

4  party point.  We're not making a hearsay objection.  It's

5  really a more practical issue that what is the point of doing

6  deposition designations on the exact same transcript if the

7  Plaintiff is simply going to admit that entire transcript into

8  evidence, and then what, have the Court root through the

9  transcript about identification?  It just doesn't seem like a

10 very practical way to proceed in light of the rules.

11         THE COURT:  Mr. Strawbridge.

12         MR. STRAWBRIDGE:  Is it okay if I stand here, Your

13 Honor?

14         THE COURT:  Sure.  Absolutely.

15         MR. STRAWBRIDGE:  We don't intend to shovel in the

16 entire deposition transcript.  We marked it for identification.

17 It is an admission by a party opponent, and there may be

18 occasion to use even beyond the designations decided in advance

19 of trial a selection from that transcript at some point in

20 trial as an admission or in cross-examination.  And that's the

21 only reason why it's marked for identification at this point.

22         THE COURT:  All right.  I understand.  The motion in

23 terms of the Rule 30(b)(6) designees will be denied.  I don't

24 see any basis for excluding it at this point in time.  So the

25 motion in limine is denied as to that.

1       So then we're down to, we have a list of deposition

2   notices, Defendants' initial disclosures.  We have the

3   Defendants' Preliminary Injunction Opposition Brief.  What is

4   that?  What is the purpose of that, Mr. Strawbridge?  I don't

5   understand what that is?

6       It was just a brief of the entire -- we had the

7   preliminary injunction, and there was a brief filed by the

8   other side, what do you intend to do with that?

9           MR. STRAWBRIDGE:  I mean, pleadings from a party are

10  admissions by a party opponent.  They can be used for any

11  purpose, if necessary, at trial.  We do not intend to admit

12  them at the beginning of the case.  It's marked for

13  identification so that the parties know what we have and we can

14  use it at trial, if necessary.

15          THE COURT:  Well, for that matter, they can introduce

16  any positions that they've taken that they think are

17  inconsistent?

18          MR. STRAWBRIDGE:  Absolutely.

19          THE COURT:  All right.  Mr. Gardner, what's the point

20  of this?

21          MR. GARDNER:  The point is this, Your Honor.  First of

22  all, we can take these one at a time, and I can start with the

23  PI opposition.  I have never had a trial, Your Honor, where a

24  party's litigating positions in a filed brief come into

25  evidence in the case.

1    **THE COURT:**  Nor have I.  I've never done it when I
2  practiced law and I've never done it on the bench.  I've never
3  seen it in 50 years, quite frankly.
4    **MR. GARDNER:**  I hear what my colleague is saying is
5  their exhibit list is both those exhibits that they actually
6  want to use and then there's documents that they're just
7  identifying that they may use for some purpose, if not for
8  admission.  That's, frankly, not the way I've ever done an
9  exhibit list.  My exhibit list are the documents I will use or
10  may use to get into evidence.
11    **THE COURT:**  The realities is, Mr. Strawbridge, on this
12  it's a matter of record in the court file.  And in a bench
13  trial -- the opposition briefs, the briefs back and forth are
14  all part of the record in the court file and to the extent that
15  there's a bench trial, the Court can refer to what's in the
16  docket reference, essentially.
17    **MR. STRAWBRIDGE:**  I agree that all of these filings
18  are subject to judicial notice.  I actually have had the
19  occasion to use a pleading by a party at some point.
20    **THE COURT:**  I'm trying to think, I really -- I don't
21  think I've ever had an opposition brief be an exhibit in a
22  case, either when I was practicing or on the bench.  But I'm
23  not saying you're wrong about it.  It's just highly unusual.
24    I mean, basically, in a bench trial the Court's referred
25  to something as a matter of record in the case file.  And I'm

1  free to look at anything that's in the case file in terms of,

2  for example, legal positions that are taken or amended as the

3  trial proceeds.  I'm free to look at that on either side it

4  seems to me.  I don't know that we have need to have that be

5  marked as an exhibit.

6         MR. STRAWBRIDGE:  I understand the point.  We have

7  occasionally cross-examined a factual witness about a factual

8  assertion that was made in a pleading by their attorney who is

9  an agent of a party.

10    So, again, the odds that we're going to seek to admit

11 certainly the entire document at trial is exceedingly small.  I

12 told that to Mr. Gardner before he filed the motion, but it is

13 possible and that's why it's marked on the --

14        THE COURT:  I'm going to grant that as to the

15 opposition brief.

16    And then you have the amicus brief filed in the *Harvard*

17 lawsuit.  As I recall, that's pretty extensive.  Are we talking

18 about all of the amicus briefs filed in the *Harvard* lawsuit?

19        MR. GARDNER:  No, Your Honor.  It's just the one

20 amicus brief that was filed by the former military officials

21 who were opposed to the consideration of race in the admissions

22 process.

23    Now, I took what Your Honor said earlier to suggest that

24 those positions of former officers could potentially be

25 relevant in the case.  And to the extent that the Court doesn't

1  believe they're hearsay or being used for hearsay purpose, as
2  long as both sides have equal opportunity to admit those amicus
3  briefs because I will represent to you --
4          THE COURT:  Well, let me -- I'm glad this is on the
5  list because as far as I'm concerned in terms of amicus briefs
6  in appellate argument and the extent to which those briefs
7  would be relied upon in terms of the trial in this case as to
8  either side, I don't see any basis for any of them to be
9  admitted.
10     I'm not the least bit interested in hearing from an amicus
11 brief from some profound expert who is not in my courtroom,
12 whose credibility I can't judge and just put that as part of
13 the file.
14     So neither side is going to be permitted just to unload on
15 people opining and they're qualified as experts.  I'm not the
16 least bit interested in it.  If they want to come in and
17 testify, they testify.  And that's my role here as the
18 gatekeeper.  And in terms of on the appellate level it's a
19 different situation.
20     But I don't see any basis for either side to summarily
21 file an amicus brief.  To the extent that there's an amicus
22 brief filed and someone wants to come forward as an expert
23 witness and testify, and they have an expert opinion, that's
24 fine.  I don't care.
25     Mr. Strawbridge, with respect to any amicus brief, are you

1    planning to try to introduce amicus briefs here?

2         MR. STRAWBRIDGE:  Only to the extent they become

3    relevant somehow to the testimony.  We're not going to just

4    shovel in an amicus brief.

5         THE COURT:  Okay.

6         MR. STRAWBRIDGE:  Although the Defendant has also

7    marked several amicus briefs on their list.

8         THE COURT:  Well, on both sides.  I'm just telling

9    you, with respect to that, if you're cross-examining someone's

10   expert and you say, by the way, you understand that General

11   Putin has an opinion from the Russian military, well, thank you

12   very much, I'm really not interested in that -- pursuing that

13   line of cross.  It's as simple as that.  I don't know how else

14   to tell you other than that's not -- it's of no moment to me to

15   say are you aware that X says such-and-such?  Well, no, I'm

16   not.  Would you reject it?  We're not going to go there.

17        We have plenty of people who are going to give opinions in

18   this case, and I'm going to give a fair amount of liberality

19   who is going to come forward, but I have to judge that and I'll

20   have to judge them on their cross-examination.

21        I don't see any place for amicus briefs to be listed by

22   either side, quite frankly.

23        MR. STRAWBRIDGE:  We understand your position, Your

24   Honor.

25        THE COURT:  And, Mr. Gardner, from your point as well,

1  if you intend to file any amicus briefs --

2          MR. GARDNER:  Again, Your Honor, I think one of the

3  animating principles of our motion was to make sure we are all

4  on the same page --

5          THE COURT:  That's fine, that's fine.

6          MR. GARDNER:  -- we all have the same rules.  It's

7  completely fine, Your Honor.

8          THE COURT:  That's fine.  All right.

9      You have that one, Anna?  Okay.

10     And here's a sensitive one here.  I think we need to

11 address from both sides here, various news articles, reports

12 and similar materials.  I'm cautioning everyone here, when it

13 comes to the matter of news articles and op-ed pieces and that

14 kind of thing, I'm not particularly interested in that.  It's a

15 matter of what happens here in this courtroom and evidence.

16     You certainly can cross-examine people if it comes up in

17 terms of -- at least, hypothetically, a witness says I'm not

18 aware of any opposition on X, Y and Z and someone can confront

19 them, and you're not aware of the fact that there was a front

20 page news article in the Wall Street Journal about this.  And

21 you can confront them.  And I'll give a fair amount of

22 liberality to that in that context.  But just to try to

23 introduce news articles, they're not statistical studies in

24 terms of my gatekeeper function.  There's no methodology that's

25 been presented, and there's no indicia of reliability one way

1    or the other.

2        And so news articles aren't just going to be tabbed as

3    exhibits and come in.  But it doesn't mean that there may not

4    be a time when a witness is examined on that.  And it just

5    depends upon the context.

6        If there's some obscure article written by someone whom

7    I've never heard of who is opining of something and is sort of

8    a way to try to bring in backdoor hearsay, I'm just going to

9    probably sustain an objection.

10       But it's perfectly appropriate for either side to confront

11   the witness of other side with respect to an item that may

12   clearly be a matter of general public knowledge and to say that

13   it was not a factor, we don't consider it, I think that's, you

14   know, I'm not going to just grant a motion summarily that we're

15   excluding all news articles.

16       I'm just trying to caution everyone that no one should be

17   expecting just to load up the file with those kinds of

18   exhibits.  And I suspect you all -- you all obviously know what

19   you're doing on this, and so I don't expect that to be a

20   problem.

21       Mr. Strawbridge, do you understand what I'm saying on

22   this?

23            **MR. STRAWBRIDGE:**  Absolutely, Your Honor.

24            **THE COURT:**  Do you understand, Mr. Gardner?

25            **MR. GARDNER:**  Absolutely, Your Honor.

```
 1              THE COURT:  I'm not going to grant this.  This matter
 2    of news articles, reports and similar, it'll be denied at this
 3    point in time but we'll address it later if it comes up.
 4              MR. GARDNER:  Could I ask one clarifying question?
 5              THE COURT:  Sure.
 6              MR. GARDNER:  It's really more of a legal point.  I
 7    understand Plaintiffs to be taking the position that under
 8    Federal Rule of Evidence 703, otherwise admissible evidence
 9    relied on by the expert can be admitted into evidence.  And
10    that is not I think a correct reading of 703 at all.
11         703 says that an expert can rely upon hearsay, that
12    doesn't make that hearsay independently admissible.
13              THE COURT:  703 relates to the bases of an expert's
14    opinion.
15              MR. GARDNER:  That's exactly right.  And the committee
16    notes from the 2000 amendments could not be clearer about the
17    fact that that does not make that hearsay --
18              THE COURT:  Do you want Ms. Yang to address this point
19    or do you want to address this, Mr. Gardner?
20         (Laughter.)
21              MR. GARDNER:  I think we're of the same minds about
22    this.
23              THE COURT:  She's your expert on the rules and I'm
24    sure the other side has got one as well.
25              MR. GARDNER:  Catherine is my expert on those things.
```

```
 1        THE COURT:  It's always dangerous for the older
 2  lawyers to be talking about these things.  It's usually better
 3  to defer to the younger lawyers.
 4        (Laughter.)
 5        MR. GARDNER:  Fair enough.  My only point, Your
 6  Honor --
 7        THE COURT:  Mr. Connolly and Mr. Norris do you have an
 8  opinion this?
 9        (Laughter.)
10        THE COURT:  At a certain age people stop reading the
11  amendments and they expect the younger lawyers to do it.
12        MR. GARDNER:  As a guy who works on the rules
13  committee, I wish I had that luxury, but I don't.
14        (Laughter.)
15        MR. GARDNER:  So having said that, Your Honor, I do
16  think there is a substantive disagreement between the sides to
17  whether 702 is actually a rule of admissibility rather than
18  simply a rule that allows a basis for an opinion to be
19  otherwise inadmissible evidence.
20        And our view is 703 is not a rule of admissibility.  It is
21  simply a rule that permits an expert to otherwise rely upon
22  inadmissible testimony so long as --
23        THE COURT:  So 703 specifically says that the evidence
24  need not be admissible for the opinion to be admitted.
25        MR. GARDNER:  That's exactly right.  We are not
```

1  challenging the admissibility of an opinion, we are challenging

2  the underlying basis of the hearsay exhibits which Plaintiffs

3  claim --

4          THE COURT:  That's one of those I can deal with it

5  when it comes up.

6          MR. GARDNER:  Fair enough.

7          THE COURT:  I'm pretty confident about that.

8      I don't need to grant that motion.  That'll be denied.  If

9  it comes up, I'll deal with it.  I understand that.

10     I'm very sensitive to -- I think it's Rule 805, to hearsay

11 within hearsay.  And you're correct, it's often overlooked

12 particularly, for example, like in medical reports it happens

13 all the time.

14         MR. GARDNER:  That's right, Your Honor.

15     I think, by my list, that I think takes care of just about

16 every general objection we had.

17         THE COURT:  All right.  Okay.  Go ahead.

18         MR. GARDNER:  As always, Ms. Yang is correct, there

19 was the one outstanding issue of the attorney declaration from

20 Mr. Hasson.  I understand from my colleagues' opposition brief

21 that they don't intend to offer into evidence that declaration.

22 That declaration, I would note, intends to authenticate a wide

23 variety of exhibits, many of which themselves are hearsay.

24     I understand from Your Honor that you would take up those

25 hearsay objections as they come up.  So it may not be something

1    we need to address immediately, but I'm certainly prepared to

2    address that if you would like.

3            THE COURT:  Why don't you go ahead at least initially

4    and -- Mr. Strawbridge, you will be ready to respond.

5        Which attorney is this, again?  I'm sorry.

6            MR. GARDNER:  It's James Hasson.  So what happened,

7    just so you know, Your Honor, during the preliminary injunction

8    motion Mr. Hasson filed a attorney declaration seeking to

9    authenticate a wide variety of both newspaper articles, I think

10   one is from a Congressperson's website.  I mean, there's a wide

11   variety of sort of various exhibits that are attached to this.

12       Certainly, the declaration itself not admissible into

13   evidence, it's the statement of an attorney.  And if Mr. Hasson

14   I suppose wants to take the stand to try to authenticate

15   exhibits he certainly could.

16           THE COURT:  Where are we on that, Mr. Strawbridge?

17           MR. STRAWBRIDGE:  We're not going to offer that.  It

18   does raise a question that I think we would benefit, and this

19   might transition us into the pretrial order discussion, which

20   is I think some of the information that we received from Your

21   Honor's clerk indicated that there might be a desire, obviously

22   not hundreds of exhibits, but for the parties to meet and

23   confer and agree to the preadmission of certain exhibits.

24           THE COURT:  That's fine.

25           MR. STRAWBRIDGE:  We are happy to do that.  There are

1  a number of documents that I don't think there's a reasonable

2  objection to foundation and authenticity.  The key documents in

3  the case we're talking about.

4          THE COURT:  Sure.

5          MR. STRAWBRIDGE:  I guess we would like to inquire of

6  Your Honor if you would like us to try to do that?

7          THE COURT:  Yeah, I don't anticipate having to get too

8  deep into the weeds in terms of authenticity.  I think you

9  should be able to work that out.

10      With respect to -- with respect to website prints of

11  congressional declarations of Members of Congress, I think we

12  could probably avoid that.  It would be a good idea.

13          MR. GARDNER:  Your Honor, if I may just ask, we'll do

14  whatever you want to do, there is a very large number of

15  exhibits, frankly, on both sides that are unobjected to.  Would

16  your preference be to preadmit all of those exhibits now?

17          THE COURT:  That would be a wonderful idea.  As a

18  matter of fact, you could assign all the younger lawyers here

19  to stay in the courtroom and not go, I think between now and

20  midnight they could get it all done.

21      (Laughter.)

22          MR. GARDNER:  And then one follow-up to that, does

23  Your Honor have a preference, once all of those exhibits are

24  preadmitted, do those exhibits need to be discussed by a

25  witness on the stand for Your Honor --

1          **THE COURT:**  No, under our Local Rule 107.5, our local

2    rule provides that to the extent that there are exhibits that

3    are referenced and once they hit that TV screen they are in

4    evidence.  Although it's very important in a jury trial, and a

5    bench trial, that's what the local rule provides.  107.5

6    specifically says that to the extent items are referenced and

7    witnesses start to talk about them, they're deemed to be

8    admitted unless there's an objection noted earlier.  So to that

9    extent that would be very helpful.  You could just note that

10   and either side starts and you can have a joint exhibit book.

11          As we're into this topic, this is getting in, as

12   Mr. Strawbridge notes, to the matter of the pretrial discussion

13   and pretrial order.  But with respect to these massive

14   loose-leafs and all of the written materials, they're obviously

15   part of the record.  We're going to be pounding through them

16   after we finish the trial.

17          But in terms of the trial itself, these TV screens have a

18   purpose, and it saves inordinate amount of time to put it up on

19   the screen so nobody has to be stopping and lifting up the

20   books.  To that extent, you all can be ready to try to put

21   these things up on the screen, if they're in evidence, there's

22   no dispute and off we go and get it up on the screen.  It's

23   much easier than trying to go back and forth.

24          Yes, Mr. Mortara.

25          **MR. MORTARA:**  Your Honor, that's exactly the way we

ordinarily do things on our team.

Couple of things, one, usually our friends want a hard copy of what we're using --

**THE COURT:**  That's fine.

**MR. MORTARA:**  -- for the witness so we'll do that. And sometimes the Bench wants a hard copy of the exhibit.  If you're saying you don't want that, that's one less --

**THE COURT:**  No, Mr. Mortara -- am I pronouncing your name correctly?

**MR. MORTARA:**  Right.

**THE COURT:**  My point is we're going to need the hard copy because we have a lot of work to do after the case is over in terms of issuing an opinion, findings of fact, conclusions of law and an opinion.

But in terms of the presentation in the courtroom, I don't stop and grab the notebooks and start paging through.  It breaks up the witness testimony.  And in terms of the lawyers, it's easier for you to keep rolling and just -- you both will have to have IT people that will have these -- so these screens will work.

And I strongly urge -- Jakiba, you are assigned for the trial of this case?  Oh, you're not.  Who is?

**THE CLERK:**  Nobody yet.

**THE COURT:**  Tell Catherine we need to have somebody, you understand?  I'd like to know who it's going to be, okay.

```
 1          In fact, I may recruit you, Jakiba, maybe you'll do it.
 2               THE CLERK:  That's fine.
 3               THE COURT:  You're hired.
 4          MR. MORTARA:  Your Honor, for the record, Plaintiffs
 5   have a little bit of an objection.  Earlier today Madam Clerk
 6   referred to one of my colleagues as handsome and not me.
 7               THE COURT:  What?
 8          (Laughter.)
 9          MR. MORTARA:  She referred to one of my colleagues as
10   handsome and pointedly did not say that about me.
11               THE COURT:  Well, that's quite all right.
12          (Laughter.)
13               THE COURT:  Objection is noted and overruled.  Just
14   get used to it, Mr. Mortara.  I had a woman on the tennis court
15   the other night say "Thank you, sir," when I handed a ball back
16   to her I said, "Don't call me, sir, please, on the tennis
17   court."  It's either "Your Honor" or don't call me that way.
18          (Laughter.)
19               THE COURT:  We're laughing here.
20          My point is is that in terms of the flow of evidence, the
21   screens work well, but I would make sure that you -- we line
22   this up ahead of time with whoever the clerk of the court is,
23   IT is standing by so we don't have any glitches, and off we go.
24          But we will need hard copies of everything, not only each
25   side, but I'm going to need hard copies of everything because
```

1  I'm not going to be coming back in here to try to put things up

2  on the screen.  But it really does work well if you do the IT

3  ahead of time.

4      We're going to start Monday, September 16th, but if you

5  want to be here Friday the 13th and try to -- have a trial run,

6  come on over early, I don't care.  You can do it.  Whatever you

7  want to do.

8          **MR. MORTARA:**  Madam Clerk and I already discussed

9  that.  We intend to make a visit on Friday, and I'm sure the

10  Justice Department, they always have very good IT, our IT

11  people were going to work it out with I think Ms. Hudson what

12  time we're going to be here.

13          **THE COURT:**  That's fine.

14          **MR. MORTARA:**  And if you want to do it at the same

15  time so we can all be here at the same time.

16          **MR. GARDNER:**  Your Honor, just for your preference,

17  would you prefer two sets of the complete copy of hard copy

18  exhibits, one for you and for your clerk?

19          **THE COURT:**  No, no, one set is fine.

20          **MR. GARDNER:**  One set.  Sorry, I didn't mean to

21  interrupt you, please.

22          **MR. MORTARA:**  So binder for the bench, potentially

23  binder for the witness, binder for the other side.  Is that

24  okay with you, Mr. Gardner?

25          **MR. GARDNER:**  That's acceptable.  Now, one question I

1  do have --

2      THE COURT:  I will say, by the way, Mr. Mortara, in

3  terms for the witness it also is quicker as opposed to a

4  massive notebook for him or her to page through, again, to have

5  them be able to look at the screen and respond.  The screen is

6  such, I'm sure you realize, they can circle a key phrase and

7  once it's done you just hit the bottom and the circling goes

8  off the screen.  But that's helpful as well.

9      MR. MORTARA:  Your Honor, I may actually persuade you

10 with something right now.  Some of our direct examinations for

11 the Plaintiffs will be adverse directs.

12     THE COURT:  That's fine.

13     MR. MORTARA:  Because of that, I think it might make

14 sense to give the adverse witness the entire set of documents.

15     THE COURT:  That's fine.  That's fine.

16     MR. MORTARA:  Because I think for completeness

17 purposes and for the witness' comfort that things are not being

18 taken out of context.  If that's okay, I prefer to do that.

19     THE COURT:  That is perfectly fine.  With respect to

20 the -- under Rule 607 you're perfectly free to call adverse

21 witnesses and you can attack the credibility or challenge.

22 Either side can do that.

23     MR. MORTARA:  We are working that out with the Justice

24 Department, including witness order, which we anticipate being

25 able to transmit to the Justice Department next Tuesday,

1    including which witnesses we're going to call adverse of

2    theirs.  Theirs is a very busy schedule, particularly at

3    Pentagon as I understand it, they have some very high-ranking

4    witnesses on their list.  So we're going to work with them on

5    that.  Next Tuesday we can do that.

6        MR. GARDNER:  I will say, Your Honor, next Tuesday is

7    a little late for us because as you can imagine, like

8    Mr. Mortara said --

9        MR. MORTARA:  We can do it earlier.

10        MR. GARDNER:  That would be terrific.  We do have some

11    very high-level officials who we can't just block off time for

12    so the more specificity we can get the earlier, the more we can

13    guarantee they will be here in the chair.

14        MR. MORTARA:  Monday?

15        MR. GARDNER:  Sunday?  We can negotiate this outside

16    of court.

17        THE COURT:  Actually, I will say this, Mr. Gardner and

18    Mr. Mortara, whenever references are made to weekends, the

19    younger lawyers in the courtroom shrivel up on each side of the

20    courtroom because it's always the way it works is the older the

21    lawyer the less likely he or she is worrying about the weekend,

22    and the younger the lawyer the more he or she is aware that

23    that time is being taken by them.

24        So I would suggest that both sides talk to the younger

25    lawyers what is feasible in fairness to the younger lawyers.

1          **MR. GARDNER:**  I so wish that were true, Your Honor.

2          **THE COURT:**  And while we're talking about technology,

3    by the way, there's an unstated rule here that basically I've

4    observed that anybody over the age of 45 really should not

5    touch the technology that's in the courtroom, okay.  So I'm

6    counting on the younger lawyers, whatever, to be ready to stand

7    by in case something goes wrong on either side.  The older

8    lawyers are told leave it along and let the younger lawyers get

9    to it.  It usually works pretty well that way.

10         **MR. GARDNER:**  That's fine, Your Honor.  Can I ask just

11   two more housekeeping questions about the exhibits?

12         **THE COURT:**  Sure.

13         **MR. GARDNER:**  One, do you want us to file a joint

14   motion with the Court to preadmit all of the exhibits for which

15   there are no objections on either side?

16         **THE COURT:**  You can do that if you want, sure.

17         **MR. GARDNER:**  Then the second question I have is I had

18   an understanding from the local rules that we had to number

19   each exhibit sequentially.  So if I had Defendants' Exhibit 20

20   but it's the first exhibit coming in I would remark that --

21         **THE COURT:**  No, you don't need to create that work.

22   It may be a local rule but also buried in the local rules are

23   subject to the trial judge.  So I will tell you, you do not

24   need to have the very first exhibit that comes in does not have

25   to be number one.

1          MR. GARDNER:  Thank you.  That was going to be a

2   logistical nightmare for both of us.

3          THE COURT:  And sometimes if that happens in a jury

4   trial the jurors are like, well, we have Exhibits 102 through

5   350, what happened to the others?  And I have to explain don't

6   worry about it.  Well, you don't have to worry about it in the

7   bench trial.

8          MR. GARDNER:  Exactly.

9          THE COURT:  So just number your exhibits.  To the

10  extent the local rule would suggest that, that's waived.

11         MR. GARDNER:  Sure.  Finally, do you have a

12  preference, Your Honor, as to whether the exhibits that the

13  parties agree to that have no objections coming in, should we

14  mark those as JXs or joint exhibits?

15         THE COURT:  That's a good idea.  That helps.

16         MR. GARDNER:  I think that's doable on our end.

17         THE COURT:  Joint Exhibits, plaintiff's exhibits,

18  defense exhibits, those three categories and that's fine.  We

19  can go from there.

20      Are we finished with your Motion in Limine?  I think we

21  are.

22         MR. GARDNER:  I think we finished a few minutes ago.

23  I think we've covered all of the issues.  I think we've

24  resolved every single issue that is the subject of the Motion

25  in Limine.

1          THE COURT:  I've ruled.  Is there nothing further from

2     the Plaintiff on those motions?  I think we've dealt with it

3     seriatim.

4          MR. GARDNER:  Correct.

5          THE COURT:  Here you go, Elizabeth.  Thank you.

6        Let's see, I was thinking we might break for lunch and

7     come back after lunch but I've got a feeling we can do this and

8     keep rolling.

9        Ronda, how you doing?

10         THE COURT REPORTER:  I'm good.

11         THE COURT:  All right.  Looking here, the first thing

12    I would note is in terms of the pretrial order, which has been

13    filed pursuant to local Rule 106, is -- I have a list here of

14    21 witnesses and eight of those witnesses it appears are going

15    to be called by both sides, I think.  So let me go down the

16    list here.

17        We have, in terms of alphabetical order, we have -- there

18    are John Fuller is listed as being called by the Plaintiffs and

19    by the defense.

20        Jeanette Haynie is a Defendants' expert that the Plaintiff

21    expects to call and the defense is going to call.

22        Melody Hwang is listed by both Plaintiff and Defendant.

23        Stephen Latta is listed by both the Plaintiff and

24    Defendant.

25        Captain Ed Sundberg is listed by both the Plaintiff and

1   the Defendant.

2       Lisa Truesdale, Defendants' expert, is listed by both the

3   Plaintiff and the Defendant.

4       Steven Vahsen is listed by both the Plaintiff and the

5   Defendant.

6       And Ashish Vazirani is listed by both the Plaintiff and

7   the Defendant.

8       Is that correct from your point of view, Mr. Mortara?

9       **MR. MORTARA:**  It's correct subject only to the

10  following observation.  We have an agreement on scope with the

11  Department of Justice so it's our intention that each witness

12  will only testify once, and then the cross-examining attorney

13  for any adverse directs that we might use, Mr. Gardner and his

14  team can exceed the scope of the direct.

15      **THE COURT:**  Yes.

16      **MR. MORTARA:**  Absent somebody coming back for the

17  rebuttal case that Plaintiffs -- we haven't done it in any SFFA

18  trial, have we?  We've never done a rebuttal case.  Absent the

19  remote possibility of a rebuttal case, I wouldn't anticipate

20  the witness taking the stand twice.

21      **THE COURT:**  That's fine.  In terms of Rule 607 anyway,

22  in terms of you're not limited to challenge a witness whom you

23  call, routinely, both sides have -- both sides can question to

24  whatever extent you want.  You're not limited by the scope.

25      For example, those eight witnesses, when the Plaintiff

 1  calls them, the defense can offer testimony as well.  And we go

 2  as long as we have to go on either side.  It's not limited to

 3  the scope or anything else.  The defense is free to do whatever

 4  it wants to do once you call that witness, not only

 5  cross-examining but as a proponent of that witness.

 6      There's very loose limitation on that because it's a

 7  witness offered by both sides and the witness does not need to

 8  then be recalled by the Defendant, nor does the Defendant waive

 9  rights in terms of at the conclusion of the Plaintiff's case

10  because of evidence that it came in in the Plaintiff's case.  I

11  think that's about as clear as I can explain it.

12      But I'm trying to, first of all, verify that they're the

13  only eight witnesses of the 21 who are listed by both sides?

14          MR. MORTARA:  I think that's correct.  But

15  Mr. Strawbridge is writing me and telling me to tell you that

16  we've been working on our witness order and who we're

17  calling --

18          THE COURT:  Okay.

19          MR. MORTARA:  -- there may be an update.  Would the

20  Court like an updated witness order from us?

21          THE COURT:  Yes, I think what would really be helpful

22  is to have an updated witness list.  And we've starred at least

23  eight of the 21 listed as witnesses who are going to be called

24  by both sides.

25      And to the extent that you know the order that they're

1  going to be called, I, personally, think that -- we have some
2  really high-quality lawyers here who have done a lot of
3  litigation -- I'm sure this is the obvious, I don't have to
4  tell you this but just in an abundance of caution -- there's
5  absolutely no reason why each side can't tell the other side
6  who are going to be the witnesses and what order so it goes
7  smoothly.

8      I'm not favorably inclined when someone says we've changed
9  and we're going to call witness four now as number one today,
10 we've switched, because it's really not fair to the other side.

11     I just ask you, if there's a real reason why something
12 needs to be changed you all can talk about it as professionals
13 with each other certainly 24 hours beforehand.  But unless
14 someone comes down as deathly ill, there shouldn't be any
15 change.

16     We'll have opening statements Monday, September 16th, and
17 then we proceed with witness testimony.  You should be able to
18 tell them exactly who your witnesses are to start, and know
19 exactly what order you're going to have your witnesses in.

20     Obviously you've divided up the legal arguments here, and
21 I presume that you're going to divide up who's going to handle
22 what witnesses.  So, to me, I just leave that up to you.  But I
23 think it would be helpful to update the witness list.

24     And I would certainly hope -- I see no reason why
25 certainly by the middle of next week you can't have a clear

1  witness list from both sides in terms of who you anticipate

2  calling.  That doesn't include the fact there may be rebuttal

3  witnesses that are called and because of the nature of this, I

4  more than understand, it may or may not be necessary to call

5  some other witnesses.  And if that happens we'll deal with it.

6      That's why I've tried to allow a sufficient amount of time

7  here, and I believe we've allowed the appropriate amount of

8  time to try the case.  If for some reason we run over, then

9  we'll just have to -- it's a bench trial.  I'm not inclined to

10 have bench trials that are gapped.  I think it's very difficult

11 for lawyers.  So I never do that.  Bench trial is treated like

12 a jury trial with me.  It's consecutive days, start to finish.

13     I will say that the one -- the one exception here clearly

14 is I've never gone longer than a week and a half to two weeks,

15 max I think was three weeks to render an opinion in a bench

16 trial.  That is not going to be the case here.  Okay.

17     I've given it -- at least one of the previous cases I

18 noted was a 10-month delay.  I certainly don't expect to stay

19 with that rule.  I'll make every effort to do it within a

20 reasonable period of time, certainly this fall.  In terms of

21 the number of witness and what's involved here and the clear

22 records that have to be prepared in terms of when the case goes

23 up, so to speak, so I realize I'm not going to be able to abide

24 by that rule.

25     I really don't want to break the trial up so I'm trying to

1  make sure we allow enough time that the entire case can be

2  tried.  And if we need more additional days, and I start to

3  figure that in, in terms of having to continue to go and change

4  my calendar.  So I don't anticipate taking testimony, stopping

5  for a week and a half and having two more days of testimony.

6  That's not going to be the way we're going to do it.  That will

7  be my issue if we don't finish in time to start clearing days

8  off afterwards.

9      I say that so you all understand for your calendars,

10  you've got the calendars for the week of September 16 and

11  September 23.  I don't think it's going to go into October.

12  But you all should keep your calendars open beginning of

13  October, I guess, is my point in case that were to happen.

14  Because I'll make my calendar work in that regard.

15          MR. MORTARA:  Your Honor, hopefully it won't come to

16  that.  I will say as to everything you just said, we are

17  picking up what you are putting down and 100 percent in

18  agreement.

19      In *Harvard*, almost all of our initial witnesses were

20  adverse and so we were very cooperative.  And we will do the

21  same here and give them a complete order by next week, as well

22  as advise about adverse witnesses, I will endeavor to do

23  Sunday, as Mr. Gardner requested.

24      This leads to another matter though.

25          THE COURT:  Sure.  Go ahead.

1          **MR. MORTARA:**  Do you want us on the clock or not, by

2    which I mean, do you want to divide the trial day into hours,

3    divide the hours into two halves and have us keep time?

4          **THE COURT:**  I'd rather you all work this out among

5    yourselves.

6          **MR. MORTARA:**  I'm very happy with the 50/50 keeping

7    time.

8          **THE COURT:**  Yeah, I don't want the Plaintiff to take

9    80 percent of the time and say now we're finished.  That's

10   fine.  So I think you work it out yourselves, and I'll abide by

11   whatever clock you want.

12       I'm really not much inclined to put clocks on witnesses.

13   I'm pretty patient with that.  We don't have a red, orange,

14   green light up here like the appellate court in terms of a

15   certain point.  Occasionally I've said I think we've got 20

16   more minutes to go on this, for example.  I just sort of nudge

17   people along.  I think we've allowed plenty of time.

18       That is a good idea to indicate when you want to be

19   completed in terms of the Plaintiff's case and the defense case

20   starts.

21       In terms of Rule 50 motions and whatever at the end, let's

22   face it, we have two sides that have to present this case.  I'm

23   not going to allow a whole lot of time for motions at the

24   conclusion of the Plaintiff's case in terms of the defense

25   case.

1          MR. GARDNER:  I will represent to Your Honor, we're

2     not moving for that.

3          THE COURT:  I wouldn't think so.

4          MR. GARDNER:  I also appreciate the flexibility.  I do

5     think there's the possibility witnesses may have to be taken

6     out of order.  And, again, because we're not moving under Rule

7     50 I don't think there's a real issue as to when their case

8     ends and our case begins.  It's a bench trial.

9          THE COURT:  I think Mr. Mortara's point is well taken

10    in terms of dividing up.  We'll have some target date when the

11    Plaintiff is finished and then when the defense case starts.

12    And allow a little bit of fudge room at the end for rebuttal on

13    either side and we'll go in that fashion.

14         MR. GARDNER:  And Mr. Strawbridge and I have spoken

15    about this.  I think the parties were in agreement we would

16    split the time 50/50.  We would keep track.  Recognizing that

17    keeping track is a little weird because Plaintiffs are calling

18    all of the Government's witnesses.  We will figure this out.

19         MR. MORTARA:  What time does court begin and what time

20    does it end?

21         THE COURT:  I want court to begin at 9:30.  But I will

22    confess that the one wiggle that I've had with taking senior

23    status is it's probably more realistic to start at 10.  All my

24    clerks are rolling their eyes, I say we're going to start at

25    9:30 and I can hear them saying, yeah, right.  We are going to

1  start at 10:00.  I was good this morning.  I was ready to go at
2  10:00.
3      We will start at 10:00 and we will go until 5:00.  And
4  we'll generally take a break late morning, to two hours, and
5  then we take an hour for lunch and then go til 5:00.  So we'll
6  start at 10:00.  Usually there's a late morning or late
7  afternoon break.
8      It doesn't take as long.  When we have a jury trial,
9  there's no such thing as a five or 10-minute break for a jury
10  trial because it takes forever to get the jurors back in.  With
11  a bench trial, a five or 10-minute break is just about all we
12  need.
13      So we have one late morning break and one late afternoon
14  break for the court reporter, to give Ms. Thomas an opportunity
15  to get a break.  But we'll go 10:00 to 5:00 all those days.
16          **MR. MORTARA:**  Excellent, Your Honor.
17          **MR. GARDNER:**  May I ask two clarifying questions?
18          **THE COURT:**  Sure.
19          **MR. GARDNER:**  One, this may not even be an issue, but
20  because almost every single witness is an out-of-town witness,
21  if a witness is on the stand and it's 5:00 and there's not much
22  more time to finish up to go somewhat past --
23          **THE COURT:**  Sure, someone has to go get an airplane,
24  that's absolutely fine.
25          **MR. GARDNER:**  Terrific.  The second question is, do

1  you happen to know now, Your Honor, whether there's any

2  blackout dates within those two weeks where we have to end

3  early or start late?

4          **THE COURT:**  No, I don't think so.

5          **MR. GARDNER:**  Okay.  Thank you.  Great.

6          **THE COURT:**  Can you have Chris run off my calendar for

7  those two weeks.  That's a fair question.  I don't think

8  there's any.  I'm pretty sure we're totally wide open.

9          **MR. MORTARA:**  What a great pleasure it is to be across

10 from a very experienced trial lawyer at the Justice Department.

11      Couple other things, we are invoking the rule with regard

12 to fact witnesses.  I looked at the local rules and the local

13 trial rules, we would like fact witnesses excluded from the

14 courtroom while they're not testifying until they're finished.

15         **THE COURT:**  Okay.  Under Rule 615 in terms of

16 exclusion of witnesses.

