UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, v. THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | No. 1:23-cv-2699-RDB **JOINT MOTION FOR LEAVE TO FILE PHYSICAL EXHIBITS UNDER SEAL** |

Pursuant to Local Rules 105.11 and 104.13(c), Students for Fair Admissions and the Defendants jointly move to file under seal the following trial exhibits: P5, P6, P7, P8, P9, P87, P108, P133, P134, P352, P515, P516, P527, P543, D8, D9, D10, D11, D30, D73, D143, D144, D156. The parties also move for leave to file those exhibits physically because they cannot be readily converted to PDF and printed. Sealing these materials (the "Sealed Materials") is appropriate for multiple reasons.

*First*, the Sealed Materials contain materials that have been designated as "Highly Confidential" under the parties' protective order. *See* Dkt. 63 ¶43. In particular, the Sealed Materials are voluminous documents (databases and spreadsheets) containing large amounts of sensitive data about high school student applications to the Naval Academy, including the names and other personal details of applicants. *See* Dkt. 63 ¶4 (designating this information as "Highly Confidential"). Sealing thus is clearly "justif[ied]." L.R. 105.11(a).

*Second*, there is no "alternativ[e] to sealing" that would "provide sufficient protection." *See* L.R. 105.11(b). Filing only redacted exhibits of these voluminous documents on the public docket—without also filing unredacted copies on the sealed docket—would omit information

1

that the Court might find helpful at trial. *See id.* There are thus no "alternatives" to filing these exhibits under seal. *Id.*

The parties conferred and agreed to jointly submit this motion to file physical exhibits under seal.

For the foregoing reasons, the Court should grant the parties' joint motion to seal.

Dated: September 13, 2024

Respectfully submitted,

/s/ *Thomas R. McCarthy*

Adam K. Mortara*
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick Strawbridge*
J. Michael Connolly*
Bryan K. Weir*
Cameron T. Norris**
James F. Hasson*
R. Gabriel Anderson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

*pro hac vice
**admitted to practice in the District of Maryland

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEX HAAS
Assistant Branch Director, Federal Programs Branch

/s/ *John Robinson*
JOSHUA E. GARDNER
*By Special Appearance*
Special Counsel

ANDREW CARMICHAEL
*By Special* Appearance
Senior Trial Counsel

CHRIS EDWARD MENDEZ
*By Special Appearance*
JOHN ROBINSON
*By Special Appearance*
CATHERINE M. YANG
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8489
Email: john.j.robinson@usdoj.gov

MEDHA GARGEYA
*By Special Appearance*
Counsel
U.S. Department of Justice
Civil Division, Office of the Assistant Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 13, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

                                                              /s/ Thomas R. McCarthy