**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS<br><div align="right">*Plaintiff,*</div><br>v.<br><br>THE UNITED STATES NAVAL<br>ACADEMY, *et al.*,<br><div align="right">*Defendants.*</div> | No. 1:23-cv-2699-RDB |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Joint Motion to Seal physical trial exhibits.

Having considered the motion,

**IT IS ORDERED** that the parties' motion is **GRANTED** and the materials at issue

shall be **PLACED UNDER SEAL**.

Dated: _____                    /s/_____

                                                      RICHARD D. BENNETT
                                                      United States District Judge