IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STUDENTS FOR FAIR ADMISSIONS       *

v.                                 *     Case No. 1:23-cv-2699-RDB

THE UNITED STATES NAVAL ACADEMY, et al.   *

                                   *

## NOTICE OF FILING OF PHYSICAL EXHIBIT

Exhibit _see attached_ which is an attachment to _the accompanying USB drives_ cannot be converted to PDF format and filed electronically. It exists on a physical medium (e.g., CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibit identified above.

09/13/2024
Date

[Signature]
Signature

Richard Gabriel Anderson; 24129302 (Texas)
Printed Name and Bar Number

1600 Wilson Blvd, Arlington, VA 22209
Address

gabe@consovoymccarthy.com
Email Address

(703) 243-9423
Telephone Number

N/A
Fax Number

NoticeofPhysicalExhibit (10/2020)

| Physical Exhibits |
|---|
| P005 |
| P006 |
| P007 |
| P008 |
| P009 |
| P087 |
| P108 |
| P133 |
| P133_0001 |
| P133_0002 |
| P133_0003 |
| P134 |
| P352 |
| P515 |
| P516 |
| P527 |
| P543 |

## CERTIFICATE OF SERVICE

I certify that on September 13, 2024, I e-filed the foregoing via ECF, which will automatically email all counsel of record.

<em>/s/ Thomas R. McCarthy</em>