IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____     *

                             *

v.                           *     Case No. _____

                             *

_____     *

**NOTICE OF FILING OF PHYSICAL EXHIBIT**

Exhibit _____ which is an attachment to _____ cannot be converted to PDF format and filed electronically. It exists on a physical medium (e.g., CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibit identified above.

/s/ John Robinson

_____     _____
Date                         Signature

                             _____
                             Printed Name and Bar Number

                             _____
                             Address

                             _____
                             Email Address

                             _____
                             Telephone Number

                             _____
                             Fax Number

## Physical Exhibits

DX-008

DX-009

DX-010

DX-011

DX-030 A1

DX-030 A2

DX-073

DX-143

DX-144

DX-156

## CERTIFICATE OF SERVICE

I certify that on September 15, 2024, I e-filed this document via CM/ECF, which will email all counsel of record.

/s/ John Robinson