# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, v. THE UNITED STATES NAVAL ACADEMY, *et al.*, *Defendants*. | No. 1:23-cv-2699-RDB |

# ORDER

Before the Court is Plaintiff's Joint Motion to Seal physical trial exhibits (ECF No. 119). Having considered the motion, **IT IS ORDERED** that the parties' motion is **GRANTED** and the materials at issue shall be PLACED UNDER SEAL.

Dated: September 16, 2024

RICHARD D. BENNETT
United States District Judge