## STUDENTS FOR FAIR ADMISSIONS,

v.

## UNITED STATES NAVAL ACADEMY, *et al.*

Civil/Criminal Case No.: 1:23-cv-02699

Joint Exhibits: P1-P882, PD1-PD6, D1-D206, and DD1-DD7

### Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| P1 | Pre-admitted | 9/16/24 | Office of Admissions Dean's Meeting PowerPoint - March 14, 2023 |
| P2 | Pre-admitted | 9/16/24 | "Asian and Other Qualified No Offers" April 9, 2021 |
| P2 (redacted) | Pre-admitted | 9/16/24 | "Asian and Other Qualified No Offers" April 9, 2021 |
| P3 | Pre-admitted | 9/16/24 | "Hispanic or Latino Qualified No Offers" April 9, 2021 |
| P3 (redacted) | Pre-admitted | 9/16/24 | "Hispanic or Latino Qualified No Offers" April 9, 2021 |
| P4 | Pre-admitted | 9/16/24 | "African American Qualified No Offers" April 9, 2021 |
| P4 (redacted) | Pre-admitted | 9/16/24 | "African American Qualified No Offers" April 9, 2021 |
| P5 | Pre-admitted | 9/16/24 | 2023 - Board Routing.csv |
| P6 | Pre-admitted | 9/16/24 | 2024 - Board Routing.csv |
| P7 | Pre-admitted | 9/16/24 | 2025 - Board Routing.csv |
| P8 | Pre-admitted | 9/16/24 | 2026 - Board Routing.csv |
| P9 | Pre-admitted | 9/16/24 | 2027 - Board Routing.csv |
| P13 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Christie Munnelly re: RABs |
| P14 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Christie Munnelly re: Blue Chip Athletes |
| P15 | Pre-admitted | 9/16/24 | "Offer Opportunity FQ/FQO" Document (File name "TAB A4 Class Comparisons") |
| P16 | Pre-admitted | 9/16/24 | Email from Dave Shaffer to Bruce Latta with "Class of 2025" PowerPoint attached and other attachment |
| P18 | Pre-admitted | 9/16/24 | "Class Comparisons" Document |
| P19 | Pre-admitted | 9/16/24 | "Noms and Apps" Discussion Points |
| P20 | Pre-admitted | 9/16/24 | "Nominations Update" 1 April 2022 |
| P21 | Pre-admitted | 9/16/24 | Blue and Gold Officer Handbook |
| P22 | Pre-admitted | 9/16/24 | U.S. Naval Academy Admissions - Executive Summary August 2023 |
| P23 | Pre-admitted | 9/16/24 | Admissions Training PowerPoint - August 31, 2023 (Early Notify) |
| P25 | Pre-admitted | 9/16/24 | Overview of Admissions Whole Person Multiple - March 26, 2010 |
| P26 | Pre-admitted | 9/16/24 | Nomination Process and Congressional Slate Review Guidance - Class of 2023 |
| P27 | Pre-admitted | 9/16/24 | Dean of Admissions Supplemental Guidance for the Class of 2028 |
| P28 | Pre-admitted | 9/16/24 | Superintendent Memorandum Regarding Admissions Guidance for the Class of 2028 |
| P29 | Pre-admitted | 9/16/24 | Superintendent Memorandum Regarding Admissions Guidance for the Class of 2027 |
| P30 | Pre-admitted | 9/16/24 | Dean of Admissions Supplemental Guidance for the Class of 2027 |

| Exhibit | Status | Date | Description |
|---|---|---|---|
| P31 | Pre-admitted | 9/16/24 | Memorandum Regarding the Use of "Affirmative Action" in Admissions Decisions at the U.S. Naval Academy |
| P31 (redacted) | Pre-admitted | 9/16/24 | Memorandum Regarding the Use of "Affirmative Action" in Admissions Decisions at the U.S. Naval Academy |
| P32 | Pre-admitted | 9/16/24 | U.S. Naval Academy's Diversity and Inclusion Strategic Plan |
| P33 | Pre-admitted | 9/16/24 | 2021 Institute Effectiveness Report |
| P34 | Pre-admitted | 9/16/24 | 2022 Institute Effectiveness Report |
| P36 | Pre-admitted | 9/16/24 | United States Naval Academy Office of Admissions PowerPoint ("Admissions INCHOP for VADM Davids.") |
