| **Defendants' Exhibits** |
|---|---|---|---|
| Exhibit No. | Identification | Admitted | Description |
| DX1 | Pre-admitted, no objection | 9/16/24 | Written RAB Guidance, USNA-00000070 |
| DX2 | Pre-admitted, no objection | 9/16/24 | RAB Quick Reference Guide, USNA-00000078 |
| DX3 | Pre-admitted as P27 | 9/16/24 | Dean's Guidance for the Class of 2028, USNA-00000146 |
| DX4 | Pre-admitted as P28 | 9/16/24 | Supe's Guidance for the Class of 2028, USNA-00000152 |
| DX5 | Pre-admitted as P459 | 9/16/24 | OPNAVINST 5450.330B, USNA-00000233 |
| DX6 | Pre-admitted as P31 | 9/16/24 | HASC PSM RFI - 1 November 2022, USNA-00000389 |
| DX7 | Pre-admitted as P32 | 9/16/24 | March 2021 D&I Strategic Plan, USNA-00000391 |
| DX8 | Pre-admitted as P346 | 9/16/24 | Hardship or Adversity-2023-06-22-08-52-02, USNA-00000500 |
| DX9 | Pre-admitted as P343 | 9/16/24 | Other RAB w Reason-2022-10-05-17-39-59, USNA-00000501 |
| DX10 | Pre-admitted as P344 | 9/16/24 | Hardship or Adversity-2022-10-05-17-33-15, USNA-00000502 |
| DX11 | Admitted as P347 | 9/16/24 | First Generation American-2022-09-16-08-20-53, USNA-00000504 |
| DX13 | Pre-admitted as P386 | 9/16/24 | AY18-19 Institutional Effectiveness Assessment Report, USNA-00000527 |
| DX14 | Pre-admitted | 9/16/24 | AEB AY17-18 Institutional Effectiveness Assessment Report, USNA-00000568 |
| DX15 | Pre-admitted | 9/16/24 | 2027 Charging Memo, USNA-00000678 |
| DX16 | Pre-admitted as P215 | 9/16/24 | Training Week 2023 Diversity Brief Admissions Aug 2023, USNA-00001106 |
| DX17 | Pre-admitted | 9/16/24 | Production Report (Official) Jun 23, USNA-00001246 |
| DX18 | Pre-admitted | 9/16/24 | Production Report (Official) Sept. 22, USNA-00001355 |
| DX19 | Pre-admitted | 9/16/24 | 2014 CMC White Letter 3-14 Div. TF Initiative, USNA-00003958 |
| DX20 | Pre-admitted | 9/16/24 | CMC White Letter 2-13 CMC Diversity Task Force, USNA-00003960 |

| DX21 | Pre-admitted | 9/16/24 | Inc Black Rep in USMC TACAIR Pilot Corps, USNA-00003962 |
|---|---|---|---|
| DX22 | Pre-admitted | 9/16/24 | NPS-Mar 2021- A Location-Based Inspection of Diversity in Marine Corps Officer Accessions, USNA-00004251 |
| DX23 | Pre-admitted | 9/16/24 | MSA Nominations, USNA-00004816 |
| DX24 | Pre-admitted as P573 | 9/16/24 | 20210901 Dean's Brief, USNA-00005027 |
| DX25 | Pre-admitted | 9/16/24 | Summer STEM Selection Criteria- Program Cycle 2024, USNA-00002650 |
| DX26 | Pre-admitted | 9/16/24 | Copy of JOINT TRAINING DAY 17MAY18 BRIEF, USNA-00005378 |
| DX27 | Pre-admitted as P26 | 9/16/24 | Slate review memo class of 2023 (9 Oct 18 draft), USNA-00006557 |
| DX28 | Pre-admitted | 9/16/24 | USNA Diversity and Outreach Initiatives in Title I High Schools, USNA-00006699 |
| DX29 | Pre-admitted | 9/16/2024 | Diversity Conf Brief Apr 22 1200, USNA-00020360 |
| DX30 | Pre-admitted | 9/16/2024 | Q on Each Slate for Underrep-2023-07-13-10-28-12, USNA-00016851, USNA-00016853, and USNA-00016854 |
| DX31 | Pre-admitted | 9/16/2024 | 2022 Graduating Class Survey Results (final), USNA-00024462 |
| DX34 | Pre-admitted | 9/16/2024 | AEB Memo on SLT questions 25MAY23, USNA-00025312 |
| DX35 | Pre-admitted | 9/16/2024 | GAO-22-105130, USNA-00025714 |
| DX36 | Pre-admitted | 9/16/2024 | Karabel, UC Berkeley, USNA Class Years 1975-2021 - Race-Ethnic Group, USNA-00026365 |
