IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Students for Fair Admissions**
Plaintiff                              *

v.                                     *         Civil No.:  RDB 23-2699

**The United States Naval Academy et al** *
Defendant
                                    ******

## CERTIFICATION - EXHIBITS TO BE SUBMITTED TO THE COURT

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been admitted into evidence are to be sent to the Court for use in making a ruling.

Counsel for Plaintiff

**Adam Mortara & Patrick Strawbridge**

_____

_____

Date: September 26, 2024

Counsel for Defendant

**Joshua Gardner & John Robinson**

_____

U.S. District Court (Rev. 5/2000) - Certification - Exhibits to be Submitted to Jury (Pleading)