```
  1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
  2                        NORTHERN DIVISION

  3   STUDENTS FOR FAIR ADMISSIONS,  )TRIAL DAY 3
                                     )
  4        Plaintiff,                )
                                     )Civil No.
  5        vs.                       )1:23-cv-2699-RDB
                                     )
  6   THE UNITED STATES NAVAL        )Baltimore, Maryland
      ACADEMY, ET AL.,              )
  7                                  )September 18, 2024
           Defendants.              )10:07 a.m.
  8   _____)
```

9          **THE TRIAL IN THE ABOVE-ENTITLED MATTER CONTINUED
             BEFORE THE HONORABLE RICHARD D. BENNETT**

10

11                    A P P E A R A N C E S

12   <u>On Behalf of the Plaintiff</u>:
          ADAM K. MORTARA, ESQUIRE
13        PATRICK STRAWBRIDGE, ESQUIRE
          J. MICHAEL CONNOLLY, ESQUIRE
14        CAMERON T. NORRIS, ESQUIRE
          R. GABRIEL ANDERSON, ESQUIRE
15        THOMAS R. MCCARTHY, ESQUIRE

16   <u>On Behalf of the Defendant</u>:
          JOSHUA E. GARDNER, ESQUIRE
17        CATHERINE M. YANG, ESQUIRE
          ANDREW E. CARMICHAEL, ESQUIRE
18        JOHN ROBINSON, ESQUIRE
          MEDHA GARGEYA, ESQUIRE
19        CHRIS E. MENDEZ, ESQUIRE

20   <u>Also Present</u>:
          EDWARD BLUM, STUDENTS FOR FAIR ADMISSIONS
21        BRUCE LATTA, NAVAL ACADEMY
          TRACEY URBAN, PARALEGAL
22        LINDSEY O'CONNOR, PARALEGAL
          MICHEAL PUSTERLA, IT
23        ERROL SPEARS, IT

24        (Computer-aided transcription of stenotype notes)

25                        <u>Reported by</u>:
                    Ronda J. Thomas, RMR, CRR
```

1                          <u>**INDEX**</u>

2                     <u>**September 18, 2024**</u>

3

4    <u>PLAINTIFF'S WITNESSES:</u>                        <u>PAGE:</u>

5    Stephen B. Latta - Continued

6         Cross by Mr. Gardner                      3
          Redirect by Mr. Strawbridge              88
7         Recross by Mr. Gardner                   103

8    Peter Arcidiacono

9         Direct by Mr. McCarthy                   108
          Cross by Mr. Gardner                     209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   (10:07 a.m.)

 2         THE COURT:  Good morning, everyone.  Sorry to keep you

 3   waiting for just a few minutes.  You all may be seated.

 4        And, Dean Latta, if you'll stand, please.

 5        We'll reswear the witness, please.  Thank you.

 6         THE CLERK:  Good morning, sir.  Please raise your

 7   right hand.

 8        (Witness sworn.)

 9         THE CLERK:  If you don't mind, please, restating and

10   respelling your name for the record.

11         THE WITNESS:  Stephen Latta.  First name is

12   S-T-E-P-H-E-N, last name L-A-T-T-A.

13         THE CLERK:  Thank you.

14         THE COURT:  You may continue, Mr. Gardner.

15         MR. GARDNER:  Thank you, Your Honor.

16                        - - -

17               CONTINUED CROSS-EXAMINATION

18                        - - -

19   BY MR. GARDNER:

20   Q.   Welcome back, Dean Latta.

21   A.   Yes.

22   Q.   I want to turn to the slate review process and admissions

23   decisions, including when and how the slate review committee

24   considers race.  What factors does the slate review committee

25   consider in deciding whether to extend an offer of appointment?
```

1  **A.**   Well, first of all, it obviously depends a lot on the --

2  that's submitted by the member of Congress.  And when having --

3  assuming, for example, the principal method, the -- if the

4  principals qualify, then we're bound to offer that person

5  because that's the person -- if we're going to offer the

6  vacancy, that's the person that the congressman designated; so

7  they're -- regardless of whether they're majority or minority

8  or whether their whole-person multiple is higher or lower than

9  the rest of the slate, then we're bound to offer that person

10 straight up.

11     In terms of the principal competitive method or the

12 competitive method in the -- in -- when they offer a principal

13 with a competitive list of alternates, that's an unranked list.

14 Our slate review committee may receive the files in

15 whole-person multiple order, and that's similar to what the

16 competitive method was.

17     So we compare -- we normally go with the top whole-person

18 multiple, the way it's -- if the records are close, we will

19 compare them, look at the strength of the record, all the

20 holistic factors in there, and that the race and ethnicity can

21 help inform a decision.  But it's a nondeterminative factor.

22 It's one of the many factors we might look at.

23 **Q.**   So let me unpack that just a little bit.  With respect to

24 the principal ranked alternates method --

25 **A.**   Yes.

5

1  Q.    -- when a congressperson has nominated a candidate under

2  that method, is the candidate's race or ethnicity ever

3  considered?

4  A.    No.

5  Q.    If a congressperson nominates a candidate using the

6  principal unranked method and the principal is qualified, is

7  that candidate's race or ethnicity considered in making an

8  admissions decision?

9  A.    No.

10  Q.    If a congressperson nominates a candidate using the

11  principal unranked method, and the principal either declines an

12  offer or is not qualified, how, if at all, may race or

13  ethnicity be considered in offering admission to a candidate on

14  that slate?

15  A.    So the reality of it is that, again, we have a ranked list

16  by whole-person multiple order.  And then beyond that, we can

17  see if they've been qualified by the board, not qualified,

18  et cetera.  And we go on strength of the record.

19        But, typically, if there's two records or three records

20  that are extremely close in multiple order, race might be

21  considered as one of the nonholistic factors when comparing the

22  records.  But, overall, strength of the record carries the day

23  most of the time.

24  Q.    Under that set of circumstances, does the Naval Academy

25  ever offer admission to a candidate based only on his race or

1  ethnicity?

2  A.    No.

3  Q.    Now, if a congressperson nominates a slate of candidates

4  using the competitive method, how may race or ethnicity be

5  considered in offering admission to a candidate on that slate?

6  A.    It would be similar to the principal with the unranked

7  list and the principal isn't qualified.  Again, we would see

8  the files ranked in whole-person multiple order, whether

9  they're qualified or not.

10       And then, again, if the files were close, we would

11  actually pull the records up.  We would compare them.  We would

12  look at the strength of the record overall.  And it might play

13  into being one of the many holistic factors that the slate

14  review committee might look at.

15  Q.    Under the competitive method, does the Naval Academy ever

16  offer admission to a candidate based only on her race or

17  ethnicity?

18  A.    No.

19  Q.    Now, Dean Latta, I think you alluded to this, but are

20  there circumstances where, under the competitive method, the

21  Naval Academy decides to extend an offer to the applicant with

22  a relatively lower whole-person multiple where race or

23  ethnicity could be a factor in the decision?

24  A.    Say that again.

25  Q.    You talked about circumstances where you may compare two

1   candidates under the competitive method, correct?

2   A.   That's correct.

3   Q.   And I think you said that there are circumstances where --

4   there are times when you might lower -- offer admission to the

5   person with the relatively lower whole-person multiple score,

6   correct?

7   A.   Yes.

8   Q.   And I believe you said that in that circumstance, race or

9   ethnicity could be one factor that you consider.  Is that

10  correct?

11  A.   That's correct.

12  Q.   Now, in that circumstance where you are offering the

13  person with the relatively lower whole-person multiple the

14  offer, what typically happens to the person with the higher

15  whole-person multiple?

16  A.   Well, they're still considered for an offer of

17  appointment.  And in many cases, they often will end up coming

18  in as a qualified alternate or they get offered off the wait

19  list as an additional appointee.

20  Q.   How often, in your experience, does the person with the

21  higher whole-person multiple who is not the slate winner come

22  in as either a qualified alternate or as an additional

23  appointee?

24  A.   It's quite common.

25  Q.   You've mentioned qualified alternates.  Just briefly, how

1   are qualified alternates selected?

2   A.   Well, qualified alternates, it kind of -- I have to

3   describe a little bit of how the reviews go.

4       They're the list of the top 150 candidates who are fully

5   qualified in our admissions process -- and that includes the

6   admissions board, the medical, CFA nomination -- who are not

7   designated slate winners on a congressional slate; so they have

8   to have a congressional nom.

9   Q.   And how many qualified alternate slots are you allowed to

10  fill?

11  A.   Up until this year, 150 we're required to fill by law.

12  And starting this year, it's changed to 200.

13  Q.   At the time that you are making admissions decisions, Dean

14  Latta, do you necessarily know who will be a qualified

15  alternate?

16  A.   No, I don't.  In fact, early in the admissions cycle, we

17  have a lot of folks with high whole-person multiples, and we

18  anticipate when we offer an appointment that they will either

19  come in as a qualified alternate or as a slate winner.

20      But, to be honest with you, until we go through all the

21  congressional slates -- and that often takes two or three

22  different views -- we don't have complete clarity on who is

23  going to be a qualified alternate.

24  Q.   And just so we have some clarity in the record, when you

25  say the top 150 or top 200, by what metric are you using?

**A.**    This is their whole -- the law says order of merit, but our interpretation is their whole-person multiple.

**Q.**    Got it.  To what extent is race or ethnicity considered in making offers to those who ultimately will be slated as qualified alternates?

**A.**    It does not play a factor.

**Q.**    Now, you also talked about additional appointees.  Can you just remind the Court what an additional appointee is.

**A.**    An additional appointee is a category for candidates who were offered and accepted appointments, but, at the end of the cycle, they were not charged as a congressional slate winner or a slate winner on another nomination list or as a qualified alternate.

**Q.**    You talked about the end of the cycle, and I just want to follow up on that.

At what point in the admissions cycle does the Naval Academy start making offers to students who will ultimately be slated as additional appointees?

**A.**    Well, it -- we tend -- when we make offers early on, we often anticipate, you know, by recommendations to the admissions board, for example, that they will come in somewhere, but it's often late in the cycle after we've gone through all the congressional lists when we get a little bit more clarity on those -- on the additional -- what group is going to end up as additional appointees.

1        The challenge is, for example, when we offer a candidate,

2    the admissions board, for example, recommends a letter of

3    assurance for a candidate.  We are doing that with the

4    anticipation that they will come in as a slate winner or as a

5    qualified alternate.

6        But sometimes after all the records come in and we look at

7    the congressional slates, then that person ends up getting

8    charged as an additional appointee later on.

9        And even early in the year, many of the blue-chip

10    athletes, for example, who are direct entry or some of our

11    fleet candidates who are direct entry end up getting charged as

12    additional appointees because they don't -- their multiple at

13    the end of the cycle ends up being lower than those we've

14    charged.

15    Q.    I believe you testified earlier that race or ethnicity may

16    be a factor that you consider in making offers of appointments

17    for additional appointees, correct?

18    A.    That's correct.

19    Q.    Can you describe how the slate review committee considers

20    race in the context of making offers for additional appointees?

21    A.    It would be essentially the same.  It would be after

22    there's a detailed review of their admissions file, reviewing

23    all of the factors that we looked at both at the admissions

24    board and the slate review committee.

25        I often will go back and take another look at the

1  congressional slates to see, you know, who's accepted and

2  declined and -- as well as a QA list.  But it's done after a

3  pretty thorough review of their file.

4 **Q.**  Dean Latta, at any time in the slate review committee's

5  decision-making process to extend offers, is an applicant's

6  race or ethnicity ever considered as a standalone factor in

7  making admissions decisions?

8 **A.**  No.

9 **Q.**  You had talked about with my friend on direct examination

10  yesterday superintendent nominations, correct?

11 **A.**  Correct.

12 **Q.**  Do you recall that?

13  What are superintendent nominations most often used for?

14 **A.**  They're most -- excuse me.  They're most often used for

15  blue-chip athletes.

16 **Q.**  Are there any other categories of applicants where

17  superintendent nominations are often used beyond blue-chip

18  athletes?

19 **A.**  Our experience is that there are sometimes other highly

20  qualified candidates that had a letter of assurance that we did

21  not offer appointment to.  And at some point with discussion

22  with the superintendent, the decision will be made to give them

23  a superintendent's nom.

24 **Q.**  Does the Naval Academy ever use superintendent nominations

25  in order to compete with other services academies?

1  A.    Yes.

2  Q.    Is that a relatively frequent use of a superintendent

3  nomination?

4  A.    It's not a frequent use, but it has factored into a few

5  offers given in a couple of the classes.

6  Q.    How many candidates can be nominated through a

7  superintendent nomination?

8  A.    The superintendent has the authority to nominate 50

9  candidates.

10  Q.    And do you recall how many superintendent nominations were

11  provided for the class of 2027?

12  A.    I'm going off memory, but it would be about 14 or so.

13  Q.    And of those 14, how many superintendent nominations were

14  for athletes?

15  A.    I'm going off memory, but I think 12 of them.

16  Q.    Now, you said on direct examination with my friend that

17  race could be a nondeterminative consideration in

18  superintendent nominations, correct?

19  A.    Correct.

20  Q.    Since at least 2009, has race been a consideration in

21  extending a superintendent nomination?

22  A.    No.  It's been competition within the school.  In fact,

23  we've had several candidates that, for example, were our first

24  offer, then didn't get a nomination from another source; so

25  that would be the reason.

1  Q.   And what's your basis for saying that?  How do you know

2  that superintendent nominations have not considered race since

3  at least 2009?

4  A.   Because, in every case that I can remember, we were

5  competing against another service academy or another elite

6  school for somebody who had a strong record.  And the

7  superintendent felt strongly that we should give them an

8  opportunity to come to the Naval Academy.

9  Q.   Dean Latta, are there circumstances where the slate review

10 committee values particular traits, like, say, life experience,

11 differently depending on where it is in the admissions cycle?

12 A.   Yes.  And, again, it's important all the way through the

13 admissions cycle, but often as we get toward the end and we're

14 trying to fill up the remaining spots in the class, oftentimes

15 unusual life experiences, when we're reviewing files of

16 candidates who are still remaining qualified or being

17 considered for admission, that can be one of the factors that

18 we may look at.

19 Q.   Now, I want to ask you some questions about how you

20 consider individuals on slates.

21     Are there congressional slates where the Naval Academy

22 compares candidates against each other?

23 A.   Yes.

24 Q.   How frequently does that happen?

25 A.   It's quite common.

**Q.**   Why does the Naval Academy compare one applicant against other applicants on the same slate?

**A.**   Well, it -- again, the whole-person multiple is a great tool to use to compare candidates, and it's usually pretty reflective of all the work the admissions board has done.

But there are actually nuances in the multiple.  And we've found by our experience, which is the number of years, obviously, that I've been there, that sometimes a person can be 2 or 300 points lower than the candidate next to them.  But when you pull the admissions file out, the person looks like a better candidate to fit for the Naval Academy.

So the reality of it is, you know, we do think it's a great tool, but we think it's important to actually look at the strength of the file.  And, again, the multiple captures a lot of information metrically, including class rank and grades.  It doesn't always capture all the written words written by the people who observe them.

Or, again, sometimes it's life experiences, other socioeconomic factors, or first-gen American that may or may not have been included in the multiple that are important.  So actually pulling the records up and comparing them side by side helps us make as informed a decision as we can on the individual candidates.

**Q.**   Now, Dean Latta, I just asked you whether the Naval Academy ever compares candidates on a slate against other

1  candidates on the same slate.

2  **A.**    Correct.

3  **Q.**    Are there circumstances where the Naval Academy ever

4  compares the record of a candidate on one slate against

5  candidates on other slates?

6  **A.**    Yes.  And that's quite common also.

7  **Q.**    Why do you compare candidates on one slate against

8  candidates on other slates?

9  **A.**    Well, the process is pretty iterative.  So, for example,

10  you know, we get a congressional slate in in November.  And we

11  look at it.  We may or may not make a decision on it.  And, lo

12  and behold, when the -- when the two senate slates come in

13  later or other slates in the same state come in, we'll find

14  that candidate and other candidates will also be listed on the

15  senate slates as well.

16        And so if I were to go, for example -- and I'll use --

17  I'll just name a state.  Let's say Kansas, Second District

18  Kansas, we had John Smith who's on Kansas 2.  We look down.  He

19  has almost the same record as another student in that same

20  district.

21        Lo and behold, he got nominated by both senators.  And

22  even though our intent was to look strictly at that one

23  district, then we also are bound to go look at the senate

24  slates and see whether they're on the senate slates as well.

25        In many cases, we'll find very similar records on the

16

1   senate slate, either one or both senate slates.  And it can

2   become more complicated when the person that has a similar

3   record on that slate may be nominated from a completely

4   different district.

5        So, often, it takes a lot of extra work for us to look at

6   not just the congressional office but the senate slates or even

7   another congressional office in the same state in comparing

8   candidates to determine who has the best qualifications we

9   would consider to make an offer of appointment.

10  Q.   In this circumstance, Dean Latta, where an applicant has a

11  nomination from both their senator and their representatives,

12  does the slate review committee have an order in which they're

13  looking to fill the slates?

14  A.   Well, we generally try to get to the congressional slates

15  first because that drives a lot of our outreach efforts.  And

16  that's -- and, again, we are looking at students from every

17  congressional district in the country.  So the senate slates

18  are important, but they nominate from the entire state.  So the

19  priority is to fill the congressional vacancy.

20  Q.   Just a very few quick questions about the timing of the

21  slate review committee's work.

22  A.   Yes.

23  Q.   In your experience working in the admissions office, when

24  do the strongest candidates typically complete their

25  application during the admissions cycle?

A.    In my experience working in our office, the students who have the strongest application files are usually the first ones to get their files turned in.

Many of those students are either applying to the other service academies or they're applying to other schools.  And in many cases, the other schools, which be an Ivy League or a high-tech school, they're looking for early decision or early action; so they're extremely motivated to get their files done early so that they can make a decision early on where they're going to school the following year.

Q.    Does the slate review committee typically hold off on making decisions on competitive candidates until the end of the admissions cycle?

A.    No.  We try to make decisions as early as we can.  What oftentimes delays decisions, again, always comes back to looking at the nomination lists submitted by the congressmen or the senators because, even though we may receive it in November, a lot of the -- remember, the candidates don't have to have their records complete until the end of January.

So we don't make -- if it's going to adversely affect another candidate on that slate, we will hold off making a decision.  And, frankly, in November, usually, there's a few records that aren't completed.

Another group of students that we typically don't even get to the admissions board till January, all of our -- what we

1  call post-high school and college students because we always

2  want to look at their transcripts from college for their first

3  semester.

4       So the slate process is -- we start it as early as we can.

5  We're trying to compete with other schools.  We're trying to

6  make decisions as early as we can, but oftentimes it comes back

7  to waiting until not only the applications get completed and

8  turned in, getting the admissions board to look at the files,

9  and then coming back to look at it.

10      So it may take two, three, or four looks on an individual

11 congressional member's slate before we make a final decision on

12 it.  And sometimes, for example, the person who we thought was

13 going to be the slate winner on the congressional slate early

14 on ends up being the slate winner on the senate slate or QA at

15 the end of the cycle.

16 Q.  Earlier you used the term "iterative."  When you're using

17 that term, is that what you're meaning, what you just

18 described?

19 A.  They're not standalone.  Even though we tend -- we want to

20 believe that all the nomination lists are separate lists -- and

21 they are separate lists, but they're affected by the candidates

22 in many states.  And the decisions are affected by where

23 they're listed on the different lists and what have you.

24      So we actually -- as much as we want to look at the list

25 on its own, we often have to look at the other lists before we

1  make a decision.

2  **Q.**   And just one last quick question about timing.  And it's

3  really the converse of what I just asked you.

4      Does the Naval Academy typically wait until the end of the

5  admissions cycle to turn down or reject a large number of

6  candidates?

7  **A.**   Yeah.  We have a process for turning down candidates.  But

8  if somebody is fully qualified, we tend to wait.

9      And a good example is I've had congressional slates where

10  the person might have been the second, third, or fourth person

11  when we first looked at them on the congressional list.  But,

12  lo and behold, as we've gone through the months and other

13  records are completed, we make offers of appointment, we may

14  find that the first person declined an offer.  The next person

15  may have been turned down medically.  Another person may not

16  have completed their application file.

17      So sometimes on our first look, that person who might have

18  been the third- or fourth-ranked person may not have looked

19  that great; but by the middle of March or whatever, or end of

20  March, they might be the best person we have to offer an

21  appointment to and what have you.

22      And so as much we want to make decisions early on, we do

23  it at the benefit of giving every person who has applied and

24  has completed an application every chance to be considered for

25  an offer of appointment.

1   Q.   Dean Latta, I want to change gears now and talk a little
2   bit more about the prep schools because that has been an issue
3   in this case.
4        And I want to turn your attention back to your training
5   slide deck.  That's DX79.  And I'd like to take a look at
6   Slide 28.
7        Oh, I'm sorry.  Can we -- perfect.  We're going.  Thank
8   you.
9        And maybe, Dean, while it's loading, let me just ask you a
10  basic question.
11       When we refer to prep school programs, what are the prep
12  school programs?
13  A.   There's three different programs we have.  I think we
14  talked yesterday a little bit about the Naval Academy prep
15  school.  That is a government-funded program in Newport, Rhode
16  Island.  It runs for about 10 months.
17       It was established in the early 1900s primarily to provide
18  an additional year of preparation for enlisted sailors and
19  Marines.  But we are able to put other deserving candidates in
20  there who could benefit from a year of prep.
21       We have a civilian program run through the Naval Academy
22  Foundation -- Naval Academy Alumni Association called the
23  foundation program, where they affiliate with several civilian
24  schools around the country to provide a similar opportunity.
25  The curriculum is very similar to NAPS, but there may be a

```
1    cutoff that stops it depending on the school.
2         And then the third program, which is smaller, is called
3    civilian prep, where the student has been identified for prep
4    but they want to go to school on their own and pay their own
5    way through.
6         And so that -- and, again, these are all similar programs,
7    but there's three different programs.
8    Q.   And just for the benefit of the court reporter, if we
9    could slow down just a little bit.
10   A.   Oh, sorry.
11   Q.   I appreciate that.
12             MR. GARDNER:  Can we get the slides up.
13             THE COURT:  We're looking for Defendants' Exhibit 79.
14   Slide Number 28, I believe, has been requested.
15             MR. GARDNER:  Yeah.  I think we're just having some
16   issues pulling it up.
17             THE WITNESS:  I can see it.
18   BY MR. GARDNER:
19   Q.   Yeah, well, we can do the binder, but I think the judge
20   would like it on the screen.
21   A.   Okay.  I'm sorry.
22             THE COURT:  I don't have it on my screen.
23             MR. GARDNER:  No, I know.
24             MR. MORTARA:  We can get it on the screen.  We've got
25   it.
```

1          **MR. GARDNER:**  I can hand you up a binder, Your Honor.

2    I'm sorry.  I didn't realize it's not working.

3          May I approach?

4          **THE COURT:**  Yes.  What is the reason we can't use the

5    screen is my question.

6          **MR. GARDNER:**  I don't know the answer to that.

7          It just came up.  I'm sorry, Your Honor.

8          **THE COURT:**  That's okay.

9          **MR. GARDNER:**  And we're talking about Slide 28,

10   please.  This is Slide 24.

11   **BY MR. GARDNER:**

12   **Q.**   Now, Dean Latta, on Slide 28, this discusses the

13   consideration for the prep school programs you just described,

14   correct?

15   **A.**   Correct.

16   **Q.**   Could you describe, please, what information is being

17   reflected in Slide 28 of Defense Exhibit 79.

18   **A.**   Yeah, this is an informative slide that would be used to

19   discuss the types of qualities, among the many things of -- or

20   maybe what identifies a student who might be considered for a

21   prep program.

22          And, obviously, the most important thing would be the

23   requirement to get some additional academic preparation.  The

24   most common is they're missing courses or their progression

25   through high school hasn't put them in a position where they're

1  ready to start our curriculum.  It could be grade trends and

2  other things.

3      Physical fitness is also a factor with many of our

4  students, particularly the ones -- we do have students, for

5  example, that have to work full time, and we have the

6  additional year to build on their physical fitness as part of

7  that.

8      Again, particularly for fleet candidates, many of them

9  have been out of the books or away from schooling for at least

10  a couple of years and what have you, and oftentimes they're not

11  particularly great high school candidates but have done well in

12  the fleet.

13      We're always looking for, obviously, great leadership

14  potential.  And consideration, obviously, goes -- in addition

15  to our enlisted sailors and Marines and recruited athletes,

16  probably the most important factor is our underserved

17  districts -- we call them underrepresented districts, which

18  we've talked about before -- because of poor representation at

19  the Naval Academy.

20      And, again, many of these districts are in areas where the

21  school systems are weak.  So the students that typically -- if

22  we can get them to finish an application, for example, and be

23  considered by the admissions board, typically they need an

24  extra year for preparation.

25  Q.   Now, Dean Latta, we talked yesterday about fleet

24

1  candidates.  My question for you is this:  Are fleet candidates

2  given priority in filling spots at the prep programs?

3  **A.**    Yes.  We are always cognizant of the fact that NAPS was

4  established for enlisted sailors and Marines; so they're our

5  first priority for offering opportunities to go to NAPS.

6  **Q.**    Let's take a look at another exhibit.  This is Defendants'

7  Exhibit 104.

8       Dean Latta, do you recognize this chart?

9  **A.**    Yes.

10 **Q.**    What is it?

11 **A.**    It's a statistical chart which outlines the paths for

12 admission for fleet candidates in different class years.  And

13 that includes those who have come straight into the Naval

14 Academy from -- it says from the fleet in blue.  The red is the

15 number of candidates that have matriculated through NAPS.  And

16 if the math is correct, the green line should be a reflection

17 of the two numbers added together.

18 **Q.**    So am I correct, Dean Latta, that this chart reflects

19 that, beginning in 2017, more prior enlisteds entered the Naval

20 Academy from NAPS than directly from the fleet?

21 **A.**    That's correct.

22 **Q.**    Why doesn't the Naval Academy admit more students from the

23 fleet directly into the Naval Academy?

24 **A.**    Well, we would certainly love to.  I think there's some

25 reality factors we have to consider.

1    First and foremost, NAPS is limited in capacity.  And I

2    think the current number is about 310 students total.  And we

3    have been putting in somewhere between 235 to 245 students in

4    the last couple of years -- last few years to NAPS.

5    But NAPS also is an accession source for the Coast Guard

6    Academy.

7    And then there's a newer program, which I believe is

8    called BOOST 2, for students who have applied to NROTC who need

9    an additional year of prep.  And there's usually some students

10   that go in there.

11   So there's not much extra room.  But the reality of it is

12   that, if you look at all of our preparatory programs in a given

13   year, there's probably about 200 -- my math is not very good,

14   but probably 270 to 300 students that access into the Naval

15   Academy from preparatory programs because they need the prep.

16   And at the same time, our classes have gotten smaller because

17   there's higher retention in our student body.

18   So -- and one of our main -- obviously, our main priority

19   is to fill congressional vacancies as well.  So if we make NAPS

20   bigger -- or continue to make it bigger, it ends up affecting

21   our ability to offer congressional vacancies.

22   And in addition to that, one of our charges is to make

23   sure there's a path for admission for students who have not

24   been successful at getting in the first time and have to apply

25   out of college or after some other experiences and what have

1  you.

2      So it would -- we're kind of at the point where it would

3  inadvertently or adversely affect other opportunities to get

4  into the Naval Academy.

5  Q.  Dean Latta, because members from the fleet who are

6  applying to the Naval Academy are definitionally at least a

7  year out of college, do they tend to be less academically

8  prepared than those that are applying to the Naval Academy

9  directly from high school?

10  A.  I'm sorry.  Say that question again.

11  Q.  Because those people from the fleet that are applying to

12  the Naval Academy are definitionally at least a year out from

13  high school, do they tend to be less academically prepared than

14  those that are applying directly from high school to the Naval

15  Academy?

16  A.  Yeah, my experience has been is that a lot of our sailors

17  and Marines have done a great job of proving themselves in the

18  fleet, but many of them -- first off, most of them have been

19  out at least two years of high school, but many of them have

20  enlisted in the Navy.

21      Oftentimes they're from some of our underrepresented

22  congressional districts because they were not good high school

23  students and may have been socioeconomically disadvantaged or

24  have other socioeconomic factors in their development coming

25  out of high schools.

1    So NAPS is a very valuable program for helping them not

2  only get back into the books, but also fill holes in their

3  academic profile so they can succeed at the Naval Academy.

4  **Q.**    Do members of the fleet who are applying to the Naval

5  Academy tend to have a lower application completion rate than

6  those that are applying directly from high school?

7  **A.**    Yes.  And that's one of our challenges.  We have a pretty

8  robust recruitment program that includes a fleet -- enlisted

9  sailor in our office.  And, in addition, we get help from the

10  Marines who are located at the Naval Academy and do outreach.

11    But they -- in addition to sending out a notification

12  every year to the active forces in the Navy and the Marine

13  Corps, we actively go to each of the bases to recruit sailors

14  and Marines and what have you.

15    But there's some challenges.  The first and foremost one

16  is really the Title X limits that often precludes sailors and

17  Marines who didn't even know about the Naval Academy until

18  they're 22 years old.  So there's no opportunity to go to NAPS

19  in there, and they do need academic prep and what have you.

20    The second thing is that sailors and Marines oftentimes

21  get married or have dependents.  So that is a legal, you know,

22  roadblock for them to get into the Naval Academy.

23    There's a big pay cut for anybody who is a sailor or

24  Marine, particularly if they're an E4 and E5, to go to the

25  Naval Academy and become a midshipman and what have you.  And

1    many of them, obviously, have financial obligations through car

2    loans and other stuff; so that -- that deters a lot of them.

3        But probably one of the bigger things is that we have --

4    they have to get a recommendation from their CO and their chain

5    of command.  And oftentimes the CO or the chain of command

6    doesn't think they're ready, and so they will not often

7    recommend them -- provide a recommendation, which is actually a

8    requirement for us to give them a Secretary of the Navy

9    nomination and what have you.

10        And then the third thing really is just, you know, they

11    have -- we're competing against people who are working

12    full-time.  And, of course, their chain of command is always

13    supportive of them applying, but they're also worried about

14    them meeting their work requirements.

15        So it's a challenge for us.  I think last year the

16    application completion rate for sailors and Marines was about

17    17 percent of the numbers that applied.

18    Q.   Dean Latta, plaintiff's expert contends that one

19    race-neutral alternative you should consider is increasing the

20    number of members of the fleet into the Naval Academy.

21        Given all of these constraints that you just mentioned, do

22    you think increasing the number of members from the fleet to

23    the Naval Academy is a viable option?

24    A.   I don't think it's a reasonable one that we can do.  And,

25    again, there's a lot of -- you know, there's deployment cycles

1    and other things that play into it.  But I -- for many of the

2    reasons I just listed.  I would love to make NAPS bigger and

3    admit more sailors and Marines, but there's just too many

4    practical things.

5         And, again, we get help from the officers who -- many of

6    them are Naval Academy grads -- to mentor them.  But the

7    obvious things are practical factors in life that prohibit us

8    doing much better than we are.

9    **Q.**  Can we go back now to Defendants' Exhibit 79 and go to

10   Slide 28.

11        **MR. GARDNER:**  And I'd like, Your Honor, on the record,

12   to thank plaintiff's tech support for helping us out with this.

13        So thank you.

14        **THE COURT:**  Thank you, Mr. Pusterla.  That's

15   P-U-S-T-E-R-I-A?

16        **MR. PUSTERLA:**  L-A.

17        **THE COURT:**  Okay.  Good.  You're part of the record, I

18   believe.  So thank you, sir.

19        **MR. GARDNER:**  I think under the unintended efficiency

20   act, we may have some problems, but we'll sort that out on the

21   back end.

22        **THE COURT:**  And we have Mr. Spears on the other end

23   over here --

24        **MR. GARDNER:**  Correct.

25        **THE COURT:**  -- so we'll thank both of them on the

1  record.

2  **BY MR. GARDNER:**

3  **Q.**    Now, Dean Latta, on DX79, Slide 28, there's a reference to

4  recruited athletes, correct?

5  **A.**    Correct.

6  **Q.**    Are recruited athletes also given priority in filling

7  spots at the prep programs?

8  **A.**    Yeah.  We reserve a certain number of vacancies at NAPS,

9  or slots, as you may, for the athletes that are being recruited

10  for specific teams.  In NAPS' case the primary sports that are

11  up there are basketball, track, and football.  There may be a

12  couple others, but those are the main ones.  But they're big

13  team sports.

14  **Q.**    And to what extent are recruited athletes

15  disproportionately minorities?

16  **A.**    They are a large portion of the minority pool,

17  particularly in those sports.

18      And, again, I think I mentioned earlier that more than

19  half of the African Americans we admit each year have either

20  matriculated through NAPS -- and the vast majority of them are

21  African American.  And it reflects in NAPS as well.

22      But they have unusual athletic prowess, obviously.  Many

23  of them have great leadership experiences on the sports team,

24  but they haven't worked particularly hard in high school

25  because of their athletic ability; and so they do need

1    additional preparation to succeed in our environment.

2    Q.    "They" meaning recruited athletes?

3    A.    Correct.

4    Q.    Got it.  Just making sure.

5    A.    Sure.

6    Q.    No.  Thank you.

7          Could we please turn to the next slide.

8          Now, this slide is unnumbered, but it says, "USNA Prep

9    School Programs."  And the question I want to ask you about is

10   there's a fifth bullet.  It says, "Numbers determined by

11   superintendent."

12         Do you see that?

13   A.    Yes.

14   Q.    What does that mean?  What is that referring to?

15   A.    Well, each year, we -- there's a discussion about the --

16   not only the size of the incoming class but how big each of the

17   preparatory programs will be for the year.  And that's a

18   decision made by the superintendent.

19   Q.    Are there any capacity constraints on the size of NAPS'

20   classes?

21   A.    Yes.  And I think I mentioned earlier there are -- again,

22   they only have bed space right now, I think, for a little over

23   300 students.  And then some of the students up there, by

24   agreement, are going to end up matriculating to the Coast Guard

25   Academy.  For the same reasons that we need NAPS, they use

1  NAPS.

2      And then this other program, BOOST 2, has stood up

3  recently to support students who need academic prep to go to

4  NROTC.

5      So even if I try to make NAPS bigger, there's not a lot of

6  extra capacity in the facilities there.

7  **Q.**  Just two more quick questions about NAPS, and then we'll

8  move on.

9      Has the Naval Academy ever considered devoting most or

10  even all of its seats at the prep schools to socioeconomically

11  disadvantaged students?

12  **A.**  We haven't -- that would be an -- no.  We're looking for

13  students -- we are looking for students that need academic

14  prep, but there is an overlap in there for certain because the

15  main priority when we look to fill slots at the prep school is

16  we actually look at these underrepresented congressional

17  districts.

18      And many of the students there, again, they're

19  socioeconomically disadvantaged.  They're good students in weak

20  schools.  So NAPS ends up being a very natural place to put

21  students who are socioeconomically disadvantaged in there.

22      We haven't necessarily done a good job of identifying them

23  through the RAB process, but I can assure you, when I look at

24  files and -- along with my slate review committee, that's where

25  we look first.

1    **Q.**    Dean Latta, last question about NAPS.

2        To what extent is race or ethnicity a consideration in

3    deciding whether to admit an applicant from the prep programs

4    you just discussed to the Naval Academy?

5    **A.**    It is not.  The decision to admit a student from the prep

6    programs are based on their performance in the programs.

7    **Q.**    I want to change gears, Dean Latta.

8        You have been asked a number of questions over the past

9    two days about how the Naval Academy considers race in the

10   admissions process, but I have a fundamental question for you.

11       Why does the Naval Academy consider race in the admissions

12   process?

13   **A.**    Well, I think it helps inform decisions.  And, again,

14   we're trying to create a student body of midshipmen who have a

15   wide range of diverse life experiences and backgrounds because

16   they're going to end up leading in the Navy and Marine Corps,

17   which are extremely diverse, with students who have a wide

18   range of diverse backgrounds, including race and ethnicity.

19       So we think it's important in creating our student body to

20   create that mechanism to create leaders that will go on and

21   lead in the Navy and Marine Corps after graduation.

22   **Q.**    Let's look at another exhibit.  I believe you looked at

23   this already with my friend.  It's Plaintiff's Exhibit 31.

24        **THE COURT:**  This is plaintiff's exhibit or defendants'

25   exhibit?

1          MR. GARDNER:  Plaintiff's Exhibit 31.

2          THE COURT:  Plaintiff's Exhibit 31.  Thank you.

3          MR. GARDNER:  You're welcome.

4    BY MR. GARDNER:

5    Q.   And I'd like to look at the paragraph under the first

6    bullet.  And I want to focus on the last sentence.  And this

7    states that "No points or quotas exist for race, but it can be

8    a factor among the constellation of other factors."

9          Dean Latta, is that an accurate statement?

10   A.   Yes.

11   Q.   I want to look at the second paragraph under this first

12   bullet point, which is already up.

13         And it says that "Maintaining a diverse student body at

14   the Naval Academy promotes an essential exchange of differing

15   experiences and ideas critical to best educating midshipmen for

16   the roles and responsibilities that will be expected of them as

17   Navy and Marine Corps officers leading a diverse fleet

18   routinely conducting operations in a diverse world."

19         Dean Latta, my question for you is this:  How does

20   maintaining a diverse student body at the Naval Academy promote

21   these objectives described in Plaintiff's Exhibit 31?

22   A.   Well, from my perspective, if you're bringing in students

23   in our student body -- and, again, that's including all across

24   the nation with a wide range of backgrounds, experiences,

25   different socioeconomic factors, leadership, athleticism, what

1    have you -- then what you're creating right at the front end is

2    you're creating a student body that's interacting with students

3    they don't know and have to learn to get along with.

4        And it learns to promote their ability to develop into

5    leaders because they're having to relate to people that they

6    don't know and that they will end up interacting with.  That's

7    the people that they're going to lead.

8        The Navy and Marine Corps represent the entire country

9    with a wide range of backgrounds and what have you.  The way I

10   look at it, it comes back to is that they don't get to choose

11   who their roommates are, at least when they first get there.

12   So we get students from well-to-do families rooming with

13   students with low-income families, students from a remote place

14   like up in Alaska, whatever.

15       And I've just found that, by nature of all those different

16   backgrounds, they end up having to learn to --

17   socioeconomically -- or communicate with each other, and it

18   helps build trust and confidence and teamwork.

19   Q.    Could we turn to the second-to-last paragraph in this

20   exhibit.

21   A.    Yes.

22   Q.    All right.  And the bullet point here says, "Other points

23   that are relevant to the discussion."

24        Do you see that?

25   A.    Correct.

1  Q.   And this paragraph here, which I won't burden the Court

2  with reading into the record, is that paragraph accurately

3  reflecting the views of the Naval Academy today?

4  A.   Yes.

5  Q.   I'd like to now go back to the first page and discuss the

6  paragraph under the third bullet.  Now --

7          THE COURT:  Mr. Gardner, just for purposes of

8  completeness of the record, why don't you identify the title of

9  Plaintiff's Exhibit 31 exactly for the record so it's clear.

10         MR. GARDNER:  I can do that every time, Your Honor.

11 I'm sorry.  I was just trying to save us some time.

12 BY MR. GARDNER:

13 Q.   So we're still on Plaintiff's Exhibit 31, and I'd like to

14 now ask you about the information in the paragraph under the

15 third bullet point which says, "The results of the use" --

16 sorry -- "The results of the use of affirmative action

17 policies."

18      This should be data showing the numbers.

19      Do you see that?

20 A.   Yes.

21 Q.   And this says that "With the consideration of race as a

22 factor in the admissions process and an expanded outreach

23 effort, the composition of incoming classes at the Naval

24 Academy has gradually increased from about 24 percent diverse

25 for the class of 2006 to nearly 41 percent diverse for the

1    class of 2026."

2         Do you see that?

3    A.    Yes.

4    Q.    Is that an accurate statement?

5    A.    Yes.

6    Q.    Now, Dean Latta, earlier, I believe with my colleague, you

7    testified that the Naval Academy has never conducted an

8    analysis to determine what impact the consideration of race has

9    on the racial composition of the class, correct?

10   A.    That's correct.

11   Q.    Why hasn't the Naval Academy ever conducted an analysis to

12   determine what impact the consideration of race has on the

13   racial composition of the class?

14   A.    Well, I think one of the core issues is that, first and

15   foremost, we've incorporated a lot of race-neutral alternatives

16   in our process along with a lot of other hosts of factors.  And

17   every year, I look at the incoming class.  I look at the number

18   of students that matriculated through not only our prep schools

19   but direct entry.

20        And I don't feel confident -- or have never felt confident

21   because we'll still lag significantly in two of the most

22   largest groups of minorities that are in the Naval Academy and

23   out in the fleet in the officer corps, and that's African

24   American and Hispanic students.

25        We lag significantly behind the American population in

1  those groups.  And we've had difficulty attracting both groups,

2  particularly African Americans, to become interested in the

3  Naval Academy.  When I will get to the end of every cycle,

4  particularly with African American candidates, I get very few

5  that are actually qualified for admission.

6      So, statistically, it's a very small portion of the

7  incoming class, but it's not where we want to be in terms of

8  reflecting the demographics of American society.

9  Q.   Dean Latta, based on your 23 years working in the

10 admissions office, do you have an understanding of whether the

11 consideration of race has actually had an impact on the racial

12 composition of the class?

13 A.   I'm sorry.  Say that again.

14 Q.   Sure.  Based on your 23 years working in the admissions

15 office, do you have an understanding of whether the

16 consideration of race has had an impact on the racial

17 composition of the class?

18 A.   Well, certainly, it's helped increase the diversity of our

19 student body and what have you.  And when I look at the

20 incoming classes, they all are succeeding and graduating at

21 very high rates, much higher than many other institutions

22 across the country.  So I feel very comfortable that it's

23 actually helped.

24 Q.   Dean Latta, based on your experience working in the

25 admissions office for the past two decades plus, do you have a

1  view as to what would happen if the Naval Academy could no

2  longer consider race in its admissions process?

3  A.    Yeah.  I would be very concerned and what have you,

4  particularly -- again, particularly if -- they're two of the

5  most difficult groups we've had in both attracting and to get

6  interested.  I already have low application completion rates in

7  both groups.  And I just -- I think it would actually put us

8  into a regression back to earlier days.  And we would not be

9  doing what the Navy and the Marine Corps need us to do to for

10 graduating students to lead in the fleet.

11 Q.    And just for clarity, when you say there would be a

12 regression, do you mean there would be a decrease in --

13 A.    I think the numbers would drop dramatically, yes.

14 Q.    Dean Latta, as dean of admissions at the Naval Academy,

15 have you been following the news about other universities and

16 college releasing their demographic information for incoming

17 classes?

18 A.    Yes.

19 Q.    What do you understand those college admissions numbers

20 reveals about the inability to consider race in their

21 admissions processes?

22 A.    Well, almost every school I've seen in the news lately --

23 and particularly MIT, which has a very similar-type curriculum

24 as we would consider to be a competitor -- saw dramatic drops

25 in their incoming class this year, from what I've read in

1  recent news reports, same thing as our most difficult group to

2  attract here, African Americans.  Harvard also had a big drop

3  in admissions also.

4  **Q.**   I want to ask you one last question on the second page of

5  Plaintiff's Exhibit 31.

6       And you can keep it up exactly as it is.  Thanks so much.

7       On the first full sentence on page 2 it states, "Further,

8  minority students have succeeded at USNA.  Over the last

9  several years, minority students have graduated about

10 87 percent, which is roughly on par with the overall class

11 graduation rates."

12      Dean Latta, is that still an accurate statement?

13 **A.**   Yes, to my knowledge.

14 **Q.**   Now, do you recall on direct examination you were asked

15 some questions about language in institutional assessment

16 reports which were, I believe, Plaintiff's Exhibits 803 through

17 806?

18      Do you recall that?

19 **A.**   Yes.

20 **Q.**   All right.  I'd like to take a look, if we could, at

21 Plaintiff's Exhibit 803.  And I'd like to turn to page 2 of

22 that exhibit.

23          **THE COURT:**  What exhibit number is this?

24          **MR. GARDNER:**  This is Plaintiff's Exhibit 803, which

25 was addressed yesterday with my friend.

1              And if you could, Mike, could you blow up paragraph 4.

2              **THE WITNESS:**  Correct.

3    BY MR. GARDNER:

4    Q.   Now, you were asked about the heading, "Increase diversity

5    in the brigade of midshipman to reflect the demographics of the

6    Navy."

7              Do you see that?

8    A.   Yes.

9    Q.   But you weren't asked about the actual text, and I want to

10   ask you about that.

11             This says, "This goal supports the Naval Academy's

12   Strategic Plan 2030 in attract and admit talented young men and

13   women who reflect the diversity of our nation."

14             Dean Latta, is that language consistent with the Naval

15   Academy's goal?

16   A.   Yes.

17   Q.   Now, you also recall that on direct examination you were

18   asked some questions about the Boston Consulting Group's

19   document, which is Plaintiff's Exhibit 330.

20             Do you recall that?

21   A.   Yes.

22   Q.   Great.  Why don't we take a look at the Bates ending in

23   2846 of Plaintiff's Exhibit 330.

24             Now, I believe my colleague noted that this slide

25   indicated that the Naval Academy alone has low leverage to

1  change composition of the overall fleet officer corps.

2      Do you recall that?

3  **A.**   Yes.

4  **Q.**   Dean Latta, to your understanding, do the numbers on this

5  chart reflect the demographics of the senior officer corps?

6  **A.**   No, they don't.

7  **Q.**   Is that significant to you?

8  **A.**   Yes.

9  **Q.**   Why?

10  **A.**   Because the value of the Naval Academy education is

11  retention throughout -- throughout a service member's career in

12  the officer corps.  And Naval Academy graduates tend to retain

13  at much higher rates, particularly at the 20-year mark and

14  beyond, and they're disproportionately represented in the 06

15  ranks and in the flag ranks.

16  **Q.**   Do you know what percentage of the senior flag ranks are

17  comprised of Naval Academy graduates?

18  **A.**   The last statistics I looked at, it was about 40 percent

19  of the flag officers were Naval Academy graduates.

20  **Q.**   Do you know whether this chart on Plaintiff's Exhibit 330

21  reflects just the unrestricted line?

22  **A.**   No.  It -- and that's the mismatch here, is that the bar

23  graphs that were created were comparing them to the fleet in

24  general, and our charter is to graduate students into the

25  unrestricted line communities.

43

1  Q.   So is it significant to you at all that this chart omits

2  the unrestricted line?

3  A.   Yes.

4  Q.   Why?

5  A.   Why?  I just think it's misrepresentative of what we're

6  trying to do here.  And I know the -- again, the group was

7  given wide latitude to look at a lot of different things and

8  what have you, but they missed the core thing of providing a

9  comparison out there.  Even though it was listed as a bullet

10  underneath, it gets missed if somebody doesn't actually read

11  the subtitle.

12  Q.   Let's take a look at Plaintiff's Exhibit 41, which I

13  believe my colleague asked you about yesterday.

14  A.   Yes.

15  Q.   Now, this is one of the class composition charts, correct?

16  A.   Correct.

17  Q.   You recall you looked at several of these yesterday?

18  A.   Yes.

19  Q.   But I want to ask you one question that my colleague

20  didn't.

21       How are these class composition documents actually used,

22  if at all, in the admissions process?

23  A.   They're just -- again, they're just used to brief the

24  superintendent on the status of the class.  And in most cases,

25  they're run toward the end of the cycle.

1    One of the superintendents early on in my tenure there was

2    interested in comparing the incoming classes, and so then each

3    of the subsequent superintendents has been interested in the

4    data overall.

5    It doesn't affect how I continue to make offers.  In fact,

6    most of these charts that you see here were made well after the

7    15th of April when we turned down most of the candidates.  So

8    there really is little ability to make any change at that

9    point, even if it was used for that, which it isn't.

10   Q.    Sorry.  I did not mean to interrupt you.

11   Let's take a very quick look at Plaintiff's Exhibit 558,

12   which my colleague also showed you yesterday.

13   These are the office of admissions dean meetings.  Do you

14   recall you saw several iterations of these?  Do you recall

15   that?

16   A.    Yes.

17   Q.    Could we take a look at page 2 of Plaintiff's Exhibit 558.

18   And you recall you were asked some questions about the

19   various numbers on this chart?

20   A.    Yes.

21   Q.    How is the data used in this chart in making admissions

22   decisions?

23   A.    It's not used to make decisions at all.  It's just a

24   status chart.  It's really a snapshot of where we were on that

25   particular date year over year.

1  Q.   Thank you.

2       You can take that down.  Thank you so much.  I appreciate

3  it.

4       Dean Latta, I want to change gears and ask you some

5  questions about when the Naval Academy will stop considering

6  race in the admissions process.

7       Now, I believe you testified earlier with my friend, the

8  Naval Academy would discontinue the consideration of race when

9  it could achieve and maintain a racial composition reflective

10 of the general population; is that right?

11 A.   That's correct.

12 Q.   And I believe you were asked whether you had a range or a

13 number for when the Naval Academy would be willing to

14 discontinue the consideration of race.  And I believe you said

15 that you did not.  Is that right?

16 A.   That's correct.

17 Q.   And I believe you testified that you also did not have a

18 precise number or range; is that right?

19 A.   That's correct.

20 Q.   Why don't you have a range or a number in mind for when

21 the Naval Academy could discontinue the consideration of race?

22 A.   Well, I think there's a couple of reasons.

23      Number one, as we continue not to be reflective of the

24 African American and Hispanic population in our student body

25 and we have -- but also the fact is we haven't consistently

1  maintained numbers.  And I think part of it is maintaining

2  consistency.

3       But we know Hispanic and African American sailors and

4  Marines are well represented -- in fact, overrepresented -- in

5  the enlisted corps and they're poorly represented in the

6  officer corps.  So we think it's important to continue,

7  particularly with those two groups.

8       But I think also the use of race and ethnicity has allowed

9  us to diversify our --

10            **THE COURT REPORTER:**  Sir.

11            **THE WITNESS:**  Let me start with we're deeply concerned

12 that we haven't been able to improve our representation of

13 African American and Hispanic students, which are well- or

14 overrepresented in the enlisted corps, and we don't have

15 confidence right now that we can maintain that level of

16 diversity that we think we need to have.  And it actually has

17 helped improve some of our other groups by using race as one of

18 the factors in our admissions process.

19 **BY MR. GARDNER:**

20 **Q.**   And so how do those concerns impact your inability to

21 provide, with precision, an end date?

22 **A.**   Well, I think it's a concern.  And, again, the

23 superintendent looks at the data along with senior leaders in

24 the Navy.  And I haven't gotten any indications from any of

25 them that they feel comfortable with where we are at in either

1  admitting or graduating students at this point.

2  **Q.**   I want to turn to our last topic together, Dean Latta, and

3  ask you some questions about the race-neutral alternatives that

4  the Naval Academy employs.  But before we get to those specific

5  efforts, let me ask just a few background or general questions.

6      Does the Naval Academy have any challenges in encouraging

7  minorities to apply to the Naval Academy?

8  **A.**   Yes.  And it's actually been amplified after COVID.  We've

9  always had a challenge with the African American and Hispanic

10  communities.

11      It starts with the lack of awareness.  Many of them live

12  in areas of the country where there is not a presence,

13  particularly with the Navy and the Marine Corps.  The people

14  who are influencing them are not knowledgable about the Naval

15  Academy.  Or if they know something about the military and the

16  student is a good student, they tend to steer them in other

17  directions.

18      Recent JAMRS surveys -- these are the surveys done by the

19  DoD -- indicates that many of the influencers now are not

20  encouraging their students to go into the military.  And coming

21  out of COVID, for example, even though the military still has a

22  pretty high rating in many of the communities around the

23  country, that it's actually been diminished over time.

24      Many of the students don't think they can meet the

25  standards of the military lifestyle and -- I'm trying to think,

1   what are the other things that was in the survey?

2       But they just don't hold the military in as high esteem as

3   they did several years ago and what have you.  But it's lack of

4   awareness.  It's lack of preparation.  Good students in many of

5   these areas and in these communities are being steered toward

6   other schools and what have you.

7       I've had personal experience walking into several schools,

8   particularly in New York City, where the counselors will not

9   want you to talk to the students if they know you're a military

10  organization.

11      If you go to a college fair, they want to put you down by

12  the enlisted recruiters instead of putting you next to the

13  other colleges and what have you.

14      So there's just challenges.  And we have to work hard to

15  overcome them and what have you.  And, of course, some of our

16  programs, like the Centers of Influence program, is helpful; it

17  just hasn't made a big impact and what have you.

18      But there's just a whole litany of things that -- and it's

19  not like we're not paying attention.  We are making an overall

20  effort.  But overcoming those barriers, I've had -- another

21  really honest example.

22      I've had several African American parents that refused --

23  have refused to consider their kids coming here until I can

24  send an officer who is African American back to talk to the

25  parent personally.

1    In another case I admitted a student from New York City

2    that we had to wait until she turned 18 because her parents,

3    who are Jamaican immigrants, did not want their daughter to go

4    to the Naval Academy; they wanted her to go to MIT where she

5    had a full ride.  And even when she came in on I-Day, she came

6    down with her sister and what have you.

7        So they're not getting steered in the right direction and

8    there's lack of awareness across the board.

9    Q.   And, Dean, I would just remind you once more, if you could

10   slow down just a little bit for the sake of the court reporter.

11   A.   Oh, I'm sorry.

12   Q.   Thank you.

13       I asked you questions about the propensity to apply.

14   Related question:  Does the Naval Academy have challenges in

15   encouraging those minority students who do apply to complete

16   their applications?

17   A.   Yes.  And, again, many of them are open -- even when we

18   get them to open an application, their applications lag

19   significantly behind other groups that have high application

20   completion rates.  We actually establish goals in our office to

21   work on application completion rates.

22       But, for example, last year when our overall application

23   completion rate for the class was about 33 percent, our African

24   American application completion rate was about 24 percent and

25   our Hispanic was slightly above that.

1       But when they open an application and you can't get them

2   to finish an application, then it's -- that's a lost

3   opportunity in there.  Our staff has a very robust engagement

4   program to work with students and what have you.

5       And there's -- and, again, some of the reasons are the

6   parents, the educators, and then lack of understanding of all

7   of the requirements and what have you.

8   Q.   I want to ask you a few very quick questions about the

9   Naval Academy's budget.

10      Where does the Naval Academy receive its funding from?

11  A.   We're a federally -- obviously, we're part of the federal

12  government, and so that's where our funding comes from.

13  Q.   And who allocates money to you?

14  A.   We get our money through the Department of the Navy, and

15  it comes to the Naval Academy.

16  Q.   Does the Naval Academy have multiple cost centers?

17  A.   We do.

18  Q.   What are some of the Naval Academy's cost centers?

19  A.   So we have the academic dean of provost.  And, obviously,

20  they do all the academic prep with the faculty and staff.

21      We have the commandant's cost center, which is essentially

22  our dean of students.  And they have the oversight of the

23  leadership development and -- of all the midshipmen and what

24  have you.

25      There's the comptroller.  There's human resources.  We

1  have an information technology division, an athletic

2  department.  And then us are all -- I think that kind of covers

3  all of them.

4  **Q.**    Which is the biggest cost center at the Naval Academy?

5  **A.**    The academic dean and provost.

6  **Q.**    And I think you said admissions is a cost center, correct?

7  **A.**    We are.  We're probably the smallest cost center of the

8  group.

9  **Q.**    Has the admissions office increased its outreach budget

10  over the past decade?

11  **A.**    Yes.  I don't recall what it was 10 years ago.  Back in

12  fiscal year '21, it was about $800,000 in appropriated money

13  and a little over a million dollars in nonappropriated money or

14  private philanthropy.  And we've managed to increase it to

15  about 3.2 million this last year.

16      Unfortunately, with the increase in appropriated fundings,

17  we've lost some of our nonappropriated funding.  That's private

18  philanthropy to support -- we get -- and the private

19  philanthropy, it's money that is provided to us that helps us

20  do a lot of our outreach.

21  **Q.**    Why is the academic cost center the biggest cost center at

22  the Academy?

23  **A.**    Well, obviously, they're teaching all the academic

24  curriculum.  And, you know, when we think of academics, we're

25  thinking of math and science and English and languages and all

1    that.

2         But they actually -- part of that cost center is all the

3    leadership, ethics training that is provided to the midshipman

4    as well.  So there's a big staff -- I think it's on the order

5    of about 600 people -- that work in that cost center versus the

6    less than 50 that work for me.

7    **Q.**    All right.  Let's dig into some of the race-neutral

8    alternatives the Naval Academy uses.

9         Mike, could we get DX106 up, please.

10        Dean Latta, do you recognize what has been marked as

11   Defense Exhibit 106?

12   **A.**    Yes.

13   **Q.**    What is it?

14   **A.**    This is a report that we sent to the Naval Academy

15   Foundation.  We do this yearly to show them some of the impact

16   of the private philanthropy that they provided to us.

17   **Q.**    I'd like to take a look at the second paragraph, class of

18   2027.

19        And you'll see that in this second sentence here it

20   indicates that the office of admissions received 14,727

21   applications for admission, which included a 14 percent

22   increase in applicants overall.

23        Do you see that?

24   **A.**    Yes.

25   **Q.**    Do you know, Dean Latta, what accounts for this 14 percent

1  increase in applications?

2  **A.**    Well, I think a big contributing factor is that we were

3  able to bring on an enrollment management company or marketing

4  firm, as you have, that has helped us do outreach.  And so they

5  actually have been very aggressive.  And, again, their

6  specialization is in internet, social media, and other

7  electronic platforms and what have you.

8      So they do -- they've had -- you know, we brought them on

9  a couple years ago, but that was the year that they started to

10  get fully engaged in what we were doing.

11      At the same time, if you back it up, coming out of COVID,

12  many schools across the country, but the service academies in

13  general, had big drops in applications.

14      And we were impacted very negatively in the prior years

15  because military recruiting in general, but the service

16  academies specifically, relies a lot on doing person-to-person

17  outreach in the local communities; and, obviously, we couldn't

18  get into the schools and what have you.

19      And even the years coming out of COVID, many school

20  systems have been reluctant to let our staff and the staffs of

21  the other academies back into the schools as well as the

22  enlisted recruiters as well.

23      But this year was a reflection where we had -- we were

24  able to get out fully.  We had a more robust personal

25  engagement program, and our marketing partner was very helpful

54

1  in facilitating that increase.

2  Q.    What is the name of the enrollment am management company?

3  A.    EAB.

4  Q.    How much has the Naval Academy spent on this marketing

5  firm, EAB?

6  A.    So we started with about an $800,000 budget with a basic

7  contract for them.  And with additional plus-ups and a renewal,

8  we're up -- going to be close to 2 million this year.

9  Q.    Let's take a look at the next paragraph under "Admissions

10  Excellence."

11        And I'd like to take a look at the third paragraph and in

12  particular the last full sentence.  And this paragraph goes on

13  to mention that almost 15 percent of the class are considered

14  first-generation Americans.

15        Do you see that?

16  A.    Yes.

17  Q.    Is that an accurate number?

18  A.    Yes.

19  Q.    It also states that 13 percent of the class were first in

20  family to attend college.

21        Do you see that?

22  A.    Yes.

23  Q.    Is that an accurate number?

24  A.    Yes.

25  Q.    It also indicates that 7 percent of the class is from

1  families where the primary language spoken at home was not

2  English.

3         Is that an accurate number?

4  A.    Yes.

5  Q.    And it also indicates that 11 percent of the incoming

6  class overcame some hardship or adversity growing up.

7         Is that an accurate number?

8  A.    Yes.

9  Q.    Dean Latta, do you know what has accounted for the

10  increase in these numbers here?

11  A.    Well, I'd like to think the increase is because of our

12  expanded outreach across the -- across the country and

13  specifically to a lot of our underserved groups in gaining

14  interest as well our main outreach programs.  We made a

15  concerted effort to get students in here from every

16  congressional district and to have representation from our

17  underserved groups.  And I think that's helped facilitate the

18  numbers you see there.

19  Q.    Let's turn to the next paragraph, which discusses the

20  summer STEM camp.

21         Do you see that?

22  A.    Yes.

23  Q.    Can you tell the Court what the summer STEM camp is.

24  A.    The summer STEM camp is a program designed for ninth

25  through eleventh graders.  It obviously -- one of the goals is

```
 1  to increase interest in STEM disciplines because we are a STEM

 2  school.

 3      But it was primarily stood up to help do early outreach to

 4  rising ninth, tenth, and eleventh graders across the country --

 5          THE COURT:  STEM, that stands for science, technology,

 6  engineering, and mathematics, correct?

 7          THE WITNESS:  That is.  Yes, sir.

 8          THE COURT:  All right.  So just so the record is

 9  clear, both sides have referred to STEM programs.  I'm not sure

10  the record reflects what STEM stands for.  It's science,

11  technology, engineering, and mathematics and that focus.

12          THE WITNESS:  Yeah.

13          MR. GARDNER:  Thank you, Your Honor.

14          THE WITNESS:  Sorry, sir.  We use it.  It's one of

15  those acronyms.

16          THE COURT:  That's all right.  It's not just you that

17  have been doing that, but I noted yesterday -- I realized no

18  one has really talked about what STEM stands for.

19          THE WITNESS:  Yes, sir.

20      So, again, we've started this program around 2008.  And it

21  was intentionally meant to be an outreach program because we

22  found many students, particularly those from underserved

23  communities, were not taking classes that were needed to

24  prepare themselves either for a STEM school like ours or the

25  Naval Academy.  So it was designed to help educate them.
```

1    But it's also run -- it's run by midshipmen in conjunction

2  with our faculty and staff.  So it has done a phenomenal job

3  over the years in getting students' initial interest.  And many

4  of the students end up applying to the Naval Academy when they

5  get into senior year.

6  **BY MR. GARDNER:**

7  **Q.**    This notes that 837 students attended summer STEM and that

8  this reflected a 19 percent increase in the applications; is

9  that right?

10  **A.**    Correct.

11  **Q.**    Do you know how the Naval Academy was able to increase its

12  applications by 19 percent?

13  **A.**    Yes.  So part of this advertising program involved our

14  marketing partner, EAB Marketing.  And they ran a pretty

15  aggressive program that included mail-outs, emails, text

16  messages.

17    They have connections with Cappex and other college

18  preparation programs and what have you and access to some

19  influencers called Greenlight and what have you.  So they did

20  some aggressive across-the-board marketing for us as well.

21    We also complemented that, like we did with other

22  programs, by having our staff travel to specific areas of the

23  country to gain interest to students.

24  **Q.**    And do you know, Dean Latta, how many students the Naval

25  Academy was able to bring to the STEM program or summer STEM

1  program this past summer, 2024?

2  **A.**    So this past summer, we were able to expand the program

3  with the goal of about 990 students.  And I don't remember the

4  exact number, but I think it was around 873 or so actually

5  attended.

6      This is a great program.  The biggest challenge is that we

7  don't have the capacity to take many more students than we're

8  taking right now.

9  **Q.**    Has the summer STEM program been successful in attracting

10  more interest from minority candidates?

11  **A.**    Yes.  We have a large portion of our students that attend

12  the STEM program -- I'm sorry -- that attend STEM programs are

13  minority students.  And, again, we intentionally target some of

14  the underrepresented and underserved areas of the country in

15  doing so.

16      I believe this last year, over 35 percent of them were

17  minority students.  And, again, females are another group that

18  we're interested in as well.  So we used that as a mechanism to

19  get them interested to come to the program and the Naval

20  Academy.

21  **Q.**    Let's take a look at the next paragraph, which discusses

22  summer seminar.

23      Dean Latta, what is summer seminar?

24  **A.**    So summer seminar is a longstanding program.  It actually

25  started back in the '70s under a different name, but it has

1  matured over the years.  It is a program designed for rising

2  seniors, those going into their senior year.

3      And it's designed to give them kind of a taste of -- like

4  a five-day -- I think it's five or six days long -- taste of

5  midshipman life.  It's actually run by the midshipmen.  So they

6  get them up, and they run them through the daily routine of a

7  midshipman.  That includes physical evolutions.

8      They go to workshops that include academic information.

9  They give them character-forming experiences.  They take them

10  on the yard patrol class and what have you.  Again, it's to

11  give them a broad spectrum of the Naval Academy.

12      The students that apply to this program -- apply to the

13  program all open a preliminary application, but the importance

14  of this program is to make sure we have representation from the

15  entire country and we have representation from all of our

16  underserved groups there as well.

17      So we make a concerted effort.  We'll actually track

18  applications by congressional districts for this program.  It's

19  not an admission to the Naval Academy, but it is very powerful.

20  In a given year, somewhere around 68 to 70 percent of them will

21  actually finish an application and be competitive for

22  admission.

23      Again, we're trying to bring in competitive candidates.

24  We don't always get it right, but it is a powerful program for

25  students.

1      And I should add, again, we talked about influencers.  We

2  run parents' program in conjunction with this program in STEM

3  because we know we have to get to the parents, particularly

4  with our underserved groups, to convince them that the military

5  and the Navy and the Marine Corps in general are good programs

6  for their sons and daughters to attend.

7  **Q.**  Dean Latta, this indicates that 6,343 applicants attended

8  and applications increased by 21 percent for summer STEM from

9  2022; is that correct?

10 **A.**  That's correct.

11 **Q.**  Do you know how the Naval Academy was able to increase

12 applications to summer seminar -- sorry -- I said summer

13 STEM -- summer seminar?  Do you know how the Naval Academy was

14 able to increase applications to summer seminar by nearly

15 21 percent?

16 **A.**  This was a similar effort, again, using our marketing

17 partner, EAB, along with staff travel and what have you.

18     I probably should mention also that, before these programs

19 go online in January for advertisement, we actually have a

20 program called OPINFO, which we may talk about at some point.

21     But OPINFO is a primary key where we send midshipmen out

22 in the community around Thanksgiving time.  And one of the

23 goals of OPINFO is to advertise these programs to high school

24 students.

25 **Q.**  Now, let's go to the next paragraph entitled "Strategic

1    Outreach."

2         And in the middle of this paragraph, it mentions that "The

3    efforts of the outreach office included expansion of social

4    media, upgrading virtual campus tours, search engine marketing,

5    texting, integration of smartphone technology, and the use of a

6    marketing consultant that specializes in internet electronic

7    outreach."

8         Dean Latta, have these various outreach efforts been

9    successful in increasing the number of applicants to the Naval

10   Academy?

11   A.   I think my general sense is that all these things are

12   contributing to increased outreach.  Many of these have come

13   online in the last two years; so it's going to take time to

14   determine their overall impact.

15        But the students today are very much into social media and

16   the internet.  Many students are doing all their college

17   searches virtually; so that includes the virtual campus tours.

18        If you don't know what search engine marketing is.  My

19   example might be that, if you go up on Google or Yahoo, one of

20   the other platforms, and you put in a STEM school, the people

21   who are doing search engine marketing, it'll bring your name

22   right up before everybody else.

23        So that's one of the areas that we think might make a

24   difference.  We're still working on that and what have you.

25        And then, again, our staff has recently gotten smartphones

1    to use.  So they use those to text candidates because, you

2    know, most students today, that's where everything is; it's on

3    their smartphone.  We have students that are actually filling

4    out their entire application on their smartphone and not on a

5    computer in today's environment.

6        So this is all trying to keep up with the trends in

7    college admissions.

8    Q.   Do any of the efforts described in this paragraph, Dean

9    Latta, encourage or focus on the encouragement of minorities to

10   apply to the Naval Academy?

11   A.   Yes.  And some of those are done directly by my staff

12   through their own work in their particular regions.  But our

13   marketing partner, EAB, has been working on focus areas around

14   the country.  Some of those are the rural areas where we've

15   actually given additional funding, but a lot of it is our

16   underserved communities.

17       Some of that is done through additional procurement of

18   names through the college board and ACT to advertise and what

19   have you.  So they're actually trying to focus a lot of their

20   efforts.  They're trying to track students from across the

21   country, but they're trying to put an additional focus on these

22   groups.

23   Q.   Let's take a look at the paragraph entitled "Candidate

24   Visit Weekend."

25       Dean Latta, can you describe what the Candidate Visit

63

1    Weekend is.

2    **A.**    So a program that is -- I won't say it's similar to summer

3    seminar, but during the year we have opportunities for students

4    to come and spend a couple of nights rooming with midshipmen

5    and going to class with them.  Some schools call it a shadowing

6    program and what have you.

7         But we generally run about eight of these a year where the

8    students come in on a Thursday night and stay till Saturday,

9    and, of course, on Friday they're attending class with the

10   midshipmen.  We give them an opportunity, for example, to take

11   the candidate fitness assessment on Saturday when they attend.

12        In the fall we focus almost exclusively on seniors who are

13   not -- who did not apply to summer seminar and were not able to

14   attend, and then in the spring we shift focus to more on

15   juniors to get them excited in visiting.

16        It has similar results to summer seminar.  We see very

17   high application rates to these programs.  And, again, part of

18   this is encouraging our students from across the country to

19   come.

20        Again, we -- this is the self-paid program, but we do

21   offer opportunities for scholarships for students who are

22   financially challenged.

23   **Q.**    When you say there's similar results, to what extent has

24   the Candidate Visit Weekend resulted in an increased interest

25   by minority applicants in the Naval Academy?

**A.**    It's been helpful.  If they come to Candidate Visit
Weekend, regardless of their background, they're going to
complete their application, about 68 percent.

But we're actually trying to provide additional emphasis
to get our African American and Hispanic students there.  And
that often results in having to provide scholarships because of
financial challenges and what have you.  Again, it's a
need-based program, but that's generally where we find the
need.

**Q.**    Let's turn to the next paragraph entitled "Centers of
Influence."

Dean Latta, what are the Centers of Influence?

**A.**    So Center of Influence is a program designed to bring
influencers from local communities across the country to the
Naval Academy to help them learn more about the Naval Academy,
with the goal of them returning to their community and being
essentially a force multiplier for our school.

And that -- again, these are people that we think are most
influential with the students that are in high school.
Typically, they're college counselors, but we've had
principals, other community leaders, superintendents of
schools, JROTC.  There's not a defined person who's in there.

We typically are trying to target specific areas of the
country where we don't get great interest in the Naval Academy.
If the person -- and then they engage the leaders here and they

1  talk to midshipmen and other staff members while they're there.

2      But if we do the program right, then they will return to

3  their local community and they will help influence those around

4  them.  Sometimes their influence is not just on the students;

5  it's other educators or other community leaders to get them

6  interested in getting students interested in coming to our

7  school.

8  **Q.**  In this section of the document it states that the program

9  is by invitation and is meant to engage influencers from

10 underrepresented areas and underserved groups across the

11 nation.

12     How does the Naval Academy actually go about inviting

13 participants to this program?

14 **A.**  Well, we do it a number of ways.  A lot of it comes from

15 our own staff who are trying to gain traction in specific

16 schools.  And they've talked to some of these folks and have

17 tried to get them interested in students applying.

18     We get recommendations from our blue and gold

19 organization, is another way that it comes in.  And there's a

20 number of other advocates.

21     Sometimes an influencer from a prior conference will

22 actually recommend two or three people from their same town or

23 community to come.  So it comes in a lot of different forms for

24 inviting those that come.

25 **Q.**  Has the Center of Influences -- or have the Center of

1    Influences been effective in encouraging more minorities to

2    apply to the Naval Academy?

3    **A.**    Yeah.  The results are a little bit undefined, but there's

4    anecdotal evidence.  I've actually had a couple people work

5    with me -- work for me that actually got interested in the

6    Naval Academy because their principal or their college

7    counselor came back to their school after one of these

8    conferences and told them that they need to apply to the Naval

9    Academy.

10        And these are from areas that were not near the Naval

11   Academy.  California was one area, for example.  Another

12   student that came in from Illinois.

13   **Q.**    Let's go to the next paragraph, which are "Congressional

14   Academy Days."

15        Dean Latta, can you describe what a congressional academy

16   day is.

17   **A.**    Yeah.  So one of -- this is an outreach effort that we

18   don't particularly control but we encourage highly.  These are

19   members of Congress who run a local program and -- to gain

20   interest from students in their congressional district that

21   apply to all of service academies and what have you.

22        So if we attend one of these -- you know, West Point, Air

23   Force, for example.  Merchant Marine and Coast Guard Academy

24   usually have representatives there and what have you.

25        But we encourage them to have them.  And if they offer one

1   of these, we feel it's important that we participate in them

2   because this is -- in some ways when you can't get through the

3   influencers in the schools or their parents, if the kids show

4   up at one of these events the congressman has hosted, it gives

5   you another opportunity to engage them and get them interested

6   in coming to the Naval Academy.

7   Q.   Have the Congressional Academy Days resulted in any

8   increased interest by minority applicants to the Naval Academy?

9   A.   I haven't -- and, again, there's some anecdotal evidence

10  that it's making an impact, but some of the underrepresented

11  congressional districts we have on there, it hasn't really made

12  a major impact in some of those areas.

13       But we're essentially encouraging them and continuing to

14  try to make it work and make it a program that will be a viable

15  path.

16  Q.   Let's take a look at the next paragraph, which is entitled

17  "Musical Groups."

18       Dean Latta, can you describe -- or can you explain what is

19  being described in this paragraph about musical groups.

20  A.   So our best recruiters are usually our midshipmen who are

21  attending the Naval Academy.  And we have -- I mentioned OPINFO

22  earlier, but one of the other programs that employs midshipmen

23  is to employ various musical groups at the Naval Academy.  That

24  includes the men's and women's glee clubs and the gospel choir.

25       When these students travel, they do performances.  And we

1   send them to key areas where we do poorly in general.  New York
2   and Detroit are listed on here.  They're two good examples of
3   places that they've been recently.
4       So when they go, it's just not a musical performance; it's
5   an interactive program maybe in several different schools or
6   different venues and what have you.
7       And my experience has been they have -- when these groups
8   travel, for a period of time afterward they have an impact of
9   interest of students in the local community to apply to the
10  Naval Academy.
11      And, again, you know, the mariachi band, obviously, is an
12  ensemble of Hispanic midshipmen who travel into venues where
13  they can help us attract students from the Hispanic community.
14  **Q.**  Let's go to the next paragraph entitled "Virtual
15  Outreach."
16      Dean Latta, can you describe USNA's -- or the Naval
17  Academy's virtual outreach efforts?
18  **A.**  They're actually pretty extensive, and they're evolving.
19  As I mentioned, it was probably started before COVID but has
20  dramatically expanded after COVID.  Virtual outreach has become
21  very much a part of the college admissions.
22      So I mentioned all the stuff our staff does in travel.
23  They also do a lot of online engagement.  These can include
24  online webinars with students that can have either small groups
25  of 4 or 5 or 2 or 300 students on the webinar at the same time.

1    We have a dedicated social media person in our office who

2  uses all the social media platforms that we're allowed to

3  use -- mainly Facebook, Instagram, and X -- to reach different

4  students.  And texting is another part of the virtual outreach

5  as well.  I don't think it's listed on here.

6    Same thing with our campus visit is a virtual outreach

7  program.  We're actually getting a lot of new students

8  applying.  So if the students go to the website and do a

9  virtual campus tour, they actually will fill out a form that

10 will allow us to continue to engage them afterward and what

11 have you.  So we've had great interest in here.

12    Now, the one thing with social media, as most schools will

13 tell you, is you can develop a lot of followers and create very

14 positive images of your school.  It doesn't necessarily

15 translate into increased applications or people completing

16 applications.

17 Q.  I think you almost anticipated my next question.

18    To what extent have these virtual outreach efforts been

19 successful in increasing minority interest or applications to

20 the Naval Academy?

21 A.  I'm not sure that I see -- again, we've been robustly

22 going at these for the last couple years.  So I think it may

23 take some time.  I just haven't seen a big increase,

24 particularly in our two groups that we're most challenged in

25 attracting, not only to apply but also to finish an

1   application.

2   **Q.**   Let's take a look at the next paragraph, which refers to

3   operation information events.  And I think you briefly touched

4   on this a little bit ago.  You called it OPINFO; is that right?

5   **A.**   Yes.

6   **Q.**   What are Operation Information, or OPINFO, events?

7   **A.**   So, again, this is a in-person program conducted by

8   midshipmen.  As you can see here, on this particular year we

9   had 439 midshipmen go the week before or the week after

10  Thanksgiving.

11       And, essentially, we target them to go into different

12  communities across the country.  And this one is very

13  expansive, obviously.  And their goal is to get them into

14  schools or other venues where they can get in front of

15  students, including those that are currently applying, and help

16  counsel them on finishing their applications and what they do.

17       But, more importantly, they're advertising our summer

18  programs and also just the life of a midshipman as well.  They

19  are a very powerful recruiting tool.  They do a lot to help

20  facilitate application completion rates and, actually, interest

21  in our summer seminar and STEM programs.

22       A smaller component on that is listed on here.  It's

23  called Mini-OPINFO, and these are actually a little more

24  targeted.  We actually send them into communities where we are

25  challenged with applications.  You can see here all these --

1  the inner city areas of all these places in here are areas that

2  we don't attract a lot of students and particularly minority

3  students.

4       So the idea here is to get them in here.  These, again,

5  are done over three-day weekends in the fall and the spring,

6  such as Presidents' weekend and spring break.  This one is paid

7  through private philanthropy and what have you.  Again, it's to

8  help engage and get interest in students applying.

9  Q.   Dean Latta, to what extent have the Operation Information,

10 or OPINFO, events been successful in encouraging more minority

11 students to apply to the Naval Academy?

12 A.   I do see success with it.  For example, I mentioned the

13 one year for summer seminar and STEM.  I think it does as much

14 to keep students who are already engaged.  I do think there's

15 some success in here, but it's been very hard to really measure

16 metrically.

17 Q.   Let's go to the next paragraph, which is talking about

18 STEM events.  Now, I think we've already talked about two

19 different type of STEM events.

20      So what STEM events are being referred to in this

21 paragraph?

22 A.   So I think the focus here is to not talk as much about the

23 STEM camp that we run in the summer.  We actually started that

24 program -- we wanted it to be like a summer sports camp because

25 there's limitations in the facilities at the Naval Academy.

1    We have had more interest than we've had the ability to

2  bring students there.  So we've started a program at the end of

3  August, and it's not labeled here.  We call it STEM 2.  And the

4  students that were not -- did not attend STEM camp have an

5  opportunity to attend for that program.

6    It's in about its second year.  So we're still trying to

7  figure out the impact of that program on getting students to

8  apply to the Naval Academy as well.  But, again, we now have

9  other programs that we're expanding.  We call them STEM

10  underway.

11    STEM Underway is where the faculty and midshipmen travel

12  to do STEM programs in targeted locations.  And, again, you can

13  see these are all areas with large diverse populations and what

14  have you.

15    And then there's another program called STEM on Deck,

16  where we actually will bring groups of students from selected

17  cities.  For example, we have one coming in this year from

18  Chicago -- and it's not just coming from one school; it's a

19  consortium of three or four schools in underserved

20  communities -- to the Naval Academy.

21    And, again, the focus may be a little bit on doing STEM --

22  getting them interested in STEM, but more importantly it's

23  getting them interested in the Naval Academy and what have you.

24  **Q.**    Dean Latta, if you look at the last sentence on the STEM

25  events section, it says, "During the 2022 to 2023 academic

1    year, the office of admissions conducted STEM Underway programs

2    with students from school districts in Chicago, Illinois;

3    Pascagoula, Mississippi; Cleveland, Ohio; Dallas, Texas;

4    Atlanta, Georgia; Detroit, Michigan; Nashville, Tennessee; and

5    Philadelphia, Pennsylvania, with an increase of over

6    250 percent over last year's student engagement."

7        Two quick questions.  The cities referenced here, do these

8    cities tend to have large minority populations?

9    A.    Yes.

10   Q.    And are you still using the STEM Underway programs

11   currently?

12   A.    Yes.

13   Q.    Have the STEM event programs resulted in increased

14   interest by minority applicants to the Naval Academy?

15   A.    We've seen some movement.  It just hasn't been able to be

16   measured metrically at this point.

17   Q.    Let's go to the next paragraph, which is the INSPIRE

18   program.

19        Dean Latta, what is the INSPIRE program?

20   A.    So this is a relatively new program.  It has some

21   similarities to a candidate visit weekend.  We actually modeled

22   this after a program being run at West Point to attract

23   minority students that they've run successfully for a number of

24   years.

25        What we try to do with this program -- and, again, we've

1    only been doing it for a couple of years -- is to attract what

2    we consider to be high-qualified minority students or people

3    who we think would be highly qualified in our admissions

4    process and get them to come to the Naval Academy for a program

5    that has a little more of a personalized experience for them

6    and a parent -- and a parent.

7         So we pay for them to visit the Naval Academy.  And during

8    that program, much of the emphasis is engagement with minority

9    midshipmen, the admissions staff, and other key leaders at the

10   Naval Academy and what have you.

11        And I mentioned earlier that -- you know, that we've had a

12   really difficult time getting African American and Hispanic

13   students to complete their applications.  So what we're seeing

14   on the early returns with this program is we have much higher

15   application completion rates for admission to the Naval

16   Academy.

17        And, again, this is an outreach program; so it's not an

18   admission at all.  But it's designed to get the students and

19   their parents sold on attending our school.

20   **Q.**   And it says here in the INSPIRE program, in the

21   second-to-last sentence, that "Coupled with a program held in

22   February 2022 in which 46 juniors attended, over 95 percent

23   completed their applications versus an average class of

24   32 percent, and 69 offers of appointment were made for the

25   class of 2027 or a preparatory program, NAPS or Foundation."

1      Dean Latta, is that an accurate statement?

2  **A.**    Yes.

3  **Q.**    In your opinion, has the INSPIRE program been successful

4  in encouraging more minorities to both apply for and complete

5  their applications?

6  **A.**    Yes.

7  **Q.**    Let's turn to page 5 of this document --

8           **THE COURT:**  We'll stop now for a break -- for a

9  late-morning break for 10 minutes for the court reporter, and

10 then we'll start again in about 10 minutes.

11      Let's take a 10-minute recess.

12      (A recess was taken from 11:46 a.m. to 12:01 p.m.)

13 **BY MR. GARDNER:**

14 **Q.**    Dean Latta, I'd like to continue on with Defendants'

15 Exhibit 106.  And now I'd like to turn to page 5.

16      This paragraph describes "Trends in college admissions in

17 American society reflects a decline in students both graduating

18 from high school and then proceeding to attend college."

19      And it says that "These declines, which began during the

20 COVID-19 pandemic and have affected the service academies and

21 recruiters, resulting in a decline in interest for students

22 both starting and completing an application for admission.

23      "Department of Defense surveys further indicate that only

24 about 2 percent of the youth market today is of sufficient

25 quality and propensity to serve.

"Additionally, while their parents may have a positive image of the military, they're often only moderately knowledgeable about the military and are unsure if the military would be a good fit for their sons and daughters."

Dean Latta, to your knowledge, is that an accurate statement?

A.    Yes.

Q.    To your knowledge, are these challenges unique to the service academies?

A.    No.

Q.    Is this statement particularly true for prospective minority applicants?

A.    Yes.

Q.    What steps is the Naval Academy taking to address the challenges in this paragraph, which is, again, Defendants' Exhibit 106 on page 5?

A.    Well, I think the -- we're doing everything we can.  You can see we have a pretty extensive outreach program.  I've actually requested additional funding in our budget to increase the amount of support we're getting with our marketing partner to do more aggressive -- or more assertive programs in the local -- among particularly -- not only across the country -- and, again, this is not just the minority-related issues; it's a problem with the American youth -- but to increase applications across the board.

1    We actually are working very aggressively now on a program

2    in our office to work on getting students to complete their

3    applications.  Some of that involved using midshipmen at the

4    Naval Academy to engage students and what have you.

5    We've requested additional billets through the prom

6    process to increase our social media presence because we know

7    that's where a lot of America's youth are.  And that may

8    involve not only additional people to do stuff like Facebook

9    and what have you, but it's also developing short clips and

10   podcasts targeted toward today's youth as well.

11   We've offered and are starting to put some of our blue and

12   gold officers, who are volunteers, to pay them to do outreach

13   in a lot of different communities.  Some of those are in the

14   very rural areas of the country with poor school systems.

15   But they -- again, if you get away from the Naval Academy

16   or a Navy base or another service academy, awareness is very

17   low.  So getting them into -- out into the different parts of

18   the country is really, really important and what have you.

19   And, again, those are kind of some of the things that

20   we're doing.  We are trying to expand some of our other

21   programs like INSPIRE and what have you.  But that's all done

22   through private philanthropy.  So we're dependent on the help

23   we might get from our foundation partners as well.

24   And then, again, engaging students who are coming to

25   sports camps.

1    And probably the last thing that's in the works that's

2  positive is we get a lot of groups of students who are doing

3  their college admissions search.  So we're trying to stand up a

4  separate branch in our office that focuses solely on ninth,

5  tenth, and eleventh grade engagement.

6    So beyond the STEM efforts that we have now, this would be

7  to have somebody who's personally responsible for talking to

8  them early on.  When they bring groups of their students in

9  here from across the country, like, at their spring break or

10  whatever, that person would help facilitate engagement with

11  faculty, staff, and midshipmen at the Naval Academy.

12  **Q.**    Dean Latta, I want to discuss one final document with you,

13  and that is Defendants' Exhibit 28.

14    Dean Latta, do you recognize what has been marked as

15  Defense Exhibit 28?

16  **A.**    Yes.

17  **Q.**    What is it?

18  **A.**    This is a PowerPoint presentation that my name is on but

19  there were others at the Academy helped prepare that we were

20  providing to senior Navy leadership.  I believe, if I remember

21  correctly, it came at the request of the HASC or one of the

22  other groups in Congress.

23  **Q.**    Does this reflect the Naval Academy's diversity and

24  outreach efforts?

25  **A.**    Yes.

1  Q.   I want to go to the second page, entitled "The Naval

2  Academy's Initiatives to Increase Diversity."

3       Now, on this page, Dean Latta, there are six bullet points

4  with various initiatives the Naval Academy has undertaken with

5  respect to increasing diversity.

6       Do you see that?

7  A.   Yes.

8  Q.   Could you walk through the initiatives that we've not

9  already covered?  So, for example, what is the first bullet

10 point about the visits to the Navy and Marine Corps units?

11 A.   Well, we've just found over time that a lot of our

12 enlisted sailors and Marines come from these communities.  And

13 maybe I'll clarify a little bit.

14      The title of this brief was "Title I Schools."  So these

15 schools are often in our underrepresented congressional

16 districts in disadvantaged areas of the country, but they're

17 receiving federal funding so that students in those areas --

18 I'm sorry.  I'm not sure if it's all federal funding, but they

19 get additional funding to provide a good education so the

20 students could proceed on to college and what have you.

21      And the reality is that we haven't necessarily included --

22 targeted these schools, but we found that we've actually been

23 going to a lot of these schools over time.

24      But in terms of this effort with sailors and Marines, a

25 lot of the sailors and Marines that we engage come from many of

1  these types of schools and enlisted for various reasons into

2  the Navy and the Marine Corps.

3      So we -- believe it or not, engaging them and getting them

4  interested to come to the Naval is important because we might

5  eventually send them back to the same school they came from, if

6  we were able to admit them to help advertise the Naval Academy

7  in those types of schools and what have you.

8  Q.    Now, the second bullet point here, the expanded outreach

9  to potential diverse applicants using the Naval Academy's

10 summer seminar and INSPIRE programs and STEM camp for high

11 school students, that's what you were referring to earlier in

12 your testimony, correct?

13 A.    That's correct.

14     And going forward again, this brief, I think, was prepared

15 this last summer.  We are -- you know, so part of our program

16 for next year, we want to make sure we're looking at these

17 schools when we're looking to admit students into all these

18 programs.

19 Q.    And I think we've already discussed the second and third

20 bullet point, but what we haven't discussed yet is the

21 consideration of life experiences, cultural fluency, and

22 socioeconomic status in the application process.

23     Dean Latta, what is that referring to?

24 A.    Again, this is an emphasis to the leadership that we're

25 continuing to look at the broad spectrum experiences that many

1   of these students bring in.  We're already doing a lot of that

2   already.

3       But the renewed emphasis on their life experiences,

4   their -- cultural fluency, we're looking at the impact that

5   their heritage has had on their moral upbringing and how it's

6   inspired them and what have you, as well the socioeconomic

7   status.

8       And, again, the Title I schools often have many

9   socioeconomically disadvantaged students in their schools.

10  **Q.**  Let's turn to page 3 of this PowerPoint presentation,

11  which, again, is Defendants' Exhibit 28.

12      Now, again, I think some of these efforts, we've already

13  discussed.  So could you identify for the Court or explain to

14  the Court those initiatives that we've not yet discussed.

15  **A.**  So we -- we probably haven't talked about how we do visits

16  to schools.  We have a small staff.  So we can't -- we can't be

17  everywhere all the time, and sometimes we get a lot of help

18  from our BGOs.

19      But the reality of it is that, when our staff does travel,

20  we try to target them into the underrepresented congressional

21  districts and underserved populations.

22      So within that group, we try to focus on schools that are

23  providing college preparatory programs, and included in this

24  are a lot of Title I schools.  And, again, this is intertwined

25  with other efforts which might include getting the educators to

1   the Naval Academy for a Centers of Influence visit so that we

2   can retain that as kind of one of -- we call it kind of the

3   family of schools-type thing.

4        If we generate interest initially and we can maintain it,

5   then maybe we can develop kind of a pipeline of interest in

6   applying to the Naval Academy out of that particular school.

7   We have it with many schools across the country.  Where we've

8   had so much interest in the Naval Academy over the years, we

9   really don't have to try very hard.

10       That's not this focus, but that's what we're trying to go

11  with some of these schools.  And then -- oh, I'm sorry.

12  **Q.**   Please, please.

13  **A.**   The next one was the admissions forums.  So we didn't talk

14  about our road shows.  These are where we have staff -- so in

15  addition to doing school visits, we try to get into these

16  communities into a common venue at a time that we think they

17  can get there.  So it might be on a weekend or on the right

18  night after school and what have you.

19       And, again, we'll broadly advertise these things through

20  extensive mail-outs.  Social media oftentimes is used in the

21  congressional office to advertise the program.  And, again --

22  and our staff travels to do these things.

23       They were all done in targeted areas across the country

24  last year.  And, again, in the same vein, we'll continue to do

25  that as well.

1      At these programs, we always bring in midshipmen.  When we

2  can, we try to get the local members of Congress or their staff

3  to attend, and we have.

4      But advertising them is an extensive program that involves

5  a number of different approaches that include social media,

6  texting, email, call-outs, and what have you.

7  **Q.**   Dean Latta, are you familiar with the Congressional

8  Minority Caucuses?

9  **A.**   I'm sorry.  Say that again.

10  **Q.**   The Congressional Minority Caucuses, are you familiar with

11  those?

12  **A.**   Yes, I am.

13  **Q.**   What are the Congressional Minority Caucuses?

14  **A.**   Well, there's three that I've actually engaged with, the

15  Congressional Black Caucus, the Congressional Hispanic Caucus,

16  and there's an Asian caucus also.

17      I've actually spent time talking to many of these.  In

18  prior years, we've actually gone down to the office to talk

19  directly to the congress member.  In some cases, it's resulted

20  in talking to the staffer.

21      But a lot of it is to get in to talk to them and try to

22  help understand what's going on in their local community and

23  help them understand what the Naval Academy and service in the

24  Navy and Marine Corps is all about and see if we can come to a

25  common point where they can become an advocate for us or

84

1  actually open doors for us in the local community.

2  **Q.**    Dean Latta, have you found that your interactions with the

3  congressional minority caucuses has been successful in getting

4  those districts to nominate more minority applicants?

5  **A.**    Not particularly.  I've had a couple -- I actually have a

6  couple that have been successful because the member has become

7  an advocate of the military.  Many of them have been very good

8  at being warm and talking to us.  It hasn't necessarily

9  translated into effort.

10      I don't know the reasons for it.  I suspect in many cases

11 they have other challenges in their local community, and that

12 often gets the focus of most of their attention.

13 **Q.**    I'd like to turn to page 6 of this PowerPoint, which is

14 Defendant's Exhibit 28.

15      And this lists the U.S. Naval Academy's race and ethnic

16 makeup by class.  Do you see that?

17 **A.**    Yes.

18 **Q.**    And here this indicates that in 2024 the percentage of the

19 class that was Black was 5 percent; is that right?

20 **A.**    Correct.

21 **Q.**    And then that number jumps to 6 percent for the class of

22 2025; is that correct?

23 **A.**    Yes.

24 **Q.**    And remained 6 percent for the class of 2026; is that

25 correct?

1  A.    Correct.

2  Q.    And then jumped to 8 percent for the class of 2027?

3  A.    Yes.

4  Q.    Now, Dean Latta, to your understanding, are those numbers

5  accurate?

6  A.    Yes.

7  Q.    Do you have any view as to what is causing this general

8  increase in the percentage of Black students admitted to the

9  Naval Academy?

10  A.    I hope it's our outreach efforts.  It's not a big

11  increase, but it's moving in the right direction.

12  Q.    In considering the racial and ethnic composition of the

13  class, does the Naval Academy set any targets or goals?

14  A.    No.

15  Q.    All right.

16        We can take this slide down.

17        Now, Dean Latta, on direct examination plaintiff's counsel

18  took you through some documents reflecting the tracking of race

19  and ethnicity during the admissions cycle.

20        Do you recall that?

21  A.    Yes.

22  Q.    And just to close the loop on this, why does the Naval

23  Academy track the race and ethnicity of admitted students

24  during the admissions cycle?

25  A.    Well, again, we meet weekly.  And we're always -- again,

1  our weekly meetings are designed to assess where we are in each

2  admissions cycle, what the efforts of the admissions board are,

3  where we are with slate review, and all the other stuff.

4      So they're really just status reports to help us

5  understand where we're at and maybe where additional emphasis

6  needs to be made, particularly with our staff.

7      One of the things we are very big on is getting them to

8  work on getting applications completed.  So those weekly status

9  reports help us look at each of the individual regional

10  directors and the regional teams and see where they're

11  succeeding and where they're not.  Oftentimes, it results in a

12  conversation of, you know, "Where do we need to work to

13  improve?" and what have you.

14      They also inform -- much of that information often gets

15  briefed to the superintendent.  And it's designed to inform the

16  superintendent of our collective efforts in the office.

17  Q.   I'm going to ask you a very few questions or quick

18  questions about the Coast Guard Academy.

19      Dean Latta, do you know whether the Coast Guard Academy

20  has a nominations process?

21  A.   No, they do not.

22  Q.   Do you know how large the Coast Guard Academy classes are?

23  A.   They generally bring in a little bit under 300 students

24  per year.

25  Q.   And how many students does the Naval Academy bring in a

1  year?

2  A.   We're -- we -- we'll say a little bit under 1,200 if you

3  include the international cohort that is admitted in a yearly

4  basis.

5  Q.   Dean Latta, how, if at all, do those differences inform

6  your views about whatever race-neutral alternatives the Coast

7  Guard Academy may have employed nearly 15 years ago, whether

8  those would be useful for the Naval Academy today?

9  A.   Its difficulty seeing that it's an apples-to-apples

10  comparison.  They're a much smaller school.  They don't have to

11  be concerned about nominations and where students are being

12  admitted.

13       And, again, the congressional nomination process is like a

14  competition to get into the Naval Academy because every student

15  first competes in the local congressional district.  The Coast

16  Guard Academy doesn't have to worry about any of that.

17  Q.   We have done -- we have had a lot of discussion over the

18  past two days about the RABs, or recommendations of the

19  admissions board.

20       Do the RABs themselves reflect race-neutral alternatives?

21  A.   Yes.

22  Q.   In what way?

23  A.   Because the admissions board has the ability to use those

24  to provide additional credit to their whole-person multiple,

25  their score, that is eventually used for making offers of

 1  appointment.

 2  Q.   Dean Latta, given your time in the admissions office over

 3  the past 22 years, has the consideration of all of the

 4  race-neutral alternatives that we just discussed by themselves

 5  been sufficient to achieve the level of diversity the Naval

 6  Academy seeks for its classes?

 7  A.   No, I don't think so.  Again, our -- I think it's been

 8  helpful in improving the overall diversity of the incoming

 9  class, but when you look at where we're challenged with our two

10  largest minority groups, we're still lagging where we want to

11  be.

12        **MR. GARDNER:**  Thank you.  I have no further questions.

13     I pass the witness.

14        **THE COURT:**  Thank you, Mr. Gardner.

15     Mr. Strawbridge, redirect.

16                   REDIRECT EXAMINATION

17  BY MR. STRAWBRIDGE:

18  Q.   Hello again, Dean Latta.

19  A.   Hi.

20  Q.   I'd actually like to start where I think your presentation

21  left off.

22     This is the chart that I think Mr. Gardner was just

23  showing you.

24  A.   Yes.

25  Q.   And in the listings that you gave for the percentages of

1  Black or African American students, the numbers are listed here

2  for a number of classes, correct?

3  **A.**    Correct.

4  **Q.**    And, for example, you have 90 listed for the class of

5  2027?

6  **A.**    Yes.

7  **Q.**    But that's not the number of admitted students to the

8  Naval Academy in 2027 who identify as Black, is it?

9  **A.**    I -- this was prepared, I think, by our institutional

10  research; so I will -- I have to take that on its face value, I

11  think.

12  **Q.**    Oh.  You could not have asked for them to prepare a

13  different chart that showed things a different way?

14  **A.**    For example?

15  **Q.**    You could have prepared them to be -- I don't know --

16  consistent with the class portraits that the Academy generates

17  at the end of every admissions cycle?

18  **A.**    Possibly, yes.

19  **Q.**    And let's just look at one of those class portraits from

20  the class of 2027.  That is Plaintiff's Exhibit 530 -- I'm

21  sorry.  One second.  This is Plaintiff's Exhibit 520.

22       We have some demographic information in the corner here.

23  And here we can see the 90 that is listed there for African

24  American.  But we also see another number, which is 146,

25  correct?

 1  A.    That's correct.

 2  Q.    And 146 is the number of admitted students to the Naval

 3  Academy for the class of 2027 that identify at least in part as

 4  African American, correct?

 5  A.    Correct.

 6  Q.    It includes the multiracial students, right?

 7  A.    Correct.

 8  Q.    Students, for example, who would have a Black parent and a

 9  White parent, like former President Barack Obama, correct?

10  A.    Correct.

11  Q.    But you didn't put that number on this chart, correct?

12  A.    No.  But the number 90 is consistent between both -- the

13  number in parentheses on the class portrait is additional

14  information we provide to students so that -- so those who are

15  multicultural will know that there's additional students.

16        The numbers on the right are -- if you notice, they don't

17  add up all the way up and down.  We're well aware of that.  But

18  the numbers on the left are the ones that institutional

19  research tracks for reporting to the Navy.  And we do put

20  multiple races on both places.

21        So the number 90 -- the number that multiple races is

22  reflected on the chart that we gave in the Title I brief.

23  Q.    When you testified in response to your questions from

24  Mr. Gardner that the number of African American students at the

25  Naval Academy was lagging behind society in general, were you

1  thinking about the -- the 6 or 8 percent number or were you

2  thinking about a number that includes multiracial students?

3  **A.**   No, we're -- again, we're looking at where African

4  Americans are represented in American society, and the census

5  shows that it's a much larger portion than we're actually

6  admitting.

7  **Q.**   Is it your testimony that it is a much larger portion if

8  you count the number of students at the Academy who identify as

9  multiracial and part African American?  Is that your testimony?

10  **A.**   Say the question again, please.

11  **Q.**   Are you testifying that there's a much larger percentage

12  of African Americans in the United States compared to the Naval

13  Academy if you count students who identify at least in part as

14  African American?

15  **A.**   I think that's kind of an apples-to-oranges comparison

16  because in the census it also reports multiple races as well.

17  **Q.**   Do you think that the percentage of multiracial applicants

18  at the Naval Academy, for example, in the class of 2027, is

19  greater or smaller than what the census reports?

20  **A.**   I haven't looked at the numbers, but they're probably up

21  there.

22  **Q.**   Okay.  You haven't looked at the numbers?

23  **A.**   Not specifically, no.

24  **Q.**   I now want to talk to you about the report by the Boston

25  Consulting Group.

1  A.   Yes.

2  Q.   Mr. Gardner asked you a few questions about this, correct?

3  A.   Yes.

4  Q.   And I think -- I actually wrote it down because we have

5  the great realtime feed -- that you testified that you thought

6  that the chart on page 37 of this document was misleading

7  because it omitted the percentage of Naval Academy graduates

8  who joined the unrestricted line?

9  A.   No --

10 Q.   That is what you said, is it not?

11 A.   That is.

12 Q.   Okay.  So I just want to look at a couple things here.

13      First of all, you agree with me that Scenario A here

14 specifically notes that the United States Naval Academy

15 generates approximately 28 percent of URL officer commissions,

16 correct?

17 A.   That's correct.

18 Q.   And that is the number that actually matches your

19 declaration in this case too, correct?

20 A.   The point I was making to Mr. Gardner is the bar graph

21 above that should have reflected our comparison to the URL.  I

22 did not deny the fact that the 28 percent was listed in the

23 bullet below.  In fact, I actually think I might have said that

24 when he asked me.

25 Q.   Well, let's look at Scenario B as well, correct?

1   A.   Correct.

2   Q.   Scenario B notes that -- proposes a scenario that the

3   Naval Academy might match the overall representation within the

4   enlisted ranks of the Navy, correct?

5   A.   Correct.

6   Q.   And if you look down there, it notes that even if the

7   United States Naval Academy graduates mirrored fleet enlisted

8   composition, 52 to 48 percent, this would only have a 5 percent

9   impact on fleet officer corps in total, given that the USNA

10  only represents about 30 percent of officer commissions,

11  correct?

12  A.   That's correct.

13  Q.   30 percent is -- about 30 percent is referring to the

14  unrestricted line, correct?

15  A.   I would assume so.  They didn't specify, apparently.

16  Q.   You know how many graduates of the Naval Academy go to the

17  overall Navy officer corps as opposed to the unrestricted line,

18  right?

19  A.   What do you mean by that?

20  Q.   Isn't it about 20 percent?  Isn't that what you said in

21  your declaration?

22  A.   In the declaration, we said 20 -- yeah, that's correct.

23  Q.   And it's 28 percent for the unrestricted line, right?

24  A.   Right.

25  Q.   Which is about 30 percent, just like it says on

 1  Scenario B, correct?

 2  **A.**    Correct.

 3  **Q.**    You talked a little bit this morning about the slate

 4  review committee, right?

 5  **A.**    That's correct.

 6  **Q.**    The slate review committee is obviously an important part

 7  of the admissions process?

 8  **A.**    That's correct.

 9  **Q.**    And we all agree that there are times in the slate review

10  committee where race might be used as one factor in considering

11  an applicant, correct?

12  **A.**    That's correct.

13  **Q.**    And particularly in considering whether or not they should

14  be elevated to a slight winner over somebody with a higher WPM?

15  **A.**    Correct.

16  **Q.**    I need to slow down my talking for Ms. Thomas's sake.  I'm

17  going to try to do that.

18          **THE COURT:**  Ms. Thomas knows, coming into my

19  courtroom, she has to keep up with a fast pace anyway.  So

20  that's why she's one of the best court reporters.

21      Correct, Ms. Thomas?

22      So she's good.

23          **MR. STRAWBRIDGE:**  I'm trying my best not to make her

24  job any harder.

25          **THE COURT:**  I'm very reluctant to ever criticize

1  lawyers for speaking too quickly, I can assure you.

2      So go ahead, Mr. Strawbridge.

3  BY MR. STRAWBRIDGE:

4  Q.   You agree, Dean Latta, that when the slate review

5  committee is looking at candidates who are competitive for

6  admission within a particular slate, they will pull reports of

7  candidates whose whole-person multiples are within 4,000 points

8  of each other?

9  A.   That's a general rule of thumb, that's correct.

10  Q.   Okay.  Dean Latta, I now want to talk briefly about the

11  admissions board materials that we've looked at a fair amount.

12  A.   Okay.

13  Q.   We've established that the admissions board receives

14  training every year, correct?

15  A.   That's correct.

16  Q.   And that's because there are new members who come on the

17  admissions board every year?

18  A.   That's correct.

19  Q.   And they need to be trained, correct?

20  A.   That's correct.

21  Q.   And when they get these instructions, they get instructed

22  on the process for whole-person qualification?

23  A.   That's correct.

24  Q.   And in August 2022 before this case was filed, the slide

25  deck shown to the board included this slide.

1      Do you remember looking at this exhibit with Mr. Gardner

2   on your direct examination?

3   A.   Yes.

4   Q.   This is DX79.  This is the document that he used with you

5   on direct examination, correct?

6   A.   That's correct.

7   Q.   And you would agree with me, Dean Latta, that this is the

8   same slide from the same presentation that appears in

9   Plaintiff's Exhibit 491?

10      And particularly, this slide that appears on page 97,

11   right?  These are the same slides?

12   A.   Yes.

13   Q.   All right.  So on the left we have Defendant's Exhibit 79;

14   on the right we have Plaintiff's Exhibit 491.

15      Both of these slides describe one factor in the assessment

16   of the whole person as ethnic heritage, racial and ethnic

17   diversity, correct?

18   A.   Correct.

19   Q.   And you agree with me that someone's ethnicity or race is

20   something they are born with, right?

21   A.   Yes.

22   Q.   You cannot change your race or your ethnicity, correct?

23   A.   Correct.

24   Q.   And that's different than, say, the bullet below, which is

25   language fluency or English as a second language, right?

1  A.    Correct.

2  Q.    Nobody is born knowing any language, correct?

3  A.    Correct.

4  Q.    It's something that you might become fluent in through

5  experience or study, right?

6  A.    I guess.  Yes.

7  Q.    Now I would like to show you something that the Department

8  of Justice produced to us at about 9:00 p.m. last night.

9  A.    Okay.

10  Q.    This is the admissions board training for 2024, correct?

11  A.    Correct.

12  Q.    I'm sorry.  This is Exhibit P813.  It's marked for

13  identification at the moment.

14      This training would have taken place in the last month or

15  so?

16  A.    Yes.

17  Q.    Do you know what date in particular?

18  A.    It was the Thursday -- I think it was the 20th of August

19  or so.

20  Q.    Okay.

21  A.    I might be off by a day.

22  Q.    I want to go to page 2022 of this slide.  This is a very

23  similar slide to the one that was in the training materials

24  that you talked about with Mr. Gardner on direct, correct?

25  A.    That's correct.

```
 1   Q.   It has virtually the identical set of bullets, correct?

 2   A.   That's correct.

 3   Q.   Except there's a change here, right?

 4   A.   That's correct.

 5   Q.   The bullet point that used to refer to ethnic heritage,

 6   racial and ethnic diversity, now simply says "Cultural

 7   fluency," correct?

 8   A.   That's correct.

 9   Q.   You would also agree with me, Dean Latta, that no one is

10   born fluent in any culture, correct?

11   A.   Correct.

12   Q.   You learn it as part of your life's experiences, correct?

13   A.   That's correct.

14   Q.   For example, a White Mormon who grows up in Salt Lake City

15   and goes on a mission trip to Japan might learn and become

16   fluent in Japanese culture, correct?

17   A.   That's correct.

18   Q.   And that has nothing to do with that individual's race or

19   ethnicity, correct?

20   A.   That's correct.

21   Q.   And I assume, Dean Latta, you would never assume that a

22   Black man who grew up in Queens in the 1970s shares the same

23   culture of another person who is Black but from Oregon, right?

24   A.   That's correct.

25   Q.   So racial and ethnic heritage and cultural fluency are
```

 1  very distinct concepts, are they not?

 2  A.   I assume so, yes.

 3  Q.   But according to you, if I understand your testimony

 4  yesterday correctly, the board always understood that ethnic

 5  heritage really meant something like cultural fluency, right?

 6  A.   No.  I think what my testimony was is that we're looking

 7  for how -- the impact of their shared experiences have played

 8  on their moral upbringing and development and their diverse

 9  experiences.

10  Q.   Why did you change this slide?

11  A.   I was --

12       MR. GARDNER:  Your Honor, at this point we do have an

13  objection that the disclosure of that information calls for

14  privilege.

15       I am completely happy to have the dean say that, but my

16  understanding is that this change was the result of the

17  direction of counsel, not the Department of Justice.

18       THE COURT:  Due to the advice of counsel?  It's

19  privileged.

20       And move on to the next topic.

21       MR. STRAWBRIDGE:  Yeah.  If that's the understanding,

22  we will move on to the next topic.

23  BY MR. STRAWBRIDGE:

24  Q.   You did not tell us that this document was changed in your

25  testimony yesterday, did you?

 1  A.    No, I did not.

 2  Q.    Even though you did tell us about some new guidance to the

 3  board to provide a specific RAB for socioeconomic diversity,

 4  right?

 5  A.    That's correct.

 6  Q.    And I believe you told us that you made the change to

 7  allow for a specific RAB for socioeconomic diversity because

 8  you saw a lot of variance in how the board was applying the

 9  existing guidance about hardship and adversity RABs?

10  A.    That's correct.

11  Q.    How long has the slide on the left that used ethnic

12  heritage, racial and ethnic diversity been in the board

13  training materials?

14  A.    I'd say for the last several years.

15  Q.    For a number of years?

16  A.    Yes.

17  Q.    All right.  Dean Latta, we've had a lot of back-and-forth

18  about just how race can be used in board qualification the last

19  couple of days?

20  A.    Yes.

21  Q.    But I do think we all agree -- and I understand your

22  testimony during your direct examination correctly -- is that

23  it can sometimes be one factor in designating a candidate as an

24  early notify by the board?

25  A.    That's correct.

1  Q.    And I think you testified earlier today that early

2  notification is actually a pretty important tool for the board

3  because I believe you said a lot of highly competitive

4  applicants apply at the very beginning of the admissions cycle?

5  A.    That's true.

6  Q.    And the Naval Academy needs to be able to get out there

7  and compete with other academies or elite colleges that have

8  early admissions decision processes?

9  A.    Yes.

10  Q.    And isn't it true, Dean Latta, that over 80 percent of the

11  students who are admitted to the Naval Academy are designated

12  early notify?

13  A.    I don't know that I have that number.

14  Q.    That number is tracked in the data that was produced in

15  this case.

16  A.    I haven't -- I haven't tracked the difference between

17  early notifying and qualified over the years; so...

18  Q.    But I'm asking is it tracked somewhere in the data at the

19  Naval Academy?

20  A.    I -- I don't know -- I'm sure somebody could try to run a

21  report and try to -- we changed systems.  But I don't -- that

22  number seems actually very high.

23  Q.    Okay.  Well, you can probably leave it on that.

24        MR. STRAWBRIDGE:  Before we dismiss Dean Latta, the

25  plaintiffs would like to move some exhibits into the record, as

 1  soon as the Justice Department does not object.

 2          THE COURT:  Sure.

 3          MR. STRAWBRIDGE:  First of all, we'd like to move to

 4  admit the institutional assessment reports that both parties

 5  used --

 6          THE COURT:  What is the plaintiff's exhibit number?

 7          MR. STRAWBRIDGE:  These are Plaintiff's Exhibits 803,

 8  804, 805, 806.  I used them with Dean Latta yesterday, and

 9  Mr. Gardner used them today with Dean Latta.

10          THE COURT:  Under our local Rule 107.5, they're

11  essentially admitted at this point anyway, Mr. Strawbridge.

12  But that's fine.  That's fine.

13          MR. GARDNER:  That is my understanding as well.

14      But we have no objection.

15          THE COURT:  That's fine.

16          MR. STRAWBRIDGE:  We would also like to move -- and we

17  will add it to the exhibit list -- what's going to be P810

18  through 814, which are the documents that were produced by the

19  Justice Department last night.

20          MR. GARDNER:  No objection, Your Honor.

21          THE COURT:  Plaintiff's Exhibits 803, 804, 805, 806,

22  810, 811, 812, and 813 are admitted into evidence.

23          MR. STRAWBRIDGE:  Your Honor, nothing further.

24          THE COURT:  All right.  Thank you.

25      Is there any recross just on these --

 1          **MR. GARDNER:**  Very, very brief.  I just want to

 2  clarify one thing for the record.

 3                      RECROSS-EXAMINATION

 4  BY MR. GARDNER:

 5  **Q.**   Dean Latta, if I understood correctly, I believe

 6  Mr. Strawbridge asked you if 20 percent of Naval Academy grads

 7  go to the restricted line.

 8       I understood earlier you told the Court previously that

 9  95 percent of graduates go the unrestricted line.  And so I

10  just wanted to see if you could clarify for the Court what

11  percentage of Naval Academy grads go to the unrestricted line.

12  **A.**   Maybe we're all getting mixed up in the numbers.

13          **THE COURT:**  I think it might be good for the record if

14  we go through restricted line, unrestricted line, flag rank.

15  There's a lot of spinning going on here.

16       The point is that there's a stage as to restricted line,

17  there's an unrestricted line, and there's a line in his

18  declaration that relates to flag rank.

19          **MR. GARDNER:**  Right.  So let's --

20          **THE COURT:**  In his declaration, for example, which has

21  not been a subject yet, is that 40 percent of all flag officers

22  in the United States Navy are graduates of the Naval Academy.

23  That hasn't been discussed, but that's in his declaration as

24  well.

25       So I think we need to go step by step now and clarify

1 restricted line, unrestricted line, flag rank line, up the

2 chain you go.

3          MR. GARDNER:  That's fine.  And, Your Honor, just to

4 be clear, he did say on direct today that 40 percent of Naval

5 Academy grads go on to be the senior flag officers.  But I'll

6 get that out again.

7          THE COURT:  I think it's important for the record to

8 clarify this.

9          MR. GARDNER:  But let's do it one step at a time.

10 BY MR. GARDNER:

11 Q.   Dean Latta, what percentage of Naval Academy grads

12 graduate into the unrestricted line?

13 A.   95 percent.

14          THE COURT:  And the unrestricted line is what?

15          THE WITNESS:  Sir, what you would consider to be the

16 warfighting communities of the Navy.  They're the people who

17 drive the ships.  They're COs, aviation squadrons.

18          THE COURT:  Do they include submariners, for example?

19          THE WITNESS:  Yes, submariners --

20          THE COURT:  Do they include people going to Pensacola

21 for flight school?

22          THE WITNESS:  Yes, that would be --

23          THE COURT:  What are the 5 percent that are not in the

24 95?

25          THE WITNESS:  They would be what we call the staff

1  corps, the support communities, for example, supply corps,

2  logistics, meteorology, doctors.

3            THE COURT:  Right.  It include the JAG Corps at that

4  point because they haven't been to law school yet.

5            THE WITNESS:  Well, fortunately, you can become a

6  lawyer as naval officer, but not from the Naval Academy.

7  Our --

8            THE COURT:  That's right.  That's right.

9            THE WITNESS:  Yeah.  So you have to go serve something

10  else first.

11            THE COURT:  That's right.  You have to go to law

12  school.

13       So the point is 95 percent unrestricted line means,

14  essentially, all the combat arms.  Okay?

15            THE WITNESS:  Correct.  That would be a good way to

16  say it, yes.

17  BY MR. GARDNER:

18  Q.   And then the converse, of course, Dean Latta, is what

19  percentage of Naval Academy graduates go into the restricted

20  line?

21  A.   About 5 percent.

22  Q.   What percentage of Naval Academy graduates go on to be

23  senior flag officers?

24  A.   About 40 percent.

25  Q.   Okay.

 1          **MR. GARDNER:**  Sorry.  Just one second, Your Honor.

 2  Court's indulgence?

 3          **THE COURT:**  Sure.

 4  **BY MR. GARDNER:**

 5  **Q.**   I'm sorry.  I did mess that up.

 6      It's what percentage of flag officers are Naval Academy

 7  graduates?

 8  **A.**   40 percent.

 9  **Q.**   Thank you.

10          **MR. GARDNER:**  I apologize, Your Honor.  That was my

11  bad in the question.  I have no further questions for this

12  witness.

13          **THE COURT:**  Thank you very much.

14      Just one question I have just to clarify.  I'm not sure if

15  there's any dispute on this.

16      You indicated, Dean Latta, with respect to -- one second

17  here.

18      In terms of minority overrepresentation in enlisted ranks,

19  I think you said -- did you say over 50 percent?

20          **THE WITNESS:**  Yeah.  It's my understanding --

21          **THE COURT:**  Do you have a precise figure on what that

22  is in terms of the minority percentage of enlisted ranks in the

23  Navy?  And Navy and Marine Corps together.

24          **THE WITNESS:**  I don't have the numbers for the Marine

25  Corps.

1    The last statistics I looked at, it's about 52 percent of

2    the enlisted corps were racial and ethnic minorities.  The

3    numbers may have changed since I last looked at it.  And so we

4    can get --

5           THE COURT:  So it's over 50 percent of enlisted ranks

6    in the Navy and Marine Corps are minority, correct?

7           THE WITNESS:  Yes, sir.

8           THE COURT:  And then what is the percentage overall of

9    the percentage of the officer corps, again in the Navy and

10   Marine Corps, compared with the percentage in the enlisted

11   ranks?

12   You said it's -- essentially you said minority -- you

13   stated that there's overrepresentation of minorities in the

14   enlisted ranks.

15          THE WITNESS:  Right.

16          THE COURT:  And then there's underrepresentation in

17   the officer corps.  I understand the figure given as to

18   overrepresentation.

19   Again, what is the figure as to underrepresentation for

20   the officer corps?

21          THE WITNESS:  I'm not -- I don't have -- my -- I was

22   briefed that about 20 percent in the unrestricted line are

23   minorities.

24          THE COURT:  I understand.  Thank you very much.

25   You may step down.  And you're a representative of the

 1   Academy.  You may go back here and be seated here in the

 2   courtroom.  Thank you very much.

 3       All right.  The next witness here, Mr. Mortara?

 4           MR. MORTARA:  Your Honor, Mr. McCarthy will call

 5   Professor Peter Arcidiacono.

 6           THE COURT:  Okay.  Fine.  Thank you.

 7       Mr. McCarthy, if you'll do so.  Thank you.

 8       We'll go for about another half an hour, and then we'll

 9   stop for lunch.

10           MR. MCCARTHY:  Thank you, Your Honor.

11           THE COURT:  So with that, Mr. McCarthy, nice to see

12   you.

13           MR. MCCARTHY:  Nice to see you, Your Honor.

14           THE COURT:  Okay.  Here we go.

15           MR. MCCARTHY:  Plaintiff calls Professor Peter

16   Arcidiacono to the stand.

17           THE CLERK:  Please raise your right hand, please.

18       (Witness sworn.)

19           THE CLERK:  If you don't mind, please, stating and

20   spelling your first and last name for the record.

21           THE WITNESS:  Peter Arcidiacono, P-E-T-E-R,

22   A-R-C-I-D-I-A-C-O-N-O.

23           THE CLERK:  Thank you.

24                         DIRECT EXAMINATION

25   BY MR. MCCARTHY:

```
1   Q.   Good morning -- or I guess it's afternoon now.

2        Could you please introduce yourself to the Court.

3   A.   Peter Arcidiacono.

4   Q.   Professor Arcidiacono, where do you work?

5   A.   I work at Duke University.

6   Q.   Were you hired to provide testimony in this case?

7   A.   I was.

8   Q.   What are the primary issues you are addressing with your

9   testimony today?

10  A.   I'll be looking at the role that race and ethnicity plays

11  in USNA's admissions process as well as the role that it plays

12  at NAPS.

13  Q.   Did you reach any conclusions on those questions?

14  A.   I did.  For non-blue-chip athletes and those not applying

15  for one of the Navy's preparatory programs, I see that race

16  plays a significant role throughout USNA's various admissions

17  channels, and that we see large preferences, especially for

18  Black applicants, over all other applicants, but then for

19  Hispanic and Asian applicants over White applicants.

20       If we turn to NAPS, you basically see the same pattern.

21  So large preferences for Black applicants, followed by Hispanic

22  and Asian American applicants, and then White applicants are

23  the baseline.

24  Q.   We'll come back to that.  First I'd like to ask you some

25  questions about your background.
```

1        What is your current position at Duke?

2   A.   I'm the William Henry Glasson Distinguished Professor of

3   Economics.

4   Q.   Is that a tenured position?

5   A.   It is.

6   Q.   When did you start at Duke?

7   A.   1999.

8   Q.   When were you awarded tenure?

9   A.   2006.

10  Q.   How long after that did you become a full professor?

11  A.   2010.

12  Q.   When did you earn the title of William Henry Glasson

13  Distinguished Professor of Economics?

14  A.   2002.

15  Q.   Does that title mean that you were appointed to a named

16  chair in the economics department?

17  A.   It does.

18  Q.   Is that considered an honor to become a distinguished

19  professor of economics with a department chair?

20  A.   Yes.  It's the highest honor the university can bestow on

21  a member of its faculty.

22  Q.   Before you started at Duke, where did you study economics?

23  A.   I got my PhD in economics from the University of

24  Wisconsin, Madison, in 1999.

25  Q.   At Duke what's been the focus of your research?

**A.**   Applied microeconomics and applied econometrics generally, then labor economics.  And within labor economics, much of my research has focused on higher education.

**Q.**   What areas of higher education?

**A.**   Many.  So, obviously, affirmative action in higher education, but also things like choice of major, peer effects, how education affects your earnings, how it matters for your performance, how it affects what courses you choose.

**Q.**   In doing all this --

        **THE COURT:**  Bring that microphone a little closer to you.  You're sort of drifting out a little bit here.  Okay?

        **THE WITNESS:**  Sorry.  I can scoot up.

**BY MR. MCCARTHY:**

**Q.**   In doing all of this work and research, do you specialize in using any particular econometric methods?

**A.**   Yes.  Primarily using discrete choice methods make up a large bulk of my work, and all of this is really empirical modeling.

**Q.**   What is the objective of that kind of empirical modeling?

**A.**   What we're trying to do is figure out what causes what? What is the relationship between various factors and some outcome?  So how does a college degree affect your earnings?

**Q.**   How much of your work involves this kind of building and using empirical modeling?

**A.**   Virtually all of it.  I have a couple of applied theory

1  papers, but almost all of my work is empirical.

2  **Q.**   Is empirical modeling like this a technique often employed

3  in your field?

4  **A.**   Yes.  There's a whole wing to developing techniques to do

5  this empirical analysis.  And I participate in some of that

6  too, and that's econometrics.

7  **Q.**   Have you heard and seen testimony from the Naval Academy

8  describing its admissions system as holistic and intended --

9  **A.**   I have.

10  **Q.**   Also and intended to draw students from a wide variety of

11  backgrounds?

12  **A.**   I have.

13  **Q.**   Does that make the Academy's admissions process incapable

14  of being modeled?

15  **A.**   No, it does not.

16  **Q.**   Do you model complex choice situations all the time?

17  **A.**   All the time, be it from how people make decisions about

18  their occupation, how they make their major decisions over time

19  as they receive new information, and also how they make

20  decisions about whether to drink alcohol.  A wide range of

21  things.

22  **Q.**   Have you modeled undergraduate admissions decisions

23  before?

24  **A.**   I have.

25  **Q.**   Can you give me some examples?

A.    So I've done that both in my academic work outside of my

legal work, and I've modeled admissions decisions.  And then as

part of the *Harvard* and *UNC* cases, I also modeled admissions

decisions and then used those models there to publish those

results as part of my academic work as well.

Q.    In those cases were the admissions processes of Harvard

and North Carolina similarly described as holistic and intended

to draw students from a wide variety of backgrounds?

A.    They were.

Q.    Were those admissions processes at Harvard and UNC

complex?

A.    Definitely.  And I would say that is especially true

for Harvard.  You can see that in lots of ways.  They have

letters that go out that are likely letters that say you're

likely to get admission.

      They have early decision that happens there.  They have

various stages of the reader process where you have one person

read the file and then, if it's good enough, it'll go on to the

second stage.

      And they're doing all this in the context of what they

call dockets so that you're comparing people within a similar

region and such.  And then they have a wait list.

Q.    Were those admissions processes at Harvard and

North Carolina nonetheless amenable to empirical modeling?

A.    They were.

Q.   Do you teach?

A.   I do.

Q.   What courses do you teach?

A.   So at the graduate level, I teach dynamic discrete choice,
which is -- uses some of the methods I'm going to be using here
for discrete choice, but then there it's a lot more complicated
because then we're going to be having the dynamic part of it
being people are making decisions today given expectations
about the future.

     So I may choose a very hard subject to study, and it may
be painful at that time, but then it's going to be worth it for
the later life outcomes.

Q.   And that's discrete -- that's your course in dynamic
discrete choice, you said?

A.   That's right.  The other --

Q.   What do you cover -- go ahead.

A.   The other course I teach at the graduate level is learning
economics.  And this is really about sort of the next level of
that class.  So we do a lot of stuff with what people's beliefs
are.  How do you learn about the qualities of your partner?
How do you learn about the match between you and a major and
such?  Those kinds of things.

Q.   Do you teach undergrad as well?

A.   I do.

Q.   What course do you teach in undergrad?

A.   Intermediate microeconomics.  The intermediate comes from
the fact that it's, like, lots of calculus, basically.

Q.   And about how many times have you published academic
articles in peer-reviewed publications?

A.   More than 45 times.

Q.   How many of those articles include econometric modeling?

A.   Again, virtually all of them.

Q.   Could you explain what it means for academic writings to
be peer-reviewed?

A.   So you'll submit the paper to a journal, and the editor of
the journal will then -- if you get past the desk reject stage,
will send it out to referees.  And these referees are going to
be other academics in the area who know something about that
area.

     Those referees are anonymous.  And then they'll submit
referee reports with a recommendation about should this paper
be rejected?  Maybe it could be accepted but they need to make
some changes.

     And then those come back to the author.  And then the
author, if they have the opportunity to revise the paper, does
so.  And that can go on multiple rounds before a paper
eventually is accepted by the editor for publication.

Q.   Now, on those 45 or so publications in peer-reviewed
journals, how many of those related to issues of higher
education?

1  A.   Well over half.

2  Q.   What topics on higher education have you covered in these

3  publications?

4  A.   Lots.  Affirmative action.  Higher education.  How people

5  select into friendships in college, paying a particular focus

6  on race in those friendships.  How people choose their college

7  major.  How people choose their college classes and what grades

8  they get in those classes.

9  Q.   And you mentioned publishing academic papers about your

10  empirical modeling of the processes in the Harvard and UNC

11  cases.

12       Were those published in the peer-reviewed journals?

13  A.   They were.  So that is the standard that I hold myself to

14  with regard to my reports.

15       As somebody who studies affirmative action, the idea of

16  being able to look at Harvard's admissions files was, you know,

17  a great opportunity.  Admissions is typically highly guarded.

18       So I published five papers out of my work on the *Harvard*

19  and *UNC* cases.  Now, to be fair, three of those were based on

20  the empirical models of admissions in those cases.

21  Q.   Throughout all of your work in the area of higher

22  education, have you received any recognition for this work?

23  A.   Yes.  I was invited to do two survey papers on affirmative

24  action in higher education.  One is in the Journal of Economic

25  Literature, which is sort of the top outlet for economists for

surveys of this type.  And another is in the Annual Review of Economics in 2015.

I've also written a Handbook of the Economics of Education chapter on the choice of college major.

Q.    Are you an opponent of affirmative action?

A.    I do not view myself as an opponent of affirmative action; I view myself as a researcher of affirmative action.  As a researcher, you see benefits and costs of different policies.

Q.    Can you give me an example of one of your writings on affirmative action?

A.    So in 2012 I wrote a paper about what happened to Duke. And Duke does a great job of sort of graduating all of its students regardless of race.

But where you do see differences is on the choice of college major.  And so the motivating facts for the paper was particularly stark for Black men versus White men, was that over half of Black men who started studying in STEM fields or economics switched out.  So they still graduated, but they switched to a different major.  That contrasted with 8 percent of White men.

Now, the natural question is then sort of why?  And so that was what the paper was really about, is trying to understand what were the factors that were driving these differences in performance and such.

And it turned out it had very little to do with race --

1    so, actually, really nothing to do with race.  You see these

2    large racial gaps when you don't control for anything, but when

3    you account for differences in academic background, those went

4    away.

5         So as an example, SAT math scores are incredibly important

6    for persistence in the sciences and in economics.  I told you

7    in my class I use calculus.  If you've already had

8    multivariable calculus, you're going to do better in the class.

9    So it's that kind of idea.

10        And so one of the costs of affirmative action is that it

11   naturally leads you to take someone who doesn't have the same

12   academic background as the other students.  The marginal Black

13   students admitted under affirmative action is going to have

14   weaker qualifications.  That's not true of all Black students,

15   but affirmative action is going to affect that at that end.

16   Q.   Back to your qualifications.  Do you have any editorial

17   positions?

18   A.   I do.  I'm an associate editor at the Journal of Applied

19   Econometrics, and in the past I've served as an editor or a

20   coeditor or an associate editor at five other journals.

21   Q.   Have you had any other appointments or received any other

22   honors?

23   A.   I'm a research fellow at the National Bureau of Economic

24   Research.  Maybe it's research associate; I get these things

25   mixed up.  I'm also a fellow of the Econometrics Society and a

1  fellow at the International Association of Applied

2  Econometrics.

3          MR. MCCARTHY:  Plaintiff offers Professor Peter

4  Arcidiacono as an expert in econometric analysis in the area of

5  higher education.

6          MR. GARDNER:  No objection.

7          THE COURT:  He'll be so accepted.  He's qualified as

8  an expert in the general area of higher education.

9  BY MR. MCCARTHY:

10 Q.   Professor Arcidiacono, did you prepare an expert report in

11 this case?

12 A.   I did.

13 Q.   Is it the one in the binder next to you marked as

14 Exhibit P218?

15 A.   It is.

16 Q.   Did you prepare a rebuttal expert report in this case?

17 A.   I did.

18 Q.   Is it the one in the binder next to you marked as

19 Exhibit P222?

20 A.   It is.

21 Q.   Did you also prepare a reply expert report in this case?

22 A.   I did.

23 Q.   Is it the one in the binder next to you marked as

24 Exhibit P518?

25 A.   It is.

1  **Q.**  Do these reports contain the opinions you intend to offer

2  today?

3  **A.**  They do.

4         **MR. MCCARTHY:**  I move to admit Exhibits P218, 222, and

5  P518 into evidence.

6         **THE COURT:**  Consistent with the previous rulings, they

7  will be admitted.  To the extent that there are any hearsay

8  implications in those reports, it's a bench trial.  I can still

9  deal with those and discount those.  So the same ruling I made

10  previously with an issue raised, I think by Mr. Robinson, the

11  same ruling applies here.

12         **MR. GARDNER:**  Thank you, Your Honor.  Just to be

13  clear, so we preserved our objections to the hearsay and the

14  hearsay within hearsay, correct?

15         **THE COURT:**  Sure.  I understand that.  Yeah, for the

16  same reasons that I've indicated previously, you know, he's

17  qualified to testify as an expert in the area of higher

18  education and not in the area of military, for example,

19  obviously.  And to the extent there's any hearsay that's woven

20  in, it'll be discounted.

21      So I'd like to hear what he has to say.

22         **MR. MCCARTHY:**  Thank you.

23  **BY MR. MCCARTHY:**

24  **Q.**  Professor Arcidiacono, I'd like to turn to your work in

25  this case.  How does the work you've done in this case compare

1  to your academic work?

2  A.   Well, that was the attraction, actually, of taking the

3  Harvard and UNC cases, was because I got to have that detailed

4  data.  And that's the attraction here as well.

5       So compared to my non-Harvard and -UNC work, the data is

6  much better because you get the behind-the-scenes look at the

7  data.  You typically don't have information on, for example,

8  internal ratings of applicants.  That's not available in most

9  public datasets because universities guard them.  So the data

10 is of higher quality than what is in most of my published

11 research.

12 Q.   What is the effect of having this kind of quality of

13 data -- like the internal ratings and such that you just

14 mentioned, what's the effect on your work?

15 A.   Well, we can be much more confident in the results.

16 Q.   Were there any anomalies in the data produced by the

17 defendants?

18 A.   There were.  Over the course of receiving the data, you

19 would see different files get updated.  And so for a handful of

20 people, you might see an SAT score for one person that's one

21 number, and then it would get updated over the course of

22 discovery to a different number.  But those cases are sort of a

23 small handful there.

24      There were some people who had multiple ZIP codes.  But,

25 again, that's sort of -- a small handful of people had multiple

 1  ZIP codes.

 2      And then, you know, USNA overwrites a lot of their

 3  information.  And you could see that with the fact that one

 4  thing I won't be testifying about today is letters of

 5  assurance, being able to model that, because that's a field

 6  that gets overwritten over the course of their data.

 7  Q.   Do any of the anomalies in the data produced by defendants

 8  prevent you from reliably modeling the Naval Academy admissions

 9  process and the decisions they make in that process?

10  A.   No.  I mean, there's -- again, just some slight messiness

11  to the data, but no more so than what you typically see in

12  empirical work.

13  Q.   What were you asked to do for your testimony today?

14  A.   So my testimony today is to analyze the role that race

15  plays -- race and ethnicity plays in the Naval Academy's

16  admissions process as well as in NAPS.

17  Q.   Did you prepare a set of slides to be used as

18  demonstratives as you testify today?

19  A.   I did.

20  Q.   How do you go about answering these questions regarding

21  the role of race?

22  A.   So I think the same approach that I would do in all my

23  academic work.  And there's sort of a step zero here, which is

24  to familiarize yourself with the literature broadly but then

25  how the particular institutional setting that we're looking at.

1   So, you know, reading the declarations in the case and the

2   various procedures and such that -- to have some background

3   going in.

4        But then the next step is to, given that information,

5   create the dataset for the analysis.

6        And here, what we're trying to do is say, okay, well, what

7   applicants would you be focusing on?  And, you know, are there

8   any irregularities that we need to deal with?

9        The second step is look at the descriptive analysis.  And

10  that's just to say, okay, we figured out what data we're going

11  to analyze.  What are the general patterns that we see?

12       And these general patterns can hold with regard to race

13  but also with regard to blue-chip athletes or other

14  characteristics.  What patterns do we see in the data?

15       And those patterns are with an eye toward motivating

16  what's going to happen in step three.  And step three is where

17  we're actually forming the model -- in this case, of the

18  admissions process -- and doing the regression analysis to see,

19  okay, what we saw of those descriptive patterns over here, what

20  actually matters after you account for all these other things

21  that are going on?

22       And then you get the results of that model, and you can

23  see certain factors mattering there, but then you want to be

24  able to quantify how much those factors matter.

25       So then, with that, we can analyze how race affects

 1  admissions outcomes in a variety of ways.  And then at the end,
 2  you're going to sort of look for, well, is there auxiliary
 3  evidence that my results are reasonable?
 4  **Q.**   Let's start with step one.  What data was your starting
 5  point?
 6  **A.**   So we were given five years of data covering the classes
 7  of 2023 to 2027.  So those would be, like, when they would
 8  graduate.  So it's 1999 to 2023 --
 9  **Q.**   I think you said 1999.  I think you probably meant 2019.
10  **A.**   2019.  Sorry.
11  **Q.**   That's okay.
12  **A.**   Yeah.
13  **Q.**   About how many applicants were in that dataset in total?
14  **A.**   Over 70,000.
15  **Q.**   What kind of information was in that dataset?
16  **A.**   So one of the big things here, the WPM components.  And
17  that's not just one thing; that's all of the components -- the
18  test scores, the ratings of the extracurriculars, and
19  recommendations and such.
20       But then you have, you know, the fitness exam, not only
21  whether they passed that exam, but what their score was.  You
22  also have the medical exam, their BGO interview scores.
23       Then we have things like demographics and SES variables.
24  What I mean by those, we have race, of course, but then we're
25  going to have whether you're first-generation college and what

1   fraction of students in your high school go on to college.

2       We also have whether you're coming from one of the prep

3   programs -- that's the NAPS, CivPrep, and Foundation -- whether

4   you're a highly-desired athlete, the blue-chip athlete.

5       And then in this case, we're going to have things about

6   the slates that you're on -- so who nominated you, who are you

7   competing against, and such.

8       And then as well as how did you get in?  Were you admitted

9   as a congressional slate winner or as a qualified alternate?

10  Those kinds of things.

11  Q.   And about how many fields would you say were in the data

12  with regard to each applicant?  Dozens?  Hundreds?

13  A.   Hundreds.

14  Q.   Did you supplement this dataset with any other data?

15  A.   I did.

16  Q.   What data was that?

17  A.   So we're going to merge in some characteristics of the

18  community to get more measures of socioeconomic status.  So

19  that's going to give us things like the average income of your

20  ZIP code.

21      And then we're going to merge in characteristics of your

22  school from publicly available data as well.  We also merge in

23  information about what party was making the nomination.  And

24  then there was some publicly available data on -- from USNA

25  that we could find both on athletic rosters and on commandant's

 1  lists.

 2  Q.    Beyond the applicant data and the publicly available data

 3  that you described, did you review any other materials produced

 4  in this case?

 5  A.    I reviewed lots of documents produced by USNA.

 6  Q.    Did you review any deposition transcripts?

 7  A.    I did.  I reviewed the 30(b)(6), and then I reviewed

 8  Dr. Gurrea's deposition.

 9  Q.    Did you review any expert reports?

10  A.    I did.  I reviewed the ones that USNA produced as well as

11  Rick Kahlenberg's.

12  Q.    Now back to the dataset.  You said you started with a

13  dataset with more than 70,000 applicants.

14        Did you do anything to prepare the dataset for your

15  statistical analysis?

16  A.    I did.

17  Q.    Please describe what you did.

18  A.    So we start off with over 70,000 applicants.  And then the

19  first step -- this case is really about domestic applicants,

20  and I'm not quite sure how the process even works for the

21  non-U.S. citizens and such.  So we removed non-U.S. citizens

22  and those nominated by foreign delegates from that applicant

23  pool.

24        Now, the process of applying to USNA, there's a lot going

25  on there.  And so plenty of people don't complete their

1    applications.  So even though we had well over 70,000, you lose

2    over 44,000 because of incomplete applications or they withdrew

3    their application.  None of those people are admitted.

4        Then you're supposed to have a nomination to get into

5    USNA.  And we have that for almost all admits.  So we're going

6    to remove those without a nomination.  You also need to qualify

7    medically or physically.

8        And here I just want to point out that there were a

9    handful, eight observations, where we recoded somebody who was

10   listed as failing either the medical or the fitness exam as

11   having passed because it was such a small number.  And we

12   figured they must have gotten a waiver or passed it eventually

13   and it was an error in the data.

14       There's a very small number of people also who were

15   missing some components of the WPM.  Since that's a key

16   variable for our admissions models, we're going to remove those

17   as well.

18       And then for at least -- for my admissions models, we're

19   going to be removing two other sets of applicants.  The first

20   are these blue-chip athletes.  Basically, they all get in; so

21   there's nothing really to model there.

22       And that is also -- it's clear that the process operates

23   differently if you're applying from one of these prep programs.

24   So we're going to remove those as well.

25       And it's, like, 94 percent of them are admitted

1  conditional on having qualified medically and physically.

2  Q.    Professor Arcidiacono, you said you started by removing

3  the foreign applicants and those who received nominations from

4  foreign delegates.

5      So how many applicants were there after you made those

6  first cuts of the data?

7  A.    69,570.

8  Q.    And how about admits were there, then?

9  A.    6,920.

10 Q.    By the time you got to the end of this process here that

11 you just described, how many applicants were there in the

12 dataset?

13 A.    12,340 applicants; 4,728 admits.

14 Q.    Let's move on to your next slide.

15         MR. MCCARTHY:  Your Honor, would you like to take a

16 lunch break now?

17         THE COURT:  Yeah.  That's fine.  We can stop now.

18 It's not quite quarter after 1:00.  We'll start again at

19 quarter after 2:00.

20     Professor, you should not discuss your testimony with

21 anyone while you're off the witness stand, which means you need

22 to have lunch by yourself.  So simple as that.  Have lunch by

23 yourself and don't have lunch with the team.  And that's the

24 best way to do it.

25         THE WITNESS:  My wife came.  Can I have lunch with her

 1    and not talk to her?

 2              THE COURT:  Yeah, it depends.  It depends if she's

 3    been in the courtroom listening to other people.  It doesn't

 4    make any difference.  You can have lunch with your wife,

 5    without question.  You have a court order, but you have to buy

 6    her lunch.  You have to buy her lunch.

 7              MR. GARDNER:  The government has no objection to him

 8    having lunch with his wife.

 9              THE COURT:  The court stands in recess for an hour.

10              **(There was a break at 1:12 p.m.** to 2:18 p.m.)

11              THE COURT:  Good afternoon, everyone.  You all may be

12    seated.

13          We'll proceed, Mr. McCarthy.

14              MR. MCCARTHY:  Thank you, Your Honor.

15    BY MR. MCCARTHY:

16    Q.    Professor Arcidiacono, what do you display on this slide?

17    A.    So in the same way we made some sample cuts for my

18    analysis of the Naval Academy, we did the same thing for our

19    analyses of NAPS.

20    Q.    And how many observations were there at the start?

21    A.    We began with 70,508 applicants, with 1,379 admits.  And

22    so that lines up with what we had when we were looking at the

23    Naval Academy.

24          Then we make a number of cuts.  You don't -- no longer

25    need a nomination.  We're going to get rid of those incompletes

1  and such.  And we're also going to eliminate those who were

2  admitted to USNA or to Foundation or CivPrep.

3       And then, finally, if you were -- had already gone to one

4  of the prep programs, we're going to take you out from there as

5  well because we don't see anybody in the data that actually

6  goes from NAPS to NAPS again or from Foundation to NAPS.

7       And then gender is listed in lots of places, but it's

8  missing in some -- sometimes.  And so we toss a few

9  observations for which we could not get gender.

10 Q.   Looking back on this task overall, how many applicants and

11 admits were there in the dataset you used for analyzing

12 admission to NAPS?

13 A.   9,521, with 1,379 admits.

14 Q.   Did you recode any of the applicants in this dataset?

15 A.   I did.  There were six NAPS admits that were coded as

16 failing one of the fitness or medical exam.  And we treated

17 that as though that was an error in the data and corrected it

18 to being a success.

19 Q.   Does that recoding of a handful of observations affect

20 your analysis?

21 A.   It does not.

22 Q.   What is the second step of your academic approach?

23 A.   The descriptive analysis.

24 Q.   What do you do in this step?

25 A.   Well, now we're going to be analyzing the patterns in the

1  data and, in particular, patterns with regard to race.

2  Q.   Before we get into your descriptive analysis, can you

3  describe how you categorize race.

4  A.   So I'm going to categorize race -- USNA categorizes race

5  in many ways.  I'm going to use the same way that I did in

6  Harvard and UNC in that, if you list Black as one of your

7  races, I'm going to count you as Black.  I'm going to treat

8  Hispanic -- I'm going to combine these things.  So race

9  ethnicity, but I'm going to treat this as one.

10       So then if you're Hispanic but not Black, you're going to

11  be Hispanic.  If you're neither of those two and you list

12  Native American, you'll be Native American.  And then if you're

13  neither of those, then we go to Asian, and then finally White.

14       But we can see how well that method of categorizing race

15  doesn't predict admissions relative to alternative

16  categorizations.

17  Q.   Thank you.  Let's move on to your descriptive analysis.

18       Mr. Pusterla, can you put up -- hold on just a second,

19  actually.  First, you can shut it off for a second.

20       Professor Arcidiacono, there's been some testimony in this

21  case about the designation of early notify.  Do you understand

22  what the early notify designation means?

23  A.   I do.

24  Q.   And can you tell me what it is.

25  A.   Well, it's basically the board's recommendation about

 1  someone who you could possibly give an LOA to.  And then the

 2  slate review committee would make that decision.

 3  Q.    Would -- is there information or data about early notify

 4  in the data that was produced by the defendants?

 5  A.    There is.

 6  Q.    And would that information include data on the number of

 7  early notified designations?

 8  A.    It would.

 9  Q.    Do you happen to know what the number of early notified

10  decisions is over the five-year period for which data was

11  produced?

12  A.    I have a table that shows that.

13  Q.    Okay.

14        Mr. Pusterla, can you pull up P518 and please go to

15  page 35.

16        Is Table A.4 in the appendix of this reply report what you

17  were thinking of, Professor Arcidiacono?

18  A.    Yes.

19  Q.    What does the column on the far right show?

20  A.    It shows everybody in -- well, it shows a share of admits.

21  And you can see at the bottom how many admits we're talking

22  about, so 6,913.

23        I think if we went back to our original sample cuts,

24  that's basically everybody but the foreign applicants plus

25  seven.

1          So then what you can see in that final column, share of

2     admits, is that over 85 percent of those who are admitted

3     received an early notify designation.

4     Q.    So if you wanted to know the number -- the actual number

5     of early notified designations, how would you figure it out

6     from this chart?

7     A.    Well, we multiply the 85.55 times the 6,913.  And I think

8     you get 5,914 if you do that.

9     Q.    As a former high school math teacher, I can't say that I

10    keep up with you on all the math; but the multiplication, I'm

11    pretty good at.  I think you got it right.

12          THE COURT:  If he gets into calculus, Mr. McCarthy,

13    we'll take a break, I can promise you, sir.

14          MR. MCCARTHY:  I would need to read up on that a

15    little bit, Your Honor, before I get through the calculus.

16       Mr. Pusterla, could you pull up Number 60.

17    BY MR. MCCARTHY:

18    Q.    Professor Arcidiacono, what is the title of this summary

19    exhibit?

20    A.    This is the number cases where a candidate with the

21    highest WPM on the slate was routed to qualified alternate or

22    an additional appointee slot; so they weren't the congressional

23    slate winner.

24    Q.    Did you help prepare this summary exhibit?

25    A.    I did.

1  Q.   Did you review the data that went into making this slide?

2  A.   I did.

3  Q.   Are the slates here from which these candidates came from,

4  are they all competitive slates?

5  A.   They are all except for there's one in 2025 where a

6  particular applicant was listed as competitive, but the other

7  people are listed on a different kind of slate.  But everyone

8  else satisfies that.

9  Q.   And that one was a competitive candidate, just not on a

10  competitive slate?

11  A.   Exactly.

12  Q.   Thank you.

13       Mr. Pusterla, can you go to Number 7.

14       Professor Arcidiacono, what do you display on this slide?

15  A.   So we're going to look at admission rates by race for

16  people who have qualified medically and physically with

17  completed applications and who have nominations.

18       And so note that this does include the blue-chip athletes

19  and applicants for prep school here.

20       And then the first column of this slide, the title is

21  actually mislabeled.  It should say USNA plus being admitted to

22  any of the prep programs, not just NAPS.

23       That first column there shows the admit rate by racial

24  group.  And so you can see sort of stark differences across

25  races overall.  So over 80 percent of Black applicants are

1  being admitted to either USNA or one of the prep programs

2  versus, you know, less than 50 percent of White applicants.

3  Q.   And this is, as you said, for the Naval Academy or one of

4  the prep programs, correct?

5  A.   Correct.

6  Q.   What are the admit rates by race there in that column?

7  A.   48.88 for White applicants, 80.24 percent for Black

8  applicants, 61.18 percent for Hispanic applicants, 67.9 percent

9  for Asian American applicants.  And then the overall rate is

10 55.56 percent.

11 Q.   Did you observe anything about the admit rate to the Naval

12 Academy itself from the second column?

13 A.   I did.  So that -- again, we see pretty large differences.

14 For Black applicants, it's almost 59 percent, whereas for White

15 applicants, it's 44 percent.  And now you can see that Asian

16 Americans have the highest at 60 percent.

17 Q.   Did you look into whether there were variations in the

18 admissions channels across race?

19 A.   I did.

20 Q.   Okay.

21      Mr. Pusterla, can you put up Number 8.  Thank you.

22 A.   All right, sir.  There are a lot of numbers on this slide.

23 Q.   Yeah, you might want to help orient us by telling us how

24 to read it.

25 A.   And I'm going to show four of these slides, one for each

1  admissions channel.  So the four admissions channel being a

2  congressional slate winner, a qualified alternate, a service --

3  through one of the service connected, or as an additional

4  appointee.

5       So this is the one for congressional slate winners.  And

6  what we're looking at are enrollees because it's telling you

7  how that particular student enters into the Naval Academy.

8       And what I've done here is I've broken it out with the

9  columns for sort of four categories of applicants.  In the

10 first column, which is going to be my main focus, are the ones

11 who are not blue-chip athletes and not applying from a prep

12 program.

13      The second column is blue-chip athletes who are not coming

14 from a prep program.

15      And the last two columns are the same as the first two,

16 except now you are coming from a prep program.

17      And then in Panel A, I'm telling you the numbers.  So you

18 can see 1,729 White -- there are 1,729 White congressional

19 slate winners here.  And what's going on in Panel B is the

20 share of Whites that are coming from each of those four

21 channels.  So that 89.6 percent says of all the White

22 congressional slate winners, 89.6 percent are non-blue-chip

23 athletes, nonprep.

24      And what you'll notice in Panel B is that, with the

25 exception of Black enrollees, they're all above 80 percent.  So

1  most people are coming from this non-BCA, nonprep.  And even

2  for Black applicants, it's well over 50 percent at 63.4.  Okay?

3      And then just to orient you in terms of that bottom column

4  in Panel C, that's showing four non-BCA, nonprep congressional

5  slate winners, the share in each racial group.

6      So for non-BCA, nonprep congressional slate winners,

7  68.3 percent of them are White, 3.1 percent are Black,

8  10.9 percent are Hispanic, and 13.9 percent are Asian American.

9      And the reason I put this up here -- and I'm going to show

10  you now the other channels -- is that the pattern is going to

11  look different as we go through but not on the next one.

12      So we go to the next slide, unless there's something else

13  that you want me to discuss.

14  Q.   Yes.

15      Can you back up one for just a second, Mr. Pusterla.

16      I just wanted to ask:  What's the total number of non-BCA,

17  nonprep congressional slate enrollees?

18  A.   So that would be 2,532.

19  Q.   Thank you.

20      So does this second slide here of this set, is this set up

21  similar to the first one?

22  A.   Yeah.  And I should make one point here.  I think if you

23  added up those numbers, you may not get that exact number.  And

24  that's because for Native Americans and those who declined, I'm

25  not reporting those here; they're part of the total.  And it's

1  just that they're a very small group.

2       So now we're doing the exact same thing as we did on the

3  previous one except now we're looking at qualified alternates.

4  And there it's even more clear, if you look at Panel B, that,

5  you know, most of the applicants -- most of the people who are

6  winning qualified alternate slots are non-blue-chip athletes

7  and not coming from the prep programs.  In each case, it's over

8  82 percent.

9       And then when you look at the racial composition of those

10  non-blue-chip athlete, nonprep ones that win qualified

11  alternate, again you see a large number of White winners with

12  63.1, 3.7 for Black, 8.4 percent for Hispanic, and 21.4 percent

13  qualified alternates are Asian Americans.

14       Now, I put these two slides up here to actually draw the

15  contrast to what these numbers will look like on the next two

16  slides.

17       So now we're to service-connected channels.  And now you

18  can see, if you go to Panel B, now all the numbers are less

19  than 50 percent, right?  So a lot of them are coming more from

20  the prep programs.

21       So if you added up non-BCA prep and BCA prep for the White

22  applicants, that would be about half of the service-connected

23  enrollees.

24       And you can also see that we're getting a change in the

25  racial distribution both overall for service-connected

1    enrollees but also for the non-blue-chip athlete, nonprep.

2        So for non-blue-chip athlete, nonprep, you can see that

3    Whites are now a little over 40 percent, Black applicants are

4    now much larger than they were on the previous two slides at

5    17.7 percent, Hispanics at 16.9, and Asian Americans at 15.6.

6        But this is the one.  All of this is sort of a setup for

7    what we see with additional appointees.  Okay?

8        So if you look at additional appointees, you see this --

9    you know, I think we've heard the number that -- something like

10   60 percent of additional appointees are White.

11       Well, that's partly because how do we calculate who's

12   White, right?  Because if you're Hispanic and White, I'm not

13   counting you here.  These are for the White enrollees who are

14   not Hispanic.  So here, less than 50 percent of additional

15   appointees are White.

16       But what's really interesting to me is how different the

17   numbers are across these columns.  So if you just look at

18   Panel A for the moment and just the first two columns, what you

19   can see is that, for White additional appointees, 397 of them

20   are blue-chip athletes not coming from a prep program.

21       And that's way bigger than the number in the --

22   corresponding in the first column, which is 53.  And that

23   stands in contrast to each of the other racial groups, right?

24   So in each of the other racial groups, it's always the case

25   that the numbers are higher for non-BCA nonprep than for BCA

1    nonprep.

2         So for Black additional appointees, we're talking about 85

3    from non-BCA nonprep versus 66 from BCA nonprep.

4         And then when you get down to Panel C and you see the

5    share of non-BCA nonprep of each race, now Whites who had the

6    highest percentage on each of the other ones are now the lowest

7    at 17.8 percent.

8         So that sort of makes it clear, like, if you're going to

9    be an additional appointee and you're White, you almost need to

10   be a blue-chip athlete.  Some definitely are there, but despite

11   the fact that Whites are over the majority of the applicant

12   pool, they're the lowest group among those getting in as

13   additional appointees who are non-BCA nonprep.

14   **Q.**   On this next slide, what do you display there,

15   Professor Arcidiacono?

16   **A.**   So now we're displaying the average whole-person multiple

17   scores net of the RAB -- so we subtracted that out -- by race

18   and admission channel.

19        And what you'll notice is that all the numbers in the

20   first two columns for each race are higher than the numbers in

21   the second two columns.  Okay?

22        So you need higher -- you have higher WPM scores

23   associated with congressional slate winners and qualified

24   alternates than getting in through a service-connected or

25   additional appointee channel.

1    And then in terms of racial differences, keep in mind this
2  includes blue-chip athletes and prep pool as well.  In terms of
3  racial differences, it's the case that Black enrollees in any
4  of these channels are going to have lower ones than the
5  corresponding WPMs for the other races.
6  **Q.**   Back to that previous one for just a moment.
7    Do you observe anything about the average WPM scores of
8  qualified alternates?
9  **A.**   Yeah.  So what you'll see is that White qualified
10 alternate winners have the highest WPMs.  And they're actually
11 surprisingly higher than Asian Americans there.  And that's
12 going to be your first hint.  Qualified alternate was the one
13 when I was looking at this data, thinking, if anyplace where I
14 wouldn't see race, it would be in qualified alternate.
15    But as we'll show later on, for at least part of the
16 qualified alternates, you'll actually see race played a role.
17 **Q.**   Now, this is another big one with lots of numbers.  So you
18 may have to walk through this a little bit.
19    But did you compile summary statistics for the applicants
20 to see what factors might be important to admission at the
21 Academy?
22 **A.**   Yes.  And for this particular table, it does have the
23 blue-chip athletes and prep in there.  But we're looking again
24 throughout passing medical and physical, complete applications,
25 received a nomination.

1       And then with each column, we see the four racial
2  categorizations.  And what's shown, say, in Column 1 is this --
3  we're looking at White rejects.  And it's saying, for example,
4  for female there, what share of White rejects are female?  So
5  in this case it's a little under 22 percent of White rejects
6  are female.  If we go to the next number for first-generation
7  college, what share of White rejects are first-generation
8  college?  3.6 percent.  One column over does the same thing but
9  now for admits.

10      In presenting it this way, it may look ugly; but it
11 actually conveys what variables just show sort of a raw
12 correlation with being admitted versus rejected.  So what do I
13 mean by that?

14      If we look at for female White admits -- sorry.  If we
15 look at White admits, the share that are female are 30 percent.
16 That's bigger than the share of White rejects who are female.
17 And so that tells you that being female for White applicants is
18 positively correlated with admission.

19      And I just want to point out here that for
20 first-generation college, that correlation goes the other way.
21 So you see first-generation college students make up a larger
22 share of White rejects than they do of White admits.

23      Similarly, if you went to family income over 80,000,
24 that's a little bit further down, you can see that having a
25 family income over 80,000, those people make up a higher share

1   of admits than they do of rejects.  Those patterns hold for

2   each racial group.

3   Q.   Now, to make sure we understand how to read this table,

4   what, for example, are the percentages of admits by race who

5   are blue-chip athletes?

6   A.   So we would take the 20.24 for White admits.  That would

7   tell you what share are blue-chip athletes.  And then you'd

8   multiply that number by the 4,056.  And that would tell you the

9   number of blue-chip athletes who are White who were admitted.

10  Q.   So if you wanted to do that for, say, Black admits who are

11  blue-chip athletes, how would you do that?

12  A.   So now we go to the Black admit column.  And it's

13  32.87 percent of Black admits are blue-chip athletes of 727

14  total Black admits.  We could do the same thing for Hispanic.

15  It's 9.97 percent of Hispanic admits are blue-chip athletes out

16  of 863 total admits.  And then for Asian Americans, it's

17  8.52 percent times 986 total admits.

18  Q.   Thank you.

19       Mr. Pusterla, can we go to the next slide.

20       This slide, I noticed it says -- it has a little continued

21  abbreviation at the top.

22  A.   Yes.

23  Q.   Is this sort of a continuation of the previous one?

24  A.   It's a continuation of the previous table, just showing

25  even more summary statistics.  But this is sort of -- with

1  everything except for the top and bottom row of characteristics

2  here, these are the things that are the preparation components

3  for admission.

4      So you've got your SAT math score, verbal score.  Those

5  are both parts of the WPM.  We've got the other components of

6  the WPM and the CFA score.

7  Q.   Now, does this -- you were talking earlier on the previous

8  slide about positive and negative correlations with admissions.

9      Does this slide reveal any other factors that are

10 positively correlated with admission?

11 A.   Yes.  And, in fact, all these characteristics that are

12 listed here are positively correlated for admission, both

13 overall and for every racial group.

14     So as an example, if we look at SAT math scores for White

15 admits, that's going to be 684 is the average SAT math score

16 for White admits.  But for White rejects, it's lower at 653.

17 Q.   And is that true across all races?

18 A.   That's true across all races and for every variable.  It

19 holds for SAT verbal, CFA score, all of it.

20 Q.   On the various scores you've just discussed, did you

21 observe any patterns across racial groups?

22 A.   Yes.  So if you looked at that total column, that gives

23 you the characteristics of all White applicants there.  And

24 what you can see is that, for each of these things, the number

25 in that total column is higher than the corresponding total

1  column for Black applicants.

2      And it's also higher than the total column for Hispanic

3  applicants, with one exception.  And that one exception is RAB

4  points.  And that's sort of a first hint that race may play a

5  role in RAB points.  But we'll get into that more as we go.

6  Q.   Did you do a similar analysis for the group without

7  blue-chip athletes and without applicants from the Navy prep

8  programs?

9  A.   I did.  And here we're really interested in saying, well,

10 how much of this is being driven by the fact that we've got

11 blue-chip athletes and prep pool applicants in here?

12     So this is the same table we had before except without

13 blue-chip athletes and prep pool.  And you would read it the

14 same way.  And it shows the same patterns, even taking out the

15 BCA and prep pool applicants.

16     So, for example, for female in looking at it for Whites,

17 almost 30 percent of White admits are female versus 22 percent

18 of White rejects.  You again see for first-generation college

19 that the numbers for reject are higher than the numbers for

20 admit at 3.57 percent of White rejects versus less than

21 2 percent of White admits.

22 Q.   And then you've used the example before of family income

23 over 80,000.  Is that one positively correlated with admission

24 again?

25 A.   That's right.  So now if you're -- over 80 percent of

1   White admits are coming from families making at least 80,000

2   versus a little over 75 percent of White rejects.

3   Q.   Let me ask you this.

4       Go to the next slide, please, Mr. Pusterla.

5       So this looks just like the one you had a couple slides

6   back that was for the full class, right?

7   A.   That's right.  So it's just a continuation of the same

8   table.  Now we're looking without BCA and prep.  And now we've

9   got all these WPM components.

10  Q.   And what factors here are positively correlated with

11  admission?

12  A.   All of them.  All of them for every race.

13  Q.   And do you observe any racial patterns in the data like

14  you did before?

15  A.   The racial patterns are the same in the sense that, on

16  every one of these measures, White applicants score higher than

17  Black applicants.  And on every one of these measures, they

18  score higher than Hispanic applicants with the exception of the

19  RAB.  When you compare Asian Americans, it really depends on

20  what the characteristic is.

21  Q.   Okay.

22      Mr. Pusterla, can you highlight for a moment White admits

23  under the RAB row.  Then do the same number for Hispanic

24  applicants, the admit column right there in the middle.

25      So you were starting to mention something about the RAB

 1  points, Professor Arcidiacono?

 2  **A.**    Yes.  So what you can see both for applicants, which would

 3  be one column over from that, and for admits, Whites are going

 4  to have lower RAB points than Hispanic applicants who are

 5  admits.  And these are all unconditional.  Okay?  All the other

 6  factors you see that Whites score better on.

 7  **Q.**    What does this suggest about the RAB?

 8  **A.**    It provides a hint that race may play a role in it.

 9  **Q.**    Now on to a new slide.

10      This says at the top, "Number and share, WPM 23 deciles by

11  race."

12      We previously heard my friend Mr. Mortara talk about this

13  at the opening.  But to make sure we understand this slide,

14  Professor Arcidiacono, can you tell me what you mean by WPM 23?

15  **A.**    Right.  So what I want to do is, across years, anchor

16  things to the same scale.  So given that the WPM formula

17  changed in 2025 to 2027, I want to adjust it so that they're on

18  the same scale, weighting the same factors the same way.  And

19  so I used the formula that they used in '23 and '24 and just

20  add up those components that way with the exception of the

21  RABs.

22      I should say, you know, this is how I like to present it.

23  But if you go to my report, you could find the same numbers for

24  just the straight WPM, and it's going to show similar patterns

25  to what we've got here.

1    So that's how we're going to calculate.  We're going to

2  use that WPM 23 for this analysis.  And then what we're going

3  to do is we're going to break it up into 10 deciles.  So

4  Decile 10, that's got the top 10 percent of applicants on that

5  WPM.

6        I should say, this one does have the blue-chip athletes

7  and prep.  I'll show you the table without them in a moment.

8        So at Decile 10, you've got the top 10 percent; Decile 1,

9  you've got the bottom 10 percent there.  Okay?

10       The first panel has got the number of applicants.  What

11  you can see is that, as you move down the White column, you

12  start off with a higher number.  And then each time you go

13  down, you're going to a lower number.  White applicants are

14  disproportionately in that top decile of applicants.

15       If you instead looked at Black applicants, you see the

16  flip of that.  There's a blip between 9 and 8, but generally

17  the numbers are going down.  As you go from Decile 10 to

18  Decile 1, the numbers are increasing.

19       So you start off with 22 Black applicants in that top

20  10 percent, but 346 in the bottom 10 percent.  And that

21  corresponds to less than 2 percent of Black applicants being in

22  the top 10 percent of WPM scores and 28 percent being in the

23  bottom 10 percent.  Okay?

24            THE COURT:  If I can interject a question.  That

25  includes blue-chip athletes in that number, correct?

1          **THE WITNESS:**  This does.  In a few slides, I'll show

2   you a table without those guys in there.

3   **BY MR. MCCARTHY:**

4   **Q.**   Real quick, Professor Arcidiacono, you mentioned about the

5   WPM formula changing.  And we won't show the formula, but do

6   you know why it changed in the midst of this five-year period?

7   **A.**   COVID happened, and so we moved to more of a test-optional

8   system.

9   **Q.**   And so did some applicants not take the SAT in those years

10  it was test-optional?

11  **A.**   You know, it's surprising because most of them actually

12  did.  The share is actually very low that don't.

13  **Q.**   Okay.

14       Let's go to the next slide, Mr. Pusterla.

15       So did you also analyze admit rates according to these

16  deciles?

17  **A.**   Yeah.  So all this decile analysis is only relevant if the

18  WPM score -- even though they've calculated this in this WPM 23

19  way -- is related to your chances of admission.  And if you

20  just look at that total column, you can see that it clearly is.

21       So as you move down WPM deciles, the admit rates fall.  We

22  start off at over 90 percent; we end up at less than

23  30 percent.  And that holds true for every decile.  It's

24  falling every time.

25  **Q.**   And does that hold true across races as well?

A.    There's going to be some blips.  For example, if you look
at the Black 9 versus 8, that sort of goes not the way you
would expect.  But you have small samples in some of these
things.  But the general pattern is that way.

If you compare Black applicants in that top decile,
Decile 10, they're admitted at a rate of over 95 percent.  And
in the bottom one it's 40 percent.

Now, to your point, Your Honor, some of this at the bottom
decile is going to be driven by those blue-chip athletes, prep
pool, and we'll see how that changes in just two slides.

THE COURT:  Just so we're clear, blue-chip athletes, I
think thus far in the trial, have been classified, and
particularly in certain sports, football and basketball, for
example.

THE WITNESS:  We've got a broader definition than that
here.

THE COURT:  Well, that's what I'm trying to clarify
just in terms of this.  I believe that you need to clarify that
not all athletes -- it's disproportionate, I think is fairly
clear to me, perhaps for judicial notice, with respect to
football and basketball as opposed to other sports.  That's the
point I'm making.

Did your analysis include that notion?

THE WITNESS:  So we're treating them all the same
here, which means that, when I take them out, I'm taking out

 1  the blue-chip athletes for all the sports.  And there are

 2  blue-chip athletes in lots of these sports.

 3          THE COURT:  Yes, but certainly not the same numbers?

 4          THE WITNESS:  Oh, that's right.  Definitely not.

 5          THE COURT:  Certainly not.

 6          THE WITNESS:  And there are other differences there

 7  too --

 8          THE COURT:  But just for judicial notice -- either

 9  side can dissuade me of this, whatever -- it's abundantly clear

10  to me in terms of blue-chip athletes and numbers, the numbers

11  are going clearly to reflect football and basketball players in

12  excess of other sports, it seems to me.  And either side can

13  deal with that accordingly if you want.  But that's abundantly

14  clear to me.

15          THE WITNESS:  No, that's totally the case.

16          THE COURT:  You would concur with that?

17          THE WITNESS:  I would totally concur with that.

18      But what I would also say is that, even if you're a

19  blue-chip athlete in tennis, you're going to get in.  They're

20  all getting in.  But it is disproportionately football, for

21  sure.

22          THE COURT:  I understand.  Right.

23  BY MR. MCCARTHY:

24  Q.  Did you observe any differences across race in admit

25  rates?

1  A.    Yes.  So you're going to be starkest when you compare

2  White and Black from that perspective.  And you can see pretty

3  big differences within each decile in that regard.  So if you

4  look at, say, the 8th decile for Whites -- so this means you're

5  in the top 70 to 80 percent of the applicants there -- you've

6  got about a 50 percent chance of admission.

7       But if you're in the -- a Black applicant in the second

8  decile from the bottom, you're also going to have a 50 percent

9  chance of admission.

10      So we do see these stark racial differences.  And now we

11 want to know how much of that is driven by the blue-chip

12 athletes in the prep pool applicants?

13 Q.    Before we leave this slide, what is the overall admit rate

14 for this group?

15 A.    It's a little bit less than 50 percent.

16 Q.    And it's the number in the bottom right corner?

17 A.    Exactly.  47.48 percent.

18 Q.    Let's go to your similar analysis for the -- without

19 blue-chip and prep pool.

20 A.    So now we've taken those guys out.  I'm keeping the decile

21 the same, though.  So that's why you can see, like, the decile

22 numbers are actually going down a bit.  And that's because we

23 take out blue-chip athlete and prep pool, those people are

24 disproportionately coming from those bottom deciles.

25 Q.    Okay.

1       Mr. Pusterla, could you highlight the total row on the
2  left half of the slide.  It'll help illustrate.
3  A.   Sorry.  I think we actually want the column.
4  Q.   Sorry.  I meant the total column.  Thank you.
5  A.   So when we add the blue-chip athletes and prep pool in
6  there, these numbers are basically the same because that was
7  sort of the definition of a decile.  You want to get 10 percent
8  in each.  Now they're going down a bit as you're going to lower
9  WPM deciles.
10 Q.   And is that what you would expect?
11 A.   It probably depends on the sport and the prep, you know,
12 and so on.
13 Q.   So did you find any racial patterns across these data?
14 A.   I did.  You can basically see the same pattern if we go to
15 White column in the first panel.  We're again seeing that the
16 number of White students is falling as you're getting to lower
17 WPM deciles.  So there's not quite twice as many White
18 applicants in the top decile as there is in the bottom decile.
19 Q.   Let me ask you real quick, how many total applicants were
20 there in this group of non-blue-chip and nonprep applying
21 people?
22 A.   12,304.
23 Q.   Earlier you mentioned about how there were relatively few
24 people that didn't take the SAT.  Do you know how many of this
25 group of 12,304 were missing SAT scores?

A.    So it's less than 1 percent that we can't get an SAT score
for.

      There's one somewhat caveat to that in that, for the prep
pool, if they're applying for prep pool, we might be able to
get an SAT score for a previous year.  But we've got the right
SAT score for them.

Q.    Thank you.

      Let's go to the next slide, Mr. Pusterla.

      So this is similar to the one a couple slides back but for
the non-blue-chip and nonprep pool, correct?

A.    That's correct.  And so now as you go to that total column
and you go down, you even see more of a starker relationship
with the WPM.  So now you start off in that top 10 percent, the
admit rate is 90 percent.  But if you're in that bottom
10 percent, now your admit rate is at 3.5 percent.  Okay?

      And, really, you don't see that much of a difference
across races in that bottom 10 percent.  That's not where the
action is happening.

      The action is happening more in the middle of the
distribution.  So as an example, if you compare White
applicants in the 8th decile, you're going to get an admit rate
for Whites of 46.6 percent.  And that's just slightly smaller
than the admit rate for Black applicants in the 4th decile.

      And you can also see -- you'll see in the 5th decile how
wide the gaps are across races here.  So you can see that for

Black admits -- sorry -- 60 percent.  If you're in Decile 5,
the admit rate for Blacks is 60 percent, while for Whites it's
20 percent.

Q.   What is the overall admit rate for this group?

A.   38.43 percent.

Q.   Let's go to the next slide.

     Did you separately conduct a descriptive analysis
regarding admissions to NAPS, Professor Arcidiacono?

A.   I did.

Q.   Did you do the same for the other Navy prep programs?

A.   I did not.  They're sufficiently small that I didn't do
it.

Q.   What does this slide display generally?

A.   So it's going to give you the admit rates by race to NAPS
and nomination status subject to those sample restrictions I
outlined earlier, medically and physically qualified, complete
application, et cetera.

Q.   What is the overall admit rate to NAPS?

A.   14.5 percent.

Q.   Did you observe any variation across racial groups?

A.   I did.  You can see that Black applicants here, the admit
rate is a little less than 60 percent, whereas it's 7.3 percent
for White.

Q.   Let's stop here for a moment and look backward.

     What has your descriptive analysis shown so far?

A.    Well, what we've seen is pretty big differences overall in admit rates to both to U.S. Naval Academy and to NAPS.  Some of those racial differences in admit rates to Naval Academy are driven by the blue-chip athletes and prep pool.  But then you can see White applicants are stronger on the things that are related to admission to NAPS.

And you can see that with the WPM deciles.  So they've got higher WPM scores but much lower admit rates.  That provides a hint that there might be racial preferences operating here.  And, similarly, we see sort of large gaps in admit rates at NAPS.

Q.    Does your analysis thus far reveal the effect that race has on admission to the Naval Academy?

A.    No.  I think we need to go further than that and actually model the admissions decisions.

Q.    What kind of a model?

A.    Well, this is where the math is going to come in.  And we're going to do a logit model, L-O-G-I-T.

Q.    Thank you.

So we're now on to the third step of your analysis?

A.    Yes.

Q.    So as you know, the math gets a little bit more complicated here.  Can you tell us at a high level, so we can all understand a little bit, what a logit model is?

A.    A logit model is a way of getting predicted probabilities

1    of admission that depends on the characteristics of the

2    applicants.

3          So we saw -- when we were doing all those summary

4    statistics, we were sort of going one by one.  With this, we're

5    going to be able to account for all the other variables that

6    are in the data, control for them, and then see what happens

7    to, say, race, how race relates to admissions.

8    Q.   What's the outcome that's being measured there?

9    A.   The outcome is going to be admission.

10   Q.   So is a logit model useful in a modeling admissions

11   decisions?

12   A.   It is.

13   Q.   In this pictorial representation, what are the inputs to

14   the logit model for Naval Academy admissions?

15   A.   I think we're on the wrong slide here.

16   Q.   Yep.  We've got to go back to 29.

17         Hold on a second.  22.  Sorry.

18         Let me ask that question again.  In this pictorial

19   representation, what are the inputs to the logit model for

20   Naval Academy admissions?

21   A.   So what the logit model is going to do is it's going to

22   take all these characteristics, such as the demographics --

23   these are going to be your race, your gender, measures of your

24   high school, first-generation status, and such.  It's going to

25   take all those components of the WPM, what cohort you're

1  applying from -- because some cohorts could be more competitive

2  than others -- and then, you know, the Navy process, the Naval

3  Academy process, the slates matter.

4       So we're going to take into account the characteristics of

5  the slates that you're on.  And out of that logit model is

6  going to pop a probability of admission and a probability of

7  rejection.

8       Now, why is it a probability?  Because you can't account

9  for everything.  Okay?  That's sort of the point of holistic

10  admissions.  There's going to be some unobservable associated

11  with that.  So we're only going to be able to get

12  probabilities.

13  Q.   Now, real quick, can you tell me just what do you mean by

14  observable versus unobservable so everyone understands?

15  A.   So an observable is something that we're actually

16  controlling for in the model.  Okay.  So if I estimate a model

17  without WPM scores, the WPM would be in the unobservable then;

18  if I control for the WPM scores, they're part of the

19  observables now.

20       But there could be other things that we don't -- are not

21  one of these gears, and that would be something that would be

22  in the unobservable.

23  Q.   What is your goal with a logit model?

24  A.   So the goal is to have a model that predicts admission

25  well and where you can credibly interpret the coefficients.

1  Q.   At the bottom of this slide here, what does this equation

2  represent?

3  A.   So this represents taking all those characteristics that

4  are associated with those gears and we're thinking about how

5  those things are going to end up affecting the probability of

6  admission.  And so this is going to be sort of an index that

7  enters into this logit expression for the probability.

8       So we're going to have -- we're going to control for a

9  whole bunch of stuff, not just the things I've listed here.

10 But you control for SAT math.  And then that A represents the

11 coefficient on SAT math.

12 Q.   What is a coefficient?

13 A.   It's literally just a number.  If it's a positive number,

14 it would say that after controlling for all these other things,

15 does this thing have a positive relationship with admissions?

16      If it was a negative number, it would say that after

17 controlling for all these other things, there's a negative

18 relationship with admission.

19 Q.   What does the coefficient with a capital R represent?

20 A.   So we're going to define race how I already defined it.

21 So we'll have a coefficient on Black, a coefficient on

22 Hispanic, a coefficient on Asian American.  Those coefficients

23 are relative to a normalized choice, which in this case is

24 White.  So everything is interpreted relative to White

25 applicants.

1      If we see a positive number on, say, the Black variable,

2  then, that would indicate that, after accounting for all these

3  things, being Black helped you in terms of your admission.  If

4  you saw it was negative, it would be the other way around.

5      We've chosen to normalize it with respect to White.  You

6  could normalize it with respect to anything.  If you normalize

7  it with respect to Black, then all of the coefficients would

8  just end up being negative on the other races.  It doesn't

9  matter how you write it.

10  Q.   So it's all relative to a baseline?

11  A.   Exactly.

12  Q.   What would be the coefficient for that baseline?

13  A.   Zero.

14  Q.   What about the magnitude of a coefficient?  Does that

15  matter?

16  A.   It does.  And in particular it matters when the scale of

17  the things are the same.  So if you saw that the coefficient on

18  Black was larger and positive than the coefficient on Hispanic,

19  then that would tell you racial preferences are larger for

20  Black applicants than they are for Hispanic applicants.

21  Q.   What can you do with the output of your logit model?

22  A.   You can do a number of things.  One of them is you can

23  predict admissions probabilities.  And you can do that both

24  using the characteristics as they stand but also changing them.

25      So we could see what would happen if, for example, we

1    turned off the coefficients on race.  That would effectively

2    treat in the model everyone as though they were White but

3    holding their other characteristics fixed.  From that, we would

4    also get a probability that they would be admitted with their

5    racial preferences turned off.

6    Q.   When you say, for example -- when you say "turned off,"

7    like, let's say you wanted to, as you said, turn off the racial

8    preferences for an Asian American student.  How would you do

9    that in the logit model?

10   A.   I would set the Asian American coefficient to zero.  That

11   would treat them as though they were a White applicant.

12   Q.   Can you use the output of the model to determine the

13   strength of individual applicants?

14   A.   We can.  So the way I would do that is, if you take all

15   the characteristics outside of race, outside of the stuff that

16   we're putting preferences on, you can combine all the terms

17   that are on this slide -- so the A times the SAT math, the B

18   times the extracurricular rating -- put them all together, and

19   now you've got what we call an admissions index.

20        And that can measure sort of the relative strength of the

21   applicant on the things that is revealed that USNA cares about.

22   So before, we were working with the WPM 23 decile.  So that's

23   saying this is what they care about.  The logit model is going

24   to reveal what they care about and whether they treat all WPM

25   components the same.

1  Q.   Did you use the outputs of your model in connection with

2  work you did with Richard Kahlenberg in this case?

3  A.   I did.

4  Q.   Let's talk about that briefly.  Did you use the same

5  models that you used here?

6  A.   I did.

7  Q.   How did you work with Mr. Kahlenberg?

8  A.   So Mr. Kahlenberg is interested in race-neutral

9  alternatives.  So we're going to turn off or set the

10  coefficients on race to zero.  And then, per his instruction,

11  I'm then going to adjust some of the other coefficients in the

12  model, for example, giving a bonus to first-generation college

13  students or something along those lines.

14  Q.   So you handled the technical aspects of that?

15  A.   Yes.

16  Q.   Is it possible that there are factors that the Naval

17  Academy considers that your logit model does not take into

18  account?

19  A.   For sure.  That's why we have probabilities here.  There's

20  always going to be unobservables in the model.

21  Q.   Are your models reliable notwithstanding the fact that

22  there are these unobserveables?

23  A.   They are.  This is standard for economics.

24  Q.   Are your models able to predict Naval Academy admissions

25  with a high level of accuracy and reliability notwithstanding

1   the unobserveables?

2   A.    They are and much better than most peer-reviewed work on

3   the U.S. because they don't have near the data that I have

4   here.

5   Q.    How do you go about building a logit model?

6   A.    So what I'm going to do is I'm going to gradually add

7   different variables and see what happens to those results as I

8   add more and more variables, and this is sort of standard

9   practice in economics to sort of show what adding more controls

10  does to the preferences.

11        So then you can see, well, once you account for the WPM

12  components, how does that change what we estimate the racial

13  preferences to be?

14        So what Figure 4.1 does is it shows you the different

15  models that I'm estimating.  And this is actually a correction

16  of the figure in the report.  I think I said that there were

17  seven models.  We corrected it at deposition.  This is the

18  right description of those -- of the models.

19  Q.    Why is it that you have eight models here?

20  A.    Well, I want to know how adding different characteristics

21  affects our estimates of racial preferences and then, through

22  that, learn what characteristics matter.

23  Q.    Is it common practice in econometric modeling to have

24  several iterations of models like that?

25  A.    Oh, definitely.  It's sort of like showing you work.

1   Q.   By the way, I know you used the word "control"

2   sometimes --

3   A.   That could be variables, would be another word for it.

4   Q.   What controls do you have in these models?

5   A.   So in Model 1 it's just a baseline model that has your

6   race, whether you're female, and indicators for each

7   application cohort.  And then everything sort of builds off of

8   it.

9        So for Model 2, then we add household and community

10  demographics, first-generation college, and stuff like that.

11  Then we add the WPM components with the exception of the RAB,

12  and then the fitness score.

13       Now, here, we're sort of restricting all those WPM

14  components to operate the same way in years where it was

15  test-optional.  Chances are, that matters.

16       So in Model 4, we allow the effect of the things that

17  changed the WPM formula to have a different effect in those

18  later years.  So we might expect, since the SAT was optional,

19  that SAT may not matter as much in the later admissions cycles

20  as they did in the earlier admissions cycles.  So Model 3 does

21  that interaction.

22       Model 4 gets into some features that -- of USNA in that

23  we've got the different ways that you're nominated and

24  characteristics of the slates where you received a nomination.

25  Q.   Professor Arcidiacono, I think you just said Model 4.  I

1  think you meant Model 5.

2  **A.**    Sorry.  Model 5 is Model 4 plus, yeah.  So right.

3  **Q.**    Is that because you're adding variables or controls --

4  **A.**    We're adding to the model for that information, yes.

5  Sorry.

6  **Q.**    That's okay.

7  **A.**    So when we think about the characteristics of the slates

8  that might be relevant, it's going to be easier to get in on

9  slates where you don't have much competition, so if you're the

10  only qualified applicant that's been nominated.  It's also

11  going to be easier for you to get in if the other candidates

12  have lower WPM scores so you might beat them.  It's also going

13  to be easier to get in if you're ranked -- if you're on one of

14  those principal ranked slates and you get ranked number one.

15        Those are the kinds of things that we're accounting for

16  here.  And if you don't do a good job, you're not going to have

17  a very accurate model.

18        So then when we get to Model 6, we're adding variables for

19  legacy.  And we put in indicators for whether you received any

20  RAB points for particular types of classes and indicator

21  variables to reflect performance on that BGO interview.

22        And then Model 7, now we actually do with the RABs.  And

23  when we get to the results, I'll sort of show why we treat

24  those differently.

25        And then one of the issues is there is some missing data.

 1 | We don't always know parental income.  And so what Model 8 does
 2 | is say, well, let's just focus on only the observations where
 3 | we've got all the data.  How does that affect our results?
 4 | **Q.**   Now, this says "Controls used for opening report" at the
 5 | top of this table.
 6 |     Did you make any changes to your models between your
 7 | opening report and your rebuttal report?
 8 | **A.**   I did.  So in my opening report I didn't know that this
 9 | SAT math score of 200 was actually a placeholder.  And so for
10 | .7 percent of these applicants, they had a 200, but it really
11 | meant they're missing their SAT score.
12 | **Q.**   Is this the group you mentioned before that was less than
13 | 1 percent that were missing an SAT score in the later years?
14 | **A.**   Exactly.  So in my rebuttal report, I added a control for
15 | whether you were missing your SAT score.  That's the only --
16 | basically, anytime I'm controlling for SAT scores, I had that
17 | placeholder in there to reflect that.
18 | **Q.**   And would that make it so the model would not count those
19 | as actual scores?
20 | **A.**   That's right.  It would basically -- the estimate of the
21 | coefficient on that variable would sort of be able to tell you
22 | what the SAT scores would have been like for those people
23 | that's missing.
24 | **Q.**   Okay.
25 |     Mr. Pusterla can you go to Number 25.

1        Professor Arcidiacono, what do you display in this slide?

2   A.    So these are estimates of some of the coefficients in my

3   logit model.  You can see in those bottom rows all the

4   different kinds of things I'm controlling for in them.  And

5   then I'm only going to report the coefficients for race, female

6   first-generation college, and household income less than 80,000

7   here because otherwise we'd have pages and pages.

8   Q.    Let me stop you for a moment.  So, as you've said, the

9   bottom half of this table, does that show the controls that you

10  were discussing on the previous slide?

11  A.    Yeah, the classes of controls that we're using.

12  Q.    So what do the coefficients here on race reveal to you?

13  A.    So when you don't put in any controls, basically, Black,

14  Hispanic, and White applicants all sort of have the same chance

15  of admission.  But for -- we should have clarified that the

16  sample here does not have the blue-chip athletes and prep pool.

17  They're out because they're basically automatically -- they're

18  admitted.

19        For these non-blue-chip athletes and nonprep pool, if you

20  don't control for anything, you're going to see that Black,

21  Hispanic, White applicants get treated similarly and that you

22  see a positive and significant coefficient for Asian American.

23        Now, what we do is we're moving along to Model 2, Model 3,

24  and so on.  We're adding controls.  And what you'll see for the

25  Black coefficient is, each time you add these controls, it's

 1  getting larger.  Okay?

 2       And what's happening there is you're taking some things

 3  that were previously unobservable and now they become

 4  observable for these later models.  So for Model 1, SAT score

 5  was part of the unobservable, but when we get to conjoined for

 6  WPM components, it's part of the observable.

 7       These numbers are very large.  And one of the difficulties

 8  about working in this world is conveying the size of logit

 9  coefficients.  So we're going to have other ways of doing it to

10  make these things more interpretable.

11       But this really stands in contrast to what you typically

12  see for, say, discrimination studies.  Typically, you start

13  with a raw gap that is big.  And as you add controls, it goes

14  away.  Here, it's the opposite.  As you add controls, it

15  increases showing larger and larger racial preferences.

16  Q.   What do you see in the second row for Hispanic?

17  A.   You see the same pattern.  The one difference is in

18  Model 7.  That's where we've added the RABs.  Okay?  And you

19  see a small drop for Hispanics there.  The number for Blacks

20  actually went up.  And it's a small drop for Asians there.

21  But, basically, adding in the RABs has very little effect on

22  these logit coefficient estimates.

23       Where you do see adding the RABs mattering is when you

24  look at first-generation college and household income less than

25  80,000.  So what you'll notice in Model 2, you see a big

1  negative coefficient there on first-generation college and
2  household income less than 80,000.  But it basically goes to
3  zero once you put in controls up through Model 6.  So at
4  Model 6, no preferences given to those who are first-generation
5  college or those making less than 80,000.

6      When you add those RABs it comes out negative.  Well,
7  that's sort of strange, right?  But the RABs are giving you
8  points for being these things.  But that's not translating into
9  higher admissions probabilities.  That's why we actually are
10 going to work with Model 6 as my preferred model.  I think it's
11 much easier to interpret the coefficients because of that issue
12 about the RABs.

13     Oh, I should say with Model 8 you actually see much bigger
14 preferences, which is another point to my model being
15 conservative, like if you take out those observations that are
16 missing data.

17 Q.   If we look at the bottom row of this table, what does that
18 show?

19 A.   The bottom row shows what's called the pseudo R-squared,
20 which is a measure of fit.  These are very high in comparison
21 to most other papers here, and that's because we fit the data
22 so well.  And you can see, you know, at the beginning in
23 Model 1, it's very small.  You have to have these controls to
24 fit the data well.

25 Q.   Now, you mentioned that Model 6 is your preferred model,

1  and I think you've said it's because in part of the RAB issue?

2  A.   Yeah.  I find the RAB components hard to interpret, but it

3  wouldn't matter if we controlled for those RABs.  You can see

4  that the estimates are really not that much different except

5  for that first-generation college, household income.  That

6  makes interpreting the household income difficult because

7  they're being affected through RAB points.

8  Q.   Remind us again.  What is the sample set here for this

9  logit model?

10  A.   So this, you have to complete your application, pass those

11  medical and physical exams, have a nomination, and we're

12  tossing out the blue-chip athletes and those coming from the

13  prep programs.

14  Q.   So what is the effect of racial preferences on blue-chip

15  athletes?

16  A.   Well, it's going to be zero.  And the reason it's going to

17  be zero for blue-chip athletes is they all get in.  So there's

18  no scope for race to matter.

19  Q.   Okay.

20      Let's go to the next slide, Mr. Pusterla.  Let's go to

21  Slide 26.

22      Does the output of your logit model enable you to quantify

23  the effect of particular variables on admissions outcomes?

24  A.   It does.  And so we're going to take those logit

25  coefficients and then show, you know, what does that actually

1   mean in terms of admissions chances?  And we're going to do

2   this sort of four ways.

3   **Q.**   And can you tell us a little bit about those four ways.

4   **A.**   So for the transformational analysis, what we're going to

5   do is say suppose you were a White applicant who had a

6   25 percent chance of admission.  How much higher would your

7   probability be if you were instead treated as a Black

8   applicant, we held all of your other characteristics fixed?

9   And, again, this is only for non-blue-chip athlete, nonprep

10  pool.

11       That's taking a particular slice, someone who has a

12  25 percent chance of admission.

13       When you do average marginal effects, what you're doing is

14  saying what are the predictive probabilities of admission for,

15  say, Black applicants?  And then what would they be if you

16  turned off the effects, so set the Black coefficient to zero?

17  Now what are those predicted probabilities?

18       The difference between those two tells you how much on

19  average those probabilities of admission change as a result of

20  race.  And that's a standard approach in economics.

21       The third, we called the admitted minority analysis.

22  What's different about this is, when you're doing average

23  marginal effects, you only have what's -- the observables.  But

24  you know that the minorities who are admitted, they had to be

25  pretty good on the unobservables too to be admitted, or have

1  better unobservables anyway.

2      What we can do with the admitted minority analysis is take

3  all minorities who were admitted and the say, okay, what would

4  their admit probability be if we took away the racial

5  preference?  We know they got in with racial preferences.  What

6  are their chances of getting in without racial preferences?

7      Now, the first three ways, that's like what you'd doing if

8  you just changed one person.  If you actually got rid of racial

9  preferences, took away preferences, more spots are going to

10  open up.  Okay?  Navy has still got to fill its class.

11     So what the capacity constraints analysis does is it

12  shifts the standard to get into the class.  Essentially, we're

13  going to still fill the class.

14  Q.  Now, are all of these methods ones that you used in the

15  *Harvard* and *UNC* cases?

16  A.  They are.

17  Q.  So there's definitely a little bit of math here, but we'll

18  try to keep it at a high level.

19     Professor Arcidiacono, what is your methodology for this

20  transformational analysis here?

21  A.  So you recall that we talked about that admissions index,

22  which sort of gives you that strength of the applicant.  And so

23  we could think about a White applicant who had a 25 percent

24  chance of admission.  Well, the logit formulas, that EXP of A

25  over 1 plus EXP of A, and we know that's the admissions

1  probability.

2       So basically that equals .25, 25 percent.  And you solve

3  for A to tell you what the index value would be.  That's the

4  minus 1.098.

5       Then we say, okay, let's add to that A, the admissions

6  index, the coefficient on, say, African American, which is

7  2.958 in my preferred model.  When you add that -- those two

8  numbers together, now you plug that in to the logit formula

9  again.  And that's where you get 86.5 percent.

10  Q.   Let's go on to the next slide.  And what do you display on

11  this slide?

12  A.   So this is showing preferences -- this transformational

13  analysis, so basically giving racial preferences to White

14  applicants and saying, okay, if you were White and had a

15  particular chance of getting in, what would your chance be if

16  you were treated as a different race?

17       So you can see, for example, in Panel C, if you had a

18  25 percent chance of admission and you were White; you'd have

19  an 86.5 percent chance of being admitted if you were Black;

20  52.4 if you were Hispanic; and 58.7 if you were Asian American.

21  Q.   Let me stop you there for a minute.  And this is for a

22  White applicant who is non-blue-chip and not from the prep

23  pool?

24  A.   That's correct.  And I just want to clarify, this is from

25  my pooled model.  All the models I described are my pooled

1  models.  I estimate a separate set by -- for the early time

2  period of 2023 and 2024 and 2025 to 2027.  There you can see

3  does race matter differently then.

4  Q.   And by pooled model, do you mean the entire five-year --

5  A.   Entire five-year period.

6       In the next two columns, I'm doing the same analysis but

7  with models that were estimated just on the first two years and

8  then the last three years.

9  Q.   Let's go on to the next slide.

10      Could you explain your methodology for calculating average

11 marginal effect.

12 A.   Yes.  So if we take all of those things that made up that

13 admissions index, including the race coefficient -- so you

14 calculate the probability of admission with the racial

15 preferences turned on using that logit formula.

16      Now what we're going to do is we're going to shut off --

17 set those race coefficients to zero and recalculate the

18 probabilities.  We can actually do this for every applicant of

19 a particular race, get your probability admitted with the

20 racial preference turned on, subtract off the probability of

21 being admitted without the race coefficient turned on.

22      That gives you have the marginal effect of race.  How much

23 did your admissions chances increase as a result of the racial

24 preference?

25 Q.   What is it that the average marginal effect of racial

1  preference is showing us as a statistic?

2  A.    It's going to show us that the average change in the

3  admissions probability across that set of applicants we're

4  looking at -- the non-blue-chip athlete, nonprep pool --

5  completed their application and all that stuff.

6  Q.    Is average marginal effect a metric that economists

7  commonly use to quantify the effect of a variable on an

8  outcome?

9  A.    Yes.  Yes, that's the standard.

10  Q.    So then what do you display on this slide?

11  A.    So now we're looking at that average marginal effect of

12  race.  I'm just going to focus on the pooled model, which is

13  Panel A.

14       And what you can see overall is that the Black admit rate

15  with racial preferences is 37.4 percent.  If we turned off that

16  big logit coefficient on Black, the admit rate without racial

17  preferences, that's 12.9 percent.  So that's a pretty big drop

18  in those probabilities.  The difference between those two gives

19  you your average marginal effect, which is 24.5 percentage

20  points.

21  Q.    And using that same methodology, what is the average

22  marginal effect on Hispanic for across that five-year period?

23  A.    11.4 percentage points.  And for Asian Americans, it's

24  17.2 percentage points.

25  Q.    And, again, this sample here that you're analyzing does

1  not include blue-chip athletes or applicants from the prep

2  pool?

3  A.   That's correct.

4        THE COURT:   It does not include blue-chip athletes and

5  what?  I'm sorry, Mr. McCarthy.

6        MR. MCCARTHY:   Applicants from the prep pool.

7        THE COURT:   Yes.

8        MR. MCCARTHY:   We can go to the next slide.  I'm

9  sorry.  Back up one.  You were ahead of me.

10     You're too good at this, Mr. Pusterla.

11 BY MR. MCCARTHY:

12 Q.   What do we have here?

13 A.   This is just a graphical representation of those same

14 exact things.  You know, the Black admit rate without racial

15 preferences was 12.9 percent; with racial preferences, it's

16 37.4 percent.  The difference between the two is the average

17 marginal effect of 24.5 percent.

18 Q.   We can go on now to the next slide.

19     Can you explain your methodology for determining the

20 effect of racial preferences in this model?

21 A.   I can.  This is the one I sort of get excited about, which

22 maybe other people don't, because it uses Bayes' rule.

23     But here, the goal is to determine the probability that a

24 minority applicant who was admitted when the Naval Academy's

25 racial preference is in place would still have been admitted if

1  they have been treated as a White applicant.

2      And it works out there's a very nice formula that we can

3  use where -- that we can use the logit predicted probabilities

4  to figure this out.

5      So what -- it's on that left-hand side of the equation, is

6  the probability of being admitted, given that you're not

7  getting racial preferences, conditional on the fact that you

8  were admitted with racial preferences.  And what Bayes' rule

9  does is it says that can actually be expressed by the

10  probability that you would have been admitted both without

11  racial preferences and been admitted with racial preferences.

12  And then you divide by just the probability of being admitted

13  with racial preferences.

14      But the key is, in that numerator there, is if you were

15  admitted without racial preferences giving you a bump in terms

16  of your probability, you'd still be admitted, right?  Because

17  we know you were admitted without racial preferences, having a

18  preference added on, that's not going to change it.

19      So we can use the logit model to get both the denominator

20  and the numerator and tell you what their admit probabilities

21  would be for USNA admits if we took away racial preferences.

22  Q.   Let's move on to the next slide.

23      And before we start talking about the numbers here, again,

24  this analysis excludes the blue-chip and the prep pool

25  applicants?

1  A.   That's right.

2  Q.   What does this slide reveal about the racial preferences?

3  A.   So, again, I'm just going to focus on Panel A, which is

4  the pooled model.  And what you can see is -- keep in mind,

5  this is all relative to 100 percent admit rate, right?  Because

6  with racial preferences, these guys were admitted.

7        So for Black admits to USNA, if we took away racial

8  preferences, this would say their average admit rate would be

9  32.7 percent.  And over 70 percent of them would have a drop of

10 their admissions probability of more than 50 percent.  So these

11 are --

12 Q.   Now, on that, you said that you're starting from someone

13 who was admitted, correct?

14 A.   That's right.

15 Q.   So what percent chance would they have of getting in?

16 A.   100 percent.

17 Q.   So what do you mean by the 50 percent drop?

18 A.   So we're starting off with 100 percent and then saying

19 calculate their probability of being admitted without the

20 racial preference.  Now we're moving from someone who was for

21 sure an admit to someone who is more likely than not a reject.

22 Q.   And is that the number reflected there in that cell?

23 A.   That is.

24 Q.   Could you tell us the results, then, for Hispanic and for

25 Asian admits within that five-year period.

A.    So for Hispanic admits, it was 67.3 percent.  The share
with a greater than 50 percent drop was 30 percent.  And then
for Asian Americans, it was 68.7 percent of the Asian American
admits would be admitted.  And here the bigger than 50 percent
drop was 27.2 percent.

Q.    Now, at the start of this discussion about these various
methodologies, you said the first three were similar, correct?

A.    That's right.  And that's because what we're doing is
we're just taking the race of particular applicants who might
be averaging across the pool, but we're not dealing with
capacity constraints there.

Q.    So far, what does your analysis here on the effect of
racial preferences tell you?

A.    Oh, that there are large racial preferences present for
non-blue-chip athlete, nonprep pool applicants.

Q.    Let's move on to Slide 34.

      Can you tell us about your capacity constraint
methodology.

A.    Yes.  So we know the Naval Academy has a limited number of
seats.  Without racial preferences, minority admission
probabilities decrease, which means fewer of those seats are
filled.  So, accordingly, we've got to adjust everybody's
admissions probability so that we fill the class.

      So we're going to adjust what's called the intercept of
that admissions index up a bit so that it exactly matches the

1  number of admitted applicants as in the data.  So we're holding

2  that number of admits fixed.

3  Q.   Let's go to Slide 35.

4       What do you display in the first row of Panel A here?

5  A.   So the first row of Panel A --

6  Q.   First row.  There we go.

7  A.   -- is showing for the classes of 2023 and '24 the number

8  of actual admits in the data for these non-blue-chip athlete,

9  nonprep.

10      So you see it 1,693 White admits.  And keep in mind, the

11 way I'm going to do this analysis is these numbers apply to the

12 whole class.  Okay?  So it includes the blue-chip athletes and

13 the prep pool, but I'm holding their admissions decisions

14 fixed.

15      So if we get rid of the racial preferences just at the

16 Naval Academy, it's only the non-blue-chip athletes, nonprep

17 pool students who are affected from removing racial preferences

18 to admission to the Naval Academy itself.

19 Q.   What then is shown in the second row in Panel A there?

20 A.   The second row shows the number of admits by race if we

21 took away those racial preferences.  And you can see that, you

22 know, we're changing the -- changing it so that -- we've taken

23 away the preferences for minorities, but then we're making it

24 easier for everybody to get in so that the total number of

25 admits lines up.

1    So the last column, no change in total admits.

2  Q.    So what is the net effect on Black applicants for the

3  classes of 2023 and 2024?

4  A.    There would be 56 less Black applicants using this.

5  Q.    That means without racial preferences?

6  A.    Without racial preferences.

7  Q.    What about for Hispanic applicants in those same two

8  years?

9  A.    31 less.  And for White -- for Asian American, 70; and

10  then White would go up by 162.

11  Q.    If we go down to Panel C, that's for the years 2025

12  through 2027, those classes, correct?

13  A.    That's correct.

14  Q.    What do we see in terms of deltas there?

15  A.    So now the number of White admits would go up to 273.  The

16  number of Black admits would fall by 109.  The number of

17  Hispanic admits would fall by 73.  And the number of Asian

18  American admits would fall by 86.

19  Q.    So, for example, if we wanted to know the net effect of

20  racial preferences on Black applicants over the course of those

21  five years, what would you add up?

22  A.    We'd add the minus 56 to the minus 109.

23  Q.    And that gets you how many?

24  A.    165 less.

25  Q.    Over the five years?

1  **A.**    Over the five years.

2  **Q.**    Let's move on to the next slide.

3       Can you explain to us what a nested logit is.

4  **A.**    Yes.  So I'm sure you've heard about how complicated

5  admissions works at Naval Academy with slate winners and such.

6  And we've approximated that with my logit model.

7       The nested logit model is going to allow us to look to see

8  whether these different channels of admissions, be it through

9  congressional slate winner or qualified alternate or additional

10 appointee, do we see racial preferences in all of them?  Some

11 of them?  How is that operating?

12      So a nested logit is basically a logit within a logit.

13 We're going to treat the admissions process sort of operating

14 in two stages.  First, the decision to admit, and then second a

15 decision on the channel through which to admit the applicant.

16      Now, it's really key that with the second logit we're

17 really comparing relative racial preferences because we're

18 looking at the admits here.  So we'll be able to tell you

19 whether qualified alternates get a bigger racial preference

20 than congressional appointees or the other way around.

21 **Q.**    Do all four of those admissions channels go into the

22 nested logit?

23 **A.**    So as it turns out, there are very few people who come in

24 through the service channel -- sorry.  Let me back up.

25      In order to get to these congressional slate winners or

additional appointees, you almost always have to have a

congressional nomination.  Okay?  Virtually no one in one of

those service channels who's admitted through one of those

channels has a congressional nomination.  So we're pretty much

able to segment things into do you have a congressional

nomination or not?

     When you do that, you can treat the service-connected

separate and then look for your nested logit just for the

congressional, qualified alternate, and additional appointees.

     We're actually even in better shape than that because, for

additional appointees versus qualified alternates, the WPM

score sort of works as a cutoff as to which one you could be

assigned.  The higher WPMs are going to be qualified

alternates; the lower ones, additional appointees.

     So we're actually able to split it up.  For people who

have high enough WPMs, we'll be looking at whether they get in

as a congressional slate winner or a qualified alternate.

     For those who are admitted with lower WPMs, they're going

to be either getting in as an additional appointee or a

congressional slate winner.

Q.   And then what do you do with the service-connected

nominees?

A.   That, we can treat as a separate logit.

Q.   So you do a normal logit model on those?

A.   Exactly.

Q.   Earlier you talked about the controls or variables that
you will add to your models, what controls did you include in
your service-connected logit model?

A.   So many of the same controls we had in my preferred model,
the exception is we don't have characteristics of the slate
there and such.  It's actually a fairly small share; so we have
to take out a few other variables in terms of nomination
sources.

Q.   What controls did you include in your nested logit models?

A.   Basically the same controls as in my preferred model.

Q.   What do you display in this slide?

A.   So these are estimates from that nested logit model.  And
like I was saying before, when we think about qualified
alternate and additional appointee, that's relative to
congressional.  Okay?

     And so that Black coefficient on qualified alternate says
that the racial preference given to Black applicants is higher
in the qualified alternate channel than it is in the
congressional channel.  And for additional appointees, it's a
lot higher than it is in the congressional channel.  But then
you can go to the third column and see what it's like for the
congressional channel.  And there you see that you also have a
preference there.

     So the preferences for qualified alternate and additional
appointees are actually bigger than the ones for congressional

 1  slate winners.  That holds for Black applicants.

 2      For Hispanic and Asian American applicants, you don't see

 3  that significant effect.  So what that means is the racial

 4  preferences for Hispanic and Asian American applicants are the

 5  same on the congressional channel as they are in the qualified

 6  alternate channel.

 7  Q.   And that's a function of them being the qualified

 8  alternate and the additional appointee coefficients being

 9  relative to the congressional?

10  A.   Exactly.

11  Q.   Let's go to the next slide.

12      Now, you've discussed doing an average marginal effect

13  analysis before on the entire admissions models.

14      What is it you're doing here?

15  A.   So here, now we're going to turn off race across all those

16  different admissions channels.  So I just made this a more

17  complicated model.  And at the end of the day, we're going to

18  get average marginal effects out of that model.  I can make

19  that calculation here.  And those average marginal effects look

20  for similar to what I got when I just did my logit.

21  Q.   What does that tell you?

22  A.   It provides more evidence of the robustness of the model.

23  We're using sort of the same variation, but now it's a

24  different model because of the channels.

25  Q.   Let's go to the next slide.

A.   So what was really fascinating to me about this whole thing is, you know, with qualified alternates, you think, man, how could there ever be scope for racial preferences?  You just take the highest WPM folks.

But what happens is instead, over the course of the cycle, we have a set of people who are labeled as qualified alternates.  But then that changes.  The cutoff changes over time.  And that happens because, of course, people are turning down the Naval Academy to go to other schools.

And so now -- what do we do now as we -- we're going to have to shuffle some -- move some people around.

So, what I'm showing on this slide is, among the documents I saw in discovery, what the highest cutoff was for qualified alternates in each admissions cycle.  That's what's reported in the first column.  And you can see all those numbers are higher than what the actual QA cutoff is.

So at the end of the cycle we know the lowest QA, qualified alternate, had a WPM score in 2023 of 72,056.  But at another point in the process, there was a set of people that USNA labeled as qualified alternates temporarily, and that set had 75,000 -- the lowest score there was 75,479.  And so over time that QA cutoff became lower.

Q.   And there's a number of people between the initial threshold and the final threshold?

A.   That's correct.

1  Q.    And what do you show in the last column of this table?

2  A.    So the way to think about this is you're going to get a

3  hundred -- during this time period, you have 150 qualified

4  alternates in each year.  And what this is saying is how many

5  of those qualified alternates were between the highest

6  threshold and the final threshold?

7        So you have 68 of the 150 for the class of 2023 that were

8  in that range between the two thresholds.

9  Q.    Now, you're showing here that that column is the QA

10  winners that were between those two thresholds, correct?

11  A.    Exactly.

12  Q.    So were there QA losers between those thresholds?

13  A.    Oh, definitely.

14  Q.    Meaning some people above the final threshold for

15  qualified alternates did not actually get admitted?

16  A.    Exactly.

17        THE COURT:  Ronda, do you want to take a

18  late-afternoon break now?  Ms. Thomas, are you good?

19        All right.  We'll stop for about 10 minutes here and take

20  a break.

21        MR. MCCARTHY:  Very good.

22        THE COURT:  We'll start again at 4:00 and go until

23  5:00.

24        How much longer are you going to be, Mr. McCarthy?

25        MR. MCCARTHY:  I think maybe 30 minutes?  45?  Maybe

1    less?

2           **THE COURT:**  I suspect cross-examination will be -- of

3    the gentleman will be tomorrow, then.  That's fine.  We'll just

4    go.  We'll start at 4:00, and we'll see how far we go.

5           **THE CLERK:**  All rise.  This Honorable Court is now in

6    recess.

7              **(There was a break at 3:47 p.m. to 4:06 p.m.)**

8           **THE COURT:**  All right.  You all may be seated.

9       Mr. McCarthy, you may continue.

10          **MR. MCCARTHY:**  Thank you, Your Honor.

11   BY MR. MCCARTHY:

12   Q.   Professor Arcidiacono, what is the title of the slide?

13   A.   "Shares of candidates above and below the initial QA

14   cutoffs."

15   Q.   What do you observe about the admit shares above and below

16   the initial qualified alternate cutoff?

17   A.   So what you can see is that the racial distribution of

18   those in the first panel for those above the initial threshold

19   looks a lot like the racial distribution of those who are in

20   between that high threshold and the final one.

21       So that's the first two columns.

22       And then in the third column you can see that, if we look

23   at those -- these are just people who have those scores above

24   the initial threshold and in between the two thresholds.

25       In that third column these are the people who actually get

admitted as QAs who are above the high threshold.  And you can

see that that racial distribution looks a lot like the

distribution in Column 1.

So when we think about that first QA cutoff, I don't think

race is playing much of a role there.  But when you go to that

in-between, those people between the initial cutoff and the

final one, now in that fourth column you see a big difference

in the racial shares.

You went from a distribution in the population of over

72 percent White to less than 55 percent White.  And,

correspondingly, the numbers for the other racial groups go way

up.

So that tell us once we get outside of that initial

cutoff, this is where race really played a role among QAs.  And

that makes sense to those nested logit results that I showed

where the preferences -- racial preference for qualified

alternates were actually bigger than for congressional slate

winners.

Q.   Did you conduct additional analysis regarding qualified

alternates?

A.   I did.

Q.   Did you estimate a logit model of qualified alternate

admissions?

A.   I did.

Q.   What's the sample on this model?

1  A.    So I'm going to focus on the second panel -- sorry --
2  Models 4 through 6.  And for that, it's just people who had WPM
3  scores within that range, you know, between the high threshold
4  and the final one.
5  Q.    And this is across the five years?
6  A.    Across the five years, and you can't have been admitted
7  through some other channel.
8  Q.    So what is the actual sample size here?
9  A.    753, though a couple that are missing have something
10  missing; so we go to 751 in the later models.
11  Q.    Again, that's across the five-year period, correct?
12  A.    Correct.
13  Q.    And what do the coefficients here show?
14  A.    Well, they show that the preferences are really large in
15  that window between the two thresholds.  And they grow if you,
16  you know, add controls such as the WPM.
17  Q.    Let's go to the next slide.
18        Can you explain what you display in this figure.
19  A.    So what we're going to do now is we're going to bend your
20  WPM score into thousand-point bins.
21  Q.    What do you mean by that?
22  A.    So take everybody within, you know, 55,000 to 56,000;
23  they'd be in one bin.  But we're going to normalize it with
24  respect to that QA -- final QA cutoff.
25  Q.    What's that represented by on the X axis of this?

**A.** The zero.

**Q.** The zero. Thank you.

**A.** So you can see all the people with negative numbers there, they have WPM scores that were below the final QA cutoff. And, of course, they're not getting in as QAs then, right?

But when you look at the numbers -- the positive numbers, the ones to the right, now you see really large gaps between White and minorities here that shrink as you get to really large values of the QA because now you're getting into crossing the high threshold; so really large gaps in that window between the initial QA cutoff and the final one.

**Q.** Let's go to the next slide.

We talked a bit ago about NAPS. Did you estimate a logit model of NAPS admissions?

**A.** I did.

**Q.** What sample set did you use for that analysis?

**A.** So I used the same sample restrictions for NAPS that I outlined at the beginning. So you have to pass the medical and physical exams, et cetera. There's another restriction that we put in here too.

We found out that future blue-chip athletes really matter here. And you get the future blue-chip athletes because basically everybody who goes to NAPS ends up applying to USNA, and then they enter as blue-chip athletes the following year. So they're going to be red-shirting football players, for

1    example.

2        So we take those out of the sample too for the purposes of

3    our estimation.  And the reason we do that is I don't want to

4    confuse a preference for race with a preference for athletics,

5    right?  We if don't use the variable, that's going to get

6    jumbled in there.

7    **Q.**   Let's go to the next slide.

8        So these are the outputs of your logit model of NAPS

9    admissions?

10   **A.**   They are.

11   **Q.**   Do you have a preferred model within this set?

12   **A.**   Model 5.  That's the one that allows the effects of race

13   to vary.  And you can see -- the way to interpret the ones --

14   the Asian times class greater than or equal to 2025 -- is you

15   need to add that coefficient to the Asian coefficient up above

16   to get the total effect in that year.

17       What you basically see is the preferences are remarkably

18   stable across models until you get to Model 5.  And that's, of

19   course, because we've allowed for different effects for race in

20   that model.

21   **Q.**   So just to be clear, since the -- since there's that

22   relative term in the class -- in Model 5, that means, for

23   example, that the coefficient on Asian in Model 5 is the one in

24   the Asian row plus the one in the Asian times class of 2025

25   row?

1  **A.**   That's correct.

2  **Q.**   Let's go to the next slide.

3       You previously discussed varies kinds of analysis that you

4  did to quantify the effect of racial preferences.

5       Did you use those to determine the same kind of effect at

6  NAPS?

7  **A.**   I did.  And I'm just going to summarize them all on one

8  slide for the issues of time and just look at the effects for

9  the Black coefficient.

10       So first we're going to do the transformational analysis.

11  We take a White applicant with a 25 percent chance of

12  admission.  In the early period if they were treated as Black,

13  that would be a 78.8 percent chance of admission.  In a later

14  period, it translated to a 93 percent chance of admission.

15       We could do the same thing and calculate the average

16  marginal effects.  And there you can see that the average

17  marginal effect for Black is 24.1 percent in the earlier period

18  and 52.3 percent in the later period.

19       For the admitted minority analysis, the admit rates

20  without racial preferences for previous Black admits would be

21  23.6 percent in the earlier period and 24.5 percent in the

22  later period.

23       And then the final thing, of course, if you turn off the

24  racial preferences at NAPS, that's going to make it easier for

25  everybody to get in.  That's what the capacity constraints

1 analysis does.  And here you can see that we end up with 61

2 less Black admits in the early period, 67 less Black admits in

3 the later period, for a total of 128 less Black admits.

4     For White applicants -- White admits, they're going to go

5 up by 183 in total.

6 Q.  Are you aware that Dr. Gurrea criticizes a number of

7 aspects of your analysis?

8 A.  I am.

9 Q.  Let's go through them.

10     Are you aware that Dr. Gurrea criticizes you for using a

11 logit model to model Naval Academy admissions?

12 A.  I am.

13 Q.  Is this criticism based on the notion that admissions

14 decisions are interdependent at the Academy because they make

15 decisions in a complex process on a rolling basis over time?

16 A.  Yes.

17 Q.  And does this criticism rest on Dr. Gurrea's reading of a

18 particular textbook?

19 A.  It does.

20 Q.  Are you familiar with the book "Discrete Choice Methods

21 with Simulation" by Kenneth Train?

22 A.  I am.

23 Q.  Okay.

24     Mr. Pusterla, can you put up Number 23.

25     Do you recognize the three block quotes here?

1  A.   I do.

2  Q.   Are they all from this textbook by Kenneth Train?

3  A.   They are.  And the first two sort of -- are really preview

4  quotes because they're forecasting what Ken Train is going to

5  talk about later.

6       So, really, the meat of the argument comes from the one --

7  the last one.  And that criticism is, you know, that the

8  assumption of independent errors over time is severe.

9       "Usually one would expect there to be some factors that

10 are not observed by the researcher that affects each of the

11 decision-maker's choices.  In particular, if there are dynamics

12 in the observed factors, then the researcher might expect there

13 to be dynamics in the unobserved factors as well."

14      That's the quote from Train's book.

15 Q.   And let me ask you, how is it that you're familiar with

16 Professor Ken Train's book?

17 A.   I use it in my class, the dynamic discrete choice class.

18 And, actually, the first few chapters of which these quotes are

19 included is day one of that class.

20 Q.   So I take it you're familiar with this point?

21 A.   I am.

22 Q.   What is the point that Professor Train is making in that

23 passage?

24 A.   Well, the issue is this quote is taken out of context.

25 The issue that Ken Train is writing about is one where you see

1   the same person making decisions over time and the decisions

2   today enter into the model and affect the next decision.

3       So as an example, you might look at somebody's alcohol

4   consumption and say, well, did they consume alcohol today?  You

5   might be interested in is that partly because they consumed

6   alcohol yesterday?  But we need to know whether that's because

7   they actually consumed alcohol yesterday or the errors, the

8   unobservables are correlated over time.

9       If they're correlated over time and you treat them as

10  independent, you're going to have a problem because you're

11  going to think that it had to do with this lagged dependent

12  variable, the consumption of alcohol in the previous period,

13  when it was really an unobserved preference.

14      But in my models I don't have a lagged dependent variable;

15  so there's not an issue here.

16  Q.   And so you said that this quote here is taken out of

17  context.  Is there a context in that same chapter that explains

18  your point about the lagged dependent variable?

19  A.   Exactly.  And the paragraph right before the one in Ken

20  Train's book makes it very clear that it's about lagged

21  dependent variables.

22  Q.   And you said you cover this on the first day of class?

23  A.   Yes.

24  Q.   Have you estimated logit models of admissions processes

25  previously?

1    **A.**    I have.

2    **Q.**    And do you know others that have done that?

3    **A.**    Yes.  David Carr did in the *Harvard* case, in addition to

4    many other researchers.

5    **Q.**    So in your view, is a logit model up to the task of

6    modeling Naval Academy's admissions process?

7    **A.**    It is.

8    **Q.**    Let's go to the next one.

9         Are you aware that Dr. Gurrea criticizes your sample

10   selection criteria?

11   **A.**    I am.

12   **Q.**    And what does he say there?

13   **A.**    Well, the big criticism comes from my decision to include

14   fleet applicants.  There's a variable in the data that allows

15   you to take those out.  And so we can see whether that actually

16   affects the results.

17   **Q.**    What is Dr. Gurrea's rationale for excluding the fleet

18   applicants?

19   **A.**    Well, that is that they're treated differently in the

20   admissions process than other applicants just from recruiting

21   standpoints and such.

22   **Q.**    What is your response to this criticism?

23   **A.**    I believe my model captures those applicants well.  I've

24   got a series of controls for your different backgrounds and

25   such.  But we could actually see whether it makes any

1  difference by taking those guys out of the model and seeing

2  what happens to the coefficients.

3  Q.   So what does that slide illustrate?

4  A.   So in the first column, it's estimating on my preferred

5  sample, what I actually did in my rebuttal report, the PSA

6  preferred model.  Those are the coefficients we already talked

7  about.

8       In the second column, I now do what Dr. Gurrea asked for

9  by taking out those fleet applicants.  So you can see the

10 sample size changes just a bit.

11      And then what you can see is that, actually, the

12 coefficients on race all increase.  So, actually, my estimates

13 in my preferred model were conservative relative to one where

14 we took out fleet applicants.  But the amount they move is not

15 very much.

16 Q.   Let's go to the next slide.

17      What does this table display?

18 A.   So we've added the coefficients.  Now we're going to do

19 the average marginal effects.  We're going to do it for the

20 data that I used in my preferred model and then taking my

21 preferred model and applying it with the additional restriction

22 of using Gurrea's sample.

23 Q.   And what does that show?

24 A.   The average marginal effects are larger in the Gurrea

25 sample than they are in -- when I just estimated it on my

 1  initial sample.

 2  **Q.**   So is Dr. Gurrea's criticism of your sample selection a

 3  valid criticism?

 4  **A.**   I don't think it makes that big of a difference, and it's

 5  clear that incorporating it actually leads to higher estimates

 6  of racial preferences.

 7  **Q.**   Let's go on to the third one.  Omitted variable bias.

 8       Are you aware that Dr. Gurrea contends that your model

 9  suffers from omitted variable bias because it fails to account

10  for the impact of a candidate belonging to an underrepresented

11  district?

12  **A.**   I am.

13  **Q.**   What is your response?

14  **A.**   So I don't have a control for underrepresented district in

15  the data, but I capture those things well through having

16  characteristics of the district that they're applying from.

17       So we're going to say, how many people were dominated on

18  that slate in that particular year?  If it's an

19  underrepresented district, you would expect them to have fewer

20  nominees or at least fewer qualified nominees.  And, similarly,

21  if it's an underrepresented district, they need to get people

22  that have a WPM score that's sufficiently high.  The average

23  WPM score on those slates, all that stuff is in my model.

24  **Q.**   Are you aware that Dr. Gurrea criticizes your model for

25  not including the components of the RAB as well as variables

1  for hardship, adversity, and life experiences?

2  A.    I am.

3  Q.    What is your response, starting with the RAB?

4  A.    Well, first of all, you know, these are my logit estimates

5  here.  And I did estimate models with RAB, and it had virtually

6  no impact on those racial coefficients.  This is treating the

7  effects of all RABs the same.  But, nonetheless, all those are

8  in here.

9  Q.    Did you further analyze this issue?

10  A.    I did.

11  Q.    Can we go to Number 55.

12        And what does this table show?

13  A.    So this basically adds some columns to the ones we were

14  already discussing.  So the first column is my preferred

15  estimates.  You've already seen those a few times now.

16        Now we do the preferred -- my preferred model but with the

17  Gurrea sample.  We've just showed that.  They went up.  Now I'm

18  going to add those variables you wanted me to include -- the

19  hardship, the adversity, and the life experience variables in

20  Column 3.

21        And what you can see is the adversity measure and life

22  experience measure actually don't have any effect.  You do see

23  an effect for hardship funding, but it doesn't affect the

24  racial coefficients except, I think, in the third decimal

25  place.

1  Q.   Which is to say not much?

2  A.   Exactly.

3  Q.   And then what about when you add in the RAB points?

4  A.   You add in the RAB points.  Now, it really depends on

5  which racial coefficient we're talking about.  The one for

6  Black increases; the ones for Hispanic and Asian slightly

7  decrease.

8  Q.   So if you followed Dr. Gurrea's advice, it would show

9  larger racial preferences?

10 A.   It would be a mix.  For Black applicants, yes, and for

11 Hispanic and Asians, slightly lower, but basically unchanged.

12 Q.   Is Dr. Gurrea's claim of omitted variable bias in your

13 models valid?

14 A.   I don't believe so.

15 Q.   Are you aware that Dr. Gurrea claims that your

16 categorization of race and ethnicity is arbitrary?

17 A.   I am.

18 Q.   How does he categorize race?

19 A.   So what Dr. Gurrea is going to do is keep ethnicity

20 separate from race.  So that means you could be Hispanic and

21 Black and we're going to count you as both Hispanic and Black.

22 So it would be variables for ethnicity and variables for race.

23      And then if you're Black and Asian American, you're not

24 going to be counted as Black or Asian American; you'll be

25 counted as multiracial.  Or Black and White, you'll be counted

 1  as multiracial.

 2        That's just a different way of categorizing it.  And then

 3  we could see what difference it makes.

 4  Q.   What did you just put on this slide?

 5  A.   So what I'm showing here is taking my preferred model, my

 6  sample in the first set of rows -- first panel, but now

 7  changing how I categorize race.  So I'm using his racial

 8  categorization.

 9        You know, you can see that the titles are different.  So

10  before, I had Black, Asian American, and Hispanic; here we have

11  Black, Asian American, and multiracial.

12        And then you can see what would happen to those average

13  marginal effects of race.  And, yes, it's smaller for Black,

14  but it's nonetheless very large at almost 19 percentage points.

15  If you're really turning on both preferences for race and

16  ethnicity, you turn off Hispanic and Black, that would raise

17  the Black thing to 19.6 percent because you can be Black and

18  Hispanic.

19        The second panel says, okay, let's throw out the fleet.

20  What do you get?  You get even bigger effects.

21  Q.   Did you analyze the admit rates that you would get across

22  these racial categorizations?

23  A.   I did, yes.

24        And so the question is what way is the better way to

25  categorize on the basis of race?  At face value, what

 1  Dr. Gurrea proposes is completely reasonable, just a different

 2  way of categorizing things.

 3       But how does it actually match up with what's revealed by

 4  USNA admissions decisions?  That's what this table shows.

 5       Where things are going to be different is for these

 6  multiracial group.  So if we think about a multiracial Black

 7  applicants, what is their admit rate?  Well, their actual admit

 8  rate is -- well, yeah, we can use the Gurrea sample.  So that

 9  would be the 48.7 percent for multiracial Blacks.

10       My model predicts an admit rate for that group of

11  45.4 percent.  So we're pretty close.  So that's just one

12  column over.

13       But Dr. Gurrea's categorization really misses on the group

14  that matters for this racial categorization.  The admit rate

15  predicted right there is 30.6 percent.  And it's missing the

16  fact that, if you're multiracial and Black, you're going to get

17  the Black bump.  You're going to get the big preference, not

18  the smaller preference.

19       So you can see throughout, my model does a better job of

20  predicting the admit rates for these mixed categories.  And so

21  that's why I prefer my racial categorization.

22       You can look over all and say, well, how well does my

23  model fit versus Dr. Gurrea's?  And he acknowledges that my

24  model fits better, but he says it's just a little bit better.

25       Well, the reason it only fits "a little bit better" is

1  because that model fit is measured on all the applicants, or at

2  least all the non-blue-chip athlete, nonprep, all the

3  applicants.  And our racial categorizations overlap for the

4  vast majority of applicants.

5  **Q.**    Let's go on to the next one.

6      Dr. Gurrea criticizes your view on the selection of

7  observables versus unobservables, correct?

8  **A.**    Correct.

9  **Q.**    You mentioned that before about how observables behave

10  versus unobserveables.

11      What is the nature of Professor Gurrea's criticism?

12  **A.**    So what you're always worried about is what is left in the

13  unobservable?  And you could see that with my models.  It has

14  added controls.  The coefficients on race were changing.  If

15  I've left out some variable that happens to be related more to

16  Blacks than to other applicants, then maybe I'm overestimating

17  racial preferences.

18      But what you'll notice is that, across the board when

19  you're looking for Black applicants, the coefficients on races

20  is going up.  So as you're adding more and more observables,

21  White applicants are actually stronger on the observables.  And

22  you can see that generally for the other races as well, with

23  the exception of when you put in the RAB, which I think has a

24  hint of racial preferences in it, but the general pattern

25  holds.

1  Q.   Go the Slide 58.

2       What do you display in this slide?

3  A.   Well, this sort of shows the strength of the different

4  groups on those observables.  So I take those admissions index,

5  take out the racial part, and say, okay, the weights that are

6  revealed in my logit model, you know, how much they value each

7  component of the WPM, how much they value the CFA score, we can

8  combine those all to say this is an index that relates to

9  admissions weighting appropriately.

10      And then I'm going to split that up into 10 deciles again,

11 with Decile 10 being the top 10 percent according to that.  And

12 what you can see is, as you go down, Whites start off with a

13 bigger share at the top, and then it goes smaller as you go

14 down.

15      For Black applicants, you see generally it's going up as

16 you move down.  So there's only 1.5 percent of Black applicants

17 in that top decile and 30.7 percent in the bottom decile.

18      So there's a whole literature relating this concept of

19 selection on observables versus unobserveables.  And so what

20 people -- I'm making the assumption that the unobserved

21 variable that I have left is independent of race.

22      There's a debate in the economics literature about how

23 much you should correct for that.  And the way you correct for

24 it is either you do what I've done, which would say it's

25 uncorrelated, or you say you know what?  Those guys that are

1  stronger on the observed measure, they're probably stronger on

2  the unobserved measures.  And that means I'd be underestimating

3  my racial preferences with what I've been showing you.

4       That's what this literature is about.  And the paper that

5  Dr. Gurrea and I both cite is actually written by one of my

6  coauthors on this.

7  Q.   Do you consider Dr. Gurrea's criticism of your view of

8  observables and unobserveables to be a valid criticism?

9  A.   I don't.  And this also shows up in my peer-reviewed work

10 as well.  It's right in the abstract of my paper on Asian

11 American discrimination.

12 Q.   Let's go to the last one.

13      Are you aware that Dr. Gurrea claims that a model with no

14 controls for race has little effect on model accuracy and thus

15 suggests that race is not having much of an effect at all?

16 A.   I am.

17 Q.   First of all, what does he mean by "a model with no race

18 controls"?

19 A.   So that's where you estimate the logit model but don't

20 include race.  And what that's going to mean is the model still

21 has to try to explain these racial admissions decisions.  So

22 it's going to change the weights on those coefficients to try

23 to do so.

24 Q.   So what is your response to Dr. Gurrea?

25 A.   Well, the issue here is -- corresponds to what I was

1   talking about before in that we've got the whole pool.  It's

2   not going to affect the accuracy as much for White applicants

3   in that regard.

4        It's sort of like if you had a basketball team.  You could

5   have preferences for a basketball team that are enormous,

6   right?  And if you turned off those preferences for the

7   basketball team and asked how well the model predicted for the

8   whole class, you would find very little difference in the

9   accuracy.  No surprise.

10  Q.  Because it's such a small set?

11  A.  Because it's such a small set.

12       But if you actually look at the group that's affected by

13  this, which would be the minorities, and you'll see that you're

14  going to be way off in terms of your accuracy for them.

15  Q.  Let's look at the next slide.

16       What does this display?

17  A.  We need to go one more.

18  Q.  Sorry.

19  A.  One more.

20       So this is looking for my sample versus Gurrea's sample.

21  So it's going to be based on my preferred model.  Going on my

22  preferred model, the actual admit rate for Black applicants is

23  37.3 percent.  If you estimated that model without controls for

24  race, got those coefficients, and said, okay, well, what would

25  the model say your admit rate would be, it would be a little

 1  over 15 percent.

 2       So it wildly misses the actual admit rate.  That -- saying

 3  that the accuracy is not very much affected by not controlling

 4  for race is not true when you look at the beneficiaries of

 5  racial preferences.  There, you can see it makes a huge

 6  difference.

 7  **Q.**   In other words, it poorly predicts for the people he's

 8  talking about?

 9          **MR. GARDNER:**  Objection, Your Honor.  Leading.  I've

10  been very generous.

11          **THE COURT:**  Yeah, it is leading, but it's fine.  It's

12  fine.

13       Just don't testify, Mr. McCarthy.  Let the witness.

14          **MR. MCCARTHY:**  I won't do it.  Thank you.

15  **BY MR. MCCARTHY:**

16  **Q.**   Is Dr. Gurrea's model with no controls for race a valid

17  way to illustrate the effects of race?

18  **A.**   No.  You need to be controlling for race in order to find

19  that out because they're going to be weighting those

20  characteristics when you take the race out.

21          **MR. MCCARTHY:**  No further questions.

22          **THE COURT:**  Thank you, Mr. McCarthy.

23       We have -- Mr. Carmichael?  I'm sorry.  Who is to your

24  right there?  I'm sorry.

25          **MR. GARDNER:**  It's me, Your Honor.

```
 1            THE COURT:  Okay.  I wasn't sure.  You're
 2   cross-examining?
 3            MR. GARDNER:  Yes, Your Honor.
 4            THE COURT:  All right.  We can just get started.  We
 5   have another 25 minutes.  We'll get started.  Thank you,
 6   Mr. Gardner.
 7        I'm sorry, Mr. Carmichael.  I didn't mean to scare you.
 8            MR. GARDNER:  Can I have two minutes to set up.
 9        (Laughter.)
10            THE COURT:  We're laughing here.  That's a law school
11   exercise.  You ask someone -- you give him two minutes' notice
12   and say, "Here, you take the other notes," and you go.  It's
13   a -- you know.
14                         CROSS-EXAMINATION
15   BY MR. GARDNER:
16   Q.   Good afternoon.
17   A.   Good afternoon.
18   Q.   Nothing I want more to do than talk about economics at
19   4:30 on a Wednesday, but I do appreciate your time, and it is
20   nice to see you again.
21        You've been retained by Students for Fair Admissions in
22   this case, correct?
23   A.   Correct.
24   Q.   You understand that Students for Fair Admissions'
25   described mission is to end the use of race in college
```

1  admissions, correct?

2  A.    I suppose that could be correct, yes.

3  Q.    This is not the first case, obviously, where you've been

4  retained by Students for Fair Admissions, correct?

5  A.    Correct.

6  Q.    You were retained by Students for Fair Admissions in the

7  *Harvard* case?

8  A.    Correct.

9  Q.    You were retained by Students for Fair Admissions in the

10  *University of North Carolina* case?

11  A.    Correct.

12  Q.    And both of those cases involved college admissions'

13  consideration of race, correct?

14  A.    Correct.

15  Q.    Now, in the *Harvard* case you contended, and SFFA

16  contended, that Harvard considered race improperly, correct?

17  A.    I don't think I contended they considered race improperly;

18  I think I just estimated how much race mattered to their

19  admissions process.

20  Q.    You recall that you testified in the *Harvard* case,

21  correct?

22  A.    Yes.

23  Q.    And you took the same oath that you took here, right?

24  A.    Yes.

25  Q.    And you swore to tell the truth there, right?

1  **A.**    Yes.

2  **Q.**    And you did tell the truth there, right?

3  **A.**    Yes.

4  **Q.**    I wanted to show you your deposition in that case.

5         Now, Professor, what I've handed you is a binder full of

6  transcripts because you've testified many times.  And what I'd

7  like to do is draw your attention to the second transcript.  It

8  is *Harvard* transcript day nine.  It's the second transcript in

9  your binder.  We'll put it up on the screen.

10 **A.**    I think it's the third transcript, right?

11 **Q.**    What's that?

12 **A.**    Isn't it the third one?

13 **Q.**    It should be the second one.  It should be day two.

14 **A.**    So I've got it listed.  1 is deposition transcript; 2, *UNC*

15 trial transcript; 3, *Harvard* transcript day nine.

16 **Q.**    Hold on.  My order is somehow different.

17        Now, I want to turn your attention to page 160.

18        And, Errol, are we getting that up on the screen.

19        Now, are you on page 160, sir?

20 **A.**    Yes.

21 **Q.**    And you were asked the following question beginning at

22 line 16:

23        "**Q.**    Now, to be clear, in this case, as you told us, you

24        contend, and SFFA contends, that Harvard considers race

25        improperly, correct?

1    **"A.   Correct."**

2    **A.**    Yeah, I must have said that.

3    **Q.**    And in the *UNC* case, the North Carolina case, you

4    contended, and Students for Fair Admissions contended, that the

5    University of North Carolina considered race improperly,

6    correct?

7    **A.**    It looks like that's what I said here.

8    **Q.**    And you were telling the truth then, right?

9    **A.**    Yeah, I mean, I think --

10   **Q.**    All right.

11   **A.**    I'm telling the truth to the best of my ability.

12   **Q.**    To the best of your ability?

13   **A.**    Yes.  I mean --

14   **Q.**    Okay.  We'll move on.

15        So in *Harvard*, the *University of North Carolina*, and this

16   case, you prepared statistical models, correct?

17   **A.**    Correct.

18   **Q.**    And in *Harvard*, *UNC*, and this case, you provided opinions

19   to support your basic conclusions, correct?

20   **A.**    That's correct.

21   **Q.**    Your opinions in the *University of North Carolina* case and

22   the *Harvard* case were not ultimately accepted by the trial

23   court in both of those cases, correct?

24   **A.**    That's correct.

25   **Q.**    Now, you've received funding from something called the

1  Searle Freedom Trust, correct?

2  **A.**    Correct.

3  **Q.**    The Searle Freedom Trust funded some of the affirmative

4  action work you've done throughout your career, correct?

5  **A.**    It funded two papers, yes.

6  **Q.**    You've received somewhere in the neighborhood of $50,000

7  from the Searle Freedom Trust, correct?

8  **A.**    That's correct.

9  **Q.**    You know that the Searle Freedom Trust --

10           **THE COURT:**    What is the first name you're saying?  I'm

11  sorry.

12           **MR. GARDNER:**    It's Searle, S-E-A-R-L-E.

13           **THE COURT:**    Thank you.

14  **BY MR. GARDNER:**

15  **Q.**    Professor, you know that the Searle Freedom Trust is

16  actually a funder of Students for Fair Admissions, correct?

17  **A.**    That sounds right.

18  **Q.**    That is right, correct?

19  **A.**    Okay.

20  **Q.**    Yes?

21  **A.**    I'm trying to recall, but --

22  **Q.**    I can try to refresh your recollection, then.  Look at the

23  same transcript.

24  **A.**    Okay.

25  **Q.**    I would like you to look at page 160.

1  A.    I'm already there.

2  Q.    There you are.

3        And if you look at line 7:

4        "Q.  You know that the Searle Freedom Trust is actually a

5        funder of Students for Fair Admissions, don't you?

6        "A.  I've learned that."

7  A.    Okay.  Yes.

8  Q.    So you understand that Searle Freedom Trust is also a

9  funder of the plaintiff in this case, correct?

10  A.    Correct.

11  Q.    Now, prior to this lawsuit, you had never studied the

12  admissions practices of service academies, correct?

13  A.    Correct.

14  Q.    And other than a passing knowledge of how the admissions

15  process works because of one of your son's classmates, you had

16  no familiarity with the admissions process at the service

17  academies before this lawsuit, correct?

18  A.    That's correct.

19  Q.    Now, in reaching your opinions in this case, you didn't

20  talk to anyone working at the Naval Academy's admissions

21  office, correct?

22  A.    Correct.

23  Q.    And in reaching your opinions in this case, you haven't

24  spoken to any current or former Naval Academy applicants,

25  correct?

1  A.    Oh, correct.

2  Q.    In reaching your opinions in this case, you have not

3  spoken to any current or former members of Students for Fair

4  Admissions, the plaintiff, correct?

5  A.    Correct.

6  Q.    Now, you can't name any student members of Students for

7  Fair Admissions, correct?

8  A.    Correct.

9  Q.    And you can't name any member of Students for Fair

10 Admissions who applied to the Naval Academy and wasn't

11 accepted, correct?

12 A.    Correct.

13 Q.    Now, you're aware that in this case Students for Fair

14 Admissions claims that the Naval Academy intentionally

15 discriminates in its admissions process, correct?

16 A.    Correct.

17 Q.    In offering opinions about the outcomes of admissions

18 decisions, you're not offering any opinions about the

19 motivations of the Naval Academy in making those admissions

20 decisions, correct?

21 A.    Correct.

22 Q.    Your model doesn't provide any information about intent

23 one way or the other?

24 A.    Correct.

25 Q.    Your opinions are agnostic as to intent, correct?

1  A.   Correct.

2  Q.   You're looking at outcomes?

3  A.   Correct.

4  Q.   You're not offering any opinion in this case that the

5  Naval Academy engages in racial balancing, correct?

6  A.   Correct.

7  Q.   And you're not offering any opinion about the military's

8  interest in having a racially diverse officer corps, correct?

9  A.   Correct.

10  Q.   With respect to the Naval Academy's admissions process,

11  you're not offering any opinion about how the Naval Academy

12  should evaluate the quality of applicants for admission,

13  correct?

14  A.   Correct.

15  Q.   And you're not second-guessing the Naval Academy's

16  judgment that it's admitting qualified students, correct?

17  A.   Correct.

18  Q.   Now, if we could turn to slide -- I guess it's 3.2, which

19  describes your methodology.

20       Errol, if we could pull that up.

21          THE CLERK:  Counsel, which exhibit number is this?

22          MR. GARDNER:  So it's his demonstratives.  I was

23  calling it PD3.2.

24          THE COURT:  It was exhibit number --

25          THE CLERK:  PD3, Your Honor.

1          **MR. GARDNER:**  PD3.2.

2    **BY MR. GARDNER:**

3    **Q.**   And this is the slide that describes, essentially, your

4    methodology, correct?

5    **A.**   Correct.  I prefaced with a step zero, yes.

6    **Q.**   And that's exactly what I was going to get at.

7          So as you mentioned, your step zero in your model is to

8    understand the admissions process, correct?

9    **A.**   Correct.

10   **Q.**   And then the next step is, as you say here, to create the

11   dataset for analysis, right?

12   **A.**   Correct.

13   **Q.**   And then the third step is a descriptive analysis to look

14   for basic patterns in the data, correct?

15   **A.**   Correct.

16   **Q.**   And then you have a statistical analysis, which is your

17   regression analysis, right?

18   **A.**   Correct.

19   **Q.**   And then you actually examined auxiliary evidence as well,

20   correct?

21   **A.**   Correct.

22   **Q.**   All right.  And in terms of your regression analysis, as

23   you mentioned earlier, you're using a logit model, correct?

24   **A.**   For admissions, yes, correct.

25   **Q.**   For admissions.  And if we look at PD3.22, this is where

1  you describe your logit model, correct?

2  A.   Correct.

3  Q.   Now, your goal in developing a logit model in this case

4  was to model the Naval Academy's actual admissions process as

5  best you could, correct?

6  A.   Correct.  To approximate that process as best I can.

7  Q.   That's right.  Your model was designed to approximate the

8  Naval Academy's admissions process as closely as possible,

9  correct?

10 A.   So -- yes, a qualified yes.

11      So, you know, I can just give an example where you don't

12 want to put in factors that are -- direct a function of

13 preferences.  And that was a big debate in the *Harvard* case,

14 was the personal rating, for example.  Personal rating clearly

15 matters for Harvard's admissions, but it's inappropriate to

16 control for it.

17 Q.   Now, again, you and I met about a month ago, right?

18 A.   Right.

19 Q.   You were deposed in this case.  You swore to tell the

20 truth, and you did tell the truth, correct?

21 A.   To the best of my ability, yes.

22 Q.   To the best of your ability.

23      Let's take a look at your deposition in this case, which

24 I'm hopeful is Tab Number 1 in that binder right now.

25      And now I'd like to draw your attention to page 137 of

1    your deposition transcript in this case.

2        And beginning at line 6, I asked you the following

3    question:

4        "Q.  Putting aside the nomination channel, was your goal

5        with your logit model to model the Naval Academy's actual

6        admissions process as closely as possible?

7        "A.  My model is designed to approximate Navy's admissions

8        process as closely as possible."

9        Now, the weights that your model is assigning are what you

10   call the coefficient, correct?

11   A.   Correct.

12   Q.   And when you refer to a Black preference, that means the

13   coefficient for Blacks would be positive, correct?

14   A.   Correct.

15   Q.   And when your model's race coefficient is positive, it's

16   just telling you that the Naval Academy values that

17   characteristic, correct?

18   A.   Correct.

19   Q.   And when the race coefficient is positive, it's not

20   telling you anything about the reasons why the Academy is

21   making particular admissions decisions other than that it

22   values that characteristic, correct?

23   A.   Correct.

24   Q.   And you agree that it is possible that a model's accuracy

25   in predicting an outcome does not indicate that that model

1  accurately measures the coefficient, correct?

2  A.   That's always possible, correct.

3  Q.   Given that step zero in your analysis is to understand the

4  admissions process from the Naval Academy, I want to ask you a

5  few questions about that process.

6       Now, first off, you agree the Naval Academy is a highly

7  selectively school, correct?

8  A.   Correct.

9  Q.   I think you heard Mr. Mortara say that during the opening.

10      Now, you agree that the Naval Academy's admissions process

11 has different goals than a civilian university, correct?

12 A.   Correct.

13 Q.   Let's take a look at the dean of admissions supplemental

14 guidance for 2028.  And that's Plaintiff's Exhibit 27.

15      Now, Professor, this is a document that you considered and

16 relied upon in this case, correct?

17 A.   Correct.

18 Q.   And I'd like to look at Section 1.A1.  And on this page,

19 it indicates that the Naval Academy's admissions board, their

20 function is to identify 1,170 candidates who are mentally and

21 physically able to participate in rigorous academic,

22 professional, and physical training programs, correct?

23 A.   Correct.

24 Q.   And you agree that the physical training part is a goal

25 that's unique to the service academies, correct?

 1  A.    Correct.

 2  Q.    Now, if we look at the next goal, it says, "The next

 3  function of the admissions board is to identify candidates who

 4  show high interest in serving their country as professional

 5  officers in the naval service," correct?

 6  A.    Correct.

 7  Q.    And you agree that's not the goal of a civilian college or

 8  university's admissions process, correct?

 9  A.    Correct.

10  Q.    That's a goal that's unique to the service academies?

11  A.    Correct.

12  Q.    Now, the third goal of the admissions board is to identify

13  candidates who are likely, as a group, to choose fields of

14  study that reflect the needs of the naval service, correct?

15  A.    Correct.

16  Q.    That's a goal that's unique to military institutions like

17  the Naval Academy, correct?

18  A.    Correct.

19  Q.    And the next goal of the admissions board is to identify

20  candidates who show high potential for leadership, correct?

21  A.    Correct.

22  Q.    Now, you think that some universities like Harvard put a

23  premium on this goal as well, correct?

24  A.    Correct.

25  Q.    But you agree that leadership potential is an important

1  factor that the Naval Academy admissions board considers,

2  correct?

3  A.    Correct.

4  Q.    Now, another goal of the Naval Academy's admissions board

5  is to identify candidates who appear likely to complete the

6  four-year course and to remain in service beyond the period of

7  obligated service after commissions, correct?

8  A.    Correct.

9  Q.    And that's another goal that's unique to the service

10 academies, correct?

11 A.    Correct.

12 Q.    And the next goal of the admissions board is to identify

13 candidates who are of excellent moral character and

14 enthusiastically support the Naval service core values,

15 correct?

16 A.    Correct.

17 Q.    That's a goal that is certainly unique to the Naval

18 Academy, right?

19 A.    Correct.

20 Q.    You agree that the Naval Academy employs a holistic

21 admissions process.  I think you said that on direct, correct?

22 A.    Correct.

23 Q.    In other words, the Naval Academy is looking at all

24 aspects of a candidate as reflected in that candidate's

25 admissions package?

```
 1  A.   Yes.  Correct.
 2  Q.   And it's fair to say that you're somewhat skeptical of
 3  holistic admissions processes, correct?
 4  A.   I am.
 5  Q.   You refer to holistic admissions processes as murky and
 6  nontransparent, correct?
 7  A.   I believe that that's the case, or something very close to
 8  that.
 9  Q.   And you believe the Naval Academy's admissions process is
10  both murky and nontransparent, correct?
11  A.   It purports to be transparent; but then when you look at
12  the details of how it actually plays out, it becomes much
13  murkier.
14  Q.   So you believe the Naval Academy's admissions processes is
15  murky and nontransparent, correct?
16  A.   There's a difference between what they say versus how it
17  actually works.
18  Q.   So you agree with me, then, that your view is that the
19  Naval Academy's admissions processes is murky and
20  nontransparent, correct?
21  A.   Correct.
22  Q.   All right.  In fact, you believe that the Naval Academy is
23  not being forthcoming about the extent to which it uses race in
24  its admissions process, correct?
25  A.   I do.
```

 1  Q.    And you agree that the process for applying to the Naval

 2  Academy is different from a typical university in that the

 3  applicant must be nominated for an admission, correct?

 4  A.    Correct.

 5  Q.    In other words, a nomination is a necessary condition to

 6  be admitted to the Naval Academy, right?

 7  A.    Correct.

 8  Q.    And the more nominating sources a candidate has, the more

 9  it increases the optionality of an applicant to be admitted to

10  the Naval Academy, correct?

11  A.    All else equal, yes.  Correct.

12  Q.    You agree that the Naval Academy has no direct control

13  over who provides congressional nominations, correct?

14  A.    No direct control, correct.

15  Q.    And you're aware that congressional nominations make up

16  80 percent of all nominations, correct?

17  A.    I'd have to look that number up, but --

18  Q.    You have no reason to disagree with that, correct?

19  A.    I don't have a reason to disagree with it.

20  Q.    Now, while you acknowledge that the Naval Academy may be

21  able to request that a certain congressperson provide

22  nominations, you agree that, at the end of the day, it's up to

23  that congressional office to provide nominations, correct?

24  A.    Correct.

25  Q.    And you agree it's also up to the congressional office to

1    decide which nominating method to use, correct?

2    A.    Correct.

3    Q.    And outside of that encouragement from the Naval Academy,

4    the congressional nominations are a key factor of the

5    admissions process that is outside the control of the Naval

6    Academy, correct?

7    A.    Correct.

8    Q.    Now, in terms of your statistical modeling in this case,

9    the fact that the Naval Academy uses a nominations process

10   changes the factors that applicants are competing on, correct?

11   A.    So I view it in the same way I would view dockets at

12   Harvard.  You're on a slate competing against particular

13   people.

14   Q.    So, for example -- maybe an example would be helpful.

15       If an applicant is ranked as a principal, that's going to

16   take things out of the Naval Academy's control to some degree

17   in terms of selecting that applicant for admissions, correct?

18   A.    Oh, correct.

19   Q.    Absolutely.  And if the applicant is on a weaker slate but

20   is still qualified, then that candidate has a higher chance of

21   getting in than if that applicant were on a stronger slate,

22   correct?

23   A.    Correct.

24   Q.    Now, two other big differences between the Naval Academy's

25   admissions process and a civilian university is the physical

1  fitness and character requirements, correct?

2  A.    Physical fitness and medical exam.

3  Q.    The medical exam and the character assessment, correct?

4  A.    Yeah.  The character assessment operates through another

5  channel there, yeah.

6  Q.    Right.  And another difference in the Naval Academy's

7  admissions process is that there are different channels of

8  admission, qualified alternates and additional appointees that

9  you were discussing on direct, correct?

10  A.    Correct.

11  Q.    You agree that the Naval Academy has a relatively high

12  lack of completion rate for applications, correct?

13  A.    Correct.

14  Q.    And that's across all racial groups, right?

15  A.    Correct.

16  Q.    But it's particularly true or acute for African Americans,

17  correct?

18  A.    African Americans with a nomination.  It flips for those

19  without a nomination.

20  Q.    Right.  Now, your understanding is that congressional

21  slates are supposed to be decided primarily based on the

22  whole-person multiple, correct?

23  A.    That was my understanding from reading a lot of

24  declarations.

25  Q.    But now you have a slightly different understanding,

1  correct, because you now know that that's not true for

2  congressional slates that use the principal numbered alternate

3  method where the principal is qualified, correct?

4  A.   Well, that was always my understanding, that the

5  principal -- we're talking about competitive congressional

6  slates.  The WPM is supposed to dominate.  I don't think that

7  it does dominate.  It matters.

8  Q.   Correct.  But just to be clear, for congressional slates

9  that use the principal numbered alternate method where the

10  principal is qualified, then they're not making that decision

11  based on the whole-person multiple, correct?

12  A.   That's correct.

13  Q.   In those circumstances where the congressperson uses the

14  principal competitive alternate method and the candidate is

15  deemed qualified and accepts a nomination, you agree the

16  whole-person multiple is not considered for that candidate

17  either, correct?

18  A.   That's correct.

19  Q.   And you understand that approximately 35 percent of

20  congresspeople use either the principal numbered alternate or

21  principal competitive alternate method, correct?

22  A.   Yes.

23       MR. GARDNER:  Your Honor, I'm about to change topics.

24  It's 4:56.

25       THE COURT:  All right.  This is a good point to stop.

1    Thank you, Mr. Gardner.

2         Professor Arcidiacono -- did I pronounce your name

3    correctly?

4              **THE WITNESS:**  Close enough.

5              **THE COURT:**  How do you pronounce your last name?

6              **THE WITNESS:**  Arcidiacono.

7              **THE COURT:**  I'm sorry.

8              **THE WITNESS:**  Arcidiacono.

9              **THE COURT:**  Arcidiacono.  I'm sorry.

10        You should not discuss your testimony with anyone until

11   you come back to the witness stand tomorrow.

12        And we'll start promptly again at 10:00 tomorrow.  And

13   there is a *pro hac vice* admission Mr. Mortara made on your

14   legal team, which is perfectly fine.  We've started the

15   process.  I think -- I forget who it is.  But we've gotten a

16   *pro hac vice* petition.  That's fine, and we processed it during

17   the break.

18             **MR. MORTARA:**  Thank you, Your Honor.  We very much

19   appreciate it.

20             **THE COURT:**  No problem.

21             **MR. GARDNER:**  Your Honor, I do have one housekeeping

22   matter to raise, but --

23             **THE COURT:**  Sure.

24        Professor, why don't you leave.  You can go.  That's fine.

25   We'll see you tomorrow at 10:00.  Thank you very much.  I'm

```
 1   sorry I butchered your name.  I apologize.

 2         MR. GARDNER:  I've been apologizing too.

 3         THE COURT:  That's quite all right.

 4     Yes, Mr. Gardner?

 5         MR. GARDNER:  So, Your Honor, I could use a little bit

 6   of guidance from you because I want to make sure we're all on

 7   the same page.

 8         THE COURT:  Okay.

 9         MR. GARDNER:  Plaintiff introduced three expert

10   reports from the professor.

11         THE COURT:  Right.

12         MR. GARDNER:  They covered only two of those reports

13   during the oral examination.  The second report, Plaintiff's

14   Exhibit 222 --

15         THE COURT:  Hold on a second.  Wait a minute.  Just

16   give me a minute here.

17     Yes.  There were Exhibits 218, 222, and 518, I believe, if

18   I'm not mistaken.

19     Is that right, Mr. McCarthy?  Plaintiff's Exhibits 218,

20   2 -- or maybe it was just 22 -- I'm not sure -- and then 518

21   were the three that were introduced.

22         MR. GARDNER:  That's right.  So here's my question --

23         THE COURT:  First of all -- I'm sorry -- do I have the

24   exhibit numbers correct?  I'm looking at my notes.

25         MR. MCCARTHY:  Yes.  It's 218, 222, and 518.
```

1          **THE COURT:**  All right.  222 and 518 -- okay -- were

2   known or at least were marked, and then there were questions as

3   to -- you're saying two of the three of those?

4          **MR. GARDNER:**  Correct, Your Honor.

5          **THE COURT:**  Right.

6          **MR. GARDNER:**  So Plaintiff's Exhibit 222, which is the

7   rebuttal report, is a critique of other government experts, not

8   Dr. Gurrea, almost exclusively Dr. Lyall.

9       It does correct some of the numbers in the original expert

10  report, but here's my question for the Court:

11      I have a number of questions for the witness about his

12  critiques of Dr. Lyall.  They now seem to be in the record.

13  But if plaintiff is not going to rely upon any of those

14  statements for posttrial findings of fact, I will not ask this

15  witness any questions that he did not get into on the stand.

16      But I guess I need some clarification.

17          **THE COURT:**  Sure.

18      Mr. McCarthy, go ahead.

19          **MR. MCCARTHY:**  Thank you, Your Honor.

20      Two things.  One, I think this is just a reiteration of

21  the same issue you've already resolved before.  I think you

22  said previously that counsel could ask the experts about any

23  issue they wanted.

24          **THE COURT:**  Yeah, I think it did come up that there

25  was -- I think it came up with Mr. Robinson, if I'm not

1  mistaken, in terms of the extent to which there's information

2  in there that was not discussed and there was no topic of

3  cross-examination.  There are hearsay implications which I will

4  just ignore.  And to the extent that they're a summary of

5  witnesses there that did not testify, then they really won't be

6  considered by me in findings of fact or conclusions of law.

7  That's all.

8      So you don't need to go into matters about which he's not

9  testified.  It doesn't affect the admissibility of the document

10 because, as I've said several times -- we've been down this

11 road before -- in terms of a bench trial, in terms of trying to

12 go through each report and redact certain double-hearsay under,

13 I think, 805, it's a laborious task.  We don't need to engage

14 in it.

15         MR. GARDNER:  That's fine.  I'm trying to be efficient

16 with my time.

17         THE COURT:  Mr. Mortara, you can address the Court as

18 well on this.  I mean, I think we went down this road, and you

19 agree with my analysis that the law clearly states that, to the

20 extent that there are expert reports, you don't need the

21 same -- generally, expert reports may or may not be admissible

22 if they're not referenced.  But during a bench trial, it's a

23 much more workable model just to have the reports come in

24 and --

25     Mr. Mortara, do you have anything else you want to add on

1  before I hear Mr. Gardner?

2        **MR. MORTARA:**  Sorry, Your Honor.  We're 100 percent

3  fine if Mr. Gardner wants to cross Dr. Arcidiacono about any of

4  the opinions he didn't express.  And we will do the same thing

5  to their experts.

6        **THE COURT:**  Or if he did not express it -- here's the

7  question:  If he did not express it, then he's not going to

8  cross-examine on it and is it going to be considered by me?

9        **MR. GARDNER:**  That's exactly the question.

10       **THE COURT:**  And the answer is no.  Simple.  I mean,

11  we're getting daily copy as well as all of you.  And to that,

12  Ms. Thomas deserves a medal already.  And she's doing a great

13  job with this.

14      So my point is no.  To the extent that there's something

15  in a report and it's not discussed by the expert and there's no

16  cross by it by the opponent, I'm just not going to consider it.

17  I'll just note that it's there, but I won't consider it anyway.

18      I'm perfectly capable of dealing with that rather than us

19  taking a lot of time just seriatim.  And I don't know, but I

20  suspect my colleague in Massachusetts and North Carolina

21  probably took the same approach.  I don't know, but I would

22  assume they did.  That's really the way it's done.  And so

23  that's the way I've always done it, and that's the way I'll do

24  it as well.

25       **MR. GARDNER:**  Thank you for the guidance, Your Honor.

 1  It's very helpful.  It should make it shorter tomorrow.

 2          **THE COURT:**  That's fine.

 3          **MR. MORTARA:**  To be clear, Your Honor, we are

 4  permitted to cross-examine an expert about something that

 5  appears in their report that they do not testify about on

 6  direct?

 7          **THE COURT:**  Absolutely.  Absolutely.  If it's there,

 8  you can absolutely -- either side can absolutely bring it out,

 9  cross-examine it.  And it's fair game.  And then I will

10  certainly consider what the opinion was and what the

11  cross-examination was on it or vice versa.  That's fine.

12  That's fine.

13          **MR. MORTARA:**  Thank you.

14          **THE COURT:**  All right.

15      Okay.  With that, we're right on schedule.

16      And by the way, how are we doing in terms of scheduling

17  here?  We've got tomorrow, Friday, Monday, Tuesday, Wednesday,

18  Thursday of next week.  The only glitch is Friday morning, the

19  27th, I think it may be a problem up until, like, around 11:30,

20  quarter to 12:00 because I need to be at some of the interviews

21  of potential applicants for the magistrate judge position here

22  that's now open with the confirmation of Judge Abelson.

23      But we'll definitely go from noon until 5:00 and take

24  maybe a 2:00 or 2:15 break.  I'd urge -- we'll tell you later,

25  but I would urge everyone to have an early lunch or a late

1  breakfast or something.

2      And then, if necessary, if we drift to the following week,

3  we drift to the following week.  I want everyone to take as

4  much time as possible.

5      Are we pretty much on track from your point of view,

6  Mr. Mortara?

7          MR. MORTARA:  Mr. Gardner and I have been in great

8  communication, although sometimes energetic --

9          THE COURT:  Okay.

10          MR. MORTARA:  -- and we think we're in good shape.

11          THE COURT:  Okay.  That's fine.

12          MR. MORTARA:  There's issues with the government's

13  witnesses.  Some of them are very high-ranking; so availability

14  is an issue.  I sent Ms. Hudson an email and then a corrected

15  email regarding the witness order.  We think we are all okay

16  through Friday.

17          THE COURT:  Okay.  That's fine.  Next Friday, you're

18  saying?  Next Friday?

19          MR. MORTARA:  No, we're okay through this Friday.

20          THE COURT:  This Friday, and we'll figure out next

21  week.  Okay.

22          MR. MORTARA:  What I wanted to say is by this Friday,

23  we will have a very good idea of whether we're going to need

24  any more time.

25          THE COURT:  Oh, you mean next week?

1          MR. MORTARA:  The following week.

2          MR. GARDNER:  Let me see if I can -- I actually think

3   we are ahead of schedule, and I suspect that we -- both sides

4   will have concluded by next Friday.

5          THE COURT:  Not this Friday, next Friday?

6          MR. GARDNER:  Correct.  Not this Friday.  We are

7   working, though, on availability --

8          THE COURT:  That's fine.  That's fine.  Well, I'm

9   trying to make sure we take as much time as we want on this.

10  And it's very important and -- to build the record here.  And

11  we'll go accordingly.

12      So, with that, I think that ends the day, and we'll start

13  again at 10:00 tomorrow.

14      This court stands adjourned.

15          THE CLERK:  All right.  This Honorable Court is now

16  adjourned for the day.

17      (Adjourned at 5:05 p.m.)

18

19

20

21

22

23

24

25

1    CERTIFICATE OF OFFICIAL REPORTER

2

3

4        I, Ronda J. Thomas, Registered Merit Reporter, Certified

5   Realtime Reporter, in and for the United States District Court

6   for the District of Maryland, do hereby certify, pursuant to 28

7   U.S.C. § 753, that the foregoing is a true and correct

8   transcript of the stenographically-reported proceedings held in

9   the above-entitled matter and the transcript page format is in

10  conformance with the regulations of the Judicial Conference of

11  the United States.

12                        Dated this 18th day of September 2024.

13

14

15         _____

16              Ronda J. Thomas, RMR, CRR
                Federal Official Reporter

17

18

19

20

21

22

23

24

25

**BY MR. GARDNER: [8]** 5/3 25/10
41/3 46/19 57/6 106/17 106/4
**BY MR. MCCARTHY: [3]** 133/17 149/3
176/11
**MR. GARDNER: [49]** 3/15 21/12 21/15
21/23 22/1 22/6 22/9 29/11 29/19 29/24
34/1 34/3 36/10 40/24 56/13 88/12 99/12
102/13 102/20 103/1 103/19 104/3 104/9
106/1 106/10 119/6 120/12 129/7 208/9
208/25 209/3 209/8 213/12 216/22 217/1
227/23 228/21 229/2 229/5 229/9 229/12
229/22 230/4 230/6 231/15 232/9 232/25
235/2 235/6
**MR. MCCARTHY: [18]** 108/10 108/13 108/15
119/3 120/4 120/22 128/15 129/14 133/14
176/6 176/8 187/21 187/25 188/10 208/14
208/21 229/25 230/19
**MR. MORTARA: [12]** 21/24 108/4 228/18
232/2 233/3 233/13 234/7 234/10 234/12
234/19 234/22 235/1
**MR. PUSTERLA: [1]** 29/16
**MR. STRAWBRIDGE: [7]** 94/23 99/21 101/24
102/3 102/7 102/16 102/23
**THE CLERK: [10]** 3/6 3/9 3/13 108/17
108/19 108/23 188/5 216/21 216/25 235/15
**THE COURT REPORTER: [1]** 46/10
**THE COURT: [107]** 3/2 3/14 21/13 21/22
22/4 22/8 29/14 29/17 29/22 29/25 33/24
34/2 36/7 40/23 56/5 56/8 56/16 75/8
88/14 94/18 94/25 99/18 102/2 102/6
102/10 102/15 102/21 102/24 103/13
103/20 104/7 104/14 104/18 104/20 104/23
105/3 105/8 105/11 106/3 106/13 106/21
107/5 107/8 107/16 107/24 108/6 108/11
108/14 111/10 119/7 120/6 120/15 128/17
129/2 129/9 129/11 133/12 148/24 150/11
150/17 151/3 151/5 151/8 151/16 151/22
176/4 176/7 187/17 187/22 188/2 188/8
208/11 208/22 209/1 209/4 209/10 213/10
213/13 216/24 227/25 228/5 228/7 228/9
228/20 228/23 229/3 229/7 229/11 229/15
229/23 230/1 230/5 230/17 230/24 231/17
232/6 232/10 233/2 233/7 233/14 234/9
234/11 234/17 234/20 234/25 235/5 235/8
**THE WITNESS: [33]** 3/11 21/17 41/2 46/11
56/7 56/12 56/14 56/19 104/15 104/19
104/22 104/25 105/5 105/9 105/15 106/20
106/24 107/7 107/15 107/21 108/21 111/12
128/25 149/1 150/15 150/24 151/4 151/6
151/15 151/17 228/4 228/6 228/8

## $

**$50,000 [1]** 213/6
**$800,000 [2]** 51/12 54/6

## '

**'21 [1]** 51/12
**'23 [1]** 147/19
**'24 [2]** 147/19 180/7
**'70s [1]** 58/25

## --

**-- and [1]** 234/10
**-- when [1]** 5/1
**-UNC [1]** 121/5

## .

**.25 [1]** 173/2
**.7 [1]** 166/10
**.7 percent [1]** 166/10

## 0

**06 [1]** 42/14

## 1

**1 percent [2]** 154/1 166/13
**1,170 [1]** 220/20
**1,200 [1]** 87/2
**1,379 [2]** 129/21 130/13
**1,693 [1]** 180/10
**1,729 [2]** 136/18 136/18
**1.098 [1]** 173/4
**1.5 [1]** 205/16
**1.A1 [1]** 220/18
**10 [13]** 20/16 51/11 75/9 75/10 148/3
148/4 148/8 148/17 148/23 150/6 187/19
205/10 205/11
**10 percent [11]** 148/4 148/8 148/9 148/20
148/20 148/22 153/7 154/13 154/15 154/17
205/11
**10.9 percent [1]** 137/8
**100 percent [4]** 178/5 178/16 178/18
232/2
**103 [1]** 2/7
**104 [1]** 24/7
**106 [3]** 52/11 75/15 76/16
**107.5 [1]** 102/10
**108 [1]** 2/9
**109 [2]** 181/16 181/22
**10:00 [1]** 228/25
**10:00 tomorrow [1]** 228/12 235/13
**10:07 [2]** 1/7 3/1
**11 percent [1]** 55/5
**11.4 [1]** 175/23
**11:30 [1]** 233/19
**11:46 [1]** 75/12
**12 [1]** 12/15
**12,304 [2]** 153/22 153/25
**12,340 [1]** 120/13
**12.9 percent [2]** 175/17 176/15
**128 [1]** 194/3
**12:00 [1]** 233/20
**12:01 [1]** 75/12
**13 percent [1]** 54/19
**13.9 percent [1]** 137/8
**137 [1]** 218/25
**14 [2]** 12/12 12/13
**14 percent [2]** 52/21 52/25
**14,727 [1]** 52/20
**14.5 percent [1]** 155/19
**146 [2]** 89/24 90/2
**15 [1]** 87/7
**15 percent [2]** 54/13 208/1
**15.6 [1]** 139/5
**150 [5]** 8/4 8/7 11 8/25 187/3 187/7
**15th [1]** 44/7
**16 [1]** 211/22
**16.9 [1]** 139/5
**160 [3]** 211/17 211/19 213/25
**162 [1]** 181/10
**165 [1]** 181/24
**17 percent [1]** 28/17
**17.2 [1]** 175/24
**17.7 percent [1]** 139/5
**17.8 percent [1]** 140/7
**18 [3]** 1/7 2/2 49/2
**183 [1]** 194/5
**18th [1]** 236/12
**19 [2]** 75/20 202/14
**19 percent [2]** 57/8 57/12
**19.6 percent [1]** 202/17
**1900s [1]** 20/17
**1970s [1]** 98/22
**1999 [4]** 107/1 110/24 124/8 124/9
**1:00 [1]** 128/18
**1:12 [1]** 129/10
**1:23-cv-2699-RDB [1]** 1/5

## 2

**2 million [1]** 54/8
**2 percent [3]** 75/24 145/21 148/21
**2,532 [1]** 137/18
**2.958 [1]** 137/6
**20 [1]** 93/22
**20 percent [4]** 93/20 103/6 107/22 155/3
**20-year [1]** 42/13
**20.24 [1]** 143/6
**200 [5]** 8/12 8/25 25/13 166/9 166/10
**2002 [1]** 110/14
**2006 [2]** 36/25 110/9
**2008 [1]** 56/20
**2009 [2]** 12/20 13/3
**2010 [1]** 110/11
**2012 [1]** 117/11
**2015 [1]** 117/2
**2017 [1]** 24/19
**2019 [2]** 124/9 124/10
**2022 [5]** 60/9 72/25 74/22 95/24 97/22
**2023 [8]** 72/25 124/7 124/8 174/2 180/7
181/3 186/18 187/7
**2024 [8]** 1/7 2/2 58/1 84/18 97/10 174/2
181/3 236/12
**2025 [7]** 84/22 134/5 147/17 174/2 181/11
192/14 192/24
**2026 [2]** 37/1 84/24
**2027 [13]** 12/11 52/18 74/25 85/2 89/5
89/8 89/20 90/3 91/18 124/7 147/17 174/2
181/12
**2028 [1]** 220/14
**2030 [1]** 220/16
**209 [1]** 2/9
**20th [1]** 97/18
**21 percent [2]** 60/8 60/15
**21.4 percent [1]** 138/12
**218 [3]** 229/17 229/19 229/25
**22 [5]** 27/18 88/3 148/19 157/17 229/20
**22 percent [2]** 142/5 145/17
**222 [6]** 120/4 229/14 229/17 229/25 230/1
230/6
**23 [8]** 38/9 38/14 147/10 147/14 148/2
149/18 161/22 194/24
**23.6 percent [1]** 193/21
**235 [1]** 25/3
**24 [1]** 22/10
**24 percent [2]** 36/24 49/24
**24.1 percent [1]** 193/17
**24.5 [1]** 175/19
**24.5 percent [2]** 176/17 193/21
**245 [1]** 25/3
**25 [2]** 166/25 209/5
**25 percent [6]** 171/6 171/12 172/23 173/2
173/18 193/11
**250 percent [1]** 73/6
**26 [1]** 170/21
**27 [1]** 220/14
**27.2 percent [1]** 179/5
**270 [1]** 25/14
**273 [1]** 181/15
**27th [1]** 233/19
**28 [13]** 20/6 21/14 22/9 22/12 22/17
29/10 30/3 78/13 78/15 81/11 84/14
148/22 236/6
**28 percent [3]** 92/15 92/22 93/23
**2846 [1]** 41/23
**29 [1]** 157/16
**2:00 [1]** 128/19
**2:00 or [1]** 233/24
**2:15 break [1]** 233/24
**2:18 [1]** 129/10

## 3

**3.1 percent [1]** 137/7
**3.2 [1]** 216/18
**3.2 million [1]** 51/15
**3.5 [1]** 154/15
**3.57 percent [1]** 145/20
**3.6 percent [1]** 142/8
**3.7 [1]** 138/12
**30 [3]** 93/13 126/7 187/25
**30 percent [7]** 93/10 93/13 93/25 142/15
145/17 149/23 179/2
**30.6 percent [1]** 203/15
**30.7 percent [1]** 205/17
**300 [5]** 14/9 25/14 31/23 68/25 86/23
**31 [8]** 33/23 34/1 34/2 34/21 36/9 36/13
40/5 181/9
**310 [1]** 25/2
**32 percent [1]** 74/24
**32.7 percent [1]** 178/9
**32.87 percent [1]** 143/13
**33 percent [1]** 49/23
**330 [3]** 41/19 41/23 42/20
**34 [1]** 179/16
**346 [1]** 148/20
**35 [2]** 132/15 180/3
**35 percent [2]** 58/16 227/19
**37 [1]** 92/6
**37.3 percent [1]** 207/23
**37.4 percent [2]** 175/15 176/16
**38.43 percent [1]** 155/5
**397 [1]** 139/19
**3:47 [1]** 188/7

## 4

**4,000 [1]** 95/7
**4,056 [1]** 143/8
**4,728 [1]** 128/13
**4.1 [1]** 163/14
**40 percent [7]** 42/18 103/21 104/4 105/24
106/8 139/3 150/7
**41 [1]** 43/12
**41 percent [1]** 36/25
**439 [1]** 70/9
**45 percent [1]** 135/15
**44,000 [1]** 127/2
**45 [3]** 115/5 115/23 187/25
**45.4 percent [1]** 203/11

**4**

46 [1]   74/11
46.6 percent [1]   154/22
47.48 percent [1]   152/17
48 [1]   93/8
48.7 percent [1]   203/9
48.88 [1]   135/7
491 [2]   96/9 96/14
4:00 [2]   187/22 188/4
4:06 [1]   188/7
4:30 on [1]   209/19
4:56 [1]   227/24
4th [1]   154/23

**5**

5 percent [3]   84/19 93/8 104/23
5,914 [1]   133/8
50 [2]   12/8 52/6
50 percent [13]   106/19 107/5 135/2 137/2
138/19 139/14 152/6 152/8 152/15 178/10
178/17 179/2 179/4
518 [4]   229/17 229/20 229/25 230/1
52 [1]   93/8
52 percent [1]   107/1
52.3 percent [1]   193/18
52.4 [1]   173/20
520 [1]   89/21
53 [1]   139/22
530 [1]   89/20
55 [1]   200/11
55 percent [1]   189/10
55,000 [1]   190/22
55.56 percent [1]   135/10
558 [2]   44/11 44/17
56 [2]   181/4 181/22
56,000 [1]   190/22
58 [1]   205/1
58.7 [1]   173/20
59 percent [1]   135/14
5:00 [2]   187/23 233/23
5:05 [1]   235/17
5th [1]   154/24

**6**

6 percent [1]   84/24
6,343 [1]   60/7
6,913 [2]   132/22 133/7
6,920 [1]   128/9
60 [1]   133/16
60 percent [5]   135/16 139/10 151/1 155/2
155/22
600 [1]   52/5
61 [1]   194/1
61.18 [1]   135/8
63.1 [1]   138/12
63.4 [1]   137/2
653 [1]   144/16
66 [1]   140/3
67 [1]   194/2
67.3 percent [1]   179/1
67.9 percent [1]   135/8
68 [2]   59/20 187/7
68 percent [1]   64/3
68.3 percent [1]   137/7
68.7 percent [1]   179/3
684 [1]   144/15
69 [1]   74/24
69,570 [1]   128/7

**7**

7 percent [1]   54/25
7.3 percent [1]   155/22
70 [2]   152/5 181/9
70 percent [2]   59/20 178/9
70,000 [4]   124/14 126/13 126/18 127/1
70,508 [1]   129/21
72 percent [1]   189/10
72,056 [1]   186/18
727 [1]   143/13
73 [1]   181/17
75 percent [1]   146/2
75,000 [1]   186/21
75,479 [1]   186/21
751 [1]   190/10
753 [2]   190/9 236/7
78.8 percent [1]   193/13
79 [4]   21/13 22/17 29/9 96/13

**8**

8 percent [3]   85/2 91/1 117/19

**8**

8.4 percent [1]   138/12
8.52 percent [1]   143/17
80 [7]   80/24 90/8 91/5 141/1 145/11 145/15
80 percent [1]   101/10 152/5 224/16
80,000 [8]   142/23 142/25 145/23 146/1
167/6 168/25 169/2 169/5
80.24 percent [1]   135/7
803 [5]   40/16 40/21 40/24 102/7 102/21
804 [2]   102/8 102/21
805 [3]   102/8 102/21 231/13
806 [3]   40/17 102/8 102/21
810 [1]   102/22
811 [1]   102/22
812 [1]   102/22
813 [1]   102/22
814 [1]   102/18
82 percent [1]   138/8
837 [1]   57/7
85 [1]   140/2
85 percent [1]   133/2
85.55 [1]   133/7
86 [1]   181/18
86.5 [1]   173/19
86.5 percent [1]   173/9
863 [1]   143/16
87 percent [1]   40/10
873 [1]   58/4
88 [1]   2/6
89.6 percent [2]   136/21 136/22
8th [2]   152/4 154/21

**9**

9,521 [1]   130/13
9.97 percent [1]   143/15
90 [4]   89/4 89/23 90/12 90/21
90 percent [2]   149/22 154/14
93 percent [1]   193/14
94 percent [1]   127/25
95 [2]   104/13 104/24
95 percent [4]   74/22 103/9 105/13 150/6
97 [1]   96/10
986 [1]   143/17
990 [1]   58/3
9:00 p.m [1]   97/8

**A**

A.4 [1]   132/16
a.m [3]   1/7 3/1 75/12
abbreviation [1]   143/21
Abelson [1]   233/22
ability [10]   25/21 30/25 35/4 44/8 72/1
87/23 212/11 212/12 218/21 218/22
able [26]   20/19 46/12 53/3 53/24 57/11
57/25 58/2 60/11 60/14 63/13 73/15 80/6
101/6 116/16 122/5 123/24 154/4 157/5
158/11 162/24 166/21 182/18 183/5 183/15
220/21 224/21
about [191]   6/25 9/7 9/14 11/9 12/12
13/19 16/20 19/2 20/2 20/14 20/16 22/9
23/18 23/25 25/2 25/13 27/17 28/13 28/16
31/9 31/15 32/7 33/1 33/9 36/14 36/24
39/15 39/20 40/9 40/15 41/4 41/9 41/10
41/18 42/18 43/13 44/18 45/5 47/3 47/14
47/15 49/13 49/23 49/24 50/8 51/12 51/15
52/5 54/6 56/18 58/3 60/1 60/20 63/7
64/3 64/15 65/12 67/19 71/17 71/18 71/22
72/6 75/10 75/24 76/3 79/10 81/15 82/14
83/24 86/18 87/6 87/11 87/16 87/18 91/1
91/2 91/24 92/2 93/10 93/13 93/20 93/25
94/3 95/10 97/8 97/24 100/2 100/9 100/18
105/21 105/24 107/1 107/22 108/8 109/25
112/17 112/20 114/9 114/18 114/20 114/21
115/3 115/13 115/16 116/9 117/11 117/22
122/4 122/20 124/13 125/5 125/11 125/23
126/19 128/8 131/21 131/25 132/3 132/22
135/11 138/22 140/2 141/7 144/8 146/25
147/7 147/12 149/4 152/6 153/23 159/4
160/14 161/21 161/23 161/24 162/4 163/5
165/7 168/8 169/12 171/3 171/22 172/21
172/23 176/21 177/23 178/2 179/6 179/17
181/7 182/4 184/1 184/13 186/1 187/2
187/19 188/15 189/4 191/13 195/5 195/25
196/18 196/20 198/7 201/3 201/5 203/6
204/9 204/12 205/22 206/4 207/1 208/8
209/18 215/17 215/18 215/22 216/7 216/11
218/17 219/20 220/15 223/23 227/5 227/23
230/11 230/22 231/8 232/3 233/4 233/5
above [12]   1/9 49/25 92/21 136/25 187/14
188/13 188/15 188/18 188/23 189/1 192/15
236/9

above-entitled [2]   1/9 236/9
absolutely [5]   225/19 233/7 233/7 233/8
233/12
abstract [1]   206/10
abundantly [2]   151/9 151/13
academic [23]   22/23 27/3 27/19 32/3
32/13 50/19 50/20 51/5 51/21 51/23 59/8
72/25 113/1 113/5 115/3 115/8 116/9
118/3 118/12 121/1 122/23 130/22 220/21
academically [1]   26/7 26/13
academics [2]   51/24 115/13
academies [14]   11/25 17/5 53/12 53/16
53/21 66/21 75/20 76/9 101/7 214/12
214/17 220/25 221/10 222/5
academy [214]   1/6 1/21 5/24 6/15 6/21
9/17 11/24 13/5 13/8 13/21 14/1 14/11
14/25 15/3 19/4 20/14 20/21 20/22 23/19
24/14 24/20 24/22 24/23 25/6 25/15 26/4
26/6 26/8 26/12 26/15 27/3 27/5 27/10
27/17 27/22 27/25 28/20 28/23 29/6 31/25
32/9 33/4 33/9 33/11 34/14 34/20 36/3
36/24 37/7 37/11 37/22 38/3 39/1 39/14
41/25 42/10 42/12 42/17 42/19 45/5 45/8
45/13 45/21 47/4 47/6 47/7 47/15 49/4
47/14 50/10 50/15 50/16 51/4 51/22 52/8
52/14 54/4 56/25 57/4 57/11 57/25 58/20
59/11 59/19 60/11 60/13 61/10 62/10
63/25 64/15 64/15 64/24 65/12 66/2 66/6
66/9 66/11 66/14 66/15 66/23 67/6 67/7
67/8 67/21 67/23 68/10 69/20 71/11 71/25
72/8 72/20 72/23 73/14 74/4 74/7 74/10
74/16 76/14 77/4 77/5 77/16 78/11 78/19
79/4 80/6 82/1 82/6 82/8 83/23 85/9
85/13 85/23 86/18 86/19 86/22 86/25 87/7
87/8 87/14 87/16 88/6 89/8 89/16 90/3
90/25 91/8 91/13 91/18 92/7 92/14 93/3
93/7 93/16 101/6 101/11 101/19 103/6
103/11 103/22 104/5 104/11 105/6 105/19
105/22 106/6 108/1 112/7 122/8 129/18
129/23 135/3 135/12 136/7 141/21 156/2
156/3 156/13 157/14 157/20 158/3 162/17
162/24 179/19 180/16 180/18 182/5 186/9
194/11 194/14 214/24 215/10 215/14
215/19 216/5 216/11 219/16 219/20 220/4
220/6 221/17 222/1 222/18 222/20 222/23
223/22 224/2 224/6 224/10 224/12 224/20
225/3 225/6 225/9 226/11
Academy's [28]   41/11 41/15 50/9 50/18
68/17 78/23 79/2 80/9 84/15 112/13
122/15 176/24 197/6 214/20 216/10 216/15
218/4 218/8 219/5 220/10 220/19 222/4
223/9 223/14 223/19 225/16 225/24 226/6
accepted [7]   9/10 11/1 115/17 115/22
119/7 212/22 215/11
accepts [1]   227/15
access [2]   25/14 57/18
accession [2]   225/5
according [3]   99/3 149/15 205/11
according to [1]   149/15
accordingly [3]   151/13 179/22 235/11
account [8]   118/3 123/20 157/5 158/4
158/8 162/18 163/11 199/9
accounted [1]   55/9
accounting [2]   160/2 165/15
accounts [2]   52/25
accuracy [7]   162/25 206/14 207/2 207/9
207/14 208/3 219/24
accurate [11]   34/9 37/4 40/12 54/17
54/23 55/3 55/7 75/1 76/5 85/5 165/17
accurately [2]   36/2 220/1
achieve [2]   45/9 88/5
acknowledge [1]   224/20
acknowledges [1]   203/23
acronyms [1]   56/15
across [42]   34/23 38/22 49/8 53/12 55/12
55/12 56/4 57/20 62/20 63/18 64/14 65/10
70/12 76/22 76/25 78/9 82/7 82/23 134/24
135/18 139/17 144/17 144/18 144/21
147/15 149/25 151/24 153/13 154/17
154/25 155/20 175/3 175/22 179/10 185/15
190/5 190/6 190/11 192/18 202/21 204/18
226/14
act [2]   29/20 62/18
action [16]   17/8 36/16 111/5 116/4
116/15 116/24 117/5 117/6 117/7 117/10
117/13 118/13 118/15 154/18 154/19 213/4
active [1]   27/12
actively [1]   27/13
actual [11]   41/9 133/4 166/19 180/8
186/16 190/8 203/7 207/22 208/2 218/4

**A**

**actual...** [1] 226/16

**actually** [110]  6/11 14/6 14/13 14/21
18/24 28/7 32/16 38/5 38/11 38/23 39/7
43/10 43/21 46/16 47/8 47/23 49/20 52/2
53/5 58/4 58/24 59/5 59/17 59/21 60/19
62/3 62/15 62/19 64/4 65/12 65/22 66/4
66/5 68/18 69/7 69/9 70/20 70/23 70/24
71/23 72/16 73/21 76/19 77/1 79/22 83/14
83/17 83/18 84/1 84/5 88/20 91/5 92/4
92/18 92/23 101/2 101/22 118/1 121/2
123/17 123/20 130/5 131/19 134/21 138/14
141/10 141/16 142/11 149/11 149/12
152/22 153/3 156/14 158/15 163/15 165/22
166/9 168/20 169/3 169/13 170/25 172/8
174/18 177/9 183/10 183/15 184/6 184/25
187/15 188/25 189/17 195/18 196/7 197/15
197/25 198/5 198/11 198/12 199/5 200/22
203/3 204/21 206/5 207/12 213/16 214/4
217/19 223/12 223/17 235/2

**acute** [1]  226/16

**ADAM** [1]  1/12

**add** [24]  60/1 90/17 102/17 147/20 153/5
163/6 163/8 164/9 164/11 167/25 168/13
168/14 169/6 173/5 173/7 181/21 181/22
184/2 190/16 192/15 200/18 201/3 201/4
231/25

**added** [8]  24/17 137/23 138/21 166/14
168/18 177/18 198/18 204/14

**adding** [9]  163/9 163/20 165/3 165/4
165/18 167/24 168/21 168/23 204/20

**addition** [6]  23/14 25/22 27/9 27/11
82/15 197/3

**additional** [54]  7/19 7/22 9/7 9/8 9/9
9/18 9/24 9/25 10/8 10/12 10/17 10/20
20/18 22/23 23/6 25/9 31/1 54/7 62/15
62/17 62/21 64/4 76/19 77/5 77/8 79/19
86/5 87/24 90/13 90/15 133/22 136/3
139/7 139/8 139/10 139/14 139/19 140/2
140/9 140/13 140/25 182/9 183/1 183/9
183/11 183/14 183/19 184/14 184/19
184/24 185/8 189/19 198/21 226/8

**Additionally** [1]  76/1

**address** [2]  76/14 231/17

**addressed** [1]  40/25

**addressing** [1]  109/8

**adds** [1]  200/13

**adjourned** [3]  235/14 235/16 235/17

**adjust** [4]  147/17 162/11 179/22 179/24

**admissibility** [1]  231/9

**admissible** [1]  231/21

**admission** [56]  5/23 5/25 6/5 6/16 7/4
13/17 24/12 25/23 38/5 52/21 59/19 59/22
74/15 74/18 75/22 95/6 113/15 130/12
134/15 140/18 141/20 142/18 144/3 144/10
144/12 145/23 146/11 149/19 152/6 152/9
156/6 156/13 157/1 157/9 158/6 158/24
159/6 159/18 160/3 167/15 171/6 171/12
171/14 171/19 172/24 173/18 174/14
179/20 180/18 193/12 193/13 193/14
216/12 224/3 226/8 228/13

**admissions** [190]  1/3 1/20 3/22 5/8 8/5
8/6 8/13 8/16 9/16 9/20 10/2 10/22 10/23
11/7 13/11 13/13 14/5 14/10 16/23 16/25
17/13 17/25 18/8 19/5 23/23 33/10 33/11
34/22 38/10 38/14 38/25 39/2 39/14 39/19
39/21 40/3 43/22 44/13 44/21 45/6 46/18
51/6 51/9 52/20 54/9 62/7 68/21 73/1
74/3 74/9 75/16 78/3 82/13 85/19 85/24
86/2 86/2 87/19 87/23 88/2 89/17 94/7
95/11 95/13 95/17 97/10 101/4 101/8
109/11 109/16 112/8 112/13 112/22 113/2
113/3 113/6 113/10 113/23 116/16 116/17
116/20 122/8 122/16 123/18 124/1 127/16
127/18 131/15 135/18 136/1 136/1 144/8
155/8 156/15 157/7 157/10 157/14 157/20
158/10 159/15 160/23 161/19 162/24
164/19 164/20 169/9 170/23 171/1 172/21
172/25 173/5 174/13 174/23 175/3 178/10
179/23 179/25 180/13 182/5 182/8 182/13
182/21 185/13 185/16 186/14 189/23
191/14 192/9 194/11 194/13 196/24 197/6
197/20 203/4 205/4 205/9 206/21 209/21
210/1 210/4 210/6 210/9 210/19 212/4
213/16 214/5 214/12 214/14 214/16 214/20
215/4 215/7 215/10 215/14 215/15 215/17
215/19 216/10 217/8 217/24 217/25 220/4
220/10 220/13 220/19 221/3 221/8 221/12
221/19 222/1 222/4 222/12 222/21 222/25

**A**

223/3 223/5 223/9 223/14 223/19 223/24
225/5 225/17 225/25 226/7
**admit** [2]  24/14 24/21
**admits** [4]  24/22 29/3 30/19 54/3 33/5
41/12 80/6 80/17 102/4 120/4 134/23
135/6 135/11 143/12 145/20 146/24 149/15
149/21 151/24 152/13 154/14 154/15
154/21 154/23 155/2 155/4 155/14 155/18
155/21 156/2 156/3 156/8 156/10 172/4
157/14 175/16 176/14 177/20 178/5 178/8
178/21 182/14 182/15 188/15 193/19
202/21 203/7 203/7 203/10 203/14 203/20
207/22 207/25 208/2
**admitted** [55]  49/1 85/8 85/23 87/3 87/12
89/7 90/2 101/11 102/11 102/22 118/13
120/7 125/8 127/3 127/25 130/2 133/2
134/21 135/1 142/12 143/9 150/6 161/4
167/18 171/21 171/24 171/25 172/2 172/3
173/19 174/19 174/21 176/24 176/25 177/6
177/8 177/10 177/11 177/12 177/15 177/16
177/17 178/6 178/13 187/15 189/1 190/6 193/19
224/6 224/9
**admitting** [3]  47/1 91/6 216/16
**adversely** [2]  17/20 26/3
**adversity** [5]  55/6 100/9 200/1 200/19
200/21
**advertise** [5]  60/23 62/18 80/6 82/19
82/21
**advertisement** [1]  60/19
**advertising** [3]  57/13 70/17 83/4
**advice** [2]  99/18 201/8
**advocate** [2]  83/25 84/7
**advocates** [1]  65/20
**affect** [11]  17/20 26/3 44/5 111/22
118/15 130/19 166/3 196/2 200/23 207/2
231/9
**affected** [7]  18/21 18/22 75/20 170/7
180/17 207/12 208/3
**affecting** [2]  25/20 159/5
**affects** [6]  111/7 111/8 123/25 163/21
195/10 197/16
**affiliate** [1]  20/23
**affirmative** [13]  36/16 111/5 116/4
116/15 116/23 117/5 117/6 117/7 117/10
118/10 118/13 118/15 213/3
**African** [26]  30/19 30/21 37/23 38/2 38/4
40/2 45/24 46/3 46/13 47/9 48/22 48/24
49/23 64/5 74/12 89/1 89/23 90/4 90/24
91/3 91/9 91/12 91/14 173/6 226/16
226/18
**after** [22]  9/22 10/6 10/21 11/2 25/25
33/21 44/6 47/8 66/7 68/20 70/9 73/22
82/18 110/10 123/20 128/5 128/18 128/19
159/14 159/16 160/2 222/7
**afternoon** [5]  109/1 129/11 187/18 209/16
209/17
**afterward** [2]  68/8 69/10
**again** [103]  5/15 6/7 6/10 6/24 13/12
14/3 14/14 14/18 16/16 17/15 21/6 23/8
23/20 26/10 28/25 29/5 30/18 31/21 32/18
33/13 34/23 38/13 39/4 43/6 43/23 46/22
49/17 50/5 53/5 56/20 58/13 58/17 59/10
59/23 60/1 60/16 61/25 63/17 63/20 64/7
64/18 67/9 68/11 69/21 70/7 71/4 71/7
72/8 72/12 72/21 73/25 74/17 75/10 76/15
76/23 77/15 77/19 77/24 80/14 80/24 81/8
81/11 81/12 81/24 82/19 82/21 82/24 83/9
85/25 85/25 87/13 88/7 88/18 91/3 91/10
104/6 107/9 107/19 115/7 121/25 122/10
128/18 130/6 135/13 138/11 141/23 145/18
145/24 153/15 157/18 170/8 171/9 173/9
175/25 177/23 178/3 187/22 190/11 205/10
209/20 218/17 228/12 235/13
**against** [9]  13/5 13/22 14/1 14/25 15/4
15/7 28/11 125/7 225/12
**aggressive** [4]  53/5 57/15 57/20 76/21
**aggressively** [1]  77/1
**agnostic** [1]  215/25
**ago** [7]  48/3 51/11 53/9 70/4 87/7 191/13

**A**

218/17
**agree** [22]  82/13 94/9 95/4 96/7 96/19
98/7 98/24 99/22 200/5 200/7 220/10 220/24
221/7 221/25 222/20 223/18 224/1 224/12
224/22 224/25 226/11 227/15 231/19
**agreement** [1]  31/24
**ahead** [5]  95/2 114/16 176/9 230/18 235/3
**aided** [1]  1/24
**Air** [1]  66/22
**AL** [1]  1/6
**Alaska** [1]  35/14
**alcohol** [6]  112/20 196/3 196/4 196/6
196/7 196/12
**all** [181]  3/3 4/1 4/19 5/12 8/20 9/23
10/6 10/23 13/12 14/5 14/16 17/25 18/20
21/6 25/12 28/21 32/10 34/23 35/15 35/22
38/20 40/20 43/1 43/22 44/23 50/6 50/20
50/23 51/2 51/3 51/23 51/25 52/2 52/7
56/8 56/16 59/13 59/15 61/11 61/16 62/6
66/21 68/22 69/2 70/25 71/1 72/13 74/18
77/21 79/18 80/17 81/17 82/23 83/24
85/15 86/3 87/5 88/3 90/17 92/13 94/9
96/13 100/17 100/21 102/3 102/24 103/12
103/21 105/14 108/3 109/18 111/9 111/14
111/17 111/25 112/1 112/16 112/17 113/20
115/7 116/21 117/12 118/14 122/22 123/20
124/17 127/5 127/20 129/11 133/10 134/4
134/5 135/22 136/21 136/25 138/18 139/6
140/19 144/11 144/17 144/18 144/19
144/23 146/9 146/12 146/12 147/5 147/5
149/17 150/19 150/24 151/1 151/20 156/24
157/3 157/5 157/22 157/25 159/3 159/14
159/17 160/2 160/7 160/10 161/14 161/16
161/18 161/24 164/13 166/3 167/3 167/14
170/17 171/8 172/3 172/14 173/25 174/12
175/5 178/5 182/10 182/21 185/15 186/15
187/19 188/5 188/8 188/8 191/3 193/7
195/2 198/12 199/23 200/4 200/7 200/7
203/22 204/1 204/2 204/2 205/8 206/15
206/17 209/4 212/10 217/22 222/23 223/22
224/11 224/16 226/14 227/25 229/3 229/6
229/23 230/1 231/7 232/11 233/14 234/15
235/15
**allocates** [1]  50/13
**allow** [4]  69/10 100/7 164/16 182/7
**allowed** [4]  8/9 46/8 69/2 192/19
**allows** [2]  192/12 197/14
**alluded** [1]  6/19
**almost** [13]  15/9 39/22 54/13 63/12
69/17 112/1 127/5 135/14 140/9 145/17
183/1 202/14 230/8
**alone** [1]  41/25
**along** [7]  32/24 35/3 37/16 46/23 60/17
162/13 167/23
**already** [19]  33/23 34/12 39/6 71/14
71/18 79/9 80/19 81/1 81/2 81/12 118/7
130/3 159/20 198/6 200/14 200/15 214/1
230/21 232/12
**also** [63]  1/20 9/7 15/6 15/14 15/23 23/3
25/5 27/2 28/13 30/6 40/2 40/3 41/17
44/12 45/17 45/25 46/8 54/19 54/25 55/5
57/1 57/21 60/18 68/23 69/25 70/18 77/9
83/16 86/14 89/24 91/16 98/9 102/16
111/6 112/10 112/19 113/3 117/3 118/25
119/21 123/13 124/22 125/2 125/22 127/6
127/14 127/22 130/1 138/24 139/1 145/2
149/15 151/18 152/8 154/24 160/24 161/4
165/10 165/12 184/22 206/9 214/8 224/25
**alternate** [33]  7/18 7/22 8/9 8/15 8/19
8/23 9/13 10/5 125/9 133/21 136/2 138/6
138/11 141/10 141/12 141/14 182/9 183/9
183/17 184/14 184/16 184/18 184/24 185/6
185/8 186/18 188/16 189/22 227/2 227/9
227/14 227/20 227/21
**alternates** [24]  4/13 4/24 7/25 8/1 8/2
9/5 138/3 138/13 140/24 141/8 141/16
182/19 183/11 183/14 186/2 186/7 186/14
186/20 187/4 187/5 187/15 189/17 189/20
226/8
**alternative** [2]  28/19 131/15
**alternatives** [7]  37/15 47/3 52/8 87/6
87/20 88/4 162/9
**although** [1]  234/8
**Alumni** [1]  20/22
**always** [19]  14/16 17/15 18/1 23/13 24/3
28/12 47/9 59/24 83/1 85/25 99/4 139/24
162/20 166/1 183/1 204/12 220/2 227/4
232/23
**am** [14]  24/18 54/2 83/12 99/15 194/8
194/12 194/22 195/21 197/11 199/12 200/2

## A

**am... [3]**  7/12 9/2 9/2
**amenable [1]**  113/24
**America's [1]**  77/7
**American [45]**  14/19 30/21 37/24 37/25 38/4 38/8 45/24 46/3 46/13 47/9 48/22 48/24 49/24 64/5 74/12 75/17 76/24 89/1 89/24 90/4 90/24 91/4 91/9 91/14 109/22 131/12 131/12 135/9 137/8 159/22 161/8 161/10 167/22 173/6 173/20 179/3 181/9 181/18 185/2 185/4 201/23 201/24 202/10 202/11 206/11
**Americans [17]**  30/19 38/2 40/2 54/14 91/4 91/12 135/16 137/24 138/13 139/5 141/11 143/16 146/19 175/23 179/3 226/16 226/18
**among [6]**  22/19 34/8 76/22 142/12 186/12 189/14
**amount [3]**  76/20 95/11 198/14
**amplified [1]**  47/8
**analyses [1]**  129/19
**analysis [47]**  37/8 37/11 112/5 119/4 123/5 123/9 123/18 126/15 129/18 130/20 130/23 131/2 131/17 145/6 148/2 149/17 150/23 152/18 155/7 155/25 156/12 156/20 171/4 171/21 172/2 172/11 172/20 173/13 174/6 177/24 179/12 180/11 185/13 189/19 191/16 193/3 193/10 193/19 194/1 194/7 217/11 217/13 217/16 217/17 217/22 220/3 231/19
**analyze [6]**  122/14 123/11 123/25 149/15 200/9 202/21
**analysing [3]**  130/11 130/25 175/25
**anchor [1]**  147/15
**ANDERSON [1]**  1/14
**ANDREW [1]**  1/17
**anecdotal [2]**  66/4 67/9
**Annual [1]**  117/1
**anomalies [2]**  121/16 122/7
**anonymous [1]**  115/15
**another [35]**  9/12 10/25 12/24 13/5 13/5 15/19 16/7 17/21 17/24 19/15 24/6 33/22 48/20 49/1 58/17 65/19 66/11 67/5 69/4 72/15 77/16 89/24 98/23 108/8 117/1 141/17 164/3 169/14 186/19 191/19 209/5 222/4 222/9 226/4 226/6
**answer [2]**  22/6 232/10
**answering [1]**  122/20
**anticipate [2]**  8/18 9/20
**anticipated [1]**  69/17
**anticipation [1]**  10/4
**any [61]**  11/4 11/16 31/19 44/8 46/24 46/24 47/6 62/8 67/7 85/7 85/13 87/16 94/24 97/2 98/10 102/25 106/15 109/13 111/15 116/22 118/16 118/21 118/21 120/7 120/19 121/16 122/7 123/8 125/14 126/3 126/6 126/9 129/4 130/14 134/22 141/3 144/9 144/21 146/13 151/24 153/13 155/20 165/19 166/6 167/13 197/25 200/22 214/24 215/3 215/6 215/9 215/18 215/22 216/4 216/7 216/11 230/13 230/15 230/22 232/3 234/24
**anybody [2]**  27/23 130/5
**anyone [3]**  128/21 214/20 228/10
**anyplace [1]**  141/13
**anything [8]**  118/2 126/14 135/11 141/7 160/6 167/20 219/20 231/25
**anytime [1]**  166/16
**anyway [4]**  94/19 102/11 172/1 232/17
**apologize [2]**  106/10 229/1
**apologizing [1]**  229/2
**apparently [1]**  93/15
**appear [1]**  222/5
**appears [3]**  96/8 96/10 233/5
**appendix [1]**  132/16
**apples [3]**  87/9 87/9 91/15
**applicant [30]**  6/21 14/1 16/10 33/3 94/11 125/12 126/2 126/22 134/6 140/11 152/7 161/11 161/21 165/10 171/5 171/8 172/22 172/23 173/22 174/18 176/24 177/1 182/15 193/11 224/3 224/9 225/15 225/17 225/19 225/21
**applicant's [1]**  11/5
**applicants [128]**  11/16 14/2 52/22 60/7 61/9 63/25 67/8 73/14 76/12 80/9 84/4 91/17 101/14 109/18 109/18 109/19 109/19 109/21 109/22 109/22 121/8 124/13 126/13 126/18 126/19 127/19 128/3 128/5 128/11 128/13 129/21 130/10 130/14 132/24 134/19 134/25 135/2 135/7 135/8

## [middle column]

135/8 135/9 135/14 135/15 136/9 137/2 135/18 139/2 139/11 140/21 142/12 143/23 147/17 146/18 146/24 147/2 147/4 148/4 148/10 148/13 148/14 148/15 148/19 148/21 149/9 150/5 152/5 152/12 153/18 153/19 154/21 154/23 155/21 156/5 157/2 159/25 160/20 160/20 161/13 166/10 167/14 167/21 171/15 173/14 175/3 176/1 176/6 177/25 179/9 179/15 180/1 181/2 181/4 181/7 181/20 184/17 185/1 185/2 185/4 194/4 197/14 197/18 197/20 197/23 198/9 198/14 201/10 203/7 204/1 204/3 204/4 204/16 204/19 204/21 205/15 205/16 207/2 207/22 214/24 216/12 225/10 233/21
**application [30]**  16/25 17/2 19/16 19/24 23/22 27/5 28/16 39/6 49/18 49/19 49/21 49/22 49/24 50/1 50/2 59/13 59/21 62/4 63/17 64/3 70/1 70/20 74/15 75/22 80/22 127/3 155/17 164/7 170/10 175/5
**applications [28]**  18/7 49/16 49/18 52/21 53/1 53/13 57/8 57/12 59/18 60/8 60/12 60/14 69/15 69/16 69/19 70/16 70/25 74/13 74/23 75/5 76/25 77/3 86/8 127/1 127/2 134/17 141/24 226/12
**applied [9]**  19/23 25/8 28/17 111/1 111/1 111/15 138/18 139/1 215/10
**applies [1]**  120/11
**apply [18]**  25/24 47/7 49/13 49/15 59/12 59/12 62/10 63/13 66/2 66/8 66/21 68/9 69/25 71/11 72/8 75/4 101/4 180/11
**applying [27]**  17/4 17/5 26/6 26/8 26/11 26/14 27/4 27/6 28/13 57/4 65/17 69/8 70/15 71/8 82/6 100/8 109/14 126/24 127/23 136/11 153/20 154/4 158/1 191/23 198/21 199/16 224/1
**appointed [1]**  110/15
**appointee [13]**  7/19 7/23 9/8 9/9 10/8 133/22 136/4 140/9 140/25 182/10 183/19 184/14 185/8
**appointees [21]**  9/7 9/18 9/25 10/12 10/17 10/20 139/7 139/8 139/10 139/15 139/19 140/2 140/13 182/20 183/1 183/9 183/11 183/14 184/19 184/25 226/8
**appointment [10]**  3/25 7/17 8/18 11/21 16/9 19/13 19/21 19/25 74/24 88/1
**appointments [3]**  9/10 10/16 118/21
**appreciate [4]**  21/11 45/2 209/19 228/19
**approach [5]**  22/3 122/22 130/22 171/20 232/21
**approaches [1]**  83/5
**appropriated [2]**  51/12 51/16
**appropriately [1]**  205/9
**approximate [3]**  218/6 218/7 219/7
**approximated [1]**  182/6
**approximately [2]**  92/15 227/19
**April [1]**  44/7
**arbitrary [1]**  201/16
**Arcidiacono [29]**  2/8 108/5 108/16 108/21 109/3 109/4 119/4 119/10 120/24 128/2 129/16 131/20 132/17 133/18 134/14 140/15 147/1 147/14 149/4 155/8 164/25 167/1 172/19 188/12 228/2 228/6 228/8 228/9 232/3
**are [397]**
**area [8]**  66/11 115/13 115/14 116/21 119/4 119/8 120/17 120/18
**areas [21]**  23/20 47/12 48/5 57/22 58/14 61/23 62/13 62/14 64/23 65/10 66/10 67/12 68/1 71/1 71/1 72/13 77/14 79/16 79/17 82/23 111/4
**aren't [1]**  17/23
**argument [1]**  195/6
**arms [1]**  105/14
**around [12]**  20/24 47/22 56/20 58/4 59/20 60/22 62/13 65/3 160/4 182/20 186/11 233/19
**articles [2]**  115/4 115/6
**as [250]**
**Asian [36]**  83/16 109/19 109/22 131/13 135/9 135/15 137/8 138/13 139/5 141/11 143/16 146/19 159/22 161/8 161/10 167/22 173/20 175/23 178/25 179/3 179/3 181/9 181/17 185/2 185/4 192/14 192/15 192/23 192/24 192/24 201/6 201/23 201/24 202/10 202/11 206/10
**Asians [2]**  168/20 201/11
**aside [1]**  219/4
**ask [22]**  13/19 20/9 31/9 36/14 40/4 41/10 43/19 45/4 47/3 47/5 50/8 86/17

## [right column]

109/24 137/16 146/3 153/19 157/18 195/15 210/22 211/12 230/14 230/22
**asked [22]**  8/4 8/7 8/8 40/14 41/4 41/9 41/18 43/13 44/18 45/12 49/13 89/12 92/2 92/24 103/6 122/13 198/8 207/7 211/21 219/2
**asking [1]**  101/18
**aspects [3]**  162/14 194/7 222/24
**assertive [1]**  76/21
**assess [1]**  86/1
**assessment [6]**  40/15 63/11 96/15 102/4 226/3 226/4
**assigned [1]**  183/13
**assigning [1]**  219/9
**associate [3]**  118/18 118/20 118/24
**associated [3]**  140/23 158/10 159/4
**Association [2]**  20/22 119/1
**assume [5]**  93/15 98/21 98/21 99/2 232/22
**assuming [1]**  4/3
**assumption [2]**  195/8 205/20
**assurance [1]**  10/3 11/20 122/5
**assure [2]**  32/23 95/1
**athlete [13]**  125/4 125/4 138/10 139/1 139/2 140/10 151/19 152/23 171/9 175/4 179/15 180/8 204/2
**athletes [53]**  10/10 11/15 11/18 12/14 23/15 30/4 30/6 30/9 30/14 31/2 109/14 123/13 127/20 134/18 136/11 136/13 136/23 138/6 139/20 141/2 141/23 143/5 143/7 143/9 143/11 143/13 143/15 145/7 145/11 145/13 148/6 148/25 150/9 150/11 150/19 151/1 151/2 151/10 152/12 153/5 156/4 167/16 167/19 170/12 170/15 170/17 176/1 176/4 180/12 180/16 191/16 191/22 191/24
**athletic [4]**  30/22 30/25 51/1 125/25
**athleticism [1]**  34/25
**athletics [1]**  192/4
**Atlanta [1]**  73/4
**attend [11]**  54/20 58/11 58/12 60/6 63/11 63/14 66/22 72/4 72/5 75/18 83/3
**attended [4]**  57/7 58/5 60/7 74/22
**attending [3]**  63/9 67/21 74/19
**attention [6]**  20/4 48/19 84/12 211/7 211/17 218/25
**attract [6]**  40/2 41/12 68/13 71/2 73/22 74/1
**attracting [4]**  38/1 39/5 58/9 69/25
**attraction [2]**  121/2 121/4
**August [3]**  72/3 95/24 97/18
**August 2022 [1]**  95/24
**author [2]**  115/19 115/20
**authority [1]**  12/8
**automatically [1]**  167/17
**auxiliary [2]**  124/2 217/19
**availability [1]**  234/13 235/7
**available [4]**  121/8 125/22 125/24 126/2
**average [26]**  74/23 125/19 140/16 141/7 144/15 171/13 171/19 171/22 174/10 174/25 175/2 175/6 175/11 175/19 175/21 176/16 178/8 185/12 185/18 185/19 193/15 193/16 198/19 198/24 199/22 202/12
**averaging [1]**  179/10
**aviation [1]**  104/17
**awarded [1]**  110/8
**aware [10]**  90/17 194/6 194/10 197/9 199/8 199/24 201/15 206/13 215/13 224/15
**awareness [4]**  47/11 48/4 49/8 77/16
**away [10]**  23/9 77/15 118/4 168/14 172/4 172/9 177/21 178/7 180/21 180/23
**axis [1]**  190/25

## B

**back [35]**  3/20 10/25 17/15 18/6 18/9 20/4 27/2 29/9 29/21 35/10 36/5 39/8 42/24 51/11 53/11 53/21 58/25 66/7 80/5 100/17 108/1 109/24 115/19 116/12 126/12 130/10 132/23 137/15 141/6 146/6 154/9 157/16 176/9 182/24 228/11
**background [6]**  47/5 64/2 109/25 118/3 118/12 123/2
**backgrounds [8]**  33/15 33/18 34/24 35/9 35/16 112/11 113/8 197/24
**backward [1]**  155/24
**bad [1]**  106/11
**balancing [1]**  216/5
**Baltimore [1]**  1/6
**band [1]**  68/11
**bar [2]**  42/22 92/20
**Barack [1]**  90/9

**B**

barriers [1] 120/2
base [1] 77/16
based [12] 5/25 6/16 33/6 38/9 38/14 38/24 64/8 116/19 194/13 207/21 226/21 227/11
baseline [4] 109/23 160/10 160/12 164/5
bases [1] 27/13
basic [4] 20/10 54/6 212/19 217/14
basically [21] 109/20 115/2 127/20 131/25 132/24 153/6 153/14 166/16 166/20 167/13 167/17 168/21 169/2 173/2 173/13 182/12 184/10 191/23 192/17 200/13 201/11
basis [4] 13/1 87/4 194/15 202/25
basketball [7] 30/11 150/13 150/21 151/11 207/4 207/5 207/7
Bates [1] 41/22
Bayes' [2] 176/22 177/8
BCA [14] 137/1 137/4 137/6 137/16 138/21 138/21 139/25 139/25 140/3 140/3 140/5 140/13 145/15 146/8
be [226] 3/3 5/13 5/20 6/4 6/6 6/23 7/9 8/14 8/20 8/23 9/4 9/17 10/16 10/21 10/21 11/22 12/6 12/12 12/17 12/25 13/17 14/8 15/14 16/3 17/6 18/13 19/20 19/24 20/25 22/18 22/20 22/22 23/1 23/22 24/16 26/7 26/13 30/11 31/17 32/12 34/7 34/16 36/18 38/7 39/3 39/8 39/11 39/12 39/24 45/13 45/23 54/8 56/21 59/21 61/19 67/14 71/24 72/21 73/15 74/2 74/3 76/4 78/6 81/16 82/17 86/6 87/8 87/11 88/11 89/15 94/10 94/14 95/19 97/21 100/18 100/23 101/6 102/17 103/13 104/4 104/5 104/15 104/22 104/25 105/15 105/22 108/1 109/10 112/17 114/5 114/7 114/11 114/11 115/9 115/13 115/17 115/17 116/19 119/7 120/7 120/12 120/20 121/15 122/4 122/17 123/7 123/23 124/7 127/19 129/11 130/25 131/11 131/12 136/10 137/18 138/22 140/9 140/10 141/12 141/14 141/20 144/15 147/3 150/1 150/9 152/1 154/4 156/9 157/5 157/9 157/23 158/1 158/10 158/13 158/17 158/20 158/21 158/21 159/6 160/4 160/12 161/4 162/20 163/13 164/3 164/3 165/8 165/8 165/11 165/13 166/21 170/16 170/17 171/7 171/15 171/24 171/25 172/4 173/3 173/15 177/9 177/16 177/21 178/8 179/4 179/10 181/4 182/8 182/18 183/12 183/13 183/16 183/19 186/3 187/24 188/2 188/3 188/8 190/23 191/25 192/21 193/13 193/20 195/9 195/13 196/5 201/10 201/20 201/22 201/24 201/24 201/25 202/17 203/15 203/9 204/15 206/2 206/8 207/13 207/14 207/21 207/25 207/25 208/18 208/19 210/2 211/13 211/13 211/23 219/13 223/11 224/3 224/6 224/9 224/20 225/14 226/21 227/8 230/12 231/5 231/15 231/21 232/8 233/3 233/19 233/20
beat [2] 165/12
became [1] 186/22
because [95] 4/5 10/12 13/4 16/15 17/17 18/1 20/2 23/18 25/15 25/16 26/5 26/11 26/22 30/25 32/14 33/15 35/5 37/21 42/10 49/2 53/15 55/11 56/1 56/21 60/3 62/1 64/6 66/6 67/2 71/24 77/6 80/4 84/6 87/14 87/23 91/16 92/4 92/7 95/16 100/7 101/3 105/4 114/7 121/3 121/6 121/9 122/5 127/2 127/11 130/5 136/6 137/24 139/11 139/12 149/11 152/22 153/6 158/1 158/8 163/3 165/3 167/7 167/17 169/11 169/21 170/1 170/6 176/22 177/16 178/5 179/8 182/17 183/10 185/24 186/8 191/9 191/22 192/19 194/14 195/4 196/5 196/6 196/10 199/9 202/17 204/1 207/10 207/11 208/19 211/6 214/15 227/1 229/6 231/10 233/20
become [12] 16/2 27/25 38/2 68/20 83/25 84/6 97/4 98/15 105/5 110/10 110/18 168/3
becomes [1] 223/12
bed [1] 31/22
been [70] 5/17 12/20 12/22 14/8 14/20 19/10 19/15 19/18 20/2 21/3 21/14 23/9 25/3 25/24 26/16 26/18 26/23 33/8 39/15 44/3 46/12 47/8 47/23 52/10 53/5 53/20 56/17 58/9 61/8 62/13 64/1 66/1 68/3 67/7 69/18 69/21 71/10 71/15 73/15 74/1 75/3 78/14 79/22 84/3 84/6 84/7 88/5 88/7 100/12 103/21 103/23 105/4 110/25 129/3 131/20 150/12 165/10 166/22 176/25

<br>

177/1 177/10 177/11 190/6 206/3 208/10 209/21 210/3 223/9 231/12 234/7
before [38] 2/8 2/13 18/19 21/10 21/18 60/18 61/22 68/19 70/9 95/24 101/24 110/22 112/23 115/21 131/2 133/15 145/12 145/22 146/14 152/13 161/22 166/12 177/23 184/13 185/13 196/19 202/10 204/9 207/1 214/17 230/21 231/11 232/1
began [2] 75/19 129/21
beginning [6] 24/19 101/4 169/22 191/18 211/21 219/2
Behalf [1] 1/12 1/16
behave [1] 204/9
behind [4] 37/25 49/19 90/25 121/6
behold [3] 15/12 15/21 19/12
being [42] 6/13 10/13 13/16 18/14 22/16 30/9 32/20 48/5 64/16 67/19 71/20 73/22 84/8 87/11 112/14 114/8 116/16 122/5 130/18 134/21 135/1 136/1 142/12 142/17 145/10 148/21 148/22 157/8 160/3 160/8 169/8 169/14 170/7 173/19 174/21 177/6 177/12 178/19 185/7 185/8 205/11 223/23
beliefs [1] 114/19
believe [29] 7/8 10/15 18/20 21/14 25/7 29/18 33/22 37/6 40/16 41/24 43/13 45/7 45/12 45/14 45/17 58/16 78/20 80/3 100/6 101/3 103/5 150/18 197/23 201/14 223/7 223/9 223/14 223/22 229/7
belonging [1] 199/10
below [5] 92/23 96/24 188/13 188/15 191/4
bench [3] 120/8 231/11 231/22
bend [1] 190/19
beneficiaries [1] 208/4
benefit [3] 19/23 20/20 21/8
benefits [1] 117/8
BENNETT [1] 1/9
best [13] 16/8 19/20 34/15 67/20 94/20 94/23 128/24 212/11 212/12 218/5 218/6 218/21 218/22
bestow [1] 110/20
better [13] 14/11 29/8 118/8 121/6 147/6 163/2 172/1 183/10 202/24 203/19 203/24 203/24 203/25
between [25] 25/3 90/12 101/16 111/21 114/21 148/16 166/6 171/18 175/18 176/16 186/23 187/5 187/8 187/10 187/12 188/20 188/24 189/6 189/6 190/3 190/15 191/7 191/10 223/16 225/24
beyond [5] 5/16 11/17 42/14 78/6 126/2 222/6
BGO [2] 124/22 165/21
BGOs [1] 81/18
bias [3] 199/7 199/9 201/12
big [25] 27/23 30/12 31/16 40/2 48/17 52/4 53/2 53/13 69/23 85/10 86/7 124/16 141/17 152/3 156/1 168/13 168/25 175/16 175/17 189/7 197/13 199/4 203/17 218/13 225/24
bigger [14] 25/20 25/20 28/3 29/2 32/5 139/21 142/16 169/13 179/4 182/19 184/25 189/17 202/20 205/13
biggest [3] 51/4 51/21 58/6
billets [1] 77/5
bin [1] 190/23
binder [8] 21/19 22/1 119/13 119/18 119/23 211/5 211/9 218/24
bins [1] 190/20
bit [31] 4/23 8/3 9/23 20/2 20/14 21/9 49/10 66/3 70/4 72/21 79/13 86/23 87/2 94/3 111/11 133/15 141/18 142/24 152/15 152/22 153/8 156/22 156/24 171/3 172/17 179/25 191/13 198/10 203/24 203/25 229/5

<br>

Black [95] 83/15 84/19 85/8 89/1 89/8 90/8 98/22 98/23 109/18 109/21 117/16 117/17 118/12 118/14 131/6 131/7 131/10 134/25 135/7 135/14 136/25 137/2 137/7 138/12 139/3 140/2 141/3 143/10 143/12 143/13 143/14 145/1 146/17 148/15 148/19 148/21 150/2 150/5 152/2 152/7 154/23 155/1 155/21 159/21 160/1 160/2 163/22 160/18 160/20 167/12 167/22 172/1 171/19 172/10 173/4 173/18 174/22 175/5 175/16 173/16 175/21 184/15 185/1 193/9 193/12 193/17 193/20 194/2 194/2 194/3 201/6 210/10 201/21 201/21 201/23 202/14 202/16 202/17 203/6 203/16 203/17 204/17 205/15 205/16 207/22 219/12
Blacks [5] 155/2 168/19 203/9 204/16 219/13
blips [1] 150/1
block [1] 194/25
blow [1] 41/1
blue [65] 10/9 11/15 11/17 24/14 65/18 77/11 109/14 123/13 125/4 127/20 134/18 136/11 136/13 136/22 138/6 138/10 139/1 139/2 139/20 140/10 141/2 141/23 143/5 143/7 143/9 143/11 143/13 143/15 145/7 145/11 145/13 148/6 148/25 150/9 150/11 151/1 151/2 151/10 151/19 152/11 152/19 152/23 153/5 153/20 154/10 156/14 167/16 167/19 170/12 170/14 170/17 171/19 173/22 175/4 176/1 176/4 177/24 179/15 180/8 180/12 180/16 191/21 191/22 191/24 204/2 219/13
blue-chip [46] 10/9 11/15 11/17 123/13 125/4 127/20 134/18 136/11 136/13 139/20 140/10 141/2 141/23 143/5 143/7 143/9 143/11 143/13 143/15 145/7 145/11 145/13 148/6 148/25 150/9 150/11 151/1 151/2 151/10 151/19 152/11 152/19 152/23 153/5 153/20 154/10 156/14 167/16 176/4 177/24 180/12 191/21 191/22 191/24
BLUM [1] 1/20
board [36] 5/17 8/6 9/21 10/2 10/24 14/5 17/25 18/8 23/23 49/8 57/20 62/18 76/25 86/2 87/19 87/23 95/11 95/13 95/17 95/25 97/10 99/4 100/3 100/8 100/12 100/18 100/24 101/2 204/18 220/19 221/3 221/12 221/19 222/1 222/4 222/12
board's [1] 131/25
body [9] 25/17 33/14 33/19 34/13 34/20 34/23 35/2 38/19 45/24
bonus [1] 162/12
book [4] 194/20 195/14 195/16 196/20
books [2] 23/9 27/2
BOOST [2] 25/8 32/2
BOOST 2 [2] 25/8 32/2
born [2] 96/20 97/2 98/10
Boston [2] 41/18 91/24
both [33] 10/23 15/21 16/1 16/11 29/25 38/1 39/5 39/7 56/9 75/4 75/17 75/22 90/12 90/20 96/15 102/4 113/1 125/25 138/25 144/5 144/12 147/2 156/2 160/23 177/10 177/19 201/21 202/15 206/5 210/12 212/23 223/10 235/3
bottom [20] 132/21 137/3 144/1 148/9 148/20 148/23 150/7 150/8 152/8 152/16 152/24 153/18 154/14 157/14 159/1 167/3 167/9 169/17 169/19 205/17
bound [3] 4/4 4/9 15/23
branch [1] 78/4
break [13] 71/6 75/8 79/5 78/9 128/16 129/10 133/13 148/3 187/18 187/20 188/7 228/17 233/24
breakfast [1] 234/1
brief [5] 43/23 79/14 80/14 90/22 103/1
briefed [2] 86/15 107/22
briefly [4] 7/25 70/3 95/10 162/4
brigade [1] 41/5
bring [14] 53/3 57/25 59/23 61/21 64/13 72/2 72/16 78/8 81/1 83/1 86/23 86/25 111/10 233/8
bringing [1] 34/22
broad [2] 59/11 80/25
broader [1] 150/15
broadly [2] 82/19 122/24
broken [1] 136/8
brought [1] 53/8
BRUCE [1] 1/21
budget [4] 50/9 51/9 54/6 76/19
build [3] 23/6 35/18 235/10
building [2] 111/23 163/5
builds [1] 164/7
bulk [1] 111/17
bullet [14] 31/10 34/6 34/12 35/22 36/6 36/15 43/9 79/3 79/9 80/8 80/20 92/23 96/24 98/5
bullets [1] 98/1
bump [2] 177/15 203/17
bunch [1] 159/9
burden [1] 36/1
Bureau [1] 118/23
butchered [1] 229/1
buy [2] 129/5 129/6

**C**

calculate [5] 139/11 148/1 174/14 178/19

# C

**calculate.** Case 1:23...
**calculated [1]** 149/18
**calculating [1]** 174/10
**calculation [1]** 185/19
**calculus [5]** 115/2 118/7 118/8 133/12 133/15
**California [1]** 66/11
**call [12]** 18/1 23/17 63/5 72/3 72/9 82/2 83/6 104/25 108/4 113/21 161/19 219/10
**call-outs [1]** 83/6
**called [2]** 20/22 21/2 25/8 57/19 60/20 70/4 70/23 72/15 169/19 171/21 179/24 212/25
**calling [1]** 216/23
**calls [2]** 99/13 108/15
**came [10]** 22/7 49/5 49/5 66/7 66/12 78/21 80/5 128/25 134/3 230/25
**CAMERON [1]** 1/14
**camp [7]** 55/20 55/23 55/24 71/23 71/24 72/4 80/10
**camps [1]** 77/25
**campus [4]** 61/4 61/17 69/6 69/9
**can [189]** 4/20 5/16 9/7 10/19 12/6 13/4 13/17 14/8 14/22 16/1 17/9 17/14 18/4 18/6 20/7 21/12 21/17 21/19 21/24 22/1 23/22 27/3 28/24 29/9 32/23 34/7 36/10 40/6 45/2 46/15 47/24 48/23 55/23 62/25 66/15 67/18 67/18 68/13 68/16 68/23 68/24 69/13 70/8 70/14 70/25 72/12 76/17 76/18 82/2 82/4 82/5 82/17 83/2 83/24 83/25 85/16 89/23 95/1 100/18 100/23 101/23 105/5 107/4 110/20 111/12 112/25 113/13 115/21 117/9 120/8 121/15 123/12 123/22 123/25 128/17 128/25 129/4 131/2 131/14 131/18 131/19 131/24 132/14 132/21 133/1 133/13 134/13 134/24 135/15 135/21 136/18 137/15 138/18 138/24 139/2 139/19 142/24 143/19 144/24 146/22 147/2 147/14 148/11 148/24 149/20 151/9 151/12 152/2 152/21 153/14 154/24 154/25 155/21 156/5 156/7 156/23 156/23 158/13 158/25 160/21 160/22 160/22 160/23 161/12 161/14 161/16 161/20 163/11 166/25 167/3 169/22 170/3 171/3 172/2 173/17 174/2 174/18 175/14 176/8 176/18 176/19 176/21 177/2 177/3 177/9 177/19 178/4 179/17 180/21 182/3 183/7 183/23 184/21 185/18 186/15 188/17 188/22 189/1 190/18 191/3 192/13 193/16 194/1 194/24 197/15 198/9 198/11 200/11 200/21 202/9 202/12 202/17 203/8 203/19 203/22 204/22 205/7 205/12 208/5 209/4 209/8 213/22 218/6 218/11 228/24 231/17 233/8 233/8 235/2
**can't [11]** 22/4 50/1 67/2 81/16 81/16 133/9 154/1 158/8 190/6 215/6 215/9
**candidate [29]** 5/1 5/5 5/10 5/13 5/25 6/5 6/16 10/1 10/3 14/9 14/11 15/4 15/14 17/21 62/23 62/25 63/11 63/24 64/1 73/21 100/23 133/20 134/9 199/10 222/24 224/8 225/20 227/14 227/16 227/24
**candidate's [3]** 5/2 5/7 222/24
**candidates [49]** 6/3 7/1 8/4 9/9 10/11 11/20 12/6 12/9 12/23 13/16 13/22 14/4 14/23 14/25 15/1 15/5 15/7 15/8 15/14 16/8 16/24 17/12 17/18 18/21 19/6 19/7 20/19 23/8 23/11 24/1 24/1 24/12 24/15 38/4 44/7 58/10 59/23 62/1 95/5 95/7 134/3 165/11 188/13 220/20 221/3 221/13 221/20 222/5 222/13
**cannot [1]** 96/22
**capable [1]** 232/18
**capacity [8]** 25/1 31/19 32/6 58/7 172/11 179/11 179/17 193/25
**capital [1]** 159/19
**Cappex [1]** 57/17
**capture [1]** 14/16 199/15
**captures [2]** 14/14 197/23
**car [1]** 28/1
**care [2]** 161/23 161/24
**career [2]** 42/11 213/4
**cares [1]** 161/21
**CARMICHAEL [3]** 1/17 208/23 209/7
**Carolina [8]** 113/7 113/24 210/10 212/3 212/5 212/15 212/21 232/20
**Carr [1]** 197/3
**carries [1]** 5/22
**case [55]** 13/4 20/3 30/10 49/1 92/19 95/24 101/15 109/6 119/11 119/16 119/21 120/25 120/25 123/1 123/17 125/5 126/4

**126/19 131/21 138/7 139/24 141/3 142/5** 115/15 159/23 162/2 197/9 209/22 210/3 212/3 212/3 212/12 216/10 218/2 218/21 214/9 214/19 214/23 215/2 215/13 216/4 218/3 218/13 218/19 218/23 219/1 220/16 223/7 225/8
**cases [17]** 7/17 15/25 17/6 43/24 83/19 84/10 113/3 113/6 116/11 116/19 116/20 121/3 121/22 133/20 172/15 210/12 212/23
**categories [3]** 11/16 136/9 203/20
**categorization [5]** 201/16 202/8 203/13 203/14 203/21
**categorizations [4]** 131/16 142/2 202/22 204/3
**categorize [5]** 131/3 131/4 201/18 202/7 202/25
**categorizes [1]** 131/14
**categorizing [3]** 131/14 202/2 203/2
**category [1]** 9/9
**CATHERINE [1]** 1/17
**caucus [3]** 83/15 83/15 83/16
**caucuses [4]** 83/8 83/10 83/13 84/3
**causes [1]** 111/20
**causing [1]** 85/7
**caveat [1]** 154/3
**cell [1]** 178/22
**census [3]** 91/4 91/16 91/19
**center [11]** 50/21 51/4 51/6 51/7 51/21 51/21 52/2 52/5 64/13 65/25 65/25
**centers [6]** 48/16 50/16 50/18 64/10 64/12 82/1
**certain [6]** 30/8 32/14 123/23 150/13 224/21 231/12
**certainly [6]** 24/24 38/18 151/3 151/5 222/17 233/10
**CERTIFICATE [1]** 235/19
**Certified [1]** 236/4
**certify [1]** 236/6
**cetera [1]** 5/18 155/17 191/19
**CFA [4]** 8/6 144/6 144/19 205/7
**chain [2]** 28/4 28/5 28/12 104/2
**chair [2]** 110/16 110/19
**challenge [4]** 10/1 28/15 47/9 58/6
**challenged [4]** 63/22 69/24 70/25 88/9
**challenges [9]** 27/7 27/15 47/6 48/14 49/14 64/7 76/8 76/15 84/11
**chance [16]** 19/24 152/6 152/9 167/14 171/6 171/12 172/24 173/15 173/15 173/18 173/19 178/15 193/11 193/13 193/14 225/20
**chances [5]** 149/19 164/15 171/1 172/6 174/23
**change [18]** 20/1 33/7 42/1 44/8 45/4 96/22 98/3 99/10 99/16 100/6 138/24 163/12 171/19 175/2 177/18 181/1 206/22 227/23
**changed [8]** 8/12 99/24 101/21 107/3 147/17 149/6 164/17 172/8
**changes [7]** 11/18 150/10 166/6 186/7 186/7 198/10 225/10
**changing [6]** 149/5 160/24 180/22 180/22 202/7 204/14
**channel [15]** 136/1 136/11 140/18 140/25 182/15 182/24 184/18 184/19 184/20 184/22 185/5 185/6 190/7 219/4 226/5
**channels [13]** 109/17 135/18 136/21 137/10 138/17 141/4 182/8 182/21 183/3 183/4 185/16 185/24 226/7
**chapter [2]** 174/4 196/17
**chapters [1]** 195/18
**character [5]** 59/9 222/13 226/1 226/3 226/4
**character-forming [1]** 59/9
**characteristic [3]** 146/20 219/17 219/22
**characteristics [21]** 123/14 125/17 125/21 144/1 144/11 144/23 157/1 157/22 158/4 159/3 160/24 161/3 161/15 163/20 163/22 164/24 165/7 171/8 184/5 199/16 208/20
**charged [4]** 9/11 10/8 10/11 10/14
**charges [1]** 25/22
**chart [15]** 24/8 24/11 24/18 42/5 42/20 43/1 44/19 44/21 44/24 88/22 89/13 90/11 90/22 92/6 133/6
**charter [1]** 42/24
**charts [2]** 43/15 44/6
**Chicago [2]** 72/18 73/2
**chip [62]** 10/9 11/15 11/17 109/14 123/13 125/4 127/20 134/18 136/11 136/13 136/22

**138/6 138/10 139/1 139/2 139/20 140/10** 141/2 141/22 143/5 143/7 143/9 143/11 143/18 145/13 145/13 148/6 148/25 150/9 150/11 151/11 151/12 151/10 151/19 152/11 152/19 152/23 153/5 153/20 154/10 156/4 167/16 167/19 170/12 170/14 170/17 171/9 173/22 175/4 176/7 176/4 177/24 179/15 180/8 180/12 180/16 191/21 191/22 191/24 204/2
**choice [11]** 111/6 111/16 112/16 114/4 114/6 114/14 117/4 117/14 159/23 194/20 195/17
**choices [1]** 195/11
**choir [1]** 67/24
**choose [6]** 35/10 111/8 114/10 116/6 116/7 221/13
**chosen [1]** 160/5
**CHRIS [1]** 1/19
**circumstance [3]** 7/8 7/12 16/10
**circumstances [7]** 5/24 6/20 6/25 7/3 13/9 15/3 227/13
**cite [1]** 206/5
**cities [3]** 72/17 73/7 73/8
**citizens [2]** 126/21 126/21
**city [4]** 48/8 49/1 71/1 98/14
**Civil [1]** 1/4
**civilian [6]** 20/21 20/23 21/3 220/11 221/7 225/25
**CivPrep [2]** 125/3 130/2
**claim [1]** 201/12
**claims [3]** 201/15 206/13 215/14
**clarification [1]** 230/16
**clarified [1]** 167/15
**clarify [9]** 79/13 103/2 103/10 103/25 104/8 106/14 150/17 150/18 173/24
**clarity [4]** 8/22 8/24 9/24 39/11
**class [61]** 12/11 13/14 14/15 24/12 31/16 36/25 37/1 37/9 37/13 37/17 38/7 38/12 38/17 39/25 40/10 43/15 43/21 43/24 49/23 52/17 54/13 54/19 54/25 55/6 59/10 63/5 63/9 74/23 74/25 84/16 84/19 84/21 84/24 85/2 85/13 88/9 89/4 89/16 89/19 89/20 90/3 90/13 91/18 114/19 118/7 118/8 146/6 172/10 172/12 172/13 179/23 180/12 187/7 192/14 192/22 192/24 195/17 195/17 195/19 196/22 207/8
**classes [19]** 12/5 25/16 31/20 36/23 38/20 39/17 44/2 56/23 86/22 88/6 89/2 116/7 116/8 124/6 165/20 167/11 180/7 181/3 181/12
**classified [1]** 150/12
**classmates [1]** 214/15
**clear [17]** 36/9 56/9 104/4 120/13 127/22 138/4 140/8 150/11 150/20 151/9 151/14 192/21 196/20 199/5 211/23 227/8 233/3
**clearly [4]** 149/20 151/11 218/14 231/19
**Cleveland [1]** 73/3
**clips [1]** 77/9
**close [8]** 4/18 5/20 6/10 54/8 85/22 203/11 223/7 228/4
**closely [3]** 218/8 219/6 219/8
**closer [1]** 111/10
**clubs [1]** 67/24
**CO [2]** 28/4 28/5
**Coast [8]** 25/5 31/24 66/23 86/18 86/19 86/22 87/6 87/15
**coauthors [1]** 206/6
**code [1]** 125/20
**coded [1]** 130/15
**codes [2]** 121/24 122/1
**coeditor [1]** 118/20
**coefficient [32]** 159/11 159/12 159/19 159/21 159/21 159/22 160/12 160/14 160/17 160/18 161/10 166/21 167/22 167/25 168/22 169/1 171/16 173/6 174/13 174/21 175/16 184/16 192/15 192/15 192/23 193/9 201/5 219/10 219/13 219/15 219/19 220/1
**coefficients [25]** 158/25 159/22 160/7 161/1 162/10 162/11 167/2 167/5 167/12 168/9 169/11 170/25 174/17 185/8 190/13 198/2 198/6 198/12 198/18 200/6 200/24 204/14 204/19 206/22 207/24
**cognizant [1]** 24/3
**cohort [3]** 87/3 157/25 164/7
**cohorts [1]** 158/1
**colleague [6]** 37/6 41/24 43/13 43/19 44/12 232/20
**collective [1]** 86/16
**college [43]** 18/1 18/2 25/25 26/7 39/16

**C**

**college...** [28] 3/13 14/13 42/20
61/16 62/7 62/18 68/20 69/6 70/21 71/20
75/18 78/3 79/20 81/23 111/22 116/5
116/6 116/17 117/4 117/15 124/25 125/1
142/7 142/8 142/20 142/21 145/18 162/12
164/10 167/6 168/24 169/1 169/5 170/5
209/25 210/12 221/7
**colleges** [2] 48/13 101/7
**column** [40] 132/19 133/1 134/20 134/23
135/6 135/12 136/10 136/13 137/3 139/22
142/1 142/2 142/8 143/12 144/22 144/25
145/1 145/2 146/24 147/3 148/11 149/20
153/3 153/4 153/15 154/11 181/1 184/21
186/15 187/1 187/9 188/22 188/25 189/3
189/7 198/4 198/8 200/14 200/20 203/12
**Column 1** [2] 142/2 189/3
**Column 3** [1] 200/20
**columns** [9] 136/9 136/15 139/17 139/18
140/20 142/21 174/6 188/21 200/13
**combat** [1] 105/14
**combine** [3] 131/8 161/16 205/8
**come** [30] 7/21 8/19 9/21 10/4 10/6 13/8
15/12 15/13 24/13 58/19 61/12 63/4 63/8
63/19 64/1 65/23 65/24 74/4 79/12 79/25
80/4 83/24 95/16 109/24 115/19 156/17
182/23 228/11 230/24 231/23
**comes** [12] 17/15 18/6 35/10 50/12 50/15
65/14 65/19 65/23 115/1 169/6 195/6
197/13
**comfortable** [2] 38/22 46/25
**coming** [24] 7/17 18/9 26/24 47/20 48/23
53/11 53/19 65/6 67/6 72/17 72/18 77/24
94/18 125/2 136/13 136/16 136/20 137/1
138/7 138/19 139/20 146/1 152/24 170/12
**command** [2] 28/5 28/5 28/12
**commandant's** [2] 50/21 125/25
**commissions** [2] 92/15 93/10 222/7
**committee** [15] 3/23 3/24 4/14 6/14 10/19
10/24 13/10 16/12 17/11 32/24 94/4 94/6
94/10 95/5 132/2
**committee's** [2] 11/4 16/21
**common** [7] 7/24 13/25 15/6 22/24 82/16
83/25 163/23
**commonly** [1] 175/7
**communicate** [1] 35/17
**communication** [1] 234/8
**communities** [16] 42/25 47/10 47/22 48/5
53/17 56/23 62/16 64/14 70/12 70/24
72/20 77/13 79/12 82/16 104/16 105/1
**community** [13] 60/22 64/16 64/21 65/3
65/5 65/23 68/9 68/13 83/22 84/1 84/11
125/18 164/9
**company** [2] 53/3 54/2
**compare** [12] 4/17 4/19 6/11 6/25 14/1
14/4 15/7 120/25 146/19 150/5 152/1
154/20
**compared** [3] 91/12 107/10 121/5
**compares** [2] 13/22 14/25 15/4
**comparing** [7] 5/21 14/21 16/7 42/23 44/2
113/21 182/17
**comparison** [5] 43/9 87/10 91/15 92/21
169/20
**compete** [3] 11/25 18/5 101/7
**competes** [1] 87/15
**competing** [5] 13/5 28/11 125/7 225/10
225/12
**competition** [3] 12/22 87/14 165/9
**competitive** [21] 4/11 4/12 4/13 4/16 6/4
6/15 6/20 7/1 17/12 59/21 59/23 95/5
101/3 134/4 134/6 134/9 134/10 158/1
227/5 227/14 227/21
**competitor** [1] 39/24
**compile** [1] 141/19
**complemented** [1] 57/21
**complete** [13] 8/22 16/24 17/19 49/15
64/3 74/13 75/4 77/2 126/25 141/24
155/16 170/10 222/5
**completed** [9] 17/23 18/7 19/13 19/16
19/24 74/23 86/8 134/17 175/5
**completely** [3] 16/3 99/15 203/1
**completeness** [1] 36/8
**completing** [2] 69/15 75/22
**completion** [10] 27/5 28/16 39/6 49/20
49/21 49/23 49/24 70/20 74/15 226/12
**complex** [3] 112/16 113/11 194/15
**complicated** [5] 16/2 114/6 156/23 182/4
185/17
**component** [2] 70/2 205/7
**components** [15] 124/16 124/17 127/15
144/2 144/5 146/9 147/20 157/25 161/25
163/12 164/11 164/14 168/6 170/2 199/25
**comprehensive** [23] 123/23 124/3 128/3
38/1/7 42/1 43/15 43/21 45/9 85/12 93/8
138/9
**comprised** [1] 42/17
**comptroller** [1] 50/25
**computer** [2] 1/24 62/5
**Computer-aided** [1] 1/24
**concept** [1] 205/18
**concepts** [1] 99/1
**concern** [1] 46/22
**concerned** [3] 39/3 46/11 87/11
**concerns** [1] 46/20
**concerted** [2] 55/15 59/17
**concluded** [1] 235/4
**conclusions** [3] 109/13 212/19 231/6
**concur** [2] 151/16 151/17
**condition** [1] 224/5
**conditional** [2] 128/1 177/7
**conduct** [2] 155/7 189/19
**conducted** [4] 37/7 37/11 70/7 73/1
**conducting** [1] 34/18
**conference** [2] 65/21 236/10
**conferences** [1] 66/8
**confidence** [2] 35/18 46/15
**confident** [3] 37/20 37/20 121/15
**confirmation** [1] 233/22
**conformance** [1] 236/10
**confuse** [1] 192/4
**congress** [5] 4/2 66/19 78/22 83/2 83/19
**congressional** [76] 8/7 8/8 8/21 9/11
9/23 10/7 11/1 13/21 15/10 16/6 16/7
16/14 16/17 16/19 18/11 18/13 19/9 19/11
25/19 25/21 26/22 32/16 55/16 59/18
66/13 66/15 66/20 67/7 67/11 79/15 81/20
82/21 83/7 83/10 83/13 83/15 83/15 84/3
87/13 87/15 125/9 133/22 136/2 136/5
136/18 136/22 137/4 137/6 137/17 140/23
182/9 182/20 182/25 183/2 183/4 183/5
183/9 183/17 183/20 184/15 184/19 184/20
184/22 184/25 185/5 185/9 189/17 224/13
224/15 224/23 224/25 225/4 226/20 227/7
227/5 227/8
**congressman** [2] 4/6 67/4
**congressmen** [1] 17/16
**congresspeople** [1] 227/20
**congressperson** [6] 5/1 5/5 5/10 6/3
224/21 227/13
**conjoined** [1] 168/5
**conjunction** [2] 57/1 60/2
**connected** [8] 136/3 138/17 138/22 138/25
140/24 183/7 183/21 184/3
**connection** [1] 162/1
**connections** [1] 57/17
**CONNOLLY** [1] 1/13
**conservative** [2] 169/15 198/13
**consider** [18] 3/25 7/9 10/16 13/20 16/9
24/25 28/19 33/11 39/2 39/20 39/24 48/23
74/2 104/15 206/7 232/16 232/17 233/10
**consideration** [16] 12/17 12/20 22/13
23/14 33/2 36/21 37/8 37/12 38/11 38/16
45/8 45/14 45/21 80/21 88/3 210/13
**considered** [25] 5/3 5/7 5/13 5/21 6/5
7/16 9/3 11/6 13/2 13/17 19/24 22/20
23/23 32/9 54/13 110/18 210/16 210/17
212/5 220/15 227/16 231/6 232/8
**considering** [4] 45/5 85/12 94/10 94/13
**considers** [6] 3/24 10/19 33/9 162/17
211/24 222/1
**consistency** [1] 46/2
**consistent** [4] 41/14 89/16 90/12 120/6
**consistently** [1] 45/25
**consortium** [1] 72/19
**constellation** [1] 34/8
**constraint** [1] 179/17
**constraints** [5] 28/21 31/19 172/11
179/11 193/25
**consultant** [1] 61/6
**Consulting** [2] 41/18 91/25
**consume** [1] 196/4
**consumed** [2] 196/5 196/7
**consumption** [2] 196/4 196/12
**contain** [1] 120/1
**contend** [1] 211/24
**contended** [5] 210/15 210/16 210/17 212/4
212/4
**contends** [2] 189/18 211/24
**context** [5] 10/20 113/20 195/24 196/17
196/17
**continuation** [3] 143/23 143/24 146/7
**continue** [9] 3/14 22/22 40/20 44/5 45/23 46/6
69/7 96/5 96/12
**continued** [4] 1/9 2/5 3/17 143/20
**continuing** [2] 67/13 80/25
**contract** [1] 54/7
**contrast** [3] 138/15 139/23 168/11
**contrasted** [1] 117/19
**contributing** [2] 53/2 61/12
**control** [15] 66/18 118/2 157/6 158/18
159/8 159/10 164/1 166/14 167/20 199/14
218/16 224/12 224/14 225/5 225/16
**controlled** [1] 170/3
**controlling** [7] 158/16 159/14 159/17
166/16 167/4 208/13 208/18
**controls** [25] 163/9 164/4 165/3 166/4
167/9 167/11 167/13 167/24 167/25 168/13
168/14 169/3 169/23 184/1 184/2 184/4
184/9 184/10 190/16 197/24 204/14 206/14
206/18 207/23 208/16
**conversation** [1] 86/12
**converse** [2] 19/3 105/18
**conveying** [1] 168/8
**conveys** [1] 142/11
**convince** [1] 60/4
**copy** [2] 232/11
**core** [3] 37/14 43/8 222/14
**corner** [2] 89/22 152/16
**corps** [32] 27/13 33/16 33/21 34/17 35/8
37/23 39/9 42/1 42/5 42/12 46/5 46/6
46/14 47/13 60/5 79/10 80/2 83/24 93/9
93/17 105/1 105/1 105/3 106/23 106/25
107/2 107/6 107/9 107/10 107/17 107/20
216/8
**correct** [303]
**corrected** [3] 130/17 163/17 234/14
**correction** [1] 163/15
**correctly** [5] 78/21 99/4 100/22 103/5
228/3
**correlated** [7] 142/18 144/10 144/12
145/23 146/10 196/8 196/9
**correlation** [2] 142/12 142/20
**correlations** [1] 144/8
**corresponding** [3] 139/22 141/5 144/25
**correspondingly** [1] 189/11
**corresponds** [2] 148/21 206/25
**COs** [1] 104/17
**cost** [10] 50/16 50/18 50/21 51/4 51/6
51/7 51/21 51/21 52/2 52/5
**costs** [2] 117/8 118/10
**could** [58] 6/23 7/9 12/17 20/20 21/9
22/16 23/1 31/7 35/19 39/1 40/20 41/1
41/1 44/17 45/9 45/21 49/9 52/9 79/8
79/20 81/13 89/12 89/15 101/20 103/10
109/2 115/8 115/17 122/3 125/25 130/9
132/1 133/16 143/14 147/23 153/1 158/1
158/20 160/6 160/25 164/3 172/23 174/10
178/24 183/12 186/3 193/15 197/25 201/20
202/3 204/13 207/4 210/2 216/18 216/20
218/5 229/5 230/22
**couldn't** [1] 53/17
**counsel** [6] 70/16 85/17 99/17 99/18
216/21 230/22
**counselor** [1] 66/7
**counselors** [2] 48/8 64/20
**count** [5] 91/8 91/13 131/7 166/18 201/21
**counted** [3] 201/24 201/25 201/25
**counting** [1] 139/13
**country** [26] 16/17 20/24 35/8 38/22
47/12 47/23 53/12 55/12 56/4 57/23 58/14
59/15 62/14 62/21 63/18 64/14 64/24
70/12 76/22 77/14 77/18 78/9 79/16 82/7
82/23 221/4
**couple** [18] 12/5 23/10 25/4 30/12 45/22
53/9 63/4 66/4 69/22 74/1 84/5 84/6
92/12 100/19 111/25 146/5 154/9 190/9
**Coupled** [1] 74/21
**course** [18] 28/12 48/15 63/9 105/18
114/13 114/17 114/25 121/18 121/21 122/6
124/24 181/20 186/5 186/8 191/5 192/19
193/23 222/6
**courses** [3] 22/24 111/8 114/3
**court** [22] 1/1 9/8 21/8 36/1 49/10 55/23
75/9 81/13 81/14 94/20 103/8 103/10
109/2 129/5 129/9 188/5 212/23 230/10
231/17 235/14 235/15 236/5
**Court's** [1] 106/2
**courtroom** [3] 94/19 108/2 129/3
**cover** [2] 114/16 196/22
**covered** [3] 79/9 116/2 229/12

**C**

**covering [1]** 47/14
**covers [1]** 51/7
**COVID [8]** 47/8 47/21 53/11 53/19 68/19
68/20 75/20 149/7
**COVID-19 [1]** 75/20
**create [6]** 33/14 33/20 33/20 69/13 123/5
217/10
**created [1]** 42/23
**creating [3]** 33/19 35/1 35/2
**credibly [1]** 158/25
**credit [1]** 87/24
**criteria [1]** 197/10
**critical [1]** 34/15
**criticism [10]** 194/13 194/17 195/7
197/13 197/22 199/2 199/3 204/11 206/7
206/8
**criticize [1]** 94/25
**criticizes [5]** 194/6 194/10 197/9 199/24
204/6
**critique [1]** 230/7
**critiques [1]** 230/12
**cross [13]** 2/6 2/9 3/17 188/2 209/2
209/14 231/3 232/3 232/8 232/16 233/4
233/9 233/11
**cross-examination [5]** 3/17 188/2 209/14
231/3 233/11
**cross-examine [3]** 232/8 233/4 233/9
**cross-examining [1]** 209/2
**crossing [1]** 191/9
**CRR [2]** 1/25 236/16
**cultural [5]** 80/21 81/4 98/6 98/25 99/5
**culture [3]** 98/10 98/16 98/23
**current [4]** 25/2 110/1 214/24 215/3
**currently [2]** 70/15 73/11
**curriculum [4]** 20/25 23/1 39/23 51/24
**cut [2]** 27/23
**cutoff [13]** 21/1 183/12 186/7 186/13
186/16 186/22 188/16 189/4 189/6 189/14
190/24 191/4 191/11
**cutoffs [1]** 188/14
**cuts [4]** 128/6 129/17 129/24 132/23
**cv [1]** 1/5
**cycle [22]** 8/16 9/11 9/14 9/16 9/22
10/13 13/11 13/13 16/25 17/13 18/15 19/5
38/3 43/25 85/19 85/24 86/2 89/17 101/4
186/5 186/14 186/17
**cycles [3]** 28/25 164/19 164/20

**D**

**daily [2]** 59/6 232/11
**Dallas [1]** 73/3
**data [53]** 36/18 44/4 44/21 46/23 101/14
101/18 121/4 121/5 121/7 121/9 121/13
121/16 121/18 122/6 122/7 122/11 123/10
123/14 124/4 124/6 125/11 125/14 125/16
125/22 125/24 126/2 126/2 127/13 128/6
130/5 130/17 131/1 132/3 132/4 132/6
132/10 134/1 141/13 146/13 153/13 157/6
163/3 165/25 166/3 169/16 169/21 169/24
180/1 180/8 197/14 198/20 199/15 217/14
**dataset [11]** 123/5 124/13 124/15 125/14
126/12 126/13 126/14 128/12 130/11
130/14 217/11
**datasets [1]** 121/9
**date [3]** 44/25 46/21 97/17
**Dated [1]** 236/12
**daughter [1]** 49/3
**daughters [2]** 60/6 76/4
**David [1]** 197/3
**day [17]** 1/3 5/22 49/5 59/4 66/16 71/5
97/21 185/17 195/19 196/22 211/8 211/13
211/15 224/22 235/12 235/16 236/12
**days [7]** 33/9 39/8 59/4 66/14 67/7 87/18
100/19
**deal [3]** 120/9 123/8 151/13
**dealing [2]** 179/10 232/18
**dean [83]** 3/4 3/20 6/19 8/13 11/4 13/9
14/24 16/10 20/1 20/9 22/12 23/25 24/8
24/18 26/5 28/18 30/3 33/1 33/7 34/9
34/19 37/6 38/9 38/24 39/14 39/14 40/12
41/14 42/4 44/13 45/4 47/2 49/9 50/19
50/22 51/5 52/10 52/25 55/9 57/24 58/23
60/7 61/8 62/8 62/25 64/12 66/15 67/18
68/16 71/9 72/24 73/19 75/1 75/14 76/5
78/12 78/14 79/3 80/23 83/7 84/2 85/4
85/17 86/19 87/5 88/2 88/8 95/14 95/10
96/7 98/9 98/21 99/15 100/17 101/10
101/24 102/8 102/9 103/5 104/11 105/18
106/16 220/13

**debate [2]** 205/22 218/13
**decade [1]** 51/10
**decaying [1]** 158/4
**decide [1]** 225/1
**decided [1]** 226/21
**decides [1]** 6/21
**deciding [2]** 3/25 33/3
**decile [27]** 148/4 148/8 148/8 148/14
148/17 148/18 149/17 149/23 150/5 150/6
150/9 152/3 152/4 152/8 152/20 152/21
153/7 153/18 153/18 154/21 154/23 154/24
155/1 161/22 205/11 205/17 205/17
**Decile 1 [2]** 148/8 148/18
**Decile 10 [4]** 148/4 148/8 150/6 205/11
**Decile 5 [1]** 155/1
**deciles [9]** 147/10 148/3 149/16 149/21
152/24 153/9 153/17 156/7 205/10
**decimal [1]** 200/24
**decision [23]** 4/21 5/8 6/23 11/5 11/22
14/22 15/11 17/7 17/9 17/22 18/11 19/1
31/18 33/5 101/8 113/16 132/2 182/14
182/15 195/11 196/7 199/11 227/10
**decision-maker's [1]** 195/11
**decision-making [1]** 11/5
**decisions [23]** 3/23 8/13 11/7 17/12
17/14 17/15 18/6 18/22 19/22 33/13 44/22
44/23 112/17 112/18 112/20 112/22 113/2
113/4 114/8 122/9 132/10 156/15 157/11
180/13 194/14 194/15 196/1 196/1 203/4
206/21 215/18 215/20 219/21
**deck [3]** 20/5 72/15 95/25
**declaration [6]** 92/19 93/21 93/22 103/18
103/20 103/23
**declarations [2]** 123/1 226/24
**decline [2]** 75/17 75/21
**declined [3]** 11/2 19/14 137/24
**declines [2]** 5/11 75/19
**decrease [3]** 39/12 179/21 201/7
**dedicated [1]** 69/1
**deemed [1]** 227/15
**deeply [1]** 46/11
**Defendant [1]** 1/16
**Defendant's [2]** 84/14 96/13
**defendants [4]** 1/7 121/17 122/7 132/4
**defendants' [8]** 21/13 24/6 29/9 33/24
75/14 76/15 78/13 81/11
**Defense [4]** 22/17 52/11 75/23 78/15
**define [1]** 159/20
**defined [2]** 64/22 159/20
**definitely [7]** 113/12 140/10 151/4
163/25 172/17 187/13 233/23
**definition [2]** 150/15 153/7
**definitionally [2]** 26/6 26/12
**degree [2]** 111/22 225/16
**delays [1]** 17/15
**delegates [2]** 126/22 128/4
**deltas [1]** 181/14
**demographic [2]** 39/16 89/22
**demographics [4]** 38/8 41/5 42/5 124/23
157/22 164/10
**demonstratives [2]** 122/18 216/22
**denominator [1]** 177/19
**deny [1]** 92/22
**department [9]** 50/14 51/2 75/23 97/7
99/17 102/1 102/19 110/16 110/19
**dependent [5]** 77/22 196/11 196/14 196/18
196/21
**dependents [1]** 27/21
**depending [2]** 13/11 21/1
**depends [7]** 4/1 129/2 129/2 146/19
151/13 157/1 201/4
**deployment [1]** 28/25
**deposed [1]** 218/19
**deposition [7]** 126/6 126/8 163/17 211/4
211/14 218/23 219/1
**describe [11]** 8/3 10/19 22/16 62/25
66/15 67/18 68/16 96/15 126/17 131/3
218/1
**described [10]** 18/18 22/13 34/21 62/8
67/19 113/7 126/3 128/11 173/25 209/25
**describes [3]** 75/16 216/19 217/3
**describing [1]** 112/8
**description [1]** 163/18
**descriptive [8]** 123/9 123/19 130/23
131/2 131/17 155/7 155/25 217/13
**deserves [1]** 232/12
**deserving [1]** 20/19
**designated [3]** 4/6 8/7 101/11
**designating [1]** 100/23
**designation [3]** 131/21 131/22 133/3

**designations [2]** 132/7 133/5
**designed [10]** 55/24 56/25 59/1 59/3
64/7 65/22 80/12 80/16 218/7 219/7
**desired [1]** 125/4
**desk [1]** 115/11
**despite [1]** 140/10
**detailed [2]** 10/22 121/3
**details [1]** 223/12
**determine [7]** 16/8 37/8 37/12 61/14
161/12 176/23 193/5
**determined [1]** 31/10
**determining [1]** 176/19
**deters [1]** 28/2
**Detroit [2]** 68/2 73/4
**develop [3]** 35/4 69/13 82/5
**developing [3]** 77/9 112/4 218/3
**development [2]** 26/24 50/23 99/8
**devoting [1]** 32/9
**did [117]** 12/10 44/10 45/15 45/17 48/3
49/3 57/19 57/21 63/13 72/4 92/22 99/10
99/24 99/25 100/1 100/2 104/4 106/5
106/19 109/13 109/14 110/6 110/10 110/12
110/22 119/10 119/12 119/16 119/17
119/21 119/22 122/17 122/19 125/8 125/14
125/15 126/13 126/6 126/7 126/9 126/10
126/14 126/16 126/17 129/18 130/14
130/15 131/5 133/24 133/25 134/1 134/2
135/11 135/13 135/17 135/19 138/2 141/19
144/20 145/6 145/9 146/14 149/9 149/12
149/15 150/23 151/24 153/13 153/14 155/7
155/9 155/10 155/11 155/20 155/21 162/1
162/2 162/3 162/4 162/6 162/7 164/20
166/6 166/8 174/23 184/2 184/9 185/20
187/15 189/19 189/21 189/22 189/24
191/13 191/15 191/16 193/4 193/5 193/7
196/4 197/3 198/5 200/5 200/9 200/10
202/4 202/21 202/23 211/2 218/20 228/2
230/15 230/24 231/5 232/6 232/7 232/22
**didn't [13]** 12/24 22/2 27/17 43/20 82/13
90/11 93/15 153/24 155/11 166/8 209/7
214/19 232/4
**difference [16]** 61/24 101/16 129/4
154/16 168/17 171/18 175/18 176/16 189/7
198/1 199/4 202/3 207/8 208/6 223/16
226/6
**differences [15]** 87/5 117/14 117/24
118/3 134/24 135/13 141/1 141/3 151/6
151/24 152/3 152/10 156/1 156/3 225/24
**different [53]** 8/22 16/4 18/23 20/13
21/7 24/12 34/25 35/15 43/7 58/25 65/23
68/5 68/6 69/3 70/11 71/19 77/13 77/17
83/5 89/13 89/13 96/24 117/8 117/19
121/19 121/22 134/7 137/11 139/16 163/7
163/14 163/20 164/17 164/23 167/4 170/4
171/22 173/16 182/8 185/16 185/24 192/19
197/24 202/2 202/9 203/1 203/5 205/3
211/16 220/11 224/2 226/7 226/25
**differently [5]** 13/11 127/23 165/24
174/3 197/19
**differing [1]** 34/14
**difficult [4]** 39/5 40/1 74/12 170/6
**difficulties [1]** 168/7
**difficulty [2]** 38/1 87/9
**dig [1]** 52/7
**diminished [1]** 47/23
**direct [21]** 2/9 10/10 10/11 11/9 12/16
37/19 40/14 41/17 85/17 96/2 96/5 97/24
100/22 104/4 108/24 218/12 222/21 224/12
224/14 226/9 233/6
**direction [3]** 49/7 85/11 99/17
**directions [1]** 47/17
**directly [7]** 24/20 24/23 26/9 26/14 27/6
62/11 83/19
**directors [1]** 86/10
**disadvantaged [6]** 26/23 32/11 32/19
32/21 79/16 81/9
**disagree [2]** 224/18 224/19
**disciplines [1]** 56/1
**disclosure [1]** 99/13
**discontinue [3]** 45/8 45/14 45/21
**discount [1]** 120/9
**discounted [1]** 120/20
**discovery [2]** 121/22 186/13
**discrete [7]** 111/16 114/4 114/6 114/13
114/14 194/20 195/17
**discriminates [1]** 215/15
**discrimination [2]** 168/12 206/11
**discuss [6]** 22/19 36/5 78/12 128/20
137/13 228/10
**discussed [12]** 33/4 80/19 80/20 81/13

**D**

discussed [6] 1/1 8/12 137/7
144/20 187/14 193/7 231/2 232/15
discusses [3] 22/12 55/19 58/21
discussing [3] 167/10 200/14 226/9
discussion [5] 11/21 31/15 35/23 87/17
179/6
dismiss [1] 101/24
display [3] 129/16 134/14 140/14 155/13
167/1 173/10 175/10 180/4 184/11 190/18
198/17 205/22 207/16
displaying [1] 140/16
disproportionate [1] 150/19
disproportionately [5] 30/15 42/14
148/14 151/20 152/24
dispute [1] 106/15
dissuade [1] 151/9
distinct [1] 99/1
distinguished [3] 110/2 110/13 110/18
distribution [7] 138/25 154/20 188/17
188/19 189/2 189/3 189/9
district [17] 1/1 1/1 15/17 15/20 15/23
16/4 16/17 55/16 66/20 87/15 199/11
199/14 199/16 199/19 199/21 236/5 236/6
districts [11] 23/17 23/17 23/20 26/22
32/17 59/18 67/11 73/2 79/16 81/21 84/4
diverse [13] 33/15 33/17 33/18 34/13
34/17 34/18 34/20 36/24 36/25 72/13 80/9
99/8 216/8
diversify [1] 46/9
diversity [14] 38/18 41/4 41/13 46/16
78/23 79/2 79/5 88/5 88/8 96/17 98/6
100/3 100/7 100/12
divide [1] 177/12
division [2] 1/2 51/1
do [248]
dockets [2] 113/21 225/11
doctors [1] 105/2
document [9] 41/19 65/8 75/7 78/12 92/6
96/4 99/24 220/15 231/9
documents [5] 43/21 85/18 102/18 126/5
186/12
DoD [1] 47/19
does [94] 3/24 5/24 6/15 7/20 9/6 9/16
11/24 13/24 14/1 16/12 17/11 19/4 31/14
33/11 34/19 47/6 49/14 50/10 50/16 65/12
68/22 71/13 78/23 81/19 85/13 85/22
86/25 102/1 110/15 110/17 111/22 112/13
112/15 115/20 117/12 120/25 130/19
130/21 132/19 134/18 137/20 141/22 142/8
144/7 144/9 147/7 148/6 149/1 149/25
155/13 156/12 159/1 159/15 159/19 160/14
160/16 162/17 163/10 163/12 163/14
164/20 166/1 166/3 167/9 167/16 169/17
170/22 170/24 170/25 172/11 174/3 175/25
176/4 177/9 178/2 179/12 185/21 194/1
194/17 194/19 197/12 198/3 198/17 198/23
200/12 201/18 203/3 203/19 203/22 206/17
207/16 219/25 227/7 230/9
doesn't [14] 14/16 24/22 28/6 43/10 44/5
69/14 87/16 118/11 123/9 131/15 160/8
200/23 215/22 231/9
doing [32] 10/3 29/8 39/9 53/10 53/16
56/17 58/15 61/16 61/21 72/21 74/1 76/17
77/20 78/2 81/1 82/15 111/9 111/14
113/20 123/18 138/2 157/3 168/9 171/13
171/22 172/7 174/6 179/8 185/12 185/14
232/12 233/16
dollars [1] 51/13
domestic [1] 126/19
dominate [2] 227/6 227/7
dominated [1] 199/17
don't [82] 3/9 8/16 8/22 10/12 17/18
17/20 17/24 21/22 22/6 28/24 35/3 35/6
35/10 36/8 37/20 41/22 42/6 45/20 46/14
47/24 48/2 51/11 58/3 58/7 59/24 61/18
64/24 66/18 69/5 71/2 82/9 84/10 87/10
88/7 89/15 90/16 101/13 101/20 101/21
106/24 107/21 108/19 118/2 121/7 126/25
128/23 129/24 130/5 149/12 154/16 158/20
163/3 165/9 165/16 166/1 167/13 167/20
176/22 184/5 185/2 189/4 192/3 192/5
196/14 199/4 199/14 200/22 201/14 206/9
206/19 208/13 210/17 214/5 218/11 224/19
227/6 228/24 231/8 231/13 231/20 232/19
232/21
done [22] 11/2 14/5 17/8 23/11 26/17
32/22 47/18 57/2 62/11 62/17 71/5 77/21
82/23 87/17 113/1 120/25 136/8 197/2
205/24 231/3 232/22 232/23

**doors** [1] 84/1
double [1] 231/12
doubt [1] 209/3
down [33] 15/18 19/5 19/7 19/15 21/9
44/7 45/2 48/11 49/6 49/10 83/18 85/16
90/17 92/4 93/6 94/16 107/25 140/4
142/24 148/11 148/13 148/17 149/21
152/22 153/8 154/12 181/11 186/9 205/12
205/14 205/16 231/10 231/18
Dozens [1] 125/12
Dr. [27] 126/8 194/6 194/10 194/17 197/9
197/17 198/8 199/2 199/8 199/24 201/8
201/12 201/15 201/19 203/1 203/13 203/23
204/6 206/5 206/7 206/13 206/24 208/16
230/8 230/8 230/12 232/3
Dr. Arcidiacono [1] 232/3
Dr. Gurrea [14] 194/6 194/10 197/9 198/8
199/8 199/24 201/15 201/19 203/1 204/6
206/5 206/13 206/24 230/8
Dr. Gurrea's [2] 126/8 194/17 197/17
199/2 201/8 201/12 203/13 203/23 206/7
208/16
Dr. Lyall [2] 230/8 230/12
dramatic [1] 39/24
dramatically [2] 39/13 68/20
draw [5] 112/10 113/18 138/14 211/7
218/25
drift [2] 234/2 234/3
drifting [1] 111/11
drink [1] 112/20
drive [1] 104/17
driven [4] 145/10 150/9 152/11 156/4
drives [1] 16/15
driving [1] 117/23
drop [9] 39/13 40/2 168/19 168/20 175/17
178/9 178/17 179/2 179/5
drops [2] 39/24 52/13
Due [1] 99/18
Duke [7] 109/5 110/1 110/6 110/22 110/25
117/11 117/12
during [13] 16/25 63/3 72/25 74/7 75/19
85/19 85/24 100/22 187/3 220/9 228/16
229/13 231/22
DX106 [1] 52/9
DX79 [3] 20/5 30/3 96/4
dynamic [4] 114/4 114/7 114/13 195/17
dynamics [2] 195/11 195/13

**E**

E4 [1] 27/24
E5 [1] 27/24
EAB [5] 54/3 54/5 57/14 60/17 62/13
each [33] 13/22 27/13 30/19 31/15 31/16
35/17 44/2 86/1 86/9 95/8 125/12 135/25
136/20 137/5 138/7 139/23 139/24 140/5
140/6 140/20 142/1 143/2 144/24 148/12
152/3 153/8 164/6 167/25 186/14 187/4
195/10 205/6 231/12
earlier [20] 10/15 18/16 30/18 31/21
37/6 39/8 45/7 67/22 74/11 80/11 101/1
103/8 144/7 153/23 155/16 164/20 184/1
193/17 193/21 217/23
early [34] 8/16 9/19 10/9 17/7 17/7 17/9
17/9 17/14 18/4 18/6 18/13 19/22 20/17
44/1 56/3 74/14 78/8 100/24 101/1 101/8
101/12 101/17 113/16 131/21 131/22 132/3
132/7 132/9 133/3 133/5 174/1 193/12
194/2 233/25
earn [1] 110/12
earnings [2] 111/7 111/22
easier [6] 165/8 165/11 165/13 169/11
180/24 193/24
econometric [4] 111/15 115/6 119/4
163/23
econometrics [5] 111/1 112/6 118/19
118/25 119/2
Economic [2] 116/24 118/23
economics [18] 110/3 110/13 110/16
110/19 110/22 110/23 111/2 111/2 114/18
117/2 117/3 117/18 118/6 162/23 163/9
171/20 205/22 209/18
economists [2] 116/25 175/6
editor [5] 115/10 115/22 118/18 118/19
118/20
editorial [1] 118/16
educate [1] 56/25
educating [1] 34/15
education [15] 42/10 79/19 111/3 111/4
111/6 111/7 115/25 116/2 116/4 116/22
116/24 117/3 119/5 119/8 120/18

**educators** [3] 50/6 65/5 81/25
EDWARD [1] 1/20
effect [10] 155/4 156/12 164/16
164/17 168/21 170/14 170/23 174/11
174/22 174/25 175/6 175/7 175/11 175/19
175/22 176/17 176/20 179/12 181/2 181/19
185/3 185/12 192/16 193/4 193/5 193/17
200/22 200/23 206/14 206/15
effective [1] 66/1
effectively [1] 161/1
effects [16] 111/6 171/13 171/16 171/23
185/18 185/19 192/12 192/19 193/8 193/16
198/19 198/24 200/7 202/13 202/20 208/17
efficiency [1] 29/19
efficient [1] 231/15
effort [8] 36/23 48/20 55/15 59/17 60/16
66/17 79/24 84/9
efforts [15] 16/15 47/5 61/3 61/8 62/8
62/20 68/17 69/18 78/6 78/24 81/12 81/25
85/10 86/2 86/16
eight [3] 63/7 127/9 163/19
either [18] 5/11 7/22 8/18 16/1 17/4
30/19 46/25 56/24 68/24 127/10 135/1
151/8 151/12 183/19 205/24 227/17 227/20
233/8
electronic [2] 53/7 61/6
elevated [1] 94/14
eleventh [3] 55/25 56/4 78/5
eliminate [1] 130/1
elite [3] 13/5 101/7
else [6] 61/22 105/10 134/8 137/12
224/11 231/25
email [3] 83/6 234/14 234/15
emails [1] 57/15
emphasis [5] 64/4 74/8 80/24 81/3 86/5
empirical [10] 111/17 111/19 111/24
112/1 112/2 112/5 113/24 116/10 116/20
122/12
employ [1] 67/23
employed [2] 87/7 112/2
employs [3] 47/4 67/22 222/20
enable [1] 170/22
encourage [3] 62/9 66/18 66/25
encouragement [2] 62/9 225/3
encouraging [8] 47/6 47/20 49/15 63/18
66/1 67/13 71/10 75/4
end [36] 7/17 9/10 9/14 9/25 10/11 10/13
13/13 17/12 17/19 18/15 19/4 19/19 29/21
29/22 31/24 33/16 35/1 35/6 35/16 38/3
43/25 46/21 57/4 72/2 89/17 118/15 124/1
128/10 149/22 159/5 160/8 185/17 186/17
194/1 209/25 224/22
ending [1] 41/22
ends [7] 10/7 10/13 18/14 25/20 32/20
191/23 235/12
energetic [1] 234/8
engage [8] 64/25 65/9 67/5 69/10 71/8
77/4 79/25 231/13
engaged [3] 53/10 71/14 83/14
engagement [7] 50/3 53/25 68/23 73/6
74/8 78/5 78/10
engages [1] 216/5
engaging [2] 77/24 80/3
engine [3] 61/4 61/18 61/21
engineering [2] 56/6 56/11
English [3] 51/25 55/2 96/25
enlisted [19] 20/18 23/15 24/4 26/20
27/8 46/5 46/14 48/12 53/22 79/12 80/1
93/4 93/7 106/18 106/22 107/2 107/5
107/10 107/14
enlisteds [1] 24/19
enormous [1] 207/5
enough [3] 113/18 183/16 228/4
enrollees [7] 136/6 136/25 137/17 138/23
139/1 139/13 141/3
enrollment [2] 53/3 54/2
ensemble [1] 68/12
enter [2] 191/24 196/2
entered [1] 24/19
enters [2] 136/7 159/7
enthusiastically [1] 222/14
entire [7] 16/18 35/8 59/15 62/4 174/4
174/5 185/13
entitled [8] 1/9 60/25 62/23 64/10 67/16
68/14 70/1 236/9
entry [2] 10/10 10/11 37/19
environment [2] 31/1 62/5
equal [2] 192/14 224/11
equals [1] 173/2
equation [2] 159/1 177/5

# E

**ERROL [3]** 127/7 129/14 130/24
**error [2]** 127/13 130/1
**errors [2]** 195/8 196/7
**especially [2]** 109/17 113/12
**ESQUIRE [12]** 1/12 1/13 1/13 1/14 1/14
1/15 1/16 1/17 1/17 1/18 1/18 1/19
**essential [1]** 34/14
**essentially [10]** 10/21 50/21 64/17 67/13
70/11 102/11 105/14 107/12 172/12 217/3
**establish [1]** 49/20
**established [3]** 20/17 24/4 95/13
**esteem [1]** 48/2
**estimate [8]** 158/16 163/12 166/20 174/1
189/22 191/13 200/5 206/19
**estimated [5]** 174/7 196/24 198/25 207/23
210/18
**estimates [9]** 163/21 167/2 168/22 170/4
184/12 198/12 199/5 200/4 200/15
**estimating [2]** 163/15 198/4
**estimation [1]** 192/3
**et [4]** 1/6 5/18 155/17 191/19
**et cetera [1]** 5/18
**ethics [1]** 52/3
**ethnic [11]** 84/15 85/12 96/16 96/16 98/5
98/6 98/25 99/4 100/11 102/7 107/2
**ethnicity [27]** 4/20 5/2 5/7 5/13 6/1 6/4
6/17 6/23 7/9 9/3 10/15 11/6 33/2 33/18
46/8 85/19 85/23 96/19 96/22 98/19
109/10 122/15 131/9 201/16 201/19 201/22
202/16
**evaluate [1]** 216/12
**even [28]** 10/9 15/22 16/6 17/17 17/24
18/19 27/17 32/5 32/10 43/9 44/9 47/21
49/5 49/17 53/19 93/6 100/2 126/20 127/1
137/1 138/4 143/25 145/14 149/18 151/18
154/12 183/10 202/20
**event [1]** 73/13
**events [8]** 67/4 70/3 70/6 71/10 71/18
71/19 71/20 72/25
**eventually [4]** 80/5 87/25 115/22 127/12
**ever [11]** 5/2 5/25 6/15 11/6 11/24 14/25
15/3 32/9 37/11 94/25 186/3
**every [22]** 13/4 16/16 19/23 19/24 27/12
36/10 37/17 38/3 39/22 55/15 87/14 89/17
95/14 95/17 144/13 144/18 146/12 146/16
146/17 149/23 149/24 174/18
**everybody [7]** 61/22 132/20 132/24 180/24
190/22 191/23 193/25
**everybody's [1]** 179/22
**everyone [7]** 3/2 129/11 134/7 158/14
161/2 233/25 234/3
**everything [6]** 62/2 76/17 144/1 158/9
159/24 164/7
**everywhere [1]** 81/17
**evidence [7]** 66/4 67/9 102/22 120/5
124/3 185/22 217/19
**evolutions [1]** 59/7
**evolving [1]** 68/18
**exact [4]** 58/4 137/23 138/2 176/14
**exactly [15]** 36/9 40/6 134/11 152/17
160/11 166/14 179/25 183/25 185/10
187/11 187/16 196/19 201/2 217/6 232/9
**exam [7]** 124/20 124/21 124/22 127/10
130/16 226/22 226/3
**examination [17]** 3/17 11/9 12/16 40/14
41/17 85/17 88/16 96/2 96/5 100/22 103/3
108/24 188/2 209/14 229/13 231/3 233/11
**examine [3]** 232/8 233/4 233/9
**examined [1]** 217/19
**examining [1]** 209/2
**example [54]** 4/3 9/21 10/1 10/2 10/10
12/23 15/9 15/16 18/12 19/9 23/5 23/22
47/21 48/21 49/22 61/19 63/10 66/11
66/23 71/12 72/17 79/9 89/4 89/14 90/8
91/18 98/14 103/20 104/18 105/1 117/9
118/5 120/18 121/7 142/3 143/4 144/14
145/16 145/22 150/1 150/14 154/20 160/25
161/6 162/12 173/17 181/19 192/1 192/23
196/3 218/11 218/14 225/14 225/14
**examples [2]** 68/2 112/25
**exams [2]** 170/11 191/19
**Excellence [1]** 54/10
**excellent [1]** 222/13
**except [8]** 98/3 134/5 136/16 138/3 144/1
145/12 170/4 200/24
**exception [8]** 136/25 145/3 145/3 146/18
147/20 164/11 184/5 204/23
**excess [1]** 151/12
**exchange [1]** 34/14

# (center column)

**excited [2]** 63/15 176/21
**exclusively [1]** 177/24
**exclusively [2]** 63/12 230/8
**excuse [1]** 11/14
**exercise [1]** 209/11
**exhibit [53]** 21/13 22/17 24/6 24/7 29/9
33/22 33/23 33/24 33/25 34/1 34/2 34/21
35/20 36/9 36/13 40/5 40/21 40/22 40/23
40/24 41/19 41/23 42/20 43/12 44/11
44/17 52/11 75/15 76/16 78/13 78/15
81/11 84/14 89/20 89/21 96/1 96/9 96/13
96/14 97/12 102/6 102/17 119/14 119/19
119/24 133/19 133/24 216/21 216/24
220/14 229/14 229/24 230/6
**Exhibit 104 [1]** 24/7
**Exhibit 106 [1]** 76/16
**Exhibit 222 [2]** 229/14 230/6
**Exhibit 27 [1]** 220/14
**Exhibit 28 [3]** 78/13 81/11 84/14
**Exhibit 31 [5]** 33/23 34/21 36/9 36/13
40/5
**Exhibit 330 [3]** 41/19 41/23 42/20
**Exhibit 41 [1]** 43/12
**Exhibit 491 [2]** 96/9 96/14
**Exhibit 53 [1]** 89/20
**Exhibit 55B [2]** 44/11 44/17
**Exhibit 79 [3]** 21/13 29/9 96/13
**Exhibit 803 [2]** 40/21 40/24
**Exhibit P218 [1]** 119/14
**Exhibit P222 [1]** 119/19
**Exhibit P518 [1]** 119/24
**exhibits [7]** 40/16 101/25 102/7 102/21
120/4 229/17 229/19
**Exhibits 218 [1]** 229/17
**Exhibits 803 [2]** 102/7 102/21
**exist [1]** 34/7
**existing [1]** 100/9
**EXP [2]** 172/24 172/25
**expand [2]** 58/2 77/20
**expanded [4]** 36/22 55/12 68/20 80/8
**expanding [1]** 72/9
**expansion [1]** 61/3
**expansive [1]** 70/13
**expect [6]** 150/3 153/10 164/18 195/9
195/12 199/19
**expectations [1]** 114/8
**expected [1]** 34/16
**experience [14]** 7/20 11/19 13/10 14/7
16/23 17/1 26/16 38/24 48/7 68/7 74/5
97/5 200/19 200/22
**experiences [15]** 13/15 14/18 25/25 30/23
33/15 34/15 34/24 59/9 80/21 80/25 81/3
98/12 99/7 99/9 200/1
**expert [14]** 28/18 119/4 119/8 119/10
119/16 119/21 120/17 126/9 229/9 230/9
231/20 231/21 232/15 233/4
**experts [3]** 230/7 230/22 232/5
**explain [8]** 67/18 81/13 115/8 174/10
176/19 182/3 190/18 206/21
**explains [1]** 196/17
**express [3]** 232/4 232/6 232/7
**expressed [1]** 177/9
**expression [1]** 159/7
**extend [3]** 3/25 6/21 11/5
**extending [1]** 12/21
**extensive [4]** 68/18 76/18 82/20 83/4
**extent [13]** 9/3 30/14 33/2 63/23 69/18
71/9 120/7 120/19 223/23 231/1 231/4
231/20 232/14
**extra [4]** 16/5 23/24 25/11 32/6
**extracurricular [1]** 161/18
**extracurriculars [1]** 124/18
**extremely [5]** 5/20 17/8 33/17
**eye [1]** 123/15

# F

**face [2]** 89/10 202/25
**Facebook [1]** 69/3 77/8
**facilitate [3]** 55/17 70/20 78/10
**facilitating [1]** 54/1
**facilities [2]** 62/6 71/25
**fact [20]** 8/16 12/22 24/3 44/5 45/25
46/4 92/22 92/23 115/2 122/3 140/11
144/11 145/10 162/21 177/7 203/6 223/22
225/9 230/14 231/6
**factor [16]** 4/21 6/23 7/9 9/6 10/16 11/6
23/3 23/16 34/8 36/22 53/2 94/10 96/15
100/23 222/1 225/4
**factored [1]** 12/4

# (right column)

**factors [30]** 3/24 4/20 4/22 5/21 6/13
10/23 13/17 14/19 6/25 26/24 29/7 34/8
34/9 83/22 84/4 85/1 85/5 117/23 123/23
123/24 141/20 144/9 146/10 147/6 147/18
162/16 195/9 195/12 195/13 218/12 225/10
**facts [1]** 117/15
**faculty [5]** 50/20 57/2 72/11 78/11
110/21
**failing [2]** 127/10 130/16
**fails [1]** 199/9
**fair [19]** 1/3 1/20 48/11 95/11 116/19
209/21 209/24 210/4 210/6 210/9 212/4
213/16 214/5 215/3 215/7 215/9 215/13
223/2 233/9
**fairly [2]** 150/19 184/6
**fall [6]** 63/12 71/5 149/21 181/16 181/17
181/18
**falling [2]** 149/24 153/16
**familiar [5]** 83/7 83/10 194/20 195/15
195/20
**familiarity [1]** 214/16
**familiarize [1]** 122/24
**families [4]** 35/12 35/13 55/1 146/1
**family [5]** 54/20 82/3 142/23 142/25
145/22
**far [6]** 132/19 150/12 155/25 156/12
179/12 188/4
**fascinating [1]** 186/1
**fast [1]** 94/19
**features [1]** 164/22
**February [1]** 74/22
**February 2022 [1]** 74/22
**federal [5]** 50/11 79/17 79/18 236/16
**federally [1]** 50/11
**feed [1]** 92/5
**feel [4]** 37/20 38/22 46/25 67/1
**fellow [3]** 118/23 118/25 119/1
**felt [2]** 13/7 37/20
**female [11]** 142/4 142/4 142/6 142/14
142/15 142/16 142/17 145/16 145/17 164/6
167/5
**females [1]** 58/17
**few [18]** 3/3 12/4 16/20 17/22 25/4 38/4
47/5 50/8 86/17 92/2 130/8 149/1 153/23
182/23 184/7 195/18 200/15 220/5
**fewer [3]** 179/21 199/19 199/20
**field [2]** 112/3 122/5
**fields [3]** 117/17 125/11 221/13
**fifth [1]** 31/10
**figure [11]** 72/7 106/21 107/17 107/19
111/20 133/5 163/14 163/16 177/4 190/18
234/20
**figured [2]** 123/10 127/12
**file [6]** 10/22 11/3 14/10 14/14 19/16
113/18
**filed [1]** 95/24
**files [11]** 4/14 6/8 6/10 13/15 17/2 17/3
17/8 18/8 32/24 116/16 121/19
**fill [12]** 8/10 8/11 13/14 16/13 16/19
25/19 27/2 32/15 69/9 172/10 172/13
179/23
**filled [1]** 179/22
**filling [3]** 24/2 30/6 62/3
**final [13]** 18/11 78/12 133/1 186/24
187/6 187/14 188/20 189/7 190/4 190/24
191/4 191/11 193/23
**finally [2]** 130/3 131/13
**financial [2]** 28/1 64/7
**financially [1]** 63/22
**find [10]** 15/13 15/25 19/14 64/8 125/25
147/23 153/13 170/2 207/8 208/18
**findings [2]** 230/14 231/6
**fine [21]** 102/12 102/12 102/15 104/3
108/6 128/17 188/3 208/11 208/12 228/14
228/16 228/24 231/15 232/3 233/2 233/11
233/12 234/11 234/17 235/8 235/8
**finish [4]** 23/22 50/2 59/21 69/25
**finishing [1]** 70/16
**firm [2]** 53/4 54/5
**first [86]** 3/11 4/1 12/23 14/19 16/15
17/2 18/2 19/11 19/14 19/17 24/5 25/1
25/24 26/18 27/15 32/25 34/5 34/11 35/11
36/5 37/14 40/7 54/14 54/19 79/9 87/15
92/13 102/3 105/10 108/20 109/24 124/25
126/19 127/19 128/6 131/19 134/20 134/23
136/10 136/15 137/21 139/18 139/22
140/20 141/12 142/6 142/7 142/20 142/21
145/4 145/18 148/10 153/15 157/24 162/12
164/10 167/6 168/24 169/1 169/4 170/5
172/7 174/7 179/7 180/4 180/5 180/6

**F**

first... [1] 188/21 189/4 193/10 197/3 198/16 196/22
198/4 200/4 200/14 202/6 202/6 206/17
210/3 213/10 220/6 229/23
first-gen [1] 14/19
first-generation [15] 54/14 124/25 142/6
142/7 142/20 142/21 145/18 157/24 162/12
164/10 167/6 168/24 169/1 169/4 170/5
fiscal [1] 51/12
fit [7] 14/11 76/4 169/20 169/21 169/24
203/23 204/1
fitness [9] 23/3 23/6 63/11 124/20
127/10 130/16 164/12 226/1 226/2
fits [2] 203/24 203/25
five [17] 59/4 59/4 116/18 118/20 124/6
132/10 149/6 174/4 174/5 175/22 178/25
181/21 181/25 182/1 190/5 190/6 190/11
five-day [1] 59/4
five-year [7] 132/10 149/6 174/4 174/5
175/22 178/25 190/11
fixed [14] 161/3 171/8 180/2 180/14
103/18 103/21 104/1 104/5 105/23 106/6
fleet [28] 10/11 23/8 23/12 23/25 24/1
24/12 24/14 24/20 24/23 26/5 26/11 26/14
27/4 27/8 28/20 28/22 34/17 37/23 39/10
42/1 42/23 93/7 93/9 197/14 197/17 198/9
198/14 202/19
flight [1] 104/21
flip [1] 148/16
flips [1] 226/18
fluency [6] 80/21 81/4 96/25 98/7 98/25
99/5
fluent [3] 97/4 98/10 98/16
focus [20] 34/6 56/11 62/9 62/13 62/19
62/21 63/12 63/14 71/22 72/21 81/22
82/10 84/12 110/25 116/5 136/10 166/2
175/12 178/3 190/1
focused [1] 111/3
focuses [1] 78/4
focusing [1] 123/7
folks [3] 8/17 65/16 186/4
follow [1] 9/15
followed [2] 109/21 201/8
followers [1] 69/13
following [8] 17/10 39/15 191/24 211/21
219/2 234/2 234/3 235/1
football [6] 30/11 150/13 150/21 151/11
151/20 191/25
force [2] 64/17 66/23
forces [1] 27/12
forecasting [1] 195/4
foregoing [1] 236/7
foreign [4] 126/22 128/3 128/4 132/24
foremost [1] 25/1 27/15 37/15
forget [1] 228/15
form [1] 69/9
format [1] 236/9
former [4] 90/9 133/9 214/24 215/3
forming [2] 59/9 123/17
forms [1] 65/23
formula [8] 147/16 147/19 149/5 149/5
164/17 173/8 174/15 177/2
formulas [1] 172/24
forth [1] 100/17
forthcoming [1] 223/23
fortunately [1] 105/5
forums [1] 82/13
forward [1] 80/14
found [7] 14/7 35/15 56/22 79/11 79/22
84/2 191/21
foundation [8] 20/22 20/23 52/15 74/25
77/23 125/3 130/2 130/6
four [12] 18/10 72/19 135/25 136/1 136/9
136/20 137/4 142/1 171/2 171/3 182/21
222/6
four-year [1] 222/6
fourth [3] 19/10 19/18 189/7
fourth-ranked [1] 19/18
fraction [1] 125/1
frankly [1] 17/22
Freedom [7] 213/1 213/3 213/7 213/9
213/15 214/4 214/8
frequent [2] 12/2 12/4
frequently [1] 13/24
Friday [13] 63/9 233/17 233/18 234/16
234/17 234/18 234/19 234/20 234/22 235/4
235/5 235/5 235/6
friend [6] 11/9 12/16 33/23 40/25 45/7

147/12
friendships [2] 116/5 116/6
from [130] 116/22 116/11
full [8] 23/5 28/12 40/7 49/5 54/12
110/10 146/6 211/5
full-time [1] 28/12
fully [4] 8/4 19/8 53/10 53/24
function [2] 185/7 218/12 220/20 221/3
fundamental [1] 33/10
funded [2] 20/15 213/3 213/5
funder [2] 213/16 214/5 214/9
funding [10] 50/10 50/12 51/17 62/15
76/19 79/17 79/18 79/19 200/23 212/25
fundings [1] 51/16
further [9] 40/7 75/23 88/12 102/23
106/11 142/24 156/14 200/9 208/21
future [3] 114/9 191/21 191/22

**G**

GABRIEL [1] 1/14
gain [3] 57/23 65/15 66/19
gaining [1] 55/13
game [1] 233/9
gap [1] 168/13
gaps [5] 118/2 154/25 156/10 191/7
191/10
GARDNER [22] 1/16 2/6 2/7 2/9 3/14 36/7
88/14 88/22 90/24 92/2 92/20 96/1 97/24
102/9 103/4 209/6 209/15 228/1 229/4
232/1 232/3 234/7
gave [2] 88/25 90/22
gears [5] 20/1 33/7 45/4 158/21 159/4
gen [1] 14/19
gender [3] 130/7 130/9 157/23
general [16] 42/24 45/10 47/5 53/13
53/15 60/5 61/11 68/1 85/7 90/25 95/9
119/8 123/11 123/12 150/4 204/24
generally [10] 16/14 63/7 64/8 86/23
111/1 148/16 155/13 204/22 205/15 231/21
generate [1] 82/4
generates [2] 89/16 92/15
generation [15] 54/14 124/25 142/6 142/7
142/20 142/21 145/18 157/24 162/12
164/10 167/6 168/24 169/1 169/4 170/5
generous [1] 208/10
gentleman [1] 188/3
Georgia [1] 73/4
get [139] 7/18 9/23 12/24 13/13 15/10
16/14 17/3 17/8 17/24 18/7 21/12 21/24
22/23 23/22 26/3 27/2 27/9 27/21 27/22
28/4 29/5 35/3 37/10 35/11 35/12 38/3
38/4 39/5 47/4 49/18 50/1 50/14 51/18
52/9 53/10 53/18 53/24 55/15 57/5 58/19
59/6 59/24 60/3 63/15 64/5 64/24 65/5
65/17 65/18 67/2 67/5 70/13 70/14 71/4
71/8 74/4 74/18 77/15 77/23 78/2 79/19
81/17 82/15 82/17 83/2 83/21 87/14 95/21
95/21 101/6 104/6 107/4 113/15 115/11
116/8 118/24 121/6 121/19 121/21 123/22
125/8 125/18 127/4 127/20 129/25 130/9
131/2 133/8 133/15 137/23 140/4 145/5
151/19 153/7 154/1 154/5 154/21 158/11
161/4 165/8 165/11 165/13 165/14 165/18
165/23 167/21 168/5 170/17 172/12 173/9
174/19 176/21 177/19 180/15 180/24
182/19 182/25 183/16 185/18 187/2 187/15
188/25 189/13 191/8 191/22 192/5 192/16
192/18 193/25 199/21 202/20 202/20
202/21 203/16 203/7 209/4 209/5 217/6
230/15
gets [8] 43/10 84/12 86/14 122/6 133/12
156/22 164/22 181/23
getting [38] 10/7 10/11 18/8 25/24 49/7
57/3 65/6 69/7 72/7 72/22 72/23 74/12
76/20 77/2 77/17 80/3 81/25 84/3 86/7
86/8 103/12 138/24 140/12 140/24 151/20
153/16 156/25 168/1 172/6 173/15 177/7
178/15 183/19 191/5 191/9 211/18 225/21
232/11
give [15] 11/22 13/7 28/8 59/3 59/9
59/11 63/10 112/25 117/9 125/19 132/1
133/25 148/21 218/11 229/16
given [19] 12/5 24/2 25/12 28/21 30/6
43/7 59/20 62/15 88/22 93/9 107/17 114/8
123/4 124/6 147/16 169/4 177/6 184/17
220/3
gives [2] 67/4 144/22 172/22 174/22
175/18
giving [5] 19/23 162/12 169/7 173/13

177/15
Glasson [2] 110/2 110/12
glee [1] 233/18
glitch [1] 233/18
go [130] 4/17 5/18 8/3 8/20 10/25 15/16
15/23 21/4 24/5 25/10 27/13 27/18 27/24
29/9 29/9 32/3 33/20 36/5 47/20 48/11
49/3 49/4 59/8 60/19 60/25 61/19 65/12
66/13 68/4 68/14 69/8 70/9 70/11 71/17
73/17 79/1 82/10 93/16 95/2 97/22 103/7
103/9 103/11 103/14 103/25 104/2 104/5
105/9 105/11 105/19 105/22 108/1 108/8
108/14 113/14 113/18 114/16 115/21
122/20 125/1 131/13 132/14 134/13 137/11
137/12 138/18 142/6 143/12 143/19 145/5
146/4 147/23 148/12 148/17 149/14 152/18
153/14 154/8 154/11 154/12 155/6 156/14
156/25 163/5 166/25 170/20 170/20 173/10
174/9 176/8 176/18 180/3 180/6 181/10
181/11 181/15 182/21 184/21 185/11
185/25 186/9 187/22 188/4 188/4 189/5
189/11 190/10 190/17 191/12 192/7 193/2
194/4 194/9 197/8 198/16 199/7 200/11
204/5 205/1 205/12 205/13 206/12 207/17
209/12 228/24 230/18 231/8 231/12 233/23
235/11
goal [22] 41/11 41/15 58/3 64/16 70/13
158/23 158/24 176/23 218/3 219/4 220/24
221/2 221/7 221/10 221/12 221/16 221/19
221/23 222/4 222/9 222/12 222/17
goals [5] 49/20 55/25 60/23 85/13 220/11
goes [10] 23/14 54/12 98/15 130/6 142/20
150/2 168/13 169/2 191/23 205/13
going [184] 4/5 8/23 9/25 12/12 12/15
17/10 17/20 18/13 20/7 31/24 33/16 35/7
54/8 59/2 61/13 63/5 64/2 69/22 79/23
80/14 83/22 86/17 94/17 102/17 103/15
104/20 114/5 114/7 114/11 115/12 118/8
118/13 118/15 123/3 123/10 123/16 123/21
124/2 124/25 125/5 125/17 125/19 125/21
126/24 127/5 127/16 127/19 127/24 129/25
130/1 130/4 130/25 131/4 131/5 131/7
131/7 131/8 131/9 131/10 134/15 135/25
136/10 136/19 137/9 137/10 140/8 141/4
141/12 144/15 147/3 147/24 148/1 148/1
148/2 148/3 148/13 148/17 150/1 150/9
151/11 151/19 152/1 152/8 152/22 153/8
153/8 154/21 155/14 156/17 156/18 157/4
157/5 157/9 157/21 157/21 157/23 157/24
158/4 158/6 158/10 158/11 159/5 159/6
159/8 159/8 159/20 161/23 162/9 162/11
162/20 163/6 163/6 165/8 165/11 165/12
165/16 167/5 167/20 168/9 169/10 170/16
170/16 170/24 171/1 171/4 172/9 172/13
174/16 174/16 175/2 175/12 177/18 178/3
179/24 180/11 182/7 182/13 183/13 183/18
185/15 185/17 186/10 187/2 187/24 190/1
190/19 190/19 190/23 191/25 192/5 193/7
193/10 193/24 194/4 195/4 196/10 196/11
198/18 198/19 199/17 200/18 201/19
201/21 201/24 203/5 203/16 203/17 204/20
205/10 205/15 206/20 206/22 207/2 207/14
207/21 207/21 208/19 217/6 225/15 230/13
232/7 232/8 232/16 234/23
gold [2] 65/18 77/12
gone [4] 9/22 19/12 83/18 130/3
good [32] 3/2 3/6 19/9 25/13 26/22 29/17
32/19 32/22 42/16 48/4 60/5 68/2 76/4
79/19 84/7 94/22 103/13 105/15 109/1
113/18 129/11 133/11 165/16 171/25
176/10 187/18 187/21 209/16 209/17
227/25 234/10 234/23
Google [1] 61/19
gospel [1] 67/24
got [36] 9/3 15/21 21/24 31/4 66/5
110/23 121/3 128/10 133/11 144/4 144/5
145/10 146/9 147/25 148/4 148/8 148/9
148/10 150/15 152/6 154/5 156/7 157/16
161/19 164/23 166/3 172/5 172/8 172/10
179/22 185/20 197/24 207/1 207/24 211/14
233/17
gotten [5] 25/16 46/24 61/25 127/12
228/15
government [2] 20/15 50/12 129/7 230/7
government's [1] 234/12
government-funded [1] 20/15
grade [2] 23/1 78/5
graders [2] 55/25 56/4
grades [2] 14/15 116/7
grads [5] 29/6 103/6 103/11 104/5 104/11

## G

gradually (2) 66/13 79/6
graduate [5] 42/4 104/12 114/4 114/7
124/8
graduated [2] 40/9 117/18
graduates [11] 42/12 42/17 42/19 92/7
93/7 93/16 103/9 103/22 105/19 105/22
106/7
graduating [5] 38/20 39/10 47/1 75/17
117/12
graduation [2] 33/21 40/11
graph [1] 92/20
graphical [1] 176/13
graphs [1] 42/23
great [16] 14/3 14/13 19/19 23/11 23/13
26/17 30/23 41/22 58/6 64/24 69/11 92/5
116/17 117/12 232/12 234/7
greater [3] 91/19 179/2 192/14
green [1] 24/16
Greenlight [1] 57/19
grew [1] 98/22
group [25] 9/24 17/24 40/1 43/6 51/8
58/17 81/22 91/25 134/24 137/5 138/1
140/12 143/2 144/13 145/6 152/14 153/20
153/25 155/4 166/12 203/6 203/10 203/13
207/12 221/13
Group's [1] 41/18
groups [32] 37/22 38/1 38/1 39/5 39/7
46/7 46/17 49/19 55/13 55/17 59/16 60/4
62/22 65/10 67/17 67/19 67/23 68/7 68/24
69/24 72/16 78/2 78/8 78/22 88/10 139/23
139/24 144/21 155/20 189/11 205/4 226/14
grow [1] 190/15
growing [1] 55/6
grows [1] 98/14
guard [9] 25/5 31/24 66/23 86/18 86/19
86/22 87/7 87/16 121/9
guarded [1] 116/17
guess [4] 97/6 109/1 216/18 230/16
guessing [1] 216/15
guidance [5] 100/2 100/9 220/14 229/6
232/25
Gurrea [17] 194/6 194/10 197/9 198/8
198/24 199/8 199/24 200/17 201/15 201/19
203/1 203/8 204/6 206/5 206/13 206/24
230/8
Gurrea's [13] 126/8 194/17 197/17 198/22
199/2 201/8 201/12 203/13 203/23 204/11
206/7 207/20 208/16
guys [5] 149/2 152/20 178/6 198/1 205/25

## H

hac [2] 228/13 228/16
had [62] 11/9 11/20 12/23 13/6 15/18
19/9 38/1 38/11 38/16 39/5 40/2 45/12
47/9 48/7 48/20 48/22 49/2 49/5 53/8
53/13 53/23 53/24 64/20 66/4 69/11 70/9
72/1 72/1 74/11 81/5 82/8 84/5 87/17
100/17 117/25 118/7 118/21 121/24 121/25
127/1 129/22 130/3 140/5 145/12 146/5
166/10 166/16 171/5 171/24 172/23 173/14
173/17 184/4 186/18 186/21 190/2 196/11
200/5 202/10 207/4 214/11 214/15
half [7] 30/19 108/8 116/1 117/17 138/22
153/2 167/9
hand [4] 3/7 22/1 108/17 177/5
Handbook [1] 117/3
handed [1] 211/5
handful [5] 121/19 121/23 121/25 127/9
130/19
handled [1] 162/14
happen [6] 13/24 39/1 123/16 132/9
160/25 202/12
happened [2] 117/11 149/7
happening [3] 154/18 154/19 168/2
happens [8] 7/14 113/16 157/6 163/7
186/5 186/8 198/2 204/15
happy [1] 99/15
hard [6] 30/24 48/14 71/15 82/9 114/10
170/2
harder [1] 94/24
hardship [5] 55/6 100/9 200/1 200/19
200/23
Harvard [26] 40/2 113/3 113/6 113/10
113/13 113/23 116/10 116/18 121/3 121/5
131/6 172/15 197/3 210/7 210/15 210/16
210/20 211/8 211/15 211/24 212/15 212/18
212/22 218/13 221/22 225/12
Harvard's [2] 116/16 218/15
has [86] 5/1 12/4 12/8 12/20 14/5 15/19

16/2 16/8 16/10 19/23 19/24 20/2 21/3
21/14 26/16 32/2 32/9 36/24 37/7 37/8
46/16 47/21 50/3 51/9 52/10 53/4 54/4
55/9 56/18 57/12 58/9 58/25 61/25 62/13
63/16 63/23 65/25 67/4 68/7 68/19 68/20
73/20 74/5 75/3 78/14 79/4 81/5 84/3
84/6 86/20 87/23 88/3 94/19 98/1 98/18
100/11 103/20 111/3 120/21 129/7 143/20
148/10 155/25 156/13 164/5 168/21 171/11
172/10 179/19 183/4 204/13 204/23 206/14
206/21 220/11 224/8 224/12 225/20 226/11
HASC [1] 78/21
hasn't [17] 22/25 37/11 48/17 67/11 73/15
84/8 103/23
have [356]
haven't [17] 30/24 32/12 32/22 45/25
46/12 46/24 67/9 69/23 79/21 80/20 81/15
91/20 91/22 101/16 101/16 105/4 214/23
having [16] 4/2 21/15 35/5 35/16 57/22
64/6 114/7 121/12 127/11 128/1 129/8
142/24 177/17 199/15 206/15 216/8
he [16] 15/18 15/21 92/24 96/4 104/4
120/21 133/12 197/12 201/18 203/23
203/24 206/17 230/15 232/4 232/6 232/7
He'll [1] 119/7
he's [5] 119/7 120/16 208/7 231/8 232/7
heading [1] 41/4
hear [2] 120/21 232/1
heard [5] 112/7 139/9 147/12 182/4 220/9
hearsay [7] 120/7 120/13 120/14 120/14
120/19 231/3 231/12
held [3] 74/21 171/8 236/8
Hello [1] 88/18
help [22] 4/21 27/9 29/5 56/3 56/25
64/15 65/3 68/13 70/15 70/19 71/8 77/22
78/10 80/6 81/17 83/22 83/23 86/4 86/9
133/24 135/23 153/2
helped [7] 38/18 38/23 46/17 53/4 55/17
78/19 160/3
helpful [6] 48/16 53/25 64/1 88/8 225/14
233/1
helping [2] 27/1 29/12
helps [4] 14/22 33/13 35/18 51/19
Henry [2] 110/2 110/12
her [9] 6/16 49/2 49/4 49/6 94/23 128/25
129/1 129/6 129/9
here [129] 29/23 35/22 36/1 40/2 42/22
43/6 44/6 48/23 52/19 55/10 55/15 64/25
68/2 69/5 69/11 70/8 70/22 70/25 71/1
71/4 71/4 71/15 71/22 72/3 73/7 74/20
78/9 80/8 84/18 89/1 89/22 89/23 92/12
92/13 98/3 103/15 106/17 108/1 108/1
108/3 108/14 111/11 114/5 120/11 121/4
122/23 123/6 123/19 124/16 127/8 128/10
134/3 134/19 136/19 137/9 137/20
137/22 137/25 138/14 139/13 139/14
142/19 144/2 144/12 145/9 145/11 146/10
147/25 150/14 150/25 154/25 155/21
155/24 156/9 156/23 157/15 159/1 159/9
162/5 162/19 163/4 163/19 164/13 165/16
167/7 167/12 167/16 168/14 169/21 170/8
172/17 172/20 175/25 176/12 176/23
177/23 179/4 179/12 180/4 182/18 185/14
185/15 185/19 187/9 187/19 190/8 190/13
191/8 191/20 191/22 194/1 194/25 196/15
196/16 200/5 200/8 202/5 202/10 206/25
209/10 209/12 210/23 212/7 217/10 229/16
233/17 233/21 235/10
here's [3] 229/22 230/10 232/6
hereby [1] 236/6
heritage [6] 81/5 96/16 98/5 98/25 99/5
100/12
Hi [1] 88/19
high [41] 8/17 17/7 18/1 22/25 23/11
26/9 26/13 26/14 26/19 26/22 26/25 27/6
30/24 38/21 47/22 48/2 49/19 60/23 63/17
64/19 74/2 75/18 80/10 101/22 125/1
133/9 156/23 157/24 162/25 169/20 172/18
183/16 188/20 189/1 190/3 191/10 199/22
221/4 221/20 226/11 234/13
high-qualified [1] 74/2
high-ranking [1] 34/13
high-tech [1] 17/7
higher [41] 4/8 7/14 7/21 25/17 38/21
42/13 74/14 94/14 111/3 111/4 111/5
115/24 116/2 116/4 116/21 116/24 119/5
119/8 120/17 121/10 139/25 140/20 140/22
140/22 141/11 142/25 144/25 145/2 145/19
146/16 146/18 148/12 156/8 169/9 171/6

183/13 184/17 184/20 186/15 199/5 225/20
hinging [8] 110/20 132/21 135/16 140/6
141/16
highlight [2] 146/22 153/1
highly [7] 11/19 66/18 74/3 101/3 116/17
125/4 220/6
highly-desired [1] 125/4
him [2] 129/7 209/11
hint [5] 141/12 145/4 147/8 156/9 204/24
hired [1] 109/6
his [9] 5/25 103/17 103/20 103/23 129/8
162/10 202/7 216/22 230/11
Hispanic [48] 37/24 45/24 46/3 46/13
47/9 49/25 64/5 68/12 68/13 74/12 83/15
109/19 109/21 131/8 131/10 131/11 135/8
137/8 138/12 139/12 139/14 143/14 143/15
145/2 146/18 146/23 147/4 159/22 160/18
160/20 167/14 167/21 168/16 173/20
175/22 178/24 179/1 181/7 181/17 185/2
185/4 201/6 201/11 201/20 201/22 202/10
202/16 202/18
Hispanics [2] 139/5 168/19
hold [11] 17/11 17/21 48/2 116/13 123/12
131/18 143/1 149/25 157/17 211/16 229/15
holding [3] 161/3 180/1 180/13
holds [6] 144/19 149/23 185/1 204/25
holes [1] 27/2
holistic [8] 4/20 6/13 112/8 113/7 158/9
222/20 223/3 223/5
home [1] 55/1
honest [2] 8/20 48/21
honor [36] 3/15 22/1 22/7 29/11 36/10
56/13 99/12 102/20 102/23 104/3 106/1
106/10 108/4 108/10 108/13 110/18 110/20
120/12 128/15 129/14 133/15 150/8 188/10
208/9 208/25 209/3 216/25 227/23 228/18
228/21 229/5 230/4 230/19 232/2 232/25
233/3
HONORABLE [3] 1/9 188/5 235/15
honors [1] 118/22
hope [1] 85/10
hopeful [1] 218/24
hosted [1] 67/4
hosts [1] 37/16
hour [1] 108/8 129/9
household [6] 164/9 167/6 168/24 169/2
170/5 170/6
housekeeping [1] 228/21
how [325] 5/12 5/12 6/4 7/20 7/25 8/3
8/9 10/19 12/6 12/10 12/13 13/1 13/19
13/24 31/16 33/9 34/19 43/21 44/5 44/21
46/20 54/4 57/11 57/24 60/11 60/13 65/12
81/5 81/15 86/22 86/25 87/5 93/16 99/7
100/8 100/11 100/18 110/10 111/7 111/7
111/8 111/22 111/23 112/17 112/18 112/19
114/20 114/21 115/3 115/6 115/24 116/4
116/6 116/7 120/25 122/20 122/25 123/24
123/25 124/13 125/8 125/11 126/20 128/5
128/8 128/21 129/20 130/10 131/3 131/14
132/21 133/5 135/23 136/7 139/11 139/16
143/3 143/11 145/10 147/22 148/1 150/10
152/11 153/19 153/23 153/24 154/24 157/7
159/4 159/20 160/9 161/8 162/7 163/5
163/12 163/20 166/3 171/6 171/18 174/22
181/23 182/4 182/11 186/3 187/4 187/24
188/4 195/15 199/17 201/18 202/7 203/3
203/22 204/9 205/6 205/7 205/22 207/7
210/18 214/14 216/11 223/12 223/16 228/5
233/16
Hudson [1] 234/14
huge [1] 208/5
human [1] 50/25
hundred [1] 187/3
Hundreds [2] 125/12 125/13

## I

I'd [24] 20/5 29/11 34/5 36/5 36/13
40/20 40/21 52/17 54/11 55/11 75/14
75/15 84/13 88/20 100/14 109/24 120/21
120/24 206/2 211/6 218/25 220/18 224/17
233/24
I'll [10] 15/16 15/17 79/13 104/5 109/10
148/7 149/1 165/23 232/17 232/23
I'm [96] 12/12 12/15 20/7 21/21 22/2
22/7 26/10 36/11 38/13 47/25 49/11 56/9
58/12 69/21 79/18 79/18 82/21 83/9 86/17
89/20 94/16 94/23 94/25 97/12 101/18
101/20 106/5 106/14 107/21 110/2 114/5
118/18 118/23 118/25 126/20 131/4 131/5
131/7 131/7 131/8 131/9 133/10 135/25

## I

**I'm... [53]** 115/8 150/6 150/17 150/22 150/23 152/20 162/11 163/6 163/15 166/16 167/4 167/5 174/6 175/12 176/5 176/8 178/3 180/11 180/13 182/4 186/12 190/1 193/7 200/17 202/5 202/7 204/16 205/10 205/20 208/23 208/24 209/7 212/11 213/10 213/21 214/1 218/24 227/23 228/7 228/9 228/25 229/18 229/20 229/23 229/24 230/25 231/15 232/16 232/23 235/8
**I've [32]** 14/8 19/9 35/15 39/22 39/25 48/7 48/20 48/22 66/4 76/18 83/14 83/17 84/5 113/1 113/2 117/3 118/19 120/16 136/8 136/8 159/9 197/23 204/16 205/24 206/3 208/9 211/5 211/14 214/6 229/2 231/10 232/23
**I-Day [1]** 49/5
**idea [4]** 71/4 116/15 118/9 234/23
**ideas [1]** 34/15
**identical [1]** 98/1
**identification [1]** 97/13
**identified [1]** 21/3
**identifies [1]** 22/20
**identify [12]** 36/8 81/13 89/8 90/3 91/8 91/13 220/20 221/3 221/12 221/19 222/5 222/12
**identifying [1]** 32/22
**ignore [1]** 231/4
**Illinois [1]** 66/12 73/2
**illustrate [3]** 153/2 198/3 208/17
**image [1]** 76/2
**images [1]** 69/14
**immigrants [1]** 49/3
**impact [17]** 37/8 37/12 38/11 38/16 46/20 48/17 52/15 61/14 67/10 67/12 68/8 72/7 81/4 93/9 99/7 199/10 200/6
**impacted [1]** 53/14
**implications [2]** 120/8 231/3
**importance [1]** 59/13
**important [18]** 13/12 14/13 14/20 16/18 22/22 23/16 33/19 46/6 67/1 77/18 80/4 94/6 101/2 104/7 118/5 141/20 221/25 235/10
**importantly [2]** 70/17 72/22
**improperly [4]** 210/16 210/17 211/25 212/5
**improve [3]** 46/12 46/17 86/13
**improving [1]** 88/8
**inability [2]** 39/20 46/20
**inadvertently [1]** 26/3
**inappropriate [1]** 218/15
**incapable [1]** 112/13
**include [19]** 59/8 68/23 81/25 83/5 87/3 104/18 104/20 105/3 116/6 132/6 134/18 150/23 176/1 176/4 184/2 184/9 197/13 200/18 206/20
**included [8]** 14/20 52/21 57/15 61/3 79/21 81/23 95/25 195/19
**includes [11]** 8/5 24/13 27/8 59/7 61/17 67/24 90/6 91/2 141/2 148/25 180/12
**including [7]** 3/23 14/15 33/18 34/23 70/15 174/13 199/25
**income [11]** 35/13 125/19 142/23 142/25 145/22 166/1 167/6 168/24 169/2 170/5 170/6
**incoming [10]** 31/16 36/23 37/17 38/7 38/20 39/16 39/25 44/2 55/5 88/8
**incomplete [1]** 127/2
**incompletes [1]** 129/25
**incorporated [1]** 37/15
**incorporating [1]** 199/5
**increase [24]** 38/18 41/4 51/14 51/16 52/22 53/1 54/1 55/10 55/11 56/1 57/8 57/11 60/11 60/14 69/23 73/5 76/19 76/24 77/6 79/2 85/8 85/11 174/23 198/12
**increased [8]** 36/24 51/9 60/8 61/12 63/24 67/8 69/15 73/13
**increases [3]** 168/15 201/6 224/9
**increasing [6]** 28/19 28/22 61/9 69/19 79/5 148/18
**incredibly [1]** 118/5
**independent [3]** 195/8 196/10 205/21
**index [10]** 2/1 159/6 161/19 172/21 173/3 173/6 174/13 179/25 205/4 205/8
**indicate [3]** 75/23 160/2 219/25
**indicated [3]** 41/25 106/16 120/16
**indicates [7]** 47/19 52/20 54/25 55/5 60/7 84/18 220/19
**indications [1]** 46/24

**indicator [1]** 165/20
**indicators [2]** 164/6 165/19
**indicia [11]** 18/17 18/22 21/10 21/12 21/16 21/18 22/6 22/22 23/2 23/7 24/1
**individual's [1]** 98/18
**individuals [1]** 13/20
**indulgence [1]** 106/2
**influence [7]** 48/16 64/11 64/12 64/13 65/3 65/4 82/1
**influencer [1]** 65/21
**influencers [6]** 47/19 57/19 60/1 64/14 65/9 67/3
**Influences [2]** 65/25 66/1
**influencing [1]** 47/14
**influential [1]** 64/19
**inform [24]** 4/21 33/13 86/14 86/15 87/5 51/1 59/8 70/3 70/6 71/9 86/14 89/22 90/14 99/13 112/19 121/7 122/3 123/4 124/15 125/23 132/3 132/6 165/4 215/22 231/1
**information in [1]** 36/14
**informative [1]** 22/18
**informed [1]** 14/22
**initial [10]** 57/3 186/23 188/13 188/16 188/18 188/24 189/6 189/13 191/11 199/1
**initially [1]** 82/4
**initiatives [4]** 79/2 79/4 79/8 81/14
**inner [1]** 71/1
**inputs [2]** 157/13 157/19
**INSPIRE [6]** 73/17 73/19 74/20 75/3 77/21 80/10
**inspired [1]** 81/6
**Instagram [1]** 69/3
**instead [4]** 48/12 148/15 171/7 186/5
**institutional [5]** 40/15 89/9 90/18 102/4 122/25
**institutions [2]** 38/21 221/16
**instructed [1]** 95/21
**instruction [1]** 162/10
**instructions [1]** 95/21
**integration [1]** 61/5
**intend [1]** 120/1
**intended [2]** 112/8 112/10 113/7
**intent [3]** 15/22 215/22 215/25
**intentionally [3]** 56/21 58/13 215/14
**interacting [2]** 35/2 35/6
**interaction [1]** 164/21
**interactions [1]** 84/2
**interactive [1]** 68/5
**intercept [1]** 179/24
**interdependent [1]** 194/14
**interest [22]** 55/14 56/1 57/3 57/23 58/10 63/24 64/24 66/20 67/8 68/9 69/11 69/19 70/20 71/8 72/1 73/14 75/21 82/4 82/5 82/8 216/8 221/4
**interested [17]** 38/2 39/6 44/2 44/3 58/18 58/19 65/6 65/9 65/17 66/5 67/5 72/22 72/23 80/4 145/9 162/8 196/5
**interesting [1]** 139/16
**interject [1]** 148/24
**intermediate [2]** 115/1 115/1
**internal [2]** 121/8 121/13
**international [2]** 87/3 119/1
**internet [3]** 53/6 61/6 61/16
**interpret [4]** 158/25 169/11 170/2 192/13
**interpretable [1]** 168/10
**interpretation [1]** 9/2
**interpreted [1]** 159/24
**interpreting [1]** 170/6
**interrupt [1]** 44/10
**intertwined [1]** 81/24
**interview [2]** 124/22 165/21
**interviews [1]** 233/20
**introduce [1]** 109/2
**introduced [2]** 229/9 229/21
**invitation [1]** 65/9
**invited [1]** 116/23
**inviting [2]** 65/12 65/24
**involve [1]** 77/8
**involved [3]** 57/13 77/3 210/12
**involves [2]** 83/4 111/23
**irregularities [1]** 123/8
**is [656]**
**Island [1]** 20/16
**isn't [5]** 6/7 44/9 93/20 93/20 101/10 211/12
**issue [12]** 20/2 120/10 169/11 170/1 195/24 195/25 196/15 200/9 206/25 230/21 230/23 234/14
**issues [8]** 21/16 37/14 76/23 109/8

115/24 165/25 193/8 234/12
**it [378]**
**it's [217]** 4/18 4/21 4/22 7/24 8/12 9/22 11/2 12/14 12/22 13/12 13/25 14/4 14/12 14/13 14/18 17/20 19/2 20/9 22/2 24/11 28/15 28/24 33/19 33/23 36/9 38/6 38/7 38/18 38/22 43/5 44/23 44/23 44/24 46/6 46/22 47/8 47/23 48/3 48/4 48/18 50/2 51/19 52/4 56/10 56/14 56/16 57/1 57/1 59/3 59/4 59/5 59/10 59/18 61/13 62/2 63/2 64/1 64/7 65/5 67/1 67/10 68/4 68/4 69/5 70/22 71/7 71/15 72/3 72/6 72/18 72/22 74/1 74/18 76/23 77/9 79/18 81/5 83/19 85/10 85/10 85/11 86/15 87/9 88/7 91/5 93/23 97/4 97/12 99/18 104/7 106/6 106/20 107/1 107/5 107/12 109/1 110/20 113/18 114/6 114/11 115/2 118/9 118/24 120/8 124/8 127/22 127/25 128/18 130/7 131/25 135/14 135/15 136/6 137/2 137/25 138/4 138/7 139/24 141/3 142/3 142/5 143/12 143/15 143/16 143/24 144/16 145/2 146/7 147/24 149/11 149/23 150/7 150/19 151/9 152/15 152/16 154/5 155/2 155/14 155/22 157/21 157/24 159/13 159/13 160/10 163/25 164/5 165/8 165/10 165/12 167/25 168/6 168/14 168/20 169/10 169/23 170/1 170/16 170/16 175/2 175/23 176/15 177/5 180/16 182/16 184/6 184/19 184/21 185/23 190/2 196/20 198/4 199/4 199/18 199/21 202/13 202/14 203/15 203/24 205/15 205/24 206/10 206/22 207/1 207/4 207/10 207/11 207/21 208/21 208/11 208/25 209/12 211/8 211/10 213/12 216/16 216/18 216/22 218/15 219/15 219/19 223/2 224/22 224/25 226/16 227/24 229/25 231/13 231/22 232/15 232/17 232/22 233/1 233/7 233/9 235/10
**iterations [2]** 44/14 163/24
**iterative [2]** 15/9 18/16
**its [16]** 18/25 32/10 39/2 50/10 51/9 57/11 72/6 87/9 88/6 89/10 110/21 112/8 117/12 172/10 215/15 223/24
**itself [2]** 135/12 180/18
**Ivy [1]** 17/6

## J

**JAG [1]** 105/3
**Jamaican [1]** 49/3
**JAMRS [1]** 47/18
**January [3]** 17/19 17/25 60/19
**Japan [1]** 98/15
**Japanese [1]** 98/16
**job [8]** 26/17 32/22 57/2 94/24 117/12 165/16 203/19 232/13
**JOHN [2]** 1/18 15/18
**joined [1]** 92/8
**JOSHUA [1]** 1/16
**journal [4]** 115/10 115/11 116/24 118/18
**journals [3]** 115/24 116/12 118/20
**JROTC [1]** 64/22
**judge [3]** 21/19 233/21 233/22
**judgment [1]** 216/16
**judicial [3]** 150/20 151/8 236/10
**jumbled [1]** 192/6
**jumped [1]** 85/2
**jumps [1]** 84/21
**juniors [2]** 63/15 74/22
**just [148]** 3/3 4/23 7/25 8/24 9/8 9/14 14/24 15/17 16/6 16/20 18/17 19/2 19/3 20/9 21/8 21/9 21/15 22/7 22/13 28/10 28/21 29/2 29/3 31/4 32/7 33/4 35/15 36/7 36/11 39/7 39/11 42/21 43/5 43/23 43/23 44/23 47/5 48/2 48/14 48/17 48/18 49/9 49/10 56/8 56/16 65/4 68/4 69/23 70/18 72/18 73/15 76/23 79/11 85/22 86/4 88/4 88/22 89/19 92/12 93/25 100/18 102/25 103/1 103/10 104/3 106/1 106/14 106/14 106/24 112/13 122/10 123/10 124/17 127/8 128/11 131/18 134/9 134/22 137/3 137/15 137/16 138/1 139/17 139/18 141/6 142/11 142/19 143/24 144/20 146/5 146/7 147/19 147/24 149/20 150/10 150/11 150/18 151/8 154/22 158/13 159/9 159/13 160/8 164/5 164/25 166/2 172/8 173/24 175/12 176/13 177/12 178/3 179/9 180/15 183/8 185/16 185/20 186/3 188/3 188/23 190/2 192/21 193/7 193/8 197/20 198/10 198/25 200/17 202/2 202/4 203/1 203/11 203/24 208/13 209/4 210/18 218/11

**J**

just... [10] 230/1 230/9 230/10 230/13 230/16 231/9 232/4 232/8 232/18 232/24
230/20 231/4 231/23 232/16 232/22 232/19
Justice [4]    97/8 99/17 102/1 102/19

**K**

Kahlenberg [3]    162/2 162/7 162/8
Kahlenberg's [1]    126/11
Kansas [3]    15/17 15/18 15/18
keep [11]    3/2 40/6 62/6 71/14 94/19 133/10 141/1 172/18 178/4 180/10 201/19
keeping [1]    152/20
Ken [4]    195/4 195/16 195/25 196/19
Kenneth [2]    194/21 195/2
key [7]    60/21 68/1 74/9 127/15 177/14 182/16 225/4
kids [2]    48/23 67/3
kind [17]    8/2 26/2 51/2 59/3 77/19 82/2 82/2 82/5 91/15 111/19 111/23 118/9 121/12 124/15 134/7 156/16 193/5
kinds [5]    114/22 125/10 165/15 167/4 193/3
know [100]    8/14 9/20 11/1 13/1 14/12 15/10 21/23 22/6 27/17 27/21 28/10 28/25 35/3 35/6 42/16 42/20 43/6 46/3 47/15 48/9 51/24 52/25 53/8 55/9 57/11 57/24 60/3 60/11 60/13 61/18 62/2 66/22 68/11 74/11 77/6 80/15 84/10 86/12 86/19 86/22 89/15 90/15 93/16 97/17 101/13 101/20 115/13 116/16 120/16 122/2 123/1 123/7 124/20 132/9 133/4 135/2 138/5 139/9 147/22 149/6 149/11 152/11 153/11 153/24 156/22 158/2 163/20 164/1 166/1 166/8 169/22 170/25 171/24 172/5 172/25 176/14 177/17 179/19 180/22 181/19 186/2 186/17 190/3 190/16 190/22 195/7 196/6 197/2 200/4 202/9 205/6 205/25 209/13 213/9 213/15 214/4 218/11 227/1 232/19 232/21
knowing [1]    97/2
knowledgable [1]    47/14
knowledge [4]    40/13 76/5 76/8 214/14
knowledgeable [1]    76/3
known [1]    230/2
knows [1]    94/18

**L**

L-A [1]    29/16
L-A-T-T-A [1]    3/12
L-O-G-I-T [1]    156/18
labeled [3]    72/3 186/6 186/20
labor [2]    111/2 111/2
laborious [1]    231/13
lack [6]    47/11 48/3 48/4 49/8 50/6 226/12
lag [3]    37/21 37/25 49/18
lagged [4]    196/11 196/14 196/18 196/20
lagging [2]    88/10 90/25
Lake [1]    98/14
language [6]    40/15 41/14 55/1 96/25 96/25 97/2
languages [1]    51/25
large [20]    19/5 30/16 58/11 72/13 73/8 86/22 109/17 109/21 111/17 118/2 135/13 138/11 156/10 168/7 179/14 190/14 191/7 191/9 191/10 202/14
larger [12]    91/5 91/7 91/11 139/4 142/21 160/18 160/19 168/1 168/15 168/15 198/24 201/9
largest [7]    37/22 88/10
last [39]    3/12 19/2 25/4 25/4 28/15 33/1 34/6 35/19 40/4 40/8 42/18 47/2 49/22 51/15 54/12 58/16 61/13 69/22 72/24 73/6 74/21 78/1 80/15 82/24 97/8 97/14 100/14 100/18 102/19 107/1 107/3 108/20 136/15 174/8 181/1 187/1 195/7 206/12 228/5
late [4]    9/22 75/9 187/18 233/25
late-afternoon [1]    187/18
late-morning [1]    75/9
lately [1]    39/22
later [15]    10/8 15/13 114/12 141/15 164/18 164/19 166/13 168/4 190/10 193/13 193/18 193/22 194/3 195/5 233/24
latitude [1]    43/7
LATTA [77]    1/21 2/5 3/4 3/11 3/20 6/19 8/14 11/4 13/9 14/24 16/10 20/1 22/12 23/25 24/8 24/18 26/5 28/18 30/3 33/1 33/7 34/9 34/19 37/6 38/9 38/24 39/14 40/12 41/14 42/4 45/4 47/2 52/10 52/25 55/9 57/24 58/23 60/7 61/8 62/9 62/25 64/12 66/15 67/18 68/16 71/9 72/24 73/19

75/1 75/14 76/5 78/12 78/14 79/3 80/23 83/7 84/2 85/4 85/17 86/19 87/5 88/2 88/9 88/13 88/14 89/1 98/11 98/25 99/10 101/10 101/14 102/8 102/9 103/5 104/11 105/18 106/16
laughing [1]    209/10
Laughter [1]    209/9
law [7]    8/11 9/1 105/4 105/11 209/10 231/6 231/19
lawsuit [2]    214/11 214/17
lawyer [1]    105/6
lawyers [1]    95/1
lead [3]    33/21 35/7 39/10
leaders [7]    33/20 35/5 46/23 64/21 64/25 65/5 74/9
leadership [9]    23/13 30/23 34/25 50/23 52/3 78/20 80/24 221/20 221/25
leading [4]    33/16 34/17 208/9 208/11
leads [2]    118/11 199/5
League [1]    17/6
learn [8]    35/3 35/16 64/15 98/12 98/15 114/20 114/21 163/22
learned [1]    214/6
learning [1]    114/17
learns [1]    35/4
least [15]    12/20 13/3 23/9 26/6 26/12 26/13 35/11 90/3 91/13 127/18 141/15 146/1 199/20 204/2 230/2
leave [3]    101/23 152/13 228/24
left [9]    88/21 90/18 96/13 100/11 153/2 177/5 204/12 204/15 205/21
left-hand [1]    177/5
legacy [1]    165/19
legal [3]    27/21 113/2 228/14
less [25]    26/7 26/13 52/6 135/2 138/18 139/14 145/20 148/21 149/22 152/15 154/1 155/22 166/12 167/6 168/24 169/2 169/5 181/4 181/9 181/24 188/1 189/10 194/2 194/2 194/3
let [14]    4/23 20/9 46/11 47/5 53/20 146/3 153/19 157/18 167/8 173/21 182/24 195/15 208/13 235/2
let's [61]    15/17 24/6 33/22 43/12 44/11 52/7 54/9 55/19 58/21 60/25 62/23 64/10 66/13 67/16 68/14 70/2 71/17 73/17 75/7 75/11 81/10 89/19 92/25 103/19 104/9 124/4 128/14 131/17 149/14 152/18 154/8 155/6 155/24 161/7 162/4 166/2 170/20 170/20 173/5 173/10 174/9 177/22 179/16 180/3 182/2 185/11 185/25 190/17 191/12 192/7 193/2 194/9 197/8 198/16 199/7 202/19 204/5 206/12 207/15 218/23 220/13
letter [2]    10/2 11/20
letters [3]    113/14 113/14 122/4
level [8]    46/15 88/5 114/4 114/17 114/18 156/23 162/25 172/18
leverage [1]    41/25
life [13]    13/10 13/15 14/18 29/7 33/15 59/5 70/18 80/21 81/3 114/12 200/1 200/19 200/21
life's [1]    98/12
lifestyle [1]    47/25
like [74]    13/10 14/10 20/5 21/20 29/11 34/5 35/14 36/5 36/13 40/20 40/21 48/16 48/19 52/17 54/11 55/11 56/24 57/21 59/3 71/24 75/14 75/15 77/8 77/21 78/9 84/13 87/13 88/20 90/9 93/25 97/7 99/5 101/25 102/3 102/16 109/24 111/6 112/2 115/2 120/21 120/24 121/13 124/7 124/23 125/19 127/25 128/15 138/15 139/9 140/8 146/5 146/13 147/22 152/21 161/7 163/24 163/25 164/10 166/22 169/15 172/7 184/13 184/21 188/19 189/2 207/4 211/7 212/7 213/25 218/25 220/18 221/22 233/19
likely [5]    113/14 113/15 178/21 221/13 222/5
limitations [1]    71/25
limited [1]    25/1 179/19
limits [1]    27/16
LINDSEY [1]    1/22
line [27]    24/16 42/21 42/25 43/2 92/8 93/14 93/17 93/23 103/7 103/9 103/11 103/14 103/14 103/16 103/17 103/17 104/1 104/1 104/1 104/12 104/14 105/1 105/20 107/22 211/22 214/3 219/2
lines [3]    129/22 162/13 180/25
list [14]    4/13 4/13 5/15 6/7 7/19 8/4 9/12 11/12 18/24 19/11 102/17 113/22 131/6 131/11
listed [18]    15/14 18/23 29/2 43/9 68/2

69/5 70/22 89/1 89/4 89/23 92/22 127/10 127/10
listings [3]    88/25
lists [19]    9/23 17/16 18/20 18/20 18/21 18/23 18/25 84/15 126/1
litany [1]    48/18
literally [1]    159/13
literature [5]    116/25 122/24 205/18 205/22 206/4
little [42]    4/23 8/3 9/23 20/1 20/14 21/9 31/22 44/8 49/10 51/13 66/3 70/4 70/23 72/21 74/5 79/13 86/23 87/2 94/3 111/10 111/11 117/25 133/15 139/3 141/18 142/5 142/24 143/20 146/2 152/15 155/22 156/22 156/24 168/21 171/3 172/17 203/24 203/25 206/14 207/8 207/25 229/5
live [1]    47/11
lo [3]    15/11 15/21 19/12
LOA [1]    132/1
loading [1]    20/9
loans [1]    28/2
local [12]    53/17 64/14 65/3 66/19 68/9 76/22 83/2 83/22 84/1 84/11 87/15 102/10
located [1]    27/10
locations [1]    72/12
logistics [1]    105/2
logit [56]    156/18 156/24 156/25 157/10 157/14 157/19 157/21 158/5 158/23 159/7 160/21 161/9 161/23 162/17 163/5 167/3 168/8 168/22 170/9 170/22 170/24 172/24 173/8 174/15 175/16 177/3 177/19 182/3 182/6 182/7 182/12 182/12 182/12 182/16 182/22 183/8 183/23 183/24 184/3 184/9 184/12 185/20 189/15 189/22 191/13 192/8 194/11 196/24 197/5 200/4 205/6 206/19 217/23 218/1 218/3 219/5
long [33]    59/4 100/11 110/10
longer [3]    39/2 129/24 187/24
longstanding [1]    58/24
look [98]    4/19 4/22 6/12 6/14 10/6 10/25 13/18 14/13 15/11 15/18 15/22 15/23 16/5 18/2 18/8 18/9 18/24 18/25 19/17 20/5 24/6 25/12 32/15 32/16 32/23 32/25 33/22 34/5 34/11 35/10 37/17 37/17 38/19 40/20 41/22 43/7 43/12 44/11 44/17 52/17 54/9 54/11 58/21 62/23 67/16 70/2 72/24 80/25 86/9 88/9 89/19 92/12 92/25 93/6 116/16 121/6 123/9 124/2 134/15 135/17 137/11 138/4 138/9 138/15 139/8 139/17 142/10 142/14 142/15 144/14 149/20 150/1 152/4 155/24 168/24 169/17 182/7 183/8 185/19 188/22 191/6 193/8 196/3 203/22 207/12 207/15 208/4 213/22 213/25 214/3 217/13 217/25 218/23 220/13 220/18 221/2 223/11 224/17
looked [13]    10/23 19/11 19/18 33/22 42/18 43/17 91/20 91/22 95/11 107/1 107/3 144/22 148/15
looking [35]    16/13 16/16 17/7 17/16 21/13 23/13 32/12 32/13 80/16 80/17 81/4 91/3 95/5 96/1 99/6 109/10 122/25 129/22 130/10 136/6 138/3 141/13 141/23 142/3 145/16 146/8 175/4 175/11 182/18 183/16 204/19 207/20 216/2 222/23 229/24
looks [7]    14/10 18/10 46/23 146/5 188/19 189/2 212/7
loop [1]    85/22
lose [1]    127/1
losers [1]    187/12
lost [2]    50/2 51/17
lot [51]    4/1 8/17 14/14 16/5 16/15 17/18 26/16 28/2 28/25 32/5 37/15 37/16 43/7 51/20 53/16 55/13 62/15 62/19 65/14 65/23 68/23 69/7 69/13 70/19 71/2 77/7 77/13 78/2 79/11 79/23 79/25 81/1 81/17 81/24 83/21 87/17 100/8 100/17 101/3 103/15 114/6 114/19 122/2 126/24 135/22 138/19 184/20 188/19 222/6 223/22 223/24
lots [7]    113/13 115/2 116/4 126/5 130/7 141/17 151/2
love [2]    24/24 29/2
low [5]    35/13 39/6 41/25 77/17 149/12
low-income [1]    35/13
lower [20]    4/8 6/22 7/4 7/5 7/13 10/13 14/9 27/5 141/4 144/16 147/4 148/13 153/8 153/16 156/8 165/12 183/14 183/18 186/22 201/11
lowest [4]    140/6 140/12 186/17 186/21
lunch [11]    108/9 128/16 128/22 128/22

## L

lunch... [1]... 128/4 128/6 128/8
129/6 129/8 233/25
Lyall [2] 230/8 230/12

## M

made [15] 11/22 31/18 44/6 48/17 55/14
67/11 74/24 86/6 100/6 120/9 128/5
129/17 174/12 185/16 228/13
Madison [1] 110/24
magistrate [1] 233/21
magnitude [1] 160/14
mail [2] 57/15 82/20
mail-outs [2] 57/15 82/20
main [6] 25/18 25/18 30/12 32/15 55/14
136/10
mainly [1] 69/3
maintain [3] 45/9 46/15 82/4
maintained [1] 46/1
maintaining [3] 34/13 34/20 46/1
major [8] 67/12 111/6 112/18 114/21
116/7 117/4 117/15 117/19
majority [4] 4/7 30/20 140/11 204/4
make [152] 9/19 14/22 15/11 16/9 17/9
17/14 17/20 18/6 18/11 19/1 19/13 19/22
25/19 25/20 25/22 29/2 32/5 44/5 44/8
44/23 59/14 59/17 61/23 67/14 67/14
80/16 94/23 111/16 112/13 112/17 112/18
112/19 115/17 122/9 129/4 129/24 132/2
137/22 142/21 142/25 143/3 147/13 166/6
166/18 168/10 185/18 193/24 194/14
224/15 229/6 233/1 235/9
maker's [1] 195/11
makes [8] 140/8 170/6 189/15 196/20
197/25 199/4 202/3 208/5
makeup [1] 84/16
making [29] 5/7 8/13 9/4 9/17 10/16
10/20 11/5 17/7 17/12 17/21 31/4 44/21
48/19 67/10 87/25 92/20 114/8 125/23
134/1 146/1 150/22 169/5 180/23 195/22
196/1 205/20 215/19 219/21 227/10
man [2] 98/22 186/2
managed [1] 51/14
management [2] 53/3 54/2
many [69] 4/22 6/13 7/17 8/19 10/9 12/6
12/10 12/13 15/25 17/4 17/6 18/22 22/19
23/3 23/8 23/20 26/18 26/19 28/1 29/1
29/3 29/5 30/22 32/18 38/21 47/11 47/19
47/22 47/24 48/4 49/17 53/12 53/19 56/22
57/3 57/24 58/7 61/12 61/16 79/25 80/25
81/8 82/7 83/17 84/7 84/10 86/25 93/16
111/5 115/3 115/6 115/24 124/13 125/11
128/5 128/11 129/20 130/10 131/5 132/21
153/17 153/19 153/24 181/23 184/4 187/4
197/4 199/17 211/6
March [2] 19/19 19/20
marginal [19] 118/12 171/13 171/23
174/11 174/22 174/25 175/6 175/11 175/19
175/22 176/17 181/16 185/18 185/19
193/16 193/17 198/19 198/24 202/13
mariachi [1] 68/11
Marine [17] 27/12 27/24 33/16 33/21
34/17 35/8 39/9 47/13 60/5 66/23 79/10
80/2 83/24 106/23 106/24 107/6 107/10
Marines [14] 20/19 23/15 24/4 26/17
27/10 27/14 27/17 27/20 28/16 29/3 46/4
79/12 79/24 79/25
mark [1] 42/13
marked [7] 52/10 78/14 97/12 119/13
119/18 119/23 230/2
market [1] 75/24
marketing [13] 53/3 53/25 54/4 57/14
57/14 57/20 60/16 61/4 61/6 61/18 61/21
62/13 76/20
married [1] 27/21
MARYLAND [3] 1/1 1/6 236/6
Massachusetts [1] 232/20
match [3] 93/3 114/21 203/3
matches [2] 92/18 179/25
materials [4] 95/11 97/23 100/13 126/3
math [16] 24/16 25/13 51/25 118/5 133/9
133/10 144/4 144/14 144/15 156/17 156/22
159/10 159/11 161/17 166/9 172/17
mathematics [2] 56/6 56/11
matriculated [3] 24/15 30/20 37/18
matriculating [1] 31/24
matter [13] 1/9 123/24 158/3 162/9
160/15 163/22 164/19 170/3 170/18 174/3
191/21 228/22 236/9
mattered [1] 210/18

mattering [2] 123/23 168/23
matters [8] 111/7 123/20 160/16 164/15
172/23 230/4 231/7 231/24
matured [1] 59/1
may [49] 3/3 3/14 4/14 5/12 6/4 6/25
10/15 13/18 14/19 14/19 15/11 15/11 16/3
17/17 18/10 19/13 19/15 19/15 19/18
20/25 22/3 26/23 29/20 30/9 30/11 60/20
69/22 72/21 76/1 77/7 87/7 107/3 107/25
108/1 114/10 114/10 129/11 137/23 141/18
142/10 145/4 147/8 164/19 188/8 188/9
224/20 231/21 231/21 233/19
maybe [16] 20/9 22/20 68/5 79/13 82/5
86/5 103/12 115/17 118/24 176/22 187/25
187/25 204/16 225/14 229/20 233/24
MCCARTHY [15] 1/15 2/9 108/4 108/7
108/11 108/25 129/13 133/12 176/5 187/24
188/9 208/13 208/22 229/19 230/18
me [41] 4/23 11/14 20/9 46/11 47/5 52/6
66/5 66/5 92/13 92/24 96/7 96/19 98/9
112/25 117/9 131/24 137/13 139/16 146/3
147/14 150/20 151/9 151/10 151/12 151/14
153/19 157/18 158/13 167/8 173/21 176/9
182/24 186/1 195/15 200/18 208/25 223/18
229/16 231/6 232/8 235/2
mean [22] 31/14 39/12 44/10 93/19 110/15
122/10 124/24 142/13 147/14 158/13 171/1
174/4 178/17 190/21 206/17 206/20 209/7
212/9 212/13 218/18 232/10 234/25
meaning [3] 18/17 31/2 187/14
means [13] 105/13 115/8 128/21 131/22
150/25 152/4 179/21 181/5 185/3 192/22
201/20 206/2 219/12
meant [7] 56/21 65/9 99/5 124/9 153/4
165/1 166/11
measure [6] 71/15 161/20 169/20 200/21
200/22 206/1
measured [2] 73/16 157/8 204/1
measures [6] 125/18 146/16 146/17 157/23
206/2 220/1
meat [1] 195/6
mechanism [2] 33/20 58/18
medal [1] 232/12
MEDHA [1] 1/18
media [9] 53/6 61/4 61/15 69/1 69/2
69/12 77/6 82/20 83/5
medical [9] 8/6 124/22 127/10 130/16
141/24 170/11 191/18 226/2 226/3
medically [5] 19/15 127/7 128/1 134/16
155/16
meet [2] 47/24 85/25
meeting [1] 28/14
meetings [2] 44/13 86/1
member [5] 4/2 83/19 84/6 110/21 215/9
member's [2] 41/11 42/11
members [10] 26/5 27/4 28/20 28/22 65/1
66/19 83/2 95/16 215/3 215/6
memory [2] 12/12 12/15
men [5] 41/12 117/16 117/16 117/17
117/20
men's [1] 67/24
MENDEZ [1] 1/19
mentally [1] 220/20
mention [3] 54/13 60/18 146/25
mentioned [18] 7/25 28/21 30/18 31/21
67/21 68/19 68/22 71/12 74/11 116/9
121/14 149/4 153/23 166/12 169/25 204/9
217/7 217/23
mentions [1] 61/2
mentor [1] 29/4
Merchant [1] 66/23
merge [3] 125/17 125/21 125/22
merit [2] 9/1 236/4
mess [1] 106/5
messages [1] 57/16
messiness [1] 122/10
met [1] 218/17
meteorology [1] 105/2
method [18] 4/3 4/11 4/12 4/16 4/24 5/2
5/6 5/11 6/4 6/15 6/20 7/1 131/14 225/1
227/3 227/9 227/14 227/21
methodologies [1] 179/7
methodology [7] 172/19 174/10 175/21
176/19 179/18 216/19 217/4
methods [5] 111/15 111/16 114/5 172/14
194/20
metric [2] 8/25 175/6
metrically [3] 14/15 71/16 73/16
MICHAEL [1] 1/13
MICHEAL [1] 1/22

Michigan [1] 73/4
microeconomics [2] 111/1 115/1
micropage [1] 145/25
middle [6] 6/9 12/2 146/24 154/19
midshipman [6] 27/25 41/5 52/3 59/5 59/7
70/18
midshipmen [19] 33/14 34/15 50/23 57/1
59/5 60/21 63/4 63/10 65/1 67/20 67/22
68/12 70/8 70/9 72/11 74/9 77/3 78/11
83/1
midst [1] 149/6
might [34] 4/22 5/20 6/12 6/14 7/4 19/10
19/17 19/20 22/20 61/19 61/23 77/23 80/4
81/25 82/17 92/23 93/3 94/10 97/4 97/21
98/15 103/13 121/20 135/23 141/20 154/4
156/9 164/18 165/8 165/12 179/9 195/12
196/3 196/5
Mike [2] 41/1 52/9
military [14] 47/15 47/20 47/21 47/25
48/2 48/9 53/15 60/4 76/2 76/3 76/3 84/7
120/18 221/16
military's [1] 216/7
million [3] 51/13 51/15 54/8
mind [6] 3/9 45/20 108/19 141/1 178/4
180/10
Mini [1] 70/23
Mini-OPINFO [1] 70/23
minorities [14] 30/15 37/22 47/7 62/9
66/1 75/4 107/2 107/13 107/23 171/24
172/3 180/23 191/8 207/13
minority [35] 4/7 30/16 40/8 40/9 49/15
58/10 58/13 58/17 63/25 67/8 69/19 71/2
71/10 73/8 73/14 73/23 74/2 74/8 76/12
76/23 83/8 83/10 83/13 84/3 84/4 88/10
106/18 106/22 107/6 107/12 171/21 172/2
176/24 179/20 193/19
minority-related [1] 76/23
minus [3] 173/4 181/22 181/22
minute [4] 75/11 173/21 229/15 229/16
minutes [7] 3/3 75/9 75/10 187/19 187/25
209/5 209/8
minutes' [1] 209/11
mirrored [1] 93/7
mislabeled [1] 134/21
misleading [1] 92/6
mismatch [1] 42/22
misrepresentative [1] 43/5
missed [2] 43/8 43/10
misses [2] 203/13 208/2
missing [13] 22/24 127/15 130/8 153/25
165/25 166/11 166/13 166/15 166/23
169/16 190/9 190/10 203/15
mission [2] 98/15 209/25
Mississippi [1] 73/3
mistaken [2] 229/18 231/1
MIT [2] 39/23 49/4
mix [1] 201/10
mixed [3] 103/12 118/25 203/20
model [135] 112/16 122/5 123/17 123/22
127/21 156/15 156/16 156/18 156/24
156/25 157/10 157/14 157/19 157/21 158/5
158/16 158/16 158/23 158/24 160/21 161/2
161/9 161/12 161/23 162/1 162/12 162/17
164/20 163/5 164/5 164/5 164/9 164/16
164/20 164/22 164/25 165/1 165/2 165/2
165/4 165/17 165/18 165/22 166/1 166/18
167/3 167/23 167/23 168/4 168/18 168/25
169/23 169/25 169/25 170/9 170/22 173/7
173/25 174/4 175/12 176/17 177/19 178/4
182/6 182/7 183/24 184/3 184/4 184/10
184/12 185/17 185/18 185/22 185/24
189/22 189/25 191/14 192/8 192/12 192/12
192/18 192/20 192/22 192/23 194/11
194/11 196/2 197/5 197/23 198/1 198/6
198/13 198/20 198/21 199/8 199/23 199/24
200/16 202/5 203/10 203/19 203/23 203/24
204/1 205/6 206/13 206/14 206/17 206/19
206/20 207/7 207/21 207/22 207/23 207/25
208/16 215/22 217/7 217/23 218/1 218/3
218/4 218/7 219/5 219/5 219/7 219/9
219/25 231/23
Model 1 [1] 164/5 168/4 169/23
Model 2 [3] 164/9 167/23 168/25
Model 3 [2] 164/20 167/23
Model 4 [4] 164/16 164/22 164/25 165/2
Model 5 [5] 165/1 192/12 192/18 192/22
192/23
Model 6 [5] 165/18 169/3 169/4 169/10
169/25

**M**

**Model 7 [2]** 168/14 169/13
**Model 8 [2]** 168/1 169/15
**model's [2]** 219/15 219/24
**modeled [5]** 73/21 112/14 112/22 113/2
113/3
**modeling [12]** 111/18 111/19 111/24 112/2
113/24 115/6 116/10 122/8 157/10 163/23
197/6 225/8
**models [30]** 113/4 116/20 127/16 127/18
162/5 162/21 162/24 163/15 163/17 163/18
163/19 163/24 164/4 166/6 168/4 173/25
174/1 174/7 184/2 184/9 185/13 190/2
190/10 192/18 196/14 196/24 200/5 201/13
204/13 212/16
**moderately [1]** 76/2
**moment [7]** 97/13 139/18 141/6 146/22
148/7 155/24 167/8
**Monday [1]** 233/17
**money [5]** 50/13 50/14 51/12 51/13 51/19
**month [2]** 97/14 218/17
**months [2]** 19/12 20/16
**moral [3]** 81/5 99/8 222/13
**more [59]** 9/24 16/2 20/2 24/19 24/22
29/3 30/18 32/7 49/9 53/24 58/7 58/10
63/14 64/15 66/1 70/17 70/23 71/10 72/1
72/22 74/5 75/4 76/21 76/21 84/4 114/6
115/5 121/15 122/11 125/18 126/13 138/4
138/19 143/25 145/5 149/7 154/12 154/19
156/22 158/1 163/8 163/8 163/9 168/10
172/9 178/10 178/21 185/16 185/22 204/15
204/20 204/20 207/17 207/19 209/18 224/8
224/8 231/23 234/24
**Mormon [1]** 98/14
**morning [6]** 3/2 3/6 75/9 94/3 109/1
233/18
**MORTARA [1]** 1/12 108/3 147/12 220/9
228/13 231/17 231/25 234/6
**most [28]** 5/23 11/13 11/14 11/14 22/22
22/24 23/16 26/18 32/9 37/21 39/5 40/1
43/24 44/6 44/7 62/2 64/18 69/12 69/24
84/12 121/8 121/10 137/1 138/5 138/5
149/11 163/2 169/21
**motivated [1]** 17/8
**motivating [2]** 117/15 123/15
**motivations [1]** 215/19
**move [18]** 32/8 99/20 99/22 101/25 102/3
102/16 120/4 128/14 131/17 148/11 149/21
177/22 179/16 182/2 186/11 198/14 205/16
212/14
**moved [1]** 149/7
**movement [1]** 73/15
**moving [3]** 85/11 167/23 178/20
**Mr [11]** 2/6 2/6 2/7 2/9 2/9 88/17 103/4
108/7 108/25 176/5 209/15
**Mr. [61]** 3/14 29/14 29/22 36/7 88/14
88/15 88/22 90/24 92/2 92/20 95/2 96/1
97/24 102/9 102/11 103/6 108/3 108/4
108/11 120/10 129/13 131/18 132/14
133/12 133/16 134/13 135/21 137/15
143/19 146/4 146/22 147/12 149/14 153/1
154/8 162/7 162/8 166/25 170/20 176/10
187/24 188/9 194/24 208/13 208/22 208/23
209/6 209/7 220/9 228/1 228/13 229/4
230/9 230/18 230/25 231/17 231/25 232/1
232/3 234/6 234/7
**Mr. Carmichael [2]** 208/23 209/7
**Mr. Gardner [16]** 3/14 36/7 88/14 88/22
90/24 92/2 92/20 96/1 97/24 102/9 209/6
228/1 229/4 232/1 232/3 234/7
**Mr. Kahlenberg [2]** 162/7 162/8
**Mr. McCarthy [10]** 108/4 108/11 129/13
133/12 187/24 188/9 208/13 208/22 229/19
230/18
**Mr. Mortara [7]** 108/3 147/12 220/9
228/13 231/17 231/25 234/6
**Mr. Pusterla [17]** 29/14 131/18 132/14
133/16 134/13 135/21 137/15 143/19 146/4
146/22 149/14 153/1 154/8 166/25 170/20
176/10 194/24
**Mr. Robinson [2]** 120/10 230/25
**Mr. Spears [1]** 29/22
**Mr. Strawbridge [4]** 88/15 95/2 102/11
103/6
**Ms [2]** 94/16 94/21
**Ms. [4]** 94/18 187/18 232/12 234/14
**Ms. Hudson [1]** 234/14
**Ms. Thomas [3]** 94/18 187/18 232/12
**much [62]** 18/24 19/22 25/11 29/8 38/21
40/6 42/13 45/2 54/4 61/15 68/21 71/13

71/22 74/8 74/14 82/8 86/14 87/10 91/5
91/7 91/11 106/13 107/24 108/2 111/2
112/21 112/23 112/24 117/13 118/23 119/2
152/11 154/16 156/8 163/2 164/19 165/9
169/11 169/13 170/4 171/6 171/18 174/22
183/4 187/24 189/5 198/15 201/1 205/6
205/7 205/23 206/15 207/2 208/3 210/18
223/12 228/18 228/25 231/23 234/4 234/5
235/9
**multicultural [1]** 90/15
**multiple [29]** 4/8 4/15 4/18 5/16 5/20
6/8 6/22 7/5 7/13 7/15 7/21 9/2 10/12
14/3 14/6 14/14 14/20 50/16 87/24 90/20
90/21 91/16 115/21 121/24 121/25 140/16
226/22 227/11 227/16
**multiples [2]** 8/17 95/7
**multiplication [1]** 133/10
**multiplier [1]** 64/17
**multiply [2]** 133/7 143/8
**multiracial [11]** 90/6 91/2 91/9 91/17
201/25 202/1 202/11 203/6 203/6 203/9
203/16
**multivariable [1]** 118/8
**murkier [1]** 223/13
**murky [4]** 223/5 223/10 223/15 223/19
**musical [4]** 67/17 67/19 67/23 68/4
**must [5]** 127/12 212/2 224/3
**my [113]** 11/9 12/16 17/1 21/22 22/5 24/1
25/13 26/16 32/24 33/23 34/19 34/22 37/6
40/13 40/25 41/24 43/13 43/19 44/1 44/12
45/7 61/11 61/18 62/11 68/7 69/17 78/18
94/16 94/18 94/23 99/6 99/15 102/13
106/10 106/20 107/21 110/23 111/2 111/17
112/1 113/1 113/1 113/5 116/14 116/18
118/7 121/5 121/10 122/14 122/22 124/3
127/18 128/25 129/17 136/10 147/12
147/23 166/8 166/14 167/2 169/10 169/14
173/7 173/25 173/25 182/6 184/4 184/10
185/20 195/17 196/14 197/13 197/23 198/4
198/5 198/12 198/13 198/20 198/20 198/25
199/23 200/4 200/14 200/16 202/5 202/5
203/10 203/19 203/21 203/22 203/23
204/13 205/6 206/3 206/5 206/9 206/10
207/20 207/21 207/21 211/16 212/11
218/21 219/7 226/23 227/4 229/22 229/24
230/13 231/16 231/19 232/14 232/20
**myself [3]** 116/13 117/6 117/7

**N**

**name [15]** 3/10 3/11 3/12 15/17 54/2
58/25 61/21 78/18 108/20 213/10 215/6
215/9 228/2 228/5 229/1
**named [1]** 110/15
**names [1]** 62/18
**NAPS [46]** 20/25 24/3 24/5 24/15 24/20
25/1 25/4 25/5 25/19 27/1 27/18 29/2
30/8 30/20 30/21 31/25 32/1 32/5 32/7
32/20 33/1 74/25 109/12 109/20 122/16
125/3 129/19 130/6 130/6 130/6 130/12
130/15 134/22 155/8 155/14 155/18 156/2
156/6 156/11 191/13 191/14 191/17 191/23
192/8 193/6 193/24
**NAPS' [2]** 30/10 31/19
**Nashville [1]** 73/4
**nation [3]** 34/24 41/13 65/11
**National [1]** 118/23
**Native [3]** 131/12 131/12 137/24
**natural [2]** 32/20 117/21
**naturally [1]** 118/11
**nature [2]** 35/15 204/11
**naval [225]** 1/6 1/21 5/24 6/15 6/21 9/16
11/24 13/8 13/21 14/1 14/11 14/24 15/3
19/4 20/14 20/21 20/22 23/19 24/13 24/19
24/22 24/23 25/14 26/4 26/6 26/8 26/12
26/14 27/3 27/9 27/10 27/17 27/22 27/25
28/20 28/23 29/6 32/9 33/4 33/9 33/11
34/14 34/20 36/3 36/23 37/7 37/11 37/22
38/3 39/1 39/14 41/11 41/14 41/25 42/10
42/12 42/17 42/19 45/5 45/8 45/13 45/21
47/4 47/6 47/7 47/14 49/4 49/14 50/9
50/10 50/15 50/16 50/18 51/4 52/8 52/14
54/4 56/25 57/4 57/11 57/24 58/19 59/11
59/19 60/11 60/13 61/9 62/10 63/25 64/15
64/15 64/24 65/12 66/2 66/6 66/8 66/10
67/6 67/8 67/21 67/23 68/10 68/16 69/20
71/11 71/25 72/8 72/20 72/23 73/14 74/4
74/7 74/10 74/15 76/14 77/4 77/15 78/11
78/23 79/1 79/4 80/4 80/6 80/9 82/1 82/6
82/8 83/23 84/15 85/9 85/13 85/22 86/25
87/8 87/14 88/5 89/8 90/2 90/25 91/12

91/18 92/7 92/14 93/3 93/7 93/16 101/6
101/11 101/19 101/25 102/2 102/22 104/6
104/11 104/23 104/24 105/4 105/9 105/16
105/17 105/22 109/14 129/13 129/21 135/3
131/11 136/7 156/2 156/3 156/13 157/14
157/20 158/2 162/16 162/24 176/24 179/19
180/16 180/18 182/5 186/9 194/11 197/6
214/20 214/24 215/10 215/14 215/19 216/5
216/10 216/11 216/15 218/4 218/8 219/5
219/16 220/4 220/6 220/10 220/19 221/5
221/14 221/17 222/1 222/4 222/14 222/17
222/20 222/23 223/9 223/14 223/19 223/22
224/1 224/6 224/10 224/12 224/20 225/3
225/5 225/9 225/16 226/6 226/16 226/11
**Navy [31]** 26/20 27/12 28/8 33/16 33/21
34/17 35/8 39/9 41/6 46/24 47/13 50/14
60/5 77/16 78/20 79/10 80/2 83/24 90/19
93/4 93/17 103/22 104/16 106/23 106/23
107/6 107/9 145/7 155/10 158/2 172/10
**Navy's [2]** 109/15 219/7
**near [2]** 66/10 163/3
**nearly [5]** 36/25 60/14 87/7
**necessarily [5]** 8/14 32/22 69/14 79/21
84/8
**necessary [2]** 224/5 234/2
**need [38]** 23/23 25/8 25/15 27/19 30/25
31/25 32/3 32/13 39/9 46/16 64/8 64/9
66/8 86/12 94/16 95/19 103/25 115/17
123/8 127/6 128/21 129/25 133/14 140/9
140/22 150/18 156/14 192/15 196/6 199/21
207/17 208/18 230/16 231/8 231/13 231/20
233/20 234/23
**need-based [1]** 64/8
**needed [1]** 56/23
**needs [3]** 86/6 101/6 221/14
**negative [8]** 144/8 159/16 159/17 160/4
160/8 169/1 169/6 191/3
**negatively [1]** 53/14
**neighborhood [1]** 213/6
**neither [2]** 131/11 131/13
**nested [8]** 182/3 182/7 182/12 182/22
183/8 184/9 184/12 189/15
**net [3]** 140/17 181/2 181/19
**neutral [8]** 28/19 37/15 47/3 52/7 87/6
87/20 88/4 162/8
**never [4]** 37/7 37/20 98/21 214/11
**new [9]** 48/8 49/1 68/1 69/7 73/20 95/16
100/2 112/19 147/9
**newer [1]** 25/7
**Newport [1]** 20/15
**news [3]** 39/15 39/22 40/1
**next [68]** 14/9 19/14 31/7 48/12 54/9
55/19 58/21 60/25 64/10 66/13 67/16
68/14 69/17 70/2 71/17 73/17 80/16 82/13
99/20 99/22 108/3 114/18 119/13 119/18
119/23 123/4 128/14 137/11 137/12 138/15
140/14 142/6 143/19 146/4 149/14 154/8
155/6 170/20 173/10 174/6 174/9 176/8
176/18 177/22 182/2 185/11 185/25 190/17
191/12 192/7 193/2 196/2 197/8 198/16
204/5 207/15 217/10 221/2 221/2 221/19
222/12 233/18 234/17 234/18 234/20
234/25 235/4 235/5
**nice [4]** 108/11 108/13 177/2 209/20
**night [4]** 63/8 82/18 97/8 102/19
**nights [1]** 63/4
**nine [2]** 211/8 211/15
**ninth [5]** 55/24 56/4 78/4
**no [62]** 1/4 5/4 5/9 6/2 6/18 8/16 11/8
12/22 17/14 21/23 27/18 31/6 32/12 34/7
39/1 42/6 42/22 56/17 76/10 85/14 86/21
88/7 88/12 90/12 91/3 91/23 92/9 98/9
99/6 100/1 102/14 102/20 106/11 112/15
119/6 122/10 122/11 129/7 129/24 151/15
156/14 169/4 170/18 181/1 183/2 200/6
206/13 206/17 207/9 208/16 208/18 208/21
214/16 224/12 224/14 224/18 228/20 231/2
232/10 232/14 232/15 234/19
**Nobody [1]** 97/2
**nom [2]** 8/8 11/23
**nominate [1]** 12/8 16/18 84/4
**nominated [9]** 5/1 12/6 15/21 16/3 125/6
126/22 164/23 165/10 224/3
**nominates [3]** 5/5 5/10 6/3
**nominating [2]** 224/8 225/1
**nomination [28]** 8/6 9/12 12/3 12/7 12/21
12/24 16/11 17/16 18/20 28/9 87/13
125/23 127/4 127/6 129/25 141/25 155/15
164/24 170/11 183/2 183/4 183/6 184/7
219/4 224/5 226/18 226/19 227/15

**nomination [1]** 1/22
12/10 12/13 12/18 121/2 80/20 87/11 128/5
134/17 224/13 224/15 224/16 224/22
224/23 225/4 225/9
**nominees [3]** 183/22 199/20 199/20
**non [28]** 109/14 121/5 126/21 126/21
136/22 137/1 137/4 137/6 137/16 138/6
138/10 138/21 139/1 139/2 139/25 140/3
140/5 140/13 153/20 154/10 167/19 171/9
173/22 175/4 179/15 180/8 180/16 204/2
**non-BCA [9]** 137/1 137/4 137/6 137/16
138/21 139/25 140/3 140/5 140/13
**non-blue-chip [16]** 109/14 136/22 138/6
138/10 139/1 139/2 153/20 154/10 167/19
171/9 173/22 175/4 179/15 180/8 180/16
204/2
**non-Harvard [1]** 121/5
**non-U.S [2]** 126/21 126/21
**nonappropriated [2]** 51/13 51/17
**nondeterminative [2]** 4/21 12/17
**None [11]** 127/3
**nonetheless [3]** 113/24 200/7 202/14
**nonholistic [1]** 5/21
**nonprep [23]** 136/23 137/1 137/4 137/6
137/17 138/10 139/1 139/2 139/25 140/1
140/3 140/3 140/5 140/13 153/20 154/10
167/19 171/9 175/4 179/15 180/9 180/16
204/2
**nontransparent [4]** 223/6 223/10 223/15
223/20
**noon [1]** 233/23
**normal [1]** 183/24
**normalize [4]** 160/5 160/6 160/6 190/23
**normalized [1]** 159/23
**normally [1]** 4/17
**NORRIS [1]** 1/14
**North [8]** 113/7 113/24 210/10 212/3
212/5 212/15 212/21 232/20
**NORTHERN [1]** 1/2
**not [197]** 5/12 5/17 6/9 7/21 8/6 9/6
9/11 11/21 12/14 13/2 14/20 15/11 16/6
18/7 18/19 19/15 19/18 22/2 23/10 25/11
25/13 25/23 26/22 27/1 28/6 31/16 32/5
33/5 37/18 38/7 39/8 44/10 44/23 45/15
45/17 45/23 47/12 47/14 47/19 48/8 48/19
48/19 49/3 49/7 55/1 56/9 56/16 56/23
59/19 62/4 63/13 63/13 63/13 64/22 65/4
66/10 68/4 69/21 69/25 71/22 72/3 72/4
72/4 72/18 74/17 76/22 76/23 77/8 79/8
79/18 80/3 81/14 82/10 84/5 85/10 86/11
86/21 89/7 89/12 91/23 92/10 92/22 94/13
94/23 99/1 99/17 99/24 100/1 102/1
103/21 104/23 105/6 106/14 107/21 109/14
112/15 117/6 118/14 120/18 121/8 124/17
124/20 126/20 128/18 128/20 129/1 130/9
130/21 131/10 134/9 134/22 136/11 136/11
136/13 137/11 137/23 137/25 138/7 139/12
139/14 139/20 149/9 150/2 150/19 151/3
151/4 151/5 153/17 154/17 155/11 158/20
159/9 162/17 164/19 165/16 166/18 167/16
169/8 170/4 173/22 176/1 176/4 177/6
177/18 178/21 179/10 183/6 187/15 191/5
195/10 196/15 198/14 199/25 201/1 201/23
203/17 206/15 207/2 208/3 208/3 208/4
210/3 212/22 215/2 215/18 216/4 216/7
216/11 216/15 219/19 219/25 221/7 223/23
227/1 227/10 227/16 228/10 229/18 229/20
230/7 230/13 230/14 230/15 230/25 231/2
231/5 231/8 231/21 231/22 232/6 232/7
232/7 232/15 232/23 235/5 235/5 235/6
**note [2]** 134/18 232/17
**noted [2]** 41/24 56/17
**notes [7]** 1/24 57/7 92/14 93/2 93/6
209/12 229/24
**nothing [5]** 98/18 102/23 118/1 127/21
209/18
**notice [8]** 90/16 136/24 140/19 150/20
151/8 168/25 204/18 209/11
**noticed [1]** 143/20
**notification [2]** 27/11 101/2
**notified [3]** 132/7 132/9 133/5
**notify [6]** 100/24 101/12 131/21 131/22
132/3 133/3
**notifying [1]** 101/17
**notion [2]** 153/23 194/13
**notwithstanding [2]** 162/21 162/25
**November [3]** 15/10 17/18 17/22
**now [158]** 6/3 6/19 7/12 9/7 12/16 13/19
14/24 20/1 22/12 23/25 29/9 30/3 31/8
31/22 36/5 36/6 36/14 37/6 40/14 41/4
60/25 69/12 71/18 72/8 75/8 75/15 77/1
78/6 79/3 80/8 81/12 85/4 85/17 91/24
95/10 97/7 98/6 103/25 109/1 115/23
116/19 117/21 126/12 126/24 128/16
128/17 130/25 135/15 136/16 137/10 138/2
138/3 138/14 138/17 138/17 138/18 139/3
139/4 140/5 140/6 140/16 141/17 142/9
143/3 143/12 144/7 145/25 146/8 146/8
147/9 150/18 152/10 152/20 153/8 154/11
154/13 154/15 156/20 158/8 158/13 158/19
161/19 164/13 165/22 166/4 167/23 168/3
169/25 171/17 172/7 172/14 173/8 174/16
175/11 176/18 178/12 178/20 179/6 181/15
182/16 185/12 185/15 185/23 186/10
186/10 187/9 187/18 188/5 189/7 190/19
191/7 191/9 198/8 198/18 200/15 200/16
200/17 201/4 202/6 210/15 211/5 211/17
211/19 211/23 212/25 214/11 214/19 215/6
215/13 216/18 218/3 218/17 218/24 218/25
219/9 220/6 220/10 220/15 221/2 221/12
221/22 222/4 224/20 225/8 225/24 226/20
226/25 227/1 230/12 233/22 235/15
**NROTC [2]** 25/8 32/4
**nuances [1]** 14/6
**number [103]** 14/7 19/5 21/14 24/15 25/2
20/20 28/22 30/8 33/8 37/17 40/23 45/13
45/18 45/20 45/23 54/17 54/23 55/3 55/7
58/4 61/9 65/14 65/20 73/23 83/5 84/21
89/2 89/7 89/24 90/2 90/11 90/12 90/13
90/21 90/21 90/24 91/1 91/2 91/8 92/18
100/15 101/13 101/14 101/22 102/6 121/21
121/22 127/11 127/14 129/24 132/6 132/9
133/4 133/4 133/16 133/20 134/13 135/21
137/16 137/23 138/11 139/9 139/21 142/6
143/8 143/9 144/24 146/23 147/10 148/10
148/12 148/13 148/25 152/16 153/16
159/13 159/13 159/16 160/1 160/22 165/14
166/25 168/19 178/22 179/19 180/1 180/2
180/7 180/20 180/24 181/15 181/16 181/16
181/17 186/23 196/6 194/24 200/11 216/21
216/24 218/24 224/17 230/11
**numbered [3]** 227/2 227/9 227/20
**numbers [51]** 24/17 28/17 31/10 36/18
39/13 39/19 42/4 44/19 46/1 55/10 55/18
85/4 89/1 90/16 90/18 91/20 91/22 103/12
106/24 107/3 135/22 136/17 137/23 138/15
138/18 139/17 139/25 140/19 140/20
141/17 145/19 145/19 147/23 148/17
148/18 151/3 151/10 151/10 152/22 153/6
168/7 173/8 177/23 180/11 186/15 189/11
191/3 191/6 191/6 229/24 230/9
**numerator [2]** 177/14 177/20

O

**O'CONNOR [1]** 1/22
**oath [1]** 210/23
**Obama [1]** 90/9
**object [1]** 102/1
**objection [6]** 99/13 102/14 102/20 119/6
129/7 208/9
**objections [1]** 120/13
**objective [1]** 111/19
**objectives [1]** 34/21
**obligated [1]** 222/7
**obligations [1]** 28/1
**observable [4]** 158/14 158/15 168/4 168/6
**observables [9]** 158/19 171/23 204/7
204/9 204/20 204/21 205/4 205/19 206/8
**observations [6]** 127/9 129/20 130/9
130/19 166/2 169/15
**observe [8]** 14/17 135/11 141/7 144/21
146/13 151/24 155/20 188/15
**observed [3]** 195/10 195/12 206/1
**obvious [1]** 29/7
**obviously [19]** 4/1 14/8 22/22 23/13
23/14 25/18 28/1 30/22 50/11 50/19 51/23
53/17 55/25 68/11 70/13 94/6 111/5
117/19 210/3
**occupation [1]** 112/18
**off [33]** 7/18 12/12 12/15 17/11 17/21
26/18 88/21 97/21 126/18 128/21 131/19
148/12 148/19 149/22 154/13 161/1 161/5
161/6 161/7 162/9 164/7 171/16 174/16
174/20 175/15 178/18 185/15 193/23
202/16 205/12 207/6 207/14 220/6
**offer [24]** 3/25 4/4 4/5 4/9 4/12 5/12
5/25 6/16 6/21 7/4 7/14 7/16 8/18 10/1
11/21 12/24 16/9 19/14 19/20 19/25 25/21
63/21 66/25 120/1
**offerees [2]** 13/18 20/14
**offering [9]** 5/13 6/5 7/12 24/5 215/17
215/18 216/4 216/7 216/11
**offers [12]** 9/4 9/17 9/19 10/16 10/20
11/5 12/5 19/13 44/5 74/24 87/25 119/3
**office [24]** 16/6 16/7 16/23 17/1 27/9
38/10 38/15 38/25 44/13 49/20 51/9 52/20
61/3 69/1 73/1 77/2 78/4 82/21 83/18
86/16 88/2 214/21 224/23 224/25
**officer [15]** 37/23 42/1 42/5 42/12 46/6
48/24 92/15 93/9 93/10 93/17 105/6 107/9
107/17 107/20 216/8
**officers [9]** 29/5 34/17 42/19 77/12
103/21 104/5 105/23 106/6 221/5
**OFFICIAL [2]** 236/1 236/16
**often [21]** 7/17 7/20 8/21 9/20 9/22
10/25 11/13 11/14 11/17 13/13 16/5 18/25
27/16 28/6 64/6 76/2 79/15 81/8 84/12
86/14 112/2
**oftentimes [9]** 13/14 17/15 18/6 23/10
26/21 27/20 28/5 82/20 86/11
**oh [13]** 20/7 21/10 49/11 82/11 89/12
151/4 163/25 169/13 179/14 187/13 215/1
225/18 234/25
**Ohio [1]** 73/3
**okay [63]** 21/21 22/8 29/17 91/22 92/12
95/10 95/12 97/9 97/20 101/23 105/14
105/25 108/6 108/14 111/11 123/6 123/10
123/19 124/11 132/13 135/20 137/2 139/7
140/21 146/21 147/5 148/9 148/23 149/13
152/25 154/15 158/9 158/16 165/6 166/24
168/1 168/18 170/19 172/3 172/10 173/5
173/14 180/12 183/2 184/15 194/23 202/19
205/5 207/24 209/1 212/14 213/19 213/24
214/7 229/8 230/1 233/15 234/9 234/11
234/15 234/17 234/19 234/21
**old [1]** 27/18
**omits [1]** 43/1
**omitted [4]** 92/7 199/7 199/9 201/12
**once [4]** 49/9 163/11 169/3 189/13
**one [158]** 4/22 5/21 6/13 7/9 13/17 14/1
15/4 15/7 15/22 16/1 19/2 25/18 25/22
27/7 27/15 28/3 28/18 28/24 37/14 40/4
43/15 43/19 44/1 45/23 46/17 55/25 56/14
56/18 60/22 61/19 61/23 66/7 66/11 66/17
66/22 66/25 67/4 67/22 70/22 71/13 72/6
71/13 72/17 72/18 78/12 78/21 82/2 82/13
86/7 89/19 89/21 94/10 94/20 96/15 97/23
98/9 100/23 103/2 104/9 106/1 106/14
106/16 109/15 113/17 116/24 117/9 118/10
119/13 119/18 119/23 121/20 121/20 122/3
124/4 124/16 124/17 125/2 127/23 130/3
135/3 135/25 136/3 136/5 137/11 137/15
141/21 142/8 143/23 145/3 145/3 145/23
146/16 146/16 146/17 147/3 148/6 150/7
154/3 154/9 157/4 157/4 158/21 160/22
165/13 165/14 165/25 168/7 168/17 172/8
176/9 176/21 183/2 183/2 183/3 183/12
188/20 189/7 190/4 190/23 191/11 192/12
192/23 192/24 193/7 195/6 195/7 195/9
195/19 195/25 196/19 197/8 198/13 199/7
201/5 203/11 204/5 206/5 206/12 207/17
207/19 211/12 211/13 214/15 215/23
228/21 230/20
**ones [16]** 17/2 23/4 30/12 90/18 126/10
136/10 138/10 140/6 141/4 172/14 183/14
184/25 191/7 192/13 200/13 201/6
**online [4]** 60/19 61/13 68/23 68/24
**only [29]** 5/25 6/16 18/7 27/2 31/16
31/22 37/18 69/25 74/1 75/23 76/2 76/22
77/8 93/8 93/10 124/20 149/17 158/11
165/10 166/2 166/15 167/5 171/9 171/23
180/16 203/25 205/16 229/12 233/18
**open [7]** 49/17 49/18 50/1 59/13 84/1
172/10 233/22
**opening [5]** 147/13 166/4 166/7 166/8
220/9
**operate [1]** 164/14
**operates [2]** 127/22 226/4
**operating [3]** 156/9 182/11 182/13
**operation [3]** 70/3 70/6 71/9
**operations [1]** 34/18
**OPINFO [8]** 60/20 60/21 60/23 67/21 70/4
70/6 70/23 71/10
**opinion [5]** 75/3 216/4 216/7 216/11
233/10

**O**

opinions [13] 21/25 214/23 21/22 213/22 229/25 232/4
opponent [3] 117/5 117/6 232/16
opportunities [4] 24/5 26/3 63/3 63/21
opportunity [9] 13/8 20/24 27/18 50/3 63/10 67/5 72/5 115/20 116/17
opposed [2] 93/17 150/21
opposite [1] 168/14
option [1] 28/23
optional [4] 149/7 149/10 164/15 164/18
optionality [1] 224/9
oral [1] 229/13
oranges [1] 91/15
order [13] 4/15 5/16 5/20 6/8 9/1 11/25 16/12 52/4 129/5 182/25 208/18 211/16 234/15
Oregon [1] 98/23
organization [2] 48/10 65/19
orient [2] 135/23 137/3
original [2] 132/23 230/9
other [118] 11/16 11/19 11/25 13/22 14/2 14/18 14/25 15/5 15/8 15/13 15/14 17/4 17/5 17/6 18/5 18/25 19/12 20/19 23/2 25/25 26/3 26/24 28/2 29/1 29/22 32/2 34/8 35/17 35/22 37/16 38/21 39/15 46/17 47/16 48/1 48/6 48/13 49/19 53/6 53/21 57/17 57/21 61/20 64/21 65/1 65/5 65/20 67/22 70/14 72/9 74/9 77/20 78/22 81/25 84/11 86/3 95/8 101/7 109/18 114/15 114/17 115/13 118/12 118/20 118/21 118/21 123/13 123/20 125/14 126/3 127/19 129/3 134/6 137/10 139/23 139/24 140/6 141/5 142/20 144/5 144/9 147/5 150/21 151/6 151/12 155/10 157/5 158/20 159/14 159/17 160/4 160/8 161/3 162/11 165/11 168/9 169/21 171/8 176/22 182/20 184/7 186/9 189/11 190/7 197/4 197/20 204/16 204/22 208/7 209/12 214/14 215/23 219/21 222/23 224/5 225/24 230/7
others [4] 30/12 78/19 158/2 197/2
otherwise [1] 167/7
our [119] 4/14 8/5 9/2 10/10 11/19 12/23 14/7 15/22 16/15 17/1 17/25 19/17 23/1 23/3 23/15 23/16 24/4 25/12 25/16 25/17 25/18 25/18 25/21 25/22 26/16 26/21 27/7 27/9 31/1 33/19 34/23 37/16 37/18 38/18 40/1 41/13 42/24 45/24 46/9 46/12 46/17 46/18 47/2 48/15 49/20 49/22 49/23 49/25 50/3 50/12 50/14 50/22 51/17 51/20 53/20 53/25 55/11 55/13 55/14 55/16 57/2 57/13 57/22 58/11 59/15 60/4 60/16 61/25 62/12 62/15 63/18 64/5 64/17 65/6 65/15 65/18 67/20 67/20 68/22 69/1 69/6 69/24 70/17 70/21 74/3 74/19 76/19 76/20 77/2 77/6 77/11 77/20 77/23 78/4 79/11 79/15 80/15 81/18 81/19 82/14 82/22 85/10 86/1 86/6 86/16 88/7 88/9 89/9 92/21 102/10 105/7 120/13 127/16 129/18 132/23 163/21 166/3 192/3 204/3
ours [1] 56/24
out [71] 14/10 23/9 25/25 26/7 26/12 26/19 26/25 27/11 29/12 29/20 37/23 43/9 47/21 53/11 53/19 54/24 60/21 62/4 69/9 77/25 82/6 101/6 104/6 111/11 111/20 113/14 115/12 116/18 117/18 117/25 123/10 127/8 130/4 133/5 136/8 140/17 142/19 143/15 145/14 150/25 150/25 152/20 152/23 158/5 167/17 169/6 169/15 170/12 177/2 177/4 182/23 184/7 185/18 191/21 192/2 195/24 196/16 197/15 198/1 198/9 198/14 202/19 204/15 205/5 208/19 208/20 223/12 225/16 233/8 234/20
outcome [5] 111/22 157/8 157/9 175/8 219/25
outcomes [5] 114/12 124/1 170/23 215/17 216/2
outlet [1] 116/25
outlined [3] 155/16 191/18
outlines [1] 24/11
output [3] 160/21 161/12 170/22
outputs [2] 162/1 192/8
outreach [29] 11/15 27/10 36/22 51/9 51/20 53/4 53/17 55/12 55/14 56/3 56/21 61/1 61/3 61/7 61/8 61/12 66/17 68/15 68/17 68/20 69/4 69/6 69/18 74/17 76/18 77/12 78/24 80/8 85/10
outs [3] 57/15 82/20 83/6
outside [6] 113/1 161/15 161/15 189/13 225/3 225/5

**over** [72] 29/23 31/22 33/8 40/8 44/25 47/23 51/10 51/13 57/3 58/16 59/11 71/5 73/22 94/14 101/10 101/17 106/19 107/5 109/18 109/19 112/18 116/1 117/17 121/18 121/21 122/6 123/19 124/14 126/18 127/1 127/2 132/10 133/2 134/25 137/2 138/7 139/3 140/11 142/8 142/23 142/25 145/23 145/25 146/2 147/3 149/22 150/6 172/25 178/9 181/20 181/25 182/1 186/5 186/7 186/21 189/9 194/15 195/8 196/1 196/8 196/9 203/12 203/22 208/1 224/13
overall [23] 5/22 6/12 40/10 42/1 44/4 48/19 49/22 52/22 61/14 88/8 93/3 93/17 107/8 130/10 134/25 135/9 138/25 144/13 152/13 155/4 155/18 156/1 175/14
overcame [1] 55/6
overcome [1] 48/15
overcoming [1] 48/20
overestimating [1] 204/16
overlap [2] 32/14 204/3
overrepresentation [3] 106/18 107/13 107/18
overrepresented [2] 46/4 46/14
oversight [1] 50/22
overwrites [1] 122/6
overwritten [1] 122/6
own [5] 18/25 21/4 21/4 62/12 65/15

**P**

P-E-T-E-R [1] 108/21
P-U-S-T-E-R-I-A [1] 29/15
p.m [7] 75/12 97/8 129/10 129/10 188/7 188/7 235/17
P218 [2] 119/14 120/4
P222 [1] 119/19
P518 [3] 119/24 120/5 132/14
P810 [1] 102/17
P813 [1] 97/12
pack [1] 94/19
package [1] 222/25
page [24] 2/4 36/5 40/4 40/7 40/21 44/17 75/7 75/15 76/16 79/1 79/3 81/10 84/13 92/6 96/10 97/22 132/15 211/17 211/19 213/25 218/25 220/18 229/7 236/9
page 137 [1] 218/25
page 160 [8] 211/17 211/19 213/25
page 2 [3] 40/7 40/21 44/17
page 3 [1] 81/10
page 35 [1] 132/15
page 37 [1] 92/6
page 5 [2] 75/7 76/16
page 6 [1] 84/13
page 97 [1] 96/10
page of [1] 40/4
pages [2] 167/7 167/7
paid [2] 63/20 71/6
painful [1] 114/11
pandemic [1] 75/20
panel [21] 136/17 136/19 136/24 137/4 138/4 138/18 139/18 140/4 148/10 153/15 173/17 175/13 178/3 180/4 180/5 180/19 181/11 188/18 190/1 202/2 202/19
Panel A [6] 139/18 175/13 178/3 180/4 180/5 180/19
Panel B [3] 136/24 138/4 138/18
Panel C [4] 137/4 140/4 173/17 181/11
paper [5] 115/10 115/16 115/20 115/21 117/11 117/15 117/22 206/4 206/10
papers [6] 112/1 116/9 116/18 116/23 192/21 213/5
par [1] 4/10
paragraph [30] 34/5 34/11 35/19 36/1 36/2 36/6 36/14 41/1 52/17 54/9 54/11 54/12 55/19 58/21 60/25 61/2 62/8 62/23 64/10 66/13 67/16 67/19 68/14 70/2 71/17 71/21 73/17 75/16 76/15 196/19
paragraph about [1] 67/19
paragraph accurately [1] 36/2
paragraph describes [1] 75/16
paragraph entitled [3] 60/25 62/23 64/10
paragraph goes [1] 54/12
paragraph here [1] 36/1
paragraph under [3] 34/11 36/14 54/9
PARALEGAL [2] 1/21 1/22
parent [5] 48/25 74/6 74/6 90/8 90/9
parental [1] 166/1
parentheses [1] 90/13
parents [7] 48/22 49/2 50/6 60/3 67/3

**74/19 76/1**

parents [1] 60/2
part [9] 5/22 11/11 50/11 52/2 57/13 67/13 68/21 69/4 80/15 90/3 91/9 91/13 94/6 98/12 113/3 113/5 114/7 137/25 141/15 158/18 168/5 168/6 170/1 205/5 220/24
participants [1] 65/13
participate [3] 67/1 112/5 220/21
particular [27] 13/10 44/25 54/12 62/12 70/8 82/6 95/6 97/17 111/15 116/5 122/25 131/1 134/6 136/7 141/22 160/16 165/20 170/23 171/11 173/15 174/9 179/19 194/18 195/11 199/18 219/21 225/12
particularly [29] 23/4 23/8 23/11 27/24 30/17 30/24 38/2 38/4 39/4 39/4 39/23 42/13 46/7 47/13 48/8 56/22 60/3 66/18 69/24 71/2 76/11 76/22 84/5 86/6 94/13 96/10 117/16 150/13 226/16
parties [1] 102/4
partly [2] 139/11 196/5
partner [6] 53/25 57/14 60/17 62/13 76/20 114/20
partners [1] 77/23
parts [2] 77/17 144/5
party [1] 125/23
Pascagoula [1] 73/3
pass [3] 88/13 170/10 191/18
passage [1] 195/23
passed [3] 124/21 127/11 127/12
passing [2] 141/24 214/14
past [9] 33/8 38/25 51/10 58/1 58/2 87/18 88/3 115/11 118/19
path [2] 25/23 67/15
paths [1] 24/11
PATRICK [1] 1/13
patrol [1] 59/10
pattern [6] 109/20 137/10 150/4 153/14 168/17 204/24
patterns [15] 123/11 123/12 123/14 123/15 123/19 130/25 131/1 143/1 144/21 145/14 146/13 146/15 147/24 153/13 217/14
pay [4] 21/4 27/23 74/7 77/12
paying [2] 48/19 116/5
PD3 [1] 216/25
PD3.2 [2] 216/23 217/1
PD3.2 [1] 217/25
peer [7] 111/6 115/4 115/9 115/23 116/12 163/2 206/9
peer-reviewed [6] 115/4 115/9 115/23 116/12 163/2 206/9
Pennsylvania [1] 73/5
Pensacola [1] 104/20
people [57] 14/17 26/11 28/11 35/5 35/7 47/13 52/5 62/10 64/18 65/22 66/4 69/15 74/2 77/8 104/16 104/20 112/17 113/21 114/8 116/4 116/6 116/7 121/20 121/24 121/25 126/25 127/3 127/14 129/3 134/7 134/16 137/1 138/5 142/25 152/23 153/21 153/24 166/22 176/22 182/23 183/15 186/6 186/8 186/11 186/19 186/23 187/14 188/23 188/25 189/6 190/2 191/3 199/17 199/21 205/20 208/7 225/13
people's [1] 114/19
per [2] 86/24 162/10
percent [177] 28/17 36/24 36/25 40/10 42/18 49/23 49/24 52/21 52/25 54/13 54/19 54/25 55/5 57/8 57/12 58/16 59/20 60/8 60/15 64/3 73/6 74/22 74/24 75/24 84/19 84/21 84/24 85/2 91/1 92/15 92/22 93/8 93/8 93/10 93/13 93/13 93/20 93/23 93/25 103/10 103/6 103/9 103/21 104/4 104/13 104/23 105/13 105/21 105/24 106/8 106/19 107/1 107/5 107/22 117/19 127/25 133/2 134/25 135/2 135/7 135/8 135/8 135/10 135/14 135/15 135/16 136/21 136/22 136/25 137/2 137/7 137/7 137/8 137/8 138/8 138/12 138/22 138/19 139/3 139/5 139/10 139/14 140/7 142/5 142/8 142/15 143/13 143/15 143/17 145/17 145/20 145/21 145/25 146/2 148/4 148/8 148/9 148/20 148/20 148/22 148/22 148/23 149/22 149/23 150/6 150/7 152/5 152/6 152/8 152/15 152/17 153/7 154/13 154/14 154/15 154/15 154/17 154/22 155/1 155/2 155/3 155/5 155/19 155/22 155/22 166/10 166/13 171/6 171/12 172/23 172/3 172/9 173/18 173/19 175/15 175/17 176/15 176/16 176/17 178/5 178/9

**percent...** [23] 178/1
178/16 178/17 178/18 179/2 179/7
179/3 179/4 179/5 189/10 189/10 193/11
193/13 193/14 193/17 193/18 193/21
193/21 202/17 203/9 203/11 203/15 205/11
205/16 205/17 207/23 208/1 224/16 227/19
232/2

**percentage** [20] 42/16 84/18 85/8 91/11
91/17 92/7 103/11 104/11 105/19 105/22
106/6 106/22 107/8 107/9 107/10 140/6
175/19 175/23 175/24 202/14

**percentages** [2] 88/25 143/4

**perfect** [1] 20/7

**perfectly** [1] 228/14 232/18

**performance** [5] 33/6 68/4 111/8 117/24
165/21

**performances** [1] 67/25

**perhaps** [1] 150/20

**period** [19] 68/8 132/10 149/6 174/2
174/5 175/22 178/25 187/3 190/11 193/12
193/14 193/17 193/18 193/21 193/22 194/2
194/3 196/12 222/6

**permitted** [1] 233/4

**persistence** [1] 118/6

**person** [55] 4/4 4/5 4/6 4/8 4/9 4/15
4/17 5/16 6/8 6/22 7/5 7/5 7/13 7/13
7/14 7/15 7/20 7/21 8/17 9/2 10/7 14/3
14/8 14/10 16/2 18/12 19/10 19/10 19/14
19/14 19/15 19/17 19/18 19/20 19/23
53/16 53/16 64/22 64/25 69/1 70/7 78/10
87/24 95/7 95/22 96/16 98/23 113/17
121/20 140/16 172/8 196/1 226/22 227/11
227/16

**personal** [4] 48/7 53/24 218/14 218/14

**personalized** [1] 74/5

**personally** [2] 48/25 78/7

**perspective** [2] 34/22 152/2

**Peter** [6] 2/8 108/5 108/15 108/21 109/3
119/3

**petition** [1] 228/16

**PhD** [1] 110/23

**phenomenal** [1] 57/2

**Philadelphia** [1] 73/5

**philanthropy** [6] 51/14 51/18 51/19 52/16
71/7 77/22

**physical** [10] 23/3 23/6 59/7 141/24
170/11 191/19 220/22 220/24 225/25 226/2

**physically** [5] 127/7 128/1 134/16 155/16
220/21

**pictorial** [2] 157/13 157/18

**pipeline** [1] 82/5

**place** [5] 32/20 35/13 97/14 176/25
200/25

**placeholder** [2] 166/9 166/17

**places** [4] 68/3 71/1 90/20 130/7

**plaintiff** [8] 1/4 1/12 108/15 119/3
214/9 215/4 229/9 230/13

**plaintiff's** [32] 2/4 28/18 29/12 33/23
33/24 34/1 34/2 34/21 36/9 36/13 40/5
40/16 40/21 40/24 41/19 41/23 42/20
43/12 44/11 44/17 85/17 89/20 89/21 96/9
96/14 102/6 102/7 102/21 220/14 229/13
229/19 230/6

**plaintiffs** [1] 101/25

**Plan** [1] 41/12

**platforms** [3] 53/7 61/20 69/2

**play** [5] 6/12 9/6 29/1 145/4 147/8

**played** [3] 99/7 141/16 189/14

**players** [2] 151/11 191/25

**playing** [1] 189/5

**plays** [6] 109/10 109/19 109/16 122/15
122/15 223/12

**please** [18] 3/4 3/5 3/6 3/9 22/10 22/16
31/7 52/9 82/12 82/12 91/10 108/17
108/17 108/19 109/2 126/17 132/14 146/4

**plenty** [1] 126/25

**plug** [1] 173/8

**plus** [7] 38/25 54/7 132/24 134/21 165/2
172/25 192/24

**plus-ups** [1] 54/7

**podcasts** [1] 77/10

**point** [39] 9/16 11/21 26/2 34/12 35/22
36/15 44/9 47/1 60/20 66/22 73/16 73/22
79/10 80/8 80/20 83/25 92/20 98/5 99/12
102/11 103/16 105/4 105/13 124/5 127/8
137/22 142/19 150/8 150/22 158/9 169/14
186/19 190/20 195/20 195/22 196/18
227/25 232/14 234/5

**points** [18] 14/9 34/7 35/22 79/3 95/7

145/4 145/5 147/1 147/4 165/20 169/8
170/7 175/20 175/23 175/24 201/3 201/4
201/9 212/14 212/16

**policies** [2] 36/17 117/8

**pool** [29] 30/16 126/23 140/12 141/2
145/11 145/13 145/15 150/10 152/12
152/19 152/23 153/5 154/4 154/4 154/10
156/4 167/16 167/19 171/10 173/23 175/4
176/2 176/6 177/24 179/10 179/15 180/13
180/17 207/1

**pooled** [5] 173/25 173/25 174/4 175/12
178/4

**poor** [2] 23/18 77/14

**poorly** [6] 46/5 68/1 208/7

**pop** [1] 158/6

**population** [4] 37/25 45/10 45/24 189/9

**populations** [3] 72/13 73/8 81/21

**portion** [5] 30/16 38/6 58/11 91/5 91/7

**portrait** [1] 90/13

**portraits** [2] 89/16 89/19

**position** [4] 22/25 110/1 110/4 233/21

**positions** [1] 118/17

**positive** [13] 69/14 76/1 78/2 144/8
159/13 159/15 160/1 160/18 167/22 191/6
219/13 219/15 219/19

**positively** [5] 142/18 144/10 144/12
145/23 146/10

**possible** [7] 162/16 218/8 219/6 219/8
219/24 220/2 234/4

**possibly** [2] 89/18 132/1

**post** [1] 18/1

**post-high** [1] 18/1

**posttrial** [1] 230/14

**potential** [5] 23/14 80/9 221/20 221/25
233/21

**powerful** [5] 59/19 59/24 70/19

**PowerPoint** [3] 78/18 81/10 84/13

**practical** [2] 29/4 29/7

**practice** [2] 163/9 163/23

**practices** [1] 214/12

**precise** [2] 45/18 106/21

**precision** [1] 46/21

**precludes** [1] 27/16

**predict** [3] 131/15 160/23 162/24

**predicted** [5] 156/25 171/17 177/3 203/15
207/7

**predicting** [2] 203/20 219/25

**predictive** [1] 171/14

**predicts** [3] 158/24 203/10 208/7

**prefaced** [1] 217/5

**prefer** [1] 203/21

**preference** [17] 172/5 174/20 174/24
175/1 176/25 177/18 178/20 182/19 184/17
184/23 189/16 192/4 192/4 196/13 203/17
203/18 219/12

**preferences** [68] 109/17 109/21 156/9
160/19 161/5 161/8 161/16 163/10 163/13
163/21 168/15 169/4 169/14 170/14 172/5
172/6 172/9 172/9 173/12 173/13 174/15
175/15 175/17 176/15 176/15 176/20 177/7
177/8 177/11 177/11 177/13 177/15 177/17
177/21 178/2 178/6 178/8 179/13 179/14
179/20 180/15 180/17 180/21 180/23 181/5
181/6 181/20 182/10 182/17 184/24 185/4
186/3 189/16 190/14 192/17 193/4 193/20
193/24 199/6 201/9 202/15 204/17 204/24
206/3 207/5 207/6 208/5 218/13

**preferred** [7] 169/10 169/25 173/7 184/4
184/10 192/11 198/4 198/6 198/13 198/20
198/21 200/14 200/16 202/5 207/21
207/22

**preliminary** [1] 59/13

**premium** [1] 221/23

**prep** [63] 20/2 20/11 20/11 20/14 20/20
21/3 21/3 22/13 22/21 24/2 25/9 25/15
27/19 30/7 31/8 32/3 32/10 32/14 32/15
33/3 33/5 37/18 50/20 125/2 127/23 130/4
134/19 134/22 135/1 135/4 136/11 136/14
136/16 138/7 138/20 138/21 138/21 139/20
141/2 141/23 145/7 145/11 145/13 145/15
146/8 148/7 150/9 152/12 152/19 152/23
153/5 153/11 154/3 154/4 155/10 156/4
167/16 170/13 173/22 176/1 176/16 177/24
180/13

**preparation** [7] 20/18 22/23 23/24 31/1
48/4 57/18 144/2

**preparatory** [6] 25/12 25/15 31/17 74/25
81/23 109/15

**prepare** [9] 56/24 78/19 89/12 119/10
119/16 119/21 122/17 126/14 133/24

**prepared** [6] 26/8 26/13 80/14 89/9 89/15
212/16

**preparing** [1] 1/20 147/22 179/14

**presentation** [4] 78/18 81/10 88/20 96/8

**presenting** [1] 142/10

**preserved** [1] 120/13

**President** [1] 90/9

**Presidents'** [1] 71/6

**pretty** [18] 11/3 14/4 15/9 27/7 47/22
57/14 68/18 76/18 101/2 133/11 135/13
152/2 156/1 171/25 175/17 183/4 203/11
234/5

**prevent** [1] 122/8

**preview** [1] 195/3

**previous** [11] 120/6 138/3 139/4 141/6
143/23 143/24 144/7 154/5 167/10 193/20
196/12

**previously** [8] 103/8 120/10 120/16
147/12 168/3 193/3 196/25 230/22

**primarily** [4] 20/17 56/3 111/16 226/21

**primary** [4] 30/10 55/1 60/21 109/8

**principal** [21] 4/3 4/11 4/12 4/24 5/6
5/6 5/11 5/11 6/6 6/7 6/6 6/6 165/14 225/15
227/2 227/3 227/5 227/9 227/10 227/14
227/20 227/21

**principals** [2] 4/4 64/21

**prior** [5] 24/19 53/14 65/21 83/18 214/11

**priority** [6] 16/19 24/2 24/5 25/18 30/6
32/15

**private** [6] 51/14 51/17 51/18 52/16 71/7
77/22

**privilege** [1] 99/14

**privileged** [1] 99/19

**pro** [2] 228/13 228/16

**probabilities** [13] 156/25 158/12 160/23
162/9 169/9 171/14 171/17 171/19 174/18
175/18 177/3 177/20 179/21

**probability** [21] 158/6 158/6 158/8 159/5
159/7 161/4 171/7 172/4 173/1 174/14
174/19 174/20 175/3 176/23 177/6 177/10
177/12 177/16 178/10 178/19 179/23

**probably** [15] 23/16 25/13 25/14 28/3
51/7 60/18 68/19 78/1 81/15 91/20 101/23
124/9 153/11 206/1 232/21

**problem** [4] 76/24 196/10 228/20 233/19

**problems** [1] 29/20

**procedures** [1] 123/2

**proceed** [2] 79/20 129/13

**proceeding** [1] 75/18

**proceedings** [1] 236/8

**process** [64] 3/22 8/5 11/5 15/9 18/4
19/7 32/23 33/10 33/12 36/22 37/16 39/2
43/22 45/6 46/18 74/4 77/6 80/22 86/20
87/13 94/7 95/22 109/11 112/13 113/17
122/9 122/9 122/16 123/18 126/20 126/24
127/22 128/10 158/2 158/3 182/13 186/19
194/15 197/6 197/20 210/19 214/15 214/16
215/15 216/10 217/8 218/4 218/6 218/8
219/6 219/8 220/4 220/5 220/10 221/8
222/21 223/9 223/24 224/1 225/5 225/9
225/25 226/7 228/15

**processed** [1] 228/16

**processes** [11] 39/21 101/8 113/6 113/10
113/23 116/10 196/24 223/3 223/5 223/14
223/19

**procurement** [1] 62/17

**produced** [10] 97/8 101/14 102/18 121/16
122/7 126/3 126/5 126/10 132/4 132/11

**professional** [2] 220/22 221/14

**professor** [35] 108/5 108/15 109/4 110/2
110/10 110/13 110/19 119/3 119/10 120/24
128/2 128/20 129/16 131/20 132/17 133/18
134/14 140/15 147/1 147/14 149/4 155/8
164/25 167/1 172/19 188/12 195/16 195/22
204/11 211/5 213/15 220/15 228/2 228/24
229/10

**Professor Arcidiacono** [1] 140/15

**profile** [1] 27/3

**program** [74] 17/25 20/21 20/23 21/2
22/21 22/5/7 27/1 27/8 32/8 32/12 48/16 50/4
53/25 55/24 56/20 56/21 57/13 57/15
57/25 58/1 58/2 58/6 58/9 58/12 58/19
58/24 59/1 59/12 59/13 59/14 59/18 59/24
60/2 60/2 60/20 63/2 63/6 63/20 64/8
64/13 65/2 65/8 65/13 66/19 67/14 68/5
69/7 70/7 71/24 72/2 72/5 72/7 72/15
73/18 73/19 73/20 73/22 73/25 74/4 74/8
74/14 74/17 74/20 74/21 74/25 75/3 76/18
77/1 80/15 82/21 83/4 136/12 136/14

## P

program... [1] 43/23
programs [52] 20/12 20/12 20/13 21/7
21/7 22/13 24/2 25/12 25/15 30/7 31/9
31/17 33/3 33/6 33/6 48/16 55/14 56/9
57/18 57/22 58/12 60/5 60/18 60/23 63/17
67/22 70/18 70/21 70/22 72/12 73/1 73/10
109/15 125/3 127/23 130/4 134/22 135/1
135/4 138/7 138/20 145/8 155/10 170/13
220/22
progression [1] 22/24
prohibit [1] 29/7
prom [1] 77/5
promise [1] 133/13
promote [2] 34/20 35/4
promotes [1] 34/14
promptly [1] 228/12
pronounce [2] 228/2 228/5
propensity [2] 49/13 75/25
proposes [2] 93/2 203/1
prospective [1] 76/11
provide [14] 20/17 20/24 28/7 46/21 64/4
64/6 79/19 87/24 90/14 100/3 109/6
215/22 224/21 224/23
provided [5] 12/11 51/19 52/3 52/16
212/18
provides [4] 147/8 156/8 185/22 224/13
providing [3] 43/8 78/20 81/23
proving [1] 26/17
provost [2] 50/19 51/5
prowess [1] 30/22
PSA [1] 198/5
pseudo [1] 169/19
public [1] 121/9
publication [1] 115/22
publications [3] 115/4 115/23 116/3
publicly [3] 125/22 125/24 126/2
publish [1] 113/4
published [4] 115/3 116/12 116/18 121/10
publishing [1] 116/9
pull [6] 6/11 14/10 95/6 132/14 133/16
167/20
pulling [2] 14/21 21/16
purports [1] 223/11
purposes [2] 36/7 192/2
pursuant [1] 236/6
PUSTERLA [11] 1/22 29/14 131/18 132/14
133/16 134/13 135/21 137/15 143/19 146/4
146/22 149/14 153/1 154/8 166/25 170/20
176/10 194/24
put [25] 20/19 22/25 32/20 39/7 48/11
61/20 62/21 77/11 90/11 90/19 131/18
135/21 137/9 138/14 161/18 165/19 167/13
169/3 191/20 194/24 202/4 204/23 211/9
218/12 221/22
putting [4] 25/3 48/12 161/16 219/4

## Q

QA [14] 11/2 18/14 186/16 186/17 186/22
187/9 187/12 188/13 189/4 190/24 190/24
191/4 191/9 191/11
QAs [3] 189/1 189/14 191/5
qualification [2] 95/22 100/18
qualifications [3] 16/8 118/14 118/16
qualified [77] 5/6 5/12 5/17 5/17 6/7
6/9 7/18 7/22 7/25 8/1 8/2 8/5 8/9 8/14
8/19 8/23 9/5 9/12 10/5 11/20 11/16 19/8
38/5 74/2 74/3 101/17 119/7 120/17 125/9
128/1 133/21 134/16 136/2 138/3 138/6
138/10 138/13 140/23 141/8 141/9 141/12
141/14 141/16 155/16 165/10 182/9 182/19
183/9 183/11 183/13 183/17 184/13 184/16
184/18 184/24 185/5 185/7 186/2 186/6
186/13 186/18 186/20 187/3 187/5 187/15
188/16 189/16 189/19 189/22 199/20
216/16 218/10 225/20 226/8 227/3 227/10
227/15
qualify [2] 4/4 127/6
qualities [2] 22/19 114/20
quality [4] 125/25 121/10 121/12 216/12
quantify [4] 123/24 170/22 175/7 193/4
quarter [3] 128/18 128/19 233/20
Queens [1] 98/22
question [27] 19/2 20/10 22/5 24/1 26/10
31/9 33/1 33/10 34/19 40/4 43/19 49/14
69/17 91/10 106/11 106/14 117/21 129/5
148/24 157/18 202/24 211/21 219/3 229/22
230/10 232/7 232/9
questions [27] 13/19 16/20 32/7 33/8
40/15 41/18 44/18 45/5 47/3 47/5 49/13
50/8 73/7 86/17 86/18 88/12 90/23 92/2
100/14 100/22 122/16 130/20 170/23 225/20
230/2 230/11 230/15
quick [10] 16/20 19/2 32/7 44/11 50/8
73/7 86/17 149/4 153/19 158/13
quickly [1] 95/1
quite [7] 7/24 13/25 15/6 126/20 128/18
153/17 229/3
quotas [1] 34/7
quote [3] 195/14 195/24 196/16
quotes [3] 194/25 195/4 195/18

## R

R-squared [1] 169/19
RAB [22] 32/23 100/3 100/7 140/17 145/3
145/5 146/19 146/23 146/25 147/4 147/7
164/11 165/20 170/1 170/2 170/7 199/25
200/3 200/5 201/3 201/4 204/23
RABs [13] 87/18 87/20 100/9 147/21
165/22 168/18 168/21 168/23 169/6 169/7
169/12 170/3 200/7
race [145] 3/24 4/20 5/2 5/7 5/12 5/20
5/25 6/4 6/16 6/22 7/8 9/3 10/15 10/20
11/6 12/17 12/20 13/2 28/19 33/2 33/9
33/11 33/18 34/7 36/21 37/8 37/12 37/15
38/11 38/16 39/2 39/20 45/6 45/8 45/14
45/21 46/8 46/17 47/3 52/7 84/15 85/18
85/23 87/6 87/20 88/4 94/10 96/19 96/22
98/18 100/18 109/10 109/15 116/6 117/13
117/25 118/1 122/14 122/15 122/21 123/12
123/25 124/24 131/1 131/3 131/4 131/4
131/8 131/14 134/15 135/6 135/18 140/5
140/17 140/20 141/14 141/16 143/4 145/4
146/12 147/8 147/11 151/24 155/14 156/12
157/7 157/17 157/23 159/20 161/1 161/15
162/8 162/10 164/6 167/5 167/12 170/18
171/20 173/14 173/12 174/17 174/19 174/19
174/21 174/22 175/12 179/9 180/20 185/15
189/5 189/14 192/4 192/12 192/19 198/12
201/6 201/18 201/20 201/22 202/7 202/13
202/15 202/25 204/14 205/21 206/14
206/15 206/17 206/20 207/24 208/4 208/16
208/17 208/18 208/20 209/25 210/13
210/16 210/17 210/18 211/24 212/5 219/15
219/19 223/23
race-neutral [8] 28/19 37/15 47/3 52/7
87/6 87/20 88/4 162/8
races [14] 90/20 90/21 91/16 131/7
134/25 141/5 144/17 144/18 149/25 154/17
154/25 160/8 204/19 204/22
racial [107] 37/9 37/13 38/11 38/16 45/9
85/12 96/16 98/6 98/25 100/12 107/2
118/2 134/23 137/5 138/9 138/25 139/23
139/24 141/1 141/3 142/1 143/2 144/13
144/21 146/13 146/15 152/10 153/13
155/20 156/3 156/9 160/19 161/5 161/7
163/12 163/21 168/15 170/14 172/4 172/5
172/6 172/8 173/13 174/14 174/20 174/23
174/25 175/15 175/16 176/14 176/15
176/20 176/25 177/7 177/8 177/11 177/11
177/13 177/15 177/17 177/21 178/2 178/6
178/7 178/20 179/13 179/14 180/20 180/25
180/17 180/21 181/5 181/6 181/20 182/10
182/17 182/19 184/17 185/3 186/3 188/17
188/19 189/2 189/8 189/11 189/16 193/4
193/20 193/24 196/6 200/6 200/24 201/5
201/9 202/7 202/22 203/14 203/21 204/3
204/17 204/24 205/5 206/3 206/21 208/5
216/5 226/14
racially [4] 216/8
raise [4] 3/6 108/17 202/16 228/22
raised [1] 120/10
ran [1] 57/14
range [10] 33/15 33/18 34/24 35/9 45/12
45/18 45/20 112/20 187/8 190/3
rank [4] 14/15 103/14 103/18 104/1
ranked [8] 4/24 5/15 6/8 19/18 165/13
165/14 165/14 225/15
ranking [1] 234/13
ranks [9] 42/15 42/15 42/16 93/4 106/18
106/22 107/5 107/11 107/14
rate [30] 27/5 28/16 49/3 49/24 134/23
135/9 135/11 150/6 152/13 154/14 154/15
154/21 154/23 155/2 155/4 155/18 155/22
175/14 175/16 176/14 178/5 178/8 203/7
203/8 203/10 203/14 207/22 207/25 208/2
226/12
rates [22] 38/21 39/6 40/11 42/13 49/20
49/21 63/17 70/20 74/15 134/15 135/6
149/15 149/21 151/25 155/14 156/2 156/3
156/13 156/12 187/18 218/14 218/14
rating [4] 47/22 161/18 218/18 218/18
ratings [1] 121/8 121/13 124/18
rationale [1] 197/17
raw [2] 142/11 168/13
RDB [1] 1/5
reach [2] 69/3 109/13
reaching [3] 214/19 214/23 215/2
read [7] 39/25 43/10 113/18 133/14
135/24 143/3 145/13
reader [1] 113/17
reading [4] 36/2 123/1 194/17 226/23
ready [2] 23/1 28/6
real [3] 149/4 153/19 158/13
reality [6] 5/15 14/12 24/25 25/11 79/21
81/19
realize [1] 22/2
realized [1] 56/17
really [45] 19/3 27/16 28/10 44/8 44/24
48/21 56/18 67/11 71/15 74/12 77/18
77/18 82/9 86/4 99/5 111/17 114/18
117/22 118/1 126/19 127/21 139/16 145/9
146/19 154/16 166/10 168/11 170/4 182/16
182/17 186/1 189/14 190/14 191/7 191/8
191/10 191/21 195/3 195/6 196/13 201/4
202/15 203/13 231/5 232/22
realtime [2] 92/5 236/5
reason [8] 12/25 22/4 137/9 170/16 192/3
203/25 224/18 224/19
reasonable [8] 28/24 124/3 203/1
reasons [8] 29/2 31/25 45/22 50/5 80/1
84/10 120/16 219/20
rebuttal [5] 119/16 166/7 166/14 198/5
230/7
recalculate [1] 174/17
recall [16] 11/12 12/10 40/14 40/18
41/17 41/20 42/2 43/17 44/14 44/14 44/18
51/11 85/20 172/21 210/20 213/21
receive [6] 4/14 17/17 50/10 112/19
received [10] 52/20 116/22 118/21 128/3
133/3 141/25 164/24 165/19 212/25 213/6
receives [1] 95/13
receiving [2] 79/17 121/18
recent [2] 40/1 47/18
recently [2] 32/3 61/25 68/3
recess [4] 75/11 75/12 129/9 188/6
recode [1] 130/14
recoded [1] 127/9
recoding [1] 130/19
recognition [1] 116/22
recognize [4] 24/8 52/10 78/14 194/25
recollection [1] 213/22
recommend [2] 28/7 65/22
recommendation [6] 28/4 28/7 115/16
131/25
recommendations [4] 9/20 65/18 87/18
124/19
recommends [1] 10/2
record [25] 3/10 4/19 5/18 5/22 6/12
8/24 13/6 15/4 15/19 16/3 29/11 29/17
30/1 36/2 36/8 36/9 56/8 56/10 101/25
103/2 103/13 104/7 108/20 202/12 235/10
records [11] 4/18 5/19 5/19 5/22 6/11
10/6 14/21 15/25 17/19 17/23 19/13
recross [3] 2/7 102/25 103/3
RECROSS-EXAMINATION [1] 103/3
recruit [1] 27/13
recruited [6] 23/15 30/4 30/6 30/9 30/14
31/2
recruiters [4] 48/12 53/22 67/20 75/21
recruiting [3] 53/15 70/19 197/20
recruitment [1] 27/8
red [2] 24/14 191/25
red-shirting [1] 191/25
redact [1] 231/12
redirect [3] 2/6 88/15 88/16
refer [4] 20/11 98/5 219/12 223/5
referee [1] 115/16
referees [3] 115/12 115/12 115/15
reference [1] 30/3
referenced [2] 73/7 231/22
referred [2] 56/9 71/20
referring [4] 31/14 80/11 80/23 93/13
refers [1] 70/2
reflect [5] 41/5 41/13 42/5 78/23 87/20
151/11 165/21 166/17 221/14
reflected [6] 22/17 57/8 90/22 92/21
178/22 222/24

**R**

reflecting [1] 92/14
reflection [2] 24/16 53/23
reflective [3] 14/5 45/9 45/23
reflects [5] 24/18 30/21 42/21 56/10
75/17
refresh [1] 213/22
refused [2] 48/22 48/23
regard [7] 116/14 123/12 123/13 125/12
131/1 152/3 207/3
regarding [4] 122/20 155/8 189/19 234/15
regardless [3] 4/7 64/2 117/13
region [1] 113/22
regional [2] 86/9 86/10
regions [1] 62/12
Registered [1] 236/4
regression [5] 39/8 39/12 123/18 217/17
217/22
regulations [1] 236/10
reiteration [2] 230/20
reject [4] 19/5 115/11 145/19 178/21
rejected [2] 115/17 142/12
rejection [1] 158/7
rejects [11] 142/3 142/4 142/5 142/7
142/16 142/22 143/1 144/16 145/18 145/20
146/2
relate [1] 35/5
related [6] 49/14 76/23 115/24 149/19
156/6 204/15
relates [3] 103/18 157/7 205/8
relating [1] 205/18
relationship [4] 111/21 154/12 159/15
159/18
relative [11] 131/15 159/23 159/24
160/10 161/20 178/5 182/17 184/14 185/9
192/22 198/13
relatively [7] 6/22 7/5 7/13 12/2 73/20
153/23 226/11
releasing [1] 39/16
relevant [3] 35/23 149/17 165/8
reliability [1] 162/25
reliable [1] 162/21
reliably [1] 122/8
relied [1] 220/16
relies [1] 53/16
reluctant [2] 53/20 94/25
rely [1] 230/13
remain [1] 222/6
remained [1] 84/24
remaining [2] 13/14 13/16
remarkably [1] 192/17
remember [5] 13/4 17/18 58/3 78/20 96/1
remind [3] 9/8 49/9 170/8
remote [1] 35/13
remove [3] 127/6 127/16 127/24
removed [1] 126/21
removing [1] 127/19 128/2 180/17
renewal [1] 54/7
renewed [1] 81/3
reply [2] 119/21 132/16
report [22] 52/14 91/24 101/21 119/10
119/16 119/21 132/16 147/23 163/16 166/4
166/7 166/7 166/8 166/14 167/5 198/5
229/13 230/7 230/10 231/12 232/15 233/5
reported [3] 1/25 186/14 236/8
reporter [7] 21/8 49/10 75/9 236/1 236/4
236/5 236/16
reporters [1] 94/20
reporting [2] 90/19 137/25
reports [18] 40/1 40/16 86/4 86/9 91/16
91/19 95/6 102/4 115/16 116/14 120/1
120/8 126/9 229/10 229/12 231/20 231/21
231/23
represent [3] 35/8 159/2 159/19
representation [9] 23/18 46/12 55/16
59/14 59/15 93/3 157/13 157/19 176/13
representative [1] 107/25
representatives [2] 16/11 66/24
represented [5] 42/14 46/4 46/5 91/4
190/25
represents [3] 93/10 159/3 159/10
request [2] 78/21 224/21
requested [3] 21/14 76/19 77/5
required [1] 8/11
requirement [2] 22/23 28/8
requirements [3] 28/14 50/7 226/1
research [9] 89/10 90/19 110/25 111/3
111/14 118/23 118/24 118/24 121/11
researcher [4] 117/7 117/8 195/10 195/12
researchers [1] 197/4

**reserve [1]** 30/8
resolved [1] 230/21
respect [9] 4/23 79/5 106/16 150/20
160/5 160/6 160/7 190/24 216/10
respelling [1] 3/10
response [5] 90/23 197/22 199/13 200/3
206/24
responsibilities [1] 34/16
responsible [1] 78/7
rest [2] 4/9 194/17
restating [1] 3/9
restricted [5] 103/7 103/14 103/16 104/1
105/19
restricting [1] 164/13
restriction [2] 191/19 198/21
restrictions [2] 155/15 191/17
result [8] 99/16 171/19 174/23
resulted [4] 63/24 67/7 73/13 83/19
resulting [1] 75/21
results [17] 36/15 36/16 63/16 63/23
64/6 66/3 86/11 113/5 121/15 123/22
124/3 163/7 165/23 166/3 178/24 189/15
197/16
reswear [1] 3/5
retain [2] 42/12 82/2
retained [4] 209/21 210/4 210/6 210/9
retention [2] 25/17 42/11
return [1] 65/2
returning [1] 64/16
returns [1] 74/14
reveal [5] 144/9 156/12 161/24 167/12
178/2
revealed [3] 161/21 203/3 205/6
reveals [1] 39/20
review [26] 3/22 3/23 3/24 4/14 6/14
10/19 10/22 10/24 11/3 11/4 13/9 16/12
16/21 17/11 32/24 86/3 94/4 94/6 94/9
95/4 117/1 126/3 126/6 126/9 132/2 134/1
reviewed [10] 115/4 115/9 115/23 116/12
126/5 126/7 126/7 126/10 163/2 206/9
reviewing [2] 10/22 13/15
reviews [1] 8/3
revise [1] 115/20
Rhode [1] 20/15
RICHARD [2] 1/9 162/2
Rick [1] 126/11
rid [3] 129/25 172/8 180/15
ride [1] 49/5
right [116] 3/7 31/22 35/1 35/22 40/20
45/10 45/15 45/18 46/15 49/7 52/7 56/8
56/16 57/9 58/8 59/24 61/22 65/2 70/4
82/17 84/19 85/11 85/15 90/6 90/16 93/18
93/23 93/24 94/4 96/11 96/13 96/14 96/20
96/25 97/5 98/3 98/23 99/5 100/4 100/17
102/24 103/19 105/3 105/8 105/8 105/11
107/15 108/3 108/17 114/15 132/19 133/11
135/22 138/19 139/12 139/23 145/25 146/6
146/7 146/24 147/15 151/4 151/22 152/16
154/5 163/18 165/2 166/20 169/7 177/16
178/1 178/5 178/14 179/8 187/19 188/8
191/5 191/7 192/5 196/19 203/15 206/10
207/6 208/24 209/4 210/23 210/25 211/2
211/10 212/8 212/10 213/17 213/18 217/11
217/17 217/22 218/7 218/17 218/18 218/24
222/18 223/22 224/6 226/6 226/14 226/20
227/25 229/3 229/11 229/19 229/22 230/1
230/5 233/14 233/15 235/15
rigorous [1] 220/21
rise [1] 188/5
rising [2] 56/4 59/1
RNR [2] 1/25 236/16
road [3] 82/14 231/11 231/18
roadblock [1] 27/22
ROBINSON [3] 1/18 120/10 230/25
robust [3] 27/8 50/3 53/24
robustly [1] 69/21
robustness [1] 185/22
role [10] 109/10 109/11 109/16 122/14
122/21 141/16 145/5 147/8 189/5 189/14
roles [1] 34/16
rolling [1] 194/15
Ronda [4] 1/25 187/17 236/4 236/16
room [1] 25/11
rooming [2] 35/12 63/4
roommates [1] 35/11
rosters [1] 125/25
roughly [1] 40/10
rounds [1] 115/21
routed [1] 133/21

**routine [1]** 59/6
routinely [1] 34/18
row [13] 163/21 164/3/1 168/16
169/17 176/19 180/4 180/5 180/6 180/19
180/20 192/24 192/25
rows [2] 167/3 202/6
rule [4] 95/9 102/10 176/22 177/8
ruling [2] 120/9 120/11
rulings [1] 120/6
run [13] 20/21 43/25 57/1 57/1 59/5 59/6
60/2 63/7 66/19 71/23 73/22 73/23 101/20
runs [1] 20/16
sale [2] 62/14 77/14

**S**

S-E-A-R-L-E [1] 213/12
S-T-E-P-H-E-N [1] 3/12
said [34] 7/3 7/8 12/16 45/14 51/6 60/12
92/10 92/23 93/20 93/22 101/3 106/19
107/12 107/12 114/14 124/9 126/12 128/2
135/3 161/7 163/16 164/25 167/8 170/1
178/12 179/7 196/16 196/22 207/24 212/2
212/7 222/21 230/22 231/10
sailor [2] 27/9 27/23
sailors [13] 20/18 23/15 24/4 26/16
27/13 27/16 27/20 28/16 29/3 46/3 79/12
79/24 79/25
sake [2] 49/10 94/16
Salt [1] 98/14
same [78] 10/21 14/2 15/1 15/13 15/19
15/19 16/7 25/16 31/25 40/1 53/11 65/22
68/25 69/6 80/5 82/24 96/8 96/8 96/11
98/22 109/20 118/11 120/9 120/11 120/16
122/22 129/17 129/18 131/5 136/15 138/2
142/8 143/14 145/12 145/14 145/14 146/7
146/15 146/23 147/16 147/18 147/18
147/17 147/23 150/24 151/3 152/21 153/6
153/14 155/10 160/17 161/25 162/4 164/14
167/14 168/17 174/6 175/21 176/13 181/7
184/4 184/10 185/5 185/23 191/17 193/5
193/15 196/1 196/17 200/7 210/23 213/23
225/11 229/7 230/21 231/21 232/4 232/21
sample [23] 129/17 132/23 155/15 167/16
170/8 175/25 189/25 190/8 191/16 191/17
192/2 197/9 198/5 198/10 198/22 198/25
199/1 199/2 200/17 202/6 203/8 207/20
207/20
samples [1] 150/3
SAT [24] 118/5 121/20 144/4 144/14
144/15 144/19 149/9 153/24 153/25 154/1
154/5 154/6 159/10 159/11 161/17 164/18
164/19 166/9 166/11 166/13 166/15 166/16
166/22 168/4
satisfies [1] 134/8
Saturday [2] 63/8 63/11
save [1] 36/11
saw [8] 39/24 44/14 100/8 123/19 157/3
160/4 160/17 186/13
say [64] 6/24 8/25 13/10 15/17 26/10
38/13 39/11 63/2 63/23 83/9 87/2 91/10
96/24 99/15 100/14 104/4 105/16 106/19
113/12 113/14 120/21 123/6 123/10 125/11
133/9 134/21 142/2 143/10 147/22 148/6
151/18 152/4 157/7 159/14 159/16 160/1
161/6 161/6 161/7 166/2 168/12 169/13
171/5 171/15 172/3 173/5 173/6 178/8
196/4 197/12 199/17 201/1 203/22 205/5
205/8 205/24 205/25 207/25 209/12 217/10
220/9 223/2 223/16 234/22
saying [3] 13/1 142/3 145/9 161/23
171/14 173/14 178/18 184/13 187/4 208/2
213/10 230/3 234/18
says [33] 9/1 24/14 31/8 31/10 34/13
35/22 36/15 36/21 41/11 72/25 74/20
75/19 93/25 98/6 136/21 143/20 147/10
166/4 177/9 184/16 202/19 203/24 221/2
scale [3] 147/16 147/18 160/16
scare [1] 209/7
scenario [5] 92/13 92/25 93/2 93/2 94/1
Scenario B [1] 94/1
scenes [1] 121/6
schedule [1] 233/15 235/3
scheduling [1] 233/16
scholarships [2] 63/21 64/6
school [55] 12/22 13/6 17/7 17/10 18/1
20/11 20/12 20/15 21/1 21/4 22/13 22/25
23/11 23/21 26/9 26/13 26/14 26/9 26/22
27/6 30/24 31/9 32/15 39/22 53/19 56/2
56/24 60/23 61/20 64/17 64/19 65/7 66/7
69/14 72/18 73/2 74/19 75/18 77/14 80/5

**S**

**school...** [1] 87/18
87/10 104/21 105/4 105/12 125/22
133/9 134/19 157/24 209/10 220/7
**schooling** [1] 23/9
**schools** [38] 17/5 17/16 18/5 20/2 20/24
26/25 32/10 32/20 37/18 48/6 48/7 53/12
53/18 53/21 63/5 64/22 65/16 67/3 68/5
69/12 70/14 72/19 79/14 79/15 79/22
79/23 80/1 80/7 80/17 81/8 81/9 81/16
81/22 81/24 82/3 82/7 82/11 186/9
**schools-type** [1] 82/3
**science** [3] 51/25 56/5 56/10
**sciences** [1] 118/6
**scoot** [1] 111/12
**scope** [2] 170/18 186/3
**score** [29] 7/5 87/25 121/20 124/21 144/4
144/4 144/6 144/15 144/19 146/16 146/18
147/6 149/18 154/1 154/5 154/6 164/12
166/9 166/11 166/13 166/15 168/4 183/12
186/18 186/21 190/20 199/22 199/23 205/7
**scores** [20] 118/5 124/18 124/22 140/17
140/22 141/7 144/14 144/20 148/22 153/25
156/8 158/17 158/18 165/12 166/16 166/19
166/22 188/23 190/3 191/4
**screen** [6] 21/20 21/22 21/24 22/5 211/9
211/18
**search** [4] 61/4 61/18 61/21 78/3
**searches** [1] 61/17
**Searle** [8] 213/1 213/3 213/7 213/9
213/12 213/15 214/4 214/8
**seated** [4] 3/3 108/1 129/12 188/8
**seats** [3] 32/10 179/20 179/21
**second** [43] 15/17 19/10 27/20 34/11
35/19 40/4 52/17 52/19 72/6 74/21 79/1
80/8 80/19 89/21 96/25 106/1 106/16
113/19 123/9 130/22 131/18 131/19 135/12
136/13 137/15 137/20 140/21 152/7 157/17
168/16 180/19 180/20 182/14 182/16 190/1
198/8 202/19 211/7 211/8 211/13 216/15
229/13 229/15
**second-guessing** [1] 216/15
**Secretary** [1] 28/8
**section** [3] 65/8 72/25 220/18
**see** [154] 5/17 6/7 11/1 15/24 21/17
31/12 35/24 36/19 37/2 41/7 44/6 52/19
52/23 54/15 54/21 55/18 55/21 63/16
69/21 70/8 70/25 71/12 72/13 76/18 79/6
83/24 84/16 86/10 89/23 89/24 103/10
108/11 108/13 109/15 109/17 109/20
113/13 117/8 117/14 118/1 121/19 121/20
122/3 122/11 123/11 123/14 123/18 123/23
130/5 131/14 132/21 133/1 134/24 135/13
135/15 136/18 138/11 138/18 138/24 139/2
139/7 139/8 139/19 140/4 141/9 141/14
141/16 141/20 142/1 142/21 142/24 144/24
145/18 147/2 147/6 148/11 148/15 149/20
150/10 152/2 152/10 152/21 153/14 154/12
154/16 154/24 154/24 154/25 155/21 156/5
156/7 156/10 157/6 160/1 160/25 163/7
163/11 167/3 167/20 167/22 167/24 168/12
168/16 168/17 168/19 168/23 168/25
169/13 169/22 170/3 173/17 174/2 175/14
178/4 180/10 180/21 181/14 182/7 182/10
188/22 189/2 189/7 191/3 191/7 192/13
192/17 193/16 194/1 195/25 197/15 197/25
198/9 198/11 200/21 200/22 202/3 202/9
202/12 203/19 204/13 204/22 205/12
205/15 207/13 208/5 209/20 228/25 235/2
**seeing** [4] 74/13 87/9 153/15 198/1
**seeks** [1] 88/6
**seem** [1] 230/12
**seems** [2] 101/22 151/12
**seen** [6] 39/22 69/23 73/15 112/7 156/1
200/15
**segment** [1] 183/5
**select** [1] 116/5
**selected** [2] 8/1 72/16
**selecting** [1] 225/17
**selection** [4] 197/10 199/2 204/6 205/19
**selectively** [1] 220/7
**self** [1] 63/20
**self-paid** [1] 63/20
**semester** [1] 18/3
**seminar** [12] 58/22 58/23 58/24 60/12
60/13 60/14 63/3 63/13 63/16 70/21 71/13
80/10
**senate** [9] 15/12 15/15 15/23 15/24 16/1
16/1 16/6 16/17 18/14

**senator** [1] 16/11
**senators** [2] 15/21 17/17
**send** [2] 68/7 68/12 83/6 88/14
115/12
**sending** [1] 27/11
**senior** [8] 42/5 42/16 46/23 57/5 59/2
78/20 104/5 105/23
**seniors** [2] 59/2 63/12
**sense** [3] 61/11 146/15 189/15
**sent** [2] 52/14 234/14
**sentence** [6] 34/6 40/7 52/19 54/12 72/24
74/21
**separate** [7] 18/20 18/21 78/4 174/1
183/8 183/23 201/20
**separately** [1] 155/7
**September** [3] 1/7 2/2 236/12
**seriatim** [1] 232/19
**series** [1] 197/24
**serve** [2] 75/25 105/9
**served** [1] 118/19
**service** [31] 13/5 17/5 42/11 53/12 53/15
66/21 75/20 76/9 77/16 83/23 136/2 136/3
138/17 138/22 138/25 140/24 182/24 183/3
183/7 183/21 184/3 214/12 214/16 220/25
221/5 221/10 221/14 222/6 222/7 222/9
222/14
**service-connected** [7] 138/17 138/22
138/25 140/24 183/7 183/21 184/3
**services** [1] 11/25
**serving** [1] 221/4
**SES** [1] 124/23
**set** [22] 85/23 85/13 98/1 122/17 137/20
137/20 161/10 162/9 170/8 171/16 174/1
174/17 175/3 186/6 186/19 186/20 191/16
192/11 202/6 207/10 207/11 209/8
**sets** [1] 127/19
**setting** [1] 122/25
**setup** [1] 139/6
**seven** [2] 132/25 163/17
**several** [12] 12/23 20/23 40/9 43/17
44/14 48/3 48/7 48/22 68/5 100/14 163/24
231/10
**severe** [1] 195/8
**SFFA** [2] 210/15 211/24
**shadowing** [1] 63/5
**shape** [2] 183/10 234/10
**share** [17] 132/20 133/1 136/20 137/5
140/5 142/4 142/7 142/15 142/16 142/22
142/25 143/7 147/10 149/12 179/1 184/6
205/13
**shared** [1] 99/7
**shares** [4] 98/22 188/13 188/15 189/8
**she** [5] 49/2 49/4 49/5 49/5 94/19
**she's** [4] 94/20 94/22 129/2 232/12
**shift** [1] 63/14
**shifts** [1] 172/12
**ships** [1] 104/17
**shirting** [1] 191/25
**short** [1] 77/9
**shorter** [1] 233/1
**should** [22] 13/7 24/16 28/19 36/18 60/1
60/18 92/21 94/13 115/16 128/20 134/21
137/22 147/22 148/6 167/15 169/13 205/23
211/13 211/13 216/12 228/10 233/1
**show** [27] 52/15 67/3 97/7 132/19 135/25
137/9 141/15 142/11 147/24 148/7 149/1
149/5 163/9 165/23 167/9 169/18 170/25
175/2 187/1 190/13 190/14 198/23 200/12
201/8 211/4 221/4 221/20
**showed** [4] 44/12 89/13 189/15 200/17
**showing** [13] 36/18 88/23 137/4 143/24
163/25 168/15 173/12 175/1 180/7 186/12
187/9 202/5 206/3
**shown** [4] 95/25 142/2 155/25 180/19
**shows** [13] 82/14 91/5 132/12 132/20
132/20 134/23 145/14 163/14 169/19
180/20 203/4 205/3 206/9
**shrink** [1] 191/8
**shuffle** [1] 186/11
**shut** [1] 131/19 174/16
**side** [6] 14/21 14/21 151/9 151/12 177/5
233/8
**sides** [2] 56/9 235/3
**significant** [5] 42/7 43/1 109/16 167/22
185/3
**significantly** [3] 37/21 37/25 49/19
**similar** [21] 4/15 6/16 15/25 16/2 20/24
20/25 21/6 39/23 60/16 63/2 63/16 63/23
97/23 113/21 137/21 145/6 147/24 152/18
154/9 179/7 185/20

**similar-type** [1] 39/23
**similarities** [1] 73/21
**similarly** [4] 4/24 14/24 156/10 167/21
199/20
**simple** [2] 128/22 232/10
**simply** [1] 98/6
**Simulation** [1] 194/21
**since** [7] 12/20 13/2 107/3 127/15 164/18
192/21 192/21
**sir** [11] 3/6 29/18 46/10 56/7 56/14
56/19 104/15 107/7 133/13 135/22 211/19
**sister** [1] 49/6
**situations** [1] 112/16
**six** [3] 59/4 79/3 130/15
**size** [5] 31/16 31/19 168/8 190/8 198/10
**skeptical** [1] 223/2
**slate** [71] 3/22 3/23 3/24 4/9 4/14 5/14
6/3 6/5 6/13 7/21 8/7 8/7 8/19 9/11 9/12
10/4 10/19 10/24 11/4 13/9 14/2 14/25
15/1 15/4 15/7 15/10 16/1 16/3 16/12
16/21 17/11 17/21 18/4 18/11 18/13 18/13
18/14 18/14 32/24 86/3 94/3 94/6 94/9
95/4 95/6 125/9 132/2 133/21 133/23
134/7 134/10 136/2 136/5 136/19 136/22
137/5 137/6 137/17 140/23 182/5 182/9
182/25 183/17 183/20 184/5 185/1 189/17
199/18 225/12 225/19 225/21
**slated** [2] 9/4 9/18
**slates** [32] 8/21 10/7 11/1 13/20 13/21
15/5 15/8 15/12 15/13 15/15 15/24 15/24
16/1 16/6 16/13 16/14 16/17 19/9 125/6
134/3 134/4 158/3 158/5 164/24 165/7
165/9 165/14 199/23 226/21 227/2 227/6
227/8
**slice** [1] 171/11
**slide** [80] 20/5 20/6 21/14 22/9 22/10
22/12 22/17 22/18 29/10 30/3 31/7 31/8
41/24 85/16 95/24 95/25 96/8 96/10 97/22
97/23 99/10 100/11 128/14 129/16 134/1
134/14 134/20 135/22 137/12 137/20
140/14 143/19 143/20 144/8 144/9 146/4
147/9 147/13 149/14 152/13 153/2 154/8
155/6 155/13 157/15 159/1 161/17 167/1
167/10 170/20 173/10 173/10 173/11 174/9
175/10 176/8 176/18 177/22 178/2 179/16
180/3 182/2 184/11 185/11 185/25 186/12
188/12 190/17 191/12 192/7 193/2 193/8
198/3 198/16 202/4 205/1 205/2 207/15
216/18 217/3
**Slide 24** [1] 22/10
**Slide 26** [1] 170/21
**Slide 28** [6] 20/6 22/9 22/12 22/17 29/10
30/3
**Slide 34** [1] 179/16
**Slide 35** [1] 180/3
**Slide 58** [1] 205/1
**slides** [12] 21/12 96/11 96/15 122/17
135/25 138/14 138/16 139/4 146/5 149/1
150/10 154/9
**slight** [2] 94/14 122/10
**slightly** [5] 49/25 154/22 201/6 201/11
226/25
**slot** [1] 133/22
**slots** [4] 8/9 30/9 32/15 138/6
**slow** [3] 38/8 97/10 94/16
**small** [16] 38/6 68/24 81/16 121/23
121/25 127/11 127/14 138/1 150/3 155/11
168/19 168/20 169/23 184/6 207/10 207/11
**smaller** [9] 21/2 25/16 70/22 87/10 91/19
154/22 202/13 203/18 205/13
**smallest** [1] 51/7
**smartphone** [3] 61/5 62/3 62/4
**smartphones** [1] 61/25
**Smith** [1] 15/18
**snapshot** [1] 44/24
**so** [498]
**social** [9] 53/6 61/3 61/15 69/1 69/2
69/12 77/6 82/20 83/5
**society** [5] 38/8 75/17 90/25 91/4 118/25
**socioeconomic** [8] 14/19 26/24 34/25
80/22 81/6 100/3 100/7 125/18
**socioeconomically** [6] 26/23 32/10 32/19
32/21 35/17 81/9
**sold** [1] 74/19
**solely** [1] 78/4
**solve** [1] 173/2
**some** [99] 8/24 10/10 11/21 13/19 21/15
22/23 24/24 25/9 25/25 26/21 27/15 29/20
31/23 36/11 40/15 41/18 44/18 45/4 46/17
47/3 48/15 50/5 50/18 51/17 52/7 52/15

**S**

some... [70] 6/12 9/8 13/3 18/14
60/20 62/11 62/14 62/17 63/5 65/10 65/2
67/9 67/10 67/12 69/23 71/15 73/15 73/20
77/3 77/11 77/13 77/19 77/20 81/12 82/11
82/19 85/18 89/22 100/2 101/25 109/24
111/21 112/5 112/25 114/5 115/18 121/24
122/10 123/2 125/17 125/24 127/15 129/17
130/8 131/20 140/10 149/9 150/1 150/3
150/8 156/2 158/1 158/10 162/11 164/22
165/25 167/2 168/2 182/10 186/11 186/11
187/14 190/7 195/9 200/13 204/15 213/3
221/22 225/16 230/9 230/16 233/20 234/6
**somebody [8]** 13/6 19/8 43/10 78/7 94/14
101/20 116/15 127/9
**somebody's [1]** 196/3
**somehow [1]** 211/16
**someone [7]** 118/11 132/1 171/11 178/12
178/20 178/21 209/11
**someone's [1]** 96/19
**something [19]** 47/15 96/20 97/4 97/7
99/5 105/9 115/13 137/12 139/9 146/25
158/15 158/21 162/13 190/9 212/25 223/7
232/14 233/4 234/1
**sometimes [13]** 10/6 11/19 14/8 14/18
18/12 19/17 65/4 65/21 81/17 100/23
130/8 164/2 234/8
**somewhat [2]** 154/3 223/2
**somewhere [5]** 9/22 25/3 59/20 101/18
213/6
**son's [1]** 214/15
**sons [2]** 60/6 76/4
**soon [1]** 102/1
**sorry [45]** 3/2 20/7 21/10 21/21 22/2
22/7 26/10 36/11 36/16 38/13 44/10 49/11
56/14 58/12 60/12 79/18 82/11 83/9 89/21
97/12 106/1 106/5 111/12 124/10 142/14
153/3 153/4 155/1 157/17 165/2 165/5
176/5 176/9 182/24 190/1 207/18 208/23
208/24 209/7 213/11 228/7 228/9 229/1
229/23 232/2
**sort [43]** 29/20 111/11 114/18 116/25
117/12 117/21 121/22 121/25 122/23 124/2
134/24 136/9 139/6 140/8 142/11 143/23
143/25 145/4 150/2 153/7 156/10 157/4
158/9 159/6 161/20 163/8 163/9 163/25
164/7 164/13 165/23 166/21 167/14 169/7
171/2 172/22 176/21 182/13 183/12 185/23
195/3 205/3 207/4
**sounds [1]** 213/17
**source [2]** 12/24 25/5
**sources [2]** 184/8 224/8
**space [1]** 31/22
**speaking [1]** 95/1
**SPEARS [2]** 1/23 29/22
**specialization [1]** 53/6
**specialize [1]** 111/14
**specializes [1]** 61/6
**specific [7]** 30/10 47/4 57/22 64/23
65/15 100/3 100/7
**specifically [4]** 53/16 55/13 91/23 92/14
**specify [1]** 93/15
**spectrum [2]** 59/11 80/25
**spelling [1]** 108/20
**spend [1]** 63/4
**spent [2]** 54/4 83/17
**spinning [1]** 103/15
**split [2]** 183/15 205/10
**spoken [3]** 55/1 214/24 215/3
**sport [1]** 153/11
**sports [11]** 30/10 30/13 30/17 30/23
71/24 77/25 150/13 150/25 150/25 151/1 151/2
151/12
**spots [4]** 13/14 24/2 30/7 172/9
**spring [4]** 63/14 71/5 71/6 78/9
**squadrons [1]** 104/17
**squared [1]** 169/19
**stable [1]** 192/18
**staff [21]** 50/3 50/20 52/4 53/20 57/2
57/22 60/17 61/25 62/11 65/1 65/15 68/22
74/9 78/11 81/16 81/19 82/14 82/22 83/2
86/6 104/25
**staffer [1]** 83/20
**staffs [1]** 53/20
**stage [3]** 103/16 113/19 115/11
**stages [2]** 113/17 182/14
**stand [7]** 3/4 78/3 108/16 128/21 160/24
228/11 230/15
**standalone [2]** 11/6 18/19
**standard [6]** 116/13 162/23 163/8 171/20

172/12 175/9
**standards [1]** 47/25
**standout [1]** 18/9
**stands [7]** 56/5 56/10 56/18 129/9 139/23
168/11 235/14
**stark [3]** 117/16 134/24 152/10
**starker [1]** 154/12
**starkest [1]** 152/1
**start [23]** 9/17 18/4 23/1 46/11 75/10
88/20 110/6 124/4 126/18 128/18 129/20
148/12 148/19 149/22 154/13 168/12
177/23 179/6 187/22 188/4 205/12 228/12
209/4 209/5 228/14
**started [14]** 53/9 54/6 56/20 58/25 68/19
71/23 72/2 110/22 117/17 126/12 128/2
209/4 209/5 228/14
**starting [8]** 8/12 75/22 77/11 124/4
146/25 178/12 178/18 200/3
**starts [1]** 47/11
**state [4]** 15/13 15/17 16/7 16/18
**stated [1]** 107/13
**statement [6]** 34/9 37/4 40/12 75/1 76/6
76/11
**statements [1]** 230/14
**states [14]** 1/1 1/6 18/22 34/7 40/7
54/19 65/8 91/12 92/14 93/7 103/22
231/19 236/5 236/11
**stating [1]** 108/19
**statistic [1]** 175/1
**statistical [5]** 24/11 126/15 212/16
217/16 225/8
**statistically [1]** 38/6
**statistics [5]** 42/18 107/1 141/19 143/25
157/4
**status [9]** 43/24 44/24 80/22 81/7 86/4
86/8 125/18 155/15 157/24
**stay [1]** 63/8
**steer [1]** 47/16
**steered [2]** 48/5 49/7
**STEM [41]** 55/20 55/23 55/24 56/1 56/1
56/5 56/9 56/10 56/18 56/24 57/7 57/25
57/25 58/9 58/12 58/12 60/2 60/8 60/13
61/20 70/21 71/13 71/18 71/19 71/20
71/23 72/3 72/4 72/9 72/11 72/12 72/15
72/21 72/22 72/24 73/1 73/10 73/13 78/6
80/10 117/17
**stenographically [1]** 236/8
**stenographically-reported [1]** 236/8
**stenotype [1]** 1/24
**step [19]** 103/25 103/25 104/9 107/25
122/23 123/4 123/9 123/16 123/16 124/4
126/19 130/22 130/24 156/20 217/5 217/7
217/10 217/13 220/3
**Stephen [2]** 2/5 3/11
**steps [1]** 76/14
**still [18]** 7/16 13/16 36/13 37/21 40/12
47/21 61/24 72/6 73/10 88/10 117/18
120/8 172/10 172/13 176/25 177/16 206/20
225/20
**stood [2]** 32/2 56/3
**stop [19]** 45/5 75/8 108/9 128/17 155/24
167/8 173/21 187/19 227/25
**stops [1]** 21/1
**straight [3]** 4/10 24/13 147/24
**strange [1]** 169/7
**Strategic [2]** 41/12 60/25
**STRAWBRIDGE [7]** 1/13 2/6 88/15 88/17
95/2 102/11 103/6
**strength [9]** 4/19 5/18 5/22 6/12 14/14
161/13 161/20 172/22 205/3
**strictly [1]** 15/22
**strong [1]** 13/6
**stronger [5]** 156/5 204/21 206/1 206/1
225/21
**strongest [2]** 16/24 17/2
**strongly [1]** 13/7
**student [22]** 15/19 21/3 22/20 25/17 33/5
33/14 33/19 34/13 34/20 34/23 35/2 38/19
45/24 47/16 47/16 49/1 66/12 73/6 87/14
136/7 161/8 215/6
**students [155]** 1/3 1/20 9/17 16/16 17/1
17/4 17/24 18/1 23/4 23/4 23/21 24/22
25/2 25/3 25/8 25/9 25/14 25/23 26/23
31/23 31/23 32/3 32/11 32/13 32/13 32/18
32/19 32/21 33/17 34/22 35/2 35/12 35/13
35/13 37/18 37/24 39/10 40/8 40/9 42/24
46/13 47/1 47/20 47/24 48/4 48/9 49/15
50/4 50/22 55/15 56/22 57/4 57/7 57/23
57/24 58/3 58/7 58/11 58/13 58/17 59/12
59/25 60/24 61/15 61/16 62/2 62/3 62/20

63/3 63/8 63/18 63/21 64/5 64/19 65/4
65/6 65/17 66/20 67/25 68/9 68/13 68/24
68/24 69/20 70/19 71/2 71/12 71/3
71/8 71/11 72/12 72/14 72/7 72/16
73/2 73/23 74/2 74/13 74/18 75/17 75/21
77/2 77/4 77/24 78/2 78/8 79/17 79/20
80/11 80/17 81/1 81/9 85/8 85/23 86/23
86/25 87/11 89/1 89/7 90/2 90/6 90/8
90/14 90/15 90/24 91/2 91/8 91/13 101/11
112/10 113/8 117/13 118/12 118/13 118/14
125/1 142/21 153/16 162/13 180/17 209/21
209/24 210/4 210/6 210/9 212/4 213/16
214/5 215/3 215/6 215/9 215/13 216/16
**students' [1]** 57/3
**studied [1]** 214/11
**studies [2]** 116/15 168/12
**study [4]** 97/5 110/22 114/10 221/14
**studying [1]** 117/17
**stuff [10]** 28/2 68/22 77/8 86/3 114/19
159/9 161/15 164/10 175/5 199/23
**subject [3]** 103/21 114/10 155/15
**submariners [2]** 104/18 104/19
**submit [2]** 115/10 115/15
**submitted [2]** 4/2 17/16
**subsequent [1]** 44/3
**subtitle [1]** 43/11
**subtract [1]** 174/20
**subtracted [1]** 140/17
**succeed [2]** 27/3 31/1
**succeeded [1]** 40/8
**succeeding [2]** 38/20 86/11
**success [3]** 71/12 71/15 130/18
**successful [8]** 25/24 58/9 61/9 69/19
71/10 75/3 84/3 84/6
**successfully [1]** 73/23
**such [20]** 71/6 113/22 114/22 117/24
121/13 123/2 124/19 125/7 126/21 127/11
130/1 157/22 157/24 182/5 184/6 190/16
197/21 197/25 207/10 207/11
**suffers [1]** 199/9
**sufficient [2]** 75/24 88/5
**sufficiently [2]** 155/11 199/22
**suggest [1]** 147/7
**suggests [2]** 206/15
**summarize [1]** 193/7
**summary [6]** 133/18 133/24 141/19 143/25
157/3 231/4
**summer [26]** 55/20 55/23 55/24 57/7 57/25
58/1 58/2 58/9 58/22 58/23 58/24 60/8
60/12 60/12 60/13 60/14 63/2 63/13 63/16
70/17 70/21 71/13 71/23 71/24 80/10
80/15
**superintendent [20]** 11/10 11/13 11/17
11/22 11/24 12/2 12/7 12/8 12/10 12/13
12/18 12/21 13/2 13/7 31/11 31/18 43/24
46/23 86/15 86/16
**superintendent's [1]** 11/23
**superintendents [3]** 44/1 44/3 64/21
**supplement [1]** 125/14
**supplemental [1]** 220/13
**supply [1]** 105/1
**support [7]** 29/12 32/3 51/18 76/20 105/1
212/19 222/14
**supportive [1]** 28/13
**supports [1]** 41/11
**suppose [2]** 171/5 210/2
**supposed [3]** 127/4 226/21 227/6
**sure [27]** 25/23 31/4 31/5 38/14 56/9
59/14 69/21 79/18 80/16 101/20 102/2
106/3 106/14 120/15 126/20 143/3 147/13
151/21 162/19 178/21 182/4 209/1 228/23
229/6 229/20 230/17 235/9
**surprise [1]** 207/9
**surprising [1]** 149/11
**surprisingly [1]** 141/11
**survey [2]** 48/1 116/23
**surveys [4]** 47/18 47/18 75/23 117/1
**suspect [4]** 84/10 188/2 232/20 235/3
**switched [2]** 117/18 117/19
**swore [2]** 210/25 218/19
**sworn [2]** 3/8 108/18
**system [2]** 112/8 149/8
**systems [4]** 23/21 53/20 77/14 101/21

**T**

**Tab [1]** 218/24
**table [16]** 132/12 132/16 141/22 143/3
143/24 145/12 146/8 148/7 149/2 166/5
167/9 169/17 187/1 198/17 200/12 203/4
**take [62]** 10/25 18/10 20/5 24/6 40/20

**T**

take... [5] 44/22 45/1 45/2
45/2 52/1 54/7 54/9 54/11 58/7 60/21 59/5
61/13 62/23 63/10 67/16 69/23 70/2 75/11
85/16 89/10 118/11 128/15 130/4 133/13
143/6 149/9 150/25 152/23 153/24 157/22
157/25 158/4 161/14 162/17 169/15 170/24
172/2 174/12 184/7 186/4 187/17 187/19
190/22 192/2 193/11 195/20 197/15 205/4
205/5 208/20 209/12 218/23 228/14 235/19
233/23 234/3 235/9
taken [6]   75/12 97/14 152/20 180/22
195/24 196/16
takes [2]   8/21 16/5
taking [15]   56/23 58/8 76/14 121/2
145/14 150/25 159/3 168/2 171/11 179/9
198/1 198/9 198/20 202/5 232/19
talented [1]   41/12
talk [17]   20/1 48/9 48/24 60/20 65/1
71/22 82/13 83/18 83/21 91/24 95/10
129/1 147/12 162/14 195/5 209/18 214/20
talked [18]   6/25 9/7 9/14 11/9 20/14
23/18 23/25 56/18 60/1 65/16 71/18 81/15
94/3 97/24 172/21 184/1 191/13 198/6
talking [15]   22/9 71/17 78/7 83/17 83/20
84/8 94/16 132/21 140/2 144/7 177/23
201/5 207/1 208/8 227/5
target [4]   58/13 64/23 70/11 81/20
targeted [5]   70/24 72/12 77/10 79/22
82/23
targets [1]   85/13
task [3]   130/10 197/5 231/13
taste [2]   59/3 59/4
teach [6]   114/1 114/3 114/4 114/17
114/23 114/25
teacher [1]   133/9
teaching [1]   51/23
team [7]   30/13 30/23 128/23 207/4 207/5
207/7 228/14
teams [2]   30/10 86/10
teamwork [1]   35/18
tech [2]   17/7 29/12
technical [1]   162/14
technique [1]   112/2
techniques [1]   112/4
technology [4]   51/1 56/5 56/11 61/5
tell [26]   55/23 69/13 99/24 100/2 131/24
143/7 143/8 147/14 156/23 158/13 160/19
166/21 171/3 173/3 177/20 178/24 179/13
179/17 182/18 185/21 189/13 210/25 211/2
218/19 218/20 233/24
telling [7]   133/23 136/6 136/17 212/8
212/11 219/16 219/20
tells [2]   142/17 171/18
temporarily [1]   186/20
tend [9]   9/19 18/19 19/18 26/7 26/13 27/5
42/12 47/16 73/8
Tennessee [1]   73/4
tennis [1]   151/19
tenth [2]   56/4 78/5
tenure [2]   44/1 110/8
tenured [1]   110/4
term [3]   18/16 18/17 192/22
terms [24]   4/11 38/7 79/24 106/18 106/22
137/3 141/1 141/2 150/18 151/10 160/3
161/16 171/1 177/15 181/14 184/7 207/14
217/22 225/8 225/17 231/1 231/11 231/11
233/16
test [4]   124/18 149/7 149/10 164/15
test-optional [3]   149/7 149/10 164/15
testified [10]   10/15 37/7 45/7 45/17
90/23 92/5 101/1 210/20 211/6 231/9
testify [5]   120/17 122/18 208/13 231/5
233/5
testifying [1]   91/11 122/4
testimony [15]   80/12 91/7 91/9 99/3 99/6
99/25 100/22 109/6 109/9 112/7 122/13
122/14 128/20 131/20 228/10
Texas [1]   73/3
text [3]   41/9 57/15 62/1
textbook [2]   194/18 195/2
texting [1]   61/5 69/4 83/6
than [79]   4/8 10/13 14/9 24/20 26/8
26/13 27/5 29/8 30/18 38/21 52/6 58/7
72/1 91/5 91/19 96/24 115/5 121/10
122/11 126/13 135/2 138/19 139/4 139/14
139/21 139/25 140/20 140/24 141/4 141/11
142/16 142/22 143/1 144/25 145/2 145/19
145/20 146/16 146/18 147/14 148/21 149/22
150/15 152/15 154/1 154/23 155/22 156/14

158/2 160/18 160/20 163/2 166/12 167/6
169/2 169/12 169/5 178/14 178/21 179/2
184/7 184/11 189/17 192/14 197/20
186/16 189/10 189/17 192/11 194/2 197/20
198/25 204/16 209/18 214/14 219/21
220/11 225/21 232/18
thank [49]   3/5 3/13 3/15 20/7 29/12
29/13 29/14 29/18 29/25 31/6 34/2 45/1
45/2 49/12 56/13 88/12 88/14 102/24
106/9 106/13 107/24 108/2 108/6 108/7
108/10 108/23 120/12 120/22 129/14
131/17 134/12 135/21 137/19 143/18 153/4
154/7 156/19 188/10 191/2 208/14 208/22
209/5 213/13 228/1 228/18 228/25 230/19
232/25 233/13
Thanks [1]   40/6
Thanksgiving [2]   60/22 70/10
that [1049]
that Harvard [1]   210/16
that's [227]   4/2 4/5 4/6 4/13 4/15 7/2
7/11 10/18 15/6 16/16 20/5 22/8 24/21
27/7 29/14 31/17 32/24 34/23 35/2 35/6
37/10 37/23 42/22 45/11 45/16 45/19 50/2
50/12 51/17 55/17 56/16 60/10 61/23 62/2
64/8 77/7 77/21 78/1 78/1 80/11 80/13
82/10 82/10 89/7 90/1 91/15 92/17 93/12
93/22 94/5 94/8 94/12 94/20 95/9 95/9
95/15 95/16 95/18 95/20 95/23 96/6 96/24
97/25 98/2 98/7 98/8 98/13 98/17 98/20
98/24 99/21 100/5 100/10 100/25 101/5
102/12 102/12 102/15 103/23 104/3 105/8
105/8 105/11 112/6 114/13 114/13 114/15
118/14 120/19 121/4 121/8 121/20 121/25
122/5 123/10 124/11 124/17 124/17 125/3
125/19 127/15 128/17 128/23 132/24 137/4
137/24 139/11 139/21 141/11 142/16
142/24 144/15 144/18 145/4 145/25 146/7
148/1 148/4 150/17 150/21 151/4 151/13
151/15 152/21 152/22 154/11 154/17
154/22 157/8 158/9 161/22 162/19 165/6
165/10 166/15 166/20 166/23 168/18 169/7
169/8 169/9 169/21 171/11 171/20 172/7
172/25 173/3 173/9 173/24 175/9 175/17
175/17 176/3 177/18 178/1 178/14 179/8
179/8 181/11 181/13 184/14 185/7 186/14
186/25 188/3 188/21 190/11 192/5 192/12
192/18 193/1 193/24 193/25 195/14 196/6
199/22 202/2 203/4 203/11 203/21 206/4
206/19 206/20 207/12 209/10 212/7 212/20
212/24 213/8 214/18 217/6 218/7 220/2
220/14 220/25 221/7 221/10 221/10 221/16
221/16 222/9 222/9 222/17 223/7 225/15
226/14 227/1 227/12 227/18 228/16 228/24
229/3 229/22 231/7 231/15 232/9 232/22
232/23 232/23 233/2 233/11 233/12 233/22
234/11 234/17 235/8 235/8
their [113]   4/8 9/1 9/2 10/12 10/22 11/3
16/11 16/11 16/24 17/3 17/8 17/19 18/2
18/2 19/16 21/4 21/4 22/24 23/6 26/24
27/2 28/4 28/7 28/12 28/14 30/25 33/6
35/4 35/11 39/16 39/20 39/25 47/20 48/23
49/3 49/16 49/18 53/5 59/2 60/6 61/14
61/16 62/3 62/4 62/4 62/12 62/12 62/19
64/2 64/3 64/16 65/3 65/4 65/22 66/6
66/6 66/7 66/20 67/3 70/13 70/16 74/13
74/19 74/23 75/5 76/1 76/4 77/2 78/3
78/8 78/9 81/3 81/4 81/5 81/5 81/9 83/2
83/22 84/11 84/12 87/24 87/25 99/7 99/8
99/8 112/18 112/18 116/6 116/7 122/2
122/6 124/21 124/22 126/25 127/3 161/3
161/4 166/11 172/4 172/6 175/5 177/20
178/8 178/10 178/19 180/13 203/7 203/7
210/18 220/19 221/4 232/5 233/5
them [131]   4/19 6/11 11/22 12/15 13/7
14/9 14/17 14/21 19/11 22/25 23/8 23/17
23/22 26/18 26/18 26/19 27/1 27/22 28/1
28/2 28/7 28/8 28/13 28/14 29/6 29/16
29/25 30/20 30/23 32/22 34/16 42/23
46/25 47/11 47/14 47/16 48/15 49/17
49/18 50/1 51/3 52/15 53/8 54/7 56/25
58/16 58/19 59/3 59/6 59/6 59/9 59/9
59/11 59/20 60/4 63/5 63/10 63/15 64/15
64/16 65/4 65/5 65/17 66/18 66/25 66/25
67/1 67/5 67/5 67/13 68/1 69/10 70/11
70/13 70/16 70/24 71/4 72/9 72/22 72/23
74/4 74/5 74/7 77/12 77/17 78/8 80/3
80/3 80/5 80/6 81/6 81/20 83/4 83/21
83/23 84/7 86/7 89/12 89/15 102/8 102/9
115/7 121/9 127/25 137/7 138/19 139/19
146/12 146/12 148/7 149/11 150/24 150/25

154/6 157/6 160/22 160/24 161/11 161/18
165/12 167/2 172/8 182/10 182/11 185/7
187/12 189/22 204/14 207/14 234/13
themselves [4]   26/17 56/24 87/20 88/4
then [163]   4/4 4/9 5/16 6/10 10/7 12/24
15/23 18/9 21/2 25/7 28/10 31/23 32/2
32/7 35/1 42/2 50/2 50/6 51/2 61/25
63/14 64/25 65/2 72/15 75/10 75/18 77/24
82/5 82/11 84/21 85/2 105/18 107/8
107/16 108/8 109/18 109/22 111/2 113/2
113/4 113/18 113/22 114/6 114/7 114/11
115/11 115/15 115/19 115/19 117/21
121/21 122/2 122/24 123/4 123/22 123/23
123/25 124/1 124/20 124/23 124/24 125/5
125/8 125/21 125/24 126/7 126/18 127/4
127/18 128/8 129/24 130/3 130/7 131/10
131/12 131/13 131/13 132/1 133/1 134/20
135/9 136/17 137/3 138/9 140/4 141/1
142/1 143/7 143/16 145/22 146/23 148/2
148/12 156/4 157/6 158/2 158/17 159/10
160/2 160/7 160/19 162/10 162/11 163/11
163/21 164/7 164/9 164/11 164/12 165/18
165/22 165/25 167/5 170/25 171/15 173/5
174/3 174/8 175/10 177/12 178/18 178/24
179/2 180/19 180/23 181/10 182/14 183/8
183/21 184/20 186/7 186/8 188/22 191/5
191/24 193/23 195/12 198/11 198/20 201/3
201/23 202/2 202/12 204/16 205/10 205/13
212/8 213/22 217/10 217/13 217/16 217/19
223/11 223/18 225/20 227/10 229/20 230/2
231/5 232/7 233/9 234/2 234/14
theory [1]   111/25
there [159]   4/20 6/20 7/3 7/4 11/16
11/19 13/9 13/21 14/6 14/8 15/3 20/20
20/25 25/10 27/19 30/11 30/11 31/1 31/19
31/21 31/23 32/4 32/14 32/18 32/21
35/11 39/11 39/12 43/9 44/1 44/8 47/12
50/3 55/18 59/16 64/5 64/22 65/1 66/24
67/11 72/2 78/19 79/3 82/17 89/23 91/21
93/6 94/9 95/16 101/6 102/25 113/4
113/16 114/6 120/7 121/16 121/18 121/23
121/24 123/7 123/23 124/2 125/24 126/25
127/8 127/21 128/5 128/8 128/11 129/10
129/20 130/4 130/11 130/15 132/3 132/5
134/23 135/6 135/17 135/22 136/18 138/4
140/10 140/14 141/11 141/23 142/4 144/23
146/24 148/9 149/2 151/1 151/6 151/6
152/5 153/6 153/18 153/20 153/23 156/9
157/8 158/20 162/16 162/22 163/16 165/25
166/17 168/2 168/19 168/20 169/1 173/21
174/2 177/14 178/22 179/11 179/14 180/6
180/19 181/4 181/14 182/23 184/6 184/22
184/23 186/3 186/19 186/21 187/12 188/7
189/5 191/3 192/6 193/16 195/9 195/11
195/12 196/17 197/12 203/15 208/5 208/24
210/25 211/2 214/1 214/2 226/5 226/7
228/13 229/17 230/2 230/24 231/23 231/2
231/3 231/5 231/20 232/17 233/7
there's [83]   5/19 10/22 17/22 20/13 21/7
24/24 25/7 25/9 25/11 25/13 25/17 25/23
27/15 27/18 27/23 28/25 28/25 29/3 30/3
31/10 31/15 32/5 45/22 48/14 48/18 49/8
50/5 50/25 50/25 52/4 63/23 64/22 65/19
66/3 67/9 71/14 71/25 72/15 83/14 83/16
90/15 91/11 98/3 103/15 103/16 103/17
103/17 106/15 107/13 107/16 112/4 120/19
122/10 122/23 126/24 127/14 127/21
131/20 134/5 137/12 148/16 150/1 153/17
177/2 186/23 191/19 192/21 196/15 197/14
205/16 205/18 205/22 223/16 231/1 232/14
232/15 234/12
these [133]   21/6 23/20 28/21 32/16 34/21
43/21 44/6 44/13 44/14 47/18 48/5
48/5 55/10 60/18 60/23 61/8 61/11 61/12
62/21 63/7 63/17 64/18 65/16 66/7 66/10
66/18 66/22 67/1 67/4 67/25 68/7 68/23
69/18 69/22 70/23 70/25 71/1 71/4 72/13
73/7 75/19 76/8 79/12 79/14 79/22 79/23
80/1 80/16 80/17 81/1 81/12 82/11 82/14
82/19 82/22 83/1 83/17 95/21 96/11
96/15 102/7 102/25 115/12 116/2 117/23
118/1 118/24 120/1 122/20 123/12 123/20
127/20 127/23 131/8 134/3 135/25 138/14
138/15 139/13 139/17 141/4 144/2 144/11
144/16 146/16 146/17 147/5 149/15
150/3 151/2 152/10 153/6 153/13 157/22
157/23 158/21 159/14 159/17 160/2 162/22
164/4 166/10 167/2 167/19 167/25 168/4
168/7 168/10 168/22 169/8 169/20 169/23

**T**

these... [1] 144/19
180/8 180/11 182/22 184/12 186/23
188/25 192/8 195/18 200/4 202/22 203/5
203/20 206/21

they [194] 4/12 7/17 7/18 8/7 8/18 9/11
9/21 10/4 10/12 16/18 17/9 18/21 19/20
20/23 21/4 23/23 25/15 26/7 26/13 26/22
27/3 27/11 27/19 28/4 28/6 28/10 30/16
30/22 30/24 30/25 31/2 31/22 31/25 35/3
35/5 35/6 35/10 35/11 35/16 38/20 42/6
43/8 46/25 47/15 47/16 47/24 48/2 48/3
48/9 48/11 49/4 50/1 50/20 50/22 52/2
52/16 53/4 53/8 53/9 57/4 57/14 57/17
57/19 59/5 59/6 59/8 59/9 59/9 62/1
63/11 64/1 64/25 64/25 65/2 65/3 66/8
66/25 67/25 68/4 68/7 68/8 68/13 68/23
69/9 70/14 70/16 70/18 70/19 77/15 78/8
79/18 80/5 82/16 82/23 83/25 84/11 86/14
86/21 86/23 87/10 90/16 93/15 94/13 95/6
95/19 95/21 95/21 96/20 99/1 104/18
104/20 104/25 105/4 112/18 112/19 112/19
113/9 113/13 113/16 113/16 113/20 113/22
113/25 115/17 115/20 116/8 116/13 117/18
117/18 120/3 120/6 122/9 124/7 124/21
127/2 127/12 127/20 137/22 138/24 134/4 134/5
139/4 142/2 143/1 146/17 147/19 160/20
160/24 161/2 161/4 161/11 161/23 161/24
161/24 162/23 163/2 163/3 164/20 166/10
168/3 170/17 171/15 171/24 172/5 172/16
177/1 178/15 183/16 185/5 190/14 190/15
191/4 191/24 192/10 193/12 194/14 195/2
195/3 196/4 196/5 196/7 198/14 198/25
199/21 200/17 205/6 205/7 210/17 223/16
229/12 230/12 230/23 231/5 232/22 233/5

they'd [1] 190/23

they'll [1] 115/15

they're [91] 4/7 4/9 6/9 7/16 8/4 11/14
11/14 15/24 16/12 17/5 17/7 17/8 17/9
18/19 18/21 18/23 22/24 22/25 23/10 24/4
26/21 27/18 27/24 28/6 28/13 30/12 32/18
32/19 33/16 35/5 35/7 39/4 42/14 43/23
43/23 43/25 46/5 49/7 51/23 62/19 62/20
62/21 63/9 64/2 64/20 65/1 68/2 68/18
68/18 70/17 76/2 79/16 86/4 86/10 86/11
87/10 91/20 102/10 104/16 104/17 113/20
136/25 137/25 138/1 140/12 141/10 147/17
150/6 151/19 153/8 154/4 155/11 158/18
166/11 167/17 167/17 167/17 170/7 183/18
191/5 191/25 194/5 194/25 196/9 197/19
199/16 206/1 208/19 227/10 231/4 231/22

they've [5] 5/17 53/8 65/16 68/3 73/23
149/18 156/7

thing [22] 22/22 27/20 28/10 40/1 43/8
69/6 69/12 78/1 82/3 103/2 122/4 124/17
129/18 138/2 142/8 143/14 159/15 186/2
193/15 193/23 202/17 232/4

things [55] 22/19 23/2 28/3 29/1 29/4
29/7 43/7 48/1 48/18 61/11 77/19 82/19
82/22 86/7 89/13 92/12 111/6 112/21
114/22 118/24 123/20 124/16 124/23 125/5
125/10 125/19 131/8 144/2 144/24 147/16
150/4 156/5 158/20 159/5 159/9 159/14
159/17 160/3 160/17 160/22 161/21 164/16
165/15 167/4 168/2 168/10 169/8 174/12
176/14 183/5 199/15 203/2 203/5 225/16
230/20

think [128] 6/19 7/3 12/15 14/12 14/13
20/13 21/15 21/19 24/24 25/2 28/6 28/15
28/22 28/24 29/19 30/18 31/21 31/22
33/13 33/19 37/14 39/7 39/13 43/5 45/22
46/1 46/6 46/8 46/16 46/22 47/24 47/25
51/2 51/6 51/24 52/4 53/2 55/11 55/17
58/4 59/4 61/11 61/23 64/18 69/5 69/17
69/22 70/3 71/13 71/14 71/18 71/22 74/3
76/17 80/14 80/19 81/12 82/16 88/7 88/7
88/20 88/22 89/9 89/11 91/15 91/17 92/4
92/23 97/18 99/6 100/21 101/1 103/13
103/25 104/7 106/19 120/10 122/22 124/9
124/9 132/23 133/7 133/11 137/22 139/9
150/12 150/19 153/3 156/14 157/15 163/16
164/25 165/1 165/7 169/10 170/1 172/23
184/13 186/2 187/2 187/25 189/4 189/4
196/11 199/4 200/24 203/6 204/23 210/17
210/18 211/10 212/9 220/9 221/22 222/21
227/6 228/15 230/20 230/21 230/24 230/25
232/13 232/19 233/19 234/10 234/15 235/2
235/12

thinking [6] 51/25 91/1 91/2 132/17
141/13 159/4

---

third [19] 19/10 19/18 21/2 28/10 36/6
36/15 54/11 80/19 156/20 171/21 184/21
184/21 184/25 200/2 200/22 203/4 206/17
217/13 221/12

this [366]

THOMAS [8] 1/15 1/25 94/18 94/21 187/18
232/12 236/4 236/16

Thomas's [1] 94/16

thorough [1] 11/3

those [191] 9/4 9/24 10/13 12/13 17/4
24/13 26/8 26/11 26/14 27/6 30/12 30/17
35/15 38/1 39/19 46/7 46/20 47/4 48/20
49/15 56/15 56/22 59/2 62/1 62/11 62/14
65/3 65/24 67/12 70/15 77/13 77/19 79/17
80/7 81/14 83/11 84/4 85/4 86/8 87/5
87/8 87/23 89/19 90/14 109/13 109/14
113/4 113/4 113/6 113/10 113/23 114/22
115/6 115/15 115/19 115/23 115/24 116/6
116/8 116/12 116/19 116/20 118/3 120/8
120/9 120/9 121/22 123/15 123/19 123/24
124/7 124/24 125/10 126/22 127/3 127/6
127/16 127/24 128/3 128/5 129/25 130/1
131/11 131/13 133/2 136/20 137/23 137/24
137/25 138/9 140/12 142/25 143/1 144/4
147/20 149/2 149/9 150/9 152/20 152/23
152/24 155/15 156/3 157/3 157/25 159/3
159/4 159/5 159/22 162/13 163/7 163/18
164/13 164/17 165/14 165/15 165/24
166/18 166/22 167/3 169/4 169/5 169/6
169/15 170/3 170/10 170/12 170/24 171/3
171/17 171/18 171/19 173/7 174/12 174/17
175/18 175/18 176/13 179/21 180/21 181/7
181/12 181/20 182/21 183/3 183/3 183/18
183/24 185/15 185/19 186/15 187/5 187/10
187/12 188/18 188/18 188/19 188/23
188/23 189/6 189/15 192/2 193/5 197/15
197/23 198/1 198/6 198/9 199/15 199/23
200/6 200/7 200/15 200/18 202/12 205/4
205/4 205/8 205/25 206/22 207/6 207/24
208/19 210/12 212/23 215/19 226/18
227/13 229/12 230/3 230/13

though [14] 15/22 17/17 18/19 43/9 47/21
100/2 127/1 130/17 149/18 152/21 161/2
161/11 190/9 235/7

thought [2] 18/12 92/5

thousand [1] 190/20

thousand-point [1] 190/20

three [19] 5/19 8/21 18/10 20/13 21/7
65/22 71/5 72/19 83/14 116/19 123/16
123/16 172/7 174/8 179/7 194/25 229/9
229/21 230/3

three-day [1] 71/5

threshold [11] 186/24 186/24 187/6 187/6
187/14 188/18 188/20 188/24 189/1 190/3
191/10

thresholds [5] 187/8 187/10 187/12
188/24 190/15

through [51] 8/20 9/23 12/6 13/12 19/12
20/21 21/5 22/25 24/15 28/1 30/20 32/23
37/18 40/16 50/14 55/8 59/6 62/12 62/17
62/18 67/2 71/7 77/5 77/22 79/8 82/19
85/18 97/4 102/18 103/14 133/15 136/3
137/11 140/24 141/18 163/21 169/3 170/7
181/12 182/8 182/15 182/24 183/3 190/2
190/7 194/9 199/15 226/4 231/12 234/16
234/19

throughout [7] 42/11 42/11 109/16 116/21
141/24 203/19 213/4

throw [1] 202/19

thumb [1] 95/9

Thursday [3] 63/8 97/18 233/18

thus [3] 150/12 156/12 206/14

till [2] 17/25 63/8

time [48] 5/23 8/13 11/4 23/5 25/16
25/24 28/12 36/10 36/11 47/23 53/11
60/22 61/13 68/8 68/25 69/23 74/12 79/11
79/23 81/17 82/16 83/17 88/2 104/9
112/16 112/17 112/18 114/11 128/10
148/12 149/24 167/25 174/1 186/8 186/22
187/3 193/8 194/15 195/8 196/1 196/8
196/9 209/19 231/6 231/9 234/4 234/24
235/9

times [11] 7/4 94/9 115/3 115/5 133/7
143/17 161/17 161/18 192/14 192/24
200/15 211/6 231/10

timing [2] 16/20 19/2

title [12] 27/16 36/8 79/14 79/14 81/8
81/24 90/22 110/12 110/15 133/18 134/20
188/12

Title I [3] 81/8 81/24 90/22

---

Title X [1] 27/16

titles [1] 202/19

today [6] 37/5 38/17 55/24 75/24 87/8
101/1 102/9 104/4 109/9 114/8 120/2
122/4 122/13 122/14 122/18 196/2 196/4

today's [2] 62/5 77/10

together [5] 24/17 47/2 106/23 161/18
173/8

told [5] 66/8 100/6 103/8 118/6 211/23

tomorrow [7] 188/3 228/11 228/12 228/25
233/1 233/17 235/13

too [10] 29/3 92/19 95/1 112/6 151/7
171/25 176/10 191/20 192/2 229/2

took [10] 85/18 172/4 172/9 177/21 178/7
180/21 198/14 210/23 210/23 232/21

tool [4] 14/4 14/13 70/19 101/2

top [21] 4/17 8/4 8/25 8/25 116/25
143/21 144/1 147/10 148/4 148/8 148/14
148/19 148/22 150/5 152/5 153/18 154/13
166/5 205/11 205/13 205/17

topic [4] 47/2 99/20 99/22 231/2

topics [2] 116/2 227/23

toss [1] 130/8

tossing [1] 170/12

total [22] 25/2 93/9 124/13 137/16
137/25 143/14 143/16 143/17 144/22
144/25 144/25 145/2 149/20 153/1 153/4
153/19 154/11 180/24 181/1 192/16 194/3
194/5

totally [2] 151/15 151/17

touched [1] 70/3

tour [1] 69/9

tours [2] 61/4 61/17

toward [5] 13/13 43/25 48/5 77/10 123/15

town [1] 65/22

TRACEY [1] 1/21

track [5] 30/11 59/17 62/20 85/23 234/5

tracked [3] 101/14 101/16 101/18

tracking [1] 85/18

tracks [1] 90/19

traction [1] 65/15

Train [5] 194/21 195/2 195/4 195/22
195/25

Train's [3] 195/14 195/16 196/20

trained [1] 95/19

training [9] 20/4 52/3 95/14 97/10 97/14
97/23 100/13 220/22 220/24

traits [1] 13/10

transcript [11] 211/7 211/8 211/8 211/10
211/14 211/15 211/15 213/23 219/1 236/8
236/9

transcription [1] 1/24

transcripts [3] 18/2 126/6 211/6

transformational [4] 171/4 172/20 173/12
193/10

translate [1] 69/15

translated [2] 84/9 193/14

translating [1] 169/8

transparent [1] 223/11

travel [8] 57/22 60/17 67/25 68/8 68/12
68/22 72/11 81/19

travels [1] 82/22

treat [10] 131/7 131/9 161/2 161/11
161/24 165/23 182/13 183/7 183/23 196/9

treated [7] 130/16 167/21 171/7 173/16
177/1 193/12 197/19

treating [2] 150/24 200/6

trends [3] 23/1 62/6 75/16

trial [8] 1/3 1/9 120/8 150/12 211/15
212/22 231/11 231/22

tried [1] 65/17

trip [1] 98/15

true [13] 76/11 101/5 101/10 113/12
118/14 144/17 144/18 149/23 149/25 208/4
226/16 227/1 236/7

trust [8] 35/18 213/1 213/3 213/7 213/9
213/15 214/4 214/8

truth [6] 210/25 211/2 212/8 212/11
218/20 218/20

try [18] 16/14 17/14 32/5 67/14 73/25
81/20 81/22 82/9 82/15 83/2 83/21 94/17
101/20 101/21 172/18 206/21 206/22
213/22

trying [28] 13/14 18/5 18/5 33/4 36/11
43/6 47/25 59/23 62/6 62/19 62/20 62/21
64/4 64/23 65/15 72/6 77/20 78/3 82/10
94/23 111/20 117/22 123/6 150/17 213/11
231/11 231/15 235/9

Tuesday [1] 233/17

turn [22] 3/22 19/5 20/4 31/7 35/19

---

261

**T**

turn... [1] 74/18
turn [18] 29/23 44/9 74/18
75/15 81/10 84/13 109/20 120/24 161/7
162/9 185/15 193/23 202/16 211/17 216/18
turned [15] 17/3 18/8 19/15 44/7 49/2
117/25 161/1 161/5 161/6 171/16 174/15
174/20 174/21 175/15 207/6
turning [3] 19/7 186/8 202/15
turns [1] 182/23
twice [1] 153/17
two [55] 5/19 6/25 8/21 15/12 18/10
24/17 26/19 32/7 33/9 37/21 38/25 39/4
46/7 61/13 65/22 68/2 69/24 71/18 73/7
87/18 88/9 116/23 127/19 131/11 136/15
136/15 138/14 138/15 139/4 139/18 140/20
140/21 150/10 171/18 173/7 174/6 174/7
175/18 176/16 181/7 182/14 187/8 187/10
188/21 188/24 190/15 195/3 209/8 209/11
211/13 213/5 225/24 229/12 230/3 230/20
type [4] 39/23 71/19 82/3 117/1
types [4] 22/19 80/1 80/7 165/20
typical [1] 224/2
typically [15] 5/19 7/14 16/24 17/11
17/24 19/4 23/21 23/23 64/20 64/23
116/17 121/7 122/11 168/11 168/12

**U**

U.S [5] 84/15 126/21 126/21 156/2 163/3
U.S.C [1] 236/7
ugly [1] 142/10
ultimately [1] 9/4 9/17 212/22
UNC [11] 113/3 113/10 116/10 116/19
121/3 121/5 131/6 172/15 211/14 212/3
212/18
unchanged [1] 201/11
unconditional [1] 147/5
uncorrelated [1] 205/25
undefined [1] 66/3
under [19] 5/1 5/24 6/15 6/20 7/1 29/19
34/5 34/11 36/6 36/14 54/9 58/25 86/23
87/2 102/10 118/13 142/5 146/23 231/12
underestimating [1] 206/2
undergrad [2] 114/23 114/25
undergraduate [1] 112/22
underneath [1] 43/10
underrepresentation [2] 107/16 107/19
underrepresented [12] 23/17 26/21 32/16
58/14 65/10 67/10 79/15 81/20 199/10
199/14 199/19 199/21
underserved [11] 23/16 55/13 55/17 56/22
58/14 59/16 60/4 62/16 65/10 72/19 81/21
understand [20] 39/19 83/22 83/23 86/5
99/3 100/21 107/17 107/24 117/23 120/15
131/21 143/3 147/13 151/22 156/24 209/24
214/8 217/8 220/3 227/19
understanding [13] 38/10 38/15 42/4 50/6
85/4 99/16 99/21 102/13 106/20 226/20
226/23 226/25 227/4
understands [1] 158/14
understood [3] 99/4 103/5 103/8
undertaken [1] 79/4
underway [4] 72/10 72/11 73/1 73/10
Unfortunately [1] 51/16
unintended [1] 29/19
unique [6] 76/8 220/25 221/10 221/16
222/9 222/17
UNITED [8] 1/1 1/6 91/12 92/14 93/7
103/22 236/5 236/11
units [1] 79/10
universities [3] 39/15 121/9 221/22
university [10] 109/5 110/20 110/23
210/10 212/5 212/15 212/21 220/11 224/2
225/25
university's [1] 221/8
unless [1] 137/12
unnumbered [1] 31/8
unobservable [19] 158/10 158/14 158/17
158/22 168/3 168/5 204/13
unobserveables [5] 162/20 171/25 172/1
196/8 204/7
unobserveables [5] 162/22 163/1 204/10
205/19 206/8
unobserved [4] 195/13 196/13 205/20
206/2
unpack [1] 4/23
unranked [4] 4/13 5/6 5/11 6/6
unrestricted [16] 42/21 42/25 43/2 92/8
93/14 93/17 93/23 103/9 103/11 103/14
103/17 104/1 104/12 104/14 105/13 107/22
unsure [1] 76/3

**U**

until [14] 8/11 8/20 17/12 17/19 18/7
19/4 27/17 48/23 49/2 187/22 192/18
220/4 224/15 224/16
unusual [2] 13/15 30/22
up [109] 4/10 6/11 7/17 8/11 9/15 9/25
10/7 10/11 10/13 13/14 14/21 18/14 21/12
21/16 22/1 22/7 25/20 30/11 31/23 31/24
32/2 32/20 33/16 34/12 35/6 35/14 35/16
40/6 41/1 52/9 53/11 54/8 55/6 56/3 57/4
59/6 61/19 61/22 62/6 67/4 78/3 90/17
90/17 91/20 94/19 98/14 98/22 103/12
104/1 106/5 111/12 111/16 118/25 129/22
131/18 132/14 133/10 133/14 133/16
135/21 137/9 137/15 137/20 137/23 138/14
138/21 142/21 142/25 147/20 148/3 149/22
159/5 160/8 168/20 169/3 172/10 174/12
176/9 179/25 180/25 181/10 181/15 181/21
182/24 183/15 189/12 191/23 192/15 194/1
194/5 194/24 197/5 200/17 203/3 204/20
205/10 205/15 206/9 209/8 211/9 211/18
216/20 224/15 224/17 224/22 224/25
230/24 230/25 233/19
upbringing [2] 81/5 99/8
updated [2] 121/19 121/21
upgrading [1] 61/4
upon [2] 220/16 230/13
ups [1] 54/7
URBAN [1] 1/21
urge [2] 233/24 233/25
URL [2] 92/15 92/21
us [42] 14/22 16/5 28/8 28/15 29/7 29/12
36/11 39/7 39/9 46/9 51/2 51/19 51/19
52/16 53/4 57/20 68/13 69/10 83/25 84/1
84/8 86/4 86/9 97/8 99/24 100/2 100/6
125/19 135/23 135/23 156/23 170/8 171/3
175/1 175/22 178/24 179/17 182/3 182/7
189/13 211/23 232/18
use [37] 11/24 12/2 12/4 14/4 15/16 22/4
31/25 36/15 36/16 46/8 56/14 61/5 62/1
62/1 69/3 87/23 118/7 131/5 148/2 161/12
162/1 162/4 175/7 177/3 177/3 177/19
191/16 192/5 193/5 195/17 203/8 209/25
225/1 227/2 227/9 227/20 229/5
used [33] 11/13 11/14 11/17 18/16 22/18
43/21 43/23 44/9 44/21 44/23 58/18 82/20
87/25 94/10 96/4 98/5 100/11 100/18
102/5 102/8 102/9 113/4 122/17 130/11
145/22 147/19 147/19 162/5 164/1 166/4
172/14 191/17 198/20
useful [2] 87/8 157/10
uses [7] 52/8 69/2 114/5 176/22 223/23
225/9 227/13
using [24] 5/5 5/10 6/4 8/25 18/16 46/17
60/16 73/10 77/3 80/9 111/5 111/16
111/24 114/5 160/24 167/1 174/15 175/21
181/4 185/23 194/10 198/22 202/7 217/23
USNA [20] 31/8 40/8 93/9 122/2 125/24
126/5 126/10 126/24 127/5 130/2 131/4
134/21 135/1 161/21 164/22 177/21 178/7
186/20 191/23 203/4
USNA's [3] 68/16 109/11 109/16
usually [4] 14/4 17/2 17/22 25/9 66/24
67/20 195/9

**V**

vacancies [2] 25/19 25/21 30/8
vacancy [2] 4/6 16/19
valid [4] 199/3 201/13 206/8 208/16
valuable [1] 27/1
value [6] 42/10 89/10 173/3 202/25 205/6
205/7
values [5] 13/10 191/9 219/16 219/22
222/14
variable [15] 127/16 144/18 160/1 166/21
175/7 192/5 196/12 196/14 196/18 197/14
199/7 199/9 201/12 204/15 205/21
variables [18] 124/23 142/11 157/5 163/7
163/8 164/3 165/3 165/18 165/21 170/23
184/1 184/7 196/21 199/25 200/18 200/19
201/22 201/22
variance [1] 100/8
variation [2] 155/20 185/23
variations [1] 135/17
varies [1] 193/3
variety [3] 112/10 113/8 124/1
various [11] 44/19 61/8 67/23 79/4 80/1
109/16 111/21 113/17 123/2 144/20 179/6
vary [1] 192/13
vast [2] 30/20 204/4
vein [1] 82/24

**V**

venue [1] 82/16
venues [3] 68/6 68/12 70/14
verbalize [1] 233/11
versa [1] 233/11
versus [18] 52/5 74/23 117/16 135/2
140/3 142/12 145/17 145/20 146/2 150/2
158/14 183/11 203/23 204/7 204/10 205/19
207/20 223/16
very [69] 15/25 16/20 20/25 25/13 27/1
32/20 38/4 38/6 38/21 38/22 39/3 39/23
44/11 50/3 50/8 53/5 53/14 53/25 59/19
61/15 63/16 68/21 69/13 70/12 70/19
71/15 77/1 77/14 77/16 82/9 84/7 86/7
86/17 94/25 97/22 99/1 101/4 101/22
103/1 103/1 106/13 107/24 108/2 114/10
117/25 127/14 138/1 149/12 165/17 168/7
168/21 169/20 169/23 177/2 182/23 187/21
196/20 198/15 202/14 207/8 208/3 208/10
223/7 228/18 228/25 233/1 234/13 234/23
235/10
viable [2] 28/23 67/14
vice [3] 228/13 228/16 233/11
view [11] 39/1 85/7 117/6 117/7 197/5
204/6 206/7 223/18 225/11 225/11 234/5
views [3] 8/22 36/3 87/6
virtual [9] 61/4 61/17 64/14 68/17 68/20
69/4 69/6 69/9 69/18
virtually [6] 61/17 98/1 111/25 115/7
183/2 200/5
visit [8] 62/24 62/25 63/24 64/1 69/6
73/21 74/7 82/1
visiting [1] 63/15
visits [3] 79/10 81/15 82/15
volunteers [1] 77/12
vs [1] 1/5

**W**

wait [6] 7/18 19/4 19/8 49/2 113/22
229/15
waiting [2] 3/3 18/7
waiver [2] 127/12
walk [2] 79/8 141/18
walking [1] 48/7
want [56] 3/22 9/14 13/19 18/2 18/19
18/24 19/22 20/1 20/4 21/4 31/9 33/7
34/6 34/11 38/7 40/4 41/9 43/19 45/4
47/2 48/9 48/11 49/3 50/8 78/12 79/1
80/16 88/10 91/24 92/12 95/10 97/22
103/1 123/23 127/8 135/23 137/13 142/19
147/15 147/17 151/13 152/11 153/3 153/7
163/20 173/24 187/17 192/3 209/18 211/17
218/12 220/4 229/6 231/25 234/3 235/9
wanted [12] 49/4 71/24 103/10 133/4
137/16 143/10 161/7 181/19 200/18 211/4
223/20 234/22
wants [1] 232/3
warfighting [1] 104/16
warm [1] 84/8
was [128] 4/16 15/22 18/12 20/17 24/3
28/16 36/11 40/25 42/18 43/6 43/9 44/1
44/9 48/1 49/23 49/24 49/25 51/11 51/12
53/9 53/23 53/25 55/1 56/3 56/21 56/25
57/11 57/25 58/4 60/11 60/13 60/16 66/11
68/19 75/12 79/14 80/14 82/13 84/19
84/19 88/22 89/9 90/25 92/6 92/20 92/22
95/24 97/18 97/18 97/23 99/6 99/11 99/16
99/24 100/8 101/14 106/10 107/21 109/7
116/16 116/23 117/15 117/16 117/22
117/22 121/2 121/3 124/4 124/15 124/21
125/16 125/23 125/24 127/9 127/11 127/13
129/10 130/17 132/4 132/10 133/21 134/6
134/9 141/12 141/13 146/6 149/10 153/6
159/16 160/4 160/18 164/14 164/18 166/9
166/12 168/5 176/15 176/24 178/13 178/20
179/12 179/2 179/3 179/5 184/13 186/1
186/13 186/19 186/21 188/7 196/13 206/25
216/22 216/24 217/6 218/4 218/7 218/13
218/14 219/4 226/23 227/4 229/20 230/25
231/2 231/2 232/23 232/23 233/16
wasn't [2] 209/1 215/10
way [44] 4/18 13/12 21/5 35/9 65/19
87/22 89/13 90/17 105/15 128/24 129/17
131/5 139/21 142/10 142/20 145/14 147/18
147/20 149/19 150/2 150/4 156/25 160/4
161/14 164/1 164/14 180/11 182/20 187/2
189/11 192/13 202/2 202/24 202/24 203/2
205/23 207/14 208/17 215/23 225/11
232/22 232/23 232/23 233/16
ways [10] 65/14 67/2 113/13 124/1 131/5
164/23 168/9 171/2 171/3 172/7

**W**

**we [511]**

**we'd [3]** 102/3 167/7 181/22

**we'll [41]** 3/5 15/13 15/25 29/20 29/25
32/7 37/21 59/17 75/8 75/10 82/19 82/24
87/2 108/8 108/8 109/24 128/18 129/13
133/13 141/15 145/5 150/10 159/21 172/17
182/18 183/16 187/19 187/22 188/3 188/4
188/4 209/5 211/9 212/14 228/12 228/25
233/23 233/24 234/20 235/11 235/12

**we're [166]** 4/4 4/5 4/9 8/11 13/13 13/15
18/5 18/5 20/7 21/13 21/15 22/9 23/13
26/2 28/11 32/12 33/14 36/13 43/5 46/11
48/19 50/11 50/11 51/7 51/24 54/8 58/7
58/18 59/23 61/24 64/4 67/13 69/2 69/7
69/24 72/6 72/9 74/13 76/17 76/20 77/20
77/22 78/3 80/16 80/17 80/24 81/1 81/4
82/10 85/25 86/5 87/2 88/9 88/10 90/17
91/3 91/3 91/5 99/6 103/12 111/20 114/7
122/25 123/6 123/10 123/17 124/24 125/5
125/17 125/21 127/5 127/16 127/18 127/24
129/25 130/1 130/4 130/25 132/21 134/15
136/6 138/2 138/3 138/17 138/24 140/2
140/16 141/23 142/3 145/9 146/8 148/1
148/1 148/2 148/3 150/11 150/24 153/15
156/18 156/20 157/4 157/15 158/4 158/11
158/15 159/4 159/8 159/8 159/20 161/16
162/9 164/13 165/4 165/15 165/18 167/11
167/23 167/24 168/9 170/11 170/24 171/1
171/4 172/12 174/16 174/16 175/3 175/11
178/18 178/20 179/8 179/9 179/10 179/24
180/1 180/22 180/23 182/13 182/16 182/17
183/4 183/10 183/15 185/15 185/17 185/23
186/10 190/19 190/19 190/23 193/10
198/18 198/19 199/17 201/5 201/21 203/11
209/10 227/5 229/6 232/2 232/11 233/15
234/10 234/19 234/23

**we've [62]** 9/22 10/13 12/23 14/6 19/12
21/24 23/18 37/15 38/11 39/5 47/8 51/14
51/17 56/20 62/14 64/20 69/11 69/21
71/18 72/1 72/2 73/15 73/8 75/11 77/5
77/11 79/8 79/11 79/22 80/19 81/12 81/14
82/7 83/18 95/11 95/13 100/17 139/9
144/5 145/10 146/8 147/25 150/15 152/20
154/5 156/1 157/16 160/5 164/23 166/3
168/18 179/22 180/22 182/6 192/19 198/18
200/17 207/1 228/14 228/15 231/10 233/17

**weak [2]** 23/21 32/19

**weaker [2]** 118/14 225/19

**webinar [1]** 68/25

**webinars [1]** 68/24

**website [1]** 69/8

**Wednesday [2]** 209/19 233/17

**week [8]** 70/9 70/9 233/18 234/2 234/3
234/21 234/25 235/1

**weekend [7]** 62/24 63/1 63/24 64/2 71/6
73/21 82/17

**weekends [1]** 71/5

**weekly [3]** 85/25 86/1 86/8

**weighting [3]** 147/18 205/9 208/19

**weights [2]** 205/5 206/22 219/9

**welcome [2]** 3/20 34/3

**well [124]** 4/1 7/16 8/2 9/19 11/2 14/3
15/9 15/15 15/24 16/14 21/19 23/11 24/24
25/19 30/21 31/15 33/13 34/22 35/12
37/14 38/18 39/22 44/6 45/22 46/4 46/13
46/22 51/23 52/4 53/2 53/21 53/22 55/11
55/14 57/20 58/18 59/16 65/14 69/5 70/18
72/8 76/17 77/10 77/23 79/11 81/6 82/25
83/14 85/25 90/17 91/16 92/25 92/25
101/23 102/13 103/24 105/5 109/11 113/5
114/23 116/1 121/2 121/4 121/15 122/16
123/6 124/2 125/8 125/22 126/10 127/1
127/17 127/24 130/5 130/24 131/14 131/25
132/20 133/17 137/2 139/11 141/2 145/9
149/25 150/17 156/1 156/12 157/8 158/25 163/11
163/20 166/2 169/6 169/22 169/24 170/16
172/24 190/14 195/13 195/24 196/4 197/13
197/19 197/23 199/15 199/25 200/4 203/7
203/8 203/22 203/22 203/25 204/22 205/3
206/10 206/25 207/7 207/24 217/19 221/23
227/4 231/18 232/11 232/24 235/8

**went [8]** 118/3 132/23 134/1 142/23
168/20 189/9 200/17 231/18

**were [135]** 6/10 9/10 9/11 12/10 12/13
12/23 13/4 15/16 26/22 40/14 40/16 41/4
41/12 41/19 42/23 42/23 44/6 44/18 44/24
45/12 53/2 53/10 53/14 53/23 54/19 56/23
56/23 58/2 58/16 63/13 66/10 72/4 74/24
78/19 78/19 80/6 80/11 82/23 90/25 91/1

102/18 107/2 109/6 110/8 110/15 113/6
113/9 113/10 113/23 115/1 116/12 116/13
121/24 121/13 124/6 124/13 125/8 125/11
127/18 127/14 128/5 128/8 128/11 129/20
129/22 130/1 130/3 130/11 130/15 130/15
132/17 135/17 139/4 143/9 144/7 146/25
153/19 153/23 153/25 157/3 157/4 161/2
161/11 161/22 163/16 166/13 166/15
167/10 168/3 171/5 171/7 172/3 173/14
176/9 177/8 177/14 177/17 178/6 179/7
187/5 187/7 187/10 187/12 189/17 191/4
193/12 198/13 199/17 200/13 204/14 210/6
210/9 211/21 212/8 212/22 218/19 225/21
226/9 229/17 229/21 229/21 230/1 230/2
230/2

**weren't [2]** 41/9 133/22

**West [2]** 66/22 73/22

**what [389]**

**what's [21]** 13/1 83/22 102/17 110/25
121/14 123/16 136/19 137/16 139/16 142/2
157/8 168/2 169/19 171/22 171/23 179/24
186/14 189/25 190/25 203/3 211/11

**whatever [5]** 19/19 35/14 78/10 87/6
151/9

**when [98]** 3/23 4/2 4/12 5/1 5/21 7/4
8/18 8/24 9/19 9/23 10/1 13/15 14/10
15/12 15/12 16/2 16/23 18/16 19/11 20/11
32/15 32/23 35/11 38/3 38/19 39/11 44/7
45/5 45/8 45/13 45/20 49/5 49/17 49/22
50/1 51/24 57/4 63/11 63/23 67/2 67/25
68/4 68/7 78/8 80/17 81/19 83/1 88/9
90/23 92/24 95/4 95/21 110/6 110/8
110/12 118/2 118/2 124/7 129/22 138/9
140/4 141/13 146/19 150/25 152/1 153/5
157/3 160/16 161/6 161/6 165/7 165/18
165/23 167/13 168/5 168/23 169/6 171/13
171/22 173/7 176/24 183/7 184/13 185/20
189/4 189/5 191/6 196/13 198/25 201/3
204/18 204/23 208/4 208/20 219/12 219/15
219/19 223/11

**where [91]** 6/20 6/22 6/25 7/3 7/12 11/16
13/9 13/11 13/21 15/3 16/10 17/9 18/22
19/9 20/23 21/3 22/25 23/20 26/2 32/24
38/7 44/24 46/25 47/12 48/8 49/4 50/10
50/12 53/23 55/1 60/21 62/2 62/14 63/7
64/8 64/24 68/1 68/12 70/14 70/24 72/11
72/16 77/7 82/7 82/14 83/25 86/1 86/3
86/5 86/5 86/10 86/11 86/12 87/11 88/8
88/10 88/20 91/3 94/10 109/4 110/22
113/17 117/14 125/18 127/9 133/20 134/5
141/13 154/17 156/17 158/25 164/14
164/24 165/9 166/2 168/18 168/23 173/9
177/3 189/14 189/16 195/25 198/13 203/5
206/19 210/3 217/25 218/11 227/3 227/9
227/13

**whereas [2]** 135/14 155/22

**whether [31]** 3/25 4/7 4/8 6/8 14/24
15/24 33/3 38/10 38/15 42/20 45/12 86/19
87/7 94/13 112/20 124/21 124/25 125/2
125/3 135/17 161/24 164/6 165/19 166/15
182/8 182/19 183/16 196/6 197/15 197/25
234/23

**which [83]** 14/7 16/12 17/6 21/2 23/17
24/11 25/7 28/7 33/17 34/12 36/1 36/15
39/23 40/10 40/16 40/24 41/19 43/12 44/9
44/12 46/13 50/21 51/4 52/21 55/19 58/21
60/20 66/13 67/20 70/2 71/17 73/17 74/22
75/19 76/15 81/11 81/25 84/13 89/24
93/25 96/24 102/18 103/20 114/5 116/25
122/23 128/21 130/9 132/10 134/3 136/10
139/22 147/2 150/25 159/23 169/14 169/20
172/22 173/6 175/12 175/19 176/21 178/3
179/21 182/15 183/12 195/18 201/1 201/5
204/23 205/24 207/13 216/18 216/21
217/16 218/23 223/23 225/1 228/14 230/6
231/1 231/3 231/8

**while [6]** 20/9 65/1 76/1 128/21 155/2
224/20

**White [84]** 90/9 98/14 109/19 109/22
117/16 117/20 131/13 135/2 135/7 135/14
136/18 136/18 136/21 137/7 138/11 138/21
139/10 139/12 139/12 139/13 139/15
139/19 140/9 141/9 142/3 142/4 142/5
142/7 142/14 142/15 142/16 142/17 142/22
142/22 143/6 143/9 144/14 144/16 144/16
144/23 145/17 145/18 145/20 145/21 146/1
146/2 146/16 146/22 148/11 148/13 152/2
153/15 153/16 153/17 154/20 155/23 156/5

159/24 159/24 160/5 161/2 161/11 167/14
167/17 167/17 173/22 173/13 173/14 173/18
173/21 181/1 181/9 181/10 181/10 181/15
189/10 189/10 191/8 193/11 194/4 194/4
201/25 204/21 207/2

**Whites [11]** 136/20 139/3 140/5 140/11
145/16 147/3 147/6 152/4 154/22 155/2
205/12

**who [130]** 7/21 8/4 8/6 8/14 8/22 9/4 9/9
9/17 10/10 10/11 13/6 13/16 14/17 16/8
17/1 18/12 19/17 19/23 20/20 22/20 24/13
25/8 25/8 25/23 26/5 27/4 27/10 27/17
27/23 28/11 29/5 32/3 32/21 33/14 33/17
35/11 41/13 47/14 48/24 49/3 49/15 50/13
61/21 63/12 63/13 63/21 65/15 66/19
67/20 68/12 69/1 71/14 74/3 77/12 77/24
78/2 89/8 90/8 90/14 91/8 91/13 92/8
95/5 95/16 98/14 98/22 98/23 101/11
104/16 115/13 116/15 117/17 118/11
121/24 125/6 125/6 127/9 127/14 128/3
130/1 132/1 133/2 134/16 134/17 136/11
136/13 137/24 138/5 139/13 140/5 140/13
142/16 143/4 143/9 143/9 143/10 147/4
169/4 171/5 171/11 171/24 172/3 172/23
173/22 176/24 178/13 178/20 178/21 179/9
180/17 182/23 183/15 183/18 186/6 188/19
188/23 188/25 189/1 190/2 190/2 191/23 208/23
215/10 220/20 221/3 221/13 221/20 222/5
222/13 224/13 228/15

**who's [6]** 11/1 15/18 64/22 78/7 139/11
183/3

**whole [30]** 4/8 4/15 4/17 5/16 6/8 6/22
7/5 7/13 7/15 7/21 8/17 9/1 9/2 14/3
48/18 87/24 95/7 95/22 96/16 112/4
140/16 159/9 180/12 186/1 205/18 207/1
207/8 226/22 227/11 227/16

**whole-person [20]** 4/8 4/15 4/17 5/16 6/8
6/22 7/5 7/13 7/15 7/21 8/17 9/2 14/3
87/24 95/7 95/22 140/16 226/22 227/11
227/16

**whose [1]** 95/7

**why [26]** 14/1 15/7 24/22 33/11 36/8
37/11 41/22 42/9 43/4 43/5 45/20 51/21
85/22 94/20 99/10 117/21 149/6 152/21
158/8 162/19 163/19 165/23 169/9 203/21
219/20 228/24

**wide [9]** 33/15 33/17 34/24 35/9 43/7
112/10 112/20 113/8 154/25

**wife [13]** 128/25 129/4 129/8

**wildly [1]** 208/2

**will [48]** 4/18 7/17 8/14 8/18 9/4 9/17
9/21 10/4 10/25 11/22 15/14 17/21 28/6
31/17 33/20 34/16 35/6 38/3 45/5 48/8
59/20 65/2 65/3 65/21 67/14 69/9 69/10
69/12 72/16 89/10 90/15 95/6 99/22
102/17 108/4 115/11 115/12 120/7 138/15
184/2 188/2 188/3 230/14 231/3 232/4
233/9 234/23 235/4

**William [2]** 110/2 110/12

**willing [1]** 45/13

**win [1]** 138/10

**window [2]** 190/15 191/10

**wing [1]** 112/4

**winner [14]** 7/21 8/19 9/11 9/12 10/4
18/13 18/14 94/14 125/9 133/23 136/2
182/9 183/17 183/20

**winners [14]** 8/7 136/5 136/19 136/22
137/5 137/6 138/11 140/23 141/10 182/5
182/25 185/1 187/10 189/18

**winning [1]** 138/6

**Wisconsin [1]** 110/24

**withdrew [1]** 127/2

**within [14]** 12/22 81/22 93/3 95/6 95/7
111/2 113/21 120/14 152/3 178/25 182/12
190/3 190/22 192/11

**without [24]** 127/6 129/5 145/6 145/7
145/12 146/8 148/7 149/2 152/18 158/17
172/6 174/21 175/16 176/14 177/10 177/15
177/17 178/19 179/20 181/5 181/6 193/20
207/23 226/19

**witness [12]** 3/5 3/8 88/13 106/12 108/3
108/18 128/21 208/13 228/11 230/11
230/15 234/15

**witnesses [3]** 2/4 231/5 234/13

**women [1]** 41/13

**women's [1]** 67/24

**won't [7]** 36/1 63/2 122/4 149/5 208/14
231/2 232/17

**word [2]** 164/1 164/3

**words [4]** 14/16 208/7 222/23 224/5

**W**

**work [43]** 48/14 49/21 50/4 52/5 52/6 62/16 66/4 66/5 67/14 77/2 86/8 86/12 109/4 109/5 111/14 111/17 111/23 112/1 113/1 113/2 113/5 116/18 116/21 116/22 120/24 120/25 121/1 121/5 121/14 122/12 122/23 162/2 162/7 163/2 163/25 169/10 206/9 213/4

**workable [1]** 231/23

**workel [1]** 30/24

**working [14]** 16/23 17/1 22/2 28/11 38/9 38/14 38/24 61/24 62/13 77/1 161/22 168/8 214/20 235/7

**works [7]** 78/1 126/20 177/2 182/5 183/12 214/15 223/17

**workshops [1]** 59/8

**world [2]** 34/18 168/8

**worried [2]** 28/13 204/12

**worry [1]** 87/16

**worth [1]** 114/11

**would [144]** 6/6 6/7 6/10 6/11 6/11 10/21 10/21 12/12 12/25 16/9 21/20 22/18 22/22 24/24 26/2 26/2 29/2 32/12 39/1 39/3 39/7 39/8 39/11 39/12 39/13 39/24 45/8 45/13 49/9 74/3 76/4 78/6 78/10 87/8 90/8 93/8 93/15 96/7 97/7 97/14 98/9 98/21 101/25 102/16 104/15 104/22 104/25 105/15 113/12 121/19 121/21 122/22 123/7 124/7 124/7 125/11 128/15 132/2 132/3 132/6 132/8 133/5 133/14 137/18 138/22 141/14 143/6 143/6 143/8 143/11 145/13 147/2 150/3 151/16 151/17 151/18 153/10 158/17 158/21 158/21 159/14 159/16 160/2 160/4 160/7 160/12 160/19 160/25 161/1 161/3 161/4 161/8 161/10 161/11 161/14 164/3 166/18 166/18 166/20 166/21 166/22 171/6 171/15 172/3 173/3 173/15 176/25 177/10 177/21 178/8 178/8 178/9 178/15 179/4 181/4 181/10 181/15 181/16 181/17 181/18 181/21 193/13 193/20 195/9 199/19 201/8 201/10 201/22 202/12 202/16 202/21 203/9 205/24 207/8 207/13 207/24 207/25 207/25 213/25 219/13 225/11 225/14 232/21 233/25

**wouldn't [2]** 141/14 170/3

**woven [1]** 120/19

**WPM [48]** 94/14 124/16 127/15 133/21 140/22 141/7 144/5 144/6 146/9 147/10 147/14 147/16 147/24 148/2 148/5 148/22 149/5 149/18 149/18 149/21 153/9 153/17 154/13 156/7 156/8 157/25 158/17 158/17 158/18 161/22 161/24 163/11 164/11 164/13 164/17 165/12 168/6 183/11 186/4 186/18 190/2 190/16 190/20 191/4 199/22 199/23 205/7 227/6

**WPMs [5]** 141/5 141/10 183/13 183/16 183/18

**write [1]** 160/9

**writing [1]** 195/25

**writings [2]** 115/8 117/9

**written [4]** 14/16 14/16 117/3 206/5

**wrong [1]** 157/15

**wrote [2]** 92/4 117/11

**Y**

**Yahoo [1]** 61/19

**YANG [1]** 1/17

**yard [1]** 59/10

**yeah [32]** 19/7 21/15 21/19 22/18 26/16 30/8 39/3 56/12 66/3 66/17 93/22 99/21 105/9 106/20 120/15 124/12 128/17 129/2 135/23 137/22 141/9 149/17 165/2 167/11 170/2 203/8 208/11 212/2 212/9 226/4 226/5 230/24

**year [58]** 8/11 8/12 10/9 17/10 20/18 20/20 23/6 23/24 25/9 25/13 26/7 26/12 27/12 28/15 30/19 31/15 31/17 37/17 39/25 42/13 44/25 44/25 49/22 51/12 51/15 53/9 53/23 54/8 57/5 58/16 59/2 59/20 63/3 63/7 70/8 71/13 72/6 72/17 73/1 80/16 82/24 86/24 87/1 95/14 95/17 132/10 149/6 154/5 174/4 174/5 175/22 178/25 187/4 190/11 191/24 192/16 199/18 222/6

**year '21 [1]** 51/12

**year's [1]** 73/6

**yearly [2]** 52/15 87/3

**years [43]** 14/7 23/10 24/12 25/4 25/4 26/19 27/18 38/9 38/14 40/9 48/3 51/11 53/9 53/14 53/19 57/3 59/1 61/13 69/22

73/24 74/1 82/8 83/18 87/7 88/3 100/14 100/15 101/17 124/6 147/15 149/9 164/14 166/18 172/10 174/4 174/9 174/16 175/4 181/21 181/25 182/1 190/5 190/6

**Yep [1]** 157/16

**yes [136]** 3/21 4/25 7/7 12/1 13/12 13/23 15/6 16/22 22/4 24/3 24/9 27/7 31/13 31/21 34/10 35/21 36/4 36/20 37/3 37/5 39/13 39/18 40/13 40/19 41/8 41/16 41/21 42/3 42/8 43/3 43/14 43/18 44/16 44/20 47/8 49/17 51/11 52/12 52/24 54/16 54/18 54/22 54/24 55/4 55/8 55/22 56/7 56/19 57/13 58/11 62/11 70/5 73/9 73/12 75/2 76/7 76/7 76/13 78/16 78/25 79/7 83/12 84/17 84/23 85/3 85/6 85/21 87/21 88/24 89/6 89/18 92/1 92/3 96/3 96/12 96/21 97/6 97/16 99/2 100/16 100/20 101/9 104/19 104/22 105/16 107/7 110/20 111/16 112/4 116/23 132/18 137/14 141/22 143/22 144/11 144/22 147/2 151/3 152/1 156/21 162/15 165/4 174/12 175/9 175/9 176/7 179/19 182/4 194/16 196/23 197/3 201/10 202/13 202/23 209/3 210/2 210/22 210/24 211/1 211/3 211/20 212/13 213/5 213/20 214/7 217/5 217/24 218/10 218/10 218/21 223/1 224/11 227/22 229/4 229/17 229/25 **yesterday [13]** 11/10 20/14 23/25 40/25 43/13 43/17 44/12 56/17 99/4 99/25 102/8 196/6 196/7

**yet [4]** 80/20 81/14 103/21 105/4

**York [3]** 48/8 49/1 68/1

**you [1032]**

**you'd [4]** 143/7 172/7 173/18 177/16

**you'll [16]** 3/4 52/19 108/7 115/10 131/12 136/24 140/19 141/9 141/16 154/24 167/24 168/25 201/24 201/25 204/18 207/13

**you're [91]** 18/16 18/17 29/17 34/3 34/22 35/1 35/2 48/9 107/25 111/11 113/14 113/21 118/8 124/2 124/25 125/2 125/4 125/6 127/4 127/23 128/21 131/10 131/10 131/11 131/12 139/12 140/8 140/9 145/25 148/13 151/18 151/19 152/1 152/4 152/7 152/8 153/8 153/16 154/14 154/21 155/1 157/25 158/5 164/6 164/23 165/3 165/9 165/13 165/13 165/16 167/20 168/2 171/13 177/22 175/25 176/10 177/6 178/12 185/14 187/2 187/9 191/9 195/15 195/20 196/10 196/10 201/23 201/23 202/15 203/16 203/16 203/17 204/12 204/19 204/20 207/13 209/1 213/10 215/13 215/18 216/2 216/4 216/7 216/11 216/15 217/23 223/2 224/15 225/12 230/3 234/17

**you've [22]** 7/25 118/7 120/25 144/4 144/20 145/22 148/8 148/9 152/5 161/19 167/8 170/1 182/4 185/12 200/15 209/21 210/3 211/6 212/25 216/3 216/3 230/21

**young [1]** 41/12

**your [212]** 3/6 3/10 3/15 7/20 13/1 16/23 20/4 20/4 22/1 22/7 29/11 36/10 38/9 38/14 38/24 42/4 46/20 56/13 61/21 69/14 75/3 76/5 76/8 80/12 84/2 85/4 87/6 88/2 88/20 90/23 91/7 91/9 92/18 93/21 96/2 96/22 96/22 98/12 99/3 99/12 99/24 100/21 100/22 102/20 102/23 104/3 106/1 106/10 108/4 108/10 108/13 108/17 108/20 109/8 109/25 110/1 110/25 111/7 111/7 111/21 111/23 112/3 114/13 114/20 116/9 116/21 117/9 118/16 120/12 120/24 121/1 121/14 122/13 124/4 125/1 125/19 125/21 126/14 128/14 128/15 128/20 129/4 129/14 130/20 130/22 131/2 131/6 131/17 133/15 141/12 144/4 149/19 150/8 150/8 150/23 152/18 154/15 155/25 156/12 156/20 157/23 157/23 157/23 158/23 160/3 160/21 162/1 162/17 162/21 162/24 164/5 166/6 166/6 166/7 166/15 169/25 170/10 170/22 171/6 171/8 172/19 173/15 174/10 174/19 174/23 175/19 176/19 177/16 179/12 179/17 183/8 184/2 184/3 184/9 188/10 190/19 192/8 194/7 196/18 197/5 197/9 197/22 197/24 199/2 199/9 199/13 199/24 200/3 201/12 201/15 204/6 206/7 206/24 207/20 207/25 208/9 208/23 208/25 209/3 209/19 211/4 211/7 211/9 211/17 212/12 212/19 212/21 213/4 213/22 214/15 214/19 214/23 215/2 215/22 215/25 216/19 216/25 217/3 217/7 217/7 217/16 217/22 218/1 218/3 218/7 218/22 218/23 218/25 219/1 219/4 219/5 219/9 219/15 220/3 223/18

225/8 226/20 227/23 228/2 228/5 228/10 228/13 228/18 228/21 229/1 229/5 230/4 230/8 230/13 234/20 234/23 234/5

**yourself [4]** 109/2 122/24 128/22 128/23

**youth [4]** 75/24 76/24 77/7 77/10

**Z**

**zero [14]** 122/23 160/13 161/10 162/10 169/3 170/16 170/17 171/16 174/17 191/1 191/2 217/5 217/7 220/3

**ZIP [3]** 121/24 122/1 125/20