```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                       NORTHERN DIVISION

 3   STUDENTS FOR FAIR ADMISSIONS,  )Trial Day 4
                                    )
 4        Plaintiff,                )
                                    )Civil No.
 5        vs.                       )1:23-cv-2699-RDB
                                    )
 6   THE UNITED STATES NAVAL        )Baltimore, Maryland
     ACADEMY, ET AL.,               )
 7                                  )September 19, 2024
          Defendants.               )10:08 a.m.
 8   _____)
```

```
 9        TRIAL IN THE ABOVE-ENTITLED MATTER CONTINUED
            BEFORE THE HONORABLE RICHARD D. BENNETT
10

11                   A P P E A R A N C E S

12   On Behalf of the Plaintiff:
          ADAM K. MORTARA, ESQUIRE
13        PATRICK STRAWBRIDGE, ESQUIRE
          J. MICHAEL CONNOLLY, ESQUIRE
14        CAMERON T. NORRIS, ESQUIRE
          RACHAEL WYRICK, ESQUIRE
15        R. GABRIEL ANDERSON, ESQUIRE
          THOMAS R. MCCARTHY, ESQUIRE
16
     On Behalf of the Defendant:
17        JOSHUA E. GARDNER, ESQUIRE
          CATHERINE M. YANG, ESQUIRE
18        ANDREW E. CARMICHAEL, ESQUIRE
          JOHN ROBINSON, ESQUIRE
19        MEDHA GARGEYA, ESQUIRE
          CHRIS E. MENDEZ, ESQUIRE
20
     Also Present:
21        EDWARD BLUM, STUDENT FOR FAIR ADMISSIONS
          BRUCE LATTA, NAVAL ACADEMY
22        TRACEY URBAN, PARALEGAL
          LINDSEY O'CONNOR, PARALEGAL
23        MICHEAL PUSTERLA, IT
          NOAH O'CONNOR, IT
24          (Computer-aided transcription of stenotype notes)
                          Reported by:
25             Ronda J. Thomas, RMR, CRR
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**INDEX**

**September 19, 2024**

PLAINTIFF'S WITNESSES:                    PAGE:

Peter Arcidiacono - continued

    Cross by Mr. Gardner - cont.          3

Richard Kahlenberg

    Direct by Mr. Strawbridge            65
    Cross by Ms. Yang                   117

Colonel Dakota Wood

    Direct by Mr. Connolly              190

```
 1   (10:08 a.m.)
 2            THE COURT:  Good morning, everyone.  You all in the
 3   back may be seated.  Everyone may be seated.
 4        And if we will reswear the witness Professor Arcidiacono.
 5   I think I got the name better that time.  So it's right.  There
 6   you go.
 7            THE CLERK:  Please raise your right hand.
 8        (Witness resworn.)
 9            THE CLERK:  Please restate and spell your name for the
10   record.
11            THE WITNESS:  Peter Arcidiacono, P-E-T-E-R,
12   A-R-C-I-D-I-A-C-O-N-O.
13            THE CLERK:  Thank you.
14            THE COURT:  You may continue, Mr. Gardner, with
15   cross-examination.
16            MR. GARDNER:  Thank you, Your Honor.
17                         - - -
18                  CONTINUED CROSS-EXAMINATION
19                         - - -
20   BY MR. GARDNER::
21   Q.  And welcome back, Professor.
22        Yesterday during your direct examination, you mentioned
23   one of your affirmative action articles that you wrote in 2012
24   about what happened at Duke.
25        I see you nodding your head.  You recall that, correct?
```

4

```
1   A.    I do.
2   Q.    All right.  And your article was studying racial
3   differences in choice of majors, correct?
4   A.    That was one of the things that article was studying, yes.
5   Q.    And the data that you analyzed came from Duke, correct?
6   A.    That's correct.
7   Q.    That's where you work?
8   A.    That's right.
9   Q.    You observed that the grade point averages of White and
10  African American students at Duke got closer together between
11  freshman and sophomore year, correct?
12  A.    That's correct.
13  Q.    And then you explored the cause for that convergence?
14  A.    That's correct.
15  Q.    And you concluded that African American students tended to
16  switch majors?
17  A.    That was one of the reasons for the convergence, yes.
18  Q.    And you concluded that African Americans tended to switch
19  away from majors like the natural sciences, engineering, and
20  economics and towards majors like humanities and social
21  sciences, correct?
22  A.    That's correct.
23  Q.    And part of your conclusion was that the shift from majors
24  like natural sciences, engineering, and economics towards
25  disciplines like the humanities explained the convergence in
```

1    the GPAs between African Americans and Whites, correct?

2    **A.**    That was part of the explanation, yes.

3    **Q.**    And in reaching that conclusion, you wrote for publication

4    that natural science, engineering, and economics courses are

5    more difficult, associated with higher study times and have

6    harsher grading standards, correct?

7    **A.**    That's correct.

8    **Q.**    And you wrote that all of this translates into students

9    with weaker academic backgrounds, that being minorities, being

10    less likely to choose these majors, correct?

11    **A.**    That's correct.

12    **Q.**    When you wrote that article, when that article was

13    published, it created some controversy on the Duke campus,

14    correct?

15    **A.**    Great controversy before the article was published.  But

16    yes, it did also create --

17    **Q.**    And it also created controversy afterwards, correct?

18    **A.**    I think most of the controversy was before it was

19    published.

20    **Q.**    You recall that you testified in the *Harvard* case,

21    correct?

22    **A.**    Oh, yes.  Yes.

23    **Q.**    And you recall in the *Harvard* case you did testify that

24    your article, after it was published, created some controversy,

25    correct?

1  A.    So the article definitely created controversy, but it

2  was -- the press headline was "Unpublished study causes

3  controversy."  So it was released -- it was online as a full

4  paper when it caused the controversy.

5  Q.    Right.  And the controversy was one that resulted from

6  some people viewing your article as inflaming tensions on the

7  Duke campus, correct?

8  A.    Why it created controversy, that could be one of the

9  reasons, yes, I suppose.

10 Q.    You understand that is one of the reasons, correct?

11 A.    I imagine so.  It's been a while since I've thought about

12 that.

13 Q.    You were the chair of the graduate economics department's

14 admissions committee at the time you wrote this article,

15 correct?

16 A.    I can never remember my exact dates on it, but I -- if

17 you're representing to me that's true, then I have no reason to

18 doubt it.

19 Q.    You have no reason to doubt that.

20       You worked in graduate admissions at Duke, correct?

21 A.    For the economics department, yes.

22 Q.    And you were on the graduate committee for the economics

23 department between 2004 and 2006?

24 A.    That sounds correct.

25 Q.    You were the chairman or director of that committee

1  between 2011 and 2013, correct?

2  **A.**    That sounds correct.

3  **Q.**    The article that we just discussed that caused some racial

4  tension on the Duke campus was published while you were chair

5  of the admissions committee, correct?

6  **A.**    Yes.

7  **Q.**    You'd been on the committee for a period of time?

8  **A.**    Yes.

9  **Q.**    And like you just said, you later became the chair,

10 correct?

11 **A.**    That's correct.

12 **Q.**    You thought you could improve the admissions process while

13 you were chair, correct?

14 **A.**    That's correct.

15 **Q.**    And one thing you did to improve that process is you

16 implemented a requirement for interviews, correct?

17 **A.**    For some of the candidates.  We did make an initial cut

18 without that, but yes.

19 **Q.**    You thought that implementing the requirement of

20 interviews was an important innovation in the Duke application

21 process, correct?

22 **A.**    Yes.

23 **Q.**    You thought it was important to assess the personal

24 qualities of the applicant before you made an admissions

25 decision, correct?

1  **A.**    I don't know if I would say it as personal qualities,

2  trying to find that -- do they have that research spark?

3  **Q.**    Let's take a look at your *Harvard* transcript, then.  I'd

4  like you to take a look at day nine.  It's in your binder.

5          **THE COURT:**  This is a transcript of a deposition

6  during that litigation or testimony in the *Harvard* case?

7          **MR. GARDNER:**  The *Harvard* trial, Your Honor.  And it's

8  day nine of the *Harvard* trial.

9      And we'll put it up on the screen.

10 **BY MR. GARDNER:**

11 **Q.**    But I'd like to draw your attention to page 180 of that

12 transcript.  And I'd like to draw your attention to line 23 of

13 page 180.

14      **"Q.**  You thought it was important to assess the personal

15      qualities of the applicant before you made a decision,

16      correct?

17      **"A.**  That's correct."

18 **A.**    I'm sorry.  I'm not --

19 **Q.**    Page 180 --

20 **A.**    So it's not on my screen.

21          **THE COURT:**  That's not what's on the screen.

22          **MR. GARDNER:**  It is on the screen, but it's the wrong

23 transcript.  The *Harvard* transcript.

24      Sorry, Your Honor.

25 **BY MR. GARDNER:**

1   Q.   Apologies, Professor.  Technical difficulty here.

2   A.   No problem.

3   Q.   Now, here we are.  You'll see this is transcript page 180,

4   line 23.

5        "Q.  You thought it was important to assess the personal

6        qualities of the applicant before you made a decision,

7        correct?"

8   A.   Yes, and that question --

9   Q.   And on the next page, your answer is "That's correct."

10       Can you turn to the next page, Errol.

11       Do you see that?

12  A.   I do.

13            MR. MCCARTHY:  Objection.  Improper impeachment.

14            THE COURT:  Overruled.

15            MR. MCCARTHY:  Your Honor --

16            THE COURT:  It's perfectly appropriate impeachment in

17  a cross -- Mr. McCarthy, that is -- your objection is

18  overruled.  Overruled.

19            MR. MCCARTHY:  Completeness, Your Honor?

20            THE COURT:  Clearly -- I'm sorry.  Put it on the

21  record.  Completeness of the question?  Is that your question?

22            MR. MCCARTHY:  No, there's further discussion.  We --

23            THE COURT:  And you certainly are free to do that on

24  redirect, if necessary, Mr. McCarthy.  You don't object and

25  have something stricken because you don't like the answer.

```
 1  That's -- there's no basis for that objection.  The objection
 2  is overruled.  You're certainly free to explore it on redirect
 3  if you so choose.
 4           MR. MCCARTHY:  Understood.
 5           THE COURT:  There was no reason to object to that
 6  question.
 7  BY MR. GARDNER:
 8  Q.   Now, Professor, you wanted to meet them so that you could
 9  determine what their communication skills were like, correct?
10  A.   Correct.
11  Q.   To the extent you could, you could judge their candor and
12  their truthfulness, correct?
13  A.   Sure.
14  Q.   You could judge their creativity, correct?
15  A.   Yeah.
16  Q.   You could judge their intellectual curiosity?
17  A.   Yeah.  You can get signals of all these things, yes.
18  Q.   And you thought that the interview was an important
19  innovation, correct?
20  A.   I did.
21  Q.   And you thought that the information you could get in
22  these 15-minute interviews were important in making decisions
23  as to who would you accept into the graduate school of
24  economics at Duke, correct?
25  A.   Yes.
```

1  Q.    And the purpose of the interview was to observe

2  nonquantitative factors, correct?

3  A.    Factors that were not in the application, yes.

4  Q.    That are nonquantitative, correct?

5  A.    Correct.

6  Q.    And after the interviews were done, people filled out

7  forms or emails describing the results of the interviews for

8  your colleagues on the committee, correct?

9  A.    That's correct.

10 Q.    Those were substantive descriptions of what the candidate

11 communicated during the interview, correct?

12 A.    That sounds right.

13 Q.    And during this application process, you asked the

14 applicant for information about their race, correct?

15 A.    I asked for information about their race?

16 Q.    During this application process, the -- you asked the

17 applicant for information about their race, correct?

18 A.    Duke asked for that information about their race.  That's

19 part of their application.

20 Q.    Now, Duke keeps statistics on the number of students

21 admitted to each class in each department, correct?

22 A.    That's correct.

23 Q.    The year before you became the chair, the number of folks

24 admitted to the Duke graduate department of economics was about

25 7.5 percent, correct?

1   **A.**   I'm sorry.  Can you repeat that.

2   **Q.**   The year before you became chair, the number of folks

3   admitted to the Duke graduate department of economics was about

4   7.5 percent, correct, the number of minorities?

5   **A.**   I have no idea.

6   **Q.**   All right.  Let me see if I can refresh your recollection,

7   then.  Let's go back to *Harvard* day nine, and I want you to

8   look at transcript page 184.

9        And if you look at line 21 -- and this is just to refresh

10  your recollection.

11       You can look at line 21 of page 184.

12       **"Q.**  Let me just see if this refreshes your recollection

13       that the year before you became the chair, the number of

14       folks admitted to the Duke graduate department of

15       economics was about 7.5 percent.

16       **"A.**  Okay."

17       Does that --

18  **A.**   No, the answer was, "I don't know."

19  **Q.**   No, the answer is, "Okay."

20  **A.**   That's not what I see on my screen.

21  **Q.**   On page 184, line 21?

22  **A.**   Oh, I thought you were on line 8.

23  **Q.**   21.

24  **A.**   That says 7.5 too.  Sorry.  I'm sorry.

25  **Q.**   So let's start over.

```
 1  A.    I'm sorry.
 2  Q.    Don't be sorry.  Let's start over.
 3        Transcript page 184, you were asked the following
 4  question:
 5        "Q.  Let me just see if this refreshes your recollection
 6        that the year before you became the chair, the number of
 7        folks admitted to the Duke graduate department of
 8        economics was about 7.5 percent.
 9        "A.  Okay."
10        Does that refresh your recollection, sir?
11  A.    Yes.
12  Q.    Okay.  And then you became the chair.  And the next year,
13  the number of African American admits declined from four
14  students to one student, correct?
15  A.    I don't recall, but we can refresh my memory.
16  Q.    Do you have any reason to disagree with that?
17  A.    I have no reason to disagree or agree, but I suspect if
18  you're asking me, I should probably have a reason to agree.
19  Q.    I think by now, you probably know that's true.  But why
20  don't we just look just so we're all on the same page.
21        Let's look at page 185 of your transcript.  And I'd like
22  you to look at line 1.3 -- lines 1 through 3 on page 185.
23        "Q.  Now, then, you became the chair.  And the next year,
24        the number of African Americans admits declines, correct?
25        "A.  Yep.  From four admitted to one."
```

```
1   A.   I'm sorry.  I don't see it on the page.
2   Q.   It is the first line on page 185.
3   A.   Sorry.  Got it.  Yes.
4   Q.   Okay.  So that refreshes your recollection, then, that the
5   next year the numbers of African American admits declined from
6   four students to one student, correct?
7   A.   That's correct.
8   Q.   And that resulted in a decline from 7.5 percent to
9   2 percent, correct?
10  A.   Well, I would have thought that African Americans are part
11  of minority; so -- and the 7.5 to 2 percent, wasn't that
12  minority?
13  Q.   Yeah.  The minority numbers fell from 7.5 percent to
14  2 percent, correct?
15  A.   That's right.  But African Americans are a subset of
16  minorities, yeah.
17  Q.   I'm just asking you about the minority percentages dropped
18  from 7.5 percent to 2 percent, correct?
19  A.   Yes.
20  Q.   Now, those numbers were small, correct?
21  A.   Correct.
22  Q.   It's small but a very vibrant department at Duke, correct?
23  A.   I'm sorry?
24  Q.   Let me ask it a different way.
25       You have very high standards at Duke, correct?
```

```
 1   A.   Yes.
 2   Q.   Of course you do.
 3        But given that the numbers are relatively small, the
 4   percentages went from 7.5 percent African American to 2 percent
 5   your first year as chair, correct?
 6   A.   I don't think it went from 7.5 percent to 2.5 percent
 7   African American.  Based on what you said, it was 7.5 percent
 8   minority to 2.5 percent.  So that's where I'm getting confused,
 9   because minority would include Hispanic and other ones, not
10   just African American.  So you say 7.5 to 2.5 minority --
11   Q.   You understand that that number, the 7.5 percent to
12   2 percent, was just African American, correct?
13   A.   I didn't understand that because I thought the question
14   said minority.
15   Q.   No, African American only.  Do you understand that?
16   A.   No, I don't, actually.
17   Q.   Let's take a look at your deposition again -- or not your
18   deposition, trial transcript.  I'm sorry.  Now we're at
19   page 185.
20   A.   Yeah.  But I think on the previous one it said minority
21   going to from 7.5 to 2 percent, but I guess here it's saying
22   African American.  And maybe I must have misread the other one.
23   Q.   Okay.  So you understand, then, that that 7.5 percent to
24   2 percent drop is African American?
25   A.   Based on this, yes.
```

**Q.**    And then the next year it went to about 2.7 percent while you were still the chair, correct?

**A.**    I assume, as you're asking me that, that that is correct.

**Q.**    All right.  Now, these statistics, you would agree, don't tell us or you anything about whether you were discriminating against African Americans, correct?

**A.**    That's correct.

**Q.**    They're just descriptive statistics?

**A.**    That's right.

**Q.**    When the percentage of African American admits dropped from 7.5 percent to 2 percent, no one accused you of intentionally discriminating, correct?

**A.**    Not overtly.

**Q.**    No one suggested you should do an investigation about the reasons for Duke's numbers, correct?

**A.**    Correct.

**Q.**    You were evaluating each candidate as they came to you, correct?

**A.**    Correct.

**Q.**    You interviewed some subset of them, as you said, right?

**A.**    Correct.

**Q.**    And that subset led to the people that you offered positions to, correct?

**A.**    Correct.

**Q.**    The mere fact that the numbers declined from 7.5 percent

1    to 2 percent doesn't really tell us a thing about the reasons

2    that you made the decisions on the specific people that you've

3    invited to join the department, correct?

4    A.    Correct.

5    Q.    Let's turn to your Slide PD3.25 which reflects the results

6    of your logit estimate of the Naval Academy's admissions

7    process.

8         Now, you've presented eight models in this case to

9    estimate --

10            THE COURT:  This is Plaintiff's Exhibit 325; is that

11   right?

12            MR. GARDNER:  Plaintiff's Demonstrative 325.

13            THE COURT:  Okay.

14            MR. GARDNER:  It is the demonstratives the professor

15   has used for his testimony.

16   BY MR. GARDNER:

17   Q.    Now, Professor, you've presented eight models in this case

18   to estimate the magnitude of the consideration of race in the

19   admissions process, correct?

20   A.    That's correct.

21   Q.    And your preferred model in this case is Model 6, correct?

22   A.    That's correct.

23   Q.    Now, as I think you mentioned on direct examination, in

24   constructing your preferred model, you removed the blue-chip

25   athletes and those coming from the prep schools, correct?

1  A.    That's correct.

2  Q.    And you removed these two groups because of your

3  understanding that they effectively had their admissions to the

4  Naval Academy guaranteed, conditioned upon them meeting certain

5  minimum qualifications, correct?

6  A.    Correct.

7  Q.    So you focused your analysis on those applicants who have

8  a completed, nonwithdrawn application who've received a

9  nomination and who are medically and physically qualified,

10 correct?

11 A.    Correct.

12 Q.    Let's take a look at your Demonstrative 3.15.  Now, as

13 reflected in your Slide 3.15, with respect to that group of

14 applicants who we just talked about, under your preferred

15 model, you determined that admit rates for White, Black, and

16 Hispanic applicants are roughly similar at around 36 percent,

17 correct?

18 A.    Well, that has nothing to do with my preferred model.  The

19 descriptive statistics for the people that we're going to

20 analyze showed similar admission rates for White, Black, and

21 Hispanic.

22 Q.    That's right.  And then you also conclude that Asian

23 Americans have a much higher admit rate at around 55 percent,

24 correct?

25 A.    That's correct.

1    Q.    And then you conclude that, despite similar admit rates
2    for Whites, Blacks, and Hispanic applicants, there are large
3    differences in qualifications, correct?
4    A.    That's correct.
5    Q.    In particular, you conclude that, on average, White
6    applicants have much stronger academic qualifications than
7    Black and Hispanic applicants, correct?
8    A.    That's one of the things that they're stronger on, yes.
9    Q.    And you aren't opining that Black officers who graduated
10   from the Naval Academy are less capable than White officers who
11   graduated from the Naval Academy, correct?
12   A.    Yeah.  I have no basis for an opinion on that.
13   Q.    You're in no position to judge that, correct?
14   A.    Correct.
15   Q.    Now, you agree that the Naval Academy considers factors
16   beyond academics in making admissions decisions, correct?
17   A.    Yes, correct.
18   Q.    Some of those nonacademic attributes are what you consider
19   unobservable variables, correct?
20   A.    Some of them are, yes.
21   Q.    An unobservable characteristic is something about an
22   applicant that can't be captured in the dataset that you've
23   analyzed, correct?
24   A.    Yes.
25   Q.    The Naval Academy's admissions process includes

1    unobservable factors, correct?

2    **A.**    In the context of the model, yes.

3    **Q.**    Those unobservable factors play a role in the Naval

4    Academy's admissions process, correct?

5    **A.**    Correct.

6    **Q.**    In fact, you agree that some of those unobservable

7    variables are important to making admissions decisions,

8    correct?

9    **A.**    My model can account for the vast majority of admissions

10    decisions with the observables that I have, but --

11    **Q.**    That's not my question.

12    **A.**    -- unobservables aren't necessarily going to tip people

13    over from admit to reject.

14    **Q.**    That's not my question, sir.

15        My question is this:  You agree that some of those

16    unobservable variables are important to making admissions

17    decisions, correct?

18    **A.**    I think a qualified correct.  I think it depends on what

19    we mean by importance there.

20    **Q.**    You and I met about a month ago when you were deposed,

21    correct?

22    **A.**    Correct.

23    **Q.**    And you did swear to tell the truth?

24    **A.**    Correct.

25    **Q.**    And you did tell the truth?

A.    To the best of my ability, yes.

Q.    To the best of your ability.

      Let's take a look at your deposition transcript in this case.  I'm going to refer you to page 200.

      And on page 200, lines 19, through page 201, line 11.

      And you --

      "Q.  And you understand that those -- some of those unobservable variables are important to making admissions decisions, correct?"

      And, Errol, please go to the next page.

      And then there's an objection.

      And then you say, "I do."

      And then you add some other things.  You say, "But I also feel that you're like -- something that is -- that you could be having a rating for.  And the fact that there's not a rating for that outside of, like, the BGO interviews in a way that, you know, harbored as -- like a personal rating or something like that, that leads me to think that they think they have other variables that might be capturing -- capturing that."

      Now, you agree that, to the degree possible, in modeling how the Naval Academy's admissions process actually works, it's important to use the same observable inputs that the Naval Academy uses in its admissions process, correct?

A.    To an extent.

Q.    It's important because of the concerns about omitted

1    variable bias, correct?

2    A.    That's correct.  But there's another factor, which is if

3    the variables are influenced by a preference itself, then we

4    need to take that into account.

5    Q.    Omitted variable bias is a well-recognized concept in your

6    discipline, correct?

7    A.    Correct.

8    Q.    It refers to the concept of a bias that might be explained

9    by another variable or a variable not in the data, correct?

10    A.    That's correct.

11    Q.    One concern with modeling discrimination is omitted

12    variable bias, correct?

13    A.    That's correct.

14    Q.    Now, you agree that individuals can have strengths in

15    different areas, correct?

16    A.    Correct.

17    Q.    You agree that there are some folks who are book-smart,

18    right?

19    A.    That's correct.

20    Q.    And there are some folks who may not be book-smart but may

21    make up for it with skills in other dimensions, correct?

22    A.    That's correct.

23    Q.    In fact, you've written on this topic?

24    A.    I imagine that I have.

25    Q.    You've written on the topic that sometimes people who are

1  book-smart are weaker in other areas, correct?

2  A.    Correct.

3  Q.    And people who may not be quite as book-smart have

4  strengths in other areas, correct?

5  A.    Correct.

6  Q.    And you've specifically looked at it in the context of MBA

7  programs, correct?

8  A.    That's correct.

9  Q.    And what you found was that, for people who went to MBA

10  programs outside of the top 25 schools, there were people who

11  may not be as book-smart but who may have better social skills,

12  better communication skills, and other character attributes

13  that help explain their success, correct?

14  A.    That's correct.

15  Q.    Now, if you were looking at two candidates with comparable

16  academic qualifications, characteristics like communication

17  skills, social skills, trust, and integrity could be important

18  in choosing which applicant you wanted to choose, correct?

19  A.    Correct.

20  Q.    And that's precisely what you've done at Duke as well,

21  correct?

22  A.    You mean through the interviews?

23  Q.    Yeah, through the interviews.

24  A.    Correct.

25  Q.    All right.  You agree that your model does not allow you

```
 1  to forecast any applicant's admissions decision perfectly?

 2  A.   That's right.

 3  Q.   Your model assumes --

 4  A.   Yeah.

 5  Q.   Your model assumes that there are unobserved factors,

 6  correct?

 7  A.   All economic models have unobserved variables, including

 8  mine.

 9  Q.   And that's one of the reasons that your model is not

10  100 percent right in its predictions, correct?

11  A.   That's correct.

12  Q.   In developing your model in this case, you have to make

13  certain assumptions about the unobservables?

14  A.   That's correct.

15  Q.   In order to interpret the race coefficient, your model

16  implicitly assumes that the error term is uncorrelated with the

17  observables, correct?

18  A.   That the error term is uncorrelated, yes, with race in

19  particular.

20  Q.   And your view is that you went with the conservative

21  assumption that the unobservables are uncorrelated with the

22  observables, correct?

23  A.   That's correct.

24  Q.   And if that assumption were incorrect and there was a

25  negative correlation between the observables and the
```

1  unobservables, then you would be overestimating racial

2  preference in this case, correct?

3  A.    That's correct.

4  Q.    You agree there is no real way to test the assumption

5  about the lack of correlation between the variables in the

6  model and the remaining error term, correct?

7  A.    The remaining error term, by definition.

8  Q.    By definition.

9      But you agree that if there were unobserved factors that

10  were massive and perfectly correlated with race, then it is

11  possible that your race coefficient wouldn't tell you anything

12  about the Naval Academy's racial preferences, correct?

13  A.    If they were massive and perfectly correlated with race in

14  the direction of Black applicants being stronger, that would be

15  correct, yeah.

16  Q.    Now, as you testified on direct examination, the data you

17  received from the Naval Academy included numerous fields that

18  represent key factors that affect admissions decisions,

19  correct?

20  A.    Correct.

21  Q.    You agree there are factors that could affect the Naval

22  Academy's admissions decisions that are not included in the

23  fields of data that you reviewed, correct?

24  A.    That's correct.

25  Q.    For example, motivation is a factor that would not be

1  included in the fields of data that you reviewed, correct?

2  **A.**   That's correct.

3  **Q.**   Leadership potential is another factor that would not be

4  included in the fields of data that you reviewed, correct?

5  **A.**   That's correct, but I really do feel like I need to say

6  one caveat to this, which is to say if the other observable

7  variables -- for example, the BGO interview -- may pick up

8  those things like motivation and leadership skills, potential

9  for leadership.

10       So the other variables may still capture that even if I

11  don't have a direct control for motivation.

12  **Q.**   Or they may not, correct?

13  **A.**   Correct.

14  **Q.**   The Naval Academy records that you reviewed included some

15  information that you did not apply a statistical analysis to,

16  correct?

17  **A.**   Correct.

18  **Q.**   So, for example, one of the items that you did not apply

19  statistical analysis to was the personal statement, correct?

20  **A.**   Correct.

21  **Q.**   Another item that you did not apply statistical analysis

22  to was the full transcript information, correct?

23  **A.**   That's correct.

24  **Q.**   Another item that you did not apply statistical analysis

25  to was teacher recommendations, correct?

27

1  A.   The text of the teacher recommendations.

2  Q.   The text?

3  A.   The scoring of the teacher recommendations are in the

4  model.

5  Q.   Correct.  But the text, whatever was provided in the body

6  of the text, you did not apply a statistical model to that,

7  correct?

8  A.   That's correct.

9  Q.   But you do agree that each of these items contained

10  information that the Naval Academy finds important in making

11  admissions decisions, correct?

12  A.   That's correct.

13  Q.   Definitionally, some of what is unobservable to you is

14  observable to the Naval Academy's admissions officers, correct?

15  A.   Correct.

16  Q.   So examples like discipline issues, correct?

17  A.   Correct.

18  Q.   The strength of the high school curriculum?

19  A.   Correct.

20  Q.   Leadership roles?

21  A.   Correct.  Leadership roles are scored in the

22  extracurriculars.

23  Q.   But some leadership attributes are not observable to you

24  but observable to the admissions board, correct?

25  A.   Of course.

**Q.**    Of course.

You agree, in fact, that there is a whole host of information that is not visible to you but is observable by the Naval Academy, correct?

**A.**    That's correct.

**Q.**    You assume in this case that the unobserved factors are independent across all applicants, correct?

**A.**    That's the assumption that drives the logit model, yes.

**Q.**    And you think that's a reasonable assumption because you're accounting for both graduation years and characteristics of the slate, correct?

**A.**    That's correct.

**Q.**    But you agree that, for certain subsets of the pool that you reviewed, it's not reasonable to assume that the unobserved factor are independent, correct?

**A.**    For ones where we imputed their score, yes.

**Q.**    Let's be concrete about this.

For example, you believe that because Black applicants are more be likely to come from more socially economically disadvantaged households, schools, and neighborhoods, this will make it appear that Black applicants who are missing these variables are coming from more socially economically advantaged households than is likely the case, correct?

**A.**    Correct.

**Q.**    You also agree that not all unobservable variables are

1  captured in other portions of the admissions process, correct?

2  **A.**    In principle, correct.

3  **Q.**    You understand that applicants to the Naval Academy must

4  submit several written essays, letters of recommendations, and

5  information from their school counselors, correct?

6  **A.**    That's correct.  And much of that is incorporated into the

7  model, but not all of it for sure.

8  **Q.**    That's right.  The essays, letters of recommendation, and

9  information from school counselors are relevant to admissions

10  decisions, correct?

11  **A.**    Yes.

12  **Q.**    In fact, you understand that the Naval Academy views these

13  materials as containing important information for the

14  admissions decision-making process, correct?

15  **A.**    That's correct.

16  **Q.**    Now, as you just alluded to, the letters of recommendation

17  may be part of the whole-person multiple, correct?

18  **A.**    They are part of the whole-person multiple.

19  **Q.**    And there may be aspects of the letter of recommendation

20  that are outside the whole-person multiple, correct?

21  **A.**    Of course.

22  **Q.**    And the essays and information from school counselors

23  could also be part of the unobservables, right?

24  **A.**    That's correct.

25  **Q.**    Now, in reviewing documents in this case, you didn't

1 review any letters of recommendation, correct?

2 A.    I don't recall.  I don't think at the time of the

3 deposition, I had.  That's correct.

4 Q.    All right.  And you scanned a personal statement or two

5 but didn't do any systemic review of those statements, correct?

6 A.    That's correct.

7 Q.    And in terms of information from school counselors, you

8 think you reviewed more than 20 but less than 100, correct?

9 A.    I don't -- yeah, that sounds reasonable.

10 Q.    And the purpose of that review was to just get a sense of

11 what was in there, correct?

12 A.    That's correct.

13 Q.    And your conclusion from that review was that it was not

14 something you thought was especially important, correct?

15 A.    Correct.

16 Q.    Based on your review of the less than 100 school counselor

17 forms, you concluded that the information didn't look very

18 relevant to admissions, correct?

19 A.    Given the other controls in my model, yes.

20 Q.    Now, were you in the courtroom for all of Dean Latta's

21 testimony in this case?

22 A.    I was not.

23 Q.    Did you review Dean Latta's testimony outside of the

24 courtroom?

25 A.    I actually did not.

1  Q.    So you did not hear Dean Latta testify that the

2  information in the school counselor forms were highly relevant

3  and important to admissions decisions, correct?

4  A.    I did not.

5  Q.    And you have no reason to disagree with that testimony?

6  A.    I don't disagree with him saying that.

7  Q.    You don't remember whether you saw any school counselor

8  form that discussed the socioeconomic status of students,

9  correct?

10 A.    They have a field for disadvantaged, that there's

11 something there; but besides that, that's all I know.  I mean,

12 we're -- there's other things coming from that counselor form,

13 for example, and -- that we control for, such as percent going

14 on to a four-year college and such.  That comes from the

15 counselor side.

16 Q.    Understood.

17       But you don't remember whether you saw any school

18 counselor form that discussed the socioeconomic status of

19 students, correct?

20 A.    I don't remember.

21 Q.    You don't remember one way or the other.  Okay.

22       You don't recall whether school counselors mentioned that

23 an applicant was on food stamps or other government assistance,

24 correct?

25 A.    That's correct.

```
1   Q.    Okay.  Your understanding is that the information

2   contained in an applicant's personal statement may be accounted

3   for in the RABs, correct?

4   A.    That's correct.

5   Q.    You understand that the admissions board may account for

6   information provided by school counselors both in the RABs and

7   more generally in discussions about a candidate, correct?

8   A.    I'm sorry.  Say it one more time.

9   Q.    It's okay.

10        You understand that the admissions board may account for

11  information provided by school counselors both in the RABs and

12  more generally in discussions about a candidate, correct?

13  A.    That's correct.

14  Q.    Okay.  You also agree that the admissions board may

15  consider personal essays outside of the RABs, correct?

16  A.    Correct.

17  Q.    In other words, you would agree that the RABs may not

18  capture everything that's contained in a personal essay,

19  correct?

20  A.    Correct.

21  Q.    And you agree that the Naval Academy considers information

22  contained in the letters of recommendation outside of the RABs,

23  correct?

24  A.    That's correct.  I mean -- and through the WPM, but also I

25  take your point that -- outside of that as well.
```

1  Q.    In fact, you agree, sir, that pretty much everything is

2  fair game at the point of having a discussion of the candidate,

3  correct?

4  A.    That sounds reasonable.

5  Q.    And you would agree with that?

6  A.    Yes.

7  Q.    That's what they do.

8        Let's take a look at your Demonstrative 3.31.

9        Now, this slide presents your conclusions concerning the

10 average marginal effect of race and ethnicity on the

11 probability of admissions, correct?

12 A.    Yes, for my preferred pooled model.

13 Q.    Preferred Model 6, right?

14 A.    Yeah.

15 Q.    That's right.

16       And based on your model, you conclude that the Naval

17 Academy's use of racial preferences resulted in a

18 24.5 percentage point increase in the Black admission rate,

19 correct?

20 A.    That's correct.

21 Q.    And you derive this estimate by employing a model that

22 does not control for information derived from the applicant's

23 personal essays, correct?

24 A.    That's correct.  But I have that model, and it didn't

25 change the results.

1  Q.    And you derive this 24.5 percent estimate for Black
2  applicants by employing a model that does not control for the
3  applicant's experienced hardship, correct?
4  A.    That's correct.  That has no effect on my results.
5  Q.    And you assume that these unobservables are uncorrelated
6  to the observables, correct?
7  A.    That's correct.
8  Q.    Now, in your review of the database, you didn't see any
9  circumstance where an applicant was admitted to the Naval
10 Academy with relatively weak grades but a strong essay,
11 correct?
12 A.    Weak grades and a strong essay?  Well, that's -- yeah,
13 that's correct.
14 Q.    Okay.  In fact, you didn't look to see if that
15 circumstance existed, correct?
16 A.    Correct.
17 Q.    But you agree it's possible that a Black applicant for
18 admission to the Naval Academy may have relatively weak grades
19 but a strong essay about having to overcome racism growing up,
20 correct?
21 A.    It's certainly possible.
22 Q.    And in your review of the admissions data, you didn't look
23 to see if there were circumstances where an applicant had
24 relatively weak grades but, say, strong letters of
25 recommendation, correct?

A.    So I think that's a little trickier.  But there's always
going to be exceptions.  There surely will be someone who has
weak grades and strong letters.  But, again, the letters of
recommendation have scores.

Q.    My question was this:  You didn't look to see if there
were circumstances where an applicant had relatively weak
grades but strong letters of recommendation, correct?

A.    Correct.

Q.    And you agree that it is possible that a Black applicant
for admission to the Naval Academy may have relatively weak
grades but strong letters of recommendation highlighting
leadership skills, correct?

A.    Correct.

Q.    And you don't know how common that is in the data that you
reviewed, correct?

A.    Correct.

Q.    And you don't know because that is not something that you
specifically looked at, correct?

A.    Well, what I know is how applicants of different races
score on the letter of recommendation portion of the WPM.  And
so there, we do see big racial differences on that variable.

Q.    Let's take a look at your deposition in this case.

      And I'd like to draw your attention to page 221 of your
deposition.

A.    It's going to come up on the screen, right?  I don't have

1  to --

2  Q.    It's going to come up on the screen, we hope.  Fingers

3  crossed.

4       So we're going to look at page 221 of your deposition in

5  this case.  And I'd like to draw your attention to line 15.

6       Let's look at line 15.  I asked you the following

7  question:

8       "Q.    Okay.  And you don't know because that's not

9       something you specifically looked at?

10      "A.    That's not something I specifically looked at."

11 A.    Yes.  I think that that is referring to highlighting the

12 leadership skills.  And so that -- that's definitely not

13 something I specifically looked at.

14 Q.    To the extent there's information in the essays and from

15 school counselors not accounted for in the RABs, these would be

16 unobservable, correct?

17 A.    Sorry.  Could you say it one more time.

18 Q.    To the extent there's information in the essays and from

19 school counselors not accounted for in the RABs, these would be

20 unobservable, correct?

21 A.    That's correct.  They may be captured by other features in

22 the model.

23 Q.    Or they may not be?

24 A.    Or they may not be.

25 Q.    And you assume, once again, that those unobservables are

1  not correlated to the observables, correct?

2  A.    That's correct.

3  Q.    And if there was a correlation and that correlation was

4  negative, then you would be overestimating the race

5  coefficient, correct?

6  A.    That's correct.  And it has to be very clear that it has

7  to hold for the unobservable as a whole, not, say, one sliver

8  of it.  It has to be as a whole.

9  Q.    One of your opinions in this case is that the Naval

10  Academy affords significant preferences to non-White applicants

11  over their White counterparts with significant preference for

12  Black applicants over all other applicants, correct?

13  A.    Yes.  Though I should say that that's for non-blue-chip

14  athletes, nonprep pool applicants.

15  Q.    Correct.  And let's keep that definition for the remainder

16  of our time together.

17        Ultimately, you are endeavoring to estimate how big of an

18  effect race has on the admissions process and letting people

19  come to their own conclusions as to whether that effect is too

20  big or not, correct?

21  A.    That's correct.

22  Q.    Now, you would agree that a large number of applicants at

23  the Naval Academy will be rejected without race ever becoming a

24  factor, correct?

25  A.    Well, yes.

1   Q.    And you also agree that there's a group of students who

2   are so talented and qualified that they will be admitted

3   without race making a difference in terms of the admissions

4   decision, correct?

5   A.    That's correct.

6   Q.    In other words, you agree that there are some minority

7   applicants who were admitted where race was not a factor?

8   A.    That's correct.

9   Q.    And based on your analysis, you've concluded that there's

10  a competitive pool of applicants for which race can make a

11  difference, correct?

12  A.    That's correct.

13  Q.    Now, you agree that there are variables or factors other

14  than race that determine whether a candidate is competitive,

15  correct?

16  A.    That's correct.

17  Q.    Certainly.  Things like SAT scores?

18  A.    Yes.  All the components of the WPM.

19  Q.    The whole-person multiple score, like you just said,

20  correct?

21  A.    Correct.

22  Q.    The blue and gold interview?

23  A.    Correct.

24  Q.    Relative competition amongst applicants on a particular

25  slate?

1  A.    Correct.

2  Q.    As well as unobservable factors, correct?

3  A.    Correct.

4  Q.    Nevertheless, it's your understanding that for every

5  minority applicant, regardless of how strong or how weak, the

6  Naval Academy actually considers the candidate's race in making

7  admissions decisions, correct?

8  A.    Well, the model operates that way, but there are different

9  ways of interpreting that model.  One is that this coefficient

10  applies to everybody.  That's one way of interpreting it.

11       The other way is sort of saying that this is sort of, on

12  average, the effect.

13  Q.    If that understanding is incorrect, that would mean you're

14  overestimating the impact of the consideration of race for some

15  applicants, correct?

16  A.    It would mean I'm overestimating it for some applicants

17  and underestimating it for other applicants.

18  Q.    It would affect the overall accuracy of your model?

19  A.    I'm not sure about that aspect.

20  Q.    Let's take a look at your Demonstrative 3.17.  17 is

21  probably easier to say.

22       Now, beginning at Plaintiff's Demonstrative 3.17 and

23  running through Plaintiff's Demonstrative 3.20, you present the

24  results of whole-person multiple score by race and decile,

25  correct?

```
 1   A.    Yeah.  I mean, it's the WPM 23; so it's not the actual
 2   whole-person multiple for sure.
 3   Q.    That's right.  It isn't.
 4         And let's go to your Demonstrative 20, 3.20.
 5         Now, this slide suggests that minorities with lower
 6   whole-person multiple 23 scores have a greater chance of being
 7   admitted than White students with higher whole-person multiple
 8   23 scores, correct?
 9   A.    In some cases, yes.
10   Q.    Now, to be absolutely crystal clear, this reflects the
11   whole-person multiple 23 score without most of the RABs,
12   correct?
13   A.    Without any of the RABs.
14   Q.    That's right.
15         So this chart doesn't reflect the final, complete
16   whole-person multiple score that the Naval Academy would
17   actually have considered in making admissions decisions,
18   correct?
19   A.    That's correct.  I have another table that does --
20   Q.    And if --
21         THE COURT:  Let him finish answering, Mr. Gardner.
22         You may continue, Professor Arcidiacano.  Have you
23   finished your answer?  Go ahead.
24         THE WITNESS:  I have another table that shows the same
25   things.
```

1          **THE COURT:**  Mr. McCarthy can do that on redirect if he

2     so chooses.

3          **THE WITNESS:**  Okay.

4     **BY MR. GARDNER:**

5     **Q.**   And, of course, you agree that the whole-person multiple

6     score by itself doesn't provide enough information to determine

7     whether an applicant will be admitted to the Naval Academy,

8     correct?

9     **A.**   Correct.

10    **Q.**   And that's because the Naval Academy decides to use more

11    information than just the whole-person multiple in making

12    admissions decisions?

13    **A.**   Correct.

14    **Q.**   You understand the Naval Academy's consideration of a

15    candidate considers factors not captured in the whole-person

16    multiple?

17    **A.**   Correct.

18    **Q.**   Things like what we talked about previously, the personal

19    statement, correct?

20    **A.**   Correct.

21    **Q.**   Let's take a look at your Demonstrative 31.

22         Now, to illustrate your opinion that race affords

23    significant preference to non-White applicants, you conclude

24    that, again, after excluding blue-chip athletes, those coming

25    from prep schools, and those that are not medically and

 1  physically qualified, removing racial preferences for Black

 2  applicants and effectively treating them as White applicants

 3  would decrease their admission rate from 37.4 percent to

 4  12.9 percent, correct?

 5  A.   Correct.

 6  Q.   And that would mean that, under your estimate, the

 7  percentage of African Americans admitted to the Naval Academy

 8  would drop by more than half, correct?

 9  A.   That's correct.

10  Q.   And you agree that's a significant reduction in the

11  percentage of Black students at the Naval Academy, correct?

12  A.   For the non-BCA, nonprep, correct.

13  Q.   And for Hispanic applicants, the decrease would be from

14  35.9 percent to 24.5 percent, correct?

15  A.   Correct.

16  Q.   And, once again, you'd agree that is a substantial

17  reduction in the percentage of Hispanic students at the Naval

18  Academy, correct?

19  A.   Of that subgroup, yes, correct.

20  Q.   And for Asian American applicants, the decrease would be

21  from 54.8 percent to 37.6 percent, correct?

22  A.   Correct.

23  Q.   And you --

24  A.   And one -- sorry.  One caveat to this.  This does not take

25  into account the capacity constraints, but that's sort of a

1  minor adjustment.

2  Q.   We're going to get to the capacity constraints, I promise

3  you, sir.

4  A.   Great.

5  Q.   I know you cannot wait.

6       You agree that, based on the cohort that we've been

7  discussing, that is also a substantial reduction of the

8  percentage of Asian Americans at the Naval Academy, correct?

9  A.   Correct.

10  Q.   Now, when you refer to taking away the Black preference,

11  that refers to you manually replacing the estimated coefficient

12  on the race variable with zero before predicting admissions

13  decisions from the rest of the estimated model, correct?

14  A.   That's correct.

15  Q.   And when you talk about treating minority applicants as if

16  they were White, what you mean is that you are setting the race

17  coefficient to zero, correct?

18  A.   Correct.

19  Q.   And when you've used the term "determinative," you mean

20  that race has a substantial effect on the admissions

21  possibility of some applicants in the competitive pool,

22  correct?

23  A.   Admission probability.  I think you said "admission

24  possibility", but admission probability, correct.

25  Q.   Thank you.

1       And you determine whether something is determinative by
2  looking at the admit rate for those people who are admitted if
3  you took away the racial preference, correct?
4  A.   Correct.
5  Q.   You didn't do any evaluation in this case to determine
6  what factors other than race were determinative in the
7  admissions process for the Naval Academy, correct?
8  A.   This is -- determinative is all relative to what
9  they're -- what we're holding fixed.  So we could go the other
10 way and say now we're going to hold race fixed and everything
11 else fixed except for SAT score and see what happens when you
12 change that.
13       But those are the only ones that I analyzed marginal
14 effects and such.
15 Q.   Let me just give you one more chance to try one more time.
16       You didn't do any evaluation in this case to determine
17 what factors other than race were determinative in the
18 admissions process for the Naval Academy, correct?
19 A.   The issue is that "determinative" is a conditional
20 statement.  So conditional on what you're holding fixed, now
21 you're saying what's going to be determinative.  I --
22 Q.   Let's take a look at your deposition.
23 A.   Sure.
24 Q.   Let's go to page 153 of your deposition transcript in this
25 case.  I'd like you to take a look at lines 14 through 19.

1      My question was as follows:

2      "Q.  Did you, in fact, do any evaluation in this case to

3      determine what factors other than race were determinative

4      in the admissions process for the Naval Academy?

5      "A.  No."

6  A.   Right.  But if you look up ahead, I did give the context

7  for that.  You can see the hanging answer there beginning at

8  line 2.

9  Q.   Now, you testified just a few minutes ago that one way to

10 interpret your model is to conclude that the Naval Academy

11 considers race for each and every minority applicant, correct?

12 A.   That's one way of interpreting it, yes.

13 Q.   And the other way to interpret it, as you just said, is to

14 interpret it as, on average, the Naval Academy is considering

15 race of every minority applicant.  But on an

16 applicant-by-applicant basis, that may not be the case,

17 correct?

18 A.   That's correct.

19 Q.   And as you testified, your model could be interpreted

20 either way?

21 A.   Correct.

22 Q.   You believe it would be impossible to test whether, in

23 fact, the Naval Academy does consider the race of every

24 minority applicant in making admissions decisions, correct?

25 A.   That's correct.

1  Q.    And that's because the revealed behavior of the admissions
2  decisions can't tell you that information, correct?
3  A.    That's correct.
4  Q.    Since you raised it earlier, let's talk about capacity
5  constraints.  And let's go to your Exhibit 26.  And that's
6  PD326.
7       Now, this slide here identifies the four methods that you
8  used to quantity the Naval Academy's use of race in the
9  admissions process, correct?
10 A.    Correct.
11 Q.    And the first analysis you used was a transformational
12 analysis, correct?
13 A.    Correct.
14 Q.    And the second was an average marginal effects analysis,
15 correct?
16 A.    Correct.
17 Q.    The third is an admitted minority analysis, correct?
18 A.    Correct.
19 Q.    And as you testified yesterday, these first three methods
20 just reflect what would happen if you changed just one person's
21 race, correct?
22 A.    That's correct.
23 Q.    And so to estimate the entire class composition and what
24 it would look like without the consideration of race, you
25 employ a capacity constraint analysis, correct?

1  A.   Correct.

2  Q.   Your capacity constraint analysis asks how many of those

3  who were admitted with racial preferences would still be

4  admitted without racial preferences, correct?

5  A.   No, that's what the admitted minority analysis does.  The

6  capacity constraint analysis says how would the racial

7  composition of the class change if we hold the number of seats

8  fixed?

9  Q.   Sorry.  You're absolutely correct.  Let me just lay a

10 little bit of foundation here.

11     Your capacity constraint opinion is based largely upon

12 your interpretation and results of your logit model, correct?

13 A.   That's correct.

14 Q.   Let's take a look at the results from that model, which I

15 believe are reflected in PD3.35.

16     Now, again, with all of the same caveats, that we're

17 taking out the blue-chip athletes and the prep students, you

18 estimate from your model that, if race were not considered for

19 the classes of 2023 through 2024, the number of Black students

20 would decrease from 280 students to 224 students, correct?

21 A.   That's correct, but I do want to clarify here that I'm --

22 for the capacity constraint analysis, I'm changing the admit

23 probabilities for non-blue-chip athletes, nonprep pool, but

24 those who are applying from prep pool and blue-chip athletes

25 are part of the data.

1  Q.   Understood.  Understood.

2        So you estimate that the number of Black students would

3  drop by 56 students if race were not considered in the

4  admissions process for the classes of 2023 through 2024,

5  correct?

6  A.   Correct.

7  Q.   All right.  And for the classes of 2025 through 2027, you

8  estimate that, if the Naval Academy did not consider race, the

9  number of Black students would drop from 447 students to 338

10 students, correct?

11 A.   Correct.

12 Q.   So, in other words, you estimate that, if the Naval

13 Academy did not consider race, there would have been

14 approximately 109 fewer Black students in 2025 through 2027,

15 correct?

16 A.   Correct.

17 Q.   And this is always dangerous with a lawyer, but we're

18 going to do just some very simple math here.

19       That would mean that, over the course of the five years

20 that you looked at, 2023 through 2027, you estimate that if the

21 Naval Academy did not consider race, it would have admitted 165

22 fewer Black students, correct?

23 A.   That's correct.

24 Q.   Now, in your modeling of the admissions process without

25 the consideration of race and the use of capacity constraints,

1  you assume that the Naval Academy's admissions process uses the

2  same weights it currently uses and keeps everything else in the

3  admissions process the same, correct?

4  A.    That's the exercise, yes.

5  Q.    But in the counterfactual world that you're modeling where

6  the Naval Academy does not consider race, you suspect that the

7  Naval Academy would change its admissions process, correct?

8  A.    I do.

9  Q.    Now, as you mentioned on direct, you have some

10  peer-reviewed publications about your work in the *Harvard* case,

11  correct?

12  A.    That's correct.

13  Q.    And in at least one of those peer-reviewed publications,

14  you have observed that, should affirmative action be banned,

15  you would expect that both students and universities would

16  change their behavior by changing their application portfolios,

17  students, or their recruiting strategies, correct?

18  A.    That's correct.

19  Q.    And you believe that the same would hold true for the

20  Naval Academy if it no longer considered race, correct?

21  A.    That's correct.

22  Q.    You've written that universities may respond to

23  affirmative action bans by changing their admissions criteria.

24  A.    Correct.

25  Q.    For example, you've observed that in California the ban on

1  affirmative action led to lowering the emphasis on academics

2  and giving more weight for being from less affluent

3  backgrounds, correct?

4  A.   More -- less emphasis on tests, but they did give more

5  emphasis on grades; so those are both academic.  But the rest

6  of the statement is correct.

7  Q.   And more weight being from less affluent backgrounds,

8  correct?

9  A.   Correct.

10 Q.   Yeah.  And you think it's a good possibility that the

11 Naval Academy might employ these same sorts of methods if it no

12 longer considered race, correct?

13 A.   Correct.

14 Q.   But your capacity constraint model assumes that the Naval

15 Academy kept the same admissions process in the absence of the

16 consideration of race, correct?

17 A.   That's correct.

18 Q.   Stated differently, your modeling assumes that, if the

19 Naval Academy no longer considered race, it would not make any

20 other changes to its admissions policy, correct?

21 A.   I'm doing a counterfactual analysis to evaluate the

22 history that -- holding those things fixed, that is correct.

23 Q.   You agree, sir, that whether your capacity constraint

24 model accurately models a world in which the Naval Academy does

25 not consider race depends on whether the Naval Academy would

1    make changes to that process in the absence of the

2    consideration of race, correct?

3    **A.**    That's correct.

4    **Q.**    But your model in this case assumes that the Naval Academy

5    would keep the same admissions policies in a world where they

6    did not consider affirmative action, correct?

7    **A.**    That's the policy I'm considering, correct.

8    **Q.**    And the reason you didn't model what the Naval Academy's

9    admission process would look like in the absence of the

10   consideration of race is because you believe it's difficult to

11   do, correct?

12   **A.**    That's correct.

13   **Q.**    You believe it would require much stronger assumptions

14   about how the Naval Academy would respond if it no longer

15   considered race, correct?

16   **A.**    That's correct.

17   **Q.**    You didn't make any attempt to model how applicant

18   behavior might change if the Naval Academy no longer considered

19   race, correct?

20   **A.**    That's correct.

21   **Q.**    But you agree, sir, that if the application behavior

22   changed and the Naval Academy changed its admissions process

23   because it could no longer consider race, then your estimate

24   would not necessarily be accurate, correct?

25   **A.**    That's not the counterfactual I was analyzing, so correct.

1  Q.    I want to change gears slightly.

2       Controlling for class year and the characteristics of the

3  slating decisions, your model assumes that the Academy is

4  making each admissions decision independent of every other

5  application decision, correct?

6  A.    It's operating that way, yes.

7  Q.    You agree that the Naval Academy's decision on whether to

8  admit a candidate depends on its decision to admit another

9  candidate, correct?

10 A.    I'm sorry.  Say it again, please.

11 Q.    You agree that the Naval Academy's decision on whether to

12 admit a candidate depends on its decision to admit another

13 candidate, correct?

14 A.    Overall, yes.

15 Q.    For example, it's possible that the Naval Academy has

16 already accepted a candidate from a particular district.  That

17 could impact the Naval Academy's decision to accept a second

18 candidate from the same district, correct?

19 A.    That's correct.

20 Q.    In each admissions cycle that you reviewed, there were

21 more fully qualified candidates, as the Naval Academy defines

22 that term, than the number of appointments the Naval Academy

23 could offer, correct?

24 A.    Correct.

25 Q.    And your understanding is that final slating decisions

1  happen after all admissions decisions have been made, correct?

2  A.    Final slating decisions, yes.

3  Q.    But you also understand that slating decisions are a work

4  in progress and that initial slating decisions happen over the

5  course of time, correct?

6  A.    That's correct.

7  Q.    And you're aware that the Naval Academy must admit

8  65 percent of its class as STEM majors, correct?

9  A.    That's correct.

10 Q.    And your model does not reflect the STEM major constraint,

11 correct?

12 A.    It does not.

13 Q.    Your model does not include variables that account for the

14 fact that 65 percent of the class must be STEM majors, correct?

15 A.    Not directly --

16 Q.    Not directly.

17 A.    -- but things like your SAT math are going to capture some

18 of that.

19 Q.    Let's turn back now to your Demonstrative 25.  And that's

20 PD3.25.  And this is -- now I wanted to focus on the

21 presentation of your eight models.  And, in particular, I want

22 to ask you a few questions about your Model 8.

23      Now, as I understand it from your testimony, your Model 8

24 incorporates the previous seven models on this chart and

25 restricts the sample to those not missing values for household

1  income and certain community demographics, correct?

2  A.    That's correct.

3  Q.    And the result is that the sample size shrinks by

4  38 percent, correct?

5  A.    Now I'd have to do the math, but that seems reasonable.

6  Q.    You believe that, although the Naval Academy claims to

7  consider and afford preferences for socioeconomically

8  disadvantaged applicants, your analysis revealed that the Naval

9  Academy does not afford preferences for socioeconomically

10 disadvantaged applicants, be it for first-generation college

11 students or for those from households making less than $80,000,

12 correct?

13 A.    That's correct.

14 Q.    And when you say that the RAB points for socioeconomic

15 status are taken away during the admissions process, what you

16 really mean is that they are not making a difference in

17 admissions outcomes, correct?

18 A.    That's correct.

19 Q.    You believe that the best measure of individual

20 socioeconomic status are first-generation college and household

21 income below 80,000, correct?

22 A.    The best measures we have in the data.

23 Q.    And you understand that the RABs take into account

24 first-generation college and household income, correct?

25 A.    Correct.

1  Q.   But you weren't sure which RABs in particular are picking

2  up first-generation college and household income below 80,000,

3  correct?

4  A.   That's correct.

5  Q.   And your view is that the net effect of the RAB points and

6  first-generation college and income less than 80,000 is zero,

7  correct?

8  A.   That's correct.

9  Q.   And you believe that's the case because, again, you

10 believe the first-generation college and household income are

11 subsumed into those RABs?

12 A.   Well, I'm showing what happens to the coefficients on

13 first-generation college and household income when you add the

14 RABs, which takes you from Model 6 to Model 7.  So you go from

15 something that's zero to something that's big and negative.

16 Q.   Right.  And so, ultimately, you believe that the

17 first-generation and household income factors are not making a

18 difference for admissions decisions for minority applicants,

19 correct?

20 A.   For minority applicants?

21 Q.   Correct.

22 A.   Well, they're not making a different for any applicants.

23 Q.   Fair.  I'll take you on that.

24      But you also agree, sir, that it's possible that the

25 household income below 80,000 and first-generation college

 1  factors are also considered outside the RABs, correct?

 2  **A.**    That's entirely possible.

 3  **Q.**    And you believe that self-reported household income in the

 4  Naval Academy's admissions process is a good measure of

 5  socioeconomic status, correct?

 6  **A.**    I believe it's a good measure.  It's the best we have in

 7  the data.

 8  **Q.**    But you're aware that there are applicants in your

 9  regression pool who have misreported household income, correct?

10  **A.**    Well, given that it's self-reported, I suppose they could

11  be misreporting it.

12  **Q.**    Did you hear Dean Latta's testimony that it is frequently

13  the case that self-reported household income is inaccurate?

14  **A.**    I did not.

15  **Q.**    You have no reason to disagree with that testimony?

16  **A.**    I have no reason to agree or disagree.

17  **Q.**    Because you haven't looked at that issue?

18  **A.**    No.

19  **Q.**    If there were applicants who reported income was wrong,

20  that would lead to measurement error which would attenuate your

21  coefficient, correct?

22  **A.**    That is correct.

23  **Q.**    I want to ask you a few questions about NAPS.

24          Another opinion that you're offering in this case is that

25  for NAPS admissions, NAPS affords significant preference to

1    non-White applicants over their White counterparts, with

2    significant preference given for Black applicants over all

3    other applicants, correct?

4    A.    That's correct.

5    Q.    Let's take a look at your Demonstrative 44, which is

6    PD3.44.

7          Now, like the Naval Academy's admissions process, the

8    primary basis for your opinions about NAPS is the results and

9    interpretation of your logit model, correct?

10   A.    That's correct.

11   Q.    And the results of that logit model is what is being

12   reflected in PD3.44, correct?

13   A.    That's correct.

14   Q.    Now, you understand that the purpose of NAPS is to prepare

15   students for the Naval Academy through an additional year of

16   experience for those who would make good candidates for

17   admission to the Naval Academy, correct?

18   A.    I believe that's one of the purposes, yes.

19   Q.    You understand that the entire purpose of NAPS is to help

20   prepare individuals to access into the Naval Academy, correct?

21   A.    Sorry.  Say it again.

22   Q.    You understand that the entire purpose of NAPS is to help

23   prepare individuals to access into the Naval Academy, correct?

24   A.    So my understanding of that is you're looking both to

25   figure out who would be a good fit for NAPS as well as prepare

1  them for success at USNA.

2  Q.   You understand that those who enroll in NAPS have made a

3  commitment to the military by enlisting in the naval reserves,

4  correct?

5  A.   That's correct.

6  Q.   And you agree that applicants to the Naval Academy from

7  NAPS have had physical military training while in the reserves,

8  correct?

9  A.   That's correct.

10 Q.   You also agree that the NAPS coursework is intended to

11 prepare those students for the rigors of the Naval Academy,

12 correct?

13 A.   That's correct.

14 Q.   And you understand that the intention of NAPS is to

15 graduate them into the Naval Academy, correct?

16 A.   Correct.

17 Q.   You understand that, in making admissions decisions to

18 NAPS, a judgment is being made by the Naval Academy that those

19 students ultimately would be appropriate candidates to the

20 Naval Academy, correct?

21 A.   Correct.

22 Q.   And you agree that one of the benefits of the NAPS program

23 is that it permits the Naval Academy to assess the student's

24 actual performance inside and outside the classroom for a year,

25 correct?

1    A.    That's correct.

2    Q.    And that would allow the Naval Academy to consider

3    attributes such as a candidate's motivation, correct?

4    A.    Correct.

5    Q.    And your models do not have any quantifiable variable to

6    measure things like motivation, correct?

7    A.    Well, I thought that what you were talking about was their

8    experience at NAPS where then it would be revealed while

9    they're at NAPS.  But for the admission into NAPS, that's not

10   relevant, right, the stuff that they -- that gets revealed at

11   NAPS?

12   Q.    But your model has no quantifiable variable to measure

13   things like motivation; isn't that right?

14   A.    I have variables that might be correlated with that, but I

15   don't have a direct measure of motivation.

16   Q.    That's right.  I want to turn to a new topic.

17        And on direct examination, you discussed some modeling

18   work that you did for Richard Kahlenberg, correct?

19   A.    Correct.

20   Q.    You're aware that he's another expert that has been

21   retained by Students for Fair Admissions in this case, correct?

22   A.    Correct.

23   Q.    You skimmed Mr. Kahlenberg's report in this case, right?

24   A.    Correct.

25   Q.    And Mr. Kahlenberg asked you to test the results of a

1  number of race-neutral options using the admissions data

2  provided by the Naval Academy, correct?

3  **A.**    Correct.

4  **Q.**    At Mr. Kahlenberg's request, you conducted what he called

5  simulations of multiple race-neutral alternatives to forecast

6  the likely outcomes, correct?

7  **A.**    Correct.

8  **Q.**    And at Mr. Kahlenberg's request, you conducted multiple

9  simulations using multiple different race-neutral preference

10  sizes, correct?

11  **A.**    Correct.

12  **Q.**    The models you used to estimate your own work were the

13  models you used to do the simulations for Mr. Kahlenberg,

14  correct?

15  **A.**    Well, they were the same base model --

16  **Q.**    Correct.

17  **A.**    -- and then tweaking the coefficients.

18  **Q.**    You used the same base logit model, correct?

19  **A.**    That's correct.

20  **Q.**    Yeah.  You're not offering any opinions in this case as to

21  whether the simulations that Mr. Kahlenberg asked you and your

22  team to run were the right ones, correct?

23  **A.**    Correct.

24  **Q.**    And you're not offering any opinions about the

25  race-neutral alternatives that Mr. Kahlenberg has opined on,

1  correct?

2  **A.**    Correct.

3  **Q.**    And you're not offering any opinions on whether the Naval

4  Academy could actually institute any of the race-neutral

5  alternatives identified by Mr. Kahlenberg; isn't that right?

6  **A.**    That's correct.

7  **Q.**    And you're not offering any opinion in this case as to

8  whether the implementation of the race-neutral alternatives

9  identified by Mr. Kahlenberg would create a class with the

10  level of diversity and academic strength that the Naval Academy

11  hopes to achieve, correct?

12  **A.**    That's correct.

13  **Q.**    You're not offering any opinions about the interpretations

14  of the results of the simulations that Mr. Kahlenberg asked you

15  to run, correct?

16  **A.**    Correct.

17  **Q.**    Now, you understand, however, that Mr. Kahlenberg is

18  advocating that the Naval Academy consider race-neutral

19  alternatives, correct?

20  **A.**    Correct.

21  **Q.**    You understand that Mr. Kahlenberg is suggesting

22  race-neutral alternatives to boost the racial diversity of the

23  Naval Academy, right?

24  **A.**    Correct.

25  **Q.**    But you actually think it's ambiguous as to whether what

 1  Mr. Kahlenberg is advocating in terms of race-neutral

 2  alternatives is actually taking race into account, correct?

 3  **A.**    I think it depends on how you do it.

 4  **Q.**    In other words, you think it's ambiguous as to whether

 5  what Mr. Kahlenberg is advocating for in terms of race-neutral

 6  alternatives is just a subterfuge for considering race,

 7  correct?

 8  **A.**    The thing is it's ambiguous because I don't know all the

 9  details.

10  **Q.**    You think it's ambiguous as to whether what Mr. Kahlenberg

11  is advocating for in terms of race-neutral alternatives is just

12  a subterfuge for considering race, correct?

13  **A.**    Yeah, I don't know.  Yes.

14  **Q.**    Yes, correct?

15  **A.**    Well, ambiguous, I would say is I don't know.

16          **MR. GARDNER:**  I have no further questions, Your Honor.

17          **THE COURT:**  Thank you, Mr. Gardner.

18      Now, Mr. McCarthy, redirect?

19          **MR. MCCARTHY:**  Nothing, Your Honor.

20          **THE COURT:**  All right.  I wasn't sure if you wanted to

21  cover those ones where I sustained an objection you felt there

22  wasn't some completeness.  I'm allowing you to do that now if

23  you want to.  You don't have to.  I'm not saying that you do,

24  but --

25          **MR. MCCARTHY:**  He asked the question.

1          **THE COURT:**  All right.  That's fine.  I think he
2   covered it ultimately, I think, is the point.
3          **MR. MCCARTHY:**  He did.  Thank you.
4          **THE COURT:**  Yeah.  That's right.  Okay.  That's fine.
5      All right.  Thank you very much, Professor Arcidiacano.  I
6   did better that time.  And you can call me Judge Benet until I
7   get it right, sir.
8      All right.  So thank you very much.  And you may step
9   down.  You shouldn't discuss your testimony with anyone in the
10  event that you're called back to the witness stand if that were
11  possible.  It may happen.  So thank you very much.
12     This witness is excused, from your point of view, for the
13  day, correct, Mr. McCarthy?
14         **MR. MCCARTHY:**  Yes, Your Honor.
15         **THE COURT:**  Mr. Gardner, correct from your point of
16  view?
17         **MR. GARDNER:**  Correct, Your Honor.
18         **THE COURT:**  Yeah, Professor, you may go.  Thank you
19  very much.
20     All right.  We'll go about another half an hour before we
21  take our late-morning break.
22     So, Mr. Mortara, who's your next witness?
23         **MR. MORTARA:**  Your Honor, Mr. Strawbridge will call
24  our next witness, Mr. Kahlenberg, who he's going to get right
25  now.

1          **THE COURT:**  All right.  Thank you.

2          **MR. MORTARA:**  I'll take this opportunity to introduce

3    the Court to Ms. Rachael Wyrick, who is our --

4          **THE COURT:**  Yes, Ms. Wyrick, nice to have you here.

5    Welcome.  Nice to have you here.

6          **MR. MORTARA:**  She's our parachute replacement.  You

7    granted her motion yesterday.

8          **THE COURT:**  That's fine.

9       It's nice to have you here.  You have not heard my

10   previous comment that the farther you're away from that front

11   chair is the more work you've generally done on both sides of

12   the team.  So I'm sure you've contributed very much to this

13   effort.

14         **MS. WYRICK:**  That's not the case, but thank you for

15   having me here.

16         **THE COURT:**  Nice to have you here.

17         **MR. STRAWBRIDGE:**  Your Honor, plaintiff calls Richard

18   Kahlenberg.

19         **THE COURT:**  Yes.

20      Mr. Kahlenberg, come forward, please, sir.  Thank you.

21         **THE CLERK:**  Good morning, sir.  You can come right

22   here for me, please.  Will you please raise your right hand for

23   me.

24      (Witness sworn.)

25         **THE CLERK:**  Please state and spell your first and last

 1  name for the record.

 2          THE WITNESS:  Yes.  It's Richard Kahlenberg.

 3  R-I-C-H-A-R-D.  Kahlenberg is spelled K-A-H-L-E-N-B-E-R-G.

 4          THE CLERK:  Thank you.  If you don't mind, when you're

 5  speaking, get close to that mic and keep your voice up so we

 6  can hear you, please.

 7          THE WITNESS:  Okay.

 8          THE CLERK:  Thank you.

 9                  DIRECT EXAMINATION

10  BY MR. STRAWBRIDGE:

11  Q.   Good morning, Mr. Kahlenberg.

12  A.   Good morning.

13  Q.   Could you please tell the Court what you do for a living.

14  A.   Yes.  I'm the director of the American Identity Project at

15  the Progressive Policy Institute, which is a think tank in

16  Washington, DC, founded 1989.  I'm also a professorial lecturer

17  in George Washington University's Trachtenberg School of Public

18  Policy and Public Administration, where I teach on issues of

19  civil rights and economic inequality.

20  Q.   Are you here today on behalf of either of your employers?

21  A.   I am not.  I am here in my personal capacity.

22  Q.   Were you retained by Students for Fair Admissions to give

23  opinions in this case about the availability of race-neutral

24  alternatives to the admissions process at the Naval Academy?

25  A.   I was.

1  Q.   And when were you retained first by SFFA in this matter?

2  A.   December of 2023.

3  Q.   Before we get to your work in this case, can you give the

4  Court a synopsis of your professional background, starting with

5  your education.

6  A.   Yes.  I graduated from Harvard College in 1985 magna cum

7  laude.  And I wrote my senior honors thesis on Robert Kennedy

8  and his 1968 campaign for President in which he brought

9  together working-class voters of all different races.

10      I then went to the University of Nairobi on a Rotary

11 fellowship for a year.  And then I returned to Harvard for law

12 school, where I graduated in 1989.

13 Q.   What did you do following your graduation from Harvard Law

14 School?

15 A.   So I was thinking about going to practice law and decided

16 I personally was more interested in public policy issues.  And

17 so I went to work for -- as legislative assistant for Senator

18 Charles Robb, Democratic U.S. Senator from Virginia.

19 Q.   What did you do for Senator Robb's office?

20 A.   I worked on a variety of issues, including civil rights,

21 judicial appointments, campaign finance issues, energy, and the

22 environment.

23 Q.   How long did you work there?

24 A.   I worked there for four years.

25 Q.   What was the next stop in your career journey?

 1  **A.**    So after that, I went to teach law school at George

 2  Washington University.  And I taught -- I was a visiting

 3  professor of constitutional law.

 4  **Q.**    Did you remain in the legal profession?

 5  **A.**    No.  At that point I returned to the public policy field

 6  and went to work for the Center for National Policy, which was

 7  a think tank founded by Senator Edmund Muskie.

 8  **Q.**    How long were you at that think tank?

 9  **A.**    I was there for two years, and then I went and spent most

10  of my career at a think tank known as the Century Foundation,

11  which was founded in 1919.  And I worked on a variety of

12  issues, including civil rights, economic inequality, and using

13  race-neutral strategies to achieve racial and economic

14  diversity at the K through 12 level and in higher education.

15  **Q.**    You said you were at the Century Foundation for how long?

16  **A.**    For 24 years.

17  **Q.**    Did you go from there to the Progressive Policy Institute?

18  **A.**    I did.

19  **Q.**    What are your job responsibilities at the Progressive

20  Policy Institute?

21  **A.**    Well, I continue to work on issues related to inequality

22  in society.  Some relate to the question of housing; others

23  relate to education.  And in my role as director of the

24  American Identity Project I'm working on the idea of trying to

25  teach students what they have in common as Americans across all

 1  different lines of identity.

 2  **Q.**   Have you written some books regarding the use of race in

 3  education policy?

 4  **A.**   I have.

 5  **Q.**   And have we prepared some slides to go through the

 6  examination today?

 7  **A.**   I have.

 8  **Q.**   Okay.  Can you just briefly describe the books that are

 9  shown on Plaintiff's Demonstrative 4.2.

10  **A.**   Yes.  So "The Remedy," which I published in 1996, is a

11  book that discusses the idea of transitioning from a system of

12  affirmative action in higher education based on race to one

13  which provided a preference to socioeconomically disadvantaged

14  students of all races.

15      "All Together Now," which was published by Brookings Press

16  in 2001, addressed the issue of creating socioeconomically

17  integrated schools as a way of producing both racial and

18  economic diversity at the K through 12 level.

19      I was editor of the "America's Untapped Resource" in 2004,

20  which dealt with issues of inequality of higher education,

21  including some modeling of what would happen if selective

22  universities transitioned from affirmative action based on race

23  to affirmative action based on economic disadvantage.

24      The next book, "Affirmative Action for the Rich," takes up

25  the subject of legacy preferences in colleges.

1        The next book, "Rewarding Strivers," also dealt with

2   inequality in higher education and included modeling of

3   race-neutral alternatives at selective colleges.

4        The "Future of School Integration," published in 2012,

5   including research from a number of individuals that looked at

6   transitioning from racial integration programs to socioeconomic

7   integration programs, particularly in light of Supreme Court's

8   decision in *Parents Involved* that struck down racial

9   integration plans.

10       Next, I was editor of a volume called "The Future of

11  Affirmative Action," which brought together proponents of

12  race-based affirmative action and opponents of race-based

13  affirmative action to analyze the efficacy of race-neutral

14  strategies in higher education.

15       And, finally, I have a book called "Class Matters" that

16  will be forthcoming next year that addresses issues of race,

17  class, and affirmative action.

18  Q.   Can you tell the Court how your books have been received?

19  A.   Yes.  I'd say they've been received favorably for the most

20  part.  And, for example, "The Remedy" on the issue of

21  economic-based affirmative action was named one of the best

22  books of the year by *The Washington Post*.

23       And William Julius Wilson, a professor at Harvard

24  University, called it the most thoughtful and complete analysis

25  of affirmative action based on class in his review in *The New*

1    *York Times*.

2    **Q.**   Have you written any articles regarding alternatives to

3    using race in college admissions?

4    **A.**   Yes.  I've written more than 100 articles on this topic,

5    including in law review articles -- in law reviews, in policy

6    journals, and the popular press.

7    **Q.**   Have you ever spoken on this topic at any seminars or

8    conferences?

9    **A.**   Yes.  I've spoken at dozens of conferences over the years,

10   including with admissions officers at leading colleges across

11   the country.

12   **Q.**   Have you ever been retained as a consultant to schools

13   considering alternatives to the use of race?

14   **A.**   Yes.  I've worked with a number of K through 12 school

15   districts that were interested in finding ways to achieve

16   racial diversity within the confines of the law and basing

17   those integration programs on socioeconomic status.

18       So that includes Chicago Public Schools, the public

19   schools in Charlotte-Mecklenburg, North Carolina; New Haven,

20   Connecticut; and Pasadena, California.

21   **Q.**   Have you advised any organizations that work with

22   colleges?

23   **A.**   Yes.  I advised the college board on the creation of a

24   tool known as Landscape, which allows universities to type in

25   the address of a student and the school name -- the high school

1  name and get a great deal of information about the

2  socioeconomic disadvantages that those students have faced.

3  Q.   Have you testified as an expert witness in a court case

4  before?

5  A.   Yes.  I've testified in federal court on three occasions.

6  The first was on behalf of the Chicago Public Schools.  They

7  were seeking unitary status in a school desegregation case and

8  wanted to -- wanted the court to have information about the

9  socioeconomic alternative that they planned to pursue that I

10 helped them devise to integrate their selective schools and

11 their magnet schools.

12      I also testified in federal court in Boston in the

13 *Students for Fair Admissions v. Harvard* case and in federal

14 court in North Carolina in the *Students for Fair Admissions v.*

15 *University of North Carolina* case.

16 Q.   Was your work in the *Harvard* or *UNC* cases discussed at all

17 in the Supreme Court's decision?

18 A.   Yes.  So the modeling that I did with Professor

19 Arcidiacono on alternatives to using race in admissions were

20 cited by Justice Gorsuch in his concurring opinion in *Students*

21 *for Fair Admissions v. Harvard*.

22 Q.   I'd like to discuss the methodology that you employed in

23 reaching your opinions in this case.

24      What materials did you review in preparing your opinion?

25 A.   So I reviewed a large number of documents that the Naval

1  Academy provided as part of the discovery process.  I reviewed

2  the expert reports, both those submitted by Professor

3  Arcidiacono and those submitted by the Naval Academy.  And I've

4  read a number of the depositions of the experts as well as

5  Naval Academy officials.

6  **Q.**    Did you review any literature regarding race-neutral

7  alternatives in forming your opinions?

8  **A.**    Yes.  I reviewed quite a bit of literature as part of

9  my -- part of my day job, if you will.  I try to keep up on the

10 literature about the use of race-neutral alternatives in higher

11 education.

12        And in addition to that, in this case I reviewed some

13 materials on the Coast Guard's use of race-neutral strategies

14 in their admissions process prior to 2010 when they were -- at

15 which time they were banned from using racial preferences.

16 **Q.**    What else, if anything, did you do to inform your opinions

17 in this case?

18 **A.**    Well, one of the most important things I did was to work

19 with Professor Arcidiacono to model what would happen if the

20 Naval Academy adopted a number of race-neutral strategies using

21 the actual applicants who had applied to the Naval Academy over

22 a five-year period.

23        **MR. STRAWBRIDGE:**  Your Honor, at this time I would

24 offer Rick Kahlenberg as an expert witness on the topic of

25 available alternatives to the use of race in higher education.

 1          **THE COURT:**  Yes.  I think we've --

 2      Yes, Ms. Yang?  Yes?

 3          **MS. YANG:**  No objection.

 4          **THE COURT:**  I didn't think there was an objection.

 5  It's already been clearly stipulated, and he's free to give his

 6  opinions.

 7  **BY MR. STRAWBRIDGE:**

 8  **Q.**   Mr. Kahlenberg, there's a binder -- I think the white

 9  binder in front of you.  Does that contain copies of the

10  reports you prepared in this case?

11  **A.**   Yes, it does.

12          **MR. STRAWBRIDGE:**  Your Honor, we would move the

13  admission of P219 and P223.

14          **THE COURT:**  Plaintiff's Exhibit 219 and Plaintiff's

15  Exhibit 223.

16      Any objection, Ms. Yang?

17          **MS. YANG:**  Given the Court's prior rulings, no

18  objection.

19          **THE COURT:**  All right.

20  **BY MR. STRAWBRIDGE:**

21  **Q.**   Before we get to some of the other work you did in this

22  case, Mr. Kahlenberg, has the Naval --

23          **THE COURT:**  Again, I don't know the absolute total

24  contents of each exhibit.  It's subject to the same rulings as

25  I've indicated previously.  To the extent that there's any

1  reference -- if there are any hearsay implications, I'll be

2  able to ferret those out.

3           MR. STRAWBRIDGE:  We understand, Your Honor.

4           THE COURT:  So, yeah, they're admitted.

5  BY MR. STRAWBRIDGE:

6  Q.   Has the Naval Academy itself done any analysis of

7  race-neutral alternatives to its current admissions process?

8  A.   Yes.  They've done a very cursory analysis.

9        So in the prior litigation in the *Harvard* case and the

10  *University of North Carolina* case, there had been committees

11  set up to address race-neutral strategies at both institutions.

12  There was nothing similar done in this case by the Naval

13  Academy.

14       There was a request for information from a superior in the

15  Department of Defense of about whether there had been modeling

16  done, and the Naval Academy indicated that no -- no modeling,

17  no simulations had been done to see what would happen if race

18  were not used.

19       What was done was a cursory look at the -- a number of

20  characteristics that are associated with disadvantage, so being

21  a first-generation American, for example, or facing hardship.

22       There was, I think, five or six spreadsheets which listed

23  the names of applicants and their race.  Connected with each of

24  these characteristics, they were admitted -- or enrolled

25  students rather than applicants, which is what you would

 1  normally do with a race-neutral strategy.

 2  **Q.**   In reviewing the materials that were available to you, did

 3  you form any understanding of the benefits that the Naval

 4  Academy seeks to obtain from using race in admissions?

 5  **A.**   Yes.  At one point in the case, the Naval Academy was

 6  discussing the educational benefits of diversity on the campus

 7  itself.  In addition, the Naval Academy had cited military

 8  benefits to making sure that the officer corps is racially

 9  diverse.

10      And those would include things like promoting unit

11  cohesion and lethality and also enhancing the legitimacy of the

12  Navy in the eyes of the American public and in the eyes of

13  foreign officials as well.

14  **Q.**   Just to be clear, Mr. Kahlenberg, do you have any

15  expertise in military interests?

16  **A.**   I have none.

17  **Q.**   So --

18  **A.**   I would say that there are -- there are some parallels,

19  perhaps, to the educational benefits of diversity on campus and

20  in the military, but I'm not an expert on military matters.

21  **Q.**   What level of racial diversity do you understand the Navy

22  to be claiming to achieve its benefits?

23  **A.**   Well, this was, I would say, one of the disappointing

24  aspects of the case because in race-neutral analysis one wants

25  to identify whether alternatives will work, whether they'll be

1    sufficient.

2        And so in that is inherent the idea of a definition of

3    success.  What would make a race-neutral alternative

4    successful?

5        And so I was hoping that in the -- you know, in the

6    discussions from the Naval Academy officials or from some of

7    the expert witnesses that the Navy provided, there would be

8    some quantitative range of diversity that would be necessary to

9    achieve the benefits that they're seeking.  And there wasn't

10   anything like that.

11       The only real reference was to trying to generally reflect

12   the U.S. population.

13            THE COURT:  Mr. Strawbridge, if I might interject.

14   I'm not trying to interject -- interrupt your examination.  It

15   would be helpful to me in terms of having clearly recognized

16   Mr. Kahlenberg's expertise in terms of race-neutral

17   alternatives.

18       I think you just addressed in terms of the educational --

19   the improvement of the educational environment on the campus as

20   well as the diversity of the officer corps.  And you've

21   indicated that you don't proffer yourself as an expert with

22   respect to the matter of the diversity of the officer corps,

23   but you're just addressing the matter of the atmosphere on the

24   campus itself, correct?

25            THE WITNESS:  So I would say the race-neutral

 1  analysis -- you know, whether race-neutral alternatives will

 2  work to produce diversity is within my area of expertise.  Kind

 3  of the validity of the interest asserted is -- in the military

 4  context is not something I've studied, and so I don't hold

 5  myself out to be an expert.  I don't have any objections to

 6  their -- the interests that they're asserting; I'm just saying

 7  I haven't studied that --

 8          THE COURT:  Yes.  And I'm just trying to ask this

 9  question now because it lays the foundation as to what you can

10  and cannot testify to down the road and that you clearly are

11  addressing the same matters you addressed in the *UNC* and

12  *Harvard* cases as to the benefits or lack thereof in terms of

13  race-neutral alternatives in a campus environment, but you

14  cannot opine as to the effort with respect to the diversity of

15  the officer corps.

16          THE WITNESS:  I think that's broadly true.  I would

17  say that there are some parallels that might carry over.  And

18  so, for example, in one of my reports I talked about the costs

19  of using racial preferences to achieve diversity.  And those

20  costs could relate to the military's stated interests.

21      So just to make this concrete, for example, if there's --

22  if it is true that racial preferences, as a means of achieving

23  racial diversity, results in increased animosity, that could

24  relate to the issues of military cohesion and legitimacy.

25          THE COURT:  But that really isn't your area of

 1  expertise, however, correct?

 2          THE WITNESS:  That's correct.

 3          THE COURT:  All right.  I think it's important to lay

 4  that foundation as we start.

 5          MR. STRAWBRIDGE:  And let me just lay a little bit of

 6  additional foundation, Your Honor.

 7          THE COURT:  Sure.

 8  BY MR. STRAWBRIDGE:

 9  Q.   Do you understand whether the Naval Academy is arguing

10  that, to obtain its military interests, it requires types of

11  diversity on campus?

12  A.   Well, in Dean Latta's declaration, that was one of the

13  asserted interests.

14  Q.   Are you capable of testifying ways in which the Naval

15  Academy could obtain racial diversity on campus through the use

16  of race-neutral alternatives?

17  A.   Yes.

18  Q.   Can you describe how you went about preparing your opinion

19  as to how the Naval Academy could use race-neutral alternatives

20  to obtain diversity on campus?

21  A.   Yes.  So the beginning point for me was to examine the

22  menu of race-neutral strategies that had been adopted at a

23  number of higher education institutions that have used -- that

24  have been forbidden from using race in admissions.

25      So there are about 10 states where, often through a voter

1  initiative, public institutions are constrained from using

2  racial preferences in college admissions.  And, in addition, in

3  the service academy context, as I mentioned earlier, the Coast

4  Guard has been -- has been, was -- during a time period until

5  2010, forbidden from using race.

6      So I looked at the various types of strategies that those

7  institutions employed in order to create racial and

8  socioeconomic diversity without using racial preferences.

9  Q.    And let me just ask.  Do you understand that the Naval

10 Academy also professes an interest in other types of diversity

11 on campus besides racial diversity?

12 A.    Yes.  So the Naval Academy discusses the benefits of a

13 variety of types of diversity, including, importantly,

14 socioeconomic diversity as well as racial diversity.  They say

15 there are benefits to both of those types of diversity.

16 Q.    Okay.  And you mentioned your work with Professor

17 Arcidiacono.  Did you do anything in preparing your analysis to

18 determine the relative significance of factors on diversity

19 broadly in the Naval Academy's current admissions process?

20 A.    Yes.  So as a starting point in discussing race-neutral

21 alternatives in a particular campus, it's important to know

22 what counts in admissions under the current process because

23 then one can ascertain how much race counts in admissions and

24 the degree to which some of the race-neutral alternatives,

25 which would include factors like socioeconomic status, are or

 1  are not already being accounted for in the process.  So that

 2  was an initial step in race-neutral alternative analysis.

 3  **Q.**   Okay.  And could you describe what's on the slide you

 4  prepare here with respect to this question as to what counts in

 5  the Naval Academy's current admissions process.

 6  **A.**   Yes.  So Professor Arcidiacono --

 7            THE COURT:  Mr. Strawbridge, what number is this, what

 8  exhibit number?  Is it a demonstrative exhibit?

 9            MR. STRAWBRIDGE:  This is Plaintiff's

10  Demonstrative 4.3.

11            THE COURT:  4.3.  Not 4.2, but 4.3.  Thank you.

12            MR. STRAWBRIDGE:  Yes.

13            THE WITNESS:  So this table indicates essentially the

14  size of the preference provided to various characteristics of

15  students according to Professor Arcidiacono.

16       And so you can see from the table that, you know,

17  obviously, the bigger the number, the larger the preference.

18  And so right now, according to Professor Arcidiacono's

19  analysis, race counts a great deal in admissions.  So Black

20  students, Asian students, Native American, Hawaiian students,

21  and Hispanic students all receive a substantial preference in

22  admissions.

23       In addition, there are some preferences that tend to help

24  more socioeconomically advantaged students.  So that would

25  include the percentage of -- going to a high school where your

1  classmates are more likely to go to a four-year college, being

2  a legacy from the U.S. Naval Academy, and attending a private

3  high school.  So those three tend to benefit more advantaged

4  students.

5       And then way down the list, kind of the least significant

6  preferences were provided for students who attend high-poverty

7  high schools; that is, students where the percentage of those

8  eligible for free and reduced-price lunch, or subsidized meals,

9  an indicator -- a standard indicator of being economically

10 disadvantaged, is -- so you receive a very small preference if

11 there are a large number of classmates in your high school who

12 are eligible for free and reduced-price lunch or if you're a

13 first-generation college student.

14      And then if you come from a family household that makes

15 less than $80,000 a year, there's a -- actually a very slight

16 negative coefficient associated with that characteristic.

17 **BY MR. STRAWBRIDGE:**

18 **Q.**   And before we move on here, I just wanted to ask you what

19 is meant by "USNA legacy" in this chart.

20 **A.**   So USNA legacy would be the students who are receiving a

21 legacy preference because of a family relationship with a

22 graduate of the Naval Academy.

23      Now, the Naval Academy, in their written description of

24 how the legacy process works, includes a number of different

25 service academies and people who are currently in the military.

1  And so their preference is much broader -- the described

2  preference is much broader than just graduates of the Naval

3  Academy, you know, offspring or siblings of graduates of the

4  Naval Academy.

5       But Professor Arcidiacono's analysis found that what

6  really counted in admissions in a positive sense was the USNA

7  legacy as opposed to all those other relationships with the

8  military more broadly.

9  Q.   Is there evidence that you reviewed in this case that

10  indicates consistent with this chart -- oh, wait.  Let me ask

11  you this:

12       What does the other evidence you reviewed in this case

13  indicate about the socioeconomic diversity on the Naval

14  Academy's campus?

15  A.   Yes.  Well, given that the admissions process is set up in

16  a way in which more advantaged students receive preferences and

17  economically disadvantaged students do not receive much credit

18  for having overcome obstacles, it's not surprising that the

19  Naval Academy is strikingly lacking in socioeconomic diversity.

20  So there are a number of data points I would cite for that.

21       First, in the class of 2026 only 12 percent of students

22  were first-generation college.  In the five years of data that

23  Professor Arcidiacono analyzed, he found that only 19 percent

24  of admitted students had parents lacking a bachelor's degree.

25       To give context for those numbers, by contrast, a majority

 1  of adults in America lack a two-year degree or more and

 2  62 percent lack a four-year degree.  That is to say, you'd

 3  expect in the general population there to be much larger

 4  numbers of first-generation college students than you see at

 5  the Naval Academy.

 6       Another way to analyze this is in terms of family income.

 7  And for the class of 2027, 72 percent of students came from

 8  homes with an income above 80,000 as opposed to 18 percent

 9  below 80,000.  And then to give national statistics on this,

10  the median family household income in United States in 2022 was

11  74,850.

12       So, in sum, if the Naval Academy were reflective of the

13  general income level of the population as a whole, you would

14  expect roughly a one-to-one relationship for those making more

15  than 80,000 versus those making less.  And, in fact, at the

16  Naval Academy, there are four times as many students from above

17  80,000 as below 80,000 in household income.

18  Q.   And at this point -- this is perhaps somewhat inherent in

19  the prior questions you answered, but are you generally a

20  supporter of socioeconomic preferences, Mr. Kahlenberg?

21  A.   I am, for a number of reasons.

22       To begin with, socioeconomic -- looking at a student's or

23  an applicant's record in light of what socioeconomic obstacles

24  they've overcome in life, in my view, is a better approximation

25  of what I would call true merit; that is, merit that considers

1  not only a student's record but also the hurdles they had to

2  face in life to overcome -- overcome and achieve that

3  particular record.

4       Moreover, given our nation's history of discrimination and

5  segregation, it's not surprising that Black and Hispanic

6  students are disproportionately found among lower socioeconomic

7  status families and living in lower socioeconomic neighborhoods

8  and so they will disproportionately benefit from a

9  socioeconomic preference.

10      In addition, there's a benefit to socioeconomic diversity

11  related to the environment on campus, and there may be

12  parallels in the military context that the Naval Academy

13  recognizes.

14      They recognize that racial diversity brings benefits, and

15  I agree with that.  They also recognize that socioeconomic

16  diversity brings a different set of benefits, that when you

17  have a student body that includes individuals who bring a

18  variety of life experiences, that strengthens the learning that

19  goes on on campus.  So that's an additional interest as well.

20      The last thing I'll mention is that socioeconomic

21  preferences are much more broadly accepted by the American

22  public and are much less divisive than racial preferences.

23      So most of the polling that's been consistent over about

24  30 years finds that, by two to one, Americans believe that it

25  makes sense to reward students who have overcome socioeconomic

1  obstacles, whereas there's often strong opposition to the use

2  of race or racial preferences in admissions.

3      And so the policy is one that can bring -- bring a broader

4  set of Americans together in support of the policy.

5          THE COURT:  Thank you.  This is probably the point

6  where we'll stop for our late-morning break.  And then we'll go

7  about another hour before we go to lunch.

8      We'll stand in recess for 10 minutes.

9          THE CLERK:  All rise.  This Honorable Court is now in

10 recess.

11     (A recess was taken from 11:50 a.m. to 12:05 p.m.)

12         THE COURT:  All right.  We may continue,

13 Mr. Strawbridge.

14 **BY MR. STRAWBRIDGE:**

15 **Q.**  Mr. Kahlenberg, when we left, you were discussing some of

16 the reasons why you favor socioeconomic preferences over racial

17 preferences.

18     Are there additional reasons why, in your view,

19 socioeconomic preferences are preferable to race?

20 **A.**  Yes.  So, in my view, the racial preferences come with

21 costs, and socioeconomic preferences can achieve many of the --

22 many, if not all, of the benefits of racial preferences without

23 entailing those costs.

24     So as I mentioned earlier, the public -- public opinion is

25 strongly against the use of racial preferences.  And so, for

1    example, the Pew Research Center found that 74 percent of

2    Americans do not want race used as a factor in admissions.

3        Going back to the *Bakke* decision, Justice Powell

4    recognized that there are costs in terms of possible increased

5    animosity that can come from any policy -- a policy like racial

6    preferences that people view as unfair.

7        And in my report I cite one particular study by Professor

8    Sniderman from Stanford which found that the mere mention of

9    affirmative action policies increased racial prejudice of White

10   people against Black people.

11       And so in the study, he looked at two groups of White

12   people who were comparable in terms of political etiology,

13   education level, those sorts of things.  And in the first set

14   of -- with the first set of respondents, he placed a question

15   about affirmative action at the very end of the discussion, and

16   he ascertained the views of White people about Black people

17   early on in the -- in the survey.

18       In the other, he changed the order of the question so that

19   the mention of affirmative action policies came earlier in the

20   discussion, and that mere mention of affirmative action

21   increased negative stereotyping that White people had about

22   Black people in America.

23   Q.   Have other selective universities successfully used

24   socioeconomic preferences instead of race?

25   A.   Yes.  So, as I mentioned earlier, there are about 10

1  states where racial preferences have been banned.  And in 2012

2  I was involved in a study that examined whether leading

3  flagship universities were able to achieve racial diversity

4  through a series of race-neutral strategies such as

5  socioeconomic preferences increasing financial aid, those sorts

6  of things.

7       And in 7 of the 10 cases, race-neutral strategies achieved

8  as much Black and Hispanic representation as the use of racial

9  preferences had previously before the policies were banned.  So

10  these included leading institutions like the University of

11  Texas at Austin, University of Florida, the University of

12  Washington.

13       There were three outliers in that study; that is, three

14  institutions that had not been successful in achieving the same

15  level of racial diversity with race-neutral strategies.  But

16  the good news here is that, over time, they were able to

17  achieve high levels of racial diversity.

18       And so the three outliers were UCLA, University of

19  California at Los Angeles; UC Berkeley; and the University of

20  Michigan.  And in recent years they have been able to achieve

21  high levels of diversity.

22       So in 2021 UCLA admitted the highest proportion of

23  underrepresented minority students over 30 years.  So that is

24  prior to when the ban on racial preferences was put into

25  effect.

1          In 2020 UC Berkeley said that it had admitted the most

2     ethnically diverse freshman admitted class in more than 30

3     years.

4          And at the University of Michigan in 2021, the incoming

5     class was among the university's most racially and ethnically

6     diverse class.

7     Q.   Did you review any information -- I think you did testify

8     earlier -- about alternatives to the use of race at other

9     service academies?

10    A.   Yes.  I looked at the Coast Guard Academy, which was

11    banned from using race until 2010.  And they were able increase

12    the minority representation over a short period of time from

13    11 percent to 24 percent using race-neutral strategies.  And

14    among the race-neutral strategies they employed was a -- an

15    enhanced effort to encourage people to -- underrepresented

16    minorities to apply and to therefore ultimately be admitted to

17    the institution.  They doubled their budget for outreach to

18    underrepresented minority students.

19    Q.   Now, are there differences between the Naval Academy and

20    the Coast Guard Academy?

21    A.   There are -- there are differences.  So the Coast Guard

22    Academy is quite a bit smaller than the Naval Academy.  The

23    Coast Guard Academy does not have the congressional

24    appointments process that the Naval Academy has.  There was an

25    effort to impose the congressional appointments process on the

 1   Coast Guard, but they successfully resisted that effort.

 2       And the Coast Guard is somewhat less selective.  So in a

 3   recent year, 18 percent of students were admitted.  And the

 4   Naval Academy is a little bit more selective than that,

 5   although both institutions are highly selective --

 6           THE COURT:  I can interject, Mr. Strawbridge.

 7       Following what the witness -- I mean, the Coast Guard

 8   Academy is also under the Department of Transportation, not the

 9   Department of Defense, correct?

10           THE WITNESS:  That's correct.

11           THE COURT:  Okay.

12           THE WITNESS:  Despite these differences, there are, I

13   think, some important similarities.  So unlike most colleges,

14   the Coast Guard, like the Naval Academy, has a fitness and

15   medical requirement.  And probably most importantly, you're

16   dealing with a -- you know, in both cases, a subset of the

17   population that, in return for tuition, room, and board, are

18   willing to make a commitment to serve their country and in many

19   cases, you know, may end up putting themselves in harm's way.

20       And so I think those similarities are important to

21   recognize as well as the differences.

22   BY MR. STRAWBRIDGE::

23   Q.   What is your assessment of the Naval Academy's current

24   effort to recruit candidates who apply for admission?

25   A.   Well, I think it's fair to say that the Naval Academy does

1  a number of important things to try to increase recruitment of

2  minority students, outreach programs, programs to help minority

3  students complete the application, which is an important part

4  of the larger recruitment process.

5      And the Naval Academy points to the use of this

6  race-neutral alternative of outreach that doesn't involve race

7  in the selection of students and has said that increasing --

8  the increased diversity within the brigade over the past

9  10 years is primarily the result of admissions outreach to

10 underrepresented areas.

11 Q.  Does that mean you think that the Naval Academy has done

12 all that it can in this area?

13 A.  No.  I think there are a number of good programs in place,

14 programs that have been proven effective, and yet the evidence

15 suggests that the Naval Academy has underinvested in these

16 programs.

17     And so if you look at information that Dean Latta

18 prepared, he found that in 2020, 2021, 2022, and 2023, in each

19 year the Naval Academy failed to reach their goals on completed

20 applications in the process.

21 Q.  Are there other challenges that the Naval Academy has

22 identified with respect to increasing outreach?

23 A.  Yes.  So there are a number of reports that Dean Latta

24 prepared that consistently, year after year, talk about

25 shortfalls in funding for outreach programs.  So the -- you

1  know, Dean Latta indicated we have been chronically

2  understaffed.  Unless we are properly funded, staffed, and

3  supported, opportunities to continue to improve our performance

4  will be severely limited.

5  Q.   Was there other information that you reviewed in this case

6  that indicated that the Naval Academy could do more with

7  respect to outreach?

8  A.   Yes.  There was a report that was commissioned and

9  conducted by the Boston Consulting Group which found that,

10 compared to its competitors, the Navy -- the Naval Academy lags

11 in digital presence, especially among minority students.  So

12 that is they're less likely to be known through social media in

13 comparison to these other institutions.

14 Q.   And did the Boston Consulting Group have some

15 recommendations for the Academy in the evidence you reviewed?

16 A.   Yes.  So the Boston Consulting Group concluded that the

17 Naval Academy should invest more in admissions and -- including

18 improving social media, deeper engagement with geographies and

19 where USNA appointments are undercompetitive, and better

20 leveraging USNA's massive cohort of blue and gold officers.

21 Q.   And just asking a quick question about this exhibit that

22 you reviewed and relied upon in your report, what do you

23 understand the funding sources for the Naval Academy's

24 admissions office to be?

25 A.   Well, it's my understanding that there are both private

1  and public sources of support.

2  **Q.**   Are there preferences that the Academy uses today that

3  could be discontinued to promote racial diversity in a

4  race-neutral manner?

5  **A.**   Yes.  So as I mentioned earlier, there are a number of

6  preferences in place that tend to advantage wealthier and

7  whiter applicants.  And I'll cite a couple of them here.

8       So, for example, students receive automatic points for

9  attending a school with a high percentage of classmates who

10  attend college.  So these are -- it has nothing to do with the

11  individual merit of the student, but they happen to go to a

12  school in which the classmates go on to college.

13       So there are 2,000 points associated with a student who

14  attends a high school that has 95 percent or more of students

15  who are going on to college.  So you can imagine the types of

16  schools that these tend to be -- private high schools, quite

17  affluent schools.

18       Then there are decreasing points in 500-point increments

19  down to those students who attend high schools where fewer than

20  65 percent of their classmates are college-bound.

21  **Q.**   What do you understand the rationale for this aspect of

22  the Academy's WPM adjustments to be?

23  **A.**   Well, the Naval Academy speaks of this in terms of

24  college-going as a proxy for quality, the quality at the high

25  school, which I think is unfortunate because the research has

1  long been clear that college-going is not merely a matter of

2  talent and hard work; it's a matter of economic privilege.

3       And, in fact, there's research finding that students who

4  are low-scoring but wealthy are more likely to get a college

5  degree in America than students who are high-scoring and poor.

6  And so, to my mind, this is really a preference that deeply

7  concerns me.

8  Q.   Are there additional preferences in the Academy's

9  admissions process with respect to their adjustments to the WPM

10 that favor whiter or wealthier applicants?

11 A.   Yes.  So there is one provision which provides 500 points

12 for students who take 10 or more AP classes by their junior

13 year -- by the end of their junior year, a thousand points if

14 they have taken the IB program.

15      And for the same reason, this is concerning to me because

16 about half of U.S. high schools don't even offer 10 AP classes.

17 And the research is very clear that students who go to

18 socioeconomically disadvantaged schools, those that have higher

19 percentage of Black and Hispanic students, are more likely to

20 lack the ability to take 10 AP classes even if they wanted to.

21 Even if they wanted to demonstrate their academic credentials,

22 they simply don't have access to those AP classes and IB

23 programs to the same extent that wealthier and whiter

24 populations do.

25 Q.   And just skipping down to the next slide, to what extent,

1  if at all, do extracurricular activities tend to favor whiter

2  or wealthier applicants?

3  **A.**    So there are about, I believe, 300 different ways you can

4  achieve points by participating in extracurricular activities.

5  And on one level, I understand the rationale behind that; but

6  this is another instance where it unfairly -- kind of the

7  mechanical nature of this accumulation of points unfairly

8  penalizes socioeconomically disadvantaged students, a

9  disproportionate share of whom are Black and Hispanic.

10       And so we know this to be true for a couple of reasons.

11  And, in fact, there was a committee that the Navy put together

12  on diversity that raised these very issues.  So on one level

13  there's research to show that more extracurricular activities

14  are available in wealthier and whiter schools.

15       So it's just easier to accumulate those points.  There are

16  more possibilities to accumulate points if you are lucky enough

17  to attend a more socioeconomically advantaged school.

18       The other piece of it has to do with the individual family

19  commitments that a student would have.  And, again, there's

20  research suggesting that socioeconomically disadvantaged

21  students are more likely to have to work to help the family

22  make ends meet, provide childcare, taking care of a younger

23  sibling.  And that also limits the ability of lower-income

24  students, many of whom would be racial minorities, to

25  accumulate these points based on extracurricular activities.

 1  **Q.**   Now, did you do any additional work to support your
 2  opinions in this case about the availability of race-neutral
 3  alternatives?
 4  **A.**   Yes.  So as I mentioned earlier, an important part of the
 5  process is to run simulations to estimate what would happen if
 6  race-neutral alternatives were to be employed at an institution
 7  in lieu of racial preferences.
 8  **Q.**   And let's just get another couple questions out of the
 9  way.
10      Are you yourself an economist?
11  **A.**   I'm not.
12  **Q.**   And are you a statistical modeling expert?
13  **A.**   No.
14  **Q.**   So how did you go about working up these simulations?
15  **A.**   Yes.  So I worked with Professor Arcidiacono, who, of
16  course, is a highly esteemed Duke economist, and gave him
17  instructions based on, you know, the menu of race-neutral
18  alternatives that I've studied that have worked at other
19  institutions and asked him to run simulations of what would
20  happen using actual Naval Academy applicants to see the results
21  of various race-neutral strategies.
22  **Q.**   Can you just briefly sort of summarize how Professor
23  Arcidiacono was able to implement the instructions you gave
24  him?
25  **A.**   Yes.  So I imagine this has been discussed at great length

1   and probably much better than I can explain it.

2       But, broadly speaking, Professor Arcidiacono takes a

3   number of student characteristics that are important to

4   admissions, as we noted earlier, provided an estimate of what

5   really counts in admissions, and then we're able to manipulate

6   the coefficients to simulate what would happen if race were not

7   used and alternatives were put in place.

8   Q.   And just so we're clear, what are the assumptions that you

9   gave Professor Arcidiacono in modeling your simulations?

10  A.   Yeah.  So, broadly speaking, there were two sets of

11  assumptions.  The first is that the program had to be

12  race-neutral.  I did not want racial preferences to be part of

13  the race-neutral simulation.

14      And the second was to try to replicate, with as much

15  fidelity as possible, the existing system of admissions.  So

16  that, in the case of the Naval Academy, involves three broad

17  elements.

18      First is that every applicant must be nominated.  All

19  applicants considered in the simulations had a nomination and

20  were otherwise physically or medically qualified.  About 150

21  students are admitted as qualified alternates, in which the

22  students with the highest whole-person multiple are admitted.

23  And beyond these applicants, a variety -- a varying number of

24  students may be admitted as additional appointees.

25  Q.   So what were the results of your modeling?

A.     Well, broadly speaking, most of these simulations provided

a -- a relatively high level of racial diversity, usually

expanded socioeconomic diversity, which the Naval Academy says

it values, and high levels of academic preparedness.

Q.     And how many simulations did you have Professor

Arcidiacono assist you in running?

A.     So there are 14 types of simulations, and then we'll talk

later about variations on each of the simulations that have to

do with the size of the socioeconomic preference.  And so

there's a total of 70 in all.

Q.     We're not going to go through all 70 today, are we?

A.     No.

          THE COURT:  Nor next week.

     (Laughter.)

          MR. STRAWBRIDGE:  Correct.

BY MR. STRAWBRIDGE:

Q.     Let's start about the steps in building the simulations.

     Can you kind of describe how this process went about?

A.     Yes.  So the very first step in any race-neutral analysis

is to turn off the effect of race in admissions.  And in this

case, that means racial preferences to the preparatory program,

the NAPS program, and racial preferences in admissions to the

Naval Academy itself.

     And in that first simulation we did see a -- you know, a

meaningful decline in racial diversity, you know, if the

1    no-race-neutral strategies are being implemented at that point.

2        And so 41 percent of the students are racial minorities

3    under the status quo, and that falls to 31 percent when you

4    turn off the effects of race without putting in any new

5    race-neutral strategies in place.

6    **Q.**   What about the academic characteristics when you remove

7    the effect of race from the model?

8    **A.**   Right.  So as one would expect, when you remove any

9    preference in admissions, the academic characteristics

10   increased.  And they increased modestly in this case.

11   **Q.**   What were the next steps that you took with respect to

12   building the simulations you're going to share today?

13   **A.**   Yes.  So the next simulation, the Simulation 2 -- I should

14   preface this by saying each of the simulations build off of one

15   another; so you can assume all the subsequent simulations

16   generally reflect whatever was done in the first step.

17       So Simulation 2 continues to remove all racial

18   preferences, and it adds socioeconomic preferences for two

19   groups:  those who come from families -- or households making

20   less than $80,000 a year and applicants who are

21   first-generation college.

22   **Q.**   And what was the reasons for providing those socioeconomic

23   preferences?

24   **A.**   Yes.  Well, I'd say there are two broad reasons to provide

25   these preferences.

1          First, as a matter of, you know, seeking socioeconomic

2     diversity and the definition of true merit, that it makes sense

3     to include these factors because the research suggests that

4     students who have overcome these obstacles, and managed to do

5     pretty well despite that, are really special and deserving of

6     consideration.

7          The other piece is the positive racial disparate impact

8     that results when you consider socioeconomic disadvantage.

9     Again, given the history of discrimination in this country,

10    ongoing racial discrimination, there is an association between

11    race and class in America, and this will disproportionately

12    benefit racial minority students.

13    Q.   How large was the boost that you gave to the applicants

14    who fell within these socioeconomic categories?

15    A.   So there are a variety of sizes of preferences that we

16    modeled.  The smallest preference, which I'll begin with, is

17    half the size of the current preference provided to Black

18    applicants.

19    Q.   And can you describe the steps that are listed with

20    respect to Simulation 3 here.  Are these additional preferences

21    that you applied in building out your model?

22    A.   Yes.  So the first simulation -- or Simulation 2 dealt

23    with the family socioeconomic status.  Simulation 3 adds in the

24    socioeconomic status of the neighborhood and the high school

25    because those things, we know, are associated with life chances

1  in America and academic achievement.

2      So applicants who attended public school, students who had

3  a higher share of low-income classmates at their high school,

4  and students with ZIP codes with lower average income all

5  received those socioeconomic preferences.

6  Q.   And then did you take some additional steps in exploring

7  the race-neutral alternatives?

8  A.   Yes.  And if I -- okay.

9      Yes.  So Simulation 4, I removed legacy preferences.

10  There's a lot of evidence from other colleges that legacy

11  preferences tend to benefit wealthy and disproportionately

12  White populations.

13      And in Simulation 5 we removed preferences for boutique

14  sports; that is, sports other than the major sports like

15  football and basketball.

16      And as it turned out in the case of the Naval Academy,

17  this did not really have much of a benefit in terms of racial

18  diversity.  And so in all the subsequent simulations, we

19  restored the preference for legacy and for boutique sports and

20  kept them in place.

21  Q.   And then we're going to talk about the results from

22  Simulation 6 in the middle, but can you explain what additional

23  steps you took with respect to building out these simulations?

24  A.   Yes.  So the next step in addition to the socioeconomic

25  preferences is to eliminate some of the preferences that tend

1   to benefit wealthier and disproportionately White applicants.

2       So these are the ones that I talked about earlier, the

3   preferences favoring students who go to schools with a high

4   percentage of college-bound, students who have access to large

5   numbers of AP classes, and students who participate in

6   extracurricular activities.

7       I will note that the difference between Simulation 3 and

8   Simulation 6 in terms of racial diversity was very modest.

9       So, for example, the share of African Americans changed by

10  one-tenth of a percentage point; that is, to illustrate, it

11  would go from, say, 7.3 percent to 7.4 percent.

12      And so I would underline that, if the Naval Academy

13  absolutely felt as though these criteria had to remain in the

14  process, it wouldn't end up making much difference in terms of

15  the overall racial results of all of the various different

16  subsequent simulations.

17  Q.   And then is there an additional socioeconomic preference

18  that you layered on to the prior simulations?

19  A.   Yes.  So there's also a simulation for students who went

20  to high schools with low percentages of college-going

21  students -- classmates.  And the idea there is that, if a

22  student managed to do really well academically and went to a

23  high school where almost no one went to college or lower

24  numbers students went to college, that ought to count as a plus

25  rather than a negative as it currently counts in the process.

1  Q.   And what were the results of this simulation?

2  A.   So you can see the results of the simulation in the next

3  slide.  And as I said, this is with the most modest of the

4  socioeconomic boosts; so half the size of the current

5  preference provided to African American students.

6       And, broadly speaking, you see racial diversity obviously

7  declined some but not dramatically.  So 33 percent of students

8  are still from minority populations.  You weigh that against an

9  increase in socioeconomic diversity.  So it moves from

10 19 percent of families or students coming from households below

11 $80,000 to 26 percent.

12      And the academic preparedness is quite strong.  So the

13 students in the status quo are at the 89 -- between the 89 and

14 90th percentiles in the SAT.  That remains true under the

15 simulation.  And the high school grade point average is

16 actually a little bit higher than under the status quo.

17 Q.   Can you just talk a little bit about the increase in

18 socioeconomic diversity shown on this chart.

19 A.   Yes.  So I think it's important to underline that, in

20 discussions of the benefits of diversity, the Naval Academy

21 recognizes that both racial and socioeconomic diversity matter

22 and that there are benefits to both of them.

23      And so in each of these simulations, I think it's

24 important to look at the combined net effect on both racial and

25 socioeconomic diversity rather than, as sometimes people in the

1  press do, they'll just focus on the racial angle.

2  **Q.**   All right.  Let's talk a little bit about additional

3  simulation that you ran.

4      Can you explain the adjustments you made to the next

5  simulation?

6  **A.**   Yes.  So Simulation 7 builds off of Simulation 6.  So it

7  does all the things in Simulation 6 but also makes adjustments

8  to the preparatory program, the NAPS program.

9      I think the NAPS program is one of the great things that

10  the Naval Academy does and is unusual on a national level, that

11  it provides students who are not -- are not fully ready to be

12  at the Naval Academy a year of extra training.  And I think

13  that makes enormous sense.

14      Right now there are racial preferences, according to

15  Professor Arcidiacono's analysis, and also an allocation for

16  students who are athletes.  And under this simulation we

17  eliminate the racial preferences but keep -- you know, hold

18  harmless all the athletes.  So they will still get into NAPS.

19      But we adjust the admissions criteria to replace the

20  racial preferences with socioeconomic preferences so that all

21  the nonathlete students would come from families making less

22  than $80,000 per year.

23      The other thing to note is that in this simulation we keep

24  the current size of the NAPS program.  It doesn't expand; it

25  just stays the size it is.

1  Q.   What were the results of this simulation?

2  A.   So you can see in Simulation 7 with the half, .5, boost,

3  that you see racial diversity at a significant level.

4  34 percent of students are racial minorities.  The

5  socioeconomic diversity increases to 31 percent.  And the

6  academic preparedness remains strong.  Both are at the 89th to

7  90th percentile in terms of SAT scores.  And the grade point

8  average is a little bit higher.

9  Q.   Can you remind us again what size of socioeconomic

10 preference is modeled in this simulation.

11 A.   Yes.  So this is the half -- .5 of the preference

12 currently provided to African American students.

13 Q.   Did you run a model of this simulation that involved an

14 even larger boost for the socioeconomic students that you

15 identified in the prior simulations?

16 A.   Yes.

17 Q.   Is that what's shown on the screen now?

18 A.   Yes.

19 Q.   Can you describe the results of this simulation.

20 A.   Yes.  And just to explain, you know, there are a number of

21 simulations in the report.  .5 is the smallest.  Then we do a

22 .75, a 1.0, 1.25.  And this is the largest one we model, a 1.5

23 times boost.

24     And in this model we see even more racial diversity.  So

25 36 percent of students are racial minorities.  Under this

1  simulation, socioeconomic diversity increases quite markedly;

2  so 40 percent of students come from families below $80,000.

3      Just as a reminder, to be more reflective of the general

4  population, it would be even higher than 40 percent.  But

5  40 percent is the significant number, much higher than the

6  status quo.

7      And the academics remain broadly strong.  So the SAT

8  percentile is reduced just a little bit to the 87th to 88th

9  percentile, and the high school GPA does dip some but is still

10 above a 4.0.

11 Q.   And, again, can you talk about the significance of the

12 increase in socioeconomic diversity in this model?

13 A.   Yes.  So this is more than a doubling of socioeconomic

14 diversity, which the Naval Academy values in its efforts, and

15 is something that is broadly supported by the American public.

16 Q.   And just again to reiterate, are you concerned that the

17 1.5 boost is too large of a boost to give to socioeconomically

18 disadvantaged students?

19 A.   I'm not concerned about that.  So the research literature

20 is clear that, obviously, race matters in American society, but

21 that socioeconomic disadvantage today matters even more to the

22 life prospects of a student.

23      And so to illustrate this, Anthony Carnevale at Georgetown

24 University tried to break out the components of what predicts

25 SAT scores.  And he found that the most socioeconomically

1  advantaged student typically scores 399 SAT points higher than

2  the most socioeconomically disadvantaged.  By contrast, the

3  Black/White gap was 56 points.

4       So that doesn't mean that race no longer matters in

5  society because Black people are still disproportionately poor

6  because of racial discrimination, but it's really captured

7  through the socioeconomic element.

8       And so the students who've managed to -- you know, as

9  whole class score at the 87th to 88th percentile in terms of

10  SAT's, even though they face significant disadvantages in life,

11  are really truly impressive in many ways.

12 Q.   Mr. Kahlenberg, I want to talk about the next simulation

13  you're going to present today.  This is Simulation 9.  Can you

14  describe the changes that are made to this simulation?

15 A.   Yes.  So in Simulation 9 we increased recruiting and

16  outreach and -- so that the Naval Academy could better deliver

17  on its goals that it has set for itself.

18       So we assume in this case an increase in the number of

19  completed, underrepresented minority applications by

20  50 percent, which is an approach that's broadly consistent with

21  the Coast Guard Academy.  When it could not use race, it really

22  put an emphasis on recruitment as a strategy for achieving

23  racial diversity.

24 Q.   And just for clarity, what is your understanding or your

25  assumption with respect to completed underrepresented minority

1  applications?

2  A.   So in the model that Professor Arcidiacono ran, in order

3  to be considered, you had to have a nomination, you had to pass

4  the physical and medical requirements and have a completed

5  application to be included in the simulations.

6  Q.   Okay.  What were the results of this simulation shown on

7  the screen now?

8  A.   So this had even higher levels of racial diversity as a

9  result.  So 39 percent of students are racial minorities in

10 this context compared to 41 percent.  So about the same.

11     The socioeconomic diversity is much higher than under the

12 status quo.  And -- and the level of -- the academic

13 preparedness remains -- remains strong as well.  So we're at

14 the 88th and 89th percentile in terms of SATs, and the high

15 school GPA is even higher.

16 Q.   And, again, just for the record, what was the size of the

17 socioeconomic preference in this model?

18 A.   So this one is the smaller socioeconomic preference,

19 the .5.

20 Q.   Okay.  Did you model this simulation with the larger

21 socioeconomic preference we looked at before?

22 A.   I did.

23 Q.   So this is the results with the 1.5 boost compared to the

24 current African American preference at the Academy?

25 A.   That's correct.

1  Q.   And what do you note about this variation of the

2  simulation?

3  A.   Well, in this case, even without any use of racial

4  preferences, the minority population is actually higher than

5  under the status quo; so 42 percent racial minority

6  representation as opposed to 41 percent.

7       The socioeconomic diversity is much, much stronger than

8  under the status quo.  We're at 43 percent of students coming

9  from households below $80,000 a year.  The SATs remain strong;

10  they're at the 87th percentile.  The GPA remains still above

11  4.0.

12  Q.   Now, are the simulations that we've reviewed actually

13  feasible to implement at the Naval Academy, in your opinion?

14  A.   Yes.  I think they're all feasible.  These are strategies

15  of the type that have been used at other institutions of higher

16  learning.

17       One thing I'll note is that all these race-neutral

18  strategies would be less expensive for the Naval Academy to

19  implement than the typical American university.

20       So for typical universities, when you increase

21  socioeconomic diversity, you have to spend a lot more money on

22  financial aid.  And, obviously, given the bargain that the

23  Naval Academy provides where students receive full-paid

24  tuition, room and board, regardless of the economic need, in

25  turn for the service requirement, there's no new additional

1   expense associated with financial aid in this case.

2   **Q.**   What about the nominations process?  I think you testified

3   earlier that the simulations assume that applicants have a

4   nomination?

5   **A.**   That's correct.  All of these simulations assume a

6   nomination.

7   **Q.**   Do you think that the nomination process is an obstacle to

8   imposing these types of race-neutral alternatives?

9   **A.**   No.

10  **Q.**   And why not?

11  **A.**   Well, in this case we are using the -- you know, the

12  nominations process that's been put in place -- you know, the

13  Naval Academy has in its research identified a racially

14  disparate impact, but we're not doing anything to change that

15  in this simulation.

16  **Q.**   Are there any changes to the nominations process that

17  could affect the feasibility of race-neutral alternatives at

18  the Naval Academy?

19  **A.**   Yes.  So moving forward, the Naval -- the members of

20  Congress will no longer be sending 10 nominations; instead,

21  they will be sending up to 15.  So that should make this

22  process even more feasible than we modeled because there will

23  be more applicants -- nominees to choose from.

24  **Q.**   Has the Naval Academy offered any countersimulations for

25  you to respond to?

1  A.   They have not, which is a stark departure from previous

2  litigation.

3      So in the case with Harvard and the case with the

4  University of North Carolina, the experts for the universities

5  provided their own analysis as to what counts in admissions and

6  then their own set of simulations as to what would happen when

7  race-neutral alternatives were offered.  In this case, that did

8  not happen.

9  Q.   Do you think the results of the simulations we've looked

10  at provide a ceiling as to what the Naval Academy could

11  accomplish with race-neutral alternatives?

12  A.   No.  No, quite to the contrary.  So this is a floor for

13  what's possible.  And there are a number of additional steps

14  that the Naval Academy could take to boost racial and economic

15  diversity on campus that we did not model in any of these

16  simulations.

17      The first thing, which I think is quite significant to

18  note, is that none of these preferences modeled what could be

19  done if the preferences were based on wealth rather than

20  income.

21      So UCLA Law School has long used a system of preferences

22  that looks at family wealth -- that is, their net worth, their

23  assets minus their liabilities -- as family income -- annual

24  income.  And that's important for two reasons.

25      One is that its -- wealth is a big predictor of

1  opportunity in America; and so students from low-wealth

2  families deserve a leg up in the admissions process.  The other

3  is that there's an enormous racially -- positive racially

4  disparate impact in considering wealth.

5      So wealth, because it is handed down over generations,

6  better captures the history of enslavement, of redlining, of

7  segregation, of all of the things that have contributed to an

8  enormous wealth gap between races in America.  So Black

9  families on average make about 60 percent of what White

10  families make in terms of annual income, but Black families

11  only have about 10 percent of the wealth of the typical White

12  household.

13      And so if you were able to use wealth in admissions, that

14  would be the fair thing to do because wealth matters in America

15  to a student's life prospects but also because it would have an

16  enormous positive racially disparate impact.

17  **Q.**   What other available race-neutral alternatives might the

18  Academy be able to explore?

19  **A.**   Yes.  So our simulations relied on a fairly crude measure

20  of income.  So we provided in the simulations a preference to

21  any student coming from a family or a household making less

22  than $80,000 a year because there were limitations in the data

23  that prevented Professor Arcidiacono from doing something more

24  sophisticated.

25      What I would like to have done is to provide a larger

1  socioeconomic preference to a student who comes from a family

2  making, say, $20,000 a year compared to one making, say,

3  $70,000 a year.  We were not able to do that in the simulation

4  because the data weren't available to do that.

5       If you did, I think that would be a fairer process because

6  there are differences in the disadvantages that students face

7  from a family making 20,000 versus 70,000.  There would also be

8  a positive racial disparate impact because Black and Hispanic

9  families are more likely to be found in the truly -- you know,

10 quite disadvantaged quadrants of the income -- the income

11 spectrum.

12 **Q.**  And then I think you may have missed a bullet point on the

13 slide you prepared.  So just can you describe --

14 **A.**  Oh, I apologize.  So we also were not able to provide a

15 preference to students who had grown up in a single-parent

16 household.  There's wide literature that suggests that, apart

17 from income, apart from wealth, apart from all these other

18 characteristics, that growing up in a -- students who excel

19 growing up in a single-parent household have really done

20 something admirable and special because it's, on average, a

21 disadvantage.

22      And so we were -- the data did not allow us to model that

23 because Professor Arcidiacono said he thought that the

24 single-parent household data in the dataset were not reliable.

25      And if we had been able to do that, I think it would have

1  been the fairer thing to do in terms of true merit.  It also

2  would have had a very positive racially disparate impact

3  because this is -- the single family -- parent household is

4  more commonly found among African American families than among

5  White families, even apart from income.

6  Q.   Are there additional steps that the Naval Academy could

7  explore that might increase all kinds of diversity on campus?

8  A.   Yes.  So it's also ideal to look at neighborhoods in kind

9  of a sophisticated way because the research suggests that

10  neighborhood matters in terms of opportunity and also that

11  Black and Hispanic families are much more likely to be found in

12  disadvantaged neighborhoods.

13       We had to rely on a fairly crude measure, which is the ZIP

14  code, which can include neighborhoods that are very different

15  in terms of socioeconomic status.  And if we'd had much more

16  finely grained information about the block group census data,

17  we would have been able to produce higher levels of racial

18  diversity in the simulations.

19  Q.   What else could the Naval Academy explore to increase all

20  types of diversity at the Naval Academy?

21  A.   Yes.  So in our simulations we did not model the -- a

22  strategy that would increase the share of enlisted members in

23  the Naval Academy.  There is a -- there is evidence in the

24  record that the members -- enlisted members are more likely to

25  be socioeconomically disadvantaged, more likely to be members

1  of racial minority groups.  And providing that kind of

2  preference is also an option that we did not simulate.

3  Q.   What are other options that could be explored?

4  A.   Yeah, so none of simulations I described today expanded

5  the size of the NAPS program because that would involve a

6  structural change.  But that's another option that the Naval

7  Academy could explore.

8  Q.   Any additional options the Academy could explore?

9  A.   Yes.  So in the -- in the various statements that the Navy

10 has made in this case, they've indicated that the congressional

11 appointments process has a racially disparate impact.  And so

12 it could be possible to -- for the Naval Academy to seek to

13 encourage Congress to change that process so that it did not

14 have the same racially disparate impact.  And that's not

15 something that any of these simulations assume.

16     We just assume that the congressional appointments process

17 stays exactly as is, and yet that's an option that could have

18 an impact.  But we did not model that in any of these

19 simulations.

20 Q.   And do you think there are benefits to the existing

21 congressional nominations model?

22 A.   Yes.  So one of the biggest benefits is the geographic

23 diversity it provides.  When each member of Congress has a

24 certain number of slots, that translates into geographic

25 diversity, which is important and of value.  So that is another

1  benefit.

2  **Q.**   Okay.  And then what is the last note that you've added

3  here for additional race-neutral alternatives the Academy could

4  explore beyond the ones modeled in your simulations?

5  **A.**   Yes.  So we didn't model anything having to do with the

6  substantial numbers of naval officers who come from outside of

7  the Naval Academy funnel.

8       So ROTC, for example, which provides many more officers

9  than the Naval Academy, could adopt a number of race-neutral

10  strategies to boost racial minority representation and

11  socioeconomic diversity.  And none of our simulations assumed

12  that any of that has happened.

13  **Q.**   Mr. Kahlenberg, thank you very much.  I don't have

14  anything further.

15       **THE COURT:**  Thank you, Mr. Strawbridge.

16       Cross-examination.  Ms. Yang, you want to get started for

17  a few minutes and -- or we could -- it's 1:00.  Why don't we

18  just stop now.  It's probably an appropriate point to stop, and

19  we'll start again at 2:00.

20       **MS. YANG:**  That's fine.  Thank you.

21       **THE COURT:**  And we'll take a recess.

22       Mr. Kahlenberg, the safest thing to do, since you're on

23  the witness stand, is just to not talk about your testimony

24  with anyone.  So it usually is a good idea just to have lunch

25  by yourself when you're on the witness stand, but you use your

 1  judgment.

 2         THE WITNESS:  It won't be the first time, Your Honor.

 3      (Laughter.)

 4         THE COURT:  That's quite all right.  And it won't be

 5  the last, I'm sure.

 6      With that, we'll take a one-hour break for lunch.

 7         THE CLERK:  All rise.  This Honorable Court is now in

 8  recess.

 9      (Lunch recess from 12:56 p.m. to 2:07 pm.)

10         THE COURT:  You all may be seated.

11      And, Mr. Strawbridge, you may continue.

12      And, Mr. Kahlenberg, obviously, you're still under oath,

13  sir.

14         MR. STRAWBRIDGE:  Your Honor, I was finished with my

15  examination.  I believe it is Ms. Yang.

16         THE COURT:  Oh, Ms. Yang, I'm sorry.  That's right.

17  We're starting our cross-examination.

18      Yes, Ms. Yang.  I'm sorry.

19         MS. YANG:  No problem.  I know Mr. Strawbridge and I

20  look very much alike.

21         THE COURT:  Yeah, there's quite a resemblance,

22  actually.  Yeah.

23      (Laughter.)

24         THE COURT:  You're laughing here.  Shows we're tired

25  on a Thursday after a busy pace.  That is meant as a high

 1   compliment to Mr. Strawbridge.

 2           MR. STRAWBRIDGE:  I'll take the compliment, Your

 3   Honor.

 4           THE COURT:  Of course, I might have just violated a

 5   federal statute by saying that.  I'm not sure.  So yeah.

 6        All right.  Here we go.

 7                        CROSS-EXAMINATION

 8   BY MS. YANG:

 9   Q.   Hello, sir.  Nice to see you again.

10   A.   Nice to see you.

11   Q.   You agree there are important benefits to racial diversity

12   in the college experience?

13   A.   I do.

14   Q.   Because you agree, you don't object to the Naval Academy's

15   goal of wanting a racially diverse class, correct?

16   A.   That's correct.

17   Q.   As you said on direct, you don't have any objections to

18   the military's interest in a racially diverse officer corps,

19   correct?

20   A.   That's correct.

21   Q.   And that's because you don't have any expertise in the

22   military matters?

23   A.   That's correct, with the caveats I outlined before that I

24   think there are some parallels to the educational context and

25   the military context.  But I'm not a military expert.

```
 1              THE COURT:  You're fading off the microphone just a
 2    little bit, Mr. Kahlenberg.
 3              THE WITNESS:  Sorry.
 4              THE COURT:  That's all right.
 5              THE WITNESS:  Sorry, Your Honor.
 6    BY MS. YANG:
 7    Q.   You would agree that the Naval Academy needs to weigh a
 8    lot of different characteristics as they're evaluating
 9    candidates for admission?
10    A.   I do agree.
11    Q.   So, for example, you agree it's legitimate for the Naval
12    Academy to consider the academic preparedness of candidates?
13    A.   I do.
14    Q.   You also think it's appropriate for the Naval Academy to
15    consider adversity experienced by candidates?
16    A.   I do.
17    Q.   You don't have any problem with the Naval Academy
18    considering geographic diversity?
19    A.   That's correct.
20    Q.   Or gender diversity?
21    A.   That's correct.
22    Q.   Or leadership experience?
23    A.   That's correct.
24    Q.   Or time management skills?
25    A.   That's correct.
```

1   Q.   Or moral character?

2   A.   Yes.

3   Q.   Fair to say these are all examples of characteristics that

4   you think the Naval Academy has a legitimate interest in

5   weighing?

6   A.   I do.

7   Q.   You would agree that it's acceptable for an institution to

8   use race when a race-neutral alternative does not produce

9   sufficient racial diversity, correct?

10  A.   I do.

11  Q.   You would also agree there may be instances when

12  race-neutral alternatives can't achieve racial diversity?

13  A.   Yes.  I think it's unusual and rare, but there could be

14  circumstances where race-neutral alternatives do not produce

15  sufficient racial diversity.

16  Q.   There may be instances, yes?

17  A.   That's correct.

18  Q.   There may also be instances where an institution is not

19  able to overcome challenges with a particular applicant pool

20  such that race-neutral alternatives would be unworkable,

21  correct?

22  A.   Well, I think -- you know, I'd I want an institution to

23  try much harder if it were not able to get applicants.  But if,

24  for some reason, they did -- the institution took every step

25  possible and still could not get applicants to apply, then I

1  could see that being one of those rare instances where I would

2  support the use of race.

3  Q.   I was asking a slightly different question,

4  Mr. Kahlenberg.

5  A.   I'm sorry.

6  Q.   That's all right.

7       My question was there may also be instances where an

8  institution is not able to overcome challenges with a

9  particular applicant pool such that race-neutral alternatives

10  would be unworkable, correct?

11  A.   I guess I'm not sure exactly what you mean by that.

12  Q.   Have you previously testified that there could be

13  instances when a university faced a particular applicant pool

14  and, for whatever reason, wasn't able to overcome that, maybe

15  that would result in an instance when a race-neutral

16  alternative would be unworkable?

17  A.   Yes.

18  Q.   You've never worked in the admissions office for any

19  college, university, or military service academy, have you?

20  A.   I have not.

21  Q.   You've never been retained by any college, university, or

22  service academy to evaluate the race-neutral alternatives

23  available for them?

24  A.   That's correct.

25  Q.   Fair to say also that your publications on race-neutral

1  alternatives have focused on civilian institutions?

2  **A.**   The publications, that's correct.

3  **Q.**   In your report, for example, you identify a 2012

4  publication titled "A Better Affirmative Action," yes?

5  **A.**   Yes.

6  **Q.**   And that's a publication that you produced along with a

7  colleague?

8  **A.**   That's correct.

9  **Q.**   In that publication, you examined 10 institutions?

10  **A.**   That's correct.

11  **Q.**   And those 10 institutions that you examined in that

12  publication were all civilian institutions, yes?

13  **A.**   Yes.

14  **Q.**   You've never published specifically on the military

15  service academies and race-neutral alternatives, have you?

16  **A.**   Not that I can remember, no.

17  **Q.**   You would agree that there are important differences

18  between the Naval Academy's admissions process and those at

19  civilian universities?

20  **A.**   I do think there are differences, yes.

21  **Q.**   You would agree there are important differences?

22  **A.**   Important differences, yes.

23  **Q.**   You would agree that for any race-neutral alternative, the

24  Naval Academy needs to work within the statutory and regulatory

25  framework that governs it, correct?

1  A.   That's correct.

2  Q.   And so one important difference from civilian institutions

3  is the congressional nominations process that the Naval Academy

4  has to use, correct?

5  A.   Yes, although I would note that the Coast Guard Academy

6  was able to resist -- effectively resist an effort to impose

7  upon it a congressional appointments process.  And so I -- I

8  don't think these matters are written in stone or that an

9  institution has no control over the existence of a

10 congressional appointments process.

11 Q.   Sir, my question was not about the Coast Guard Academy.

12      You would agree that one important difference between the

13 Naval Academy and civilian institutions is the congressional

14 nomination process that the Naval Academy has to use, correct?

15 A.   Correct.

16 Q.   You even call that the most important difference, yes?

17 A.   Yes, I think that's the most important difference.

18 Q.   Another important difference from civilian institutions is

19 that the Naval Academy has eligibility requirements, things

20 like age, marital status, no dependents?

21 A.   That's correct.

22 Q.   Another important difference is the Naval Academy's

23 fitness requirement?

24 A.   Yes.

25 Q.   Another one is the Naval Academy's medical qualification

 1  requirement?

 2  A.    Yes.

 3  Q.    And you would also agree that the Naval Academy has a

 4  narrower applicant pool than civilian institutions, correct?

 5  A.    So let me think about that.  I guess I would say as a --

 6  as a highly competitive institution that's highly desirable,

 7  the Naval Academy, in some respects, has a bigger applicant

 8  pool than some civilian institutions.

 9        But given all the criteria you've laid out, yes, there

10  are -- in that sense, they're narrower.

11  Q.    In the sense of all the important differences that we've

12  just talked about with civilian institutions, the Naval Academy

13  has a narrower applicant pool, correct?

14  A.    In those senses, yes.

15  Q.    Let's put up PD4, which is the demonstrative you used

16  earlier today with Mr. Strawbridge.  And we'll put up page 8.

17        This is Slide 8 from your demonstrative this morning, yes?

18  A.    Honestly, I don't remember the page number, but this is

19  from the demonstrative.

20  Q.    That's all right.  This is part of the demonstrative that

21  you used this morning?

22  A.    Yes.

23  Q.    Okay.  And on this slide, which is Slide 8 for the record,

24  you discussed UCLA's experience?

25  A.    That's correct.

 1  Q.   UCLA is a civilian institution?

 2  A.   That's correct.

 3  Q.   Let's go to page 9.

 4       Here you discuss UC Berkeley?

 5  A.   Yes.

 6  Q.   Another civilian institution?

 7  A.   That's correct.

 8  Q.   Let's go to page 10.

 9       Here you discuss the University of Michigan?

10  A.   Yes.

11  Q.   That's another civilian institution?

12  A.   Yes.

13  Q.   Okay.

14       Thanks, Noah.  You can take that down.

15       During your exchange with Mr. Strawbridge this morning,

16  you discussed the possibility that considering race can come

17  with some costs.

18       Do you remember that discussion?

19  A.   I do.

20  Q.   And you identified the possibility that considering race

21  can cause animosity?

22  A.   That's correct.

23  Q.   But, as you acknowledged earlier in response to the

24  Court's questions, you have no expertise on the matter of these

25  costs in the military context, correct?

A.    Well, so I would say I have no reason to think that the use of race and the connection to animosity disappears in the military context; but having said that, I don't have any special expertise in the military context.

Q.    So to be very clear, you agree that you have no expertise on the matter of these costs in the military context, correct?

A.    So I'm not sure how to answer that question other than to say what I just said, which is that I think I have -- I mean, I have experience with the literature on the costs of racial preferences.  I don't think those costs disappear in the military context.

        I have not studied and don't claim expertise on the particular role that racial animosity might play in the military context.

Q.    That's right.  You do not claim to have any expertise on the matter of these costs that you have identified in the military context, correct?

A.    To the extent that there might be peculiar costs that are different in the military context than in a civilian context, I'd agree.

        MS. YANG:  Your Honor, can we pull up the picture of the realtime from earlier today?

    I apologize.  I don't have the technology to pull up the realtime directly, but I did take an old-fashioned photo.

        THE COURT:  That's fine.

 1         Again, thanks to you, Ms. Thomas, for her providing

 2    realtime copy throughout the trial.

 3         So that's fine.  Go right ahead.

 4              MS. YANG:  Yes, very much.

 5         And I believe this must have been -- well, there aren't

 6    page numbers, but there are timestamps.

 7    BY MS. YANG:

 8    Q.    So starting at 11:36:19, the Court asked you:

 9         "Q.  You cannot opine as to the effort with respect to the

10         diversity of the officer corps?

11         "A.  I think that's broadly true.  I would say that there

12         are some parallels that might carry over.  And so, for

13         example, in one of my reports, I talked about the costs of

14         racial preferences to achieve diversity.  And those costs

15         could relate to the military's stated interests.  So just

16         to make this concrete, for example, if it is true that

17         racial preferences, as a means of achieving racial

18         diversity results in increased animosity, that could well

19         relate to the issues of military cohesion and legitimacy."

20         Noah, can we actually take out the callout, go back to the

21    picture.

22         And then the Court followed up.

23         "Q.  But that really isn't your area of expertise,

24         however, correct?

25         "A.  Correct."

1      You can take that down.

2      And even setting the military context aside, you have not

3  conducted any studies on whether and to what extent considering

4  race in admissions causes animosity, correct?

5  A.   That's correct.

6  Q.   On direct you identified a different study that you relied

7  on but that was not your own, correct?

8  A.   That's correct.

9  Q.   And that study was from around 1997 or so?

10 A.   I think that's right.

11 Q.   At your deposition you were not able to identify any other

12 studies since 1997 about racial preferences creating animosity,

13 correct?

14 A.   Well, my recollection is I did cite the very recent

15 research on the ways in which racial preferences are deeply

16 unpopular with the American public and also connected that

17 to -- as I did today, to Justice Powell's decision in *Bakke*

18 where he said that there is a danger that racial preferences

19 can create animosity.  So that's -- that's what I can say about

20 your question.

21 Q.   I understand.  I asked a slightly different question.  I

22 was asking specifically about studies about racial preferences

23 creating animosity.

24      Do you recall that at your deposition you were not able to

25 identify any other studies since 1997 about racial preferences

 1   creating animosity?

 2   A.    Yes.  If you're -- if by studies you mean things different

 3   than survey research, yes, that's true.

 4   Q.    Thank you.  That is what I'm talking about.

 5         You did acknowledge, though, that there may be other

 6   studies that critique the one you relied on, correct?

 7   A.    Yes.  In my experience, studies are routinely critiqued.

 8   Q.    And you also acknowledged that there may be studies

 9   concluding the opposite, that considering race does not tend to

10   create animosity, correct?

11   A.    It is possible that there are studies out there that find

12   that conclusion.

13   Q.    You just had not looked for them, correct?

14   A.    I'm sorry?

15   Q.    You had not looked for them?

16   A.    No, I wouldn't say I haven't looked for them.  I don't

17   know of any that have found that racial preferences fail to

18   create racial animosity.  I mean, sitting here right now, I

19   don't know of any.

20   Q.    Now, you've also referenced to these public opinion polls

21   that you talked both on direct as well as most recently here

22   with me now.  And although you focused on the race element of

23   those polls, it's also true that the majority of respondents in

24   those polls said that colleges should not consider whether an

25   applicant is the first person in their family to go to college,

1    correct?

2  A.    Well, there are a variety of polls on the topic, and I

3  would say, in general, people are supportive of the concept of

4  a student who comes from a low-income family receiving extra

5  consideration.  It's possible that there was a different result

6  on the first-generation question.

7  Q.    Right.  So I'm talking specifically about the Pew Research

8  study that you mentioned on direct.  You would agree that the

9  majority of respondents said that colleges should not consider

10 whether an applicant is the first person in their family to go

11 to college, yes?

12 A.    I don't remember that finding in the poll.  It very well

13 could have.

14 Q.    Would seeing that poll refresh your recollection?

15 A.    Sure.

16 Q.    All right.  So let's go ahead and pull up P537.

17        MS. YANG:  And, Your Honor, just for the record, we're

18 not admitting the document into evidence.

19        THE COURT:  All right.

20        MS. YANG:  It's just purely for purposes of

21 refreshment.

22 BY MS. YANG:

23 Q.    Can we look at the bar chart on page 1, please.  Take a

24 minute to review that.  Let me know when you're ready.

25 A.    (Witness reading.)

1        Okay.  I've reviewed it now.

2  **Q.**   Okay.

3        Thanks, Noah.  You can take that down.

4        Does this document help refresh your recollection?

5  **A.**   It disappeared, but -- so I don't have it right in front

6  of me right now, but I would note that the racial preference

7  was much more unpopular than the first-generation college

8  preference.

9  **Q.**   Sir, again, that wasn't my question.

10        Did reviewing that document refresh your recollection?

11  **A.**   Yes.

12  **Q.**   It's true, then, that the majority of respondents in that

13  poll that you cited said that colleges should not consider

14  whether an applicant is the first person in their family to go

15  to college, correct?

16  **A.**   That's correct.

17  **Q.**   Obviously, you disagree, right?  You think colleges should

18  consider first-generation college status?

19  **A.**   I guess, yes, I would say that particular poll is a little

20  surprising because most of the polls that reference low-income

21  students find strong support.

22  **Q.**   Well, to be very clear, Mr. Kahlenberg, this is a poll

23  that you cited in your report, correct?

24  **A.**   Yes.

25  **Q.**   And, likewise, the majority of survey respondents in this

1    poll said that colleges should not consider an applicant's

2    gender, correct?

3    A.    I didn't focus on that aspect of the poll.

4          Is it possible to put it back up?

5    Q.    Of course.

6          Noah?

7          Let me know when you're ready.

8    A.    I see.  Yes, that's correct.

9    Q.    So just to be very clear, it's correct that the majority

10   of survey respondents to this poll that you cited said that

11   colleges should not consider an applicant's gender?

12   A.    That's correct.

13   Q.    And that's another survey result that you do not adopt?

14   A.    I'm sorry.  That I did not?

15   Q.    You also disagree with this survey finding?  You think

16   colleges should be considering gender diversity?

17   A.    Well, I guess in your rapid-fire series of questions, I

18   think I answered yes.  I don't know.  It's not an issue I've

19   thought a lot about.

20   Q.    Well, let me ask it this way:  You don't actually take any

21   issue with the Naval Academy trying to achieve gender

22   diversity, correct?

23   A.    That wasn't -- yeah, that wasn't the subject of the

24   analysis; so no, I didn't focus on that.

25   Q.    And I'm not asking if you focus on it; I'm asking if you

 1  take any issue with the Naval Academy trying to achieve gender

 2  diversity?

 3  A.    So this is not an issue that I've spent a lot of time

 4  thinking about.  In the context of the military, the gender

 5  preference is in favor of women.  I'm more comfortable with

 6  that than a gender preference in favor of men, which is what

 7  you find often in the civilian context.

 8  Q.    And so to be very clear, you don't take issue with the

 9  Naval Academy trying to achieve greater female representation,

10  correct?

11  A.    No.  I don't have any objection.

12  Q.    Let's look back at your demonstrative, which is PD4.

13        This is another slide from your demonstrative, correct?

14  A.    That's correct.

15  Q.    Just for the record, this is page 3 of PD4.

16        Now, just to be very clear, you did not run any of the

17  calculations in coming up with the numbers in this table,

18  correct?

19  A.    That's correct.

20  Q.    As you said on direct, this table comes entirely from

21  Dr. Arcidiacono?

22  A.    That's correct.

23  Q.    These are the results of his calculations?

24  A.    That's correct.

25  Q.    Using his models?

1  A.    Yes.

2  Q.    And you also rely exclusively on Dr. Arcidiacono for the

3  calculations that go into your simulations, correct?

4  A.    That's correct.

5  Q.    All right.  So let's talk about those simulations.  I'm

6  going to start generally first, and then we'll focus in on the

7  individual simulations you discussed.

8       Am I correct that across the board none of your

9  simulations account for leadership ability?

10 A.    So -- so that would be a question that Professor

11 Arcidiacono could better answer.  My instructions to him were,

12 to the extent possible, to replicate the current admissions

13 process as closely as possible.  So I just -- off the top of my

14 head, I don't know how Professor Arcidiacono dealt with the

15 issue of leadership.

16 Q.    Do you recall testifying at your deposition in this case,

17 "I don't think we report leadership ability"?

18 A.    It certainly -- well, in my deposition -- I agree with

19 what I said in my deposition that I don't remember it being

20 reported.

21 Q.    Do you want to take a look at your deposition just to

22 refresh?

23 A.    Let's -- no, I take your word at it.

24 Q.    Okay.  Likewise, none of your simulations account for

25 moral character?

 1  A.    I would have exactly the same answer.

 2  Q.    Well, let's take a look at one of your simulations.  So

 3  we'll pull up P223.  And let's look at the first page of P223

 4  first.

 5        P223 is the rebuttal expert report that you submitted in

 6  this case?

 7  A.    Yes.

 8  Q.    And you attached some appendices with simulations to this

 9  rebuttal report?

10  A.    That's correct.

11  Q.    Let's look at page 35.  This is an example of one of your

12  simulations, correct?

13  A.    That's correct.

14  Q.    And the variables listed on this simulation are the ones

15  listed in the left-hand -- the leftmost column?

16  A.    Yes.

17  Q.    And the variables listed in that column are the same

18  variables that are listed throughout all of your simulations,

19  correct?

20  A.    That's correct.

21  Q.    Can you point out for me, please, where there's a variable

22  for moral character?

23  A.    Oh, I see.  Okay.  I'm sorry.  I was misunderstanding your

24  question.  You're asking whether we reported the results on

25  moral character, and I was interpreting your question

1  differently to say whether Professor Arcidiacono -- whether his

2  model feeds in the various characteristics and whether it

3  accounts in some way for things like leadership and moral

4  character.

5       But I agree with you.  We do not report moral character

6  results.

7  Q.   Okay.

8       Thank you, Noah.

9       And let me go back and reask my last question, then, to

10 get some clarity for the record.

11      Likewise, across the board, none of your simulations

12 report results for leadership ability, correct?

13 A.   That's correct.

14 Q.   None of your simulations account for STEM interest?

15 A.   So I would answer that one differently to a certain

16 extent.  So STEM interest is not reported, but it was important

17 to me to look at the math score in the -- on the results of the

18 SAT because that, obviously, is connected to capabilities

19 related to STEM.  But in terms of STEM interest, no.

20 Q.   Likewise, none of your simulations report results for

21 intended academic concentration?

22 A.   That's correct.

23 Q.   None of your simulations report results for graduation

24 rate?

25 A.   For graduation rate?  No, we don't report results for

 1  graduation rate.  Again, that would be connected to some of the

 2  things we do report, like academic preparedness.

 3  Q.   But none of your simulations report results for graduation

 4  rate?

 5  A.   That's correct.

 6  Q.   None of your simulations report results for

 7  underrepresented congressional districts?

 8  A.   That's correct.

 9  Q.   None of your simulations report results for geographic

10  diversity?

11  A.   That's correct.

12  Q.   None of your simulations report results for gender

13  diversity?

14  A.   That is correct, although I talked with Professor

15  Arcidiacono's team about that issue, and the gender -- the

16  gender results don't change.

17  Q.   You don't report results, though, in your simulations for

18  gender diversity, do you?

19  A.   It's not reported in the results, although I believe

20  Professor Arcidiacono's team said that it's in the data that

21  are reported.

22  Q.   That is not included in any of the disclosures that you've

23  provided in this case in your expert reports, is it?

24  A.   So I didn't cite gender diversity, to my recollection, in

25  my reports; but it is part of the -- the record that -- or the

 1  data that Professor Arcidiacono provided in this case.

 2  Q.    I understand.  I'm talking exclusively about your

 3  simulations in your expert report.

 4  A.    Yes.

 5  Q.    Those simulations do not report results for gender

 6  diversity, correct?

 7  A.    That's correct.

 8  Q.    In terms of diversity, your simulations only measure

 9  racial diversity and socioeconomic diversity, correct?

10  A.    That's correct.

11  Q.    Your simulations also do not measure against the

12  demographics of the United States population?

13  A.    I know I make reference in the reports to the general --

14  the general population, but the simulations don't report that

15  out.  That's correct.

16  Q.    Okay.  Thank you.

17        Your simulations only measure against what currently

18  exists at the Naval Academy, correct?

19  A.    That's correct.

20  Q.    And that's what you call the status quo?

21  A.    Yes.

22  Q.    Not just that, but your simulations also do not separately

23  measure multiracial students, correct?

24  A.    So, yes, to my recollection, that's correct because

25  Professor Arcidiacono uses a methodology that allocates

1 multiracial students to various racial groups.  The way that

2 Kamala Harris would consider herself to be Black, that's how

3 Professor Arcidiacono reported the data.

4 Q.    That's right.  That's how Dr. Arcidiacono reported the

5 data.  And so just for example, the numbers for African

6 American students in your simulations, those are not limited to

7 only those who identify solely as African American, correct?

8 A.    That's correct.

9 Q.    They would also include those who identify in part as

10 African American?

11 A.    That's correct.  I mean, that's the way many universities

12 describe the data in a recognition in American society that

13 that's oftentimes how individuals who are -- identify as

14 multiple races may be identified in general by observers.

15 Q.    And the same is true with respect to the other racial

16 groups such as Asians, Native Americans, Hawaiians?

17 A.    There's -- Professor Arcidiacono has a mechanism for

18 allocating multiracial students into particular racial

19 categories, that's correct.

20 Q.    You're aware that's not how the U.S. Census reports

21 multiracial individuals?

22 A.    I'm aware that the census doesn't -- universities

23 typically do present the data that way.

24 Q.    And you're aware that OMB, the Office of Management and

25 Budget, also does not treat multiracial individuals in the way

1  that Dr. Arcidiacono has done so?

2  **A.**   Yes.   That's -- I mean, that's correct.   But, I mean, the

3  Naval Academy itself presents data in multiple formats.

4  Sometimes multiracial students are allocated to particular

5  races.

6      I can remember one document where there was a series of

7  racial data, and then there were parentheses around a different

8  way of counting the data.   So that would be my answer.

9  **Q.**   You would agree that, if you were to take out the number

10  of multiracial students from each of your minority groups in

11  your simulations, the numbers for each would all go down,

12  correct?

13  **A.**   That's correct.

14  **Q.**   So where your simulations say that the status quo for

15  African Americans is 11.5 percent, that number would actually

16  go down when you take out the multiracial students, right?

17  **A.**   Yes.

18  **Q.**   And it would go down substantially?

19  **A.**   So I don't -- I don't know the exact amount that it would

20  go down, but it would go down if you -- so if Kamala Harris is

21  not considered Black because she's multiracial, then the number

22  of Black students would go down.

23  **Q.**   And if we applied the methodology that the U.S. Census and

24  Office of Management and -- and Bureau [sic] applies, then the

25  numbers would go down, correct?

1  A.    That's correct.

2  Q.    Let's talk about Simulation 1.  And here we will return to

3  your demonstrative, PD4.

4        So on this slide you have three simulations.  We'll first

5  talk about Number 1.

6        Your first simulation is Dr. Arcidiacono's calculation of

7  what he says the Naval Academy's admitted class would like

8  without the consideration of race, correct?

9  A.    That's correct.

10 Q.    Let's actually look at that simulation.

11       So, Noah, could we put up P22 again, page 36.

12       I'm so sorry, page 35.  One page before this.

13       Mr. Kahlenberg, this is an example of your Simulation

14 Number 1, yes?

15 A.    Yes.

16 Q.    As we talked about, this does not separately measure

17 multiracial students?

18 A.    That's correct.

19 Q.    Instead, it groups multiracial students into the distinct

20 racial groups that are listed here on the left, correct?

21 A.    That's correct.

22 Q.    And even doing that, under this simulation, the White

23 population goes up by about 10 percentage points?

24 A.    That's correct.

25 Q.    The overall minority population falls by about 10

1  percentage points?

2  A.    That's correct.

3  Q.    And on direct you call that a meaningful decline, correct?

4  A.    That's correct.

5  Q.    On direct you also said that this simulation reflected a

6  modest increase in academic measures.

7      So I just want to make sure the Court understands what you

8  meant by "modest increase."

9      The academic measures that you include here are the SAT

10 math score, SAT verbal score, and standardized rank in class,

11 correct?

12 A.    That's correct.

13 Q.    And if we look across the rows for each of these, you'll

14 see that, for the SAT component scores, they go up by about

15 three points; is that right?

16 A.    That's correct.

17 Q.    Same thing for standardized rank in class?

18 A.    That's correct.

19 Q.    And that's what you consider a modest increase?

20 A.    Yes.

21 Q.    And so it's correct, isn't it, that, by removing the

22 purported racial preference, your simulation has not really

23 materially changed the academic measures that you reflect here,

24 correct?

25 A.    I would say that's correct, yes.

1  Q.   Let's put up your demonstrative again and talk about

2  Simulations 2 and 3.

3       So if I understood correctly from your direct exam,

4  Simulations 2 and 3 both add the specific socioeconomic

5  preferences that are listed here on this slide, correct?

6  A.   That's correct.

7  Q.   And just for the record, this is Slide 18 of PD4.

8       And, of course, you agree that the Naval Academy

9  application asks for household income information?

10 A.   Yes.

11 Q.   Also asks for first-generation college status?

12 A.   Yes.

13 Q.   Parental education?

14 A.   Yes.

15 Q.   Single-parent household information?

16 A.   It does.  Although, as I said on direct, the -- Professor

17 Arcidiacono did not consider those data reliable.

18 Q.   The Naval Academy application also asks about any hardship

19 funding that has been received?

20 A.   Hardship funding.  That sounds right to me, yes.

21 Q.   Adversity experience?

22 A.   Yes.

23 Q.   And you agree these can all be indicators of socioeconomic

24 status, correct?

25 A.   That's correct.

```
 1  Q.   You're also aware that there are narrative fields in the
 2  Naval Academy application where the applicant or their
 3  recommenders can discuss anything they want the Naval Academy
 4  to know, right?
 5  A.   Yes.
 6  Q.   And that additional information can include information
 7  about socioeconomic status?
 8  A.   Yes.
 9  Q.   I'm not sure if I saw you in the courtroom earlier this
10  week, but have you observed any of the trial proceedings this
11  week?
12       THE WITNESS:  So, Your Honor, I accidentally came in
13  for about 10 seconds today during Professor Arcidiacono's
14  analysis.  I knew that I could read the transcripts, and so I
15  was -- mistakenly assumed I could be in here, but I immediately
16  left when I found out I wasn't supposed to be in here.
17  BY MS. YANG:
18  Q.   Oh, I didn't have any issue with that, actually,
19  Mr. Kahlenberg.
20  A.   Oh, okay.
21  Q.   Just to be very, very clear.
22       (Laughter.)
23       THE COURT:  That's all right, Mr. Kahlenberg.  Nobody
24  is accusing you of any impropriety.
25       THE WITNESS:  Okay.
```

 1  BY MS. YANG:

 2  Q.   I was just wondering if you had heard any live testimony.

 3  A.   So I've read transcripts, but I have no heard any live

 4  testimony, no.

 5  Q.   Okay.  But you have read the trial transcripts that

 6  Ms. Thomas has very helpfully provided us every day?

 7  A.   Yes.

 8  Q.   Including yesterday's?

 9  A.   Yes.  I -- I will acknowledge I did not read every word,

10  but I have looked over them, yes.

11  Q.   That's fine.

12          MS. YANG:  Noah, can we pull out the trial

13  transcript --

14          THE COURT:  So we clarify for the -- the amended rules

15  for 615 for sequestration do not permit discussion of testimony

16  with witnesses, but that does not apply to expert witnesses.

17  He's been qualified -- just in fairness to Mr. Kahlenberg, he's

18  been qualified as an expert witness; so he would be allowed to

19  listen to expert testimony and he's allowed to review

20  transcripts of expert testimony.

21      I think we just want to make sure we put that clearly on

22  the record.

23      Good for you, Mr. Strawbridge?  Is that good for you?

24          MR. STRAWBRIDGE:  Yes, I think so.  I think experts

25  can also -- correct me if I'm wrong -- experts can also review

 1  fact witnesses.

 2          **THE COURT:**  Yes, that's right.  That's right.

 3      Ms. Yang, that's a correct summary, is it not?

 4          **MS. YANG:**  Oh, of course.

 5          **THE COURT:**  Okay.  We're all in agreement on that just

 6  so the record is clear.

 7      You may continue.

 8          **MS. YANG:**  Thank you.

 9  BY MS. YANG:

10  **Q.**  So let's look at the trial transcript from September 17,

11  which was the second day of trial.  This is going to be

12  pages 146 and 147.

13      And so because you reviewed the trial transcripts, you're

14  aware that Dean Latta testified the other day that the

15  narrative fields are "where we often find out information about

16  low socioeconomic status," right?

17  **A.**  Yes.

18  **Q.**  And you don't have any basis to dispute that?

19  **A.**  No, I have no basis to dispute it.

20  **Q.**  Okay.

21      Thanks, Noah.

22      Mr. Kahlenberg, none of your simulations account for any

23  of the information provided by applicants in the narrative

24  fields of the application, correct?

25  **A.**  I'm sorry.  I would have a complicated answer to that

1   question.

2        There -- my understanding -- and this is really a question

3   for Professor Arcidiacono.

4        But my understanding is that Professor Arcidiacono did not

5   go through the narratives and code them in a way to identify

6   socioeconomic disadvantage.  So to that extent, I would agree

7   that the narratives are not reflected in Professor

8   Arcidiacono's model.

9        Having said that, it's my understanding that Professor

10  Arcidiacono does have -- I mean, did account for the data --

11  the hard data that are available.  And so to the extent that

12  the narrative reflects the hard data -- that is, a student

13  says, "I come from a low-income family" -- and then that shows

14  up in the data fields, then I would suggest that Professor

15  Arcidiacono's model does account for the disadvantaged status

16  that a student expresses in the narrative field.

17       But to answer your question, he did not -- to my

18  understanding, Professor Arcidiacono did not go through all the

19  narratives, code them, and then put that into the model

20  separately.

21  Q.   And so just so I get a very clear answer to my question,

22  to your knowledge, Mr. Kahlenberg, do any of your simulations

23  account for the specific information in the narrative fields of

24  the Naval Academy application?

25  A.   So I guess my answer would be, if there's something in the

```
 1   narrative field that is not reflected in the data that
 2   Dr. Arcidiacono had used, then that would not be reflected in
 3   Professor Arcidiacono's model.
 4   Q.   Let's take a look at your deposition transcript.
 5        So we will pull up pages -- just page 99, actually.
 6        "Q.  Do any of your simulations account for the specific
 7        information in the narrative fields of the Naval Academy
 8        application?
 9        "A.  Not to my knowledge."
10   A.   Yes.
11   Q.   Let's go back to your demonstrative, which is PD4.
12        And for the record, we'll be looking at Slide 28.
13             THE COURT:  This is for Simulation Number 1.  Which
14   simulation are we on?
15             MS. YANG:  This is not a particular simulation, but
16   rather --
17             THE COURT:  Okay.
18             MS. YANG:  -- one of the other slides that
19   Mr. Kahlenberg discussed.
20             THE COURT:  Okay.  Fine.
21   BY MS. YANG:
22   Q.   So one of the things that you talk about here in your
23   presentation is that the Naval Academy should request
24   information on applicants' wealth, correct?
25   A.   That's correct.
```

1  Q.   You would agree, though, that if any race-neutral

2  alternative negatively impacted either application rates or

3  application completion rates, that that would be relevant to

4  whether or not an alternative were workable?

5  A.   Yes.  I think that there are big benefits to collecting

6  wealth data.  As I described in my direct, there could be costs

7  as well to the extent that collecting information about wealth

8  led to reduced numbers of applications.  So I would agree that

9  there could be costs associated with it.

10 Q.   And I'm actually even speaking more generally.  Just

11 generally speaking, if any race-neutral alternative negatively

12 impacted application rates or completed application rates, you

13 agree that would be relevant to assessing whether that

14 alternative were workable, right?

15 A.   It would be a factor to consider, yes.

16 Q.   But you did not do an analysis on the effect of requesting

17 wealth information on application completion rates for any

18 racial or demographic group, correct?

19 A.   So that is correct that I did not do any separate

20 analysis.

21     I would say that the vast majority of colleges in this

22 country require, if a student has economic need -- financial

23 aid need of any kind, they have to fill out the FAFSA, and that

24 students who are applying not only to the Naval Academy but to

25 other colleges are -- students who would qualify for a wealth

 1  preference would presumably fill out the FAFSA.

 2       And so, to my mind, there would not be a major impact on

 3  completion rates because of requiring wealth.  But on the

 4  margins, it's conceivable there could be cases where requiring

 5  any more information on anything might discourage an applicant.

 6       In principle, I understand the point.  I'm just saying, in

 7  practice, in my view, asking information about wealth is not

 8  requiring students who apply to the Naval Academy and another

 9  institution -- I think it's unlikely to cause a deterrent --

10  have a deterrent effect in applications.

11  Q.   But you did not do an analysis on this question, correct?

12  A.   No.

13  Q.   Not correct or correct?

14  A.   Oh, I'm sorry.  Correct.

15  Q.   Thank you.

16       Nothing precludes an applicant from providing their wealth

17  information to the Naval Academy, correct?

18  A.   That's correct.  I mean, I think a lot more would provide

19  wealth information if they -- if they thought there was -- you

20  know, if that was a consideration in admissions, but there's

21  nothing precluding an individual from doing that right now.

22  Q.   And because you've reviewed the trial transcripts from

23  this case, you're familiar with the extensive testimony so far

24  about how the Naval Academy considers everything that's

25  contained in an applicant's record?

1  A.   I remember reviewing, yeah, a long list of things that are
2  considered, yes.
3  Q.   Let's go back to your Simulations 2 and 3.  These are the
4  ones that add certain socioeconomic preferences.
5  A.   Yes.
6  Q.   Now, I noticed that you did not include in your
7  presentation any visual representation of these Simulations 2
8  and 3.  So I'd like to do that now, please.
9       We'll put up your simulation from your rebuttal report,
10  and we'll go to page 36.
11      The table on the top of this page, which has just been
12  blown up for everyone's eyes, this is Simulation 2, correct?
13  A.   Yes.  This is -- I'd just underline this is a particular
14  variation of Simulation 2.  It's the .50 SES -- socioeconomic
15  status preference, which is the smallest of the preferences
16  that we modeled.
17  Q.   And if we look at the rightmost column, you have a column
18  for status quo.  And, again, that's the share of representation
19  that currently exists at the Naval Academy?
20  A.   That's correct.
21  Q.   There's a column next to it that says "Simulated."  And
22  those are the results of your simulation?
23  A.   That's correct.
24  Q.   Under your Simulation 2 and applying this level of boost,
25  am I correct that the share of White midshipmen increases by

1    about 7.5 percentage points?

2    A.    Yes.

3    Q.    The share of Black midshipmen drops by more than 4

4    percentage points?

5    A.    Yes.

6    Q.    And, again, these numbers would be lower -- even lower if

7    you reported race the way that the U.S. Census and OMB reported

8    it?

9    A.    Yes.  But to be clear, this is the first step in the

10   simulations.  And as I noted on direct, I don't advocate simply

11   providing a family-based socioeconomic preference because I

12   think that's unclear in the aggregate to Black and Hispanic

13   students because they are more likely to face those additional

14   disadvantages in life associated with neighborhood and with

15   school and -- so you're right.  There are these drops in racial

16   diversity, but this isn't the simulation that I would advocate

17   in particular.

18   Q.    I completely understand.  I'm just trying to walk through

19   each of your simulations.

20   A.    Yes.

21   Q.    All right.  And so under your Simulation 2, applying this

22   boost, the share of Hispanic midshipmen also drops?

23   A.    Correct.

24   Q.    As does the share of Asian midshipmen?

25   A.    That's correct.

1  Q.    And of Native American and Hawaiian midshipmen?

2  A.    That's correct.

3  Q.    Let's look at Simulation 3.  And here, we'll actually look

4  across both Simulations 2 and 3.  But is it fair to say that

5  your Simulation 3 results in very similar numbers as your

6  Simulation 2?

7  A.    On racial diversity, that's true.  They're modest changes.

8  Q.    Well, I guess we can take them individually.  So, for

9  example, the share of White midshipmen in Simulation 3 also

10 increases relative to the status quo by 7.5 percentage points?

11 A.    That's correct.

12 Q.    That's about the same as Simulation 2?

13 A.    Yes.

14 Q.    And the numbers for the minority other -- excuse me.  The

15 numbers for the minority groups are virtually identical to

16 those in Simulation 2, correct?

17 A.    Yes.  This is probably one of the places where I'd

18 highlight that we were using as a proxy for neighborhood the

19 ZIP code, which includes a large number of people.  And if we'd

20 had the census block data, which is much more particular, I

21 think we'd see more racial diversity result from adding the

22 neighborhood component.

23 Q.    In other words, Simulation 3 really has not added anything

24 on top of Simulation 2 in terms of racial diversity, correct?

25 A.    Well, the Asian share goes up a little bit.  And the

1  socioeconomic status goes up a little bit.  But it doesn't have

2  a big effect.  And, again, I would point to the -- probably the

3  crude measures we had available for neighborhood there.

4  Q.   And just to be very clear, when you said the Asian share

5  goes up a little bit, you're talking about it went up from

6  12 percent in Simulation 2 to 12.2 percent in Simulation 3,

7  correct?

8  A.   That's correct.

9  Q.   Now, earlier you highlighted that this was your smallest

10 boost; so I figure we might as well do your biggest boost for

11 this same simulation.

12 A.   Sure.

13 Q.   So we'll pull up page 256 of P223.

14     And you would agree, after reviewing the same column in

15 these two tables, that even in this scenario where you apply

16 your biggest socioeconomic boost of 150 percent, Simulations 2

17 and 3 still end up with the White share of midshipmen

18 increasing, yes?

19 A.   Yes.  By a smaller amount than the .5 boost, but it does

20 result in an increase.

21 Q.   And the minority share decreasing relative to what

22 currently exists at the Naval Academy?

23 A.   Yes.  I mean, there's a shift from the .5 boost, which I

24 think is important to note.

25 Q.   The minority share does decrease relative to the status

 1  quo in both of these simulations, correct?

 2  A.    Yes.

 3  Q.    All right.  Let's look at Simulations 4 and 5.  We'll

 4  return to your demonstrative, PD4.  This'll be page 19.

 5        As reflected here, you also proposed removing legacy

 6  preferences and preferences for what you called boutique

 7  sports?

 8  A.    That's correct.

 9  Q.    All right.  So before we get into these simulations, let

10  me ask you a couple general questions.

11        First, with respect to legacy, you would agree that Naval

12  Academy, as a military academy, has a legitimate interest in

13  considering whether the students they admit come from a

14  military family, correct?

15  A.    Yes.  I think there are -- there are benefits in the

16  military context to having people -- people -- applicants who

17  are familiar with military life, and that has to be weighed

18  against a cost.

19  Q.    And then with respect to athletic abilities, you're aware

20  that Dean Latta testified that they value recruited athletes

21  because of the warrior ethos, leadership skills, teamwork, time

22  management, all of those things exhibited by athletes?

23  A.    Yes, I'm aware that he testified to that.  And I think

24  there can be benefits that have to be weighed against potential

25  costs as well.

1  Q.    And, of course, you told me earlier that you don't have

2  any issue with the Naval Academy looking for those types of

3  characteristics, right?

4  A.    That's correct.

5  Q.    When you talked about boutique sports as reflected here on

6  Slide 19 of PD4, you were referring to everything that is not

7  football and basketball, correct?

8  A.    That's correct.

9  Q.    Every other sport, you would consider a boutique sport?

10  A.    That's correct.

11  Q.    Including track?

12  A.    Yes.

13  Q.    You're not aware of any college or university that

14  considers participation in football and basketball only but

15  does not consider participation in any other kind of sport,

16  correct?

17  A.    Not off the top of my head.  I don't know of institutions.

18  To be clear, though, as the bottom of this slide notes, because

19  there was not much of a change in racial diversity and because

20  this involved a change in the process, all the rest of the

21  simulations restore the athletic preference and the legacy

22  preference.

23  Q.    You recognize that the Naval Academy gets candidates who

24  sail?

25  A.    I do.

 1  Q.   And you would say that the Naval Academy has a legitimate

 2  interest in candidates who sail?

 3  A.   I think that's -- there's a connection there.  That's

 4  fair.

 5  Q.   Let's go to page 19 -- oh, we're already here on page 19.

 6  My goodness.

 7       All right.  So since you brought up the third bullet on

 8  this page, let's take a closer look at it.

 9       You say, "In USNA's case, these moves really didn't help

10  racial diversity."

11       Those are your words?

12  A.   Yes.

13  Q.   And that means that your simulations removing legacy

14  preferences and the boutique sports preferences really didn't

15  help racial diversity, correct?

16  A.   That's correct.

17  Q.   Meaning your suggestions that the Naval Academy remove

18  those preferences are not workable race-neutral alternatives,

19  correct?

20  A.   Well, I wouldn't advocate them.  I mean, so these are --

21  as I stated in direct, there are a variety of race-neutral

22  options that have been employed at a number of universities.

23  So I saw this exercise as seeing how they would work at the

24  Naval Academy.

25       In this case, boutique sports and legacy preferences did

 1   not really improve racial diversity and would involve a change

 2   in the institution.  And so I don't end up seeing that as a

 3   promising path forward.  That's why the rest of the simulations

 4   restore those preferences.

 5   Q.   That's right.  And so just to be clear, you are not saying

 6   that, in the case of the Naval Academy, removing legacy

 7   preferences and preferences for boutique sports are workable,

 8   race-neutral alternatives, correct?

 9   A.   They don't work to produce much more racial diversity,

10   that's correct.

11   Q.   Let's go to your Simulation 6, which is Slide 20.  And

12   this is the simulation where you add an extra socioeconomic

13   preference and then remove certain aspects that you say

14   advantage wealthier and therefore predominantly White

15   applicants, right?

16   A.   That's correct.

17   Q.   And one of the preferences you removed as favoring White

18   applicants was participation in extracurriculars?

19   A.   That's correct.

20   Q.   And I think on direct you even referenced some kind of

21   committee that raised extracurricular participation as an

22   issue.

23        Do you remember that?

24   A.   So -- yes.  There was a naval committee on diversity that

25   looked at how to improve diversity.  And one of the things the

```
 1  committee talked about was the fact that extracurriculars,
 2  which are really an important part of the naval admissions --
 3  Naval Academy's admissions process, could work against minority
 4  candidates and low-income candidates.
 5  Q.   Thank you.
 6       But as you acknowledge here on Slide 20 of PD4, that
 7  aspect of extracurricular has actually had a pretty small
 8  effect on racial diversity, correct?
 9  A.   I'm sorry.  That probably wasn't clear.
10       I'm talking about the three changes together had a
11  relatively small effect on diversity.  I still think it would
12  be a good move for the Naval Academy to consider, but I guess
13  what I'm saying is that because -- you know, if the Naval
14  Academy was strongly wedded to keeping those preferences in
15  place, they could do so.  And the subsequent simulations -- the
16  results in the subsequent simulations would not change much.
17  They'd still get comparable levels of diversity.
18  Q.   So what I heard you say is that your three -- the three
19  preferences you removed in Simulation 6 collectively actually
20  had a pretty small effect on racial diversity, right?
21  A.   Relatively small, yes.
22  Q.   And I believe you said on direct that, actually, the
23  effect of Simulation 6 was that it was "not making much
24  difference in terms of the overall racial result," correct?
25  A.   That's correct.
```

1  Q.   And what that means is that up through your Simulation 6,

2  you are not advocating these as workable race-neutral

3  alternatives, correct?

4  A.   I'm sorry.  Can you say that again.

5  Q.   Up through your Simulation 6, you are not offering this

6  simulation and the simulations leading up to it as workable

7  race-neutral alternatives, correct?

8  A.   I wouldn't say that, that they're not workable.  I just

9  think they're not optimal.  I guess that's the way I'd put it.

10 Q.   In your words, they're not optimal because they're not

11 actually making a big effect on diversity?

12 A.   Because there are other options available that would

13 produce more racial diversity, I think racial diversity is a

14 good thing to have.  And so I think the other simulations are

15 optimal.

16 Q.   Let's look at Slide 21.  This is where you actually graph

17 out the results of Simulation 6, right?

18 A.   That's correct.

19 Q.   And as we see here, again, the share of White midshipmen

20 increases under this simulation?

21 A.   That's correct.  This is Simulation 6 with the smaller

22 socioeconomic boost.

23 Q.   That's right.  That's the one you included in your slide,

24 yes?

25 A.   Yes.

1  Q.    And the overall minority share in this simulation

2  decreases relative to the status quo?

3  A.    That's correct.

4  Q.    And the share of every individual minority group falls?

5  A.    That's correct.

6  Q.    And, again, the numbers for all of these individual

7  minority groups would be lower if you reported race in the way

8  that the U.S. Census and OMB report it, correct?

9  A.    That's correct.

10  Q.    Let's look at Slide 22.  This one talks about your

11  Simulation 7.  And this is the simulation that makes changes to

12  the Naval Academy Preparatory School, right?

13  A.    That's correct.

14  Q.    Just as a preliminary matter, you've never had any

15  involvement with the Naval Academy preparatory programs?

16  A.    Involve -- yeah, no involvement.  No.

17  Q.    As shown in Slide 22, this is the simulation where you

18  keep all of the slots that are currently held for recruited

19  athletes but otherwise give all of the remaining spots to

20  socioeconomically disadvantaged students, correct?

21  A.    That's correct.  Those coming from families making less

22  than 80,000 a year.

23  Q.    Thank you.

24        Let us look at the trial transcript from yesterday,

25  pages 19 and 23.

 1       And I take it because you reviewed the trial transcripts,

 2  Mr. Kahlenberg, that you're aware that the dean testified that

 3  NAPS was actually established for the benefit of enlisted

 4  sailors and Marines, correct?

 5  A.    Yes.  I remember -- I remember -- again, I haven't read

 6  every word of the transcript, but that rings familiar to me.

 7  Q.    And you're aware that, to this day, members of the fleet

 8  are the Naval Academy's first priority for offering spots at

 9  NAPS?

10  A.    That makes sense to me.  As I said, one of the options

11  that we did not simulate, but that I advocate, is giving extra

12  consideration to those who are enlisted members of the

13  military.

14  Q.    That's right.  But for the proposal that you included in

15  Simulation 7, you do not retain the seats that currently go to

16  enlisted members, correct?

17  A.    That's correct.

18  Q.    Are you also aware from reviewing the trial transcripts in

19  this case that students from underrepresented congressional

20  districts are another priority for the Naval Academy in

21  offering spots to NAPS?

22  A.    Yes.

23  Q.    And we can see that here.  It's page 22 of the transcript

24  from 13 to 24, in case you're curious.  But fair to say that

25  the changes you proposed to NAPS do not retain the seats that

1   currently go to students in underrepresented congressional

2   districts?

3   A.    That's correct.

4         I would also note, though, that the changes in the

5   simulation result in, you know, a substantial increase in

6   socioeconomic diversity.  Changing the NAPS program to include

7   only students who are from families making less than $80,000 a

8   year, my recollection is that it boosts those from

9   disadvantaged families from something like 40 percent of NAPS

10  to about 80 percent of NAPS.

11        And the reason it's not 100 percent, obviously, is we hold

12  the athletes harmless.  So there would be tradeoffs in this

13  simulation, but it would result in an increase in socioeconomic

14  diversity.

15  Q.    And you don't know whether and to what extent that

16  increase in socioeconomic diversity would overlap with

17  underrepresented congressional districts, correct?

18  A.    That's correct.

19  Q.    Let's look at Slide 23 of PD4.

20        Now, on direct you described two versions of Simulation 7.

21  And so Slide 23 shows the result of the simulation using a

22  50 percent socioeconomic boost?

23  A.    That's correct.

24  Q.    And as shown in this slide, the share of White midshipmen

25  increases relative to what currently exists at the Naval

1   Academy?

2   A.   That's correct.

3   Q.   The share of minority midshipmen falls overall?

4   A.   Yes.

5   Q.   And the share of every minority group falls as well,

6   correct?

7   A.   Yes.  And the -- I mean, I'd also like to note that the

8   socioeconomic diversity, which I know is important to the Naval

9   Academy, increases.

10  Q.   Let's look at Slide 24.

11       This is the same simulation but with your largest

12  socioeconomic boost of 150 percent, correct?

13  A.   That's correct.

14  Q.   And even under this largest boost, you would agree that

15  the share of White midshipmen still increases relative to what

16  currently exists at the Naval Academy?

17  A.   Yes.

18  Q.   The overall share of minority midshipmen still falls?

19  A.   Yes.  It falls modestly even though no racial preferences

20  are employed.

21  Q.   The share of Black midshipmen also falls?

22  A.   That's correct.

23  Q.   As does the share of Asian and Native American or Hawaiian

24  midshipmen?

25  A.   So let's see.  Native -- that's right.  Hispanic

1  increases, but the other two decrease.  And then you see the

2  socioeconomic diversity basically doubling.

3  Q.    And to be clear, the Hispanic share increases by 0.7

4  percentage points, correct?

5  A.    That's correct.

6  Q.    And, again, all of these numbers in the individual racial

7  minority groups would be even lower if you reported race the

8  way that the U.S. Census and OMB report it, correct?

9  A.    Right.  It would be an apples-to-apples comparison.  So in

10 this case we're starting with allocating Barack Obama, Kamala

11 Harris as African American.  Under the other analysis, you

12 wouldn't count those individuals as African American.  And --

13 but in both cases, you'll see a relative change in the numbers.

14 So we're -- I think the key is that we're measuring -- in this

15 simulation, we're measuring both groups by the same standard.

16 Q.    The same standard that the U.S. Census and OMB do not use,

17 correct?

18 A.    No.  This is -- in this simulation, this is the standard

19 that Professor Arcidiacono used and that most colleges use and

20 that the Naval Academy uses in certain contexts as well, where

21 the multiracial category is allocated to particular racial

22 groups.

23 Q.    But that the U.S. Census and OMB do not use, correct?

24 A.    That's correct.

25 Q.    Let's look at Slide 22 of your demonstrative.

1      Now, so we're still talking about Simulation 7, but one

2   thing that's not reflected here on Slide 22 is your suggestion

3   that the Naval Academy doubled the size of the NAPS program,

4   correct?

5   A.    That's correct.  This keeps the current NAPS size.

6   Q.    That's right.  And you talked about expanding the size of

7   NAPS in passing on direct, but you did not put it on this

8   particular slide, right?

9   A.    That's correct.

10  Q.    And that's because you recognize that the suggestion to

11  double the size of NAPS is a more dramatic change, right?

12  A.    It is a more dramatic change to double the size of NAPS.

13  I think it would be a good idea, but it would involve more of a

14  dramatic change -- a structural change.  And in the interest of

15  time, we wanted to focus on a smaller number of simulations.

16  So that's why we didn't discuss Simulation 8, which changes the

17  size of NAPS.

18  Q.    And, in fact, when you submitted your expert report, you

19  did run a simulation based on your suggestion to double the

20  size of NAPS, right?

21  A.    Yes.  That's Simulation 8.

22  Q.    In coming up with this proposal to double the size of

23  NAPS, did you conclude that the Naval Academy could do so and

24  still meet all of its statutory and regulatory obligations?

25  A.    So my understanding is that -- and part of the reason I

1  didn't highlight Simulation 8 is that it would require, you

2  know, a pretty dramatic change.  It would require more money to

3  double the size of NAPS.

4      It's still something that, in the event that the Naval

5  Academy can't use race, I think it should consider.  It has a

6  positive effect.  But it would involve of a much more dramatic

7  change and a statutory change, potentially.

8  Q.  And so when you were coming up with this proposal to

9  double the size of NAPS, did you conclude that the Naval

10 Academy could do so and still meet all of its statutory and

11 regulatory obligations?

12 A.  I think it would be challenging on the -- given that it

13 would require a structural change.

14 Q.  Let's look at the simulation, which will be back in your

15 expert report, which is P223.

16     And we see here in Simulation 8 that, even when you make

17 this dramatic structural change, the share of White midshipmen

18 again still increases relative to what currently exists at the

19 Naval Academy, correct?

20 A.  That's correct.

21 Q.  The share of minority midshipmen falls?

22 A.  Yes, that's correct.

23 Q.  The share of Black midshipmen falls?

24 A.  Yes.

25 Q.  As do the shares of Asian and Native American or Hawaiian

1  midshipmen?

2  **A.**    Sorry.  Asian, Native American, yes.

3  **Q.**    Let's talk about recruiting.  Another suggestion you make

4  is that the Naval Academy invest more resources in recruiting

5  and outreach, correct?

6  **A.**    That's correct.

7  **Q.**    And, of course, as you acknowledged on direct, the Naval

8  Academy already does a number of things to recruit from

9  underrepresented populations, yes?

10 **A.**    Yes.  I think the Naval Academy does a number of good

11 things; it just underinvests in those important programs.

12 **Q.**    And just so we're all on the same page, you agree that the

13 Naval Academy can and should recruit in a race-conscious

14 fashion?

15 **A.**    Yes.

16 **Q.**    And you, as SFFA's race-neutral alternatives expert,

17 consider race-conscious outreach to be a race-neutral

18 alternative because it doesn't involve admissions decisions,

19 correct?

20 **A.**    I don't want to speak on behalf of SFFA.  That's my

21 opinion that it's a race-neutral alternative.  And I cite, you

22 know, Justice Kennedy's opinion -- I believe it was in the

23 *Parents Involved* case where he said -- gave as an example a

24 race-neutral alternative -- you know, outreach that did not

25 involve race in the decision-making process.

1  Q.    You have been hired by SFFA to be their race-neutral

2  alternatives expert, correct?

3  A.    That's correct.

4  Q.    And so fair to say that you do not have any issue with the

5  various things the Naval Academy already is doing with respect

6  to recruiting from underrepresented populations, right?

7  A.    That's correct.  No, I think there are number of good and

8  promising programs that just need more resources.

9  Q.    Right.  Your suggestion is just that they invest more

10  money, right?

11  A.    Yes.

12  Q.    Let's look at Slide 13 on PD4.

13       And this is the slide where you convey that essentially

14  the admissions office has not gotten all the funding that

15  they've requested, right?

16  A.    That's correct.

17  Q.    You've never worked in the budget or finance office for

18  any college, university, or service academy?

19  A.    That's correct.

20  Q.    And, obviously, there are financial constraints on the

21  Naval Academy?

22  A.    So here I want to be careful in my answer because,

23  obviously, any institution has financial constraints, but I'd

24  make a couple of important observations.

25       One is that, in prior cases, we heard from universities

 1  that they -- they couldn't achieve some of the race-neutral

 2  alternatives because they didn't have enough money.  So in the

 3  case of the University of North Carolina the testimony was that

 4  University of North Carolina is financially constrained.  It'll

 5  cost more if they use race-neutral alternatives.

 6       Within weeks after the U.S. Supreme Court ruled, the --

 7  UNC, University of North Carolina, announced a brand-new major

 8  expansion of its financial aid program because it realized that

 9  diversity is important.  I mean, they wanted to preserve

10  diversity in new ways.  So it found additional resources.

11       In the case of the Naval Academy, having identified racial

12  diversity as a national security imperative, I think it's

13  likely that they may be able to find more resources in the

14  event that they cannot use race in admissions for race -- for

15  increased expansion of their recruitment programs.

16       The other thing I would note that the Naval Academy --

17            THE COURT:  Can you follow up on that?

18  Mr. Kahlenberg, what basis do you have for that?

19            THE WITNESS:  Well --

20            THE COURT:  That's where we get into the matter of

21  you're qualified as an expert in terms of academic

22  institutions, but you're not qualified as a witness here having

23  anything to do with the racial diversity in the officer corps.

24            THE WITNESS:  That's correct.

25            THE COURT:  And you have no qualifications with

1   respect to military budgets, correct?

2          THE WITNESS:  That's correct, Your Honor.

3          THE COURT:  All right.  And the Naval Academy is of

4   the Department of Defense, correct?

5          THE WITNESS:  That's correct.

6          THE COURT:  And the U.S. Coast Guard Academy is of the

7   Department of Transportation?

8          THE WITNESS:  That's correct, sir.

9          THE COURT:  So what expertise do you have in terms of

10  the ability to expand budgets by the department -- well, for

11  that matter, just the Department of Defense?

12         THE WITNESS:  I have no expertise, Your Honor.  I --

13         THE COURT:  Well, then I don't really think -- you

14  move on to the next question.  This witness has no expertise as

15  to that.  So just go to the next question.

16  BY MS. YANG:

17  Q.   You're aware that the dean has testified at trial that

18  there are other cost centers at the Naval Academy and why they

19  need funding too, correct?

20  A.   I'm sorry.  Can you repeat that again.

21  Q.   You're aware that the dean testified this week at trial

22  that there are other cost centers at the Naval Academy and

23  explaining the reasons why they also need money?

24  A.   Yes.

25  Q.   You've also never had any involvement with the recruiting

1  efforts of any college, university, or service academy,

2  correct?

3  A.   That's correct.

4  Q.   You did not do any analysis on the racial diversity of

5  incoming classes if Naval Academy admissions got every dollar

6  they requested for recruiting efforts, correct?

7  A.   There was no analysis done, no.

8  Q.   You also did not do any analysis on the number or

9  diversity of applications being submitted if the admissions

10  office got every dollar they requested for recruiting, correct?

11  A.   I'm sorry.  Can you repeat that one again.

12  Q.   You also did not do any analysis on the number or

13  diversity of applications submitted if the admissions office

14  got every dollar they requested for recruiting efforts?

15  A.   That's correct.

16  Q.   And you would agree that the Naval Academy cannot make

17  someone apply if they don't want to apply?

18  A.   That's correct.

19  Q.   Now, earlier in your direct you pointed out a slide with

20  recommendations from the Boston Consulting Group.

21       Do you remember that?

22  A.   I do.

23  Q.   Let's go ahead and put that up on the screen.

24       And for the record, that will be Slide 14.  This is the

25  slide you were thinking of, right, with the recommendations

 1  from the Boston Consulting Group?

 2  A.   I think it's the next slide.

 3  Q.   Well, let's look at this particular slide because I want

 4  to ask about this one.

 5  A.   Okay.

 6  Q.   This is the slide that talks about lagging in digital

 7  presence?

 8  A.   That's correct.

 9  Q.   And this was a recommendation from 2022, correct?

10  A.   I mean, this is a -- this is an analysis of -- it's not

11  really a recommendation; it's just a finding that the Naval

12  Academy lagged in digital presence.

13  Q.   Fair enough.  This is a finding from 2022, correct?

14  A.   Yes.

15  Q.   And you're aware that the Naval Academy has been working

16  with a marketing company in the last year or two?

17  A.   Yes.

18  Q.   And you're aware that the dean testified at trial that

19  they are doing the outreach -- the digital outreach reflected

20  on Slide 14, correct?

21  A.   I remember that testimony, yes.

22  Q.   All right.  Let's look at Slide 12 of PD4.

23       And I take it the point that you were trying to make with

24  this slide is that the Naval Academy did not achieve the

25  application completion goals that they had set for these years,

1    right?

2    A.    That's correct.

3    Q.    You would agree that the Naval Academy cannot make someone

4    complete their application if they don't want to complete it,

5    correct?

6    A.    That's correct.

7    Q.    Let's look at Slide 25.

8         This is the slide that discusses Simulation 9, which is

9    the one where you assume that the Naval Academy could increase

10   the number of completed applications by underrepresented

11   minorities by 50 percent, correct?

12   A.    That's correct.

13   Q.    First, a few clarifications.

14        So when you talk about underrepresented minority

15   applications on this slide, you're talking specifically and

16   only about Black and Hispanic applications, correct?

17   A.    I believe Native Americans are underrepresented as well.

18   Q.    Okay.  So Black, Hispanic, and Native Americans?

19   A.    Yes.

20   Q.    And then, second, your assumption here was that the Naval

21   Academy could increase the number of completed applications by

22   50 percent, correct?

23   A.    Yes.  These are the -- just to be clear, in Professor

24   Arcidiacono's model, it's completed applicants who received a

25   congressional nomination and met the fitness and physical

1   requirements.

2   Q.   That's right.  As Dr. Arcidiacono told the Court

3   yesterday, there's a very substantial difference between

4   applications and completed applications, correct?

5   A.   That's correct.

6   Q.   And as you just testified, the Naval Academy cannot make

7   someone complete their application?

8   A.   That's correct.  Of course, the Naval Academy has some

9   important programs, like the INSPIRE Program, that does result

10  in increased applications -- completed applications.

11  Q.   The Naval Academy cannot make someone complete their

12  application, correct?

13  A.   They can't force someone.  Absolutely.

14  Q.   And you did not do any analysis to see whether an

15  increased investment in recruitment could receive this

16  percentage increase in completed applications by Black and

17  Hispanic and Native American students to the Naval Academy,

18  correct?

19  A.   So there was no analysis done.  According to Professor

20  Arcidiacono and his team, the number of applicants -- the

21  increase in the number of applicants would be modest along the

22  lines of a couple of hundred new completed applications.

23  Q.   You also did not do any analysis to see how much more the

24  Naval Academy would have to invest in recruitment in order to

25  achieve this percentage increase in the completed applications

1  from Black, Hispanic, or Native American students, correct?

2  A.   That's correct.

3  Q.   You also did not do any analysis to see whether there are

4  enough Black or Hispanic or Native American students who

5  currently have the propensity to serve to achieve this

6  percentage increase in completed applications, correct?

7  A.   So -- yes.  I would say there was no independent analysis,

8  although in a nation of large numbers of African American,

9  Hispanic, and Native American students, I don't -- it's my

10 opinion that it would not be impossible to increase by

11 50 percent the number of completed applications, which would be

12 along the lines of, you know, a few hundred additional

13 completed applications.

14 Q.   But you did not do any analysis to look into the

15 propensity to serve among these populations, correct?

16 A.   That's correct.

17 Q.   You have a subbullet here on Slide 25 of PD4 that

18 references efforts by the Coast Guard; so let's talk about that

19 briefly.

20      You've never had any involvement with the Coast Guard

21 Academy's admissions process, correct?

22 A.   That's correct.

23 Q.   You've never had any involvement with recruiting efforts

24 at the Coast Guard Academy?

25 A.   That's correct.

1  Q.    You've never been retained by the Coast Guard Academy to

2  evaluate possible race-neutral alternatives?

3  A.    That's correct.

4  Q.    You didn't talk to anyone at the Coast Guard Academy in

5  forming your opinions in this case?

6  A.    That's correct.

7  Q.    You didn't review any internal Coast Guard materials in

8  forming your opinions?

9  A.    I did not have access to internal documents at the Coast

10 Guard, no.

11 Q.    And as you acknowledged on direct examination, the Coast

12 Guard Academy does not have a congressional nominations

13 process, correct?

14 A.    That's correct.

15 Q.    And that's an important difference, right?

16 A.    It is an important difference.

17 Q.    And it's an important difference.  And, in fact, earlier

18 you told me that it's the most important difference that

19 differentiates the Naval Academy from civilian institutions,

20 correct?

21 A.    Correct.

22 Q.    But apart from your knowledge that the Coast Guard Academy

23 does not have a congressional nominations process, you don't

24 know anything else about the Coast Guard Academy's admissions

25 process, correct?

**A.**    So the Coast Guard admissions -- I mean, I was focused on
the race-neutral alternative that was employed prior to the
lifting of the ban on race at the Coast Guard.  And the
materials I saw suggested that recruitment was a major feature
in their efforts, and I don't have a lot of information about
the Coast Guard admissions process beyond that.

**Q.**    And I'm talking specifically about the Coast Guard
Academy's admissions process as they're evaluating candidates
for admission.

Beyond your knowledge that the Coast Guard Academy does
not use a congressional nomination system, you don't know
anything else about the Coast Guard Academy's admissions
process, correct?

**A.**    Well, as I stated earlier, I know that they have physical
and medical requirements as the Naval Academy does, and I know
it's attracting applicants who want to serve their country.  So
I wouldn't say I know nothing, but I don't have a lot of
additional information to share.

**Q.**    You don't have any additional -- any additional
information to share beyond what you have just identified,
correct?

**A.**    I mean, it's possible that I have -- I would say that my
focus was really on the pre-2010 era and on the use of
recruitment as a device.  I know they doubled the budget for
recruitment.  I know that they increased their racial minority

1  proportion from something along the lines of 11 percent to

2  24 percent.  And that's what I find most significant about

3  their efforts.

4  Q.   That number that you just cited, the 11 percent to

5  24 percent, those are aggregate minority numbers, correct?

6  A.   That's correct.

7  Q.   You don't know what the Coast Guard Academy was able to do

8  with respect to individual racial groups?

9  A.   Well, I've consulted one of the articles recently, and it

10 looked to me as though the share of Black students went from --

11 I believe it was 2 or 3 percent to 5 percent under the Coast

12 Guard Academy's plan in the -- you know, from many, many years

13 ago.

14 Q.   How many years ago was that, Mr. Kahlenberg?

15 A.   Well, the use of race -- the ban on the use of race was

16 lifted in 2010.  So it would have been a number of years ago.

17 Q.   Let's look at Slide 26 of PD4.

18      This is the one that actually charts out your

19 Simulation 9, assuming that you can increase completed

20 applications by Black, Hispanic, and Native American applicants

21 by 50 percent, correct?

22 A.   That's correct.  This is with the .5 boost.

23 Q.   That's right.  And even according to this simulation, when

24 you make these assumptions, the share of White midshipmen

25 increases relative to what currently exists at the Naval

1  Academy?

2  A.    Yes.  It increases by 2 percentage points.

3  Q.    Overall minority representation decreased?

4  A.    Yes.  By 2 percentage points.

5  Q.    The representation of both Black and Asian midshipmen goes

6  down?

7  A.    Black and Asian, yes.  Yes.

8  Q.    Let's look at Slide 27.

9      And this is the same simulation, so still Simulation 9,

10 but this is the one that applies your largest socioeconomic

11 boost of 150 percent, correct?

12 A.    That's correct.

13 Q.    And this is the first time we see White representation

14 decreasing slightly from what currently exists, correct?

15 A.    Yes.  The first one that we've looked at today, yes.

16 Q.    The first one in the slides that you presented in your

17 demonstrative to the Court, correct?

18 A.    That's correct.

19 Q.    And this is the first time we see the overall minority

20 representation increasing slightly, correct?

21 A.    That's correct.

22 Q.    By about 1 percentage point?

23 A.    That's correct.

24 Q.    But African American representation still falls relative

25 to what currently exists?

 1  A.    Yes.  There's a fall of about -- a decline of about

 2  1 percentage point.

 3  Q.    And all the numbers for the minority groups would be even

 4  lower if you showed race in the way that the U.S. Census and

 5  OMB report it?

 6  A.    Yes.

 7  Q.    And the table in the upper right-hand corner on Slide 27,

 8  these are the academic metrics that you chose to include,

 9  right?

10  A.    That's correct.

11  Q.    So in this simulation on Slide 27 of PD4, the SAT

12  component scores have fallen by about 20 points each?

13  A.    So the overall decline is about 20 points -- I mean, the

14  composite of the two.  Again, I would emphasize that this is a

15  much more socioeconomically diverse class, and so I think it's

16  important to consider any SAT decline in that context.

17  Q.    The composite SAT score actually falls by about 30 points,

18  correct?

19  A.    Yes.

20  Q.    High school ranks and GPAs are all lower here?

21  A.    Yes.

22  Q.    Let's talk about enlisted members.  And we'll look at

23  Slide 32 for this.

24        Now, one thing that you talked about both with

25  Mr. Strawbridge as well as myself is the suggestion that the

1   Naval Academy can increase the number of enlisted members who

2   are offered admission, right?

3   A.    That's correct.

4   Q.    You did not run any simulations based on this suggestion,

5   though?

6   A.    That's correct.

7   Q.    You agree that academic preparedness and ability to meet

8   eligibility requirements would be important considerations in

9   evaluating whether increasing the number of enlisted is a

10  workable alternative, correct?

11  A.    Yes.

12  Q.    But before making this suggestion, you did not, in fact,

13  consider the academic preparedness of the enlisted who apply?

14  A.    I don't think I examined that particular aspect.  I mean,

15  the way I approach race-neutral analysis is to look at various

16  ideas that could be promising and then test them out.  I did

17  not test that in this case.

18  Q.    And you also did not consider the ability of prior

19  enlisted to meet the basic eligibility requirements like age,

20  marital status, correct?

21  A.    Right.  Well, that would be part of the -- if we were to

22  simulate the preference for enlisted members, that would be

23  part of the process.

24  Q.    But you did not do that analysis here, correct?

25  A.    That's correct.

1  Q.   Let's look at Slide 35.

2       This is the one where you discuss using more race-neutral

3  alternatives in the ROTC program, correct?

4  A.   That's correct.

5  Q.   But as you acknowledged on direct, you have no expertise

6  in military matters, correct?

7  A.   Yes.

8  Q.   And you acknowledged that you don't actually know anything

9  about all of the race-neutral alternatives that ROTC is using,

10 right?

11 A.   So I did not spend time studying the ROTC, no.

12 Q.   And you agree that matters pertaining to ROTC are not

13 within the Naval Academy's ability to dictate?

14 A.   It's my understanding that would be more of a Navy matter

15 than a Naval Academy matter.

16 Q.   It's not a Naval Academy matter, correct?

17 A.   That's correct.

18 Q.   And you did not run any simulations based on this

19 suggestion either?

20 A.   That's correct.

21 Q.   Let's look at Slide 34.

22      And this is the one where you say that another

23 race-neutral alternative is for the Naval Academy to try to

24 tweak the congressional appointments process, correct?

25 A.   That's correct.

1  Q.   Now, you talked about this slide very briefly on direct,

2  but I want to explore it a bit because you discussed it in much

3  greater detail in your expert report.

4       So one tweak that you propose is that the Naval Academy

5  should try to convince members of Congress to nominate more

6  first-generation college students and to use the competitive

7  nomination method more, correct?

8  A.   That's correct.

9  Q.   All right.  So let's pull up the trial transcript from day

10 one, pages 220 and 221.

11      And, again, you're aware from having reviewed the trial

12 transcripts that, in fact, the Naval Academy has been trying to

13 do just that; they've been trying to get Congress to nominate

14 more first-generation college students.

15      Do you see that?

16 A.   Would you mind just pointing me to the section where

17 that's discussed.

18 Q.   Of course.

19      So on 220, if we start looking at line 20 and then go on

20 to page 221.  The answer ends at line 19.

21      Do you see where the witness here testified on 221,

22 lines 1 through 6, "So I always just try to emphasize that,

23 while those things are important" -- meaning academics --

24 "there's other factors that they should also be considering,

25 such as any leadership experience that they've had, unusual

 1  life experiences, if they are the first in their family to

 2  attend college."

 3      Correct?

 4  A.   Yes.

 5  Q.   All right.  And you're also aware from reviewing the trial

 6  transcripts in this case that the Naval Academy has had minimal

 7  success in changing the minds of members of Congress, correct?

 8  A.   I will take you at your word.  I don't -- I don't happen

 9  to remember that from the transcript, but --

10  Q.   That's fine.

11  A.   -- I'm assuming, since you're raising it, that it's

12  probably in there.

13  Q.   That's fine.  I'm happy to show you.  So if we go back to

14  page 221, lines --

15      Can we remove the callout.

16      -- lines 20 through 23 on 221.

17      "Q.  Have those efforts to train the members of Congress

18      been successful in increasing the diversity of

19      congressional nominations?

20      "A.  I would say minimally, if at all."

21      Do you remember reviewing that in the transcripts?

22  A.   Okay.  Yes.

23  Q.   All right.  And the reason -- let me take that back.

24  Strike that.

25      You acknowledge that the Naval Academy cannot dictate the

 1  choices that members of Congress make, correct?

 2  **A.**    That's correct.

 3  **Q.**    And, ultimately, your suggestion that the Naval Academy

 4  try to tweak the congressional appointments process in this way

 5  would not be workable without Congress's cooperation, correct?

 6  **A.**    That's correct.

 7       I'll just emphasize that none of the simulations we

 8  advanced today involve any changes to the congressional

 9  appointments process.

10  **Q.**    The other suggestion that you did make, however, in your

11  expert report was that the Naval Academy could try to get

12  Congress to eliminate the congressional nominations process,

13  correct?

14  **A.**    That was one of the options that I suggested that the

15  Naval Academy explore, although I think I -- I don't remember

16  my exact language, but something tempered my enthusiasm for

17  thinking that that would necessarily be successful.

18       I'm just saying, if there is a racially disparate impact

19  of the congressional appointments process, it seems to me that

20  that could be something the Naval Academy could explore with

21  Congress.

22  **Q.**    You know that the congressional nominations process is

23  written into federal law?

24  **A.**    I do.

25  **Q.**    You acknowledge that trying to eliminate it would likely

1  be seen as too radical?

2  A.    I think that's the language I may have used in the report.

3  Q.    Before this case, you've never before proposed a

4  race-neutral alternative that would require a change to federal

5  law, correct?

6  A.    That's correct.  State law, but not federal law, that's

7  correct.

8  Q.    Am I correct that, in every one but one chart in PD4 of

9  your demonstrative, the share of minorities overall falls

10 relative to what currently exists at the Naval Academy?

11 A.    That is correct.

12       As I tried to explain before, I view the benefits of

13 diversity broadly, as I know the Naval Academy does.  And so,

14 to my mind, the relevant comparison is to look at both the

15 socioeconomic and racial makeup of the impact of the

16 simulations.

17 Q.    Let's look at slide -- I'm sorry.  Please continue.

18 A.    I just want to confirm your point, though, that most of

19 them don't increase.  When you look solely at race, they don't

20 increase the rate.

21 Q.    Let's look at Slide 27 of PD4.

22       The one chart in all of PD4 where the share of minorities

23 overall does not fall is this slide, correct?  Slide 27?

24 A.    I believe that's correct.

25 Q.    The academic metrics you've used in this slide have all

1  fallen in this scenario?

2  **A.**   They fall modestly.

3  **Q.**   And as reflected in Slide 27 of PD4, Black representation

4  and Asian representation have both fallen?

5  **A.**   That's correct.

6  **Q.**   Am I correct that in every chart in your PD4, the share of

7  Asian midshipmen falls relative to what currently exists at the

8  Naval Academy?

9  **A.**   That's correct.  I think that's right.

10  **Q.**   And am I correct that in every single chart in PD4,

11  representation of Black midshipmen falls?

12  **A.**   I believe that's correct.

13  **Q.**   And, again, the numbers for these minority groups would be

14  even lower than shown in PD4 if you reported race the way that

15  U.S. Census and OMB reports it, correct?

16  **A.**   That's correct.

17  **Q.**   It is also the case that none of the charts here in PD4

18  compare your simulations against the demographics of the United

19  States population, correct?

20  **A.**   That's correct.

21      I would note, though, that with respect to the Asian

22  population -- Asian American population at the Naval Academy,

23  if we did look at the national statistics and if the Naval

24  Academy was serious about being generally reflective of the

25  national population, it would require a reduction of the Asian

1  American population.  It would require it to be reduced by

2  about half.

3        So in the simulation -- I mean, in the -- Professor

4  Arcidiacono's data, Asian American representation is 14 percent

5  in the status quo.  And if we did include those national data,

6  we would find that Asian American population nationally is

7  about 7 percent.  And so to be generally reflective would

8  result in a decrease in Asian American representation.

9  **Q.**   None of your simulations measure against the demographics

10  of the United States population, correct?

11 **A.**   That's correct.

12        **MS. YANG:**  Thank you.

13        **THE COURT:**  Thank you, Ms. Yang.

14  Mr. Strawbridge, any further redirect?

15        **MR. STRAWBRIDGE:**  Not at all, Your Honor.

16        **THE COURT:**  All right.  Thank you very much.

17  We're going to take a break now.

18  Thank you, Mr. Kahlenberg, for your testimony.  You

19  shouldn't discuss your testimony with anyone until this trial

20  concludes, I think, because it may or may not be necessary for

21  one or both sides to bring you back up on the witness stand.

22  So that's the admonition I would give you on it.  Thank you

23  very much for your time in being here.

24        And, with that, we'll take a late afternoon --

25  midafternoon break, and then we'll be going until 5:00.

```
 1        We'll take a 10-minute recess.  Thank you very much.

 2             THE CLERK:  All rise.  This Honorable Court is now in

 3   recess.

 4        (A recess was taken from 3:42 p.m. to 4:02 p.m.)

 5             THE COURT:  All right.  The next witness, I think,

 6   Mr. Strawbridge, is Colonel Dakota Wood.  Is that correct?

 7             MR. STRAWBRIDGE:  That's right.  I will let

 8   Mr. Connolly call him in a second.

 9        You may remember, this was going to be Mr. Hasson's big

10   moment.  We know Your Honor likes to see the younger lawyers

11   get a chance --

12             THE COURT:  Yeah, that's right.  That's good.

13             MR. STRAWBRIDGE:  But he, unfortunately, had to go

14   back home for an emergency situation.  So --

15             THE COURT:  Oh, I'm sorry.  Nothing serious.  I'm

16   sorry to hear that.

17             MR. STRAWBRIDGE:  And Mr. Connolly is going to step

18   into the breach and continue.  Hopefully Mr. Hasson will be

19   back.

20             THE COURT:  That's fine.

21        Mr. Connolly, welcome.

22        So we've got Colonel Woods here?

23             MR. STRAWBRIDGE:  Yes, he is.

24             THE COURT:  Colonel, if you would forward, please.

25   Colonel Wood.  I'm sorry.  Not Woods, but Colonel Wood, Dakota
```

 1  Wood, come forward, please, sir.  Thank you.

 2          THE CLERK:  Good afternoon, sir.  Please raise your

 3  right hand.

 4       (Witness sworn.)

 5          THE CLERK:  If you wouldn't mind, please, stating and

 6  spelling your first and last name for the record.

 7          THE WITNESS:  Dakota Wood, D-A-K-O-T-A, W-O-O-D.

 8          THE CLERK:  Thank you.

 9          THE COURT:  Thank you.

10       For the record, Mr. Connolly, I would note that, pursuant

11  to the Court's earlier rulings with respect to his report, like

12  the others, can come in, and I'll screen through any hearsay.

13       However, the one exception is there was Appendix D to his

14  report, a summary of interviews, which is clearly hearsay.  And

15  I've indicated in an earlier ruling that he will not be

16  summarizing or referencing Colonel James Reilly, Colonel Davis,

17  and Colonel Van Opdorp -- if I'm pronouncing his name

18  correctly -- in terms of their views.  And that would be

19  hearsay.  I think that's consistently with my earlier ruling,

20  and I'm making sure it's on the record again.

21          MR. CONNOLLY:  That's fine, Your Honor.  And would you

22  like me to start off by offering the expert reports into

23  evidence or --

24          THE COURT:  You don't need to do it.  You know, you do

25  it when you want to do it.  It's the same as we've done it with

```
 1  the other witnesses.  That's fine.
 2                      DIRECT EXAMINATION
 3  BY MR. CONNOLLY:
 4  Q.   Good afternoon.
 5  A.   Good afternoon.
 6  Q.   Mr. Wood, where did you attend college?
 7  A.   The U.S. Naval Academy.
 8  Q.   How many years were you in active duty?
 9  A.   20 years.
10       THE COURT:  Let me just make a record.  As with other
11  military witnesses, it's Colonel Wood, I believe, if I'm not
12  mistaken.  He's a retired colonel, correct?  We've referred to
13  General Walker as General Walker.  And so if he's retired --
14  Dean Latta is Captain Latta, but he goes by Dean Latta.  And we
15  asked that to be clarified.  I'm just being consistent, am I
16  not, Mr. Gardner?  That's right.
17       Dean Latta is Captain Latta but he prefers to be called
18  Dean Latta.  General Walker is General Walker.  So this is
19  Colonel Wood out of courtesy to him.
20       MR. CONNOLLY:  I'm not a military expert, but my
21  understanding from talking with Colonel Wood is that you maybe
22  preferred Mr. Wood.
23       THE COURT:  Well, that's fine.  If he prefers that,
24  it's up to him.  But that's a courtesy I would extend to any
25  retired --
```

 1           **THE WITNESS:**  Your Honor, I answer to a lot of things

 2    from my wife.  So it's whatever serves the Court.

 3           **THE COURT:**  Well, I can assure you my wife doesn't

 4    call me Your Honor or Judge when I go home.

 5       (Laughter.)

 6           **THE COURT:**  She calls me other things, but never that.

 7    So whatever you prefer, I'm -- just as a courtesy to him.

 8    That's my point.

 9       So go right ahead.

10           **MR. CONNOLLY:**  I appreciate that, Your Honor.

11    BY MR. CONNOLLY:

12    **Q.**   How many years were you in active duty?

13    **A.**   20 years with the U.S. Marine Corps.

14    **Q.**   What environments did you serve in when you were on active

15    duty?

16    **A.**   All of them.  Operational in the field, to include combat

17    operations, garrison, training environments, schools, education

18    environments, and then in the headquarters environments as

19    well.

20    **Q.**   What did you do after you left active duty?

21    **A.**   I went back into the think tank world -- deep research,

22    analysis, scholarly work -- all having to do with military

23    readiness, national security, and national defense matters.

24    **Q.**   What is your expertise?

25    **A.**   It would have to be military readiness.

1   Q.   How would you define military readiness?

2   A.   Military readiness are the U.S. military forces capable of

3   carrying out their function, the primary function being

4   defeating enemy forces in combat.

5   Q.   How much of your career has dealt with issues of military

6   readiness?

7   A.   40 years of it.  So it's as an operator for 20 years.  So

8   you're out in the world actually applying military power,

9   seeing how organizations work and what doesn't work.  So as a

10  user, a creator and employer, that end.

11       And the second part, the other 20 years, would be

12  analysis, research, assessment, writing about it, talking about

13  it, making presentations about it.

14  Q.   Have you ever published anything on military readiness?

15  A.   Yes.  Probably 100 white papers, major reports, articles.

16  And I've probably given something like 1,700 interviews of

17  various types over the last 10 or 15 years.

18  Q.   Okay.  I'd like to show you page 47 of your expert report.

19  This is your publications page.

20       Do you see these publications called the Index of U.S.

21  Military Strength?

22  A.   I do.

23  Q.   What is the Index of U.S. Military Strength?

24  A.   It is a unique publication that is basically a report card

25  on the status of U.S. military power focusing almost

1  exclusively on the readiness of U.S. forces to carry out their

2  function.

3  Q.   What was your role with the Index?

4  A.   I created it, and then served as its editor for all

5  10 years that it has been published.  So the originator of it,

6  putting it together.  It's a multiauthor document of about 20

7  people.  It runs about 650 pages and well over 3,000 footnotes.

8  Q.   And what was the purpose of the Index of U.S. Military

9  Strength?

10  A.   It's meant to report to the American public what they're

11  getting for their tax dollar.  So we spend a lot of money on

12  the military.  What is its condition?  Is it capable of doing

13  what we call upon it to do?  And we use a lot of information to

14  come to conclusions about its current status.

15  Q.   How many volumes of the Index did you publish?

16  A.   There are 10.

17  Q.   And what are the types of issues that the Index would

18  address?

19  A.   We looked at historical uses of military power and

20  determined that there are three major categories.  How big is

21  the military, its capacity?  How modern is it?  So its

22  equipment and the things that it uses.  Are they modern

23  technologies or antiquated?  And then what is the actual

24  readiness of the force?  How much does it train?  Is it

25  cohesive?  Can it really do its job with good leadership and

1   the right people?

2   **Q.**    How would you go about creating the Index of Military

3   Strength?

4   **A.**    Every year we would cull through all publicly available

5   records, which would testimony from senior service officials,

6   heads of service, appointees that would take charge of the

7   departments.  We would use budget documents, program records,

8   manpower reports, key documents issued by each of the services.

9   Every service chief will come out with an annual report of some

10  way.

11       So distilling all of that and then viewing it and

12  analyzing through the lens of decades of actual experience and

13  coming to conclusions that we report in that particular Index.

14  **Q.**    How is the Index regarded within the military community?

15  **A.**    Well, matter of fact, we've often told the military things

16  about itself that it didn't quite understand.  It's been used

17  by professional staffers and members of Congress, throughout

18  the think tank community, congressional research service, major

19  news reporting organizations like *The Wall Street Journal*.

20       You would just find it about everywhere in DC, to include

21  an international audience because foreign military attachés

22  also look into it to see what we're saying about them, common

23  enemies, and the status of American military power.

24  **Q.**    I'd like to turn to page 48 of your CV.

25       You list, I think, 20 white papers here.  Generally, what

1  were these white papers that you wrote dealing with?

2  A.   It's all about readiness, the status of military power in

3  the context of threats, defending national interests, and

4  whether partners can assist in that project.  And it all gets

5  to various aspects of whether military services and forces are

6  ready.

7  Q.   Then on page 50 through 57, you list dozens of articles.

8  Same question.  What do these articles generally deal with?

9  A.   The vast majority about the status of the U.S. military

10 services and their readiness for combat.

11 Q.   Have you ever testified before Congress?

12 A.   I have on at least two occasions.  One was in 2009 before

13 a House committee on a particularly important military program

14 that was essential to the Marine Corps.  And then in 2015, I

15 testified before the Senate on alternative strategies and

16 organizational constructs for the military establishment.

17 Q.   What is your current occupation?

18 A.   I have my own consulting firm that I established this past

19 spring where I provide analytic support to various clients

20 trying to understand the implications of the current national

21 security environment and how it might affect their interests.

22 Q.   Were you hired to provide testimony in this case?

23 A.   I was.

24 Q.   What issues will you be addressing with your testimony?

25 A.   The readiness of military services and, in the context of

1   this hearing, whether race has anything to do with that.

2   Q.   Did you reach any conclusions?

3   A.   I did.

4   Q.   And what were the conclusions you reached?

5   A.   Readiness is a function of things like leadership, the

6   efficacy of military power, the discipline of the force, unit

7   cohesion, materiel matters, and capacity.

8        And as I looked at our racial composition of the forces, I

9   found that it has no bearing on the military effectiveness or

10  the military readiness of the services.

11  Q.   Going back to your background, when were you born?

12  A.   1963.

13  Q.   Where did you grow up?

14  A.   Mostly in Missouri; and in the late '70s, moved to

15  northeastern Oklahoma, where I did my high school years; and

16  then in 1981 went off to college.

17  Q.   When did you graduate from the Naval Academy?

18  A.   1985.

19  Q.   Did you commission as an officer?

20  A.   I did.  I commissioned as a second lieutenant in the U.S.

21  Marine Corps.

22  Q.   And what was your first assignment after commissioning?

23  A.   All officers go to the basic school at Quantico, Virginia.

24  It's a six-month in-resident course where you learn how to be a

25  Marine officer -- leadership, legal and technical matters,

 1  basic skills of leading Marines in a variety of environments.

 2  Q.   And what was your next assignment?

 3  A.   I was posted to be a platoon commander for a

 4  transportation unit in Kaneohe Bay, which is a military base on

 5  Oahu in Hawaii.

 6  Q.   And what was your assignment after that?

 7  A.   After that one, I was there for a year, and then I was

 8  reassigned to another unit on Oahu, 1st Battalion, 3rd Marines,

 9  which is an infantry battalion.  And I was in charge of the

10  transportation, mode of transport assets, and had another

11  platoon with operators and maintenance capabilities.

12  Q.   Where were you assigned after you finished with this

13  battalion?

14  A.   So that was two years there.  Then I went to another

15  school, which was about four or five months, and it was to

16  qualify as a logistics officer.  Logistics is the science and

17  the art of sustaining military operations over time and

18  qualified there.

19  Q.   And what did you do after you graduated from that school?

20  A.   I was then assigned to a battalion on Okinawa, which is

21  one of the islands in Japan, a military base called

22  Camp Kinser.  And I was the logistics officer for this unit.

23  Q.   Did you conduct any exercises when you were with that

24  unit?

25  A.   We did.  It combined that time in Japan and back in

Hawaii.  It did exercises in South Korea with the South Korean military and the other U.S. military services.  And then you would do basic exercises on the island, either with your own forces, joint forces, meaning other military forces, or the Japanese forces there.

Q.   And what was your next assignment after Japan?

A.   Went to another school.  Always educating.  This was to an advanced logistics or transportation course at an Army base, Fort Eustis, Virginia.  It was about six months long.

Q.   And what were you studying there?

A.   How to move people, materials, and equipment anywhere in the world with any means available -- so rail operations, shipping operations, aircraft, and road network.  You know, trucking sorts of things.

Q.   And what did you do after you graduated from this second school?

A.   I was directed to be the ground support officer at a aviation logistics support office at headquarters Marine Corps here in Washington, DC, and supported or analyzed the ability of the ground side to support Marine aviation in global operations.

Q.   Were you deployed while you were in this role?

A.   I was toward the end of Operation Desert Storm.  I was part of a four-person team that was deployed overseas into Bahrain, Saudi Arabia, and Kuwait to gather up lessons or

1  insights into how well these things actually worked.

2  Q.    Where were you assigned after headquarters Marine Corps?

3  A.    I was initially sent to Special Operations Training Group

4  Number 2, which is a unit, training unit, in Camp LeJeune,

5  North Carolina.  I was there for about three or four months

6  waiting for my next unit to return to the United States.

7  Q.    And what was that next unit?

8  A.    The 26th Marine Expeditionary Unit.  It was currently

9  deployed into the Mediterranean.  When the time was right, I

10  was flown out to join that unit, do the transatlantic sail-back

11  aboard amphibious warships to effect a turnover with the person

12  that I was replacing.  And then I served as the assistant

13  logistics officer and then the primary logistics officer during

14  my three years with that unit.

15  Q.    And were you deployed with that unit?

16  A.    Yes.  Twice.  Each one was a six-month deployment aboard

17  Navy amphibious warships to the Mediterranean.  You had this

18  rotation.  You would join up units, train, get ready for war,

19  and go off and do that.

20  Q.    What was your next assignment after your time at the 26th?

21  A.    So after the 26th Marine Expeditionary Unit, I was again

22  assigned to school -- always educating -- and went to the

23  College of Naval Command and Staff in Newport, Rhode Island, at

24  the Naval War College.

25  Q.    And what did you study at the Naval War College?

1   A.   Warfare at large and what it takes to actually win in

2   combat.  So you would look at war across the ages.  You would

3   look at organizational designs, the programmatics behind

4   fielding a capable force, and then how you employ that force in

5   joint operations, which is multiservice, and combined

6   operations where you're working with the militaries of other

7   countries.

8   Q.   And what did you do after you graduated from the Naval War

9   College?

10  A.   So I graduated with distinction from that.  And when that

11  announcement was made, I was asked to interview or compete for

12  a limited number of seats at a fairly elite school back in the

13  Marine Corps.  It's called the School of Advanced Warfighting.

14  So it was a second year of, like, postgraduate scholarly

15  education, studying war in a different way.

16  Q.   What did you study at the School of Advanced Warfighting?

17  A.   The tactical employment of forces is when your military is

18  actually engaging the enemy on the ground or in the air.  The

19  strategic view of war is that big picture.  But there's a

20  middle level of how do you structure military operations and

21  sequence these things in a campaign so that you achieve your

22  objectives?

23       So the School of Advanced Warfighting was looking at that,

24  deep study of different wars in different periods using

25  different kinds of horses and actors.  And it was a four-year

 1  program.

 2  Q.   How did you perform at the School of Advanced Warfighting?

 3  A.   I was the top graduate of that school.

 4  Q.   What did you do after you graduated from the School of

 5  Advanced Warfighting?

 6  A.   Because of my graduation status, I was asked to interview

 7  for a couple of positions back up at headquarters Marine Corps.

 8  The one that I enjoyed the most, and I decided to go with, was

 9  called the strategic initiatives group.  And it served as the

10  internal think tank, analytic cell, for the commandant to the

11  Marine Corps.

12  Q.   And what were your responsibilities at the strategic

13  initiatives group?

14  A.   Under General Jones, who was the commandant at that time,

15  he wanted to know what was going on outside of the Marine Corps

16  that might have bearing on the ability of the Marine Corps to

17  do what it was called upon to do.  So we would look at

18  different areas.

19       My particular portfolio were all the think tanks in

20  Washington, DC, that deal with foreign policy, foreign affairs,

21  national security, and defense sorts of things, as well as

22  things going on across society and culture that might affect

23  how people would think about military power so that the

24  commandant could make better-informed decisions affecting the

25  Marine Corps over time.

1  Q.   Did you write anything about military readiness in this

2  role?

3  A.   That was the purpose of this organization and my work.

4  All these were internal consumption; so they were all closely

5  held and not for public publication.

6  Q.   Where were you assigned next?

7  A.   After the strategy initiatives group, I was asked to

8  transfer to another think tank internal to the Pentagon called

9  the Office of Net Assessment.  So whereas the Strategic

10 Initiatives Group supported the commandant, the Office of Net

11 Assessments supported the Secretary of Defense.

12 Q.   And what did you do at the Office of Net Assessments?

13 A.   When I arrived in the spring of 2001, I was asked to look

14 at China and the status of China's military power and how it

15 compared with America's to see how that competition was

16 unfolding.

17 Q.   And were you conducting research or writing reports on

18 issues of military readiness?

19 A.   I was, yes.  It was talking with all kinds of experts,

20 sinologists, folks that are expert in all forms of military

21 power, from the technical to the human aspect as well, and

22 really trying to get an understanding of this area of

23 competition.  And so I immersed myself in that.  You would have

24 memos and papers and verbal presentations on that topic.

25 Q.   Did you have any deployments during this period?

A.    I had a very unusual tour there -- so the answer is yes --
in that I was deployed out of there twice.  The first time was
immediately in the aftermath of the terrorist attacks of 9/11
in 2001.  And there was a call from U.S. Central Command, who
had been tasked with prosecuting campaigns into Afghanistan.
They needed people with security clearances.  And this advanced
schooling that I've talked about, I was one of two logisticians
in the Marine Corps that met all those criteria.

Q.    What was the role at Central Command?

A.    I was deployed to MacDill Air Force Base, where Central
Command is headquartered, and I was one of the lead logistics
planners for our operations into Afghanistan.  And I was there
for about six months.

Q.    Did you have any other deployments while you were assigned
to the Office of Net Assessment?

A.    I did a widely reported -- there was planning going on
about should the U.S. forces go into Iraq -- stationed in
Kuwait and going into Iraq.  And I was a by-name request from
the Marine Corps to assist in preparing Marine Corps forces and
then conducting that invasion operation in 2003.

So I deployed in January of 2003, helped stand up
capabilities, participated in the invasion, and then was sent
back to the Office of Net Assessment in May of that year.

Q.    And what was your last assignment with the Marine Corps?

A.    As I finished up my time with net assessment, there was a

1  tussle should I go to the Office of the Vice President or what

2  the Marine Corps wanted me to do was to become the executive

3  officer for a large Marine Corps detachment at Fort Leonard

4  Wood, Missouri, which is an Army base.

5          Unbeknownst to me at the time, it was the largest standing

6  Marine Corps detachment in the Marine Corps.  And so that's

7  where I was dispatched that summer.

8  Q.   And what were your responsibilities at Fort Leonard Wood?

9  A.   I oversaw the day-to-day operations of a 300-plus person

10 staff of trainers and educators, mentors.  The mission of this

11 organization was to run four schools for occupational skills

12 training.  And we would process about 5 to 6,000 Marines every

13 year, about one out of every six or seven that joined the

14 Marine Corps.

15 Q.   Were you assigned anywhere else after Fort Leonard Wood?

16 A.   No.  I hit my 20-year mark at the end of the two years

17 there, and I wanted to continue the type of work that I had

18 been doing back in this think tank world.

19         And so I retired from the Marine Corps and then shifted to

20 this kind of deep analytic work in the think tank community.

21 Q.   What was your first position after you retired?

22 A.   I was hired by a contracting company called Systems

23 Planning & Analysis, Inc.  Its primary focus was on the

24 Department of the Navy, but they also had a large support

25 contract with the Department of Homeland Security.  And so once

1  I was hired, that's where I worked, was on that support to DHS.

2  Q.   And what did do you in this position?

3  A.   The first six months was analyzing what we call threat

4  streams.  If a terrorist wanted to conduct another attack on

5  the U.S., what might that look like and what indicators might

6  you become aware of so that you could you stop that or report

7  it and warn people?

8       But for the majority of it, the final year I was there,

9  was with three or four other people, creating a global

10  biosurveillance system to provide early warning of any

11  biological threat to the United States.

12  Q.   And what was your next employment?

13  A.   I was recruited into the Center for Strategic and

14  Budgetary Assessments, which is a 501(c)(3).  It's a

15  not-for-profit private entity that does deep analytic work on

16  military readiness.  Went in there as a senior fellow and then

17  started working on various projects.

18  Q.   And what were your responsibilities at this center?

19  A.   Our primary customer or sponsor was the office I mentioned

20  previously, the Office of Net Assessment.  So they would want

21  us to look at some very tough challenges facing the United

22  States and then look at alternative operational concepts, the

23  status of military power, whether we had the right tools or

24  were using those in the right way.

25       And so we would do war games and seminars and workshops

1  and independent research to come to various insights and

2  conclusions on those topics.

3  Q.   And did you write white papers on military readiness?

4  A.   Yes.  Most of the work, if not all of it, that we did for

5  the Office of Net Assessment was classified; so it went to that

6  customer, and the director would share that with the Secretary

7  of Defense and others.

8       But we also did public-facing documents.  And I wrote

9  several reports -- white papers while I was there talking about

10 the status of military power.

11 Q.   And what did you do after your time with the Center for

12 Strategic and Budgetary Assessments?

13 A.   There was an opportunity to run for office.  And I thought

14 it would be pretty neat if I could take the experience and the

15 insights and use that inside government as a member of Congress

16 than trying to advise Congress.  And so I took a shot at

17 running a political campaign.

18 Q.   Did you prevail?

19 A.   I did not.  The primary was in June of 2012.  I didn't win

20 that campaign, and so I went a different path.

21 Q.   And what did do you after that?

22 A.   I was hired by the Marine Corps Special Operations Command

23 to be their senior strategist.

24 Q.   And we've heard a lot about this in this case.  Does the

25 Marine Corps Special Operations Command, does that have an

1    acronym?

2    **A.**    You have to have a catchy title.  It's called MARSOC.

3    It's like McDonald's, you know, a McRib.  So it's Marine

4    something.  So this is Marine Special Operations Command, and

5    it's headquartered at Camp LeJeune, North Carolina.

6    **Q.**    And what is MARSOC?

7    **A.**    It is the Marine Corps' contribution to U.S. special

8    operations capabilities.  Each one of the services has a

9    special operations component.  Up to -- just after the Gulf War

10   or the Operation Iraqi Freedom started, the Marine Corps hadn't

11   really been in that business and was told to do so.  So we

12   stood up a special operations capability.

13       It was a very new command.  I was asked to be the

14   strategist for that.  And my role was to advise the commander

15   on issues kind of outside of the command itself that might

16   affect MARSOC as it was preparing forces to perform their

17   functions under the control of U.S. Special Operations Command.

18   **Q.**    And were you -- you were working on issues of military

19   readiness?

20   **A.**    That's correct.  Most of the special operations community

21   at that time was focused on what were called direct action

22   missions, trying to capture or kill terrorists primarily in

23   Afghanistan and Iraq.

24       But as those operations were winding down, MARSOC was

25   wanting to reorient to other regions.  So how do you go about

1  doing that?

2      And my job was to develop that concept and then to present

3  that to the commander of Special Operations Command and to the

4  senior leadership of the Marine Corps.

5  **Q.**   And what did you do after MARSOC?

6  **A.**   Again, recruited by The Heritage Foundation.  So I

7  completed -- I was near completing one year with MARSOC.

8  Heritage wanted me to come up to Washington, DC, and basically

9  develop this index of U.S. military strength.

10  **Q.**   And what is the Heritage Foundation?

11  **A.**   It is also privately held.  It's a member-driven,

12  nonprofit organization that takes conservative philosophy in

13  looking at federal policies.  It's one of the largest think

14  tanks in Washington, DC, and will address everything from tax

15  policy and energy policy to foreign policy and national

16  security matters.

17  **Q.**   And were you publishing anything else in addition to the

18  Index?

19  **A.**   I was.  Yeah, that took about four or five months to put

20  together every year.  But even during that time, would publish

21  newspaper or opinion pieces that were a bit shorter in length

22  and then in the other parts of the year, publishing these white

23  papers.  And they could stretch 40 or 50 pages or less, and I

24  did scores of those.

25  **Q.**   When did you leave The Heritage Foundation?

1  A.   This past spring, in 2024, March.

2  Q.   And why did you leave The Heritage Foundation?

3  A.   In my view, the organization had become much more

4  politically oriented, more politically activist.  And because

5  of that, I didn't feel that I could research and write about

6  military readiness and military affairs in a nonpolitical way.

7       I think it needs to be a nonpartisan way, where you're

8  just looking at the facts, and then you tell the truth about

9  the status of military power and what should be done to make

10 sure that a country can defend itself.

11      So not being able to do those sorts of things, in my view,

12 I decided to try my hand at an independent path.  But all the

13 people I worked with were just great.

14 Q.   Can you briefly describe why you consider yourself to be

15 an expert in military readiness?

16 A.   So I've been living it, researching it, analyzing it, and

17 practicing it for 40 years or more.  I mean, even my time as a

18 midshipman, I did service with the Navy in the fleets on a

19 couple of mini deployments.  So if you add that, 44 years of

20 experience.

21      And, again, from the end user actually working with forces

22 to the policy side in deep academic scholarly analysis and then

23 deriving insights about what's needed to have combat-effective

24 force.

25           MR. CONNOLLY:  At this time, Your Honor, we would like

1  to offer Mr. Wood as an expert on the issue of military

2  readiness.

3          THE COURT:  Yes.  Consistent with my earlier rulings,

4  I accept the opinions of any and all former military officers

5  in that regard.  And they can opine -- and the record will

6  clearly indicate -- so on both sides of the aisle, I've

7  recognized that expertise.  And he may opine as to that.

8  BY MR. CONNOLLY:

9  Q.   Mr. Wood, did you prepare an opening expert report in this

10 case?

11 A.   I did.

12 Q.   Is the document marked as P221 in front of you?

13 A.   Yes, it is.

14 Q.   Did you prepare a rebuttal expert report in this case?

15 A.   I did.

16 Q.   Is your rebuttal report the document marked as P225?

17 A.   It is.

18 Q.   Do these reports contain the opinions that you intend to

19 offer today?

20 A.   They do.

21          MR. CONNOLLY:  Your Honor, at this time we would like

22 to offer --

23          THE COURT:  It will be so accepted into evidence with

24 the same caveat with respect to, to the extent that there are

25 any hearsay implications in there, as I've ruled several times,

1  I can eradicate those out so we don't need to go line by line.

2  I'm not interested in what other people have told him, just

3  what his report says as to his analysis.

4       Anything further on it, Mr. Carmichael, from your point of

5  view?  You're handling this witness?

6            MR. CARMICHAEL:  Yes, Your Honor.  It was just what

7  you said earlier --

8            THE COURT:  Do you concur with that?  That's how we're

9  going to deal with it.  And so --

10            MR. CARMICHAEL:  Yes.

11            THE COURT:  That's fine.  That's fine.  The same

12  rulings as previous.

13  BY MR. CONNOLLY:

14  Q.   How would you define military readiness?

15  A.   I didn't hear the question.

16  Q.   How would you define military readiness?

17  A.   Military readiness has to do with the ability of military

18  forces to succeed in combat.  And it's composed of things like

19  leadership and discipline and the right attitude and identity,

20  and then properly resourced and trained.  So all of those go

21  together to make a force ready or unready.

22  Q.   Let's start with leadership.  Is leadership related -- how

23  is leadership related to military?

24  A.   Absolutely.  I mean, it's at the heart and soul of

25  effective military organizations.  You can take an organization

1  that's well-equipped and has lots of people; but if it's poorly

2  led, it's going to fail in combat.

3      So the leader of a military unit, like the coach of a team

4  or any other organization, sets the tone, the priorities, leads

5  by example.  So they'll set standards -- this is what's

6  expected of you, and I'm going to demonstrate through my own

7  behaviors and activities what we value, the principles we abide

8  by, what you should be able to do in certain settings -- and

9  then directs and prioritizes the efforts of that organization.

10  So it's all about leadership.

11  Q.   Is leadership important when there are high-stress

12  situations?

13  A.   Even more so.  When people are in situations that, even

14  though they've thought about it and trained for it -- like a

15  police officer will go through their academy, the same thing

16  with the military.  But when you actually get into a combat

17  environment, it can quickly overwhelm you.

18      And so you're looking for confidence, surety, direction,

19  somebody who acts -- not really is a comfort, but you find

20  comforting because there's somebody in charge.  They care about

21  your welfare, and they know what the heck they're doing.

22      So when you're deployed into an operational, especially a

23  crisis or combat environment, the leader means everything to

24  the success of that outfit.

25  Q.   Is a person's race relevant to whether he or she is a good

1  leader?

2  A.   Not at all.

3  Q.   How come?

4  A.   Well, it depends on the character of the person.  So it

5  doesn't matter whether a person is White or Black or Asian or

6  Hispanic.  Are they good at their job?  Do they care about

7  their people?  Are they maintaining and enforcing standards?

8  Is it a balanced approach to the force?  You know, does

9  everybody get a fair shot?  Is everybody held accountable in

10 the same way?

11     And if you see that kind of expertise, leadership quality,

12 you have confidence in that leader.  It doesn't matter what

13 their personal background is.  You see it on display when

14 they're leading troops and organizing them and making sure

15 they'll be effective.

16 Q.   In your opinion, would lowering standards for certain

17 Marines based on their identity undermine their effectiveness

18 as a leader?

19 A.   It absolutely would because it insinuates into this

20 dynamic of a team environment the cohesion that there are

21 differences that can't be controlled.  You know, why do I have

22 to do one thing a certain way and then the Marine or the sailor

23 next to me gets to do something differently?

24     So I can't overcome that through working harder or

25 studying more or being a better person.  There is some

1  characteristic that is beyond my control.

2      And you see this unevenness or unfairness throughout that.

3  So it starts to undermine trust and confidence, you know, that

4  I see somebody gets an assignment or a billet or whatever.  Did

5  they get that because of this characteristic when maybe I'm

6  better qualified because I met a higher standard for it?

7  Q.  How about unit cohesion?  Is unit cohesion a part of

8  military readiness?

9  A.  It is like any well-oiled team.  If everybody is there

10  kind of for their own glory or their own personal interest,

11  it's hard to mesh that into a team that understands how each

12  other's work -- and you all have a common identity, a shared

13  purpose; you're working together to accomplish a task.

14      So the beauty of the Marine Corps' approach to this -- and

15  the other services as well -- is they define themselves as a

16  Marine.  They earned the eagle, globe, and anchor, which is a

17  symbol for that.  And when you show up at a unit, everybody

18  understands that you had to meet the same standards, the same

19  rigorous training, and so you can be trusted to pull your

20  weight and to do more than the minimum required.  And so it

21  creates this cohesion within the unit that now you identify

22  with.

23  Q.  How does the military go about obtaining unit cohesion?

24  A.  That starts in the Marine Corps, step on the yellow

25  footprints.  So a young high school graduate who's been

1  recruited into the force arrives at a recruit training center.

2  They ditch their civilian clothes.  They get their head shaved.

3  And then they start dressing, marching, acting, eating, and

4  sleeping like everybody else around them.

5      And so it isn't to destroy the individual identity of the

6  person; it says you have a new kind of corporate or collective

7  identity as a United States Marine.  You're in the same boat

8  with everybody else.  You're going to do the same marches.  The

9  same things are expected of you.

10     And so you're trying to superimpose this team identity, a

11 unit identity, a service identity.  And this bonding and very

12 hard, rigorous training brings people very close together in a

13 mutually supportive environment.

14 Q.  Can you explain why having a shared identity is important

15 for unit cohesion?

16 A.  As the military moves people around, you're going to leave

17 one unit and show up at the next.  It's very helpful -- and, in

18 fact, it's essential -- that everybody has the same thoughts

19 about what you're trying to do, the purpose of why you're

20 there, and what you're trying to accomplish.

21     So, again, same training, same uniform, same credentials

22 that you're showing up.  And then how you differentiate

23 yourself is initiative, enthusiasm, further study.  You know,

24 are you honing your skills to a higher level than perhaps --

25 and are you serving your fellow Marine?

1       So the shared identity is essential to cohesion as a unit.

2   Q.  Is maintaining high standards important for unit cohesion?

3   A.  It absolutely is.  Special operations forces are what they

4   are because they're just better than everybody else in many of

5   the skills required to be effective in the most strenuous

6   environments.

7       So when you start lowering standards, you don't have to

8   work as hard, you're not as good at your job, and then you

9   start questioning the combat effectiveness.  Is the force ready

10  to accomplish its mission?

11      So maintaining high standards and having everybody meet

12  those standards, again, is critical to force readiness.

13  Q.  When you were in active duty, would leaders try to

14  emphasize service members' immutable characteristics, like

15  race, when trying to build unit cohesion?

16  A.  I never saw that in my 20 years of active duty or in my

17  close association with military forces in the 20 years that

18  have followed.  It was always -- in Marine Corps units, the

19  commander or the leader would get out there and say, "Good

20  morning, Marines."

21      It was always this kind of unifying common identity.

22  People would have stickers on their cars, Marine Corps.  You're

23  wearing Marine Corps sweatshirts.  And so it was avoiding the

24  things that might differentiate people in ways that would say

25  how you were going to be treated or the standards that you're

1  expected to me meet somehow differ because of one of these

2  immutable characteristics.

3  **Q.**    What types of traits in individuals are the Marines

4  looking for?

5  **A.**    You're looking for an aggressive attitude.  In other

6  words, I have a challenge in front of me.  Do I pull back from

7  that or do I embrace it and push forward?  Do I want to learn

8  more than the minimum?  What is the passing score?  Can I do

9  more than that?  Am I adopting this as a profession?  Do I do

10  my own share of the work and then try to see where else I can

11  help my fellow Marines?  Right?

12     The whole unit is edified and improved by that.  So it's a

13  very service-oriented, challenging, "I want to be part of

14  something bigger than myself" kind of world.  And when a

15  recruiter will talk to a prospective recruit, these are the

16  kinds of questions they ask.  And then we would reinforce those

17  throughout operational experiences and in schools and in

18  training throughout a person's career.

19  **Q.**    In your opinion, could racial diversity -- how is racial

20  diversity relevant to unit cohesion?

21  **A.**    If we made race a filter, right, or a defining

22  characteristic, then when you would go into a unit, you have to

23  reorient about how you view each of your teammates, right?

24  It's an identity other than a commonly held identity as a

25  Marine or the particular unit that I'm with.

1      So racially dividing or subgrouping people into these kind

2 of bins undoes all of this unifying work the service spent so

3 much time with.

4 Q.   Can racial diversity ever harm unit cohesion?

5 A.   Absolutely not.  What you've done is you've made race

6 immaterial.  And all you're concerned about is the quality and

7 character of the person and whether or not they're carrying

8 their share of the burden and meeting standards that are

9 expected of everyone.

10 Q.   Did you review the expert reports of Professor Bailey and

11 Dr. Sherwood?

12 A.   I did.

13 Q.   Do you recall their discussion of racial unrest in the

14 Vietnam War era?

15 A.   I do.

16 Q.   Are you familiar with this time frame of military history?

17 A.   Very much so.

18 Q.   Where did you gain your knowledge of the history of the

19 Vietnam War?

20 A.   Through a career of service and education.  In these

21 formal, professional military education schools that I've

22 mentioned, you're constantly studying the history of warfare.

23 The Vietnam era, in particularly, is heavily studied because it

24 was a controversial war, it was very complicated, it was very

25 political.

1    And what was going on there was actually an extension of

2   larger themes in American society -- cultural, political,

3   ethnic, racial, et cetera.  So in every school you would go

4   through, the study of Vietnam War and whether units were

5   effective or not is certainly looked at.

6   Q.   What was your reaction to the expert reports of Professor

7   Bailey and Dr. Sherwood?

8   A.   Good historical overview, but I think they missed the key

9   points, which was they were trying to look at racial discord

10  and the problems that they captured in isolation from the

11  larger context.  They would make comments about the military

12  services aren't divorced from American society, and yet they

13  would look at the ills and possible prescriptions in isolation

14  from that society.

15    So as American society had its tumultuous period in the

16  1960s and the '70s, as the draft brought people in to a very

17  complicated, unpopulated war who didn't want to be there, it

18  shouldn't have been a surprise that you were going to have

19  problems.  So all those were bad.  I mean, the problems were

20  bad.  But you have to look at that period of time in a larger

21  strategic cultural context.

22  Q.   Has the military changed since the Vietnam War era when it

23  comes to issues of race?

24  A.   Profoundly, yes.

25  Q.   How so?

1  A.    Well, there are now all kinds of value statements, legal

2  requirements, and intolerance for any kind of racism or racial

3  approaches to issues.  The attitude, rightly so, has shifted to

4  the quality of the individual irrespective of their personal

5  background.  And that applies to race or religion or ethnicity

6  or origin nationally, you know, any of those sorts of things.

7  Q.    When you were on active duty, did you ever see racial

8  unrest like occurred in Vietnam?

9  A.    No, absolutely not.

10  Q.    Did you review the declaration of Professor Jason Lyall?

11  A.    I did.

12  Q.    Can you briefly summarize what Professor Lyall said in his

13  declaration?

14  A.    He amassed an incredible amount of data stretching over

15  200 years, where he addressed 250 wars that involved about 300

16  armies and wanted to look at the ethnic and racial makeup of a

17  lot of these forces and then to try to derive implications or

18  insights from the results on the battlefield with this overlay

19  of ethnicity.

20  Q.    And what was your reaction to Professor Lyall's

21  declaration?

22  A.    His conclusions were unsurprising, in that if marginalized

23  groups from society at large are brought into the military and

24  continue to be treated as marginalized groups, it shouldn't be

25  a surprise you have problems.  When you treat people poorly,

 1  you're going to get bad or poor results.

 2      I think where he erred in his conclusion was it then

 3  wasn't pursuing racial profiles or composition of a force; the

 4  solution is good leadership.  So if I treat all my people

 5  fairly and equitably in the same way, I don't have marginalized

 6  groups and everybody has the same sort of opportunity and

 7  approach to what they're doing on a battlefield.

 8  Q.   Are you aware of any historical evidence showing that

 9  racially balancing the officer corps leads to battlefield

10  success?

11  A.   None at all.

12  Q.   Did you review the report of Jeannette Haynie?

13  A.   I did.

14  Q.   What did Ms. Haynie write about in her declaration?

15  A.   So on that, again, she was looking at very much an

16  individualized approach to issues within the military.  So

17  there is a true statement in that personnel, people, are at the

18  heart of services.

19      I think where she erred in her analysis was in the

20  services should so focus on the individuals that they become

21  the focus of effort; whereas, in reality, it's the individuals

22  that accommodate into the services, right?  People are joining

23  the military to be part of this military organization, part of

24  these teams.

25      So it's -- it's to the individual to subordinate their own

1   individual interests to be part of the organization, not the

2   organization fixating on each individual person and what their

3   individual interests or identities might be.

4   Q.   Did you review the declaration of Lisa Truesdale?

5   A.   I did.

6   Q.   And what was your reaction to her declaration?

7   A.   It was a compilation of policy statements by uniformed and

8   elected officials, and I didn't see it anything more than that.

9   There was no original thinking or research or analysis in that;

10  it was just a recitation of policy statements that have been

11  made within the Department of Defense.

12  Q.   Let's turn to resources.  Are the resources of the

13  military relevant to military readiness?

14  A.   Yes.  The military cannot do the things it needs to do

15  without things like equipment and funding and fuel and

16  ammunitions.  Resources are also critical to that.

17  Q.   Are you aware of any recent example of how a country

18  having significant resources can achieve success on the

19  battlefield?

20  A.   With good leadership and bad leadership.  So, for example,

21  in Ukraine, Russia dominates Ukraine four or five, sometimes

22  ten times the amount of capabilities, resources than Ukrainian

23  forces.  They were poorly led, tactually inept when they

24  invaded the country, and yet they're still on the battlefield,

25  because, in spite of the ineptitude at kind of the professional

1  level, the significant advantage they have in resources enable

2  them to sustain operations in spite of bad leadership.

3  **Q.**   Does racial diversity in the military have any effect on

4  whether a military is receiving the proper resources?

5  **A.**   No, it doesn't.  I mean, Congress will write the check and

6  provide funding for the military.  That amount of funding has

7  to do with fuel and ammunition and buying equipment and paying

8  salaries.  It has nothing to do with the racial composition of

9  the military services.

10 **Q.**   Tactical proficiency and lethality, are they a part of

11 military readiness?

12 **A.**   Yeah.  And I had referenced that earlier about whether --

13 the efficacy of military power.  So if you take a force and it

14 has lots of people, even if you give it good leadership, if

15 they haven't been iteratively training on a regular basis,

16 they're not going to be good, right?  The skill sets aren't

17 there to succeed in combat.

18     And you could think of a pilot.  If they're only flying

19 once a week, they're barely keeping their certifications.  If

20 they're flying four or five times a week, then they're going to

21 get very, very good and able to defeat another enemy pilot in

22 aerial combat.

23 **Q.**   When you were in active duty and doing joint military

24 drills with the South Korean military that you talked about,

25 did the platoon's racial diversity affect your units'

1  performance?

2  **A.**   It did not at all.  Talking about this tactical

3  proficiency and lethality, American forces would show up with

4  an American flag, lots of equipment, really good leadership.

5       All the South Koreans cared about was that America was

6  there to support them and to help them get better in case a

7  North Korean threat materialized.

8       So all of the different units -- whether it was a Marine

9  Corps unit, an Army unit, an Air Force squadron, how it was

10  composed racially or ethnically within that organization was

11  irrelevant to the performance of the organization and how it

12  interacted with the Koreans.

13  **Q.**   When you were at central command planning the invasion of

14  Afghanistan, did you ever strategize about the racial diversity

15  of the officer corps?

16  **A.**   No.  The only concern about inserting forces into

17  Afghanistan was whether they had some linguistic capabilities.

18  Could they speak Pashtun or Urdu?  Were they regionally

19  familiar?  Culturally familiar?

20       But the race or ethnicity of the special operator or the

21  officers that were in charge of planning and executing and

22  supporting had no bearing on operations working with the

23  Northern Alliance or conducting combat operations against the

24  Taliban.

25  **Q.**   When you were in part of the invasion forces into Iraq,

1  did the racial diversity of your unit affect its performance?

2  A.   Not at all.  And that was the beauty of it, was we had

3  Marines from all different walks of life, different colors and

4  ethnicities and religious beliefs, but they were all United

5  States Marines.  You had a task to do, a challenge to

6  overcome -- that was invading Iraq, defeating Iraqi forces --

7  and the racial composition of the units had no bearing on that.

8  Q.   When you were at Fort Leonard Wood, did the race of the

9  Marines have any effect on how you were training these new

10 Marines?

11 A.   No.  And, again, it was another great example in that the

12 instructor cadre came from all over the country and all over

13 the Marine Corps, 300 of them.  And then these 5 or 6,000

14 Marines that had just joined the Marine Corps were coming from

15 all these backgrounds as well.

16    And the learning point to all these Marines was it really

17 didn't matter where you came from or how you identified

18 yourself; you were a Marine learning how to be a military

19 policeman or a chemical biological technician or something

20 along those lines.

21    So stripped away the individual identity.  You're now a

22 U.S. Marine.  You have a job to learn, skills to accumulate,

23 and we're going to send you off into the operating forces.

24 Q.   When you were creating the Index of Military Strength each

25 year, did you review the military's own assessments of its

1   military readiness levels?

2   A.   All the time, every year.

3   Q.   Did these military self-assessments ever discuss the

4   racial makeup of the officer corps when talking about military

5   readiness?

6   A.   Never that I can ever recall, no.

7   Q.   As a practical matter, would it be possible for the

8   military to ensure a certain racial makeup of individuals in a

9   platoon or a ship?

10  A.   Not on a consistent basis.  And I've been with many units

11  and have served aboard naval ships.  The individual rotation

12  policies of the services are you'll have X number of people

13  that show up one month, another group of people that show up

14  the next month.  They get to the end of the assignment, or

15  maybe it's the end of the enlistment contract, and they leave

16  and they're replaced with somebody else.

17       So the racial composition of any one unit is constantly in

18  flux.  And that's across the services and the force as a whole.

19  So you show up at a new unit, a new ship.  It has one

20  complexion one day, and six months later it'll have something

21  completely different.  And yet that organization still has to

22  accomplish its job.

23  Q.   Are you aware of any studies showing that racial diversity

24  affects unit performance in the operational setting?

25  A.   No, no studies at all.  And I haven't seen it in practice

1  either.

2  **Q.**   Did you see any such studies in the expert reports you

3  reviewed?

4  **A.**   No, I did not, not as it applies to any kind of combat

5  effectiveness or operational readiness or viability.

6  **Q.**   Capacity.  Is the military's ability to recruit and retain

7  service members a part of military readiness?

8  **A.**   It absolutely is.

9  **Q.**   When you were publishing the Index of Military Readiness

10 each year, would you ever assess whether the military had

11 sufficient levels of service members?

12 **A.**   We did that in every edition.  And we would go to the same

13 data sources as some of these other issues we're talking about

14 where, let's say, you're the chief of naval operations; you go

15 before Congress and you give a state of the Navy or state of

16 Marine Corps or other services report; you're talking about

17 what the service is doing, how your programs are doing.  And a

18 big part of that was the status of your manpower or your

19 in-strength and the shortfalls that you might have in filling

20 out all the billets that needed to be manned.

21 **Q.**   Have you ever reviewed any documents discussing the Navy's

22 level of manpower?

23 **A.**   Yes, I have.

24 **Q.**   What documents did you review?

25 **A.**   Hundreds.  I mean, over time -- the last 10 years for this

1  Index, manpower reports, recruiting reports, statements from

2  service officials about what they're trying to do to recruit

3  and retain new people, all sorts of initiatives, the impact

4  that the COVID lockdown had on access to high school students

5  when there aren't any students in the high schools.

6      So we looked at that -- I looked at that in particular on

7  a regular basis.

8  Q.  What is your understanding of how the Navy is doing when

9  it comes to recruitment and retention?

10  A.  Well, they have failed to --

11      MR. CARMICHAEL:  Your Honor, I don't think he's

12  established that he's an expert in recruiting and retention.

13      THE COURT:  I think that objection is sustained.

14  Sustained.  Sustained.

15  BY MR. CONNOLLY:

16  Q.  Did you review any documents that discussed the current

17  status of whether there's a manpower shortage in the U.S. Navy?

18  A.  I have, and I've done that on a regular basis for the last

19  15 years or so.

20  Q.  And what did that document that you reviewed show?

21  A.  Well, for the Navy, for example, I believe they're 12,000

22  sailors short.  For the Army, last year they fell 35,000

23  soldiers short.  The Marine Corps has met their recruiting

24  mission every year.  They talk about that proudly.  And they'll

25  say why they think that's the case.

1       It's a different approach to recruiting.  They have very

2  high standards.  They're presenting a challenge.  Can you

3  measure up to this?  The different services have different

4  approaches.  All of the other services failed to meet

5  recruiting mission for the last several years.

6  Q.   Mr. Wood, do you recall speaking earlier in your testimony

7  about the war games that you would conduct when analyzing

8  military readiness?

9  A.   I do.

10  Q.   When you were writing a white paper on whether we could

11  prevail in conflict with a future enemy, would you ever include

12  a section analyzing whether the racial demographics of the

13  officer corps matched the racial demographics of the general

14  population?

15  A.   I would never have a section like that because of all

16  those workshops and conferences and war games and independent

17  studies, that particular factor never factored into the

18  effectiveness of military forces.

19          MR. CONNOLLY:  Thank you.  No further questions.

20          THE COURT:  With that, we're going to finish up the

21  day.  Mr. Carmichael will start tomorrow at 10:00 with

22  cross-examination of Colonel Wood.

23       Colonel Wood, you shouldn't discuss your testimony with

24  anyone because you're on the witness stand and will come back

25  to the witness stand tomorrow morning at 10:00.

```
 1        So, with that, we are --
 2        Yes, Mr. Strawbridge.
 3        Yeah, you may leave, Colonel Wood.  That's fine.  And
 4   we'll have you back on the witness stand 10:00 tomorrow.
 5             THE WITNESS:  Thank you.
 6             THE COURT:  Thank you.
 7             MR. STRAWBRIDGE:  Mr. Gardner and I just wanted to
 8   alert the Court to our plan for tomorrow.  We -- in addition to
 9   Mr. Wood's cross-examination and any redirect, I think we have
10   four other witnesses prepared for the day.
11             THE COURT:  Okay.
12             MR. STRAWBRIDGE:  There is a possibility, based on our
13   discussion, that we may finish before the end of the day --
14             THE COURT:  Okay.
15             MR. STRAWBRIDGE:  -- and the next witnesses are really
16   not available till next week, but --
17             THE COURT:  But you've given the four names to
18   Ms. Hudson.  We have them ready, and that's fine.
19             MR. STRAWBRIDGE:  And I will also just update the
20   Court -- and Mr. Gardner can confirm.  But I do believe that we
21   are now confident that we will be able to finish this trial
22   within the allotted two-week period.
23             THE COURT:  Including preparation of proposed findings
24   of fact, conclusions of law, and closing arguments by next
25   Friday or what?
```

 1          **MR. GARDNER:**  Well, so I think where we left it was

 2    that we would do the proposed findings of fact and conclusions

 3    of law by the Wednesday after trial.  That was my

 4    understanding.

 5          **THE COURT:**  I think that's correct.  I think that's

 6    what we discussed.  That's fine.  If you want to do it that

 7    way, we can.

 8          **MR. GARDNER:**  Now, I think what we could discuss,

 9    although it might be premature, is I think it is likely we

10    would conclude witness testimony by Wednesday.  I'm not sure

11    quite when that would be on Wednesday.  I'm not sure if the

12    Court wanted to have the closing immediately after that or wait

13    until Thursday since we have a lot --

14          **THE COURT:**  Well, I think once -- I'm certainly

15    willing -- once we conclude with testimony, I'm certainly

16    willing to give you all the time to take a break and organize

17    your thoughts and allow input for your very talented legal

18    teams on both sides here.

19      Mr. McCarthy and Mr. Connolly might want to have input

20    from Mr. Strawbridge or Mr. Mortara in terms of their closing

21    argument, not that they think they need it, but perhaps the

22    younger lawyers would want to have some input.

23      And, Mr. Gardner, I'm sure some of the younger lawyers

24    would perhaps want to give you some input.  So --

25          **MR. GARDNER:**  Well, it'll be Ms. Yang.

 1          THE COURT:  Ms. Yang.  Okay.  Well, that's fine.

 2      So I guess my point is that I'm not going to have you make

 3  closing arguments at 3:30 in the afternoon if you've had

 4  testimony all day.  We'll just see how that plays out.  I'm

 5  totally flexible on that.

 6          MR. GARDNER:  That's all right.  We just wanted to

 7  alert the Court that we are, I think, ahead of schedule or at

 8  least on schedule.

 9          THE COURT:  Okay.  That's fine.

10      And one of the things I would note is definitely take time

11  to go over the exhibits that are in evidence if there are any

12  issues.  And I would also note that the slides have been

13  helpful.  And as far as I'm concerned, I think these slides can

14  be in evidence as well.  There's been reference to them.

15  There's been examination of them.  I would think that would be

16  helpful.

17      And that's going to be a little more time-consuming than

18  perhaps you appreciate to make sure we have everyone look at

19  the exhibits, agree these are the exhibits that are part of the

20  record as to which I'll be referring when I write the opinion

21  in this matter.  And so that could take a little time as well.

22  So factor that in.

23          MR. GARDNER:  When we spoke to Ms. Herndon this

24  morning and what I think -- I understand the plan is going to

25  be is on Friday, we're going to provide her with all of the

1  exhibits we understand have already been admitted for

2  stickering purposes.

3           THE COURT:  That's fine.

4           MR. GARDNER:  And then we'll repeat that process, I

5  guess, at the end of evidence.

6           THE COURT:  That's right.  So if you're -- we don't

7  want to have any mistakes on this in terms of whatever

8  ultimately -- I want to make sure that I have an understanding

9  and an agreement as to what evidence is in, including slides or

10 whatever, so that, when I write the opinion in this matter,

11 that I don't inadvertently refer to something that later

12 someone says isn't in evidence.  Okay?

13          MR. GARDNER:  And the parties are working very

14 cooperatively to make sure everything is going the same

15 direction.

16          THE COURT:  That's fine.

17      Okay.  Anything else before we call it a day?

18          MR. GARDNER:  No, Your Honor.

19          MR. STRAWBRIDGE:  No, Your Honor.

20          THE COURT:  Okay.  Good.

21      Then with that, we'll stand adjourned for the day, and

22 we'll start at 10:00 tomorrow morning with Mr. Carmichael's

23 cross-examination of Colonel Wood.

24          THE CLERK:  All rise.  This Honorable Court is now

25 adjourned for the day.

1     (Court adjourned at 4:59 p.m.)

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4        I, Ronda J. Thomas, Registered Merit Reporter, Certified

 5   Realtime Reporter, in and for the United States District Court

 6   for the District of Maryland, do hereby certify, pursuant to 28

 7   U.S.C. § 753, that the foregoing is a true and correct

 8   transcript of the stenographically-reported proceedings held in

 9   the above-entitled matter and the transcript page format is in

10   conformance with the regulations of the Judicial Conference of

11   the United States.

12

13                        Dated this 19th day of September 2024.

14

15                        _____

16                        Ronda J. Thomas, RMR, CRR
                           Federal Official Reporter
17

18

19

20

21

22

23

24

25
```

BY MR. GARDNER: **[1]**   3/7
BY MR. GARDNER.: **[1]**   3/20
BY MR. STRAWBRIDGE: **[1]**   81/17
BY MR. STRAWBRIDGE.: **[1]**   89/22
BY MS. YANG: **[6]**   126/7 129/22 143/17
144/1 147/21 170/16
MR. CARMICHAEL: **[3]**   212/6 212/10 229/11
MR. CONNOLLY: **[6]**   190/21 191/20 192/10
210/25 211/21 230/19
MR. GARDNER: **[15]**   3/6 8/7 8/22 17/12
17/14 62/16 63/17 232/1 232/8 232/25
233/6 233/23 234/4 234/13 234/18
MR. MCCARTHY: **[9]**   9/13 9/15 9/19 9/22
10/4 62/19 62/25 63/3 63/14
MR. MORTARA: **[3]**   63/23 64/2 64/6
MR. STRAWBRIDGE: **[21]**   64/17 72/23 73/12
74/3 78/5 80/9 80/12 97/15 116/14 117/2
144/24 188/15 189/7 189/13 189/17 189/23
231/7 231/12 231/15 231/19 234/19
MS. WYRICK: **[1]**   64/14
MS. YANG: **[14]**   73/3 73/17 115/20 116/19
125/21 126/4 129/17 129/20 144/12 145/4
145/8 147/15 147/18 188/12
THE CLERK: **[14]**   3/7 3/9 3/13 64/21
64/25 65/4 65/8 85/9 116/7 189/2 190/2
190/5 190/8 234/24
THE COURT: **[100]**   3/2 3/14 8/5 8/21 9/14
9/16 9/20 9/23 10/5 17/10 17/13 40/21
41/1 62/17 62/20 63/1 63/4 63/15 63/18
64/1 64/4 64/8 64/16 64/19 73/1 73/4
73/14 73/19 73/23 74/4 76/13 77/8 77/25
78/3 78/7 80/7 80/11 81/5 85/5 85/12 89/6
89/11 97/13 115/15 115/21 116/4 116/10
116/16 116/21 116/24 117/4 118/1 118/4
125/25 129/19 143/23 144/14 145/2 145/5
147/13 147/17 147/20 169/17 169/20
169/25 170/3 170/6 170/9 170/13 188/13
188/16 189/5 189/12 189/15 189/20 189/24
190/9 190/24 191/10 191/23 192/3 192/6
211/3 211/23 212/8 212/11 229/13 230/20
231/6 231/11 231/14 231/17 231/23 232/5
232/14 233/1 233/3 233/7 234/3 234/16
234/20
THE WITNESS: **[25]**   3/11 40/24 41/3 65/2
65/7 76/25 77/16 78/2 80/13 89/10 89/12
116/2 118/3 118/5 143/12 143/25 169/19
169/22 170/2 170/5 170/8 170/12 190/7
192/1 231/5

**$**
$20,000 **[1]**   112/2
$70,000 **[1]**   112/3
$80,000 **[9]**   54/11 81/15 98/20 102/11
103/22 105/2 108/9 111/22 162/7

**'**
'70s **[2]**   197/14 220/16

**.**
.5 **[7]**   104/2 104/11 104/21 107/19 153/19
153/23 178/22
.50 **[1]**   150/14
.75 **[1]**   104/22

**0**
0.7 **[1]**   164/3

**1**
1 percentage **[1]**   180/2
1,700 **[1]**   193/16
1.0 **[1]**   104/22
1.25 **[1]**   104/22
1.3 **[1]**   13/22
1.5 **[3]**   104/22 105/17 107/23
10 **[17]**   78/25 85/8 86/25 87/7 93/12
93/16 93/20 109/20 121/9 121/11 124/8
140/23 140/25 143/13 193/17 194/16
228/25
10 percent **[1]**   111/11
10 years **[2]**   90/9 194/5
10-minute **[1]**   189/1
100 **[4]**   30/8 30/16 70/4 193/15
100 percent **[2]**   24/10 162/11
109 **[1]**   48/14
10:00 **[4]**   230/21 230/25 231/4 234/22
10:08 **[2]**   1/7 3/1
11 **[2]**   21/5 204/3
11 percent **[3]**   88/13 178/1 178/4

11.5 percent **[1]**   139/15
117 **[1]**   2/8
11:50 **[1]**   85/11
12 **[4]**   67/14 68/18 70/14 172/22
12 percent **[2]**   82/21 153/6
12,000 **[1]**   229/21
12.2 percent **[1]**   153/6
12.9 percent **[1]**   42/4
12:05 **[1]**   85/11
12:56 **[1]**   116/9
13 **[2]**   161/24 168/12
14 **[4]**   44/25 97/7 171/24 172/20
14 percent **[1]**   188/4
146 **[1]**   145/12
147 **[1]**   145/12
15 **[5]**   36/5 36/6 109/21 193/17 229/19
15-minute **[1]**   10/22
150 **[1]**   96/20
150 percent **[2]**   153/16 163/12 179/11
153 **[1]**   44/24
165 **[1]**   48/21
17 **[2]**   39/20 145/10
18 **[1]**   142/7
18 percent **[2]**   83/8 89/3
180 **[4]**   8/11 8/13 8/19 9/3
184 **[4]**   12/8 12/11 12/21 13/3
185 **[4]**   13/21 13/22 14/2 15/19
19 **[10]**   1/7 2/2 21/5 44/25 154/4 155/6
156/5 156/5 160/25 183/20
19 percent **[2]**   82/23 102/10
190 **[1]**   2/10
1919 **[1]**   67/11
1960s **[1]**   220/16
1963 **[1]**   197/12
1968 **[1]**   66/8
1981 **[1]**   197/16
1985 **[2]**   66/6 197/18
1989 **[2]**   65/16 66/12
1996 **[1]**   68/10
1997 **[3]**   127/9 127/12 127/25
19th **[1]**   236/12
1:00 **[1]**   115/17
1:23-cv-2699-RDB **[1]**   1/5
1st **[1]**   198/8

**2**
2 percent **[10]**   14/9 14/11 14/14 14/18
15/4 15/12 15/21 15/24 16/11 17/1
2 percentage **[1]**   179/2
2,000 **[1]**   92/13
2.5 **[3]**   15/6 15/8 15/10
2.7 **[1]**   16/1
20 **[16]**   30/8 40/4 157/11 158/6 180/12
180/13 183/19 184/16 191/9 192/13 193/7
193/11 194/6 195/25 217/16 217/17
20,000 **[1]**   112/7
20-year **[1]**   205/16
200 **[3]**   21/4 21/5 221/15
2001 **[3]**   68/16 203/13 204/4
2003 **[2]**   204/20 204/21
2004 **[2]**   6/23 68/19
2006 **[1]**   6/23
2009 **[1]**   196/14
201 **[1]**   21/5
2010 **[5]**   72/14 79/5 88/11 177/23 178/16
2011 **[1]**   7/1
2012 **[5]**   3/23 69/4 87/1 121/3 207/19
2013 **[1]**   7/1
2015 **[1]**   196/14
2020 **[2]**   88/1 90/18
2021 **[3]**   87/22 88/4 90/18
2022 **[4]**   83/10 90/18 172/9 172/13
2023 **[5]**   47/19 48/4 48/20 66/2 90/18
2024 **[6]**   1/7 2/2 47/19 48/4 210/1 236/12
2025 **[2]**   48/7 48/14
2026 **[1]**   82/21
2027 **[4]**   48/7 48/14 48/20 83/7
21 **[5]**   12/9 12/11 12/21 12/23 159/16
219 **[1]**   73/14
22 **[5]**   160/10 160/17 161/23 164/25 165/2
220 **[2]**   183/10 183/19
221 **[7]**   35/23 36/4 183/10 183/20 183/21
184/14 184/16
223 **[1]**   73/15
224 **[1]**   47/20
23 **[10]**   8/12 9/4 40/1 40/6 40/8 40/11
160/25 162/19 162/21 184/16
24 **[3]**   67/16 161/24 163/10
24 percent **[3]**   88/13 178/2 178/5

24.5 **[1]**   34/1
24.5 percent **[1]**   42/14
24.5 percentage **[1]**   42/18
24.7 **[2]**   33/10 53/19 173/7 175/17
250 **[1]**   221/15
256 **[1]**   153/13
26 **[2]**   46/5 178/17
26 percent **[1]**   102/11
26th **[3]**   200/8 200/20 200/21
27 **[6]**   179/8 180/7 180/11 186/21 186/23
187/3
28 **[2]**   147/12 236/6
280 **[1]**   47/20
2:00 **[1]**   115/19
2:07 **[1]**   116/9

**3**
3 percent **[1]**   178/11
3,000 **[1]**   194/7
3.15 **[2]**   18/12 18/13
3.17 **[2]**   39/20 39/22
3.20 **[2]**   39/23 40/4
3.31 **[1]**   33/8
30 **[4]**   84/24 87/23 88/2 180/17
300 **[3]**   94/3 221/15 226/13
300-plus **[1]**   205/9
31 **[1]**   41/21
31 percent **[2]**   98/3 104/5
32 **[1]**   180/23
325 **[2]**   17/10 17/12
33 percent **[1]**   102/7
338 **[1]**   48/9
34 **[1]**   182/21
34 percent **[1]**   104/4
35 **[3]**   134/11 140/12 182/1
35,000 **[1]**   229/22
35.9 percent **[1]**   42/14
36 **[2]**   140/11 150/10
36 percent **[2]**   18/16 104/25
37.4 percent **[1]**   42/3
37.6 percent **[1]**   42/21
38 percent **[1]**   54/4
39 percent **[1]**   107/9
399 **[1]**   106/1
3:30 in **[1]**   233/3
3:42 **[1]**   189/4
3rd **[1]**   198/8

**4**
4.0 **[2]**   105/10 108/11
4.2 **[2]**   68/9 80/11
4.3 **[3]**   80/10 80/11 80/11
40 **[3]**   193/7 209/23 210/17
40 percent **[4]**   105/2 105/4 105/5 162/9
41 **[1]**   107/10
41 percent **[2]**   98/2 108/6
42 percent **[1]**   108/5
43 percent **[1]**   108/8
44 **[2]**   57/5 210/19
447 **[1]**   48/9
47 **[1]**   193/18
48 **[1]**   195/24
4:02 **[1]**   189/4
4:59 **[1]**   235/1

**5**
5 percent **[1]**   178/11
50 **[2]**   196/7 209/23
50 percent **[6]**   106/20 162/22 173/11
173/22 175/11 178/21
500 **[1]**   93/11
500-point **[1]**   92/18
501 **[1]**   206/14
54.8 percent **[1]**   42/21
55 percent **[1]**   18/23
56 **[2]**   48/3 106/3
57 **[1]**   196/7
5:00 **[1]**   188/25

**6**
6,000 **[2]**   205/12 226/13
60 percent **[1]**   111/9
615 **[1]**   144/15
62 percent **[1]**   83/2
65 **[1]**   2/8
65 percent **[1]**   53/8 53/14 92/20
650 **[1]**   194/7

**7**
7 percent **[1]**   188/7

**7**

**7.3 percent [1]** 101/11
**7.4 percent [1]** 101/11
**7.5 [20]** 11/25 12/4 12/15 12/24 13/8
14/8 14/11 14/13 14/18 15/4 15/6 15/7
15/10 15/11 15/21 15/23 16/11 16/25
151/1 152/10
**70 [2]** 97/10 97/11
**70,000 [1]** 112/7
**72 [1]** 83/7
**74 percent [1]** 86/1
**74,850 [1]** 83/11
**753 [1]** 236/7

**8**

**80 percent [1]** 162/10
**80,000 [10]** 54/21 55/2 55/6 55/25 83/8
83/9 83/15 83/17 83/17 160/22
**87th [3]** 105/8 106/9 108/10
**88th [3]** 105/8 106/9 107/14
**89 [2]** 102/13 102/13
**89th [2]** 104/6 107/14

**9**

**9/11 [1]** 204/3
**90th [2]** 102/14 104/7
**95 percent [1]** 92/14
**99 [1]** 147/5

**A**

**a.m [3]** 1/7 3/1 85/11
**abide [1]** 213/7
**abilities [1]** 154/19
**ability [15]** 21/1 21/2 93/20 94/23 133/9
133/17 135/12 170/10 181/7 181/18 182/13
199/19 202/16 212/17 228/6
**able [26]** 74/2 87/3 87/16 87/20 88/11
95/23 96/5 111/13 111/18 112/3 112/14
112/25 113/17 119/19 119/23 120/8 120/14
122/6 127/11 127/24 169/13 178/7 210/11
213/8 224/21 231/21
**aboard [3]** 200/11 200/16 227/11
**about [199]** 3/24 6/11 11/14 11/15 11/17
11/18 11/24 12/3 12/15 13/8 14/17 16/1
16/5 16/14 17/1 18/14 19/21 20/20 21/25
24/13 25/5 25/12 28/17 32/7 32/12 34/19
39/19 41/18 43/15 46/4 49/10 51/14 53/22
56/23 57/8 59/7 60/24 61/13 63/20 65/23
66/15 71/1 71/8 72/10 74/15 77/18 78/18
78/25 82/13 84/23 85/7 86/15 86/16 86/21
86/25 88/8 90/24 91/21 93/16 94/3 95/2
95/14 96/20 97/8 97/17 97/18 98/6 100/21
101/2 102/17 103/2 105/11 105/19 106/12
107/10 108/1 109/2 111/9 111/11 113/16
115/23 122/11 123/5 123/12 126/13 127/12
127/19 127/22 127/22 127/25 128/4 129/7
131/19 132/4 133/5 136/15 137/2 140/2
140/5 140/16 140/23 140/25 141/14 142/1
142/18 143/7 143/13 145/15 147/22 148/7
149/7 149/24 151/1 152/12 153/5 155/5
158/1 158/10 160/10 162/10 165/1 165/6
167/3 172/4 172/6 173/14 173/16 175/18
176/24 177/5 177/7 177/12 178/2 179/22
180/1 180/1 180/12 180/13 180/17 180/22
180/24 182/9 183/1 187/24 188/2 188/7
193/12 193/12 193/13 194/6 194/7 194/14
195/2 195/16 195/20 195/22 196/2 196/9
198/15 199/9 200/5 202/23 203/1 204/7
204/13 204/17 205/12 205/13 207/9 207/24
208/25 209/19 210/5 210/8 210/23 213/10
213/14 213/20 214/6 215/7 215/23 216/19
218/23 219/6 220/11 221/15 222/14 224/12
224/24 225/2 225/5 225/14 225/16 227/4
228/13 228/16 229/2 229/24 230/7
**above [6]** 1/9 83/8 83/16 105/10 108/10
236/9
**above-entitled [2]** 1/9 236/9
**absence [3]** 50/15 51/1 51/9
**absolute [1]** 73/23
**absolutely [10]** 40/10 47/9 101/13 174/13
212/24 214/19 217/3 219/5 221/9 228/8
**academic [25]** 5/9 19/6 23/16 50/5 61/10
93/21 97/4 98/6 98/9 100/1 102/12 104/6
107/12 118/12 135/21 136/2 141/6 141/9
141/23 169/21 180/8 181/7 181/13 186/25
210/22
**academically [1]** 101/22
**academics [4]** 19/16 50/1 105/7 183/23
**academies [3]** 81/25 88/9 121/15

**academy [268]**
**Academy's [37]** 17/6 19/25 20/4 21/21
25/24 53/25 73/17 102/17 113/4 129/17
51/8 52/7 52/11 52/17 56/4 57/7 79/19
80/5 82/14 89/23 91/23 92/22 93/8 117/14
121/18 122/22 122/25 140/7 158/3 161/8
175/21 176/24 177/8 177/12 178/12 182/13
**accept [3]** 10/23 52/17 211/4
**acceptable [1]** 119/7
**accepted [3]** 52/16 84/21 211/23
**access [6]** 57/20 57/23 93/22 101/4 176/9
229/4
**accidentally [1]** 143/12
**accommodate [1]** 222/22
**accomplish [5]** 110/11 215/13 216/20
217/10 227/22
**according [6]** 80/15 80/18 103/14 174/19
178/23
**account [16]** 20/9 22/4 32/5 32/10 42/25
53/13 54/23 62/2 133/9 133/24 135/14
145/22 146/10 146/15 146/23 147/6
**accountable [1]** 214/9
**accounted [4]** 32/2 36/15 36/19 80/1
**accounting [1]** 28/10
**accounts [1]** 135/3
**accumulate [4]** 94/15 94/16 94/25 226/22
**accumulation [1]** 94/7
**accuracy [1]** 39/18
**accurate [1]** 51/24
**accurately [1]** 50/24
**accused [1]** 16/11
**accusing [1]** 143/24
**achieve [23]** 61/11 67/13 70/15 75/22
76/9 77/19 84/2 85/21 87/3 87/17 87/20
94/4 119/12 126/14 131/21 132/1 132/9
169/1 172/24 174/25 175/5 201/21 223/18
**achieved [3]** 87/7
**achievement [1]** 100/1
**achieving [4]** 77/22 87/14 106/22 126/17
**acknowledge [5]** 128/5 144/9 158/6 184/25
185/25
**acknowledged [6]** 124/23 128/8 167/7
176/11 182/5 182/8
**acronym [1]** 208/1
**across [10]** 28/7 67/25 70/10 133/8
135/11 141/13 152/4 201/2 202/22 217/20
**acting [1]** 216/3
**action [21]** 3/23 49/14 49/23 50/1 51/6
68/12 68/22 68/23 68/24 69/11 69/12
69/13 69/17 69/21 69/25 86/9 86/15 86/19
86/20 121/4 208/21
**active [8]** 191/8 192/12 192/14 192/20
217/13 217/16 221/7 224/23
**activist [1]** 210/4
**activities [6]** 94/1 94/4 94/13 94/25
101/6 213/7
**actors [1]** 201/25
**acts [1]** 213/19
**actual [6]** 40/1 58/24 72/21 95/20 194/23
195/12
**actually [37]** 15/16 21/21 30/25 39/6
40/17 61/4 61/25 62/2 81/15 102/16 108/4
108/12 116/22 126/20 131/20 139/15
140/10 143/18 147/5 148/10 152/3 158/7
158/19 158/22 159/11 159/16 161/3 178/18
180/17 182/8 193/8 200/1 201/1 201/18
210/21 213/16 220/1
**ADAM [1]** 1/12
**add [6]** 21/13 55/13 142/4 150/4 157/12
210/19
**added [2]** 115/2 152/23
**adding [1]** 152/21
**addition [8]** 72/12 75/7 79/2 80/23 84/10
100/24 209/17 231/8
**additional [24]** 57/15 78/6 84/19 85/18
93/8 95/1 96/24 99/20 100/6 100/22
101/17 103/2 108/25 110/13 113/6 114/8
115/3 143/6 151/13 169/10 175/12 177/18
177/19 177/19
**address [4]** 70/25 74/11 194/18 209/14
**addressed [4]** 68/16 76/18 77/11 221/15
**addresses [2]** 69/16
**addressing [3]** 76/23 77/11 196/24
**adds [2]** 98/18 99/23
**adjourned [3]** 234/21 234/25 235/1
**adjust [1]** 103/19
**adjustment [1]** 43/1
**adjustments [4]** 92/22 93/9 103/4 103/7
**Administration [1]** 65/18
**admirable [1]** 112/20

**admission [16]** 18/20 33/18 34/18 35/10
43/24 43/23 43/23 42/24 51/9 57/17 59/9
73/24 76/24 78/21 80/24 181/2
**admissions [126]** 1/3 1/21 6/14 6/20 7/5
7/12 7/24 17/6 17/19 18/3 19/16 19/25
20/4 20/7 20/9 20/16 21/8 21/21 21/23
24/1 25/18 25/22 27/11 27/14 27/24 29/1
29/9 29/14 30/18 31/3 32/5 32/10 32/14
33/11 34/22 37/18 38/3 39/7 40/17 41/12
43/12 43/20 44/7 44/18 45/4 45/24 46/1
46/9 48/4 48/24 49/1 49/3 49/7 49/23
50/15 50/20 51/5 51/22 52/4 52/20 53/1
54/15 54/17 55/18 56/4 56/25 57/7 58/17
59/21 60/1 65/22 65/24 70/3 70/10 71/13
71/14 71/19 71/21 72/14 74/7 75/4 78/24
79/2 79/19 79/22 79/23 80/5 80/19 80/22
82/6 82/15 85/2 86/2 90/9 91/17 91/24
93/9 96/4 96/5 96/15 97/20 97/22 98/9
103/19 110/5 111/2 111/13 120/18 121/18
127/4 133/12 149/20 158/2 158/3 167/18
168/14 169/14 171/5 171/9 171/13 175/21
176/24 177/1 177/6 177/8 177/12
**admit [12]** 18/15 18/23 19/1 20/13 44/2
47/22 52/8 52/8 52/12 52/12 53/7 154/13
**admits [4]** 13/13 13/24 14/5 16/10
**admitted [31]** 11/21 11/24 12/3 12/14
13/7 13/25 34/9 38/2 38/7 40/7 41/7 42/7
44/2 46/17 47/3 47/4 47/5 48/21 74/4
74/24 82/24 87/22 88/1 88/2 88/16 89/3
96/21 96/22 96/24 140/7 234/1
**admitting [1]** 129/18
**admonition [1]** 188/22
**adopt [2]** 115/9 131/13
**adopted [2]** 72/20 78/22
**adopting [1]** 218/9
**adults [1]** 83/1
**advanced [8]** 185/8 199/8 201/13 201/16
201/23 202/2 202/5 204/6
**advantage [3]** 92/6 157/14 224/1
**advantaged [6]** 28/22 80/24 81/3 82/16
94/17 106/1
**adversity [2]** 118/15 142/21
**advise [2]** 207/16 208/14
**advised [2]** 70/21 70/23
**advocate [4]** 151/10 151/16 156/20 161/11
**advocating [5]** 61/18 62/1 62/5 62/11
159/2
**aerial [1]** 224/22
**affairs [2]** 202/20 210/6
**affect [9]** 25/18 25/21 39/18 109/17
196/21 202/22 208/16 224/25 226/1
**affecting [1]** 202/24
**affects [1]** 227/24
**affirmative [20]** 3/23 49/14 49/23 50/1
51/6 68/12 68/22 68/23 68/24 69/11 69/12
69/13 69/17 69/21 69/25 86/9 86/15 86/19
86/20 121/4
**affluent [3]** 50/2 50/7 92/17
**afford [2]** 54/7 54/9
**affords [3]** 37/10 41/22 56/25
**Afghanistan [5]** 204/5 204/12 208/23
225/14 225/17
**African [32]** 4/10 4/15 4/18 5/1 13/13
13/24 14/5 14/10 14/15 15/4 15/7 15/10
15/12 15/15 15/22 15/24 16/6 16/10 42/7
101/9 102/5 104/12 107/24 113/4 138/5
138/7 138/10 139/15 164/11 164/12 175/8
179/24
**after [31]** 5/24 11/6 41/24 53/1 67/1
90/24 116/25 153/14 169/6 192/20 197/22
198/6 198/7 198/12 198/19 199/6 199/15
200/2 200/20 200/21 201/8 202/4 203/7
205/15 205/21 207/11 207/21 208/9 209/5
232/3 232/12
**aftermath [1]** 204/3
**afternoon [5]** 188/24 190/2 191/4 191/5
233/3
**afterwards [1]** 5/17
**again [45]** 15/17 35/3 36/25 41/24 42/16
47/16 52/10 55/9 57/21 73/23 94/19 99/9
104/9 105/11 105/16 107/16 115/19 117/9
126/1 130/9 136/1 140/11 142/1 150/18
151/6 153/2 159/4 159/19 160/6 161/5
164/6 166/18 170/20 171/11 180/14 183/11
187/13 190/20 200/21 209/6 210/21 216/21
217/22 222/15 226/11
**against [12]** 16/6 85/25 86/10 102/8
137/11 137/14 154/18 154/24 158/3 187/18
188/9 225/23
**age [2]** 122/20 181/19

**A**

**ages [1]**
**aggregate [2]** 157/12 178/5
**aggressive [1]** 218/5
**ago [5]** 20/20 45/9 178/13 178/14 178/16
**agree [75]** 13/17 13/18 16/4 19/15 20/6 20/15 21/20 22/14 22/17 23/25 25/4 25/9 25/21 27/9 28/2 28/13 28/25 32/14 32/17 32/21 33/1 33/5 34/17 35/9 37/22 38/1 38/6 38/13 41/5 42/10 42/16 43/6 50/23 51/21 52/7 52/11 55/24 56/16 58/6 58/10 58/22 84/15 117/11 117/14 118/7 118/10 118/11 119/7 119/11 121/17 121/21 121/23 122/12 123/3 125/5 125/20 129/8 133/18 135/5 139/9 142/8 142/23 146/6 148/1 148/8 148/13 153/14 154/11 163/14 167/12 171/16 173/3 181/7 182/12 233/19
**agreement [2]** 145/5 234/9
**ahead [7]** 40/23 45/6 126/3 129/16 171/23 192/9 233/7
**aid [5]** 87/5 108/22 109/1 148/23 169/8
**aided [1]** 1/24
**air [3]** 201/18 204/10 225/9
**aircraft [1]** 199/13
**aisle [1]** 211/6
**AL [1]** 1/6
**alert [2]** 231/8 233/7
**alike [1]** 116/20
**all [159]** 3/2 4/2 5/8 10/17 12/6 13/20 16/4 23/25 24/7 28/7 28/25 29/7 30/4 30/20 31/11 37/12 38/18 44/8 47/16 48/7 53/1 57/2 62/8 62/20 63/1 63/5 63/8 63/20 64/1 66/9 67/25 68/14 68/15 71/16 73/19 78/3 80/21 82/7 85/9 85/12 85/22 90/12 94/1 96/18 97/10 97/11 98/15 98/17 100/4 100/18 101/15 103/2 103/7 103/18 103/20 108/14 108/17 109/5 111/7 112/17 113/7 113/19 116/4 116/7 116/10 117/6 118/4 119/3 120/6 121/12 123/9 123/11 123/20 129/16 129/19 133/5 134/18 139/11 142/23 143/23 145/5 146/18 151/21 154/3 154/9 156/22 155/20 156/7 160/6 160/10 160/19 164/6 165/24 166/10 167/12 168/14 170/3 172/22 180/3 180/20 182/9 183/9 184/5 184/20 184/23 186/22 186/25 188/15 188/16 189/2 189/5 192/16 192/22 194/4 195/4 195/11 196/2 196/4 197/23 202/19 203/4 203/4 203/19 203/20 204/8 207/4 210/12 211/4 212/20 213/10 214/2 215/12 219/2 219/6 220/19 221/1 222/4 222/11 225/2 225/5 225/8 226/2 226/3 226/4 226/12 226/12 226/15 226/16 227/2 227/25 228/20 229/3 230/4 230/15 232/16 233/4 233/6 233/25 234/24
**Alliance [1]** 225/23
**allocated [2]** 139/4 164/21
**allocates [1]** 137/25
**allocating [2]** 138/18 164/10
**allocation [1]** 103/15
**allotted [1]** 231/22
**allow [4]** 23/25 59/2 112/22 232/17
**allowed [2]** 144/18 144/19
**allowing [1]** 62/22
**allows [1]** 70/24
**alluded [1]** 29/16
**almost [2]** 101/23 193/25
**along [5]** 121/6 174/21 175/12 178/1 226/20
**already [7]** 52/16 73/5 80/1 156/5 167/8 168/5 234/1
**also [80]** 1/20 5/16 5/17 18/22 21/13 28/25 29/23 32/14 32/24 38/1 43/7 53/3 55/24 56/1 58/10 65/16 69/1 71/12 75/11 79/10 84/1 84/15 89/8 94/23 101/19 103/7 103/15 111/15 112/7 112/14 113/1 113/8 113/10 114/2 118/14 119/11 119/18 120/7 120/25 123/3 127/16 128/8 128/20 128/23 131/15 133/2 137/11 137/22 138/9 138/25 141/5 142/11 142/18 143/1 144/25 144/25 151/22 152/9 154/5 161/18 162/4 163/7 163/21 170/23 170/25 171/8 171/12 174/23 175/3 181/18 183/24 184/5 187/17 195/22 205/24 207/8 209/11 223/16 231/19 233/12
**alternates [1]** 96/21
**alternative [20]** 71/9 76/3 80/2 90/6 119/8 120/16 121/23 148/2 148/4 148/11 148/14 167/18 167/21 167/24 177/2 181/10 182/23 186/4 196/15 206/22
**alternatives [56]** 60/5 60/25 61/5 61/8 61/19 61/22 62/2 62/6 62/11 65/24 69/3 70/2 70/13 71/19 72/7 72/10 72/25 74/7 75/25 76/17 77/1 77/13 78/14 78/16 79/12 79/24 95/3 95/7 95/16 98/19 109/17 110/7 110/11 111/17 111/5 111/9 119/12 119/14 119/20 120/9 120/22 121/1 121/15 156/18 157/8 159/3 159/7 167/16 168/2 169/2 169/5 176/2 182/3 182/9
**although [10]** 54/6 89/5 122/5 128/22 136/14 136/19 142/16 175/8 185/15 232/9
**always [7]** 35/1 48/17 183/22 199/7 200/22 217/18 217/21
**am [10]** 65/21 65/21 83/21 133/8 150/25 186/8 187/6 187/10 191/15 218/9
**amassed [1]** 221/14
**ambiguous [5]** 61/25 62/4 62/8 62/10 62/15
**amended [1]** 144/14
**America [9]** 83/1 86/22 93/5 99/11 100/1 111/1 111/8 111/14 225/5
**America's [2]** 68/19 203/15
**American [56]** 4/10 4/15 13/13 14/5 15/4 15/7 15/10 15/12 15/15 15/22 15/24 16/10 42/20 65/14 67/24 74/21 75/12 80/20 84/21 102/5 104/12 105/15 105/20 107/24 108/19 113/4 127/16 138/6 138/7 138/10 138/12 152/1 163/23 164/11 164/12 166/25 167/2 174/17 175/1 175/4 175/8 175/9 178/20 179/24 187/22 188/1 188/4 188/6 188/8 194/10 195/23 220/2 220/12 220/15 225/3 225/4
**Americans [18]** 4/18 5/1 13/24 14/10 14/15 16/6 18/23 42/7 43/8 67/25 84/24 85/4 86/2 101/19 138/16 139/15 173/17 173/18
**ammunition [1]** 224/7
**ammunitions [1]** 223/16
**among [7]** 84/6 88/5 88/14 91/11 113/4 113/4 175/15
**amongst [1]** 38/24
**amount [5]** 139/19 153/19 221/14 223/22 224/6
**amphibious [2]** 200/11 200/17
**analysis [55]** 18/7 26/15 26/19 26/21 26/24 38/9 46/11 46/12 46/14 46/17 46/25 47/2 47/5 47/6 47/22 50/21 54/8 69/24 74/6 74/8 75/24 77/1 79/17 80/2 80/19 82/5 97/19 103/15 110/5 131/24 143/14 148/16 148/20 149/11 164/11 171/4 171/7 171/8 171/12 172/10 174/14 174/19 174/23 175/3 175/7 175/14 181/15 181/24 192/22 193/12 205/23 210/22 212/3 222/19 223/9
**analytic [4]** 196/19 202/10 205/20 206/15
**analyze [3]** 18/20 69/13 83/6
**analyzed [5]** 4/5 19/23 44/13 82/23 199/19
**analyzing [6]** 51/25 195/12 206/3 210/16 230/7 230/12
**anchor [1]** 215/16
**ANDERSON [1]** 1/15
**ANDREW [1]** 1/18
**Angeles [1]** 87/19
**angle [1]** 103/1
**animosity [13]** 77/23 86/5 124/21 125/2 125/13 126/18 127/4 127/12 127/19 127/23 128/1 128/10 128/18
**announced [1]** 169/7
**announcement [1]** 201/11
**annual [3]** 110/23 111/10 195/9
**another [39]** 22/2 22/9 26/3 26/21 26/24 40/19 40/24 52/8 52/12 56/24 59/20 63/20 83/6 85/7 94/6 95/8 98/15 114/6 114/25 122/18 122/22 122/25 124/6 124/11 131/13 132/13 149/8 161/20 167/3 182/22 198/8 198/10 198/14 199/7 203/8 206/4 224/21 226/11 227/13
**answer [19]** 9/9 9/25 12/18 12/19 40/23 45/7 125/7 133/11 134/1 135/15 139/8 145/25 146/17 146/21 146/25 168/22 183/20 192/1 216/11
**answered [2]** 83/19 131/18
**answering [1]** 40/21
**Anthony [1]** 105/23
**antiquated [1]** 194/23
**any [137]** 13/16 24/1 30/1 30/5 31/7 31/17 34/8 40/13 44/5 44/16 45/2 50/19 51/17 55/22 59/5 60/20 60/24 61/3 61/4 61/7 61/13 70/2 70/7 70/21 72/6 71/16 73/25 74/1 74/6 75/3 75/14 77/5 86/5 88/7 95/1 97/19 98/4 98/8 108/3 109/16 109/24 110/15 111/21 114/8 114/15 114/18 115/12 117/17 117/21 118/17 120/18 123/21 123/25 125/3 125/15 127/3 127/11 127/24 127/25 128/18 131/2 132/11 132/16 136/22 142/18 143/10 143/18 143/24 144/2 144/3 145/18 145/22 146/22 147/6 148/1 148/11 148/17 148/19 148/23 149/5 150/7 155/2 155/13 155/15 160/14 168/4 168/18 168/23 170/25 171/1 171/4 171/8 171/12 174/14 174/23 175/3 175/14 175/20 175/23 176/7 177/19 177/19 180/16 181/4 182/18 183/25 185/8 188/14 190/12 191/24 197/2 198/23 199/12 203/25 204/14 206/10 211/4 211/25 213/4 215/9 221/2 221/6 221/8 223/17 224/3 226/9 227/17 227/23 228/2 228/4 228/21 229/5 229/16 231/9 233/11 234/7
**anyone [5]** 63/9 115/24 176/4 188/19 230/24
**anything [22]** 16/5 25/11 72/16 76/10 79/17 109/14 115/5 115/14 143/3 149/5 152/23 169/23 176/24 177/12 182/8 193/14 197/1 203/17 212/4 223/8 234/17
**anywhere [2]** 199/11 205/15
**AP [5]** 93/12 93/16 93/20 93/22 101/5 176/22
**apart [5]** 112/16 112/17 112/17 113/5 113/22
**Apologies [1]** 9/1
**apologize [2]** 112/14 125/23
**appear [2]** 28/21
**appendices [1]** 134/8
**Appendix [1]** 190/13
**apples [2]** 164/9 164/9
**applicant [34]** 7/24 8/15 9/6 11/14 11/17 19/22 23/18 31/23 34/9 34/17 34/23 35/6 35/9 39/5 41/7 45/11 45/15 45/16 45/16 45/24 51/17 96/18 119/19 120/9 120/13 123/4 123/7 123/13 128/25 129/10 130/14 143/22 149/5 151/19
**applicant's [8]** 24/1 32/2 33/22 34/3 83/23 131/1 131/11 149/25
**applicants [69]** 18/7 18/14 18/16 19/2 19/6 19/7 25/14 28/7 28/18 28/21 29/3 34/2 35/19 37/10 37/12 37/12 37/14 37/22 38/7 38/10 38/24 39/15 39/16 39/17 41/23 42/2 42/2 42/13 42/20 43/15 43/21 54/8 54/10 55/18 55/20 55/22 56/8 56/19 57/1 57/2 57/3 58/6 72/21 74/23 74/25 92/7 93/10 94/2 95/20 96/19 96/23 98/20 99/13 99/18 100/2 101/1 109/3 109/23 119/23 119/25 145/23 154/16 157/15 157/18 173/24 174/20 177/16 178/20
**applicants' [1]** 147/24
**application [26]** 7/20 11/3 11/13 11/16 11/19 18/8 49/16 51/21 52/5 90/3 107/5 142/9 142/18 143/2 145/24 146/24 147/8 148/2 148/3 148/12 148/12 148/17 172/25 173/4 174/7 174/12
**applications [22]** 90/20 106/19 107/1 148/8 149/10 171/9 171/13 173/10 173/15 173/16 173/21 174/4 174/4 174/10 174/10 174/16 174/22 174/25 175/6 175/11 175/13 178/20
**applied [3]** 72/21 99/21 139/23
**applies [5]** 39/10 139/24 179/10 221/5 228/4
**apply [14]** 26/15 26/18 26/21 26/24 27/6 88/16 89/24 119/25 144/16 149/8 153/15 171/17 171/17 181/13
**applying [5]** 47/24 148/24 150/24 151/21 193/8
**appointees [2]** 96/24 195/6
**appointments [13]** 52/22 66/21 88/24 88/25 91/19 114/11 114/16 122/7 122/10 182/24 185/4 185/9 185/19
**appreciate [2]** 192/10 233/18
**approach [7]** 106/20 181/15 214/8 215/14 222/7 222/16 230/1
**approaches [2]** 221/3 230/4
**appropriate [4]** 9/16 58/19 115/18 118/14
**approximately [1]** 48/14
**approximation [1]** 83/24
**Arabia [1]** 199/25
**Arcidiacano [2]** 40/22 63/5
**Arcidiaconi [38]** 2/5 3/4 3/11 71/19 72/3 72/19 79/17 80/6 80/15 82/23 95/15 95/23 96/2 96/9 97/6 107/2 111/23 112/23 132/21 133/2 133/11 133/14 135/1 137/1 137/25 138/3 138/4 138/17 139/1 142/17 146/3 146/4 146/10 146/18 147/2 164/19 174/2 174/20

**A**

Arcidiacono [12] 135/21 136/15 136/20 140/6 140/13 140/8 146/10 147/3 173/24 188/4
**are** [292]
**area** [5] 77/2 77/25 90/12 126/23 203/22
**areas** [5] 22/15 23/1 23/4 90/10 202/18
**aren't** [6] 19/9 20/12 126/5 220/12 224/16 229/5
**arguing** [1] 78/9
**argument** [1] 232/21
**arguments** [2] 231/24 233/3
**armies** [1] 221/16
**Army** [4] 199/8 205/4 225/9 229/22
**around** [6] 18/16 18/23 127/9 139/7 216/4 216/16
**arrived** [1] 203/13
**arrives** [1] 216/1
**art** [1] 198/17
**article** [10] 4/2 4/4 5/12 5/12 5/15 5/24 6/1 6/6 6/14 7/3
**articles** [8] 3/23 70/2 70/4 70/5 178/9 193/15 196/7 196/8
**as** [245]
**ascertain** [1] 79/23
**ascertained** [1] 86/16
**Asian** [21] 18/22 42/20 43/8 80/20 151/24 152/25 153/4 163/23 166/25 167/2 179/5 179/7 187/4 187/7 187/21 187/22 187/25 188/4 188/6 188/8 214/5
**Asians** [1] 138/16
**aside** [1] 127/2
**ask** [11] 14/24 53/22 56/23 77/8 79/9 81/18 82/10 131/20 154/10 172/4 218/16
**asked** [19] 11/13 11/15 11/16 11/18 13/3 36/6 59/25 60/21 61/14 62/25 95/19 126/8 127/21 191/15 201/11 202/6 203/7 203/13 208/13
**asking** [10] 13/18 14/17 16/3 91/21 120/3 127/22 131/25 131/25 134/24 149/7
**asks** [4] 47/2 142/9 142/11 142/18
**aspect** [6] 39/19 92/21 131/3 158/7 181/14 203/21
**aspects** [4] 29/19 75/24 157/13 196/5
**asserted** [2] 77/3 78/13
**asserting** [1] 77/6
**assess** [5] 7/23 8/14 9/5 58/23 228/10
**assessing** [1] 148/13
**assessment** [8] 89/23 193/12 203/9 204/15 204/23 204/25 206/20 207/5
**assessments** [6] 203/11 203/12 206/14 207/12 226/25 227/3
**assets** [2] 110/23 198/10
**assigned** [7] 198/12 198/20 200/2 200/22 203/6 204/14 205/15
**assignment** [8] 197/22 198/2 198/6 199/6 200/20 204/24 215/4 227/23
**assist** [3] 97/6 196/4 204/19
**assistance** [1] 31/23
**assistant** [1] 66/17 200/12
**associated** [8] 5/5 74/20 81/16 92/13 99/25 109/1 148/9 151/14
**association** [2] 99/10 217/17
**assume** [13] 16/3 28/6 28/14 34/5 36/25 49/1 98/15 106/18 109/3 109/5 114/15 114/16 173/9
**assumed** [2] 115/11 143/15
**assumes** [7] 24/3 24/5 24/16 50/14 50/18 51/4 52/3
**assuming** [2] 178/19 184/11
**assumption** [7] 24/21 24/24 25/4 28/8 28/9 106/25 173/20
**assumptions** [5] 24/13 51/13 96/8 96/11 178/24
**assure** [1] 192/3
**athletes** [12] 17/25 37/14 41/24 47/17 47/23 47/24 103/16 103/18 154/20 154/22 160/19 162/12
**athletic** [2] 154/19 155/21
**atmosphere** [1] 76/23
**attached** [1] 134/8
**attachés** [1] 195/21
**attack** [1] 206/4
**attacks** [1] 204/3
**attempt** [1] 51/17
**attend** [6] 81/6 92/10 92/19 94/17 184/2 191/6
**attended** [1] 100/2
**attending** [2] 81/2 92/9
**attends** [1] 92/14

**B**

**attention** [4] 8/11 8/12 35/23 36/5
**attenuate** [1] 56/20
**attributes** [4] 12/18/6 148/18/7 148/18/3
**attracting** [1] 177/16
**attributes** [4] 19/18 23/12 27/23 59/3
**audience** [1] 195/21
**Austin** [1] 87/11
**automatic** [1] 92/8
**availability** [2] 65/23 95/2
**available** [12] 72/25 75/2 94/14 111/17 112/4 120/23 146/11 153/3 159/12 195/4 199/12 231/16
**average** [10] 19/5 33/10 39/12 45/14 46/14 100/14 102/15 104/8 111/9 112/20
**averages** [1] 4/9
**aviation** [2] 199/18 199/20
**avoiding** [1] 217/23
**aware** [24] 53/7 56/8 59/20 138/20 138/22 138/24 143/1 145/14 154/19 154/23 155/13 161/2 161/7 161/18 170/17 170/21 172/15 172/18 183/1 184/5 206/6 222/8 223/17 227/23
**away** [6] 4/19 43/10 44/3 54/15 64/10 130/5

**B**

**bachelor's** [1] 82/24
**back** [29] 3/3 3/21 12/7 53/19 63/10 86/3 126/20 131/4 132/12 135/9 147/11 150/3 166/14 184/13 184/23 188/21 189/14 189/19 192/21 197/11 198/25 200/10 201/12 202/7 204/23 205/18 218/6 230/24 231/4
**background** [4] 66/4 197/11 214/13 221/5
**backgrounds** [4] 5/9 50/3 50/7 226/15
**bad** [5] 220/19 220/20 222/1 223/20 224/2
**Bahrain** [1] 199/25
**Bailey** [2] 219/10 220/7
**Bakke** [2] 86/3 127/17
**balanced** [1] 214/8
**balancing** [1] 222/9
**Baltimore** [1] 1/6
**ban** [4] 49/25 87/24 177/3 178/15
**banned** [5] 49/14 72/15 87/1 87/9 88/11
**bans** [1] 49/23
**bar** [1] 129/23
**Barack** [1] 164/10
**barely** [1] 224/19
**bargain** [1] 108/22
**base** [7] 60/15 60/18 198/4 198/21 199/8 204/10 205/4
**based** [23] 15/7 15/25 30/16 33/16 38/9 43/6 47/11 68/12 68/22 68/23 69/12 69/12 69/21 69/25 94/25 95/17 110/19 151/11 165/19 181/4 182/18 214/17 231/12
**basic** [4] 181/19 197/23 198/1 199/3
**basically** [3] 164/2 193/24 209/8
**basing** [1] 70/16
**basis** [11] 10/1 19/12 45/16 57/8 145/18 145/19 169/18 224/15 227/10 229/7 229/18
**basketball** [3] 100/15 155/7 155/14
**battalion** [4] 198/8 198/9 198/13 198/20
**battlefield** [5] 221/18 222/7 222/9 223/19 223/24
**Bay** [1] 198/4
**BCA** [1] 42/12
**be** [228] 3/3 3/3 6/8 13/2 19/22 21/14 21/19 22/8 22/20 23/3 23/11 23/17 25/1 25/14 25/25 26/3 28/17 28/19 29/17 29/19 29/23 32/2 35/2 35/2 36/15 36/19 36/21 36/23 36/24 37/4 37/6 37/8 37/23 38/2 40/10 41/7 42/13 42/20 44/21 45/16 45/19 45/22 47/3 49/14 51/24 53/14 54/10 56/11 57/25 58/19 59/8 59/14 69/16 74/1 75/14 75/22 75/25 76/7 76/8 76/15 77/5 81/20 83/3 84/11 88/16 91/4 91/12 91/24 92/3 92/16 92/22 94/10 94/24 95/6 96/11 96/12 96/18 96/24 103/11 105/3 105/4 107/3 107/5 108/18 109/20 109/21 109/23 110/18 111/14 111/18 112/5 112/7 112/9 113/11 113/25 113/25 114/3 114/12 116/2 116/4 116/10 119/11 119/13 119/16 119/18 119/20 120/7 120/10 120/12 120/16 125/5 125/18 128/5 128/8 130/22 131/9 131/16 132/8 132/12 133/10 136/1 138/2 138/14 137/8 142/23 143/15 143/16 143/21 144/18 145/11 146/25 147/2 147/12 148/3 148/6 148/9 148/13 148/15 149/2 149/4 151/6 151/9 153/4 154/14 154/17 154/24 155/18 157/15 158/12 160/7 162/12 164/3

**B**

164/7 164/9 165/13 166/12 166/14 167/17 174/4 174/11 174/13 174/18 174/21 175/1 178/10 178/12 180/3 181/16 181/21 181/22 182/14 183/24 185/5 185/17 185/20 186/1 187/13 188/1 188/7 188/20 188/25 189/9 189/18 190/15 190/18 191/15 191/17 192/25 193/11 196/24 197/24 198/3 199/17 207/14 207/23 208/13 210/7 210/9 210/14 211/23 213/8 214/15 214/21 215/19 217/5 217/25 218/13 220/17 221/24 221/24 222/23 223/1 223/3 224/16 226/18 227/7 228/20 231/21 232/9 232/11 232/25 233/14 233/15 233/17 233/20 233/25
**bearing** [4] 197/9 202/16 225/22 226/7
**beauty** [2] 215/14 226/2
**became** [7] 7/9 11/23 12/2 12/13 13/6 13/12 13/23
**because** [78] 9/25 15/9 15/13 18/2 21/25 28/9 28/18 35/17 36/8 41/10 46/1 51/10 51/23 55/9 56/17 62/8 75/24 77/9 79/22 81/21 92/25 93/15 99/3 99/25 106/5 106/6 109/22 111/5 111/14 111/15 111/22 112/4 112/5 112/8 112/20 112/23 113/3 113/9 114/5 117/14 117/21 130/20 135/18 137/24 139/21 145/13 149/9 149/22 151/11 151/13 154/21 155/18 155/19 158/13 159/10 159/12 161/1 165/10 167/18 168/22 169/2 169/8 172/3 183/2 188/20 195/21 202/6 210/4 213/20 214/19 215/5 215/6 217/4 218/1 219/23 223/25 230/15 230/24
**become** [2] 205/2 206/6 210/3 222/20
**becoming** [1] 37/23
**been** [59] 6/11 7/7 43/6 48/13 53/1 59/20 69/18 69/10 70/12 73/5 74/10 74/15 74/17 78/22 78/24 79/4 79/4 84/23 87/1 87/14 87/20 90/14 91/1 93/1 95/25 108/15 109/12 112/25 113/1 113/17 120/21 126/5 142/19 144/17 144/18 150/11 156/22 168/1 172/15 176/1 178/16 183/12 183/13 184/18 194/5 195/16 204/5 208/11 210/16 215/25 220/18 223/10 224/15 227/10 233/12 233/14 233/15 234/1
**before** [32] 1/9 5/15 5/18 7/24 8/15 9/6 11/23 12/12 12/13 13/6 43/12 63/20 66/3 71/4 73/21 81/18 85/7 87/9 107/21 117/23 140/12 154/9 181/12 186/3 186/3 186/12 196/11 196/12 196/15 228/15 231/13 234/17
**begin** [2] 83/22 99/16
**beginning** [3] 39/22 45/7 78/21
**behalf** [5] 1/12 1/16 65/20 71/6 167/20
**behavior** [4] 46/1 49/16 51/18 51/21
**behaviors** [1] 213/7
**behind** [2] 94/5 201/3
**being** [22] 5/9 5/9 25/14 40/6 50/2 50/7 57/11 58/18 74/20 80/1 81/1 81/9 98/1 120/1 133/19 171/9 187/24 188/23 191/15 193/3 210/11 214/25
**beliefs** [1] 226/4
**believe** [28] 28/18 45/22 47/15 49/19 51/10 51/13 54/6 54/19 55/9 55/10 55/16 56/3 56/6 57/18 84/24 94/3 174/1 176/8 136/19 158/22 167/22 173/17 178/11 186/24 187/12 191/11 229/21 231/20
**below** [8] 54/21 55/2 55/25 83/9 83/17 102/10 105/12 108/9
**benefit** [9] 81/3 84/8 84/10 99/12 100/11 100/17 101/1 115/1 161/3
**benefits** [22] 58/22 75/3 75/6 75/8 75/19 75/22 76/9 77/12 79/12 79/15 84/14 84/16 85/22 102/20 102/22 114/20 114/22 117/11 148/5 154/15 154/24 186/12
**Benet** [1] 63/6
**BENNETT** [1] 1/9
**Berkeley** [3] 87/19 88/1 124/4
**besides** [2] 31/11 79/11
**best** [6] 21/1 21/2 54/19 54/22 56/6 69/21
**better** [16] 3/5 23/11 23/12 63/6 83/24 91/19 96/1 106/16 111/6 121/4 133/11 202/24 214/25 215/6 217/4 223/1
**better-informed** [1] 202/24
**between** [14] 4/10 5/1 6/23 7/1 24/25 25/5 88/19 99/10 101/7 102/13 111/8 121/18 122/12 174/3
**beyond** [7] 19/16 96/23 115/4 177/6 177/10 177/20 215/1
**BGO** [2] 21/16 26/7
**bias** [4] 22/1 22/5 22/8 22/12
**big** [12] 35/21 37/17 37/20 55/15 110/25

**B**

**big... [7]** 33/18 35/17 35/21 193/3
194/20 207/19 228/18
**bigger [3]** 80/17 123/7 218/14
**biggest [3]** 114/22 153/10 153/16
**billet [1]** 215/4
**billets [1]** 228/20
**binder [3]** 8/4 73/8 73/9
**bins [1]** 219/2
**biological [2]** 206/11 226/19
**biosurveillance [1]** 206/10
**bit [16]** 47/10 72/8 78/5 88/22 89/4
102/16 102/17 103/2 104/8 105/8 118/2
152/25 153/1 153/5 183/2 209/21
**Black [55]** 18/15 18/20 19/7 19/9 25/4
28/18 28/21 33/18 34/1 34/17 35/9 37/12
42/1 42/11 43/10 47/19 48/2 48/9 48/14
48/22 57/2 80/19 84/5 86/10 86/16 86/22
87/8 93/19 94/9 99/17 106/3 106/5 111/8
111/10 112/8 113/11 138/2 139/21 139/22
151/3 151/12 163/21 166/23 173/15 173/18
174/16 175/1 175/4 178/10 178/20 179/5
179/7 187/3 187/11 214/5
**Black/White [1]** 106/3
**Blacks [1]** 19/2
**block [2]** 113/16 152/20
**blown [1]** 150/12
**blue [8]** 17/24 37/13 38/22 41/24 47/17
47/23 47/24 91/20
**blue-chip [4]** 17/24 41/24 47/17 47/24
**BLUM [1]** 1/21
**board [9]** 27/24 32/5 32/10 32/14 70/23
89/17 108/24 133/8 135/11
**boat [1]** 216/7
**body [2]** 27/5 84/17
**bonding [1]** 216/11
**book [9]** 22/17 22/20 23/1 23/3 23/11
68/11 68/24 69/1 69/15
**book-smart [5]** 22/17 22/20 23/3
23/11
**books [4]** 68/2 68/8 69/18 69/22
**boost [23]** 61/22 99/13 104/2 104/14
104/23 105/17 105/17 107/23 110/14
115/10 150/24 151/22 153/10 153/10
153/16 153/19 153/23 159/22 162/22
163/12 163/14 178/22 179/11
**boosts [2]** 102/4 162/8
**born [1]** 197/11
**Boston [6]** 71/12 91/9 91/14 91/16 171/20
172/1
**both [31]** 28/10 32/6 32/11 49/15 50/5
57/24 64/11 68/17 72/2 74/11 79/15 89/5
89/16 91/25 102/21 102/22 102/24 104/6
128/21 142/4 152/4 154/1 164/13 164/15
179/5 180/24 186/14 187/4 188/21 211/6
232/18
**bottom [1]** 155/18
**bound [2]** 92/20 101/4
**boutique [8]** 100/13 100/19 154/6 155/5
155/9 156/14 156/25 157/7
**brand [1]** 169/7
**brand-new [1]** 169/7
**breach [1]** 189/18
**break [7]** 63/21 85/6 105/24 116/6 188/17
188/25 232/16
**briefly [6]** 68/8 95/22 175/19 183/1
210/14 221/12
**brigade [1]** 90/8
**bring [4]** 84/17 85/3 85/3 188/21
**brings [3]** 84/14 84/16 216/12
**broad [2]** 96/16 98/24
**broader [3]** 82/1 82/2 85/3
**broadly [13]** 77/16 79/19 82/8 84/21 96/2
96/10 97/1 102/6 105/7 105/15 106/20
126/11 186/13
**Brookings [1]** 68/15
**brought [5]** 66/8 69/11 156/7 220/16
221/23
**BRUCE [1]** 1/21
**budget [5]** 88/17 138/25 168/17 177/24
195/7
**Budgetary [2]** 206/14 207/12
**budgets [2]** 170/1 170/10
**build [2]** 98/14 217/15
**building [4]** 97/17 98/12 99/21 100/23
**builds [1]** 103/6
**bullet [2]** 112/12 156/7
**burden [1]** 219/8
**Bureau [1]** 139/24
**business [1]** 208/11

**busy [1]** 116/25
**buying [1]** 224/7

**C**

**cadre [1]** 226/12
**calculation [1]** 140/6
**calculations [3]** 132/17 132/23 133/3
**California [3]** 49/25 70/20 87/19
**call [12]** 63/6 63/23 83/25 122/16 137/20
141/3 189/8 192/4 194/13 204/4 206/3
234/17
**called [16]** 60/4 63/10 69/10 69/15 69/24
154/6 191/17 193/20 198/21 201/13 202/9
202/17 203/8 205/22 208/2 208/21
**callout [2]** 126/20 184/15
**calls [2]** 64/17 192/6
**came [7]** 4/5 16/17 83/7 86/19 143/12
226/12 226/17
**CAMERON [1]** 1/14
**Camp [3]** 198/22 200/4 208/5
**Camp Kinser [1]** 198/22
**campaign [5]** 66/8 66/21 201/21 207/17
207/20
**campaigns [1]** 204/5
**campus [18]** 5/13 6/7 7/4 75/6 75/19
76/19 76/24 77/13 78/11 78/15 78/20
79/11 79/21 82/14 84/11 84/19 110/15
113/7
**can [97]** 6/16 9/10 10/17 12/1 12/6 12/11
13/15 20/9 22/14 38/10 41/1 45/7 63/6
64/21 65/6 66/3 68/8 69/18 77/9 78/18
79/23 80/16 85/3 85/21 86/5 89/6 90/12
92/15 94/3 95/22 96/1 97/18 98/15 99/19
100/22 102/2 102/17 103/4 104/2 104/9
104/19 105/11 106/13 112/13 113/14
121/16 124/14 124/16 124/21 125/21
126/20 127/1 127/19 127/19 129/23 130/3
134/21 139/6 142/23 143/3 143/6 144/12
144/25 144/25 152/8 154/24 159/4 161/23
167/13 169/17 170/20 171/11 178/19 181/1
184/15 190/12 192/3 194/25 196/4 210/10
210/14 211/5 212/1 212/25 213/17 215/19
216/14 218/8 218/10 219/4 221/12 223/18
227/6 230/2 231/20 232/7 233/13
**can't [7]** 19/22 46/2 119/12 166/5 174/13
214/21 214/24
**candidate [13]** 11/10 16/17 32/7 32/12
33/2 38/14 41/15 52/8 52/9 52/12 52/13
52/16 52/18
**candidate's [2]** 39/6 59/3
**candidates [14]** 7/17 23/15 52/21 57/16
58/19 89/24 118/9 118/12 118/15 155/23
156/2 158/4 158/4 177/8
**candor [1]** 10/11
**cannot [11]** 43/5 77/10 77/14 126/9
169/14 171/16 173/3 174/6 174/11 184/25
223/14
**capabilities [6]** 135/18 198/11 204/22
208/8 223/22 225/17
**capability [1]** 208/12
**capable [5]** 19/10 78/14 193/2 194/12
201/4
**capacity [15]** 42/25 43/2 46/4 46/25 47/2
47/6 47/11 47/22 48/25 50/14 50/23 65/21
194/21 197/7 228/6
**Captain [2]** 191/14 191/17
**capture [4]** 26/10 32/18 53/17 208/22
**captured [6]** 19/22 29/1 36/21 41/15
106/6 220/10
**captures [1]** 111/6
**capturing [2]** 21/19 21/19
**card [1]** 193/24
**care [3]** 94/22 213/20 214/6
**cared [1]** 225/5
**career [6]** 66/25 67/10 193/5 218/18
219/20
**careful [1]** 168/22
**CARMICHAEL [3]** 1/18 212/4 230/21
**Carmichael's [1]** 234/22
**Carnevale [1]** 105/23
**Carolina [7]** 70/19 71/14 71/15 74/10
110/4 169/3 169/4 169/7 200/5 208/5
**carry [3]** 77/17 126/12 194/1
**carrying [2]** 193/3 219/7
**cars [1]** 217/22
**case [88]** 5/20 5/23 8/6 17/8 17/17 17/21
21/4 24/12 25/2 28/6 28/23 29/25 30/21
35/22 36/5 37/8 44/5 44/16 44/25 45/2
45/16 49/10 51/4 55/9 56/13 56/24 59/21
59/23 60/20 61/7 64/14 65/23 66/3 71/3

71/7 71/13 71/15 71/23 72/12 72/17 73/10
73/22 74/9 74/10 74/20 74/12 75/5 75/24 82/9
82/16 82/20 82/22 85/21 98/10 100/16
106/18 108/3 109/1 109/11 110/3 110/3
110/7 114/10 133/16 134/6 136/23 137/1
149/23 156/9 156/25 157/6 161/19 161/24
164/10 167/23 169/3 169/11 176/5 181/17
184/6 186/3 187/17 196/22 207/24 211/10
211/14 225/6 229/25
**cases [9]** 40/9 71/16 77/12 87/7 89/16
89/19 149/4 164/13 168/25
**catchy [1]** 208/2
**categories [3]** 99/14 138/19 194/20
**category [1]** 164/21
**CATHERINE [1]** 1/17
**cause [3]** 4/13 124/21 149/9
**caused [2]** 6/4 7/3
**causes [2]** 6/2 127/4
**caveat [2]** 26/6 42/24 211/24
**caveats [2]** 47/16 117/23
**ceiling [1]** 110/10
**cell [1]** 202/10
**census [12]** 113/16 138/20 138/22 139/23
151/7 152/20 160/8 164/8 164/16 164/23
180/4 187/15
**center [6]** 67/6 86/1 206/13 206/18
207/11 216/1
**centers [2]** 170/18 170/22
**central [4]** 204/4 204/9 204/10 225/13
**Century [2]** 67/10 67/15
**certain [13]** 18/4 24/13 28/13 54/1
114/24 115/15 150/4 157/13 164/20 213/8
214/16 214/22 232/15
**certainly [8]** 9/23 10/2 34/21 38/17
133/18 220/5 232/14 232/15
**CERTIFICATE [1]** 235/2
**certifications [1]** 224/19
**Certified [1]** 236/4
**certify [1]** 236/6
**cetera [1]** 220/3
**chair [5]** 6/13 7/4 7/9 7/13 11/23 12/2
12/13 13/6 13/12 13/23 15/5 16/2 64/11
**chairman [1]** 6/25
**challenge [3]** 218/6 226/5 230/2
**challenges [4]** 90/21 119/19 120/8 206/21
**challenging [2]** 166/12 218/13
**chance [3]** 40/6 44/15 189/11
**chances [1]** 99/25
**change [26]** 33/25 44/12 47/7 49/7 49/16
51/18 52/1 109/14 114/6 114/13 136/16
155/19 155/20 157/1 158/16 164/13 165/11
165/12 165/14 165/14 166/2 166/7 166/7
166/13 166/17 186/4
**changed [7]** 46/20 51/22 51/22 86/18
101/9 141/23 220/22
**changes [11]** 50/20 51/1 106/14 109/16
152/7 158/10 160/11 161/25 162/4 165/16
185/8
**changing [5]** 47/22 49/16 49/23 162/6
184/7
**character [9]** 23/12 119/1 133/25 134/22
134/25 135/4 135/5 214/4 219/7
**characteristic [5]** 19/21 81/16 215/1
215/5 218/22
**characteristics [16]** 23/16 28/10 52/2
74/20 74/24 80/14 96/3 98/6 98/9 112/18
118/8 119/3 135/2 155/3 217/14 218/2
**charge [4]** 195/6 198/9 213/20 225/21
**Charles [1]** 66/18
**Charlotte [1]** 70/19
**Charlotte-Mecklenburg [1]** 70/19
**chart [10]** 40/15 53/24 81/19 82/10
102/18 129/23 186/8 186/22 187/6 187/10
**charts [2]** 178/18 187/17
**check [1]** 224/5
**chemical [1]** 226/19
**Chicago [2]** 70/18 71/6
**chief [2]** 195/9 228/14
**childcare [1]** 94/22
**China [1]** 203/14
**China's [1]** 203/14
**chip [6]** 17/24 37/13 41/24 47/17 47/23
47/24
**choice [1]** 4/3
**choices [1]** 185/1
**choose [6]** 5/10 10/3 23/18 109/23
**chooses [1]** 41/2
**choosing [2]** 23/18
**chose [1]** 180/8
**CHRIS [1]** 1/19

**C**

chronically [1] 194/11
circumstance [2] 34/9 34/15
circumstances [3] 34/23 35/6 119/14
cite [6] 82/20 86/7 92/7 127/14 136/24
  167/21
cited [6] 71/20 75/7 130/13 130/23
  131/10 178/4
civil [4] 1/4 65/19 66/20 67/12
civilian [16] 121/1 121/12 121/19 122/2
  122/13 122/18 123/4 123/8 123/12 124/1
  124/6 124/11 125/19 132/7 176/19 216/2
claim [2] 125/12 125/15
claiming [1] 75/22
claims [1] 54/6
clarifications [1] 173/13
clarified [1] 191/15
clarify [2] 47/21 144/14
clarity [2] 106/24 135/10
class [23] 11/21 46/23 47/7 52/2 53/8
  53/14 61/9 66/9 69/15 69/17 69/25 82/21
  83/7 88/2 88/5 88/6 99/11 106/9 117/15
  140/7 141/10 141/17 180/15
classes [9] 47/19 48/4 48/7 93/12 93/16
  93/20 93/22 101/5 171/5
classified [1] 207/5
classmates [7] 81/1 81/11 92/9 92/12
  92/20 100/3 101/21
classroom [1] 58/24
clear [22] 37/6 40/10 75/14 93/1 93/17
  96/8 105/20 125/5 130/22 131/9 132/8
  132/16 143/21 145/6 146/21 151/9 153/4
  155/18 157/5 158/9 164/3 173/23
clearances [1] 204/6
clearly [7] 9/20 73/5 76/15 77/10 144/21
  190/14 211/6
clients [1] 196/19
close [3] 65/5 216/12 217/17
closely [2] 133/13 203/4
closer [2] 4/10 156/8
closing [4] 231/24 232/12 232/20 233/3
clothes [1] 216/2
coach [1] 213/3
Coast [32] 72/13 79/3 88/10 88/20 88/21
  88/23 89/1 89/2 89/7 89/14 106/21 122/5
  122/11 170/6 175/18 175/20 175/24 176/1
  176/4 176/7 176/9 176/11 176/22 176/24
  177/1 177/3 177/6 177/7 177/10 177/12
  178/7 178/11
code [14] 113/14 146/5 146/19 152/19
codes [1] 100/4
coefficient [8] 24/15 25/11 37/5 39/9
  43/11 43/17 56/21 81/16
coefficients [3] 55/12 60/17 96/6
cohesion [15] 75/11 77/24 126/19 197/7
  214/20 215/7 215/7 215/21 215/23 216/15
  217/1 217/2 217/15 218/20 219/4
cohesive [1] 194/25
cohort [2] 43/6 91/20
colleague [1] 121/7
colleagues [1] 11/8
collecting [2] 148/5 148/7
collective [1] 216/6
collectively [1] 158/19
college [50] 31/14 54/10 54/20 54/24
  55/2 55/6 55/10 55/13 55/25 66/6 70/3
  70/23 79/2 81/1 81/13 82/22 83/4 92/10
  92/12 92/15 92/20 92/24 93/1 93/4 98/21
  101/4 101/20 101/23 101/24 117/12 120/19
  120/21 128/25 129/11 130/7 130/15 130/18
  142/11 155/13 168/18 171/1 183/6 183/14
  184/2 191/6 197/16 200/23 200/24 200/25
  201/9
college-bound [2] 92/20 101/4
college-going [3] 92/24 93/1 101/20
colleges [16] 68/25 69/3 70/10 70/22
  89/13 100/10 128/24 129/9 130/13 130/17
  131/1 131/11 131/16 148/21 148/25 164/19
colonel [17] 2/9 189/6 189/22 189/24
  189/25 189/25 190/16 190/16 190/17
  191/11 191/12 191/19 191/21 230/22
  230/23 231/3 234/23
colors [1] 226/3
column [6] 134/15 134/17 150/17 150/17
  150/21 153/14
combat [14] 192/16 193/4 196/10 201/2
  210/23 212/18 213/2 213/16 213/23 217/9
  224/17 224/22 225/23 228/4
combat-effective [1] 210/23
combined [3] 102/24 198/25 201/5

come [24] 28/19 35/25 36/2 37/19 64/20
  64/21 81/14 85/20 86/5 98/19 103/21
  104/20 107/11 141/22 146/1 146/3 148/8
  190/12 194/14 195/9 207/1 209/8 214/3
  230/24
comes [6] 31/14 112/1 129/4 132/20
  220/23 229/9
comfort [1] 213/19
comfortable [1] 132/5
comforting [1] 213/20
coming [13] 17/25 28/22 31/12 41/24
  102/10 108/8 111/21 132/17 160/21 165/22
  166/8 195/13 226/14
command [12] 200/23 204/4 204/9 204/11
  207/22 207/25 208/4 208/13 208/15 208/17
  209/3 225/13
commandant [4] 202/10 202/14 202/24
  203/10
commander [4] 198/3 208/14 209/3 217/19
comment [1] 64/10
comments [1] 220/11
commission [1] 197/19
commissioned [2] 91/8 197/20
commissioning [1] 197/22
commitment [2] 58/3 89/18
commitments [1] 94/19
committee [11] 6/14 6/22 6/25 7/5 7/7
  11/8 94/11 157/21 157/24 158/1 196/13
committees [1] 74/10
common [5] 35/14 67/25 195/22 215/12
  217/21
commonly [2] 113/4 218/24
communicated [1] 11/11
communication [3] 10/9 23/12 23/16
community [5] 54/1 195/14 195/18 205/20
  208/20
company [2] 172/16 205/22
comparable [2] 23/15 86/12 158/17
compare [1] 187/18
compared [5] 91/10 107/10 107/23 112/2
  203/15
comparison [3] 91/13 164/9 186/14
compete [1] 201/11
competition [3] 38/24 203/15 203/23
competitive [5] 38/10 38/14 43/21 123/6
  183/6
competitors [1] 91/10
compilation [1] 223/7
complete [7] 40/15 69/24 90/3 173/4
  173/4 174/7 174/11
completed [19] 18/8 90/19 106/19 106/25
  107/4 148/12 173/10 173/21 173/24 174/4
  174/10 174/16 174/22 174/25 175/6 175/11
  175/13 178/19 209/7
completely [2] 151/18 227/21
completeness [3] 9/19 9/21 62/22
completing [1] 209/7
completion [4] 148/3 148/17 149/3 172/25
complexion [1] 227/20
complicated [3] 145/25 219/24 220/17
compliment [2] 117/1 117/2
component [4] 141/14 152/22 180/12 208/9
components [2] 38/18 105/24
composed [2] 212/18 225/10
composite [2] 180/14 180/17
composition [7] 46/23 47/7 197/8 222/3
  224/8 226/7 227/17
Computer [1] 1/24
Computer-aided [1] 1/24
conceivable [1] 149/4
concentration [1] 135/21
concept [4] 22/5 22/8 129/3 209/2
concepts [1] 206/22
concern [2] 22/11 225/16
concerned [4] 105/16 105/19 219/6 233/13
concerning [2] 33/9 93/15
concerns [2] 21/25 93/7
conclude [10] 18/22 19/1 19/5 33/16
  41/23 45/10 165/23 166/9 232/10 232/15
concluded [5] 4/15 4/18 30/17 38/9 91/16
concludes [1] 188/20
concluding [1] 128/9
conclusion [5] 4/23 5/3 30/13 128/12
  222/2
conclusions [10] 33/9 37/19 194/14
  195/13 197/2 197/4 207/2 221/22 231/24
  232/2
concrete [3] 28/17 77/21 126/16
concur [1] 212/8
concurring [1] 71/20

condition [1] 194/12
conditional [2] 44/19 44/20
conditions [2] 198/23 206/4 230/7
conduct [3] 198/23 206/4 230/7
conducted [4] 60/4 60/8 91/9 127/3
conducting [3] 203/17 204/20 225/23
Conference [1] 236/10
conferences [5] 70/8 70/9 230/16
confidence [3] 213/18 214/12 215/3
confident [1] 231/21
confines [1] 70/16
confirm [2] 186/18 231/20
conflict [1] 230/11
conformance [1] 236/10
confused [1] 15/8
Congress [16] 109/20 114/13 114/23 183/5
  183/13 184/7 184/17 185/1 185/12 185/21
  195/17 196/11 207/15 207/16 224/5 228/15
Congress's [1] 185/5
congressional [25] 88/23 88/25 114/10
  114/16 114/21 122/3 122/7 122/10 122/13
  136/7 161/19 162/1 162/17 173/25 176/12
  176/23 177/11 182/24 184/19 185/4 185/8
  185/12 185/19 185/22 195/18
connected [4] 74/23 127/16 135/18 136/1
Connecticut [1] 70/20
connection [2] 125/2 156/3
CONNOLLY [8] 1/13 2/10 189/8 189/17
  189/21 190/10 191/3 232/19
conscious [2] 167/13 167/17
conservative [2] 24/20 209/12
consider [35] 19/18 32/15 45/23 48/8
  48/13 48/21 49/6 50/25 51/6 51/23 54/7
  59/2 61/18 99/8 118/12 118/15 128/24
  129/9 130/13 130/18 131/1 131/11 138/2
  141/19 142/17 148/15 155/9 155/15 158/12
  166/5 167/17 180/16 181/13 181/18 210/14
consideration [13] 17/18 39/14 41/14
  46/24 48/25 50/16 51/2 51/10 96/9 129/5
  140/8 149/20 161/12
considerations [1] 181/8
considered [13] 40/17 47/18 48/3 49/20
  50/12 50/19 51/15 51/18 56/1 96/19 107/3
  139/21 150/2
considering [14] 45/14 51/7 62/6 62/12
  70/13 111/4 118/18 124/16 124/20 127/3
  128/9 131/16 154/13 183/24
considers [8] 19/15 32/21 39/6 41/15
  45/11 83/25 149/24 155/14
consistent [6] 82/10 84/23 106/20 191/15
  211/3 227/10
consistently [1] 90/24 190/19
constantly [2] 219/22 227/17
constitutional [1] 67/3
constrained [2] 79/1 169/4
constraint [8] 46/25 47/2 47/6 47/11
  47/22 50/14 50/23 53/10
constraints [5] 42/25 43/2 46/5 48/25
  168/20 168/23
constructing [1] 17/24
constructs [1] 196/16
consultant [1] 70/12
consulted [1] 178/9
consulting [6] 91/9 91/14 91/16 171/20
  172/1 196/18
consuming [1] 233/17
consumption [1] 203/4
cont [1] 2/6
contain [2] 73/9 211/18
contained [5] 27/9 32/2 32/18 32/22
  149/25
containing [1] 29/13
contents [1] 73/24
context [28] 20/2 23/6 45/6 77/4 79/3
  82/25 84/12 107/10 117/24 117/25 124/25
  125/3 125/4 125/6 125/11 125/14 125/17
  125/19 125/19 127/2 132/4 132/7 154/16
  180/16 196/3 196/25 220/11 220/21
contexts [1] 164/20
continue [11] 3/14 40/22 67/21 85/12
  91/3 116/11 145/7 186/17 189/18 205/17
  221/24
continued [3] 1/9 2/5 3/18
continues [1] 98/17
contract [2] 205/25 227/15
contracting [1] 205/22
contrary [1] 110/12
contrast [2] 82/25 106/2
contributed [2] 64/12 111/7
contribution [1] 208/7

**C**

control [7] 75/8 115/1 115/3
208/17 215/1
controlled [1] 214/21
Controlling [1] 52/2
controls [1] 30/19
controversial [1] 219/24
controversy [10] 5/13 5/15 5/17 5/18
5/24 6/1 6/3 6/4 6/5 6/8
convergence [1] 4/13 4/17 4/25
convey [1] 168/13
convince [1] 183/5
cooperation [1] 185/5
cooperatively [1] 234/14
copies [1] 73/9
copy [1] 126/2
corner [1] 180/7
corporate [1] 216/6
corps [45] 75/8 76/20 76/22 77/15 117/18
126/10 169/23 192/13 196/14 197/21
199/18 200/2 201/13 202/7 202/11 202/15
202/16 202/25 204/8 204/19 204/19 204/24
205/2 205/3 205/6 205/6 205/14 205/19
207/22 207/25 208/10 209/4 215/24 217/18
217/22 217/23 222/9 225/9 225/15 226/13
226/14 227/4 228/16 229/23 230/13
Corps' [2] 208/7 215/14
correct [780]
correctly [1] 142/3 190/18
correlated [4] 25/10 25/13 37/1 59/14
correlation [4] 24/25 25/5 37/3 37/3
cost [4] 154/18 169/5 170/18 170/22
costs [17] 77/18 77/20 85/21 85/23 86/4
124/17 124/25 125/6 125/9 125/10 125/16
125/18 126/13 126/14 148/6 148/9 154/25
could [80] 6/8 7/12 10/8 10/11 10/11
10/14 10/16 10/21 21/14 23/17 25/21
29/23 36/17 44/9 45/19 51/12 52/23
56/10 61/4 65/13 77/20 77/23 78/15 78/19
80/3 91/6 92/3 106/16 106/21 109/17
110/10 110/14 110/18 113/6 113/19 114/3
114/7 114/8 114/12 114/17 115/3 115/9
115/17 119/13 119/25 120/1 120/12 126/15
126/18 129/13 133/11 140/11 143/14
143/15 148/6 148/9 149/4 158/3 158/15
165/23 166/10 173/9 173/21 174/15 181/16
185/11 185/20 185/20 202/24 206/6 207/14
209/23 210/5 218/19 224/18 225/18 230/10
232/8 233/21
couldn't [1] 169/1
counselor [6] 30/16 31/2 31/7 31/12
31/15 31/18
counselors [9] 29/5 29/9 29/22 30/7
31/22 32/6 32/11 36/15 36/19
count [2] 101/24 164/12
counted [1] 82/6
counterfactual [3] 49/5 50/21 51/25
counterparts [2] 37/11 57/1
countersimulations [1] 109/24
counting [1] 139/8
countries [1] 201/7
country [9] 70/11 89/18 99/9 148/22
177/16 210/10 223/17 223/24 226/12
counts [7] 79/22 79/23 80/4 80/19 96/5
101/25 110/5
couple [8] 92/7 94/10 95/8 154/10 168/24
174/22 202/7 210/19
course [18] 15/2 27/25 28/1 29/21 41/5
48/19 53/5 95/16 117/4 131/5 142/8 145/4
155/1 167/7 174/8 183/18 197/24 199/8
courses [1] 5/4
coursework [1] 58/10
court [27] 1/1 64/3 65/13 66/4 69/18
71/3 71/5 71/8 71/12 71/14 85/9 116/7
126/8 126/22 141/7 169/6 174/2 179/17
189/2 192/2 231/8 231/20 232/12 233/7
234/24 235/1 236/5
Court's [5] 69/7 71/17 73/17 124/24
190/11
courtesy [3] 191/19 191/24 192/7
courtroom [3] 30/20 30/24 143/9
cover [1] 62/21
covered [1] 63/2
COVID [1] 229/4
create [6] 5/16 61/9 79/7 127/19 128/10
128/18
created [6] 5/13 5/17 5/24 6/1 6/8 194/4
creates [1] 215/21
creating [7] 68/16 127/12 127/23 128/1
195/2 206/9 226/24

**creation** [1] 70/23
creativity [1] 10/14
credentialed [1] 167/23
credentials [2] 93/21 216/21
credit [1] 82/17
crisis [1] 213/23
criteria [5] 49/23 101/13 103/19 123/9
204/8
critical [2] 217/12 223/16
critique [1] 128/6
critiqued [1] 128/7
cross [11] 2/6 2/8 3/15 3/18 9/17 115/16
116/17 117/7 230/22 231/9 234/23
cross-examination [8] 3/15 3/18 115/16
116/17 117/7 230/22 231/9 234/23
crossed [1] 36/3
CRR [2] 1/25 236/16
crude [1] 111/19 113/13 153/3
crystal [1] 40/10
cull [1] 195/4
cultural [1] 220/2 220/21
Culturally [1] 225/19
culture [1] 202/22
cum [1] 66/6
curiosity [1] 10/16
curious [1] 161/24
current [15] 74/7 79/19 79/22 80/5 89/23
99/17 102/4 103/24 107/24 133/12 165/5
194/14 196/17 196/20 229/16
currently [20] 49/2 81/25 101/25 104/12
137/17 150/19 153/22 160/18 161/15 162/1
162/25 163/16 166/18 175/5 178/25 179/14
179/25 186/10 187/7 200/8
curriculum [1] 27/18
cursory [2] 74/8 74/19
customer [2] 206/19 207/6
cut [1] 7/17
cv [2] 1/5 195/24
cycle [1] 52/20

**D**

D-A-K-O-T-A [1] 190/7
Dakota [4] 2/9 189/6 189/25 190/7
danger [1] 127/18
dangerous [1] 48/17
data [40] 4/5 22/9 25/16 25/23 26/1 26/4
34/22 35/14 47/25 54/22 56/7 60/1 82/20
82/22 111/22 112/4 112/22 112/24 113/16
136/20 137/11 138/3 138/5 138/12 138/23
139/3 139/7 139/8 142/17 146/10 146/11
146/12 146/14 147/1 148/6 152/20 188/4
188/5 221/14 228/13
database [1] 34/8
dataset [2] 19/22 112/24
Dated [1] 236/12
dates [1] 6/16
Davis [1] 190/16
day [22] 1/3 8/4 8/8 12/7 63/13 72/9
144/6 145/11 145/14 161/7 183/9 205/9
205/9 227/20 230/21 231/10 231/13 233/4
234/17 234/21 234/25 236/12
DC [6] 65/16 195/20 199/19 202/20 209/8
209/14
deal [5] 71/1 80/19 196/8 202/20 212/9
dealing [2] 89/16 196/1
dealt [5] 68/20 69/1 99/22 133/14 193/5
dean [18] 30/20 30/23 31/1 56/12 78/12
90/17 90/23 91/1 145/14 154/20 161/2
170/17 170/21 172/18 191/14 191/14
191/17 191/18
decades [1] 195/12
December [1] 66/2
decided [3] 66/15 202/8 210/12
decides [1] 41/10
decile [1] 39/24
decision [18] 7/25 8/15 9/6 24/1 29/14
38/4 52/4 52/5 52/7 52/8 52/11 52/12
52/17 69/8 71/17 86/3 127/17 167/25
decision-making [2] 29/14 167/25
decisions [28] 10/22 17/2 19/16 20/7
20/10 20/17 21/9 25/18 25/22 27/11 29/10
31/3 39/7 40/17 41/12 43/13 45/24 46/2
52/3 52/25 53/1 53/12 53/3 53/4 55/18
58/17 167/18 202/24
declaration [3] 78/12 221/10 221/13
221/21 222/14 223/4 223/6
decline [6] 14/8 97/25 141/3 180/1
180/13 180/16
declined [4] 13/13 14/5 16/25 102/7
declines [1] 13/24

**decrease** [7] 42/3 42/13 42/20 47/20
155/25 164/1 188/8
decreased [1] 160/2
decreasing [3] 92/18 153/21 179/14
deep [5] 192/21 201/24 205/20 206/15
210/22
deeper [1] 91/18
deeply [3] 93/6 127/15
defeat [1] 224/21
defeating [2] 193/4 226/6
defend [1] 210/10
Defendant [1] 1/16
Defendants [1] 1/7
defending [1] 196/3
defense [9] 74/15 89/9 170/4 170/11
192/23 202/21 203/11 207/7 223/11
define [4] 193/1 212/14 212/16 215/15
defines [1] 52/21
defining [1] 218/21
definitely [3] 6/1 36/12 233/10
definition [5] 25/7 25/8 37/15 76/2 99/2
Definitionally [1] 27/13
degree [6] 21/20 79/24 82/24 83/1 83/2
93/5
deliver [1] 106/16
Democratic [1] 66/18
demographic [1] 148/18
demographics [6] 54/1 137/12 187/18
188/9 230/12 230/13
demonstrate [2] 93/21 213/6
demonstrative [26] 17/12 18/12 33/8
39/20 39/22 39/23 40/4 41/21 53/19 57/5
68/9 80/8 80/10 123/15 123/17 123/19
123/20 132/12 132/13 140/3 142/1 147/11
154/4 164/25 179/17 186/9
Demonstrative 4.3 [1] 80/10
demonstratives [1] 17/14
department [19] 6/21 6/23 11/21 11/24
12/3 12/14 13/7 14/22 17/3 74/15 89/8
89/9 170/4 170/7 170/10 170/11 205/24
205/25 223/11
department's [1] 6/13
departments [1] 195/7
departure [1] 110/1
dependents [1] 122/20
depends [6] 20/18 50/25 52/8 52/12 62/3
214/4
deployed [8] 199/22 199/24 200/9 200/15
204/2 204/10 204/21 213/22
deployment [1] 200/16
deployments [3] 203/25 204/14 210/19
deposed [1] 20/20
deposition [17] 8/5 15/17 15/18 21/3
30/3 35/22 35/24 36/4 44/22 44/24 127/11
127/24 133/16 133/18 133/19 133/21 147/4
depositions [1] 72/4
derive [3] 33/21 34/1 221/17
derived [1] 33/22
deriving [1] 210/23
describe [10] 68/8 78/18 80/3 97/18
99/19 104/19 106/14 112/13 138/12 210/14
described [4] 82/1 114/4 148/6 162/20
describing [1] 11/7
description [1] 81/23
descriptions [1] 11/10
descriptive [2] 16/8 18/19
desegregation [1] 71/7
Desert [1] 199/23
deserve [1] 111/2
deserving [1] 99/5
designs [1] 201/3
desirable [1] 123/6
despite [3] 19/1 89/12 99/5
destroy [1] 216/5
detachment [2] 205/3 205/6
detail [1] 183/3
details [1] 62/9
determinative [8] 43/19 44/1 44/6 44/8
44/17 44/19 44/21 45/3
determine [8] 10/9 38/14 41/6 44/1 44/5
44/16 45/3 79/18
determined [2] 18/15 194/20
deterrent [2] 149/9 149/10
develop [2] 209/2 209/9
developing [1] 24/12
device [1] 177/24
devise [1] 71/10
DHS [1] 206/1
dictate [2] 182/13 184/25

243

**D**

**did [175]** 15/13 29/25 30/5 30/17 33/24 34/8 34/14 34/22 35/5 44/5 44/16 51/8 51/17 73/4 115/5 131/3 131/24 136/24 143/18 156/9 156/14 165/16 166/1 169/2 176/4 176/7 195/16 207/19 210/5 212/15 220/17 223/8 226/17
**differ [1]** 218/1
**difference [18]** 38/3 38/11 54/16 55/18 101/7 101/14 122/2 122/12 122/16 122/17 122/18 122/22 158/24 174/3 176/15 176/16 176/17 176/18
**differences [14]** 4/3 19/3 35/21 88/19 88/21 89/12 89/21 112/6 121/17 121/20 121/21 121/22 123/11 214/21
**different [34]** 14/24 22/15 35/19 39/8 55/22 60/9 66/9 68/1 81/24 84/16 94/3 101/15 113/14 118/8 120/3 125/19 127/6 127/21 128/2 129/5 139/7 201/15 201/24 201/24 201/25 202/18 207/20 225/8 226/3 226/3 227/21 230/1 230/3 230/3
**differentiate [2]** 216/22 217/24
**differentiates [1]** 176/19
**differently [4]** 50/18 135/1 135/15 214/23
**difficult [2]** 5/5 51/10
**difficulty [1]** 9/1
**digital [4]** 91/11 172/6 172/12 172/19
**dimensions [1]** 22/21
**dip [1]** 105/9
**direct [33]** 2/8 2/10 3/22 17/23 25/16 26/11 49/9 59/15 59/17 65/9 117/17 127/6 128/21 129/8 132/20 141/3 141/5 142/3 142/16 148/6 151/10 156/21 157/20 158/22 162/20 165/7 167/7 171/19 176/11 182/5 183/1 191/2 208/21
**directed [1]** 199/17
**direction [3]** 25/14 213/18 234/15
**directly [3]** 53/15 53/16 125/24
**director [4]** 6/25 65/14 67/23 207/6
**directs [1]** 213/9
**disadvantage [6]** 68/23 74/20 99/8 105/21 112/21 146/6
**disadvantaged [18]** 28/20 31/10 54/8 54/10 68/13 81/10 82/17 93/18 94/8 94/20 105/18 106/2 112/10 113/12 113/25 146/15 160/20 162/9
**disadvantages [4]** 71/2 106/10 112/6 151/14
**disagree [8]** 13/16 13/17 31/5 31/6 56/15 56/16 130/17 131/15
**disappear [1]** 125/10
**disappeared [1]** 130/5
**disappears [1]** 125/2
**disappointing [1]** 75/23
**discipline [4]** 22/6 27/16 197/6 212/19
**disciplines [1]** 4/25
**disclosures [1]** 136/22
**discontinued [1]** 92/3
**discord [1]** 220/9
**discourage [1]** 149/5

**discovery [1]** 72/1
**discriminating [2]** 16/5 16/12
**discrimination [2]** 7/11 16/9
**discuss [1]** 63/9 71/22 124/4 124/9 143/3 165/16 182/2 188/19 227/3 230/23 232/8
**discussed [14]** 7/3 31/8 31/18 59/17 71/16 95/25 123/24 124/16 133/7 147/19 183/2 183/17 229/16 232/6
**discusses [3]** 68/11 79/12 173/8
**discussing [5]** 43/7 75/6 79/20 85/15 228/21
**discussion [8]** 9/22 33/2 86/15 86/20 124/18 144/15 219/13 231/13
**discussions [4]** 32/7 32/12 76/6 102/20
**disparate [9]** 97/9 109/14 111/4 111/16 112/8 113/2 114/11 114/14 185/18
**dispatched [1]** 205/7
**display [1]** 214/13
**disproportionate [1]** 94/9
**disproportionately [6]** 84/6 84/8 99/11 100/11 101/1 106/5
**dispute [2]** 145/18 145/19
**distilling [1]** 195/11
**distinct [1]** 140/19
**distinction [1]** 201/10
**district [6]** 1/1 1/1 52/16 52/18 236/5 236/6
**districts [5]** 70/15 136/7 161/20 162/2 162/17
**ditch [1]** 216/2
**diverse [6]** 75/9 88/2 88/6 117/15 117/18 180/15
**diversity [128]** 61/10 61/22 67/14 68/18 70/16 75/6 75/19 75/21 76/8 76/20 76/22 77/2 77/14 77/19 77/23 78/11 78/15 78/20 79/8 79/10 79/11 79/13 79/14 79/14 79/15 79/18 82/13 82/19 84/10 84/14 84/16 87/3 87/15 87/17 87/21 90/8 92/3 94/12 97/2 97/3 97/25 99/2 100/18 101/8 102/6 102/9 102/18 102/20 102/21 102/25 104/3 104/5 104/24 105/1 105/12 105/14 106/23 107/8 107/11 108/7 108/21 110/15 113/7 113/18 113/20 114/23 114/25 115/11 117/11 118/18 118/20 119/9 119/12 119/15 126/10 126/14 126/18 131/16 131/22 132/2 136/10 136/13 136/18 136/24 137/6 137/8 137/9 137/9 151/16 152/7 152/21 152/24 155/19 156/10 156/15 157/1 157/9 157/24 157/25 158/8 158/11 158/17 158/20 159/11 159/13 159/13 162/6 162/14 162/16 163/8 164/2 169/9 169/10 169/12 169/23 171/4 171/9 171/13 184/18 186/13 218/19 218/20 219/4 224/3 224/25 224/11 226/1 227/23
**dividing [1]** 219/1
**DIVISION [1]** 1/2
**divisive [1]** 84/22
**do [189]** 4/1 8/2 9/11 9/12 9/23 11/6 15/2 15/15 16/14 18/18 21/12 26/5 27/9 30/5 33/7 35/21 41/1 44/5 44/16 45/2 47/21 48/18 49/8 51/11 54/5 59/5 60/13 62/3 62/22 62/23 65/13 66/13 66/19 72/16 75/1 75/14 75/21 78/9 79/9 79/17 82/17 86/2 91/6 91/22 92/10 92/21 93/24 94/1 94/18 95/1 97/9 99/4 101/22 103/1 104/21 108/1 109/7 110/9 111/14 112/3 112/4 112/25 113/1 114/20 115/5 115/22 117/13 118/10 118/13 118/18 119/6 119/14 119/19 121/20 124/18 124/19 125/15 127/24 131/13 133/16 133/21 135/5 136/2 136/18 137/5 137/11 137/22 138/23 144/15 146/22 147/6 148/16 148/19 149/11 150/8 153/10 155/25 157/23 158/15 161/15 161/25 164/16 164/23 165/23 166/10 166/25 168/4 169/18 169/23 170/9 171/4 171/8 171/12 171/21 172/4 174/14 174/23 175/3 175/14 178/7 181/24 183/13 183/15 183/21 184/21 185/24 190/24 190/25 192/20 192/22 193/20 193/22 194/13 194/25 196/8 197/1 198/19 199/3 199/15 200/10 200/19 201/8 201/20 202/4 202/17 202/17 203/12 205/2 206/2 206/25 207/11 207/21 208/11 208/25 209/5 210/11 211/18 211/20 212/8 212/17 213/8 214/6 214/21 214/22 214/24 215/20 216/8 216/19 218/6 218/7 218/7 218/8 218/9 218/19 219/15 223/14 223/14 224/7 224/8 226/5 229/2 230/6 230/9 231/20 232/2 232/6 236/6

**document [8]** 129/18 130/4 130/10 139/6 140/3 156/25 176/9 195/7 195/8 195/17 195/19 195/22 224/18 229/16
**does [54]** 12/17 13/10 23/25 33/22 34/2 40/19 42/24 45/23 47/5 49/6 50/24 53/10 53/12 53/13 54/9 73/9 73/11 82/12 88/23 89/25 90/11 103/7 103/10 105/9 119/8 128/9 130/4 138/25 140/16 142/16 144/16 146/10 146/15 151/24 153/19 153/25 155/15 163/23 167/8 167/10 174/9 176/12 176/23 177/10 177/15 186/13 186/23 194/24 206/15 207/24 207/25 214/8 215/23 224/3
**doesn't [14]** 17/1 40/15 41/6 90/6 103/24 106/4 138/22 153/1 167/18 192/3 193/9 214/5 214/12 224/5
**doing [16]** 50/21 109/14 111/23 140/22 149/21 168/5 172/19 194/12 205/18 209/1 213/21 222/7 224/23 228/17 228/17 229/8
**dollar [4]** 171/5 171/10 171/14 194/11
**dominates [1]** 223/21
**don't [98]** 8/1 9/24 9/25 12/18 13/2 13/15 13/20 14/1 15/6 15/16 16/4 26/11 30/2 30/2 30/9 31/6 31/7 31/17 31/20 31/21 31/22 35/14 35/17 35/25 36/8 59/15 62/8 62/13 62/15 62/23 65/4 73/23 76/21 77/4 77/5 93/16 93/22 115/13 115/17 117/14 117/17 117/21 118/17 122/8 123/18 125/13 125/10 125/12 125/23 128/16 128/19 129/12 130/5 131/18 131/20 132/8 132/11 133/14 133/17 133/19 135/25 136/16 136/17 137/14 139/19 139/19 145/18 151/10 155/1 155/17 157/2 157/9 162/15 167/20 170/13 171/17 173/4 175/9 176/23 177/5 177/11 177/17 177/19 178/7 181/14 182/8 184/8 184/8 185/15 186/19 186/19 190/24 212/1 217/7 222/5 229/11 234/6 234/11
**done [21]** 11/6 23/20 64/11 74/6 74/8 74/12 74/16 74/17 74/19 90/11 98/16 110/19 111/25 112/19 139/1 171/7 174/19 190/25 210/9 219/5 229/18
**double [6]** 165/11 165/12 165/19 165/22 166/3 166/9
**doubled [3]** 88/17 165/3 177/24
**doubling [2]** 105/13 164/2
**doubt [2]** 6/18 6/19
**down [19]** 63/9 69/8 77/10 81/5 92/19 93/25 111/5 124/14 127/1 130/3 139/11 139/16 139/18 139/20 139/20 139/22 139/25 179/6 208/24
**dozens [2]** 70/9 196/7
**Dr. [9]** 132/21 133/2 138/4 139/1 140/6 147/2 147/2 174/2
**Dr. Arcidiacono [6]** 132/21 133/2 138/4 139/1 147/2 174/2
**Dr. Arcidiacono's [1]** 140/6
**Dr. Sherwood [2]** 219/11 220/7
**draft [1]** 220/16
**dramatic [6]** 165/11 165/12 165/14 166/2 166/6 166/17
**dramatically [1]** 102/7
**draw [4]** 8/11 8/12 35/23 36/5
**dressing [1]** 216/3
**drills [1]** 224/24
**driven [1]** 209/11
**drives [1]** 28/8
**drop [4]** 15/24 42/8 48/3 48/9
**dropped [2]** 14/17 16/10
**drops [3]** 151/3 151/15 151/22
**Duke [19]** 3/24 4/5 4/10 5/13 6/7 6/20 7/4 7/20 10/24 11/18 11/20 11/24 12/3 12/14 13/7 14/22 14/25 23/20 95/16
**Duke's [1]** 16/15
**during [12]** 3/22 8/6 11/11 11/13 11/16 54/15 79/4 124/15 143/13 200/13 203/25 209/20
**duty [8]** 191/8 192/12 192/15 192/20 217/13 217/16 221/7 224/23
**dynamic [1]** 214/20

**E**

**each [27]** 11/21 11/21 16/17 27/9 45/11 52/4 52/20 73/24 74/23 90/18 97/8 98/14 102/23 114/23 135/19 139/11 141/13 151/19 180/12 195/8 200/16 208/8 215/11 218/23 223/2 226/24 228/10
**eagle [1]** 215/16
**earlier [27]** 46/4 79/3 85/24 86/19 86/25

**E**

earlier... **[23]** 3/20 21/8 87/4
101/2 109/3 123/16 124/23 126/22 143/7
153/9 155/1 171/19 176/17 177/14 190/11
190/15 190/19 211/3 212/7 224/12 230/6
**early [2]** 86/17 206/10
**earned [1]** 215/16
**easier [2]** 39/21 94/15
**eating [1]** 216/3
**economic [11]** 24/7 65/19 67/12 67/13
68/18 68/23 69/21 93/2 108/24 110/14
148/22
**economic-based [1]** 69/21
**economically [4]** 28/19 28/22 81/9 82/17
**economics [11]** 4/20 4/24 5/4 6/13 6/21
6/22 10/24 11/24 12/3 12/15 13/8
**economist [2]** 95/10 95/16
**edified [1]** 218/12
**edition [1]** 228/12
**editor [3]** 68/19 69/10 194/4
**Edmund [1]** 67/7
**educating [2]** 199/7 200/22
**education [17]** 66/5 67/14 67/23 68/3
68/12 68/20 69/2 69/14 72/11 72/25 78/23
86/13 142/13 192/17 201/15 219/20 219/21
**educational [5]** 75/6 75/19 76/18 76/19
117/24
**educators [1]** 205/10
**EDWARD [1]** 1/21
**effect [23]** 33/10 34/4 37/18 37/19 39/12
43/20 55/5 87/25 97/20 98/7 102/24
148/16 149/10 153/2 158/8 158/11 158/20
158/23 159/11 166/6 200/11 224/3 226/9
**effective [6]** 90/14 210/23 212/25 214/15
217/5 220/5
**effectively [1]** 18/3 42/2 122/6
**effectiveness [5]** 197/9 214/17 217/9
228/5 230/18
**effects [3]** 44/14 46/14 98/4
**efficacy [3]** 69/13 197/6 224/13
**effort [9]** 64/13 77/14 88/15 88/25 89/1
89/24 122/6 126/9 222/21
**efforts [10]** 105/14 171/1 171/6 171/14
175/18 175/23 177/5 178/3 184/17 213/9
**eight [3]** 17/8 17/17 53/21
**either [6]** 45/20 65/20 148/2 182/19
199/3 228/1
**elected [1]** 223/8
**element [2]** 106/7 128/22
**elements [1]** 96/17
**eligibility [3]** 122/19 181/8 181/19
**eligible [2]** 81/8 81/12
**eliminate [4]** 100/25 103/17 185/12
185/25
**elite [1]** 201/12
**else [14]** 44/11 49/2 72/16 113/19 176/24
177/12 205/15 209/17 216/4 216/8 217/4
218/10 227/16 234/17
**emails [1]** 11/7
**embrace [1]** 218/7
**emergency [1]** 189/14
**emphasis [4]** 50/1 50/4 50/5 106/22
**emphasize [4]** 180/14 183/22 185/7 217/14
**employ [3]** 46/25 50/11 201/4
**employed [7]** 71/22 79/7 88/14 95/6
156/22 163/20 177/2
**employer [1]** 193/10
**employers [1]** 65/20
**employing [2]** 33/21 34/2
**employment [2]** 201/17 206/12
**enable [1]** 224/1
**encourage [2]** 88/15 114/13
**end [14]** 86/15 89/19 93/13 101/14 153/17
157/2 193/10 199/23 205/16 210/21 227/14
227/15 231/13 234/5
**endeavoring [1]** 37/17
**ends [2]** 94/22 183/20
**enemies [1]** 195/23
**enemy [4]** 193/4 201/18 224/21 230/11
**energy [2]** 66/21 209/15
**enforcing [1]** 214/7
**engagement [1]** 91/18
**engaging [1]** 201/18
**engineering [3]** 4/19 4/24 5/4
**enhanced [1]** 88/15
**enhancing [1]** 75/11
**enjoyed [1]** 218/2
**enlisted [11]** 113/22 113/24 161/3 161/12
161/16 180/22 181/1 181/9 181/13 181/19
181/22

**enlisting [1]** 58/3
**enlistment [2]** 217/15
**enormous [1]** 111/22
**enough [5]** 41/6 94/16 169/2 172/13 175/4
**enroll [1]** 58/2
**enrolled [1]** 74/24
**enslavement [1]** 111/6
**ensure [1]** 227/8
**entailing [1]** 85/23
**enthusiasm [2]** 185/16 216/23
**entire [3]** 46/23 57/19 57/22
**entirely [1]** 56/2 132/20
**entitled [1]** 1/9 236/9
**entity [1]** 206/15
**environment [9]** 66/22 76/19 77/13 84/11
196/21 213/17 213/23 214/20 216/13
**environments [6]** 192/14 192/17 192/18
192/18 198/1 217/6
**equipment [5]** 194/22 199/11 223/15 224/7
225/4
**equipped [1]** 213/1
**equitably [1]** 222/5
**era [4]** 177/23 219/14 219/23 220/22
**eradicate [1]** 212/1
**erred [2]** 222/2 222/19
**Errol [2]** 9/10 21/10
**error [5]** 24/16 24/18 25/6 25/7 56/20
**especially [3]** 30/14 91/11 213/22
**ESQUIRE [13]** 1/12 1/13 1/13 1/14 1/14
1/15 1/15 1/17 1/17 1/18 1/18 1/19 1/19
**essay [4]** 32/18 34/10 34/12 34/19
**essays [7]** 29/4 29/8 29/22 32/15 33/23
36/14 36/18
**essential [3]** 196/14 216/18 217/1
**essentially [2]** 80/13 168/13
**established [3]** 161/3 196/18 229/12
**establishment [1]** 196/16
**esteemed [1]** 95/16
**estimate [17]** 17/6 17/9 17/18 33/21 34/1
37/17 42/6 46/23 47/18 48/2 48/8 48/12
48/20 51/23 60/12 95/5 96/4
**estimated [2]** 43/11 43/13
**et [2]** 1/6 220/3
**ethnic [2]** 220/3 221/16
**ethnically [1]** 88/2 88/5 225/10
**ethnicities [1]** 226/4
**ethnicity [4]** 33/10 221/5 221/19 225/20
**ethos [1]** 154/21
**etiology [1]** 86/12
**Eustis [1]** 199/9
**evaluate [3]** 50/21 120/22 176/2
**evaluating [4]** 16/17 118/8 177/8 181/9
**evaluation [3]** 44/5 44/16 45/2
**even [33]** 26/10 93/16 93/20 93/21 104/14
104/24 105/4 105/21 106/10 107/8 107/15
108/3 109/22 113/5 122/16 127/2 140/22
148/10 151/6 153/15 157/20 163/14 163/19
164/7 166/16 178/23 180/3 187/14 209/20
210/17 213/13 213/13 224/14
**event [3]** 63/10 166/4 169/14
**ever [13]** 37/23 70/7 70/12 193/14 196/11
219/4 221/7 225/14 227/3 227/6 228/10
228/21 230/11
**every [28]** 39/4 45/11 45/15 45/23 52/4
96/18 119/24 144/6 144/9 155/9 160/4
161/6 163/5 171/5 171/10 171/14 186/8
187/6 187/10 195/4 195/9 205/12 205/13
209/20 220/3 227/2 228/12 229/24
**everybody [11]** 39/10 214/9 214/9 215/9
215/17 216/4 216/8 216/18 217/4 217/11
222/6
**everyone [4]** 3/2 3/3 219/9 233/18
**everyone's [1]** 150/12
**everything [9]** 32/18 33/1 44/10 49/2
149/24 155/6 209/14 213/23 234/14
**everywhere [1]** 195/20
**evidence [15]** 82/9 82/12 90/14 91/15
100/10 113/23 129/18 190/23 211/23 222/8
233/11 233/14 234/5 234/9 234/12
**exact [3]** 6/16 139/19 185/16
**exactly [3]** 114/17 120/11 134/1
**exam [1]** 142/3
**examination [19]** 3/15 3/18 3/22 17/23
25/16 59/17 65/9 68/6 76/14 115/16
116/15 116/17 117/7 176/11 191/2 230/22
231/9 233/15 234/23
**examine [1]** 78/21
**examined [4]** 87/2 121/9 121/11 181/14
**example [29]** 25/25 26/7 26/18 28/18
31/13 49/25 52/15 69/20 74/21 77/18

77/21 86/1 92/8 101/9 115/8 118/11 121/3
126/13 126/16 134/11 138/5 140/13 152/9
167/21 169/12 220/5 220/20 226/11 229/21
**examples [2]** 27/16 119/3
**excel [1]** 112/18
**except [1]** 44/11
**exception [1]** 190/13
**exceptions [1]** 35/2
**exchange [1]** 124/15
**excluding [1]** 41/24
**exclusively [4]** 133/2 137/2 194/1
**excuse [1]** 152/14
**excused [1]** 63/12
**executing [1]** 225/21
**executive [1]** 205/2
**exercise [2]** 49/4 156/23
**exercises [3]** 198/23 199/1 199/3
**exhibit [8]** 17/10 46/5 73/14 73/15 73/24
80/8 80/8 91/21
**Exhibit 219 [1]** 73/14
**Exhibit 223 [1]** 73/15
**Exhibit 26 [1]** 46/5
**Exhibit 325 [1]** 17/10
**exhibited [1]** 154/22
**exhibits [4]** 233/11 233/19 233/19 234/1
**existed [1]** 34/15
**existence [1]** 122/9
**existing [2]** 96/15 114/20
**exists [11]** 137/18 150/19 153/22 162/25
163/16 166/18 178/25 179/14 179/25
186/10 187/7
**expand [2]** 103/24 170/10
**expanded [2]** 97/3 114/4
**expanding [1]** 165/6
**expansion [2]** 169/8 169/15
**expect [4]** 49/15 83/3 83/14 98/8
**expected [4]** 213/6 216/9 218/1 219/9
**Expeditionary [2]** 200/8 200/21
**expense [1]** 109/1
**expensive [1]** 108/18
**experience [12]** 57/16 59/8 117/12 118/22
123/24 125/9 128/7 142/21 183/25 195/12
207/14 210/20
**experienced [2]** 34/3 118/15
**experiences [3]** 84/18 184/1 218/17
**expert [36]** 59/20 71/3 72/2 72/24 75/20
76/7 76/21 77/5 95/12 117/25 134/5
136/23 137/3 144/16 144/18 144/19 144/20
165/18 166/15 167/16 168/2 169/21 183/3
183/11 190/22 191/20 193/18 203/20
210/15 211/1 211/9 211/14 219/10 220/6
228/2 229/12
**expertise [18]** 75/15 76/16 77/2 78/1
117/21 124/24 125/4 125/5 125/12 125/15
126/23 170/9 172/10 174/14 182/5 192/24
211/7 214/11
**experts [5]** 72/4 110/4 144/24 144/25
203/19
**explain [7]** 23/13 96/1 100/22 103/4
104/20 186/12 216/14
**explained [2]** 4/25 22/8
**explaining [1]** 170/23
**explanation [1]** 5/2
**explore [10]** 10/2 111/18 113/7 113/19
114/7 114/8 115/4 183/2 185/15 185/20
**explored [2]** 4/13 114/3
**exploring [1]** 100/6
**expresses [1]** 146/16
**extend [1]** 191/24
**extension [1]** 220/1
**extensive [1]** 149/23
**extent [16]** 10/11 21/24 36/14 36/18
73/25 93/23 93/25 125/18 127/3 133/12
135/16 146/6 146/11 148/7 162/15 211/24
**extra [4]** 103/12 129/4 157/12 161/11
**extracurricular [7]** 94/1 94/4 94/13
94/25 101/6 157/21 158/7
**extracurriculars [3]** 27/22 157/18 158/1
**eyes [3]** 75/12 75/12 150/12

**F**

**face [4]** 84/2 106/10 112/6 151/13
**faced [2]** 71/2 120/13
**facing [3]** 74/21 206/21 207/8
**fact [24]** 16/25 20/6 21/15 22/23 28/2
29/12 33/1 34/14 45/2 45/23 53/14 83/15
93/3 94/11 145/1 158/1 165/18 176/17
181/12 183/12 195/15 216/18 231/24 232/2
**factor [10]** 22/2 25/25 26/3 28/15 37/24
38/7 86/2 148/15 230/17 233/22

## F

**factored [1]** 109/14
**factors [22]** 11/2 11/13 19/15 20/1 20/5
24/5 25/9 25/18 25/21 28/6 38/13 39/2
41/15 44/6 44/17 45/3 55/17 56/1 79/18
79/25 99/3 183/24
**facts [1]** 210/8
**fading [1]** 118/1
**FAFSA [2]** 148/23 149/1
**fail [2]** 128/17 213/2
**failed [1]** 90/19 229/10 230/4
**fair [19]** 1/3 1/21 33/2 55/23 59/21
65/22 71/13 71/14 71/21 89/25 111/14
119/3 120/25 152/4 156/4 161/24 168/4
172/13 214/9
**fairer [2]** 112/5 113/1
**fairly [4]** 111/19 113/13 201/12 222/5
**fairness [1]** 144/17
**fall [3]** 180/1 186/23 187/2
**fallen [3]** 180/12 187/1 187/4
**falls [15]** 98/3 140/25 160/4 163/3 163/5
163/18 163/19 163/21 166/21 166/23
179/24 180/17 186/9 187/7 187/11
**familiar [6]** 149/23 154/17 161/6 219/16
225/19 225/19
**families [16]** 84/7 98/19 102/10 103/21
105/2 111/2 111/9 111/10 111/10 112/9
113/4 113/5 113/11 160/21 162/7 162/9
**family [21]** 81/14 81/21 83/6 83/10 94/18
94/21 99/23 110/22 110/23 111/21 112/1
112/7 113/3 128/25 129/4 129/10 130/14
146/13 151/11 154/14 184/1
**family-based [1]** 151/11
**far [2]** 149/23 233/13
**farther [1]** 64/10
**fashion [1]** 167/14
**fashioned [1]** 125/24
**favor [5]** 85/16 93/10 94/1 132/5 132/6
**favorably [1]** 69/19
**favoring [2]** 101/3 157/17
**feasibility [1]** 109/17
**feasible [3]** 108/13 108/14 109/22
**feature [1]** 177/4
**features [1]** 36/21
**federal [9]** 71/5 71/12 71/13 117/5
185/23 186/4 186/6 209/13 236/16
**feeds [1]** 135/2
**feel [3]** 21/14 26/5 210/5
**fell [3]** 14/13 99/14 229/22
**fellow [3]** 206/16 216/25 218/11
**fellowship [1]** 66/11
**felt [2]** 62/21 101/13
**female [1]** 132/9
**ferret [1]** 74/2
**few [6]** 45/9 53/22 56/23 115/17 173/13
175/12
**fewer [3]** 48/14 48/22 92/19
**fidelity [1]** 96/15
**field [5]** 31/10 67/5 146/16 147/1 192/16
**fielding [1]** 201/4
**fields [10]** 25/17 25/23 26/1 26/4 143/1
145/15 145/24 146/14 146/23 147/7
**figure [2]** 57/25 153/10
**fill [2]** 148/23 149/1
**filled [1]** 11/6
**filling [1]** 228/19
**filter [1]** 218/21
**final [4]** 40/15 52/25 53/2 206/8
**finally [1]** 69/15
**finance [2]** 66/21 168/17
**financial [7]** 87/5 108/22 109/1 148/22
168/20 168/23 169/8
**financially [1]** 169/4
**find [10]** 8/2 128/11 130/21 132/7 145/15
169/13 178/2 188/6 195/20 213/19
**finding [6]** 70/15 93/3 129/12 131/15
172/11 172/13
**findings [2]** 231/23 232/2
**finds [2]** 27/10 84/24
**fine [23]** 63/1 63/4 64/8 115/20 125/25
126/3 144/11 147/20 184/10 184/13 189/20
190/21 191/1 191/23 212/11 212/11 231/3
231/18 232/6 233/1 233/9 234/3 234/16
**finely [1]** 113/16
**Fingers [1]** 36/2
**finish [4]** 40/21 230/20 231/13 231/21
**finished [4]** 40/23 116/14 198/12 204/25
**fire [1]** 131/17
**firm [1]** 196/18
**first [61]** 14/2 15/5 46/11 46/19 54/10
54/20 54/24 55/2 55/6 55/10 55/13 55/17
55/25 64/25 66/1 71/6 74/6 74/21 81/13 82/21
82/22 96/11 96/20 96/24 97/2 97/4 97/4
97/24 98/16 98/21 99/1 99/22 110/17
116/2 128/25 129/6 129/10 130/7 130/14
130/18 133/6 134/3 134/4 140/4 140/6
142/11 151/9 154/11 161/8 173/13 179/13
179/15 179/16 179/19 183/6 183/14 184/1
190/6 197/22 204/2 205/21 206/3
**first-generation [20]** 54/10 54/20 54/24
55/2 55/6 55/10 55/13 55/17 55/25 74/21
81/13 82/22 83/4 98/21 129/6 130/7
130/18 142/11 183/6 183/14
**fit [1]** 57/25
**fitness [3]** 89/14 122/23 173/25
**five [8]** 48/19 72/22 74/22 82/22 198/15
209/19 223/21 224/20
**five-year [1]** 72/22
**fixating [1]** 223/2
**fixed [6]** 44/9 44/10 44/11 44/20 47/8
50/22
**flag [1]** 225/4
**flagship [1]** 87/3
**fleet [1]** 161/7
**fleets [1]** 210/18
**flexible [1]** 233/5
**floor [1]** 110/12
**Florida [1]** 87/11
**flown [1]** 200/10
**flux [1]** 227/18
**flying [2]** 224/18 224/20
**focus [11]** 53/20 103/1 131/3 131/24
131/25 133/6 165/15 177/23 205/23 222/20
222/21
**focused [5]** 18/7 121/1 128/22 177/1
208/21
**focusing [1]** 193/25
**folks [7]** 11/23 12/2 12/14 13/7 22/17
22/20 203/20
**follow [1]** 169/17
**followed [1]** 126/22 217/18
**following [4]** 13/3 36/6 66/13 89/7
**follows [1]** 45/1
**food [1]** 31/23
**football [3]** 100/15 155/7 155/14
**footnotes [1]** 194/7
**footprints [1]** 215/25
**forbidden [2]** 78/24 79/5
**force [16]** 174/13 194/24 197/6 201/4
201/4 204/10 210/24 212/21 214/8 216/1
217/9 217/12 222/3 224/13 225/9 227/18
**forces [25]** 193/2 193/4 194/1 196/5
197/8 199/4 199/4 199/4 199/5 201/17
204/17 204/19 208/16 210/21 212/18 217/3
217/17 221/17 223/23 225/3 225/16 225/25
226/6 226/23 230/18
**forecast [2]** 24/1 60/5
**foregoing [1]** 236/7
**foreign [5]** 75/13 195/21 202/20 202/20
209/15
**form [4]** 31/8 31/12 31/18 75/3
**formal [1]** 219/21
**format [1]** 236/9
**formats [1]** 139/3
**former [1]** 211/4
**forming [3]** 72/7 176/5 176/8
**forms [4]** 11/7 30/17 31/2 203/20
**Fort [5]** 199/9 205/3 205/8 205/15 226/8
**forthcoming [1]** 69/16
**forward [6]** 64/20 109/19 157/3 189/24
190/1 218/7
**found [16]** 23/9 82/5 82/23 84/6 86/1
86/8 90/18 91/9 105/25 112/9 113/4
113/11 128/17 143/16 169/10 197/9
**foundation [10]** 47/10 67/10 67/15 77/9
78/4 78/6 209/6 209/10 209/25 210/2
**founded [5]** 65/16 67/7 67/11
**four [20]** 13/13 13/25 14/6 31/14 46/7
66/24 81/1 83/2 83/16 198/15 199/24
200/5 201/25 205/11 206/9 209/19 223/21
224/20 231/10 231/17
**four-person [1]** 199/24
**four-year [4]** 31/14 81/1 83/2 201/25
**frame [1]** 219/16
**framework [1]** 121/25
**free [5]** 9/23 10/2 73/5 81/8 81/12
**Freedom [1]** 208/10
**frequently [1]** 56/12
**freshman [2]** 4/11 88/2
**Friday [2]** 231/25 233/25

## G

**front [5]** 64/10 73/9 130/5 211/12 218/6
**fuel [2]** 223/14 224/7
**full [2]** 193/23 223/23
**full-paid [1]** 108/23
**fully [2]** 52/21 103/11
**function [4]** 193/3 193/3 194/2 197/5
**functions [1]** 208/17
**funded [1]** 91/2
**funding [9]** 90/25 91/23 142/19 142/20
168/14 170/19 223/15 224/6 224/6
**funnel [1]** 115/7
**further [7]** 9/22 62/16 115/14 188/14
212/4 216/23 230/19
**future [3]** 69/4 69/10 230/11

**GABRIEL [1]** 1/15
**gain [1]** 219/18
**game [1]** 33/2
**games [3]** 206/25 230/7 230/16
**gap [2]** 106/3 111/8
**GARDNER [10]** 1/17 2/6 3/14 40/21 62/17
63/15 191/16 231/7 231/20 232/23
**GARGEYA [1]** 199/25
**garrison [1]** 192/17
**gather [1]** 199/25
**gave [5]** 95/16 95/23 96/9 99/13 167/23
**gears [1]** 52/1
**gender [14]** 118/20 131/2 131/11 131/16
131/21 132/1 132/4 132/6 136/12 136/15
136/16 136/18 136/24 137/5
**general [14]** 83/3 83/13 105/3 129/3
137/13 137/14 138/14 154/10 191/13
191/13 191/18 191/18 202/14 230/13
**generally [13]** 32/7 32/12 64/11 76/11
83/19 98/16 133/6 148/10 148/11 187/24
188/7 195/25 196/8
**generation [20]** 54/10 54/20 54/24 55/2
55/6 55/10 55/13 55/17 55/25 74/21 81/13
82/22 83/4 98/21 129/6 130/7 130/18
142/11 183/6 183/14
**generations [1]** 111/5
**geographic [4]** 114/22 114/24 118/18
136/9
**geographies [1]** 91/18
**George [2]** 65/17 67/1
**Georgetown [1]** 105/23
**get [35]** 10/17 10/21 30/10 43/2 63/7
63/24 65/5 66/3 71/1 73/21 93/4 95/8
103/18 115/16 119/23 119/25 135/10
146/21 154/9 158/17 169/20 183/13 185/11
189/11 200/18 203/22 213/16 214/9 215/5
216/2 217/19 222/1 224/21 225/6 227/14
**gets [5]** 59/10 155/23 196/4 214/23 215/4
**getting [2]** 15/8 194/11
**give [15]** 44/15 45/6 50/4 65/22 66/3
73/5 82/25 83/9 105/17 160/19 188/22
224/14 228/15 232/16 232/24
**given [13]** 15/3 30/19 56/10 57/2 73/17
82/15 84/4 99/9 108/22 123/9 166/12
193/16 231/17
**giving [2]** 50/2 161/11
**global [2]** 199/20 206/9
**globe [1]** 215/16
**glory [1]** 215/10
**go [74]** 3/6 12/7 21/10 40/4 40/23 44/9
44/24 46/5 55/14 63/18 63/20 67/17 68/5
81/1 85/6 85/7 92/11 92/12 93/17 95/14
97/11 101/3 101/11 117/6 124/3 124/8
126/3 126/20 128/25 129/10 129/16 130/14
133/3 135/9 139/11 139/16 139/18 139/20
139/20 139/22 139/25 141/14 146/5 146/18
147/11 150/3 150/10 156/5 157/11 161/15
162/1 170/15 171/23 183/19 184/13 189/13
192/4 192/9 195/2 197/23 200/19 202/8
204/17 205/1 208/25 212/1 212/20 213/15
215/23 218/22 220/3 228/12 228/14 233/11
**goal [1]** 117/15
**goals [3]** 90/19 106/17 172/25
**goes [7]** 84/19 140/23 152/25 153/1 153/5
179/5 191/14
**going [55]** 15/21 18/19 20/12 21/4 31/13
35/2 35/25 36/2 36/4 43/2 44/10 44/21
48/18 53/17 63/24 66/15 80/25 86/3 92/15
92/24 93/1 97/11 98/12 100/21 101/20
103/16 115/6 145/11 188/17 188/25 189/9
189/17 197/11 202/15 202/22 204/16
204/18 212/9 213/2 213/6 216/8 216/16
217/25 220/1 220/18 222/1 224/16 224/20
226/23 230/20 233/2 233/17 233/24 233/25

**G**

going... [1] 94/12
gold [2] 38/22 97/20
good [36] 3/2 50/10 56/4 56/6 57/16
57/25 64/21 65/11 65/12 87/16 90/13
115/24 144/23 144/23 158/12 159/14
165/13 167/10 168/7 189/12 190/2 191/4
191/5 194/25 213/25 214/6 217/8 217/19
220/8 222/4 223/20 224/14 224/16 224/21
225/4 234/20
goodness [1] 156/6
Gorsuch [1] 71/20
got [7] 3/5 4/10 14/3 171/5 171/10
171/14 189/22
gotten [1] 168/14
government [1] 31/23 207/15
governs [1] 121/25
GPA [3] 105/9 107/15 108/10
GPAs [2] 5/1 180/20
grade [3] 4/9 102/15 104/7
grades [8] 34/10 34/12 34/18 34/24 35/3
35/7 35/11 50/5
grading [1] 5/6
graduate [13] 6/13 6/20 6/22 10/23 11/24
12/3 12/14 13/7 58/15 81/22 197/17 202/3
215/25
graduated [9] 19/9 19/11 66/6 66/12
198/19 199/15 201/8 201/10 202/4
graduates [2] 82/2 82/3
graduation [7] 28/10 66/13 135/23 135/25
136/1 136/3 202/6
grained [1] 113/16
granted [1] 64/7
graph [1] 159/16
great [8] 5/15 43/4 71/1 80/19 95/25
103/9 210/13 226/11
greater [3] 40/6 132/9 183/3
ground [3] 199/17 199/20 201/18
group [17] 18/13 38/1 91/9 91/14 91/16
113/16 148/18 160/4 163/5 171/20 172/1
200/3 202/9 202/13 203/7 203/10 227/13
groups [20] 18/2 86/11 98/19 114/1 138/1
138/16 139/10 140/19 140/20 152/15 160/7
164/7 164/15 164/22 178/8 180/3 187/13
221/23 221/24 222/6
grow [1] 197/13
growing [3] 34/19 112/18 112/19
grown [1] 112/15
guaranteed [1] 18/4
Guard [31] 79/4 88/10 88/20 88/21 88/23
89/1 89/7 89/14 106/21 122/5 122/11
170/6 175/18 175/20 175/24 176/1 176/4
176/7 176/10 176/12 176/22 176/24 177/1
177/3 177/6 177/7 177/10 177/12 178/7
178/12
Guard's [1] 72/13
guess [11] 15/21 120/11 123/5 130/19
131/17 146/25 152/8 158/12 159/9 233/2
234/5
Gulf [1] 208/9

**H**

had [66] 18/3 30/3 34/23 35/6 58/7 72/21
74/10 74/15 74/17 75/7 78/22 82/24 84/1
86/21 87/9 87/14 88/1 96/11 96/19 100/2
101/13 107/13 107/3 107/8 112/15 112/25
113/2 113/13 113/15 128/13 128/15 144/2
147/2 152/20 153/3 158/7 158/10 158/20
160/14 170/25 172/25 175/20 175/23
183/25 184/6 189/13 198/10 200/17 204/1
204/5 205/17 205/24 206/23 210/3 215/18
220/15 224/12 225/17 225/22 226/2 226/5
226/7 226/14 228/10 229/4 233/3
hadn't [1] 208/10
half [8] 42/8 63/20 93/16 99/17 102/4
104/2 104/11 188/2
hand [6] 3/7 64/22 134/15 180/7 190/3
210/12
handed [1] 111/5
handling [1] 212/5
hanging [1] 45/7
happen [14] 46/20 53/1 53/4 63/11 68/21
72/19 74/17 92/11 95/5 95/20 96/6 110/6
110/8 184/8
happened [2] 3/24 115/12
happens [2] 44/11 55/12
happy [1] 184/13
harbored [1] 21/17
hard [6] 93/2 146/11 146/12 215/11
216/12 217/8

harder [2] 119/23 214/24
hardship [4] 141/24 142/18 142/20
harm [2] 89/16 210/4
harm's [1] 89/19
harmless [2] 103/18 162/12
Harris [3] 138/2 139/20 164/11
harsher [1] 5/6
Harvard [19] 5/20 5/23 8/3 8/6 8/7 8/8
8/23 12/7 49/10 66/6 66/11 66/13 69/23
71/13 71/16 71/21 74/9 77/12 110/3
has [82] 17/15 18/18 34/4 35/2 37/6 37/6
37/8 37/18 43/20 52/15 59/12 59/20 60/25
73/22 74/6 79/4 79/14 88/24 89/14 90/7
90/11 90/15 90/21 92/10 92/14 92/25
94/18 95/25 106/17 109/13 109/24 110/21
114/10 114/11 114/23 115/12 119/4 122/4
122/9 122/14 122/19 123/3 123/7 123/13
138/17 139/1 141/22 142/19 144/6 148/22
150/11 152/23 154/12 154/17 156/1 158/7
166/5 168/14 168/23 170/14 170/17 172/15
174/8 183/12 184/6 193/5 194/5 197/1
197/9 208/8 212/17 213/1 216/18 220/22
221/3 222/6 224/6 224/8 224/14 227/19
227/21 229/23
Hasson [1] 189/18
Hasson's [1] 189/9
have [245]
Haven [1] 70/19
haven't [6] 56/17 77/7 128/16 161/5
224/15 227/25
having [17] 21/15 33/2 34/19 64/15 76/15
82/18 115/5 125/3 146/9 154/16 169/11
169/22 183/11 192/22 216/14 217/11
223/18
Hawaii [2] 198/5 199/1
Hawaiian [4] 80/20 152/1 163/23 166/25
Hawaiians [1] 138/16
Haynie [2] 222/12 222/14
he [32] 41/1 60/4 62/25 63/1 63/3 66/8
82/23 86/11 86/14 86/16 86/18 90/18
105/25 112/23 127/18 140/7 144/18 146/17
154/23 167/23 189/13 189/23 190/15
191/14 191/17 191/23 202/15 211/7 213/25
221/14 221/15 222/2
he's [10] 59/20 63/24 73/5 144/17 144/17
144/19 191/12 191/13 229/11 229/12
head [4] 3/25 133/14 155/17 216/2
headline [1] 6/2
headquartered [2] 204/11 208/5
headquarters [4] 192/18 199/18 200/2
202/7
heads [1] 195/6
hear [5] 31/1 56/12 65/6 189/16 212/15
heard [6] 64/9 144/2 144/3 158/18 168/25
207/24
hearing [1] 197/1
hearsay [5] 74/1 190/12 190/14 190/19
211/25
heart [2] 212/24 222/18
heavily [1] 219/23
heck [1] 213/21
held [6] 140/18 203/5 209/11 214/9
218/24 236/8
Hello [1] 117/9
help [11] 23/13 57/19 57/22 80/23 90/2
94/21 130/4 156/9 156/15 218/11 225/6
helped [2] 71/10 204/21
helpful [4] 76/15 216/17 233/13 233/16
helpfully [1] 144/6
her [6] 64/7 126/1 222/14 222/19 223/6
223/25
here [57] 9/1 9/3 15/21 46/7 47/10 47/21
48/18 64/4 64/5 64/9 64/15 64/16 64/22
65/20 65/21 80/4 81/18 87/16 92/7 99/20
115/3 116/24 117/6 124/4 124/9 128/18
128/21 140/2 140/20 141/9 141/23 142/5
143/15 143/16 147/22 152/3 154/5 155/5
156/5 158/6 159/19 161/23 165/2 166/16
168/22 169/22 173/20 175/17 180/20
181/24 183/21 187/17 188/23 189/22
195/25 199/19 232/18
hereby [1] 236/6
Heritage [5] 209/6 209/8 209/10 209/25
210/2
Herndon [1] 233/23
herself [1] 138/2
high [37] 14/25 27/18 70/25 80/25 81/3
81/6 81/7 81/11 87/17 87/21 92/9 92/14
92/16 92/19 92/24 93/5 93/16 97/2 97/14
99/24 100/3 101/3 101/20 101/23 102/15

105/9 107/14 116/25 180/20 197/15 213/11
215/25 217/2 217/11 217/12 229/4 229/5 230/2
high-performing [1] 93/5
high-scoring [1] 213/11
high-stress [1] 213/11
higher [26] 5/5 18/23 40/7 67/14 68/12
68/20 69/2 69/14 72/10 72/25 78/23 93/18
100/3 102/16 104/8 105/4 105/5 106/1
107/8 107/11 107/15 108/4 108/15 113/17
215/6 216/24
highest [2] 87/22 96/22
highlight [2] 152/18 166/1
highlighted [1] 153/9
highlighting [2] 35/11 36/11
highly [5] 31/2 89/5 95/16 123/6 123/6
him [11] 31/6 40/21 95/16 95/19 95/24
133/11 189/8 191/19 191/24 192/7 212/2
hired [5] 168/1 196/22 205/22 206/1
207/22
his [17] 17/15 66/8 69/25 71/20 73/5
123/23 132/25 135/1 174/20 190/11 190/13
190/17 212/3 212/3 221/12 221/22 222/2
Hispanic [26] 15/9 18/16 18/21 19/2 19/7
42/13 42/17 80/21 84/5 87/8 93/19 94/9
112/8 113/11 151/12 151/22 163/25 164/3
173/16 173/18 174/17 175/1 175/4 175/9
178/20 214/6
historical [3] 194/19 220/8 222/8
history [7] 50/22 84/4 99/9 111/6 219/16
219/18 219/22
hit [1] 205/16
hold [7] 37/7 44/10 47/7 49/19 77/4
103/17 162/11
holding [3] 44/9 44/20 50/22
home [2] 189/14 192/4
Homeland [1] 205/25
homes [1] 83/8
Honestly [1] 123/18
honing [1] 216/24
Honor [36] 3/16 8/7 8/24 9/15 9/19 62/16
62/19 63/14 63/17 63/23 64/17 72/23
73/12 74/3 78/6 116/2 116/14 117/3 118/5
125/21 129/17 143/12 170/2 170/12 188/15
189/10 190/21 192/1 192/4 192/10 210/25
211/21 212/6 229/11 234/18 234/19
HONORABLE [5] 1/9 85/9 116/7 189/2
234/24
honors [1] 66/7
hope [1] 36/2
Hopefully [1] 189/18
hopes [1] 61/11
hoping [1] 76/5
horses [1] 201/25
host [1] 28/2
hour [3] 63/20 85/7 116/6
House [1] 196/13
household [22] 53/25 54/20 54/24 55/2
55/10 55/13 55/17 55/25 56/3 56/9 56/13
81/14 83/10 83/17 111/12 111/21 112/16
112/19 112/24 113/3 142/9 142/15
households [6] 28/20 28/23 54/11 98/19
102/10 108/9
housing [1] 67/22
how [79] 21/21 35/14 35/19 37/17 39/5
39/5 47/2 47/6 51/14 51/17 62/3 66/23
67/8 67/15 69/18 78/18 78/19 79/23 81/24
95/14 95/22 97/5 97/18 99/13 125/7
133/14 138/2 138/4 138/13 138/20 149/24
156/23 157/25 174/23 178/14 191/8 192/12
193/1 193/5 193/9 194/15 194/20 194/21
194/24 195/2 195/14 196/21 197/24 199/11
200/1 201/4 201/20 202/2 202/23 203/14
203/15 208/25 212/8 212/14 212/16 212/22
214/3 215/7 215/11 215/23 216/22 217/25
218/19 218/23 220/25 223/17 225/9 225/11
226/9 226/17 226/18 228/17 229/8 233/4
however [5] 61/17 78/1 126/24 185/10
190/13
Hudson [1] 231/18
human [1] 203/21
humanities [2] 4/20 4/25
hundred [2] 174/22 175/12
Hundreds [1] 228/25
hurdles [1] 84/1

**I**

I'd [21] 8/3 8/11 8/12 13/21 35/23 36/5
44/25 54/5 69/19 71/22 98/24 119/22
125/20 150/8 150/13 152/17 159/9 163/7
168/23 193/18 195/24

**I'll [11]** 99/16 108/17 117/2 185/7 190/12 233/20

**I'm [93]** 8/18 8/18 9/20 12/1 12/24 13/1 14/1 14/17 14/23 15/8 15/18 21/4 32/8 39/16 39/19 47/21 47/22 50/21 51/7 52/10 55/12 62/22 62/23 64/12 65/6 67/24 75/20 76/14 77/6 77/8 95/11 105/19 116/5 116/16 116/18 117/5 117/25 120/5 120/11 125/7 128/4 128/14 129/7 131/14 131/25 131/25 132/5 133/5 134/23 137/2 138/22 140/12 143/9 144/25 145/25 148/10 149/6 149/14 151/18 154/23 158/9 158/10 158/13 159/4 170/20 171/11 177/7 184/11 184/13 185/18 186/17 189/15 189/15 189/25 190/17 190/20 191/11 191/15 191/20 192/7 212/2 213/6 215/5 218/25 232/10 232/11 232/14 232/15 232/23 233/2 233/4 233/13

**I've [23]** 6/11 70/4 70/9 70/14 71/5 72/3 73/25 77/4 95/18 130/1 131/18 132/3 144/3 178/9 190/15 193/16 204/7 210/16 211/6 211/25 219/21 227/10 229/18

**IB [2]** 93/14 93/22

**idea [7]** 12/5 67/24 68/11 76/2 101/21 115/24 165/13

**ideal [1]** 113/8

**ideas [1]** 181/16

**identical [1]** 152/15

**identified [12]** 61/5 61/9 90/22 104/15 109/13 124/20 125/16 127/6 138/14 169/11 177/20 226/17

**identifies [1]** 46/7

**identify [9]** 75/25 121/3 127/11 127/25 138/7 138/9 138/13 146/5 215/21

**identities [1]** 223/3

**identity [17]** 65/14 67/24 68/1 212/19 214/17 215/12 216/5 216/7 216/10 216/11 216/11 216/14 217/1 217/21 218/24 218/24 226/21

**ills [1]** 220/13

**illustrate [3]** 41/22 101/10 105/23

**imagine [4]** 6/11 22/24 92/15 95/25

**immaterial [1]** 219/6

**immediately [3]** 143/15 204/3 232/12

**immersed [1]** 203/23

**immutable [2]** 217/14 218/2

**impact [15]** 54/19 52/17 99/7 109/14 111/4 111/16 112/8 113/2 114/11 114/14 114/18 149/2 185/18 186/15 229/3

**impacted [2]** 148/2 148/12

**impeachment [2]** 9/13 9/16

**imperative [1]** 169/12

**implement [3]** 95/23 108/13 108/19

**implementation [1]** 61/8

**implemented [2]** 7/16 98/1

**implementing [1]** 7/19

**implications [4]** 74/1 196/20 211/25 221/17

**implicitly [1]** 24/16

**importance [1]** 20/19

**important [59]** 7/20 7/23 8/14 9/5 10/18 10/22 20/7 20/16 21/8 21/22 21/25 23/17 27/10 29/13 30/14 31/3 72/18 78/3 79/21 82/13 89/20 90/1 90/3 95/4 96/3 102/19 102/24 110/24 114/25 117/11 121/7 121/16 121/22 122/2 122/12 122/16 122/17 122/18 122/22 123/11 135/16 153/24 158/2 163/8 167/11 168/24 169/9 174/9 176/15 176/16 176/17 176/18 180/16 181/8 183/23 196/13 213/11 216/14 217/2

**importantly [2]** 79/13 89/15

**impose [2]** 88/25 122/6

**imposing [1]** 109/8

**impossible [2]** 45/22 175/10

**impressive [1]** 106/11

**Improper [1]** 9/13

**impropriety [1]** 143/24

**improve [5]** 7/12 7/15 91/3 157/1 157/25

**improved [1]** 218/12

**improvement [1]** 76/19

**improving [1]** 91/18

**imputed [1]** 28/16

**inaccurate [1]** 56/13

**inadvertently [1]** 234/11

**Inc [1]** 205/23

**include [17]** 15/9 53/13 75/10 79/25 92/25 99/3 113/14 138/9 141/9 143/6 150/6 162/6 180/8 188/5 192/16 195/20 230/11

**included [11]** 25/17 25/22 26/1 26/4 26/11

**includes [5]** 19/25 70/18 81/24 84/17 152/19

**including [13]** 24/7 66/20 67/12 68/21 69/5 70/5 70/10 70/13 79/13 91/7 144/8 155/11 231/23 234/9

**income [35]** 54/1 54/21 54/24 55/2 55/6 55/10 55/13 55/17 55/25 56/3 56/9 56/13 56/19 83/6 83/8 83/10 83/13 83/17 94/23 100/3 100/4 110/20 110/23 110/24 111/10 111/20 112/10 112/12 112/17 113/5 129/4 130/20 142/9 146/13 158/4

**incoming [2]** 88/4 171/5

**incorporated [1]** 29/6

**incorporates [1]** 53/24

**incorrect [2]** 24/24 39/13

**increase [29]** 33/18 88/11 90/1 102/9 102/17 105/12 106/18 108/20 113/7 113/19 113/22 141/6 141/8 141/19 153/20 162/5 162/13 162/16 173/9 173/21 174/16 174/21 174/25 175/6 175/10 178/19 181/1 186/19 186/20

**increased [13]** 77/23 86/4 86/9 86/21 90/8 98/10 98/10 106/15 126/18 169/15 174/10 174/15 177/25

**increases [13]** 104/5 105/1 150/25 152/10 159/20 162/25 163/9 163/15 164/1 164/3 166/18 178/25 179/2

**increasing [7]** 87/5 90/7 90/22 153/18 179/20 181/9 184/18

**incredible [1]** 221/14

**increments [1]** 92/18

**independent [7]** 28/7 28/15 52/4 175/7 207/1 210/12 230/16

**index [15]** 2/1 193/20 193/23 194/3 194/8 194/15 194/17 195/2 195/13 195/14 209/9 209/18 226/24 228/9 229/1

**indicate [2]** 82/13 211/6

**indicated [7]** 73/25 74/16 76/21 91/1 91/6 114/10 190/15

**indicates [2]** 80/13 82/10

**indicator [2]** 81/9 81/9

**indicators [2]** 142/23 206/5

**individual [17]** 54/19 92/11 94/18 133/7 149/21 160/4 160/6 164/6 178/8 216/5 221/4 222/25 223/1 223/2 223/3 226/21 227/11

**individualized [1]** 222/16

**individually [1]** 152/8

**individuals [13]** 22/14 57/20 57/23 69/5 84/17 138/13 138/21 138/25 164/12 218/3 222/20 222/21 227/8

**inept [1]** 223/23

**ineptitude [1]** 223/25

**inequality [5]** 67/19 67/12 67/21 68/20 69/2

**infantry [1]** 198/9

**inflaming [1]** 6/6

**influenced [1]** 22/3

**inform [1]** 72/16

**information [52]** 10/21 11/14 11/15 11/17 11/18 26/15 26/21 27/10 28/3 29/5 29/9 29/13 29/22 30/7 30/17 31/2 32/1 32/6 32/11 32/21 33/22 36/14 36/18 41/6 41/11 46/2 71/1 71/8 74/14 88/7 90/17 91/5 113/16 142/9 142/15 143/6 143/6 145/15 145/23 146/23 147/7 147/24 148/7 148/17 149/5 149/7 149/17 149/19 177/5 177/18 177/20 194/13

**informed [1]** 202/24

**inherent [2]** 76/2 83/18

**initial [3]** 7/17 53/4 80/2

**initially [1]** 200/3

**initiative [1]** 79/1 216/23

**initiatives [5]** 202/9 202/13 203/7 203/10 229/3

**innovation [1]** 24/14

**input [4]** 232/17 232/19 232/22 232/24

**inputs [1]** 21/22

**inserting [1]** 225/16

**inside [2]** 58/24 207/15

**insights [5]** 200/1 207/1 207/15 210/23 221/18

**insinuates [1]** 214/19

**INSPIRE [1]** 174/9

**instance [2]** 94/6 120/15

**instances [6]** 119/11 119/16 119/18 120/1 120/7 120/13

**instead [3]** 86/24 109/20 140/19

**institute [1]** 61/4 65/19 67/17 67/20

**institution [46]** 55/6 119/7 119/18 119/22 119/24 120/8 122/9 123/6 124/1 124/6 124/11 149/9 157/2 168/23

**institutions [23]** 74/11 78/23 79/7 87/10 87/14 89/5 91/13 95/19 108/15 121/1 121/9 121/11 121/12 122/2 122/13 122/18 123/4 123/8 123/12 155/17 169/22 176/19

**instructions [3]** 95/17 95/23 133/11

**instructor [1]** 226/12

**integrate [1]** 71/10

**integrated [1]** 68/17

**integration [2]** 69/4 69/6 69/7 69/9 70/17

**integrity [1]** 23/17

**intellectual [1]** 10/16

**intend [1]** 211/18

**intended [2]** 58/10 135/21

**intention [1]** 58/14

**intentionally [1]** 16/12

**interacted [1]** 225/12

**interest [12]** 77/3 79/10 84/19 117/18 119/4 135/14 135/16 135/19 154/12 156/2 165/14 215/10

**interested [3]** 66/16 70/15 212/2

**interests [10]** 75/15 77/6 77/20 78/10 78/13 126/15 196/3 196/21 223/1 223/3

**interject [3]** 76/13 76/14 89/6

**internal [5]** 176/7 176/9 202/10 203/4 203/8

**international [1]** 195/21

**interpret [4]** 24/15 45/10 45/13 45/14

**interpretation [2]** 47/12 57/9

**interpretations [1]** 61/13

**interpreted [1]** 45/19

**interpreting [4]** 39/9 39/10 45/12 134/25

**interrupt [1]** 76/14

**interview [7]** 10/18 11/1 11/11 26/7 38/22 201/11 202/6

**interviewed [1]** 16/20

**interviews [10]** 7/16 7/20 10/22 11/6 11/7 21/16 23/22 23/23 190/14 193/16

**intolerance [1]** 221/2

**introduce [1]** 64/2

**invaded [1]** 223/24

**invading [1]** 226/6

**invasion [4]** 204/20 204/22 225/13 225/25

**invest [4]** 91/17 167/4 168/9 174/24

**investigation [1]** 16/14

**investment [1]** 174/15

**invited [1]** 17/3

**involve [9]** 90/6 114/5 157/1 160/16 165/13 166/6 167/18 167/25 185/8

**involved [6]** 69/8 87/2 104/13 155/20 167/23 221/15

**involvement [5]** 160/15 160/16 170/25 175/20 175/23

**involves [1]** 96/16

**Iraq [5]** 204/17 204/18 208/23 225/25 226/6

**Iraqi [2]** 208/10 226/6

**irrelevant [1]** 225/11

**irrespective [1]** 221/4

**is [472]**

**island [2]** 199/3 200/23

**islands [1]** 198/21

**isn't [9]** 40/3 59/13 61/5 77/25 126/23 141/21 151/16 216/5 234/12

**isolation [2]** 220/10 220/13

**issue [16]** 44/19 56/17 68/16 69/20 131/18 131/21 132/1 132/3 132/8 133/15 136/15 143/18 155/2 157/22 168/4 211/1

**issued [1]** 195/8

**issues [23]** 27/16 65/18 66/16 66/20 66/21 67/12 67/21 68/20 69/16 77/24 94/12 126/19 193/5 194/17 196/24 203/18 208/15 208/18 220/23 221/3 222/16 228/13 233/12

**it [325]**

**it'll [1]** 169/4 227/20 232/25

**it's [120]** 3/5 6/11 8/4 8/7 8/20 8/22 9/16 14/22 15/21 21/21 21/25 28/14 32/9 34/17 34/21 35/25 36/2 39/4 40/1 40/1 50/10 51/10 52/6 52/15 55/24 56/6 56/6 56/10 61/25 62/4 62/8 62/10 64/9 65/2 73/5 73/24 78/3 79/21 82/18 84/5 89/25 91/25 93/2 94/15 102/19 102/23 106/6 112/20 113/8 115/17 115/18 118/11 118/14

**I**

it's... [60] 129/20 130/12 137/9 137/19 139/19 139/20 141/21 146/9 149/4 149/9 150/14 161/23 162/11 166/4 167/21 169/12 172/2 172/10 190/20 190/25 191/11 191/24 192/2 193/7 194/6 194/10 195/16 196/2 197/24 201/13 206/14 208/2 208/3 208/3 208/5 209/11 209/13 212/18 212/24 213/1 213/2 213/10 215/11 216/17 216/18 218/12 218/24 222/21 222/25 222/25 227/15 230/1
item [2] 26/21 26/24
items [2] 26/18 27/9
iteratively [1] 224/15
its [31] 21/23 24/10 49/7 50/20 51/22 52/8 52/12 53/8 74/7 75/22 78/10 91/10 105/14 106/17 109/13 110/25 165/24 166/10 169/8 194/4 194/12 194/14 194/21 194/21 194/25 205/23 217/10 220/15 226/1 226/25 227/22
itself [11] 22/3 41/6 74/6 75/7 76/24 97/23 106/17 139/3 195/16 208/15 210/10

**J**

James [1] 190/16
January [1] 204/21
Japan [3] 198/21 198/25 199/6
Japanese [1] 199/5
Jason [1] 221/10
Jeannette [1] 222/12
job [8] 67/19 72/9 194/25 209/2 214/6 217/8 226/22 227/22
JOHN [1] 1/18
join [3] 17/3 200/10 200/18
joined [2] 205/13 226/14
joining [1] 222/22
joint [3] 199/4 201/5 224/23
Jones [1] 202/14
JOSHUA [1] 1/17
Journal [1] 195/19
journals [1] 70/6
journey [1] 66/25
judge [6] 10/11 10/14 10/16 19/13 63/6 192/4
judgment [2] 58/18 116/1
judicial [2] 66/21 236/10
Julius [1] 69/23
June [1] 207/19
junior [2] 93/12 93/13
just [122] 7/3 7/9 12/9 12/12 13/5 13/20 13/20 14/17 15/10 15/12 16/8 18/14 29/16 30/10 38/19 41/11 44/15 45/9 45/13 46/20 46/20 47/9 48/18 62/6 62/11 68/8 75/14 76/18 76/23 77/6 77/8 77/21 78/5 79/9 81/18 82/2 91/21 93/25 94/15 95/8 95/22 96/8 102/17 103/1 103/25 104/20 105/3 105/8 105/16 106/24 107/16 112/13 114/16 115/18 115/23 115/24 117/4 118/1 123/12 125/8 126/15 128/13 129/17 129/20 131/9 132/15 132/16 133/13 133/21 137/22 138/5 141/7 142/7 143/21 144/2 144/17 144/21 145/5 146/21 147/5 148/10 149/6 150/11 150/13 151/18 153/4 157/5 159/8 160/14 167/11 167/12 168/8 168/9 170/11 170/15 172/11 173/23 174/6 177/20 178/4 183/13 183/16 183/22 185/7 185/18 186/18 191/10 191/15 192/7 195/20 208/9 210/8 210/13 212/2 212/6 217/4 223/10 226/14 231/7 231/19 233/4 233/6
Justice [4] 71/20 86/3 127/17 167/22

**K**

K-A-H-L-E-N-B-E-R-G [1] 65/3
Kahlenberg [44] 2/7 59/18 59/25 60/13 60/21 60/25 61/5 61/9 61/14 61/17 61/21 62/1 62/5 62/10 63/24 64/18 64/20 65/2 65/3 65/11 72/24 73/8 73/22 75/14 83/20 85/15 106/12 115/13 115/22 116/12 118/2 120/4 130/22 140/13 143/19 143/23 144/17 145/22 146/22 147/19 161/2 169/18 178/14 188/18
Kahlenberg's [4] 59/23 60/4 60/8 76/16
Kamala [2] 138/2 139/20 164/10
Kaneohe [1] 198/4
keep [7] 37/15 51/5 65/5 72/9 103/17 103/23 160/18
keeping [2] 158/14 224/19
keeps [1] 11/20 49/2 165/5

Kennedy [1] 66/7
Kennedy's [1] 167/22
kept [17] 107/14 114/24 124/16 195/9 220/8
key [4] 25/18 164/14 195/8 220/8
kill [1] 208/22
kind [20] 77/2 81/5 94/6 97/18 113/8 114/1 148/23 155/15 157/20 205/20 208/15 214/11 215/10 216/6 217/21 218/14 219/1 221/2 223/25 228/4
kinds [5] 113/7 201/25 203/19 218/16 221/1
Kinser [1] 198/22
knew [1] 143/14
know [78] 8/1 12/18 13/19 21/17 31/11 35/14 35/17 35/19 36/8 43/5 62/8 62/13 62/15 73/23 76/5 77/1 79/21 80/16 82/3 89/16 89/19 91/1 94/10 95/17 97/24 97/25 99/1 99/25 103/17 104/20 106/8 109/11 109/12 112/9 116/19 119/22 128/17 128/19 129/24 131/7 131/18 133/14 137/13 139/19 143/4 149/20 155/17 158/13 162/5 162/15 163/8 166/2 167/22 167/24 175/12 176/24 177/11 177/14 177/15 177/17 177/24 177/25 178/7 178/12 182/8 185/22 186/13 189/10 190/24 199/13 202/15 208/3 213/21 214/8 214/21 215/3 216/23 221/6
knowledge [5] 146/22 147/9 176/22 177/10 219/18
known [3] 67/10 70/24 91/12
Korea [1] 199/1
Korean [3] 199/1 224/24 225/7
Koreans [2] 225/5 225/12
Kuwait [2] 199/25 204/18

**L**

lack [5] 25/5 77/12 83/1 83/2 93/20
lacking [2] 82/19 82/24
lagged [1] 172/12
lagging [1] 172/6
lags [1] 91/10
laid [1] 123/9
Landscape [1] 70/24
language [2] 185/16 186/2
large [13] 19/2 37/22 71/25 81/11 99/13 101/4 105/17 152/19 175/8 201/1 205/3 205/24 221/23
largely [1] 47/11
larger [9] 80/17 83/3 90/4 104/14 107/20 111/25 220/2 220/11 220/20
largest [6] 124/22 163/11 163/14 179/10 205/5 209/13
last [13] 64/25 84/20 115/2 116/5 135/9 172/16 190/6 193/17 204/24 228/25 229/18 229/22 230/5
late [4] 63/21 85/6 188/24 197/14
late-morning [2] 63/21 85/6
later [4] 7/9 97/8 227/20 234/11
LATTA [13] 1/21 31/1 90/17 90/23 91/1 145/14 154/20 191/14 191/14 191/14 191/17 191/17 191/18
Latta's [4] 30/20 30/23 56/12 78/12
laude [1] 66/7
laughing [1] 116/24
Laughter [5] 97/14 116/3 116/23 143/22 192/5
law [15] 66/11 66/13 66/15 67/1 67/3 70/5 70/5 70/16 110/21 185/23 186/5 186/6 186/6 231/24 232/3
lawyer [1] 48/17
lawyers [3] 189/10 232/22 232/23
lay [3] 47/9 78/3 78/5
layered [1] 101/18
lays [1] 77/9
lead [2] 56/20 204/11
leader [6] 213/3 213/23 214/1 214/12 214/18 217/19
leaders [1] 217/13
leadership [33] 26/3 26/8 26/9 27/20 27/21 27/23 35/12 36/12 118/22 133/9 133/15 133/17 135/3 135/12 154/21 183/25 194/25 197/5 197/25 209/4 212/19 212/22 212/23 213/10 213/11 214/11 222/4 223/20 223/20 224/2 224/14 225/4 leading [6] 70/10 87/2 87/10 159/6 198/1 214/14
leads [3] 21/18 213/4 222/9
learn [3] 197/24 218/7 226/22
learning [4] 84/18 108/16 226/16 226/18
least [4] 49/13 81/5 196/12 233/8
leave [5] 209/25 210/2 216/16 227/15

231/3
lecturer [1] 65/16
led [20] 24/9 213/2 223/23
left [6] 85/15 134/15 140/20 143/16 192/20 232/1
left-hand [1] 134/15
leftmost [1] 134/15
leg [1] 111/2
legacy [16] 68/25 81/2 81/19 81/20 81/21 81/24 82/7 100/9 100/10 100/19 154/5 154/11 155/21 156/13 156/25 157/6
legal [4] 67/4 197/25 221/1 232/17
legislative [1] 66/17
legitimacy [3] 75/11 77/24 126/19
legitimate [14] 118/11 119/4 154/12 156/1
LeJeune [2] 200/4 208/5
length [2] 95/25 209/21
lens [1] 195/12
Leonard [4] 205/3 205/8 205/15 226/8
less [21] 5/10 19/10 30/8 30/16 50/2 50/4 50/7 54/11 55/6 81/15 83/15 84/22 89/2 91/12 98/20 103/21 108/18 111/21 160/21 162/7 209/23
lessons [1] 199/25
let [20] 12/6 12/12 13/5 14/24 40/21 44/15 47/9 78/5 79/2 92/10 123/5 129/24 131/7 131/20 135/9 154/9 160/24 184/23 189/7 191/10
let's [74] 8/3 12/7 12/25 13/2 13/21 15/17 17/5 18/12 21/3 28/17 33/8 35/22 36/6 37/15 39/20 40/4 41/21 44/22 44/24 46/4 46/5 47/14 53/19 57/5 95/8 97/17 103/2 123/15 124/3 124/8 129/16 132/12 133/5 133/23 134/2 134/3 134/11 140/2 140/10 142/1 145/10 147/4 147/11 150/3 152/3 154/3 156/5 156/8 157/11 159/16 160/10 162/19 163/10 163/25 164/25 166/14 167/3 168/12 171/23 173/3 172/22 173/7 175/18 178/17 179/8 180/22 182/1 182/21 183/9 186/17 186/21 212/22 223/12 228/14
lethality [3] 75/11 224/10 225/3
letter [2] 29/19 35/20
letters [10] 29/4 29/8 29/16 30/1 32/22 34/24 35/3 35/3 35/7 35/11
letting [1] 37/18
level [18] 61/10 67/14 68/18 75/21 83/13 86/13 87/15 94/5 94/12 97/2 103/10 104/3 107/12 150/24 202/10 216/24 224/1 228/22
levels [8] 87/17 87/21 97/4 107/8 113/17 158/17 227/1 228/11
leveraging [1] 91/20
liabilities [1] 110/23
lieu [1] 95/7
lieutenant [1] 197/20
life [11] 83/24 84/2 84/18 99/25 105/22 106/10 111/15 151/14 154/17 184/1 226/3
lifted [1] 178/16
lifting [1] 177/3
light [2] 69/7 83/23
like [70] 4/19 4/20 4/24 4/25 7/9 8/4 8/11 8/12 9/25 10/9 13/21 21/14 21/16 21/17 21/18 23/16 26/5 26/8 27/16 35/23 36/5 38/17 38/19 41/18 44/25 46/24 51/9 53/17 57/7 59/6 59/13 71/22 75/10 76/10 79/25 86/5 87/10 89/14 100/14 111/25 122/20 135/3 136/2 140/7 150/8 162/9 163/7 174/9 181/19 190/11 190/22 193/16 193/18 195/19 195/24 197/5 201/14 206/5 208/3 210/25 211/21 212/18 213/14 215/9 216/14 217/14 221/8 223/15 230/15
likely [17] 5/10 28/19 28/23 60/6 81/1 91/12 93/4 93/19 94/21 112/9 113/11 113/24 113/25 151/13 169/13 185/25 232/9
likes [1] 189/10
likewise [4] 130/25 133/24 135/11 135/20
limitations [1] 111/22
limited [3] 91/4 138/6 201/12
limits [1] 94/23
LINDSEY [1] 1/22
line [16] 8/12 9/4 12/9 12/11 12/21 12/22 13/22 14/2 21/5 36/5 36/6 45/8 183/19 183/20 212/1 212/1
lines [11] 13/22 21/5 44/25 68/1 174/22 175/12 178/1 183/22 184/14 184/16 226/20
lines 1 [1] 183/22
linguistic [1] 225/17
Lisa [1] 223/4
list [4] 51/5 150/1 195/25 196/7
listed [8] 74/22 99/19 134/14 134/15

## L

listed... [1] 34/12 34/13 34/15
listen [1] 144/19
literature [6] 72/6 72/8 72/10 105/19
112/16 125/9
litigation [3] 8/6 74/9 110/2
little [16] 35/1 47/10 78/5 89/4 102/16
102/17 103/2 104/8 105/8 118/2 130/19
152/25 153/1 153/5 233/17 233/21
live [2] 144/2 144/3
living [3] 65/13 84/7 210/16
lockdown [1] 229/4
logisticians [1] 204/7
logistics [8] 198/16 198/16 198/22 199/8
199/18 200/13 200/13 204/11
logit [6] 17/6 28/8 47/12 57/9 57/11
60/18
long [7] 66/23 67/8 67/15 93/1 110/21
150/1 199/9
longer [8] 49/20 50/12 50/19 51/14 51/18
51/23 106/4 109/20
look [85] 8/3 8/4 12/8 12/9 12/11 13/20
13/21 13/22 15/17 18/12 21/3 30/17 33/8
34/14 34/22 35/5 35/22 36/4 36/6 39/20
41/21 44/22 44/25 45/6 46/24 47/14 51/9
57/5 74/19 90/17 102/24 113/8 116/20
129/23 132/12 133/21 134/2 134/3 134/11
135/17 140/10 141/13 145/10 147/4 150/17
152/3 152/3 154/3 156/8 159/16 160/10
160/24 162/19 163/10 164/25 166/14
168/12 172/3 172/22 173/7 175/14 178/17
179/8 180/22 181/15 182/1 182/21 186/14
186/17 186/19 186/21 187/23 195/22 201/2
201/3 202/17 203/13 206/5 206/21 206/22
220/9 220/13 220/20 221/16 233/18
looked [25] 23/6 35/18 36/9 36/10 36/13
48/20 56/17 69/5 79/6 86/11 88/10 107/21
110/9 128/13 128/15 128/16 144/10 157/25
178/10 179/15 194/19 197/8 220/5 229/6
229/6
looking [14] 23/15 44/2 57/24 83/22
147/12 155/2 183/19 201/23 209/13 210/8
213/18 218/4 218/5 222/15
looks [1] 110/22
Los [1] 87/19
lot [14] 100/10 108/21 118/8 131/19
132/3 149/18 177/5 177/17 192/1 194/11
194/13 207/24 221/17 232/13
lots [3] 213/1 224/14 225/4
low [9] 93/4 100/3 101/20 111/1 129/4
130/20 145/16 146/13 158/4
low-income [5] 100/3 129/4 130/20 146/13
158/4
low-scoring [1] 93/4
low-wealth [1] 111/1
lower [13] 40/5 84/6 84/7 94/23 100/4
101/23 151/6 151/6 160/7 164/7 180/4
180/20 187/14
lower-income [1] 94/23
lowering [3] 50/1 214/16 217/7
lucky [1] 94/16
lunch [6] 81/8 81/12 85/7 115/24 116/6
116/9
Lyall [2] 221/10 221/12
Lyall's [1] 221/20

## M

MacDill [1] 204/10
made [14] 7/24 8/15 9/6 17/2 53/1 58/2
58/18 103/4 106/14 114/10 201/11 218/21
219/5 223/11
magna [1] 66/6
magnet [1] 71/11
magnitude [1] 17/18
maintaining [3] 214/7 217/2 217/11
maintenance [1] 198/11
major [8] 53/10 100/14 149/2 169/7 177/4
193/15 194/20 195/18
majority [10] 20/9 82/25 128/23 129/9
130/12 130/25 131/9 148/21 196/9 206/8
majors [8] 4/3 4/16 4/19 4/20 4/23 5/10
53/8 53/14
make [40] 7/17 22/21 24/12 28/21 38/10
50/19 51/1 51/17 57/16 76/3 77/21 89/18
94/22 109/21 111/9 111/10 126/16 137/13
141/7 144/21 166/16 167/3 168/24 171/16
172/23 173/3 174/6 174/11 178/24 185/1
185/10 191/10 202/24 210/9 212/21 220/11
233/2 233/18 234/8 234/14
makes [7] 81/14 84/25 99/2 103/7 103/13

## M (continued column 2)

160/11 161/10
makeup [4] 186/15 221/16 227/4 227/8
making [14] 34/24 51/19 56/17 77/12
27/10 29/14 38/3 39/6 40/17 41/11 45/24
52/4 54/11 54/16 55/17 55/22 58/17 75/8
83/14 83/15 98/19 101/14 103/21 111/21
112/2 112/2 112/7 158/23 159/11 160/21
162/7 167/25 181/12 190/20 193/13 214/14
managed [1] 99/4 101/22 106/8
management [4] 118/24 138/24 139/24
154/22
manipulate [1] 96/5
manned [1] 228/20
manner [1] 92/4
manpower [5] 195/8 228/18 228/22 229/1
229/17
manually [1] 43/11
many [18] 47/2 83/16 85/21 85/22 89/18
94/24 97/5 106/11 115/8 138/11 178/12
178/12 178/14 191/8 192/12 194/15 217/4
227/10
March [1] 210/1
marches [1] 216/8
marching [1] 216/3
marginal [1] 33/10 44/13 46/14
marginalized [3] 221/22 221/24 222/5
margins [1] 149/4
Marine [49] 192/13 196/14 197/21 197/25
199/18 199/20 200/2 200/8 200/21 201/13
202/7 202/11 202/15 202/16 202/25 204/8
204/19 204/19 204/24 205/2 205/3 205/6
205/6 205/14 205/19 207/22 207/25 208/3
208/4 208/7 208/10 209/4 214/22 215/14
215/16 215/24 216/7 216/25 217/18 217/22
217/23 218/25 225/8 226/13 226/14 226/18
226/22 228/16 229/23
Marines [14] 161/4 198/1 198/8 205/12
214/17 217/20 218/3 218/11 226/3 226/5
226/9 226/10 226/14 226/16
marital [2] 122/20 181/20
mark [1] 205/16
marked [2] 211/12 211/16
markedly [1] 105/1
marketing [1] 172/16
MARSOC [6] 208/2 208/6 208/16 208/24
209/5 209/7
MARYLAND [3] 1/1 1/6 236/6
massive [3] 25/10 25/13 91/20
matched [1] 230/13
materialised [1] 225/7
materially [1] 141/23
materials [7] 29/13 71/24 72/13 75/2
176/7 177/4 199/11
materiel [1] 197/7
math [5] 48/18 53/17 54/5 135/17 141/10
matter [25] 1/9 66/1 76/22 76/23 93/1
93/2 99/1 102/21 124/24 125/6 125/16
160/14 169/20 170/11 182/14 182/15
182/16 195/15 214/5 214/12 226/17 227/7
233/21 234/10 236/9
matters [16] 69/15 75/20 77/11 105/20
105/21 106/4 111/14 113/10 117/22 122/8
182/6 182/12 192/23 197/7 197/25 209/16
may [53] 3/3 3/3 3/14 22/20 22/20 23/3
23/11 23/11 26/7 26/10 26/12 29/17 29/19
32/2 32/5 32/10 32/14 32/17 34/18 35/10
36/21 36/23 36/24 40/22 45/16 49/22 63/8
63/11 63/18 84/11 85/12 89/19 96/24
112/12 116/10 116/11 119/11 119/16
119/18 120/7 128/5 128/8 138/14 145/7
169/13 186/2 188/20 188/20 189/9 204/23
211/7 231/3 231/13
maybe [5] 15/22 120/14 191/21 215/5
227/15
MBA [2] 23/6 23/9
MCCARTHY [7] 1/15 9/17 9/24 41/1 62/18
63/13 232/19
McDonald's [1] 208/3
McRib [1] 208/3
me [52] 6/17 12/6 12/12 13/5 13/18 14/24
16/3 21/18 44/15 47/9 63/6 64/15 64/22
64/23 76/15 78/5 78/21 79/9 82/10 93/7
93/15 123/5 128/22 129/24 130/6 131/7
131/20 134/21 135/9 135/17 142/20 144/25
152/14 154/10 155/1 161/6 161/10 176/18
178/10 183/16 184/23 185/19 190/22
191/10 192/4 192/6 205/2 205/9 209/8
214/23 218/1 218/6
meals [1] 81/8
mean [39] 20/19 23/22 31/11 32/24 39/13

## M (continued column 3)

39/16 40/1 42/6 43/16 43/19 48/19 54/16
54/17 64/1 65/14 120/4 120/11 125/8 128/2
128/7 129/7 129/13 130/2 146/10 149/18
153/23 156/20 163/7 169/9 172/10 177/1
177/22 180/13 181/14 188/3 210/17 212/24
220/19 224/5 228/25
meaning [3] 156/17 183/23 199/4
meaningful [2] 97/25 141/3
means [7] 77/22 97/21 126/17 156/13
159/1 199/12 213/23
meant [4] 81/19 116/25 141/9 174/10
measure [15] 54/19 56/4 56/6 59/6 59/12
59/15 111/19 113/13 137/8 137/11 137/17
137/23 140/16 188/9 230/3
measurement [1] 56/20
measures [5] 54/22 141/6 141/9 141/23
153/3
measuring [2] 164/14 164/15
mechanical [1] 94/7
mechanism [1] 138/17
Mecklenburg [1] 70/19
MEDHA [1] 1/19
media [2] 91/12 91/18
median [1] 83/10
medical [4] 89/15 107/4 122/25 177/15
medically [3] 18/9 41/25 96/20
Mediterranean [2] 200/9 200/17
meet [10] 10/8 94/22 165/24 166/10 181/7
181/19 215/18 217/11 218/1 230/4
meeting [2] 18/4 219/8
member [3] 114/23 207/15 209/11
member-driven [1] 209/11
members [18] 109/19 113/22 113/24 113/24
113/25 161/7 161/12 161/16 180/22 181/1
181/22 183/5 184/7 184/17 185/1 195/17
228/7 228/11
members' [1] 217/14
memory [1] 13/15
memos [1] 203/24
men [1] 132/6
MENDEZ [1] 1/19
mention [4] 84/20 86/8 86/19 86/20
mentioned [13] 3/22 17/23 31/22 49/9
79/3 79/16 85/24 86/25 92/5 95/4 129/8
206/19 219/22
mentors [1] 205/10
menu [2] 78/22 95/17
mere [3] 16/25 86/8 86/20
merely [1] 93/1
merit [6] 83/25 83/25 92/11 99/2 113/1
236/4
mesh [1] 215/11
met [5] 20/20 173/25 204/8 215/6 229/23
method [1] 183/7
methodology [3] 71/22 137/25 139/23
methods [4] 46/7 46/19 50/11
metrics [2] 180/8 186/25
mic [1] 65/5
MICHAEL [1] 1/13
MICHEAL [1] 1/23
Michigan [3] 87/20 88/4 124/9
microphone [1] 65/5
midafternoon [1] 188/25
middle [2] 100/22 201/20
midshipman [1] 210/18
midshipmen [22] 150/25 151/3 151/22
151/24 152/1 152/9 153/17 159/19 162/24
163/3 163/15 163/18 163/21 163/24 166/17
166/21 166/23 167/1 178/24 179/5 187/7
187/11
might [26] 21/19 22/8 50/11 51/18 59/14
76/13 77/17 111/17 113/7 117/4 125/13
125/18 126/12 149/5 153/10 196/21 202/16
202/22 206/5 206/5 208/15 217/24 223/3
228/19 232/9 232/19
militaries [1] 201/6
military [133] 58/3 58/7 75/7 75/15
75/20 75/20 77/3 77/24 78/10 81/25 82/8
84/12 117/22 117/25 117/25 120/19 121/14
124/25 125/3 125/6 125/11 125/14 125/14
125/17 125/19 126/19 127/2 132/4 154/12
154/14 154/16 154/17 161/13 170/1 182/6
191/11 191/20 192/22 192/25 193/1 193/2
193/2 193/5 193/8 193/14 193/21 193/23
193/25 194/8 194/12 194/19 194/21 195/2
195/14 195/15 195/21 195/23 196/2 196/5
196/9 196/13 196/16 196/25 197/6 197/9
197/10 198/4 198/17 198/21 199/2 199/2
199/4 201/17 201/20 202/23 203/1 203/14
203/18 203/20 206/16 206/23 207/3 207/10

**M**

**military [68]** 1/23 5/2 210/6 210/9 210/15 211/4 211/7 211/24 212/12 212/16 212/17 212/17 212/23 212/25 213/3 213/16 215/8 215/23 216/16 217/17 219/16 219/21 220/11 220/22 221/23 222/16 222/23 222/23 223/13 223/14 224/3 224/4 224/6 224/9 224/11 224/13 224/23 224/24 226/18 226/24 227/1 227/3 227/4 227/8 228/7 228/9 228/10 230/8 230/18
**military's [5]** 77/20 117/18 126/15 226/25 228/6
**mind [6]** 65/4 93/6 149/2 183/16 186/14 190/5
**minds [1]** 184/7
**mine [1]** 24/8
**mini [1]** 210/19
**minimal [1]** 184/6
**minimally [1]** 184/20
**minimum [13]** 18/5 215/20 218/8
**minor [1]** 43/1
**minorities [13]** 5/9 12/4 14/16 40/5 88/16 94/24 98/2 104/4 104/25 107/9 173/11 186/9 186/22
**minority [55]** 14/11 14/12 14/13 14/17 15/8 15/9 15/10 15/14 15/20 38/6 39/5 43/15 45/11 45/15 45/24 46/17 47/5 55/18 55/20 87/23 88/12 88/18 90/2 90/2 91/11 99/12 102/8 106/19 106/25 108/4 108/5 114/1 115/10 139/10 140/25 152/14 152/15 153/21 153/25 158/3 160/1 160/4 160/7 163/3 163/5 163/18 164/7 166/21 173/14 177/25 178/5 179/3 179/19 180/3 187/13
**minus [1]** 110/23
**minute [3]** 10/22 129/24 189/1
**minutes [3]** 45/9 85/8 115/17
**misread [1]** 15/22
**misreported [1]** 56/9
**misreporting [1]** 56/11
**missed [2]** 112/12 220/8
**missing [3]** 28/21 53/25
**mission [4]** 205/10 217/10 229/24 230/5
**missions [1]** 208/22
**Missouri [2]** 197/14 205/4
**mistaken [1]** 191/12
**mistakenly [1]** 143/15
**mistakes [1]** 234/7
**misunderstanding [1]** 134/23
**mode [1]** 198/10
**model [74]** 17/21 17/21 17/24 18/15 18/18 20/2 20/9 23/25 24/3 24/5 24/9 24/12 24/15 25/6 27/4 27/6 28/8 29/7 30/19 33/12 33/13 33/16 33/21 33/24 34/2 36/22 39/8 39/9 39/18 43/13 45/10 45/19 47/12 47/14 47/18 50/14 50/24 51/4 51/8 51/17 52/3 53/10 53/13 53/22 53/23 55/14 55/14 57/9 57/11 59/12 60/15 60/18 72/19 98/7 99/21 104/13 104/22 104/24 105/12 107/2 107/17 107/20 110/15 112/22 113/21 114/18 114/21 115/5 135/2 146/8 146/15 146/19 147/3 179/12
**Model 6 [3]** 17/21 33/13 55/14
**Model 7 [1]** 55/14
**Model 8 [2]** 53/22 53/23
**modeled [6]** 99/16 104/10 109/22 110/18 115/4 150/16
**modeling [14]** 21/20 22/11 48/24 49/5 50/18 59/17 68/21 69/2 71/18 74/15 74/16 95/12 96/9 96/25
**models [10]** 17/8 17/17 24/7 50/24 53/21 53/24 59/5 60/12 60/13 132/25
**modern [2]** 194/21 194/22
**modest [7]** 101/8 102/3 141/6 141/8 141/19 152/7 174/21
**modestly [3]** 98/10 163/19 187/2
**moment [1]** 189/10
**money [6]** 108/21 166/2 168/10 169/2 170/23 194/11
**month [5]** 20/20 197/24 200/16 227/13 227/14
**months [7]** 198/15 199/9 200/5 204/13 206/3 209/19 227/20
**moral [6]** 119/1 133/25 134/22 134/25 135/3 135/5
**more [94]** 5/5 28/19 28/19 28/22 30/8 32/7 32/12 32/12 36/17 41/10 42/8 44/15 44/15 50/2 50/4 50/4 50/7 52/21 64/11 66/16 70/4 80/24 81/1 81/3 82/8 82/16 83/1 83/14 84/21 88/2 89/4 91/6 91/17 92/14 93/4 93/12 93/19 94/13 94/16 94/17

94/21 104/24 105/3 105/13 105/21 108/21 109/22 109/23 111/22 112/24 115/8 118/10 119/4 119/5 119/25 138/23 148/10 149/5 149/18 151/3 151/13 152/20 152/21 157/9 159/13 165/11 165/12 165/13 166/2 166/6 167/4 168/8 168/9 169/5 169/13 174/23 180/15 182/2 182/14 183/5 183/7 183/14 210/3 210/4 210/17 213/13 214/25 215/20 218/8 218/9 223/8 233/17
**Moreover [1]** 84/4
**morning [13]** 3/2 63/21 64/21 65/11 65/12 85/6 123/17 123/21 124/15 217/20 230/25 233/24 234/22
**MORRARA [3]** 1/12 63/22 232/20
**most [27]** 5/18 40/11 67/9 69/19 69/24 72/18 84/23 88/1 88/5 89/13 89/15 97/1 102/3 105/25 106/2 122/16 122/17 128/21 130/20 144/19 176/18 178/2 186/18 202/8 207/4 208/20 217/5
**Mostly [1]** 197/14
**motion [1]** 64/7
**motivation [7]** 25/25 26/8 26/11 59/3 59/6 59/13 59/15
**move [6]** 73/12 81/18 158/12 170/14 199/11
**moved [1]** 197/14
**moves [3]** 102/9 156/9 216/16
**moving [1]** 109/19
**Mr [11]** 2/6 2/8 2/10 65/10 89/6 116/12 117/1 118/2 189/21 191/3 191/16
**Mr. [85]** 3/14 9/17 9/24 40/21 41/1 59/23 59/25 60/4 60/8 60/13 60/21 60/25 61/5 61/9 61/14 61/21 62/5 62/10 62/17 62/18 63/13 63/15 63/22 63/23 63/24 64/20 65/11 73/8 73/22 75/14 76/13 76/16 80/7 83/20 85/13 85/15 106/12 115/13 115/15 115/22 122/4 123/16 124/15 130/22 140/13 143/19 143/23 144/17 144/23 145/22 146/22 147/19 161/2 169/18 178/14 180/25 188/14 188/18 189/6 189/8 189/9 189/17 189/18 190/10 191/6 191/22 211/1 211/9 212/4 230/6 230/21 231/2 231/7 231/9 231/20 232/19 232/19 232/20 232/22 232/23 234/22
**Mr. Carmichael [2]** 212/4 230/21
**Mr. Carmichael's [1]** 234/22
**Mr. Connolly [4]** 189/8 189/17 190/10 232/19
**Mr. Gardner [7]** 3/14 40/21 62/17 63/15 231/7 231/20 232/23
**Mr. Hasson [1]** 189/18
**Mr. Hasson's [1]** 189/9
**Mr. Kahlenberg [36]** 59/25 60/13 60/21 60/25 61/5 61/9 61/14 61/17 61/21 62/1 62/5 62/10 63/24 64/20 65/11 73/8 73/22 75/14 83/20 85/15 106/12 115/13 115/22 120/4 130/22 140/13 143/19 143/23 144/17 145/22 146/22 147/19 161/2 169/18 178/14 188/18
**Mr. Kahlenberg's [4]** 59/23 60/4 60/8 76/16
**Mr. McCarthy [6]** 9/17 9/24 41/1 62/18 63/13 232/19
**Mr. Mortara [2]** 63/22 232/20
**Mr. Strawbridge [15]** 63/23 76/13 80/7 85/13 115/15 116/11 116/19 123/16 124/15 144/23 180/25 188/14 189/6 231/2 232/20
**Mr. Wood [5]** 191/6 191/22 211/1 211/9 230/6
**Mr. Wood's [1]** 231/9
**Ms [5]** 2/8 64/4 116/15 116/16 117/8
**Ms. [14]** 64/3 73/2 73/16 115/16 116/18 126/1 144/6 145/3 188/13 222/14 231/18 232/25 233/1 233/23
**Ms. Haynie [1]** 222/14
**Ms. Herndon [1]** 233/23
**Ms. Hudson [1]** 231/18
**Ms. Rachael [1]** 64/3
**Ms. Thomas [2]** 126/1 144/6
**Ms. Yang [8]** 73/2 73/16 115/16 116/18 145/3 188/13 232/25 233/1
**much [65]** 18/23 19/6 29/6 33/1 51/13 63/5 63/8 63/11 63/19 64/12 79/23 82/1 82/2 82/17 83/3 84/21 84/22 87/8 96/1 96/14 100/17 101/14 105/5 107/11 108/7 108/7 113/11 113/15 115/13 116/20 119/23 126/4 130/7 152/20 155/19 157/9 158/16 158/23 166/6 174/23 180/15 183/2 188/16 188/23 189/1 193/5 194/24 210/3 219/3

219/17 222/15

**multiauthor [1]** 194/6
**multiauthored [3]** 8/9 29/20 38/19 39/24 40/2 40/6 40/7 40/11 40/16 41/5 41/11 41/16 60/5 60/8 60/9 96/22 138/14 139/3
**multiracial [12]** 137/23 138/1 138/18 138/21 138/25 139/4 139/10 139/16 139/21 140/17 140/19 164/21
**multiservice [1]** 201/5
**Muskie [1]** 67/7
**must [6]** 15/22 29/3 53/7 53/14 96/18 126/5
**mutually [1]** 216/13
**my [98]** 6/16 8/20 12/20 13/15 18/18 20/9 20/11 20/14 20/15 21/1 30/19 33/12 34/4 35/5 45/1 57/24 64/9 65/21 66/7 67/10 67/23 72/9 72/9 77/2 77/18 83/24 85/20 86/7 91/25 93/6 116/14 120/7 122/11 126/13 127/14 128/7 130/9 133/11 133/13 133/18 133/19 135/9 136/24 136/25 137/24 139/8 146/2 146/4 146/9 146/17 146/21 146/25 147/9 148/6 149/2 149/7 155/17 156/6 162/8 165/25 167/20 168/22 175/9 177/22 182/14 185/16 185/16 186/14 190/19 191/20 192/2 192/3 192/8 196/18 197/15 200/6 200/14 202/6 202/19 203/3 204/25 205/16 208/14 209/2 210/3 210/11 210/12 210/17 211/3 213/6 215/1 217/16 217/16 218/10 218/11 222/4 232/3 233/2 **myself [4]** 77/5 180/25 203/23 218/14

**N**

**Nairobi [1]** 66/10
**name [8]** 3/5 3/9 65/1 70/25 71/1 190/6 190/17 204/18
**named [1]** 69/21
**names [2]** 74/23 231/17
**NAPS [41]** 56/23 56/25 56/25 57/8 57/14 57/19 57/22 57/25 58/2 58/7 58/10 58/14 58/18 58/22 59/8 59/9 59/9 59/11 97/22 103/8 103/9 103/18 103/24 114/5 161/3 161/9 161/21 161/25 162/6 162/9 162/10 165/3 165/5 165/7 165/11 165/12 165/17 165/20 165/23 166/3 166/9
**narrative [8]** 143/1 145/15 145/23 146/12 146/16 146/23 147/1 147/7
**narratives [3]** 146/5 146/7 146/19
**narrower [3]** 123/4 123/10 123/13
**nation [1]** 175/8
**nation's [1]** 84/4
**national [13]** 67/6 83/9 103/10 169/12 187/23 187/25 188/5 192/23 192/23 196/3 196/20 202/21 209/15
**nationally [2]** 188/6 221/6
**Native [14]** 80/20 138/16 152/1 163/23 163/25 166/25 167/2 173/17 173/18 174/17 175/1 175/4 175/9 178/20
**natural [3]** 4/19 4/24 5/4
**nature [1]** 94/7
**naval [280]**
**Navy [14]** 75/12 75/21 76/7 91/10 94/11 114/9 182/14 200/17 205/24 210/18 228/15 229/8 229/17 229/21
**Navy's [1]** 228/21
**near [1]** 209/7
**neat [1]** 207/14
**necessarily [1]** 20/12 51/24 185/17
**necessary [3]** 9/24 76/8 188/20
**need [11]** 22/4 26/5 108/24 148/22 148/23 168/8 170/19 170/23 190/24 212/1 232/21
**needed [3]** 204/6 210/23 228/20
**needs [4]** 118/7 121/24 210/7 223/14
**negative [6]** 24/25 37/4 55/15 81/16 86/21 101/25
**negatively [2]** 148/2 148/11
**neighborhood [6]** 99/24 113/10 151/14 152/18 152/22 153/3
**neighborhoods [5]** 28/20 84/7 113/8 113/12 113/14
**net [11]** 55/5 102/24 110/22 203/9 203/10 203/12 204/15 204/23 204/25 206/20 207/5
**network [1]** 199/13
**neutral [90]** 60/1 60/5 60/9 60/25 61/4 61/8 61/18 61/22 62/1 62/5 62/11 65/23 67/13 69/3 69/13 72/6 72/10 72/13 72/20 74/7 74/11 75/1 75/24 76/3 76/16 76/25 77/1 77/13 78/16 78/19 78/22 79/20 79/24 80/2 87/4 87/7 87/15 88/13 88/14 90/6 92/4 95/2 95/6 95/17 95/21 96/12 96/13

**N**

neutral... [13]
108/17 109/8 109/17 110/7 110/17
115/3 115/9 119/8 119/12 119/14 119/20
120/9 120/15 120/22 120/25 121/15 121/23
147/1 148/11 156/18 156/21 157/8 159/2
159/7 167/16 167/17 167/21 167/24 168/1
169/1 169/5 176/12 177/2 181/15 182/2
182/9 182/23 186/4
never [16]   6/16 120/18 120/21 121/14
160/14 168/17 170/25 175/20 175/23 176/1
186/3 192/6 217/16 227/6 230/15 230/17
Nevertheless [1]   39/4
new [14]   59/16 69/25 70/19 98/4 108/25
169/7 169/10 174/22 208/13 216/6 226/9
227/19 227/19 229/3
Newport [1]   200/23
news [2]   87/16 195/19
newspaper [1]   209/21
next [40]   9/9 9/10 13/12 13/23 14/5 16/1
21/10 63/22 63/24 66/25 68/24 69/1 69/10
69/16 93/25 97/13 98/11 98/13 100/24
102/2 103/4 106/12 150/21 170/14 170/15
172/2 189/5 198/2 199/6 200/6 200/7
200/20 203/6 206/12 214/23 216/17 227/14
231/15 231/16 231/24
nice [6]   64/4 64/5 64/9 64/16 117/9
117/10
nine [3]   8/4 8/8 12/7
no [99]   1/4 6/17 6/19 9/22 10/1 10/5
12/5 12/18 12/19 13/17 15/15 15/16 16/11
16/14 19/12 19/13 25/4 31/5 34/4 45/5
47/5 49/20 50/11 50/19 51/14 51/18 51/23
56/15 56/16 56/18 59/12 62/16 67/5 73/3
73/17 74/16 74/16 74/17 90/13 95/13
97/12 98/1 101/23 106/4 108/25 109/9
109/20 110/12 110/12 116/19 121/16 122/9
122/20 124/24 125/1 125/5 128/16 131/24
132/11 133/23 135/19 135/25 144/3 144/4
145/19 145/19 149/12 160/16 160/16
163/19 164/18 168/7 169/25 170/12 170/14
171/7 171/7 174/19 175/7 176/10 182/5
182/11 197/9 205/16 221/9 223/9 224/5
225/16 225/22 226/7 226/11 227/6 227/25
227/25 228/4 230/19 234/18 234/19
no-race-neutral [1]   98/1
NOAH [9]   1/23 124/14 126/20 130/3 131/6
135/8 140/11 144/12 145/21
Nobody [1]   143/23
nodding [1]   3/25
nominate [2]   183/5 183/13
nominated [1]   96/18
nomination [10]   18/9 96/19 107/3 109/4
109/6 109/7 122/14 173/25 177/11 183/7
nominations [11]   109/2 109/12 109/16
109/20 114/21 122/3 176/12 176/23 184/19
185/12 185/22
nominees [1]   109/23
non [6]   37/10 37/13 41/23 42/12 47/23
57/1
non-BCA [1]   42/12
non-blue-chip [2]   37/13 47/23
non-White [3]   37/10 41/23 57/1
nonacademic [1]   19/18
nonathletes [1]   103/21
none [19]   75/16 110/18 114/4 115/11
133/8 133/24 135/11 135/14 135/20 135/23
136/3 136/6 136/9 136/12 145/22 185/7
187/17 188/9 222/11
nonpartisan [1]   210/7
nonpolitical [1]   210/6
nonprep [3]   37/14 42/12 47/23
nonprofit [1]   209/12
nonquantitative [2]   11/2 11/4
nonwithdrawn [1]   18/8
normally [1]   75/1
NORRIS [1]   1/14
North [11]   70/19 71/14 71/15 74/10 110/4
169/3 169/4 169/7 200/5 208/5 225/7
northeastern [1]   197/15
NORTHERN [1]   1/2 225/23
not [289]
note [16]   101/7 103/23 108/1 108/17
110/18 115/2 122/5 130/6 153/24 162/4
163/7 169/16 187/21 190/10 233/10 233/12
noted [2]   96/4 151/10
notes [2]   1/24 155/18
nothing [9]   18/18 62/19 74/12 92/10
149/16 149/21 177/17 189/15 224/8
noticed [1]   150/6

now [82]   9/3 10/8 11/20 13/19 13/23
14/20 15/18 16/4 17/8 17/17 17/23 18/12
18/19 20/16 24/15 28/14 29/7 29/10 29/19
29/25 30/20 33/9 34/8 37/23 38/13 39/22
40/5 40/10 41/22 43/10 44/10 44/20 45/9
46/7 47/16 48/24 49/9 53/19 53/20 53/23
54/5 57/7 57/14 61/17 62/18 62/22 63/25
68/15 77/9 80/18 81/23 85/9 88/19 95/1
103/14 104/17 107/7 108/12 115/18 116/7
128/18 128/20 128/22 130/1 130/6 132/16
149/21 150/6 150/8 153/9 162/20 165/1
171/19 180/24 183/1 188/17 189/2 215/21
221/1 226/21 231/21 231/23 232/8 234/24
number [69]   11/20 11/23 12/2 12/4 12/13
13/6 13/13 13/24 15/11 37/22 47/7 47/19
48/2 48/9 52/22 60/1 69/5 70/14 71/25
72/4 72/20 74/19 78/23 80/7 80/8 80/17
81/11 81/24 82/20 83/21 90/1 90/13 90/23
92/5 96/3 96/23 104/20 105/5 106/18
110/13 114/24 115/9 123/18 139/9 139/15
139/21 140/5 140/14 147/13 152/19 156/22
165/15 167/8 167/10 168/7 171/8 171/12
173/10 173/21 174/20 174/21 175/11 178/4
178/16 181/11 189/1 190/24 201/12 227/12
Number 1 [1]   140/14
numbers [28]   14/5 14/13 14/20 15/3 16/15
16/25 82/25 83/4 101/5 101/24 115/6
126/6 132/17 138/5 139/11 139/25 148/8
151/6 152/5 152/14 152/15 160/6 164/6
164/13 175/8 178/5 180/3 187/13
numerous [1]   25/17

**O**

O'CONNOR [2]   1/22 1/23
Oahu [2]   198/5 198/8
oath [1]   116/12
Obama [1]   164/10
object [3]   9/24 10/5 117/14
objection [12]   9/13 9/17 10/1 10/1 21/11
62/21 73/3 73/4 73/16 73/18 132/11
229/13
objections [2]   77/5 117/17
objectives [1]   201/22
obligations [2]   165/24 166/11
observable [6]   21/22 26/6 27/14 27/23
27/24 28/3
observables [6]   20/10 24/7 24/22 24/25
34/6 37/1
observations [1]   168/24
observe [1]   11/1
observed [4]   4/9 49/14 49/25 143/10
observers [1]   138/14
obstacle [1]   109/7
obstacles [4]   82/18 83/23 85/1 99/4
obtain [4]   75/4 78/10 78/15 78/20
obtaining [1]   215/23
obviously [10]   80/17 102/6 105/20 108/22
116/12 130/17 135/18 162/11 168/20
168/23
occasions [2]   71/5 196/12
occupation [1]   196/17
occupational [1]   205/11
occurred [1]   221/8
off [11]   97/20 98/4 98/14 103/6 118/1
133/13 135/17 190/22 197/16 200/19
226/23
offer [6]   52/23 72/24 93/16 211/1 211/19
211/22
offered [4]   16/22 109/24 110/7 181/2
offering [10]   56/24 60/20 60/24 61/3
61/7 61/13 159/5 161/8 161/21 190/22
office [20]   66/19 91/24 120/18 138/24
139/24 168/14 168/17 171/10 171/13
179/18 203/9 203/10 203/12 204/15 204/23
205/1 206/19 206/20 207/5 207/13
officer [20]   75/8 76/20 76/22 77/15
117/18 126/10 169/23 197/19 197/25
198/16 198/22 199/17 200/13 200/13 205/3
213/15 222/9 225/15 227/4 230/13
officers [10]   19/9 19/10 27/14 70/10
91/20 115/6 115/8 197/23 211/4 225/21
OFFICIAL [2]   236/1 236/16
officials [6]   72/5 75/13 76/6 195/5
223/8 229/2
offspring [1]   82/3
often [5]   78/25 85/1 132/7 145/15 195/15
oftentimes [1]   138/13
oh [12]   5/22 12/22 82/10 112/14 116/16
134/23 143/18 143/20 145/4 149/14 156/5
189/15

oiled [1]   215/9
okay [50]   5/22 12/19 13/9 13/12 14/4
36/8 41/3 63/4 65/7 68/8 79/16 80/3
89/11 100/8 107/6 107/20 115/2 123/23
124/13 130/1 130/2 133/24 134/23 135/7
137/16 143/20 143/25 144/5 145/5 145/20
147/17 147/20 172/5 173/18 184/22 193/18
231/1 231/14 233/1 233/9 234/12 234/17
234/20
Okinawa [1]   198/20
Oklahoma [1]   197/15
old [1]   125/24
old-fashioned [1]   125/24
OMB [8]   138/24 151/7 160/8 164/8 164/16
164/23 180/5 187/15
omitted [1]   21/25 22/5 22/11
once [6]   36/25 42/16 205/25 224/19
232/14 232/15
one [124]   3/23 4/4 4/17 6/5 6/8 6/10
7/15 13/14 13/25 14/6 15/20 15/22 16/11
16/14 19/8 22/11 24/9 26/6 26/18 31/21
32/8 36/17 37/7 37/9 39/9 39/10 42/24
42/24 44/15 44/15 45/9 45/12 46/20 49/13
57/18 58/22 68/12 69/21 72/18 75/5 75/23
75/24 77/18 78/12 79/23 83/14 83/14
84/24 85/3 86/7 93/11 94/5 94/12 98/8
98/14 101/10 101/23 103/9 104/22 107/18
108/17 110/25 112/2 114/22 116/6 120/1
122/2 122/12 122/25 126/13 128/6 134/2
134/11 135/15 139/6 140/12 147/18 147/22
152/17 157/17 157/25 159/23 160/10
160/11 165/1 168/25 171/11 172/4 173/9
178/9 178/18 179/10 179/15 179/16 180/24
182/2 182/22 183/4 183/10 185/14 186/8
186/8 186/22 188/21 190/13 196/12 198/7
198/21 200/16 202/8 204/7 204/11 205/13
208/8 209/7 209/13 214/22 216/17 218/1
227/13 227/17 227/19 227/20 233/10
one-hour [1]   116/6
one-tenth [1]   101/10
ones [9]   15/9 28/16 44/13 60/22 62/21
101/2 115/4 134/14 150/4
ongoing [1]   99/10
online [1]   6/3
only [16]   15/15 44/13 76/11 82/21 82/23
84/1 111/11 137/8 137/17 138/7 148/24
155/14 162/7 173/16 224/18 225/16
Opdorp [1]   190/17
opening [1]   211/9
operates [1]   39/8
operating [2]   52/6 226/23
operation [3]   199/23 204/20 208/10
operational [2]   192/16 206/22 213/22
218/17 227/24 228/5
operations [26]   192/17 198/17 199/12
199/13 199/21 200/3 201/5 201/6 201/20
204/12 205/9 207/22 207/25 208/4 208/8
208/9 208/12 208/17 208/20 208/24 209/3
217/3 224/2 225/22 225/23 228/14
operator [2]   193/7 225/20
operators [1]   198/11
opine [4]   77/14 126/9 211/5 211/7
opined [1]   60/25
opining [1]   19/9
opinion [19]   19/12 41/22 47/11 56/24
61/7 71/20 74/18 85/24 108/13
128/20 167/21 167/22 175/10 209/21
214/16 218/19 233/20 234/10
opinions [16]   37/9 57/8 60/20 60/24 61/3
61/13 65/23 71/23 72/7 72/16 73/6 95/2
176/5 176/8 211/4 211/18
opponents [1]   69/12
opportunities [1]   91/3
opportunity [5]   64/2 111/1 113/10 207/13
222/6
opposed [2]   82/7 83/8 108/6
opposite [1]   128/9
opposition [1]   85/1
optimal [3]   159/9 159/10 159/15
option [3]   114/2 114/6 114/17
options [7]   60/1 114/3 114/8 156/22
159/12 161/10 185/14
order [5]   24/15 79/7 86/18 107/2 174/24
organization [13]   203/3 205/11 209/12
201/3 212/25 213/4 213/9 222/23 223/1
223/2 225/10 225/11 227/21
organizational [2]   196/16 201/3
organizations [4]   70/21 193/9 195/19
212/25

**O**

organize [2] 212/23
organizing [1] 214/14
oriented [2] 210/4 218/13
origin [1] 221/6
original [1] 223/9
originator [1] 194/5
other [94] 15/9 15/22 21/13 21/19 22/21 23/1 23/4 23/12 26/6 26/10 29/1 30/19 31/12 31/21 31/23 32/17 36/21 37/12 38/6 38/13 39/11 39/17 44/6 44/9 44/17 45/3 45/13 48/12 50/20 52/4 57/3 62/4 73/21 79/10 82/7 82/12 86/18 86/23 88/8 90/21 91/5 91/13 94/18 95/18 99/7 100/10 100/14 103/23 108/15 111/2 111/17 112/17 114/3 125/7 127/11 127/25 128/5 138/15 145/14 147/18 148/25 152/14 152/23 155/9 155/15 159/12 159/14 164/1 164/11 169/16 170/18 170/22 183/24 185/10 191/1 191/10 192/6 193/11 199/2 199/4 201/6 204/14 206/9 208/25 209/22 212/2 213/4 215/15 218/5 218/24 228/13 228/16 230/4 231/10
other's [1] 215/12
others [3] 67/22 190/12 207/7
otherwise [2] 96/20 160/19
ought [1] 101/24
our [17] 37/16 63/21 63/24 64/3 64/6 84/4 85/6 91/3 111/19 113/21 115/11 116/17 197/8 204/12 206/19 231/8 231/12
out [38] 11/6 47/17 57/25 74/2 77/5 95/8 99/21 100/16 100/23 105/24 123/9 126/20 128/11 134/21 137/15 139/9 139/16 143/16 144/12 145/15 148/23 149/1 159/17 171/19 178/18 181/16 191/19 193/3 193/8 194/1 195/9 200/10 204/2 205/13 212/1 217/19 228/20 233/4
outcomes [2] 54/17 60/6
outfit [1] 213/24
outliers [2] 87/13 87/18
outlined [1] 117/23
outreach [13] 88/17 90/2 90/6 90/9 90/22 90/25 91/7 106/16 167/5 167/17 167/24 172/9 172/19
outside [12] 21/16 23/10 29/20 30/23 32/15 32/22 32/25 56/1 58/24 115/6 202/15 208/15
over [31] 12/25 13/2 20/13 37/11 37/12 48/19 53/4 57/1 57/2 70/9 72/21 77/17 84/23 85/16 87/16 87/23 88/12 90/8 111/5 122/9 126/12 144/10 151/23 194/7 198/17 202/25 221/14 226/12 226/12 228/25 233/11
overall [13] 39/18 52/14 101/15 140/25 158/24 160/1 163/3 163/18 179/3 179/19 180/13 186/9 186/23
overcome [12] 34/19 82/18 83/24 84/2 84/2 84/25 99/4 119/19 120/8 120/14 214/24 226/6
overestimating [4] 25/1 37/4 39/14 39/16
overlap [1] 162/16
overlay [1] 221/18
overruled [4] 9/14 9/18 9/18 10/2
oversaw [1] 205/9
overseas [1] 199/24
overtly [1] 16/13
overview [1] 220/8
overwhelm [1] 213/17
own [13] 37/19 60/12 110/5 110/6 127/7 196/18 199/3 213/6 215/10 215/10 218/10 222/25 226/25

**P**

P-E-T-E-R [1] 3/11
p.m [5] 85/11 116/9 189/4 189/4 235/1
P219 [1] 73/13
P22 [1] 140/11
P221 [1] 211/12
P223 [6] 73/13 134/3 134/3 134/3 153/13 166/15
P225 [1] 211/16
P537 [1] 129/16
pace [1] 116/25
page [53] 2/4 8/11 8/13 8/19 9/3 9/9 9/10 12/8 12/11 12/21 13/3 13/20 13/21 13/22 14/1 14/2 15/19 21/4 21/5 21/5 21/10 35/23 36/4 44/24 123/16 123/18 124/3 124/8 126/6 129/23 132/15 134/3 134/11 140/11 140/12 140/12 147/5 150/10 150/11 153/13 154/4 156/5 156/5 156/8 161/23 167/12 183/20 184/14 193/18

193/19 195/24 196/7 236/9
page 1 [1] 129/23
page 13 [1] 44/24
page 180 [3] 8/11 8/13 9/3
page 184 [4] 12/8 12/11 12/21 13/3
page 185 [4] 13/21 13/22 14/2 15/19
page 19 [3] 154/4 156/5 156/5
page 200 [2] 21/4 21/5
page 201 [1] 21/5
page 22 [1] 161/23
page 221 [4] 35/23 36/4 183/20 184/14
page 3 [1] 132/15
page 35 [2] 134/11 140/12
page 36 [2] 140/11 150/10
page 47 [1] 193/18
page 48 [1] 195/24
page 50 [1] 196/7
page 8 [1] 123/16
page 9 [1] 124/3
page 99 [1] 147/5
page before [1] 140/12
page number [1] 123/18
page of [1] 134/3
pages [6] 145/12 147/5 160/25 183/10 194/7 209/23
pages 146 [1] 145/12
pages 19 [1] 160/25
pages 220 [1] 183/10
paid [1] 108/23
paper [2] 6/4 230/10
papers [7] 193/15 195/25 196/1 203/24 207/3 207/9 209/23
parachute [1] 64/6
PARALEGAL [1] 1/22 1/22
parallels [5] 75/18 77/17 84/12 117/24 126/12
parent [5] 112/15 112/19 112/24 113/3 142/15
Parental [1] 142/13
parentheses [1] 139/7
parents [3] 69/8 82/24 167/23
part [34] 4/23 5/2 11/19 14/10 29/17 29/18 29/23 47/25 69/20 72/1 72/8 72/9 90/3 95/4 96/12 123/20 136/25 138/9 158/2 165/25 181/21 181/23 193/11 199/24 215/7 218/13 222/23 222/23 223/1 224/10 225/25 226/7 228/18 233/19
participate [1] 101/5
participated [1] 204/22
participating [1] 94/4
participation [4] 155/14 155/15 157/18 157/21
particular [29] 19/5 24/19 38/24 52/16 53/21 55/1 79/21 84/3 86/7 119/19 120/9 120/13 125/13 130/19 138/18 139/4 147/15 150/13 151/17 152/20 164/21 165/8 172/3 181/14 195/13 202/19 218/25 229/6 230/17
particularly [3] 69/7 196/13 219/23
parties [1] 234/13
partners [1] 196/4
parts [1] 209/22
Pasadena [1] 70/20
Pashtun [1] 225/18
pass [1] 107/3
passing [2] 165/7 218/8
past [3] 90/8 196/18 210/1
path [3] 157/3 207/20 210/12
PATRICK [1] 1/13
paying [1] 247/2
PD3.25 [2] 17/5 53/20
PD3.35 [1] 47/15
PD3.44 [2] 57/6 57/12
PD326 [1] 46/6
PD4 [23] 123/15 132/12 132/15 140/3 142/7 147/11 154/4 155/6 158/6 162/19 168/12 172/22 175/17 178/17 180/11 186/8 186/21 186/22 187/3 187/6 187/10 187/14 187/17
peculiar [1] 125/18
peer [2] 49/10 49/13
peer-reviewed [2] 49/10 49/13
penalizes [1] 94/8
Pentagon [1] 203/8
people [54] 6/6 11/6 16/22 17/2 18/19 20/12 22/25 23/3 23/9 23/10 37/18 44/2 81/25 86/6 86/10 86/10 86/12 86/16 86/16 86/21 86/22 88/15 102/25 106/5 129/3 152/19 154/16 154/16 194/7 195/1 199/11 202/23 204/6 206/7 206/9 210/13 212/2

213/1 213/13 214/7 216/12 216/16 217/22 222/14 219/1 220/16 221/25 224/4 222/17 222/7 222/8 223/9 228/19/13 229/3
per [1] 103/22
percent [95] 11/25 12/4 12/15 13/8 14/8 14/9 14/11 14/13 14/14 14/18 14/18 15/4 15/4 15/6 15/6 15/7 15/8 15/11 15/12 15/21 15/23 15/24 16/1 16/11 16/11 16/25 17/1 18/16 18/23 24/10 31/13 34/1 42/3 42/4 42/14 42/14 42/21 42/21 53/8 53/14 54/4 82/21 82/23 83/2 83/7 83/8 86/1 88/13 88/13 89/3 92/14 92/20 98/2 98/3 101/1 101/11 102/7 102/10 102/11 104/4 104/5 104/25 105/2 105/4 105/5 106/20 107/9 107/10 108/5 108/6 108/8 111/9 111/11 139/15 153/6 153/6 153/16 162/9 162/10 162/11 162/22 163/12 173/11 173/22 175/11 178/1 178/2 178/4 178/5 178/11 178/11 178/21 179/11 188/4 188/7
percentage [25] 16/10 33/18 42/7 42/11 42/17 43/8 80/25 81/7 92/9 93/19 101/4 101/10 140/23 141/1 151/1 151/4 152/10 164/4 174/16 174/25 175/6 179/2 179/4 179/22 180/2
percentages [3] 14/17 15/4 101/20
percentile [6] 104/7 105/8 105/9 106/9 107/14 108/10
percentiles [1] 102/14
perfectly [4] 9/16 24/1 25/10 25/13
perform [2] 202/2 208/16
performance [6] 58/24 91/3 225/1 225/11 226/1 227/24
perhaps [5] 75/19 83/18 216/24 232/21 232/24 233/18
period [8] 7/7 72/22 79/4 88/12 203/25 220/15 220/20 231/22
periods [1] 201/24
permit [1] 144/15
permits [1] 58/23
person [26] 29/17 29/18 29/20 38/19 39/24 40/2 40/6 40/7 40/11 40/16 41/5 41/11 41/15 96/22 128/25 129/10 130/14 199/24 200/11 205/9 214/4 214/5 214/25 216/6 219/7 223/2
person's [3] 46/20 213/25 218/18
personal [16] 7/23 8/1 8/14 9/5 21/17 26/19 30/4 32/2 32/15 32/18 33/23 41/18 65/21 214/13 215/10 221/4
personally [1] 66/16
personnel [1] 222/17
pertaining [1] 182/12
Peter [2] 2/5 3/11
Pew [2] 86/1 129/7
philosophy [1] 209/12
photo [1] 125/24
physical [4] 58/7 107/4 173/25 177/14
physically [3] 18/9 42/1 96/20
pick [1] 26/7
picking [1] 55/1
picture [3] 125/21 126/21 201/19
piece [2] 94/18 99/7
pieces [1] 209/21
pilot [2] 224/18 224/21
place [7] 90/13 92/6 96/7 98/5 100/20 109/12 158/15
placed [1] 86/14
places [1] 152/17
plaintiff [1] 1/4 1/12 64/17
PLAINTIFF'S [9] 2/4 17/10 17/12 39/22 39/23 68/19 73/14 73/14 80/9
plan [3] 178/12 231/8 233/24
planned [1] 71/9
planners [1] 204/12
planning [4] 204/16 205/23 225/13 225/21
plans [1] 69/9
platoon [3] 198/3 198/11 227/9
platoon's [1] 224/25
play [2] 20/3 125/13
plays [1] 233/4
please [18] 3/7 3/9 21/10 52/10 64/20 64/22 64/22 64/25 65/6 65/13 129/23 134/21 150/8 186/17 189/24 190/1 190/2 190/5
plus [2] 101/24 205/9
pm [1] 116/9
point [31] 4/9 32/25 33/2 33/18 63/2 63/12 63/15 67/5 75/5 78/21 79/20 83/18 85/5 92/18 98/1 101/10 102/15 104/7 112/12 115/18 134/21 149/6 153/2 172/23 179/22 180/2 186/18 192/8 212/4 226/16

P

point... [1] 163/16
pointed [1] 171/15
pointing [1] 183/16
points [29] 54/14 55/5 82/20 90/5 92/8
 92/13 92/18 93/11 93/13 94/4 94/7 94/15
 94/16 94/25 106/1 106/3 140/23 141/1
 141/15 151/1 151/4 152/10 164/4 179/2
 179/4 180/12 180/13 180/17 220/9
police [1] 213/15
policeman [1] 226/19
policies [6] 51/5 86/9 86/19 87/9 209/13
 227/12
policy [22] 50/20 51/7 65/15 65/18 66/16
 67/5 67/6 67/17 67/20 68/3 70/5 85/3
 85/4 86/5 86/5 202/20 209/15 209/15
 209/15 210/22 223/7 223/10
political [4] 86/12 207/17 219/25 220/2
politically [2] 210/4 210/4
poll [8] 129/12 129/14 130/13 130/19
 130/22 131/1 131/3 131/10
polling [1] 84/23
polls [5] 128/20 128/23 128/24 129/2
 130/20
pool [13] 28/13 37/14 38/10 43/21 47/23
 47/24 56/9 119/19 120/9 120/13 123/4
 123/8 123/13
pooled [1] 33/12
poor [3] 93/5 106/5 222/1
poorly [3] 213/1 221/25 223/23
popular [1] 70/6
population [18] 76/12 83/3 83/13 89/17
 105/4 108/4 137/12 137/14 140/23 140/25
 187/19 187/22 187/22 187/25 188/1 188/6
 188/10 230/14
populations [6] 93/24 100/12 102/8 167/9
 168/6 175/15
portfolio [1] 202/19
portfolios [1] 49/16
portion [1] 35/20
portions [1] 29/1
position [3] 19/13 205/21 206/2
positions [2] 16/23 202/7
positive [7] 82/6 99/7 111/3 111/16
 112/8 113/2 166/6
possibilities [1] 94/16
possibility [6] 43/21 43/24 50/10 124/16
 124/20 231/12
possible [23] 21/20 25/11 34/17 34/21
 35/9 52/15 55/24 56/2 63/11 86/4 96/15
 110/13 114/12 119/25 128/11 129/5 131/4
 133/12 133/13 176/2 177/22 220/13 227/7
Post [1] 69/22
posted [1] 198/3
postgraduate [1] 201/14
potential [3] 26/3 26/8 154/24
potentially [1] 166/7
poverty [1] 81/6
Powell [1] 86/3
Powell's [1] 127/17
power [13] 193/8 193/25 194/19 195/23
 196/2 197/6 202/23 203/14 203/21 206/23
 207/10 210/9 224/13
practical [1] 227/7
practice [3] 66/15 149/7 227/25
practicing [1] 210/17
pre [1] 177/23
pre-2010 [1] 177/23
precisely [1] 23/20
precludes [1] 149/16
precluding [1] 149/21
predicting [1] 43/12
predictions [1] 24/10
predictor [1] 110/15
predicts [1] 105/24
predominantly [1] 157/14
preface [1] 98/14
prefer [1] 192/7
preferable [1] 85/19
preference [48] 22/3 25/2 37/11 41/23
 43/10 44/3 56/25 57/2 60/9 68/13 80/14
 80/17 80/21 81/10 81/21 82/1 82/2 84/9
 93/6 97/9 98/9 99/16 99/17 100/19 101/17
 102/5 104/10 104/11 107/17 107/18 107/21
 107/24 111/20 112/1 112/15 114/2 130/6
 130/8 132/5 132/6 141/22 149/1 150/15
 151/11 155/21 155/22 157/13 181/22
preferences [87] 25/12 33/17 37/10 42/1
 47/3 47/4 54/7 54/9 68/25 72/15 77/19
 77/22 79/2 79/8 80/23 81/6 82/16 83/20

84/21 84/22 85/2 85/16 85/17 85/19 85/20
 85/21 85/22 85/25 86/6 86/24 87/1 87/5
87/18 89/1 93/7 93/8 93/12 96/6 96/16
 97/21 97/22 98/18 98/18 99/23 98/25
 100/25 100/25 101/3 103/14 103/17 103/20
 103/20 108/4 110/18 110/19 110/21 125/10
 126/14 126/17 127/12 127/15 127/18
 127/22 127/25 128/17 142/5 150/4 150/15
 154/6 154/6 156/14 156/14 156/18 156/25
 157/4 157/7 157/7 157/17 158/14 158/19
 163/19
preferred [7] 17/21 17/24 18/14 18/18
 33/12 33/13 191/22
prefers [2] 191/17 191/23
prejudice [1] 86/9
preliminary [1] 160/14
premature [1] 232/9
prep [4] 17/25 41/25 47/17 47/24
preparation [1] 231/23
preparatory [4] 97/21 103/8 160/12
 160/15
prepare [8] 57/14 57/20 57/23 57/25
 58/11 80/4 211/9 211/14
prepared [6] 68/5 73/10 90/18 90/24
 112/13 231/10
preparedness [8] 97/4 102/12 104/6
 107/13 118/12 136/2 181/7 181/13
preparing [5] 71/24 78/18 79/17 204/19
 208/16
prescriptions [1] 220/13
presence [3] 91/11 172/7 172/12
present [5] 1/20 39/23 106/13 138/23
 209/2
presentation [2] 53/21 147/23 150/7
presentations [2] 193/13 203/24
presented [3] 17/18 17/17 179/16
presenting [1] 230/2
presents [2] 33/9 139/3
preserve [1] 169/9
President [2] 66/8 205/1
press [4] 6/2 68/15 70/6 103/1
presumably [1] 149/1
pretty [5] 33/1 99/5 158/7 158/20 166/2
 207/14
prevail [2] 207/18 230/11
prevented [1] 111/23
previous [5] 15/20 53/24 64/10 110/1
 212/12
previously [5] 41/18 73/25 87/9 120/12
 180/20
price [2] 81/8 81/12
primarily [2] 90/9 208/22
primary [6] 57/8 193/3 200/13 205/23
 206/19 207/19
principle [2] 29/2 149/6
principles [1] 213/7
prior [10] 72/14 73/17 74/9 83/19 87/24
 101/18 104/15 168/25 177/2 181/18
priorities [1] 213/4
prioritize [1] 213/9
priority [2] 161/8 161/20
private [4] 81/2 91/25 92/16 206/15
privately [1] 93/2
privilege [1] 93/2
probabilities [1] 47/23
probability [3] 33/11 43/23 43/24
probably [13] 13/18 13/19 39/21 85/5
 89/15 96/1 115/18 152/17 153/2 158/9
 184/12 193/15 193/3 193/16
problem [3] 9/2 116/19 118/17
problems [4] 220/10 220/19 220/19 221/25
proceedings [2] 143/10 236/8
process [84] 7/12 7/15 7/21 11/13 11/16
 17/7 17/19 19/25 20/4 21/21 21/23 29/1
 29/14 37/18 44/7 44/18 45/4 46/9 48/4
 48/24 49/1 49/3 49/7 50/15 51/1 51/9
 51/22 54/15 56/4 57/7 65/24 72/1 72/14
 74/7 79/19 79/22 80/1 80/5 81/24 82/15
 88/24 88/25 90/4 90/20 93/9 95/5 97/18
 101/14 101/25 109/2 109/7 109/12 109/16
 109/22 111/2 112/5 114/11 114/13 114/16
 121/18 122/3 122/7 122/10 122/14 133/13
 155/20 158/3 167/25 175/21 176/13 176/22
 176/25 177/6 177/8 177/13 181/23 182/24
 185/4 185/9 185/12 185/19 185/22 205/12
 234/4
produce [2] 77/2 113/17 119/8 119/14
 157/9 159/13
produced [1] 121/6

producing [1] 68/17
professes [1] 179/10
professed [2] 179/10
professional [6] 46/4 195/17 219/21
 223/25
professor [57] 3/4 3/21 9/1 10/8 17/14
 17/17 40/22 63/5 63/18 67/3 69/23 71/18
 72/2 72/19 79/16 80/6 80/15 80/18 82/5
 82/23 86/7 95/15 95/22 96/2 96/9 97/5
 103/15 107/2 111/23 112/23 133/10 133/14
 135/1 136/14 136/20 137/1 137/25 138/3
 138/17 142/16 143/13 146/3 146/4 146/7
 146/9 146/14 146/18 147/3 164/19 173/23
 174/19 188/3 219/10 220/6 221/10 221/12
 221/20
Professor Arcidiacano [2] 40/22 63/5
professorial [1] 65/16
proffer [1] 76/21
proficiency [1] 224/10 225/3
profiles [1] 222/3
profit [1] 206/15
Profoundly [1] 220/24
program [18] 58/22 93/14 96/11 97/21
 97/22 103/8 103/8 103/9 103/24 114/5
 162/6 165/3 169/8 174/9 182/3 195/7
 196/13 202/1
programmatic [1] 201/3
programs [18] 23/7 23/10 69/6 69/7 70/17
 90/2 90/2 90/13 90/14 90/16 90/25 93/23
 160/15 167/11 168/8 169/15 174/9 228/17
progress [1] 53/4
Progressive [3] 65/15 67/17 67/19
project [2] 65/14 67/24 196/4
projects [1] 206/17
promise [1] 43/2
promising [3] 157/3 168/8 181/16
promote [1] 92/3
promoting [1] 75/10
pronouncing [1] 190/17
propensity [2] 175/5 175/15
proper [1] 224/4
properly [2] 91/2 212/20
proponents [1] 69/11
proportion [2] 87/22 178/1
proposal [3] 161/14 165/22 166/8
propose [1] 183/4
proposed [5] 154/5 161/25 186/3 231/23
 232/2
prosecuting [1] 204/5
prospective [1] 218/15
prospects [2] 105/22 111/15
proudly [1] 229/24
proven [1] 90/14
provide [12] 41/6 94/22 98/24 110/10
 111/25 112/14 149/18 196/19 196/22
 206/10 224/6 233/25
provided [20] 27/5 32/6 32/11 60/2 68/13
 72/1 76/7 80/14 81/6 96/4 97/1 99/17
 102/5 104/12 110/5 111/20 136/23 137/1
 144/6 145/23
provides [5] 93/11 103/11 108/23 114/23
 115/8
providing [5] 98/22 114/1 126/1 149/16
 151/11
provision [1] 93/11
proxy [2] 92/24 152/18
public [20] 65/17 65/18 66/16 67/5 70/18
 70/18 71/6 75/12 79/1 84/22 85/24 85/24
 92/1 100/2 105/15 127/16 128/20 194/10
 203/5 207/8 193/16
public-facing [1] 207/8
publication [7] 5/3 121/4 121/6 121/9
 121/12 193/24 203/5
publications [6] 49/10 49/13 120/25
 121/2 193/19 193/20
publicly [1] 195/4
publish [2] 194/15 209/20
published [11] 5/13 5/15 5/19 5/24 7/4
 68/10 68/15 69/4 121/14 193/14 194/5
publishing [3] 209/17 209/22 228/9
pull [10] 125/21 125/23 129/16 134/3
 144/12 147/15 153/13 183/9 215/19 218/6
purely [1] 129/20
purported [1] 141/22
purpose [9] 11/1 30/10 57/14 57/19 57/22
 194/8 203/3 215/13 216/19
purposes [3] 57/18 129/20 234/2
pursuant [2] 190/10 236/6
pursue [1] 71/9
pursuing [1] 222/3

**P**

push [1] 112/10
PUSTERLA [1] 1/23
put [19] 8/9 9/20 87/24 94/11 96/7 106/22 109/12 123/15 123/16 131/4 140/11 142/1 144/21 146/19 150/9 159/9 165/7 171/23 209/19
putting [3] 89/19 98/4 194/6

**Q**

quadrants [1] 112/10
qualification [1] 122/25
qualifications [5] 18/5 19/3 19/6 23/16 169/25
qualified [13] 18/9 20/18 38/2 42/1 52/21 96/20 96/21 144/17 144/18 169/21 169/22 198/18 215/6
qualify [2] 148/25 198/16
qualities [4] 7/24 8/1 8/15 9/6
quality [5] 92/24 92/24 214/11 219/6 221/4
Quantico [1] 197/23
quantifiable [2] 59/5 59/12
quantitative [1] 76/8
quantity [1] 46/8
question [40] 9/8 9/21 9/21 10/6 13/4 15/13 20/11 20/14 20/15 35/5 36/7 45/1 62/25 67/22 77/9 80/4 86/14 86/18 91/21 120/3 120/7 122/11 125/7 127/20 127/21 129/6 130/9 133/10 134/24 134/25 135/9 146/1 146/2 146/17 146/21 149/11 170/14 170/15 196/8 212/15
questioning [1] 217/9
questions [10] 53/22 56/23 62/16 83/19 95/8 124/24 131/17 154/10 218/16 230/19
quick [1] 91/21
quickly [1] 213/17
quite [13] 23/3 72/8 88/22 92/16 102/12 105/1 110/12 110/17 112/10 116/4 116/21 195/16 232/11
quo [14] 98/3 102/13 102/16 105/6 107/12 108/5 108/8 137/20 139/14 150/18 152/10 154/1 160/2 188/5

**R**

R-I-C-H-A-R-D [1] 65/3
RAB [2] 54/14 55/5
RABs [15] 32/3 32/6 32/11 32/15 32/17 32/22 36/15 36/19 40/10 40/13 54/23 55/1 55/11 55/14 56/1
race [210] 11/14 11/15 11/17 11/18 17/16 24/15 24/18 25/10 25/11 25/13 33/10 37/4 37/18 37/23 38/3 38/7 38/10 38/14 39/6 39/14 39/24 41/22 43/12 43/16 43/20 44/6 44/10 44/17 45/3 45/11 45/15 45/23 46/8 46/21 46/24 47/18 48/3 48/8 48/13 48/21 48/25 49/6 49/20 50/12 50/16 50/19 50/25 51/2 51/10 51/15 51/19 51/23 60/1 60/5 60/9 60/25 61/4 61/8 61/18 61/22 62/1 62/2 62/5 62/6 62/11 62/12 65/23 67/13 68/2 68/12 68/22 69/3 69/12 69/12 69/13 69/16 70/3 70/13 71/19 72/6 72/10 72/13 72/20 72/25 74/7 74/11 74/17 74/23 75/1 75/4 75/24 76/7 76/16 76/25 77/1 77/13 78/16 78/19 78/22 78/24 79/5 79/20 79/23 79/24 80/2 80/19 85/2 85/19 86/2 86/24 87/4 87/7 87/15 88/8 88/11 88/13 88/14 90/6 90/6 92/4 95/2 95/6 95/17 95/21 96/6 96/12 96/13 97/19 97/20 98/1 98/4 98/5 98/7 99/11 100/7 105/20 106/4 106/21 108/17 109/8 109/17 110/11 111/17 115/3 115/9 119/8 119/8 119/12 119/14 119/20 120/2 120/9 120/9 120/15 120/22 120/25 121/15 121/23 124/16 124/20 125/2 127/4 128/9 128/22 140/8 148/1 148/11 151/7 156/18 156/21 157/8 159/2 159/7 160/7 164/7 166/5 167/13 167/16 167/17 167/17 167/21 167/24 167/25 168/1 169/1 169/5 169/14 169/14 176/12 177/2 177/3 178/15 178/15 180/4 181/15 182/2 182/9 182/23 186/4 186/19 187/14 197/1 213/25 217/15 218/21 219/5 220/25 225/20 226/8
race-based [2] 69/12 69/12
race-conscious [2] 167/13 167/17
race-neutral [89] 60/1 60/5 60/9 60/25 61/4 61/8 61/18 61/22 62/1 62/5 62/11 62/5 62/11 65/23 67/13 69/3 69/13 72/6 72/10 72/13 72/20 74/7 74/11 75/1 75/24 76/3 76/16 76/25 77/1 77/13 78/16 78/19 78/22 79/20 79/24 80/2 87/4 87/7 87/15 88/13 88/14 90/6 92/4 95/2 95/6 95/17 96/6 96/12 96/13
races [6] 35/19 66/9 68/14 111/8 138/14 139/5
RACHAEL [2] 1/14 64/3
racial [152] 4/2 7/3 25/1 25/12 33/17 35/21 42/1 44/3 47/3 47/4 47/6 61/22 67/13 68/17 69/6 69/8 70/16 72/15 75/21 77/19 77/22 77/23 78/15 79/2 79/7 79/8 79/11 79/14 84/14 84/22 85/2 85/16 85/20 85/22 85/25 86/5 86/9 87/1 87/3 87/8 87/15 87/17 87/24 92/3 94/24 95/7 96/12 97/2 97/21 97/22 97/25 98/2 98/17 99/7 99/10 99/12 100/17 101/8 101/15 102/6 102/21 102/24 103/1 103/14 103/17 103/20 104/3 104/4 104/24 104/25 106/10 106/23 107/8 107/9 108/3 108/5 110/14 112/8 113/17 114/1 115/10 117/11 119/9 119/12 119/15 125/9 125/13 126/14 126/17 126/17 127/12 127/15 127/18 127/22 127/25 128/17 128/18 130/6 137/9 138/1 138/15 138/18 139/7 140/20 141/22 148/18 151/15 152/7 152/21 152/24 155/19 156/10 156/15 157/1 157/9 158/8 158/20 158/24 159/13 159/13 163/19 164/6 164/21 169/11 169/23 171/4 177/25 178/8 186/15 197/8 218/19 218/19 219/4 219/13 220/3 220/9 221/2 221/7 221/16 222/3 224/3 224/8 224/25 225/14 226/1 226/7 227/4 227/8 227/17 227/23 230/12 230/13
racially [15] 75/8 88/5 109/13 111/3 111/3 111/16 113/2 114/11 114/14 117/15 117/18 185/18 219/1 222/9 225/10
racism [2] 34/19 221/2
radical [1] 186/1
rail [1] 199/12
raise [3] 3/7 64/22 190/2
raised [3] 46/4 94/12 157/21
raising [1] 184/11
ran [2] 103/3 107/2
range [1] 76/8
rank [2] 141/10 141/17
ranks [1] 180/20
rapid [1] 131/17
rapid-fire [1] 131/17
rare [2] 119/13 120/1
rate [9] 18/23 33/18 42/3 44/2 135/24 135/25 136/1 136/4 186/20
rates [9] 18/15 18/20 19/1 148/2 148/3 148/12 148/12 148/17 149/3
rather [5] 74/25 101/25 102/25 110/19 147/16
rating [2] 21/15 21/15 21/17
rationale [2] 92/21 94/5
RDB [1] 1/5
reach [2] 90/19 197/2
reached [1] 197/4
reaching [2] 5/3 71/23
reaction [3] 220/6 221/20 223/6
read [6] 72/4 143/14 144/3 144/5 144/9 161/5
readiness [34] 192/23 192/25 193/1 193/2 193/6 193/14 194/1 194/24 196/2 196/10 196/25 197/5 197/10 203/1 203/18 206/16 207/3 208/19 210/6 210/15 211/2 212/14 212/16 212/17 215/8 217/12 223/13 224/11 227/1 227/5 228/5 228/7 228/9 230/8
reading [1] 129/25
ready [8] 103/11 129/24 131/7 196/6 200/18 212/21 217/9 231/18
real [2] 25/4 76/11
reality [1] 222/21
realized [1] 169/8
really [32] 17/1 26/5 54/16 77/25 82/6 93/6 96/5 99/5 100/17 101/22 106/6 106/11 106/21 112/19 126/23 141/22 146/2 152/23 156/9 156/14 157/1 158/2 170/13 172/11 177/23 194/25 203/22 208/11 213/19 225/4 226/16 231/15
realtime [4] 125/22 125/24 126/2 236/5
reask [1] 135/9
reason [17] 6/17 6/19 10/5 13/16 13/17 13/18 31/5 51/8 56/15 56/16 93/15 119/24 120/14 125/1 162/1 165/25 184/23
reasonable [4] 4/17 6/9 6/10 16/15 17/1 24/9 83/21 85/16 85/18 94/10 98/24 110/24 170/23
reasons [14] 4/17 6/9 6/10 16/15 17/1 24/9 83/21 85/16 85/18 94/10 98/24 110/24 170/23
reassigned [1] 198/8
rebuttal [5] 134/5 134/9 150/9 211/14 211/16
recall [11] 3/25 5/20 5/23 13/15 30/2 31/22 127/24 133/16 219/13 227/6 230/6
receive [7] 80/21 81/10 82/16 82/17 92/8 108/23 174/15
received [7] 18/8 25/17 69/18 69/19 100/5 142/19 173/24
receiving [3] 81/20 129/4 224/4
recent [4] 87/20 89/3 127/14 223/17
recently [2] 221/20 178/9
recess [9] 85/8 85/10 85/11 115/21 116/8 116/9 189/1 189/3 189/4
recitation [1] 223/10
recognition [1] 138/12
recognize [5] 84/14 84/15 89/21 155/23 165/10
recognized [4] 22/5 76/15 86/4 211/7
recognizes [2] 84/13 102/21
recollection [13] 12/6 12/10 12/12 13/5 13/10 14/4 127/14 129/14 130/4 130/10 136/24 137/24 162/8
recommendation [12] 29/8 29/16 29/19 30/1 32/22 34/25 35/4 35/7 35/11 35/20 172/9 172/11
recommendations [7] 26/25 27/1 27/3 29/4 91/15 171/20 171/25
recommenders [1] 143/3
record [25] 3/10 9/21 65/1 83/23 84/1 84/3 107/16 113/24 123/23 129/17 132/15 135/10 136/25 142/7 144/22 145/6 147/12 149/25 171/24 190/6 190/10 191/10 211/5 233/20
records [3] 26/14 195/5 195/7
recruit [7] 89/24 167/8 167/13 216/1 218/15 228/6 229/2
recruited [5] 154/20 160/18 206/13 209/6 216/1
recruiter [1] 218/15
recruiting [15] 49/17 106/15 167/3 167/4 168/6 170/25 171/6 171/10 171/14 175/23 229/1 229/12 229/23 230/1 230/5
recruitment [10] 90/1 90/4 106/22 169/15 174/15 174/24 177/4 177/24 177/25 229/5
redirect [6] 9/24 10/2 41/1 62/18 188/14 231/9
redlining [1] 111/6
reduced [5] 81/8 81/12 105/8 148/8 188/1
reduced-price [2] 81/8 81/12
reduction [4] 42/10 42/17 43/7 187/25
refer [3] 21/4 43/10 234/11
reference [5] 74/1 76/11 130/20 137/13 233/14
referenced [3] 128/20 157/20 224/12
references [1] 175/18
referencing [1] 190/16
referred [1] 191/12
referring [3] 36/11 155/6 233/20
refers [2] 22/8 43/11
reflect [6] 40/15 46/20 53/10 76/11 98/16 141/23
reflected [12] 18/13 47/15 57/12 141/5 146/7 147/1 147/2 154/5 155/5 165/2 172/19 187/3
reflective [4] 83/12 105/3 187/24 188/7
reflects [3] 17/5 40/10 146/12
refresh [8] 12/6 12/9 13/10 13/15 129/14 130/4 130/10 133/22
refreshes [3] 12/12 13/5 14/4
refreshment [1] 129/21
regard [1] 211/5
regarded [1] 195/14
regarding [8] 68/2 70/2 72/6
regardless [2] 39/5 108/24
regionally [1] 225/18
regions [1] 208/25
Registered [1] 236/4
regression [1] 56/9
regular [3] 224/15 229/7 229/18
regulations [1] 236/10
regulatory [3] 121/24 165/24 166/11
Reilly [1] 190/16
reinforce [1] 218/16

**R**

reiterate [1] 69/17
reject [1] 20/13
rejected [1] 37/23
relate [6] 67/22 67/23 77/20 77/24 126/15 126/19
related [5] 67/21 84/11 135/19 212/22 212/23
relationship [2] 81/21 83/14
relationships [1] 82/7
relative [15] 38/24 44/8 79/18 152/10 153/21 153/25 160/2 162/25 163/15 164/13 166/18 178/25 179/24 186/10 187/7
relatively [9] 15/3 34/10 34/18 34/24 35/6 35/10 97/2 158/11 158/21
released [1] 6/3
relevant [10] 29/9 30/18 31/2 59/10 148/3 148/13 186/14 213/25 218/20 223/13
reliable [2] 112/24 142/17
relied [4] 91/22 111/19 127/6 128/6
religion [1] 221/5
religious [1] 226/4
rely [2] 113/13 133/2
remain [4] 67/4 101/13 105/7 108/9
remainder [1] 37/15
remaining [3] 25/6 25/7 160/19
remains [5] 102/14 104/6 107/13 107/13 108/10
Remedy [2] 68/10 69/20
remember [21] 6/16 31/7 31/17 31/20 31/21 121/16 123/18 124/18 129/12 133/19 139/6 150/1 157/23 161/5 161/5 171/21 172/21 184/9 184/21 185/15 189/9
remind [1] 104/9
reminder [1] 105/3
remove [6] 98/6 98/8 98/17 156/17 157/13 184/15
removed [6] 17/24 18/2 100/9 100/13 157/17 158/19
removing [5] 42/1 141/21 154/5 156/13 157/6
reorient [2] 208/25 218/23
repeat [4] 12/1 170/20 171/11 234/4
replace [1] 103/19
replaced [1] 227/16
replacement [2] 64/6
replacing [2] 43/11 200/12
replicate [2] 96/14 133/12
report [47] 59/23 86/7 91/8 91/22 104/21 121/3 130/23 133/17 134/5 134/9 135/5 135/12 135/20 135/23 135/25 136/2 136/3 136/6 136/9 136/12 136/17 137/3 137/5 137/14 150/9 160/8 164/8 165/18 166/15 180/5 183/3 185/11 186/2 190/11 190/14 193/18 193/24 194/10 195/9 195/13 206/6 211/9 211/14 211/16 212/3 222/12 228/16
reported [19] 1/24 56/3 56/10 56/13 56/19 133/20 134/24 135/16 136/19 136/21 138/3 138/4 151/7 151/7 160/7 164/7 187/14 204/16 236/8
REPORTER [4] 236/1 236/4 236/5 236/16
reporting [1] 195/19
reports [21] 72/2 73/10 77/18 90/23 126/13 136/23 136/25 137/13 138/20 137/15 190/22 193/15 195/8 203/17 207/9 211/18 219/10 220/6 228/2 229/1 229/1
represent [1] 25/18
representation [17] 87/8 88/12 108/6 115/10 132/9 150/7 150/18 179/3 179/5 179/13 179/20 179/24 187/3 187/4 187/11 188/4 188/8
representing [1] 6/17
request [5] 60/4 60/8 74/14 147/23 204/18
requested [4] 168/15 171/6 171/10 171/14
requesting [1] 148/16
require [8] 51/13 148/22 166/1 166/2 166/13 186/4 187/25 188/1
required [2] 215/20 217/5
requirement [6] 7/16 7/19 89/15 108/25 122/23 123/1
requirements [7] 107/4 122/19 174/1 177/15 181/8 181/19 221/3
requires [1] 78/10
requiring [3] 149/3 149/4 149/8
research [22] 8/2 69/5 86/1 92/25 93/3 93/17 94/13 94/20 99/14 109/15 113/9 127/15 128/3 129/7 192/21 193/12 195/18 203/17 207/1 210/5 223/9
researching [1] 210/16

resemblance [1] 116/21
reserves [2] 58/3 58/7
residual [1] 98/6
resist [2] 122/6 122/6
resisted [1] 89/1
Resource [1] 68/19
resourced [1] 212/20
resources [11] 167/4 168/8 169/10 169/13 223/12 223/12 223/16 223/18 223/22 224/1 224/4
respect [21] 18/13 76/22 77/14 80/4 90/22 91/7 93/9 98/11 99/20 100/23 106/25 126/9 138/15 154/11 154/19 168/5 170/1 178/8 187/21 190/11 211/24
respects [1] 123/7
respond [3] 49/22 51/14 109/25
respondents [6] 86/14 128/23 129/9 130/12 130/25 131/10
response [1] 124/23
responsibilities [4] 67/19 202/12 205/8 206/18
rest [4] 43/13 50/5 155/20 157/3
restate [1] 3/9
restore [2] 155/21 157/4
restored [1] 100/19
restricts [1] 53/25
result [14] 54/3 90/9 107/9 120/15 129/5 131/13 152/21 153/20 158/24 162/5 162/13 162/21 174/9 188/8
resulted [3] 6/5 14/8 33/17
results [47] 11/7 17/5 33/25 34/4 39/24 47/12 47/14 57/8 57/11 59/25 61/14 77/23 95/20 96/25 99/8 100/21 101/15 102/1 102/2 104/1 104/19 107/6 107/23 110/9 126/18 132/23 134/24 135/6 135/12 135/17 135/23 135/25 136/3 136/6 136/9 136/12 136/16 136/17 136/19 137/5 150/22 152/5 158/16 159/17 221/18 222/1
reswear [1] 3/4
resworn [1] 3/8
retain [4] 161/15 161/25 228/6 229/3
retained [6] 59/21 65/22 66/1 70/12 120/21 176/1
retention [1] 229/9 229/12
retired [5] 191/12 191/13 191/25 205/19 205/21
return [4] 89/17 140/2 154/4 200/6
returned [2] 66/11 67/5
revealed [4] 46/1 54/8 59/8 59/13
review [24] 30/1 30/5 30/10 30/13 30/16 30/23 34/8 34/22 69/25 70/5 71/24 72/6 88/7 129/24 144/19 144/25 176/7 219/10 221/10 222/12 223/4 226/25 228/24 229/16
reviewed [28] 25/23 26/1 26/4 26/14 28/14 30/8 35/15 49/10 49/13 52/20 71/25 72/1 72/8 72/12 82/9 82/12 91/5 91/15 91/22 108/12 130/1 145/13 149/22 161/1 183/11 228/3 228/21 229/20
reviewing [8] 29/25 75/2 130/10 150/1 153/14 161/18 184/5 184/21
reviews [1] 70/5
reward [1] 84/25
Rewarding [1] 69/1
Rhode [1] 200/23
Rich [1] 68/24
RICHARD [1] 1/9 2/7 59/18 64/17 65/2
Rick [1] 72/24
right [139] 3/5 3/7 4/2 4/8 6/5 11/12 12/6 14/15 16/4 16/9 16/20 17/11 18/22 22/18 23/25 24/2 24/10 29/8 29/23 30/2 30/4 33/13 33/15 35/25 40/3 40/14 45/6 48/7 55/16 59/10 59/13 59/16 59/23 60/22 61/5 61/23 62/20 63/1 63/4 63/5 63/7 63/8 63/20 63/24 64/1 64/21 64/22 73/19 78/3 80/18 85/12 98/8 103/2 103/14 116/4 116/16 117/6 118/4 120/6 123/20 125/15 126/3 127/10 128/18 129/7 129/16 129/19 130/5 130/6 130/17 133/5 138/4 139/16 141/15 142/20 143/4 143/23 145/2 145/2 145/16 148/14 149/21 151/15 151/21 154/3 154/9 155/3 156/17 157/15 158/20 159/17 159/23 160/12 161/14 163/25 164/9 165/6 165/8 165/11 165/20 168/6 168/9 168/10 168/15 170/3 171/15 172/22 173/1 174/2 176/15 178/23 180/7 180/9 181/2 181/21 182/10 183/9 184/5 184/23 187/9 188/16 189/5 189/7 189/12 190/3 191/16 192/9 195/1 200/9 206/23 206/24 212/19 218/11 218/21 218/23 222/24 224/16 233/6 234/6

**right-hand [1]** 180/7
rightly [1] 221/3
rightweight [1] 223/9
rights [3] 65/19 66/20 67/12
rigorous [2] 215/19 216/12
rigors [1] 58/11
rings [1] 161/6
rise [4] 85/9 116/7 189/2 234/24
RMR [2] 1/25 236/16
road [2] 77/10 199/13
Robb [1] 66/18
Robb's [1] 66/19
Robert [1] 66/7
ROBINSON [1] 1/18
role [8] 20/3 67/23 125/13 194/3 199/22 203/2 204/9 208/14
roles [2] 27/20 27/21
Ronda [3] 1/25 236/4 236/16
room [2] 89/17 108/24
Rotary [1] 66/10
rotation [2] 200/18 227/11
ROTC [5] 115/8 182/3 182/9 182/11 182/12
roughly [2] 18/16 83/14
routinely [1] 128/7
rows [1] 141/13
ruled [2] 169/6 211/25
rules [1] 144/14
ruling [2] 190/15 190/19
rulings [5] 73/17 73/24 190/11 211/3 212/12
run [11] 60/22 61/15 95/5 95/19 104/13 132/16 165/19 181/4 182/18 205/11 207/13
running [3] 39/23 97/6 207/17
runs [1] 194/7
Russia [1] 223/21

**S**

safest [1] 115/22
said [34] 7/9 15/17 15/14 15/20 16/20 38/19 43/23 45/13 67/15 88/1 90/7 102/3 112/23 117/17 125/3 125/8 127/18 128/24 129/9 130/23 131/1 131/10 132/20 133/19 136/20 141/5 142/16 146/9 153/4 158/22 161/10 167/23 212/7 221/12
sail [3] 155/24 156/2 200/10
sail-back [1] 200/10
sailor [1] 214/22
sailors [2] 161/4 229/22
salaries [1] 224/8
same [51] 13/20 21/22 40/24 47/16 49/2 49/3 49/19 50/11 50/15 51/5 52/18 60/15 60/18 73/24 77/11 87/14 93/15 93/23 107/10 114/14 134/1 134/17 138/15 141/17 152/12 153/11 153/14 163/11 164/15 164/16 167/12 179/9 190/25 196/8 211/24 212/11 213/15 214/10 215/18 216/7 216/8 216/9 216/18 216/21 216/21 216/21 222/5 222/6 228/12 234/14
sample [2] 53/25 54/3
SAT [15] 38/17 44/11 53/17 102/14 104/7 105/7 105/25 106/1 135/18 141/9 141/10 141/14 180/11 180/16 180/17
SAT's [1] 106/10
SATs [2] 107/14 108/9
Saudi [1] 199/25
saw [6] 31/7 31/17 143/9 156/23 177/4 217/16
say [61] 8/1 15/10 21/12 21/13 26/5 26/6 32/8 34/24 36/17 37/7 37/13 39/21 44/10 52/10 54/14 57/21 62/15 69/19 75/18 75/23 76/25 77/17 79/14 83/2 89/25 98/24 101/11 112/2 112/2 119/3 120/25 123/25 125/1 125/8 126/11 127/19 128/16 129/3 130/19 135/1 139/14 141/25 148/21 152/4 156/1 156/9 157/13 158/18 159/4 159/8 161/24 168/4 175/7 177/17 177/22 182/22 184/20 217/19 217/24 228/14 229/25
saying [13] 15/21 31/6 39/11 44/21 62/23 77/6 98/14 117/5 149/6 157/5 158/13 185/18 195/22
says [9] 12/24 47/6 97/3 140/7 146/13 159/17 182/3 216/6 234/12
scanned [1] 30/4
scenario [2] 153/15 187/1
schedule [2] 233/7 233/8
scholarly [3] 192/22 201/14 210/22
school [60] 10/23 27/18 29/5 29/9 29/22 30/7 30/16 31/2 31/7 31/17 31/22 32/6 32/11 36/15 36/19 65/17 66/12 66/14 67/1 69/4 70/14 70/25 70/25 71/7 80/25 81/3

# S

school... [1]
92/25 94/17 95/24 100/2 100/5 101/25
102/15 105/9 107/15 110/21 151/15 160/12
180/20 197/15 197/23 198/15 198/19 199/7
199/16 200/22 201/12 201/13 201/16
201/23 202/2 202/3 202/4 215/25 220/3
229/4
schooling [1] 204/7
schools [26] 17/25 23/10 28/20 41/25
68/17 70/12 70/18 70/19 71/6 71/10 71/11
81/7 92/16 92/16 92/17 92/19 93/16 93/18
94/14 101/3 101/20 192/17 205/11 218/17
219/21 229/5
science [2] 5/4 198/16
sciences [3] 4/19 4/21 4/24
score [14] 28/16 35/20 38/19 39/24 40/11
40/16 41/6 44/11 106/9 135/17 141/10
141/10 180/17 218/8
scored [1] 27/21
scores [10] 35/4 38/17 40/6 40/8 104/7
105/25 106/1 141/14 180/12 209/24
scoring [2] 27/3 93/4 93/5
screen [11] 8/9 8/20 8/21 8/22 12/20
35/25 36/2 104/17 107/7 171/23 190/12
seated [3] 3/3 3/3 116/10
seats [4] 47/7 161/15 161/25 201/12
second [10] 46/14 52/17 96/14 145/11
173/20 189/8 193/11 197/20 199/15 201/14
seconds [1] 143/13
Secretary [2] 203/11 207/6
section [3] 183/16 230/12 230/15
security [7] 169/12 192/23 196/21 202/21
204/6 205/25 209/16
see [58] 3/25 9/3 9/11 12/6 12/12 12/20
13/5 14/1 34/8 34/14 34/23 35/5 35/21
44/11 45/7 74/17 80/16 83/4 95/20 97/24
102/2 102/6 104/2 104/3 104/24 117/9
117/10 120/1 131/8 134/23 141/14 152/21
159/19 161/23 163/25 164/1 164/13 166/16
174/14 174/23 175/3 179/13 179/19 183/15
183/21 189/10 193/20 195/22 203/15
214/11 214/13 215/2 215/4 218/10 221/7
223/8 228/12 233/4
seeing [4] 129/14 156/23 157/2 193/9
seek [1] 114/12
seeking [3] 71/7 76/9 99/1
seeks [1] 75/4
seems [2] 54/5 185/19
seen [2] 186/1 227/25
segregation [2] 84/5 111/7
selection [1] 90/7
selective [7] 68/21 69/3 71/10 86/23
89/2 89/4 89/5
self [4] 56/3 56/10 56/13 227/3
self-assessments [1] 227/3
self-reported [3] 56/3 56/10 56/13
seminars [2] 70/7 206/25
Senate [1] 196/15
Senator [4] 66/17 66/18 66/19 67/7
send [1] 226/23
sending [2] 109/20 109/21
senior [5] 66/7 195/5 206/16 207/23
209/4
sense [8] 30/10 82/6 84/25 99/2 103/13
123/10 123/11 161/10
senses [1] 123/14
sent [2] 200/3 204/22
separate [1] 148/19
separately [3] 137/22 140/16 146/20
September [4] 1/7 2/2 145/10 236/12
September 17 [1] 145/10
sequence [1] 201/21
sequestration [1] 144/15
series [3] 87/4 131/17 139/6
serious [2] 187/24 189/15
serve [5] 89/18 175/5 175/15 177/16
192/14
served [4] 194/4 200/12 202/9 227/11
serves [1] 192/2
service [23] 79/3 81/25 88/9 108/25
120/19 120/22 121/15 168/18 171/1 195/5
195/6 195/9 195/18 210/18 216/11 217/14
218/13 219/2 219/20 228/7 228/11 228/17
229/2
service-oriented [1] 218/13
services [18] 195/8 196/19 196/10 196/25
197/10 199/2 208/8 215/15 220/12 222/18
222/20 222/22 224/9 227/12 227/18 228/16
230/3 230/4

serving [1] 216/25
SES [1] 150/14
set [9] 8/15 84/... 86/14 106/17 110/6 172/25 213/5
sets [3] 96/10 213/4 224/16
setting [3] 43/16 127/2 227/24
settings [1] 213/8
seven [2] 53/24 205/13
several [4] 29/4 207/9 211/25 230/5
severely [1] 91/4
SFFA [3] 66/1 167/20 168/1
SFFA's [1] 167/16
share [40] 94/9 98/12 100/3 101/9 113/22
150/18 150/25 151/5 151/22 151/24 152/9
152/25 153/4 153/17 153/21 153/25 159/19
160/1 160/4 162/24 163/3 163/5 163/15
163/18 163/21 163/23 164/3 166/17 166/21
166/23 177/18 177/20 178/10 178/24 186/9
186/22 187/6 207/6 218/10 219/8
shared [3] 215/12 216/14 217/1
shares [1] 166/25
shaved [1] 216/2
she [4] 192/6 213/25 222/15 222/19
she's [2] 64/6 139/21
Sherwood [2] 219/11 220/7
shift [2] 4/23 153/23
shifted [2] 205/19 221/3
ship [2] 227/9 227/19
shipping [1] 199/13
ships [1] 227/11
short [3] 88/12 229/22 229/23
shortage [1] 229/17
shorter [1] 209/21
shortfalls [2] 90/25 228/19
shot [2] 207/16 214/9
should [24] 13/18 16/14 37/13 49/14
91/17 98/13 109/21 128/24 129/9 130/13
130/17 131/1 131/11 131/16 147/23 166/5
167/13 183/5 183/24 204/17 205/1 210/9
213/8 222/20
shouldn't [5] 63/9 188/19 220/18 221/24
230/23
show [10] 94/13 184/13 193/18 215/17
216/17 225/3 227/13 227/13 227/19 229/20
showed [2] 18/20 180/4
showing [4] 55/12 216/22 222/8 227/23
shown [7] 68/9 102/18 104/17 107/6
160/17 162/24 187/14
shows [4] 40/24 116/24 146/13 162/21
shrinks [1] 54/3
sibling [1] 94/23
siblings [1] 82/3
sic [1] 139/24
side [3] 31/15 199/20 210/22
sides [4] 64/11 188/21 211/6 232/18
signals [1] 10/17
significance [2] 79/18 105/11
significant [14] 37/10 37/11 41/23 42/10
56/25 57/2 81/5 104/15 105/5 106/10
110/17 178/2 223/18 224/1
similar [3] 18/16 18/20 19/1 74/12 152/5
similarities [2] 89/13 89/20
simple [1] 48/18
simply [2] 93/22 151/10
simulate [4] 96/6 114/2 161/11 181/22
Simulated [1] 150/21
simulation [105] 96/13 97/24 98/13 98/13
98/17 99/20 99/22 99/22 99/23 100/9
100/13 100/22 101/7 101/8 101/19 102/1
102/2 102/15 103/3 103/5 103/6 103/8
103/7 103/16 103/23 104/1 104/2 104/10
104/13 104/19 105/1 106/12 106/13 106/14
106/15 107/6 107/20 108/2 109/15 112/3
134/14 140/2 140/6 140/10 140/13 140/22
141/5 141/22 147/13 147/14 147/15 150/9
150/12 150/14 150/22 150/24 151/16
151/21 152/3 152/5 152/6 152/9 152/12
152/16 152/22 152/24 153/6 153/6 153/11
157/11 157/12 158/19 158/23 159/15 159/19
159/6 159/17 159/20 159/21 160/1 160/11
160/11 160/17 161/15 162/5 162/7 162/10
162/21 163/11 164/15 164/18 165/1 165/16
165/19 165/21 166/1 166/14 166/14 173/8
178/19 178/23 179/9 179/19 180/11 188/3
Simulation 1 [1] 140/2
Simulation 2 [10] 98/17 99/22 150/12
150/14 150/21 151/21 152/6 152/16 152/24
153/6
Simulation 3 [8] 99/20 99/23 101/7 152/3
152/5 152/9 152/23 153/6

Simulation 4 [1] 100/9
Simulation 5 [1] 100/13
Simulation 6 [2] 101/8 103/6
103/7 171/11 158/19 158/23 159/1 159/5
159/17 159/21
Simulation 7 [6] 103/6 104/2 160/11
161/15 162/20 165/1
Simulation 8 [4] 165/16 165/21 166/1
166/16
Simulation 9 [5] 106/13 106/15 173/8
178/19 179/9
Simulation Number 1 [1] 147/13
simulations [99] 60/5 60/9 60/13 60/21
61/14 74/17 95/5 95/14 95/19 96/9 96/19
97/1 97/5 97/7 97/8 97/17 98/12 98/14
98/15 100/18 100/23 101/16 101/18 102/23
104/15 104/21 107/5 108/12 109/3 109/5
110/6 110/9 110/16 111/9 111/20 113/18
113/21 114/4 114/15 114/19 115/4 115/11
133/3 133/5 133/7 133/9 133/24 134/2
134/8 134/12 134/18 135/11 135/14 135/20
135/23 136/3 136/6 136/9 136/12 136/17
137/3 137/5 137/8 137/11 137/14 137/17
137/22 138/6 139/11 139/14 140/4 140/22
142/4 145/22 146/22 147/6 150/3 150/7
151/10 151/19 152/4 153/16 154/1 154/3
154/9 155/21 156/13 157/3 158/15 158/16
159/6 159/14 165/15 181/4 182/18 185/7
186/16 187/18 188/9
since [9] 6/11 46/4 115/22 127/12 127/25
156/7 184/11 220/22 232/13
single [6] 112/15 112/19 112/24 113/3
142/15 187/10
single-parent [4] 112/15 112/19 112/24
142/15
sinologists [1] 203/20
six [17] 13/10 20/14 33/1 43/3 50/23
51/21 55/24 63/7 64/20 64/21 116/13
117/9 122/11 130/9 170/8 190/1 190/2
sitting [1] 128/18
situation [1] 189/14
situations [2] 213/12 213/13
six [8] 74/22 197/24 199/9 200/16 204/13
205/13 206/3 227/20
six-month [2] 197/24 200/16
size [20] 54/3 80/14 97/9 99/17 102/4
103/24 103/25 104/9 107/16 114/5 165/3
165/6 165/6 165/11 165/12 165/17 165/20
165/22 166/3 166/9
sizes [2] 60/10 99/15
skill [1] 224/16
skills [16] 10/9 22/21 23/11 23/12 23/17
23/17 26/8 35/12 36/12 118/24 154/21
198/1 205/11 216/24 217/5 226/22
skimmed [1] 59/23
skipping [1] 93/25
slate [2] 28/11 38/25
slating [5] 52/3 52/25 53/2 53/3 53/4
sleeping [1] 216/4
slide [61] 17/5 18/13 33/9 40/5 46/7
80/3 93/25 102/3 112/13 123/17 123/23
123/23 132/13 140/4 142/5 142/7 147/12
155/6 155/18 157/11 158/6 159/16 159/23
160/10 160/17 162/19 162/21 162/24
163/10 164/25 165/2 165/8 168/12 168/13
171/19 171/24 171/25 172/2 172/3 172/6
172/20 172/22 172/24 173/7 173/8 173/15
175/17 178/17 179/8 180/7 180/11 180/23
182/1 182/21 183/1 186/17 186/21 186/23
186/25 186/25 187/3
Slide 12 [1] 172/22
Slide 13 [1] 168/12
Slide 14 [2] 171/24 172/20
Slide 18 [1] 142/7
Slide 19 [1] 155/6
Slide 20 [2] 157/11 158/6
Slide 21 [1] 159/16
Slide 22 [2] 160/10 160/17
Slide 23 [2] 162/19 162/21
Slide 24 [1] 163/10
Slide 25 [2] 173/7 175/17
Slide 26 [1] 178/17
Slide 27 [6] 179/8 180/7 180/11 186/21
186/23 187/3
Slide 28 [1] 147/12
Slide 32 [1] 180/23
Slide 34 [1] 182/21
Slide 35 [1] 182/1
Slide 8 [1] 123/23
slides [6] 68/5 147/18 179/16 233/12

**S**

slides... [2] 31/12 31/22
slight [1] 81/15
slightly [5] 52/1 120/3 127/21 179/14 179/20
sliver [1] 37/7
slots [2] 114/24 160/18
small [8] 14/20 14/22 15/3 81/10 158/7 158/11 158/20 158/21
smaller [5] 88/22 107/18 153/19 159/21 165/15
smallest [4] 99/16 104/21 150/15 153/9
smart [5] 22/17 22/20 23/1 23/3 23/11
Sniderman [1] 86/8
so [415]
social [5] 4/20 23/11 23/17 91/12 91/18
socially [2] 28/19 28/22
society [10] 67/22 105/20 106/5 138/12 202/22 220/2 220/12 220/14 220/15 221/23
socioeconomic [86] 31/8 31/18 54/14 54/20 56/5 69/6 70/17 71/2 71/9 79/8 79/14 79/25 82/13 82/19 83/20 83/22 83/23 84/6 84/7 84/9 84/10 84/15 84/20 84/25 85/16 85/19 85/21 86/24 87/5 97/3 97/9 98/18 98/22 99/1 99/8 99/14 99/23 99/24 100/5 100/24 101/17 102/4 102/9 102/18 102/21 102/25 103/20 104/5 104/9 104/14 105/1 105/12 105/13 105/21 106/7 107/11 107/17 107/18 107/21 108/7 108/21 112/1 113/15 115/11 137/9 142/4 142/23 143/7 145/16 146/6 150/4 150/14 151/11 153/1 153/16 157/12 159/22 162/6 162/13 162/16 162/22 163/8 163/12 164/2 179/10 186/15
socioeconomically [15] 54/7 54/9 68/13 68/16 80/24 93/18 94/8 94/17 94/20 105/17 105/25 106/2 113/25 160/20 180/15
soldiers [1] 229/23
solely [2] 138/7 186/19
solution [1] 222/4
some [67] 5/13 5/24 6/6 7/3 7/17 16/20 19/18 19/20 20/6 20/15 21/7 21/13 22/17 22/20 26/14 27/13 27/23 38/6 39/14 39/16 40/9 43/21 48/18 49/9 53/17 59/17 62/22 67/22 68/2 68/5 68/21 72/12 73/21 75/18 76/6 76/8 77/17 79/24 80/23 85/15 89/13 91/14 100/6 100/25 102/7 105/9 117/24 119/24 123/7 123/8 124/17 126/12 134/8 135/3 135/10 136/1 157/20 169/1 174/8 195/9 206/21 214/25 225/17 228/13 232/22 232/23 232/24
somebody [4] 213/19 213/20 215/4 227/16
somehow [1] 218/1
someone [7] 35/2 171/17 173/3 174/7 174/11 174/13 234/12
something [31] 9/25 19/21 21/14 21/17 30/14 31/11 35/17 36/9 36/10 36/13 44/1 55/15 55/15 77/4 105/15 111/23 112/20 114/15 146/25 162/9 166/4 178/1 185/16 185/20 193/16 208/4 214/23 218/14 226/19 227/20 234/11
sometimes [4] 22/25 102/25 139/4 223/21
somewhat [2] 83/18 89/2
sophisticated [2] 111/24 113/9
sophomore [1] 4/11
sorry [38] 8/18 8/24 9/20 12/1 12/24 12/24 13/1 13/2 14/1 14/3 14/23 15/18 32/8 36/17 42/24 47/9 52/10 57/21 116/16 116/18 118/3 118/5 120/5 128/14 131/14 134/23 140/12 145/25 149/14 158/9 159/4 167/2 170/20 171/11 186/17 189/15 189/25
sort [5] 39/11 39/11 42/25 95/22 222/6
sorts [8] 50/11 86/13 87/5 199/14 202/21 210/11 221/6 229/3
soul [1] 212/24
sounds [6] 6/24 7/2 11/12 30/9 33/4 142/20
sources [3] 91/23 92/1 228/13
South [4] 199/1 199/1 224/24 225/5
spark [1] 8/2
speak [2] 167/20 225/18
speaking [5] 65/5 96/2 96/10 97/1 102/6 148/10 148/11 230/6
speaks [1] 92/3
special [15] 99/5 112/20 125/4 200/3 207/22 207/25 208/4 208/7 208/9 208/12 208/17 208/20 209/3 217/3 225/20
specific [4] 17/2 142/4 146/23 147/6
specifically [10] 23/6 35/18 36/9 36/10

36/13 121/14 127/22 129/7 173/15 177/7
spectrum [1] 112/11
speed [1] 113/13
spelled [1] 65/3
spelling [1] 190/6
spend [3] 108/21 182/11 194/11
spent [3] 67/9 132/3 219/2
spite [2] 223/25 224/2
spoke [1] 233/23
spoken [2] 70/7 70/9
sponsor [1] 206/19
sport [3] 155/9 155/9 155/15
sports [9] 100/14 100/14 100/14 100/19 154/7 155/5 156/14 156/25 157/7
spots [3] 160/19 161/8 161/21
spreadsheets [1] 74/22
spring [3] 196/19 203/13 210/1
squadron [1] 225/9
staff [2] 200/23 205/10
staffed [1] 91/2
staffers [1] 195/17
stamps [1] 31/23
stand [10] 63/10 85/8 115/23 115/25 188/21 204/21 230/24 230/25 231/4 234/21
standard [5] 81/9 164/15 164/16 164/18 215/6
standardized [2] 141/10 141/17
standards [13] 5/6 14/25 213/5 214/7 214/16 215/18 217/2 217/7 217/11 217/12 217/25 219/8 230/2
standing [1] 205/5
Stanford [1] 86/8
stark [1] 110/1
start [14] 12/25 13/2 78/4 97/17 115/19 133/6 183/19 190/22 212/22 216/3 217/7 217/9 230/21 234/22
started [3] 115/16 206/17 208/10
starting [5] 66/4 79/20 116/17 126/8 164/10
starts [2] 215/3 215/24
state [4] 64/25 186/6 228/15 228/15
stated [5] 50/18 77/20 126/15 156/21 177/14
statement [7] 26/19 30/4 32/2 41/19 44/20 50/6 222/17
statements [6] 30/5 114/9 221/1 223/7 223/10 229/1
states [15] 1/1 1/6 78/25 83/10 87/1 137/12 187/19 188/10 200/6 206/11 206/22 216/7 226/5 236/5 236/11
stating [1] 190/5
stationed [1] 204/17
statistical [6] 26/15 26/19 26/21 26/24 27/6 95/12
statistics [11] 11/20 16/4 16/8 18/19 83/9 187/23
status [48] 31/8 31/18 54/15 54/20 56/5 70/17 71/7 79/25 84/7 98/3 99/23 99/24 102/13 102/16 105/6 107/12 108/15 108/18 113/15 122/20 130/18 137/20 139/14 142/11 142/24 143/7 145/16 146/15 150/15 150/18 152/10 153/1 153/25 160/2 181/20 188/5 193/25 194/14 195/23 196/2 196/9 202/6 203/14 206/23 207/10 210/9 228/18 229/17
statute [1] 117/5
statutory [4] 121/24 165/24 166/7 166/10
stays [2] 103/25 114/17
STEM [7] 53/8 53/10 53/14 135/14 135/16 135/19 135/19
stenographically [1] 236/8
stenographically-reported [1] 236/8
stenotype [1] 1/24
step [9] 63/8 80/2 97/19 98/16 100/24 119/24 151/9 189/17 215/24
steps [7] 97/17 98/11 99/19 100/6 100/23 110/13 113/6
stereotyping [1] 86/21
stickering [1] 234/2
stickers [1] 217/22
still [24] 16/2 26/10 47/3 102/8 103/18 105/9 106/5 108/10 116/12 119/25 153/17 158/11 158/17 163/15 163/18 165/1 165/24 166/4 166/10 166/18 179/9 179/24 223/24 227/21
stipulated [1] 73/5
stone [1] 122/8
stood [1] 208/12
stop [5] 66/25 85/6 115/18 115/18 206/6
Storm [1] 199/23

strategic [7] 201/19 202/9 202/12 203/9 206/13 207/12 220/21
strategies [13] 63/13 69/14 72/13 72/20 74/11 78/22 79/6 87/4 87/7 87/15 88/13 88/14 95/21 98/1 98/5 108/14 108/18 115/10 196/15
strategist [2] 207/23 208/14
strategize [1] 225/14
strategy [4] 75/1 106/22 113/22 203/7
STRAWBRIDGE [20] 1/13 2/8 63/23 65/10 76/13 80/7 85/13 89/6 115/15 116/11 116/19 117/1 123/16 124/15 144/23 180/25 188/14 189/6 231/2 232/20
streams [1] 206/4
Street [1] 195/19
strength [9] 27/18 61/10 193/21 193/23 194/9 195/3 209/9 226/24 228/19
strengthens [1] 84/18
strengths [2] 22/14 23/4
strenuous [1] 217/5
stress [1] 213/11
stretch [1] 209/23
stretching [1] 221/14
stricken [1] 9/25
Strike [1] 184/24
strikingly [1] 82/19
stripped [1] 226/21
strivers [1] 69/1
strong [15] 34/10 34/12 34/19 34/24 35/3 35/7 35/11 39/5 85/1 102/12 104/6 105/7 107/13 108/9 130/21
stronger [5] 19/6 19/8 25/14 51/13 108/7
strongly [2] 85/25 158/14
struck [1] 69/8
structural [4] 114/6 165/14 166/13 166/17
structure [1] 201/20
student [19] 1/21 13/14 14/6 70/25 81/13 84/17 92/11 92/13 94/19 96/3 101/22 105/22 106/1 111/21 112/1 129/4 146/12 146/16 148/22
student's [4] 58/23 83/22 84/1 111/15
students [140] 1/3 4/10 4/15 5/8 11/20 13/14 14/6 31/8 31/19 38/1 40/7 42/11 42/17 47/17 47/19 47/20 47/20 48/2 48/3 48/9 48/9 48/10 48/14 48/22 49/15 49/17 54/11 57/15 58/11 58/19 59/21 65/22 67/25 68/14 71/2 71/13 71/14 71/20 74/25 80/15 80/20 80/20 80/20 80/21 80/24 81/4 81/6 81/7 81/20 82/16 82/17 82/21 82/24 83/4 83/7 83/16 84/6 84/25 87/23 88/18 89/3 90/2 90/3 90/7 91/11 92/8 92/14 92/19 93/3 93/5 93/12 93/17 93/19 94/8 94/21 94/24 96/21 96/22 96/24 98/2 99/4 99/12 100/2 100/4 101/3 101/4 101/5 101/19 101/21 101/24 102/5 102/7 102/10 102/13 103/11 103/16 103/21 104/4 104/12 104/14 104/25 105/2 105/18 106/8 107/9 108/8 108/23 111/1 112/6 112/15 112/18 130/21 137/23 138/1 138/6 138/18 139/4 139/10 139/16 139/22 140/17 140/19 148/24 148/25 149/8 151/13 154/13 160/20 161/19 162/1 162/7 174/17 175/1 175/4 175/9 178/10 183/6 183/14 229/4 229/5
studied [5] 77/4 77/7 95/18 125/12 219/23
studies [13] 127/3 127/12 127/22 127/25 128/2 128/6 128/7 128/18 128/11 227/23 227/25 228/2 230/17
study [14] 5/5 6/2 86/7 86/11 87/2 87/13 127/6 127/9 128/9 200/25 201/16 201/24 216/23 220/4
studying [7] 4/2 4/4 182/11 199/10 201/15 214/25 219/22
stuff [1] 59/10
subbullet [1] 175/17
subgroup [1] 42/19
subgrouping [1] 219/1
subject [3] 68/25 73/24 131/23
submit [1] 29/4
submitted [6] 72/2 72/3 134/5 165/18 171/9 171/13
subordinate [1] 222/25
subsequent [5] 98/15 100/18 101/16 158/15 158/16
subset [4] 14/15 16/20 16/22 89/16
subsets [1] 28/13
subsidized [1] 81/8
substantial [7] 42/16 43/7 43/20 80/21 115/6 162/5 174/3

**258**

**S**
substantial [2] 3/9 3/10
substantive [1] 17/10
subsumed [1] 55/11
subterfuge [2] 62/6 62/12
succeed [2] 212/18 224/17
success [7] 23/13 58/1 76/3 184/7 213/24 222/10 223/18
successful [4] 76/4 87/14 184/18 185/17
successfully [2] 86/23 89/1
such [10] 31/13 31/14 44/14 59/3 87/4 119/20 120/9 138/16 183/25 228/2
sufficient [4] 76/1 119/9 119/15 228/11
suggest [1] 146/14
suggested [3] 16/14 177/4 185/14
suggesting [2] 61/21 94/20
suggestion [11] 165/2 165/10 165/19 167/3 168/9 180/25 181/4 181/12 182/19 185/3 185/10
suggestions [1] 156/17
suggests [5] 40/5 90/15 99/3 112/16 113/9
sum [1] 83/12
summarize [2] 95/22 221/12
summarizing [1] 190/16
summary [2] 145/3 190/14
summer [1] 205/7
superimpose [1] 216/10
superior [1] 74/14
support [12] 85/4 92/1 95/1 120/2 130/21 196/19 199/17 199/18 199/20 205/24 206/1 225/6
supported [5] 91/3 105/15 199/19 203/10 203/11
supporter [1] 83/20
supporting [1] 225/22
supportive [2] 129/3 216/13
suppose [2] 6/9 56/10
supposed [1] 143/16
Supreme [3] 69/7 71/17 169/6
sure [28] 10/13 29/7 39/19 40/2 44/23 55/1 62/20 64/12 75/8 78/7 116/5 117/5 120/11 125/7 129/15 141/7 143/9 144/21 153/12 190/20 210/10 214/14 232/10 232/11 232/23 233/18 234/8 234/14
surely [1] 35/2
surety [1] 213/18
surprise [2] 220/18 221/25
surprising [3] 82/18 84/5 130/20
survey [6] 86/17 128/3 130/25 131/10 131/13 131/15
suspect [2] 13/17 49/6
sustain [1] 224/2
sustained [4] 62/21 229/13 229/14 229/14
sustaining [1] 198/17
swear [1] 20/23
sweatshirts [1] 217/23
switch [4] 4/16 4/18
sworn [2] 64/24 190/4
symbol [1] 215/17
synopsis [1] 66/4
system [5] 68/11 96/15 110/21 177/11 206/10
systemic [1] 30/5
Systems [1] 205/22

**T**
table [8] 40/19 40/24 80/13 80/16 132/17 132/20 150/11 180/7
tables [1] 153/15
tactical [1] 201/17 224/10 225/2
tactually [1] 223/23
take [58] 8/3 8/4 15/17 18/12 21/3 22/4 32/25 33/8 35/22 39/20 41/21 42/24 44/22 44/25 47/14 54/23 55/23 57/5 63/21 64/2 93/12 93/20 100/6 110/14 115/21 116/6 117/2 124/14 125/24 126/20 127/1 129/23 130/3 131/20 132/1 132/8 133/21 133/23 134/2 139/9 139/16 147/4 152/8 156/8 161/1 172/23 184/8 184/23 188/17 188/24 189/1 195/6 207/14 222/15 224/13 232/16 233/10 233/21
taken [4] 54/15 85/11 93/14 189/4
takes [5] 55/14 68/24 96/2 201/1 209/12
taking [4] 43/10 47/17 62/2 94/22
talent [1] 93/2
talented [2] 38/2 232/17
Taliban [1] 225/24
talk [22] 43/15 46/4 90/24 99/7 100/21 102/17 103/2 105/11 106/12 115/23 133/5 140/2 140/5 142/1 147/22 167/3 173/14 175/18 176/4 180/22 218/15 223/24
talked [5] 100/4 150/11 141/10 155/5 158/1 165/6 189/24 183/1 204/7 224/24
talking [17] 59/7 128/4 129/7 137/2 153/5 158/10 165/1 173/15 177/7 191/21 193/12 203/19 207/9 225/2 227/4 228/13 228/16
talks [2] 160/10 172/6
tank [10] 65/15 67/7 67/8 67/10 192/21 195/18 202/10 203/8 205/18 205/20
tanks [2] 202/19 209/14
task [2] 215/13 226/5
tasked [1] 204/5
taught [1] 67/2
tax [2] 194/11 209/14
teach [3] 65/18 67/1 67/25
teacher [3] 26/25 27/1 27/3
team [11] 60/22 64/12 136/15 136/20 174/20 199/24 213/3 214/20 215/9 215/11 216/10
teammates [1] 218/23
teams [2] 222/24 232/18
teamwork [1] 154/21
technical [3] 9/1 197/25 203/21
technician [1] 226/19
technologies [1] 194/23
technology [1] 125/23
tell [9] 16/5 17/1 20/23 20/25 25/11 46/2 65/13 69/18 210/8
tempered [1] 185/16
ten [1] 223/22
tend [8] 80/23 81/3 92/6 92/16 94/1 100/11 100/25 128/9
tended [2] 4/15 4/18
tension [1] 7/4
tensions [1] 6/6
tenth [1] 101/10
term [6] 24/16 24/18 25/6 25/7 43/19 52/22
terms [32] 30/7 38/3 62/1 62/5 62/11 76/15 76/16 76/18 77/12 83/6 86/4 86/12 92/23 100/17 101/8 101/14 104/7 106/9 107/14 111/10 113/1 113/10 113/15 135/19 137/8 152/24 158/24 169/21 170/9 190/18 232/20 234/7
terrorist [2] 204/3 206/4
terrorists [1] 208/22
test [5] 25/4 45/22 59/25 181/16 181/17
testified [21] 5/20 25/16 45/9 45/19 46/19 71/3 71/5 71/12 109/2 120/12 145/14 154/20 154/23 161/2 170/17 170/21 172/18 174/6 183/21 196/11 196/15
testify [4] 5/23 31/1 77/10 88/7
testifying [2] 78/14 133/16
testimony [28] 6/7 17/15 30/21 30/23 31/5 53/23 56/12 56/15 63/9 115/23 144/2 144/4 144/15 144/19 144/20 149/23 169/3 172/21 188/18 188/19 195/5 196/22 196/24 230/6 230/23 232/10 232/15 233/4
tests [1] 50/4
Texas [1] 87/11
text [4] 27/1 27/2 27/5 27/6
than [72] 19/6 19/10 28/23 30/8 30/8 30/16 38/14 40/7 41/11 42/8 44/6 44/17 45/3 52/22 54/11 55/6 70/4 74/25 81/15 82/2 83/4 83/15 84/20 88/2 88/22 89/4 92/19 93/5 96/1 98/20 100/14 101/25 102/16 102/25 103/22 105/4 105/5 105/13 106/1 107/11 108/4 108/7 108/19 109/22 110/19 111/22 113/4 115/9 123/4 123/8 125/7 125/19 128/3 130/7 132/6 151/3 153/19 160/22 162/7 182/15 187/14 207/16 215/20 216/24 217/4 218/8 218/9 218/14 218/24 223/8 223/22 233/17
thank [38] 3/13 3/16 43/25 62/17 63/3 63/5 63/8 63/11 63/18 64/1 64/14 64/20 65/4 65/8 80/11 85/5 115/13 115/15 115/20 128/4 135/8 137/16 145/8 149/15 158/5 160/22 188/12 188/13 188/16 188/18 188/22 189/11 190/1 190/8 190/9 230/19 231/5 231/6
thanks [1] 124/14 126/1 130/3 145/21
that [1237]
that's [411]
their [86] 10/9 10/11 10/12 10/14 10/16 11/14 11/15 11/17 11/18 11/19 18/3 23/13 28/16 29/5 37/11 37/19 42/3 49/16 49/16 49/17 49/23 57/1 59/7 71/10 71/11 72/14 74/23 77/6 81/23 82/1 88/17 89/18 90/19 110/7 128/9 128/23 129/10 130/14 143/2 149/16 168/1 169/15 173/4 174/7 174/11 177/5 177/16 177/25 178/3 184/1 190/18 193/3 194/1 194/11 196/10 196/21 207/23 208/16 213/15 214/6 214/7 214/13 214/17 214/17 215/10 215/10 216/2 216/7 217/22 219/8 219/13 221/4 222/25 223/22 224/19 229/23 232/20
them [33] 10/8 16/20 18/4 19/20 42/2 58/1 58/15 71/10 92/7 100/20 102/22 120/23 128/13 128/15 128/16 144/10 146/5 146/19 152/8 156/20 181/16 186/19 192/16 195/22 214/14 216/4 224/2 225/6 225/6 226/13 231/18 233/14 233/15
themes [1] 220/2
themselves [2] 89/19 215/15
then [97] 4/13 6/17 8/3 12/7 13/12 13/23 14/4 15/23 16/1 18/22 19/1 21/11 21/12 21/13 22/3 25/1 25/10 37/4 51/23 59/8 60/17 66/10 66/11 67/9 79/23 81/5 81/14 83/9 85/6 92/18 96/5 97/7 100/6 100/21 101/17 104/21 110/6 112/12 115/2 119/25 126/22 130/12 133/6 135/9 139/7 139/21 139/24 146/13 146/14 146/19 147/2 154/19 157/13 164/1 170/13 173/20 181/16 183/19 188/25 192/18 194/4 194/23 195/11 196/7 196/14 197/16 198/7 198/14 198/20 199/2 200/12 200/13 201/4 204/20 204/22 205/19 206/16 206/22 209/2 209/22 210/8 210/22 212/20 213/9 214/22 216/3 216/22 217/8 218/10 218/16 218/22 221/17 222/2 224/20 226/13 234/4 234/21
there [191] 3/5 10/5 19/2 20/19 22/17 22/20 23/10 24/5 24/24 25/4 25/9 25/21 28/2 29/19 30/11 31/11 34/23 35/2 35/5 35/21 37/3 38/6 38/13 39/8 45/7 48/13 52/20 56/8 56/19 62/21 66/23 66/24 67/9 67/17 73/4 74/1 74/10 74/12 74/14 74/15 74/22 75/18 75/18 76/7 76/9 77/17 78/25 79/15 80/23 81/11 82/9 82/20 83/3 83/16 84/11 85/18 86/4 86/25 87/13 88/19 88/21 88/21 88/24 89/12 90/13 90/21 90/23 91/5 91/8 91/25 92/2 92/5 92/13 92/18 93/8 93/11 94/3 94/11 94/15 96/10 97/7 98/24 99/10 99/15 101/17 101/21 102/22 103/14 104/20 109/16 109/22 110/13 111/22 112/12 112/7 113/6 113/23 113/23 114/20 117/11 117/24 119/11 119/13 119/16 119/18 120/7 120/12 121/17 121/20 121/21 123/9 125/18 126/5 126/6 126/11 127/18 128/5 128/8 128/11 128/11 129/2 129/5 139/6 139/7 143/1 146/2 148/5 148/6 148/9 149/2 149/4 149/19 151/15 153/3 154/15 154/15 154/24 155/19 156/3 156/21 157/24 159/12 162/12 168/7 168/20 170/18 170/22 171/7 174/19 175/3 175/7 184/12 185/18 190/13 194/16 194/20 198/7 198/14 198/18 199/5 199/10 200/5 204/1 204/2 204/4 204/12 204/16 204/25 205/17 206/8 206/16 207/9 207/13 211/24 211/25 213/11 214/20 214/25 215/9 216/20 217/19 220/1 220/17 221/1 222/17 223/9 224/17 225/6 229/5 231/12 233/11
there's [43] 9/22 10/1 21/11 21/15 22/2 31/10 31/12 35/1 36/14 36/18 38/1 38/9 73/8 73/25 77/21 81/15 84/10 85/1 93/3 94/13 94/19 97/10 100/10 101/19 108/25 111/3 112/16 116/21 134/21 138/17 146/25 149/20 150/21 153/23 156/3 174/3 180/1 183/24 201/19 213/20 229/17 233/14 233/15
therefore [2] 88/16 157/14
thereof [1] 77/12
these [92] 5/10 10/17 10/22 16/4 18/2 27/9 28/21 29/12 34/5 36/15 36/19 46/19 50/11 74/24 87/10 89/12 90/15 91/13 92/10 92/16 94/12 94/25 95/14 96/23 97/1 98/25 99/3 99/4 99/14 99/20 100/23 101/2 101/13 102/23 108/14 108/17 109/5 109/8 110/15 110/18 112/17 114/15 114/18 119/23 122/8 124/24 125/6 125/16 128/20 132/23 141/13 142/23 150/3 150/7 151/6 151/15 153/15 154/1 154/9 156/9 156/20 159/2 160/6 164/6 172/25 173/23 175/15 178/24 180/8 187/13 193/20 196/1 196/8 200/1 201/21 203/4 209/22 211/18 218/1 218/15 219/1 219/20 221/17 222/24 226/9 226/13 226/16 226/13 227/3 228/13 233/13 233/19

**T**

thesis [1] 216/4
they [131] 8/2 167/1 187/3 217/18 21/18
25/13 26/12 29/18 31/10 33/7 36/21 36/23
36/24 38/2 43/16 50/4 51/5 54/16 56/10
59/10 60/15 67/25 71/6 71/9 72/14 72/15
74/24 79/14 84/1 84/8 84/14 84/15 87/16
87/20 88/11 88/14 88/17 89/1 92/11 93/14
93/20 93/21 93/22 98/10 103/18 106/10
109/21 110/1 119/24 138/9 141/14 143/3
148/23 149/19 149/19 151/13 154/13
154/20 156/23 157/9 158/15 168/9 169/1
169/1 169/2 169/5 169/9 169/13 169/14
170/18 170/23 171/6 171/10 171/14 171/17
172/19 172/25 173/4 174/13 177/14 177/24
177/25 183/24 184/1 186/19 187/2 194/22
203/4 204/6 205/24 206/20 209/23 211/5
211/20 213/20 213/21 214/6 214/6 214/7
215/5 215/15 215/16 216/2 216/2 216/7
217/3 218/16 220/8 220/9 220/10 220/11
220/12 222/20 223/23 223/23 224/1 224/10
224/15 225/17 225/18 225/18 226/4 227/14
227/15 229/10 229/22 229/24 229/25 230/1
232/21 232/21
They'd [1] 158/17
they'll [5] 75/25 103/1 213/5 214/15
229/24
they're [35] 16/8 19/8 44/9 55/22 59/9
74/4 76/9 77/6 91/12 108/10 108/14 118/8
123/10 152/7 159/8 159/9 159/10 159/10
177/8 194/10 213/21 214/14 217/4 219/7
222/7 223/24 224/16 224/18 224/19 224/20
224/20 227/16 229/2 229/21 230/2
they've [8] 69/19 74/8 83/24 114/10
168/15 183/13 183/25 213/14
thing [17] 7/15 17/1 62/8 84/20 103/23
108/17 110/17 111/14 113/1 115/22 141/17
159/14 165/2 169/16 180/24 213/15 214/22
things [52] 4/4 10/17 19/8 21/13 26/8
31/12 38/17 40/25 41/18 50/22 53/17 59/6
59/13 72/18 75/10 86/13 87/6 90/1 99/25
103/7 103/9 111/7 122/19 128/2 135/3
136/2 147/22 150/1 154/22 157/25 167/8
167/11 168/5 183/23 192/1 192/6 194/22
195/15 197/5 199/14 200/1 201/21 202/21
202/22 210/11 212/18 216/9 217/24 221/6
223/14 223/15 233/10
think [136] 3/5 5/18 13/19 15/6 15/20
17/23 20/18 20/18 21/18 21/18 28/9 30/2
30/8 35/1 36/11 43/20 50/10 61/25 62/3
62/4 62/10 63/1 63/2 65/15 67/7 67/8
67/10 73/1 73/4 73/8 74/22 76/18 77/16
78/3 88/7 89/13 89/20 89/25 90/11 90/13
92/25 102/19 102/23 103/9 103/12 108/14
109/2 109/7 110/9 110/17 112/5 112/12
112/25 114/20 117/24 118/14 119/4 119/13
119/22 121/20 122/8 122/17 123/5 125/1
125/8 125/10 126/11 127/10 130/17 131/15
131/18 133/17 144/21 144/24 144/24 148/5
149/9 149/18 151/12 152/21 153/24 154/15
154/23 156/3 157/20 158/11 159/9 159/13
159/14 164/14 165/13 166/5 166/12 167/10
168/7 169/12 170/13 172/2 180/15 181/14
185/15 186/12 187/9 188/20 189/5 190/19
192/21 195/18 195/25 202/10 202/19
202/23 203/8 205/18 205/20 209/13 210/7
220/8 222/2 222/19 224/18 229/11 229/13
229/25 231/9 232/1 232/5 232/5 232/8
232/9 232/14 232/21 233/7 233/13 233/15
233/24
thinking [5] 66/15 132/4 171/25 185/17
223/9
third [2] 46/17 156/7
this [329]
This'll [1] 154/4
THOMAS [6] 1/15 1/25 126/1 144/6 236/4
236/16
those [103] 11/10 14/20 17/25 18/7 19/18
20/3 20/6 20/15 21/7 21/7 26/8 30/5
36/25 41/24 41/25 44/2 44/13 47/2 47/24
49/13 50/5 50/22 53/25 54/11 55/11 57/16
58/2 58/11 58/18 62/21 70/17 71/2 72/2
72/3 74/2 75/10 77/19 79/6 79/15 81/3
81/7 82/7 82/25 83/14 83/15 85/23 86/13
87/5 89/20 92/19 93/18 93/22 94/15 98/19
98/22 99/25 100/5 120/1 121/11 121/18
121/14 125/10 126/14 128/23 128/24 135/5
137/5 138/6 138/7 138/9 142/17 150/22
151/13 152/16 154/22 155/22 156/11 156/18
157/4 158/14 160/21 161/12 162/8 164/12

167/11 178/5 183/23 184/17 188/5 204/8
206/24 207/2 208/24 209/24 211/20 212/1
220/23 222/20 228/13 229/9 230/6 230/9
230/16
though [14] 37/13 101/13 106/10 128/5
136/17 148/1 155/18 162/4 163/19 178/10
181/5 186/18 187/21 213/14
thought [18] 6/11 7/12 7/19 7/23 8/14
9/5 10/18 10/21 12/22 14/10 15/13 30/14
59/7 112/23 131/19 149/19 207/13 213/14
thoughtful [1] 69/24
thoughts [2] 216/18 232/17
thousand [1] 93/13
threat [3] 206/3 206/11 225/7
threats [1] 196/3
three [16] 46/19 71/5 81/3 87/13 87/13
87/18 96/16 140/4 141/15 158/10 158/18
158/18 194/20 200/5 200/14 206/9
through [39] 13/22 21/5 23/22 23/23
32/24 39/23 44/25 47/19 48/4 48/7 48/14
48/20 57/15 67/14 68/5 68/18 70/14 78/15
78/25 87/4 91/12 97/11 106/7 146/5
146/18 151/18 159/1 159/5 183/22 184/16
190/12 195/4 195/12 196/7 213/6 213/15
214/24 219/20 220/4
throughout [6] 126/2 134/18 195/7 215/22
218/17 218/18
Thursday [2] 116/25 232/13
till [1] 231/16
time [48] 3/5 6/14 7/7 30/2 32/8 36/17
37/16 44/15 53/5 63/6 72/15 72/23 79/4
87/16 88/12 116/2 118/24 132/3 154/21
165/15 179/13 179/19 182/11 188/23
198/17 198/25 200/9 200/20 202/14 202/25
204/2 204/25 205/5 207/11 208/21 209/20
210/17 210/25 211/21 219/3 219/16 220/20
227/2 228/25 232/16 233/10 233/17 233/21
time-consuming [1] 233/17
times [7] 5/5 70/1 83/16 104/23 211/25
223/22 224/20
timestamps [1] 126/6
tip [1] 20/12
tired [1] 116/24
title [1] 208/2
titled [1] 121/4
today [15] 65/20 68/6 92/2 97/11 98/12
105/21 106/13 114/4 123/16 125/22 127/17
143/13 179/15 185/8 211/19
together [13] 4/10 37/16 66/9 68/15
69/11 85/4 94/11 158/10 194/6 209/20
212/21 215/13 216/12
told [6] 155/1 174/2 176/18 195/15
208/11 212/2
tomorrow [5] 230/21 230/25 231/4 231/8
234/22
tone [1] 213/4
too [5] 12/24 37/19 105/17 170/19 186/1
took [6] 44/3 98/11 100/23 119/24 207/16
209/19
tool [1] 70/24
tools [1] 206/23
top [6] 22/23 22/25 59/16 70/4 70/7
155/17 202/3
topic [8] 22/23 22/25 59/16 70/4 70/7
72/24 129/2 203/24
topics [1] 207/2
total [2] 73/23 97/10
totally [1] 233/5
tough [1] 206/21
tour [1] 204/1
toward [1] 199/23
towards [2] 4/20 4/24
TRACEY [1] 1/22
Trachtenberg [1] 65/17
track [1] 155/11
tradeoffs [1] 162/12
train [3] 184/17 194/24 200/18
trained [2] 212/20 213/14
trainers [1] 205/10
training [13] 58/7 103/12 192/17 200/3
200/4 205/12 215/19 216/1 216/12 216/21
218/18 224/15 226/9
traits [1] 218/3
transatlantic [1] 200/10
transcript [23] 8/3 8/5 8/12 8/23 8/23
9/3 12/8 13/3 13/21 15/18 21/3 26/22
44/24 144/13 145/10 147/4 160/24 161/6
161/23 183/9 184/9 236/8 236/9
transcription [1] 1/24
transcripts [11] 143/14 144/3 144/5

144/20 145/13 149/22 161/1 161/18 183/12
184/6 184/21
transformational [1] 46/11
transitioned [1] 68/22
transitioning [2] 68/11 69/6
translates [2] 5/8 114/24
transport [1] 198/10
transportation [5] 89/8 170/7 198/4
198/10 199/8
treat [3] 138/25 221/25 222/4
treated [2] 217/25 221/24
treating [2] 42/2 43/15
trial [25] 1/3 1/9 8/7 8/8 15/18 126/2
143/10 144/5 144/12 145/10 145/11 145/13
149/22 160/24 161/1 161/18 170/17 170/21
172/18 183/9 183/11 184/5 188/19 231/21
232/3
trickier [1] 35/1
tried [2] 105/24 186/12
troops [1] 214/14
trucking [1] 199/14
true [19] 6/17 13/19 49/19 77/16 77/22
83/25 94/10 99/2 102/14 113/1 126/11
126/16 128/3 128/23 130/12 138/15 152/7
222/17 236/7
Truesdale [1] 223/4
truly [2] 106/11 112/9
trust [2] 23/17 215/3
trusted [1] 215/19
truth [3] 20/23 20/25 210/8
truthfulness [1] 10/12
try [14] 44/15 72/9 90/1 96/14 119/23
182/23 183/5 183/22 185/4 185/11 210/12
217/13 218/10 221/17
trying [23] 8/2 67/24 76/11 76/14 77/8
131/21 132/1 132/9 151/18 172/23 183/12
183/13 185/25 196/20 203/22 207/16
208/22 216/10 216/20 217/15 220/9
229/2
tuition [2] 89/17 108/24
tumultuous [1] 220/15
turn [9] 9/10 17/5 53/19 59/16 97/20
98/4 108/25 195/24 223/12
turned [1] 100/16
turnover [1] 200/11
tussle [1] 205/1
tweak [3] 182/24 183/4 185/4
tweaking [1] 60/17
twice [2] 200/16 204/2
two [21] 18/2 23/15 30/4 67/9 83/1 84/24
86/11 96/10 98/18 98/24 110/24 153/15
162/20 164/1 172/16 180/14 196/12 198/14
204/7 205/16 231/22
two-week [1] 231/22
two-year [1] 83/1
type [3] 70/24 108/15 205/17
types [13] 78/10 79/6 79/10 79/13 79/15
92/15 97/7 109/8 113/20 155/2 193/17
194/17 218/3
typical [3] 108/19 108/20 111/11
typically [2] 106/1 138/23

**U**

U.S [34] 66/18 76/12 81/2 93/16 138/20
139/23 151/7 160/8 164/8 164/16 164/23
169/6 170/6 180/4 187/15 191/7 192/13
193/2 193/20 193/23 193/25 194/1 194/8
196/9 197/20 199/2 204/4 204/17 206/5
208/7 220/17 229/6 229/22 229/17
U.S.C [1] 236/7
UC [3] 87/19 88/1 124/4
UCLA [4] 87/18 87/22 110/21 124/1
UCLA's [1] 123/24
Ukraine [2] 223/21 223/21
Ukrainian [1] 223/22
ultimately [7] 37/17 55/16 58/19 63/2
88/16 185/3 234/8
Unbeknownst [1] 205/5
UNC [3] 71/16 77/11 169/7
unclear [1] 151/12
uncorrelated [4] 24/16 24/24 34/5
under [22] 18/14 42/6 79/22 89/8 98/3
102/14 102/16 103/16 104/25 107/11 108/5
108/8 116/12 140/22 150/24 151/21 159/20
163/14 164/11 178/11 202/14 208/17
undercompetitive [1] 91/19
underestimating [1] 39/17
underinvested [1] 90/15
underinvests [1] 167/11

**U**

underline [1]
underline [2]   214/1, 215/3
underrepresented [15]   87/23 88/15 88/18 90/10 106/19 106/25 136/7 161/19 162/1 162/17 167/9 168/6 173/10 173/14 173/17
understaffed [1]   91/2
understand [37]   6/10 15/11 15/13 15/15 15/23 21/7 29/3 29/12 32/5 32/10 41/14 53/3 53/23 54/23 57/14 57/19 57/22 58/2 58/14 58/17 61/17 61/21 74/3 75/21 78/9 79/9 91/23 92/21 94/5 127/21 137/2 149/6 151/18 195/16 196/20 233/24 234/1
understanding [20]   8/3 32/1 39/4 39/13 52/25 57/24 75/3 91/25 106/24 146/2 146/4 146/9 146/18 165/25 182/14 191/21 203/22 229/8 232/4 234/8
understands [3]   141/7 215/11 215/18
understood [5]   10/4 31/16 48/1 48/1 142/3
undoes [1]   219/2
unevenness [1]   215/2
unfair [1]   86/6
unfairly [2]   94/6 94/7
unfairness [1]   215/2
unfolding [1]   203/16
unfortunate [1]   92/25
unfortunately [1]   189/13
uniform [1]   216/21
uniformed [1]   223/7
unifying [2]   217/21 219/2
unique [1]   193/24
unit [38]   75/10 197/6 198/4 198/8 198/22 198/24 200/4 200/4 200/6 200/7 200/8 200/10 200/14 200/15 200/21 213/3 215/7 215/7 215/17 215/21 215/23 216/11 216/15 216/17 217/1 217/2 217/15 218/12 218/20 218/22 218/25 219/4 225/9 225/9 226/1 227/17 227/19 227/24
unitary [1]   71/7
UNITED [11]   1/1 1/6 83/10 137/12 187/18 188/10 200/6 206/11 206/21 216/7 226/4 236/5 236/11
units [6]   200/18 217/18 220/4 225/8 226/7 227/10
units' [1]   224/25
universities [13]   49/15 49/22 68/22 70/24 86/23 87/3 108/20 110/4 121/19 138/11 138/22 156/22 168/25
university [24]   66/10 67/2 69/24 71/15 74/10 87/10 87/11 87/11 87/18 87/19 88/4 105/24 108/19 110/4 120/13 120/19 120/21 124/9 155/13 168/18 169/3 169/4 169/7 171/1
university's [2]   65/17 88/5
Unless [1]   91/2
unlike [1]   89/13
unlikely [1]   149/9
unobservable [13]   19/19 19/21 20/1 20/3 20/6 20/16 21/8 27/13 28/25 36/16 36/20 37/7 39/2
unobservables [7]   20/12 24/13 24/21 25/1 29/23 34/5 36/25
unobserved [5]   24/5 24/7 25/9 28/6 28/14
unpopular [2]   127/16 130/7
unpopulated [1]   220/17
Unpublished [1]   6/2
unready [1]   212/21
unrest [2]   219/13 221/8
unsurprising [1]   221/22
Untapped [1]   68/19
until [6]   63/6 79/4 88/11 188/19 188/25 232/13
unusual [14]   103/10 119/13 183/25 204/1
unworkable [3]   119/20 120/10 120/16
up [74]   8/9 22/21 26/7 34/19 35/25 36/2 46/5 55/2 65/5 68/24 72/9 74/11 82/15 89/19 95/14 101/14 109/21 111/2 112/15 112/18 112/19 123/15 123/16 125/21 125/23 126/22 129/16 131/4 132/17 134/3 140/11 140/23 141/14 142/1 146/14 147/5 150/9 150/12 152/25 153/1 153/5 153/5 153/13 153/17 156/7 157/2 159/1 159/5 159/6 165/22 166/8 169/17 171/23 183/9 188/21 191/24 197/13 199/25 200/18 202/7 204/21 204/25 208/9 208/12 209/8 215/17 216/17 216/22 225/3 227/13 227/13 227/19 230/3 230/20
update [1]   231/19
upon [6]   18/4 47/11 91/22 122/7 194/13

upper [1]   180/7
URBANA [1]   142
Urdu [1]   225/18
us [7]   16/5 17/1 104/9 112/22 144/6 160/24 206/21
use [40]   21/22 33/17 41/10 46/8 48/25 68/2 70/13 72/10 72/13 72/25 78/15 78/19 85/1 85/25 87/8 88/8 90/5 106/21 108/3 111/13 115/25 119/8 120/2 122/4 122/14 125/2 164/16 164/19 164/23 166/5 169/5 169/14 177/11 177/23 178/15 178/15 183/6 194/13 195/7 207/25
used [21]   17/15 43/19 46/8 46/11 60/12 60/13 60/18 74/18 78/23 86/2 86/23 96/7 108/15 110/21 123/15 123/21 147/2 164/19 186/2 186/25 195/16
user [2]   193/10 210/21
uses [8]   21/23 49/1 49/2 92/2 137/25 164/20 194/19 194/22
using [24]   60/1 60/9 67/12 70/3 71/19 72/15 72/20 75/4 77/19 78/24 79/1 79/5 79/8 88/11 88/13 95/20 109/11 132/25 152/18 162/21 182/2 182/9 201/24 206/24
USNA [5]   58/1 81/19 81/20 82/6 91/19
USNA's [2]   91/20 156/9
usually [2]   97/2 115/24

**V**

validity [1]   77/3
value [4]   114/25 154/20 213/7 221/1
values [1]   53/25 97/4 105/14
Van [1]   190/17
variable [10]   22/1 22/5 22/9 22/9 22/12 35/21 43/12 59/5 59/12 134/21
variables [18]   19/19 20/7 20/16 21/8 21/19 22/3 24/7 25/5 26/7 26/10 28/22 28/25 38/13 53/13 59/14 134/14 134/17 134/18
variation [2]   108/1 150/14
variations [1]   97/8
variety [9]   66/20 67/11 79/13 84/18 96/23 99/15 129/2 156/21 198/1
various [14]   79/6 80/14 95/21 101/15 114/9 135/2 138/1 168/5 181/15 193/17 196/5 196/19 201/7 207/1
varying [1]   96/23
vast [3]   20/9 148/21 196/9
verbal [2]   141/10 203/24
versions [1]   162/20
versus [2]   83/15 112/7
very [58]   14/22 14/23 30/17 37/6 48/18 63/5 63/8 63/11 63/19 64/12 74/8 81/10 81/15 86/15 93/17 94/12 97/19 101/8 113/2 113/14 115/13 116/20 125/5 126/4 127/14 129/12 130/22 131/9 132/8 132/16 143/21 143/21 144/6 146/21 152/5 153/4 174/3 183/1 188/16 188/23 189/1 204/1 206/21 208/13 216/11 216/12 216/17 218/13 219/17 219/24 219/24 220/16 222/15 224/21 224/21 230/1 232/17 234/13
viability [1]   228/5
vibrant [1]   14/22
Vice [1]   205/1
Vietnam [14]   219/14 219/19 219/23 220/4 220/22 221/8
view [15]   24/20 55/5 63/12 63/16 83/24 85/18 85/20 86/6 149/7 186/12 201/19 210/3 210/11 212/5 218/23
viewing [2]   6/6 195/11
views [3]   29/12 86/16 190/18
violated [1]   117/4
Virginia [3]   66/18 197/23 199/9
virtually [1]   152/15
visible [1]   28/3
visiting [1]   67/2
visual [1]   130/7
voice [1]   65/5
volume [1]   69/10
volumes [1]   194/15
voter [1]   78/25
voters [1]   66/9
vs [1]   1/5

**W**

W-O-O-D [1]   190/7
wait [3]   43/5 82/10 232/12
waiting [1]   200/6
walk [1]   151/18
Walker [4]   191/13 191/13 191/18 191/18

walks [1]   226/3
Wall [1]   195/19
want [26]   9/6 23/11 53/21 56/23 59/16 62/23 86/2 96/12 106/12 115/16 119/22 133/21 141/7 143/3 144/21 167/20 168/22 171/17 172/3 173/4 177/16 183/2 186/18 190/25 206/20 218/7 218/13 220/17 232/6 232/19 232/22 232/24 234/7 234/8
wanted [20]   10/8 23/18 53/20 62/20 71/8 71/8 81/18 93/20 93/21 165/15 169/9 202/15 205/2 205/17 206/4 209/8 221/16 231/7 232/12 233/6
wanting [2]   117/15 208/25
wants [1]   75/24
war [17]   200/18 200/24 200/25 201/2 201/8 201/15 201/19 206/25 208/9 219/14 219/19 219/24 220/4 220/17 220/22 230/7 230/16
warfare [2]   201/1 219/22
Warfighting [5]   201/13 201/16 201/23 202/2 202/5
warn [1]   206/7
warning [1]   206/10
warrior [1]   154/21
wars [2]   201/24 221/15
warships [2]   200/11 200/17
was [281]
Washington [9]   65/16 65/17 67/2 69/22 87/12 199/19 202/20 209/8 209/14
wasn't [11]   14/11 62/20 62/22 76/9 120/14 130/9 131/23 131/23 143/16 158/9 222/3
way [45]   14/24 21/16 25/4 31/21 39/8 39/10 39/11 44/10 45/9 45/12 45/13 45/20 52/6 68/17 81/5 82/16 83/6 89/19 95/9 113/9 131/20 135/3 138/1 138/11 138/23 138/25 139/8 146/5 151/7 159/9 160/7 164/8 180/4 181/15 185/4 187/14 195/10 201/15 206/24 210/7 214/10 214/22 222/5 232/7
ways [8]   39/9 70/15 78/14 94/3 106/11 127/15 169/10 217/24
we [166]   3/4 7/3 7/17 9/3 9/22 13/15 13/20 18/14 20/19 22/3 28/16 31/13 35/21 36/2 41/18 44/9 47/7 54/22 56/6 63/20 65/5 66/3 68/5 73/12 73/21 74/3 78/4 81/18 85/7 85/12 85/15 91/1 91/2 94/10 96/4 97/11 97/24 99/15 99/25 100/13 100/18 103/16 103/19 103/23 104/21 104/22 104/24 106/15 106/18 107/21 109/11 109/22 110/15 111/20 112/3 112/14 114/16 114/18 115/5 115/17 115/17 117/6 125/21 126/20 129/23 133/17 134/24 135/5 135/25 136/2 139/23 140/2 140/11 140/16 141/13 144/12 144/14 144/21 144/21 145/15 147/5 147/14 150/16 150/17 152/8 152/18 153/3 153/10 154/9 159/19 161/11 161/23 162/11 165/15 166/16 166/16 168/25 169/20 179/13 179/19 181/21 183/19 184/13 184/15 185/7 187/23 188/5 188/6 189/10 191/14 194/11 194/13 194/13 194/19 195/4 195/7 195/13 198/25 202/17 205/12 206/3 206/23 206/25 207/4 207/8 208/11 210/25 211/21 212/1 213/7 213/7 218/16 218/21 226/2 228/12 228/12 229/6 230/10 231/1 231/8 231/9 231/13 231/18 231/20 231/21 232/1 232/2 232/6 232/7 232/8 232/9 232/13 232/15 233/6 233/7 233/18 233/23 234/1 234/6 234/17
we'd [3]   113/15 152/19 152/21
we'll [28]   8/9 63/20 85/6 85/6 85/8 97/7 115/19 115/21 116/6 123/16 133/6 134/3 140/4 147/12 150/9 150/10 152/3 153/13 154/3 180/22 188/24 188/25 189/1 231/4 233/4 234/4 234/21 234/22
we're [35]   13/20 15/18 18/19 31/12 36/4 43/2 44/9 44/10 47/16 48/17 96/5 96/8 97/11 100/21 107/13 108/8 109/14 116/17 116/24 129/17 145/5 156/5 164/10 164/14 164/14 164/15 165/1 167/12 188/17 195/22 212/8 226/23 228/13 230/20 233/25
we've [11]   43/6 73/1 108/12 110/9 123/11 179/15 189/22 190/25 191/12 195/15 207/24
weak [8]   34/10 34/12 34/18 34/24 35/3 35/6 35/10 39/5
weaker [2]   5/9 23/1
wealth [20]   110/19 110/22 110/25 111/1 111/4 111/5 111/8 111/11 111/13 111/14

**W**

wealth... [1]
148/17 148/25 149/7 149/7 149/17 149/16 149/19
wealthier [7]   92/6 93/10 93/23 94/2
94/14 101/1 157/14
wealthy [2]   93/4 100/11
wearing [1]   217/23
wedded [1]   158/14
Wednesday [3]   232/3 232/10 232/11
week [8]   97/13 143/10 143/11 170/21
224/19 224/20 231/16 231/22
weeks [1]   169/6
weigh [2]   102/8 118/7
weighed [2]   154/17 154/24
weighing [1]   119/5
weight [3]   50/2 50/7 215/20
weights [1]   49/2
welcome [3]   3/21 64/5 189/21
welfare [1]   213/21
well [91]   14/10 18/18 22/5 23/20 32/25
34/12 35/19 37/25 39/2 39/8 55/12 55/22
56/10 57/25 59/7 60/15 62/15 67/21 72/4
72/18 75/13 75/23 76/20 78/12 79/14
82/15 84/19 89/21 89/25 91/25 92/23 97/1
98/24 99/5 101/22 107/13 108/3 109/11
119/22 125/1 126/5 126/18 127/14 128/21
129/2 129/12 130/22 131/17 131/20 133/18
134/2 148/7 152/8 152/25 153/10 154/25
156/20 163/5 164/20 169/19 170/10 170/13
172/3 173/17 177/14 178/9 178/15 180/25
181/21 191/23 192/3 192/19 194/7 195/15
200/1 202/21 203/21 213/1 214/4 215/9
215/15 221/1 226/15 229/10 229/21 232/1
232/14 232/25 233/1 233/14 233/21
well-equipped [1]   213/1
well-oiled [1]   215/9
well-recognized [1]   22/5
went [26]   15/4 15/16 16/1 23/9 24/20
66/10 66/17 67/1 67/6 67/9 78/18 97/18
101/19 101/22 101/23 101/24 153/5 178/10
192/21 197/16 198/14 199/7 200/22 206/16
207/5 207/20
were [154]   6/13 6/22 6/25 7/4 7/13 10/9
10/22 11/3 11/6 11/10 12/22 13/3 14/20
16/2 16/5 16/17 20/20 23/10 23/15 24/24
25/9 25/10 25/13 30/20 31/2 34/23 35/6
38/7 43/16 44/6 44/17 45/3 47/3 47/18
48/3 52/20 56/19 59/7 60/12 60/15 60/22
63/10 65/22 66/1 67/8 67/15 70/15 71/7
71/19 72/14 72/15 74/18 74/24 75/2 81/6
82/22 83/12 85/15 86/12 87/3 87/9 87/13
87/16 87/18 88/11 89/3 95/6 96/6 96/7
96/10 96/20 96/25 98/11 102/1 104/1
107/6 110/7 110/19 111/13 111/22 112/3
112/14 112/22 112/24 119/23 121/12
127/11 127/24 133/11 139/7 139/19 148/4
148/14 152/18 155/6 166/8 171/25 172/23
181/21 191/8 192/12 192/14 196/1 196/22
197/4 197/11 198/12 198/23 199/10 199/22
199/22 200/2 200/15 202/12 202/19 203/4
203/4 203/6 203/17 204/14 205/8 205/15
206/18 206/24 208/18 208/18 208/21
208/24 209/17 209/21 210/13 217/13
217/25 220/4 220/19 220/18 220/19 220/19
221/22 222/22 223/23 224/23 225/13 225/18
225/21 225/25 226/14 226/8 226/9 226/14
226/18 226/24 228/9 230/10
weren't [2]   55/1 112/4
what [209]   3/24 10/9 11/10 12/20 15/7
19/18 20/18 23/9 23/20 27/13 30/11 33/7
35/19 41/18 43/6 44/6 44/8 44/9 44/11
44/17 44/20 45/3 46/20 46/23 47/5 51/8
54/15 55/12 57/11 59/7 60/4 61/25 62/5
62/10 65/13 66/13 66/19 66/25 67/19
67/25 68/21 71/24 72/16 72/19 74/17
74/19 74/25 75/21 76/3 77/9 79/22 80/4
80/7 80/7 81/18 82/5 82/12 83/23 83/25
89/7 89/23 91/22 92/21 93/25 95/5 95/19
96/4 96/6 96/8 96/25 98/6 98/11 98/22
100/22 102/1 104/1 104/9 105/24 106/24
107/6 107/16 108/1 109/2 110/5 110/6
110/10 110/18 111/9 111/17 111/25 113/19
114/3 115/2 118/3 121/8 127/3 127/19
128/4 132/6 133/19 137/17 137/20 140/7
141/7 141/19 153/21 154/6 158/13 158/18
159/1 162/15 162/25 163/15 166/18 169/18
170/9 177/20 178/2 178/7 178/16 179/14
179/25 186/10 187/7 192/14 192/20 192/24
148/25 149/8 154/16 155/23 156/2 161/12
162/7 173/24 175/4 177/16 181/1 181/13

---

196/17 196/24 197/4 197/22 198/2 198/6
198/9 199/8 199/13 200/7 201/7 201/20
202/15 202/17 203/12 204/9 204/24 205/1
205/8 205/21 206/2 206/3 206/5 206/5
206/22 206/18 207/11 207/21 208/6 208/21
209/5 209/10 210/9 212/2 212/3 212/6
213/7 213/8 213/21 214/12 216/19 216/20
217/3 218/3 218/8 219/5 220/1 220/6
221/12 221/20 222/7 222/14 223/2 223/6
228/17 228/24 229/2 229/8 229/20 231/25
232/6 232/8 233/24 234/9
what's [7]   8/21 44/21 80/3 104/17 110/13
210/23 213/5
whatever [8]   27/5 98/16 120/14 192/2
192/7 215/4 234/7 234/10
when [84]   5/12 5/12 6/4 16/10 20/20
43/10 43/15 43/19 44/11 54/14 55/13 65/4
66/1 72/14 84/16 85/15 87/24 98/3 98/6
98/8 99/8 106/21 108/20 110/6 114/23
115/25 119/8 119/11 120/13 120/15 129/24
131/7 139/16 143/16 153/4 155/5 165/18
166/8 166/16 173/14 178/23 186/19 190/25
192/4 192/14 197/11 197/17 198/23 200/9
201/10 201/17 201/13 209/25 213/11
213/13 213/16 213/22 214/13 215/5 215/17
217/7 217/13 217/15 218/14 218/22 220/22
221/7 221/25 223/23 224/23 225/13 225/25
226/8 226/24 227/4 228/9 229/5 229/8
230/7 230/10 232/11 233/20 233/23 234/10
where [70]   4/7 15/8 28/16 34/9 34/23
35/6 38/7 49/5 51/5 59/8 62/21 65/18
66/12 78/25 80/25 81/7 85/6 87/1 91/19
92/19 94/6 101/23 108/23 119/14 119/18
120/1 120/7 127/18 134/21 139/6 139/14
143/2 145/15 149/4 152/17 153/15 157/12
159/16 160/17 164/20 167/23 168/13
169/20 173/9 182/2 182/22 183/16 183/21
186/22 191/6 196/19 197/13 197/15 197/24
198/12 200/2 201/6 203/6 204/10 205/7
206/1 210/7 218/10 219/18 221/15 222/2
222/19 226/17 228/14 232/1
whereas [3]   85/1 203/9 222/21
whether [56]   16/5 31/7 31/17 31/22 37/19
38/14 41/7 44/1 45/22 50/23 50/25 52/7
52/11 60/21 61/3 61/8 61/25 62/4 62/10
74/15 75/25 75/25 77/1 78/9 87/2 127/3
128/24 129/10 130/14 134/24 135/1 135/1
135/2 148/4 148/13 154/13 162/15 174/14
175/3 181/9 196/4 196/5 197/1 206/23
213/25 214/5 217/9 220/4 224/4 224/12
225/8 225/17 228/10 229/17 230/10 230/12
which [81]   17/5 22/2 23/18 26/6 38/10
47/14 50/24 55/1 55/14 56/20 57/5 65/15
66/8 67/6 67/11 68/10 68/13 68/15 68/20
69/11 70/24 72/15 74/22 74/25 78/14
79/24 79/25 82/16 86/8 88/10 90/3 91/9
92/12 92/25 93/11 96/21 97/3 99/16
105/14 106/20 110/11 110/17 113/13 113/14
114/25 115/8 123/15 123/23 125/8 127/15
132/6 132/12 145/11 147/11 147/13 150/11
150/15 152/19 152/20 153/23 157/11 158/2
163/8 165/16 166/14 166/15 173/8 175/11
190/14 195/5 198/4 198/9 198/15 198/20
200/4 201/5 205/4 206/14 215/16 220/9
233/20
while [10]   6/11 7/4 7/12 16/1 58/7 59/8
183/23 199/22 204/14 207/9
white [44]   4/9 18/15 18/20 19/5 19/10
37/10 37/11 40/7 41/23 42/2 43/16 57/1
57/1 73/8 86/9 86/11 86/16 86/21 100/12
101/1 106/3 111/9 111/11 113/5 140/22
150/25 152/9 153/17 157/14 157/17 159/19
162/24 163/15 166/17 178/24 179/13
193/15 195/25 196/1 207/3 207/9 209/22
214/5 230/10
whiter [5]   92/7 93/10 93/23 94/1 94/14
Whites [2]   5/1 19/2
who [82]   10/23 18/7 18/9 18/14 19/9
19/10 22/17 22/20 22/25 23/3 23/9 23/10
23/11 28/21 35/2 38/1 38/7 44/2 44/7 47/3
47/24 56/9 56/19 57/16 57/25 58/2 63/24
64/3 72/21 81/6 81/11 81/20 81/25 84/17
84/25 86/12 89/24 92/9 92/13 92/15 92/19
93/3 93/5 93/12 93/17 95/15 98/19 98/20
99/4 99/14 100/2 100/2 101/3 101/4 101/5
101/19 103/11 103/16 112/1 112/15 112/18
115/6 129/14 138/7 138/9 138/13 148/24
148/25 149/8 154/16 155/23 156/2 161/12
162/7 173/24 175/4 177/16 181/1 181/13

---

202/14 204/4 213/19 220/17
who's [2]   62/22 215/25
who've [2]   63/6 232/16
whole [21]   28/2 29/17 29/18 29/20 37/7
37/8 38/19 39/24 40/2 40/6 40/7 40/11
40/16 41/5 41/11 41/15 83/13 96/22 106/9
218/12 227/18
whole-person [14]   29/17 29/18 29/20
38/19 39/24 40/2 40/6 40/7 40/11 40/16
41/5 41/11 41/15 96/22
whom [2]   94/9 94/24
why [16]   6/8 13/19 85/16 85/18 109/10
115/17 157/3 165/16 170/18 170/23 210/2
210/14 214/21 216/14 216/19 229/25
wide [1]   112/16
widely [1]   204/16
wife [2]   192/2 192/3
will [41]   3/4 28/20 35/2 37/23 38/2 41/7
63/23 64/22 69/16 72/9 75/25 77/1 84/8
91/4 99/11 101/7 103/18 109/20 109/21
109/22 140/2 144/9 147/5 166/14 171/24
184/8 189/7 189/18 190/15 195/9 196/24
209/14 211/5 211/23 213/15 218/15 224/5
230/21 230/24 231/19 231/21
William [1]   69/23
willing [3]   89/18 232/15 232/16
Wilson [1]   69/23
win [2]   201/1 207/19
winding [1]   208/24
within [13]   70/16 77/2 90/8 99/14 121/24
169/6 182/13 195/14 215/21 222/16 223/11
225/10 231/22
without [15]   7/18 37/23 38/3 40/11 40/13
46/24 47/4 48/24 79/8 85/22 98/4 108/3
140/8 185/5 223/15
witness [25]   3/4 3/8 63/10 63/12 63/22
63/24 64/24 71/3 72/24 89/7 115/23
115/25 129/25 144/18 169/22 170/14
183/21 188/21 189/5 190/4 212/5 230/24
230/25 231/4 232/10
witnesses [9]   2/4 76/7 144/16 144/16
145/1 191/1 191/11 231/10 231/15
women [1]   132/5
won't [2]   116/2 116/4
wondering [1]   144/2
Wood [22]   2/9 189/6 189/25 189/25 190/1
190/7 191/6 191/11 191/19 191/21 191/22
205/4 205/8 205/15 211/1 211/9 226/8
230/6 230/22 230/23 231/3 234/23
Wood's [1]   231/9
Woods [2]   189/22 189/25
word [4]   133/23 144/9 161/6 184/8
words [8]   32/17 38/6 48/12 62/4 152/23
156/11 159/10 218/6
work [37]   4/7 49/10 53/3 59/18 60/12
64/11 66/3 66/17 66/23 67/6 67/21 70/21
71/16 72/18 73/21 75/25 77/2 79/16 93/2
94/21 95/1 121/24 156/23 157/9 158/3
192/22 193/9 193/9 203/3 205/17 205/20
206/15 207/4 215/12 217/8 218/10 219/2
workable [9]   148/4 148/14 156/18 157/7
159/19 159/25 159/8 181/10 185/5
worked [12]   6/20 66/20 66/24 67/11 70/14
95/15 95/18 120/18 168/17 200/1 206/1
210/13
working [12]   66/9 67/24 95/14 172/15
201/6 206/17 208/18 210/21 214/24 215/13
225/22 234/13
working-class [1]   66/9
works [2]   21/21 81/24
workshops [2]   206/25 230/16
world [8]   49/5 50/24 51/5 192/21 193/8
199/12 205/18 218/14
worth [1]   110/22
would [268]
wouldn't [8]   25/11 101/14 128/16 156/20
159/8 164/12 171/17 176/2
WPM [6]   32/24 35/20 38/18 40/1 92/22
93/9
write [7]   203/1 207/3 210/5 222/14 224/5
233/20 234/10
writing [3]   193/12 203/17 230/10
written [10]   22/23 22/25 29/4 49/22 68/2
70/2 70/4 81/23 122/8 185/23
wrong [8]   8/22 56/19 144/25
wrote [8]   3/23 5/3 5/8 5/12 6/14 66/7
176/1 207/8
WYRICK [3]   1/14 64/3 64/4

**Y**

YANG [13]   1/17 2/8 73/2 73/16 115/16

**Y**

**YANG... [8]** 8/11 9/1 9/1 10/1
145/3 188/15 232/25 233/1
**yeah [31]** 10/15 10/17 14/13 14/16 15/20
19/12 23/23 24/4 25/15 30/9 33/14 34/12
40/1 50/10 60/20 62/13 63/4 63/18 74/4
96/10 114/4 116/21 116/22 117/5 131/23
150/1 160/16 189/12 209/19 224/12 231/3
**year [54]** 4/11 11/23 12/2 12/13 13/6
13/12 13/23 14/5 15/5 16/1 31/14 52/2
57/15 58/24 66/11 69/16 69/22 72/22 81/1
81/15 83/1 83/2 89/3 90/19 90/24 90/24
93/13 93/13 98/20 103/12 103/22 108/9
111/22 112/2 112/3 160/22 162/8 172/16
195/4 198/7 201/14 201/25 204/23 205/13
205/16 206/8 209/7 209/20 209/22 226/25
227/2 228/10 229/22 229/24
**years [37]** 28/10 48/19 66/24 67/9 67/16
70/9 82/22 84/24 87/20 87/23 88/3 90/9
172/25 178/12 178/14 178/16 191/8 191/9
192/12 192/13 193/7 193/7 193/11 193/17
194/5 197/15 198/14 200/14 205/16 210/17
210/19 217/16 217/17 221/15 228/25
229/19 230/5
**yellow [1]** 215/24
**Yep [1]** 13/25
**yes [243]**
**yesterday [5]** 3/22 46/19 64/7 160/24
174/3
**yesterday's [1]** 144/8
**yet [5]** 90/14 114/17 220/12 223/24
227/21
**York [1]** 70/1
**you [996]**
**you'd [3]** 7/7 42/16 83/2
**you'll [4]** 9/3 141/13 164/13 227/12
**you're [88]** 6/17 10/2 13/18 16/3 19/13
21/14 28/10 39/13 44/20 44/21 47/9 49/5
53/7 56/8 56/24 57/24 59/20 60/20 60/24
61/3 61/7 61/13 63/10 64/10 65/4 76/23
81/12 89/15 98/12 106/13 115/22 115/25
116/12 116/24 118/1 128/2 129/24 131/7
134/24 138/20 138/24 143/1 145/13 149/23
151/15 153/5 154/19 155/13 161/2 161/7
161/24 169/21 169/22 170/17 170/21
172/15 172/18 173/15 183/11 184/5 184/11
193/8 201/6 210/7 212/5 213/18 213/22
215/13 216/7 216/8 216/10 216/16 216/19
216/19 216/20 216/22 217/8 217/22 217/25
218/5 219/6 219/22 222/1 226/21 228/14
228/16 230/24 234/6
**you've [35]** 17/2 17/8 17/17 19/22 22/23
22/25 23/6 23/20 38/9 43/19 49/22 49/25
64/11 64/12 76/20 115/2 120/18 120/21
121/14 123/9 128/20 136/22 149/22 160/14
168/17 170/25 175/20 175/23 176/1 186/3
186/25 219/5 219/5 231/17 233/3
**young [1]** 215/25
**younger [4]** 94/22 189/10 232/22 232/23
**your [349]**
**yourself [6]** 76/21 95/10 115/25 210/14
216/23 226/18

**Z**

**zero [4]** 43/12 43/17 55/6 55/15
**ZIP [3]** 100/4 113/13 152/19