17         **MR. MORTARA:**  Correct.

18         **THE COURT:**  Clearly -- I'm glad you brought that up

19 because I always -- no problem.  We have the witnesses all sit

20 in the vestibule there, and they don't sit and listen, and I

21 explain this to juries all of the time.

22      But we have the issue with respect to experts and the

23 expert is entitled to listen to the opposing expert and vice

24 versa.  And the reason I'm pausing on this, Mr. Mortara, is

25 because we have -- I suspect we're going to have some military

1 people on both sides who are testifying who are going to be
2 respected by me as experts and qualified as experts under Rule
3 702, and to the extent they want to hear what other witnesses
4 have said and they can opine, agree, disagree, whatever,
5 they're allowed to be in the courtroom.

6      So we can have an exclusion of witnesses under Rule 615
7 and, as I'm sure Ms. Yang will tell you because she's up on the
8 all of the amendments, she'll know that 615 was amended to also
9 note that there can't be general discussions about things.
10 Exclusion of witnesses means more clearly that witnesses can't
11 really be discussing their testimony with anybody else even,
12 you know, in terms of making sure that the Rule 615 is observed
13 carefully.  And that's an amendment to 615.

14      So I'm not really sure how we navigate -- you all navigate
15 that in terms of whether there are witnesses here, at least it
16 occurs to me, both fact and expert witnesses.  And I don't mean
17 there's been liberality in classifying people as experts
18 because, quite frankly, that falls to me to have some
19 liberality.

20      I basically respect people with military experience who
21 have an opinion about certain matters, about whether it's
22 cohesion -- cohesiveness or whatever.  My point is that there
23 are some hybrid witnesses here.

24      So the only way I can suggest this is that you all discuss
25 among yourselves when certain witnesses are up who you believe

 1  is qualified as a contrary witness who's allowed to sit and

 2  listen to some of the testimony.  And I'll deal with it

 3  seriatim is the best way to do it, I think.

 4          MR. GARDNER:  I think that's fine, Your Honor.  I

 5  guess I'd say three things.  One, we have no objection to the

 6  rule, obviously the rule is the rule and experts are exempt

 7  from that.  We've got pure experts, not an issue at all.

 8      Second, we will designate Dean Latta as our

 9  representative, so he is exempt from the rule, as I understand.

10          THE COURT:  Yes.

11          MR. GARDNER:  I just wanted to put the Plaintiff on

12  notice that will be our corporate representative.

13      And the third thing is -- you put your finger right on the

14  issue I was going to raise -- I do think there will be some

15  complicators because many of our witnesses are hybrid fact

16  experts, but I think the parties can work that out privately.

17  I'm not sure we need to resolve that here.

18          MR. MORTARA:  Anyway, Mr. Mortara, you know what I'm

19  speaking of.  You decide.  It's pretty clear.  You all have to

20  figure out how we do this because there's fact testimony and

21  there's expert testimony and both sides are entitled to have

22  their experts listen on top of another.

23      And, quite frankly, in terms of how to break down the area

24  of expertise, they're really pretty much intertwined.  All of

25  these military people have an expertise in military matters, be

1    it General Walker on whom we've ruled on earlier today.  For

2    example, General Walker, he's a fact witness, expert witness

3    and the defense is entitled to have someone in the courtroom

4    when he testifies and vice versa.  So I'll leave it to you to

5    try to figure that out.

6           MR. MORTARA:  Your Honor, I think this may only be

7    relevant to one or two pure fact witnesses and, thank you,

8    Mr. Gardner, for the designation of Dean Latta.  We're all set

9    for that.

10       The only other thing on my list, Your Honor -- well,

11   there's two.  One is, do you have a time limit for openings and

12   closings or is it up to us and we're not on the clock

13   basically?

14          THE COURT:  No, I don't care.  I just like to know how

15   long you think.

16          MR. MORTARA:  At this point I think less than 40

17   minutes.

18          THE COURT:  Okay.  And both sides, probably 40-minute

19   opening statements I presumed.

20          MR. GARDNER:  Yeah, I mean, your Honor, I am deeply

21   concerned about the clock in this case.  So I think the shorter

22   the openings the better.  But I will self-regulate.

23          THE COURT:  I'm not inclined to cut people off.

24          MR. GARDNER:  That's fine.  Just a follow up.  I had

25   not understood that the Court wanted closings.  Is that

```
 1    something the Court wants to have --
 2             THE COURT:  Yes.
 3             MR. GARDNER:  -- and will that happen during the
 4    two-week period?
 5             THE COURT:  Oh, I want closing.  Absolutely.  I want
 6    opening statements and I want closing.
 7             MR. GARDNER:  That sounds good.
 8             THE COURT:  Just in case I've missed something, I want
 9    to make sure that I know it's important to you all and --
10             MR. MORTARA:  Your Honor will get an opening statement
11    from me and, anticipating you'll be tired of me, you will
12    receive a closing statement from Mr. Strawbridge.
13             THE COURT:  And, Mr. Gardner, who's going to make the
14    opening statement for you?
15             MR. GARDNER:  That will be me, Your Honor, and
16    Ms. Yang will be doing closing.
17             THE COURT:  And Ms. Yang will be the closing, okay.
18    So that sits well with all of the other younger lawyers who
19    worked really hard on this case?
20             MR. MORTARA:  Well --
21        (Laughter.)
22             THE COURT:  They may want to have an opinion --
23             MR. MORTARA:  Mr. Hasson is a U.S. Army Ranger but
24    he's also the father of a one week old.  So we would have him
25    do it but unfortunately --
```

```
 1            THE COURT:  I think if he's a father of a one week old
 2  you said?  One week?
 3            MR. HASSON:  Week and a half, Your Honor.
 4       (Laughter.)
 5            THE COURT:  Who is that?  That is Mr. Hasson?
 6            MR. HASSON:  Yes, Your Honor.
 7            THE COURT:  You may be violating a federal statute by
 8  being here, Mr. Hasson.  I'll leave that to you.  Week and a
 9  half, well, congratulations.
10            MR. HASSON:  Thank you very much.
11            THE COURT:  Is this your first?
12            MR. HASSON:  Second, Your Honor.
13            THE COURT:  Whatever it is, it's not going to be as
14  long as it was for the first so don't worry about it.
15       (Laughter.)
16            MR. MORTARA:  Thank you, Your Honor.  Then the last
17  thing on my list about I've looking down at my list --
18            THE COURT:  Okay, go ahead.
19            MR. MORTARA:  -- that I had for you is I read the
20  local rules very closely.  I must say I'm very expressed by the
21  local trial rules.  I've never seen anything like it.  There is
22  a strong rule about the use of mobile phones.
23            THE COURT:  Yes.  Good point, actually.  I have a
24  thing over here, essentially, the matter with electronic
25  devices is pursuant to Local Rule 506 and the standing order
```

1    2016:  Unless authorized by the presiding judge proceedings may

2    not be recorded, photographed, broadcast, or transmitted

3    outside the courtroom.  Counsel of the record in the case may

4    use electronic devices for approved purposes, i.e. to check

5    email or calendars, perform case-related legal research during

6    court proceedings while seated at counsel table.  Otherwise,

7    unless permitted by the presiding judge, electronic devices may

8    not be used in the courtroom and must be turned off.  And use

9    of electronic devices in violation of this policy may subject

10   the device to confiscation and inspection to determine whether

11   court proceedings have been recorded, photographed, broadcast,

12   or transmitted outside of the courtroom.  So by entering the

13   courtroom with electronic devices, visitors and counsel will be

14   deemed to have consented to this confiscation and inspection of

15   any device.

16        So the simple fact of the matter is is that you can't

17   record anything, nor can anybody come into the courtroom and

18   record it.  But you certainly are allowed to have your iPhones

19   in terms of checking calendar issues and, quite frankly, as a

20   matter of an honor system to do quick research.

21             MR. MORTARA:  I wanted to clear that with you.  Many

22   of us are using mobile phones to provide internet access.

23             THE COURT:  I understand.  The reason for that is is

24   because we recognize that there may be some reference to

25   something where someone quickly just tries to check what the

1  reference is, and you're allowed to do quick legal research

2  there.

3        **MR. MORTARA:**  Thank you, Your Honor.  I just wanted to

4  make sure we're okay.

5        **THE COURT:**  That's fine.

6        **MR. MORTARA:**  I have nothing else.

7        **MR. GARDNER:**  I have just four very quick things, Your

8  Honor.

9        **THE COURT:**  Okay, that's fine.  Before I forget, in

10 terms of my calendar, I think Mr. Mortara asked this.  I have

11 Thursday, September the 19th, I have a family obligation at

12 5:30, as long as we finish by 5:00.  I can't afford to go late

13 on Thursday, September the 19th.

14     In light of Mr. Hasson's obligations, I'll tell you that I

15 have to assist babysitting the youngest of my seven

16 grandchildren, who is clearly the least well behaved of all of

17 the seven, without question.  Hands down, he's earned that

18 already on his fourth birthday this week, so.  Great kid but

19 you've got to watch him.  So I've got to help my wife with

20 that.

21     (Laughter.)

22        **THE COURT:**  Anna, remind me on the CJA meeting for

23 Tuesday, September 17, I'm going to move that around.  I'll

24 move it up.  I'll figure it out.  But I'm not going to do it on

25 the 17th.

```
 1        Then the following week -- yes, I'm good that entire week.
 2   No restrictions at all.
 3        Anything else, Mr. Mortara, from your point of view?
 4        MR. MORTARA:  Absolutely nothing from us, but
 5   Mr. Gardner has four questions.
 6        THE COURT:  Mr. Gardner, you have a few things.  Go
 7   ahead.
 8        MR. GARDNER:  Four very quick things.  I have a
 9   recollection from, I think it was the PI hearing, that you did
10   not want posttrial proposed findings of fact and conclusions of
11   law, is that --
12        THE COURT:  No, I want proposed findings of fact and
13   conclusions of law when you finish your case, which means that
14   you -- if you don't have it the same day, generally, I prefer
15   to have proposed findings of fact and conclusions of law
16   submitted simultaneous with your closing arguments at the end
17   of the trial.  But this is a little different.  I recognize
18   this is a little different and a little bit more extensive.
19        So certainly with closing arguments say, hypothetically,
20   targeted for Friday, September 27th, 9th or 10th day of the
21   trial, I would want proposed findings of fact and conclusions
22   of law submitted --
23        (Court conferring with law clerk.)
24        THE COURT:  Are you talking about the pretrial
25   order -- you've already got that.  But you mean at the end of
```

 1    the case?

 2            MR. GARDNER:  No, no, no, so both sides filed

 3    yesterday pretrial.  I'm asking posttrial.

 4            THE COURT:  No, I understand what they're saying.  The

 5    point is is that in terms of -- sometimes the proposed findings

 6    of fact and conclusions of law may be different than what

 7    you've had in your pretrial order.  So I do still -- you don't

 8    have to necessarily change it, hopefully you don't.

 9        But my point is is that when you have closing argument on

10    let's say hypothetically Friday, the 27th of September, that

11    following week, certainly by Wednesday or Thursday, I would

12    want your proposed findings of fact and conclusions of law.

13    And you can summarize the evidence, you can summarize what

14    you've said in your closing.

15        And I want that certainly within a week thereafter of your

16    closing arguments.

17        In light of the extensive record here on this case,

18    normally I would require the same day as you're making your

19    closing argument, but I'll give you a little wiggle room on

20    that in terms of everyone being fairly busy, and particularly

21    in terms of all of the lawyers in this case.

22        So within a week of your closing arguments.  I don't want

23    you to be submitting proposed findings of fact and conclusions

24    of law three weeks after the closing argument.  It's going to

25    be within a week.

1           **MR. MORTARA:**  Understood, Your Honor.

2           **THE COURT:**  I would want it by Wednesday the following

3    week.  Elizabeth, remind me of that.  By Wednesday of the

4    following week I would want proposed findings of fact and

5    conclusions of law.

6           **MR. MORTARA:**  We will do that.  And it helps, if it

7    aids the Court, we'll try to put in transcript cites and things

8    of that nature that direct the Court to the evidence that we've

9    supported.  I assume Mr. Gardner will do the same.

10          **THE COURT:**  That's fine.

11          **MR. GARDNER:**  Assuming the transcripts are available.

12   That's going to be the one limitation.

13          **THE COURT:**  I'm sorry, what?

14          **MR. GARDNER:**  Assuming the transcripts are available.

15          **THE COURT:**  Ms. Thomas, I believe, is going to be

16   doing daily copy for you all.  So that's fine.

17          **MR. GARDNER:**  So that was the first thing on my

18   agenda.

19          **THE COURT:**  Is that all right with you, Ronda?

20   Ms. Thomas, is that okay with you?  Does that work?

21          **THE COURT REPORTER:**  Yes, Your Honor.  We are working

22   that out.

23          **MR. GARDNER:**  The second is a very minor question I

24   have for you.  Do you have a presumption about approaching

25   witnesses?  Do we need to ask each time we want to approach?

1    Do we have standing approaching rights?

2           THE COURT:  Mr. Gardner, I'm laughing because in my

3    day I was a great roamer.

4           MR. GARDNER:  As am I.

5           THE COURT:  So it would truly -- my colleagues

6    professionally, and particularly those against whom I had

7    cases, would laugh if they heard me say you've got to stand at

8    the table and you can't move because that was literally

9    impossible for me to do that.

10          MR. GARDNER:  I have the same problem.

11          THE COURT:  We don't need to be at the end of the jury

12   box over here because there's no jury.  But I don't care.  You

13   can sit at the table, you can stand at the table, you can stand

14   at the podium, you can approach the witness.  You don't have to

15   ask for permission to approach the witness.

16      The only thing is for -- one of my colleagues -- I don't

17   let you -- we have the Sullivan rule -- remind me to tell Judge

18   Sullivan this -- we have the Sullivan rule that I don't let you

19   stand behind the witness --

20          MR. GARDNER:  We're not going to do that --

21          THE COURT:  -- and hand the witness a document and

22   then say "How about that?  How about that?"  As the person

23   looks over their left shoulder.

24      (Laughter.)

25          THE COURT:  Judge Timothy Sullivan of our court would

1    take exception to that, but that was what I called the Sullivan

2    rule because he would be coming in like a bird over the back

3    shoulder of the witness and it really made the witness nervous

4    after a while.  You do have to stand in front of the witness,

5    but I don't care.

6        I really don't care.  You can tell there's liberality.  I

7    don't care if you sit, stand or whatever.

8        There's no problem with that.

9        MR. GARDNER:  Thank you, Your Honor.  Two more things.

10   The parties internally agreed for a deadline for the exchange

11   of demonstratives.  I assume that can stay internal between the

12   parties.

13       THE COURT:  That's fine.  If it works out for you all.

14       MR. GARDNER:  That's fine.  Last thing I just wanted

15   to flag for you.  The parties have been working cooperatively.

16   Much of the information that has been produced in discovery in

17   this case has been subject to a protective order.

18       THE COURT:  Yes.

19       MR. GARDNER:  The Department of Justice fully

20   recognizes the First Amendment interest here and having as much

21   of this disclosed as possible.  There is some limited

22   information, I think the parties largely agree about things

23   like personally-identifiable information about candidates that

24   the parties will redact before putting onto a screen.

25       There may be a few other very discrete items where we are

1  comfortable having them disclosed, but we may not want them on

2  the screen.  I think the parties are working collaboratively to

3  try to resolve that and narrow that as much as possible.  But I

4  just wanted to flag, in light of this Court's preference to put

5  everything on the screen, there may be a few small things --

6          THE COURT:  I don't care about that.

7          MR. GARDNER:  Okay.

8          THE COURT:  You can just note for whatever reason.

9  You can note that in terms of -- I have no idea as to what

10 public attention is going to be given to this case.  And I have

11 no idea in terms of if there are going to be other members of

12 public who are going to watch portions of this trial.  So just

13 see how that turns out.  That's all.

14         MR. GARDNER:  Thank you, Your Honor.

15         THE COURT:  I'll leave it up to you apropos that Rule

16 615, exclusion of witnesses, I'm leaving it up to you all in

17 terms of who's sitting in the courtroom.  I'm not going to be

18 able to try to identify who is here or not because there may be

19 some public interest here.  And I'll leave it to you, you know,

20 both sides have to note if they see somebody who is one of

21 their witnesses sitting here and they're not supposed to be

22 here.  That's why we have a vestibule area outside which works.

23 But I can't monitor that.

24         MR. GARDNER:  Of course, Your Honor.  We will both be

25 vigilant on our sides.

1          **THE COURT:**  On that topic, I will note that in terms
2    of confidentiality that we want to try to keep this to a
3    minimum.  For example, the references to the Members A, B, C,
4    and D in terms of the standing issue, we -- that material can
5    be sealed and will be sealed in terms of the references.
6          But I really -- I really don't want many things to be
7    sealed here.  That is perfectly understandable in terms of
8    their privacy interest to the extent someone can find out who
9    the                         student is who is in his                 ,
10   I really don't -- I think it's a stretch to think that someone
11   can identify that person but perhaps not.
12         But, generally, it doesn't -- this case I think will have
13   sufficient attention that I'm really not real excited about
14   having a lot of things be under seal.  This is an open
15   courtroom.  It's open to the public.  It'll generate some
16   public interest.  And I really would urge that we all recognize
17   that in terms of the presentation of evidence and the documents
18   are in the record, they're accessible.  The court reporter is
19   going to give you all daily copy.  And things will go smoothly
20   on this regard.
21         But I'm really not keen on sealing much of what's going to
22   come in this trial.  It's as simple as that.
23         **MR. GARDNER:**  What we are very conscious about, Your
24   Honor, we obviously want to respect the First Amendment.  I
25   think what the parties have agreed to is largely providing

1    redacted copies of things that would identify individuals by
2    name, the personally-identifiable information, which frankly I
3    think both sides agree isn't really pertinent to the issues in
4    this case.

5         So I don't expect, at least from our perspective, there
6    will be any motions to seal.  I think, instead, what we would
7    do is simply agree to alternatives, like take certain documents
8    off the screen and things like that, or have more general
9    discussions about topics that might be particularly sensitive.

10        I will just tell you, Your Honor, I think beyond the PII
11   issues, the personally-identifiable information issues, there
12   is a limited degree of sensitivity about being able to
13   understand the process with sufficient detail such that you
14   could basically game the process, right.

15        And you will see things like there's an algorithm that is
16   produced that shows what the whole person multiple is.  If you
17   knew what the algorithm was, you would be able to tailor your
18   application to, you know, maximize your likelihood of getting
19   in.

20        Again, I think the parties can work through so that that
21   algorithm is not presented on a screen.  I'm not even sure how
22   pertinent the details of that algorithm are to the merits of
23   this case.  But that's just an illustrative example of
24   something that I think, I know the Naval Academy is
25   particularly sensitive about.

1          THE COURT:  Well, this is a public forum.

2          MR. GARDNER:  Right.

3          THE COURT:  And I don't think an algorithm can change

4  the ethnic or racial nature of people involved.  So I don't

5  know how you're going to camouflage that or deal with that.  It

6  is what it is.

7          MR. GARDNER:  No, not that it would do that.  But if

8  you knew how the algorithm worked you would be able to tailor

9  your application to maximize the chances of being admitted and

10  that is the concern.

11      You know, to the extent that both parties have an interest

12  in fairness in the application process, we don't want an unfair

13  advantage.

14      Again, I think these are things that we can address

15  between the parties, but I just wanted to alert you that is the

16  nature of the type of information that may be sensitive, but

17  we're not seeking to seal.

18          THE COURT:  All right.  I understand.  The less the

19  sealed the better here.  So let's just assume that there's not

20  going to be much sealing going on once the case starts.

21          MR. GARDNER:  Thank you.  That's all I had, Your

22  Honor.

23          THE COURT:  Mr. Mortara, do you have anything?

24          MR. MORTARA:  No, Your Honor.  I'm sure Madam Clerk

25  and Madam Court Reporter are hungry and so am I.

1          **THE COURT:**  That's right.  I think they are.

2      Let me just close with one last thing here is that I think

3  this goes without saying, but I really don't -- I really don't

4  think I need to say this, we have very high-quality lawyers

5  here and there's some excellent briefing and I'm looking

6  forward to this case.  I don't want this case to be tried in

7  the media.  Okay.  I really don't.  There's no basis to make

8  comments and if the press is covering it, of opinions or this

9  or that or how things are going.

10     I have a fairly thick hide on this sort of thing.  One of

11 my former law clerks gave me a plaque where I have my great

12 quote saying, "The greatest preparation for federal trial judge

13 for me was being the quarterback of a losing high school

14 football team."  You learn, when you're 16 years old, you learn

15 to take criticism and it's pretty brutal.  So I have a thick

16 skin on it.

17     So my hesitancy about the case being tried in the media,

18 it's not me personally.  It's just that I'm very proud of the

19 system we have here.  I'm very proud of our legal profession.

20 These are rather intense times, and I just want to make sure

21 that everyone on both sides, they understand, this case will be

22 tried in the courtroom.  We're going to work hard to get an

23 opinion out within a reasonable period of time, within six or

24 seven weeks, or whatever, and then the case goes up as it goes.

25     I just don't want this case to be tried in the media.  I

 1  respect all of you and, quite frankly, I have no reason to
 2  believe it'll be otherwise.  But it's open to the public.  The
 3  media may or may not cover it, and we'll just leave it at that.
 4      And I think it goes without saying that I don't -- I
 5  don't, you know, once the case is over, it's over.  Once I
 6  render my opinion it's done.  And then the case moves as it
 7  moves.
 8      But I just don't want this case to be tried in the media
 9  in some way.  And I think it goes without saying, but I just
10  would urge that.
11      I will tell you that, particularly for the younger lawyers
12  here, you'll appreciate this, it amazes me, I have a jury trial
13  that I'm picking up again tomorrow, and on Monday it'll go to
14  the jury, and I always talk to the jurors afterwards.  And it
15  would be reinforcing for law students and young lawyers
16  particularly to hear what jurors say about how impressed they
17  are with the process.  It is not like, almost always, they say
18  this is nothing like what I anticipated.  There isn't a judge
19  screaming at the lawyers, there isn't the lawyers screaming at
20  each other.  It's much more civilized.  They always say that.
21      So I pride myself, and we all do here in the courtroom,
22  and I think it carries over to cases that have a matter of
23  public interest.  And the public's entitled to see that we do
24  things in an orderly fashion, that we don't try cases in the
25  newspaper or on the TV screen, and we have results, and it

1  moves forward.  And I happen to believe that it still works.
2  But it is obviously subject to some pressures.
3      But you'd be proud to see what the average member of the
4  public thinks when they come in and they leave that, wow, this
5  really is an antiseptic process.  Just because it's a bench
6  trial doesn't mean it's any different.  And so I just remind
7  anybody of that and I have no reason to believe it would be
8  otherwise.  It just goes without saying.  And I expressed my
9  appreciation for you all abiding by that.
10      And with a bench trial, just one last thing before we
11  break, obviously I tend to have a hot bench and ask questions
12  at hearings because I believe that's -- when I was trying cases
13  I was always frustrated, if a judge didn't ask anything I
14  thought two things:  Either, one, he or she has already
15  decided, or they haven't looked at a word I've written and they
16  have no idea what I'm taking about, they're just not going to
17  put themselves out there.
18      I'm not afraid to put myself out there and ask questions.
19      With a bench trial it's a little different obviously.  I
20  think you might find I don't interject as much.  Obviously, I'm
21  the finder of fact, I may ask a few questions, but I really
22  don't tend to ask many questions in a bench trial.  I try to
23  treat it like a one-person jury up here.
24      But if I think I need to clarify something, I will do it.
25  And I, quite frankly, you can remind me on this if I fail on

1  that, if I'm about to do that, if you say "Can we approach the

2  bench for a minute," I can indicate I'm about to ask the

3  witness this question because it's unclear to me.  I don't do

4  it a lot in bench trials, but we only have so many bench

5  trials.  And I'm trying to remember the last complex business

6  case I had in a bench trial, and I did ask a few questions

7  because I really didn't understand something from an accounting

8  point of view, for example.

9       So, but you'll find I'm not going to ask many questions

10  and you all have every right to object -- don't forget the

11  rules allow you have every right to object to a question that

12  the Court asks.  And you don't waive an objection if you think

13  it's an appropriate question, but I'll make an effort not to do

14  that.  I throw that out for what it's worth.  Okay.

15       Unless there's anything else, we're finished.  I'm looking

16  forward to seeing you all Monday, September 16th at 10:00.

17  We'll start at 10:00, Monday, September 16th.  Thank you all

18  very much.

19       (All Counsel - "Thank you, Your Honor.")

20       (Adjourned at 1:32 p.m.)

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

I, Ronda J. Thomas, Registered Merit Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 9th day of September 2024.

_Ronda J. Thomas_
_____
Ronda J. Thomas, RMR, CRR
Federal Official Reporter

MR. CARMICHAEL: [23] 37/23 49/3
50/8 51/1 51/3 52/20 54/2 54/7 54/15
55/2 56/9 56/21 56/25 57/5 57/10 57/25
64/14 64/21 65/5
MR. CONNOLLY: [14]  3/8 37/16 37/19 38/8
38/18 38/25 41/10 41/14 42/14 42/24 43/4
44/10 44/14 46/19
MR. GARDNER: [111]  4/22 36/15 36/21
36/24 40/7 40/12 79/8 79/18 80/3 80/11
80/20 80/24 81/3 81/8 81/21 82/17 83/10
83/22 84/1 84/3 84/5 85/17 86/14 86/19
86/22 87/1 87/4 87/22 90/7 90/10 90/13
91/5 91/18 92/1 92/5 92/10 92/13 93/9
93/17 93/24 95/21 96/4 97/19 100/2 100/6
101/25 102/4 102/6 102/15 102/21 102/25
103/5 103/12 103/15 103/25 104/6 104/14
104/18 105/6 106/13 106/22 110/16 110/20
110/25 112/6 112/10 112/15 113/1 113/10
113/13 113/17 114/1 114/8 114/11 114/16
114/22 115/4 122/1 122/4 122/14 123/17
123/19 123/25 124/5 126/4 126/11 127/20
127/24 128/3 128/7 128/15 131/7 132/8
133/2 134/11 134/14 134/17 134/23 135/4
135/10 135/20 136/9 136/14 136/19 137/7
137/14 137/24 138/23 140/2 140/7 140/21
MR. HASSON: [5]  3/22 129/3 129/6 129/10
129/12
MR. MENDEZ: [3]  5/6 42/4 45/8
MR. MORTARA: [46]  3/6 3/16 18/21 18/23
19/3 19/11 107/25 108/5 108/10 109/4
109/9 110/8 110/14 110/22 111/9 111/13
111/16 111/23 112/9 112/14 116/9 116/16
117/14 117/19 120/15 121/1 121/6 122/19
123/16 124/9 124/17 126/18 127/16 127/16
128/10 128/20 128/23 129/16 129/19
130/21 131/3 131/6 132/4 134/1 134/6
140/24
MR. NORRIS: [27]  3/11 7/17 8/2 8/4 8/6
8/21 8/23 9/21 10/23 11/3 11/9 12/7
12/12 13/7 13/11 13/21 13/25 14/10 14/13
16/25 17/6 17/14 17/16 18/13 29/23 30/23
36/7
MR. ROBINSON: [22]  18/18 19/14 19/16
21/8 22/7 22/10 22/14 23/3 23/6 23/10
23/13 23/15 24/6 24/9 24/15 24/19 24/23
25/1 25/19 28/5 29/14 36/6
MR. STRAWBRIDGE: [42]  3/2 4/10 49/20
58/19 60/9 60/14 61/1 61/24 62/2 64/7
65/13 71/21 71/24 72/3 72/8 72/20 72/23
73/21 75/4 75/11 79/15 85/14 88/14 89/1
89/10 89/19 90/2 92/20 92/24 94/12 94/15
95/9 95/18 96/17 97/6 99/2 99/6 99/23
101/23 105/17 105/25 106/5
MS. YANG: [12]  65/16 65/18 68/5 69/18
69/22 70/1 70/25 71/3 71/7 71/10 76/5
77/8
THE CLERK: [2]  108/23 109/2
THE COURT REPORTER: [2]  115/10 134/21
THE COURT: [302]

$

$400 [4]  87/19 87/21 87/21 87/22

'

'29 [1]  8/22
's [2]  85/19 94/1

1

10 [3]  70/8 78/16 122/23
10 percent [1]  16/12
10-minute [3]  78/20 123/9 123/11
10-month [1]  119/18
100 percent [1]  120/17
101 [1]  1/25
102 [1]  114/4
104 [1]  67/14
106 [1]  115/13
107.5 [2]  107/1 107/5
10:00 [6]  123/1 123/2 123/6 123/15
144/16 144/17
10:00 and [1]  123/3
10:07 [2]  1/7 2/1
10th [1]  132/20
11:52 [1]  78/21
12:10 [1]  78/21
13th [1]  110/5
15-minute [1]  78/16
16 [2]  120/10 141/14

16th [5]  2/8 110/4 118/16 144/16 144/17
17 [1]  131/23
17th [2]  2/14
1944 [2]  60/8 60/19
1981 [1]  50/24
1986 [1]  51/9
1992 [1]  31/8
19th [2]  131/11 131/13
1:23-cv-2699-RDB [1]  1/5
1:32 [1]  144/20

2

20 [3]  58/3 113/19 121/15
200 [1]  72/11
2000 [2]  38/21 102/16
2010 [1]  38/23
2014 [1]  33/21
2016 [2]  31/25 130/1
2018 [1]  50/25
2020 [2]  37/10 40/17
2023 [3]  67/12 68/24 77/1
2024 [2]  1/7 145/12
2027 [2]  8/20 9/6
2028 [1]  8/23
2029 [2]  8/21 33/7
21 [3]  115/14 117/13 117/23
2120l [1]  1/25
21st [1]  60/23
23 [1]  120/11
24 [1]  118/13
26 [6]  85/7 85/18 85/19 89/16 93/19 94/1
2699 [1]  2/5
27 [1]  9/12
27th [2]  132/20 133/10
28 [1]  145/6
281 [1]  89/17

3

30 [4]  93/19 93/20 93/25 94/23
31st [1]  8/24
350 [1]  114/5
3rd [1]  36/12

4

40 [1]  127/16
40-minute [1]  127/18
401 [2]  43/10 43/13
403 [8]  37/21 43/6 43/12 43/19 44/8
44/19 67/20 90/14
45 [1]  113/4
4th [1]  1/25

5

50 [5]  96/3 121/6 121/21 122/7 122/16
50/50 [2]  121/6 122/16
506 [1]  129/25
56 [1]  34/11
585 [1]  50/25
5:00 [4]  123/3 123/5 123/15 131/12
5:00 and [1]  123/21
5:30 [1]  131/12

6

607 [2]  111/20 116/21
613 [1]  82/8
615 [6]  124/15 125/6 125/8 125/12 125/13
137/16
65 percent [1]  10/1
667 [1]  50/25

7

702 [13]  66/2 67/11 67/13 68/1 68/3
68/24 68/25 77/3 77/15 77/25 88/8 103/17
125/3
703 [6]  102/8 102/10 102/11 102/13
103/20 103/23
74 [3]  5/17 6/14 48/17
753 [1]  145/7

8

80 [1]  16/9
80 percent [1]  121/9
801 [1]  82/8
805 [3]  83/9 84/6 104/10
806 [1]  82/8
85 [1]  6/1
86 [2]  6/3 78/24
87 [3]  5/24 48/14 48/18

9

90 percent [1]  25/14
91 percent [1]  25/14
9:30 [2]  122/21 122/23
9th [2]  132/20 145/12

A

a.m [3]  1/7 2/1 78/21
aberrational [1]  44/2
abide [2]  119/23 121/10
abiding [1]  143/9
ability [10]  10/4 19/25 22/16 25/25 28/8
28/17 34/15 67/4 71/4 89/21
able [25]  6/24 8/9 14/25 17/11 17/19
20/7 20/19 22/4 23/7 25/9 26/16 27/17
34/20 35/11 35/16 64/23 106/9 111/5
111/25 118/17 119/23 137/18 139/12
139/17 140/8
about [121]  8/16 9/3 9/6 10/4 10/9 10/11
11/17 12/7 12/7 12/9 12/23 13/1 13/1 13/23
13/25 13/4 14/15 16/9 16/16 16/17 17/23
17/25 17/25 19/19 24/1 26/14 32/16 33/1
38/7 39/25 40/10 41/11 46/12 46/14 47/23
50/24 53/9 54/7 59/10 59/14 59/15 59/15
59/23 60/17 60/25 62/14 63/9 67/22 68/8
68/10 72/10 73/5 73/18 75/13 75/15 76/7
76/13 76/15 76/22 78/16 79/11 79/12
79/25 81/19 82/1 84/8 84/10 84/10 84/12
84/22 84/25 88/22 89/3 91/20 91/23 94/9
96/23 97/7 97/18 100/20 102/16 102/21
103/2 104/7 104/15 106/3 107/7 109/10
112/21 113/2 113/11 114/6 116/4 117/11
118/12 120/22 122/15 123/11 125/9 125/21
125/21 127/21 129/14 129/17 129/22
132/24 134/24 135/22 135/22 136/22
136/23 137/6 138/13 138/23 139/9 139/12
139/25 141/17 142/16 143/16 144/1 144/2
above [2]  1/11 145/9
above-entitled [1]  1/11 145/9
absent [3]  35/4 116/16 116/18
absolutely [13]  21/8 32/14 68/25 70/1
73/4 94/14 95/18 101/23 101/25 118/5
123/24 128/5 132/4
abundance [1]  118/4
abundantly [1]  39/23
academic [6]  10/12 21/1 21/19 29/5 72/13
72/19
academically [6]  9/3 20/23 21/10 21/16
29/6 32/24
academies [7]  49/8 66/21 66/23 66/25
70/15 73/19 75/15
ACADEMY [93]  1/6 2/4 4/15 4/17 4/18 4/20
6/25 8/7 8/10 8/17 8/18 9/11 10/2 10/6
11/13 11/14 11/15 11/19 11/23 12/9 12/12
14/6 14/25 20/2 20/8 20/20 20/24 23/8
23/11 24/4 24/21 25/15 25/17 26/12 32/17
32/18 32/20 34/7 36/13 36/14 36/17 36/19
40/5 41/22 42/1 49/7 54/23 57/14 65/10
65/19 66/5 66/7 66/7 66/12 66/13 66/18
67/22 68/19 69/12 69/14 71/2 71/8 71/18
71/20 71/22 72/2 72/2 72/16 72/18 72/24
73/15 74/3 74/13 74/22 74/23 75/6 75/9
75/14 75/21 76/22 78/1 78/2 78/5 79/1
79/22 139/24
Academy's [16]  6/25 20/1 20/10 26/5 27/3
33/24 34/6 48/7 65/20 66/16 67/4 67/5
68/10 68/11 68/16 71/4
accept [2]  56/18 56/20
acceptable [1]  110/25
accepted [1]  22/23
access [1]  130/22
accessible [1]  138/18
accompany [1]  82/24
according [1]  9/10
account [2]  29/11 73/23
accountable [1]  52/16
accounting [1]  144/7
accurate [1]  82/12
achieve [1]  65/20
acknowledge [2]  82/22 92/21
acknowledged [1]  74/14
across [1]  124/9
act [1]  64/1
Acting [1]  4/18
action [2]  31/7 88/7
actions [1]  15/11
active [1]  23/1
actual [2]  61/5 81/5
actually [17]  11/16 15/20 17/12 27/18

# A

**actually [12]** 65/23 81/11 91/4 95/5 96/18 103/17 111/7 112/17 129/23
**ADAM [3]** 1/14 3/6 18/23
**Adams [1]** 17/10
**addition [3]** 46/1 46/5 93/24
**additional [7]** 9/15 39/3 39/12 41/18 46/7 62/13 120/2
**address [21]** 2/24 5/18 5/24 5/25 24/4 36/9 36/10 43/12 47/10 48/19 49/23 52/22 58/10 69/5 100/11 102/3 102/18 102/19 105/1 105/22 140/14
**addressed [3]** 27/5 58/1 79/5
**addressing [4]** 49/14 49/18 54/18 79/13
**Adjourned [1]** 144/20
**Admiral [1]** 4/17
**admissibility [9]** 43/1 67/9 67/15 77/5 79/2 82/5 103/17 103/20 104/1
**admissible [9]** 43/10 82/12 82/13 83/8 83/13 102/8 102/12 103/24 105/12
**admission [17]** 2/14 3/1 6/18 9/13 10/6 14/19 31/9 33/23 35/14 41/18 42/18 75/14 78/25 93/4 94/17 94/20 96/8
**Admission's [1]** 46/24
**admissions [28]** 1/3 4/17 6/15 6/20 6/25 7/2 8/8 11/17 14/14 14/18 17/17 18/4 18/24 20/1 20/11 21/15 26/5 27/4 33/22 33/25 35/5 67/24 72/5 72/7 75/13 75/16 95/10 97/21
**admit [6]** 66/6 81/11 94/7 95/11 97/10 98/2
**admitted [6]** 82/2 98/9 102/9 103/24 107/8 140/9
**advance [4]** 59/16 86/13 93/7 94/18
**advancing [1]** 59/24
**advantage [2]** 58/13 140/13
**adverse [7]** 111/1 111/14 111/20 112/1 116/13 120/20 120/22
**advise [1]** 120/22
**advises [1]** 43/17
**Advisory [1]** 77/1
**affect [3]** 8/14 15/14 16/13
**affected [4]** 9/17 15/4 43/21 70/21
**affirmative [1]** 30/13
**afford [1]** 131/12
**afield [2]** 75/7 75/18
**afraid [1]** 143/18
**African [3]** 36/18 40/18 48/9
**African-American [3]** 36/18 40/18 48/9
**after [12]** 17/10 26/21 29/25 30/21 43/12 74/8 78/18 107/16 108/12 115/7 133/24 136/4
**afternoon [2]** 123/7 123/13
**afterwards [2]** 120/8 142/14
**again [37]** 8/18 10/12 15/10 16/4 17/19 23/17 33/5 33/10 37/1 40/25 41/15 44/18 44/24 44/25 45/5 46/20 46/21 47/13 63/10 66/20 67/23 68/5 68/23 78/17 83/22 85/1 88/5 91/21 94/3 97/10 100/2 105/5 111/4 122/6 139/20 140/14 142/13
**against [6]** 21/18 44/7 53/4 68/15 75/2 135/6
**age [3]** 10/8 103/10 113/4
**agenda [1]** 134/18
**agent [1]** 97/9
**agents [1]** 93/5
**ago [2]** 77/17 114/22
**agree [11]** 62/17 65/25 66/21 73/21 96/17 105/23 114/13 125/4 136/22 139/3 139/7
**agreed [2]** 136/10 138/25
**agreement [6]** 62/16 65/25 68/6 116/10 120/18 122/15
**agrees [4]** 66/4 68/7 68/9 68/13
**ahead [9]** 18/22 81/7 104/17 105/3 109/22 110/3 120/25 129/18 132/7
**aided [1]** 1/23
**aids [1]** 134/7
**Air [4]** 54/23 54/24 56/6 56/24
**airplane [1]** 123/23
**aisle [4]** 60/18 63/19 85/10 85/25
**al [2]** 1/6 2/4
**alert [2]** 83/25 140/15
**algorithm [6]** 139/15 139/17 139/21 139/22 140/3 140/8
**aliases [1]** 46/4
**all [135]** 2/2 2/11 2/19 4/12 4/12 5/1 5/19 6/4 6/22 7/6 7/19 7/21 8/3 11/3 11/12 11/20 11/20 12/21 13/12 14/10 14/18 14/23 16/3 17/17 19/7 21/6 22/13