| P39 | Admitted | 9/17/24 | "Class Comparisons" Document - June 30 |
| P40 | Pre-admitted | 9/16/24 | Nominations Update - Slate Review Discussion Points |
| P40 (redacted) | Pre-admitted | 9/16/24 | Nominations Update - Slate Review Discussion Points |
| P41 | Admitted | 9/17/24 | Class Comparisons Document - June 29 |
| P42 | Pre-admitted | 9/16/24 | Diversity & Inclusion Admissions - 2022 Training PPT |
| P43 | Pre-admitted | 9/16/24 | Admissions Board Training PowerPoint - 2022 |
| P44 | Pre-admitted | 9/16/24 | Letters of Assurance PowerPoint |
| P45 | Pre-admitted | 9/16/24 | Tab A3 Accepts 19 JUN 23 |
| P46 | Pre-admitted | 9/16/24 | Dean of Admissions Supplemental Guidance for the Class of 2024 |
| P47 | Pre-admitted | 9/16/24 | "Minority Application and I-Day Representation" Document |
| P50 | Pre-admitted | 9/16/24 | Admissions Excellence - INSPIRE Program |
| P51 | Pre-admitted | 9/16/24 | U.S. Naval Academy Admissions - Executive Summary August 2020 |
| P56 | Pre-admitted | 9/16/24 | Department of Defense Information Paper |
| P58 | Pre-admitted | 9/16/24 | "NASS 2024 Selection Training" PowerPoint |
| P59 | Pre-admitted | 9/16/24 | Training Week 2023 EOV Admissions Brief.pdf |
| P61 | Pre-admitted | 9/16/24 | NAPS Admissions Board Discussion Points |
| P62 | Pre-admitted | 9/16/24 | Naval Academy Preparatory School Guidance for Academic Year 2024 |
| P63 | Pre-admitted | 9/16/24 | "LOA No Noms" Excel file, for nomination-assist purposes |
| P64 | Pre-admitted | 9/16/24 | Guidance to Attend Preparatory Programs - 2020 |
| P65 | Pre-admitted | 9/16/24 | Superintendent Remarks at Admissions Board Meeting - 2022 |
| P67 | Pre-admitted | 9/16/24 | "Class of 2027 Application Projections" PowerPoint |
| P68 | Pre-admitted | 9/16/24 | "African American Qualified No Offers 2023-04-04" Excel File |
| P71 | Pre-admitted | 9/16/24 | "General Board Process" PowerPoint |
| P72 | Pre-admitted | 9/16/24 | "Preparatory School Recommendations" PowerPoint |
| P81 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Felicity Hector-Bruder: "US Naval Academy and OVP" |
| P81 (redacted) | Pre-admitted | 9/16/24 | Email from Melody Hwang to Felicity Hector-Bruder: "US Naval Academy and OVP" |
| P87 | Pre-admitted | 9/16/24 | Email from Melody Hwang with attached "Application Decisions" Excel |
| P92 | Pre-admitted | 9/16/24 | Email from Cay McGuire with Race and Ethnic Breakdown Table for 2022-2026, Race and Ethnic Breakdown Table for 2022-2026 - Accepted Applicants, and Race and Ethnic Breakdown Table for 2022-2026 - Accepted Applicants |
| P93 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Bruce Latta re: Blue Chip Athletes |
| P95 | Pre-admitted | 9/16/24 | Email from Christie Munnelly to Melody Hwang re: Blue Chip Athletes |

| | | | |
|---|---|---|---|
| P97 | Pre-admitted | 9/16/24 | Email from Gary Guthrie to Julie Rudy re: "Affirmative Action" |
| P98 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Bruce Latta with "Nomination Source Category" Excel File and Prep Wait List-2023-05-12 Excel File |
| P100 | Pre-admitted | 9/16/24 | Email from Bruce Latta to James Bates with "USNA Application Process" Document attached |
| P101 | Pre-admitted | 9/16/24 | Email from Bruce Latta to Germel Clarke with "Goals for c/o 2020 Admissions Cycle" PowerPoint and other attachments |