| DX37 | Pre-admitted | 9/16/2024 | Diversity Slides Brigade Leadership, USNA-00028575 |
| DX38 | Pre-admitted | 9/16/2024 | Diversity Brief COI 2021 Presentation, USNA-00028602 |
| DX39 | Pre-admitted | 9/16/2024 | USMC DEI Strategic Plan Final, USNA-00028687 |
| DX40 | Pre-admitted as P610 | 9/16/24 | DOJ-USNA Class Years 2014-2024, Service Assignment by Race-Ethnic Group by Class Year, USNA-00030476 |
| DX41 | Pre-admitted | 9/16/24 | 2019 WEOR CoH Survey Note, USNA-00030957 |
| DX42 | Pre-admitted | 9/16/24 | 2019 WEOR Impact – Racial, Ethnic, Harassment Discrimination Readiness Final, USNA-00030975 |
| DX43 | Pre-admitted as P305 | 9/16/24 | ROI DI Report Final, USNA-00030980 |
| DX44 | Pre-admitted as P605 | 9/16/24 | DEOCSPhase1 Report, USNA-00031112 |
| DX45 | Pre-admitted | 9/16/24 | U.S. Dep't of Defense, 2022 National Defense Strategy of the United States of America, USNA-00014543 |
| DX46 | Pre-admitted as P445 | 9/16/24 | From Representation to Inclusion: Diversity Leadership for the 21st-Century Military Final Report, USNA-00011605 |
| DX47 | Pre-admitted as P270 | 9/16/24 | FY 2023 Defense Budget Request: Hearing Before the House Armed Services Committee, 117th Congress, 2d Sess. 9 (2022), USNA-00034558 |
| DX48 | Pre-admitted as P271 | 9/16/24 | DoD Demographics 2010 (2010), USNA-00033142 |
| DX49 | Pre-admitted as P272 | 9/16/2024 | Congressional Research Service, Diversity, Inclusion, and Equal Opportunity in the Armed Services: Background and Issues for Congress (June 5, 2019) ("CRS Report"), USNA-00012772 |
| DX50 | Pre-admitted as P210 | 9/16/24 | Department of Defense Board on Diversity and Inclusion Report: Recommendations to Improve Racial and Ethnic Diversity and Inclusion in the Military (2020) ("DoD D&I Report"), USNA-00012620 |
| DX51 | Pre-admitted, no objection | 9/16/24 | Secretary of Defense Memo (Apr. 9, 2021), USNA-00034104 |

| | | | |
|---|---|---|---|
| DX52 | Pre-admitted as P301 | 9/16/24 | DoD 2022 Demographics (2022), USNA-00034326 |
| DX53 | Pre-admitted, no objection | 9/16/24 | U.S. Census Data (2023), USNA-00034101 |
| DX54 | Pre-admitted, no objection | 9/16/24 | 2.16.2024 - SFFA Response to Interrogatories |
| DX55 | Pre-admitted, no objection | 9/16/24 | 2.16.2024 - Supplemental Response to Interrogatories |
| DX56 | Pre-admitted, no objection | 9/16/24 | 3.29.2024 - SFFA Supplemental Interrogatory Responses |
| DX57 | Pre-admitted, no objection | 9/16/24 | 5.29.2024 - SFFA Supplemental Interrogatory Responses |
| DX58 | Pre-admitted, no objection | 9/16/24 | Officer and USNA diversity trends (June 27, 2024), USNA-00032617 |
| DX59 | Pre-admitted, no objection | 9/16/24 | Analysis of Navy and US Marine Corps Active Duty Officers Commissioning Through USNA, USNA-00032561 |
| DX60 | Pre-admitted, no objection | 9/16/24 | DoD Diversity and Inclusion Management Program, USNA-00012578 |
| DX62 | Pre-admitted, no objection | 9/16/24 | Talent Management 2030 - USMS (2021), USNA-00032597 |
| DX63 | Pre-admitted as P196 | 9/16/2024 | Female and Minority Representation Among Navy Officers, USNA-00030434 |
| DX65 | Pre-admitted as P600 | 9/16/24 | Task Force One Navy, USNA-00033871 |