22/18 22/22 23/20 25/14 25/20 29/19 30/1 33/10 36/8 37/15 37/15 42/15 44/2 47/19 51/16 54/17 58/10 60/22 73/9 74/1 77/2 77/3 78/22 80/8 83/12 83/15 90/3 90/8 90/10 90/13 91/7 91/12 91/15 92/13 92/14 93/6 93/14 94/22 95/19 95/22 96/14 96/17 97/18 100/3 100/6 100/8 101/15 101/18 101/18 102/10 104/13 104/17 106/16 106/18 106/20 106/23 107/14 107/20 109/11 110/15 113/14 114/23 115/11 117/12 118/12 120/9 120/12 120/19 121/4 122/18 122/23 123/11 123/15 124/19 124/21 125/8 125/14 125/24 126/7 126/19 126/24 127/8 128/9 128/18 131/16 132/2 133/21 134/16 134/19 136/13 137/13 137/16 138/16 138/19 140/18 140/21 142/1 142/21 143/9 144/10 144/16 144/17 144/19
**alleged [1]** 18/8
**allow [6]** 82/23 119/6 120/1 121/23 122/12 144/11
**allowed [8]** 53/13 58/6 119/7 121/17 125/5 126/1 130/18 131/1
**allowing [1]** 51/11
**allows [1]** 103/18
**almost [5]** 8/25 64/8 120/19 123/20 142/17
**along [4]** 42/8 91/11 113/8 121/17
**alphabetical [1]** 115/17
**already [15]** 2/17 15/10 25/2 25/12 26/22 32/13 35/2 37/20 58/1 67/21 76/16 110/8 131/18 132/25 143/14
**also [37]** 2/22 9/8 10/25 15/4 15/12 16/6 19/21 22/15 25/25 27/3 37/10 39/12 52/13 56/25 57/18 58/4 59/7 61/6 65/8 68/9 68/13 74/14 75/1 78/10 79/21 79/23 80/3 82/25 84/7 87/6 92/9 99/6 111/3 113/22 122/4 125/8 128/24
**alternate [1]** 26/11
**alternate-ranked [1]** 26/11
**alternative [1]** 66/14
**Alternatively [1]** 84/18
**alternatives [6]** 65/20 66/12 72/4 75/23 76/8 139/7
**although [5]** 20/25 73/1 74/12 99/6 107/4
**always [17]** 5/5 30/5 36/23 37/4 37/4 41/5 83/18 83/20 103/1 104/18 110/10 112/20 124/19 142/14 142/17 142/20 143/13
**am [9]** 23/21 41/5 48/17 79/8 79/15 108/8 127/20 135/4 140/25
**amazes [1]** 142/12
**ambivalence [1]** 32/16
**amended [4]** 67/12 77/15 97/2 125/8
**amendment [6]** 67/12 67/16 77/2 125/13 136/20 138/24
**amendments [4]** 68/24 102/16 103/11 125/8
**American [3]** 36/18 40/18 48/9
**amicus [15]** 61/9 97/16 97/18 97/20 98/2 98/5 98/10 98/21 98/21 98/25 99/1 99/4 99/7 99/21 100/1
**among [3]** 29/13 121/4 125/25
**amount [5]** 99/18 100/21 107/18 119/6 119/7
**analogy [1]** 53/23
**analysis [9]** 43/14 57/21 60/23 63/16 65/3 72/13 75/20 78/7 91/25
**analyst [1]** 52/7
**ANDERSON [5]** 1/17 3/25 4/1 4/2 26/20
**ANDREW [1]** 1/20
**anecdotal [3]** 42/19 47/1 47/23
**animating [1]** 100/3
**Anna [4]** 89/13 93/13 100/9 131/22
**Annapolis [4]** 34/6 70/9 70/17 73/19
**announced [1]** 144/1
**another [9]** 12/8 40/25 45/5 66/11 67/22 75/2 91/1 120/24 126/22
**answer [4]** 39/12 40/10 62/15 85/9
**anticipate [7]** 86/8 92/22 106/7 111/24 116/19 119/1 120/4
**anticipated [1]** 142/18
**anticipating [2]** 25/16 128/11
**antiseptic [1]** 143/5
**any [61]** 6/6 6/7 7/2 9/6 14/18 24/13 32/13 33/20 35/23 37/1 39/12 40/9 40/10 41/17 41/24 41/24 46/10 49/6 49/8 55/17 61/3 61/12 63/13 63/20 64/12 66/22 69/4 69/7 69/12 72/16 73/10 76/8 77/25 80/17 81/10 85/13 85/15 86/10 86/12 90/10 92/12 92/15 94/24 95/10 95/16 98/8 98/8 98/20

98/25 99/21 100/1 100/18 109/23 116/13 117/20 118/1 121/8 124/18 130/15 139/6 143/5
**anybody [5]** 60/3 113/4 125/11 130/17 143/7
**anymore [2]** 8/11 60/25
**anyone [2]** 66/6 89/3
**anything [22]** 16/17 36/2 36/4 36/5 46/18 62/11 62/22 63/9 69/5 72/9 74/7 91/6 91/21 91/24 97/1 117/3 129/21 130/17 132/3 140/23 143/13 144/15
**anyway [4]** 30/19 63/11 116/21 126/18
**anywhere [2]** 27/20 28/1
**apologies [1]** 37/5
**apparent [1]** 92/13
**apparently [5]** 2/17 29/13 54/14 57/15 73/15
**appeal [3]** 39/17 39/18 39/24
**appeals [1]** 39/25
**appears [3]** 13/14 25/13 115/14
**appellate [3]** 98/6 98/18 121/14
**appended [2]** 58/4 63/1
**applicant [1]** 35/11
**applicants [14]** 16/9 16/13 21/8 66/9 66/16 69/10 69/16 69/16 70/21 70/22 71/13 73/10 78/7 78/15
**application [11]** 9/1 9/11 15/3 15/5 15/14 22/18 25/6 61/15 139/18 140/9 140/12
**applications [1]** 75/10
**applied [13]** 10/15 15/15 15/8 17/18 20/23 22/10 23/11 34/18 44/9 50/13 54/16 67/13 78/8
**applies [2]** 56/19 66/6
**apply [23]** 6/24 8/9 9/5 10/5 11/16 14/22 14/24 14/25 15/10 17/19 19/25 22/4 22/17 22/6 26/17 29/1 34/20 39/16 50/4 52/23 53/7 53/21 73/16
**applying [8]** 8/25 23/21 33/6 33/6 65/3 67/17 68/25 77/2
**appointment [1]** 9/15
**appreciate [2]** 122/4 142/12
**appreciation [1]** 143/9
**approach [10]** 5/12 6/7 80/1 81/13 81/16 85/24 134/25 135/14 135/15 144/1
**approaching [3]** 80/25 134/24 135/1
**appropriate [8]** 21/5 25/21 63/3 77/3 90/21 101/10 119/7 144/13
**appropriately [1]** 91/13
**approved [1]** 130/4
**apropos [1]** 137/15
**are [203]**
**area [9]** 7/25 8/6 52/12 53/10 54/5 54/14 55/20 126/23 137/22
**areas [5]** 2/11 53/23 65/24 65/25 68/6
**aren't [2]** 33/20 101/2
**argue [1]** 49/11
**argued [4]** 7/1 37/8 74/22 85/19
**arguing [3]** 59/11 79/6 79/7
**argument [37]** 6/8 10/12 10/13 14/13 12/15 17/3 17/21 24/21 25/1 27/18 27/22 27/23 28/25 30/21 33/16 34/21 34/25 35/18 40/11 42/18 42/23 44/20 46/24 47/15 61/12 67/6 69/17 84/6 85/20 90/7 90/14 90/15 93/18 98/6 133/9 133/19 133/24
**arguments [18]** 2/23 5/20 7/5 7/21 7/23 8/13 8/14 30/5 46/6 46/8 52/21 58/23 59/14 118/20 132/16 132/19 133/16 133/22
**armed [1]** 52/13
**Army [2]** 37/3 128/23
**arose [1]** 62/16
**around [3]** 38/21 38/23 131/23
**article [18]** 5/15 6/16 16/22 31/1 31/3 35/24 37/10 37/11 37/24 38/20 39/1 40/18 40/22 41/1 41/4 42/9 100/20 101/6
**articles [10]** 56/2 72/5 79/23 100/11 100/13 100/23 101/2 101/15 102/2 105/9
**as [264]**
**Ashish [2]** 91/10 116/6
**Asian [1]** 13/5
**aside [1]** 78/19
**ask [17]** 7/11 63/1 102/4 106/13 113/10 118/11 123/17 134/25 135/15 143/11 143/13 143/18 143/21 143/22 144/2 144/6 144/9
**asked [6]** 14/3 16/17 40/24 73/5 75/24 131/10
**asking [3]** 84/18 84/22 133/3
**asks [1]** 144/12

**A**

aspect [1] 66/2
assert [1] 18/7
asserted [7] 31/17 45/19 59/20 64/1
82/21 87/6 93/1
asserting [1] 59/17
assertion [1] 97/8
assessing [1] 18/3
assessment [2] 22/19 26/9
assign [1] 106/18
assigned [4] 15/22 37/15 55/12 108/21
assignment [1] 50/11
assist [1] 131/15
assistance [2] 77/13 82/25
association [2] 30/2 33/21
associational [8] 6/22 16/23 18/9 18/13
31/11 31/12 31/21 32/1
assume [8] 14/14 15/9 16/4 18/1 18/3
134/9 136/11 140/19
assuming [3] 85/9 134/11 134/14
athletes [1] 70/9
atmosphere [1] 47/2
attach [1] 51/23
attached [1] 105/11
attack [2] 48/3 111/21
attempt [1] 15/9
attend [2] 11/4 14/5
attending [1] 10/25 19/1
attention [3] 69/9 137/10 138/13
attitude [2] 84/19 84/25
attorney [7] 84/21 97/8 104/19 105/5
105/8 105/13 116/12
attorney's [1] 143/3
attorneys [2] 91/5 92/14
Austin [2] 4/15 50/14
authenticate [3] 104/22 105/9 105/14
authenticity [2] 106/2 106/8
authority [7] 9/20 33/14 43/17 51/16
57/16 59/9 72/6
authorized [1] 130/1
automatically [1] 86/8
available [8] 38/10 45/23 73/25 74/17
74/24 88/21 134/11 134/14
average [1] 143/3
avoid [1] 106/12
awarding [1] 19/18
aware [9] 23/23 60/21 64/24 82/25 83/20
99/15 100/18 100/19 112/22
awhile [1] 86/17

**B**

babysitting [1] 131/15
back [23] 3/16 3/19 3/20 9/23 13/4 14/7
29/21 31/8 45/4 57/1 57/11 62/20 78/18
80/9 86/18 96/13 107/23 109/15 110/1
115/7 116/16 123/10 136/2
backdoor [1] 101/8
background [3] 71/23 71/25 80/14
balancing [1] 64/1
ball [1] 109/15
Baltimore [2] 1/6 1/25
bar [1] 42/9
barred [1] 86/8
barring [1] 43/20
base [2] 35/17 74/6
based [8] 15/20 16/2 16/14 31/10 59/23
76/19 76/20 87/25
bases [1] 102/13
basic [3] 81/9 90/7 91/25
basically [7] 30/3 67/13 96/24 113/3
125/20 127/13 139/14
basis [7] 16/19 18/12 21/13 43/25 47/20
62/4 63/20 71/18 88/24 90/23 92/2 94/24
98/8 98/20 103/18 104/2 141/7
bastard [1] 41/5
Battalion [1] 4/22
battle [2] 51/12 52/18
be [310]
bears [1] 75/25
beat [1] 19/9
because [73] 9/12 10/17 11/14 11/15
14/17 14/19 15/19 21/16 23/17 24/12 26/3
26/11 29/1 33/2 39/5 42/21 43/19 44/15
51/22 52/11 52/23 57/13 61/8 65/22 65/25
68/6 69/13 72/15 72/23 74/11 74/23 76/10
76/10 76/16 79/10 82/24 84/20 85/18
86/16 87/13 98/3 98/5 108/12 109/25
111/13 111/16 112/7 112/20 117/6 117/10
118/10 119/3 120/14 122/6 122/17 123/10
123/20 124/19 124/25 125/7 125/24 127/17

**bottom** [1] 111/7
bought [1] 27/21
box [1] 135/12
branches [1] 52/15

126/20 130/24 135/2 135/8 135/12 136/2
137/18 143/15 143/12 144/2 144/7
because [1] 143/9
been [34] 2/18 2/19 7/6 7/19 17/12 25/15
27/13 31/5 31/7 31/24 32/8 34/20 35/22
37/3 47/5 69/7 70/10 70/12 70/14 71/19
71/20 74/3 79/24 80/7 83/7 83/20 100/25
115/12 117/16 125/17 130/11 136/15
136/16 136/17
before [23] 1/12 2/16 9/24 13/4 14/22
15/9 17/18 19/23 19/24 27/13 30/14 31/20
33/16 34/22 36/2 45/14 63/6 64/11 86/17
97/12 131/9 136/24 143/10
beforehand [1] 118/13
begin [3] 62/5 122/19 122/21
beginning [3] 52/20 95/12 120/12
begins [1] 122/8
behalf [6] 1/14 1/18 2/25 4/14 4/23 79/6
behaved [1] 131/16
behind [1] 135/19
being [34] 9/13 12/20 16/23 18/8 32/13
38/6 40/5 40/7 42/11 53/2 55/16 63/25
64/2 70/5 70/22 71/13 73/2 73/14 82/13
87/5 87/19 88/20 92/24 98/1 111/17
111/24 112/23 115/18 129/8 133/20 139/12
140/9 141/13 141/17
being a [1] 73/2
believe [28] 7/17 8/23 9/23 11/6 17/7
19/16 22/10 27/18 34/1 36/20 38/1 38/20
41/25 43/4 44/10 61/21 64/7 71/21 83/24
89/20 98/1 119/7 125/25 134/15 142/2
143/1 143/7 143/12
believes [2] 39/4 43/6
belittle [1] 55/24
bench [44] 2/7 7/11 7/13 37/21 39/16
43/18 44/8 44/19 45/1 45/14 55/12 59/2
64/22 67/7 67/18 76/25 81/1 82/23 82/25
84/13 96/2 96/12 96/15 96/22 96/24 107/5
108/6 110/22 114/7 119/9 119/10 119/11
119/15 122/8 123/11 143/5 143/10 143/11
143/19 143/22 144/2 144/4 144/4 144/6
benefit [1] 105/18
BENNETT [1] 1/12
beside [1] 51/15
best [2] 33/1 126/3
bet [1] 89/25
better [3] 103/2 127/22 140/19
between [17] 26/13 28/22 30/4 31/5 49/8
62/17 66/21 66/22 72/2 74/12 75/13 80/4
88/19 103/16 106/19 136/11 140/15
beyond [5] 84/17 84/19 93/1 94/18 139/10
big [1] 2/18
bigger [1] 58/20
bigoted [1] 40/20
binder [3] 110/22 110/23 110/23
biochemistry [1] 13/8
Birch [21] 5/23 36/4 36/11 37/13 37/23
38/19 39/5 40/2 40/4 40/17 40/24 41/5
42/2 44/3 45/11 45/22 45/25 46/2 46/8
47/21 80/16
Birch's [6] 38/6 41/23 42/10 45/16 46/23
48/3
bird [1] 136/2
birthday [1] 131/18
bit [11] 57/22 58/2 60/13 60/24 83/14
86/12 98/10 98/16 109/5 122/12 132/18
Bivens [1] 53/4
black [2] 40/25 42/10
blackout [1] 124/2
block [1] 112/11
blunt [1] 24/1
bluntly [1] 64/4
board [2] 21/15 24/12
Bollinger [1] 34/24
book [1] 107/10
books [3] 72/5 79/24 107/20
boost [1] 29/1
boosted [1] 2/20
both [49] 14/2 19/24 20/3 23/6 24/15
26/16 28/15 38/20 47/8 52/25 54/13 58/21
62/17 63/18 66/21 67/22 88/6 96/5 98/2
99/8 100/11 105/9 106/15 108/18 112/24
114/2 115/15 115/22 115/23 115/25 116/2
116/4 116/6 116/23 116/23 117/7 117/13
117/24 119/1 125/1 125/16 126/21 127/18
133/2 137/20 137/24 139/3 140/11 141/21

**C**

calculation [1] 29/15
calendar [5] 120/4 120/14 124/6 130/19
131/10
calendars [4] 120/9 120/10 120/12 130/5
call [14] 14/11 35/1 72/12 91/16 109/16
109/17 111/20 112/1 115/21 115/21 116/23
117/4 118/9 119/4
called [12] 7/10 9/25 29/11 40/5 40/8
55/24 115/15 115/18 117/23 118/1 119/3
136/1
calling [4] 2/3 117/17 119/2 122/17
calls [1] 117/1
came [5] 1/11 53/9 75/2 75/16 117/10
CAMERON [1] 1/16 3/11 3/12
camouflage [1] 140/5
campus [3] 11/7 71/19 71/21
can [105] 2/23 5/16 6/9 6/10 6/16 10/13
10/14 14/7 14/14 15/9 16/4 24/2 29/17
32/6 36/9 44/1 44/2 44/4 44/17 47/17
48/3 52/22 59/2 59/10 59/16 64/24 66/8
67/8 70/18 75/8 75/9 78/1 78/17 78/18
80/2 80/9 82/8 84/14 84/19 85/23 85/24
87/23 89/24 91/13 95/10 95/13 95/15
95/22 95/22 96/15 100/16 100/18 100/21
102/9 102/11 104/4 107/10 107/20 110/6
110/15 111/6 111/21 111/22 112/5 112/7
112/9 112/12 112/12 112/15 113/10 113/16
114/19 115/7 116/14 116/23 117/1 117/11
118/12 120/1 122/25 124/6 125/4 125/6
125/24 126/16 130/17 133/13 133/13
135/13 135/13 135/13 135/14 136/6 136/11
137/8 137/9 138/4 138/8 138/11 139/20
140/3 140/14 143/25 144/1 144/2
can't [21] 10/7 10/7 32/16 42/20 43/2
53/6 60/19 61/12 74/7 86/13 93/7 98/12
112/11 118/15 118/25 125/9 125/10 130/16
131/12 135/8 137/23
candidate [3] 22/19 26/9 40/25
candidates [5] 20/14 73/17 74/16 74/17
136/23
candor [1] 83/15
cannot [2] 42/20 45/21 69/12
captain [29] 5/23 36/4 36/11 37/13 37/23
38/6 38/19 39/5 40/2 40/4 40/17 40/24
40/24 41/5 41/23 42/2 42/10 44/3 45/11
45/16 45/22 45/25 46/2 46/8 46/24 47/21
48/3 80/16 115/25
care [10] 53/24 98/24 104/15 110/6
127/14 135/12 136/5 136/6 136/7 137/6
career [8] 25/9 25/17 38/23 40/21 44/5
45/18 57/19 88/2
careers [1] 63/18
careful [1] 50/20

**breadth** [1] 84/16
break [18] 78/14 78/15 78/16 78/20 78/21
80/7 80/9 80/16 123/4 123/7
123/9 123/11 123/13 123/14 123/15 126/23
143/11
breaks [1] 108/17
breath [1] 60/19
Brian [1] 4/8
brief [20] 7/15 21/19 37/20 74/4 75/12
76/6 95/3 95/6 95/7 95/24 96/21 97/15
97/16 97/20 98/11 98/21 98/22 98/25 99/4
104/20
briefed [2] 7/7 30/16
briefing [2] 141/5
briefly [5] 6/18 10/3 20/21 29/23 35/19
briefs [1] 61/9 96/13 96/13 97/18 98/3
98/5 98/6 99/1 99/7 99/21 100/1
briefs because [1] 98/3
Brigadier [1] 48/25
bring [1] 101/8
brings [1] 11/9
broadbrush [1] 83/14
broadcast [2] 130/2 130/11
brought [2] 3/20 124/18
Bruce [3] 4/17 90/5 91/8
brutal [1] 141/15
build [2] 67/4 71/4
building [1] 59/4
bunch [1] 15/21
burden [2] 22/1 74/10 75/21
buried [1] 113/22
burn [1] 84/22
business [1] 144/5
busy [2] 112/2 133/20
Butler [1] 44/13

**C**

carefully **[1]** 23/23
caricatures **[2]** 42/6 42/11
Carlos **[1]** 4/16
CARMICHAEL **[8]** 1/20 4/25 18/17 49/14 49/22 58/17 59/11 64/11
Carney **[3]** 17/10 17/14 20/9
Carolina **[1]** 27/14
carries **[1]** 142/22
case **[117]** 2/3 2/12 5/19 7/19 7/20 8/6 10/9 11/19 14/11 15/6 15/19 17/9 20/9 26/20 27/14 27/14 28/22 29/8 30/5 31/8 31/24 33/15 34/2 35/1 35/8 37/25 38/2 39/19 44/12 44/14 47/10 50/5 50/10 51/9 51/11 52/20 53/2 53/3 53/3 53/8 53/17 54/12 54/18 55/18 59/5 61/4 61/4 61/7 63/19 68/21 70/8 71/7 74/5 74/22 75/13 75/21 83/25 84/9 88/20 90/6 91/22 92/15 95/12 95/25 96/22 96/25 97/1 97/25 98/7 99/18 106/3 108/12 108/22 113/7 116/17 116/18 116/19 117/9 117/10 119/8 119/16 119/22 120/1 120/13 121/19 121/19 121/22 121/24 121/25 122/7 122/8 122/11 127/21 128/8 128/19 130/3 130/5 132/13 133/1 133/17 133/21 136/17 137/10 138/12 139/4 139/23 140/20 141/6 141/6 141/17 141/21 141/24 141/25 142/5 142/6 142/8 144/6
case-related **[1]** 130/5
cases **[37]** 7/19 7/22 7/25 14/17 16/20 28/3 28/12 28/15 31/2 31/13 33/16 45/14 50/10 50/14 50/15 50/17 50/18 50/19 51/4 51/10 52/25 53/5 58/25 59/6 60/2 60/4 61/3 61/5 61/10 72/13 74/4 75/21 119/17 135/7 142/22 142/24 143/12
catch **[1]** 69/9
categorical **[1]** 80/25
categorically **[1]** 81/19
categories **[3]** 20/5 80/12 114/18
category **[1]** 26/2
CATHERINE **[4]** 1/19 4/24 102/25 108/24
causal **[1]** 31/5
cause **[1]** 44/7
caution **[2]** 101/16 118/4
cautioning **[1]** 100/12
caveat **[1]** 56/21
cement **[1]** 15/7
century **[1]** 60/24
certain **[24]** 5/23 6/3 10/8 26/10 36/3 36/11 37/13 38/12 44/22 45/10 53/22 61/20 63/17 78/24 79/2 80/9 81/2 85/6 103/10 105/23 121/15 125/21 125/25 139/7
certainly **[32]** 7/13 25/13 32/25 35/9 35/21 44/1 44/2 47/3 47/15 47/22 48/3 59/7 63/13 64/22 74/16 75/25 78/1 92/3 97/11 100/16 105/1 105/12 105/15 118/14 118/24 118/25 119/18 119/20 130/18 132/19 133/11 133/15
CERTIFICATE **[1]** 144/22
Certified **[1]** 145/4
certify **[1]** 145/6
chain **[2]** 41/19 55/14
chair **[1]** 112/13
challenge **[6]** 33/22 42/21 50/16 59/19 111/21 116/22
challenged **[1]** 33/23
challenging **[5]** 17/17 50/11 94/3 104/1 104/1
chambers **[1]** 93/14
chance **[3]** 16/10 16/14 58/13
chances **[1]** 140/9
change **[6]** 80/8 91/24 118/15 120/3 133/8 140/3
changed **[2]** 118/8 118/12
changes **[1]** 91/21
Chappell **[1]** 53/1
chart **[1]** 89/13
chase **[1]** 71/12
check **[2]** 130/4 130/25
checked **[2]** 2/17 68/15
checking **[1]** 130/19
Chief **[3]** 27/21 34/3 72/12
chiefs **[1]** 25/14
choice **[2]** 14/2 25/9
chose **[1]** 63/8
CHRIS **[1]** 1/21 4/25 124/6
Christopher **[1]** 48/25
chronic **[1]** 23/13
circle **[1]** 111/6
circling **[1]** 111/7
circuit **[8]** 30/12 43/17 43/18 44/8 44/11

45/12 81/22 82/19
circumstance **[1]** 53/13
cite **[4]** 12/25 61/11 63/8 68/21
cited **[7]** 26/20 53/8 59/9 60/7 60/8 61/3 91/12
cites **[1]** 134/7
citizen **[1]** 10/8
city **[1]** 15/19
Civil **[3]** 1/4 2/5 45/24
civilian **[2]** 12/8 57/1
civilized **[1]** 142/20
CJA **[1]** 131/22
claim **[3]** 31/17 54/20 104/3
claimed **[1]** 48/8
claims **[2]** 82/1 82/6
clarify **[4]** 2/21 29/23 91/19 143/24
clarifying **[2]** 102/4 123/17
class **[10]** 8/20 8/21 9/6 9/11 16/12 33/7 65/21 66/17 67/4 71/5
classic **[1]** 88/8
classifications **[1]** 59/8
classifying **[1]** 125/17
clear **[32]** 11/25 12/23 16/21 18/6 23/24 24/9 24/23 33/14 33/17 34/1 34/23 38/9 39/14 39/15 39/21 39/23 41/15 51/3 62/16 72/9 72/10 75/1 80/21 82/10 87/15 87/24 89/7 117/11 118/25 119/21 126/19 130/21
clearer **[1]** 102/16
clearing **[1]** 120/7
clearly **[12]** 11/20 15/15 18/9 21/3 25/13 31/24 32/6 33/12 34/11 43/22 63/19 73/7 73/18 76/14 77/12 83/16 87/5 101/12 119/13 124/18 125/10 131/16
clerk **[9]** 2/17 27/17 105/21 109/5 109/22 110/8 110/18 132/23 140/24
clerks **[3]** 69/8 122/24 141/11
client **[1]** 75/3
climb **[1]** 72/17
clipping **[1]** 64/3
clock **[4]** 121/1 121/11 127/12 127/21
clocks **[1]** 121/12
close **[3]** 18/18 63/6 141/2
closely **[1]** 129/20
closest **[2]** 14/11 14/11
closing **[3]** 128/5 128/6 128/12 128/16 128/17 132/16 132/19 133/9 133/14 133/16
closings **[2]** 127/12 127/25
clue **[1]** 70/15
CNO **[2]** 51/19 51/19
co **[1]** 4/24
co-counsel **[1]** 4/24
Coast **[34]** 49/6 65/9 65/20 66/5 66/18 67/4 68/8 68/10 68/16 68/19 69/12 69/18 71/8 71/17 71/20 71/22 72/2 72/21 73/15 74/2 74/20 74/20 74/23 75/6 75/9 75/14 75/17 75/24 76/9 76/16 76/22 78/1 78/4 80/16
cohesion **[7]** 52/6 53/16 54/8 54/25 55/2 59/21 125/22
cohesiveness **[3]** 54/17 56/4 125/22
collaboratively **[1]** 137/2
colleague **[4]** 20/22 40/9 49/25 96/4
colleagues **[6]** 27/25 67/6 109/6 109/9 135/5 135/16
colleagues' **[1]** 104/20
college **[9]** 10/18 11/11 12/8 12/15 13/2 72/4 72/7 72/16 73/10
colleges **[3]** 35/23 73/16 74/13
colonel **[30]** 48/25 49/10 55/23 55/23 55/24 55/25 56/1 56/22 57/13 57/14 57/21 58/2 58/21 59/19 61/18 61/19 61/21 61/22 61/22 63/21 64/6 64/15 64/25 65/1 65/1 77/15 77/20 77/20 77/21 77/21
colonels **[6]** 58/5 58/5 58/8 58/12 64/5 77/17
Colorado **[2]** 70/9 73/20
combat **[2]** 54/9 86/1
come **[33]** 57/11 62/8 62/19 72/1 77/23 78/18 80/9 81/2 82/1 82/15 83/19 84/14 85/1 85/8 86/8 86/11 86/18 88/25 89/25 90/17 93/8 95/24 98/16 98/22 99/19 101/3 104/25 110/6 115/7 120/15 130/17 138/22 143/4
comes **[20]** 34/8 34/15 43/18 47/18 50/9 52/17 54/4 55/9 56/3 67/17 71/2 84/17 85/10 100/13 100/16 102/3 104/5 104/9 113/24 118/14
comfort **[1]** 111/17

comfortable **[1]** 137/1
coming **[11]** 27/10 40/15 61/7 63/18 84/12 87/16 90/21 104/13 116/16 136/2
command **[3]** 41/19 42/11 55/14
commanding **[1]** 53/4
comment **[1]** 38/22
comments **[2]** 80/15 141/8
commission **[2]** 12/4 13/15
commissioning **[1]** 25/6
committed **[4]** 11/15 52/14 53/11 53/12
committee **[3]** 77/1 102/15 103/13
compare **[2]** 60/19 68/11
compares **[1]** 78/4
comparing **[1]** 65/9
comparison **[6]** 49/6 49/9 60/24 66/22 67/1 73/14
compel **[4]** 38/12 41/18 46/7 62/21
compelling **[2]** 45/19 48/8
compete **[8]** 14/21 14/23 16/19 20/7 20/19 21/17 22/16 25/25
competing **[5]** 16/11 54/12 55/11
competitive **[2]** 9/25 16/8
complaint **[2]** 53/4 58/11
complete **[8]** 13/18 14/9 22/5 22/8 32/25 59/4 110/17 120/21
completed **[1]** 121/19
completely **[5]** 17/16 67/24 74/7 83/22 100/7
completeness **[1]** 111/16
completing **[1]** 13/3
completion **[1]** 29/25
complex **[1]** 144/5
complicators **[1]** 126/15
Computer **[1]** 1/23
Computer-aided **[1]** 1/23
conceded **[2]** 8/8 10/9
concededly **[1]** 9/12
conceivable **[1]** 66/13
conceptual **[1]** 85/2
concern **[6]** 14/5 52/13 57/1 84/12 84/24 140/10
concerned **[7]** 15/17 33/17 49/3 77/11 90/19 98/5 127/21
concerning **[4]** 6/3 49/6 51/7 78/24
concerns **[1]** 77/5
conclude **[5]** 20/18 21/14 21/15 23/20 25/5
conclusion **[4]** 25/21 68/22 117/9 121/24
conclusions **[10]** 26/25 108/13 132/10 132/13 132/15 132/21 133/6 133/12 133/23 134/5
concurrence **[1]** 34/4
condition **[3]** 10/16 10/19 23/13
conditions **[2]** 15/21 15/24
conduct **[1]** 31/6
conducted **[2]** 35/1 58/5
conduit **[2]** 49/12 58/10
confer **[1]** 105/23
conference **[4]** 1/11 2/7 38/11 145/10
conferring **[1]** 132/23
confess **[1]** 122/22
confident **[1]** 104/7
confidentiality **[2]** 41/20 138/2
confiscation **[2]** 130/10 130/14
conflating **[1]** 52/24
conformance **[1]** 145/10
confront **[3]** 100/18 100/21 101/10
congratulations **[1]** 129/9
Congress **[8]** 9/20 9/24 10/1 22/20 66/10 66/15 70/15 106/11
congressional **[1]** 9/22 26/7 66/5 66/8 66/14 67/2 70/3 74/1 74/13 106/11
congressman **[4]** 9/9 26/10 70/10 70/16
Congressperson's **[1]** 105/10
connection **[2]** 31/5 87/14
CONNOLLY **[8]** 1/15 3/9 3/10 37/15 38/4 45/5 46/17 103/7
conscious **[3]** 33/24 83/11 138/23
consecutive **[1]** 119/12
consented **[1]** 130/14
consider **[5]** 9/9 9/10 21/22 44/1 101/13
consideration **[7]** 20/13 20/15 32/21 69/13 71/17 74/11 97/21
considerations **[3]** 53/19 54/17 57/17
considered **[15]** 20/12 22/2 26/14 28/24 29/1 29/2 29/3 29/5 29/13 29/14 29/17 29/18 75/22 88/20 89/2
considers **[1]** 20/2
consistent **[4]** 61/14 61/14 82/7 93/19
consistently **[1]** 31/1

**C**

**Constitution [2]** 1/23 91/20
**constrains [1]** 67/5 71/4
**constraint [2]** 67/5 67/23
**constraints [1]** 73/1
**contacted [1]** 46/12
**contend [2]** 6/23 66/19
**contends [3]** 6/18 62/20 33/24
**contention [4]** 21/10 47/3 65/21 75/7
**contest [1]** 81/22
**contested [1]** 28/16
**context [7]** 21/25 26/25 44/19 64/19
  100/22 101/5 111/18
**continue [1]** 120/3
**contrary [1]** 11/24 126/1
**contrast [1]** 66/7
**controversies [1]** 31/3
**conversation [2]** 46/12 91/19
**conversations [1]** 46/2
**cookie [1]** 72/18
**cookies [1]** 41/1
**cooperative [1]** 120/20
**cooperatively [1]** 136/15
**coordinate [1]** 81/6
**copies [3]** 109/24 109/25 139/1
**copy [7]** 108/3 108/6 108/12 110/17
  110/17 134/16 138/19
**corporate [1]** 126/12
**Corps [2]** 37/2 57/15
**correct [49]** 3/22 4/8 13/6 13/7 14/15
  16/4 16/24 16/25 17/6 17/14 17/16 18/2
  18/13 21/7 21/8 22/7 22/10 22/12 23/2
  23/3 27/16 36/13 36/20 36/24 38/8 38/18
  40/7 41/9 41/10 41/14 42/3 44/13 54/1
  55/8 56/20 60/9 64/7 72/8 75/4 75/11
  102/10 104/11 104/18 115/4 116/8 116/9
  117/14 124/17 145/7
**correctly [4]** 10/5 61/23 75/7 108/9
**corrects [1]** 91/4
**could [25]** 6/21 19/3 20/18 21/22 25/4
  26/15 31/22 33/12 33/12 35/4 57/10 63/5
  65/19 74/18 74/24 81/14 97/24 102/4
  102/16 105/15 106/12 106/18 106/20 107/9
  139/14
**couldn't [1]** 35/16
**counsel [15]** 4/7 4/24 6/13 18/16 35/19
  37/14 39/15 48/3 49/13 68/15 78/22 130/3
  130/6 130/13 144/19
**counsel's [1]** 46/3
**counter [4]** 52/21 59/14 93/21 93/22
**counter-arguments [2]** 52/21 59/14
**counter-designated [1]** 93/21
**counter-designations [1]** 93/22
**counting [1]** 113/6
**counts [1]** 10/16
**couple [4]** 52/21 58/19 108/2 124/11
**course [10]** 15/9 21/21 28/23 30/16 43/6
  45/17 76/25 77/1 89/20 137/24
**court [109]** 1/1 2/10 15/8 15/16 15/18
  16/1 16/7 16/7 17/12 19/9 19/17 19/22
  19/23 20/8 21/13 21/22 23/19 25/19 25/21
  26/15 26/19 26/19 26/24 26/24 27/1 27/7
  27/19 28/4 28/11 30/25 31/8 31/13 31/20
  32/5 32/15 33/17 34/5 35/8 37/25 38/1
  38/2 39/4 43/6 44/15 44/16 44/17 45/9
  45/9 45/13 46/6 50/3 51/5 51/9 51/10
  51/16 52/8 52/11 53/5 53/7 59/6 60/4
  61/4 62/2 62/21 66/3 67/8 68/2 69/4
  77/13 78/15 80/17 81/10 81/12 81/15
  82/13 82/20 82/24 83/5 85/1 85/3 88/18
  90/17 94/8 96/12 96/14 96/15 97/25
  109/14 109/17 109/22 112/16 113/14
  117/20 121/14 122/19 122/21 123/14
  127/25 128/1 130/6 130/11 132/23 134/7
  134/8 135/25 138/18 140/25 144/12 145/5
**court's [8]** 18/24 28/14 47/16 80/22
  84/19 84/25 96/24 137/4
**courthouse [2]** 2/12 2/15
**courtroom [20]** 2/17 98/11 100/15 106/19
  108/15 112/19 112/20 113/5 124/14 125/5
  127/3 130/3 130/8 130/12 130/13 130/17
  137/17 138/15 141/22 142/21
**courts [17]** 18/21 28/16 30/12 31/2 50/20
  51/6 51/10 56/9 67/13 67/16 68/25 77/2
  77/6 81/22 82/19 82/23 83/1
**cover [1]** 142/3
**coverage [1]** 74/1
**covered [1]** 114/23
**covering [1]** 141/8
**COVID [1]** 2/14
**COVID-19 [1]** 2/14
**create [1]** 113/22
**created [1]** 41/5
**creates [2]** 14/19 16/20
**credibility [4]** 27/2 48/3 98/12 111/21
**critical [2]** 62/7 67/2
**criticism [1]** 141/15
**criticized [1]** 51/10
**cross [22]** 19/18 30/19 43/3 44/3 58/13
  58/14 82/15 83/6 83/18 87/10 89/21 89/24
  90/16 90/22 94/20 97/7 99/9 99/13 99/20
  100/16 116/12 117/5
**cross-examination [7]** 30/19 44/3 83/6
  83/18 90/16 94/20 99/20
**cross-examine [6]** 43/3 58/13 58/14 87/10
  90/22 100/16
**cross-examined [2]** 82/15 97/7
**cross-examining [3]** 99/9 116/12 117/5
**CRR [1]** 1/24 145/16
**crux [1]** 58/3
**cumulative [2]** 85/20 90/14
**cumulativeness [1]** 81/17
**current [1]** 53/9 53/9
**currently [7]** 11/18 12/16 15/22 22/17
  33/7 57/4 57/5
**curriculum [1]** 91/12
**curve [1]** 16/10
**cut [3]** 14/8 62/18 127/23
**cuts [2]** 23/6 24/15
**cutter [1]** 72/18
**cv [1]** 1/5
**cycle [1]** 8/19