| P104 | Pre-admitted | 9/16/24 | Email from Emily Donaho to Bruce Latta re: "Data issues" |
| P108 | Pre-admitted | 9/16/24 | Email from David Arnold to Bruce Latta with "Brigade Striper Board Read-Ahead" attached |
| P114 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Bruce Latta re: "official test scores" |
| P115 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Bruce Latta with "Reason" Excel File attached |
| P115 (redacted) | Pre-admitted | 9/16/24 | Email from Melody Hwang to Bruce Latta with "Reason" Excel File attached |
| P116 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Bruce Latta re: "LOAs" with attachment |
| P119 | Admitted | 9/17/24 | Email from Melody Hwang to Christie Munnelly re: "Supe Meeting Feedback" |
| P120 | Pre-admitted | 9/16/24 | Email from Bushnell to Kertreck Brooks re: "NROTC Diversity, Equity, Inclusion" |
| P121 | Pre-admitted | 9/16/24 | "MIDSHIPMEN ATTRITION SUMMARY" Excel File, MIDSHIPMEN ATTRITION SUMMARY AFRICAN AMERICAN" Excel File, and other files attached |
| P122 | Pre-admitted | 9/16/24 | Email from Christie Munnelly to Bruce Latta re: "Slate Review" |
| P123 | Pre-admitted | 9/16/24 | Email from Bruce Latta to Melody Hwang with "HICS 1" Document attached |
| P124 | Admitted | 9/17/24 | Email from Bruce Latta to Christie Munnelly re: "Board Actions" |
| P133 | Pre-admitted | 9/16/24 | Email with Candidate SAT/GPA Excel File, Midshipman ACT data excel file, and Midshipmen Performance Comparison excel file attached |
| P134 | Pre-admitted | 9/16/24 | Email from Melody Hwang to various recipients with "Turn Down Schedule" Document - 2022, other document attached |
| P137 | Pre-admitted | 9/16/24 | Email from Bruce Latta to Germel Clarke with "Admissions Activities" Excel File, other files attached |
| P138 | Pre-admitted | 9/16/24 | Email from Alexandra Fitzgerald to Bruce Latta with Memo to ASN re: "Race Considerations Regarding Admission" attached |
| P141 | Admitted | 9/19/24 | Email from Steve Vahsen to Dan O'Sullivan re: "Updated Attrition Statistics," with "Minority attrition" Excel File attachment |
| P142 | Pre-admitted | 9/16/24 | Email from Steven Vahsen to Bob Brennan re: "AEB Monthly Meeting Reminder," with attachment |
| P143 | Pre-admitted | 9/16/24 | Email with "Graduation and Attrition" Slides attached, additional attachment |
| P144 | Pre-admitted | 9/16/24 | Email with "NAPS Program Status" PowerPoint attached, other attachment |
| P148 | Admitted | 9/20/24 | Email from Steve Vahsen to David Forman re: "Any available time?" with attachment |
| P149 | Pre-admitted | 9/16/24 | Email with "USNA High-Interest Topics December 2023" Document, other documents attached |
| P151 | Pre-admitted | 9/16/24 | Email from Steve Vahsen to Steve Vahsen with "Foundation BOD" PowerPoint, other documents attached |
| P153 | Pre-admitted | 9/16/24 | Email from Cathy McGuire to Steve Vahsen with "Attrition Reason" Excel File attached |
| P160 | Pre-admitted | 9/16/24 | Email with "Report by Race-Ethnic Group" Document attached |
| P161 | Pre-admitted | 9/16/24 | Email with NAPS 2022 Document attached |
| P162 | Pre-admitted | 9/16/24 | Email with "Graduation Rate by Race-Ethnic Group" Document attached |

| | | | |
|---|---|---|---|
| P163 | Pre-admitted | 9/16/24 | Email from Bradley to Molloy re: "Graduation Rates" |
| P164 | Pre-admitted | 9/16/24 | Email from Oneill to Vahsen re: "Class of 2023 Attrition" |