| DX66 | Pre-admitted, no objection | 9/16/24 | Navy Strategic Guidance, USNA-00033871 |
| DX67 | Admitted | 9/24/24 | Del Toro Congressional Statement, USNA-00033843 |
| DX70 | Pre-admitted, no objection | 9/16/24 | Plaintiff's 7.24.2024 Response to second set of interrogatories |
| DX71 | Pre-admitted, no objection | 9/16/24 | Plaintiff's 7.24.2024 Response to requests for admissions |
| DX72 | Pre-admitted as P390 | 9/16/24 | Copy of Whole Person Multiple (WPM) Analysis, USNA-00029695 |
| DX74 | Pre-admitted, no objection | 9/16/24 | Department of Defense Diversity, Equity, Inclusion, and Accessibility Strategic Plan, USNA-00012977 |
| DX75 | Pre-admitted, no objection | 9/16/24 | OPA 2017 Workplace and Equal Opportunity Survey of Active Duty Members, USNA-00014952 |
| DX76 | Pre-admitted, no objection | 9/16/24 | Common Admissions Board Acronyms, USNA-00000049 |
| DX77 | Pre-admitted, no objection | 9/16/24 | Appendix A: Medical Considerations for Admissions, USNA-00000062 |
| DX78 | Pre-admitted, no objection | 9/16/24 | The Candidate Fitness Assessment, USNA-00000062 |
| DX79 | Pre-admitted, no objection | 9/16/24 | Admissions Board Training, USNA-00000108 |
| DX80 | Pre-admitted as P22 | 9/16/24 | U.S. Naval Academy Admissions, USNA-00000139 |
| DX81 | Pre-admitted, no objection | 9/16/24 | DoDI 1322.22, USNA-00000160 |
| DX82 | Pre-admitted as P260 | 9/16/24 | SECNAV Instruction 1531.2D, USNA-00000385 |

11

| | | | |
|---|---|---|---|
| DX83 | Pre-admitted, no objection | 9/16/24 | Training Week August 15, USNA-00000831 |
| DX84 | Pre-admitted, no objection | 9/16/24 | Strategic Outreach (STRATOUT), USNA-00000920 |
| DX85 | Pre-admitted, no objection | 9/16/24 | Navy Athletics Admissions Staff Training Brief, USNA-00000925 |
| DX86 | Pre-admitted, no objection | 9/16/24 | Outreach Tools & Resources, USNA-00000944 |
| DX87 | Pre-admitted, no objection | 9/16/24 | Nominations and Appointments Brief, USNA-00000952 |
| DX88 | Pre-admitted, no objection | 9/16/24 | Training Week August 14th, USNA-00000971 |
| DX89 | Pre-admitted, no objection | 9/16/24 | Training Week 2023 Admission Medical PowerPoint, USNA-00001137 |
| DX90 | Pre-admitted, no objection | 9/16/24 | Training Week 2023 DOD Influencers, USNA-00001148 |
| DX91 | Pre-admitted, no objection | 9/16/24 | Nominations and Appointments Brief, December 2023, USNA-00001162 |
| DX92 | Pre-admitted, no objection | 9/16/24 | Nominations and Appointments Brief, July 2023, USNA-00001163 |
| DX93 | Pre-admitted, no objection | 9/16/24 | Congressional Guide (2021), USNA-00001167 |
| DX94 | Pre-admitted as P21 | 9/16/24 | BGO Handbook, USNA-00001384 |
| DX95 | Pre-admitted, no objection | 9/16/24 | BGO Training July 2022, USNA-00001656 |
| DX96 | Pre-admitted, no objection | 9/16/24 | Admissions Strategic Outreach, July 2022, USNA-00001744 |
| DX97 | Pre-admitted, no objection | 9/16/24 | Summer Programs Overview, USNA-00002359 |
| DX98 | Pre-admitted, no objection | 9/16/24 | Summer Programs, USNA-00002365 |
| DX99 | Pre-admitted, no objection | 9/16/24 | Screen of Current Application, USNA-00002368 |
| DX100 | Pre-admitted, no objection | 9/16/24 | Navy-Wide Demographic Data for Third Quarter FY 2010, USNA-00002376 |