**D**

**D's [1]** 9/9
**daily [2]** 134/16 138/19
**Dakota [3]** 49/1 70/3 70/10
**dangerous [1]** 103/1
**data [1]** 69/20
**date [5]** 8/24 13/16 47/16 47/18 122/10
**Dated [1]** 145/12
**dates [1]** 124/2
**Daubert [3]** 54/15 56/8 65/3
**Davis [3]** 64/5 65/1 77/20
**day [11]** 34/22 35/21 62/24 78/19 80/8
  121/2 132/14 132/20 133/18 135/3 145/12
**days [6]** 70/8 119/12 120/2 120/5 120/7
  123/15
**deadline [1]** 136/10
**deal [9]** 2/18 44/21 72/15 89/16 104/4
  104/9 119/5 126/2 140/5
**dealing [4]** 17/4 21/25 57/8 75/19
**deals [3]** 49/24 78/2 78/5
**dealt [4]** 38/4 39/7 47/2 115/2
**Dean [4]** 4/16 91/4 126/8 127/8
**deathly [1]** 118/14
**debate [1]** 24/18
**decades [2]** 38/20 45/18
**decide [7]** 19/22 26/16 26/24 59/3 67/8
  75/25 126/19
**decided [5]** 29/24 32/6 32/6 94/18 143/15
**decides [1]** 74/8
**deciding [3]** 18/5 26/22 27/6
**decision [5]** 21/2 53/24 54/6 74/9 75/16
**decisions [2]** 60/21 63/16
**declaration [22]** 79/4 86/20 87/5 87/18
  87/24 88/12 88/24 89/15 90/5 90/21 91/4
  91/6 91/8 91/9 91/9 91/11 91/11 104/19
  104/21 104/22 105/8 105/12
**declarations [9]** 28/17 28/18 79/3 79/22
  90/8 90/15 90/25 91/3 106/11
**declined [1]** 39/2
**deemed [5]** 22/9 24/2 43/20 107/7 130/14
**deep [2]** 60/19 106/8
**deeper [1]** 63/24
**deeply [1]** 127/20
**defeated [1]** 30/8
**Defendant [12]** 1/18 79/7 90/5 99/6
  115/22 115/24 116/1 116/3 116/5 116/7
  117/8 117/8
**defendants [13]** 1/7 4/14 4/19 4/24 6/23
  28/16 35/3 35/10 44/11 45/9 45/20 48/24
  73/10
**Defendants' [13]** 5/25 6/2 48/20 48/21
  78/23 92/11 92/12 93/16 95/2 95/3 113/19
  115/20 116/2
**defense [14]** 4/15 18/16 49/13 62/9 88/3
  114/18 115/19 115/21 117/1 117/3 121/19
  121/24 122/11 127/3
**defenses [1]** 30/13
**defensive [1]** 70/17
**defer [8]** 26/21 30/10 30/11 54/10 81/12
  83/7 83/8 83/9
**deference [15]** 49/2 50/4 50/12 51/7
  52/22 52/25 57/3 53/18 55/16 58/25 59/8
  59/10 59/11 59/13 60/5
**defined [1]** 10/5
**definitely [1]** 5/6
**degree [2]** 68/11 139/12
**Del [1]** 4/16
**delay [1]** 119/18
**delayed [1]** 12/4
**delaying [1]** 22/23
**demonstrate [2]** 31/14 75/22
**demonstrated [1]** 15/10
**demonstratives [1]** 136/11
**denied [15]** 9/13 9/17 17/18 38/12 39/18
  41/19 46/20 48/14 50/6 77/12 92/3 94/23
  94/25 102/2 104/8
**deny [3]** 45/9 45/15 73/23
**denying [2]** 48/17 73/22
**Department [8]** 4/15 4/23 110/10 111/24
  111/25 116/11 124/10 136/19
**depends [2]** 29/16 101/5
**depose [2]** 63/2 87/9
**deposed [2]** 30/1 30/2
**deposition [22]** 9/23 12/1 26/23 27/8
  28/20 30/17 38/6 40/2 41/16 41/23 44/22
  45/25 62/10 62/19 93/15 93/20 93/21 94/2
  94/6 94/16 95/1
**depositions [1]** 30/17
**deputy [1]** 2/16
**describe [2]** 46/2 68/15
**described [2]** 38/20 41/23
**designate [1]** 126/8
**designated [3]** 26/22 93/20 93/21
**designation [1]** 127/8
**designations [5]** 93/21 93/22 94/2 94/6
  94/18
**designees [2]** 93/16 94/23
**desire [3]** 14/5 16/18 105/21
**despite [1]** 9/13
**detail [1]** 139/13
**detailed [1]** 77/23
**details [2]** 46/1 139/22
**determination [5]** 19/20 19/20 29/5 29/7
  32/22
**determinations [1]** 27/2
**determine [5]** 32/15 41/22 43/10 66/3
  130/10
**determined [1]** 29/6
**determining [2]** 67/15 69/3
**device [2]** 130/10 130/15
**devices [5]** 129/25 130/4 130/7 130/9
  130/13
**did [37]** 8/1 8/13 9/5 9/14 9/15 9/16
  9/21 22/5 22/8 23/15 28/18 32/24 38/5
  38/10 39/6 40/3 41/7 41/22 44/12 44/14
  44/20 48/4 48/4 52/21 61/5 62/19 62/22
  63/1 63/2 72/1 75/12 79/19 84/3 86/16
  109/10 132/9 144/10
**didn't [12]** 5/2 11/5 14/8 16/13 30/8
  36/24 42/2 42/3 58/10 110/20 143/13
  144/7
**difference [7]** 20/13 58/4 66/20 66/21
  66/22 67/2 74/14
**differences [3]** 49/8 73/22 74/12
**different [22]** 7/20 12/10 15/18 15/20
  16/6 50/9 50/10 50/15 53/17 57/2 67/23
  67/24 73/1 73/10 74/7 81/1 98/19 132/17
  132/18 133/6 143/6 143/19
**differently [1]** 16/19
**difficult [1]** 119/10
**direct [5]** 84/18 84/19 111/10 116/14
  134/8
**directly [1]** 28/9
**directs [2]** 111/1 116/13
**disagree [1]** 125/4
**disagreement [1]** 103/16
**disciplinary [1]** 42/1
**discipline [3]** 51/14 51/24 53/16
**disclaims [1]** 87/11
**disclosed [2]** 136/21 137/1
**disclosure [1]** 63/1
**disclosures [4]** 85/18 87/7 89/16 95/2
**discovered [1]** 75/12
**discovery [17]** 28/13 28/19 29/25 38/5
  38/10 39/2 39/3 39/18 39/20 44/22 63/2
  63/7 75/2 80/15 92/6 92/21 136/16
**discrete [1]** 136/25

## D

**discretion [1]** 53/5
**discriminate [1]** 33/5
**discrimination [1]** 125/24
**discuss [1]** 125/24
**discussed [5]** 20/22 37/23 38/25 106/24 110/8
**discusses [1]** 17/14
**discussing [4]** 27/4 44/21 61/20 125/11
**discussion [6]** 63/14 77/22 83/4 91/23 105/19 107/12
**discussions [3]** 62/16 125/9 139/9
**disfavors [1]** 45/13
**dismiss [2]** 28/15 29/24
**dismissed [1]** 51/18
**dispositive [2]** 66/1 68/6
**disproportionate [2]** 69/15 69/21
**disproportionately [4]** 66/9 69/10 70/22 71/14
**disprove [1]** 70/18
**dispute [11]** 7/23 9/6 10/9 17/2 17/23 26/13 34/12 39/2 80/15 92/25 107/22
**disputed [12]** 6/23 8/11 20/4 20/5 20/6 20/10 20/25 21/24 22/3 23/22 23/25 26/2
**disputes [10]** 7/2 18/2 19/17 19/21 22/15 25/24 27/2 27/9 28/21 38/10
**disputing [1]** 73/4
**disqualification [6]** 10/12 10/17 21/20 21/20 23/5 24/8
**disqualified [9]** 9/2 10/16 22/9 22/12 23/11 24/12 32/14 32/20 33/5
**disrespect [1]** 64/5
**distinct [2]** 34/5 34/6
**distinction [1]** 30/4
**distinguish [1]** 45/1
**distinguishable [2]** 28/2 28/5
**distinguished [1]** 54/13
**distinguishes [1]** 29/8
**distinguishing [1]** 28/22
**district [8]** 1/1 1/1 1/16/7 28/11 43/17 61/4 145/5 145/6
**diverse [5]** 54/8 54/8 65/21 67/4 71/5
**diversity [5]** 37/12 40/19 48/10 52/6 86/3
**divide [3]** 118/21 121/2 121/3
**divided [2]** 5/19 118/20
**dividing [1]** 122/10
**DIVISION [1]** 1/2
**do [115]** 2/12 2/15 5/20 7/17 7/20 9/8 10/25 14/22 17/10 17/24 19/16 19/20 22/22 24/15 27/10 30/11 35/13 37/3 42/6 44/17 49/25 53/6 53/15 57/12 61/2 61/19 62/4 64/23 68/18 68/19 69/6 69/24 71/21 75/7 78/13 81/4 82/2 84/11 85/16 88/11 88/15 90/19 94/2 95/8 95/8 95/11 101/21 101/24 102/18 102/19 103/7 103/11 103/15 105/25 106/6 106/13 106/14 106/24 108/1 108/5 108/12 109/1 110/2 110/6 110/7 110/14 111/1 111/18 111/22 112/5 112/9 112/10 113/13 113/16 113/23 114/11 115/7 117/3 117/4 119/11 119/19 120/6 120/20 120/22 121/1 121/2 122/4 123/25 126/3 126/14 126/20 127/11 128/25 130/20 131/1 131/24 133/7 134/6 134/9 134/24 134/25 135/1 135/9 135/20 136/4 139/7 140/7 140/23 142/21 142/23 143/24 144/1 143/7 144/13 145/6
**doable [1]** 114/16
**docket [2]** 91/6 96/16
**document [3]** 92/25 97/11 135/21
**documents [12]** 30/2 74/23 75/5 75/12 88/5 96/6 96/9 106/1 106/2 111/14 138/17 139/7
**DoD's [1]** 10/17
**does [38]** 9/10 15/2 16/1 26/4 29/7 47/14 47/16 50/9 53/7 53/18 53/20 54/5 58/25 59/13 66/5 66/8 68/7 69/2 69/9 71/23 71/24 78/5 84/15 102/17 105/18 106/22 110/2 113/24 117/7 117/8 122/19 122/20 134/20
**doesn't [26]** 4/9 14/4 21/20 26/6 26/7 26/8 26/9 35/16 46/13 52/9 52/22 53/14 59/7 68/9 82/3 82/4 84/15 91/24 94/9 97/25 101/3 102/12 119/12 123/8 138/12 143/6
**dog [2]** 8/1 8/15
**doing [7]** 41/2 78/13 94/5 101/19 115/9 128/16 134/16
**don't [138]** 7/2 7/23 8/10 8/14 9/3 9/6 11/17 14/24 15/4 15/12 15/19 15/20 15/23 17/24 19/7 21/5 23/8 24/18 25/10 26/15
27/9 28/2 33/1 35/17 37/3 41/12 43/25 44/5 47/24 48/1 55/8 55/24 58/9 58/14 58/22 58/24 59/3 60/1 60/7 60/24 60/25 61/14 63/9 63/20 69/13 69/22 70/12 71/12 74/6 75/8 77/25 79/19 81/22 82/11 82/17 83/13 85/13 86/7 87/22 89/10 92/22 93/2 93/8 94/15 94/23 95/4 96/20 97/4 98/8 98/20 98/24 99/13 99/21 101/13 101/19 103/13 104/8 104/21 105/3 106/1 106/7 108/7 108/15 109/16 109/17 109/23 110/6 113/21 114/5 114/6 118/3 118/9 119/25 120/4 120/7 120/11 121/8 121/13 122/7 124/4 124/7 124/20 125/16 127/14 129/14 132/14 133/7 133/8 133/22 135/12 135/14 135/16 135/18 136/7 137/6 137/6 138/16 138/19 138/24 140/4 137/6 138/16 138/10 139/5 140/3 140/4 140/12 141/3 141/3 141/6 141/7 141/25 142/4 142/5 142/8 142/24 143/20 143/22 144/3 144/10 144/12
**done [16]** 3/14 5/5 8/25 19/10 60/22 63/5 68/20 96/1 96/2 96/8 106/20 111/7 116/17 116/18 118/2 142/6
**door [1]** 11/7
**doubt [3]** 11/10 85/13 89/24
**down [14]** 7/12 22/20 26/12 54/12 71/12 79/11 80/2 95/1 115/15 118/14 120/17 126/23 129/17 131/17
**dozens [1]** 72/5
**Dr. [2]** 91/20 91/20
**Dr. Lyall [1]** 91/20
**Dr. Sherwood [1]** 91/20
**drafts [1]** 62/18
**draw [2]** 60/9 74/16
**drawn [1]** 65/19
**Drew [1]** 4/25
**drift [1]** 2/14
**due [4]** 8/24 22/12 23/13 77/4
**during [8]** 40/21 41/16 80/15 88/2 89/20 105/7 128/3 130/5
**duty [1]** 30/13

## E

**each [14]** 15/24 20/6 43/3 47/24 66/25 82/9 109/24 112/19 113/19 116/11 118/5 118/13 134/25 142/20
**Eagan [1]** 90/13
**earlier [7]** 56/15 97/23 107/8 109/5 112/9 112/12 127/1
**early [2]** 110/6 124/3
**earned [1]** 131/17
**easier [2]** 107/23 108/18
**easy [1]** 11/19
**economy [1]** 20/4
**ed [2]** 100/13 115/25
**edge [1]** 47/8
**effect [1]** 66/14
**effectively [1]** 67/7
**effects [2]** 59/14 59/25
**efficiencies [4]** 26/21 27/6 30/20 30/20
**efficient [2]** 80/5 90/11
**effort [4]** 5/7 48/10 119/19 144/13
**efforts [4]** 68/8 68/10 68/12 68/16
**eight [4]** 115/14 116/25 117/13 117/23
**either [29]** 9/3 11/21 16/13 25/11 63/14 64/18 68/11 70/18 82/23 85/10 85/17 85/24 86/1 86/5 86/12 96/22 97/3 98/8 98/20 99/22 101/10 107/10 109/17 111/22 113/7 113/15 117/2 122/13 143/14
**electorate [1]** 52/16
**electronic [5]** 129/24 130/4 130/7 130/9 130/13
**element [1]** 17/2 17/6 17/7 67/1
**element of [1]** 17/6
**eliminate [1]** 30/15
**Elizabeth [1]** 78/12 115/5 134/3
**else [7]** 10/4 99/13 117/3 125/11 131/6 132/3 144/15
**email [1]** 130/5
**emphasis [2]** 32/8 33/2
**emphasize [2]** 62/6 68/24
**emphasized [4]** 31/1 59/6 67/16 77/2
**employ [1]** 35/10
**encourage [1]** 35/10
**end [18]** 35/21 41/2 41/6 47/14 47/16 121/21 122/12 122/20 124/2 132/16 132/25 135/11
**endeavor [1]** 120/22
**ended [2]** 53/2 92/24
**ends [1]** 122/8

## E (continued)

**enforce [1]** 5/10
**enlisted [2]** 41/4 42/10
**encourage [1]** 35/10 104/6 120/1
**enrolled [1]** 11/5
**entails [2]** 22/18 25/6
**entering [1]** 130/12
**entire [6]** 34/2 44/4 84/16 93/25 94/7 94/16 95/6 97/11 111/14 120/1 132/1
**entirety [1]** 49/1
**entitled [11]** 1/11 30/12 34/13 59/22 62/3 77/12 124/23 126/21 127/3 142/23 145/9
**envision [1]** 85/24
**equal [4]** 14/21 14/22 35/7 98/2
**ESQUIRE [13]** 1/14 1/15 1/15 1/19 1/16 1/17 1/17 1/19 1/19 1/20 1/20 1/21 1/21
**essential [1]** 57/17
**essentially [38]** 7/1 7/4 16/23 17/10 27/23 31/9 34/17 35/3 37/7 37/8 37/10 37/11 38/11 38/15 40/6 42/17 42/18 42/22 43/14 43/16 46/22 46/24 48/22 48/23 49/4 54/15 54/17 55/16 57/18 64/20 69/14 69/17 69/18 71/17 77/9 78/25 96/16 129/24
**establish [2]** 21/11 45/21
**established [1]** 31/24
**establishing [1]** 68/22
**et [2]** 1/6 2/4
**ethnic [1]** 140/4
**ethnicity [1]** 32/22
**evaluating [1]** 25/19
**evaluation [3]** 22/6 22/8 32/25
**even [26]** 7/22 8/12 8/14 9/10 12/13 14/22 14/24 27/17 27/20 32/25 34/25 39/22 43/12 52/1 59/9 59/12 59/21 61/11 77/14 77/24 78/3 82/3 94/18 123/19 125/11 139/21
**event [2]** 44/3 61/3
**ever [9]** 2/16 16/15 47/17 60/21 71/19 71/20 89/3 96/8 96/21
**ever-vigilant [1]** 2/16
**every [9]** 18/5 66/13 85/9 104/16 114/24 119/19 123/20 144/10 144/11
**everybody [1]** 88/18
**everyone [9]** 2/2 2/9 2/17 29/1 29/2 100/12 101/16 133/20 141/21
**everything [7]** 14/15 16/4 25/5 109/24 109/25 120/16 120/17
**evidence [45]** 11/24 21/13 21/22 23/20 25/20 27/1 42/10 43/6 43/19 44/15 45/13 47/1 47/23 50/21 67/8 67/11 70/13 75/8 82/3 84/12 84/14 84/17 84/20 88/25 89/8 89/25 91/14 94/8 95/25 96/10 100/15 102/8 102/8 102/9 103/19 103/23 104/21 105/13 107/4 107/21 109/20 117/10 133/13 134/8 138/17
**evidences [1]** 42/19
**evidentiary [4]** 19/24 80/17 81/2 81/17
**exact [2]** 10/19 94/6
**exactly [12]** 38/16 38/16 57/7 79/11 83/10 87/1 102/15 103/25 107/25 114/8 118/18 118/19
**exaggerated [2]** 52/2 52/5
**exam [3]** 23/17 26/8 89/24
**examination [8]** 22/19 30/19 44/3 83/6 83/18 90/16 94/20 99/20
**examinations [1]** 111/10
**examine [4]** 43/3 58/13 58/14 87/10 90/22 100/16
**examined [4]** 65/2 82/15 97/7 101/4
**examining [4]** 91/14 99/9 116/12 117/5
**example [14]** 26/6 59/19 70/2 70/11 85/6 87/17 97/2 104/12 116/25 121/16 127/2 138/3 139/23 144/8
**exams [1]** 23/17
**exceed [1]** 116/14
**exceeded [1]** 51/16
**exceedingly [1]** 97/11
**excellent [3]** 19/8 123/16 141/5
**except [1]** 51/19
**exception [2]** 82/18 119/13 136/1
**exchange [1]** 136/10
**exchanged [1]** 30/2
**excited [1]** 139/21
**exclude [27]** 5/22 36/3 36/11 37/13 37/22 38/3 38/16 42/12 43/8 43/19 44/1 44/15 45/10 47/20 48/24 49/4 55/15 55/19 56/10 56/12 76/8 77/12 79/1 80/1 80/12 86/25 92/2
**exclude testimony [1]** 43/8

**E**

**excluded [2]** 29/9 123/6 64/1
89/18 124/15

**excluding [7]** 45/13 46/25 56/19 69/1
77/6 94/24 101/15

**exclusion [5]** 53/18 124/16 125/6 125/10
137/16

**executive [1]** 52/15

**exempt [2]** 126/6 126/9

**exhaustive [1]** 27/20

**exhibit [25]** 79/1 79/21 80/13 82/4 87/1
87/12 87/13 88/12 88/17 89/17 90/21 91/3
92/12 93/25 96/5 96/9 96/9 96/21 97/5
107/10 108/6 113/19 113/19 113/20 113/24

**Exhibit 20 [1]** 113/19

**Exhibit 281 [1]** 89/17

**exhibits [31]** 6/3 78/24 79/10 80/13
81/11 85/6 91/13 96/5 101/3 101/18 104/2
104/23 105/11 105/15 105/22 105/23
106/15 106/16 106/23 106/24 107/2 110/18
113/11 113/14 114/4 114/9 114/12 114/14
114/17 114/17 114/18

**Exhibits 102 [1]** 114/4

**existed [1]** 92/25

**expect [8]** 60/25 67/6 72/24 93/3 101/19
103/11 119/18 139/5

**expecting [1]** 101/17

**expects [1]** 115/21

**experience [8]** 37/9 52/1 56/6 59/23 62/8
84/13 88/1 125/20

**experienced [2]** 40/21 124/10

**experiences [5]** 43/23 45/17 46/1 46/14
48/9

**expert [59]** 6/1 48/20 48/24 49/5 56/13
56/17 62/12 62/18 65/9 65/19 67/14 67/18
69/1 76/15 76/17 77/4 79/2 81/19 81/23
82/11 82/14 82/23 83/5 83/16 84/12 84/14
84/15 84/16 84/16 84/20 84/25 85/6 85/7
85/10 85/25 87/8 87/12 87/15 88/3 88/16
89/15 91/20 91/21 98/11 98/22 98/23
99/10 102/9 102/11 102/23 102/25 103/21
115/20 116/2 124/23 124/23 125/16 126/21
127/2

**expert's [1]** 102/13

**expertise [6]** 52/11 53/23 76/21 77/14
126/24 126/25

**experts [25]** 51/12 51/14 51/18 52/9
52/18 53/8 53/25 55/20 59/1 62/3 63/14
82/7 85/13 85/16 85/17 89/2 98/15 124/22
125/2 125/12 125/17 126/6 126/7 126/16
126/22

**explain [7]** 5/20 20/15 29/17 87/23 114/5
117/11 124/21

**exploring [1]** 67/25

**express [1]** 89/3

**expressed [3]** 13/14 129/20 143/8

**expressing [1]** 55/10

**extensive [5]** 59/23 73/25 97/17 132/18
133/17

**extent [34]** 19/6 26/14 39/4 39/9 39/16
39/22 40/3 47/22 54/21 55/19 63/19 64/3
77/18 78/2 83/17 89/12 90/20 90/24 91/2
96/14 97/25 98/6 98/21 99/2 107/2 107/6
107/9 107/20 114/10 116/24 117/25 125/3
138/8 140/11

**extremely [1]** 68/16

**eyes [1]** 122/24

**F**

**face [3]** 32/19 69/13 121/22

**faced [1]** 48/1

**faces [1]** 69/14

**fact [73]** 11/14 13/19 14/3 14/17 15/2
19/17 19/21 20/9 20/18 20/19 20/25 21/4
21/14 21/16 21/24 22/15 24/14 25/4 26/25
27/9 27/16 31/4 31/6 32/2 32/4 32/14
32/19 33/20 34/12 34/14 35/4 35/7 36/16
40/6 40/8 43/11 47/13 54/7 58/24 61/9
64/24 70/11 70/13 70/18 70/23 74/2 75/23
82/3 82/25 87/16 100/19 102/17 106/18
108/13 109/1 119/2 124/12 124/13 125/16
126/15 126/20 127/2 127/7 130/16 132/10
132/12 132/15 132/21 133/6 133/12 133/23
134/4 143/21

**fact-finder [1]** 20/18 21/14 25/4

**fact-intensive [1]** 20/9

**factor [5]** 24/8 29/12 66/2 68/1 101/13

**factors [8]** 29/13 29/16 68/3 69/1 69/2
73/9 77/3 77/15

**facts [5]** 20/4 20/5 20/6 20/10 25/24

**factual [14]** 6/23 7/23 18/2 22/3 23/22
22/24 24/7 26/2 26/13 27/2 28/20 60/10
**factually [1]** 21/11
**fail [1]** 143/25
**fair [25]** 1/3 2/4 3/1 6/15 6/18 6/19
13/16 18/23 31/9 33/23 35/14 41/18 42/18
46/24 72/25 73/14 78/25 85/11 86/14
99/18 100/21 103/5 104/6 118/10 124/7
**fairly [2]** 133/20 141/10
**fairness [5]** 38/13 40/1 55/23 112/25
140/12
**fall [1]** 119/20
**falls [1]** 125/18
**familiar [2]** 37/20 62/3
**family [1]** 131/11
**far [10]** 5/9 33/17 40/14 43/5 55/14 75/6
75/18 77/11 90/19 98/5
**farm [1]** 89/25
**fashion [4]** 6/8 39/20 122/13 142/24
**father [2]** 128/24 129/1
**favor [1]** 56/13
**favorably [1]** 118/8
**feasible [1]** 112/25
**feature [1]** 28/22
**features [1]** 34/5
**federal [10]** 1/24 31/2 31/7 45/24 67/11
88/20 102/8 129/7 141/12 145/16
**feel [1]** 39/19
**feeling [1]** 115/7
**feet [1]** 47/19
**felt [1]** 63/4
**female [1]** 11/2
**few [13]** 2/3 6/4 39/7 59/1 61/7 70/9
77/17 114/22 132/6 136/25 137/5 143/21
144/6
**figure [5]** 120/3 122/18 126/20 127/5
131/24
**file [10]** 15/14 96/12 96/14 96/25 97/1
98/13 98/21 100/1 117/11 113/13
**filed [15]** 6/4 29/25 37/22 74/4 91/5
95/7 95/24 97/12 97/16 97/18 97/20 98/22
105/8 115/13 133/2
**filings [1]** 96/17
**filling [1]** 22/21
**filtering [1]** 55/7
**finally [3]** 6/5 76/24 114/11
**find [7]** 39/22 55/7 55/8 78/6 138/8
143/20 144/9
**finder [5]** 20/18 21/14 24/14 25/4 143/21
**finding [2]** 35/5 70/23
**findings [11]** 26/25 61/8 108/13 132/10
132/12 132/15 132/21 133/5 133/12 133/23
134/4
**finds [1]** 82/24
**fine [43]** 2/18 2/20 5/8 19/6 19/8 50/2
72/6 79/9 79/20 79/20 80/3 80/10 85/2
90/3 92/5 93/9 98/24 100/5 100/5 100/7
100/8 105/24 108/4 119/24 126/4 127/24
131/5 131/9 134/10 134/16 136/13 136/14
**finger [1]** 126/13
**finish [7]** 78/17 107/16 119/12 120/7
123/22 131/12 132/13
**finished [7]** 57/12 114/20 114/22 121/9
122/11 124/14 144/15
**first [34]** 5/19 5/22 8/4 17/2 17/6 17/7
20/5 28/7 31/20 35/21 38/21 39/15 40/24
45/11 47/11 52/22 66/2 67/11 67/19 70/6
76/6 76/11 81/25 82/22 95/21 113/20
113/24 115/11 117/12 129/11 129/14
134/17 136/20 138/24
**Fisher [1]** 34/24
**fit [1]** 60/23
**fitness [3]** 22/19 26/9 74/15
**five [3]** 79/22 123/9 123/11
**flag [6]** 84/7 84/24 85/2 91/22 136/15
137/4
**flank [1]** 40/14
**fleet [1]** 73/9
**flexibility [2]** 86/13 122/4
**flies [1]** 32/18
**Floor [1]** 1/25
**flow [2]** 6/6 109/20
**focus [5]** 17/9 28/11 28/14 55/21 61/19
**focused [1]** 28/13
**focusing [2]** 34/8 34/19
**follow [11]** 7/14 35/20 36/1 46/21 46/21
48/13 73/5 77/9 78/10 106/22 127/24

**follow-up [3]** 7/14 35/20 106/22
**following [5]** 116/12 112/1 133/11 134/2
134/7
**followup [2]** 30/24 39/20
**football [1]** 141/14
**footing [1]** 21/18
**footnote [4]** 34/3 72/10 87/11 88/14
**Force [4]** 54/23 54/24 56/6 56/24
**force's [1]** 52/13
**fore [1]** 3/20
**foregoing [1]** 145/7
**forever [1]** 123/10
**forget [2]** 131/9 144/10
**form [1]** 24/14
**format [1]** 145/9
**former [4]** 61/10 97/20 97/24 141/11
**forth [2]** 96/13 107/23
**forum [1]** 140/1
**forward [7]** 7/24 15/6 85/10 98/22 99/19
141/6 143/1 144/16
**forward-looking [1]** 15/6
**found [13]** 9/4 9/13 10/15 20/23 21/9
22/11 23/10 32/20 32/24 33/5 50/4 53/7
74/18
**foundation [1]** 106/2
**founded [1]** 33/21
**four [14]** 2/23 5/13 6/21 11/3 21/6 21/7
34/17 45/22 76/19 80/12 118/9 131/7
132/5 132/8
**fourth [7]** 6/2 43/16 44/7 44/11 78/23
82/19 131/18
**frankly [14]** 24/22 61/17 90/1 91/17 96/3
96/8 99/22 106/15 125/18 126/23 130/19
139/2 142/1 143/25
**free [7]** 27/1 59/13 92/3 97/1 97/3
111/20 117/3
**freshman [2]** 11/7 11/11
**Friday [4]** 110/5 110/9 132/20 133/10
**friend [2]** 45/12 76/12
**friends [7]** 7/20 8/12 9/2 9/8 11/10
12/25 108/2
**front [4]** 30/18 80/17 100/19 136/4
**front-load [1]** 80/17
**frustrated [1]** 143/13
**fudge [1]** 122/12
**full [1]** 19/24
**Fuller [3]** 90/12 91/9 115/18
**fully [2]** 66/22 136/19
**function [4]** 54/15 56/7 71/16 100/24
**fundamental [1]** 56/3
**fundamentally [1]** 29/8
**further [14]** 5/3 36/2 36/4 36/5 46/18
46/19 49/11 51/6 55/4 58/3 77/25 87/23
93/11 115/1
**furthest [1]** 3/13
**future [7]** 11/18 11/22 15/3 15/14 15/24
21/21 30/7

**G**

**GABRIEL [2]** 1/17 4/1
**gained [3]** 26/22 27/7 30/20
**game [1]** 139/14
**gapped [1]** 119/10
**GARDNER [23]** 1/19 4/22 36/13 40/6 79/7
85/15 88/10 90/4 95/19 97/12 99/25
101/24 102/19 102/24 112/17 116/13
120/23 127/8 128/13 132/5 132/6 134/9
135/2
**GARGEYA [3]** 1/21 4/25 5/3
**gate [1]** 62/5
**gatekeeper [5]** 54/15 56/7 71/15 98/18
100/24
**gatekeeping [1]** 67/17
**gather [1]** 5/2
**gave [3]** 12/14 60/5 141/11
**general [38]** 13/2 35/18 46/24 48/25
49/24 52/4 54/22 56/3 56/23 57/12 57/21
58/1 58/21 59/18 61/18 63/14 63/21 64/14
64/19 65/7 77/10 77/11 77/21 79/4 81/15
86/20 87/7 87/15 88/12 88/16 88/18 99/10
101/12 104/16 125/9 127/1 127/2 139/8
**generality [1]** 68/17
**generally [15]** 3/19 4/20 14/1 46/23 48/5
48/12 61/18 61/19 63/21 63/21 83/7 86/7
123/4 132/14 138/12
**generate [1]** 138/15
**genuine [9]** 7/23 19/16 22/15 27/8 28/12
32/4 33/20 34/12 34/14
**genuinely [1]** 8/11
**germane [2]** 31/16 70/7

**152**

**G**

**get [40]** 12/18 12/21 17/4 17/20 19/20 29/7 36/2 47/12 47/12 57/13 58/14 58/25 59/8 59/10 59/11 59/13 79/25 81/4 81/15 86/17 93/12 96/10 106/7 106/20 107/22 109/14 112/12 113/8 123/10 123/15 123/23 128/10 141/22
**gets [4]** 29/5 51/19 58/14 63/25
**getting [7]** 9/22 16/10 22/19 22/21 26/7 107/11 139/18
**Gilligan [1]** 52/12
**give [20]** 7/13 11/16 43/15 44/6 45/5 50/18 51/6 56/17 59/3 59/13 74/8 77/4 99/17 99/18 100/21 111/14 120/21 123/14 133/19 138/19
**given [7]** 2/13 31/23 81/14 84/9 84/11 119/17 137/10
**gives [1]** 81/5
**giving [22]** 43/21 64/23
**glad [25]** 6/12 7/7 7/16 18/16 19/13 29/21 37/14 37/18 45/4 46/17 49/13 49/17 49/22 57/20 57/24 58/18 60/16 64/13 65/11 65/15 76/4 86/6 86/25 98/4 124/18
**glitches [1]** 109/23
**go [60]** 2/22 5/2 6/19 6/19 10/4 14/7 18/22 20/20 21/9 22/17 25/13 26/12 27/3 42/25 44/7 44/14 49/16 57/10 58/23 60/14 72/11 78/12 78/18 79/10 80/2 80/9 81/6 84/19 88/9 89/16 90/4 90/9 99/16 104/17 105/3 106/19 107/22 107/23 109/23 114/19 115/5 115/15 117/1 117/2 120/3 120/11 120/25 121/16 122/13 123/1 123/3 123/5 123/15 123/22 123/23 129/18 131/12 132/6 138/19 142/13
**goes [18]** 12/9 31/8 55/14 55/18 63/10 64/2 76/12 88/4 111/7 113/7 118/6 119/22 141/3 141/14 141/24 141/24 142/4 142/9 143/8
**going [117]** 2/24 5/10 7/14 9/23 16/15 16/21 23/25 30/18 35/13 43/23 46/15 47/7 47/10 47/12 47/15 49/23 49/25 52/4 52/4 54/9 54/14 54/18 54/22 57/8 57/23 59/19 61/7 63/14 63/18 67/21 67/24 70/4 72/24 75/6 77/22 78/8 80/8 84/17 85/10 85/12 85/15 85/21 85/23 89/8 89/9 89/25 90/16 90/24 91/16 93/1 93/12 94/7 97/10 97/14 98/14 99/3 99/16 99/17 99/18 99/19 101/2 101/8 101/14 102/1 105/17 107/15 108/11 108/25 109/25 110/1 110/4 110/11 110/12 112/1 112/4 114/1 115/14 115/21 117/23 118/1 118/6 118/9 118/19 118/21 118/21 119/16 119/23 120/6 120/6 120/11 121/23 122/24 122/25 124/25 125/1 126/14 128/13 129/13 131/23 131/24 133/24 134/12 134/15 135/20 137/10 137/11 137/12 137/17 138/19 138/21 140/5 140/20 140/20 141/9 141/22 143/16 144/9
**Goldman [5]** 50/16 51/6 51/9 51/13 52/25
**gone [1]** 119/14
**good [32]** 2/2 3/2 3/6 3/8 3/11 3/25 4/4 4/22 12/18 19/14 19/15 23/17 37/18 45/7 45/8 49/21 51/14 51/24 53/15 65/16 65/17 78/15 89/13 106/12 110/10 114/15 115/10 121/18 123/1 128/7 129/23 132/1
**Google [1]** 68/15
**got [15]** 17/22 58/12 72/17 79/10 79/16 92/8 102/24 115/7 120/10 121/15 126/7 131/19 131/19 132/25 135/7
**government [4]** 52/2 61/7 62/14 80/12
**Government's [5]** 15/12 59/16 59/20 80/14 122/18
**GPA [1]** 16/17
**grab [1]** 108/16
**grades [1]** 29/16
**graduate [3]** 25/3 25/17 57/14
**graduated [1]** 54/23
**graduates [1]** 25/15
**graduation [5]** 12/4 13/15 22/23 25/2 25/6
**grandchildren [1]** 131/16
**grant [6]** 47/20 90/23 97/14 101/14 102/1 104/8
**granted [7]** 33/19 34/11 35/25 89/12 89/18 93/11 93/13
**granting [1]** 48/15
**Gratz [6]** 15/8 17/9 17/10 17/14 17/16 35/10
**great [9]** 41/17 51/6 51/23 91/16 124/5 124/9 131/18 135/3 141/11
**greatest [1]** 141/12