| P164 (redacted) | Pre-admitted | 9/16/24 | Email from Oneill to Vahsen re: "Class of 2023 Attrition" |
| P165 | Pre-admitted | 9/16/24 | Email from Vahsen to McGuire re: "Class of 2023 Attrition" |
| P167 | Pre-admitted | 9/16/24 | Email with "Brigade Demographics" PowerPoint attached |
| P170 | Pre-admitted | 9/16/24 | Email with Promoting Racial Diversity at the Military Service Academies Document No. 2 attached |
| P173 | Pre-admitted | 9/16/24 | Email with "Brigade Composition" Document attached |
| P173 (redacted) | Pre-admitted | 9/16/24 | Email with "Brigade Composition" Document attached |
| P174 | Pre-admitted | 9/16/24 | Email from Vahsen to Lacy re: "USNA Attrition," with attachment |
| P175 | Pre-admitted | 9/16/24 | Email with "Graduation and Attrition" Document attached |
| P176 | Pre-admitted | 9/16/24 | "Graduation rate, percentage, USNA Class Year" Excel File |
| P196 | Pre-admitted | 9/16/24 | "Female and Minority Representation Among Navy Officers" Document |
| P202 | Pre-admitted | 9/16/24 | Email with "Midshipmen Service Assignment" and "Class OOM" Documents attached |
| P207 | Admitted | 9/17/24 | Email from Latta to Buck re: "Class Planning Methodology" with "Class Comparisons" Document - May 24 attached |
| P207 (redacted) | Pre-admitted | 9/16/24 | Email from Latta to Buck re: "Class Planning Methodology" with "Class Comparisons" Document - May 24 attached |
| P209 | Pre-admitted | 9/16/24 | "Delivering Through Diversity" Document |
| P210 | Pre-admitted | 9/16/24 | "Diversity and Inclusion Report" Document |
| P212 | Pre-admitted | 9/16/24 | "Federal Data on Race and Ethnicity" Document |
| P215 | Pre-admitted | 9/16/24 | "Diversity & Inclusion Admissions 2023" |
| P217 | Pre-admitted | 9/16/24 | "Military Service Academies" Document |
| P218 | Admitted | 9/18/24 | Expert Report of Peter S. Arcidiacono with Appendices |
| P219 | Admitted | 9/19/24 | Expert Report of Richard D. Kahlenberg with Appendices |
| P221 | Admitted | 9/19/24 | Expert Report of Dakota Wood |
| P222 | Admitted | 9/18/24 | Rebuttal Expert Report of Peter S. Arcidiacono with Appendices |
| P223 | Admitted | 9/19/24 | Rebuttal Expert Report of Richard D. Kahlenberg with Appendices |
| P224 | Admitted | 9/16/24 | Rebuttal Expert Report of Brigadier General (Ret) Christopher S. Walker with Appendices |
| P225 | Admitted | 9/19/24 | Rebuttal Expert Report of Dakota L. Wood with Appendices |
| P243 | Admitted | 9/24/24 | Expert Witness Rebuttal Report of Stuart Gurrea - Exhibit 3: Materials Considered |
| P259 | Admitted | 9/17/24 | Declaration of Bruce Latta. Dkt.46-2. |
| P260 | Pre-admitted | 9/16/24 | Declaration of Bruce Latta - Exhibit 1: "United States Naval Academy Curriculum and Admissions Policy" |
| P261 | Pre-admitted | 9/16/24 | Declaration of Bruce Latta - Exhibit 2: "Mission, Functions, and Tasks of the United States Naval Academy" |
| P265 | Admitted | 9/23/24 | Declaration of Ashish Vazirani. Dkt.46-5. |
| P270 | Pre-admitted | 9/16/24 | Defendants' Preliminary-Injunction Exhibit I: "Secretary of Defense Llloyd J. Austin III Prepared Remarks" |
| P271 | Pre-admitted | 9/16/24 | Defendants' Preliminary-Injunction Exhibit J: "Demographics 2010 Profile of the Military Community" |

| | | | |
|---|---|---|---|