| DX101 | Pre-admitted, no objection | 9/16/24 | Demographic Data Collection and Reporting, USNA-00002371 |
| DX102 | Pre-admitted, no objection | 9/16/24 | MPM 1000-090, USNA-00002395 |
| DX103 | Pre-admitted as P337 | 9/16/24 | Noms and Appts 10 May 2023, USNA-00002632 |
| DX104 | Pre-admitted, no objection | 9/16/24 | Prior Enlisted Entering USNA, USNA-00002787 |
| DX105 | Pre-admitted, no objection | 9/16/24 | Application Completion Goals 2028, USNA-00003044 |
| DX106 | Pre-admitted, no objection | 9/16/24 | 2022-2023 Impact Report, USNA-00003261 |
| DX107 | Pre-admitted, no objection | 9/16/24 | Offer Levels, USNA-00003306 |
| DX108 | Pre-admitted, no objection | 9/16/24 | Letters of Assurance, USNA-00005481 |

| | | | |
|---|---|---|---|
| DX109 | Pre-admitted as P519 | 9/16/24 | Class of 2023 Snapshot, USNA-00004382 |
| DX110 | Pre-admitted as P522 | 9/16/24 | Class of 2024 Snapshot, USNA-00004390 |
| DX111 | Pre-admitted as P521 | 9/16/24 | Class of 2025 Snapshot, USNA-00004387 |
| DX112 | Pre-admitted as P523 | 9/16/24 | Class of 2026 Snapshot, USNA-00004394 |
| DX113 | Pre-admitted as P520 | 9/16/24 | Class of 2027 Snapshot, USNA-00004386 |
| DX115 | Pre-admitted, no objection | 9/16/24 | OPINFO 2023, USNA-00004407 |
| DX116 | Pre-admitted as P50 | 9/16/24 | Admissions Excellence - INSPIRE Program, USNA-00004423 |
| DX117 | Pre-admitted as P212 | 9/16/24 | OMB Standards for Ethnicity, USNA-00004801 |
| DX118 | Pre-admitted, no objection | 9/16/24 | Minority Applicant Trends, USNA-00004822 |
| DX119 | Pre-admitted, no objection | 9/16/24 | EAB Trends in Applications, USNA-00004825 |
| DX120 | Pre-admitted as P56 | 9/16/24 | DoD DEI Info Paper, USNA-00004897 |
| DX121 | Pre-admitted, no objection | 9/16/24 | USNA Custom Report 3.19.23, USNA-00005488 |
| DX122 | Pre-admitted as P65 | 9/16/24 | Superintendent Remarks to Admissions Board Aug 2022, USNA-00005494 |
| DX123 | Pre-admitted as P357 | 9/16/24 | Standard Admissions Board Briefing Template, USNA-00005497 |
| DX124 | Pre-admitted, no objection | 9/16/24 | Fleet Candidates, USNA-00005504 |
| DX125 | Pre-admitted, no objection | 9/16/24 | Admissions Board Training 2022 SupeDean Guidance, USNA-00005513 |
| DX126 | Pre-admitted as P72 | 9/16/24 | Preparatory School Recommendations, USNA-00006329 |
| DX127 | Pre-admitted as P23 | 9/16/24 | Admissions Early Notify, USNA-00006564 |
| DX128 | Pre-admitted, no objection | 9/16/24 | MSA Recruiting at Title I high schools, USNA-00006700 |
| DX130 | Pre-admitted as P549 | 9/16/2024 | Military Diversity in Multinational Defense Environments: From Ethnic Intolerance to Inclusion, USNA-00010111 |
| DX135 | Admitted | 9/23/24 | Groups of Diverse Problem Solvers Can Outperform Groups of High-Ability Problem Solvers, USNA-00011470 |
| DX137 | Pre-admitted, no objection | 9/16/24 | DoD Diversity and Inclusion Strategic Plan, USNA-00012604 |
| DX141 | Pre-admitted, no objection | 9/16/24 | Diversity and Inclusion Strategic Plan (US Special Forces Command), USNA-00012916 |
| DX143 | Pre-admitted as P352 | 9/16/24 | DOJ Slate Review Report (Updated), USNA-00003528 |
| DX144 | Pre-admitted as P543 | 9/16/24 | Master Charging Report 2027, USNA-00015846 |
| DX145 | Pre-admitted, no objection | 9/16/24 | APP-117719_CANDIDATE PACKET, USNA-00016108 |