**green [1]** 121/14
**grievance [1]** 28/1
**ground [1]** 133/1
**group [1]** 15/16
**Grutter [2]** 34/24 74/4
**guarantee [2]** 21/20 112/13
**Guard [33]** 49/6 65/10 65/20 66/5 66/18 67/5 68/10 68/16 68/19 69/12 69/19 71/8 71/17 71/20 71/22 72/2 72/21 73/15 74/2 74/20 74/20 74/23 75/6 75/9 75/14 75/17 75/24 76/9 76/16 76/22 78/1 78/4 80/16
**Guard's [1]** 68/8
**guess [7]** 7/11 43/15 54/11 54/21 55/21 64/24 69/21 70/20 71/15 106/5 120/13 126/5
**guidance [1]** 81/15
**guide [1]** 83/3
**guided [1]** 34/8
**guy [1]** 103/12
**guys [1]** 79/16

**H**

**had [40]** 12/1 28/19 28/25 38/11 41/16 42/6 46/3 46/12 51/21 63/5 63/16 67/13 74/20 75/13 75/15 76/15 76/16 80/25 84/5 87/8 91/20 91/23 92/21 95/6 95/23 96/16 96/21 103/13 104/16 109/14 113/17 113/18 113/19 122/22 127/24 129/19 133/7 135/6 140/21 144/6
**haircut [1]** 64/23
**half [5]** 45/23 119/14 120/5 129/3 129/9
**halves [1]** 121/3
**hand [4]** 2/19 67/3 67/5 135/21
**handed [1]** 109/15
**handle [4]** 50/19 79/25 93/13 118/21
**handled [3]** 34/9 34/9 56/9
**handles [1]** 75/9
**handling [3]** 40/9 40/11 65/12
**hands [2]** 66/16 131/17
**handsome [2]** 109/6 109/10
**happen [6]** 15/2 84/14 120/13 124/1 128/3 143/1
**happened [3]** 38/21 105/6 114/5
**happens [4]** 100/15 104/12 114/3 119/5
**happy [7]** 39/11 39/12 40/10 46/9 69/5 105/25 121/6
**hard [9]** 24/1 108/2 108/6 108/11 109/24 109/25 110/17 128/19 141/22
**hard-pressed [1]** 24/1
**harder [1]** 83/1
**hardly [2]** 24/21 28/1
**harm [1]** 16/2
**harmed [1]** 35/5
**Harold [2]** 61/22 64/5
**Harris [1]** 61/22
**Harvard [21]** 16/6 16/8 16/13 27/14 28/3 28/9 28/23 28/25 29/8 29/24 30/1 33/15 34/2 34/6 34/7 35/1 72/12 74/4 97/16 97/18 120/19
**has [72]** 2/17 2/18 3/14 6/8 6/15 7/1 7/19 12/3 17/10 17/12 21/4 26/12 26/19 27/17 30/25 32/1 32/8 33/23 34/17 34/20 35/12 35/22 37/9 43/17 44/15 47/4 47/4 47/22 47/23 50/3 51/10 52/2 52/5 52/8 52/11 57/5 57/18 57/18 57/22 58/2 59/5 59/6 60/5 68/2 68/19 69/4 71/19 71/20 71/22 73/14 74/3 75/22 75/23 75/24 77/14 78/7 79/21 80/12 83/7 83/20 86/3 99/6 99/11 102/24 107/19 115/12 123/23 132/5 136/16 136/17 143/14
**HASSON [10]** 1/16 3/21 3/23 104/20 105/6 105/8 105/13 128/23 129/5 129/8
**Hasson's [1]** 131/14
**have [283]**
**haven't [8]** 13/17 14/1 24/9 28/16 69/7 76/8 116/17 143/15
**having [13]** 30/21 32/5 35/18 41/22 59/24 73/3 103/15 106/7 120/3 120/5 136/20 137/1 138/14
**Hawaii [6]** 50/17 50/22 50/24 50/24 51/4 52/25
**Haynie [1]** 115/20
**he [110]** 4/9 4/10 4/10 8/25 9/4 9/5 9/12 9/14 9/15 9/16 9/17 9/21 9/23 10/15 10/20 11/1 11/3 11/5 11/18 12/1 12/2 12/3 12/7 12/9 12/14 12/14 12/19 12/21 13/15 14/4 14/22 21/7 22/22 22/22 23/10 23/11 23/15 23/16 25/1 25/5 26/1 26/1 32/17 32/20 32/24 33/5 33/6 33/7 33/12 36/16 36/19 38/25 40/6 40/18

**40/21 40/22 41/13 41/16 41/17 44/4 45/23 46/3 47/23 47/25 51/22 54/23 56/24 56/25 57/10 57/16 57/20 58/4 58/5 58/6 58/11 58/13 62/10 62/10 62/11 64/24 71/19 71/20 71/21 71/22 71/23 72/1 73/23 73/24 74/8 77/14 78/1 87/10 87/18 87/18 87/22 87/24 88/2 88/4 88/21 97/12 105/15 112/21 112/22 126/9 127/4 136/2 143/14
**he's [39]** 9/21 9/23 10/18 10/18 10/24 10/25 11/11 13/8 13/9 24/12 25/2 25/8 32/13 32/25 33/8 36/13 36/17 36/21 36/25 39/6 40/5 40/7 51/24 55/24 57/23 57/23 58/2 64/8 72/5 72/16 78/14 89/1 89/7 89/19 89/8 90/5 127/2 128/24 129/1 131/17
**hear [38]** 2/22 6/12 7/7 7/16 18/16 19/13 29/21 30/8 37/14 37/18 42/5 45/4 45/4 46/17 47/15 49/13 49/17 49/22 56/10 57/20 57/24 58/18 59/2 60/16 60/25 61/5 62/1 64/13 65/11 65/15 71/11 76/4 86/6 86/25 96/4 122/25 125/3 142/16
**heard [3]** 39/10 101/7 135/7
**hearing [4]** 1/11 2/6 7/9 55/6 63/24 80/16 98/10 132/9
**hearings [1]** 143/12
**hears [1]** 74/8
**hearsay [33]** 49/12 56/2 58/7 58/10 61/25 62/3 79/2 81/17 81/23 82/18 83/2 83/8 83/13 83/17 83/21 83/25 84/6 84/6 85/20 86/10 87/5 94/4 98/1 98/1 101/8 102/11 102/12 102/17 104/2 104/10 104/11 104/23 104/25
**heavily [1]** 61/8
**held [3]** 35/11 81/23 145/8
**help [3]** 16/15 66/3 131/19
**helpful [6]** 78/6 88/9 107/9 111/8 117/21 118/23
**helps [3]** 15/7 114/15 134/6
**her [3]** 27/25 109/16 111/4
**here [144]** 2/6 2/9 2/18 2/21 3/1 3/15 3/24 4/2 4/6 4/7 4/8 4/9 5/1 5/3 7/5 13/3 13/18 14/9 16/22 16/23 17/2 17/5 17/22 18/9 18/20 19/10 19/17 20/5 24/8 26/3 28/3 28/9 28/10 28/19 29/3 30/3 30/16 31/9 31/10 31/12 31/19 32/3 32/4 32/9 33/13 33/21 34/10 34/15 34/16 35/3 35/10 35/20 36/9 36/10 38/13 41/12 42/17 43/17 44/21 45/21 46/22 47/1 47/17 48/6 48/18 48/18 48/19 50/15 52/3 54/13 56/1 57/13 57/22 58/23 59/18 64/1 64/12 65/2 68/5 71/16 78/12 78/13 78/23 78/24 79/7 80/8 80/21 81/6 83/5 83/17 88/12 89/9 90/14 90/20 92/7 92/22 93/17 94/12 98/17 99/1 100/10 100/11 100/12 100/15 106/18 109/19 110/1 110/5 110/12 110/15 112/13 113/3 115/5 115/11 115/13 115/16 118/2 118/20 119/7 119/13 119/16 119/21 120/21 121/14 125/15 125/23 126/17 129/18 129/24 133/17 135/12 136/20 137/18 137/19 137/21 137/22 138/7 140/19 141/2 141/5 141/19 142/12 142/21 143/23
**here's [1]** 100/10
**hereby [1]** 145/6
**Herndon [1]** 2/16
**hesitancy [1]** 141/17
**hide [1]** 141/10
**high [9]** 15/18 15/20 15/21 68/16 112/3 112/11 118/2 141/4 141/13
**high-level [1]** 112/3
**high-quality [2]** 118/2 141/4
**high-ranking [1]** 112/3
**higher [1]** 50/19
**higher-up [1]** 50/19
**highlight [1]** 8/11
**highly [3]** 20/9 45/18 96/23
**him [16]** 9/24 23/21 25/9 38/12 38/14 38/22 55/23 58/9 63/9 68/14 87/8 87/9 87/10 111/4 128/24 131/19
**hired [1]** 109/3
**his [78]** 6/21 8/25 9/4 9/6 9/11 9/17 9/22 9/23 10/18 10/23 11/12 11/18 12/4 13/15 22/23 25/2 25/15 25/16 34/18 37/8 37/9 37/10 37/23 38/17 38/20 38/21 38/23 39/1 40/21 40/21 41/16 44/4 45/16 45/17 45/25 46/1 47/25 48/6 48/9 49/11 54/25 55/3 55/15 56/5 56/6 57/15 61/20 61/23 62/6 62/7 62/8 63/1 63/10 63/22 63/23 64/6 71/18 71/18 73/24 76/23 77/12 77/18 87/17 87/19 87/22 87/24 87/25 87/25 88/2 88/2 88/24 89/9 91/12 116/13 131/18 138/9

**H**

hit [2]  10/24 14/10
HIV [4]  53/10 53/13 53/23 61/4
hold [2]  15/24 92/8
hole [1]  71/12
holistically [1]  29/2
honor [147]
Honor's [4]  30/11 74/19 83/23 105/21
HONORABLE [1]  1/12
hope [1]  118/24
hopefully [2]  120/15 133/8
hoping [1]  81/5
hot [2]  7/11 143/11
hour [4]  45/24 46/12 87/21 123/5
hours [5]  45/23 118/13 121/2 121/3 123/4
housekeeping [1]  113/11
how [50]  5/12 5/20 6/25 7/14 8/14 20/1
20/10 20/15 23/7 23/25 24/1 25/10 26/14
26/15 41/1 45/1 48/4 50/12 50/18 53/21
55/14 65/4 68/10 72/1 75/9 75/15 78/12
78/4 78/4 78/13 81/13 81/16 84/9 85/23
92/14 93/8 99/13 115/9 125/14 126/20
126/23 127/14 135/22 135/22 137/13
139/21 140/5 140/8 141/9 142/16
however [1]  78/3
Hudson [2]  27/17 110/11
huge [1]  66/17
hundreds [1]  105/22
hungry [1]  140/25
hurdle [2]  43/12 69/13
Hwang [1]  115/22
hybrid [2]  125/23 126/15
hypothetical [1]  15/1
hypothetically [6]  11/22 70/2 86/1
100/17 132/19 133/10

**I**

I'd [9]  2/22 5/20 6/7 7/9 36/8 62/1
108/25 121/4 126/5
I'll [71]  4/19 5/24 6/12 6/18 6/19 7/7
7/13 7/14 7/16 10/3 14/14 17/22 18/16
19/13 20/3 20/20 23/1 29/21 34/22 35/20
37/14 37/20 42/5 42/12 45/4 45/4 46/17
46/20 49/13 49/17 49/22 57/19 57/24
58/18 62/14 62/25 63/12 64/13 65/11
65/15 65/24 66/2 68/2 68/5 69/4 69/5
70/6 71/11 72/12 76/4 76/5 80/4 86/5
86/25 91/18 99/19 100/21 104/9 119/19
120/14 121/10 126/2 127/4 129/8 131/14
131/23 131/24 133/19 137/15 137/19
144/13
I'm [127]  7/14 12/15 13/17 23/19 23/24
24/1 27/16 33/17 34/8 38/4 38/7 39/12
39/16 39/25 40/9 40/11 42/15 43/21 44/5
46/9 55/21 56/15 60/16 60/22 60/22 62/2
61/23 63/23 64/23 64/25 70/23 72/15 73/4
73/10 73/22 77/22 77/24 78/8 80/2 80/4
81/5 82/25 83/3 83/4 83/11 84/9 85/9
86/3 87/23 90/11 90/19 91/21 96/20 96/22
96/25 97/3 97/14 98/4 98/5 98/10 98/15
99/8 99/12 99/15 99/18 100/12 100/14
100/17 101/8 101/14 101/16 101/21 102/1
102/23 104/7 104/10 105/1 105/5 109/25
110/1 110/9 111/6 113/5 115/10 117/12
118/3 118/8 119/9 119/23 119/25 121/6
121/12 121/13 121/22 124/8 124/18 124/24
125/7 125/14 126/17 126/18 127/23 129/20
131/23 131/24 132/1 133/3 134/13 135/2
137/16 137/17 138/13 138/21 139/21
140/24 141/5 141/18 141/19 142/13 143/16
143/18 143/20 144/1 144/2 144/5 144/9
144/13
I've [27]  25/12 35/2 48/5 48/12 69/8
78/19 80/7 92/8 96/1 96/2 96/2 96/8
96/21 101/7 113/3 115/1 115/7 119/6
119/14 119/17 121/15 122/22 128/8 129/17
129/21 131/19 143/15
i.e [2]  9/20 130/4
idea [7]  106/12 106/17 114/15 121/18
137/9 137/11 143/16
identical [1]  34/2
identifiable [3]  136/23 139/2 139/11
identification [8]  83/19 86/10 88/17
93/2 94/9 94/16 94/21 95/13
identified [8]  20/17 28/20 34/17 35/15
44/11 82/4 87/7 93/25
identify [6]  19/4 41/17 75/12 137/18
138/11 139/1
identifying [1]  96/7
identities [1]  48/2

**I** (continued)

ignores [1]  67/1
III [6]  5/15 6/16 16/22 31/1 31/3 35/24
ill [1]  139/23
illustrative [1]  139/23
imagine [1]  112/7
immediately [1]  105/1
impediment [1]  80/4
impetus [1]  80/14
implications [2]  55/22 61/25
importance [4]  40/19 51/8 51/23 52/2
important [5]  25/16 46/21 59/4 107/4
128/9
importantly [1]  26/18
impose [1]  5/8
impossible [1]  135/9
impressed [1]  142/16
impressions [3]  56/5 63/15 64/2
improper [2]  62/22 63/9
improvement [1]  47/5
inadmissible [2]  103/19 103/22
inappropriately [1]  67/13
incentivizes [1]  84/20
incident [3]  41/23 42/1 42/11
incidents [14]  37/23 38/1 38/19 38/25
39/4 39/5 40/22 41/14 44/4 44/21 46/23
46/25 47/24 48/4
inclined [4]  118/8 119/9 121/12 127/23
include [3]  53/19 78/6 119/2
included [4]  41/13 62/25 65/7 79/21
includes [1]  22/18
including [9]  61/3 61/8 61/21 73/25 74/1
78/3 91/3 111/24 112/1
inconsistent [3]  82/7 94/1 95/17
indeed [1]  33/16
independently [1]  102/12
indicate [2]  121/18 144/2
indicated [1]  105/21
indicating [1]  16/11
indication [1]  7/13
indicia [2]  17/11 100/25
individual [2]  31/18 58/12
individuals [7]  26/10 39/6 42/22 58/15
63/23 77/20 139/1
information [10]  19/3 38/14 88/2 105/20
136/16 136/22 136/23 139/2 139/11 140/16
informative [1]  76/20
infrequent [1]  62/4
initial [5]  29/4 63/1 87/7 95/2 120/19
initially [3]  27/15 38/14 105/3
injunction [9]  6/10 7/10 79/5 86/24
87/14 88/19 95/3 95/7 105/7
injunctive [1]  50/7
injury [12]  14/17 14/19 16/20 16/20 17/7
18/8 21/4 31/4 31/6 31/6 32/2 35/4
inordinate [1]  107/18
inquire [2]  2/15 106/5
inquired [1]  16/16
inquiry [8]  20/8 20/9 40/2 41/8 60/1
62/18 76/1 78/1
insisted [1]  6/15
insists [1]  6/20
inspection [2]  130/10 130/14
instance [2]  41/3 43/3
instances [2]  40/20 41/16
instant [1]  33/23
instead [1]  139/6
institution [3]  12/18 72/14 73/2
institutions [1]  72/19
instruct [1]  56/16
instructed [1]  51/6
instruction [1]  50/18
instructions [2]  62/15 62/22
insults [1]  40/20
intend [8]  88/11 88/15 94/15 95/8 95/11
100/1 104/21 110/9
intends [1]  104/22
intense [1]  141/20
intensive [1]  20/9
intent [4]  8/17 11/10 11/18 15/7
intention [1]  88/17 116/11
interchangeably [1]  6/19
interest [16]  31/15 45/19 48/7 51/8
51/23 52/2 52/6 62/6 59/16 59/20 136/20
137/19 138/8 138/16 140/11 142/23
interested [6]  63/24 64/25 98/10 98/16
99/12 100/14
interests [2]  59/12 59/24
interject [1]  143/20
internal [1]  136/11
internally [1]  136/10

**I** (continued 2)

internet [1]  130/22
interrupt [2]  83/4 110/21
interrupting [1]  62/12
interview [1]  22/21
interviewing [1]  62/10
interviews [7]  57/18 58/4 61/20 62/10
62/25 63/15 63/22
interwoven [2]  46/15 47/7
introduce [5]  83/16 90/25 95/15 99/1
100/23
introduced [2]  89/8 91/14
invite [1]  52/18
invoke [1]  31/12
invoked [3]  16/23 31/13 74/3
invoking [1]  124/11
involve [3]  29/7 43/23 60/2
involved [6]  15/15 30/9 42/22 57/22
119/21 140/4
involving [1]  53/1
iPhones [1]  130/18
irrelevant [5]  30/15 49/1 55/16 59/1
75/18
is [532]
isn't [7]  12/6 13/10 43/9 56/19 139/3
142/18 142/19
isolated [1]  39/5
issue [65]  5/15 5/21 6/16 7/12 19/22
20/25 23/4 23/25 24/4 24/10 26/21 26/22
26/24 27/6 27/19 28/13 28/19 30/17 30/21
31/12 31/19 32/10 32/13 32/14 32/19
33/19 34/12 34/14 34/22 35/9 35/24 36/8
36/9 37/20 38/5 38/7 39/3 39/11 39/18
43/23 44/18 47/6 48/7 49/14 49/18 50/12
62/14 66/18 67/20 68/23 76/12 84/7 84/8
85/2 92/15 94/5 104/19 114/24 120/7
122/7 123/19 124/22 126/7 126/14 138/4
issues [43]  6/6 6/9 6/24 21/24 22/3
23/22 24/17 26/2 27/12 28/8 30/15 32/4
33/20 34/9 37/11 38/2 39/2 39/17 39/24
39/24 41/20 47/9 47/25 47/25 53/17 54/20
56/1 56/5 58/1 66/4 67/25 80/18 81/2
81/13 81/17 82/1 86/3 86/10 114/23
130/19 139/3 139/11 139/11
issues that [2]  23/22
issuing [1]  108/13
it [323]
it'll [6]  86/9 89/18 102/2 138/15 142/2
142/13
it's [139]  3/14 5/6 9/25 9/25 10/13
11/11 12/17 12/18 15/1 16/15 17/21 18/9
18/13 20/12 20/14 22/1 24/4 24/7 25/9
27/25 28/15 29/3 29/10 29/14 29/17 31/19
31/23 33/17 43/13 43/13 43/18 43/20
44/10 46/15 46/21 47/3 49/20 50/15 50/15
51/25 52/10 52/12 52/23 53/11 53/20 54/7
56/17 56/20 56/25 59/17 59/24 61/14
63/25 64/1 65/22 66/8 66/20 67/7 70/12
71/3 74/6 76/10 76/10 77/3 83/14 83/17
84/8 87/14 89/5 89/7 89/25 90/10 91/5
91/6 92/13 93/2 93/4 93/17 94/4 94/21
95/12 96/12 96/23 97/13 97/19 98/18
99/13 99/14 100/6 100/14 101/10 102/6
103/1 103/2 104/10 104/11 105/6 105/13
107/4 107/22 108/18 108/25 109/17 111/7
112/20 113/20 116/9 116/11 117/2 117/6
118/10 119/9 119/10 119/12 120/11 122/8
122/23 123/21 125/21 126/19 128/9 129/13
133/24 138/10 138/15 138/22 141/15
141/18 141/18 142/2 142/5 142/6 142/20
143/5 143/6 143/19 144/3 144/14 144/14
item [2]  78/13 101/11
items [4]  42/3 42/9 107/6 136/25
its [21]  6/21 8/8 18/7 18/8 18/10 21/3
31/14 32/1 46/5 46/7 50/20 51/16 52/6
52/6 66/17 77/4 77/13 78/2 78/5 86/23
87/7
itself [3]  21/15 105/12 107/17

**J**

Jackson [3]  27/18 27/24 35/2
Jakiba [2]  108/21 109/1
JAMES [4]  1/16 3/22 61/21 105/6
January [1]  8/24
January 31st [1]  8/24
Jason [3]  36/11 45/11 91/11
Jeanette [1]  115/20
JOHN [7]  1/20 4/25 90/12 90/12 91/9
91/11 115/18
joint [5]  6/5 107/10 113/13 114/14
114/17

154

**J**

joke [1]   4/22
Josh [1]   4/22
JOSHUA [1]   1/19
Journal [1]   100/20
judge [12]   2/13 98/12 99/19 99/20 113/23 130/1 130/7 135/17 135/25 141/12 142/18 143/13
judges [1]   43/17
judgment [27]   5/14 5/21 6/14 14/11 14/16 16/8 19/18 19/19 21/23 23/23 25/23 26/3 30/12 32/10 33/18 34/11 34/13 35/22 48/16 51/7 51/11 51/12 55/1 55/3 55/5 55/17 88/1
judgments [3]   49/2 52/14 52/14
judicable [1]   50/12
judicial [6]   20/4 49/2 55/16 70/7 96/18 145/10
junior [1]   10/20 10/21 10/23 22/17 33/4
juries [1]   124/21
jurisdiction [1]   31/2
jurisdictional [1]   29/25
jurisprudence [1]   35/8 44/8 47/16
jurors [4]   114/4 123/10 142/14 142/16
jury [15]   43/21 56/15 56/16 56/18 80/7 107/4 114/3 119/12 123/8 123/9 135/11 135/12 142/12 142/14 143/23
just [164]
Justice [13]   4/23 27/18 27/21 27/24 34/3 35/2 51/21 110/10 111/23 111/25 116/11 124/10 136/19
justify [1]   82/5
justifying [1]   60/22
JXs [1]   114/14

**K**

Kacher [1]   4/18
Kahlenberg [16]   50/1 64/12 65/18 68/7 68/9 68/13 68/18 71/24 72/3 73/13 73/22 76/6 77/19 77/19 77/24 78/8
Kahlenberg's [5]   49/5 65/8 65/22 71/16 76/21
keen [1]   138/21
keep [6]   108/18 115/8 120/12 121/3 122/16 138/2
keeping [2]   121/6 122/17
Kenya [1]   55/4
key [6]   65/24 66/20 66/22 74/2 106/2 111/6
keyed [2]   14/20 14/21
kid [1]   131/18
kids [1]   10/7
kind [9]   41/24 43/22 50/13 52/24 53/11 59/10 60/23 68/11 100/14
kinds [2]   44/9 101/17
knew [2]   139/17 140/8
know [42]   10/17 15/23 19/7 23/19 25/10 27/7 28/2 44/5 44/5 47/12 58/2 58/22 62/14 63/6 66/24 81/16 82/11 87/22 91/15 93/3 93/8 95/13 97/4 99/13 101/14 101/18 105/7 108/25 117/25 118/18 124/1 125/8 125/12 126/18 127/14 128/9 137/19 139/18 139/24 140/5 140/11 142/5
knowledge [6]   53/14 76/21 87/20 87/25 88/1 101/12
known [2]   70/11 70/12
knows [1]   88/18
Korematsu [5]   60/8 60/17 60/19 60/23 60/25

**L**

lack [1]   52/11 56/5 60/20 63/17 67/5 76/13 76/21
large [3]   59/20 62/7 106/14
largely [3]   62/8 136/22 138/25
last [24]   6/2 6/4 8/4 9/11 9/21 10/15 15/5 15/5 16/12 17/21 46/7 46/9 61/23 75/19 76/24 79/9 80/15 86/16 91/19 129/16 136/14 141/2 143/10 144/5
late [9]   60/12 112/7 123/4 123/6 123/6 123/13 123/13 124/3 131/12
later [4]   17/9 70/18 93/14 102/3
Latta [4]   4/17 90/5 91/8 115/23 126/8 127/8
Latta's [1]   91/4
laugh [1]   135/7
laughing [2]   119/19 135/2
Laughter [15]   3/18 40/16 102/20 103/4 103/9 103/14 106/21 109/8 109/12 109/18 128/21 129/15 129/21 131/21 135/24

**law [29]**   5/16 6/17 7/18 7/21 7/25 8/6 21/3 26/16 26/25 27/15 27/17 32/6 32/7 33/12 33/13 132/15 132/22 132/23 133/6 133/12 133/24 134/5 141/11 142/15
lawsuit [3]   31/18 97/17 97/18
lawyer [1]   122/12 122/12 124/10
lawyers [21]   74/21 103/2 103/3 103/11 106/18 108/17 112/19 112/25 112/25 113/6 113/8 113/8 118/2 119/11 128/18 133/21 141/4 142/11 142/15 142/19 142/19
lay [1]   46/14
lead [2]   73/2 79/16
leader [1]   41/4
leadership [1]   63/17
leads [1]   120/24
leafs [1]   107/14
learn [2]   141/14 141/14
least [20]   6/21 7/24 12/2 12/4 22/23 25/7 32/1 35/15 72/11 74/11 83/19 98/10 98/16 100/17 105/3 117/22 119/17 125/15 131/16 139/5
leave [8]   113/8 118/22 127/4 129/8 137/15 137/19 142/3 143/4
leaving [1]   137/16
left [1]   135/23
legal [6]   97/2 102/6 118/20 130/5 131/1 141/19
legislative [1]   52/15
legitimacy [2]   48/7 59/21
legitimate [1]   51/25
less [5]   67/18 108/7 112/21 127/16 140/18
let [13]   2/21 5/9 5/12 5/20 67/8 77/3 84/22 98/4 113/8 115/15 135/17 135/18 141/2
let's [10]   50/10 57/13 66/12 67/7 90/4 90/9 115/6 121/21 133/10 140/19
lethality [1]   59/20
letter [1]   39/20
letting [3]   44/5 67/14 69/2
level [7]   59/8 68/16 83/8 83/21 83/24 98/18 112/11
levels [1]   56/2
liberality [6]   91/16 99/18 100/22 125/17 125/19 136/6
Liberty [1]   26/20
Lieutenant [10]   48/25 49/10 55/22 55/23 58/2 64/15 87/7 87/15 88/15 88/18
lifting [1]   107/19
light [11]   33/14 33/14 47/15 49/2 91/19 91/22 94/10 121/14 131/14 133/17 137/4
like [48]   2/22 5/12 5/20 6/7 7/19 10/3 10/8 10/11 11/14 14/10 15/21 15/23 16/10 16/12 16/17 36/8 43/20 59/6 62/1 63/3 63/4 64/8 72/18 74/4 79/18 91/6 94/9 104/12 105/2 106/5 106/6 108/25 112/7 114/4 117/20 119/11 121/14 124/13 127/14 129/21 136/2 136/23 139/7 139/8 139/15 142/17 142/18 143/23
likelihood [1]   139/18
likely [4]   14/20 15/2 15/13 22/1 25/5 31/7 43/11 112/21
likes [1]   12/1
limine [23]   5/22 6/1 6/3 36/3 36/10 38/15 42/8 45/10 47/21 48/14 48/17 48/20 48/23 61/11 63/20 76/19 78/23 85/5 89/17 90/23 94/25 114/20 114/25
limit [3]   45/24 84/21 127/11
limitation [3]   73/18 117/6 134/12
limitations [1]   68/17
limited [14]   20/1 20/14 38/19 39/19 40/1 74/1? 76/9 77/18 89/21 116/22 116/24 117/2 136/21 139/12
limits [1]   31/2
line [8]   50/14 50/15 50/17 62/20 75/21 83/1 99/13 109/21
line and [1]   83/1
Lisa [1]   116/2
list [26]   79/1 79/10 79/11 79/21 80/2 80/13 82/4 86/15 92/9 93/4 95/1 96/5 96/9 96/9 98/5 99/7 104/15 112/4 115/13 115/16 117/20 118/23 119/1 127/10 127/17 129/17
listed [15]   4/7 31/22 79/24 90/20 92/12 99/21 115/18 115/22 115/23 115/25 116/2 116/4 116/6 117/13 117/23
listen [5]   61/12 124/20 124/23 126/2 126/22
listening [1]   27/17

**listing [1]**   4/19
literally [1]   135/8
litigating [1]   95/24
litigation [7]   33/23 34/3 37/2 60/17 72/11 74/20 118/3
little [19]   41/1 57/22 58/2 60/5 60/11 60/12 60/21 64/19 83/13 86/12 109/5 112/7 122/12 122/17 132/17 132/18 132/18 133/19 143/19
live [3]   79/23 85/8 90/14
LOA [1]   9/14
load [2]   80/17 101/17
Lobby [1]   26/20
local [13]   107/1 107/1 107/5 113/18 113/22 113/22 114/10 115/13 124/12 124/12 129/20 129/21 129/25
log [9]   92/11 92/12 92/14 92/16 92/18 92/19 92/20 93/11 93/12
logistical [1]   114/2
Lombard [1]   1/25
long [10]   17/11 45/18 58/23 98/2 103/22 117/2 123/8 127/15 129/14 131/12
longer [4]   2/12 10/16 24/13 119/14
look [9]   28/11 28/17 32/3 73/17 87/13 87/17 97/1 97/3 111/5
looked [6]   14/1 69/8 69/9 75/24 124/12 143/15
looking [8]   15/6 25/4 33/15 66/11 115/11 129/17 141/5 144/15
looks [2]   16/10 135/23
loose [2]   107/14 117/6
loose-leafs [1]   107/14
losing [1]   141/13
lost [1]   30/20
lot [9]   5/5 12/17 56/9 68/21 108/12 118/2 121/23 138/14 144/4
loves [1]   11/14
lower [2]   51/10 54/9
Lujan [2]   31/8 31/24
lunch [9]   78/18 78/18 78/18 80/4 80/9 86/18 115/6 115/7 123/5
luxury [1]   103/13
Lyall [2]   91/11 91/20

**M**

Madam [4]   109/5 110/8 140/24 140/25
made [17]   38/21 38/22 40/23 55/17 60/11 60/22 63/16 72/25 76/13 77/17 77/21 80/6 80/15 84/5 97/8 112/18 136/3
magazine [3]   37/11 41/3 42/9
main [2]   25/1 41/7
majored [1]   13/8
majority [1]   20/13
make [41]   5/5 10/13 10/14 12/13 14/8 19/10 25/9 25/22 27/1 38/9 39/23 44/20 53/4 58/20 59/18 62/11 62/15 64/12 67/7 67/10 72/14 72/24 74/24 75/8 76/5 89/2 100/3 102/12 102/17 109/21 110/9 111/13 119/19 120/1 120/14 128/9 128/13 131/4 141/7 141/20 144/13
makes [4]   11/19 20/13 62/14 81/18
making [11]   13/17 17/13 24/21 24/23 40/2 54/6 70/23 76/18 94/4 125/12 133/18
male [1]   11/1
males [1]   11/3
management [2]   52/7 53/16
many [16]   24/17 29/3 46/6 54/13 58/1 67/13 76/7 83/8 84/9 104/23 126/15 130/21 138/6 143/22 144/4 144/9
marine [8]   37/2 37/2 37/4 57/15 58/5 58/5 58/8 58/12
mark [1]   114/14
marked [6]   83/18 86/9 93/2 94/16 94/21 95/12 97/5 97/13 99/7
marking [1]   88/17
MARYLAND [4]   1/1 1/6 1/25 145/6
masking [1]   2/10
masks [2]   2/11 2/19
massive [1]   69/8 107/13 111/4
material [10]   19/17 19/21 22/15 27/9 32/4 33/20 34/12 34/14 69/8 138/4
materials [4]   1/11 5/14 5/16 6/5 6/16 7/18 14/5 16/1 18/10 26/16 27/14 28/2 31/20 32/6 32/7 34/8 34/9 34/13 35/7 45/20 47/9 47/13 48/19 48/19 52/9 54/11 54/16 54/24 55/9 56/19 56/20 57/13 57/20 63/13 63/25 64/11 65/8 66/11 70/13 71/13 75/2 78/23 82/21 87/6 91/1 91/15 95/15 96/12
matter [61]   1/11 5/14 5/16 6/5 6/16 7/18

# M

**matter...** [10] 12/1 38/24 52/10
101/12 102/11 105/18 107/12 120/24 129/24
130/16 130/20 142/22 145/9
**matters** [11] 38/16 41/7 41/8 41/21 49/2
51/14 54/4 66/1 92/6 125/21 126/25
**max** [1] 119/15
**maximize** [2] 139/18 140/9
**may** [71] 2/2 7/9 7/11 8/23 13/14 16/2
18/21 25/16 30/5 30/6 37/3 38/2 45/8
46/10 49/16 55/3 56/12 56/12 56/12 58/24
64/3 75/25 81/25 82/6 83/7 83/7 83/19
83/19 85/8 85/24 86/5 86/11 86/11 86/11
86/17 89/2 89/2 94/17 96/7 96/10 101/3
101/11 104/25 106/13 109/1 111/9 113/22
117/19 119/2 119/4 119/4 122/5 123/17
123/19 127/6 128/22 129/7 130/1 130/3
130/7 130/9 130/24 133/6 136/25 137/1
137/5 137/18 140/16 142/3 142/3 143/21
**maybe** [3] 80/1 85/25 109/1
**MCCARTHY** [4] 1/17 4/4 4/5 4/6
**me** [72] 2/16 12/21 4/24 5/12 5/20 11/9
12/13 12/15 12/16 24/4 24/4 24/14 20/22
25/10 27/16 34/1 35/10 39/16 39/24 43/2
43/25 44/7 46/12 46/13 46/16 47/20 49/20
55/6 55/12 56/19 63/13 64/22 69/7 70/20
73/20 75/17 83/25 85/22 89/5 89/13 92/14
93/6 97/4 98/4 99/14 109/6 109/10 109/16
109/17 115/15 117/15 117/15 118/22
119/12 125/2 125/16 125/18 128/11 128/11
128/15 131/22 134/3 135/7 135/9 135/17
141/2 141/11 141/13 141/18 142/12 143/25
144/3
**mean** [25] 14/8 35/16 43/1 44/2 50/9
54/19 55/9 55/18 55/23 55/24 57/4 60/9
75/17 84/3 89/1 95/9 96/24 101/3 105/10
110/20 121/2 125/16 127/20 132/25 143/6
**means** [10] 9/14 17/1 18/3 39/17 50/9
66/15 66/22 87/23 125/10 132/13
**meant** [2] 19/18 64/9
**mechanics** [1] 17/23
**MEDHA** [1] 1/21 4/25
**media** [5] 141/7 141/17 141/25 142/3
142/8
**medical** [18] 10/11 10/16 22/6 22/8 22/19
23/5 23/17 23/17 24/7 24/10 26/8 32/2
32/25 53/9 53/10 53/23 74/14 104/12
**medically** [12] 9/3 10/15 22/9 22/11 23/8
23/10 24/3 24/12 32/14 32/17 33/2 33/6
**meet** [6] 69/2 74/10 74/14 74/15 105/22
**meeting** [1] 131/22
**Melody** [1] 115/22
**member** [43] 8/9 8/14 8/18 9/4 9/9 9/18
9/20 9/24 10/13 10/14 10/15 10/18 10/20
10/24 11/11 11/22 12/1 12/6 12/7 13/4
13/4 13/4 13/12 13/14 14/3 14/7 22/10
22/15 22/17 22/25 23/1 23/7 24/8 24/11
32/11 32/23 33/1 33/4 34/4 34/15 42/10
53/3 143/3
**members** [42] 6/21 6/24 7/24 8/4 8/16 9/2
10/1 11/20 14/10 16/16 17/3 17/9 18/10
18/25 20/7 20/17 20/19 20/22 21/4 22/2
22/4 22/14 30/1 30/19 31/14 31/18 31/22
32/2 32/8 33/3 34/4 34/15 34/18 34/19
34/25 41/10 66/15 70/15 106/11
137/11 138/3
**Members'** [1] 19/24
**membership** [2] 28/12 33/21
**memorandum** [6] 7/15 30/24 35/25 46/22
48/13 50/6
**memorialized** [1] 41/24
**MENDEZ** [10] 1/21 4/25 5/4 40/9 40/12
40/13 42/3 45/4 45/7 46/16
**mental** [1] 64/2
**mentioned** [4] 9/5 13/17 27/20 35/2
**Merit** [1] 145/4
**merits** [5] 17/25 18/2 19/19 88/20 139/22
**method** [2] 9/10 9/25
**methodology** [8] 54/16 65/2 65/3 65/4
71/19 73/24 80/25 100/24
**MICHAEL** [2] 1/15 3/8
**middle** [5] 15/16 15/24 56/15 79/16
118/25
**middle-schoolers** [1] 15/16
**midnight** [1] 106/20
**midshipmen** [1] 73/9
**midway** [1] 38/22
**might** [16] 9/2 32/17 38/1 43/21 44/3
52/1 59/11 88/9 89/4 105/19 105/21
111/13 115/6 116/13 139/9 143/20