| P272 | Pre-admitted | 9/16/24 | Defendants' Preliminary-Injunction Exhibit K: "Diversity, Inclusion, and Equal Opportunity in the Armed Services: Background and Issues for Congress" |
| P275 | Pre-admitted | 9/16/24 | Defendants' Preliminary-Injunction Exhibit N: "An Exploration of the Return on Investment for Diversity & Inclusion in the Military" |
| P277 | Pre-admitted | 9/16/24 | Defendants' Preliminary-Injunction Exhibit P: "Profile of the Military Community" |
| P283 | Pre-admitted | 9/16/24 | Corrected Declaration of Stephen Bruce Latta. Dkt.55-1. |
| P285 | Admitted | 9/17/24 | Defendants Objections and Responses to Plaintiff's First Set of Interrogatories.pdf |
| P289 | Pre-admitted | 9/16/24 | Tab A2 Accepts 15 April 2022 |
| P292 | Pre-admitted | 9/16/24 | Accepts 13 MAR 2019 |
| P293 | Pre-admitted | 9/16/24 | Defendants Supp Resp to Pls Second Set of Interrogatories.pdf |
| P295 | Pre-admitted | 9/16/24 | Reducing Barriers to Participation in Elite Units in the Armed Services |
| P298 | Pre-admitted | 9/16/24 | 30(b)(6) Deposition of Stephanie Bressler, Marisa Biondi, and Melody Hwang - Exhibit 2: "Whole Person Multiple (WPM) Analysis" |
| P309 | Pre-admitted | 9/16/24 | Deposition of CAPT Edward Sundberg – Exhibit 2: USNA Instruction 1301.5L |
| P315 | Admitted | 9/17/24 | Deposition of Bruce Latta – Exhibit 6: Noms and Appts 10 April 2023 |
| P315 (redacted) | Admitted | 9/17/24 | Deposition of Bruce Latta – Exhibit 6: Noms and Appts 10 April 2023 |
| P321 | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 12: "Race Considerations Regarding Admission to the United States Naval Academy" |
| P321 (redacted) | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 12: "Race Considerations Regarding Admission to the United States Naval Academy" |
| P323 | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 14: "Profile: First Generation American" |
| P323 (redacted) | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 14: "Profile: First Generation American" |
| P324 | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 15: "Profile – Hardship or Adversity" |
| P324 (redacted) | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 15: "Profile – Hardship or Adversity" |
| P325 | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 16: "Profile – Hardship or Adversity" |
| P325 (redacted) | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 16: "Profile – Hardship or Adversity" |
| P327 | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 18: "Profile – RAB Other Reason" |
| P327 (redacted) | Pre-admitted | 9/16/24 | Deposition of Bruce Latta – Exhibit 18: "Profile – RAB Other Reason" |
| P330 | Admitted | 9/17/24 | Deposition of Bruce Latta – Exhibit 21: "Strategy Assessment and Recommendations" |
| P332 | Pre-admitted | 9/16/24 | Accepts 20 MAR 19 |
| P343 | Admitted | 9/17/24 | "Profile RAB w/ Other Reason – as of 2022-10-05" Document |
| P343 (redacted) | Admitted | 9/17/24 | "Profile RAB w/ Other Reason – as of 2022-10-05" Document |
| P344 | Admitted | 9/17/24 | "Profile Hardship or Adversity – as of 2022-10-05" Document |
| P344 (redacted) | Admitted | 9/17/24 | "Profile Hardship or Adversity – as of 2022-10-05" Document |
| P345 | Admitted | 9/17/24 | "Profile Language at Home Not English – as of 2022-10-05" Document |
| P345 (redacted) | Admitted | 9/17/24 | "Profile Language at Home Not English – as of 2022-10-05" Document |