| | | | |
|---|---|---|---|
| DX146 | Pre-admitted, no objection | 9/16/24 | USNA - Prep School Programs, Admissions Staff Training, USNA-00015965 |
| DX147 | Pre-admitted as P62 | 9/16/24 | NAPS Admissions Criteria, USNA-00016027 |
| DX148 | Pre-admitted, no objection | 9/16/24 | Foundation Admissions Guidance, USNA-00016029 |
| DX149 | Pre-admitted as P64 | 9/16/24 | Prep Selection Process, USNA-00016053 |
| DX150 | Pre-admitted as P444 | 9/16/2024 | DoD Officer Retention and Promotion Barrier Analysis Study, USNA-00032081 |
| DX151 | Admitted | 9/23/24 | Racial/Ethnic Minority Representation in the Officer Corps, USNA-00032129 |
| DX152 | Pre-admitted as P295 | 9/16/2024 | Study on Reducing Barriers to Minority Participation in Elite Units in the Armed Forces, USNA-00009551 |
| DX153 | Pre-admitted, no objection | 9/16/24 | Admissions Board - Record Prep Reminder and attached Briefing Template, USNA-00028421 and USNA-00028423 |
| DX154 | Pre-admitted | 9/16/2024 | Centers of Influence Hotwash, USNA-00029221 |
| DX155 | Pre-admitted | 9/16/2024 | Admissions Strategic Outreach, September 2023, USNA-00016771 |
| DX156 | Pre-admitted, no objection | 9/16/24 | Slate Review Report email and attachment, USNA-00017268 and USNA-00017269 |
| DX157 | Pre-admitted as P309 | 9/16/24 | USNAINST 1301.5L Midshipmen Service Assignment, USNA-00027485 |
| DX158 | Pre-admitted | 9/16/2024 | Race Considerations Regarding Admission to the United States Naval Academy, USNA-00022271 |
| DX159 | Pre-admitted | 9/16/2024 | Office of Admissions slide deck, USNA-00018729 |
| DX160 | Pre-admitted | 9/16/2024 | Superintendence's Guidance slide deck, USNA-00018772 |
| DX161 | Pre-admitted | 9/16/2024 | Admissions Board Training slide deck, USNA-00018655 |
| DX162 | Pre-admitted | 9/16/2024 | Goals for c/o 2020 Admissions Cycle, USNA-00018645 |
| DX164 | Pre-admitted, no objection | 9/16/24 | DoD instruction 1336.05 |
| DX166 | Pre-admitted, no objection | 9/16/24 | AEB AY21-22 Institutional Effectiveness Assessment Report, USNA-00000588 |
| DX168 | Admitted | 9/23/24 | Cody Schuette. (2020). Improving the Civil-Military Relationship: Diversity and the U.S. Army. Journal of Strategic Security, USNA-00011273 |
| DX169 | Pre-admitted, no objection | 9/16/24 | Internal Review Team on Racial Disparities in the Investigative and Military Justice System. (2022, August 31). U.S. Department of Defense, USNA-0001100 |
| DX170 | Admitted | 9/23/24 | Joslyn Fleming et al., Women, Peace, and Security in Action: Including Gender Perspectives in Department of Defense Operations, Activities, and Investments (RAND Corporation, 2023), USNA-00007062 |
| DX171 | Admitted | 9/23/24 | Nelson Lim, Louis Mariano, Amy Cox, David Schulker, and Lawrence Hanser (2014). Improving Demographic Diversity in the U.S. Air Force Officer Corps. RAND Corporation, USNA-00011333 |
| DX172 | Admitted | 9/23/24 | Vincenzo Bove et al., Improving Peacekeeping Effectiveness by Increasing Diversity of Mission Composition (International Forum for the Challenges of Peace Operations 2020), USNA-00011319 |
| DX173 | Admitted | 9/23/24 | William D. Wunderle, Through the Lens of Cultural Awareness: A Primer for US Armed Forces Deploying to Arab and Middle Eastern Countries (Combat Studies Institute Press 2006), USNA-00008345 |