**military** [52] 34/5 37/12 41/20 43/24
47/2 47/18 49/2 50/4 50/15 50/22 51/8
51/16 51/16 51/18 51/25 51/25 52/5 52/9
53/11 53/12 53/14 53/9 53/24 54/6 54/11
55/5 55/4 55/10 55/7 56/12 56/24 57/2
57/17 58/3 58/24 59/7 59/12 60/6 61/10
61/13 62/8 64/9 71/23 71/25 88/1 88/2
97/20 99/11 124/25 125/20 126/25 126/25
**mind** [1] 69/23
**minds** [1] 102/21
**mini** [1] 47/24
**mini-trials** [1] 47/24
**minimal** [1] 37/9 39/14 74/11
**minimally** [9] 38/1 39/9 42/19 43/7 43/9
44/16 47/3 47/9 74/10
**minimum** [6] 10/6 10/10 22/3 49/11 81/15
138/3
**minor** [1] 134/23
**minorities** [1] 70/5
**minority** [3] 63/17 66/16 69/16
**minute** [8] 42/5 45/5 78/16 78/20 123/9
123/11 127/18 144/2
**minutes** [5] 2/3 77/17 114/22 121/16
127/17
**missed** [1] 128/8
**misses** [1] 19/9
**missing** [2] 4/10 62/11
**mistaken** [2] 38/4 38/7
**misunderstand** [1] 7/21
**mobile** [2] 129/22 130/22
**modified** [1] 77/14
**Mogadishu** [1] 50/11
**moment** [1] 99/14
**Monday** [7] 2/8 110/4 112/14 118/16
142/13 144/16 144/17
**monitor** [1] 137/23
**monopoly** [1] 53/14
**months** [3] 46/7 46/9 119/18
**months** [1] 63/6
**more** [37] 8/12 17/21 20/14 22/1 35/9
38/14 43/11 45/22 46/8 57/22 60/20 63/25
67/20 69/9 70/7 70/8 72/11 81/5 86/12
90/1 94/5 102/6 112/12 112/12 112/22
113/11 119/4 120/2 120/5 121/16 122/23
123/22 125/10 132/18 136/9 139/8 142/20
**morning** [22] 2/2 3/2 3/4 3/6 3/8 3/11 3/25
4/4 4/22 5/19 14/4 14/9 15/16 36/9 37/18
45/7 45/8 65/16 65/17 69/7 123/1 123/4
123/6 123/13
**MORTARA** [17] 1/14 3/6 3/7 18/22 18/23
107/24 108/8 109/14 111/2 112/8 112/18
116/8 124/24 126/18 131/10 132/3 140/23
**Mortara's** [1] 122/9
**most** [6] 3/14 16/13 26/18 29/4 73/16
81/18
**motion** [73] 5/13 5/21 5/22 5/25 6/3 6/9
6/13 6/14 7/10 18/1 21/23 32/10 33/18
35/22 35/24 36/3 36/10 36/10 37/22 37/25
38/12 38/15 38/19 42/8 45/10 45/15 46/5
46/7 46/20 47/21 48/14 48/16 48/17 48/20
48/21 48/22 48/23 49/24 51/21 58/6 59/9
60/15 61/11 62/21 63/10 64/17 65/7 76/9
76/19 77/11 78/23 79/5 80/14 81/21 84/5
84/5 86/24 87/4 89/12 89/17 90/21 92/3
93/10 94/22 94/25 97/12 100/3 101/14
104/8 105/8 113/14 114/20 114/24
**motion that** [1] 60/15
**motions** [10] 1/11 2/6 2/23 5/13 28/15
29/24 115/2 121/21 121/23 139/6
**mountain** [1] 72/17
**move** [10] 14/14 19/4 19/19 48/24 49/4
64/11 68/2 131/23 131/24 135/8
**moved** [6] 25/23 37/13 41/18 76/8 80/12
86/24
**movement** [1] 34/13
**moves** [3] 142/6 142/7 143/1
**moving** [3] 42/12 122/2 122/6
**Mr** [16] 3/10 3/25 4/2 4/4 4/6 18/19
18/19 18/25 24/18 40/13 49/21 71/13
79/14 102/19 112/8 140/23
**Mr.** [112] 3/4 3/7 3/14 3/21 5/4 7/7 7/16
11/25 16/21 18/15 18/17 18/22 19/13
22/25 27/12 29/20 29/21 30/22 36/5 36/5
36/13 37/15 38/4 40/6 40/9 40/12 42/3
45/4 45/5 45/7 46/16 46/17 49/5 49/14
49/22 50/1 58/17 58/18 59/11 60/11 63/12
64/11 65/18 65/22 68/7 68/9 68/13 68/18
71/11 71/16 71/24 72/4 73/13 73/22 76/7
76/6 76/21 77/19 78/8 79/7 85/12 85/15
87/23 88/10 88/11 90/4 92/17 94/11 95/4

95/19 96/11 97/12 98/25 99/25 101/21
101/24 103/7 103/7 103/7 104/12 104/24
104/24 107/24 108/9 109/16 109/14
117/17 117/19 117/21 118/18 116/8 116/13
117/15 120/23 122/9 122/14 124/24 126/18
127/8 128/12 128/13 128/23 129/5 129/8
131/10 131/14 132/3 132/5 132/6 134/9
135/2
**Mr. Carmichael** [6] 18/17 49/14 49/22
58/17 59/11 64/11
**Mr. Connolly** [5] 37/15 38/4 45/5 46/17
103/7
**Mr. Gardner** [20] 36/13 40/6 79/7 85/15
88/10 90/4 95/19 97/12 99/25 101/24
101/24 112/17 116/13 120/23 127/8 128/13
117/15 120/23 122/9 122/14 124/24 126/18
127/8 128/12 128/13 128/23 129/5 129/8
131/10 131/14 132/3
**Mr. Hasson** [3] 3/21 104/20 105/8 105/13
128/23 129/5 129/8
**Mr. Hasson's** [1] 131/14
**Mr. Kahlenberg** [13] 50/1 65/18 68/7 68/9
68/13 68/18 71/24 72/3 73/13 73/22 76/6
77/19 78/8
**Mr. Kahlenberg's** [3] 65/22 71/16 76/21
**Mr. Mendez** [7] 5/4 40/9 40/12 42/3 45/4
45/7 46/16
**Mr. Mortara** [12] 3/7 18/22 107/24 108/8
109/14 111/2 112/18 116/8 124/24 126/18
131/10 132/3
**Mr. Mortara's** [1] 122/9
**Mr. Norris** [10] 3/14 7/7 7/16 11/25
16/21 18/15 29/21 30/22 36/5 103/7
**Mr. Richard** [1] 49/5
**Mr. Robinson** [5] 19/13 22/25 27/12 29/20
36/5
**Mr. Strawbridge** [21] 3/4 58/18 60/11
63/12 71/11 76/3 85/12 87/23 88/11 92/17
94/11 95/4 96/11 98/25 101/21 105/4
105/16 107/12 117/15 122/14 128/12
**Ms** [2] 5/3 134/20
**Ms.** [19] 2/16 19/8 27/17 49/25 64/12
65/11 65/15 69/10 73/5 76/4 77/7 102/18
104/18 110/11 123/14 123/7 128/16 128/17
134/15
**Ms. Herndon** [1] 2/16
**Ms. Hudson** [2] 27/17 110/11
**Ms. Thomas** [3] 19/8 123/14 134/15
**Ms. Yang** [13] 49/25 64/12 65/11 65/15
69/10 73/5 76/4 77/7 102/18 104/18 125/7
128/16 128/17
**much** [36] 18/15 19/11 20/14 29/19 30/22
39/17 45/3 46/16 57/9 58/16 60/5 60/13
64/10 64/23 66/7 67/3 71/9 71/12 76/2
77/7 78/19 83/20 99/12 107/23 121/12
123/21 126/24 129/10 136/16 136/20 137/3
138/21 140/20 142/20 143/20 144/18
**multiple** [4] 29/12 29/15 29/18 139/16
**must** [10] 31/4 31/5 31/6 31/14 47/2
50/20 51/6 51/25 129/20 130/8
**my** [86] 3/25 4/24 7/20 8/12 9/2 9/8 11/9
11/9 12/25 14/2 14/5 20/22 23/16 27/17
28/7 37/5 40/8 40/14 41/1 43/15 44/5
45/12 47/13 49/25 50/6 54/3 54/15 54/21
55/9 56/2 56/7 67/6 69/8 69/9 71/15
72/14 73/12 75/19 76/12 76/24 77/13
78/17 79/25 83/4 83/7 83/12 83/20 84/13
91/7 92/8 96/4 96/9 98/11 98/17 100/24
102/25 103/5 104/15 104/20 108/11 109/6
109/9 109/20 120/4 120/7 120/13 120/14
122/23 124/6 125/22 127/10 129/17 129/17
131/10 131/15 131/19 133/9 134/17 135/2
135/5 135/16 141/11 141/11 141/17 142/6
143/8
**myself** [4] 12/16 38/10 142/21 143/18

# N

**name** [5] 3/25 61/23 64/6 108/9 139/2
**named** [1] 90/5
**names** [2] 44/22 48/1
**narrow** [2] 7/12 59/15 59/22 137/3
**narrowly** [2] 55/13 73/13
**National** [3] 41/19 48/8 49/3
**nature** [5] 59/25 119/3 134/8 140/4
140/16
**naval** [48] 1/6 2/4 4/14 4/18 6/25 6/25
8/7 8/10 8/17 8/18 9/11 10/6 11/18 12/9
12/12 12/16 14/2 19/25 20/2 20/7 20/10
20/20 20/24 23/11 25/15 27/3 32/12 34/7
48/9 49/7 57/14 65/10 65/19 66/7 66/12
66/13 66/16 67/3 68/10 68/19 71/4 72/2
72/16 72/18 72/24 74/12 78/2 139/24

**N**

navigate [1] 21/23
Navy [21] 4/16 5/23 10/18 10/24 12/18
23/7 24/2 24/13 25/3 25/17 36/19 36/21
36/22 36/25 37/4 37/12 39/7 40/19 45/17
45/18 60/20
nearly [1] 45/17
Nebraska [2] 70/3 70/16
necessarily [7] 9/14 23/20 70/13 82/11
86/4 92/22 133/8
necessary [5] 6/22 77/6 95/11 95/14
119/4
necessitated [1] 88/21
need [47] 4/9 19/22 23/16 24/18 25/24
26/18 27/3 33/1 35/17 41/20 48/1 48/10
48/11 58/23 60/3 67/16 68/25 71/12 74/22
75/8 76/14 77/2 77/25 78/14 79/10 79/24
81/25 97/4 100/10 103/24 104/8 105/1
106/24 108/11 108/24 109/24 109/25
113/21 113/24 117/7 120/2 123/12 126/17
134/25 135/11 141/4 143/24
needed [1] 63/4
needs [3] 60/18 66/18 118/12
negative [2] 59/14 59/25
negotiate [1] 112/15
neither [5] 31/17 56/22 59/18 90/2 98/14
nerve [1] 70/20
nervous [1] 136/3
networking [1] 12/19
neutral [5] 65/20 66/12 66/13 75/22 76/7
never [16] 19/9 21/17 30/7 58/12 87/6
89/3 93/3 95/23 96/1 96/2 96/2 101/7
116/18 119/11 119/14 129/21
new [1] 28/1
news [9] 74/1 79/23 100/11 100/13 100/20
100/23 101/2 101/15 102/2
newspaper [3] 56/2 105/9 142/25
next [11] 8/25 11/9 14/13 25/3 78/13
90/4 111/25 112/5 112/6 118/25 120/21
nice [12] 3/4 3/7 3/10 3/12 3/14 3/24
4/2 4/6 5/1 5/3 18/19 49/16
night [1] 109/15
nightmare [1] 114/2
nine [2] 25/15 70/8
no [108] 1/4 2/5 2/12 2/18 6/20 10/9
10/16 11/23 12/3 16/15 16/16 19/22 21/1
21/11 21/13 21/17 21/24 23/4 24/4 24/13
25/24 26/18 26/21 27/5 27/6 27/21 27/24
29/5 30/4 30/19 32/3 32/4 32/14 32/16
32/19 32/21 34/1 34/12 35/13 36/6 36/7
42/14 42/21 46/8 46/11 47/6 47/20 53/6
61/17 63/1 64/5 66/11 67/18 69/6 71/21
73/17 74/22 80/6 80/6 80/6 80/23 80/23
84/4 85/14 85/22 88/24 90/18 90/18 90/18
90/23 92/2 97/19 99/14 99/15 100/24
100/25 101/16 107/1 107/22 108/8 110/19
110/19 113/15 113/21 114/13 118/5 118/24
123/9 124/4 124/19 126/5 127/14 132/2
132/12 133/2 133/2 133/2 133/4 135/12
136/8 137/9 137/11 140/7 140/24 141/7
142/1 143/7 143/16
nobly [1] 37/5
nobody [3] 27/19 107/19 108/23
nominate [1] 10/1
nominated [10] 9/24 26/10 66/9 69/11
70/5 70/10 70/14 70/16 70/22 71/14
nominating [2] 9/20 66/16
nomination [15] 9/10 9/16 9/22 22/20
26/7 66/5 66/8 66/15 67/2 69/11 69/15
70/12 74/13 78/4 78/6
nominations [6] 9/19 9/25 69/21 70/3
73/7 73/8
nominee [1] 26/11
non [1] 50/12
non-judicable [1] 50/12
nondisclosure [2] 82/1 82/2
None [1] 60/2
nonjudiciability [1] 53/2
normally [1] 133/18
NORRIS [14] 1/16 3/11 3/12 3/14 7/7 7/16
11/25 16/21 18/15 18/25 29/21 30/22 36/5
103/7
North [2] 27/13 70/3
NORTHERN [1] 1/2
not [289]
note [24] 5/12 13/17 21/19 31/23 37/10
60/11 60/12 60/14 61/6 63/12 69/6 75/7
77/20 81/14 87/6 93/18 104/22 107/9
115/12 125/9 137/8 137/9 137/20 138/1
notebook [1] 111/4

notebooks [1] 108/16
noted [12] 27/17 29/10 34/20 39/1 79/21
80/15 105/23 113/1 113/16 119/8 119/10
119/18
notes [4] 1/23 87/18 102/16 107/12
nothing [9] 46/19 62/4 62/12 64/14 88/22
115/1 131/6 132/4 142/18
notice [4] 70/7 91/5 96/18 126/12
notices [1] 95/2
noting [2] 41/19 49/7
November [3] 36/17 37/10 40/17
November 2020 [1] 37/10
now [36] 8/18 8/25 9/7 10/11 10/20 11/5
11/21 13/8 13/10 22/14 22/25 26/19 26/22
27/6 27/8 28/15 30/16 36/14 38/14 40/4
46/9 66/24 71/13 76/18 76/18 78/22 85/3
85/23 97/23 106/16 106/19 110/25 111/10
118/9 121/9 124/1
nudge [1] 121/16
number [24] 5/17 5/24 6/1 6/3 6/14 14/2
20/17 48/14 48/16 48/17 62/9 69/23 70/4
70/22 75/12 78/24 81/6 106/1 106/14
113/18 113/25 114/9 118/9 119/21
nutshell [1] 7/4

**O**

object [2] 144/10 144/11
objection [10] 6/7 94/4 101/9 104/16
106/2 107/8 109/5 109/13 126/5 144/12
objections [7] 80/25 81/9 81/11 86/12
104/25 113/15 114/13
obligation [2] 94/2 131/11
obligations [2] 93/19 131/14
obscure [1] 101/6
observation [1] 116/10
observed [2] 113/4 125/12
obtained [1] 88/2
obvious [3] 24/20 31/19 118/3
obviously [23] 5/4 47/10 58/24 59/2 62/2
62/20 73/23 74/2 74/9 76/7 80/21 81/12
83/2 101/18 105/21 107/14 118/20 126/6
138/24 143/2 143/11 143/19 143/20
occasion [4] 22/11 38/11 94/18 96/19
occasionally [2] 97/7 121/15
occasions [1] 92/21
occur [2] 47/16 48/4
occurs [1] 125/16
October [2] 120/11 120/13
odds [1] 97/10
off [14] 14/8 24/12 62/18 74/6 89/22
107/22 109/23 111/8 112/11 120/8 124/6
127/23 130/8 139/8
offer [10] 21/6 47/23 58/9 76/15 88/15
89/21 93/3 104/21 105/17 117/1
offered [8] 63/25 64/2 66/3 73/14 76/16
82/20 87/5 117/7
offering [2] 87/12 87/15
offers [2] 65/18 76/7
office [1] 75/14
officer [18] 12/4 12/19 24/3 25/3 25/7
25/18 36/12 36/19 36/21 37/2 37/3 37/4
40/5 45/18 48/10 53/4 54/24 56/6
officers [4] 39/8 55/10 64/17 97/24
Official [1] 1/24 145/1 145/16
officials [3] 61/10 97/20 112/11
often [2] 43/19 104/11
Oh [2] 108/22 128/5
okay [43] 3/19 4/8 8/3 8/22 11/8 12/11
13/8 13/24 14/7 14/12 18/15 29/19 36/2
38/24 41/11 42/5 48/19 49/21 50/22 54/3
72/22 85/4 94/12 99/5 100/9 104/17
108/25 110/24 111/18 113/5 117/18 119/16
124/5 124/15 127/18 128/17 129/18 131/4
131/9 134/20 137/7 141/7 144/14
old [3] 38/20 128/24 129/1 141/14
older [3] 103/1 112/20 113/7
once [10] 17/18 36/22 106/23 107/3 111/7
116/12 117/4 140/20 142/5 142/5
one [77] 6/21 8/7 8/24 9/19 14/2 15/24
16/15 16/17 21/3 21/7 22/11 23/22 27/21
28/6 29/5 31/4 32/1 35/15 36/19 38/21
38/21 47/24 51/19 55/25 66/8 67/3 69/9
70/24 84/13 90/7 91/3 92/8 95/22 97/19
100/2 100/9 100/10 100/25 101/16 102/4
102/24 104/4 104/19 105/10 106/22 108/2
108/7 109/6 109/9 110/18 110/19 110/20
110/25 113/13 113/25 118/9 119/13 119/13
119/17 122/22 123/13 123/19 126/5
127/7 127/11 128/24 129/1 129/2 134/12
135/16 137/20 141/2 141/10 143/10 143/14

143/23
one's [1] 43/23
one-page [1] 107/12
ones [2] 3/19 52/15
only [37] 4/7 15/5 17/2 17/6 21/3 23/17
25/24 31/19 37/22 38/19 39/7 44/4 44/20
59/1 63/10 64/9 67/24 68/13 89/5 89/24
90/14 91/18 93/2 93/3 94/21 99/2 103/5
109/24 116/9 116/12 117/4 117/13 125/24
127/6 127/10 135/16 144/4
op [1] 100/13
op-ed [1] 100/13
Opdorp [5] 61/22 64/6 64/8 65/1 77/21
open [6] 74/9 120/12 124/8 138/14 138/15
142/2
opening [5] 118/16 127/19 128/6 128/10
128/14
openings [2] 127/11 127/22
operational [2] 52/7 53/16 54/9
operations [2] 25/15 55/4
opine [6] 54/22 68/18 72/1 78/1 86/2
125/4
opined [2] 40/18 57/15
opining [4] 57/3 71/16 98/15 101/7
opinion [43] 27/21 30/25 34/22 35/11
35/20 44/11 48/13 49/6 50/6 50/24 50/25
52/5 52/19 56/17 62/6 62/7 65/19 68/20
69/1 71/18 72/12 76/15 76/17 76/19 76/23
77/10 78/11 88/8 89/3 98/23 99/11 102/14
103/8 103/18 103/24 104/1 108/13 108/14
119/15 125/21 128/22 141/23 142/6
opinions [18] 27/21 28/1 28/11 28/14
51/13 58/7 58/11 58/14 62/8 62/13 64/19
64/25 76/7 84/16 88/4 88/5 99/17 141/8
opponent [3] 93/5 94/17 95/10
opportunities [1] 12/19
opportunity [10] 14/21 14/22 43/15 43/22
44/6 45/6 87/9 87/9 98/2 123/14
opposed [2] 25/17 69/16 97/21 111/3
opposing [1] 124/23
opposition [10] 75/11 81/14 88/15 95/3
95/23 96/13 96/21 97/15 100/18 104/20
option [1] 43/7
oral [7] 27/18 33/16 34/20 34/25 35/18
84/21 84/23
orange [1] 121/13
order [34] 2/22 2/24 6/6 7/15 26/12
30/14 35/25 39/21 41/22 51/14 51/24
53/15 62/17 84/11 86/17 93/13 93/18
93/22 105/19 107/13 111/24 115/12 115/17
117/16 117/20 117/25 118/6 118/9 120/21
122/6 129/25 132/25 133/7 136/17
ordered [4] 11/23 12/22 13/21 15/1
orderly [1] 142/24
ordinarily [1] 108/1
organization [3] 28/13 31/10 31/14
organization's [1] 31/16
Orloff [1] 50/13
other [57] 4/8 11/10 11/22 12/25 14/1
21/18 29/13 29/16 41/16 44/23 45/12
54/20 56/1 57/10 61/16 62/12 62/24 63/15
63/22 66/25 67/5 67/6 67/7 69/4 70/4
70/24 72/16 72/19 73/16 74/13 75/15 76/7
76/7 83/1 84/22 85/23 91/18 92/6 93/12
95/8 99/14 101/1 101/11 102/24 109/15
110/23 118/5 118/10 118/13 119/5 124/11
125/3 127/10 128/18 136/25 137/11 142/20
others [2] 77/22 114/5
otherwise [10] 17/3 18/10 31/14 73/8
102/8 103/19 103/21 130/6 142/2 143/8
our [64] 7/21 8/16 9/2 11/20 14/10 16/16
18/3 18/25 20/14 20/25 21/10 26/3 30/1
30/1 30/2 30/19 37/25 38/18 39/2 39/11
47/19 49/24 52/19 53/12 58/6 58/11 58/22
59/9 60/15 65/21 68/22 74/24 75/11 76/9
79/5 81/8 81/9 81/21 84/5 85/17 87/4
88/15 88/16 94/3 100/3 103/20 107/1
107/1 108/1 108/2 110/10 111/10 114/16
116/11 117/16 120/19 122/8 126/8 126/12
126/15 135/25 137/25 139/5 141/19
out [40] 2/10 2/19 3/13 5/3 5/9 11/5
22/21 30/13 40/13 40/14 40/14 47/17 55/7
58/3 62/4 70/7 70/23 75/16 82/20 106/9
110/11 111/18 111/23 121/4 121/10 122/6
122/18 123/20 126/16 126/20 127/5 131/24
134/22 136/13 137/13 138/8 141/23 143/17
143/18 144/14
outset [1] 77/6
outside [6] 52/9 52/9 112/15 130/3
130/12 137/22

## O

**outsiders [1]** 04/13
**outstanding [2]** 77/3 104/19
**over [25]** 2/22 7/2 10/8 11/21 11/21
12/13 14/4 34/3 34/22 40/20 45/17 70/8
74/20 84/3 108/12 110/6 113/4 119/8
129/24 135/12 135/23 136/2 142/5 142/5
142/22
**overall [1]** 70/21
**overcome [1]** 14/5
**overlooked [1]** 104/11
**overruled [1]** 109/13
**oversubscribed [1]** 15/22
**own [13]** 6/22 17/4 18/7 18/8 18/11 21/5
31/15 31/22 33/12 34/16 50/21 56/5 62/8

## P

**p.m [2]** 78/21 144/20
**P281 [1]** 87/1
**page [6]** 21/19 88/15 100/4 100/20 111/4
145/9
**Page 5 [1]** 88/15
**Page 6 [1]** 21/19
**paging [1]** 108/16
**paid [1]** 87/19
**Paper [9]** 5/17 5/24 6/1 6/3 6/14 48/14
48/16 48/17 78/24
**papers [6]** 29/10 39/12 60/7 66/24 68/22
88/6
**Paragraph [2]** 87/17 87/24
**Paragraph 2 [1]** 87/17
**pardon [2]** 40/14 47/12
**Parents [2]** 15/15 30/8
**part [14]** 11/4 23/21 29/18 38/13 39/1
56/7 61/16 63/10 74/9 74/23 75/20 96/14
98/12 107/15
**Partial [5]** 5/14 6/13 33/18 35/22 48/16
**participating [1]** 32/12
**participation [1]** 31/18
**particular [17]** 8/15 12/24 14/6 32/10
33/11 40/22 51/8 52/14 53/24 56/4 66/4
70/4 70/17 76/21 76/22 84/24 88/12
**particularly [21]** 3/13 25/10 46/13 48/9
50/20 55/3 62/7 63/24 64/25 67/14 67/17
76/20 100/14 104/12 112/2 133/20 135/6
139/9 139/25 142/11 142/16
**parties [23]** 2/16 26/14 65/24 66/21
67/22 81/25 88/6 93/18 95/13 105/22
114/13 122/15 126/16 136/10 136/12
136/15 136/22 136/24 137/2 138/25 139/20
140/11 140/15
**parties' [2]** 67/25 89/15
**parts [4]** 9/8 30/17 62/6 62/7
**party [8]** 62/17 93/4 94/4 94/17 95/9
95/10 96/19 97/9
**party's [1]** 95/4
**pass [1]** 59/13
**passing [1]** 28/16
**past [5]** 36/23 60/4 64/2 88/2 123/22
**patently [1]** 24/20
**patient [1]** 121/13
**PATRICK [2]** 1/15 3/2
**pausing [1]** 124/24
**paying [1]** 12/16
**pending [1]** 5/13
**Pentagon [1]** 112/3
**people [28]** 10/2 11/12 11/14 16/11 39/23
39/24 47/6 62/12 63/2 63/4 63/15 70/14
73/16 90/13 90/25 98/15 99/17 100/16
103/10 108/19 110/11 121/17 125/1 125/17
125/20 126/25 127/23 140/4
**per [1]** 7/3
**percent [9]** 10/1 16/9 16/10 16/12 16/14
25/14 25/15 120/17 121/9
**perception [2]** 47/25 54/4
**perfectly [6]** 24/1 25/21 101/10 111/19
111/20 138/7
**perform [1]** 130/5
**perhaps [6]** 12/2 18/7 26/18 44/3 86/2
138/11
**period [4]** 89/8 119/20 128/4 141/23
**permission [1]** 135/15
**permit [3]** 41/7 77/22 78/8
**permits [1]** 103/21
**permitted [6]** 41/13 56/17 77/16 90/19
98/14 130/7
**person [13]** 3/13 4/7 22/20 29/11 29/15
29/18 35/13 86/5 90/22 135/22 138/11
139/16 143/23
**personal [8]** 22/21 37/9 43/23 45/16

**personally [5]** 118/1 136/23 139/2 139/11
14
**personally-identifiable [3]** 136/23 139/2
139/11
**personnel [1]** 54/13
**persons [1]** 63/15
**perspective [1]** 139/5
**persuade [2]** 52/1 111/9
**persuasive [1]** 46/9
**pertinent [2]** 139/3 139/22
**pervasive [1]** 20/12
**phase [1]** 88/20
**philosophy [1]** 81/8
**phones [2]** 129/22 130/22
**photographed [2]** 130/2 130/11
**phrase [1]** 111/6
**physical [1]** 74/15
**PI [2]** 95/23 132/9
**pick [1]** 78/17
**picked [1]** 27/19
**picking [2]** 120/17 142/13
**piece [4]** 68/8 68/10 76/9 76/22
**pieces [1]** 100/13
**PII [1]** 139/10
**place [1]** 99/21
**placed [2]** 32/8 33/2
**places [3]** 14/1 50/10 70/4
**plaintiff [32]** 1/4 1/14 2/25 6/15 7/1
31/4 32/9 34/17 35/4 37/21 40/1 45/21
46/3 46/5 49/19 64/24 86/23 90/18 91/14
94/7 115/2 115/20 115/22 115/23 115/25
116/3 116/4 116/6 116/25 121/8 122/11
126/11
**plaintiff's [26]** 5/13 6/1 6/12 20/6
20/17 33/18 37/14 45/10 45/15 48/16
48/17 48/20 48/23 51/13 65/12 68/14
79/13 80/13 89/17 90/21 93/19 114/17
117/9 117/10 121/19 121/24
**Plaintiffs [18]** 5/16 33/2 35/25 37/8
52/3 52/21 55/19 58/9 81/22 81/23 93/24
102/7 104/2 109/4 111/11 115/18 116/17
122/17
**Plaintiffs' [4]** 5/22 35/22 36/3 36/10
**plan [2]** 58/9 78/17
**planned [1]** 79/18
**planning [1]** 99/1
**plaque [1]** 141/11
**plausible [3]** 51/23 55/8 55/8
**play [5]** 26/4 26/6 26/7 26/8 26/9
**plays [3]** 21/1 21/10 21/17
**pleading [2]** 96/19 97/8
**pleadings [2]** 92/6 95/9
**please [3]** 45/8 109/16 110/21
**pleasure [2]** 6/11 124/9
**plenty [2]** 99/17 121/17
**podium [5]** 5/10 6/10 49/17 79/17 135/14
**point [75]** 11/9 14/18 19/19 19/23 20/4
25/21 31/15 35/3 36/19 47/11 49/18 51/15
53/25 54/21 55/9 55/15 57/6 57/8 59/18
61/1 61/11 63/1 67/10 69/11 70/9 70/17
70/21 73/12 73/15 73/19 74/2 74/19 74/25
75/19 76/11 76/13 76/16 76/18 76/24 80/6
80/9 83/4 84/2 85/12 90/15 91/7 92/16
93/10 94/4 94/5 94/19 94/21 94/24 95/19
95/21 96/19 97/6 99/25 102/3 102/6
102/18 103/5 108/11 109/20 116/8 120/13
121/15 122/9 125/22 127/16 129/23 132/3
133/5 133/9 144/8
**pointedly [1]** 109/10
**points [15]** 20/3 51/2 58/20 72/25 72/25
**policies [1]** 2/10
**policy [7]** 35/6 50/15 50/19 62/9 83/7
88/3 130/9
**pool [5]** 70/21 73/17 73/18 78/2 78/5
**pools [2]** 74/16 74/17
**portion [4]** 49/5 49/24 65/8 65/21
**portions [4]** 19/4 82/6 83/12 137/12
**position [16]** 5/15 11/12 13/18 15/12
20/11 20/14 20/25 26/4 27/24 32/17 32/21
36/18 88/21 90/10 99/23 102/7
**positions [4]** 95/16 95/24 97/2 97/24
**positive [1]** 61/4
**possess [1]** 31/3
**possibility [4]** 10/11 89/4 116/19 122/5
**possible [3]** 97/13 136/21 137/3
**postpone [1]** 25/6
**postponing [1]** 25/2
**posttrial [2]** 132/10 133/3
**posture [1]** 30/3

**potential [1]** 23/5
**potentially [2]** 97/24 110/22
**pounding [1]** 141/12
**power [1]** 44/15
**powers [2]** 52/13 57/1
**practical [5]** 67/20 84/7 84/11 94/5
94/10
**practice [1]** 83/20
**practiced [1]** 96/2
**practices [1]** 33/25
**practicing [1]** 96/22
**preadmission [1]** 105/23
**preadmit [2]** 106/16 113/14
**preadmitted [1]** 106/24
**precautions [1]** 19/7
**precedent [1]** 45/13
**precise [1]** 31/11
**precisely [1]** 72/20
**preclude [4]** 19/17 23/22 26/3 49/8
**precluded [2]** 49/11 84/17
**precludes [1]** 23/21
**preeminent [1]** 72/3
**prefer [6]** 7/9 81/4 85/1 110/17 111/18
132/14
**preference [8]** 11/16 30/11 83/23 106/16
106/23 110/16 114/12 137/4
**preferential [1]** 57/16
**prejudice [5]** 44/18 44/25 44/25 45/14
45/21
**prejudiced [1]** 16/3
**prejudicial [2]** 43/14 43/20
**preliminarily [1]** 38/5
**preliminary [12]** 6/10 7/10 50/7 62/18
62/18 79/5 86/24 87/14 88/19 95/3 95/7
105/7
**premature [1]** 81/10
**preparation [1]** 141/12
**prepared [5]** 69/24 71/2 92/14 105/1
119/22
**preparer [2]** 82/13 83/17
**present [3]** 4/21 82/13 121/22
**presentation [2]** 108/15 138/17
**Presentations [1]** 75/15
**presented [3]** 75/9 100/25 139/21
**presenting [2]** 27/23 28/8
**presently [1]** 36/12
**preserve [2]** 39/23 40/3
**president [1]** 30/1
**presiding [2]** 2/13 130/1 130/7
**press [1]** 141/8
**pressed [2]** 24/1
**pressures [1]** 143/2
**prestigious [1]** 12/17
**presumably [1]** 35/20
**presume [1]** 118/21
**presumed [1]** 127/19
**presumption [2]** 85/11 134/24
**pretrial [16]** 1/11 2/7 2/24 6/6 80/18
84/10 86/17 93/18 93/22 105/19 107/12
107/13 115/12 132/24 133/3 133/7
**pretty [12]** 33/17 51/22 78/11 78/19
97/17 104/7 113/9 121/13 124/8 126/19
126/24 141/15
**previous [3]** 31/13 79/5 119/17
**previously [8]** 2/10 20/24 34/18 36/17
36/18 50/3 59/6 93/1
**pride [1]** 142/21
**principal [1]** 26/11
**principle [1]** 52/17
**principles [2]** 50/4 100/3
**prints [1]** 109/10
**prior [5]** 36/18 61/10 74/4 74/20 90/20
**privacy [1]** 138/8
**privately [1]** 126/16
**privilege [10]** 92/11 92/12 92/14 92/16
92/18 92/19 92/20 93/1 93/11 93/12
**probabilities [1]** 21/25
**probably [6]** 35/15 38/23 101/9 106/12
122/23 127/18
**probative [12]** 37/9 43/11 47/3 47/4 47/4
47/5 47/22 48/7 49/9 65/23 66/23 68/21
**problem [8]** 60/4 69/14 89/10 90/18
101/20 124/19 135/10 136/8
**Procedure [1]** 45/24
**procedures [1]** 77/25
**proceed [2]** 94/10 118/17
**proceeding [2]** 4/11 45/14
**proceedings [4]** 130/1 130/6 130/11 145/8
**proceeds [1]** 97/3
**process [36]** 7/1 7/2 8/8 9/8 9/12 9/17

**P**

process... [28]  9/3 14/16 14/17
14/19 14/23 17/24 18/4 20/1 20/2 20/11
20/12 21/11 21/17 26/1 26/5 26/17 27/4
67/24 69/11 70/12 74/10 78/4 78/6 97/22
139/13 139/14 140/12 142/17 143/5
**processes [1]** 26/15
**produced [3]** 92/20 136/16 139/16
**profession [1]** 141/19
**professional [1]** 51/7
**professionally [1]** 135/6
**professionals [4]** 51/22 57/19 61/21
118/12
**proffer [1]** 21/6
**proffered [2]** 6/21 12/2
**proffering [4]** 9/18 33/6 57/23 71/1
**profound [1]** 98/11
**program [4]** 11/5 23/16 32/12 32/13
**programs [1]** 12/2
**projecting [1]** 73/6
**pronouncing [2]** 61/23 108/8
**proper [1]** 77/5
**proponent [1]** 56/13 117/5
**proportion [1]** 66/17
**proposed [12]** 6/6 79/1 85/6 93/22 132/10
132/12 132/15 132/21 133/5 133/12 133/23
134/4
**propounding [1]** 84/21
**prospective [1]** 35/12
**protect [1]** 31/16
**protection [1]** 35/7
**protective [2]** 62/17 136/17
**proud [3]** 141/18 141/19 143/3
**prove [12]** 8/7 8/12 14/24 15/4 15/12
15/13 15/13 21/5 21/6 22/1 35/13 71/2
**provide [4]** 59/22 65/18 85/21 130/22
**provided [5]** 45/25 68/14 87/8
**provides [2]** 107/2 107/5
**providing [1]** 138/25
**province [1]** 87/19
**public [15]** 2/11 60/21 73/25 74/18 74/24
101/12 137/10 137/12 137/19 138/15
138/16 140/1 142/2 142/23 143/4
**public's [1]** 142/23
**pun [2]** 40/14 47/13
**pure [2]** 126/7 127/7
**purports [1]** 68/18
**purpose [8]** 31/16 37/25 89/22 95/4 95/11
96/7 98/1 107/18
**purposes [4]** 18/1 18/5 111/17 130/4
**pursuant [3]** 115/13 129/25 145/6
**pursue [1]** 63/4
**pursuing [1]** 99/12
**pushed [1]** 24/10
**pushed the [1]** 24/10
**put [19]** 7/24 12/16 20/15 51/21 52/5
58/14 62/23 64/4 98/12 107/18 107/20
110/1 121/12 126/11 126/13 134/7 137/4
143/17 143/18
**Putin [1]** 99/11
**putting [4]** 47/19 90/15 120/17 136/24
**puzzle [3]** 68/7 68/10 68/18