| P346 | Admitted | 9/17/24 | "Profile Hardship or Adversity – as of 2023-06-22" Document |
| P346 (redacted) | Admitted | 9/17/24 | "Profile Hardship or Adversity – as of 2023-06-22" Document |
| P347 | Admitted | 9/17/24 | "Profile – First Generation American – as of 2022-09-16" Document |
| P347 (redacted) | Admitted | 9/17/24 | "Profile – First Generation American – as of 2022-09-16" Document |

| | | | |
|---|---|---|---|
| P352 | Pre-admitted | 9/16/24 | "DOJ Slate Review Report (Updated)" Document |
| P357 | Pre-admitted | 9/16/24 | "Admissions Board Briefing Template AY2023" Document |
| P357 (redacted) | Pre-admitted | 9/16/24 | "Admissions Board Briefing Template AY2023" Document |
| P365 | Pre-admitted | 9/16/24 | Email from Hwang to Latta re: "WaitList for 2027," with "TD WL" Excel File attached |
| P376 | Admitted | 9/17/24 | Email with "USNA Applicants v. Admitted" Document attached |
| P380 | Pre-admitted | 9/16/24 | "2023 QA List for Ac Board" PDF |
| P380 (redacted) | Pre-admitted | 9/16/24 | "2023 QA List for Ac Board" PDF |
| P381 | Pre-admitted | 9/16/24 | "2024 QA List for Ac Board" PDF |
| P381 (redacted) | Pre-admitted | 9/16/24 | "2024 QA List for Ac Board" PDF |
| P382 | Pre-admitted | 9/16/24 | "2026 QA List for the Ac Board" PDF |
| P382 (redacted) | Pre-admitted | 9/16/24 | "2026 QA List for the Ac Board" PDF |
| P383 | Pre-admitted | 9/16/24 | "RAB Adjustments Quick Reference" PDF |
| P384 | Pre-admitted | 9/16/24 | "Guidance for RAB Adjustments" PDF |
| P385 | Pre-admitted | 9/16/24 | "2027 QA List for the Ac Board" PDF |
| P385 (redacted) | Pre-admitted | 9/16/24 | "2027 QA List for the Ac Board" PDF |
| P386 | Pre-admitted | 9/16/24 | AY18-19_Institutional_Effectiveness_Assessment_Report.pdf |
| P388 | Pre-admitted | 9/16/24 | QA List for Ac Board (2025).pdf |
| P388 (redacted) | Pre-admitted | 9/16/24 | QA List for Ac Board (2025).pdf |
| P391 | Pre-admitted | 9/16/24 | Email from Latta to Munnelly re: "briefing sheet" with attachment |
| P437 | Pre-admitted | 9/16/24 | 2018 Class Portrait |
| P438 | Pre-admitted | 9/16/24 | 2019 Class Portrait |
| P439 | Pre-admitted | 9/16/24 | 2020 Class Portrait |
| P440 | Pre-admitted | 9/16/24 | 2021 Class Portrait |
| P441 | Pre-admitted | 9/16/24 | 2022 Class Portrait |
| P444 | Pre-admitted | 9/16/24 | ODEI_2022_DoD Officer Retention and Promotion Barrier Analysis |
| P445 | Pre-admitted | 9/16/24 | MLDC Report |
| P459 | Pre-admitted | 9/16/24 | OPNAVINST 5450.330B.pdf: "Mission, Function, and Tasks of the United states Naval Academy" |
| P464 | Pre-admitted | 9/16/24 | Rule 1006 Summary 1: Number of Cases Where Candidate With Highest WPM on Slate Was Routed to QA or AA Slot |
| P465 | Pre-admitted | 9/16/24 | Rule 1006 Summary 2: Class Comparison Reviews During the 2021-22 Admissions Cycle |
| P466 | Pre-admitted | 9/16/24 | Rule 1006 Summary 3: NASS Attendees Offered Admission to USNA or NAPS – By Race |
| P469 | Pre-admitted | 9/16/24 | Rule 1006 Summary 6: Admissions Rates for Candidates Listed on "No Offer" Reports |
| P470 | Pre-admitted | 9/16/24 | Rule 1006 Summary 7: Average WPM Score for Admits – By Race and Ethnicity |
| P479 | Admitted | 9/20/24 | Deposition of Steve Vahsen – Exhibit 8 |
| P491 | Admitted | 9/16/24 | Deposition of Melody Hwang – Exhibit 1 |
| P497 | Admitted | 9/16/24 | Deposition of Melody Hwang – Exhibit 7 |
| P497 (redacted) | Admitted | 9/16/24 | Deposition of Melody Hwang – Exhibit 7 |