| DX174 | Pre-admitted, no objection | 9/16/24 | U.S. Marine Corps, Marine Corps Doctrinal Publication 1: Warfighting (June 20, 1997), USNA-00007236 |

| | | | |
|---|---|---|---|
| DX175 | Pre-admitted, no objection | 9/16/24 | 2017 DoD demographics report, USNA-00034107 |
| DX176 | Admitted | 9/23/24 | Daphne S. L. Wong, Exploring the Impact of Team Building on Group Cohesion of a Multicultural Team (Pepperdine Digital Commons 2015), USNA-00012228 |
| DX177 | Pre-admitted | 9/16/2024 | SecDef Esper 2020 Memo, USNA-00033713 |
| DX178 | Pre-admitted, no objection | 9/16/24 | SecDef Esper 2020 Statement, USNA-00033702 |
| DX179 | Pre-admitted, no objection | 9/16/24 | SecDef Miller 2020 Memo, USNA-00033652 |
| DX182 | Admitted | 9/23/24 | Conflict Prevention through the Protection of the Human Rights of Minorities (United Nations Special Rapporteur on Minority Issues, 2022), USNA-00033327 |
| DX183 | Admitted | 9/23/24 | Token Female Voice Enactment in Traditionally Male-Dominated Teams: Facilitating Conditions and Consequences for Performance, Academy of Management Journal (2019), USNA-00033780 |
| DX185 | Admitted as P597 | 9/23/24 | Leveraging Diversity for Military Effectiveness: Diversity, Inclusion and Belonging in the UK and US Armed Forces, RAND Corporation (2022), USNA-00033374 |
| DX187 | Pre-admitted | 9/16/24 | Dep't of Defense Office of People Analytics, Fall 2022 Propensity Update, USNA-00033657 |
| DX188 | Admitted | 9/23/24 | Why Diverse Teams are Smarter (Harvard Business Review), USNA-00033707 |
| DX192 | Admitted | 9/16/2024 | Air Force Independent Racial Disparity Review (2020), USNA-00034569 |
| DX194 | Admitted | 9/23/2024 | July 15, 2024 Haynie Rule 26(a)(2)(C) disclosure |
| DX195 | Admitted | 9/23/24 | July 15, 2024 Lyall Expert Report |
| DX196 | Admitted | 9/20/2024 | July 15, 2024 Bailey Expert Report |
| DX197 | Admitted | 9/20/24 | July 15, 2024 Sherwood Rule 26(a)(2)(C) disclosure |
| DX199 | Admitted | 9/24/24 | July 15, 2024 Truesdale Rule 26(a)(2)(C) disclosure |
| DX200 | Admitted | 9/24/24 | July 31, 2024 Gurrea Expert Report, Appendix, and Exhibits |
| DX201 | Pre-admitted | 9/16/2024 | Graduation and Attrition Rates, USNA-00024638 |
| DX202 | Pre-admitted as P164 | 9/16/24 | Class of 2023 email, USNA-00026720 |
| DX203 | Pre-admitted | 9/16/24 | Officer and USNA diversity trends (June 27, 2024) |
| DX204 | Pre-admitted | 9/16/24 | Analysis of Navy and US Marine Corps Active Duty Officers Commissioning Through USNA, USNA-00032561 |
| DX205 | Pre-admitted | 9/16/24 | Report and Disposition of Offense(s), USNA-00034668 |
| DX206 | Pre-admitted | 9/16/24 | Report and Disposition of Offense(s), USNA-00034676 |
| DX210 | Admitted | 9/25/24 | Truesdale designations |
| DD1 | Admitted | 9/16/24 | Defendants' opening statement |
| DD2 | Admitted | 9/20/24 | Bailey demonstratives |
| DD3 | Admitted | 9/20/24 | Sherwood demonstratives |
| DD4 | Admitted | 9/23/24 | Haynie demonstratives |
| DD5 | Admitted | 9/24/24 | Gurrea demonstratives |
| DD6 | Admitted | 9/24/24 | Lyall demonstratives |
| DD7 | Admitted | 9/25/24 | Miller demonstrative |
| DD8 | Admitted | 9/26/24 | Closing demonstrative |

15