**Q**

**qualification [2]** 21/2 29/5
**qualifications [6]** 9/4 9/7 10/10 16/16
16/18 82/14
**qualified [16]** 9/13 20/23 21/10 21/16
23/8 24/2 24/3 29/7 32/18 32/24 56/16
85/25 86/5 98/15 125/2 126/1
**qualify [1]** 9/5
**quality [2]** 118/2 141/4
**quarterback [1]** 141/13
**question [29]** 6/20 15/1 26/19 43/2 43/5
43/15 47/11 47/17 48/14 50/8 54/3 56/3
56/4 57/2 58/20 63/4 71/15 102/4 105/18
110/25 113/17 116/23 123/25 124/7 131/17
134/23 144/3 144/11 144/13
**questionable [1]** 33/13
**questioning [2]** 46/3 62/20
**questions [21]** 7/11 8/16 18/24 39/12
40/10 46/10 59/21 61/16 68/2 69/5 84/18
84/22 113/11 123/17 132/5 143/11 143/18
143/21 143/22 144/6 144/9
**quick [4]** 130/20 131/1 131/7 132/8
**quicker [1]** 111/3
**quickly [3]** 78/11 92/7 130/25
**quite [17]** 4/12 4/12 24/22 51/15 61/17
67/21 83/14 89/25 91/17 96/3 99/22
109/11 125/18 126/23 130/19 142/1 143/25

**quote [5]** 41/1 41/2 41/5 41/6 141/12
**quoted [1]** 53/5

**R**

**rabbit [1]** 71/12
**race [70]** 8/8 8/10 9/9 9/10 9/12 9/14
9/15 9/16 9/17 11/23 12/22 13/22 14/18
14/23 15/1 15/4 15/14 15/17 15/21 15/23
16/2 16/3 16/13 16/14 16/20 17/17 17/19
17/24 18/4 20/2 20/11 21/1 21/10 21/16
22/1 26/4 26/14 27/4 28/23 28/25 29/7
29/12 30/5 32/21 33/22 33/24 33/24 47/5
47/6 53/5 53/19 54/4 54/4 54/17 56/4
57/7 57/17 59/15 59/16 59/24 60/3 65/20
66/12 66/13 71/17 72/4 75/16 75/22 76/7
76/13
**race-based [1]** 16/2 16/14
**race-conscious [1]** 33/24
**race-neutral [5]** 65/20 66/12 66/13 75/22
76/7
**racial [8]** 37/12 42/6 42/11 56/5 59/8
69/13 86/3 140/4
**racism [2]** 40/20 42/20 47/1
**racist [1]** 41/5
**raise [4]** 35/3 58/6 105/18 126/14
**raised [7]** 27/13 27/19 35/3 58/21 62/19
70/20 76/13
**raising [1]** 27/22
**Ranger [1]** 128/23
**ranked [1]** 26/11
**ranking [1]** 112/3
**rare [3]** 39/7 92/21 92/22
**rather [9]** 52/18 57/2 67/9 67/15 69/2
77/4 103/17 121/4 141/20
**rational [2]** 51/25 82/4
**raw [2]** 70/13 70/18
**RDB [2]** 1/5 2/5
**RDB-23-2699 [1]** 2/5
**reaching [1]** 88/4
**read [1]** 129/19
**readiness [11]** 10/4 19/25 22/16 25/25
28/7 28/17 52/7 57/17 60/20 60/20 86/1
**reading [2]** 102/10 103/10
**ready [18]** 6/24 8/9 14/25 17/11 17/19
20/7 20/19 22/4 25/8 26/16 34/20 35/11
35/16 72/15 105/4 107/20 113/6 123/1
**real [5]** 17/2 71/15 118/11 122/7 138/13
**realistic [1]** 122/23
**realities [1]** 96/11
**realize [3]** 37/3 111/6 119/23
**really [65]** 3/20 11/15 12/3 15/7 16/12
17/1 18/18 18/9 19/7 24/6 24/10 25/8
25/10 27/25 31/19 32/3 33/1 33/20 34/14
42/20 42/25 43/25 54/14 56/7 60/16 60/17
63/20 63/23 68/5 71/4 76/9 76/13 82/5
86/13 93/7 94/5 96/20 99/12 102/6 110/2
113/4 117/21 118/2 118/10 119/25 121/12
125/11 125/14 126/24 128/19 136/3 136/6
138/6 138/6 138/10 138/13 138/16 138/21
139/3 141/3 141/3 141/7 143/5 143/21
144/7
**Realtime [1]** 145/5
**reapplication [1]** 17/13
**reapply [10]** 8/17 11/10 11/12 11/21
12/21 13/15 13/19 15/7 21/14 35/16
**reapplying [3]** 8/18 11/11 11/18
**Rear [1]** 4/17
**reason [24]** 9/13 10/25 15/17 27/9 30/6
30/6 32/4 32/19 72/23 84/13 89/5 89/20
93/2 93/4 94/21 118/5 118/11 118/24
119/8 124/24 130/23 137/8 142/1 143/7
**reasonable [6]** 20/18 25/4 50/21 106/1
119/20 141/23
**reasons [9]** 12/14 12/21 20/18 35/18
35/19 48/5 48/12 48/13 59/1
**rebuttal [5]** 116/17 116/18 116/19 119/2
122/12
**recall [5]** 6/9 7/9 32/16 46/11 97/17
**recalled [1]** 117/8
**receive [1]** 128/12
**received [1]** 105/20
**receiving [2]** 9/19 10/19
**recent [1]** 22/12
**recently [3]** 50/14 60/5 67/11
**recognize [9]** 44/18 44/24 51/25 73/11
76/25 80/4 130/24 132/17 138/16
**recognized [4]** 45/12 59/5 60/5 82/19
**recognizes [1]** 136/20
**Recognizing [1]** 122/16
**recollection [1]** 132/9

**recommendations [1]** 22/22
**record [42]** 2/21 11/24 12/6 13/3 13/18
13/7 13/25 14/2 14/3 14/6 15/2 15/3 15/8 20/17
34/1 34/23 37/1 38/9 38/13 39/15 39/23
40/8 41/12 41/15 45/22 46/12 48/15 51/3
59/5 74/18 74/24 75/1 82/24 87/13 96/12
96/14 96/25 107/15 109/4 130/3 130/17
130/18 133/17 138/18
**recorded [2]** 130/2 130/11
**records [5]** 41/24 42/1 73/25 75/8 119/22
**recount [1]** 44/4
**recounted [2]** 40/20 41/16
**recover [1]** 24/17
**recruit [1]** 109/1
**recycle [1]** 46/6
**red [1]** 121/13
**redact [1]** 136/24
**redacted [1]** 139/1
**redressable [1]** 31/7
**refer [7]** 4/19 23/1 37/1 57/23 81/25
89/24 96/15
**reference [9]** 34/25 40/23 42/12 42/21
77/17 77/21 96/16 130/24 131/1
**referenced [5]** 13/1 27/25 88/6 107/3
107/6
**references [8]** 33/10 35/23 48/1 64/16
92/17 112/18 138/3 138/5
**referencing [1]** 92/18
**referred [4]** 41/3 96/24 109/6 109/9
**referring [2]** 51/24 57/23
**refers [1]** 46/25
**reflect [1]** 39/6
**reflected [1]** 80/13
**reflects [2]** 13/19 32/11
**refused [1]** 41/17
**regard [6]** 69/15 77/14 78/9 120/14
124/11 138/20
**regarding [7]** 6/1 37/8 45/16 46/1 48/20
48/23 80/16
**regardless [1]** 27/4
**Registered [1]** 145/4
**regret [1]** 69/22
**regrets [1]** 4/10
**regulate [1]** 127/22
**regulations [2]** 10/17 145/10
**Reilly [4]** 61/21 64/5 65/1 77/20
**reinforcing [1]** 142/15
**reiterate [2]** 68/24 76/25
**reiterated [1]** 31/24
**reiterating [1]** 51/1
**reject [3]** 56/18 56/20 70/9
**rejected [6]** 15/15 30/6 30/7 34/18 35/11
46/6
**relate [2]** 7/2 42/2
**related [3]** 37/22 42/1 130/5
**relates [3]** 78/25 79/3 102/13
**relation [1]** 46/7
**relations [3]** 47/5 47/7 57/7
**relative [1]** 51/7
**relaxed [4]** 35/9 37/21 44/19 44/25
**relaying [1]** 58/11
**relevance [3]** 39/5 74/11 75/23
**relevant [21]** 15/6 16/18 24/13 30/17
38/2 39/9 42/19 43/7 43/10 43/13 44/16
45/19 47/1 72/21 75/25 76/10 76/23 92/14
97/25 99/3 127/7
**reliability [1]** 68/3 68/23 100/25
**reliable [3]** 69/1 76/10 76/23
**relied [4]** 86/23 88/5 98/7 102/9
**relief [4]** 15/6 31/17 35/12 50/7
**relies [1]** 68/14
**religion [1]** 53/1
**reluctance [1]** 13/14
**rely [5]** 60/2 61/8 62/3 102/11 103/21
**relying [2]** 51/17 63/9
**remainder [1]** 68/3
**remark [1]** 113/20
**remember [1]** 144/5
**remind [6]** 60/3 131/22 134/3 135/17
143/6 143/25
**remote [2]** 89/5 116/19
**removed [1]** 58/3
**render [3]** 58/25 119/15 142/6
**repeatedly [1]** 39/16
**reply [2]** 21/19 66/24
**report [13]** 63/5 63/10 82/6 83/21 84/16
84/20 85/11 85/13 85/16 86/4 86/9 87/8
89/9
**reported [2]** 1/23 145/8
**reporter [10]** 1/24 19/9 78/15 123/14

**R**

**reporter.** [1] 22/20 144/2 145/4 145/5 145/16
**reports** [28] 62/19 79/2 79/24 81/19 81/23 82/1 82/2 82/3 82/10 82/11 82/15 82/23 83/6 83/13 83/16 84/12 84/14 84/25 85/6 85/7 85/17 86/7 86/7 89/15 91/20 100/11 102/2 104/12
**represent** [3] 74/21 98/3 122/1
**representational** [1] 31/11
**representative** [2] 126/9 126/12
**request** [1] 45/9
**requested** [2] 31/17 120/23
**require** [5] 5/9 28/21 82/2 82/3 133/18
**required** [2] 2/11 16/3 17/12
**requirement** [3] 31/20 35/13 73/7
**requirements** [3] 10/6 74/15 74/15
**requires** [1] 31/17
**research** [3] 130/5 130/20 131/1
**reservations** [1] 44/6
**resolution** [2] 28/21 30/21
**resolve** [5] 26/19 27/2 81/10 126/17 137/3
**resolved** [4] 5/16 6/16 7/18 114/24
**resolving** [1] 26/13
**respect** [39] 6/13 10/13 10/14 11/20 17/2 18/10 32/9 34/10 34/15 38/15 49/10 58/21 59/12 59/14 63/20 73/2 73/24 75/5 77/10 77/18 77/19 77/24 78/10 82/10 83/5 85/5 86/1 88/11 98/25 99/9 101/11 106/10 106/10 107/13 111/19 124/22 125/20 138/24 142/1
**respected** [1] 125/2
**respectfully** [2] 45/9 67/1 82/17
**respond** [5] 43/16 43/22 44/6 105/4 111/5
**responded** [1] 58/9
**response** [13] 7/12 18/24 30/8 32/9 40/9 41/25 46/3 64/12 67/19 67/20 76/14 81/9 87/11
**responses** [4] 38/12 67/10 76/6 81/24
**rest** [1] 62/23
**restart** [1] 62/20
**restrictions** [1] 132/2
**result** [1] 66/6
**results** [1] 142/25
**retained** [2] 85/19 87/18
**retired** [1] 56/23
**revealed** [1] 18/25
**reverse** [1] 21/15
**review** [3] 27/7 52/25 93/11
**reviewed** [2] 73/24 88/5
**reviewing** [4] 25/20 33/16 42/17 51/11
**revision** [1] 91/9
**RICHARD** [5] 1/12 49/5 64/11 65/8 77/24
**right** [64] 3/21 4/12 4/13 5/4 8/3 8/18 8/20 8/25 11/1 13/10 13/12 17/4 18/11 18/17 18/22 22/13 29/19 31/15 36/8 41/15 42/3 42/15 50/25 53/21 54/3 65/6 65/14 71/3 71/9 78/22 81/3 86/22 87/2 87/3 90/3 90/6 90/13 91/7 92/1 92/13 92/23 93/6 93/14 93/17 94/22 95/19 100/8 102/15 103/25 104/14 104/17 108/10 109/11 111/10 115/11 122/25 126/13 134/19 139/14 140/2 140/18 141/1 144/10 144/11
**rights** [2] 117/9 135/1
**rising** [4] 10/20 10/21 32/23 33/4
**risk** [4] 16/2 52/7 53/16 54/9
**RMR** [2] 1/24 145/16
**road** [1] 54/12
**roamer** [1] 135/3
**Roberts'** [2] 27/21 72/12
**Robins** [1] 31/25
**ROBINSON** [11] 1/20 4/25 18/18 18/19 18/19 19/13 22/25 24/18 27/12 29/20 36/5 65/10 21/1 21/11 21/17 26/4 26/6 26/7 26/6 26/9 67/17 98/17
**rolling** [1] 108/18 115/8 122/24
**Ronda** [7] 1/24 78/13 91/10 115/9 134/19 145/4 145/16
**room** [2] 122/12 133/19
**root** [1] 94/8
**Rostker** [6] 50/16 50/24 51/5 23/7 23/15 51/16
**ROTC** [12] 10/18 10/24 11/5 23/7 23/15 24/2 24/13 24/15 25/18 32/12 32/13 32/18
**ROTC point** [1] 24/15
**routinely** [1] 116/23
**row** [2] 3/16 3/19
**Rowe** [1] 53/8

**rule** [58] 5/8 7/14 34/11 37/21 43/6 43/19 44/8 44/9 67/11 67/12 67/14 68/24 77/24 77/25 81/24 85/16 85/17 85/24 93/7 93/16 93/25 94/1 94/23 102/8 103/17 103/18 103/20 103/21 104/10 107/1 107/2 107/5 111/20 113/7 113/12 114/10 115/13 116/21 119/19 119/24 121/21 122/6 124/11 124/15 125/2 125/6 125/12 126/6 126/6 126/6 126/9 129/22 129/25 135/17 135/18 136/2 137/15
**ruled** [4] 27/14 75/2 115/1 127/1
**rules** [15] 39/16 45/24 77/1 82/8 94/10 100/6 102/23 103/12 113/18 113/22 124/12 124/13 129/20 129/21 144/11
**ruling** [1] 30/10
**run** [3] 110/5 119/8 124/6
**rush** [1] 80/6
**Russian** [1] 99/11

**S**

**said** [33] 12/9 12/14 12/19 14/2 14/4 15/8 15/19 16/1 16/4 16/7 34/5 39/6 41/22 51/13 51/16 51/19 54/3 52/11 52/22 53/6 67/12 74/12 87/22 88/14 97/23 103/15 109/16 112/8 120/16 121/15 125/4 129/2 133/14
**salient** [1] 29/4
**same** [23] 9/24 10/19 30/3 34/7 39/16 51/2 53/5 56/18 57/21 59/8 74/16 90/10 94/6 100/4 100/6 102/21 110/14 110/15 120/21 132/14 133/18 134/9 135/10
**SAT** [2] 16/17 29/16
**satisfied** [1] 77/24
**satisfies** [2] 43/13 77/14
**save** [1] 12/15
**saved** [2] 27/5 79/9
**saves** [1] 107/18
**say** [56] 7/20 8/1 8/12 8/16 9/2 9/3 9/8 12/9 14/15 28/16 36/22 37/2 44/2 44/3 48/1 50/10 50/20 51/20 52/10 52/12 53/25 62/25 63/22 66/12 66/24 72/18 74/6 79/18 83/1 83/12 85/23 86/6 99/10 99/15 101/12 109/10 109/15 111/2 112/6 112/17 119/13 120/9 120/16 121/9 122/24 126/5 129/20 132/19 133/10 135/7 135/22 141/4 142/16 142/17 142/20 144/1
**saying** [17] 13/20 23/21 53/22 60/22 69/14 69/25 96/4 96/23 101/21 108/7 122/25 133/4 141/3 141/12 142/4 142/9 143/8
**says** [13] 8/6 17/16 20/9 44/24 51/22 60/12 87/25 99/15 100/17 102/11 103/23 107/6 118/8
**schedule** [4] 2/7 67/21 80/8 112/2
**scheduled** [1] 25/3
**scholar** [1] 72/4
**school** [6] 11/1 15/18 15/20 15/22 16/9 141/13
**schoolers** [2] 15/16 15/25
**schools** [2] 18/25 33/11
**Schultz** [5] 44/10 44/13 44/20 44/24 45/1
**scope** [7] 84/18 84/19 84/21 116/10 116/14 116/24 117/7
**score** [1] 29/15
**scores** [2] 16/17 29/16
**screaming** [2] 142/19 142/19
**screen** [15] 30/13 107/3 107/19 107/21 107/22 110/2 111/5 111/5 111/8 136/24 137/2 137/5 139/8 139/21 142/25
**screens** [3] 107/17 108/19 109/21
**scrub** [1] 86/10
**scrutiny** [13] 47/9 48/11 52/23 53/1 53/4 60/1 60/3 61/15 73/12 75/20 75/20 76/1 78/7
**se** [1] 7/3
**seal** [17] 33/10 35/23 36/19 36/21 36/22 36/23 36/25 37/5 40/5 40/24 40/25 41/4 45/18 50/11 138/14 139/6 140/17
**sealed** [6] 19/5 35/23 138/5 138/5 138/7 140/19
**sealing** [2] 138/21 140/20
**SEALs** [3] 5/23 36/22 50/14
**seated** [2] 2/3 130/6
**second** [18] 5/18 20/10 26/2 28/22 36/8 36/9 38/22 41/3 45/16 67/20 76/12 82/6 92/8 113/17 123/25 126/8 129/12 134/23
**secondarily** [1] 49/4
**secondary** [5] 56/2 83/8 83/21 83/24 84/5
**secondly** [1] 5/24
**Secretary** [2] 4/15 4/16

**Security** [3] 45/19 48/8 49/3
**see** [23] 3/4 3/7 3/10 3/12 26/15 27/9 49/19 49/25 55/6 118/24 137/13 137/20 139/23 92/2 94/24 98/8 98/20 99/11 116/5 118/14 137/1 137/20 139/15 142/23 143/3
**seeing** [2] 89/3 144/16
**seek** [6] 35/12 41/8 55/19 63/2 90/24 97/10
**seeking** [12] 15/6 38/16 42/8 42/9 45/10 53/3 55/15 75/5 79/1 80/1 105/8 140/17
**seeks** [2] 31/15 81/11
**seem** [3] 46/13 82/5 94/9
**seems** [14] 24/20 24/22 25/9 46/6 46/15 52/3 63/3 63/13 64/22 73/20 85/22 89/4 93/6 97/4
**seen** [3] 25/12 96/3 129/21
**seldom** [1] 44/9
**selecting** [1] 73/8
**selection** [2] 29/6 94/19
**self** [1] 127/22
**self-regulate** [1] 127/22
**semester** [1] 13/10
**senior** [3] 40/24 41/4 122/22
**sense** [2] 81/18 111/14
**sensitive** [5] 100/10 104/10 139/9 139/25 140/16
**sensitivity** [1] 139/12
**sent** [2] 15/17 15/20
**separate** [3] 35/25 50/23 51/4
**separation** [2] 52/13 56/25
**September** [14] 1/7 2/8 110/4 118/16 120/10 120/11 131/11 131/13 131/23 132/20 133/10 144/16 144/17 145/12
**September 16** [1] 120/10
**September 16th** [3] 110/4 118/16 144/16
**September 17** [1] 131/23
**September 23** [1] 132/20
**September 27th** [1] 132/20
**sequentially** [1] 113/19
**seriatim** [3] 88/9 115/3 126/3
**series** [2] 57/18 85/5
**seriously** [1] 81/22
**serve** [1] 63/2
**served** [3] 37/6 54/24 57/14
**service** [4] 53/3 70/15 73/19 75/15
**set** [5] 78/19 110/19 110/20 111/14 127/8
**sets** [1] 110/17
**setting** [3] 21/22 25/20 25/23
**seven** [5] 45/24 88/3 131/15 131/17 141/24
**seven-hour** [1] 45/24
**several** [3] 26/4 58/4 99/7
**SFFA** [17] 6/19 16/24 18/6 28/12 32/1 65/18 66/4 68/7 68/9 68/13 75/16 76/14 81/11 82/6 87/8 87/18 116/17
**SFFA's** [5] 7/19 66/24 81/9 81/14 87/11
**shape** [1] 24/13
**she** [5] 19/9 109/9 112/21 112/22 143/14
**she'll** [1] 125/8
**she's** [3] 73/5 102/23 125/7
**Sherwood** [5] 90/12 91/11 91/20
**ship** [3] 54/8 54/8 54/9
**shorter** [1] 127/21
**should** [26] 7/18 17/19 24/11 24/21 30/10 33/19 33/19 34/11 39/10 41/12 41/12 41/13 52/19 55/16 58/6 58/11 64/18 65/22 68/19 81/10 101/16 106/9 113/4 114/13 118/17 120/12
**shoulder** [2] 135/23 136/3
**shouldn't** [2] 36/23 118/14
**shovel** [2] 94/15 99/4
**show** [5] 17/18 21/24 25/24 34/19 35/4
**shows** [2] 11/15 139/16
**shrivel** [1] 112/19
**side** [38] 11/10 44/23 45/12 60/12 60/18 63/14 65/12 67/7 70/18 79/13 84/22 85/10 85/24 86/2 86/5 86/12 93/12 95/8 97/3 98/8 98/14 98/20 99/22 101/10 101/11 102/24 107/10 109/25 110/23 111/22 112/19 113/7 113/15 117/2 118/5 118/5 118/10 122/13
**sides** [26] 47/8 54/13 62/17 63/19 98/2 99/8 100/11 103/16 106/15 112/24 115/15 116/23 116/23 117/7 117/13 117/24 119/1 121/22 125/1 126/21 127/18 127/24 137/7 137/25 139/3 141/21
**signed** [1] 11/4
**significant** [1] 49/7
**significantly** [1] 66/17
**similar** [3] 73/2 100/12 102/2

**S**

similarity **[2]** 24/7 24/13
simple **[9]** 24/5 24/7 35/7 83/9 90/7 93/17 99/13 130/16 138/22
simply **[11]** 26/23 66/18 69/3 71/7 77/3 85/20 94/1 94/7 103/18 103/21 139/7
simultaneous **[1]** 132/16
sincere **[1]** 15/10
single **[3]** 66/13 114/24 123/20
sir **[2]** 109/15 109/16
sit **[6]** 23/16 124/19 124/20 126/1 135/13 136/7
sits **[1]** 128/18
sitting **[3]** 22/20 137/17 137/21
situation **[1]** 98/19
situations **[1]** 18/7
six **[2]** 4/19 141/23
skin **[2]** 23/13 141/16
slides **[1]** 84/2
slip **[1]** 37/5
slowly **[1]** 47/19
small **[4]** 19/4 63/10 97/11 137/5
smoothly **[2]** 118/7 138/19
so **[222]**
soliciting **[1]** 62/13
solve **[1]** 68/18
Somalia **[2]** 42/2 42/12
some **[68]** 5/10 9/8 13/14 13/25 17/11 18/7 18/24 19/3 25/12 27/18 29/16 33/16 34/25 38/7 39/20 40/1 41/7 47/3 47/11 50/18 52/5 55/22 56/1 58/25 58/25 59/10 59/13 60/21 61/3 61/11 62/14 63/14 64/3 66/25 73/1 73/24 74/3 80/25 81/15 81/16 85/11 89/1 89/20 94/19 96/7 96/19 98/11 101/6 105/20 111/10 112/3 112/10 118/1 119/5 119/8 122/10 124/25 125/18 125/23 126/2 126/14 130/24 136/21 137/19 138/15 141/5 142/9 143/2
somebody **[4]** 57/2 108/24 116/16 137/20
somehow **[1]** 99/3
someone **[19]** 5/9 24/2 25/16 30/6 30/7 56/16 60/18 85/25 86/2 98/22 100/18 101/6 118/8 118/14 123/23 127/3 130/25 138/8 138/10
someone's **[1]** 99/9
something **[17]** 15/23 54/10 71/1 71/3 73/13 96/25 101/7 104/25 111/10 113/7 118/11 128/1 128/8 130/25 139/24 143/24 144/7
sometimes **[4]** 5/9 108/6 114/3 133/5
somewhat **[1]** 123/22
somewhere **[1]** 10/4
soon **[1]** 19/23
sophomore **[1]** 32/23
sorry **[7]** 24/9 40/11 84/3 92/10 105/5 110/20 134/13
sort **[15]** 20/3 35/19 48/5 50/16 51/18 52/17 52/18 53/15 61/7 79/10 85/11 101/7 105/11 121/16 141/10
sorts **[1]** 81/13
sought **[2]** 38/14 85/7
sounds **[2]** 64/8 128/7
sources **[2]** 68/14 76/20
South **[1]** 70/10
speak **[4]** 5/10 13/9 84/3 119/23
speaking **[1]** 126/19
specially **[1]** 85/18
specific **[11]** 12/14 13/22 18/25 30/25 42/21 45/25 46/2 48/1 68/8 68/12 69/22
specifically **[7]** 5/14 14/3 48/21 58/10 79/3 103/23 107/6
specificity **[3]** 38/7 41/17 112/12
specifics **[1]** 64/19
speculate **[1]** 11/17
speculative **[2]** 65/23 68/20
split **[1]** 122/16
Speaker **[7]** 79/4 86/21 87/7 87/15 88/13 88/16 88/19
spoken **[1]** 122/14
Spokeo **[1]** 31/25
spot **[4]** 20/7 20/20 22/16 25/25
spots **[1]** 16/11
Springs **[2]** 70/9 73/20
stage **[7]** 8/11 14/16 16/8 18/5 27/10 28/21 76/19
stages **[2]** 26/4 63/17
stand **[18]** 39/11 40/13 82/16 82/18 85/21 90/17 94/12 105/14 106/25 113/6 116/20 123/21 135/7 135/13 135/13 135/19 136/4 136/7

standard **[3]** 35/9 44/25 52/24
standards **[1]** 53/10
start **[7]** 7/22 8/7 14/16 15/19 16/5 16/7 16/16 16/22 16/23 17/3 17/25 18/3 18/7 18/9 18/11 18/14 19/20 21/5 29/24 30/3 30/8 31/3 31/10 31/11 31/12 31/15 31/21 32/1 34/8 34/10 35/9 35/12 35/24 109/23 129/25 135/1 138/4
starred **[1]** 117/22
start **[24]** 2/8 12/13 14/4 58/20 65/24 66/2 68/5 71/20 81/18 95/22 107/7 108/16 110/4 118/18 119/12 120/2 120/7 122/23 122/24 123/1 123/3 123/6 124/3 144/17
started **[2]** 10/23 117/6
starting **[2]** 13/10 33/8
starts **[4]** 107/10 121/20 122/11 140/20
state **[1]** 88/4
stated **[2]** 15/9 41/1
statement **[7]** 22/21 82/12 94/3 105/13 128/10 122/12 128/14
statements **[7]** 82/8 82/20 87/25 89/3 118/16 127/19 128/6
STATES **[17]** 1/1 1/6 2/4 4/14 4/23 34/4 40/19 49/6 49/7 56/6 56/24 61/6 65/9 65/10 74/3 145/5 145/11
stationed **[1]** 36/12
statistical **[3]** 63/16 69/20 100/23
statistics **[1]** 25/12
statute **[1]** 129/7
statutory **[3]** 9/19 10/5 73/7
stay **[5]** 6/9 6/10 106/19 119/18 136/11
steep **[1]** 72/17
stems **[1]** 14/17
stenographically **[1]** 145/8
stenographically-reported **[1]** 145/8
stenotype **[1]** 1/23
step **[5]** 54/22 56/25 90/9 90/9
Stephen **[2]** 61/22 115/23
Steven **[1]** 116/4
Stevens **[1]** 51/21
still **[17]** 2/14 9/21 13/9 14/16 16/5 16/15 16/15 34/8 36/25 48/6 59/21 65/17 67/16 75/8 75/19 133/7 143/1
stop **[10]** 8/10 11/23 12/22 13/22 15/1 17/19 17/22 69/4 103/10 108/16
stopping **[2]** 107/19 120/4
straight **[1]** 72/13
STRAWBRIDGE **[26]** 1/15 3/3 3/4 49/21 58/18 60/11 63/12 71/11 71/13 76/3 79/14 85/12 87/23 88/11 92/17 94/11 95/4 96/11 98/25 101/21 105/4 105/16 107/12 117/15 122/14 128/12
streamline **[2]** 30/14 80/20
Street **[1]** 1/25 100/20
stretch **[2]** 60/18 138/10
stricken **[1]** 83/12
strict **[13]** 47/9 48/11 52/23 53/1 55/13 59/25 60/2 61/15 73/12 75/20 75/20 76/1 78/7
strictly **[2]** 54/5 54/25
strikes **[1]** 57/20
strong **[2]** 25/10 129/22
strongly **[2]** 43/17 108/21
student **[2]** 12/20 138/9
students **[16]** 1/3 2/3 2/25 6/15 6/18 6/19 14/2 18/23 31/9 33/23 35/14 41/18 42/18 46/24 78/25 142/15
studies **[1]** 100/23
subject **[11]** 83/6 83/18 90/16 93/11 96/18 113/23 114/24 116/9 130/9 136/17 143/2
subjected **[2]** 26/1 26/17
submissions **[2]** 32/3 42/17
submit **[1]** 26/24
submitted **[8]** 42/1 61/9 61/10 79/22 87/14 88/7 132/16 132/22
submitting **[1]** 133/23
subpoena **[3]** 74/21 76/12 76/14
substantive **[1]** 103/16
substitute **[1]** 50/20
such **[10]** 35/8 70/16 70/16 81/17 82/7 99/15 99/15 111/6 123/9 139/13
sue **[7]** 6/21 17/3 18/11 31/3 31/22 33/12 34/16
suffered **[3]** 21/4 31/4 32/2
sufficient **[6]** 28/18 45/15 80/24 119/6 138/13 139/13
sufficiently **[2]** 35/14 55/13

suggest **[4]** 97/23 112/24 114/10 125/24 139/17
suggested **[3]** 23/19 60/15 86/3
suggests **[1]** 75/17
suits **[1]** 6/11
Sullivan **[5]** 135/17 135/18 135/18 135/25 136/1
sum **[1]** 6/8
summaries **[1]** 77/23
summarily **[3]** 83/12 98/20 101/14
summarize **[4]** 57/24 77/16 133/13 133/13
summarized **[4]** 35/19 48/6 48/12 57/19
summary **[21]** 5/14 5/21 6/13 13/16 14/11 14/16 16/18 19/18 19/18 21/23 23/23 25/23 26/3 30/12 32/10 33/18 34/11 35/22 48/16 83/14 89/9
summits **[1]** 75/13
sun **[1]** 66/14
Sunday **[2]** 112/15 120/23
Sundberg **[1]** 115/25
super **[2]** 58/23 75/25
superintendent **[2]** 4/18 9/16
superintendent's **[1]** 73/8
Superior **[2]** 30/25
superiors **[1]** 38/21
suppose **[2]** 27/24 41/6
supported **[2]** 30/14 134/9
suppose **[1]** 105/14
supposed **[1]** 137/21
Supreme **[21]** 15/8 15/16 15/18 16/1 16/7 17/12 20/8 27/19 28/4 31/8 31/13 33/17 35/8 47/16 51/5 51/9 52/8 52/11 53/5 59/6 60/4
sure **[56]** 5/5 13/18 14/8 18/22 19/10 19/10 19/12 19/12 23/24 24/9 24/19 24/23 24/25 25/19 39/23 44/10 44/19 61/23 61/24 62/2 62/11 62/15 68/4 72/14 73/10 80/2 84/10 87/23 91/18 91/21 94/14 100/3 102/5 102/24 106/4 109/21 110/9 111/6 113/12 113/16 114/11 118/3 120/1 120/25 123/18 123/23 124/8 125/7 125/12 125/14 126/17 128/9 131/4 139/21 140/24 141/20
surgery **[1]** 22/12
surprised **[1]** 89/6
surprises **[1]** 69/7
survives **[2]** 48/11 55/13
suspect **[2]** 101/18 124/25
sustain **[1]** 101/9
switched **[1]** 118/10
system **[8]** 16/2 26/11 66/6 66/8 66/15 67/3 130/20 141/19

**T**

tabbed **[1]** 101/2
table **[6]** 6/9 89/22 130/6 135/8 135/13 135/13
tackle **[1]** 70/17
tailor **[2]** 139/17 140/8
tailored **[1]** 55/14
tailoring **[4]** 47/9 59/15 59/22 73/13
take **[26]** 8/13 19/6 20/3 32/5 39/25 46/9 60/19 62/20 70/12 72/18 78/16 78/20 82/8 83/1 85/1 86/17 95/22 104/24 105/14 121/8 123/4 123/5 123/8 136/1 139/7 141/15
taken **[11]** 29/11 38/6 57/6 57/8 64/18 95/16 97/2 111/18 112/23 122/5 122/9
takes **[4]** 73/23 92/6 104/15 123/10
taking **[7]** 32/17 32/21 102/7 116/20 120/4 122/22 143/16
talk **[12]** 10/3 10/11 53/9 59/10 66/25 81/19 84/10 84/10 107/7 112/24 118/12 142/14
talking **[15]** 12/7 17/25 17/25 19/19 41/11 50/24 72/10 79/11 79/12 79/25 97/17 103/2 106/3 113/2 132/24
tangent **[1]** 67/22
target **[1]** 122/10
targeted **[1]** 132/20
task **[1]** 55/11
team **[7]** 4/7 5/6 41/4 50/11 108/1 116/14 141/14
teams **[1]** 75/14
technical **[1]** 17/21
technology **[2]** 113/2 113/5
tell **[15]** 70/6 74/7 99/14 108/24 113/23 117/15 118/4 118/5 118/18 125/7 131/14 135/17 136/6 139/10 142/11
telling **[2]** 99/8 117/15

**tend [4]** 91/24 92/14 93/21 139/1
**tennis [2]** 109/14 109/16
**tense [1]** 36/23
**tenuous [1]** 33/1
**terminology [1]** 60/12
**terms [117]** 16/22 17/1 18/6 18/7 23/4 25/12 26/6 26/8 26/8 27/13 27/16 28/3 30/10 31/21 32/9 33/10 37/11 39/18 42/17 43/12 43/14 43/22 46/14 46/25 47/1 47/2 47/6 47/14 48/4 48/10 53/22 54/11 54/12 54/15 54/16 55/6 55/7 55/12 56/1 56/4 56/5 57/6 57/20 61/18 61/20 63/16 63/22 64/16 65/2 65/9 69/7 69/11 69/15 69/21 70/2 70/11 71/15 71/16 73/12 78/7 81/2 81/6 81/13 84/18 85/4 86/2 86/7 91/8 91/14 91/16 91/24 92/15 94/23 97/1 98/5 98/7 98/18 100/17 100/24 106/8 107/17 108/13 108/15 108/17 109/20 111/3 115/12 115/17 116/21 116/22 117/9 119/1 119/20 119/22 120/3 121/14 121/19 121/21 121/24 122/10 124/15 125/12 125/15 126/23 130/19 131/10 133/5 133/20 133/21 137/9 137/11 137/17 138/1 138/4 138/5 138/7 138/17
**terrain [1]** 73/16
**terrific [2]** 112/10 123/25
**test [2]** 25/8 27/8
**testified [5]** 9/23 11/21 12/1 45/22 62/10
**testifies [2]** 83/5 127/4
**testify [21]** 41/13 45/23 47/6 52/4 53/25 54/14 54/22 58/7 64/24 77/13 78/8 79/23 82/14 83/18 84/15 84/15 88/22 98/17 98/17 98/23 116/12
**testifying [5]** 90/14 90/25 91/2 124/14 125/1
**testimony [74]** 5/23 12/23 12/25 13/22 13/25 26/23 36/3 36/11 37/8 37/13 37/22 38/3 38/17 41/9 41/19 41/24 43/8 45/11 45/16 46/8 46/14 46/23 47/23 48/6 48/24 49/5 49/11 54/12 55/7 55/15 56/10 56/18 56/19 58/25 59/3 59/22 61/5 61/19 63/18 63/9 63/13 65/9 65/22 66/3 67/14 67/18 72/21 74/1 74/9 77/4 77/12 81/5 84/21 84/23 85/8 85/21 86/11 87/12 87/16 87/16 88/8 92/25 93/20 99/3 103/22 108/17 117/1 118/17 120/4 120/5 125/11 126/2 126/20 126/21
**Texas [1]** 34/24
**than [23]** 4/8 5/3 8/12 22/1 35/9 43/11 45/22 46/9 57/2 60/6 61/7 67/15 69/2 70/8 73/10 85/23 99/14 103/17 107/23 119/4 119/14 127/16 133/6
**thank [39]** 7/17 18/15 19/11 29/19 30/22 30/23 37/17 37/19 45/3 46/16 46/19 49/21 57/9 58/16 58/19 64/10 65/6 71/9 71/10 76/2 76/5 77/7 77/8 80/11 88/10 99/11 109/15 114/1 115/5 124/5 127/7 129/10 129/16 131/3 136/9 137/14 140/21 144/17 144/19
**that [942]**
**that'll [2]** 93/13 104/8
**that's [180]**
**their [60]** 7/21 7/22 8/13 8/14 9/8 10/4 11/4 11/10 14/14 14/15 15/2 15/4 15/7 15/9 15/11 15/17 16/17 16/18 16/19 17/4 17/23 18/4 18/11 20/11 21/5 21/19 22/16 28/17 31/15 31/22 32/9 34/15 34/16 49/1 52/5 53/4 55/10 58/14 59/23 61/12 64/19 66/25 77/23 84/23 89/2 90/15 93/5 93/19 96/5 97/8 99/7 104/18 116/2 122/7 122/24 125/11 126/22 135/23 137/21 138/8
**theirs [2]** 112/2 112/2
**them [33]** 11/16 17/23 19/4 20/20 21/9 30/4 41/17 59/13 61/11 63/3 73/2 77/22 81/11 85/7 90/11 90/17 92/22 95/12 98/8 99/20 100/19 100/21 107/7 107/15 111/5 112/4 112/23 117/1 118/18 120/21 122/25 137/1 137/1
**themselves [2]** 104/23 143/17
**then [45]** 2/6 2/23 5/4 5/18 5/22 5/25 6/2 6/5 7/1 10/24 13/12 17/22 27/16 39/9 39/24 40/19 41/3 43/12 43/12 53/8 56/10 62/9 66/16 72/15 82/15 83/25 88/4 94/8 95/1 96/6 97/16 106/22 113/17 116/12 117/8 118/17 119/8 123/5 123/5 129/16 132/1 135/22 141/24 142/6
**theoretically [1]** 89/1
**there [120]** 3/20 5/12 5/18 6/23 10/9 11/23 13/25 15/16 17/12 19/16 19/21 20/5 26/22 26/23 27/13 27/18 28/25 29/20 29/20 30/12 30/16 30/17 30/19 30/20 31/5 32/3 32/19 32/21 33/20 34/5 34/14 35/16 38/6 40/13 40/14 40/22 43/16 45/2 47/17 50/16 50/23 51/23 52/24 53/24 57/25 60/3 61/25 61/25 64/3 64/16 69/4 69/6 69/17 70/8 70/14 71/20 72/25 73/1 73/18 73/21 74/12 74/22 75/23 77/5 78/21 82/18 82/22 83/1 83/24 84/9 85/20 85/24 86/11 86/20 89/4 89/5 89/9 92/17 92/24 94/17 95/7 99/16 100/19 101/3 103/16 104/18 105/21 105/25 106/14 107/12 113/15 114/19 115/1 115/17 117/19 118/14 119/2 124/20 125/9 125/15 125/22 126/14 129/21 130/24 131/2 136/21 136/25 137/5 137/11 137/18 139/5 139/11 142/18 142/19 143/17 143/18