| P499 | Pre-admitted | 9/16/24 | Deposition of Melody Hwang – Exhibit 9 |

| | | | |
|---|---|---|---|
| P507 | Admitted | 9/25/24 | Deposition of Lisa Truesdale – Exhibit 3 |
| P508 | Pre-admitted | 9/16/24 | Deposition of Lisa Truesdale – Exhibit 4 |
| P515 | Pre-admitted | 9/16/24 | Email from Melody Hwang to herself with attachment "use Slate Review 2023-02-01" |
| P516 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Katherine McAllister, with attachment "Slate Review-2022-09-07" |
| P517 | Admitted | 9/16/24 | Amended Expert Report of Christopher S. Walker |
| P518 | Admitted | 9/18/24 | Supplemental Expert Report of Peter Arcidiacono |
| P519 | Pre-admitted | 9/16/24 | Class of 2023 Portrait |
| P520 | Pre-admitted | 9/16/24 | Class of 2027 Profile |
| P521 | Pre-admitted | 9/16/24 | Class of 2025 Portrait |
| P522 | Pre-admitted | 9/16/24 | Class of 2024 Portrait |
| P523 | Pre-admitted | 9/16/24 | Class of 2026 Portrait |
| P527 | Pre-admitted | 9/16/24 | "Principals" excel file |
| P531 | Pre-admitted | 9/16/24 | Email From Lauren Zaccheo to Dean Latta with attachments Admissions Medical PowerPoint, CGO – Admissions Training Aug 2023 – PrepSchool, other attachments |
| P532 | Pre-admitted | 9/16/24 | Email from Dean Latta to James Bates with attachment "SASC PSMs Feb 22" |
| P533 | Pre-admitted | 9/16/24 | Email from Melody Hwang to Dean Latta re Board 14 Apr 22 |
| P533 (redacted) | Pre-admitted | 9/16/24 | Email from Melody Hwang to Dean Latta re Board 14 Apr 22 |
| P535 | Pre-admitted | 9/16/24 | Email from Christie Munnelly to Dean Latta regarding board actions |
| P535 (redacted) | Pre-admitted | 9/16/24 | Email from Christie Munnelly to Dean Latta regarding board actions |
| P543 | Pre-admitted | 9/16/24 | Master Charging Report 2027 |
| P549 | Pre-admitted | 9/16/24 | Military Diversity in Multinational Defence Environments: From Ethnic Intolerance to Inclusion |
| P550 | Admitted | 9/17/24 | 20220607 Dean's Brief.pptx |
| P551 | Pre-admitted | 9/16/24 | 20220524 Dean's Brief.pptx |
| P552 | Admitted | 9/17/24 | 20220517 Dean's Brief.pptx |
| P553 | Admitted | 9/17/24 | 20220503 Dean's Brief.pptx |
| P554 | Admitted | 9/17/24 | 20220426 Dean's Brief.pptx |
| P555 | Admitted | 9/17/24 | 20220419 Dean's Brief.pptx |
| P556 | Admitted | 9/17/24 | 20220329 Dean's Brief.pptx |
| P557 | Admitted | 9/17/24 | 20220322 Dean's Brief.pptx |
| P558 | Admitted | 9/17/24 | 20220315 Dean's Brief.pptx |
| P559 | Admitted | 9/17/24 | 20220201 Dean's Brief.pptx |
| P560 | Admitted | 9/17/24 | 20220125 Dean's Brief.pptx |
| P561 | Admitted | 9/17/24 | 20220118 Dean's Brief.pptx |
| P562 | Admitted | 9/17/24 | 20220104 Dean's Brief.pptx |
| P563 | Admitted | 9/17/24 | 20211221 Dean's Brief.pptx |
| P564 | Admitted | 9/17/24 | 20211214 Dean's Brief.pptx |
| P565 | Admitted | 9/17/24 | 20211130 Dean's Brief.pptx |
| P566 | Admitted | 9/17/24 | 20211123 Dean's Brief.pptx |

| | | | |
|---|---|---|---|
| P567 | Admitted | 9/17/24 | 20211117 Dean's Brief.pptx |
| P568 | Admitted | 9/17/24 | 20210303 Dean's Brief.pptx |
| P569 | Admitted | 9/17/24 | 20211026 Dean's Brief.pptx |
| P570 | Admitted | 9/17/24 | 20211019 Dean's Brief.pptx |
| P571 | Admitted | 9/17/24 | 20210928 Dean's Brief.pptx |
| P572 | Admitted | 9/17/24 | 20210914 Dean's Brief.pptx |
| P573 | Pre-admitted | 9/16/24 | 20210901 Dean's Brief.pptx |