**there's [81]** 5/13 6/7 6/20 7/23 17/11 19/22 23/25 24/4 24/6 24/18 27/5 30/4 30/18 32/4 32/16 32/19 34/1 34/1 34/12 35/12 42/21 47/4 47/5 47/6 47/20 54/19 57/21 59/21 62/4 62/11 63/9 66/25 72/9 73/17 79/23 80/6 83/8 84/22 85/12 86/12 88/22 88/24 89/20 90/7 90/20 90/20 90/23 91/3 91/16 96/6 96/15 98/21 100/24 100/25 101/6 105/10 106/1 107/8 107/21 113/3 117/6 118/4 118/11 122/5 122/7 123/6 123/9 123/21 124/1 124/8 125/17 126/20 126/21 127/11 135/12 136/6 136/8 139/15 140/19 141/5 141/7 144/15
**thereafter [1]** 133/15
**therefore [1]** 66/25
**therein [1]** 64/1 88/6
**thereof [2]** 56/5 63/17
**these [59]** 2/22 5/19 7/6 7/6 7/22 14/17 15/24 16/20 22/2 22/3 26/15 26/23 27/12 33/10 35/5 38/1 38/25 39/4 39/6 39/9 41/21 42/21 43/7 44/9 46/22 47/20 47/23 48/2 48/4 48/6 50/19 52/13 52/19 58/7 58/12 59/1 62/6 66/1 67/25 81/4 81/13 81/16 82/20 84/6 88/4 88/10 90/8 90/13 95/22 96/17 103/2 107/13 107/17 107/21 108/19 108/19 126/25 140/14 141/20
**they [153]**
**they'll [2]** 77/18 86/9
**they're [49]** 4/19 11/15 17/11 22/14 24/3 34/20 41/7 41/8 42/19 43/10 52/4 56/17 57/11 59/22 65/1 74/6 74/10 81/10 82/11 82/12 83/18 85/18 85/20 85/21 86/8 90/16 90/24 91/2 92/3 92/22 96/6 98/1 98/15 100/23 107/7 107/14 107/21 117/12 117/25 124/14 124/14 125/5 126/24 133/4 137/21 138/18 143/16
**they've [6]** 15/8 15/10 37/12 53/8 92/11 95/16
**thick [1]** 141/10 141/15
**thing [18]** 17/22 35/21 62/25 69/9 91/18 100/14 115/11 123/9 126/13 127/10 129/17 129/24 134/17 135/16 136/14 141/2 141/10 143/10
**things [36]** 8/7 10/8 44/9 50/9 52/8 57/22 63/18 73/1 84/14 102/25 103/2 107/21 108/1 108/2 110/1 111/17 124/11 125/9 126/5 131/7 132/6 132/8 134/7 136/9 136/22 137/5 138/6 138/14 138/19 139/1 139/18 139/15 140/14 141/9 142/24 143/14
**think [163]**
**think are [1]** 95/16
**thinking [1]** 115/6
**thinks [1]** 143/4
**third [4]** 45/12 45/21 48/19 126/13
**thirdly [1]** 5/25
**this [276]**
**THOMAS [10]** 1/17 1/24 4/4 19/8 79/4 123/14 134/15 134/20 145/4 145/16
**thoroughly [1]** 7/6
**those [84]** 2/15 6/8 10/5 10/9 12/21 15/23 18/2 19/24 20/3 20/19 23/17 28/12 30/7 34/17 35/18 35/23 37/5 37/23 41/14 42/3 42/9 44/4 46/8 46/25 47/19 48/12 50/18 51/2 51/10 51/17 52/8 52/10 52/10 52/14 58/15 59/24 61/5 62/1 62/10 62/16 62/22 62/25 63/2 63/4 63/18 63/23 64/17 65/25 68/17 69/2 73/5 74/22 76/8 77/16 82/9 83/6 91/2 91/2 91/12 91/15 92/2 92/3 92/4 93/21 96/5 97/24 98/2 98/6 101/17 102/25 104/4 104/24 106/16 106/23 106/24 114/14 114/18 115/2 115/14 116/25

**though [3]** 12/13 52/1 120/24
**thought [3]** 68/6 143/14
**threat [1]** 19/8
**three [23]** 11/22 12/5 22/24 25/2 25/7 31/6 31/16 44/4 45/11 45/18 58/5 58/7 58/12 62/14 64/17 76/5 77/17 77/20 81/24 114/18 119/15 126/5 133/24
**three-decades [1]** 45/18
**through [24]** 5/2 6/14 9/12 15/11 20/20 21/9 22/18 27/3 33/22 34/23 38/22 68/25 72/11 81/4 83/3 84/2 84/22 89/16 94/8 107/15 108/16 111/4 114/4 139/20
**throughout [6]** 18/4 20/12 39/21 45/25 46/15 47/7
**throw [2]** 70/7 144/14
**thrown [1]** 70/23
**throws [1]** 47/17
**thrust [6]** 17/4 42/22 48/22 55/18 64/17 69/17
**Thursday [3]** 131/11 131/13 133/11
**tied [1]** 66/17
**tight [1]** 67/21
**til [1]** 123/5
**till [1]** 79/9
**time [52]** 9/21 9/22 10/15 15/5 15/6 27/5 36/19 44/16 47/11 47/11 63/3 63/5 67/25 70/6 71/2 74/21 80/22 81/5 84/11 84/22 88/19 94/24 95/22 101/4 102/3 104/13 107/18 109/22 110/3 110/12 110/15 110/15 112/11 112/23 119/6 119/8 119/20 120/1 120/7 121/3 121/7 121/9 121/17 121/23 122/16 122/19 123/22 124/21 127/11 134/25 141/23
**timely [1]** 6/4
**times [13]** 72/11 83/8 141/20
**Timothy [1]** 135/25
**tip [1]** 16/14
**tired [1]** 128/11
**today [12]** 2/24 4/24 5/11 5/25 7/13 34/22 48/15 65/24 93/14 109/5 118/9 127/1
**told [2]** 97/12 113/8
**tomorrow [1]** 35/21 56/16 93/14 142/13
**too [8]** 3/17 43/19 54/20 60/5 60/13 64/23 71/12 106/7
**took [2]** 27/24 66/24 97/23
**top [1]** 126/22
**topic [4]** 30/25 57/8 107/11 138/1
**topics [6]** 48/6 52/10 52/19 84/23 85/5 139/9
**total [2]** 59/1 87/21
**totally [1]** 73/9 86/14 86/24 124/8
**touch [1]** 113/5
**touching [1]** 47/8
**town [1]** 123/20
**track [4]** 25/13 34/23 122/16 122/17
**tracking [1]** 33/15
**training [1]** 51/20
**transcript [11]** 12/18 93/16 93/25 94/6 94/7 94/9 94/16 94/19 134/7 145/8 145/9
**transcription [1]** 1/23
**transcripts [4]** 27/8 28/20 134/11 134/14
**transfer [5]** 12/3 12/3 12/8 12/12 35/12
**transferred [1]** 13/16
**transferring [1]** 14/1
**transition [1]** 105/19
**transmit [1]** 111/25
**transmitted [2]** 130/2 130/12
**treat [1]** 143/23
**treated [2]** 16/19 119/11
**treatises [1]** 57/22
**treatment [3]** 53/10 53/15 57/16
**treatments [1]** 53/9
**trial [97]** 2/7 19/20 19/23 20/16 21/11 21/21 25/20 26/21 27/6 27/10 28/21 29/17 30/14 30/14 33/19 37/22 38/3 39/10 39/16 39/22 42/20 43/18 44/2 44/8 44/19 45/1 46/15 47/8 55/12 56/15 57/9 59/2 59/4 64/22 67/7 67/18 67/21 69/24 73/6 77/1 79/3 79/23 80/7 80/20 81/1 81/12 87/10 88/16 88/22 89/14 89/17 89/20 94/19 94/20 95/11 95/14 95/23 96/13 96/15 96/24 97/3 97/11 98/7 107/4 107/5 107/16 107/17 108/22 110/5 113/23 114/4 114/7 116/18 119/9 119/11 119/12 119/16 119/25 121/2 123/8 123/8 123/10 123/11 124/10 124/13 129/21 132/17 132/21 137/12 138/22 141/12 142/12 143/6 143/10 143/19 143/22

162

## T

trial... [1] 43/4
trials [8] 43/15 47/24 82/23 83/7 84/13 119/10 144/4 144/5
tried [7] 119/6 120/2 141/6 141/17 141/22 141/25 142/8
trier [1] 82/25
tries [1] 130/25
true [8] 8/13 15/21 18/5 21/21 28/15 39/21 113/1 145/7
Truesdale [1] 116/2
truly [1] 59/16 135/5
Trump [1] 50/24
truth [4] 63/25 64/3 82/20 87/6
try [26] 5/5 7/12 7/20 38/9 39/22 45/1 60/23 70/7 80/5 81/4 99/1 100/22 101/8 105/14 106/6 107/20 110/1 110/5 119/8 127/5 134/7 137/3 137/18 138/2 142/24 143/22
trying [13] 14/8 42/16 55/21 83/3 83/4 90/11 96/20 101/16 107/23 117/12 125/19 143/12 144/5
Tuesday [4] 111/25 112/5 112/6 131/23
tuition [1] 12/15
turn [5] 15/2 20/3 50/16 51/12 82/9
turned [1] 130/8
turns [1] 137/13
Turo [1] 4/16
TV [3] 107/3 107/17 142/25
twice [1] 11/16 22/11 116/20
two [46] 8/7 8/9 9/19 19/23 20/5 23/18 27/10 28/6 31/5 31/15 37/23 38/19 38/25 40/22 41/1 41/7 41/8 41/14 42/3 42/9 46/22 46/25 49/8 50/23 51/4 66/1 66/21 66/23 67/10 79/16 84/13 110/17 113/11 119/14 120/5 121/3 121/22 123/4 123/17 124/2 124/7 127/1 127/11 128/4 136/9 143/14
two-week [1] 128/4
type [6] 9/9 50/19 52/10 52/19 53/17 140/16
types [5] 7/22 9/19 14/17 52/14 74/16
typically [1] 52/8

## U

U.S [8] 50/25 54/23 57/14 60/20 72/16 72/24 75/6 128/23
U.S.C [1] 145/7
ultimately [2] 39/19 55/11
UNC [12] 28/3 28/9 28/23 28/25 29/9 29/24 30/1 33/15 34/2 34/6 34/7 72/12
unclear [1] 144/3
under [32] 7/22 10/17 26/10 26/20 31/3 33/10 34/11 35/23 43/6 43/10 43/19 45/24 52/20 54/15 56/7 65/2 65/3 66/14 68/3 76/1 82/8 83/9 85/6 85/18 102/7 107/1 111/20 122/6 124/15 125/2 125/6 138/14
undergo [1] 25/5
underlying [1] 104/2
undermining [1] 57/16
understand [56] 10/25 13/5 17/8 22/5 23/9 23/12 24/1 27/12 33/7 36/12 37/7 39/14 40/4 41/25 43/2 43/25 53/23 54/23 55/22 57/6 58/16 61/1 70/25 71/6 71/14 73/13 74/19 76/2 81/9 81/24 82/18 84/8 85/4 89/19 94/22 95/5 97/6 99/10 99/23 101/21 101/24 102/7 104/9 106/24 108/25 112/3 119/14 120/9 126/9 130/23 133/4 139/13 140/18 141/21 144/7
understandable [1] 138/7
understanding [4] 23/16 28/7 84/25 113/18
understands [2] 37/21 58/22
understood [3] 80/17 127/25 134/1
undisputed [1] 9/4
unduly [1] 43/13
unequal [3] 21/18 26/1 26/17
unexplored [1] 84/23
unfair [9] 43/14 44/18 44/24 44/25 45/13 45/21 58/13 60/24 140/12
unfairly [1] 39/19
unfortunate [1] 60/21
unfortunately [1] 128/25
unhelpful [1] 49/1
uniformity [2] 51/14 51/24
unit [6] 52/6 53/16 54/7 54/24 55/2 59/20
UNITED [17] 1/1 1/6 2/4 4/14 4/23 34/4 40/19 49/6 49/7 56/6 56/24 61/6 65/9 65/10 74/3 145/5 145/11

## University [2] 27/13 34/24

unless [11] 6/7 10/3 15/21 61/16 68/2 69/3 80/7 93/4 114/24 124/12 143/25
unload [1] 98/14
unmarried [1] 10/7
unobjected [1] 106/15
unparallel [1] 12/20
unrebutted [1] 13/23
unreliable [1] 68/21
unstated [1] 113/3
until [5] 26/21 29/6 81/11 123/3 124/14
unusual [5] 11/12 32/5 46/13 88/22 96/23
up [63] 5/19 7/14 11/4 25/9 25/13 27/10 27/19 35/20 37/5 45/23 46/21 46/21 50/19 53/2 55/14 56/17 73/5 75/2 77/9 78/10 78/17 80/9 81/2 82/1 85/1 92/24 93/8 100/16 101/7 102/3 104/5 104/9 104/24 104/25 106/22 107/18 107/19 107/21 107/22 108/7 109/22 110/1 112/19 118/20 118/21 118/22 119/23 119/25 120/17 121/14 122/10 123/22 124/18 125/7 125/25 127/12 127/24 131/24 137/15 137/16 141/24 142/13 143/23
update [2] 117/19 118/23
updated [1] 112/10 117/22
upon [16] 27/14 31/10 34/19 35/17 55/21 60/2 61/19 62/3 63/2 74/16 85/23 88/5 98/7 101/5 102/11 103/21
urge [3] 108/21 138/16 142/10
urged [1] 44/8
us [16] 39/3 52/1 74/7 80/4 92/6 105/19 106/6 112/7 113/13 114/2 117/20 121/1 121/3 127/12 130/22 132/4
use [28] 9/15 9/16 10/1 17/17 17/24 18/4 33/22 36/23 47/13 59/16 59/24 72/4 74/24 75/14 89/4 89/21 92/4 94/18 95/14 96/6 96/7 96/9 96/10 96/19 116/13 129/22 130/4 130/8
used [10] 9/12 9/14 14/23 19/3 61/13 82/7 95/10 98/1 109/14 130/8
useful [1] 81/15
uses [5] 8/8 9/9 14/18 66/12 66/13
using [9] 8/10 11/23 12/22 13/22 15/1 17/19 46/4 108/3 130/22
usually [5] 3/13 103/2 108/2 113/9 123/6
utilize [1] 90/22
utilized [1] 91/13

## V

V-A-Z-I-R-A-N-I [1] 91/10
vaccinated [2] 2/18 2/19
vaccination [2] 2/15
Vahsen [1] 116/4
valuation [2] 50/21 50/21
value [6] 37/9 43/11 47/4 47/4 47/6 47/22
Van [5] 61/22 64/6 64/8 65/1 77/21
variety [1] 104/23 105/9 105/11
various [8] 25/18 28/1 41/16 57/19 59/12 67/25 100/11 105/11
vast [1] 20/13
Vazirani [3] 90/12 91/10 116/6
verify [2] 42/16 117/12
versa [2] 124/24 127/4
versus [2] 52/25 67/4
very [63] 7/6 12/17 12/23 13/15 16/8 18/15 19/11 24/5 24/7 27/17 29/19 30/22 31/19 37/20 44/9 45/3 46/16 57/9 58/16 64/10 66/7 67/3 67/23 67/23 71/9 72/9 76/2 76/6 77/7 83/20 89/4 89/6 90/7 92/7 93/17 94/10 99/12 104/16 104/16 107/4 107/9 110/10 112/2 112/3 112/11 113/24 117/6 119/10 120/20 121/6 124/10 129/20 131/7 132/8 134/23 136/25 138/23 141/4 141/14 141/13 144/18
vestibule [2] 124/20 137/22
vestiges [1] 2/14
vice [2] 124/23 127/4
victim [1] 42/11
view [15] 7/21 18/3 49/18 54/25 57/15 72/14 77/13 77/18 83/12 85/12 92/17 103/20 116/8 132/3 144/8
viewpoints [2] 55/10 55/11
views [2] 77/16 84/8
vigilant [2] 12/16 137/25
violating [1] 129/7
violation [1] 130/9
visit [1] 110/9
visited [1] 71/21
visited campus [1] 71/21

## visitors [1] 130/13

vitae [1] 91/12
vs [1] 1/4

## W

wait [2] 81/10 89/23
waive [3] 39/24 117/8 144/12
waived [1] 114/10
waiver [3] 10/19 23/15 39/17
waiver for [1] 10/19
walked [1] 11/7
Walker [20] 48/25 49/24 52/4 54/22 56/3 56/21 56/23 57/12 57/21 58/1 58/22 59/18 61/18 63/21 64/13 64/14 77/11 77/11 127/1 127/2
Wall [1] 100/20
Wallace [1] 53/2
want [63] 2/8 5/18 7/12 8/13 25/17 36/24 38/2 57/11 57/11 58/20 60/16 61/19 62/15 62/22 64/12 70/19 72/14 80/1 84/7 96/6 98/16 102/18 102/19 106/14 108/2 108/7 110/5 110/7 110/14 113/13 113/16 116/24 119/25 121/1 121/2 121/8 121/11 121/18 122/21 125/3 128/5 128/5 128/6 128/8 128/22 132/10 132/12 132/21 133/12 133/15 133/22 134/2 134/4 134/25 137/1 138/2 138/6 138/24 140/12 141/6 141/20 141/25 142/8
wanted [14] 62/11 80/17 80/21 84/24 85/2 86/15 91/22 126/11 127/25 130/21 131/3 136/14 137/4 140/15
wants [7] 81/13 81/16 98/22 105/14 108/6 117/4 128/1
was [107] 9/4 9/13 9/17 10/15 11/3 12/7 13/1 13/1 14/3 14/8 15/16 16/18 20/22 22/9 22/11 23/10 27/14 27/15 27/20 27/24 28/12 28/12 28/23 28/25 29/24 30/6 31/12 31/24 32/20 32/21 32/24 33/5 33/21 34/25 36/19 37/2 38/6 38/22 39/1 41/4 41/24 42/2 43/20 44/22 45/23 46/2 49/23 49/25 53/3 53/3 53/12 53/25 56/24 56/25 57/3 58/21 59/11 60/5 60/21 60/22 61/12 63/3 67/1 67/12 71/18 74/22 74/24 75/6 75/7 76/14 78/21 80/7 80/24 81/8 87/13 87/18 88/16 92/20 93/1 95/6 95/7 96/22 97/8 97/20 100/3 100/19 101/13 104/19 114/1 115/6 119/15 119/18 123/1 123/1 125/8 126/14 129/14 132/9 134/17 135/3 135/8 136/1 139/17 141/13 143/12 143/13
wasn't [3] 24/23 38/6 62/11
wasn't making [1] 24/23
waste [3] 44/16 67/24 80/21
watch [2] 131/19 137/12
water [1] 47/20
waters [2] 47/12 47/13
way [30] 5/10 12/18 24/13 28/23 29/4 34/2 56/10 66/11 70/24 71/7 75/17 80/1 80/14 85/22 89/14 94/10 96/8 99/10 100/25 101/8 107/25 109/17 111/2 112/20 113/3 113/9 120/6 125/24 126/3 142/9
ways [8] 20/2 23/6 24/16 27/4 28/6 29/3 29/17 61/8
we [282]
we'll [31] 2/22 5/25 6/5 19/6 19/9 20/15 47/11 58/20 72/10 76/18 78/17 78/19 84/10 89/16 89/23 93/7 93/13 102/3 106/13 108/5 118/16 119/5 119/9 122/10 122/13 123/4 123/5 123/15 134/7 142/3 144/17
we're [78] 2/6 2/24 5/10 11/25 13/3 16/21 17/4 17/24 17/25 18/2 18/6 19/19 21/25 24/6 28/8 30/11 30/16 34/18 39/11 39/14 41/11 43/20 47/8 47/10 47/12 47/15 47/19 48/15 54/18 57/8 57/12 60/15 75/19 76/18 76/18 78/22 79/11 79/25 80/21 82/10 85/23 93/15 94/3 94/4 95/1 97/10 99/3 99/16 101/14 102/21 105/17 106/3 107/11 107/15 108/3 108/11 109/19 110/4 110/12 112/1 112/4 113/2 117/16 118/9 120/6 121/9 122/1 122/6 122/24 124/8 124/25 127/8 127/12 131/4 135/20 140/17 141/22 144/15
we've [23] 2/19 17/20 20/17 28/19 28/20 30/16 58/1 59/9 79/10 114/23 114/23 115/2 116/18 117/16 117/22 118/8 118/10 119/7 121/15 124/8 127/12 127/1 134/8
website [2] 105/10 106/10
websites [1] 79/24
Wednesday [3] 133/11 134/2 134/3
weeds [1] 106/8

**week [22]**    1/19 4/24 49/25 64/12 65/11 120/10 120/21 120/24 128/4 129/7 129/9 129/3 129/8 131/18 132/1 132/1 133/1 133/15 133/22 133/25 134/3 134/4
**weekend [1]**    112/21
**weekends [1]**    112/18
**weeks [10]**    6/4 19/23 27/11 63/6 119/14 119/15 124/2 124/7 133/24 141/24
**weigh [4]**    21/22 27/1 43/2 56/13
**weighing [2]**    23/19 43/5
**weight [7]**    43/1 59/3 67/8 67/15 69/3 74/8 77/4
**Weinberg [1]**    51/9
**Weir [1]**    4/8
**weird [1]**    122/17
**welcome [5]**    2/8 3/5 3/24 4/3 5/1
**well [60]**    2/6 3/16 5/5 12/9 13/13 14/3 15/8 19/10 19/25 23/6 24/11 31/23 35/24 42/13 43/9 46/22 51/22 55/14 56/23 57/6 57/8 60/14 61/17 62/24 64/22 68/23 70/11 72/3 72/20 77/10 78/11 79/2 81/8 88/6 88/24 90/10 93/6 95/15 98/4 99/8 99/11 99/15 99/25 102/24 109/11 109/21 110/2 111/8 113/9 114/4 114/6 117/1 120/21 122/9 127/10 128/18 128/20 129/9 131/16 140/1
**well-known [1]**    70/11
**went [2]**    9/12 31/13
**were [54]**    6/4 8/10 11/23 12/3 12/21 13/21 14/9 14/25 15/16 15/17 17/18 20/22 21/9 21/14 21/21 22/17 22/22 22/22 25/19 26/1 28/9 29/25 30/1 30/2 34/9 34/18 35/5 38/14 39/7 39/7 40/2 40/22 46/9 50/10 51/15 52/25 59/10 59/13 60/22 61/9 62/25 63/16 68/14 68/15 80/14 80/15 87/12 97/21 110/11 113/1 120/13 120/19 120/20 122/15
**weren't [1]**    16/18
**West [3]**    70/9 70/17 73/19
**what [108]**    7/4 7/9 10/1 12/9 13/20 14/3 15/2 17/4 23/4 25/14 29/11 33/24 35/1 38/15 38/16 40/25 41/11 43/25 44/7 44/21 50/9 51/20 52/3 52/9 52/9 52/11 52/12 54/17 55/7 55/8 55/21 57/11 59/3 59/10 59/11 60/22 64/6 64/19 66/11 67/12 68/17 68/19 69/20 69/25 71/18 71/18 72/12 73/5 74/8 74/24 79/11 79/25 79/25 81/18 86/6 87/23 88/11 90/15 92/16 92/18 92/19 94/5 94/8 95/3 95/4 95/5 95/8 95/13 96/4 97/23 100/15 101/18 101/21 105/6 107/5 108/3 109/7 110/11 112/25 114/5 117/21 118/6 118/19 118/22 120/17 122/19 122/19 124/9 125/3 126/18 130/25 133/4 133/6 133/13 134/13 136/1 137/9 138/23 138/25 139/6 139/16 139/17 140/6 142/16 142/18 143/3 143/16 144/14
**what's [7]**    7/10 16/22 18/8 54/11 95/19 96/15 119/21 138/21
**whatever [20]**    6/11 29/12 39/17 39/22 42/7 80/1 91/7 106/14 110/6 113/6 116/24 117/3 121/11 121/21 125/4 125/22 129/13 136/7 137/8 141/24
**whatsoever [2]**    21/1 32/15
**when [49]**    9/5 10/1 10/15 18/2 19/23 20/23 23/11 27/10 32/3 34/8 34/14 38/21 39/24 43/18 46/11 47/14 47/16 47/18 51/22 54/4 55/9 56/3 67/17 70/7 71/2 77/4 84/10 84/14 96/1 96/22 100/12 101/4 104/5 109/15 116/25 118/8 119/22 121/18 122/7 122/10 122/11 123/8 125/20 127/4 132/13 133/9 141/14 143/4 143/12
**whenever [1]**    112/18
**where [32]**    9/14 9/15 9/16 10/18 11/1 16/6 16/11 17/24 27/11 29/2 29/10 29/12 34/3 49/2 50/10 52/17 53/3 53/8 56/10 56/16 57/7 59/2 65/24 80/16 92/24 93/15 95/23 105/16 124/2 130/25 136/25 141/11
**whereas [3]**    66/7 69/12 73/18
**whether [31]**    6/24 8/17 14/20 14/21 15/23 17/7 20/6 22/3 25/8 27/8 28/12 30/10 31/21 41/23 43/13 44/14 48/11 55/12 56/20 59/15 59/23 59/24 66/3 92/25 92/22 103/17 114/12 124/1 125/15 125/21 130/10
**which [65]**    2/22 6/4 6/22 8/8 8/10 9/13 11/9 12/15 12/17 17/1 18/3 18/4 20/12 12/18 26/14 27/4 28/23 31/12 34/9 35/11 35/22 37/17 40/18 40/22 41/7 41/8 42/12 43/17 44/21 44/22 46/25 57/8 57/23 59/4 59/5 60/4 61/4 66/2 66/9 67/20

72/10 72/25 75/2 78/2 78/5 79/4 83/11 86/23 87/13 92/12 92/18 98/6 104/2 104/23 107/13 111/11 112/21 132/12 115/12 121/2 132/13 137/22 139/2
**whichever [1]**    8/24
**while [6]**    42/2 90/16 113/2 124/14 130/6 136/4
**white [8]**    10/21 10/25 66/9 69/10 69/15 69/21 70/22 71/13
**who [65]**    2/21 3/1 3/20 4/7 4/21 8/9 15/16 16/11 18/10 26/10 34/18 35/15 36/11 37/5 40/11 49/14 49/18 61/13 65/12 66/6 70/10 70/15 70/16 70/16 74/21 79/16 79/13 79/22 82/23 83/1 83/5 85/10 85/13 85/16 90/25 91/16 97/8 97/21 98/11 99/17 99/19 101/7 103/12 108/22 108/25 112/11 117/13 117/16 117/23 118/2 118/6 118/18 119/15 121/5 125/1 125/20 125/25 128/18 129/5 131/16 137/12 137/18 137/20 138/8 138/9
**who's [9]**    3/13 5/3 40/4 40/17 73/18 118/21 126/1 128/13 137/17
**whoever [3]**    6/8 37/15 109/22
**whole [11]**    4/7 12/15 18/11 29/11 29/15 29/18 55/18 58/25 78/19 121/23 139/16
**whom [5]**    77/17 101/6 116/22 127/1 135/6
**whose [1]**    98/12
**why [21]**    12/7 12/14 13/25 17/8 20/18 28/2 39/20 53/17 72/20 72/23 73/5 73/13 86/16 94/21 97/13 105/3 118/5 118/11 118/24 119/6 137/22
**wide [4]**    104/22 105/9 105/10 124/8
**wife [1]**    131/19
**wiggle [2]**    122/22 133/19
**will [97]**    6/2 14/20 14/24 15/2 15/24 19/23 21/11 22/1 25/1 26/17 27/3 29/17 30/24 33/10 34/23 35/23 35/25 36/16 40/9 41/5 46/20 48/13 48/14 62/6 63/22 63/23 65/13 66/3 70/6 73/22 77/9 78/10 79/23 81/14 82/22 82/23 83/2 86/2 86/4 87/9 89/7 90/4 90/22 92/21 93/11 93/18 94/23 96/9 98/3 105/4 108/18 108/19 108/20 109/24 111/2 111/11 112/6 112/13 112/17 113/23 116/12 119/13 120/6 120/16 120/20 120/22 122/1 122/18 122/21 123/3 123/3 125/7 126/8 126/12 126/14 127/22 128/3 128/17 130/13 134/6 134/9 136/24 137/24 138/1 138/5 138/12 138/19 139/6 139/10 139/15 141/21 142/11 143/24
**willing [1]**    46/2
**winds [1]**    109/14
**Winter [1]**    51/18
**wish [2]**    103/13 113/1
**wishes [1]**    90/17
**withheld [1]**    44/23
**within [14]**    2/13 6/4 41/20 54/5 83/21 84/6 104/11 119/19 124/2 133/15 133/22 133/25 141/23 141/25
**without [9]**    26/13 47/10 64/23 82/13 131/17 141/3 142/4 142/9 143/8
**witness [51]**    36/16 40/6 40/8 46/14 81/5 81/12 82/15 82/16 84/15 90/20 97/7 98/23 100/17 101/4 101/11 106/25 108/5 108/17 110/23 111/3 111/14 111/24 116/11 116/20 116/22 117/4 117/5 117/7 117/7 117/16 117/20 117/22 118/9 118/17 118/23 119/1 119/21 123/20 123/20 123/21 126/1 127/2 127/2 135/14 135/15 135/19 135/21 136/3 136/1 136/6 144/13
**witness' [1]**    111/17
**witnesses [49]**    6/1 20/15 26/23 48/21 48/24 79/3 79/22 81/6 84/9 91/15 91/17 91/21 107/7 111/21 112/1 112/4 115/14 115/14 116/25 117/13 117/23 118/6 118/18 118/19 118/22 119/3 119/5 120/19 120/22 121/12 122/5 122/18 124/12 124/13 124/16 124/19 125/3 125/6 125/10 125/10 125/14 125/16 125/23 126/15 126/17 134/25 137/16 137/21
**woman [1]**    109/14
**won't [3]**    5/8 77/23 120/15
**wonderful [1]**    106/17
**Wood [20]**    49/1 49/10 49/25 52/4 55/22 55/23 56/1 56/22 57/13 57/14 57/21 58/2 58/21 59/19 61/18 63/21 64/13 64/15 77/15 77/21
**Wood's [1]**    61/19
**word [1]**    143/15
**words [1]**    40/21

**work [20]**    3/14 5/5 11/5 87/19 87/22 106/9 108/12 108/22 110/2 110/11 113/20 119/24 121/9 124/4 121/10 126/16 134/20 139/20 141/22
**worked [2]**    128/19 140/8
**working [6]**    9/21 111/23 117/16 134/21 136/15 137/2
**works [11]**    7/1 20/1 20/11 20/16 91/12 103/12 122/20 113/9 136/13 137/22 143/1
**worn [1]**    2/11
**worried [1]**    39/25
**worry [4]**    33/1 114/6 114/6 129/14
**worrying [1]**    112/21
**worth [2]**    12/15 144/14
**would [124]**    5/12 8/21 11/21 12/4 12/12 12/13 12/14 12/16 12/21 13/15 13/16 13/19 13/20 13/21 14/4 14/5 15/14 15/17 16/5 17/3 18/10 19/4 19/17 21/15 21/17 22/23 23/16 23/20 23/22 25/21 26/1 26/3 26/21 26/23 26/24 27/1 27/5 27/6 27/7 30/7 31/14 31/23 32/17 35/10 41/8 42/25 43/5 44/7 44/15 44/20 45/1 49/11 50/12 50/13 53/1 53/20 53/20 53/25 54/8 54/8 54/10 55/2 55/2 55/19 68/23 69/6 74/19 77/19 78/6 78/15 79/18 84/17 85/1 86/16 88/21 89/6 90/2 92/3 93/8 98/7 99/16 104/22 104/24 105/2 105/18 106/5 106/6 106/12 106/15 106/17 107/9 109/21 110/17 112/10 112/24 113/20 114/10 115/12 117/19 117/21 118/23 118/24 122/15 122/16 124/13 128/22 132/21 133/11 133/18 134/2 134/4 135/5 135/7 135/25 136/2 138/16 139/1 139/6 139/17 140/7 140/8 142/10 142/15 143/7
**wouldn't [5]**    12/8 43/1 89/25 116/19 122/3
**wow [1]**    143/4
**writ [1]**    59/20
**writing [1]**    117/15
**written [6]**    35/20 46/21 72/5 101/6 107/14 143/15
**wrong [8]**    8/24 27/16 62/5 62/12 72/15 75/17 96/23 113/7
**wrote [1]**    40/18

**Y**

**YANG [15]**    1/19 4/24 49/25 64/12 65/11 65/15 69/10 73/5 76/4 77/7 102/18 104/18 125/7 128/16 128/17
**yeah [7]**    5/4 69/18 89/1 106/7 121/8 122/25 127/20
**year [3]**    8/25 10/23 25/3
**year's [1]**    12/15
**years [10]**    12/5 22/24 23/18 25/2 45/11 58/3 62/9 88/3 96/3 141/14
**Yep [1]**    86/19
**yes [48]**    3/4 3/12 4/2 6/8 8/5 8/5 13/11 13/22 17/15 18/19 19/2 21/8 22/12 23/12 23/14 36/5 36/15 36/22 37/16 42/4 42/24 43/4 44/14 49/15 50/8 51/1 51/5 54/2 54/19 57/11 57/25 64/21 65/5 80/19 81/20 84/1 88/14 93/23 107/24 116/15 117/21 126/10 128/2 129/6 129/23 132/1 134/21 136/18
**yesterday [2]**    61/9 133/3
**yet [7]**    5/8 5/11 13/17 24/3 68/17 69/7 108/23
**you [369]**
**you'd [2]**    10/3 143/3
**you'll [6]**    39/22 40/15 109/1 128/11 142/12 144/9
**you're [39]**    9/18 13/20 15/22 17/13 17/18 23/8 27/22 27/23 37/4 37/4 40/13 40/14 50/24 53/22 69/14 69/24 69/25 71/1 79/25 91/16 92/18 93/12 96/23 99/9 100/19 101/19 104/11 108/7 108/22 109/3 111/20 116/14 116/24 118/19 118/21 131/1 133/18 140/5 141/14
**you've [16]**    5/4 29/10 70/20 70/23 72/17 79/16 79/21 85/7 86/24 118/20 120/10 131/19 132/25 133/7 133/14 135/7
**young [1]**    142/15
**younger [11]**    103/3 103/11 106/18 112/19 112/22 112/24 112/25 113/6 113/8 128/18 142/11
**youngest [1]**    131/15
**your [203]**
**yourselves [3]**    121/5 121/10 125/25

**Z**

**zero [3]**    16/9 16/14 16/15