| P574 | Pre-admitted | 9/16/24 | 20210817 Dean's Brief.pptx |
| P575 | Admitted | 9/17/24 | 20210810 Dean's Brief.pptx |
| P576 | Pre-admitted | 9/16/24 | 20210727 Dean's Brief.pptx |
| P587 | Admitted | 9/17/24 | African American Qualified No Offers 2022--03-11 |
| P587 (redacted) | Admitted | 9/17/24 | African American Qualified No Offers 2022--03-11 |
| P589 | Admitted | 9/17/24 | African American Qualified No Offers 2022--02-06 |
| P589 (redacted) | Admitted | 9/17/24 | African American Qualified No Offers 2022--02-06 |
| P597 | Admitted | 9/23/24 | Leveraging Diversity for Military Effectiveness |
| P600 | Admitted | 9/23/24 | Task Force One Navy: Our Navy Team – Navigating A Course to True North |
| P605 | Pre-admitted | 9/16/24 | Defense Organizational Climate Survey Redesign |
| P610 | Pre-admitted | 9/16/24 | DOJ_USNA Class Years 2014-2024_Service Assignment by Race-Ethnic Group by Class Year |
| P614 | Pre-admitted | 9/16/24 | USNA Class Years 1973-2024 |
| P800 | Admitted | 9/24/24 | Assessing the Relationship Between Diversity and Navy Unit Performance |
| P803 | Admitted | 9/18/24 | Institutional Assessment Report – AY 20 |
| P804 | Admitted | 9/18/24 | Institutional Assessment Report – AY 21 |
| P805 | Admitted | 9/18/24 | Institutional Assessment Report – AY 22 |
| P806 | Admitted | 9/18/24 | Institutional Assessment Report – AY 23 |
| P810 | Admitted | 9/18/24 | Guidance for Recommendation of the Admissions Board (RABs) |
| P811 | Admitted | 9/18/24 | Dean of Admissions Supplemental Guidance for the Class of 2029 |
| P812 | Admitted | 9/18/24 | Admissions Guidance for the Class of 2029 |
| P813 | Admitted | 9/18/24 | USNA Application and Admissions Board – Training Week 2024 |
| P814 | Admitted | 9/18/24 | Superintendent's Guidance |
| P816 | Admitted | 9/23/24 | Declaration of Dr. Jeannette Haynie |
| P823 | Admitted | 9/23/24 | Harvard Business Review – Why Diverse Teams Are Smarter |
| P824 | Admitted | 9/23/24 | Perspective – How Effective are Blinding Concepts |
| P827 | Admitted | 9/23/24 | Does Social Cohesion Determine Motivation in Combat? |
| P849 | Admitted | 9/23/24 | The Impact of Diversity on Air Force Mission Performance |
| P851 | Admitted | 9/23/24 | Gender Perspectives and Military Effectiveness |
| P865 | Admitted | 9/23/24 | On Standards and Women |
| P866 | Admitted | 9/23/24 | Racial Composition in the All-Volunteer Force |
| P867 | Admitted | 9/24/24 | Nomikos – Online Appendix |

| P872 | Admitted | 9/24/24 | The Effects of Diversity Among Peers and Role Models |
| P873 | Admitted | 9/24/24 | Managing Diversity: From Exclusion to Inclusion and Valuing Difference |
| P874 | Admitted | 9/24/24 | Peacekeeping and the Enforcement of Intergroup Cooperation |
| P878 | Admitted | 9/24/24 | *SFFA v. Harvard*, Report of David Card (Dkt.419-141) |
| P880 | Admitted | 9/24/24 | Deposition Designations – 30(b)(6) Deposition of Stephanie Bressler, Marisa Biondi, and Melody Hwang |
| PD1 | Admitted | 9/16/24 | Opening Demonstratives |
| PD2 | Admitted | 9/16/24 | Direct Examination of Brigadier General (Ret.) Christopher S. Walker |
| PD3 | Admitted | 9/18/24 | Direct Examination of Peter Arcidiacono |
| PD4 | Admitted | 9/19/24 | Direct Examination of Richard Kahlenberg |
| PD5 | Admitted | 9/19/24 | Direct Examination of Dakota Wood |
| PD6 | Admitted | 9/26/24 | Closing Demonstratives |