```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3   STUDENTS FOR FAIR ADMISSIONS,  )Trial Day 5
                                    )
 4        Plaintiff,                )
                                    )Civil No.
 5        vs.                       )1:23-cv-2699-RDB
                                    )
 6   THE UNITED STATES NAVAL        )Baltimore, Maryland
     ACADEMY, ET AL.,              )
 7                                  )September 20, 2024
          Defendants.              )10:12 a.m.
 8   _____)
```

## 9         TRIAL IN THE ABOVE-ENTITLED MATTER CONTINUED
        BEFORE THE HONORABLE RICHARD D. BENNETT

10

11                    A P P E A R A N C E S

<u>On Behalf of the Plaintiff</u>:
12        ADAM K. MORTARA, ESQUIRE
        PATRICK STRAWBRIDGE, ESQUIRE
13        J. MICHAEL CONNOLLY, ESQUIRE
        CAMERON T. NORRIS, ESQUIRE
14        RACHAEL WYRICK, ESQUIRE
        R. GABRIEL ANDERSON, ESQUIRE
15        THOMAS R. MCCARTHY, ESQUIRE

16   <u>On Behalf of the Defendant</u>:
        JOSHUA E. GARDNER, ESQUIRE
17        CATHERINE M. YANG, ESQUIRE
        ANDREW E. CARMICHAEL, ESQUIRE
18        JOHN ROBINSON, ESQUIRE
        MEDHA GARGEYA, ESQUIRE
19        CHRIS E. MENDEZ, ESQUIRE

20   <u>Also Present</u>:
        EDWARD BLUM, STUDENT FOR FAIR ADMISSIONS
21        BRUCE LATTA, NAVAL ACADEMY
        TRACEY URBAN, PARALEGAL
22        LINDSEY O'CONNOR, PARALEGAL
        MICHEAL PUSTERLA, IT
23        NOAH O'CONNOR, IT
24        (Computer-aided transcription of stenotype notes)
                        Reported by:
25              Ronda J. Thomas, RMR, CRR

<u>**INDEX**</u>

<u>**September 20, 2024**</u>

<u>PLAINTIFF'S WITNESSES:</u>                                    <u>PAGE:</u>

Colonel Dakota Wood
      Cross by Mr. Carmichael                              3

Captain Jason Birch
      Direct by Mr. Mendez                                19
      Cross by Mr. Mortara                                40

Captain Steven Vahsen
      Direct by Mr. Mortara                               61
      Cross by Mr. Mendez                                 89
      Redirect by Mr. Mortara                            103

Beth Bailey
      Direct by Ms. Gargeya                              105
      Cross by Ms. Wyrick                                141

John Sherwood
      Direct by Mr. Mendez                               150
      Cross by Mr. Connolly                              177

```
 1  (10:12 a.m.)
 2        THE COURT:  Good morning, everyone.  My apologies for
 3  starting a few minutes late.  I got tied up with something and
 4  it threw my schedule off a bit, and I apologize to all of you.
 5        And with that, if we can reswear the witness.
 6        Colonel Wood, you'll be resworn, please.
 7        THE CLERK:  Good morning, sir.
 8  (Witness sworn.)
 9        THE CLERK:  Thank you.  You can have a seat.  If you
10  don't mind please stating your first and last name.  Please
11  spell them both.  Thank you.
12        THE WITNESS:  Dakota Wood; D-A-K-O-T-A, W-O-O-D.
13        THE COURT:  Mr. Carmichael, you may proceed.
14  Good morning.
15        MR. CARMICHAEL:  Good morning, Your Honor.
16                      CROSS EXAMINATION
17  BY MR. CARMICHAEL:
18  Q.   Good morning, Mr. Wood.  I just want to confirm that you
19  want to go by Mr. Wood today and not Colonel Wood?
20  A.   I have no preference.
21  Q.   No preference?  Okay.
22        THE COURT:  Actually, I do have a preference.  I will
23  tell you that anyone who's served in the military has a rank.
24  My view is, they hold that rank, and I respect it.  So
25  General Walker is General Walker because he's been in the
```

1  private sector, and Colonel Wood is Colonel Wood, and I would

2  prefer that unless Colonel Wood objects.

3          THE WITNESS:  Thank you, Your Honor.

4          THE COURT:  That's quite all right.

5  BY MR. CARMICHAEL:

6  Q.  Colonel Wood, yesterday you offered the opinion that

7  lowering standards can impact unit cohesion, correct?

8  A.  Yes.

9  Q.  Okay.  But you're not familiar with the specifics of the

10  Naval Academy admissions process, correct?

11  A.  I am not deeply familiar, no.

12  Q.  You would agree that a service academy may want to look at

13  actors other than grades and test scores when deciding to admit

14  a person, correct?

15  A.  Yes.  It can adopt whatever procedure it wants.

16  Q.  Yesterday you testified that an aggressive attitude is a

17  positive quality for military service, correct?

18  A.  I agree, yes.

19  Q.  So would you agree that varsity sports should be a

20  positive factor for admissions to a service academy?

21  A.  Yes.

22  Q.  Yesterday you testified that going above and beyond your

23  own work and trying to help others is a positive quality for

24  military service, correct?

25  A.  I did.

1    Q.    So you would agree that community service and a dedication

2    to helping others should be a positive factor for admissions to

3    a service academy?

4    A.    Yes.

5    Q.    Yesterday you testified that adopting the military as a

6    profession and being service oriented is a positive quality for

7    military service, correct?

8    A.    Correct.

9    Q.    So you would agree with that motivation to serve should be

10   a positive factor for admission to a service academy, correct?

11   A.    Correct.

12   Q.    And you've seen this play out in real life with your

13   friend Colonel Andy Solgere?

14   A.    Yes.

15   Q.    Am I saying that right?

16   A.    Solgere.

17   Q.    As a young man, Colonel Solgere demonstrated an absolute

18   passion to be a Marine Corps officer through his essays and

19   recommendations, correct?

20   A.    Right.

21   Q.    But his academic skills were not on the level to go right

22   from high school and to the Naval Academy, correct?

23   A.    Yes.

24   Q.    He was admitted to NAPS and then the Academy and went to

25   have a full Marine Corps career and retire as a colonel,

1  correct?

2  **A.**    That's correct.

3  **Q.**    You're not currently in the Marine Corps, correct?

4  **A.**    That is correct.

5  **Q.**    And you do not speak on behalf of the Marine Corps,

6  correct?

7  **A.**    Correct.

8  **Q.**    And you do not speak on behalf of the Navy, correct?

9  **A.**    That's correct.

10 **Q.**    Nor do you speak on behalf of the Department of Defense,

11 correct?

12 **A.**    Correct.

13 **Q.**    The views you express here are your own views, correct?

14 **A.**    They are.

15 **Q.**    And those views are based on reviewing your own career and

16 then sharing insights derived from your career, correct?

17 **A.**    Yes.

18 **Q.**    And your opinion is that the racial and ethnic diversity

19 of the force is irrelevant to its combat effectiveness,

20 correct?

21 **A.**    Correct.

22 **Q.**    And your opinion is that diversity is irrelevant to

23 whether a military unit is more cohesive and collaborative,

24 correct?

25 **A.**    Correct.

1  Q.    And your opinion is the racial and ethnic diversity of the

2  Officer Corps is irrelevant to the risk assigned to a military

3  unit, correct?

4  A.    Correct.

5  Q.    And more specifically, you believe the racial and ethnic

6  diversity of the Officer Corps is irrelevant to the risks

7  assigned to a ship, right?

8  A.    Yes.

9  Q.    And you believe that the racial makeup of a Navy ship is

10  entirely irrelevant to the military efficiency and

11  effectiveness of the ship, correct?

12  A.    Correct.

13  Q.    And you believe the racial diversity of the leadership of

14  a ship is irrelevant to whether the ship is better equipped to

15  meet its challenges, correct?

16  A.    I do, yes.

17  Q.    In fact, you believe that a ship could have entirely White

18  leadership and entirely Black enlisted, and it would not

19  matter, correct?

20  A.    That's correct.  Provided the leadership is good.

21        MR. CARMICHAEL:  Noah, could we pull up DX20, please.

22  BY MR. CARMICHAEL:

23  Q.    Colonel Wood, this is a directive from the former

24  commandant of the Marine Corps, General James Amos.  Are you

25  familiar with him?

1  A.   I am.

2  Q.   Although the directive does not have a date on it, the

3  2-13 marking just under the DoD seal means the directive was

4  issued in 2013, correct?

5  A.   That would make sense, yes.

6  Q.   That would make sense with when Colonel Amos was the

7  commandant of the Marine Corps?

8  A.   No, the numbering system, I would interpret that as being

9  February of 2013 or the second letter issued in that year.

10 Q.   So eight years after you left Marine Corps active duty,

11 correct?

12 A.   Yes.

13 Q.   In this directive, General Amos establishes the

14 Commandant's Diversity Task Force Initiative, correct?

15 A.   Yes, that's what it says.

16 Q.   And in Paragraph 2, it says, "I've concluded it is one

17 that reflects our reputation for performance and leadership.

18 As such, I've established four task force groups; race,

19 ethnicity: attract, develop, and retain minority officers;

20 leadership, accountability, and mentoring; three, woman in the

21 corps: attract, develop, and retain women officers; and four:

22 culture and leading change."

23      Do you see that?

24 A.   I do.

25      MR. CARMICHAEL:   I want to skip to Paragraph 6, which

1   is on the next page.

2   BY MR. CARMICHAEL:

3   Q.    There, General Amos states, as one of the bases for

4   creating this task force, "Aspects of diversity, such as race,

5   ethnicity, and gender do impact how we experience life, and I'm

6   convinced, may influence how each of us evaluates our personal

7   Marine Corps journey."

8         Do you see that?

9   A.    I do.

10  Q.    I take it you disagree with that statement from

11  General Amos?

12  A.    I do not disagree with it, no.

13  Q.    So you do agree that race, ethnicity, and gender do impact

14  how we experience life and may influence how each of us

15  evaluates our personal Marine Corps journey?

16  A.    I agree that every characteristic that every individual

17  has, be it economic circumstance, their culture that they grow

18  up, in the race, ethnicity, all of those form the person that

19  we grow up to be.

20          MR. CARMICHAEL:    Okay.  We can pull that down.

21  BY MR. CARMICHAEL:

22  Q.    But in your view, racial tension is not a concern for the

23  modern military, correct?

24  A.    That's correct.

25  Q.    And in your view, gender tension is not a concern for the

 1  modern military, except where you believe the system is rigged

 2  in a woman's favor, correct?

 3  A.   Could you repeat that.

 4  Q.   Yeah.  In your view, gender tension is not a concern for

 5  the modern military, except where you believe the system is

 6  rigged in a woman's favor, correct?

 7  A.   Well, those two aren't really connected.  I mean, a system

 8  being rigged in a woman's favor is not necessarily gender

 9  tension.  So I'm not sure the relationship.

10  Q.   Okay.  Do you remember we met prior and it was at your

11  deposition --

12  A.   Yes.

13  Q.   -- and you were sworn under oath during the deposition?

14  A.   I do, yep.

15       MR. CARMICHAEL:  So I want to pull up the deposition

16  transcript at 289, 2 through 10.

17  BY MR. CARMICHAEL:

18  Q.   There, I asked you:

19       "Q.  Do you think that gender tension is still a concern

20       in the military?"

21       And you said:

22       "A.  Tensions are not a concern, but there are examples

23       where people think that the system is rigged to achieve

24       outcomes that aren't supported by actual capabilities."

25  A.   And I stick with that statement.

1   Q.   I'm sorry, what did you say?

2   A.   Yes, I see it.

3        MR. CARMICHAEL:  We can pull that down now.

4   BY MR. CARMICHAEL:

5   Q.   And you think sexism is not a concern in the modern

6   military, except when it is sexism directed at men, correct?

7   A.   I don't understand that question at all.

8   Q.   I could ask it again.

9        You think sexism is not a concern in the modern military,

10  except when it is sexism directed at men, correct?

11  A.   I genuinely don't really understand where you're going

12  with that.

13       So to me, sexism is when you are holding an individual's

14  gender or sex against them in some way or treating them

15  differently, right.  So I would guess that a woman can have

16  sexist attitudes toward a man, and a man can have sexist

17  attitudes towards a woman.  In either case, that's bad.

18       In terms of sexism being a problem in the military, it is

19  not widespread.  But we're all humans, and you'll find

20  individual instances where there are problematic behavior, and

21  good leaders will stamp that out immediately and not tolerate

22  that.

23       MR. CARMICHAEL:  Can we pull up the deposition

24  transcript at 292, 3 through 17.

25  A.   My screen just went blank.

 1          **THE COURT:**  Hold on one second, Mr. Carmichael.

 2      The screens have gone blank here.  There we go.  Thank

 3  you, Ms. Herndon.

 4  **BY MR. CARMICHAEL:**

 5  **Q.**   There, I asked:

 6      "Q.  Do you think sexism is still a concern in the

 7      military?"

 8      And then you said:

 9      "A.  Sexism, if we define that is -- define that as this

10      woman is not only in this position because the system is

11      manipulated to get her into that position.

12      "Q.  But otherwise not, that's not a concern?"

13      You said:

14      "A.  No."

15      Is it your opinion that a gender-integrated ship operates

16  no more effectively than an all-male ship?

17  **A.**   There is no difference between the two, yes.

18  **Q.**   In fact, you believe that a mixed-gender ship may present

19  challenges not present on a male-only ship due to pregnancy and

20  relationships between men and women; is that correct?

21  **A.**   I do agree with that.

22  **Q.**   Your opinion is that racism and sexism is not a concern in

23  the military, except when sexism is directed at men, are based

24  on your perceptions and discussions you've had with some of

25  your colleagues over the years; is that correct?

1  A.    I don't agree with the full characterization in that

2  statement.  You keep focusing on this "directed at men," and it

3  can be either way, as I've described.  So when we'd use a

4  specific example to illustrate a point, that example is not

5  held in isolation as being representative of the entire

6  discussion.

7  Q.    But these are based off of your own perceptions and

8  discussions with colleagues over the years?

9  A.    I believe that sexism and racism is not systemic in the

10 military.  When there are occurrences, again, good leadership

11 stamps that out.

12 Q.    Yesterday you discussed the Marine Corps boot camp

13 experience; is that right?

14 A.    That's right.

15 Q.    You mentioned ditching civilian clothes, correct?

16 A.    Correct.

17 Q.    And marching together, correct?

18 A.    Yes.

19 Q.    And sleeping in open barracks, spaces, correct?

20 A.    Yes.

21 Q.    And everyone shaving their head, correct?

22 A.    Yes.

23 Q.    But women attend Marine Corps boot camp as well, right?

24 A.    They do.

25 Q.    And women don't shave their heads at Marine Corps boot

 1  camp.

 2  A.    They have to adopt an approved hairstyle that has certain

 3  parameters to it; how long it is, how it's maintained.   So

 4  there are standards that are applied to women that are relevant

 5  to a woman's hairstyle as opposed to women going bald.

 6  Q.    Okay.   You're a 1985 graduate from the Naval Academy; is

 7  that correct?

 8  A.    1985.

 9  Q.    Okay.   Yeah.   I'm 2001.

10      So you retired from the Marine Corps as a lieutenant

11  colonel in 2005, correct?

12  A.    That's correct.

13  Q.    So just under 20 years ago, right?

14  A.    Yes.

15  Q.    And from 2014 until 2024, you worked for The Heritage

16  Foundation, correct?

17  A.    That is correct.

18  Q.    The Heritage Foundation is a conservative public policy

19  institute, correct?

20  A.    Yes.

21  Q.    Now you're self-employed; is that right?

22  A.    I am.

23  Q.    In the Marine Corps, you were a motor transport officer;

24  is that correct?

25  A.    I started as motor transport and then converted to an

1  0402, which is a logistics officer, which encompasses all of

2  the things to include motor transport but supplying and

3  engineering and a lot of other skill sets.

4  Q.   You last served on a ship from the fall of 1996 to the

5  spring or late winter of 1997; is that correct?

6  A.   That's correct.

7  Q.   And that was when you deployed to the Mediterranean as

8  part of the Marine contingency on the USS Wasp; is that right?

9  A.   Yes.

10 Q.   That was a little over 27 years ago, correct?

11 A.   Yes.

12 Q.   And 27 years ago, the Marine Corps contingent would not

13 have been gender integrated; is that right?

14 A.   There were women in the Marine Corps.  Combat positions

15 were not open to women at that time.

16 Q.   But on your MEU --

17 A.   We had women aboard my MEU.

18 Q.   Except when you did a midshipmen cruise for a few weeks in

19 1981 and 1983, you've never been part of a ship's crew,

20 correct?

21 A.   That is correct.

22 Q.   So when you last served on a ship, there were no

23 smartphones, right?

24 A.   That is truly correct.

25 Q.   No texting even, right?

1  A.    We -- not by handheld devices, but there were ways to

2  communicate via computer; emails and those sorts of things.

3  Q.    I assume since the first text phone was invented by Nokia

4  in 1997, you didn't have texting -- text phones?

5  A.    That's correct.

6  Q.    No social media; is that right?

7  A.    None.

8  Q.    And you mentioned Internet.  That was limited to just

9  emails.  Couldn't surf the web, right?

10  A.    Well, there was very little web to surf.  But yeah, your

11  abilities aboard ship were quite limited because of the pipe or

12  the means for communication to pass information in large

13  quantities, so most of it was just data.  But you weren't

14  necessarily surfing the web, and certainly not while underway.

15  When you pulled into a port, you would be able to do that.

16  Q.    Would it surprise you to learn that the commanding

17  officers of eight of the 12 aircraft carriers in the United

18  States Navy are commanded by USNA graduates from either 1996 or

19  1997?

20  A.    Not surprised.  It's an interesting figure.

21  Q.    So those individuals have had an entire naval career,

22  going from ensign to commanding the capital ships of the U.S.

23  fleet since you last served on a ship.

24  A.    Okay.

25          MR. CARMICHAEL:  All right.  I have nothing further.

 1          **THE COURT:**  Thank you, Mr. Carmichael.

 2      Mr. Connolly, any redirect?

 3          **MR. CONNOLLY:**  Nothing further.

 4          **THE COURT:**  All right.  Thank you very much.

 5      Colonel Woods, you may step down.  Sir, you should not

 6  discuss your testimony with anyone in the event you will

 7  perhaps be called back to the witness stand until this trial

 8  concludes at the end of next week.  So thank you very much.

 9      All right.  With that, Mr. Mortara, welcome back.  I know

10  you were away for one witness yesterday afternoon.  You're back

11  in the saddle here.

12      You're calling the next witness?

13          **MR. MORTARA:**  Your Honor, because of witness

14  availability, the defense will call the next witness.  I

15  believe Mr. Mendez will do so.

16          **THE COURT:**  Okay.  That's fine.

17      Mr. Mendez, you're calling the next witness; is that

18  right?

19          **MR. MORTARA:**  We have some confusion.  One moment.

20          **THE COURT:**  That's all right.  Take your time.

21      As I understand it, the next witness is, at least

22  according to my law clerks, the next witnesses after

23  Colonel Wood have been listed as either Captain Jason Birch or

24  Steve Vahsen, one or the other.  Then defendant's experts

25  Beth Bailey and John Sherwood, they're the ones you have lined

 1  up next, to my knowledge.  Is that correct?

 2          MR. MORTARA:  That's correct, Your Honor.  We're

 3  moving so much faster than we expected.  I expected

 4  Captain Birch to be called.  Now they're going to call

 5  Captain Birch.  We're all good.

 6          THE COURT:  Okay.  That's good.  Fine.

 7      Mr. Mendez, good morning to you.  And we'll call

 8  Captain Birch to the witness stand.

 9      Just so the record is clear, we've agreed that these

10  witnesses can be taken out of turn at various intervals by the

11  plaintiff and the defendant.  And Captain Birch was listed as

12  an expert witness by the defense and they may call witnesses by

13  the plaintiff.

14      So Captain Birch will come forward.

15          MR. GARDNER:  Your Honor, for clarity, Captain Birch

16  is a fact witness.  He's not an expert.

17          THE COURT:  All right.  I'm sorry.  He's a fact

18  witness.  All right.

19      Captain Birch, good morning to you, sir.  If you'll come

20  forward here and be sworn.

21          THE WITNESS:  Good morning, sir.

22          THE CLERK:  Before you're seated, if you don't mind

23  raising your right hand for me, please.

24      (Witness sworn.)

25          THE CLERK:  Please state and spell your first and last

1    name for the record.

2          **THE WITNESS:**  Jason Birch; J-A-S-O-N, B-I-R-C-H.

3          **THE CLERK:**  Thank you.

4          **THE COURT:**  You may proceed, Mr. Mendez.

5          **MR. MENDEZ:**  Thank you, Your Honor.

6                      **DIRECT EXAMINATION**

7    **BY MR. MENDEZ:**

8    **Q.**   Good morning, Captain Birch.

9    **A.**   Good morning.

10   **Q.**   Can you please state your full name for the record.

11   **A.**   Jason Birch.

12   **Q.**   Where did you attend college?

13   **A.**   I went to the U.S. Naval Academy.

14          **THE COURT:**  Captain Birch, swing that microphone just

15   a little bit closer to you.  You don't have to lean in much,

16   just make sure to pick your voice up.  Thank you.

17   **BY MR. MENDEZ:**

18   **Q.**   And why were you interested in attending the Naval

19   Academy?

20   **A.**   I grew up just outside Annapolis, and one of my mentors --

21   father figure, really -- was a class of '58 graduate, and so I

22   had some exposure to the midshipmen, and was drawn to service.

23   **Q.**   What were your high school grades when you first applied

24   for the Naval Academy?

25   **A.**   As I recall, somewhere around probably around a 3.5 or so.

 1   Q.   And what were your test scores when you applied to the
 2   Naval Academy?
 3            THE COURT:   Just for the record, in terms of for the
 4   public, a grade point average of 3.5 is based on a 4.0 system,
 5   correct, Captain Birch?
 6            THE WITNESS:   Yes, sir.
 7            THE COURT:   Just so we clarify that for --
 8            MR. MENDEZ:   Thank you, Your Honor.
 9            THE COURT:   -- the public dissemination in terms of
10   3.5 average, what it means.
11            MR. MENDEZ:   Absolutely.
12   BY MR. MENDEZ:
13   Q.   What were your test scores when you applied to the Naval
14   Academy?
15   A.   In terms of SATs, I recall somewhere probably around 1130
16   or so.
17   Q.   Did you get accepted when you applied initially to the
18   Naval Academy?
19   A.   I was initially accepted to the Naval Academy Preparatory
20   School.
21   Q.   And did you attend the Naval Academy Preparatory School?
22   A.   Yes, I did.
23   Q.   What year did you graduate?
24   A.   I graduated in 1995.
25   Q.   What did you do after you graduated from NAPS?

1  A.    After graduating from NAPS, I went on to the Naval

2  Academy.

3  Q.    Did you graduate from the Naval Academy?

4  A.    Yes, I did.

5  Q.    What year did you graduate from the Naval Academy?

6  A.    I graduated in 1999.

7  Q.    What degree did you learn from the Naval Academy?

8  A.    I earned a degree in general science.

9  Q.    And how were your grades in the Naval Academy?

10  A.    I had somewhere around probably a 2.5 or so.

11  Q.    Is that from the 4.0 scale?

12  A.    Correct.

13  Q.    And Captain Birch, do you know what the Overall Order of

14  Merit is?

15  A.    Yes, I do.

16  Q.    Could you please explain what that is for the record.

17  A.    Sure.  It's a combination of your academic performance

18  combined with your performance as a midshipman, as an officer

19  candidate, and certainly your physical scores as well.

20  Q.    Where did you rank in terms of Overall Order of Merit

21  during your time at the Naval Academy?

22  A.    Overall, I was definitely in the top half.

23  Q.    Do you know what the Academic Order of Merit is?

24  A.    I do.

25  Q.    Could you explain what that is for the record.

1  A.    Yes.  That is your performance in the classroom; that's

2  your coursework both within your major and core courses outside

3  of your major.

4  Q.    And where did you rank in terms of the Academic Order of

5  Merit during your time at the Naval Academy?

6  A.    My Academic Order of Merit, I was probably 50 percent or

7  below that.

8  Q.    Do you know what the Military Order of Merit is?

9  A.    I do.

10  Q.    Could you explain what that is for the record.

11  A.    Yes.  That's your -- a combination of your military scores

12  from your military courses, your performance as a midshipman as

13  well as your physical performance and fitness.

14  Q.    Where did you rank in terms of the Military Order of Merit

15  during your time at the Naval Academy?

16  A.    I would have been likely in the top 25 percent, as I

17  recall.

18  Q.    And what communities did you select for your first

19  assignment following graduation from the Naval Academy?

20  A.    I selected to become a SEAL, a Naval Special Warfare

21  officer.

22  Q.    Why did you apply to become a SEAL?

23  A.    I was always drawn to their sense of teamwork, and I

24  definitely wanted a challenge in my career, and so that was a

25  community that I was drawn to.

1  Q.   Are you currently a member of the Navy?

2  A.   Yes, I am.

3  Q.   When did you join the Navy?

4  A.   So I -- when I began at the Naval Academy Preparatory

5  School, in NAPS.

6  Q.   Are you currently in active duty service?

7  A.   Yes, I am.

8  Q.   What is your rank?

9  A.   I'm a captain.

10  Q.   And I see that you're wearing insignia on the top of your

11  uniform on the left-hand sign that is gold colored.  Could you

12  explain what that insignia represents for the record.

13  A.   Yes.  It's what we call our Trident.  And so officers and

14  enlisted personnel that have qualified to become a Navy SEAL

15  are authorized to wear this pin.

16  Q.   And below that, I see you're wearing various ribbons.

17  Could you explain what some of those ribbons represent for the

18  record.

19  A.   Sure.  Some of these ribbons represent different medals,

20  commendations, and recognition in combat.  So it would be like

21  a bronze star, a combat action ribbon, presidential unit

22  citations, and different sea service appointment ribbons as

23  well.

24  Q.   When were you commissioned as an officer?

25  A.   In May of 1999, May 26.

1  Q.   Were you commissioned into the war-fighting community?

2  A.   Yes, I was.

3  Q.   What was your first assignment with the SEAL team?

4  A.   I was assigned to SEAL Team 2.

5  Q.   From approximately what years?

6  A.   From about 2000 to 2006.

7  Q.   And briefly, could you explain for the record what the

8  significance of the different SEAL team numbers means?

9  A.   Sure.  Generally, our East Coast-based SEAL teams are the

10 even-numbered teams, and our odd-numbered teams are

11 headquartered out of the West Coat.

12 Q.   What did you do as a member of SEAL Team 2?

13 A.   As SEAL Team 2, I had various positions, initially moving

14 up from 3rd officer to eventually becoming an assistant platoon

15 commander, and then, finally, a platoon commander during my

16 time at SEAL Team 2.

17 Q.   What did you do after your assignment with SEAL Team 2?

18 A.   After SEAL Team 2, I was assigned to Naval Special Warfare

19 Unit 3 in Bahrain.

20 Q.   What did you do afterwards?

21 A.   After my assignment in Bahrain, I came back stateside, and

22 I was a troop commander at SEAL Team 4.

23 Q.   What did you do as the troop commander of SEAL Team 4?

24 A.   As troop commander, I had numerous platoons working for

25 me, and we trained up over several years to deploy.

1  Q.    How many platoons did you lead?

2  A.    Four to five platoons from both East and West Coast.

3  Q.    How many SEALs were in each platoon that you led?

4  A.    So each platoon has about 16 to 20 operators in it.

5  Q.    What did you do after your assignment with SEAL Team 4?

6  A.    After that assignment and deployment, I was assigned to

7  Special Operations Command Pacific in Hawaii, or SOCPAC.

8  Q.    Where were you based out of during your assignment with

9  Special Operations Command Pacific?

10 A.    So for about half the time, I was at headquarters right

11 there in Hawaii.  And for the other half of that assignment, I

12 was stationed over in our U.S. Embassy in Bangladesh.

13 Q.    What did you do afterwards?

14 A.    After that assignment, I came back to the mainland and was

15 assigned as both the operations officer and executive officer

16 of SEAL Team 8.

17 Q.    What does an operations officer do?

18 A.    So an operations officer is in charge of the day-to-day

19 functioning, training, and readiness of a SEAL team.

20 Q.    And you mentioned that you're also executive officer.  Can

21 you explain what an executive officer does.

22 A.    Yeah.  So the executive officer, the XO, is essentially

23 the deputy commanding officer, second-in-command of the team,

24 and in charge of, again, readiness and the workup and training

25 cycle.

1  Q.   What did you do after your assignment with SEAL Team 8?

2  A.   After SEAL Team 8, I was assigned to the Pentagon as the

3  flag aide or aide-de-camp to the vice chief of naval

4  operations.

5  Q.   What did you do as the flag aide?

6  A.   So as a flag aide, I was in charge of his day-to-day

7  schedule, movement both in and around the Pentagon as well as

8  his communications and travel coordination to fleet

9  concentration areas both in the Continental United States as

10  well as overseas.

11  Q.   And what did you do after this?

12  A.   After my assignment as the aide, I went to get a master's

13  degree at Johns Hopkins School of Advanced International

14  Studies.

15  Q.   What did you do after you graduated from Johns Hopkins?

16  A.   After finishing up at SAIS, I was assigned to Naval

17  Special Warfare Group 4, where I served as the operations

18  officer, chief staff officer.  And also, I commanded the

19  Central Commands Crisis Response element for a time period as

20  well.

21  Q.   What did you do after your assignment with Special Warfare

22  Group 4?

23  A.   After my assignment at Group 4, I was in command of SEAL

24  Team 10.

25  Q.   What did you do as the commanding officer of SEAL Team 10?

1  A.   Well, I was responsible and accountable for all of the

2  SEALs and everyone assigned to my command and eventually

3  working up to deploy in support of national objectives.

4  Q.   What did you do after your time with SEAL Team 10?

5  A.   After that assignment, I moved to Florida.  I was assigned

6  to the U.S. Special Operations Command Headquarters at our

7  joint base in MacDill.

8  Q.   What did you do next?

9  A.   That would bring me up to my current assignment as the

10 3rd Battalion officer at the U.S. Naval Academy.

11 Q.   What do you do as the 3rd Battalion officer at the Naval

12 Academy?

13 A.   As a BATTO, as we it call it, I am the senior mentor to

14 approximately 750 officer candidates, both Navy and Marine

15 Corps, or midshipmen, as we call them.

16 Q.   Have you been deployed before?

17 A.   Yes, I have.

18 Q.   How many times have you been deployed?

19 A.   At least seven times.

20 Q.   In what regions have you been deployed?

21 A.   I've deployed to the Middle East, South America,

22 South Asia, Southeast Asia, and Europe as well.

23 Q.   Do you have --

24 A.   Africa.

25 Q.   Do you have combat experience?

1    **A.**    I do.

2    **Q.**    For which assignments did you experience combat?

3    **A.**    Primarily during my assignments at SEAL Teams 2, 4, and

4    10.

5    **Q.**    In what countries did you see combat?

6    **A.**    Primarily in Iraq and Somalia.

7    **Q.**    And I want to turn to some of your experience.  And before

8    doing so, based on your experience, how do you define mission

9    success?

10    **A.**    Well, mission success, I mean, you can think in terms

11    of -- excuse me -- you know, you have, you know, tactical

12    objectives, and so mission success could be anywhere from

13    moving from point A to point B to hunting an individual,

14    high-value individual or a terrorist or, you know, going after

15    a person.

16        We think about strategic mission.  A mission for us

17    oftentimes is to develop relationships to build partner

18    capacity with our different partners and allies around the

19    world and to really set the stage for deployments to come after

20    us, and so really engendering trust and upholding our

21    reputation for both our U.S. deployed leadership as well as

22    that with our foreign partners.

23    **Q.**    I want to ask you about your time with SEAL Team 8.

24        During this assignment, were there instances in which your

25    race was relevant to your work?

1  A.    Yes.

2  Q.    Could you describe an instance in which it was relevant to

3  your work.

4  A.    Sure.  While I was assigned as a Ops NEX there, we had an

5  incident of racism and harassment with one of our operators.

6  Q.    Could you tell me what happened.

7  A.    Yes.  So we have what we call biography, or bio, we

8  usually call it.  And on deployment, this bio would have an

9  operator's picture, basic -- you know, date of birth,

10 biographical information, so hair color, eye color, education,

11 hometown, all those kind of basic data information.  And so his

12 bio was altered to reflect some very nasty, racial stereotypes

13 and other horrible things that go against our core values.

14 Q.    Approximately what year did this incident occur?

15 A.    During my tour there, so sometime between 2011, 2013.

16 Q.    How many individuals were involved as perpetrators?

17 A.    At least two, as I recall.

18 Q.    How did you become aware of the incident?

19 A.    Well, my commanding officer asked me to speak with --

20 speak with him about the incident.  But it was reported up to

21 the chain of command, and then, you know, being in the position

22 I was in, eventually made its way up to me.

23 Q.    What edits were made to the special operator's biography?

24            THE COURT:  Excuse me.  One second, please.

25       Mr. Mendez, I don't believe you've indicated anywhere on

1   the record what the race of Captain Birch is.

2   BY MR. MENDEZ:

3   Q.   Captain Birch, what is your race?

4   A.   I am a Black man.

5        MR. MENDEZ:   Thank you, Your Honor.

6   BY MR. MENDEZ:

7   Q.   What edits, Captain Birch, were made to the Black

8   operator's biography?

9   A.   So some of the things that I recall, his hair, instead of

10  being brown was, like -- was brill-like, nappy.  His eye color,

11  instead of brown, was doodoo brown.  It made different

12  caricatures and things about the size of his lips, what he ate,

13  and other, again, very nasty, inappropriate things.

14  Q.   How was your race relevant to this incident?

15  A.   My skipper, my commanding officer, asked me to speak with

16  him because he felt that I would connect with him, in a way.

17  And so I did.

18  Q.   Did you discuss the incident with the operator who was

19  subject to this discriminatory behavior?

20  A.   I did.  I did.  And my takeaway from those conversations

21  was that he felt confident and comfortable in speaking with me

22  about what happened and that he might not have even brought it

23  up, knowing that if I wasn't in a position that I was in, a

24  position of leadership, that that incident wouldn't have been

25  handled swiftly and promptly.

1  Q.   Was there an investigation into this incident?

2  A.   There was an investigation.

3  Q.   Were you involved in the investigation to the incident?

4  A.   Well, I wasn't the lead investigator, but as Ops NEX, I

5  was certainly aware of the investigation as it went through the

6  process.

7  Q.   What was the outcome of the investigation?

8  A.   So as I recall, the individuals, the perpetrators, went to

9  what we call nonjudicial punishment, or captain's mast, and

10 were levied sanctions.

11 Q.   Could you explain for the record what captain's mast is?

12 A.   It's when you break the Uniform Code of Military Justice,

13 and so it's military punishment.

14 Q.   What impact did this incident have on SEAL Team 8?

15 A.   It was -- it was very disruptive.  It was very

16 destructive.  It tore at the trust that we had on that team,

17 amongst our teammates.  It brought down morale.  And we had to

18 make some reassignments.  We had to take some individuals

19 offline while we investigated those, you know, at the time,

20 allegations.

21 Q.   What does it mean to take someone offline from a SEAL

22 team?

23 A.   So when you take someone offline, it means if they were in

24 a leadership position, they're moved to some other position

25 with different responsibilities or not the same

1  responsibilities or no responsibilities at all.  Sometimes it

2  can mean having that individual actually fly back to

3  headquarters, if you will, so physically removing them from an

4  environment as well.

5  **Q.**   Did this incident affect any scheduled deployments for

6  SEAL Team 8?

7  **A.**   So as I recall, we were on deployment.  The team was

8  deployed at the time.  And so those -- that affected those

9  missions during that time period.

10  **Q.**   I want to turn to your time at SEAL Team 10.

11       During this assignment, were there instances in which your

12  race was relevant to your work?

13  **A.**   I believe so.

14  **Q.**   Could you provide an example.

15  **A.**   Yes.  So when I was in command SEAL Team 10, I -- towards

16  the end of our workup, that time in command, I was the task

17  force commander of a special task force deployed to Somalia.

18  And so being the first Black officer to command a SEAL team and

19  certainly the first task force commander in that -- in that

20  environment, definitely was significant in terms of where I was

21  deploying with our Somali partners and our other East African

22  partners.

23  **Q.**   How did your background as a Black commanding officer

24  impact your experience in Somalia with SEAL Team 10?

25  **A.**   Well, my takeaway from the interactions with their senior

1  military leaders and civilian leaders was that it was

2  significant.  They called me "Brother."  It -- my background,

3  my race sparked different conversations, interest in how I

4  gained the position that I did.  And everything that came from

5  there really was built upon some of those very positive

6  interactions.

7       It helped to dissuade some of the natural apprehension

8  that many of our foreign partners have when they work with the

9  U.S. military in general as well.

10 Q.  And what informs your view that your racial background

11 helped foster the connections that you just described?

12 A.  Right.  So again, we worked very closely for that time

13 period.  Really, on a daily, weekly basis, they told me so.

14 Q.  I want to ask you about your time as the flag aide to the

15 vice chief of naval operations.

16      I guess, to get started, what does the vice chief of naval

17 operations do?

18 A.  The vice chief is essentially the executive officer of our

19 entire Navy.  And so he's overall responsible for the

20 readiness, training, and in many ways, the morale of our Navy

21 as well.

22 Q.  Were there instances during this assignment where your

23 race was relevant to your work?

24 A.  I believe so.

25 Q.  Could you provide an example.

1  A.    Yes.  So as the XO of the Navy, oftentimes we had to make

2  international visits, meeting with his counterparts in

3  different countries.  And I can think of our state visit, if

4  you will, to China as a significant event where I believe my

5  race was relevant.

6      He specifically chose the traveling team to include

7  myself.  It was a very diverse team that include different

8  warfare communities within the Navy, so intelligence officers,

9  supply professionals, et cetera, different -- different races,

10  different genders.  And so we were able to take part in and be

11  in the room for many of those strategic discussions as he met

12  with different military and civilian leaders.

13  Q.    Do you believe that your background as a Black officer was

14  important during this visit in China?

15  A.    I do.

16  Q.    And why do you believe so?

17  A.    Well, I believe for a visit like this, with the context

18  that a country like China and others don't have the same core

19  values that we have, they certainly don't have the same human

20  rights practices and adherence that we have and that we hold

21  dear in America.  And really, just our team can visually see

22  that in America, what we put on display for the world really,

23  or at least there in China, is that if you achieve -- develop

24  and achieve a level of expertise in leadership, that regardless

25  of your background, regardless of what you look like, you'll be

 1  put in a position of command and responsibility.

 2  **Q.**   I want to turn to your time working Embassy in Bangladesh

 3  while you were assigned to Special Operations Command Pacific.

 4       Could you describe for the record what you did during this

 5  assignment.

 6  **A.**   Yes.  So during that assignment, I was the Pacific command

 7  augmentation team leader.  And so some of our duties were to

 8  build partner capacity, develop relationships so that we could

 9  have more training with some members of the Bengali military.

10  Specifically also to help identify and gain access and

11  placement in terms of, again, identifying opportunities to gain

12  access to clean water, some different infrastructure projects.

13       And also, to be a good member of the country team.  A

14  country team, as they call it, is comprised of different

15  members of the Department of State, USAID, or the Agency for

16  International Development and, of course, all of the local

17  nationals there in Bangladesh, to include all of the different

18  missions from countries that are located in the capitol city.

19       So during that assignment, I definitely believe that my

20  background and my race was powerful to, again, put on display

21  for everyone that was exposed to our values, both in the Navy

22  and our American values.

23  **Q.**   Now let's turn to your current role as 3rd Battalion

24  officer at the Naval Academy.

25       In your role as 3rd Battalion officer, do you serve as a

1  mentor to Naval Academy midshipmen?

2  A.   Yes, I do.

3  Q.   Approximately how many?

4  A.   Approximately 750 midshipmen.

5  Q.   For which class years?

6  A.   So comprising all class years, from freshman to seniors.

7  Q.   Do you believe that your race is relevant to serving as an

8  effective mentor?

9  A.   I believe that it is.

10 Q.   How often do you typically interact with your mentees?

11 A.   I interact with them on a daily basis.

12 Q.   And what is your takeaway on the importance of racial

13 diversity in the Officer Corps from your interactions with your

14 mentees?

15 A.   From those interactions, it's extremely important.

16 Q.   How so?

17 A.   You know, my takeaway from these conversations I have

18 them, these sessions that I have with them are that my visible

19 presence and my opportunity to lead them kind of provides them

20 a pathway, kind of a marker for what they can achieve in their

21 life, you know, certainly whether it be in the Navy SEAL

22 community or any warfare community within our Navy.

23 Q.   During your career in the Navy, has anyone in the military

24 exhibited racially discriminatory behavior directed towards

25 you?

1  A.    Yes.

2  Q.    Approximately how many times have you been subject to

3  racially discriminatory behavior?

4  A.    I couldn't give you an exact number, but it's definitely

5  happened on every tour that I've undertaken in the Navy.

6  Q.    Can you provide some examples?

7  A.    Sure.  I can recall, early on in training at BUD/S,

8  finishing either a run or an obstacle course, something I can't

9  quite recall, but a captain took me and another trainee aside

10 and say, "Hey, how are my two little cookies doing?"  That's

11 one example.

12       Probably a little bit on, towards the middle point of my

13 career, my senior SEAL leader during that tour, flat out told

14 me, he said, "Hey, look, I'm a racist bastard.  I'll support

15 you, but I'm a racist bastard."  So he made that pretty clear.

16 Q.    Have you written about these statements that you just

17 described?

18 A.    I have.

19 Q.    Why did you write about those derogatory statements?

20 A.    I wrote them in 2020, as I recall.  It was on the heels of

21 COVID, but also on the heels of the George Floyd death.  And

22 there were a lot of people talking, and I felt that my

23 experience would be helpful or at least meaningful and resonate

24 with whoever chose to read that article.

25 Q.    And what effect did those statements have on you?

1  A.    It certainly made me question my choice, you know, if I

2  made the right choice in becoming a Navy SEAL and being part of

3  the Naval Special Warfare community.  It made me reflect if I

4  wanted to remain on active duty and remain a part of the

5  community as well.  And it was harmful.  It was distracting and

6  hurtful.

7  Q.    When is the most recent time that you have dealt with a

8  situation in which someone was being subject to racially

9  discriminatory behavior in the military?

10  A.    Most recently, in my current tour as battalion officer at

11  the Naval Academy.

12  Q.    What happened?

13  A.    So we had, within my battalion, two -- two young men who

14  racially and sexually harassed another midshipman of Native

15  American descent.

16  Q.    How did you learn of the incident?

17  A.    Again, being part of the chain of command, it -- again,

18  the perpetrators were in my battalion, and so I found out

19  through those channels.

20  Q.    What effect did this incident have on you?

21  A.    It was -- it was a reminder of the importance that being

22  present and being someone that's approachable can have an

23  individual so that they can come forward.  And really, that

24  adhering to our core values can have a lasting impact on

25  someone's career, whether they choose to stay in the service or

1  to move on to other -- explore other opportunities if they

2  don't feel like they're fully embraced by the team.

3  Q.   Is the midshipman who was the victim in that incident, is

4  she still at the Naval Academy?

5  A.   No, she's not.

6  Q.   Why not?

7  A.   She resigned her appointment most certainly because of, as

8  a contributor, this incident.

9  Q.   Are the two perpetrators still at the Naval Academy?

10 A.   So one is in the process of being fully separated, and one

11 was retained, as I recall.

12 Q.   Was the midshipman who was retained, was he punished?

13 A.   Yes.

14 Q.   And could you provide more detail on exactly what happened

15 during this incident.

16 A.   Yes.  So they made and recorded comments to the effect

17 of -- they called her Pocahontas and that they were going to

18 pretend they were John Smith and colonize her.

19 Q.   In your experience, Captain Birch, is racial diversity in

20 the Officer Corps important for unit cohesion?

21 A.   Absolutely.

22 Q.   In your experience, is racial diversity in Officer Corps

23 important for mission effectiveness?

24 A.   Yes.

25 Q.   In your experience, is racial diversity in the

 1  Officer Corps important for recruitment?

 2  A.    Yes.

 3  Q.    Is racial diversity important for retention?

 4  A.    Yes.

 5  Q.    Is racial diversity important for our partnerships with

 6  military allies on the ground?

 7  A.    Yes.

 8              MR. MENDEZ:  Thank you.

 9              THE COURT:  Thank you, Mr. Mendez.

10       Cross-examination, Mr. Mortara.

11              MR. MORTARA:  May I proceed, Your Honor?

12              THE COURT:  Yes.  Certainly.

13                        CROSS EXAMINATION

14  BY MR. MORTARA:

15  Q.    Good morning, Captain Birch.

16  A.    Good morning.

17  Q.    We've not met before; have we?

18  A.    No, we've not.

19  Q.    It's a great pleasure to meet you.  And on behalf of

20  everyone here, and particularly myself, thank you for your

21  service to this country.

22  A.    Thank you for those words.  I appreciate it.

23  Q.    I should just add, it's not trite.  We're saying it to

24  everyone.

25       I was really looking forward to meeting you after reading

 1  your deposition, but I did not take it, correct?

 2  A.   No, you did not take my deposition.

 3  Q.   I want to start with this alarming and really disturbing

 4  episode you just spoke about regarding the sexual harassment

 5  that occurred at the Naval Academy.

 6       You handled that as part of the chain of command as a

 7  battalion officer; you said that, correct?

 8  A.   That's correct.

 9  Q.   Because the two perpetrators were in your battalion.

10  A.   That's correct.

11  Q.   Do you think a White battalion officer, your colleagues --

12  presumably some of the other battalion officers are White,

13  correct?

14  A.   Others are White, yes.

15  Q.   Do you think they would have done the same things you did?

16  A.   I believe so.  I believe they would have taken action.

17  Q.   Shifting to something that's a little less serious and

18  sobering, let's talk about your early life.

19       You mentioned a father figure of yours that attended the

20  Naval Academy.

21  A.   Yes.

22  Q.   Did that father figure write you a letter when you applied

23  to the Naval Academy, or to NAPS?

24  A.   I can't recall if he wrote a letter, but as a mentor, and

25  certainly as my track and cross-country coach, I'm fairly

1  certain that in the application process, he was contacted.

2  Q.   You didn't run track at Naval Academy; did you?

3  A.   So for a short time I did, junior varsity.

4  Q.   Oh, great.  Congratulations.

5       What event?

6  A.   Mostly middle distance, so 800, that distance about, a

7  mile.

8  Q.   So I'm trying to elevate my voice a little bit and be

9  happier after the -- frankly, the very distressing episode you

10 discussed, so you hear it in my voice a little bit.  Sir,

11 that's all I'm trying to do.  I want to talk about something

12 happy.

13      You are the president of the U.S. Naval Academy class of

14 1999, right?

15 A.   Yes, I am.

16 Q.   I would assume, that within your class of '99, there's

17 some diversity of opinion about the issues we're discussing in

18 this case, which is to say whether the Naval Academy should use

19 race in its admissions process?

20 A.   I can't speak to what my classmates -- their opinion on

21 this issue.  I haven't spoken about it with any of them.

22 Q.   You don't know whether any of your classmates have

23 different views about this?

24 A.   I haven't spoken with them about any of these issues.

25 Q.   Do you think reasonable people can have different views

 1  about whether the Naval Academy could use race in its

 2  admissions process?

 3  **A.**   Excuse me.  Did you say "reasonable people"?  I'm sorry.

 4  **Q.**   Yes.  Do you think reasonable people can have different

 5  views about whether the Naval Academy should use race in its

 6  admissions process?

 7  **A.**   I think that definitely reasonable people have different

 8  opinions about everything.

 9  **Q.**   And this specific thing as well?

10  **A.**   They can certainly have differing views on this issue, for

11  sure.

12  **Q.**   Captain Birch, you're on the Naval Academy Admissions

13  Board, correct?

14  **A.**   Yes, I am.

15  **Q.**   And the job of the Naval Academy Admissions Board is to

16  review applicants' admissions packages for their academic,

17  physical, and extracurricular and all of their different

18  aspects that go into attributing some of the things that you

19  were looking for as potential members of the U.S. Naval

20  Academy, correct?

21  **A.**   I would say that's generally correct.

22  **Q.**   And as part of that process, you recommend a candidate as

23  qualified or not qualified, correct?

24          **MR. MENDEZ:**  Objection, Your Honor.  That's outside

25  the scope of the direct examination.

 1          **THE COURT:**  It's certainly appropriate.  It can be

 2   outside the scope of direct.  All of the witnesses, we've

 3   admitted people to approach those.  And indeed, Captain Birch

 4   was listed as a may-recall witness by the plaintiff.  He's

 5   certainly free to do that.  He's not limited just by the scope.

 6   Neither side is limited by the scope in terms of the exchange

 7   of witnesses here.

 8        You can continue, Mr. Mortara.

 9          **MR. MORTARA:**  I'll just repeat the question.

10   BY MR. MORTARA:

11   Q.   As part of that process, you recommend a candidate as

12   qualified or not qualified, correct?

13   A.   That's correct.

14   Q.   Have you ever considered an applicant's race in deciding

15   whether that applicant was qualified to attend the Naval

16   Academy?

17   A.   As -- if race -- as I believe, race is a subset of some of

18   the different challenges and adversity and others things that

19   can give an individual strength and indicators of their

20   potential for success at the Naval Academy, yes.  As a subset,

21   I have included race in those -- those considerations.

22   Q.   So the answer to the question is yes, you have used race

23   in considering whether a candidate is qualified?

24   A.   No.  The -- my answer was race is a subset of different --

25   a broader issue just in terms of different adversity that

 1  they've -- life experiences that they've had while they were a

 2  high-schooler, or before they were in high school, that would

 3  indicate if they have the grit and potential for leadership as

 4  midshipmen and certainly later on in their career, potentially.

 5  **Q.**   You believe that the board includes race as a subcomponent

 6  of other factors when considering a person's package to be

 7  qualified or not qualified, correct?

 8  **A.**   Yes.

 9  **Q.**   You commissioned into the Navy SEALs, as you talked on

10  direct, correct?

11  **A.**   Correct.

12  **Q.**   A lot of midshipmen probably come to the Academy thinking

13  they will commission into the SEALs, right?

14  **A.**   I believe that it's -- for many, it's a popular choice or

15  it's a popular interest for many initially, yes.

16  **Q.**   How many SEAL billets were there when you graduated?

17  **A.**   Approximately, when I graduated, there were 16, back in

18  1999, as I recall.

19  **Q.**   And I think you mentioned, your Overall Order of Merit was

20  in the top half at least, right?

21  **A.**   As I recall, yes.

22  **Q.**   Do students who graduate at the bottom of the class

23  regularly get SEAL billets?

24  **A.**   I would -- my guess would be it depends.

25            **THE COURT:**  I'm trying to clarify one thing.  I

 1  thought he testified in terms of the Military Order of Merit he

 2  was the top 25 percent, not the top 50 percent.

 3          MR. MORTARA:  To clarify, Your Honor, I was referring

 4  to the Overall --

 5          THE COURT:  Overall Order of Merit, he was top half,

 6  yes.  Okay.

 7  BY MR. MORTARA:

 8  Q.   And for the record, you were in the top 25 percent for the

 9  Military Order of Merit?

10  A.   I believe, as I recall.

11  Q.   I'll ask the question two ways.  Let me strike the

12  previous question.

13          MR. MORTARA:  Thank you, Your Honor.

14  BY MR. MORTARA:

15  Q.   Captain Birch, do students who come at the bottom of the

16  Overall Order of Merit routinely get SEAL billets?

17          THE COURT:  At the bottom or bottom half is your

18  question?

19          MR. MORTARA:  Bottom.

20          THE COURT:  Okay.  Bottom.  Okay.

21          THE WITNESS:  Right.  And so the selection process for

22  Naval Special Warfare, similar to other warfare communities,

23  it's a combination of numerous different factors to include

24  your performance in the classroom; your performance in the

25  hall, as we call it, so your performance as a midshipman; your

1  evaluated performance during summer training, after getting

2  exposure to these different communities; as well as

3  incorporating interviews in how well you do to determine your

4  potential.

5       So I can say potentially, there are individuals that have

6  accessed into the Naval Special Warfare community from all

7  ranges of order of merit.

8  Q.   But order of merit, and specifically Military Order of

9  Merit go into which community you can join.  There's an element

10 of preference there, right?

11 A.   Can you repeat the question?

12 Q.   You can't get into the SEALs if somebody who's superior to

13 you for the SEALs wishes to be in and there's no more billets

14 left, right?

15 A.   No, so, again, the selection process isn't nearly as

16 simple as taking a number of where you're ranked academically,

17 militarily, or even your Overall Order of Merit, it's

18 incorporating all those different factors and some others that

19 I just listed off.

20 Q.   You don't think that your Military Order of Merit or your

21 military performance at the Academy influences whether you can

22 get a SEAL billet?

23 A.   No, I'm saying that it's one of many things, but it

24 certainly is a factor.

25 Q.   So the Military Order of Merit is a factor, correct?

1  A.   Yes, it is.

2  Q.   And the Overall Order of Merit is a factor in getting a

3  SEAL billet, correct?

4  A.   Yes, it is.

5  Q.   Stepping outside of your own community, do you agree that

6  the same is true for aviation?

7  A.   I can't really speak to their accession process.  But from

8  my experience, both as a midshipman and certainly now, as a

9  battalion officer, I can reasonably say that it's also a factor

10  in other communities as well.

11  Q.   Now, you attended the Academy and then Johns Hopkins,

12  correct?

13  A.   Correct.

14  Q.   What was your degree from Johns Hopkins?

15  A.   So I earned a master's in international public policy.

16  Q.   And you got a -- would you agree that SEAL billets are

17  coveted, people want them?

18  A.   I'm sorry, you'd asked me about my time at Johns Hopkins,

19  I'm confused, Counselor.  I'm sorry.

20  Q.   No, I'm now asking about SEAL billets out of the Naval

21  Academy.  Would you agree they're coveted; they're scarce, and

22  people want them?

23  A.   I'd agree that for many -- especially initially, when you

24  first join the Naval Academy or come in the Naval Academy, it

25  can be a very attractive community for some.

1   Q.   So you got a coveted SEAL billet out of the Academy, and

2   you've made a high rank in the Navy, correct?

3   A.   I've achieved the ranking of captain.

4   Q.   If the Naval Academy stopped considering race in the

5   admissions process, you don't know whether the number of

6   African Americans attending the Naval Academy would decrease,

7   correct?

8   A.   I wouldn't venture to guess on what the impact on changing

9   our missions process and how that would -- the outcome.  I

10  would say that I believe it would be detrimental if we didn't

11  include a race as a sub-factor, at least as it informs, I

12  think, some broader indicators and speaks to the background of

13  some of our candidates as they come to the Academy.

14  Q.   You don't know whether the number of African Americans

15  would decrease, correct?

16  A.   I don't know.  I couldn't produce a formula for you to

17  nail down a number or something like that.  I wouldn't make

18  that speculation.

19  Q.   You don't know even whether the number would decrease,

20  correct?

21  A.   Again, I wouldn't venture a guess.

22  Q.   It stands to reason then that you don't know whether you

23  were admitted to NAPS, or the Naval Academy, because of your

24  race, correct?

25  A.   I can assume that I was accepted to the Naval Academy prep

1  school, and eventually the Naval Academy for a multitude of

2  factors.

3  Q.   But you don't know whether your race was one of them; do

4  you?

5  A.   I don't know the admissions policy at the time when I was

6  accepted.

7  Q.   So it's possible you would have been admitted to the Naval

8  Academy even if Naval Academy didn't use race in admissions;

9  it's possible, correct?

10 A.   Again, I can't speak to what the admissions policies were

11 back in 1994, 1995 time frame.

12 Q.   And in the world where you were admitted to the Naval

13 Academy without racial preferences, you still would have been

14 on all of the SEAL teams you mentioned, correct?

15 A.   So my assignments and where I've been assigned in my

16 career has been a factor of, you know, the needs of the Navy,

17 my family situation, and certainly my performance since

18 commissioning.

19 Q.   Your race hasn't entered into those things, as far as you

20 know?

21 A.   Can you ask the question again, please.

22 Q.   Your race hasn't entered into your assignments, as far as

23 you know?

24 A.   So in terms of what -- like, where I've been assigned?

25 Q.   Correct.

1  **A.**    Geographically and billets I've held?

2  **Q.**    Correct.

3  **A.**    Not to my knowledge.

4  **Q.**    So in the possible world where you were admitted to the

5  Naval Academy without racial preferences, you still would have

6  addressed that racism incident on SEAL Team 8, correct?

7  **A.**    Can you ask the question again, please.

8  **Q.**    You don't know whether you were admitted to the Naval

9  Academy because of a consideration of your race or not,

10  correct?

11  **A.**    Again, I'm not sure the admissions policies back in 1995.

12  **Q.**    Therefore, it is entirely possible that even if the Naval

13  Academy never considered your race, you would have addressed

14  those racism incidents on SEAL Team 8 in exactly the same way?

15  **A.**    I believe that I handled those situations properly.

16  **Q.**    And you still would have gone to Somalia with SEAL Team 10

17  like you talked about, correct?

18  **A.**    What was the first part of the question?  You --

19        (Cross-talk.)

20  **Q.**    You still would have gone to Somalia with SEAL Team 10

21  like you talked about, correct?

22  **A.**    If what?  I'm sorry.

23  **Q.**    If you had been admitted to the Naval Academy and they had

24  no consideration of your race whatsoever.

25  **A.**    Can you ask the question all together?  Excuse me.

1  Q.   Sure.  You earlier testified that you have no idea whether

2  your race entered into your admission to the Naval Academy,

3  correct?

4  A.   Correct.

5  Q.   And therefore, it is entirely possible that every single

6  thing you discussed today had nothing to do with your race

7  being a factor in admission to the Naval Academy; is that

8  right?

9  A.   Well, everything that I've discussed today, certainly my

10  race has been a factor in my -- my life, you know, certainly as

11  a -- you know, as a commissioned officer in my deployments,

12  it's been a factor.

13  Q.   One hundred percent concede that?

14  A.   Yeah.

15       MR. MORTARA:  Madam Court Reporter, would you read

16  back my last question?

17       (Reporter read back as requested.)

18       THE WITNESS:  So again, I'm not familiar with the

19  admissions policies during 1995 or 1995 time frame, so I can't

20  answer that question.

21  BY MR. MORTARA:

22  Q.   You don't know whether race was used in your admissions

23  decision?

24       That's the last time I'll ask it.

25  A.   Correct.

1   Q.   And so you don't know whether race being used in an

2   admissions decision for you to get to the Naval Academy had

3   anything to do with all of the things you testified about

4   today, for which we admire you very much, correct?

5   A.   I apologize, Counselor, I just don't understand the

6   question.

7          MR. MORTARA:  Madam Court Reporter, could you read

8   back the question.

9          THE COURT:  Well, he heard the question.  He doesn't

10  understand your question.

11  BY MR. MORTARA:

12  Q.   My question, sir, is because you don't know whether race

13  was used in your admission to the Naval Academy, you would have

14  done all these things even if your race had never been

15  considered by anybody in entering the Naval Academy, right?

16  A.   Again, everything that I've achieved in my career, to say

17  that my race wouldn't have affected my experiences, my

18  deployments, how my teams reacted to me, how individuals on

19  different teams, foreign partners reacted to me, I can't say

20  that.

21  Q.   Thank you, Captain Birch.

22          I want to return to the admissions board, just briefly.

23  A.   Of course.

24          MR. MORTARA:  I'm going to hand the witness a copy of

25  Plaintiff's Exhibit 491.

 1          **THE COURT:**  Sure.

 2          **MR. MORTARA:**  Your Honor, has Plaintiff's Exhibit --

 3          **THE COURT:**  It's already been in evidence.

 4          **MR. MORTARA:**  Right.  But do you need another paper

 5  copy?  It's a very short document --

 6          **THE COURT:**  Are we going to put this up on the screen?

 7          **MR. MORTARA:**  Absolutely.

 8          **THE COURT:**  Good.  I'll just watch the screen.  Thank

 9  you.

10          **MR. MORTARA:**  Great.

11  **BY MR. MORTARA:**

12  **Q.**   Captain Birch, earlier you testified that you had, in

13  fact, used race in deciding whether or not someone was

14  qualified as part of your role on the admissions board.

15  Remember that?

16          **MR. MENDEZ:**  Objection, Your Honor, with respect to

17  what the witness said --

18          **THE COURT:**  That's correct.  Objection sustained.

19  That was not the specific answer that he gave.

20          **MR. MORTARA:**  Well, then --

21          **THE COURT:**  The answer was that it was a factor among

22  many that was considered.  The way you phrased the question is

23  incorrect, and the objection is sustained.

24          **MR. MORTARA:**  Your Honor, I'll be very clear.  Sorry.

25  Using shorthand.

1  BY MR. MORTARA:

2  Q.   You earlier testified that you used race as a factor in

3  deciding whether candidates are qualified for admission into

4  the Naval Academy.  Do you remember that?

5          MR. MENDEZ:  Same question.  Objection, Your Honor.

6          THE COURT:  Same objection is sustained.

7          MR. MORTARA:  I thought I just said what Your Honor

8  just said.  I'll do it again.

9          THE COURT:  I'll look at my notes, if you want.  Not

10  that I don't trust Ms. Thomas, but I always take pretty

11  extensive notes on these.  And I'll look back, if you want.

12  But you're not correctly characterizing what the question was

13  and his answer.  He did not give the answer that you've

14  indicated.

15          MR. MORTARA:  Okay.  I'm going to --

16          THE COURT:  He did not specifically say he considered

17  race.  He said it was considered, among other factors.  I

18  understand where you want to go with this, Mr. Mortara, but you

19  can so state a question.  But that's not what his earlier

20  answer was.

21          MR. MORTARA:  I'm going to try it again.

22          THE COURT:  That's fine.

23          MR. MORTARA:  Fourth time will be really afoul.

24          THE COURT:  Okay.  Fine.

25          MR. MORTARA:  Your Honor --

 1          THE COURT:  Try not saying that race was a factor.  It

 2    is a factor that was considered, among other factors.  I think

 3    that's where the problem is.

 4          MR. MORTARA:  Thank you, Your Honor.

 5          THE COURT:  Okay.  That's fine.

 6    BY MR. MORTARA:

 7    Q.    You earlier testified that race was a factor that was

 8    considered, along with other factors, in deciding whether a

 9    candidate would be deemed qualified.  Do you remember that?

10    A.    I remember that.  It was as a subset of different factors,

11    yes.

12    Q.    I want to turn to a slide in this board training process.

13    This is from 2023.  There's been earlier testimony about that.

14          You attended the board training in 2023, correct?

15    A.    Correct.

16    Q.    Do you remember a presentation by Christie Munnelly?

17    A.    I remember her training.  I don't sort of remember

18    everything.  But certainly, she ran training.

19    Q.    I'm going to show you the admissions board review slide,

20    and I doubt you remember this specific slide, although it

21    appears to be recycled from year to year.

22          But you see the slide on the screen, correct?

23    A.    I do.

24          MR. MORTARA:  This is ending in 782, Your Honor.

25

 1  **BY MR. MORTARA:**

 2  **Q.**   And then at 89, there's a listing of admissions board

 3  members.

 4       Do you see that?

 5  **A.**   I do.

 6  **Q.**   And you are the Battalion Officer 1 on the admissions

 7  board, correct?

 8  **A.**   Correct.

 9  **Q.**   How many years have you been on the admissions board.

10  **A.**   I'm just starting my second year.  So last year was my

11  first academic year and my first year on the admissions board.

12  **Q.**   So this is the -- we're looking at the training you

13  received for your first year on the admissions board, correct?

14  **A.**   I believe so.  I can't say for certain if this was -- this

15  slide was from the first year and/or the second year.  I don't

16  know.

17  **Q.**   I will do my best to make sure that we can identify -- I'm

18  showing you the second slide in the document.

19       When did Superintendent Rear Admiral -- Kacher, is it?

20  **A.**   It's Kacher.

21  **Q.**   Kacher become superintendent?

22  **A.**   Last year, as I recall.

23  **Q.**   So 2023?

24  **A.**   Correct.

25  **Q.**   Now let's go to Ms. Munnelly's presentation.  We're back

 1  on the admissions board.  You're the battalion officer.

 2       Now let's go to a few slides ahead, Bates Numbered 785.

 3  "What does the admissions board do?"  This is the training from

 4  2023, "Determine Qualification for Admission."

 5       Do you happen to remember this slide?

 6  A.   I don't remember this exact slide, but I'm familiar with

 7  these words.

 8  Q.   You actually did the training again just a few weeks ago,

 9  right?

10  A.   So I actually wasn't present for that training two weeks

11  ago.

12  Q.   All right.  So you missed it.  Okay.  That's fine.  We've

13  had other testimony from the training two weeks ago.  We'll

14  skip that.

15          MR. MORTARA:  I'm now going to the slide numbered 97,

16  Bates Numbered for the record in Plaintiff's Exhibit 491, Your

17  Honor, ending in 792.

18          THE COURT:  Yes.

19  BY MR. MORTARA:

20  Q.   It says "Assessment of the Whole Person."

21       And I just want to confirm this is what you were talking

22  about.  It says you can use these factors.  And among the many

23  factors you can consider is someone's ethnic heritage, racial

24  and ethnic diversity.

25       That's what you were talking about before with me; is that

 1  right?

 2  **A.**    So before, I was referring to, again, the unique life

 3  experiences versus the other things where race might be a

 4  subset of those things.

 5  **Q.**    And this training that you received from Ms. Munnelly

 6  reflects your view that, among other factors, race can be used

 7  to determine whether a candidate is qualified, correct?

 8           **MR. MENDEZ:**  Objection, Your Honor.  Mischaracterizes

 9  the witness's testimony.

10           **THE COURT:**  No, no, that's a correct question, based

11  upon the document.  Objection is overruled.

12      You may proceed, Mr. Mortara.  Captain Birch may answer

13  that question.

14           **THE WITNESS:**  Yes.

15           **MR. MORTARA:**  No more questions, Your Honor.

16           **THE COURT:**  All right.  Thank you, Mr. Mortara.

17      Mr. Mendez, any redirect?

18           **MR. MENDEZ:**  Nothing further, Your Honor.

19           **THE COURT:**  All right.  Captain Birch, you may step

20  down, sir.  Thank you, as always, for those who are still in

21  the military.  Thank you for your service to our country.

22  You're excused.

23      You shouldn't discuss your testimony with anyone in the

24  event that perhaps you'll be called back before this trial

25  ends, at the end of next week.

 1          MR. MORTARA:  Your Honor, before Captain Birch leaves,

 2   may I have permission to shake his hand?

 3          THE COURT:  I'm sorry?

 4          MR. MORTARA:  May I shake his hand?

 5          THE COURT:  Actually, there's no reason to do all

 6   that.  We haven't done it with all the other witnesses.  So

 7   it's better not.  That's fine.  You're welcome to show the

 8   respect.  But that's fine.

 9          MR. MORTARA:  Usually, I introduce myself to them

10   before they take the stand.

11          THE COURT:  That's quite all right.

12          MR. MORTARA:  It was a pleasure to meet you, and thank

13   you for your service.

14      Your Honor, the defendants will next call Mr. Steve Vahsen

15   from the Naval Academy --

16          THE COURT:  Okay.  Plaintiff is calling or defense is

17   calling?

18          MR. MORTARA:  Plaintiff.  He has a rank; it is

19   captain.  But he's retired.

20          THE COURT:  Okay.  That's fine.  This is Steve Vahsen?

21   Is that V-A-H-S-E-N?

22          MR. MORTARA:  I think it's Vahsen.

23          THE COURT:  We'll find out.  It's not as difficult as

24   the professor's name, Arcidiacono.  And I still have not been

25   able to pronounce that correctly.  And that's my failing.

1          MR. MORTARA:  I am the veteran of a four-week trial

2    with Professor Arcidiacono --

3          THE COURT:  Then you had a better shot at learning how

4    to pronounce his name than I did.

5       (Laughter.)

6          MR. MORTARA:  But while we're waiting, we were going

7    to church together on Sundays, so I really had to learn his

8    name because we were sitting next to each other at mass.

9          THE COURT:  All right.

10      Welcome, sir.  If you can remain standing and be sworn as

11   a witness.  Thank you very much.

12         THE CLERK:  Raise your right hand.

13      (Witness sworn.)

14         THE CLERK:  You may have a seat.  Will you please

15   state and spell your first and last name for the record.

16         THE WITNESS:  Steven Vahsen; S-T-E-V-E-N; last name is

17   V- as in Victor, -A-H-S-E-N.

18         THE CLERK:  Thank you very much.

19         MR. MORTARA:  Your Honor, may I proceed?

20         THE COURT:  You certainly may, Mr. Mortara.

21                        DIRECT EXAMINATION

22   BY MR. MORTARA:

23   Q.   Mr. Vahsen, the Court has a preference that former service

24   members, even if they are retired from the service, be

25   addressed by their rank.  So if you don't mind, I will call you

 1  Captain Vahsen.

 2  **A.**   Yes, sir.

 3        THE COURT:  Captain Vahsen, you're retired from the

 4  U.S. Navy; is that correct?

 5        THE WITNESS:  Yes, Your Honor.

 6        THE COURT:  Welcome.  Nice to have you, sir.

 7        THE WITNESS:  Thank you.

 8  **BY MR. MORTARA:**

 9  **Q.**   Did I get your rank correct?

10  **A.**   Yes, sir.

11        THE COURT:  Actually, Mr. Mortara, I want to make sure

12  we indicate no disrespect to the public at large.  The rank of

13  a Navy captain is not the same as an Army captain.  And a Navy

14  captain is an O6, equal to an Army colonel.  And an Army

15  captain is, I believe, an O3.  So it may be a statement of the

16  obvious to those people here in the courtroom.  But given the

17  public interest in this, we should note that the rank of a Navy

18  captain is just one level below an admiral.

19        MR. MORTARA:  Your Honor, one of the many, many

20  humbling things that have occurred to me in the last

21  three weeks is that I learned that.

22        THE COURT:  That's good.  That's right.  I'm not

23  suggesting you didn't know.  I'm just putting it on the record.

24        MR. MORTARA:  I really didn't know it.

25        THE COURT:  You did not know?

1          MR. MORTARA:  No, I did not.

2          THE COURT:  Well, I'm not going to hold that against

3  you, nor would anybody else.  But don't ever say that to a Navy

4  captain.  Okay?

5          MR. MORTARA:  I just did.

6      (Laughter.)

7          THE COURT:  We're laughing here, it's fine.  Go ahead.

8  BY MR. MORTARA:

9  Q.   Welcome, Mr. Vahsen.

10          THE COURT:  Captain Vahsen.

11          MR. MORTARA:  Captain Vahsen.  Sorry.

12  BY MR. MORTARA:

13  Q.   Welcome, Captain Vahsen.

14      Because we're the plaintiffs and we're calling you in our

15  case, usually your side gets a chance to bring out your

16  background, and I'm going to do that for you just to introduce

17  you to the Court.

18      Where did you attend college, and when did you graduate?

19  A.   United States Naval Academy in 1985, sir.

20  Q.   And we just earlier had a little discussion about

21  something called the Overall Order of Merit.

22      If you don't mind me asking, what was your Overall Order

23  of Merit, if you remember?

24  A.   I was second in my classes, sir.

25  Q.   Did you say second?

1  A.   Yes, sir.

2        THE COURT:  The answer was second in his class,

3  meaning his class rank, he was second.

4      Is that your answer, Captain?

5        THE WITNESS:  Yes, Your Honor.

6        THE COURT:  All right.  Means there's only one person

7  ahead of him.

8      (Laughter.)

9  BY MR. MORTARA:

10 Q.   Congratulations.

11 A.   It's a long time ago.

12 Q.   What degrees have you obtained?

13 A.   I have a Bachelor of Science in Applied Science from the

14 Naval Academy.

15 Q.   What was your first job when you commissioned into the

16 Navy?

17 A.   First real job after flight training was I served in a

18 squadron as a junior officer, both flying as a naval flight

19 officer as well as various ground jobs within the squadron.

20 Q.   And I understand you spent 30 years on active duty; is

21 that right?

22 A.   Yes, sir.

23 Q.   And we already talked -- you made 06, correct?

24 A.   Yes, sir.

25 Q.   The last five of your years of active duty, you were a

```
 1  chief of staff to the superintendent of the Naval Academy,

 2  correct?

 3  A.   Yes, sir.

 4  Q.   What's the job of the chief of staff to the

 5  superintendent?

 6  A.   You kind of coordinate all operations that happen.  In

 7  this case, on the campus, you're seeing all the paperwork.

 8  You're ensuring that when it gets to the admiral, most of the

 9  decisions and hard things have already been worked out.  You're

10  kind of -- keep the train on the tracks and coordinate

11  everything within the various entities on the campus.

12  Q.   What years were those that you were chief of staff?

13  A.   2010 to 2015.

14  Q.   And you weren't here for my opening statement.  I think I

15  got this right.

16       You have served under five superintendents?

17  A.   Yes, sir.

18  Q.   What is your current position at the Naval Academy?

19  A.   I am the executive director for strategy.

20  Q.   Can you describe to the Court what that means, what your

21  job role is.

22  A.   Yes, sir.  Unlike many of the entities in our campus, the

23  front office, the superintendent's office is primarily military

24  individuals that revolve every couple of years.

25       So one of the primary things I do is I provide continuity
```

1  within that office of about 10 to 15 individuals.

2      I am primarily advice and counsel to the superintendent;

3  not legal counsel, but other forms of counsel.

4      Any long-term strategy assessment-type projects.

5      And then I'm the primary liaison with the Naval Academy

6  Foundation, which is a nonprofit organization that raises funds

7  for the Naval Academy.

8  Q.   You feel yourself, nevertheless bound -- withdrawn.

9      You feel yourself bound to follow the directives of the

10  superintendent, correct?

11  A.   Absolutely.  Yes, sir.

12  Q.   And notwithstanding your retirement, Captain Vahsen, you

13  feel bound to follow Department of Defense directives, correct?

14  A.   Yes, sir.

15  Q.   Not notwithstanding your retirement, you feel yourself

16  still to be in the chain of command?

17  A.   I'm not sure I would say I was in chain of command.

18  Nobody works for me.

19  Q.   Thank you, Mr. -- Captain Vahsen.

20      I want to talk a little bit about some of your role doing

21  strategy assessments and data collection for the Academy.

22      You have a binder in front of you, and I'm going to refer

23  to Plaintiff's Exhibit 151 that has been previously admitted.

24      And first of all, I'll ask you, Captain Vahsen, do you

25  have a habit of emailing yourself large numbers of documents so

 1  that you have them somewhere?

 2  A.   I occasionally do email myself so I have records of items;

 3  yes, sir.

 4  Q.   I have done that myself as well.

 5      I'm actually going to ask you specifically about the one

 6  that's highlighted on the screen, which is

 7  22-23USNADashboard.xlsx.

 8      And you will find a portion of that document behind the

 9  tab labeled 151-4.  You should see one that says 151-4.  There

10  you go.

11  A.   Yes, sir.

12  Q.   It's also on the screen, if it's easier to follow along

13  there.

14          MR. MORTARA:  This is one sheet from a giant Excel

15  that is part of the record, Your Honor.  The native document's

16  been submitted to the Court.

17          THE COURT:  Yes.

18          MR. MORTARA:  We have one sheet printed out here.  For

19  the Court's benefit, this is the one that was shown in opening

20  statement.

21          THE COURT:  Yes.  It's the one to which you referred

22  in your opening statement.

23          MR. MORTARA:  Yes.

24          THE COURT:  Yes.

25

 1  BY MR. MORTARA:

 2  Q.   You prepared this, correct, Captain Vahsen?

 3  A.   Yes, sir.

 4  Q.   I want to focus first on the bottom left two panes, the

 5  graduation rates.

 6       You were deposed in this case, correct?

 7  A.   Yes, sir.

 8  Q.   You were deposed by my colleague, Mr. Strawbridge, who

 9  bears some resemblance to me, correct?

10       (Laughter.)

11  A.   Yes, sir.

12  Q.   All right.  I think you were shown versions of what is

13  shown here, but the versions you were shown in your deposition

14  were black and white, and you had trouble reading them.  Do you

15  remember that?

16  A.   I do; yes, sir.

17  Q.   So now we're looking at them in color.

18       Can you explain to the Court what's being shown just on

19  the two on the left.

20  A.   Yes, sir.  The top one is the graduation rate by race and

21  ethnicity, where -- by class here, where race and ethnicity, in

22  the top graph, is broken out solely about Caucasian and

23  non-Caucasian, or minority, as it's indicated.  And then the

24  lower graph is broken out in more granular detail by specific

25  demographic of race and ethnicity that we -- the major ones

1  that we track.

2  Q.   And I have a couple questions.

3       One is:  What is the "DoD Minimum" dash line in the upper

4  pane?

5  A.   We have a guideline from the Department of the Defense in

6  which we are supposed to graduate at least 75 percent of each

7  class; not necessarily by any specific demographic or anything

8  like that, but as a whole, by 75 percent.

9  Q.   You anticipated my next question, but now that the -- the

10 second next question is:  Does the Academy, nevertheless,

11 consider it to be a problem if specific groups fall below that

12 75 percent threshold?

13 A.   Not necessarily a problem, sir.  You know, sometimes we

14 have demographics where there's only, for example, two people

15 or three people in a demographic.  Maybe it's Native American,

16 for example.  And so if one person doesn't graduate, then it's

17 two out of three.  We more or less look at trends to see if

18 there's trends.  Certainly, if something drops quite low in a

19 certain year, we'll look at it and see if there's a root cause.

20 But we primarily look at trends, sir.

21 Q.   So, Captain Vahsen, there are large groups; for instance,

22 "All Minorities" or the specific minorities listed on the lower

23 pane.

24      Would the Academy consider it to be a problem if those

25 graduation rates fell below 75 percent?

1 A.   It would be worth looking at to see if there's a root

2 cause.

3 Q.   And for the Court's benefit, would you please explain the

4 steep dropoff in 2023.  I think you told us something about

5 that before, but please explain it to the Court.

6 A.   In 2023, that year group, that class had a unique

7 challenge.  They entered the Naval Academy during the time of

8 the COVID pandemic.  So their entire four-year journey was a

9 little bit nontraditional.  Especially the first year and the

10 first two years of the Academy are quite challenging for most

11 midshipmen that attend.  And in those years, they spent a lot

12 of time isolated within their rooms.  A lot of time of online

13 learning.  A lot of time where they couldn't leave the campus

14 whatsoever.  And, most importantly, they did not get a chance

15 to go visit the fleet.

16       So during the summer, they go to ships, they go to

17 squadrons, they go to submarines, which is the "why" of why

18 many folks actually come to the Naval Academy.  And during that

19 time frame, they couldn't do that.  So they're doing the grind

20 without being able to do the good stuff.

21       Also, many of our students are athletes.  And during those

22 first two years, they couldn't participate quite a bit in their

23 sports.  And for many midshipmen that come to the Naval

24 Academy, the opportunity to play in a varsity sport is a

25 driving factor of why they come here, in addition to

1    potentially serve down the road.  But it's a driving factor.

2         So I think all of those things had a significant impact on

3    retention in 2023.

4    Q.   Thank you, Captain Vahsen.

5         Looking at the lower pane, "Graduation Rate by Race and

6    Ethnicity," will you agree that while in 2016, the

7    African American graduation rate approached the Caucasian rate,

8    at all times shown here, the African American graduation rate

9    has been below the Caucasian graduation rate?

10   A.   Yes, sir.

11   Q.   And would you agree that for some of the time, the

12   Hispanic graduation rate has been below the Caucasian

13   graduation rate?

14   A.   Yes, sir, for some of the time.

15   Q.   I want to turn to Plaintiff's Exhibit 479.  And that's in

16   your binder, but we'll also have it up on the screen.

17        This is a document ending Bates label 26677.  It's

18   entitled "USNA Class Years 2006 to 2022, Graduation Rate by

19   Race Ethnic Group."

20        Do you see that?

21   A.   Yes, sir.

22   Q.   And is this something that comes or data that you would

23   access to prepare graphs like the ones we just looked at?

24   A.   For various things I do as part of my job; yes, sir.

25   Q.   And to orient the Court and you, Captain Vahsen, the

1  spreadsheet shows by different race and ethnic group, the

2  graduation rate overall from both each year individually, and

3  then a computed average, correct?

4  A.   Over that period from 2006 to 2022; yes, sir.

5  Q.   And it does not include the COVID year we just discussed,

6  2023, correct?

7  A.   That's correct; yes, sir.

8  Q.   The graduation rate for White midshipmen over that period,

9  2006 to 2022, is 88.6 percent, correct?

10 A.   Yes, sir.

11 Q.   The graduation rate for Hispanic or Latino midshipmen is

12 83.2 percent over that period, correct?

13 A.   Yes, sir.

14 Q.   And on the next page, the graduation rate for Black or

15 African American is 77.3 percent, correct?

16 A.   Yes, sir.

17 Q.   Now, to be fair, Captain Vahsen, there is a listing for

18 "Two or More Races."

19      Do you see that?

20 A.   Yes.

21 Q.   Sometimes the Academy reports Black or African American as

22 exclusively, solely Black or African American, and sometimes it

23 will report that statistic as anyone who considers themself to

24 be any part African American; is that right?

25 A.   That's correct; yes, sir.

 1  Q.   And the way we're looking at it here, is these are people

 2  who exclusively consider themselves Black or African American,

 3  right?

 4  A.   In the part that says "Black or African American"; yes,

 5  sir.

 6  Q.   Let's go back to the dashboard document.  I want to focus

 7  now on the panel in the bottom right.

 8       Again, you weren't here, but during my opening statement,

 9  I showed the Court this and was meant to only touch on it

10  briefly, but the Court had a lot of questions, and the Court

11  may have questions now.

12            MR. MORTARA:  Which, Your Honor, please feel free to

13  interrupt me at any point, as I'm sure you do.

14  BY MR. MORTARA:

15  Q.   Let's orient to this graphic.  This is attrition by type

16  for the class years of 2014 to 2023, right?

17            THE COURT:  You're back in Exhibit 151, correct?

18            MR. MORTARA:  It's 151.  It's a native attachment to

19  151, Your Honor, yes.

20  BY MR. MORTARA:

21  Q.   This is attrition by class year, correct?

22  A.   By class year, by attrition type; yes, sir.

23  Q.   And then different types are medical, conduct-honor,

24  voluntary, academic, physical, and LOA, right?

25  A.   Those are the ones listed on the graph; yes, sir.

1  Q.   I think the first five are self-explanatory.

2       What is LOA?

3  A.   That is a term called leave of absence so -- yes.

4  Q.   And to again orient the Court, in 2023, there's almost a

5  record number of voluntary separations.

6       Do you see that?  87?

7  A.   Yes, sir.

8  Q.   Is that part of the phenomenon that you were discussing

9  earlier?

10 A.   Yes, sir.  We primarily had a very large jump in voluntary

11 resignations that year.

12 Q.   And you also see there was a somewhat higher than normal

13 number of academic attritions, right?

14 A.   Yes, sir.  Mostly attributable to online education, which

15 is not as effective as in-person.

16 Q.   I think you told us that there was a widening of the gap

17 between minority and Caucasian graduation rates that we saw

18 earlier on the other part of the screen.  You've previously

19 told us that.  And that you thought that widening had something

20 to do with varsity sports and, as you put it, the Academy

21 taking more risk on those candidates; is that right?

22 A.   Can you rephrase that question, please.  Or say it again.

23 Q.   What does it mean to you that the Academy takes more risk

24 on varsity athletes?

25 A.   There are certain athletes that we bring in that may not

1    have the same academic credentials as other candidates.  They

2    possess other characteristics that we think are very important

3    in both a midshipman and a naval officer.  So we'll take some

4    risk and allow them to come in.  We think they can still

5    graduate, but some of those varsity athletes, we term them

6    blue-chip athletes, come in with a bit of a challenge

7    academically.  And additionally, due to their schedules being

8    very intensive in how much time they devote to their sport and

9    how much travel they do and miss class, they're at a bit of a

10   disadvantage academically.

11   Q.   Thank you, Captain Vahsen.

12        That risk that you just discussed, that could show up

13   either in academic attrition or, for all we know, voluntary

14   attrition as well, correct?

15   A.   I suppose it could.  Usually, individuals indicate why

16   they depart the Naval Academy.  Everybody that departs, we

17   survey them and ask them.  And most reasons, almost

18   exclusively, are they decided that the military really isn't

19   for them and the school really isn't for them.  They don't

20   select academics, which is one of the choices.

21   Q.   I want to pivot off of something you just said about

22   blue-chip athletes and show you one of the middle panes.

23        MR. MORTARA:  Your Honor, you can see it, "Graduation

24   Rate by Athletic Participation."

25        THE COURT:  Yes.

1  BY MR. MORTARA:

2  Q.   Can you explain to the Court what's being shown here.

3  A.   Yes, sir.  So again, this is by class year, and it depicts

4  three different categories.  The green one is the non-varsity

5  athletes, which is roughly two-thirds of our midshipmen

6  population.  The yellow one is all varsity athletes, anybody

7  that participates in one of our 36 varsity sports.  And the

8  blue-chip are those individuals that I alluded to earlier that

9  usually come in with an academic challenge.

10      And it shows each one of those graduation rates by year.

11 Q.   And I would presume, but you should tell me if I'm wrong,

12 that the reason that the blue-chip line is lower than the all

13 varsity athletes line is because of some of the risks you were

14 discussing with me?

15 A.   That, yes, sir.  And usually, if they're better athletes,

16 like really good athletes, there is a chance that they could

17 get -- go to another school and get on another program as well.

18 Q.   And by that you mean -- you agree that one of the problems

19 is that football players at the Academy may also have other

20 options that they can pursue before they have to make their

21 commitment to finish out their time with the Navy, right?

22 A.   I think any midshipmen has that opportunity.  But yes,

23 football players and other athletes, yeah.

24 Q.   And that includes the availability of the transfer portal,

25 and now NIL being available at other institutions that athletes

 1  cannot get from the Academy, correct?

 2  **A.**   Yes, sir.

 3          **MR. MORTARA:**  And for the Court's -- I think the Court

 4  has observed this in the past, NIL stands for --

 5          **THE COURT:**  Name, image, likeness.

 6          **MR. MORTARA:**  Thank you, Your Honor.  I did know that

 7  before I started this case.

 8          **THE COURT:**  Can I interject a question while you're

 9  here, Mr. Mortara, to follow up with Captain Vahsen.

10      How did these graduation rates interact with respect to

11  the two-year period?  I'm not sure if it's come up as much so

12  far in this case.

13      All midshipmen, be they athletes or not, have to make a

14  decision at the two-year mark, correct?

15          **THE WITNESS:**  Yes, Your Honor.

16          **THE COURT:**  And how did that impact in terms of COVID

17  as to those who were in the first or second year, where they

18  still have an option to make a decision whether they're going

19  to stay in the military or not at the two-year mark?  How did

20  the COVID affect that?  Was there a higher rate of first- and

21  second-year students that decided just to drop out before the

22  two-year mark or what?  It would be helpful for me to know

23  that.

24          **THE WITNESS:**  Yes, Your Honor.  As you're probably

25  aware, if they stay past two years and leave for any reason,

```
 1  they'll either have to serve --

 2          THE COURT:  They have a service committal --

 3          THE WITNESS:  They have a service or a monetary

 4  recoupment obligation.

 5          THE COURT:  Yes.

 6          THE WITNESS:  And so the majority, especially of our

 7  voluntary resignations, almost exclusively happen in those

 8  first two years.

 9          THE COURT:  And is that factored in the graduation

10  rate for a particular class?

11          THE WITNESS:  Yes, sir, it's all wrapped in.

12          THE COURT:  All wrapped.

13      So to the extent -- let's say the class of 2021 had a

14  certain non-graduation rate or they were not -- they did not

15  graduate, that might have been reflected the previous two years

16  when they dropped out, say after a semester or two semesters.

17          THE WITNESS:  Absolutely.  Those rates you see are

18  not --

19          THE COURT:  Just one year.  It's a particular class.

20          THE WITNESS:  It's that particular class.  And we're a

21  little bit unique from most colleges and universities; almost

22  all of our individuals stay in that class year and graduate

23  within four years.

24          THE COURT:  Yes.  And I gather that -- the other

25  question I'd ask, if you don't mind, Mr. Mortara, to follow on
```

1  what you were doing, is that to the extent there was an effect

2  of COVID, do you have any knowledge as to once people broke

3  past that two-year mark and they had a service commitment

4  thereafter, what kind of attrition there was?  Was there any

5  sense that you had there still the same rate of attrition or

6  not, people dropping out of the Academy at that point?

7      I guess my question is:  How many juniors and seniors

8  dropped out during COVID, having already hit the mark where

9  they've got a military commitment hanging over them?

10         THE WITNESS:  That percentage did not rise

11  appreciably.  The greatest rise is all in the voluntary -- all

12  the voluntary in the first two years --

13         THE COURT:  And all usually in the first two years is

14  where it occurs?

15         THE WITNESS:  Yes, sir.

16         THE COURT:  It might be helpful for you.

17         MR. MORTARA:  Your Honor, I might be able to be

18  slightly more helpful.

19  BY MR. MORTARA:

20  Q.  Mr. Vahsen, this email is dated June 30th, 2023, but the

21  data that's being pulled here, there are dashed lines

22  associated with the class of 2023, is that because maybe this

23  data was pulled in the spring; by the spring, you essentially

24  know what the attrition is going to be because all of it is

25  front-loaded -- or a lot of it is front-loaded to the first

1 years, but when it's dashed here, that's representing an

2 assumption of what the attrition is going to be?

3 **A.**   So I can't tell you when the data was pulled.  I don't

4 recall for this specific graphic that you have here.  But we do

5 have some individuals, you know, less than two dozen usually,

6 that may extend past 47 months, that may extend past the

7 graduation rate.  Maybe they have a medical issue that's still

8 trying to be resolved, if they can commission.  Maybe they have

9 to take one class during summer school for some reason.  There

10 are extenuating circumstances.

11     So this data, we actually compile it in a report that goes

12 out in December.  And so by then, we'll have everything

13 finalized.  So there's some cats and dogs that haven't been

14 included in this, but it's very close to the final answer.

15 **Q.**   And when, just for the record, do you consider the

16 graduation rate locked, such that you would show it without a

17 dashed line?

18 **A.**   We publish an annual report that's normally published in

19 December.

20 **Q.**   Thank you, Captain Vahsen.

21     Let's talk about academics again.

22         **THE COURT:**  This might be a good point to stop now for

23 a late-morning break.  And we'll take about a 10-minute recess.

24     Obviously, Captain Vahsen, you're on the witness stand, so

25 don't discuss anything with anybody in the hallway.

 1        We'll take a 10-minute recess.

 2              THE CLERK:  All rise.  This Honorable Court is now in

 3   recess.

 4        (A recess was taken from 11:50 a.m. to 12:03 p.m.)

 5              THE CLERK:  All rise.  This Honorable Court now

 6   resumes in session.

 7              THE COURT:  You may continue.

 8        You may all be seated.

 9        Captain, you may take the witness stand.

10              MR. MORTARA:  Thank you, Your Honor.

11   BY MR. MORTARA:

12   Q.   Hello again, Captain Vahsen.

13        I want to talk to you a little bit about the fact that you

14   graduated number two in the order of merit just for a second.

15        Because you graduated so high in your class, did that help

16   you get your choice of initial assignment?

17   A.   We call it -- back then, we called it service selection.

18   At that time, yes, it had a -- it was the determinative factor

19   back then.  But it's not the case.  We do service assignments

20   now.

21   Q.   It's still the case that order of merit has an influencer,

22   a role in service assignment, correct?

23   A.   For some of the -- every community chooses the rubric by

24   which they decide how to select individuals or opt to select

25   individuals.  Everyone's is different.  Some of them prioritize

1   order of merit; some of them, it's not that important.

2   Q.   Does aviation still prioritize order of merit?

3   A.   I don't know.

4   Q.   Do you know about any of the communities in this respect?

5   A.   Submarine community certainly does.

6   Q.   Submarine still prioritizes order of merit.

7        What about Special Warfare?

8   A.   I don't know, sir.

9   Q.   So at least subs -- submarines --

10  A.   Submarines, they care about what your academic grades are.

11  Q.   Let's go back to academics.

12       You've seen academic attrition at the Academy broken down

13  by math SAT scores, correct?

14  A.   I have used that in the past to normalize data; yes, sir.

15  Q.   And I think you'll recall, if you normalize candidates by

16  SAT math score, that African American and Hispanic midshipmen

17  are no more likely to suffer academic attrition; isn't that

18  right?

19  A.   I wouldn't say "no more likely," but it's fairly

20  normalized, and that's for the first year or two.

21  Q.   So just to be clear to the Court, in the raw data,

22  African American and Hispanic midshipmen suffer academic

23  attrition at higher rates than White midshipmen in the raw

24  data, right?

25  A.   A little bit higher; yes, sir.

1  Q.   But if you normalize and consider the SAT math scores,

2  most of that difference goes away; is that right?

3  A.   Yes, sir, for overall attrition, yeah.  Yeah.

4  Q.   But the best predictor of how someone is going to do, at

5  least in the first two years, is the whole-person multiple,

6  right?

7  A.   There's a strong correlation; yes, sir.

8  Q.   You remember that the midshipmen equity report found that

9  African American midshipmen were 4.6 times more likely to be

10 subject to academic separation, right?

11 A.   I believe that's the number; yes, sir.

12 Q.   That's behind your binder at Plaintiff's Exhibit 148.

13      And again, to orient the Court, this is an email from you

14 to David Forman.

15      Who is David Forman?

16 A.   He's the deputy commandant of midshipmen.

17 Q.   And there's an attachment, "MidEquityStudy.pdf," correct?

18 A.   Yes, sir.

19 Q.   And before we get into the actual study, I want to note

20 and make sure that we have your comment here, "I don't

21 necessarily agree with some of the methodology, nor the facets

22 that were left out of the report."

23      Do you see that?

24 A.   Yes, sir.

25 Q.   I will ask you in a little bit to describe to the Court

1    what you remember of your concerns here.

2        Let's turn to the report.  The report is titled "Summary

3    Assessment of Midshipmen Equity by Race/Ethnic Group."  And

4    there's a group of, I believe, midshipmen that are listed as

5    the authors, correct?

6    A.   Several of them are midshipmen; yes, sir.

7    Q.   Some of them are not?

8    A.   That's correct.

9    Q.   Identify the people who are not, and tell me who they are,

10   please.

11   A.   Timika Lindsay.  Captain Timika Lindsay, at that time, was

12   the chief diversity officer.

13   Q.   Anyone else?

14   A.   Cathy McGuire is a -- somebody who works in our

15   institutional research, so she didn't author the report, but

16   she certainly provided some of the data.

17       I know Max Wakefield is professor -- or was a professor.

18   I think he's still at the Academy.  I'm not positive.

19   Q.   So now we have a group of midshipmen not highlighted and a

20   group of individuals, including one active duty person from the

21   Naval Academy, correct?

22   A.   Yes.  But I don't know who Brice -- forgive me, I can't --

23   Nguelifack.  I don't know who he is.

24   Q.   And one unknown.  Thank you, Captain Vahsen.

25       I want to first go to the data that was provided, what

1  years the data covered from this report.  And I'm just going to

2  go to the page -- what's listed as Page 4.  And you see that

3  the data used for this report is class years 2014 to 2020.

4       Do you see that?

5  A.   Yes, sir.

6  Q.   And now to a section that you discussed at your

7  deposition, on Page 7, this is "Academic Separations by Race or

8  Ethnic Group."

9       Do you see that?

10 A.   Yes, sir.

11 Q.   And you see some differences being reported here in the

12 form of an academic separation quotient ratio where Whites have

13 a .4 and Black, African Americans have 1.76, correct?

14 A.   Yes, sir.

15 Q.   And that's where you get the 4.6 times more likely -- it's

16 actually at the top of the screen -- 1.76 divided by .4, right?

17 A.    Sir, I did not generate these numbers.  I'm not sure all

18 the math they used in this, but it seems reasonable.

19 Q.   Yeah, I think 1.76 divided by .4 is 4.6.

20      And then I'm highlighting on the screen their statement

21 that we just talked.  "In particular, Black, African American

22 midshipmen are 4.6 times more likely than White midshipmen to

23 be separated by academics."

24      Do you see that?

25 A.   Yes, sir.

1  Q.   And to be fair, that number of academic separation is 28;

2  it's fairly small, you'd agree, over the relevant period?

3  A.   Over the seven-year period, that's about four per year;

4  yes, sir.

5  Q.   Now, I told you I was going to ask you this.  You did say

6  you had some issues with the methodology and some facets that

7  were left out.

8       Please take this opportunity to tell the Court what issues

9  you had, if you remember.

10 A.   And I don't -- I haven't read the report.  I've only read

11 it once or twice, and it's been several years.

12      But I distinctly remember that they pointed out, they

13 highlighted academic attrition.  They highlighted physical

14 readiness attrition.  And I believe one other attrition source.

15 Each of those are very small components of why somebody leaves

16 the Academy or separated from the Academy.  So our academic

17 attrition averages around 1 to 1-and-a-half percent.

18      People primarily leave due to voluntary attrition, as you

19 saw in some of the graphs prior.  That normally accounts for 50

20 to 60 percent of the attrition.  In that case, African

21 Americans tend to be on the lower scale of all race and

22 ethnicity for attrition.

23      So I found it -- I think they were cherry-picking the data

24 a little bit in their presentation.

25 Q.   Captain Vahsen, is that all that you remember of the

1  criticisms you were outlining in the email?

2  A.   I do not agree with a lot of conclusions they came up with

3  as well.

4  Q.   Captain Vahsen, you didn't say there was anything wrong

5  with the raw data that they used, right?

6  A.   I had no reason to believe that the data was incorrect.  I

7  didn't examine the data.

8  Q.   And just showing you, from the acknowledgement, they got

9  that data from the Naval Academy itself, correct?

10  A.   Yes, sir.

11  Q.   I want to go over one more thing with you from this paper,

12  which is at Page 14 of the paper, and there's a graphic --

13          THE COURT:  Again, this is Plaintiff's Exhibit 148?

14          MR. MORTARA:  That is correct, Your Honor.  The first

15  page of the exhibit is an email from Captain Vahsen.  And then

16  the back, the attachment, is the article --

17          THE COURT:  Yes.

18          MR. MORTARA:  -- paperwork.

19  BY MR. MORTARA:

20  Q.   This is a graphic showing "Representation Quotient by OOM

21  Interval."

22       Do you see that?

23  A.   Yes, sir.

24  Q.   And this data shows that, according to the paper and the

25  text below -- which I can put on the screen, and I will in a

1   second -- Black midshipmen are underrepresented severely at

2   high OOMs and overrepresented severely at low OOMs.  Those are

3   the orange bars, correct?

4   A.   The orange bars are the African Americans, yes.

5   Q.   And the conclusion here, reading the data, is,

6   specifically, about .1 percent of the midshipmen ranked in the

7   top OOM values were Black, African American.

8        And then down below, while Black, African American

9   midshipmen make up roughly 7 percent of the entire brigade,

10   they make up about 26 percent and 35 percent of those

11   midshipmen having an OOM within the intervals 1,001 to 1100 to

12   1200 respectively.

13        Do you see that?

14   A.   Yes, sir.

15   Q.   And you don't have any reason to doubt that data; do you?

16   A.   No.  I don't know the derivation of data, but I have no

17   reason to doubt it.  I'm sure it's correct.

18   Q.   And based on what you told me earlier, it stands to reason

19   that Black midshipmen, at the bottom of the class, will have a

20   great difficulty commissioning into the submarine community

21   because they use OOM as a priority, right?

22   A.   We have Black midshipmen that commission in the submarine

23   community, but not a whole lot.  Correct.

24   Q.   And that could be in part because of the clustering you

25   see at the low OOM --

 1  **A.**   It's likely due to their academic transcripts.

 2           **MR. MORTARA:**  No more questions, Your Honor.

 3           **THE COURT:**  Thank you, Mr. Mortara.

 4       Mr. Mendez, cross-examination.

 5       And just for the record, this witness has essentially been

 6  called by both sides, so . . . .

 7                           **CROSS EXAMINATION**

 8  **BY MR. MENDEZ:**

 9  **Q.**   Good afternoon, Captain Vahsen.

10  **A.**   Hi.

11  **Q.**   I just want to briefly touch upon your background.

12       At a general level, can you describe your career as a Navy

13  officer.

14  **A.**   Sir, I served 30 years in the Navy.  The first 20, I

15  would -- not that there's anything traditional, but a normal

16  aviation background, served in several squadrons.  I served

17  aboard a ship, culminating in a command of a squadron.  And

18  then my last 10 years was a little nontraditional.  I spent

19  five years serving in the Navy's Office of Legislative Affairs

20  and then the final five years as a chief of staff to the

21  superintendent.

22  **Q.**   When did you retire from active duty service in the Navy?

23  **A.**   In 2015.

24  **Q.**   Have you been deployed before?

25  **A.**   Yes, sir.

1  Q.   How many times have you been deployed?

2  A.   Nine.

3  Q.   Where have you been deployed?

4  A.   Pretty much all over the world.  Western Pacific,

5  Middle East several times, Mediterranean, and in -- in and

6  around South America and the Caribbean Sea.

7  Q.   Have you seen combat before?

8  A.   Yes, sir.

9  Q.   How many times have you seen combat?

10  A.   During four of those deployments, I was either shot at or

11  served in combat zones, yes.

12  Q.   Where have you seen combat?

13  A.   In the region around Serbia, and mostly in Afghanistan and

14  Iraq.

15  Q.   I want to turn to performance.

16       At a general level, what are -- what are the reasons why

17  midshipmen might not graduate from the Naval Academy?

18  A.   They're separated for a variety of reasons.  Voluntary.

19  They could have a medical issue that does not allow them to be

20  commissioned.  It could be academic attrition.  It could be

21  conduct attrition; they do something egregiously wrong or have

22  a habit of not following the rules.  It could be honor

23  violations.

24       And then it could not meet the physical readiness.  We

25  give them tests, and they have to learn how to swim and things

 1  like that.

 2      And finally, aptitude, which is typically a very small

 3  percentage of individuals that don't measure up, we don't think

 4  should be officers.

 5  Q.   Is academics the most frequent reason why a midshipman

 6  might not graduate from the Naval Academy?

 7  A.   No, sir.  It's one of those smaller reasons.

 8  Q.   And approximately what percentage of midshipmen of a given

 9  class separate because of academics?

10  A.   Of the late, it's been typically right around 1 to

11  1-and-a-half percent.

12  Q.   And what is generally the most frequent reason why

13  midshipmen would leave the Naval Academy before graduating?

14  A.   The majority of midshipmen typically leave for voluntary

15  reasons; 50 or 60 percent or so do.

16  Q.   Approximately what percentage of midshipmen in a given

17  class separate for voluntary reasons?

18  A.   About 50 to 60 percent.

19  Q.   What percentage of the class?

20  A.   Oh, I'm sorry.

21  Q.   The overall class.

22  A.   It's roughly 5 to 6 percent of the class.

23  Q.   And is voluntary attrition the same as academic attrition?

24  A.   No, sir.

25  Q.   If a midshipmen leaves for voluntary reasons, does that

1  mean that he or she was unable to academically perform at the

2  Naval Academy?

3  A.    No, sir.

4  Q.    Is academics the most frequent reason why African American

5  midshipmen leave the Naval Academy before graduating?

6  A.    No.

7  Q.    And could you explain -- we've -- my friend on the other

8  side discussed a bit about athletes and attrition of athletes.

9        So for the record, could you explain what a varsity

10 athlete is at the Naval Academy.

11 A.    So a varsity athlete is a midshipmen -- all our midshipmen

12 are students athletes but a varsity athlete is one that

13 competes in one of our 36 intercollegiate varsity sports.

14 Q.    What percentage of a given class contains varsity

15 athletes, on average?

16 A.    It's usually 30 to 33 percent.  About 30 percent.

17 Q.    And could you explain for the record what a recruited

18 athlete is.

19 A.    So a subset of that, those are -- when they were

20 midshipmen candidates, before they had been reached out or they

21 contacted a coach, a coach found interest in recruiting them.

22 So they'd be a subset.  You know, we do have some folks that

23 walk on to sports once they're here.  It's becoming less and

24 less popular or less and less frequent, but those are folks

25 that we had an idea they might play on our varsity sports

 1  before they came here.

 2  Q.    And what percentage typically of a given class are

 3  recruited athletes?

 4  A.    They're the majority of the athletes, so I'd say probably

 5  25 to 30 percent.

 6  Q.    And prior to the COVID-19 pandemic, did African American

 7  athletes represent a substantial portion of African American

 8  attrition?

 9  A.    Yes, sir.

10  Q.    Before the COVID-19 pandemic, what was the most frequent

11  reason why African American athletes would leave the Naval

12  Academy before graduating?

13  A.    Voluntary attrition.

14  Q.    And I think there's another category that my friend on the

15  other side briefly touched upon with you and I wanted to flush

16  out a little bit more, and that's blue-chip athletes.

17        Could you explain for the record what a blue-chip athlete

18  is.

19  A.    So a blue-chip athlete is normally an athlete that a coach

20  really wants and the athletic direct really wants.  They tend

21  to not be able to get in on their own academic record.  You

22  know, academics is one of those things that is considered in

23  the admissions process, and they're usually a little bit --

24  while we think they can certainly get through the program, they

25  may not compete academically with some other folks, and so we

 1  give them special consideration due to their athletic

 2  background.

 3  Q.    Do blue-chip athletes represent a substantial portion of

 4  the individuals that are in NAPS at a certain -- at any given

 5  point?

 6  A.    That are at NAPS?

 7  Q.    Yes.

 8  A.    Yes, sir.

 9  Q.    And what percentage of a given class at the Naval Academy

10  are blue-chip athletes?

11  A.    We typically cap that at 20 percent of the class.

12  Q.    Do African American midshipmen constitute a

13  disproportionate number of blue-chip athletes for any varsity

14  sports at the Naval Academy?

15  A.    Yes.

16  Q.    Which sports?

17  A.    I would say football and basketball, men's and women's

18  basketball.

19  Q.    And how do blue-chip athletes at the Naval Academy perform

20  in terms of their academics compared to midshipmen that are not

21  blue-chip athletes?

22  A.    Not as well.

23  Q.    And why is that?

24  A.    Along with taking some significant risk, typically just

25  coming in the front door with their academic prowess.  And then

1  on top of that, they -- especially in sports like football and

2  basketball, they spend a lot of their waking day committed to

3  that sport.  An average midshipmen spends a lot more time in

4  the books and in the company area, where they're seen quite a

5  bit.

6      And then they're on the road quite a bit, so they miss

7  some classes and whatnot, yeah.

8  Q.    So putting aside academics, are there ways in which

9  blue-chip athletes perform better than midshipmen that are not

10  blue-chip athletes at the Naval Academy?

11  A.    They typically are better athletically, and that's

12  something that we look at.  We want fit and athletic.

13      They have a little bit more grit often, a little bit more

14  resilience often; something we look for both in midshipmen and

15  junior officers.  They understand the concept of teamwork and

16  putting a team before themselves.  And quite often, they have

17  some leadership capabilities that they developed over the years

18  before they've come here and then they've honed while they're

19  here.

20      And not that you can say every single athlete, blue-chip

21  athlete is going to be better in those things, but they tend to

22  be very strong in those areas.

23  Q.    Are those qualities that you just mentioned, are those

24  important to the Naval Academy?

25  A.    Yes, sir.

 1  Q.    Why are those qualities important to the Naval Academy?

 2  A.    I'd say we want physically fit folks for any service

 3  assignment.  You know, they're an example out there, in front

 4  of their troops.  But most specifically, when you look at the

 5  Marine Corps, the SEAL community, the Explosive Ordnance

 6  Disposal community, those are very taxing, physically demanding

 7  things.  So that's one thing.

 8       The resilience and the grit is important for our junior

 9  officers.  That's something we're trying to instill within the

10  Academy.  The military is a team sport.  And that innate

11  teamwork and putting team before self is important.  The

12  leadership -- we're all about developing leaders.  And I think,

13  you know, we often talk about winning.  And winning is

14  important in sports.  It's very important in defense of our

15  nation.

16  Q.    Do African American blue-chip athletes tend to have those

17  qualities that you just described?

18  A.    Yes, sir.

19  Q.    Now I want to turn to Plaintiff's Exhibit 34, which has

20  been admitted into evidence.

21       Captain Vahsen, do you recognize this document?

22  A.    Yes, sir.

23  Q.    Can you describe what this document is?

24  A.    This is a document from the Academy Effectiveness Board.

25  I'm a member of the board.  That's a group that looks at and

1  assesses annually how we're doing as an institution.  And this

2  is an assessment for academic year 2022/'23.

3  Q.   I want to turn to the fifth bullet point on the first

4  page, Section 1A.  And I'm reading.  I'm looking at where it

5  says that, "The decrease in the class of 2023's graduation rate

6  was primarily attributable to a substantial increase in

7  voluntarily attrition."

8       Do you see that?

9  A.   Yes, sir.

10 Q.   And do you see where it next says, "Increases in academic

11 and conduct/honor attrition contributed to a lesser extent"?

12 A.   Yes, sir.

13 Q.   And do you see the last line in that bullet point, which

14 states that, "The class of 2023's journey through the COVID-19

15 pandemic likely played a major role in the doubling of

16 voluntary attrition from the prior class"?

17 A.   Yes, sir.

18 Q.   How did the COVID-19 pandemic contribute to the rise in

19 voluntary attrition?

20 A.   The class of 2023 came in during -- during COVID.  And

21 it's -- Academy is hard.  And usually -- I mean, we made it

22 harder with COVID.  They were not allowed to leave campus.

23 They were often quarantined to their rooms.  A lot of teaching

24 was online.

25      And I would offer, most importantly, they did not get the

1   normal summer training that most midshipmen do, and that's
2   where they go out and see the fleet, they see the Marine Corps,
3   they see ships, submarines, aviation squadrons; why many of
4   them came and the primary reason.  So they don't get what we
5   call the "why."  They don't get to reinforce the "why."
6   They're just in the grind.
7       It was just a tough time.  And I think at that age,
8   sometimes everybody thinks the grass is always greener on the
9   other side, and so a lot of them left for voluntary reasons.
10  Q.   I want to turn to the next page, this is the second bullet
11  point on Page 2 of this document.
12      And I'm looking at the bullet point that says, "The class
13  of 2023's varsity athletes lost sizable portions of their
14  competitive seasons during their first two years at the
15  Academy."
16      Do you see that?
17  A.   Yes, sir.
18  Q.   How did the loss of competitive seasons contribute to
19  attrition?
20  A.   I would offer that our young folks that come to the
21  Academy to be midshipmen come for a variety of reasons.  Many
22  of our varsity athletes, one of the primary reasons is to
23  participate in Division I sports; it's really important to
24  them.  And so they're going through the grind of midshipman
25  life, kind of extra grind that I just said.  They don't even

1   get to leave the campus.  And they're not getting to do their

2   specific "why."  They're not getting to compete in varsity

3   sports.  So that was a little frustrating for many of them, to

4   have the grind and not be able to do that.  So the COVID was a

5   big portion there.

6       At the same time, we also had -- the next sentence there,

7   the opening of the transfer portal and NIL played a -- played a

8   role as well for our varsity athletes.

9   Q.   Let's break that down.  How the transfer portal play a

10  role in the voluntary attrition of varsity athletes?

11  A.   Prior to this time frame, for a varsity athlete out of

12  college or university to which schools, whether it be the Naval

13  Academy or some other school, if they were to switch schools,

14  they would not be able to participate at that new school for at

15  least a year.  That's a huge dissuader.  And that tended to

16  stop people from switching schools.

17      At this time, the transfer portal was changed such that

18  you could leave one school and immediately go to another school

19  and start playing again.  So that barrier to moving was

20  removed, and so that certainly, we think, had a role in losing,

21  during this time, quite a few of our football players.

22  Q.   And how did NIL contribute to voluntary attrition?

23  A.   Name, image and likeness allows athletes to be paid.  As

24  DoD employees that already have a job as a midshipmen, our

25  midshipmen are not allowed to receive any NIL payments.  So

1  perhaps that was a carrot that they thought they couldn't have,

2  and that could have been a factor in having folks leave as

3  well.

4  Q.   All right.  Now let's turn to Plaintiff's Exhibit 164,

5  which also has been admitted into evidence.

6       Captain Vahsen, do you recognize this document?

7  A.   Yes, sir.  That's an email from myself to one of the

8  associate directors of athletics.

9  Q.   Do you see in your email, which is towards the middle of

10  the page, do you see where you write that, "For the class of

11  2023, attrition for African Americans is already over

12  36 percent with a year to go"?

13  A.   Yes, sir.

14  Q.   And do you see where you write, in the next sentence, "In

15  peeling back the onion, I've discovered that the football alone

16  accounts for 55 percent of that attrition.  And of the 17

17  African American football players that have been separated, 11

18  were for voluntary reasons" -- and in parentheses -- "(other

19  six were split evenly between honor violations and academic

20  separation)."

21       Do you see that?

22  A.   Yes, sir.

23  Q.   And do you see where you next note that "COVID certainly

24  played a role"?

25       Do you see that?

1  **A.**   Yes, sir.

2  **Q.**   And what precise role did COVID play in the attrition of

3  African American football players from the Naval Academy?

4  **A.**   I think, especially for this group, this happened during

5  their freshman and sophomore years, they couldn't play very

6  much at all.  Their seasons were truncated.  Their spring

7  seasons were truncated as well.

8       And again, as I alluded to, a lot of them come here and

9  that's their primary reason when they initially come to the

10  Naval Academy.  So they were in that grind and not being able

11  to play, not being able to have the good part of -- you know, I

12  was a varsity athlete at the Academy.  That's your sanctuary.

13  And they didn't have that.  They couldn't go out there and do

14  that and compete on a regular basis.

15       I'd also offer that for many of these folks, they are

16  blue-chip athletes already struggling with academics at times,

17  and the fact that we were doing a lot of online classwork, it's

18  just harder.  So that might have contributed to the increase in

19  academic separations.

20  **Q.**   Approximately how many midshipmen, overall, are there in a

21  given class in a year?

22  **A.**   About 1,200.

23  **Q.**   And approximately -- at a general level, approximately how

24  many are African American of that total?

25  **A.**   It's usually a little over 6 percent.  So probably 70, 75.

1   Q.   Okay.   Now turning back to this same document, Plaintiff's

2   Exhibit 164.   Do you see the chart at the end of the page that

3   lists a total of 50 African American varsity athletes for the

4   class of 2023?

5   A.   Yes, sir.

6   Q.   Do you see where it notes that 21 African American

7   athletes of that total separated from the Naval Academy?

8   A.   Yes, sir.

9   Q.   And do you see where it says that 17 African American

10  football players separated from the Naval Academy?

11  A.   Yes, sir.

12        MR. MENDEZ:   Now let's put up Plaintiff's Exhibit 148.

13  BY MR. MENDEZ:

14  Q.   And do you recall discussing this document and the

15  attached study with plaintiff's counsel?

16  A.   Yes, sir.

17  Q.   I want to turn to Page 2 of the document.

18        Do you see where -- do you see the list of authors that is

19  underneath the title?

20  A.   Yes, sir.

21  Q.   Are you an author of this document?

22  A.   I am not.

23  Q.   Did you edit this document?

24  A.   No, sir.

25  Q.   Did you provide suggestions to the content of this

 1  document?

 2  **A.**    No, sir.

 3  **Q.**    Did you examine the underlying data in this document?

 4  **A.**    No, sir.

 5           **MR. MENDEZ:**  No further questions.

 6           **THE COURT:**  Thank you, Mr. Mendez.

 7       Any redirect, Mr. Mortara?

 8           **MR. MORTARA:**  Yes, Your Honor.

 9                       **REDIRECT EXAMINATION**

10  **BY MR. MORTARA:**

11  **Q.**    Captain Vahsen, on behalf of all Students for Fair

12  Admissions, we would like to thank you for your service to this

13  country.

14  **A.**    It's a privilege.

15           **THE COURT:**  Thank you, Mr. Mortara.

16       And Captain Vahsen, thank you very much.  You're excused.

17  And you shouldn't discuss your testimony with anyone in the

18  event -- until this trial is over at the end of next week, in

19  the event you're called back to the witness stand.

20           **THE WITNESS:**  Thank you, Your Honor.

21           **THE COURT:**  Thank you very much.  And thank you very

22  much for your military service.  Nice to have you.  Thank you.

23       Okay.  With that, I understand that the next witness will

24  be -- is a defendant's expert witness only listed by the

25  plaintiff -- by the defendants as a witness, and that's

1  Beth Bailey.

2          **MS. GARGEYA:**  That's correct, Your Honor.

3          **THE COURT:**  Ms. Gargeya, nice to see you.

4          **MS. GARGEYA:**  Thank you, Your Honor.

5          **THE COURT:**  You're calling that witness?  Yes.  Okay.

6  Thank you.

7          **MR. MORTARA:**  Your Honor, we're going to make a move

8  at our table because our newest team member, Ms. Wyrick, whose

9  trial name is "War Eagle" because she went to Auburn, is going

10 to take her place at the table, if that's okay.

11         **THE COURT:**  Well, that's fine.  I think the Auburn,

12 Alabama game might be the only game that challenges the

13 Army/Navy in terms of intensity.

14     (Laughter.)

15         **THE COURT:**  Maybe not.  There's some others, I guess.

16 There's some others.

17     Ms. Wyrick, nice to have you as well.

18     Ms. Gargeya will be handling the direct examination.

19     Thank you very much.

20     Dr. Bailey, if you'll come forward here and be sworn.

21     (Witness sworn.)

22         **THE CLERK:**  Please have a seat.  Please adjust your

23 microphone.  If you don't mind speaking directly into it,

24 please state and spell your first and last name for the record.

25         **THE WITNESS:**  Beth Bailey; B-E-T-H, B-A-I-L-E-Y.

1      THE CLERK:  Thank you.

2                    **DIRECT EXAMINATION**

3  **BY MS. GARGEYA:**

4  **Q.**   Good afternoon, Professor Bailey.

5  **A.**   Good afternoon.

6  **Q.**   What is your current position and title?

7  **A.**   I'm a foundation-distinguished professor at the University

8  of Kansas and director of the Center for Military, War, and

9  Society Studies.

10  **Q.**   How long have you been a foundation-distinguished

11  professor at the University of Kansas?

12  **A.**   I'm beginning my 10th year now.

13  **Q.**   What is a foundation-distinguished professorship?

14  **A.**   The University of Kansas, in 2014, created a set of 12

15  distinguished professorships and recruited faculty members from

16  all disciplines to fill those professorships.  So there are 12

17  of us for the university.

18  **Q.**   Understood.

19       What is your academic focus?

20  **A.**   My research and teaching focus is on the U.S. military,

21  it's on recent American history, and on the history of gender

22  and sexuality.

23  **Q.**   I'd like to talk about your educational background and

24  prior work experience.

25       Where did you attend college?

1  **A.**   Northwestern University.

2  **Q.**   What degree did you earn there?

3  **A.**   A BA in American culture.

4  **Q.**   After college, did you attend graduate school?

5  **A.**   Yes.

6  **Q.**   Where did you attend graduate school?

7  **A.**   University of Chicago.

8  **Q.**   And what degrees did you earn there?

9  **A.**   MA and Ph.D.

10  **Q.**   In what subject?

11  **A.**   American history.

12  **Q.**   Did you take any courses on American history in the 20th

13  century?

14  **A.**   Yes.

15  **Q.**   Did you take any courses on historical research?

16  **A.**   Yes.

17  **Q.**   Did you take any courses on historical methodology?

18  **A.**   Yes.

19  **Q.**   Could you please briefly walk us through your employment

20  history after you graduated from the University of Chicago.

21  **A.**   I received my Ph.D. in 1986.  And in the following year, I

22  taught as a visiting assistant professor at the University of

23  Hawaii, Manoa.  And also taught courses at Chaminade University

24  and Honolulu Community College.

25       The following year, I moved to the University of Kansas as

1  a visiting assistant professor.  I taught there for two years.

2  And then took a tenured track position at Barnard College,

3  Columbia University.  I held a Fulbright appointment at the

4  University of Indonesia during that period.

5       And in 1998, I moved to the University of New Mexico.

6       In 2004, I moved to Temple University, spent 11 years

7  there.

8       And then moved to take my current position as a

9  distinguished professor at the University of Kansas in 2015.

10 Q.  Thank you, Professor Bailey.

11     Have you taught courses on American history?

12 A.  Yes, I have.

13 Q.  Where?

14 A.  In all of the institutions I mentioned.

15 Q.  Have you taught courses on military history?

16 A.  Yes.  Beginning at Barnard, and moving forward.

17 Q.  Have you taught courses on historical search and

18 methodology?

19 A.  Yes.  At all of the institutions, beginning with Barnard.

20 Q.  Professor Bailey, have you received research fellowships

21 for your work in military history?

22 A.  Yes, I have.

23 Q.  Which fellowships?

24 A.  I received a grant -- well, I received fellowships and

25 grants through my own institutions.  But in terms of highly

1  competitive national and international fellowships and grants,

2  I received two from the American Council of Learned Societies.

3  I received two from the National Endowment for the Humanities.

4  I received a Woodrow Wilson International Center for Scholars

5  Residential Fellowship.  And I was one of 23 people across

6  multiple fields in the country who received Carnegie Foundation

7  Fellowship for the years 2021 through 2023.

8  Q.    Professor Bailey, have you been affiliated with any

9  centers or academic institutions outside of the classroom

10 related to military history?

11 A.    Yes, I have.

12 Q.    Which ones?

13 A.    Well, at Temple University, the Center for the Study of

14 Force and Diplomacy, of which I served as director for a year.

15 And then as the founding director of the Center for Military,

16 War, and Society Studies at the University of Kansas.  I also

17 chair now the Department of the Army Historical Advisory

18 Subcommittee.

19 Q.    What do you do as founding director of the Center for

20 Military, War, and Society Studies?

21 A.    The purpose of the center is to foster research on and

22 about the U.S. military.  And commonly, we hold one to two

23 international symposia each year on topics related to the U.S.

24 military, sometimes in conjunction with U.S. military

25 institutions.  And we foster the teaching of U.S. military

 1  history as well.

 2  Q.   Thank you, Dr. Bailey.

 3       I believe you mentioned the Department of the Army's

 4  Historical Advisory Subcommittee.  Am I getting that right?

 5  A.   Yes, that's right.

 6  Q.   How did you join that subcommittee?

 7  A.   I was invited to join by the U.S. Center of Military

 8  History, and then appointed by the Secretary of the Army.

 9  Q.   What does that subcommittee do?

10  A.   The subcommittee is a group of, at this point, nine

11  civilian academic historians who provide advice to the

12  Department of the Army about historical programs within the

13  Army; that includes professional military education, PME; that

14  includes public-facing history, including events and museums;

15  and it's also about the official histories that the U.S.

16  military, the U.S. Army publishes.

17  Q.   How long have you served on that subcommittee?

18  A.   This is my seventh year, in total.

19  Q.   In what capacities have you served on the subcommittee?

20  A.   I spent five years as a member, and this is my second year

21  as chair.

22  Q.   How did you become chair of the subcommittee?

23  A.   I was invited to serve as chair by the Center of Military

24  History, and I was appointed by the Secretary of the Army.

25  Q.   What do you do as the chair of that committee?

1  A.    I establish the agenda for our meetings.  I communicate

2  with members in the U.S. military about topics we need to

3  discuss, questions that we need to discuss.  And I write the

4  report that goes on up through the education committee on to

5  the Department of the Army's office.

6  Q.    Have you been asked to speak on military history?

7  A.    Yes.

8  Q.    By military institutions?

9  A.    Yes.

10  Q.    Which ones?

11  A.    Well, including the Air War College, the U.S. Army War

12  College, the Command and General Staff College, the combined

13  Armed Center at Ft. Leavenworth, and as for the TRADOC, the

14  Training and Doctrine Command professional leadership

15  conference through the Army.

16  Q.    Thank you, Professor Bailey.

17      Have you conducted a historical analysis of the military

18  before?

19  A.    Yes, I have.

20  Q.    For which projects?

21  A.    A whole host of projects.  Of the, I believe, 14 books

22  that I have either written or edited, co-edited, I'd say eight

23  focus on the U.S. military.  And I've published an estimate of

24  about 25 articles focusing on the U.S. military.

25  Q.    How many of these publications were peer reviewed?

1   A.   All of the books and all of the significant articles were

2   peer reviewed, some appearing in the *Journal of American*

3   *History*, which is the top journal in the field of U.S. history.

4   Q.   In those publications, did you employ a similar

5   methodology to what you did for your testimony today?

6   A.   Yes, I did.

7   Q.   Have you received any recognition for your work on

8   military history?

9   A.   Yes.

10   Q.   What recognition have you received?

11   A.   I was honored to receive the Society of Military History's

12   top award for military history, the Lifetime Achievement Award,

13   the Samuel Eliott Morison Award.

14        I was asked to deliver the Marshall Lecture at the

15   American Historical Association, which is something that is for

16   significant military historians.

17        I received two distinguished writing awards from the Army

18   Foundation.

19        I received the distinguished book award for my most recent

20   book, *An Army of Fire*, from the Society of Military History.

21        And I've received several other major research awards that

22   were not particularly for military history, but were based on

23   my military history work.

24             MS. GARGEYA:   At this time, I move to have

25   Professor Beth Bailey qualified as expert witness in American

1  military history.

2          **THE COURT:**  Any voir dire on this, Ms. Wyrick?

3          **MS. WYRICK:**  No, Your Honor.

4          **THE COURT:**  All right.  No voir dire.

5      Professor Beth Bailey will be accepted as an expert in the

6  field of American military history, and she can opine and give

7  her opinions in that regard.

8      Thank you, Professor Bailey.  It's nice to have you here.

9  **BY MS. GARGEYA:**

10 **Q.**  Professor Bailey, did you prepare an expert report in this

11 case?

12 **A.**  Yes, I did.

13 **Q.**  How would you describe the methodology that you used in

14 preparing your report?

15 **A.**  The usual historical methodology that I have used in

16 writing all of my other historical work is based on decades of

17 historical research in primary source records from the

18 historical eras as well as extensive reading in the secondary

19 literature in the field.

20 **Q.**  Professor Bailey, did you look at sources relating to the

21 United States Navy in preparing your report?

22 **A.**  Yes, I did.

23 **Q.**  Which ones?

24 **A.**  I looked at a series of documents that were generated by

25 or about the U.S. Navy, often through the Department of

1  Defense.

2      And I relied on work that I had done for the book *An Army*

3  *of Fire*, which did extensive research in the records from the

4  Department of Defense and the Defense Race Relations Institute

5  and the other agencies that were multiservice.

6  **Q.**  Understood.

7      Is the methodology that you have described and the source

8  review that you've described widely used by other historians?

9  **A.**  Yes.  It's standard historical methodology.

10  **Q.**  Did the application of this methodology allow you to reach

11  certain conclusions in this case?

12  **A.**  Yes.

13  **Q.**  Professor Bailey, you have a binder sitting in front of

14  you.  Please turn to Tab 1.

15          **THE COURT:**  This is Defendant's 196; is that correct,

16  Ms. Gargeya?

17          **MS. GARGEYA:**  That's correct, Your Honor.

18          **THE COURT:**  All right.  Defendant's Exhibit 196 will

19  be admitted into evidence.  And consistent with the earlier

20  rulings of this Court -- I don't know that there are any

21  hearsay rules within the ambit of Rule 805 for hearsay within

22  hearsay or, but if there are, it's been an understanding here

23  that, as a bench trial, I can certainly ferret those out if

24  they exist on either side of the aisle as well as under

25  Rule 807 in terms of significant trustworthiness as to the

 1  information.

 2      So the exhibit is admitted in its entirety, and you may

 3  proceed.

 4          **MS. GARGEYA:**  Thank you, Your Honor.

 5  **BY MS. GARGEYA:**

 6  **Q.**  Professor Bailey, have you prepared some demonstrative

 7  exhibits to assist the Court in following your testimony today?

 8  **A.**  Yes, I have.

 9          **MS. GARGEYA:**  Your Honor, the government moves for

10  admission of DD2 for demonstrative purposes, and we'll project

11  that on the screen.

12          **THE COURT:**  That's fine.

13  **BY MS. GARGEYA:**

14  **Q.**  Professor Bailey, do your demonstratives include a summary

15  of the opinions you're offering the Court today?

16  **A.**  Yes.

17  **Q.**  Would you please describe your first opinion that you're

18  offering to the Court.

19          **THE COURT:**  By the way, Counsel, these demonstrative

20  exhibits on both sides will come into evidence as well, and

21  we'll make sure at the conclusion of the trial that counsel are

22  very much involved in making sure we have them all together

23  because they're part of the record as well in this case.

24          **MS. GARGEYA:**  Thank you, Your Honor.

25          **THE COURT:**  You may continue.

1    BY MS. GARGEYA:

2    Q.    Professor Bailey, please explain your first opinion in

3    this case.

4    A.    My first opinion is that racial conflict, segregation, and

5    discrimination hindered U.S. military readiness and efficiency

6    in the years before 1967.

7    Q.    Please describe the second opinion you're offering to the

8    Court.

9    A.    A racial crisis, often characterized by racial violence,

10   exploded during the Vietnam era, and U.S. military leaders

11   attempted to solve the problem of race.

12   Q.    And please describe the third opinion that you're offering

13   to the Court.

14   A.    Diversity in the U.S. military aids the military's public

15   legitimacy.

16   Q.    Are you offering any opinions today, Dr. Bailey, on

17   today's military?

18   A.    No.

19   Q.    Are you offering any opinions on today's Naval Academy?

20   A.    No.

21   Q.    Why not?

22   A.    I'm here as a historical expert.

23   Q.    Understood.

24         Let's dig into your opinions in this case.

25         So we'll start with the first opinion that "racial

1    conflict, segregation, and discrimination hindered U.S.

2    military readiness and efficiency before 1967."

3        What is your basis for this opinion?

4    A.    During World War I, World War II, and on into the Korean

5    War, the U.S. military diverted time, attention, and resources

6    in order to maintain segregation and subordination of African

7    American service members that had an impact on the manpower

8    needs of the U.S. military, the public legitimacy in the eyes

9    of the American public, and also on military efficiency.

10   Q.    Taking a step back.  In World War I and World War II, were

11   African American service members discriminated against?

12   A.    Yes.  The U.S. military fought for democracy with a

13   segregated armed forces, which was a powerful form of

14   discrimination.  And racial discrimination was both official

15   policy and tolerated everyday experience for African American

16   service members.

17   Q.    Did the racial discrimination you've just described affect

18   military readiness and efficiency during this period?

19   A.    Yes, it very much did.  Immediately, in terms of manpower

20   needs.  During World War I, the military resisted using African

21   American service members altogether.  And at the end of the

22   war, the U.S. Marine Corps had enrolled not a single African

23   American.

24       During World War II, there was -- the U.S. military turned

25   to an all-draft function, in most cases, in order to manage

1  manpower across civilian and military needs.  And that -- the

2  Selective Service imposed a cap of 10 percent in terms of

3  enlistment of African Americans, so denying the military-needed

4  manpower.

5       That -- the example I'll give here is perhaps a

6  nontraditional example because we most often think about

7  combat.  But in World War II, because of segregation and the

8  limits to enrollment of African Americans, despite the dramatic

9  need for nurses on the part of the U.S. military as American

10 service members were fighting and dying and being grievously

11 wounded, the U.S. military denied access to African American

12 nurses who repeatedly appealed to be admitted to the U.S.

13 military.

14      In 1942, there were 65 slots in the Army Nurse Corps for

15 Black nurses; there were none for the Navy.  The Navy admitted

16 its first African American nurse in March of 1945, despite

17 repeated efforts on the part of Black nurses to service their

18 nation.  The U.S. Army never got above 250.

19      In addition, Black nurses were restricted to only serve in

20 facilities that had segregated facilities for African Americans

21 so not to serve like-fighting men who were wounded in battle.

22      That's an example of an extraordinarily poor use of

23 manpower, when available manpower is there, based on

24 segregation and subordination of African Americans.

25 Q.   During World War I and World War II, did racial

1  discrimination in the military result in violence?

2  A.   Yes, it did.

3  Q.   What type of violence?

4  A.   World War I, the most visible example of violence was the

5  Houston Riot or the Camp Logan Riot in which African Americans,

6  believing that they were about to be attacked by a White mob,

7  marched into Houston.  There were a significant number of White

8  casualties and deaths.

9      World War II, though, racial violence was quite

10  widespread.  In the summer of 1943 alone, there were major

11  outbreaks of racial violence and racial conflict and at least

12  eight military installations in the United States.  That

13  matters because it's not only the Jim Crow South, but in places

14  like Kansas, and Pennsylvania and California.

15     There was a race riot that broke out at a naval base in

16  Virginia because they were offering service members a chance to

17  go and watch the broadcast of a radio show as entertainment for

18  them.  And they enforced segregation, and that led to a racial

19  fight which ballooned into a riot.

20  Q.   Professor Bailey, did these riots affect the public's

21  perception of the military?

22  A.   Yes.  In both World War I and World War II, African

23  American leaders and members of the public debated how much

24  loyalty they owed to a nation that denied them the full rights

25  of citizenship.  This was a powerful debate in terms of

1  military service and loyalty to the nation.  And when service

2  members wrote home about discrimination they experienced, when

3  people attempted to serve their nation and were turned away,

4  when reports of racial violence were reported in the newspaper,

5  this had an impact on those conversations.

6      So, for example, looking at the slide here, I've got a

7  photograph of the aftermath of the Port Chicago explosion in

8  1944.  At Port Chicago, a naval encampment in California,

9  primarily African American sailors were poorly trained and were

10  assigned to load explosives onto two ships.  Reportedly, they

11  were being raced by their White officers.  The explosion that

12  ensued killed 320 sailors, most of them Black, and wounded

13  another 400.

14      And the reports of that certainly had an impact on the

15  American public.  But the fact that a group of Black sailors

16  refused to go back to work under those same conditions and they

17  were court-martialed and convicted, that led to a great deal of

18  frustration and anger on the part of African Americans who saw

19  members of their community being confined only to serving in

20  labor battalions and subordinated to -- not being allowed to

21  serve in the wide range of positions that they might serve and

22  serve in segregated units.

23  Q.  Professor Bailey, when did segregation end in the U.S.

24  military?

25  A.  The process of the end of segregation began in 1948 with

1  the executive order that Harry Truman issued.  But it was

2  somewhat protracted in piecemeal process.  There was a fair

3  amount of resistance on the part of the U.S. military.  The

4  Secretary of the Army pretty much downright refused to

5  desegregate the military and was relieved of his position.

6      In 1951, the U.S. Marine Corps still had units that it was

7  designated as Black and White.

8      The U.S. Army, the same thing until 1952.

9      In the Korean War, there were still -- 65 percent of

10 African Americans were serving in the steward branch.

11     So desegregation was a process and a process that was

12 contested.

13     In general, historians agree that desegregation had been

14 accomplished by 1954.

15 Q.   So you're saying that racial discrimination continued

16 after desegregation was ordered?

17 A.   Yes.

18 Q.   Could you describe racial discrimination in the military

19 during the Korean War?

20 A.   During the Korean War, much of it was the shadow of racist

21 policies and individual racism that still played a role.  The

22 Army's Center of Military History published an official history

23 called *Black Soldier, White Army* that looked at the combat

24 failures of the 24th Regiment and argued that policies that

25 attempted to prevent any White service members from being

1  commanded by Black officers had created such a set of distrust

2  and problems with unit cohesion that it had a profound effect

3  on the way in which they were able to perform in battle.

4  Q.   Was the public concerned with discrimination in the

5  military during this time?

6  A.   Yes, very much so.  African Americans were concerned, and

7  people who supported racial integration and equal opportunity

8  were concerned.

9       I have here, on the screen, a quote from Congressman Adam

10  Clayton Powell, from New York.  He said -- he published this in

11  *The New York Times* in 1953.  He said the United States Navy

12  offers a, quote, "modernized 20th century form of slavery."  He

13  said, "Intelligent, ambitious Negroes" -- and that was a term

14  of respect at the time -- "are boycotting the United States

15  Navy because they are not interested in making the world safe

16  for democracy by shining shoes, nor are they interested in

17  fighting communism with frying pans."

18  Q.   Given these dynamics, did the U.S. military implement

19  additional measures to assist with desegregation?

20  A.   Yes, they did; often at the instigation of the Department

21  of Defense and under pressure from the executive branch.

22  Q.   Were these measures effective?  What types of measures

23  were they?

24  A.   In general, they adopted a set of policies and procedures

25  that were summed up by a phrase that the Army often used, "I

1  see only one color, and that's OD"; OD for olive drab, Army

2  green.  So they adopted color-blind policies, and they

3  attempted things like removing racial designations from all of

4  the many military forms that people have to fill out as a way

5  to enforce equal opportunity and a color-blind military.

6  **Q.**  And were these measures effective, Professor Bailey?

7  **A.**  Well, I mean, absolutely policies that are meant to try to

8  enhance equal opportunity and to get rid of the impact of

9  segregation were positive compared to what had come before.

10 But as a tactic, they had limits.  Color-blind tactics often

11 defaulted white.

12      So, for example, Black officers who were facing promotion

13 boards often found that the promotion boards were all White and

14 that the White members were not familiar with things like the

15 historically Black colleges and universities they had attended

16 when they were assessing their record.

17      In their personal life, they often found that the Navy

18 Exchange or the PX stocked materials that were intended for

19 White service members and didn't take account the different

20 cultural needs or desires of members of other ethnicities and

21 races.

22      So both minor daily life and significant levels of policy

23 failed often through the color-blind tactic.

24 **Q.**  Thank you, Professor Bailey.

25      Let's move to your second opinion.

1       "A racial crisis, often characterized by racial violence,

2  exploded during the Vietnam era, and U.S. military leaders

3  attempted to solve the problem of race."

4       What is your basis for this opinion?

5  A.   My basis for this opinion is that racial violence and

6  racial conflict was pervasive and highly disruptive during the

7  U.S. war in Vietnam.  And military leaders across services got

8  to the point that many worried that the level of racial

9  violence and conflict was so extreme that it was threatening

10  the ability of the U.S. military to fulfill its mission of

11  national defense.

12       And so military leaders, particularly Navy and Army

13  leaders, put a great deal of time and attention in trying to

14  figure out how to manage, how to solve this crisis that they

15  were confronting, this problem of race.

16  Q.   So after the military was desegregated, there was racial

17  violence?

18  A.   Yes, there was.

19  Q.   Could you describe the scope of that violence.

20  A.   So in the late '50s through the 1960s, many military

21  leaders believed that the violence that was existing in

22  civilian society was not going to profoundly affect the U.S.

23  military, that it would continue just at low levels.

24       So many were surprised, in the late 1960s, when violence

25  exploded within the U.S. military, especially in the months

1  following the assassination of Dr. Martin Luther King.

2       Racial violence was characterized by a member of

3  General Westmoreland's and the chief of staff at the Army, a

4  member of his staff, as a war.  It broke out in barracks and

5  bars.  It was thousands of confrontations, both large and

6  small.  It was within the United States military institutions,

7  but also throughout the world, from fire bases in Vietnam to

8  places in the rear, to West Germany, South Korea, Okinawa,

9  Thailand.  It existed worldwide.

10 **Q.**  Professor Bailey, did you review the trial transcript from

11 yesterday?

12 **A.**  Only the portion that referred directly to my report.

13 **Q.**  And you're talking about the testimony offered by

14 Colonel Wood?

15 **A.**  Yes, I am.

16      **MS. GARGEYA:**  Noah, could you please show Page 220 of

17 yesterday's transcript.  And could you zoom in on Lines 6

18 through 21.  Thank you.

19 **BY MS. GARGEYA:**

20 **Q.**  Professor Bailey, yesterday Plaintiff's expert,

21 Colonel Dakota Wood, stated that violence among service members

22 during the Vietnam War was a function of larger violence in

23 society.

24      What's your reaction?

25 **A.**  I have the greatest respect for his military service, but

1  he is not a historian, and he has not done historical research

2  or extensive reading in this literature.  Certainly, external

3  factors played a significant role in fostering racial conflict

4  within the U.S. military.  Military leaders at the time,

5  sometimes in a somewhat self-serving fashion, tended to

6  emphasize that external factors.  African American servicemen,

7  young, Black servicemen came into the military often with a

8  heightened sense of Black identity and Black pride, and they

9  were often not willing to accept the treatment that their

10  fathers and grandfathers had endured.  Military leaders at the

11  time said that.

12      But the fact that that was a concern suggests that they

13  also understood that a lot of the problem was internal.  A lot

14  of problem were policies and practices, both official and

15  unofficial, within the U.S. military, and they put a great deal

16  of effort and attention into trying to figure out how to solve

17  those internal problems of racial violence, discrimination.

18  **Q.**   And what were some of those internal military problems?

19  **A.**   One that appears most frequently in the historical record

20  is that the U.S. military appeared to many young, Black

21  enlisted members as White, as White-dominated as a White

22  authority.  Instances of seeing the Confederate flag flying at

23  U.S. military installations, instances of racial graffiti in

24  latrines.  I mean, and obviously, people in civilian society

25  encountered some of those issues as well.  It's not something

1   that's restricted solely to the U.S. military.

2        But in the military, that's under control.  First of all,

3   the soldiers, sailors, et cetera, are living within the

4   military 24 hours a day; they don't escape it.  But secondly,

5   the commander has control over whether or not a Confederate

6   flag is flying under his command.  Military leaders are

7   responsible for what happens in their command.  So it was not

8   unreasonable for service members to see even things that seem

9   like unofficial racism as something that is condoned through

10  the institution of the U.S. military.

11  Q.   Thank you.

12       Professor Bailey, to what extent did the draft affect

13  racial tensions during the Vietnam War?

14  A.   Absolutely the draft played a role in racial tensions.  I

15  mean, historians never think of historical events as

16  mono-causal.  There are always multiple factors that affect

17  the -- in this case, the incidents of racial tension.

18       But what's important to recognize is that some of the

19  places that there was the most racial violence was not where

20  people were primarily drafted.  West Germany, which is where

21  people volunteered into the military to go in order not to be

22  sent to Vietnam, was the place that experienced the most racial

23  conflict and racial violence.

24       So the draft contributed, but it certainly was not the

25  primary or the sole factor.

1  Q.   You talked a little bit about West Germany.

2       Could you discuss other specific episodes of racial

3  violence in the Vietnam era.

4  A.   Yes.  The event that began national and, particularly,

5  congressional attention to the racial violence during the

6  Vietnam era was a racial riot at Camp Lejeune, the Marine Corps

7  Camp Lejeune.

8       In July of 1969, a group of about 40 African American and

9  Puerto Rican service members started attacking random White

10 fellow Marines with sticks and broom handles.  And one White

11 corporal who had been wounded three times in Vietnam was

12 surrounded by a group of fellow Marines while he was lying

13 prone, kicked repeatedly, and died a week later of massive head

14 injuries.

15      This event sparked an investigation on the part of

16 Congress into racial violence and racial conflict within the

17 U.S. military, which concluded that the events at Camp Lejeune

18 were not restricted to the Marine Corps.

19          MS. GARGEYA:  Your Honor, I recognize it's a little

20 past 1:00.  Would you like me to keep going, or would you like

21 to break for lunch?

22          THE COURT:  This might be a good time to stop.  We'll

23 stop for a one-hour break.  It's ten after 1:00.  We'll take

24 our lunch break.  We'll start again at 10 minutes after 2:00.

25      Professor Bailey, you shouldn't discuss your testimony

1  with anyone while you're on the witness stand.  So I usually

2  recommend to the witnesses have lunch by yourself.  It's the

3  best way to do it.

4      So with that, this Court stands in recess for one hour

5  until 10 minutes after 2:00.

6          THE CLERK:  All rise.  This Honorable Court is now in

7  recess.

8      (A recess was taken from 1:08 p.m. to 2:16 p.m.)

9          THE CLERK:  All rise.  This Honorable Court now

10  resumes in session.

11          THE COURT:  Good afternoon, everyone.  Be seated.

12      Ms. Gargeya, you may continue your examination of

13  Dr. Bailey.

14          MS. GARGEYA:  Thank you, Your Honor.

15  BY MS. GARGEYA:

16  Q.  Professor Bailey, welcome back.

17  A.  Thank you.

18  Q.  We had just talked about specific episodes of racial

19  violence; the Vietnam War; you were talking about Camp Lejeune.

20      Are there other examples of racial riots during this time

21  period?

22  A.  Yes, there were.  The outbreaks of racial violence began

23  primarily with the forces that were fighting the ground war in

24  Vietnam; so the U.S. Marine Corps and the U.S. Army.  But they

25  fairly quickly spread to the other services.

1    I'll point back from Camp Lejeune to a 1968 explosion of

2   racial violence at Long Binh Jail, which was on the post

3   outside of Saigon -- at that point, in 1968, a group of Black

4   inmates attacked fellow guards and prisoners and took control

5   over a portion of the stockade.  You can see, on the slide

6   here, the aftermath of that riot in which these inmates burned

7   a portion of the stockade.  They held control of the stockade

8   for weeks, and left the commandant of the stockade with

9   permanent brain damage.

10    Travis Air Force Base was the first major outbreak of

11   racial violence for the Air Force.  It escalated from a

12   conflict over how loud to play a record player, and it left a

13   major racial fight in its wake.

14    At that point, naval leadership said that they had to

15   believe that there was no way that the racial violence wasn't

16   going to spread to the Navy as well.  It was going to affect

17   all military installations in the United States and beyond.

18    So the Navy then, the following year, 1972, confronted

19   violence in the USS Kitty Hawk, very shortly thereafter on the

20   USS Hassayampa, and then in discipline and narrowly-averted

21   violence on the Saratoga and the Constellation.

22   Q.   We just talked about the uprising at Long Binh Jail.

23    Were there additional episodes of violence overseas?

24   A.   Yes.  In fact, it was overseas violence that often

25   provoked the most concern, and not simply in Vietnam.

1    In West Germany, there was concern that racial violence

2    that spilled into the streets of the West German towns and

3    cities was having an impact on the security of the world.

4         In 1971, there were multiple episodes of profound racial

5    violence; one including when a group of Black service members

6    attacked the Stuttgart police station and fought German police

7    for five hours with broken bottles and knives.

8         The Chancellor Schmidt of Germany met with the commander

9    of the Supreme Allied Headquarters and said that he feared that

10   the behavior of U.S. service members was endangering the

11   relationships between the United States and West Germany,

12   called upon them to gain control over their service members,

13   and then went on television three times to appeal to the German

14   public to have more toleration for American service members and

15   their behavior.

16        It also erupted in South Korea at a point when South Korea

17   was completely concerned about the continuing depth of its

18   relationship with the United States.  After an episode in which

19   U.S. service members faced off against about a thousand Korean

20   nationals after a confrontation, the U.S. -- the U.S. Foreign

21   Affairs Committee blocked $50 million in military aid to

22   South Korea until South Korea could treat U.S. military members

23   better, in a paraphrase of their words.  And South Korea

24   convened a Blue House, parallel to the White House, committee

25   to try to mend relationships between the U.S. and South Korea

1  centered on the military conflict, most of which was racial.

2  Q.    Professor Bailey, you just mentioned the House of Foreign

3  Affairs Committee and you discussed the House Armed Services

4  Committee when you were talking about Camp Lejeune.

5      Did other parts of Congress respond to this widespread

6  violence?

7  A.    Absolutely.  It was frequently responded to by Congress.

8      So the Congressional Black Caucus held hearings in 1972

9  about racism in the U.S. military in general.  After the

10 outbreaks of violence that took place on U.S. naval vessels,

11 there was a committee formed in Congress to investigate and

12 discipline the U.S. Navy problems and discipline in the U.S.

13 Navy.

14     Many of the hearings that I have looked at in the 1970s

15 about the U.S. military, whether the topic is race or not,

16 mentioned the problem of racial violence and racial crisis.  It

17 was something that Congress was very concerned about.

18 Q.    What did the military do to document this racial violence

19 at the time?

20 A.    Well, you can see here, on the slide, I have a picture of

21 crimes of violence by race in July '70 to May 1931 [sic] coming

22 from an unspecified unit in South Vietnam, the U.S. Army

23 Vietnam.  This kind of recording was mandated widely.  The

24 Department of Justice and then also the various military

25 departments required that units at various levels gather

 1  information about racial conflict and racial violence to submit

 2  to them.

 3      As an aside, it's kind of a historian's dream because it's

 4  so incredibly well-documented, but it also shows the extent of

 5  concern on the part of the military leaders and the Department

 6  of Defense about the extent of military violence and their

 7  attempts to calibrate and gather data about that issue.

 8  Q.   Thanks, Professor Bailey.

 9      What did the military do to address racial violence during

10  the Vietnam era?

11  A.   The military, feeling like this was a crisis of almost

12  existential proportions, valued almost any suggestion that

13  someone could come forward with that seemed to bear some

14  promise of working.

15      But, by and large, they heavily emphasized the importance

16  of leadership.  There was a strong sense that almost all of the

17  attempts to handle racial violence were tied together with an

18  emphasis on leadership as some element of that set of actions.

19  Q.   You mentioned leadership.

20      Did the military fire any of its leaders at this point?

21  A.   Yes.  The civil rights office in the Pentagon announced

22  publicly that 10 to 12 senior military officers -- they didn't

23  specify which service -- had been relieved of command because

24  they were failing to adequately manage racial problems within

25  their commands.

1    A spokesperson from the Pentagon said that understanding

2  race relations is a leadership requirement.  If you don't

3  understand, if you can't understand race relations, you can't

4  be a leader in today's Army; a sentiment that extended to the

5  other services.

6    Wallace Terry who had been the Saigon Bureau Chief for

7  *Time* magazine spoke publically when he was being interviewed in

8  a hearing by the Congressional Black Caucus, and he said -- you

9  know, there's an old saying in the Navy that "If you run a ship

10  aground, you're not going to become an admiral."  And he said,

11  "Today, it's not just running a ship aground" -- I'm

12  paraphrasing obviously, but that -- "if you can't manage race

13  relations in the Navy, you're not going to become an admiral

14  either."

15    So there was a wide recognition that leadership in the

16  military at this point required an ability to address and

17  manage racial conflict and race relations.

18  Q.  Were leaders evaluated on their basis of managing race

19  relations?

20  A.  Yes.  So the Office for Efficiency Report, which is a

21  regular evaluation which really determines the future of an

22  officer's career, added an item of special interest which was

23  to evaluate how well the officer in question was managing race

24  relations and the units under their command.

25  Q.  Did the military implement any training programs relating

to race relations?

**A.**   Yes.  That was another early effort.  All the services
started doing it on a kind of *ad hoc* basis.  The Navy started
its own program in 1971, but the Department of Defense very
quickly decided to take control and standardize that process
and created something called the Defense Race Relations
Institute, which brought together service members and officers
and NCOs from the variety of services to train them in race
relations.

The notion was that a lot of the reason there was a
conflict was because there was problem of communication, that
service members didn't really understand the backgrounds, each
other's backgrounds, and being more aware of the diverse
backgrounds in the military would help.

But the people who were trained at the Defense Race
Relations Institute were meant to go back to their units and
assist the commanders in race relations and also to teach race
relations courses to the members of the units.

**Q.**   Professor Bailey, were the military's leaders also
interested in the makeup of the Officer Corps?

**A.**   Very much so.  Looking back to the Gesell Committee in
1962 and 1963, the report emphasized the lack of Black officers
and pointed to the Navy as being particularly bad on that
front.

And by -- there was constant gathering of information over

1  time, but by the early 1970s, the Department of Defense is

2  requiring each of the military departments, each of the

3  services to come up with an affirmative actions plan.  And

4  "actions" was the word, not "action."  It involved a variety of

5  different actions that were positive in terms of trying to

6  enhance race relations, but central to all of those plans was

7  an attempt to increase the number of Black officers and visible

8  Black military leadership.

9  Q.   Taking a step back, Dr. Bailey.  Was there a dearth of

10  Black officers at this time?

11  A.   Yes, a profound dearth.  In 1968, the U.S. Army had one

12  general officer who was Black out of 520.  The Navy had none.

13  The U.S. Army, in 1968, counted 3.3 percent of its officers as

14  Black; 0.4 percent of the Navy's officers were Black.  So a

15  dearth of Black officers and a dearth of visible Black

16  leadership.

17  Q.   Why were military leaders concerned about increasing the

18  number of Black officers?

19  A.   Well, multiple reasons.  In part, military leaders who had

20  been thinking hard about how to solve this problem of race and

21  racial violence believed that the lack of visible Black leaders

22  contributed to a sense of alienation and anger on the part of

23  the young, Black service members.

24      So the Pentagon created a film to circulate on military

25  justice in the early 1970s.  And what they chose to begin this

1   film with was a vignette where a young, Black sailor said,

2   "When I look at the White military, I don't believe that, as a

3   Black man, I will ever receive fair treatment."

4        That's what they chose to begin with, showing that they

5   thought that this was a significant factor.  And then they

6   moved to a Captain Togo West who would eventually become

7   Secretary of the Army -- though, of course, he didn't know that

8   at the time -- who said, "Might I extrapolate from this?

9   You're saying, I think, that if you look at the U.S. Navy, the

10  U.S. Army, the U.S. Marine Corps, the U.S. Air Force and you

11  see a White-administered, White-dominated set of authorities,

12  you don't believe that you, as a Black man, will ever receive

13  fair treatment?"

14       That's what the Department of Defense chose to foreground

15  in their attempt to understand what was going on that was

16  provoking the racial violence and the racial crisis in the

17  military.

18       Secondly, they were concerned about the sense of public

19  legitimacy.  The press, the Black-focused press, but the press,

20  in general in the United States, tended to use the relative

21  dearth and the extraordinary dearth in the '60s of Black

22  officers as shorthand to suggest that the U.S. military was

23  hypocritical, to suggest that the U.S. military, for all its

24  talk of attempting to create equal opportunity, actually was

25  not committed to doing so.

1       And military leaders were particularly concerned at the

2   end of the Vietnam War because the United States was about to

3   move to all-volunteer force.  And going to an all-volunteer

4   force, which was requiring people to volunteer -- and they were

5   going to need 20 to 30,000 people to sign up a month in the

6   enlisted ranks -- having further alienated a portion of the

7   American public was not going to be a good start.

8       So they were concerned about the causes of racial

9   violence, and they were also concerned about the perceived

10  legitimacy of the U.S. military and part of the American

11  public.

12  **Q.**   Professor Bailey, why was there such a shortage of Black

13  officers if military leaders had been concerned about this

14  problem since 1962 with the Gessel Committee?

15  **A.**   The U.S. military is in a completely unique situation when

16  it comes to leadership.  When they seek to increase the number

17  of Black leaders, they can't poach from corporate America.

18  They can't go into the civilian government offices and draw

19  over people who have become accomplished leaders in that

20  sphere.  They have to grow their own.  And to grow an O6 can

21  take 20 years.

22      So, at this point, in 1968 and the early 1970s, when there

23  is a dramatic dearth of senior Black leadership, it's, in many

24  ways, because of decisions that were made 10, 20 years before,

25  and there's nothing direct that they can do about it at that

1    point.  But they realized that it was a problem they had to

2    confront.

3    Q.    So what did the military do to increase the number of

4    Black officers?

5    A.    Well, what they could do was, in some ways, limited.  They

6    couldn't do a lateral hire, so the only place they could focus

7    was on increasing the number of junior officers coming into the

8    military.  And those numbers were low in 1968.  Despite the

9    fact that the U.S. military had been segregated for a while,

10   despite equal opportunity programs, they were still struggling

11   to find African Americans who were entering the military

12   services.

13         So they tried a bunch of things.  They tried to create new

14   ROTC programs at historically Black colleges and universities.

15   They attempted to draw Black students into ROTC and

16   universities.

17         And they focused heavily on the military Academies, trying

18   to make clear to African Americans who might seek nomination to

19   the military Academies that they would be welcome, which was in

20   contradiction to the experiences that many Black cadets and

21   midshipmen had had in the past.  And also to try and increase

22   the pool of people who might be potential nominees and succeed

23   by preparatory programs.

24   Q.    During the Vietnam era, did the military's reforms aimed

25   at managing the racial crisis make a difference?

1   A.   Yes, they definitely made a difference.

2       There were significant reforms in leadership, in training

3   and education, in military justice, and in efforts to increase

4   the number of Black leaders at all levels and all ranks.

5   Q.   And since these reforms were implemented, has there been a

6   major violent racial conflict in the United States military?

7   A.   It took a while for full implementation.  And my research

8   on a book about how the U.S. Army moved -- and this was the

9   Army focus here -- moved to an all-volunteer force, looking at

10  material on the U.S. military in general, I found some

11  persistence of racial conflict but no major racial riots and --

12  and ending in the 1970s.  I have no evidence of major racial

13  riots after that either.

14  Q.   Understood.

15      Let's turn to your third opinion, that "Diversity in the

16  military aids the military's public legitimacy."

17      Professor Bailey, what's the basis for this opinion?

18  A.   Well, military leaders that I have studied in this period

19  believed that the lack of visible Black leadership fostered a

20  sense of alienation and frustration and anger on the part of

21  young, Black service members and decreased the legitimacy of

22  the military in the eyes of some portion of the American public

23  and conversely believed that increased diversity aids the

24  military's public legitimacy.

25      I have here some headlines that I took from newspapers and

1    magazines from the era.  There's one here from the *Baltimore*

2    *Afro-American*, since we're in Baltimore, which show the ways in

3    which the press was reporting instances of racism or perceived

4    racism in the U.S. military during this time.

5         "As members of the American public, African American

6    members of the American public discussed whether or not they

7    owed full loyalty to the U.S. military if they were not being

8    given full conditions of citizenship."

9         Reporting like that -- this became part of the

10   conversation, inescapably.

11   Q.   So racial conflict in the military affected Americans'

12   perception of the military?

13   A.   Yes.  As I said, reporting like this inescapably became

14   part of the conversation of the legitimacy of the U.S.

15   military.

16   Q.   Professor Bailey, my last question, for now:  Did

17   increasing the diversity of military officers yield benefits

18   for the U.S. military?

19   A.   Yes.  Based on my historical research and based on the

20   opinions of military leaders in the period that I'm studying,

21   increasing the diversity of military leadership and even

22   efforts to increase the diversity of leadership that were going

23   to come to fruition in the future made a difference and served

24   as a bulwark against what they feared might be practical or

25   symbolic -- served as the kind of practical and symbolic

1  bulwark against what might be the reemergence of racial

2  violence and racial tensions within the U.S. military in the

3  future.

4          **MS. GARGEYA:**  No further questions, Your Honor.

5          **THE COURT:**  Thank you, Ms. Gargeya.

6      And with that, I'll be glad to hear from you, Ms. Wyrick,

7  in cross-examination.

8                          **CROSS EXAMINATION**

9  **BY MS. WYRICK:**

10 **Q.**  Hi, there.

11 **A.**  Hi.

12 **Q.**  I'm Rachael Wyrick.  I represent Students for Fair

13 Admissions.

14     We've not met before, correct?

15 **A.**  No.

16 **Q.**  Okay.  Before we get started, because I want to get this

17 right, do you go by Professor Bailey or Dr. Bailey?  What do

18 you prefer?

19 **A.**  Usually professor.  Either one is fine.

20 **Q.**  Great.  Thank you.  We'll go with that.

21     Professor Bailey, you're a historian, correct?

22 **A.**  I am.

23 **Q.**  And you went to the University of Chicago for graduate

24 school; is that right?

25 **A.**  I did.

1  Q.    And you obtained your Ph.D. in 1986?

2  A.    Yes.

3  Q.    What was the topic of your dissertation?

4  A.    My dissertation was a history of courtship.  The title was

5  "Conventions of a desire; Courtship in 20th Century America."

6  Q.    That sounds very interesting.  Can you tell me a little

7  bit more, just in a few sentences, about what that was about.

8  A.    I looked at the conventions governing courtship in the

9  United States from the early 20th century on through -- up to

10  the sexual revolution.

11  Q.    Since you graduated, you've not worked outside of

12  academia; is that correct?

13  A.    No.

14  Q.    And you've never served in the military; is that right?

15  A.    I have not.

16  Q.    Okay.  When did you begin studying U.S. military history?

17  A.    In 1988, '89.  I tend to think in academic years.

18  Q.    Understood.

19      And am I right that you did not study U.S. military

20  history in school; is that accurate?

21  A.    I took courses that had to do with war in American society

22  in my undergraduate career, but not in graduate school, no.

23  Q.    You wrote a book titled *An Army of Fire:  How the U.S.*

24  *Army Confronted its Racial Crisis in the Vietnam Era*; is that

25  right?

1   A.   I did.

2   Q.   And a second book called *America's Army:  Making the*

3   *All-Volunteer Force*; is that correct?

4   A.   Yes.

5   Q.   And these two key publications were focused on the U.S.

6   Army as opposed to, say, the U.S. Navy or the Marines; is that

7   right?

8   A.   Those two books focused on the U.S. Army.  It's common for

9   historians not to take on the entire range of a topic, but to

10  focus in on a portion of it.

11  Q.   Yes.  Understood.  Thanks.

12       You've testified here today that during the 20th century,

13  there was overt racial discrimination in the military; is that

14  correct?

15  A.   Yes.

16  Q.   And specifically, there was overt racial discrimination in

17  the military during World War I; is that right?

18  A.   Yes.

19  Q.   For example, Black soldiers were primarily assigned to

20  heavy labor and not combat units; is that right?

21  A.   That's right.

22  Q.   And there was overt racial discrimination in the military

23  during World War II; is that correct?

24  A.   Yes.

25  Q.   For example, certain branches refused admission to African

1   Americans because it would require them to build and maintain

2   segregated facilities; is that right?

3   A.    Yes.

4   Q.    There were racial prejudices in the military during the

5   Korean War as well; is that right?

6   A.    Yes.

7   Q.    For example, there was a perception that African American

8   troops were difficult to train, and that negatively affected

9   specific regimens; is that right?

10  A.    Yes.

11  Q.    Overt racial discrimination in the military that occurred

12  in the mid-20th century caused anger, frustration, and even

13  violent responses by enlisted Black service members; is that

14  right?

15  A.    Yes.

16  Q.    And the significant racial tensions existed for decades,

17  both inside and outside of the military; is that correct?

18  A.    Yes.

19  Q.    There were race riots in the 1940s?

20  A.    Yes, there were.

21  Q.    In the 1950s?

22  A.    Yes, there were.

23  Q.    In the 1960s and '70s?

24  A.    Yes.

25  Q.    There was a system of legal segregation that applied in

1  multiple states through the mid-1960s; is that right?

2  A.   Yes.

3  Q.   And there was a denial of equal opportunity to African

4  Americans during that period as well; is that correct?

5  A.   Yes.

6  Q.   At some point, the military stopped segregating by race;

7  is that right?

8  A.   Yes.  Official segregation ended in a series of actions

9  culminating in 1954.

10 Q.   In addition to ending segregation, the military took other

11 steps to end racial discrimination and to ease racial tensions

12 during the Vietnam era; that's right?

13 A.   Yes.  In response to a profound outbreak of racial

14 conflict and violence, the U.S. military took significant steps

15 to try to address the racial conflict.

16 Q.   And one of those steps, West Point began a campaign to

17 attract future Black officers; is that right?

18 A.   Yes.

19 Q.   And even before that, they looked to ROTC programs to

20 increase the number of Black cadets; is that accurate?

21 A.   Before which point?

22 Q.   Oh, sorry.  Before the Vietnam era, maybe in the '60s?

23      Or when did it begin?

24 A.   That was an effort that really began later, akin to the

25 efforts to increase the number who were attending West Point.

1  Q.   And the Army developed an affirmative action plan during

2  that time as well; is that right?

3  A.   All services were required by the Department of Defense to

4  develop an affirmative actions plan.

5  Q.   Actions, yes.  Thank you.

6       You've not conducted research into race relations in the

7  military in the 1980s; is that correct?

8  A.   I have not.

9  Q.   Or the 1990s?

10 A.   My focus on race relations in the military is in the

11 Vietnam era.

12 Q.   And just to clarify, you're not an expert on issues of

13 race in the U.S. military for events that occurred in the 21st

14 century either?

15 A.   No.  I'm not claiming expertise in the 21st century.

16 Q.   The last violent racial conflict within the U.S. Army

17 mentioned in your report was in the mid-1970s; is that correct?

18 A.   Early to mid-1970s, I believe.

19 Q.   And you have no evidence of any violent racial conflict

20 within the U.S. Army after the mid-1970s; is that accurate?

21 A.   I don't offer any evidence of major violent racial

22 conflict after the 1970s.  I argue that the steps that were

23 taken by the U.S. military did have a powerful effect on

24 reducing racial conflict within the military.

25 Q.   Do you know exactly what the last violent racial conflict

1  was in the mid-1970s that's addressed in your report or in your

2  deposition?

3  **A.**   I don't believe I mentioned one.

4  **Q.**   Would you agree that the incidences on the U.S. aircraft

5  carriers, like the Constellation and Hassayampa and the

6  Kitty Hawk, those were the mid-'70s; is that accurate?

7  **A.**   Those were in 1972.

8  **Q.**   Would you agree that's about 50 years ago, approximately

9  50 years ago?

10 **A.**   A little more than 50 years ago, yeah.

11 **Q.**   Yes, ma'am.

12      And would you agree that in your report you don't discuss

13 any historical events that happened since 1980?

14 **A.**   My expertise in this report is on the period during the

15 Vietnam War primarily.  But let me -- let me explain why that

16 matters.

17      The U.S. military has traditionally put an enormous amount

18 of emphasis on history.  The services train their members to

19 understand their own histories, the history of the U.S. Navy,

20 the Marine Corps, the Army, the Air Force, even the brief

21 history of the Space Force.  They train their officers in

22 military history, and they emphasize the importance to their

23 leaders of looking to history for lessons, for lessons learned.

24      So what I'm offering in my report and my testimony is the

25 history that is available for military leaders to look back to.

1    So what I've shown is that military leaders in this era

2  believed that the lack of visible Black leadership played a

3  significant role in fostering racial conflict, and the presence

4  of Black military leaders might ameliorate racial conflict.

5    When they encountered this massive level of racial

6  violence that they believed threatened the ability of the

7  services to defend the United States against its enemies, they

8  wanted all tools available at their disposal.  And many

9  believed that visible Black leadership, that more Black

10 officers would make a difference.  And they weren't available.

11 Their hands were tied.

12    They didn't have a tool that they believed was going to be

13 important.

14    I go as far as saying they didn't have a weapon they

15 needed because of decisions that had been made in the past.

16    So while what we're talking about is segregation ending

17 70 years ago, we're talking about the Vietnam War ending

18 50 years ago, we're talking about the last major racial

19 conflict in the United States military being probably in the

20 middle of the 1970s, lessons learned, based on history, is a

21 traditional approach of the U.S. military, and providing that

22 history is what my report attempts to do.

23 Q.   And that history in your report is limited to events that

24 took place during the mid-1970s and prior; is that accurate?

25 A.   As I just said, I focused on a period of racial conflict.

1   **Q.**   Okay.  And you would agree that making any prediction

2   about what will happen if the Naval Academy stops using race in

3   the admissions process would be outside the scope of your

4   historical expertise; is that correct?

5   **A.**   My historical expertise is historical.  I don't

6   prognosticate.  I don't predict.

7            **MS. WYRICK:**  Nothing further, Your Honor.

8            **THE COURT:**  All right.  Thank you, Ms. Wyrick.

9        Ms. Gargeya, any redirect?

10           **MS. GARGEYA:**  No, Your Honor.

11           **THE COURT:**  All right.  Thank you very much,

12  Dr. Bailey.  And thank you for your time.  In the unlikely

13  event you're called back to the witness stand, it's probably

14  wise that you don't talk to anyone about your testimony in case

15  you were to be called back to the witness stand.  This trial is

16  due to end next week sometime.

17       But we appreciate you being here, and thank you very much.

18           **THE WITNESS:**  Thank you, Your Honor.

19           **THE COURT:**  With that, Mr. Mendez, the next witness, I

20  believe, is going to be John Sherwood, correct?

21           **MR. MENDEZ:**  Yes, Your Honor.

22           **THE COURT:**  He's being called as a defense expert.

23       Mr. Sherwood, come up forward, please, and be sworn.

24       Good afternoon to you, sir.  Thank you.

25       (Witness sworn.)

 1          **THE CLERK:**  Before we get started, if you don't mind

 2    stating and spelling your first and last name for the record.

 3          **THE WITNESS:**  First name John, J-O-H-N.  Last name

 4    Sherwood, S-H-E-R-W-O-O-D.

 5          **THE CLERK:**  Thank you.

 6                      **DIRECT EXAMINATION**

 7    BY MR. MENDEZ:

 8    Q.   Good afternoon, Dr. Sherwood.

 9         Could you please state your full name for the record.

10    A.   John Darrell Sherwood.

11    Q.   Where do you currently work?

12    A.   The Naval History and Heritage Command.

13    Q.   What is your title?

14    A.   Historian.

15    Q.   And what is the Naval History and Heritage Command?

16    A.   It's the historical agency of the U.S. Navy.

17    Q.   Is the Naval History and Heritage Command a part of the

18    Navy?

19    A.   It is.  We report to the Office of the Chief of Naval

20    Operations.

21    Q.   And what are your job responsibilities as the historian at

22    the Naval History and Heritage Command?

23    A.   I write books and articles.  I conduct historical research

24    and answer questions posed by the Office of the Chief of Naval

25    Operations, the Navy fleets, and other Navy and DoD commands.

1    I give talks and presentations.  I'm the host of a podcast at

2    the U.S. Naval Academy.

3    **Q.**    How long have you held this position?

4    **A.**    Since October of 1997.

5    **Q.**    I'd like to talk a bit about your educational background

6    and about your work experience in a little bit more detail.

7         Where did you attend college?

8    **A.**    Columbia College in the City of New York.

9    **Q.**    Did you earn a degree from Columbia College?

10   **A.**    I did.  AB in history.

11   **Q.**    After college, did you attend graduate school?

12   **A.**    Yes.

13   **Q.**    Where did you go to graduate school?

14   **A.**    I went to graduate school at Columbia University and The

15   George Washington University.

16   **Q.**    Did you earn a graduate degree from Columbia University?

17   **A.**    Yes.

18   **Q.**    In what field?

19   **A.**    History.

20   **Q.**    Did you earn a degree from George Washington University?

21   **A.**    I did.

22   **Q.**    In what field?

23   **A.**    History.

24   **Q.**    And what degree did you obtain from George Washington

25   University?

Direct of John Sherwood by Mr. Mendez
Case 1:23-cv-02699-RDB   Document 143   Filed 10/01/24   Page 152 of 217
152

 1  A.   I attained two degrees from GW; an infill degree, a

 2  master's in philosophy and history and a Ph.D. in history.  And

 3  my master's degree from Columbia was an AM in history.

 4  Q.   What was your dissertation on?

 5  A.   The social history of Air Force fighter pilots in the

 6  Korean War.

 7  Q.   Did you take any courses on American history?

 8  A.   Yes.

 9  Q.   Did you take any courses on American military history?

10  A.   Yes.

11  Q.   Did you take any courses on historiography?

12  A.   Yes.

13  Q.   And could you explain for the record what historiography

14  is.

15  A.   Historiography is the study of history, of historical

16  interpretations, and writing history.

17  Q.   And what did you do after you graduated with your Ph.D. in

18  history from George Washington University?

19  A.   I worked for the U.S. Army Center of Military History.

20  Q.   What did you do at the U.S. Army Center for Military

21  History?

22  A.   I was a historian.

23  Q.   How long did you hold that position at the U.S. Army

24  Center for Military History?

25  A.   Two years.

1  Q.   And what did you do afterwards?

2  A.   I went to work for the Naval Historical Center which was

3  the predecessor agency of the Naval History and Heritage

4  Command.

5  Q.   And do you have additional training that is relevant to

6  your work as a historian?

7  A.   Yes, I do.  I was a Fulbright Scholar in 2019.  I

8  regularly attend conferences and workshops.  And I keep up with

9  the field by reading literature in the field.

10 Q.   Is there a field within history where you focus on in your

11 work?

12 A.   Modern naval history.

13 Q.   Do you focus on a particular time period?

14 A.   Yes.  From the end of World War II to 2011, approximately.

15 Q.   And could you define for the record what modern naval

16 history is.

17 A.   Modern naval history usually refers to 20th-century naval

18 history.

19 Q.   And could you please describe the work that you've done on

20 naval history during that time period?

21 A.   I've written three books on the air war in Vietnam.  I've

22 written a book on brown-water operations during the Vietnam

23 War.  I have written a book on racial unrest in the fleet

24 during the Vietnam War.  And most recently, a book on

25 humanitarian operations post 2011.

 1  Q.   Do you have experience working on other periods of naval

 2  history?

 3  A.   I do.  I've worked in all areas of naval history.

 4  Q.   Could you describe some of the work you've done.

 5  A.   Well, my book *Black Sailor, White Navy*, actually begins

 6  the story during the Age of Sail.  I've done some work on the

 7  Barbary Wars.  I've answered questions on everything from the

 8  War of 1812 all the way through the present, including

 9  World War II.

10  Q.   And could you describe for the record what the Age of Sail

11  is.

12  A.   The Age of Sail in American naval history generally refers

13  to the American Revolution up through the early 19th century,

14  when they were still sailing vessels in the Navy.

15  Q.   Have you studied the Naval Academy's history?

16  A.   Yes.

17  Q.   Could you please describe the work you've done on the

18  Naval Academy's history.

19  A.   So I've read all the existing literature on race relations

20  and racial integration at the Naval Academy.  I've read a

21  number of modern histories.  And through my work on the Preble

22  Hall Podcast, I have learned quite a bit about the history of

23  the Naval Academy by interviewing various authors.

24  Q.   Could you describe, at a general level, your methodology

25  when conducting your work as a historian focusing on naval

 1  history.

 2  **A.**    So I look at a variety of sources.  I look at primary

 3  sources, which I generally define as documents, archival

 4  documents, and oral histories.  Typically, oral histories that

 5  I conduct myself.  I look at secondary literature, which

 6  consists of published books and articles.  And then I look at

 7  government reports and government studies that are not easily

 8  accessible to the general public.

 9  **Q.**    Have you given talks on naval history?

10  **A.**    Yes.

11  **Q.**    Have you received any recognition for your work on naval

12  history?

13  **A.**    Yes.  My book *War in the Shallows* received the 2015 NASO

14  Award for the best book published in naval and maritime history

15  in 2015.

16  **Q.**    At some point, were you asked to provide your expert

17  opinions on certain issues in this case?

18  **A.**    Yes.

19  **Q.**    What issues were you asked to opine on?

20  **A.**    I was asked to opine on the history of African Americans

21  in the Navy and the history of African Americans at the Naval

22  Academy.

23  **Q.**    And how would you describe the methodology that you used

24  in preparing for your testimony?

25  **A.**    I used similar methodology that I use to write books.

1    However, given the short time period, I had to rely heavily on

2    my own books; so preexisting research, a chronology that I

3    wrote for the NHHC website on the history of African Americans

4    in the Navy, books by my former colleague Robert J. Schneller,

5    oral histories, documents, studies that I have in my files.

6    **Q.**    Is the methodology that you use widely used by other

7    historians?

8    **A.**    Yes.

9    **Q.**    And did your reliance on these materials that you

10   mentioned allow you to reach certain opinions in this case?

11   **A.**    Yes.

12         **MR. MENDEZ:**  Your Honor, at this time, we'd like to

13   move to have Dr. Sherwood qualified as an expert witness in the

14   Navy's history with race and the Naval Academy's history with

15   race.

16         **THE COURT:**  Essentially, African Americans in the Navy

17   and African Americans in the Naval Academy?

18         **MS. GARGEYA:**  With a focus on that, yes, Your Honor.

19         **THE COURT:**  Any voir dire, Ms. Wyrick -- I'm sorry,

20   Mr. Connolly?

21         **MR. CONNOLLY:**  No.

22         **THE COURT:**  All right.  So his expertise is accepted

23   and not challenged, and he'll be entitled to give his opinions

24   in those areas.

25         **MR. MENDEZ:**  Thank you, Your Honor.

 1  BY MR. MENDEZ:

 2  Q.   Dr. Sherwood, do you recall preparing a declaration in

 3  support of the government's opposition to plaintiff's motion

 4  for a preliminary injunction last year?

 5  A.   Yes.

 6  Q.   And generally speaking, what did that declaration focus

 7  on?

 8  A.   So that declaration focused on the history of African

 9  Americans in the Navy with a particular emphasis on racial

10  unrest in the Navy and a history of racial integration at the

11  Naval Academy and a response to the plaintiff's complaint.

12  Q.   Does your declaration contain the opinions that you intend

13  to offer today?

14  A.   Yes.

15        MR. MENDEZ:   Your Honor, at this time, we'd like to

16  offer Defendant's Exhibit 197 into evidence.

17        THE COURT:   Defendant's Exhibit 197 will be admitted

18  into evidence with the same caveat as previous reports on both

19  sides in this case that to the extent there's any hearsay

20  implications woven therein, I'll be able to discount those, as

21  this is a bench trial.   But his entire report as set forth, I

22  believe originally filed as Paper Number 46 in this case, will

23  be admitted into evidence as Defendant's Exhibit 197.

24        MR. MENDEZ:   Understood, Your Honor.   Thank you.

25  BY MS. GARGEYA:

1  Q.   Dr. Sherwood, have you prepared a demonstrative exhibit to

2  assist the Court in following your testimony today?

3  A.   Yes.

4          MR. MENDEZ:  Your Honor, the government moves for

5  admission of Defendant's Demonstrative DD3 into evidence.

6          THE COURT:  So admitted.

7  BY MR. MENDEZ:

8  Q.   Dr. Sherwood, do your slides include a summary of the

9  opinions you're offering today?

10 A.   Yes.

11 Q.   Would you describe for the Court your first opinion,

12 Dr. Sherwood.

13 A.   Okay.  My first opinion is that the lack of Black

14 representation in the Navy's Officer Corps contributed to

15 racial tension and unrest during World War II, which hindered

16 naval readiness, national security, and domestic security.

17 Q.   Would you describe for the Court your second opinion.

18 A.   My second opinion is that the lack of Black representation

19 in the Officer Corps contributed to the eruption of full-blown

20 riots during the Vietnam War, which threatened naval readiness,

21 national security, and domestic security.

22 Q.   Could you describe for the Court your third opinion.

23 A.   Yes.  My third opinion.  As the Naval Academy and other

24 commissioning sources commissioned more Black officers

25 beginning in the mid-'70s, Black representation in the

1  Officer Corps increased, and the Navy has not since experienced

2  major incidents of racial unrest.

3  **Q.**   Are you offering any opinions on today's Navy?

4  **A.**   No.

5  **Q.**   Are you offering any opinions on today's Marine Corps?

6  **A.**   No.

7  **Q.**   Are you offering any opinions on today's Naval Academy?

8  **A.**   No.

9  **Q.**   Are you offering any opinions trying to predict the future

10  based on the past?

11  **A.**   No.

12  **Q.**   I'd like to start with your first opinion.

13       At a general level, could you describe racial relations in

14  the Navy before World War II.

15  **A.**   Yes.  Before World War II -- well, African Americans have

16  served in every war.  They tend to -- tended to make strides

17  during wartime when they were greatly needed, only to see those

18  gains taken away between wars.

19       For the most part, African Americans in the Navy performed

20  the most menial-type jobs in a segregated environment.

21  **Q.**   Were there any African American officers in the Navy

22  before World War II?

23  **A.**   No.

24  **Q.**   And could you describe the conditions for African American

25  sailors before World War II.

Direct of John Sherwood by Mr. Mendez
160
Case 1:23-cv-02699-RDB    Document 143    Filed 10/01/24    Page 160 of 217

1  A.    Yes.  African American sailors were mostly -- existed in

2  primarily a segregated environment, serving in the worst

3  positions, so as messmen on the mess deck, as unrated sailors,

4  so engaged in menial labor, such as coal heaving, so coaling

5  the ships.  That type of thing.

6  Q.    Could you explain for the record, Dr. Sherwood, what

7  messmen, what does that means.

8  A.    So a messman is someone who works on the mess decks.  And

9  it can mean preparing food, so anything from chopping onions to

10  peeling potatoes.  But a lot of their work involved serving

11  food and, of course, cleaning.

12  Q.    At a general level, can you describe racial relations in

13  the Marine Corps before World War II?

14  A.    There were no African Americans in the Marine Corps prior

15  to World War II.

16  Q.    Why not?

17  A.    Because the Marine Corps did not want African Americans

18  in -- in its service.

19  Q.    Are you aware of any instances of racial tension in the

20  Navy and Marine Corps before World War II?

21  A.    Yes.

22  Q.    Could you provide an example.

23  A.    So during the Red Summer of 1919, there were incidents of

24  racial unrest throughout the country.  And in Charleston,

25  South Carolina, Washington, D.C., and Chicago, there were race

1  riots.  And during these race riots that I mentioned, these

2  three, White sailors and, in some cases, aided by White Marines

3  attacked Black communities.

4  **Q.**   What effect did this incident have on the Navy?

5  **A.**   It stigmatized the Navy in the eyes of the Black

6  community, and it also made the Black community very reluctant

7  to want to send their children to the Navy, especially given

8  the jobs that their kids would have to perform in the Navy.

9  **Q.**   Now, let's turn to World War II.  Can you describe the

10  conditions for Black sailors and Marines during that period.

11  **A.**   So during World War II, it was a continued segregated

12  environment.  And towards the end of the war, in 1944, there

13  was a series of incidents of racial unrest.  The first incident

14  was the Chicago -- the Port Chicago explosion and then mutiny.

15  And there were others.

16  **Q.**   Could you provide another one of those examples you're

17  referring to.

18  **A.**   Yes.  Closely associated with Port Chicago is the nearby

19  Mare Island.  258 Black sailors protested in solidarity with

20  what happened in Port Chicago.

21       There was a Guam riot where 48 Black sailors were arrested

22  and imprisoned.

23       In Port Hueneme, there was a hunger strike.

24       I want to turn back to Port Chicago for one minute.  I did

25  not explain that of the 320 munitions workers, those handling

1   munitions, loading ships with munitions, two-thirds of the

2   victims were Black.  So 220 out of the 320 killed were Black.

3   **Q.**   Why were 220 out of the 320 victims Black?

4   **A.**   Because this was considered a very dangerous, menial job;

5   and therefore, Blacks were assigned to do that job out of --

6   for reasons of institutional racism.

7   **Q.**   And what effect did these instances of racial tension

8   during World War II that you just described have on the Navy?

9   **A.**   So the four incidents that I mentioned are all some of the

10  most important logistics facilities in the Pacific.

11        Guam, in the Central Pacific, is known as the great

12  supermarket of the Pacific.  It was key.

13        Port Hueneme is the major CB base on the West Coast;

14  another key installation.

15        And Port Chicago and Mare Island were key for moving

16  munitions across the Pacific.

17        And this was a time, of course, where there were a number

18  of key battles that were fought, and also when the U.S.

19  military was preparing to invade the Japanese homeland.  So

20  these facilities were absolutely vital.

21  **Q.**   I want to turn to your second opinion.

22        At a general level, could you describe racial relations in

23  the Marine Corps during the Vietnam War?

24  **A.**   Yes.  During the Vietnam War, the Marine Corps suffered

25  significant racial unrest, especially towards the end of the

Direct of John Sherwood by Mr. Mendez
Case 1:23-cv-02699-RDB   Document 143   Filed 10/01/24   Page 163 of 217
163

1  '60s, in 1969.

2  **Q.**   Were there specific instances of racial unrest in the

3  Marine Corps during the Vietnam War?

4  **A.**   Yes, there were.   There was a riot at the third meth break

5  in Vietnam.

6       There was a -- probably the largest riot occurred in

7  July 1969 at Camp Lejeune, but there were problems at

8  Camp Lejeune throughout that year; over 160 assaults, muggings,

9  robberies, with racial undertones.

10 **Q.**   And at a general level, can you describe race relations in

11 the Navy from 1964 to 1971?

12 **A.**   So during that period, there were not very many African

13 Americans in the Navy, so the racial unrest in the Navy came a

14 bit later, but there were still -- I found one incident in

15 1969.

16 **Q.**   Could you describe the incident in 1969.

17 **A.**   Yes.   Destroyer Collette, its crew, it was at Subic Bay in

18 the Philippines, and its sailors were coming back from leave,

19 and there had been fights during liberty between Black and

20 White sailors, and that threatened to spill over on the ship.

21 One of the ship's officers, an African American by the name of

22 William Kelley, he found out about it.   He donned his dress

23 blue uniform, complete with his sword.   He confronted the

24 sailors coming back to the ship, both White sailors and Black

25 sailors, and he said that he will have none of that on the

1   Collette.  And that quelled a potential riot on the Collette.

2   Q.   How do you know that William Kelley was able to quell what

3   was a potential race riot?

4   A.   I was first told about it by another officer on the ship,

5   Charles Chadbourn, now a Naval War College professor and a

6   colleague of mine at the Naval History and Heritage Command.

7   And I then interviewed Bill Kelley as well.

8   Q.   And earlier, you mentioned that during the Vietnam War up

9   until 1971, there weren't many African Americans.  Can you

10  explain why?

11  A.   Because the Navy practiced what is known as qualitative

12  recruitment.  We had a draft.  And the draft -- during the

13  draft, if you had a low draft number, you would try to join

14  either the Navy or the Air Force because there was less

15  likelihood that you would have to serve in combat in Vietnam.

16  And so the Navy had the pick of the crop and it only recruited

17  high scorers, and those high test scorers happened to be White.

18  Q.   Did the Navy rely on the draft during the Vietnam War?

19  A.   No, it did not.

20  Q.   Were there instances of racial unrest in the Navy starting

21  in 1972?

22  A.   Yes.

23  Q.   Could you provide some examples.

24  A.   1972 was a year where the Navy saw an influx of African

25  Americans because the draft was being scaled back in the early

1   '70s by President Nixon, and all of a sudden, the Navy had to

2   man its ships, and it did so by lowering recruitment standards.

3   And that brought in a large number of African Americans,

4   lowering -- by "recruitment standards," I meant it was able to

5   choose or take sailors with lower test scores.

6       And so the first riot occurred on Kitty Hawk.  That was

7   one of the biggest; 48 sailors were injured.

8       There was one on the oiler Hassayampa, the Aircraft

9   Carrier Constellation, the dock landing ship Trenton Naval

10  Station, Midway Island, the Aircraft Carrier Ticonderoga, the

11  Aircraft Carrier Intrepid, the amphibious assault ship Inchon,

12  and Kaohsiung Fleet Landing, which is in Taiwan.

13  **Q.**   How did the end of the draft around that 1972 period

14  result in an influx in African Americans in the Navy?

15  **A.**   Well, earlier in the war, Secretary of Defense Robert

16  McNamara enacted a program called Project 100,000, which

17  allowed the military to lower its recruitment standards to

18  basically bring in more troops that were needed in Vietnam.

19  That is why the ground services experienced racial unrest

20  before the Navy.

21      The Navy did not have to use that tool until the draft was

22  scaled back.  And it used that tool to recruit Category 3 and

23  Category 4 recruits.  And those recruits came into the Navy, in

24  many cases, with only an eighth-grade education.  Some of them

25  were completely illiterate.  And they did not have the scores

1  to make the rate to get -- the skills and education to get into

2  a specialized rating, so they ended up working basically the

3  same jobs that their fathers, grandfathers, and

4  great-grandfathers performed, so menial work.

5  **Q.**   Were there other instances of racial unrest in the Navy

6  starting in 1972?

7  **A.**   There were many.  As I mentioned, Hassayampa,

8  Constellation, Intrepid, Ticonderoga, Midway Island.  The

9  Atlantic Fleet reported 57 incidents of racial unrest that

10  year.

11  **Q.**   Were there investigations into these incidents?

12  **A.**   Yes.  After each incident, typically there's what's called

13  a JAG Manual Investigation, so an officer is assigned to gather

14  facts and come up with opinions about what happened in each

15  case.

16  **Q.**   And at a general level, what were the results of the

17  investigations?

18  **A.**   At a general level, it was found that a number of factors

19  contributed.  The ones that I highlight as the most significant

20  were discrimination in promotion and job assignments, a climate

21  of racism, a racially-based disciplinary system.

22       And by that, I mean court-martials and Article 15

23  hearings.  There was a perception that African Americans were

24  being brought up -- were being disciplined more than White

25  sailors.  Ineffective minority affairs councils.  And most

1  significantly, a lack of Black sailors in the Navy's chain of

2  command.  So a lack of Black officers and a lack of senior

3  enlisted.  So petty officer first class and chief petty

4  officers.

5  **Q.**   With those results that came from those investigations

6  that you just mentioned, did they relate to a particular set of

7  incidents of racial unrest?

8  **A.**   Yes.  I looked at Trenton Naval Station, Midway Island,

9  Ticonderoga, Intrepid, Inchon, Kaohsiung, plus Kitty Hawk, the

10 Constellation, and Hassayampa to come up with those.  I looked

11 at the investigations.  I also look at some OPNAV documents, so

12 Office of Chief Naval Operations documents, to try to determine

13 what the most prevalent causes of those incidents were.

14 **Q.**   I want to spend some time breaking down some of other

15 instances of racial unrest during the Vietnam War.

16     And I want to start with Kitty Hawk.  What happened on

17 Kitty Hawk?

18 **A.**   Okay.  The Kitty Hawk, you had a large influx of African

19 American sailors.  You had many of them working in menial jobs,

20 living in segregated berthing, and many of whom were being

21 brought up to captain's masts, which are Article 15 hearings.

22 You could actually be reduced in rank.  You could receive brig

23 time, based just on the captain's orders.

24     They went to Subic Bay.  They did what sailors do at

25 Subic Bay, which is drink a lot of alcohol.  And they came

1  back, and there was a riot, and 47 people were injured.

2  **Q.**   What exactly happened when they came back?

3  **A.**   So when they came back, they took makeshift weapons and

4  started going through the ship, in some cases bludgeoning

5  people while they were asleep in their racks.  And various

6  people tried to intervene.  The captain of the ship,

7  Marland Townsend, whom I interviewed, tried to get on the one

8  MC, which is the intercom system, and tell these people to

9  stand down.

10      The Marine detachment commander also tried to find groups

11  of these sailors and tell them to lay down their weapons as

12  well.

13      The only person that was successful in getting -- in

14  quelling this riot was a guy named Ben Cloud, half African

15  American, half Native American.  And he was able to talk to

16  these people, as a Black man.  And when he approached them, he

17  actually gave -- he rendered the Black Power salute and quoted

18  Martin Luther King, discussed why they should lay down their

19  arms.  And at the end, he took off his shirt and said, "If you

20  don't believe me, you can kill me right now."  And he did that

21  not only to say, "I'm willing to put down -- or to lay down my

22  life for my ship and my shipmates, but I'm also Black, just

23  like you."

24  **Q.**   You had mentioned there's a Marine detachment aboard

25  Kitty Hawk.  Why is that?

1   A.   Back during the Vietnam War, they assigned Marines to

2   aircraft carriers.  Their primary duty was to protect special

3   weapons, so nuclear weapons.  But they also performed a

4   security role on the ship.

5   Q.   And what would have happened, had Ben Cloud not been able

6   to suppress the riot?

7   A.   So I interviewed Nicolas Carlucci, the Marine deck

8   commander, a long interview.  And accordingly to Carlucci, he

9   was on the verge of ordering his Marines to fire at the rioters

10  and basically use live fire.  And if he had done that on the

11  ship, a number of bad things would have happened.

12       First of all, a lot of rioters would have been killed.

13  Second of all, ricocheting bullets would have killed a lot of

14  other people, including some Marines.  Aircraft would have been

15  damaged.  Munitions might have been set off.  There might have

16  been a fire.  Almost certainly, the aircraft carrier would have

17  been pulled offline.

18  Q.   What does it mean for a ship to be taken offline?

19  A.   So in the Vietnam War, it usually means to move away from

20  an area where it could launch combat aircraft against targets

21  in North Vietnam and move to the Philippines for liberty, for

22  repair, replenishment, that type of thing.

23  Q.   And what impact does taking a ship offline have?

24  A.   So, in October 12th, this was the finale of Operation

25  Linebacker I.  Operation Linebacker I would only last until

1  October 23rd.

2      So this air power campaign was designed to put pressure on

3  the North Vietnamese government to agree to a peace agreement

4  that was amenable to the Nixon Administration.

5      We typically had between one and five carriers online,

6  with the average being three.  And if you take one offline,

7  that's taking an air wing with 85 combat aircraft out of the

8  picture.  And at this time, the Air Force -- the Navy was the

9  predominant air power provider because the Air Force had pretty

10  much pulled out of Southeast Asia at this point.

11  Q.   Do you believe that Ben Cloud's race is one of the reasons

12  why the riot ended?

13  A.   Absolutely.

14  Q.   Why do you believe that?

15  A.   Because he was the only officer who was able to get

16  through to the protest group, who was able to communicate with

17  them and convince them to lay down their harms.

18  Q.   And now I want to turn to the Constellation.

19      What happened on the Constellation?

20  A.   The Constellation was a bit different, but similar in

21  other respects.  There had been a number of disciplinary cases

22  against Black sailors.  Black sailors were performing menial

23  jobs, so mainly working on the mess decks.  In solidarity with

24  what happened on the Kitty Hawk, they decided to strike, to do

25  a sit-down strike.  And this didn't happen thousands of miles

1  away from the U.S.  It happened in the port of San Diego,

2  basically under the blare of media.

3      And so when that happened, everybody found out that the

4  Navy was having trouble with racial unrest.  Congress got

5  involved.  Admiral Zumwalt, the CNO, was nearly fired as a

6  consequence.

7  Q.   And what effect did this incident on the Constellation

8  have on the Navy?

9  A.   So the Constellation did not get to Vietnam until January

10  of 1973, so essentially after the war ended.  It was not there

11  for the most critical second part of Linebacker, Linebacker II,

12  which that was the Christmas bombing.  And it's critical

13  because the Navy had aircraft, A-6s and A-7s that were

14  absolutely vital for the suppression of any enemy air defense

15  system.  So they bombed surface-to-air missile sites.

16      The more of those planes that are available, the fewer

17  B-52s would have been lost.  So it's a life-saving proposition

18  here.

19  Q.   And what happened on Hassayampa?

20  A.   Hassayampa was an oiler, an ocean class oiler.  And there

21  were only six of those produced.  It had a riot after liberty

22  at Subic Bay.  And oilers are not the most visible ships in the

23  Navy, but they are supremely important because without them,

24  ships can't be on the line for very long, they have to return

25  for fuel and ammunition.

1  Q.   What were some of the main causes of the three incidents

2  that you were just describing, Kitty Hawk, Constellation,

3  Hassayampa?

4  A.   So perceived discrimination in job assignments, an unfair

5  disciplinary system, a ineffective minority affairs councils,

6  and most significantly, a lack of African Americans in the

7  chain of command.  And also, a really toxic liberty

8  environment, at least with the Hassayampa and Kitty Hawk at

9  Olongapo and Subic Bay in the Philippines.

10  Q.   Did these instances of racial unrest during the Vietnam

11  War undermine naval readiness?

12  A.   Yes.

13  Q.   Did these instances of racial unrest during the Vietnam

14  War threaten operational effectiveness?

15  A.   Absolutely.

16  Q.   Did these incidents of racial unrest during the Vietnam

17  War threaten national security?

18  A.   Yes.

19  Q.   I want to turn to your third opinion.

20       When did the first African American graduate from the

21  Naval Academy?

22  A.   1949.

23  Q.   What was his or her name?

24  A.   His name was Wesley Brown.

25  Q.   Was he the first African American appointed to the Naval

Direct of John Sherwood by Mr. Mendez
173
Case 1:23-cv-02699-RDB    Document 143    Filed 10/01/24    Page 173 of 217

1    Academy?

2    **A.**    No.

3    **Q.**    Who was the first African American appointed to the Naval

4    Academy?

5    **A.**    Midshipmen John [sic] Conyers in 1872.  And because of the

6    racism he experienced, he didn't last -- he didn't last very

7    long.  He ended up having to leave the Academy.

8    **Q.**    Were there other Black midshipmen who attended the Naval

9    Academy between 1872 and 1945?

10    **A.**    There were Black midshipmen who were nominated and a very

11    small number who actually got admitted, so they passed both the

12    physical and mental tests to get to be admitted.  But they all

13    experienced severe institutional racism and individual racism

14    that prevented them from graduating.  And some of these

15    students came from some of the top Black high schools in the

16    country.

17        One of them even had several years of college education,

18    and they still couldn't get through the program because they

19    simply did not have the support of the brigade.  They were

20    not -- if they had academic issues, they couldn't just walk

21    down the hall at Bancroft Hall and get help.  They would have

22    to go and find a professor during office hours, that type of

23    thing.

24        So they were victims of excessive hazing that was racially

25    based, racial epithets.  I can go on.

Q.   Did the percentage of African Americans in the brigade
increase during the 1950s?

A.   After Wes Brown graduated in 1949, there were only a very
small number of African Americans who graduated from the Naval
Academy year by year, up until the mid-'70s.

Q.   So did the percentage of African Americans in the brigade
increase during the 1960s?

A.   Not by very much.

Q.   Did the percentage of African Americans in the brigade
increase during the 1970s?

A.   Yes.  That's where you see a significant increase.

Q.   And why did you see a significant increase of African
Americans in the brigade during the 1970s?

A.   Well, when President Johnson saw that the Naval Academy
was graduating less than five Black midshipmen per year in the
mid-'60s, out of a brigade of 4,000, he was wondering what was
going on.  He ordered the Naval Academy to change its -- to
start trying to recruit African American midshipmen.  So they
began implementing a number of measures designed to increase
the number of African Americans in the brigade.

Q.   Was there an effort to increase the number of African
Americans in the Officer Corps during -- starting in the 1970s?

A.   Yes, there was.  Admiral Zumwalt and his successor,
Admiral Holloway -- James Holloway, III -- believed that the
key to solving the Navy's racial problems was by increasing

1   Black representation in the Officer Corps and also in the

2   higher ranks of the enlisted -- the higher enlisted ranks as

3   well.

4   **Q.**   It what percentage of officers in the Navy were African

5   American in 1962?

6   **A.**   .2 percent.

7   **Q.**   What percentage of African American officers in the Navy

8   were African American in 1978?

9   **A.**   2.1 percent.

10  **Q.**   And can you describe the efforts that contributed to the

11  increase of African Americans in the Navy's Officer Corps.

12  **A.**   So there were a number of programs.  One was establishing

13  NROTC, Naval Reserve Officer Training Core units, at

14  historically Black colleges, starting with Prairie View A&M, in

15  Texas.  That was one methodology.

16      Another methodology was a program called Boost which took

17  promising leaders from educationally underprivileged

18  backgrounds, both White, Black, Hispanic, whatever, gave them

19  two years of intensive college preparatory training with the

20  idea that they would then attend college and gain their

21  commission either through the Naval Academy, the NROTC or OCS,

22  Officer Candidate School in Newport, Rhode Island.

23      And there was also an effort by the Naval Academy to

24  increase Black enrollment there and also utilize the Naval

25  Academy Prep School to try to get more African Americans into

1   the pipeline.

2   Q.   Could you explain what NROTC is for the record.

3   A.   Naval Reserve Officer Training Corps.  These are -- these

4   are units at college and universities that provide students

5   with military training during the course of their four years,

6   especially during summers.

7        And then at the end of their -- well, when they graduate

8   from college, they also receive a reserve commission, either in

9   the U.S. Navy, the U.S. Marine Corps, the Naval Reserve or the

10  Marine Corps Reserve.

11  Q.   And can you explain precisely how the Naval Academy played

12  a role in the increasing diversity in the Officer Corps.

13  A.   Yeah.  The Naval Academy is the flagship commissioning

14  vehicle.  It's the only vehicle that provides regular

15  commissions.  The other programs provide reserve commissions --

16  or the NROTC program provides reserve commissions.

17       It -- and so it was -- 40 percent of admirals are Naval

18  Academy graduates.  About 90 percent of the CNOs are Naval

19  Academy graduates.  So if you're going to -- if you're going to

20  increase Black participation in the Officer Corps, you might

21  start with the Naval Academy.

22  Q.   You mentioned that about 90 percent of CNOs are Naval

23  Academy graduates.

24       Could you explain for the record what a CNO is.

25  A.   The CNO is the chief of naval operations, so the

1  equivalent of the Army or Air Force chief of staff, so the

2  highest-ranking naval officer.

3  Q.   Have there been major instances of racial unrest in the

4  Navy since the mid-1970s?

5  A.   No.

6  Q.   Why haven't there been major instances of racial unrest in

7  the Navy since the mid-1970s?

8  A.   Because the Navy has done a much better job with equal

9  opportunity.  It's provided ways for African Americans to work

10  in other jobs besides the mess deck.  It's done a good job at

11  getting African Americans into the Officer Corps, getting

12  African Americans into senior enlisted positions.  And for

13  those reasons and more, there haven't been incidents of racial

14  unrest since -- since the early '70s.

15  Q.   Has the Naval Academy played a role in preventing major

16  instances of racial unrest in the Navy since the mid-1970s?

17  A.   Yes.  The Naval Academy produces role models.  And to have

18  those role models spread across the fleet has a strong and

19  powerful impact on the enlisted Corps.

20          MR. MENDEZ:  Thank you.

21          THE COURT:  Thank you, Mr. Mendez.

22      Cross-examination, Mr. Connolly?

23                       CROSS EXAMINATION

24  BY MR. CONNOLLY:

25  Q.   Good afternoon, Dr. Sherwood.  We met at your deposition.

1  It's nice to see you again.

2      For much of the 20th century, African Americans had a lot

3  of reasons to be angry with how they were treated by this

4  country, correct?

5  A.   In the 20th century?

6  Q.   Yes.

7  A.   Well, up through the end of the '70s, yes.

8  Q.   During World War I and World War II, the U.S. Navy was

9  practicing segregation, correct?

10  A.   Yes.

11  Q.   The racial segregation caused anger among the African

12  Americans in the Navy, correct?

13  A.   Correct.

14  Q.   In society at large during World War II, there was racial

15  segregation through much of the country, correct?

16  A.   During World War II, yes.

17  Q.   During the World War II era, African Americans in the

18  military were subjected to overt racial hostilities, such as

19  racial slurs, correct?

20  A.   Yes.  Many of them were.

21  Q.   And, in fact, that was very common back then, correct?

22  A.   Correct.

23  Q.   During the Vietnam War era, there were still racial

24  tensions in American society as a whole, correct?

25  A.   Yes.

1  **Q.**  There was the "long, hot summer" in 1967, correct?

2  **A.**  Yes.

3  **Q.**  During that summer, there were many race riots that

4  erupted across major cities in the United States, correct?

5  **A.**  Correct.

6  **Q.**  And Martin Luther King was assassinated during this time

7  period, correct?

8         **THE COURT:**  Dr. King was assassinated in 1968, not

9  1967, Mr. Connolly.

10        **MR. CONNOLLY:**  Sorry, I was talking about the Vietnam

11 War era, in general.

12 **BY MR. CONNOLLY:**

13 **Q.**  Was Dr. Martin Luther King assassinated during the Vietnam

14 War era?

15 **A.**  Yes.  1968.

16 **Q.**  And his assassination caused more racial unrest, correct?

17 **A.**  Correct.

18 **Q.**  During the Vietnam War era, the Navy also was treating

19 African Americans poorly, correct?

20 **A.**  Can you repeat the question?

21 **Q.**  Well, let me give you some specifics.

22     During the Vietnam War era, there was discrimination in

23 promotion and job assignments for African American sailors,

24 correct?

25 **A.**  Correct.

1  Q.   There was a climate of racism as demonstrated by the

2  regular use of racial slurs by Whites against Blacks, correct?

3  A.   Correct.

4  Q.   There was a racially biased disciplinary system, or one

5  perceived to be biased by Black sailors, correct?

6  A.   It was perceived to be racially biased.  And the reason it

7  was perceived as such is with the influx of low scoring sailors

8  who came into the fleet not understanding the Uniform Code of

9  Military Justice, not understanding how the military worked,

10 they ended up going to captain's masts quite frequently.  And

11 because of that, the perception amongst these Black crews is,

12 "Oh, my word, you know, the only sailors we see at mast are

13 African Americans."  But they were being basically charged with

14 an offense that a White sailor could be charged with.

15 Q.   And during this time period, there were ineffective

16 minority affairs councils with no real power in the chain of

17 command, correct?

18 A.   Correct.  Admiral Zumwalt issued an all-NAV message to

19 try -- and created these minority affairs councils with good

20 intentions.  But it was a new thing for the Navy, and it was

21 outside the traditional chain of command.  And some of the

22 people -- I talked, in one case, to a dentist who was assigned

23 to be -- a White dentist who was assigned to be the head of the

24 minority affairs council for his ship.  And so it had some

25 teething trouble.

1  Q.   Now, all of these problems that we just discussed in the

2  Vietnam War era, they caused a lot of anger among Black

3  sailors, correct?

4  A.   Yes.  And also, segregated berthing, segregated liberties,

5  yes.

6  Q.   And, in fact, the discrimination in promotion in job

7  assignments for Black sailors was a significant cause of racial

8  unrest in the Navy, correct?

9  A.   Can you repeat the question, please.

10  Q.   The discrimination in promotion in job assignments for

11  Black sailors was a significant cause of racial unrest in the

12  Navy, correct?

13  A.   Correct.

14  Q.   The climate of racism as demonstrated by the regular use

15  of racial slurs by Whites against Blacks was a significant

16  cause of racial unrest in the U.S. Navy, correct?

17  A.   During the Vietnam War period, yes.

18  Q.   And the racially -- the perception of the racially biased

19  disciplinary system was a significant cause of racial unrest in

20  the U.S. Navy, correct?

21  A.   During the Vietnam War era, yes.

22  Q.   And the ineffective minority affairs councils with no real

23  power in the chain of command was a significant cause of racial

24  unrest in the U.S. Navy during the Vietnam War era, correct?

25  A.   Correct.

1  Q.   Now, in your testimony today, you discussed the three

2  efforts that the Navy undertook to increase the number of

3  African Americans in the Navy.  Do you recall that?

4  A.   Yes.

5  Q.   With the Naval ROTC -- with the effort -- the Naval ROTC

6  efforts, were actually the biggest success story in minority

7  recruiting, correct, of the three?

8  A.   Well, that was aided by Boost because Boost produced

9  qualified applicants who could get into college and get into

10 these programs.

11 Q.   Okay.  So let's turn to Boost.  Project Boost was not

12 limited to African Americans, correct?

13 A.   Correct.

14 Q.   In fact, Project Boost targeted educationally

15 underprivileged people of all races, correct?

16 A.   Correct.

17 Q.   And in the 1970s, you also discussed how the Naval Academy

18 increased its effort to recruit African Americans, correct?

19 A.   Correct.  One of the things it did was send out blue and

20 gold teams to black high schools, high schools that were

21 predominantly Black.  It increased the number of minority

22 recruiters within the Academy, within the admissions

23 department.

24 Q.   And to your knowledge, the Naval Academy did not change

25 its standards in order to admit more African Americans,

1   correct?

2   A.   Correct.  During this period.

3   Q.   During this period.

4        Your declaration identifies no significant outbreak of

5   racial unrest in the Navy since the mid-1970s, correct?

6   A.   Yes.

7   Q.   You testified earlier that since the Vietnam War era,

8   there has been an increase in African American graduates at the

9   Naval Academy, correct?

10  A.   During the period I look at, yes.

11  Q.   But you have conducted no study that found that the

12  increase in Black Naval Academy graduates caused the decrease

13  in racial incidents experienced in the Navy and the Marine

14  Corps, correct?

15  A.   Can you repeat the question, please.

16  Q.   You have conducted no study that found that the increase

17  in Black Naval Academy graduates caused the decrease in racial

18  incidents experienced in the Navy and Marine Corps, correct?

19  A.   I have looked at the historical literature and the

20  writings of Admiral Holloway, who was the CNO after Zumwalt.

21  And Admiral Holloway and the literature argue -- makes that

22  argument.

23  Q.   I'm going to repeat my question once more.

24       You, personally, have conducted no study that found that

25  the increase in Black Naval Academy graduates caused the

1  decrease in racial incidents experienced in the Navy and Marine

2  Corps, correct?

3  A.   I have not conducted studies.  I've look at that

4  historical literature, at the works of authors who have look at

5  studies.

6  Q.   And you are a historian, correct?

7  A.   Correct.

8  Q.   And I believe you already testified about this, but you --

9  in your declaration, you have offered no opinion about what

10  will happen to the number of African Americans attending the

11  Naval Academy if the Academy stops using race in the admissions

12  process, correct?

13  A.   As I said, I'm not predicting the future and not looking

14  at the present, correct.

15  Q.   And in your declaration, you are not predicting that there

16  will be significant outbreaks of racial unrest if the Naval

17  Academy stops using race in the admissions process, correct?

18  A.   I'm only looking at what happened in the past.  My

19  examples come from the past.  It's bad historical practice to

20  try to predict the future, as a historian.

21  Q.   I just want to make sure I have -- that we're saying the

22  same thing.

23       In your declaration, you are not predicting that there

24  will be significant outbreaks of racial unrest if the Naval

25  Academy stops using race in the admissions process, correct?

1  **A.**   Correct.

2        **MR. CONNOLLY:**  No further questions.

3        **THE COURT:**  Thank you, Mr. Connolly.

4     Mr. Mendez, anything further on redirect?

5        **MR. MENDEZ:**  Nothing further, Your Honor.

6        **THE COURT:**  I just have one question here,

7  Professor Sherwood.  In terms of your historical studies -- and

8  I know that you're still -- you're a civilian employee of the

9  Department of the Navy.  You work for the Department of the

10 Navy, correct?

11       **THE WITNESS:**  Correct.

12       **THE COURT:**  And essentially, your area of focus has

13 been modern naval history from World War II to 2011, some

14 13 years ago?

15       **THE WITNESS:**  Correct.

16       **THE COURT:**  All right.  In looking at that history,

17 what is the -- in terms of the trends here in history, what is

18 the time frame with respect to, I guess, officers in the

19 pipeline?

20     Professor Bailey, I think, noted -- exactly her words

21 were, "The military can't poach from the private sector.  They

22 have to grow their own."  Which means you just can't bring

23 somebody in who's an expert from General Motors and make them

24 an 06.  You might make them department -- Secretary of Defense,

25 like with McNamara, but from General Motors, but you can't

 1   import.

 2        And I guess my question is:  What is the historical trend

 3   and the timeline for having to create your own?

 4             THE WITNESS:  Having to create your own?

 5             THE COURT:  Well, I'll give you the quote.  I

 6   understood what it means.  I hope you do.  I mean, I'm trying

 7   to ask the question.  It doesn't seem very complicated.

 8        Professor Bailey noted, "The military cannot poach from

 9   the private sector."  They can't recruit from the private

10   sector.  They can't put people into certain slots, O5s or O6s

11   or O7s, flag rank.  "They have to grow their own."  That's just

12   what she said.  I think I understood what she meant.

13        I'm interested, in terms of your point of view,

14   historically, how long does it take to grow your own?

15             THE WITNESS:  Well, it takes decades if you want to

16   grow an admiral.  If you want to grow a senior enlisted person,

17   it may take a decade.

18             THE COURT:  It takes a good decade or two easily to

19   get to be an O6 or an O5, correct?

20             THE WITNESS:  Correct.  And it's not just time in

21   grade.  There are a variety of experiences you have to have

22   served in.

23        For example, I'm working on a leadership book based on the

24   life of Admiral Mullen, and he had to command at the destroyer

25   level and the cruiser level, the carrier battle group level.

```
 1   He had to hold a number of positions within the Pentagon and
 2   attend specialized school at Newport and Idaho Falls and also
 3   the naval postgraduate school in Monterey just to become what
 4   he calls a "baby admiral," a one-star admiral.
 5            THE COURT:  Thank you very much.
 6        Anything further on that from my question, Mr. Mendez?
 7            MR. MENDEZ:  Nothing further, Your Honor.
 8            THE COURT:  Mr. Connolly, anything further on that?
 9            MR. CONNOLLY:  Nothing further, Your Honor.
10            THE COURT:  Thank you very much, Professor Sherwood.
11   You can step down.  And you surely shouldn't discuss your
12   testimony with anyone in the unlikely event you're called back
13   to the witness stand next week.  This case is scheduled to end
14   sometime next week.  So thank you very much.
15            THE WITNESS:  Thank you.
16            THE COURT:  Now, Mr. Strawbridge, I understand that
17   that's it for -- and, Mr. Gardner, that's it today for
18   witnesses; is that right?
19            MR. STRAWBRIDGE:  I believe that's right, Your Honor.
20            THE COURT:  We're finished?
21            MR. GARDNER:  That's correct, Your Honor.
22            THE COURT:  All right.  Let me just -- in terms of the
23   ranking of witnesses next week, if you can make sure you give
24   that to Ms. Hudson and Ms. Manogue here so I can plan
25   accordingly.
```

1          We're doing reasonably well, right?  I mean, to project

2    finishing up certainly by next Friday, if not next Thursday.

3          Is that right from your point of view, Mr. Strawbridge?

4    What do you think?

5          MR. STRAWBRIDGE:  Yes.  I think right now, we're

6    fairly confident that the witness testimony will probably wrap

7    up no later than Wednesday, and we could do closings on

8    Thursday.

9          THE COURT:  From your point of view, Mr. Gardner,

10   that's correct as well?

11         MR. GARDNER:  That's according to our schedule too,

12   Your Honor.

13         THE COURT:  Okay.  That's fine.  As I say, I'm not

14   rushing you.  You take as much time as you want.  I hope you

15   all realize that.  I blocked a lot of time off.

16         The one thing I want to emphasize is, is that in terms of

17   the exhibits -- I might have said this before, but let's make

18   sure the timing here.  In terms of the exhibits and the

19   attachments and the slides -- the slides are very beneficial --

20   I just want to make sure that you all are available, your staff

21   is available to help Ms. Herndon and my law clerks in terms of

22   identifying those items that are in evidence.

23         It's a considerable volume of documents that there have

24   been general references and there are exhibits that have not

25   totally been exhibited on the screen, but they're still in

1  evidence.  And we have to make sure that we're real clear and

2  we don't have any confusion over that.

3      Once this is over, and I write my opinion -- and

4  obviously, I'm not going to stand by my normal standard of

5  having an opinion out in a week, after a bench trial, and not

6  with this case.  It certainly wasn't with UNC and Harvard, and

7  I'm not going to do this in a week.

8      But I'm really trying to make sure we don't have a

9  situation where I reference an exhibit and somebody notices on

10 the appellate ladder, as it goes up, that that wasn't in

11 evidence or there's some later dispute.  So you all can

12 coordinate on this.

13     My point is, if there is a dispute, then I will address

14 it.  Okay.  So we're clear on it.  That's my main point.

15     I'm not looking for issues.  By the same token, I'm more

16 than willing to be available to make sure that we have it

17 right.  And unlike a lot of closing arguments, particularly at

18 jury trials, you're looking at exhibits and there's a rush

19 getting ready and people are looking at the exhibits and are

20 ready to do their oratory.  Well, I'm looking forward to your

21 oratory as well.  But I want to make sure we get really

22 clear -- we have plenty of time -- what the exhibits are.

23     Mr. Gardner.

24         MR. GARDNER:  We've been working very cooperatively.

25 We've submitted to Ms. Herndon today every document that has

 1  been admitted, I guess, as of yesterday.  And then we agreed to

 2  provide her with an updated set on Wednesday.

 3          THE COURT:  All right.  And then let's assume if we

 4  have closing argument on Thursday, that you still will be able

 5  to get to me proposed findings of fact, conclusions of law by

 6  the following Wednesday.

 7          MR. GARDNER:  That's right.

 8          THE COURT:  That'll be fine as well.

 9          MR. GARDNER:  One question for you, Your Honor.  We

10  were talking amongst the parties.  Do you have a preferred

11  format for receiving the proposed findings of fact?

12          THE COURT:  No.  I mean -- no, not really.

13          MR. GARDNER:  We talked internal -- or together about

14  doing numbered paragraphs.  Is that okay?

15          THE COURT:  Yeah, that's fine.  That's fine.  The

16  findings of fact would be helpful to have numbered paragraphs.

17  I'm sorry.  In terms of like as you did it for the pretrial

18  order, for example.  I do prefer that there be numbered

19  findings of fact.

20          MR. GARDNER:  Terrific.  That's how we'll approach it

21  then.

22          MR. STRAWBRIDGE:  Would Your Honor also like us, after

23  we file them, to submit a Word version to Ms. Hudson?

24          THE COURT:  Submit what?

25          MR. STRAWBRIDGE:  To submit a Word version to

 1  Ms. Hudson?

 2       THE COURT:  That's fine.  That would be good as well.

 3  Yeah, thank you.

 4     Anything else from the point of view of the plaintiff?

 5       MR. STRAWBRIDGE:  No, Your Honor.

 6       THE COURT:  Anything else from the point of view of

 7  the defense?

 8       MR. GARDNER:  Nothing from the government.

 9       THE COURT:  Thank you all very much.  You had a

10  productive week.  And my compliments.  I'm pleased that these

11  younger lawyers were allowed to ask questions here and get

12  involved on both sides.  That's wonderful, to allow the

13  opportunity for young lawyers.  And they all did well.  I'm not

14  sure how much they've done it before.  But they did well.  And

15  just remember, you know how you felt today when you did that?

16  You're going to feel the same way 25 years from now.  You

17  understand?  Not a thing changes.  And all of you did very

18  well.

19     Okay.  With that, we stand adjourned for the week.  Thank

20  you all very much.

21       THE CLERK:  All rise.  This Honorable Court is now

22  adjourned.

23     (Court adjourned at 3:50 p.m.)

24

25

CERTIFICATE OF OFFICIAL REPORTER

     I, Ronda J. Thomas, Registered Merit Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

                    Dated this 21st day of September 2024.


                    _____
                         Ronda J. Thomas, RMR, CRR
                         Federal Official Reporter

**BY MR. CARMICHAEL: [5]**    5/7 8/1
9/21 10/1 117/9 127/4
**BY MR. MENDEZ: [5]**    19/17 20/12 30/2
30/6 102/13
**BY MR. MORTARA: [11]**    46/14 52/21 53/11
56/25 58/19 62/8 63/8 67/25 73/14 76/1
87/19
**MR. CARMICHAEL: [8]**    3/15 7/21 8/25 9/20
10/15 11/3 11/23 16/25
**MR. CONNOLLY: [5]**    17/3 156/21 179/10
185/2 187/9
**MR. GARDNER: [9]**    18/15 187/21 188/11
189/24 190/7 190/9 190/13 190/20 191/8
**MR. MENDEZ: [21]**    19/5 20/8 20/11 30/5
40/8 43/24 54/16 55/5 59/8 59/18 102/12
103/5 149/21 156/12 156/25 157/15 157/24
158/4 177/20 185/5 187/7
**MR. MORTARA: [55]**    17/13 17/19 18/2
40/11 44/9 46/3 46/13 46/19 52/15 53/7
53/24 54/2 54/4 54/7 54/10 54/20 54/24
55/7 55/15 55/21 55/23 55/25 56/4 56/24
58/15 59/15 60/1 60/4 60/9 60/12 60/18
60/22 61/1 61/9 61/19 62/19 62/24 63/1
63/5 63/11 67/14 67/18 67/23 73/12 73/18
75/23 77/3 77/6 79/17 81/4 87/14 87/18
89/2 103/8 104/7
**MR. STRAWBRIDGE: [5]**    187/19 188/5
190/22 190/25 191/5
**MS. GARGEYA: [13]**    104/2 104/4 111/24
113/17 114/4 114/9 114/24 124/16 127/19
128/14 141/4 149/10 156/18
**MS. WYRICK: [2]**    112/3 149/7
**THE CLERK: [17]**    3/7 3/9 18/22 18/25
19/3 61/12 61/14 61/18 81/2 81/5 104/22
105/1 128/6 128/9 150/1 150/5 191/21
**THE COURT: [132]**    3/2 3/13 3/22 4/4 12/1
17/1 17/4 17/16 17/20 18/6 18/17 19/4
19/14 20/3 20/7 20/9 29/24 40/9 40/12
44/1 45/25 46/5 46/17 46/20 53/9 54/1
54/3 54/6 54/8 54/18 54/21 55/6 55/9
55/16 55/22 55/24 56/1 56/5 58/18 59/10
59/16 59/19 60/3 60/5 60/11 60/16 60/20
60/23 61/3 61/9 61/20 62/3 62/6 62/11
62/22 62/25 63/2 63/7 63/10 64/2 64/6
67/17 67/21 67/24 73/17 75/25 77/5 77/8
77/16 78/2 78/5 78/9 78/12 78/19 78/24
79/13 79/16 80/22 81/7 87/13 87/17 89/3
103/6 103/15 103/21 104/3 104/5 104/11
104/15 112/2 112/4 113/15 113/18 114/12
114/19 114/25 127/22 128/11 141/5 149/8
149/11 149/19 149/22 156/16 156/19
156/22 157/17 158/6 177/21 179/8 185/3
185/6 185/12 185/16 186/5 186/18 187/5
187/8 187/10 187/16 187/20 187/22 188/9
188/13 190/3 190/8 190/12 190/15 190/24
191/2 191/6 191/9
**THE WITNESS: [31]**    3/12 4/3 18/21 19/2
20/6 46/21 52/18 59/14 61/16 62/5 62/7
64/5 77/15 77/24 78/3 78/6 78/11 78/17
78/20 79/10 79/15 103/20 104/25 149/18
150/3 185/11 185/15 186/4 186/15 186/20
187/15

## $

**$50 [1]**    130/21
**$50 million [1]**    130/21

## '

**'23 [1]**    97/2
**'50s [1]**    123/20
**'58 [1]**    19/21
**'60s [4]**    136/21 145/22 163/1 174/16
**'70 [1]**    131/21
**'70s [7]**    144/23 147/6 158/25 165/1 174/5
177/14 178/7
**'89 [1]**    142/17
**'99 [1]**    42/16

## .

**.1 [1]**    88/6
**.1 percent [1]**    88/6
**.2 [1]**    175/6
**.2 percent [1]**    175/6
**.4 [3]**    85/13 85/16 85/19

## 0

**0.4 percent [1]**    135/14
**03 [1]**    62/15

---

**0402 [1]**    15/1
**05 [1]**    186/19
**05a [1]**    186/10
**06s [1]**    186/10
**07s [1]**    186/11

## 1

**1,001 [1]**    88/11
**1,200 [1]**    101/22
**1.76 [3]**    85/13 85/16 85/19
**10 [13]**    10/16 26/24 26/25 27/4 28/4
32/10 32/15 32/24 51/16 51/20 66/1
132/22 137/24
**10 minutes [2]**    127/24 128/5
**10 percent [1]**    117/2
**10 years [1]**    89/18
**10-minute [2]**    80/23 81/1
**100,000 [1]**    165/16
**10:12 [2]**    1/7 3/1
**10th [1]**    105/12
**11 [1]**    100/17
**11 years [1]**    107/6
**1100 [1]**    88/11
**1130 [1]**    20/15
**11:50 [1]**    81/4
**12 [4]**    16/17 105/14 105/16 132/22
**1200 [1]**    88/12
**12:03 [1]**    81/4
**12th [1]**    169/24
**13 [1]**    8/3
**13 years [1]**    185/14
**14 [2]**    87/12 110/21
**148 [3]**    83/12 87/13 102/12
**15 [3]**    66/1 166/22 167/21
**151 [4]**    66/23 73/17 73/18 73/19
**151-4 [2]**    67/9 67/9
**16 [2]**    25/4 45/17
**160 [1]**    163/8
**164 [2]**    100/4 102/2
**17 [3]**    11/24 100/16 102/9
**1812 [1]**    154/8
**1872 [2]**    173/5 173/9
**19 [4]**    93/6 93/10 97/14 97/18
**1919 [1]**    160/23
**1931 [1]**    131/21
**1940s [1]**    144/19
**1942 [1]**    117/14
**1943 [1]**    118/10
**1944 [2]**    119/8 161/12
**1945 [2]**    117/16 173/9
**1948 [1]**    119/25
**1949 [2]**    172/22 174/3
**1950s [2]**    144/21 174/2
**1951 [1]**    120/6
**1952 [1]**    120/8
**1953 [1]**    121/11
**1954 [2]**    120/14 145/9
**196 [2]**    113/15 113/18
**1960s [5]**    123/20 123/24 144/23 145/1
174/7
**1962 [3]**    134/22 137/14 175/5
**1963 [1]**    134/22
**1964 [1]**    163/11
**1967 [4]**    115/6 116/2 179/1 179/9
**1968 [8]**    129/1 129/3 135/11 135/13
137/22 138/8 179/8 179/15
**1969 [5]**    127/8 163/1 163/7 163/15 163/16
**197 [3]**    157/16 157/17 157/23
**1970s [20]**    131/14 135/1 135/25 137/22
139/12 146/17 146/18 146/20 146/22 147/1
147/3 147/4 174/10 174/13 174/22 177/4
177/7 177/16 182/17 183/5
**1971 [4]**    130/4 134/4 163/11 164/9
**1972 [7]**    129/18 131/8 147/7 164/21
164/24 165/13 166/6
**1973 [1]**    171/10
**1978 [1]**    175/8
**1980 [1]**    147/13
**1980s [1]**    146/7
**1981 [1]**    15/19
**1983 [1]**    15/19
**1985 [3]**    14/6 14/8 63/19
**1986 [2]**    106/21 142/1
**1988 [1]**    142/17
**1990s [1]**    146/9
**1994 [1]**    50/11
**1995 [5]**    20/24 50/11 51/11 52/19 52/19
**1996 [1]**    15/4 16/18
**1997 [4]**    15/5 16/4 16/19 151/4

---

**1998 [1]**    107/5
**1999 [4]**    21/6 23/25 42/14 45/18
**19th [1]**    173/5
**1:00 [2]**    127/20 127/23
**1:08 [1]**    128/8
**1:23-cv-2699-RDB [1]**    1/5
**1A [1]**    97/4

## 2

**2-13 [1]**    8/3
**2.1 percent [1]**    175/9
**2.5 [1]**    21/10
**20 [5]**    1/7 2/2 25/4 89/14 137/5
**20 percent [1]**    94/11
**20 years [3]**    14/13 137/21 137/24
**2000 [1]**    24/6
**2001 [1]**    14/9
**2004 [1]**    107/6
**2005 [1]**    14/11
**2006 [4]**    24/6 71/18 72/4 72/9
**2010 [1]**    65/13
**2011 [4]**    29/15 153/14 153/25 185/13
**2013 [3]**    8/4 8/9 29/15
**2014 [4]**    14/15 73/16 85/3 105/14
**2015 [5]**    65/13 89/23 107/9 155/13 155/15
**2016 [1]**    71/6
**2019 [1]**    153/7
**2020 [2]**    37/20 85/3
**2021 [2]**    78/13 108/7
**2022 [3]**    71/18 72/4 72/9
**2022/'23 [1]**    97/2
**2023 [16]**    56/13 56/14 57/23 58/4 70/4
70/6 71/3 72/6 73/16 74/4 79/20 79/22
97/20 100/11 102/4 108/7
**2023's [3]**    97/5 97/14 98/13
**2024 [4]**    1/7 2/2 14/15 192/12
**20th [8]**    106/12 121/12 142/5 142/9
143/12 144/12 178/2 178/5
**20th-century [1]**    153/17
**21 [2]**    102/6 124/18
**21st [3]**    146/13 146/15 192/12
**22-23USNADashboard.xlsx [1]**    67/7
**220 [3]**    124/16 162/2 162/3
**23 [1]**    108/5
**23rd [1]**    170/1
**23USNADashboard.xlsx [1]**    67/7
**24 hours [1]**    126/4
**24th Regiment [1]**    120/24
**25 [1]**    93/5
**25 articles [1]**    110/24
**25 percent [3]**    22/16 46/2 46/8
**25 years [1]**    191/16
**250 [1]**    117/18
**258 [1]**    161/19
**26 [1]**    23/25
**26 percent [1]**    88/10
**26677 [1]**    71/17
**27 years [2]**    15/10 15/12
**28 [2]**    86/1 192/6
**289 [1]**    10/16
**292 [1]**    11/24
**2:00 [2]**    127/24 128/5
**2:16 [1]**    128/8

## 3

**3.3 percent [1]**    135/13
**3.5 [3]**    19/25 20/4 20/10
**30 [1]**    92/16
**30 percent [2]**    92/16 93/5
**30 years [2]**    64/20 89/14
**30,000 [1]**    137/5
**30th [1]**    79/20
**320 [3]**    119/12 161/25 162/2 162/3
**33 percent [1]**    92/16
**34 [1]**    96/19
**35 percent [1]**    88/10
**36 [2]**    76/7 92/13
**36 percent [1]**    100/12
**3:50 [1]**    191/23
**3rd [3]**    24/14 27/11 35/23
**3rd Battalion [2]**    27/10 35/25

## 4

**4,000 [1]**    174/16
**4.0 [2]**    20/4 21/11
**4.6 [4]**    83/9 85/15 85/19 85/22
**40 [1]**    127/8
**40 percent [1]**    176/17
**400 [1]**    119/13
**46 [1]**    157/22

**4**

**47 [1]** 166/13
**47 months [1]** 80/6
**479 [1]** 71/15
**48 [2]** 161/21 165/7
**491 [1]** 53/25 58/16

**5**

**50 [4]** 86/19 91/15 91/18 102/3
**50 percent [2]** 22/6 46/2
**50 years [4]** 147/8 147/9 147/10 148/18
**520 [1]** 135/12
**52s [1]** 171/17
**55 percent [1]** 100/16
**57 [1]** 166/9

**6**

**6 percent [2]** 91/22 101/25
**60 percent [3]** 86/20 91/15 91/18
**65 [1]** 117/14
**65 percent [1]** 120/9
**6s [1]** 171/13

**7**

**7 percent [1]** 88/9
**70 [1]** 101/25
**70 years [1]** 148/17
**75 [1]** 101/25
**75 percent [4]** 69/6 69/8 69/12 69/25
**750 [2]** 27/14 36/4
**753 [1]** 192/7
**77.3 percent [1]** 72/15
**782 [1]** 56/24
**785 [1]** 58/2
**792 [1]** 58/17
**7s [1]** 171/13

**8**

**800 [1]** 42/6
**805 [1]** 113/21
**807 [1]** 113/25
**83.2 percent [1]** 72/12
**85 combat [1]** 170/7
**87 [1]** 74/6
**88.6 percent [1]** 72/9
**89 [1]** 57/2

**9**

**90 percent [2]** 176/18 176/22
**97 [1]** 58/15

**A**

**a.m [3]** 1/7 3/1 81/4
**AB [1]** 151/10
**abilities [1]** 16/11
**ability [3]** 123/10 133/16 148/6
**able [19]** 16/15 34/10 60/25 70/20 79/17 93/21 99/4 99/14 101/10 101/11 121/3 157/20 164/2 165/4 168/15 169/5 170/15 170/16 190/4
**aboard [4]** 15/17 16/11 89/17 168/24
**about [106]** 24/6 25/4 25/10 28/16 28/23 29/20 30/12 30/22 33/14 37/16 37/19 41/4 41/18 42/6 42/11 42/17 42/21 42/23 42/24 43/1 43/5 43/8 48/18 48/20 51/17 51/21 53/3 56/13 58/22 58/25 63/20 66/1 66/20 67/5 68/22 70/4 75/21 80/21 80/23 81/13 82/4 82/7 82/10 86/3 88/6 88/10 91/18 92/8 92/16 96/12 96/13 101/22 105/23 108/22 109/12 109/15 110/2 110/24 112/25 117/6 118/6 119/2 124/13 127/1 127/8 128/18 128/19 129/22 130/17 130/19 131/4 131/9 131/15 131/17 132/1 132/6 132/7 135/17 135/20 136/18 137/2 137/8 137/9 137/13 137/25 139/8 142/7 142/7 147/8 148/16 148/17 148/18 149/12 149/14 151/5 151/6 154/22 163/22 164/4 166/14 176/18 176/22 179/10 184/8 184/9 190/13
**above [4]** 1/9 4/22 117/18 192/9
**above-entitled [2]** 1/9 192/9
**absence [1]** 74/3
**absolute [1]** 5/17
**absolutely [12]** 20/11 39/21 54/7 66/11 78/17 122/7 126/14 131/7 162/20 170/13 171/14 172/15
**academia [1]** 142/12
**academic [36]** 5/21 21/7 21/23 22/4 22/6 43/16 57/11 73/24 74/13 75/1 75/13 76/9 82/10 82/12 82/17 82/22 83/10 85/7 85/12

**4**

86/1 86/13 86/16 89/1 90/20 91/23 93/21 94/25 97/2 97/10 100/19 101/19 105/1 108/18 109/1 114/1 173/14 173/15 189/5 189/8
**academically [5]** 47/16 75/7 75/10 92/1 93/25
**academics [11]** 75/20 80/21 82/11 85/23 91/5 91/9 92/4 93/22 94/20 95/8 101/16
**Academies [2]** 138/17 138/19
**academy [165]** 1/6 1/21 4/10 4/12 4/20 5/3 5/10 5/22 5/24 14/6 19/13 19/19 19/24 20/2 20/14 20/18 20/19 20/21 21/2 21/3 21/5 21/7 21/19 21/21 22/5 22/15 22/19 23/4 27/10 27/12 35/24 36/1 38/11 39/4 39/9 41/5 41/20 41/23 42/2 42/13 42/18 43/1 43/5 43/12 43/15 43/20 44/16 44/20 45/12 47/21 48/11 48/21 48/24 48/24 49/1 49/4 49/6 49/13 49/25 50/1 50/8 50/8 50/13 51/5 51/9 51/13 51/23 52/2 52/7 53/2 53/13 53/15 55/4 60/15 63/19 64/14 65/1 65/18 66/5 66/7 66/21 69/10 69/24 70/7 70/10 70/18 70/24 72/21 74/20 74/23 75/16 76/19 77/1 79/6 82/12 84/18 84/21 86/16 86/16 87/9 90/17 91/6 91/13 92/2 92/10 93/12 94/9 94/14 94/19 95/10 95/24 96/1 96/10 96/24 97/21 98/15 98/21 99/13 101/3 101/10 101/12 102/7 102/10 115/19 149/2 151/2 154/20 154/23 155/22 156/17 157/11 158/23 159/7 172/21 173/1 173/4 173/7 173/9 174/5 174/14 174/17 175/21 175/23 175/25 176/11 176/13 176/18 176/19 176/21 176/22 177/15 177/17 182/17 182/22 182/24 183/9 183/12 183/17 183/25 184/11 184/11 184/17 184/25
**Academy's [3]** 154/15 154/18 156/14
**accept [1]** 125/9
**accepted [6]** 20/17 20/19 49/25 50/6 112/5 156/22
**access [4]** 35/10 35/12 71/23 117/11
**accessed [1]** 47/6
**accessible [1]** 155/8
**accession [1]** 48/7
**accomplished [2]** 120/14 137/19
**according [3]** 17/22 87/24 188/11
**accordingly [2]** 169/8 187/25
**account [1]** 122/19
**accountability [1]** 8/20
**accountable [1]** 27/1
**accounts [2]** 86/19 100/16
**accurate [5]** 142/20 145/20 146/20 147/6 148/24
**achieve [4]** 10/23 34/23 34/24 36/20
**achieved [2]** 49/3 53/16
**Achievement [1]** 111/12
**acknowledgement [1]** 87/8
**across [6]** 108/5 117/1 123/7 162/16 177/18 179/4
**action [2]** 23/21 41/16 135/4 146/1
**actions [7]** 132/18 135/3 135/4 135/5 145/8 146/4 146/5
**active [7]** 8/10 23/6 38/4 64/20 64/25 84/20 89/22
**actors [1]** 4/13
**actual [2]** 10/24 83/19
**actually [16]** 3/22 32/2 58/8 58/10 60/5 62/11 67/5 70/18 80/11 85/16 136/24 154/5 167/22 168/17 173/11 182/6
**ad [1]** 134/3
**ADAM [2]** 1/12 121/9
**add [1]** 40/23
**added [1]** 133/22
**addition [3]** 70/25 117/19 145/10
**additional [3]** 121/19 129/23 153/5
**additionally [1]** 75/7
**address [2]** 132/9 133/16 145/15 189/13
**addressed [4]** 51/6 51/13 61/25 147/1
**adequately [1]** 132/24
**adherence [1]** 34/20
**adhering [1]** 38/24
**adjourned [3]** 191/19 191/22 191/23
**adjust [1]** 104/22
**administered [1]** 136/11
**Administration [1]** 170/4
**admiral [15]** 57/19 62/18 65/8 133/10 133/13 171/5 174/23 174/24 180/18 183/20 183/21 186/16 186/24 187/4 187/4
**Admiral Holloway [3]** 174/24 183/20 183/21
**Admiral Mullen [1]** 186/24
**Admiral Zumwalt [3]** 171/5 174/23 180/18

**admirals [1]** 176/17
**admire [1]** 33/4
**admission [2]** 52/7 53/13 55/3 58/4 114/10 143/25 158/5
**admissions [37]** 1/3 1/21 4/10 4/20 5/2 42/19 43/2 43/6 43/12 43/15 43/16 49/5 50/5 50/8 50/10 51/11 52/19 52/22 53/2 53/22 54/14 56/19 57/2 57/6 57/9 57/11 57/13 58/1 58/3 93/23 103/12 141/13 149/3 182/22 184/11 184/17 184/25
**admit [2]** 4/13 182/25
**admitted [21]** 5/24 44/3 49/23 50/7 50/12 51/4 51/8 51/23 66/23 96/20 100/5 113/19 114/2 117/12 117/15 157/17 157/23 158/6 173/11 173/12 190/1
**adopt [2]** 4/15 14/2
**adopted [2]** 121/24 122/2
**adopting [1]** 5/5
**Advanced [1]** 26/13
**adversity [2]** 44/18 44/25
**advice [2]** 66/2 109/11
**Advisory [2]** 108/17 109/4
**affairs [9]** 89/19 130/21 131/3 166/25 172/5 180/16 180/19 180/24 181/22
**affect [8]** 32/5 77/20 116/17 118/20 123/22 126/12 126/16 129/16
**affected [4]** 32/8 53/17 140/11 144/8
**affiliated [1]** 108/8
**affirmative [3]** 135/3 146/1 146/4
**Afghanistan [1]** 90/13
**afoul [1]** 55/23
**Africa [1]** 27/24
**African [112]** 32/21 49/6 49/14 71/7 71/8 72/15 72/21 72/22 72/24 73/2 73/4 82/16 82/22 83/9 85/13 85/21 86/20 88/4 88/7 88/8 92/4 93/6 93/7 93/11 94/12 96/16 100/11 100/17 101/3 101/24 102/3 102/6 102/9 116/6 116/11 116/15 116/20 116/22 117/3 117/8 117/11 117/16 117/20 117/24 118/5 118/22 119/9 119/18 120/10 121/6 125/6 127/8 138/11 138/18 140/5 143/25 144/7 145/3 155/20 155/21 156/3 156/16 156/17 157/8 159/15 159/19 159/21 159/24 160/1 160/14 160/17 163/12 163/21 164/9 164/24 165/3 165/14 166/23 167/18 168/14 172/6 172/20 172/25 173/3 174/1 174/4 174/6 174/9 174/12 174/18 174/20 174/21 175/4 175/7 175/8 175/11 175/25 177/9 177/11 177/12 178/2 178/11 178/17 179/19 179/23 180/13 182/3 182/12 182/25 183/8 184/10
**African American [3]** 71/7 72/15 82/22
**Afro [1]** 140/2
**Afro-American [1]** 140/2
**after [49]** 8/10 17/22 20/25 21/1 24/17 24/18 24/21 25/5 25/6 25/14 26/1 26/2 26/11 26/12 26/15 26/16 26/21 26/23 27/4 27/5 28/14 28/19 40/25 42/9 47/1 64/17 78/16 106/4 106/20 120/16 123/16 127/23 127/24 128/5 130/18 130/20 131/9 139/13 146/20 146/22 151/1 152/17 166/12 171/10 171/21 174/3 183/20 189/5 190/22
**aftermath [1]** 119/7 129/6
**afternoon [7]** 17/10 89/9 105/4 105/5 128/11 149/24 150/8 177/25
**afterwards [3]** 24/20 25/13 153/1
**again [33]** 11/8 13/10 15/24 30/13 33/12 35/11 35/20 38/17 38/17 47/15 49/21 50/10 50/20 51/7 51/11 52/18 53/16 55/8 55/21 58/8 59/2 73/8 74/4 74/22 76/3 80/21 81/12 83/13 87/13 99/19 101/8 127/24 178/1
**against [17]** 11/14 29/13 63/2 116/11 130/19 140/24 141/1 148/7 169/20 170/22 180/2 181/15
**age [4]** 98/7 154/6 154/10 154/12
**agencies [1]** 113/5
**agency [3]** 35/15 150/16 153/3
**agenda [1]** 110/1
**aggressive [1]** 4/16
**ago [33]** 14/13 15/10 15/12 58/8 58/11 58/13 64/11 147/8 147/9 147/10 148/17 148/18 185/14
**agree [25]** 4/12 4/18 4/19 5/1 5/9 9/13 9/16 12/21 13/1 48/5 48/16 48/21 48/23 71/6 71/11 76/18 83/21 86/2 87/2 120/13 147/4 147/8 147/12 149/1 170/3
**agreed [2]** 18/9 190/1
**agreement [1]** 170/3
**aground [2]** 133/10 133/11

**A**

ahead [3] 26/21 72/1/24...
aid [1] 130/21
aide [6] 26/3 26/3 26/5 26/6 26/12 33/14
aide-de-camp [1] 26/3
aided [3] 1/24 161/2 182/8
aids [3] 115/14 139/16 139/23
aimed [1] 138/24
air [16] 110/11 129/10 129/11 136/10
147/20 152/5 153/21 164/14 170/2 170/7
170/8 170/9 171/14 171/15 177/1
aircraft [11] 16/17 147/4 165/8 165/10
165/11 169/2 169/14 169/16 169/20 170/7
171/13
aisle [1] 113/24
akin [1] 145/24
AL [1] 1/6
Alabama [1] 104/12
alarming [1] 41/3
alcohol [1] 167/25
alienated [1] 137/6
alienation [2] 135/22 139/20
all [120] 3/4 4/4 9/18 11/7 11/19 12/16
15/1 16/25 17/4 17/9 17/20 18/5 18/17
18/18 27/1 29/11 32/1 35/16 35/17 36/6
42/11 43/17 44/2 47/6 47/18 50/14 51/25
53/3 53/14 58/12 59/16 59/19 60/5 60/6
60/11 61/9 64/6 65/6 65/7 66/24 68/12
69/22 71/2 71/8 75/13 76/6 76/12 77/13
78/11 78/12 78/22 79/11 79/11 79/13
79/24 81/2 81/5 81/8 85/17 86/21 86/25
90/4 92/11 96/12 100/4 101/6 103/11
105/16 107/14 107/19 111/1 111/1 112/4
112/16 113/18 114/22 116/25 122/3 122/13
126/2 128/6 128/9 129/17 132/16 134/2
135/6 136/23 137/3 137/3 139/4 139/4
139/9 143/3 146/3 148/8 149/8 149/11
154/3 154/8 154/19 156/22 162/9 165/1
169/12 169/13 173/3 182/10 181/1 182/15
185/16 187/22 188/15 188/20 189/11 190/3
191/9 191/13 191/17 191/20 191/21
all-draft [1] 116/25
all-male [1] 12/16
all-NAV [1] 180/18
all-volunteer [4] 137/3 137/3 139/9
143/3
allegations [1] 31/20
Allied [1] 130/9
allies [2] 28/18 40/6
allow [5] 75/4 90/19 113/10 156/10
191/12
allowed [8] 97/22 99/25 119/20 165/17
191/11
allows [1] 99/23
alluded [2] 76/8 101/8
almost [8] 74/4 75/17 78/7 78/21 132/11
132/12 132/16 169/16
alone [2] 100/15 118/10
along [3] 56/8 67/12 94/24
already [8] 54/3 64/23 65/9 79/8 99/24
100/11 101/16 184/8
also [44] 1/20 25/20 26/18 35/10 35/13
37/21 48/9 67/12 70/21 71/16 74/12 76/19
99/6 100/5 101/15 106/23 108/16 109/15
116/9 124/7 125/13 130/16 131/24 132/4
134/17 134/19 137/9 138/21 161/16 162/18
167/11 168/10 168/22 169/3 172/7 175/1
175/23 175/24 176/8 179/18 181/4 182/17
187/2 190/22
altered [1] 29/12
although [2] 8/2 56/20
altogether [1] 116/21
always [5] 22/23 55/10 59/20 98/8 126/16
am [19] 4/11 5/15 8/1 14/22 23/2 23/7
27/13 30/4 42/15 43/14 61/1 65/19 66/2
102/22 109/4 124/15 141/22 142/19 152/3
ambit [1] 113/21
ambitious [1] 121/13
ameliorate [1] 148/4
amenable [1] 170/4
America [6] 27/21 34/21 34/22 90/6
137/17 142/5
America's [1] 143/2
American [84] 35/22 38/15 69/15 71/7
71/8 72/15 72/21 72/22 72/24 73/2 73/4
82/16 82/22 83/9 85/21 88/7 88/8 92/4
93/6 93/7 93/11 94/12 96/16 100/17 101/3
101/24 102/3 102/6 102/9 105/21 106/3
103/16 106/12 107/11 108/2 111/2 111/15
111/25 112/6 116/7 116/9 116/11 116/15

amphibious [1] 165/11

americans [57] 49/6 49/14 85/13 86/21
88/4 100/11 117/3 117/8 117/20 117/24
118/5 119/18 120/10 121/6 138/11 138/18
144/1 145/4 155/20 155/21 156/3 156/16
156/17 157/9 157/25 159/19 160/14 160/17
163/13 164/9 164/25 165/3 165/14 166/23
172/6 174/1 174/4 174/6 174/9 174/13
174/20 174/22 175/11 175/25 177/9 177/11
177/12 178/2 178/12 178/17 179/19 180/13
182/3 182/12 182/18 182/25 184/10
Americans' [1] 140/11
ammunition [1] 171/25
among [8] 54/21 55/17 56/2 58/22 59/6
124/21 178/11 181/2
amongst [3] 31/17 180/11 190/10
Amos [5] 7/24 8/6 8/13 9/3 9/11
amount [2] 120/3 147/17
amphibious [1] 165/11
analysis [1] 110/17
ANDERSON [1] 1/15
ANDREW [1] 1/18
Andy [1] 5/13
anger [6] 119/18 135/22 139/20 144/12
178/11 181/2
angry [1] 178/3
Annapolis [1] 19/20
announced [1] 132/21
annual [1] 80/18
annually [1] 97/1
another [13] 37/9 38/14 54/4 76/17 76/17
93/14 99/18 119/13 134/2 161/16 162/14
164/4 175/16
answer [13] 44/22 44/24 52/20 54/19
54/21 55/13 55/13 55/20 59/12 64/2 64/4
80/14 150/24
answered [1] 154/7
anticipated [1] 69/9
any [54] 17/2 32/5 36/22 42/21 42/22
42/24 59/17 66/4 69/7 72/24 73/13 76/22
77/25 79/2 79/4 82/4 88/15 94/4 94/13
96/2 99/25 103/7 106/12 106/15 106/17
108/8 111/7 112/2 113/20 115/16 115/19
120/25 132/12 132/20 133/25 146/19
146/21 147/13 149/1 149/9 152/7 152/9
152/11 155/11 156/19 157/19 159/3 159/5
159/7 159/9 159/21 160/19 171/14 189/2
anybody [4] 53/15 63/3 76/6 80/25
anyone [10] 3/23 17/6 36/23 59/23 72/23
84/13 103/17 128/1 149/14 187/12
anything [11] 53/3 69/7 80/25 87/4 89/15
160/9 185/4 187/6 187/8 191/4 191/6
anywhere [2] 28/12 29/25
apologies [1] 3/2
apologize [2] 3/4 53/5
appeal [1] 130/13
appealed [1] 117/12
appeared [1] 125/20
appearing [1] 111/2
appears [2] 56/21 125/19
appellate [1] 189/10
applicant [1] 44/15
applicant's [1] 44/14
applicants [1] 182/9
applicants' [1] 43/16
application [2] 42/1 113/10
applied [8] 14/4 19/23 20/1 20/13 20/17
41/22 64/13 144/25
apply [2] 22/22
appointed [4] 109/8 109/24 172/25 173/3
appointment [3] 23/22 39/7 107/3
appreciably [1] 79/11
appreciate [2] 40/22 149/17
apprehension [1] 33/7
approach [3] 44/3 148/21 190/20
approachable [1] 38/22
approached [2] 71/7 168/16
appropriate [1] 44/1
approved [1] 14/2
approximately [14] 24/5 27/14 29/14 36/3
36/4 37/2 45/17 91/8 91/16 101/20 101/23
101/23 147/8 153/14
aptitude [1] 91/2
archival [1] 155/3

Arcidiacono [2] 60/24 61/2
are [126] 6/13 6/14 6/15 7/24 10/22
10/24 11/16 11/22 12/17 13/7 13/10 14/4
14/14 14/14 16/18 23/1 23/6 23/15 24/9
24/10 35/18 36/18 37/10 39/9 41/12 41/14
42/13 47/5 48/16 54/6 55/3 57/6 59/20
61/24 69/6 71/24 74/25 75/2 75/18 76/8 78/17
79/21 80/10 82/10 82/17 84/4 84/6 84/7
84/9 84/9 85/22 86/15 88/1 88/2 88/4
90/16 90/16 92/12 92/19 92/24 93/2 94/4
94/6 94/10 94/20 95/8 95/9 95/11 95/23
95/23 96/1 96/6 99/25 101/15 101/20
101/24 102/21 105/16 113/20 113/22
114/21 115/16 115/19 121/14 121/15
121/16 122/7 126/3 126/6 126/16 128/20
150/21 155/7 159/3 159/5 159/7 159/9
160/19 162/9 167/21 171/16 171/22 171/23
176/3 176/4 176/17 176/18 176/22 180/12
184/6 184/15 184/23 186/21 188/19 188/20
188/22 188/24 189/19 189/19 189/22
area [3] 95/4 169/20 185/12
areas [4] 26/9 95/22 154/3 156/24
aren't [2] 10/7 10/24
argue [2] 146/22 183/21
argued [1] 120/17
argument [2] 183/22 190/4
arguments [1] 189/17
armed [3] 110/13 116/13 131/3
arms [1] 168/19
Army [46] 62/13 62/14 62/14 104/13
108/17 109/8 109/12 109/13 109/16 109/24
110/11 110/15 111/17 111/20 113/2 117/14
117/18 120/4 120/8 120/23 121/25 122/1
123/12 124/3 128/24 131/22 133/4 135/11
135/13 136/7 136/10 139/8 139/9 142/23
142/24 143/2 143/6 143/8 146/1 146/16
146/20 147/20 152/19 152/20 152/23 177/1
Army's [3] 109/3 110/5 120/22
Army/Navy [1] 104/13
around [11] 19/25 19/25 21/10 26/7
28/18 86/17 90/6 90/13 91/10 165/13
arrested [1] 161/21
article [4] 37/24 87/16 166/22 167/21
Article 15 [2] 166/22 167/21
articles [4] 110/24 111/1 150/23 155/6
as [261] 27/22 27/22 170/10
Asia [3] 27/22 28/2 132/3
aside [3] 37/9 95/8 132/3
ask [16] 11/8 28/23 33/14 46/11 50/21
51/7 51/25 52/24 66/24 67/5 75/17 78/25
83/25 86/5 186/7 191/11
asked [10] 10/18 12/5 29/19 30/15 48/18
110/6 111/14 155/16 155/19 155/20
asking [2] 48/20 63/22
asleep [1] 168/5
aspects [2] 9/4 43/18
assassinated [3] 179/6 179/8 179/13
assassination [2] 124/1 179/16
assault [1] 165/11
assaults [1] 163/8
assesses [1] 97/1
assessing [1] 122/16
assessment [4] 58/20 66/4 84/3 97/2
assessment-type [1] 66/4
assessments [1] 66/21
assigned [21] 7/2 7/7 24/4 24/18 25/6
25/15 26/2 26/16 27/2 27/5 29/4 35/3
50/15 50/24 119/10 143/19 162/5 166/13
169/1 180/22 180/23
assignment [24] 22/19 24/3 24/17 24/21
25/5 25/6 25/8 25/11 25/14 26/1 26/12
26/21 26/23 27/5 27/9 28/24 32/11 33/22
35/5 35/6 35/19 81/16 81/22 96/3
assignments [10] 28/2 28/3 50/15 50/22
81/19 166/20 172/4 179/23 181/7 181/10
assist [4] 114/7 121/19 134/17 158/2
assistant [2] 24/14 106/22 107/1
associate [1] 100/8
associated [2] 79/22 161/18
Association [1] 111/15
assume [4] 16/3 42/16 49/25 190/3
assumption [1] 80/2
ate [1] 30/12
athlete [11] 92/10 92/11 92/12 92/18
93/17 93/19 93/19 95/20 95/21 99/11
101/12
athletes [39] 70/21 74/24 74/25 75/5
75/6 75/22 76/7 76/15 76/15 76/16
76/23 76/25 77/13 92/8 92/8 92/12 92/15

**A**

athletes [13] 75/4 93/13 93/16 94/3 94/10 94/15 94/19 94/21 95/3 95/10 96/16 98/13 98/22 99/8 99/10 99/23 101/16 102/3 102/7
athletic [4] 75/24 93/20 94/1 95/12
athletically [1] 95/11
athletics [1] 100/8
Atlantic [1] 166/9
attached [1] 102/15
attachment [3] 73/18 83/17 87/16
attachments [1] 188/19
attacked [4] 128/6 129/4 130/6 161/3
attacking [1] 127/9
attained [1] 152/1
attempt [2] 135/7 136/15
attempted [6] 115/11 119/3 120/25 122/3 123/3 138/15
attempting [1] 136/24
attempts [3] 132/7 132/17 148/22
attend [14] 13/23 19/12 20/21 44/15 63/18 70/11 105/25 106/4 106/6 151/7 151/11 153/8 175/20 187/2
attended [5] 41/19 48/11 56/14 122/15 173/8
attending [4] 19/18 49/6 145/25 184/10
attention [4] 116/5 123/13 125/16 127/5
attitude [1] 4/16
attitudes [2] 11/16 11/17
attract [3] 8/19 8/21 145/17
attractive [1] 48/25
attributable [2] 74/14 97/6
attributing [1] 43/18
attrition [37] 73/15 73/21 73/22 75/13 75/14 79/4 79/5 79/24 80/2 82/12 82/17 82/23 83/3 86/13 86/14 86/14 86/17 86/18 86/20 86/22 90/20 90/21 91/23 91/23 92/8 93/8 93/13 97/7 97/11 97/16 97/19 98/19 99/10 99/22 100/11 100/16 101/2
attritions [1] 74/13
Auburn [2] 104/9 104/11
augmentation [1] 35/7
author [2] 84/15 102/21
authorities [1] 136/11
authority [1] 125/22
authorized [1] 23/15
authors [4] 84/5 102/18 154/23 184/4
availability [2] 17/14 76/24
available [9] 76/25 117/23 147/25 148/8 148/10 171/16 188/20 188/21 189/16
average [6] 20/4 20/10 72/3 92/15 95/3 170/6
averages [1] 86/17
averted [1] 129/20
aviation [4] 48/6 82/2 89/16 98/3
award [5] 111/12 111/12 111/13 111/19 155/14
awards [2] 111/17 111/21
aware [5] 29/18 31/5 77/25 134/13 160/19
away [6] 17/10 83/2 119/3 159/18 169/19 171/1

**B**

B-52s [1] 171/17
B-A-I-L-E-Y [1] 104/25
B-E-T-H [1] 104/25
B-I-R-C-H [1] 19/2
BA [1] 106/3
baby [1] 187/4
Bachelor [1] 64/13
back [45] 17/7 17/9 17/10 24/21 25/14 32/2 45/17 50/11 51/11 52/16 52/17 53/8 55/11 57/25 59/24 73/6 73/17 81/17 81/19 82/11 87/16 100/15 102/1 103/19 116/10 119/16 128/16 129/1 134/16 134/21 135/9 147/25 149/13 149/15 161/24 163/18 163/24 164/25 165/22 168/1 168/2 168/3 169/1 178/21 187/12
background [13] 32/23 33/2 33/10 34/13 34/25 35/20 49/12 63/16 89/11 89/16 94/2 105/23 151/5
backgrounds [4] 134/12 134/13 134/14 175/18
bad [4] 11/17 134/23 169/11 184/19
Bahrain [2] 24/19 24/21
Bailey [44] 2/11 17/25 104/1 104/20 104/25 105/4 107/10 107/20 108/8 109/2 110/16 111/25 112/5 112/8 112/10 112/20 113/13 114/6 114/14 115/2 115/16 118/20 119/23 122/6 122/24 124/10 124/20 126/12

127/25 128/13 128/16 131/2 132/8 134/19 135/9 137/12 137/17 140/16 141/17 141/17 145/17 145/22 145/23 186/1 186/15
bald [1] 14/5
balloned [1] 118/19
Baltimore [3] 1/6 140/1 140/2
Bancroft [1] 173/21
Bangladesh [3] 25/12 35/2 35/17
Barbary [1] 154/7
Barnard [3] 107/2 107/16 107/19
barracks [2] 123/19 124/4
barrier [1] 99/19
bars [3] 88/3 88/4 124/5
base [4] 27/7 118/15 129/10 162/13
based [20] 6/15 12/23 13/7 20/4 24/9 25/8 28/8 59/10 88/18 111/22 112/16 117/23 140/19 140/19 148/20 159/10 166/21 167/23 173/25 186/23
bases [2] 9/3 124/7
basic [2] 29/9 29/11
basically [5] 165/18 166/2 169/10 171/2 180/13
basis [9] 33/13 36/11 101/14 116/3 123/4 123/5 133/18 134/3 139/17
basketball [3] 94/17 94/18 95/2
bastard [2] 37/14 37/15
Bates [3] 58/2 58/16 71/17
battalion [14] 27/10 27/11 35/23 35/25 38/10 38/13 38/18 41/7 41/9 41/11 41/12 48/9 57/6 58/1
battalions [1] 119/20
battle [3] 117/21 121/3 186/25
battles [1] 162/13
BATTO [1] 27/13
Bay [5] 163/17 167/24 167/25 171/22 172/9
be [120] 3/6 4/19 5/2 5/9 5/18 9/17 9/19 13/3 16/15 17/17 18/4 18/10 18/20 23/20 28/12 34/10 34/25 35/13 36/21 37/23 42/8 44/1 45/6 45/24 47/13 48/25 49/10 54/24 55/23 56/9 56/21 59/3 59/6 59/24 61/10 61/24 62/15 66/16 69/11 69/24 70/1 72/17 72/24 77/13 77/22 79/16 79/17 79/17 79/24 80/2 80/8 80/22 81/8 82/21 83/9 85/23 86/1 86/21 88/24 90/19 90/20 90/20 90/22 91/4 92/22 93/21 95/21 95/22 98/21 99/4 99/12 99/14 99/23 103/24 104/12 104/18 104/20 112/5 112/12 118/6 126/21 127/22 128/11 133/4 137/7 138/17 138/22 140/24 141/1 141/6 148/12 149/3 149/15 149/20 149/23 156/23 157/17 157/20 157/23 164/17 167/22 169/18 171/24 173/12 178/3 180/5 180/6 180/14 180/23 180/24 184/16 184/24 186/19 189/16 190/4 190/8 190/16 190/18 191/2
bear [1] 132/13
bears [1] 68/9
became [2] 140/9 140/13
because [49] 3/25 12/10 16/11 17/13 30/16 39/7 41/9 49/23 51/9 53/12 61/8 63/14 76/13 79/22 79/24 81/15 88/21 88/24 91/9 104/8 104/9 114/23 117/6 117/7 118/13 118/16 121/15 132/3 132/23 134/11 137/2 137/24 137/24 141/16 144/11 148/15 160/17 162/4 164/11 164/14 164/25 170/9 170/15 171/13 171/23 173/5 173/18 177/8 180/11 182/8
become [11] 22/20 22/22 23/14 29/18 57/21 109/22 133/10 133/13 136/6 137/19 137/21 182/8
becoming [3] 24/14 38/2 92/23
been [72] 3/25 15/13 15/19 17/23 22/16 27/16 27/18 27/20 30/24 37/2 50/7 50/13 50/15 50/16 50/24 51/23 52/10 52/12 53/14 54/3 56/13 57/9 60/24 65/9 66/23 67/16 71/9 71/12 78/15 80/13 86/11 89/5 89/24 90/1 90/3 91/10 92/20 96/20 100/2 100/5 100/17 105/10 108/8 110/6 113/22 120/13 127/11 132/23 133/6 135/20 137/13 138/9 139/5 148/15 163/19 169/5 169/12 169/14 169/15 169/17 170/21 171/17 177/3 177/6 177/13 183/8 185/13 188/24 188/25 189/24 190/1
before [47] 1/9 18/22 27/16 28/7 40/17 45/2 58/25 59/2 59/24 60/1 60/10 70/5 76/20 77/7 77/21 83/19 89/24 90/7 91/13 92/5 92/20 93/1 93/10 93/12 95/16 95/18 96/11 110/18 115/6 116/2 122/9 137/24 141/14 141/16 145/19 145/21 145/22 150/1 154/18 159/14 159/15 159/22 159/25 160/13

160/20 165/20 188/17 191/14
began [7] 23/4 119/25 127/4 128/22 145/23
begin [4] 135/25 136/4 142/16 145/23
beginning [4] 105/12 107/16 107/19 158/25
begins [1] 154/5
behalf [7] 1/12 1/16 6/5 6/8 6/10 40/19 103/11
behavior [7] 11/20 30/19 36/24 37/3 38/9 130/10 130/15
behind [7] 67/8 83/12
being [43] 5/6 8/8 10/8 11/18 13/5 29/21 30/10 32/18 38/2 38/8 38/17 38/21 38/22 39/10 52/7 53/1 68/18 70/20 75/7 76/2 76/25 79/21 85/11 101/10 101/11 117/10 119/11 119/19 119/20 120/25 133/7 134/13 134/23 140/7 148/19 149/17 149/22 164/25 166/24 166/24 167/20 170/6 180/13
believe [47] 7/5 7/9 7/13 7/17 10/1 10/5 12/18 13/9 17/15 29/25 32/13 33/24 34/4 34/13 34/16 34/17 35/19 36/7 36/9 41/16 41/16 44/17 45/5 45/14 46/10 49/10 51/15 57/14 62/15 83/11 84/4 86/14 87/6 109/3 110/21 129/15 136/2 136/12 146/18 147/3 149/20 157/22 168/20 170/11 170/14 184/8 187/19
believed [9] 123/21 135/21 139/19 139/23 148/2 148/6 148/9 148/12 174/24
believing [1] 118/6
below [9] 22/7 23/16 62/18 69/11 69/25 71/9 71/12 87/25 88/8
Ben [3] 168/14 169/5 170/11
bench [3] 113/23 157/21 189/5
beneficial [1] 188/19
benefit [2] 67/19 70/3
benefits [1] 140/17
Bengali [1] 35/9
BENNETT [1] 1/9
berthing [2] 167/20 181/4
besides [1] 177/10
best [4] 57/17 83/4 128/3 155/14
Beth [6] 2/11 17/25 104/1 104/25 111/25 112/5
Beth Bailey [4] 17/25 104/1 104/25 112/5
better [9] 7/14 60/7 61/3 76/15 95/9 95/11 95/21 130/23 177/8
between [11] 12/17 12/20 29/15 74/17 100/19 130/11 130/25 159/18 163/19 170/5 173/9
beyond [2] 4/22 129/17
biased [4] 180/4 180/5 180/6 181/18
big [1] 99/5
biggest [2] 165/7 182/6
Bill [1] 164/7
Bill Kelley [1] 164/7
billet [3] 47/22 48/3 49/1
billets [7] 45/16 45/23 46/16 47/13 48/16 48/20 51/1
binder [4] 66/22 71/16 83/12 113/13
Binh [2] 129/2 129/22
bio [3] 29/7 29/8 29/12
biographical [1] 29/10
biography [3] 29/7 29/23 30/8
Birch [28] 2/6 17/23 18/4 18/5 18/8 18/11 18/14 18/15 18/19 19/2 19/9 19/11 19/14 20/5 21/13 30/1 30/3 30/7 39/19 40/15 43/12 44/3 46/15 53/21 54/12 59/12 59/19 60/1
birth [1] 29/9
bit [29] 3/4 19/15 37/12 42/8 42/10 66/20 70/9 70/22 75/6 75/9 78/21 81/13 82/25 83/25 86/24 92/8 93/16 93/23 95/5 95/6 95/13 95/13 127/1 142/7 151/5 151/6 154/22 163/14 170/20
black [114] 7/18 30/4 30/7 32/18 32/23 34/13 68/14 72/14 72/21 72/22 73/2 73/4 85/13 85/21 88/1 88/7 88/8 88/19 88/22 117/15 117/17 117/19 119/12 119/15 120/7 120/23 121/1 122/12 122/15 125/7 125/8 125/8 125/20 129/3 130/5 131/8 133/8 134/22 135/7 135/8 135/10 135/12 135/14 135/14 135/15 135/15 135/18 135/21 135/23 136/1 136/3 136/12 136/19 136/21 137/12 137/17 137/23 138/4 138/14 138/15 144/9 139/19 139/21 143/19 144/13 145/17 145/20 148/2 148/4 148/9 148/9 154/5 158/13 158/18 158/24 158/25 161/3 161/5 161/6 161/10 161/19 161/21 162/2 162/2 162/3 163/19 163/24 167/1 167/2

**196**

**B**

black... [74] 68/1 68/10 69/13 69/22
170/22 170/22 173/7 173/8 173/16 174/15
175/1 175/14 175/18 175/24 176/20 180/5
180/11 181/2 181/7 181/11 182/20 182/21
183/12 183/17 183/25
Black-focused [1] 136/19
Blacks [3] 162/5 180/2 181/15
blank [2] 11/25 12/2
blare [1] 171/2
blind [4] 122/2 122/5 122/10 122/23
blocked [2] 130/21 188/15
blown [1] 158/19
bludgeoning [1] 168/4
blue [20] 75/6 75/22 76/12 76/12 93/16
93/17 93/19 94/3 94/10 94/13 94/19 94/21
95/9 95/10 95/20 96/16 101/16 130/24
163/23 182/19
blue-chip [17] 75/6 75/22 76/8 76/12
93/16 93/17 93/19 94/3 94/10 94/13 94/19
94/21 95/9 95/10 95/20 96/16 101/16
BLUM [1] 1/21
board [17] 43/13 43/15 45/5 53/22 54/14
56/12 56/14 56/19 57/2 57/7 57/9 57/11
57/13 58/1 58/3 96/24 96/25
boards [2] 122/13 122/13
bombed [1] 171/15
bombing [1] 171/12
book [13] 111/19 111/20 113/2 139/8
142/23 143/2 153/22 153/23 153/24 154/5
155/13 155/14 186/23
books [10] 95/4 110/21 111/1 143/8
150/23 153/21 155/6 155/25 156/2 156/4
Boost [6] 175/16 182/8 182/8 182/11
182/11 182/14
boot [3] 13/12 13/23 13/25
both [27] 3/11 22/2 25/2 25/15 26/7 26/9
27/14 28/21 35/21 48/8 64/18 72/2 75/3
89/6 95/14 114/20 116/14 118/22 122/22
124/5 125/14 144/17 157/18 163/24 173/11
175/18 191/12
bottles [1] 130/7
bottom [9] 45/22 46/15 46/17 46/17 46/19
46/20 68/1 73/7 88/19
bound [3] 66/8 66/9 66/13
boycotting [1] 121/14
brain [1] 129/9
branch [2] 120/10 121/21
branches [1] 143/25
break [7] 31/12 80/23 99/9 127/21 127/23
127/24 163/4
breaking [1] 167/14
Brice [1] 84/22
brief [1] 147/20
briefly [6] 24/7 53/22 73/10 89/11 93/15
106/19
brig [1] 167/22
brigade [8] 88/9 173/19 174/1 174/6
174/9 174/13 174/16 174/20
brill [1] 30/10
brill-like [1] 30/10
bring [5] 27/9 63/15 74/25 165/18 185/22
broadcast [1] 118/17
broader [2] 44/25 49/12
broke [3] 79/2 118/15 124/4
broken [6] 68/22 68/24 82/12 130/7
bronze [1] 23/21
broom [1] 127/10
Brother [1] 33/2
brought [6] 30/22 31/17 134/7 165/3
166/24 167/21
brown [6] 30/10 30/11 30/11 153/22
172/24 174/3
brown-water [1] 153/22
BRUCE [1] 1/21
BUD [1] 37/7
BUD/S [1] 37/7
build [3] 28/17 35/8 144/1
built [1] 33/5
bullet [4] 97/3 97/13 98/10 98/12
bullets [1] 169/13
bulwark [2] 140/24 141/1
bunch [1] 138/13
Bureau [1] 133/6
burned [1] 129/6

**C**

cadets [2] 138/20 145/20
calibrate [1] 132/7
California [2] 118/14 119/8

call [16] 17/14 18/4 18/7 18/12 23/13
27/13 27/15 29/23 29/24 31/16 151/16 45/12
45/15 52/5 84/6 87/5
called [21] 17/7 18/14 32/3 39/17 59/24
63/21 74/3 81/17 89/6 103/19 120/23
130/12 134/6 143/2 149/13 149/15 149/22
165/16 166/12 175/16 187/12
calling [6] 17/12 17/17 60/16 60/17
63/14 104/5
calls [1] 187/4
came [16] 24/21 25/14 33/4 87/2 93/1
97/20 98/4 125/7 163/13 165/23 167/5
167/25 168/2 168/3 173/15 180/8
CAMERON [1] 1/14
camp [13] 13/12 13/23 14/1 26/3 118/5
127/6 127/7 127/17 128/19 129/1 131/4
163/7 163/8
Camp Lejeune [1] 163/8
campaign [2] 145/16 170/2
campus [6] 65/7 65/11 65/22 70/13 97/22
99/1
can [82] 3/5 3/9 4/7 4/15 9/20 11/3
11/15 11/16 11/23 13/3 18/10 19/10 25/20
28/10 32/2 34/3 34/21 36/20 37/6 37/7
38/22 38/23 38/24 42/25 43/4 43/10 44/1
44/8 44/19 47/5 47/9 47/11 47/21 48/9
48/25 49/25 50/21 51/7 51/25 55/19 57/17
58/22 58/23 59/6 61/10 65/20 68/18 74/22
75/4 75/23 76/2 76/20 77/8 80/8 87/25
89/12 93/24 95/20 96/23 112/6 113/23
129/5 131/20 137/20 137/25 142/6 160/9
160/12 161/9 163/10 164/9 168/20 173/25
175/10 176/11 179/20 181/9 183/15 187/11
187/23 187/24 189/11
can't [22] 37/8 41/24 42/20 47/12 48/7
50/10 52/19 53/19 57/14 80/3 84/22 133/3
133/3 133/12 137/17 137/18 171/24 185/21
185/22 185/25 186/9 186/10
candidate [7] 21/19 43/22 44/11 44/23
56/9 59/7 175/22
candidates [7] 27/14 49/13 55/3 74/21
75/1 82/15 92/20
cannot [2] 77/1 186/8
cap [2] 94/11 117/2
capabilities [2] 10/24 95/17
capacities [1] 109/19
capacity [2] 28/18 35/8
capital [1] 16/22
capitol [1] 35/18
captain [69] 2/6 2/8 17/23 18/4 18/5
18/8 18/11 18/14 18/15 18/19 19/8 19/14
20/5 21/13 23/9 30/1 30/3 30/7 37/9
39/19 40/15 43/12 44/3 46/15 49/3 53/21
54/12 59/12 59/19 60/1 60/19 62/1 62/3
62/13 62/13 62/14 62/15 62/18 63/4 63/10
63/11 63/13 64/4 66/12 66/19 66/24 68/2
69/21 71/4 71/25 72/17 75/11 77/9 80/20
80/24 81/9 81/12 84/11 84/24 86/25 87/4
87/15 89/9 96/21 100/6 103/11 103/16
136/6 168/6
Captain Birch [24] 18/4 18/5 18/8 18/11
18/14 18/15 18/19 19/8 19/14 20/5 21/13
30/1 30/3 30/7 39/19 40/15 43/12 44/3
46/15 53/21 54/12 59/12 59/19 60/1
Captain Jason [1] 17/23
Captain Timika [1] 84/11
Captain Togo [1] 136/6
Captain Vahsen [27] 62/1 62/3 63/10
63/11 63/13 66/12 66/19 66/24 68/2 69/21
71/4 71/25 72/17 75/11 77/9 80/20 80/24
81/12 84/24 86/25 87/4 87/15 89/9 96/21
100/6 103/11 103/16
captain's [5] 31/9 31/11 167/21 167/23
180/10
care [1] 82/10
career [14] 5/25 6/15 6/16 16/21 22/24
36/23 37/13 38/25 45/4 50/16 53/16 89/12
133/22 142/22
Caribbean [1] 90/6
caricatures [1] 30/12
Carlucci [2] 169/7 169/8
CARMICHAEL [6] 1/18 2/5 3/13 3/17 12/1
17/1
Carnegie [1] 108/6
Carolina [1] 160/25
carrier [5] 165/9 165/10 165/11 169/16
186/25
carriers [4] 16/17 147/5 169/2 170/5
carrot [1] 100/1
case [25] 11/17 42/18 63/15 65/7 68/6

77/7 77/12 81/19 81/21 86/20 112/11
113/11 114/23 115/2 125/24 126/17 149/14
155/4 155/23 165/1 165/24 166/17 166/22 166/15
180/22 187/13 189/6
cases [5] 116/25 161/2 165/24 168/4
170/21
casualties [1] 118/8
categories [1] 76/4
category [3] 93/14 165/22 165/23
Category 3 [1] 165/22
Category 4 [1] 165/23
CATHERINE [1] 1/17
Cathy [1] 84/14
Cathy McGuire [1] 84/14
cats [1] 80/13
Caucasian [6] 68/22 68/23 71/7 71/9
71/12 74/17
Caucus [2] 131/8 133/8
causal [1] 126/16
cause [7] 69/19 70/2 181/7 181/11 181/16
181/19 181/23
caused [7] 144/12 178/11 179/16 181/2
183/12 183/17 183/25
causes [3] 137/8 167/13 172/1
caveat [1] 157/18
CB [1] 162/13
center [14] 105/8 108/4 108/13 108/15
108/19 108/21 109/7 109/23 110/13 120/22
152/19 152/20 152/24 153/2
centered [1] 131/1
centers [1] 108/9
central [3] 26/19 135/6 162/11
century [12] 106/13 121/12 142/5 142/9
143/12 144/12 146/14 146/15 153/17
154/13 178/2 178/5
certain [12] 14/2 42/1 57/14 69/19 74/25
78/14 94/4 113/11 143/25 155/17 156/10
186/10
certainly [34] 16/14 21/19 31/5 32/19
34/19 36/21 38/1 39/7 40/12 41/25 43/10
44/1 44/5 45/4 47/24 48/8 50/17 52/9
52/10 56/18 61/20 69/18 82/5 84/16 93/24
99/20 100/23 113/23 119/14 125/2 126/24
169/16 188/2 189/6
CERTIFICATE [1] 191/25
Certified [1] 192/4
certify [1] 192/6
cetera [2] 34/9 126/3
Chadbourn [1] 164/5
chain [10] 29/21 38/17 41/6 66/16 66/17
167/1 172/7 180/16 180/21 181/23
chair [5] 108/17 109/21 109/22 109/23
109/25
challenge [4] 22/24 70/7 75/6 76/9
challenged [1] 156/23
challenges [4] 7/15 12/19 44/18 104/12
challenging [1] 70/10
Chaminade [1] 106/23
Chaminade University [1] 106/23
chance [4] 63/15 70/14 76/16 118/16
Chancellor [1] 130/8
change [3] 8/22 174/17 182/24
changed [1] 99/17
changes [1] 191/17
changing [1] 49/8
channels [1] 38/19
characteristic [1] 9/16
characteristics [1] 75/2
characterization [1] 13/1
characterized [3] 115/9 123/1 124/2
characterizing [1] 55/12
charge [3] 25/18 25/24 26/6
charged [2] 180/13 180/14
Charles [1] 164/5
Charles Chadbourn [1] 164/5
Charleston [1] 160/24
chart [1] 102/2
cherry [1] 86/23
cherry-picking [1] 86/23
Chicago [12] 106/7 106/20 119/7 119/8
141/23 160/25 161/14 161/14 161/18
161/20 161/24 162/15
chief [18] 26/3 26/18 33/15 33/16 33/18
65/1 65/4 65/12 84/12 89/20 124/3 133/6
150/19 150/24 167/3 167/12 176/25 177/1
children [1] 77/6
China [4] 34/4 34/14 34/18 34/23
chip [17] 75/6 75/22 76/8 76/12 93/16
93/17 93/19 94/3 94/10 94/13 94/19 94/21
95/9 95/10 95/20 96/16 101/16

C

choice [4] 28/7 28/15 35/14
73/20
choices [1] 73/20
choose [2] 38/25 165/5
chooses [1] 81/23
chopping [1] 160/9
chose [5] 34/6 37/24 135/25 136/4 136/14
CHRIS [1] 1/19
Christie [1] 56/16
Christmas [1] 171/12
chronology [1] 156/2
church [1] 61/7
circulate [1] 135/24
circumstance [1] 9/17
circumstances [1] 80/10
citations [1] 23/22
cities [2] 130/3 179/4
citizenship [2] 118/25 140/8
city [2] 35/18 151/8
civil [2] 1/4 132/21
civilian [9] 13/15 33/1 34/12 109/11
117/1 123/22 125/24 137/18 185/8
claiming [1] 146/15
clarify [4] 20/7 45/25 46/3 146/12
clarity [1] 18/15
class [46] 19/21 36/5 36/6 42/13 42/16
45/22 64/2 64/3 68/21 69/7 70/6 71/18
73/16 73/21 73/22 75/6 76/3 78/10 78/13
78/19 78/20 78/22 79/22 80/9 81/15 85/3
88/19 91/9 91/17 91/19 91/21 91/22 92/14
93/2 94/9 94/11 97/5 97/14 97/16 97/20
98/12 100/10 101/21 102/4 167/3 171/20
classes [2] 63/24 95/7
classmates [2] 42/20 42/22
classroom [3] 22/1 46/24 108/9
classwork [1] 101/17
Clayton [1] 121/10
clean [1] 35/12
cleaning [1] 160/11
clear [8] 18/9 37/15 54/24 82/21 138/18
189/1 189/14 189/22
clerks [2] 17/22 188/21
climate [13] 166/20 180/1 181/14
close [1] 80/14
closely [2] 33/12 161/18
closer [1] 19/15
closing [2] 189/17 190/4
closings [1] 188/7
clothes [1] 13/15
Cloud [2] 168/14 169/5
Cloud's [1] 170/11
clustering [1] 88/24
CNO [4] 171/5 176/24 176/25 183/20
CNOs [2] 176/18 176/22
co [1] 110/22
co-edited [1] 110/22
coach [4] 41/25 92/21 92/21 93/19
coal [1] 160/4
coaling [1] 160/4
Coast [3] 24/9 25/2 162/13
Coat [1] 24/11
Code [2] 31/12 180/8
cohesion [3] 4/7 39/20 121/2
cohesive [1] 6/23
collaborative [1] 6/23
colleague [3] 68/8 156/4 164/6
colleagues [3] 12/25 13/8 41/11
collection [1] 66/21
college [21] 19/12 63/18 99/12 105/25
106/4 106/24 107/2 110/11 110/12 110/12
151/7 151/8 151/9 151/11 164/5 173/17
175/19 175/20 176/4 176/8 182/9
colleges [4] 78/21 122/15 138/14 175/14
Collette [3] 163/17 164/1 164/1
colonel [18] 2/5 3/6 3/19 4/1 4/1 4/2
4/6 5/15 5/17 5/25 7/23 8/6 14/11 17/5
17/23 62/14 124/14 124/21
Colonel Andy Solgere [1] 5/13
Colonel Dakota Wood [1] 124/21
Colonel Solgere [1] 5/17
Colonel Wood [2] 17/23 124/14
Colonel Woods [1] 17/5
colonize [1] 39/18
color [9] 29/10 29/10 30/10 68/17 122/1
122/2 122/5 122/10 122/23
color-blind [4] 122/2 122/5 122/10
122/23
colored [1] 23/11
Columbia [6] 107/3 151/8 151/9 151/14
151/16 152/3

combat [17] 6/19 15/14 23/20 23/21 27/25
28/22 28/5 90/7 90/9 90/11 90/12 117/7
129/8 131/1 143/21 169/14 169/17 180/23
combination [3] 21/17 22/11 46/23
combined [2] 21/18 110/12
come [30] 18/14 18/19 28/19 38/23 45/12
46/15 48/24 49/13 70/18 70/23 70/25 75/4
75/6 76/9 77/11 95/18 98/20 98/21 101/8
101/9 104/20 114/20 122/9 132/13 135/3
140/23 149/23 166/14 167/10 184/19
comes [2] 71/22 137/16
comfortable [1] 30/21
coming [5] 94/25 131/21 138/7 163/18
163/24
command [36] 25/7 25/9 25/23 26/23 27/2
27/6 29/21 32/15 32/16 32/18 35/1 35/3
35/6 38/17 41/6 66/16 66/17 89/17 110/12
110/14 126/6 126/7 132/23 133/24 150/12
150/15 150/17 150/22 153/4 164/6 167/2
172/7 180/17 180/21 181/23 186/24
commandant [4] 7/24 8/7 83/16 129/8
Commandant's [1] 8/14
commanded [3] 16/18 26/18 121/1
commander [11] 24/15 24/15 24/22 24/23
24/24 32/17 32/19 126/5 130/8 168/10
169/8
commanders [1] 134/17
commanding [7] 16/16 16/22 25/23 26/25
29/19 30/15 32/23
commands [3] 26/19 132/25 150/25
commendations [1] 23/20
comment [1] 83/20
comments [1] 39/16
commission [5] 45/13 80/8 88/22 175/21
176/8
commissioned [7] 23/24 24/1 45/9 52/11
64/15 90/20 158/24
commissioning [4] 50/18 88/20 158/24
176/13
commissions [3] 176/15 176/15 176/16
commitment [3] 76/21 79/3 79/9
committal [1] 78/2
committed [2] 95/2 136/25
committee [9] 109/25 110/4 130/21 130/24
131/3 131/4 131/11 134/21 137/14
common [2] 143/8 178/21
commonly [1] 108/22
communicate [3] 16/2 110/1 170/16
communication [2] 16/12 134/11
communications [1] 26/8
communism [1] 121/17
communities [7] 22/18 34/8 46/22 47/2
48/10 82/4 161/3
community [21] 5/1 22/25 24/1 36/22
36/22 38/3 38/5 47/6 47/9 48/5 48/25
81/23 82/5 88/20 88/23 96/5 96/6 106/24
119/19 161/6 161/6
company [1] 95/4
compared [2] 94/20 122/9
compete [3] 93/25 99/2 101/14
competes [1] 92/13
competitive [3] 98/14 98/18 108/1
compile [1] 80/11
complaint [1] 157/11
complete [1] 163/23
completely [3] 130/17 137/15 165/25
complicated [1] 186/7
compliments [1] 191/10
components [1] 86/15
comprised [1] 35/14
comprising [1] 36/6
computed [1] 72/3
computer [2] 1/24 16/2
Computer-aided [1] 1/24
concede [1] 52/13
concentration [1] 26/9
concept [1] 95/15
concern [14] 9/22 9/25 10/4 10/19 10/22
11/5 11/9 12/6 12/12 12/22 125/12 129/25
130/1 132/5
concerned [11] 121/4 121/6 121/8 130/17
131/17 135/17 136/18 137/1 137/8 137/9
137/13
concerns [1] 84/1
concluded [2] 8/16 127/17
concludes [1] 17/8
conclusion [2] 88/5 114/21
conclusions [3] 87/2 113/11 190/5
conditions [4] 119/16 140/8 159/24
161/10

condoned [1] 126/9
conduct [5] 73/23 90/21 97/11 150/23
155/18 159/11 159/12
conduct-honor [1] 73/23
conduct/honor [1] 97/11
conducted [6] 110/17 146/6 183/11 183/16
183/24 184/3
conducting [1] 154/25
Confederate [2] 125/22 126/5
conference [2] 110/15 192/10
conferences [1] 153/8
confident [2] 30/21 188/6
confined [1] 119/19
confirm [2] 3/18 58/21
conflict [27] 115/4 116/1 118/11 123/6
123/9 125/3 126/23 127/16 129/12 131/1
132/1 133/17 134/11 139/6 139/11 140/11
145/14 145/15 146/16 146/19 146/22
146/24 146/25 148/3 148/4 148/19 148/25
conformance [1] 192/10
confront [1] 138/2
confrontation [1] 130/20
confrontations [1] 124/5
confronted [3] 129/18 142/24 163/23
confronting [1] 123/15
confused [1] 48/19
confusion [2] 17/19 189/2
Congratulations [2] 42/4 64/10
Congress [6] 127/16 131/5 131/7 131/11
131/17 171/4
congressional [3] 127/5 131/8 133/8
Congressman [1] 121/9
Congressman Adam [1] 121/9
conjunction [1] 108/24
connect [1] 30/16
connected [1] 10/7
connections [1] 33/11
CONNOLLY [9] 1/13 2/14 17/2 156/20
177/22 177/24 179/9 185/3 187/8
consequence [1] 17/16
conservative [1] 14/18
consider [6] 58/23 69/11 69/24 73/2
80/15 83/1
considerable [1] 188/23
consideration [3] 51/9 51/24 94/1
considerations [1] 44/21
considered [10] 44/14 51/13 53/15 54/22
55/16 55/17 56/2 56/8 93/22 162/4
considering [3] 44/23 45/6 49/4
considers [1] 72/23
consistent [1] 113/19
consists [1] 155/6
constant [1] 134/25
Constellation [1] 129/21 147/5 165/9
166/8 167/10 170/18 170/19 170/20 171/7
171/9 172/2
constitute [1] 94/12
contacted [2] 42/1 92/21
contain [1] 157/12
contains [1] 92/14
content [1] 102/25
contested [1] 120/12
context [1] 34/17
Continental [1] 26/9
contingency [1] 15/8
contingent [1] 15/12
continue [5] 44/8 81/7 114/25 123/23
128/12
continued [3] 1/9 120/15 161/11
continuing [1] 130/17
continuity [1] 65/25
contradiction [1] 138/20
contribute [3] 97/18 98/18 99/22
contributed [8] 97/11 101/18 126/24
135/22 158/14 158/19 166/19 175/10
contributor [1] 39/8
control [6] 126/2 126/5 129/4 129/7
130/12 134/5
convened [1] 130/24
conventions [2] 142/5 142/8
conversation [2] 140/10 140/14
conversations [4] 30/20 33/3 36/17 119/5
conversely [1] 139/23
converted [1] 14/25
convicted [1] 119/17
convince [1] 170/17
convinced [1] 9/6
Conyers [1] 173/5
cookies [1] 37/10
cooperatively [1] 189/24

**C**

**coordinate [2]** 65/19 65/23
**coordination [1]** 20/8
**copy [2]** 53/24 54/5
**core [5]** 22/2 29/13 34/18 38/24 175/13
**corporal [1]** 127/11
**corporate [1]** 137/17
**corps [59]** 5/18 5/25 6/3 6/5 7/2 7/6
7/24 8/7 8/10 8/21 9/7 9/13 12/13 13/23
13/25 14/10 14/23 15/12 15/14 27/15
36/13 39/20 39/22 40/1 96/5 98/2 116/22
117/14 120/6 127/6 127/18 128/24 134/20
136/10 147/20 158/14 158/19 159/1 159/5
160/13 160/14 160/17 160/20 162/23
162/24 163/3 174/22 175/1 175/11 176/3
176/9 176/10 176/12 176/20 177/11 177/19
183/14 183/18 184/2
**correct [221]**
**correctly [2]** 55/12 60/25
**correlation [1]** 83/7
**could [71]** 7/17 7/21 10/3 11/8 21/16
21/25 22/10 23/11 23/17 24/7 28/12 29/2
29/6 31/11 32/14 33/25 35/4 35/8 39/14
43/1 53/7 75/12 75/15 76/16 88/24 90/19
90/20 90/20 90/22 90/24 92/7 92/9 92/17
93/17 99/18 100/2 106/19 120/18 123/19
124/16 124/17 127/2 130/22 132/13 138/5
138/6 150/9 152/13 153/15 153/19 154/4
154/10 154/17 154/24 158/22 159/13
159/24 160/6 160/22 161/16 162/22 163/16
164/23 167/22 167/22 169/20 176/2 176/24
180/14 182/9 188/7
**couldn't [12]** 16/9 37/4 49/16 70/13
70/19 70/22 100/1 101/5 101/13 138/6
173/18 173/20
**council [2]** 108/2 180/24
**councils [5]** 166/25 172/5 180/16 180/19
181/22
**counsel [4]** 96/2 66/3 66/3 102/15 114/19
114/21
**Counselor [2]** 48/19 53/5
**counted [1]** 135/13
**counterparts [1]** 34/2
**countries [3]** 28/5 34/3 35/18
**country [12]** 34/18 35/13 35/14 40/21
41/25 59/21 103/13 108/6 160/24 173/16
178/4 178/15
**couple [2]** 65/24 69/2
**course [7]** 35/16 37/8 53/23 136/7 160/11
162/17 176/5
**courses [14]** 22/2 22/12 106/12 106/15
106/17 106/23 107/11 107/15 107/17
134/18 142/21 152/7 152/9 152/11
**coursework [1]** 22/2
**court [40]** 1/1 52/15 53/7 61/23 63/17
65/20 67/16 68/18 70/5 71/25 73/9 73/10
73/10 74/4 76/2 77/3 81/2 81/5 82/21
83/13 83/25 86/8 113/20 114/7 114/15
114/18 115/8 115/13 119/17 128/4 128/6
128/9 158/2 158/11 158/17 158/22 166/22
191/21 191/23 192/5
**Court's [3]** 67/19 70/3 77/3
**court-martialed [1]** 119/17
**court-martials [1]** 166/22
**courtroom [1]** 62/16
**courtship [3]** 142/4 142/5 142/8
**covered [1]** 85/1
**coveted [3]** 48/17 48/21 49/1
**COVID [16]** 37/21 70/8 72/5 77/16 77/20
79/2 79/8 93/6 93/10 97/14 97/18 97/20
97/22 99/4 100/23 101/2
**COVID-19 [4]** 93/6 93/10 97/14 97/18
**create [4]** 136/24 138/13 186/3 186/4
**created [5]** 105/14 121/1 134/6 135/24
180/19
**creating [1]** 9/4
**credentials [1]** 75/1
**crew [2]** 15/19 163/17
**crews [1]** 180/11
**crimes [1]** 131/21
**crisis [9]** 26/19 115/9 123/1 123/14
131/16 132/11 136/16 138/25 142/24
**critical [2]** 171/11 171/12
**criticisms [1]** 87/1
**crop [1]** 164/16
**cross [16]** 2/5 2/7 2/9 2/12 2/14 3/16
40/10 40/13 41/25 51/19 89/4 89/7 141/7
141/8 177/22 177/23
**cross-country [1]** 41/25
**cross-examination [4]** 40/10 89/4 141/7

177/22
**Cross-talk [1]** 51/19
**cross [1]** 143/4
**CRR [2]** 1/25 192/16
**cruise [1]** 15/18
**cruiser [1]** 186/25
**culminating [2]** 89/17 145/9
**cultural [1]** 122/20
**culture [3]** 92/17 106/3
**current [6]** 27/9 35/23 38/10 65/18 105/6
107/8
**currently [4]** 6/3 23/1 23/6 150/11
**cv [1]** 1/5
**cycle [1]** 25/25

**D**

**D-A-K-O-T-A [1]** 3/12
**D.C [1]** 160/25
**daily [3]** 33/13 36/11 122/22
**Dakota [2]** 2/5 3/12 124/21
**damage [1]** 129/9
**damaged [1]** 169/15
**dangerous [1]** 162/4
**Darrell [1]** 150/10
**dash [1]** 69/3
**dashboard [1]** 73/6
**dashed [3]** 79/21 80/1 80/17
**data [26]** 16/13 29/11 66/21 71/22 79/21
79/23 80/3 80/11 82/14 82/21 82/24 84/16
84/25 85/1 85/3 86/23 87/5 87/6 87/7
87/9 87/24 88/5 88/15 88/16 103/3 132/7
**date [2]** 8/2 29/9
**dated [2]** 79/20 192/12
**David [2]** 83/14 83/15
**day [8]** 1/3 25/18 25/18 26/6 26/6 95/2
126/4 192/12
**DD2 [1]** 114/10
**DD3 [1]** 158/5
**de [1]** 26/3
**deal [3]** 119/17 123/13 125/15
**dealt [1]** 38/7
**dear [1]** 34/21
**dearth [7]** 135/9 135/11 135/15 135/15
136/21 136/21 137/23
**death [1]** 37/21
**deaths [1]** 118/8
**debate [1]** 118/25
**debated [1]** 118/23
**decade [2]** 186/17 186/18
**decades [3]** 112/16 144/16 186/15
**December [2]** 80/12 80/19
**decide [1]** 81/24
**decided [4]** 75/18 77/21 134/5 170/24
**deciding [5]** 4/13 44/14 54/13 55/3 56/8
**decision [2]** 53/22 77/14 77/18
**decisions [3]** 65/9 137/24 148/15
**deck [3]** 160/3 169/7 177/10
**decks [2]** 160/8 170/23
**declaration [8]** 157/2 157/6 157/8 157/12
183/4 184/9 184/15 184/23
**decrease [7]** 49/6 49/15 49/19 97/5
183/12 183/17 184/1
**decreased [1]** 139/21
**dedication [1]** 5/1
**deemed [1]** 56/9
**deeply [1]** 4/11
**defaulted [1]** 122/11
**defend [1]** 148/7
**defendant [1]** 1/16 18/11
**defendant's [8]** 17/24 103/24 113/15
113/18 115/16 157/17 157/23 158/5
**Defendant's 196 [1]** 113/15
**defendants [3]** 1/7 60/14 103/25
**defense [24]** 4/17 17/14 18/12 60/16
66/13 69/5 96/14 113/1 113/4 113/4
121/21 121/13 132/6 134/4 134/6 134/15
135/1 136/14 146/3 149/22 165/15 171/14
185/24 191/7
**define [5]** 12/9 12/9 28/8 153/15 155/3
**definitely [7]** 21/22 22/24 32/20 35/19
37/4 43/7 139/1
**degree [1]** 21/7 21/8 26/13 48/14 106/2
151/16 151/24 151/20 151/24 152/1 152/3
**degrees [3]** 64/12 106/8 152/1
**deliver [1]** 111/14
**demanding [1]** 96/6
**democracy [2]** 116/12 121/16
**demographic [3]** 68/25 69/7 69/15
**demographics [1]** 69/14
**demonstrated [3]** 5/17 180/1 181/14

**demonstrative [5]** 114/6 114/10 114/19
158/1 158/5
**demonstratives [1]** 114/4
**denial [1]** 145/3
**denied [2]** 117/11 118/24
**dentist [2]** 180/22 180/23
**denying [1]** 117/3
**depart [1]** 75/16
**department [21]** 6/10 35/15 66/13 69/5
108/17 109/3 109/12 110/5 112/25 113/4
121/20 131/24 132/5 134/4 135/1 136/14
146/3 182/23 185/9 185/9 185/24
**departments [2]** 131/25 135/2
**departs [1]** 75/16
**depends [1]** 45/24
**depicts [1]** 76/3
**deploy [2]** 24/25 27/3
**deployed [11]** 15/7 27/16 27/18 27/20
27/21 28/21 32/8 32/17 89/24 90/1 90/3
**deploying [1]** 32/21
**deployment [3]** 25/6 29/8 32/7
**deployments [5]** 28/19 32/5 52/11 53/18
90/10
**deposed [2]** 68/6 68/8
**deposition [10]** 10/11 10/13 10/15 11/23
41/1 41/2 68/13 85/7 147/2 177/25
**depth [1]** 130/17
**deputy [2]** 25/23 83/16
**derivation [1]** 88/16
**derived [1]** 6/16
**derogatory [1]** 37/19
**descent [1]** 38/15
**describe [29]** 29/2 35/4 65/20 83/25
89/12 96/23 112/13 114/17 115/7 115/12
120/18 123/19 153/19 154/4 154/10 154/17
154/24 155/23 158/11 158/17 158/22
159/13 159/24 160/12 161/9 162/22 163/10
163/16 175/10
**described [8]** 13/3 33/11 37/17 96/17
113/7 113/8 116/17 162/8
**describing [1]** 172/2
**desegregate [1]** 120/5
**desegregated [1]** 123/16
**desegregation [4]** 120/11 120/13 120/16
121/19
**designated [1]** 120/7
**designations [1]** 122/3
**designed [2]** 170/2 174/19
**desire [1]** 142/5
**desires [1]** 122/20
**despite [4]** 117/8 117/16 138/8 138/10
**destroyer [2]** 163/17 186/24
**destructive [1]** 31/16
**detachment [2]** 168/10 168/24
**detail [3]** 39/14 68/24 151/6
**determinative [1]** 81/18
**determine [4]** 47/3 58/4 59/7 167/12
**determines [1]** 133/21
**detrimental [1]** 49/10
**develop [6]** 8/19 8/21 28/17 34/23 35/8
146/4
**developed [2]** 95/17 146/1
**developing [1]** 96/12
**Development [1]** 35/16
**devices [1]** 16/1
**devote [1]** 75/8
**did [182]** 4/25 11/1 15/18 19/12 20/17
20/21 20/22 20/23 20/25 21/3 21/4 21/5
21/7 21/20 22/4 22/14 22/18 22/22 23/3
22/12 24/17 24/20 24/23 25/1 25/5 25/13
26/1 26/5 26/11 26/15 26/21 26/25 27/4
27/8 28/2 28/5 29/14 29/18 30/17 30/18
30/20 30/20 31/14 32/5 32/23 33/4 35/4
37/19 37/25 38/16 38/20 41/1 41/2 41/15
41/22 42/2 42/3 43/3 55/13 55/16 57/19
58/8 61/4 62/9 62/25 63/1 63/5 63/18
63/18 63/25 70/14 77/6 77/10 77/16 77/19
78/14 79/10 81/15 85/17 86/5 89/22 93/6
97/18 97/25 98/18 99/22 101/2 102/23
102/25 103/3 105/25 106/2 106/4 106/6
106/8 106/12 106/15 106/17 109/6 109/22
111/4 111/5 111/6 112/10 112/12 112/20
112/22 113/3 113/10 116/17 116/19 117/25
118/2 118/20 119/23 121/18 121/20 124/10
126/12 131/5 131/18 132/9 132/20 133/25
138/3 138/24 140/16 141/25 142/16 142/19
143/1 145/23 146/23 151/7 151/9 151/10
151/11 151/13 151/16 151/20 151/21
151/24 152/7 152/9 152/11 152/17 152/20
152/23 153/1 156/9 157/6 160/17 161/4

**D**

did... [29] 165/2 165/13 165/21 165/25 167/8 167/24
168/20 171/7 171/9 172/10 172/13 172/16
172/20 173/19 174/1 174/6 174/9 174/12
182/19 182/24 190/7 191/13 191/14
191/15 191/17
didn't [19] 16/4 42/2 49/10 50/8 62/23
62/24 84/15 87/4 87/7 101/13 122/19
132/22 134/12 136/7 148/12 148/14 170/25
173/6 173/6
died [1] 127/13
Diego [1] 171/1
difference [6] 12/17 83/2 138/25 139/1
140/23 148/10
differences [1] 85/11
different [36] 23/19 23/22 24/8 28/18
30/11 31/25 33/3 34/3 34/7 34/9 34/9
34/10 34/12 35/12 35/14 35/17 42/23
42/25 43/4 43/7 43/17 44/18 44/24 44/25
46/23 47/2 47/18 53/19 56/10 72/1 73/23
76/4 81/25 122/19 135/5 170/20
differently [1] 11/15
differing [1] 43/10
difficult [2] 60/23 144/8
difficulty [1] 88/20
dig [1] 115/24
Diplomacy [1] 108/14
dire [3] 112/2 112/4 156/19
direct [14] 2/7 2/9 2/11 2/13 19/6 43/25
44/2 45/10 61/21 93/20 104/18 105/2
137/25 150/6
directed [5] 11/6 11/10 12/23 13/2 36/24
directive [4] 7/23 8/2 8/3 8/13
directives [2] 66/9 66/13
directly [1] 104/23 124/12
director [5] 65/19 105/8 108/14 108/15
108/19
directors [1] 100/8
disadvantage [1] 75/10
disagree [2] 9/10 9/12
disciplinary [5] 166/21 170/21 172/5
180/4 181/19
discipline [3] 129/20 131/12 131/12
disciplined [1] 166/24
disciplines [1] 105/16
discount [1] 157/20
discovered [1] 100/15
discriminated [1] 116/11
discrimination [21] 115/5 116/1 116/14
116/14 116/17 118/1 119/2 120/15 120/18
121/4 125/17 143/13 143/16 143/22 144/11
145/11 166/20 172/4 179/22 181/6 181/10
discriminatory [4] 30/19 36/24 37/3 38/9
discuss [11] 17/6 30/18 59/23 80/25
103/17 110/3 110/3 127/12 127/25 147/12
187/11
discussed [14] 13/12 42/10 52/6 52/9
72/5 75/12 85/6 92/8 131/3 140/6 168/18
181/1 182/1 182/17
discussing [4] 42/17 74/8 76/14 102/14
discussion [2] 13/6 63/20
discussions [3] 12/24 13/8 34/11
display [2] 34/22 35/20
disposal [2] 96/6 148/8
disproportionate [1] 94/13
dispute [2] 189/11 189/13
disrespect [1] 62/12
disruptive [2] 31/15 123/6
dissemination [1] 20/9
dissertation [3] 142/3 142/4 152/4
dissuade [1] 33/7
dissuader [1] 99/15
distance [2] 42/6 42/6
distinctly [1] 86/12
distinguished [7] 105/7 105/10 105/13
105/15 107/9 111/17 111/19
distracting [1] 38/5
distressing [1] 42/9
DISTRICT [4] 1/1 1/1 192/5 192/6
distrust [1] 121/1
disturbing [1] 41/3
ditching [1] 13/15
diverse [2] 34/7 134/13
diversity [23] 6/18 6/22 7/1 7/6 7/13
8/14 9/4 36/13 39/19 39/22 39/25 40/3
40/5 42/17 58/24 84/12 115/14 139/15
139/23 140/17 140/21 140/22 176/12
diverted [1] 116/5
divided [2] 85/16 85/19

**DIVISION [2]** 1/2 98/23
Division I [1] 98/23
do [201] 6/18 6/21 6/25 7/6 8/1 8/8
8/24 9/5 9/8 9/9 9/12 9/13 10/10
10/14 10/19 12/6 12/21 13/24 16/15 17/15
20/25 21/13 21/15 21/23 21/24 22/8 22/9
24/12 24/17 24/20 24/23 25/5 25/13 25/17
26/1 26/5 26/11 26/15 26/21 26/25 27/4
27/8 27/11 27/11 27/23 27/25 28/1 28/8
33/17 34/13 34/15 34/16 35/25 36/2 36/7
36/10 41/11 41/15 42/11 42/25 43/4 44/5
45/22 46/15 47/3 48/5 50/3 52/6 53/3
54/4 55/4 55/8 56/9 56/16 56/23 57/4
57/5 57/17 58/3 58/5 60/5 63/16 65/25
66/24 67/2 68/14 68/16 70/19 70/20 71/20
71/24 72/19 73/13 74/6 74/20 75/9 79/2
80/4 80/15 81/19 82/4 83/4 83/23 85/4
85/9 85/24 87/2 87/22 88/13 88/15 90/21
91/15 92/22 94/3 94/12 94/19 96/16 96/21
97/8 97/10 97/13 98/1 98/16 99/1 99/4
100/6 100/9 100/10 100/14 100/21 100/23
100/25 101/13 102/2 102/6 102/9 102/14
102/18 102/18 108/19 108/19 109/9 109/25
109/25 114/14 128/13 131/18 132/9 137/25
138/3 138/5 138/6 141/17 141/17 142/21
146/25 148/22 150/11 152/17 152/20 153/1
153/5 153/7 153/13 154/1 154/3 157/2
158/8 162/5 164/2 167/24 170/11 170/14
170/24 182/3 186/6 188/4 188/7 189/7
189/20 190/10 190/18 192/6
dock [1] 165/9
Doctrine [1] 110/14
document [20] 54/5 57/18 59/11 67/8
71/17 73/6 96/21 96/23 96/24 98/11 100/6
102/1 102/14 102/17 102/21 102/23 103/1
103/3 131/18 189/25
document's [1] 67/15
documented [1] 132/4
documents [8] 66/25 112/24 155/3 155/4
156/5 167/11 167/12 188/23
DoD [4] 8/3 69/3 99/24 150/25
does [19] 8/2 25/17 25/21 31/21 33/16
58/3 69/10 72/5 74/23 82/2 82/5 90/19
91/25 109/9 157/12 160/7 169/18 169/23
186/14
doesn't [3] 53/9 69/16 186/7
dogs [1] 80/13
doing [11] 28/8 37/10 66/20 70/19 79/1
97/1 101/17 134/3 136/25 188/1 190/14
domestic [2] 158/16 158/21
dominated [2] 125/21 136/11
don't [65] 3/10 11/7 11/11 13/1 13/25
18/22 19/15 29/25 34/18 34/19 39/2 42/22
47/20 49/5 49/14 49/16 49/19 49/22 50/3
50/5 51/8 52/22 53/1 53/5 53/12 55/10
56/17 57/15 58/6 61/25 63/3 63/22 75/19
78/25 80/3 80/25 82/3 82/8 83/20 84/22
84/23 86/10 88/15 88/16 91/3 91/3 98/4
98/5 98/25 104/23 113/20 126/4 133/2
136/12 136/12 146/21 147/3 147/12 149/5
149/6 149/14 150/1 168/20 189/2 189/8
done [14] 41/15 53/14 60/6 67/4 113/2
125/1 153/19 154/4 154/6 154/17 169/10
177/8 177/10 191/14
donned [1] 163/22
doodoo [1] 30/11
door [1] 94/25
doubling [1] 97/15
doubt [3] 56/20 88/15 88/17
down [20] 9/20 11/3 17/5 31/17 49/17
59/20 71/1 82/12 88/8 99/9 167/14 168/9
168/11 168/18 168/21 168/21 170/17
170/25 173/21 187/11
downright [1] 120/4
dozen [1] 80/5
Dr. [18] 104/20 109/2 115/16 124/1
128/13 135/9 141/17 149/12 150/8 156/13
157/2 158/1 158/8 158/12 160/6 177/25
179/8 179/13
Dr. Bailey [7] 104/20 109/2 115/16
128/13 135/9 141/17 149/12
Dr. King [1] 179/8
Dr. Martin [2] 124/1 179/13
Dr. Sherwood [8] 150/8 156/13 157/2
158/1 158/8 158/12 160/6 177/25
drab [1] 122/1
draft [12] 116/25 126/12 126/14 126/24
164/12 164/12 164/13 164/13 164/18
164/25 165/13 165/21
drafted [1] 126/20

**dramatic [2]** 117/8 137/23
draw [2] 137/18 138/15
drawn [1] 108/14 134/19 135/25
dream [1] 132/3
dress [1] 163/22
drink [1] 167/25
driving [2] 70/25 71/1
drop [1] 77/21
dropoff [1] 70/4
dropped [2] 78/16 79/8
dropping [1] 79/6
drops [1] 69/18
due [6] 12/9 57/7 86/18 89/1 94/1
149/16
during [112] 10/13 21/21 22/5 22/15
24/15 25/8 28/3 28/24 29/15 32/9 32/11
33/22 34/14 35/4 35/6 35/19 36/23 37/13
39/15 47/1 52/19 70/7 70/16 70/18 70/21
73/8 79/8 80/9 90/10 97/20 97/20 98/14
99/21 101/4 107/4 115/10 116/4 116/18
116/20 116/24 117/25 120/19 120/20 121/5
123/2 123/6 124/22 126/13 127/5 128/20
132/9 138/24 140/4 143/12 143/17 143/23
144/4 145/4 145/12 146/1 147/14 148/24
153/20 153/22 153/24 154/6 158/15 158/20
159/17 160/23 161/1 161/10 161/11 162/8
162/23 162/24 163/3 163/12 163/19 164/8
164/12 164/18 167/15 169/1 172/10 172/13
172/16 173/22 174/2 174/7 174/10 174/13
174/22 176/5 176/6 178/8 178/14 178/16
178/17 178/23 179/3 179/6 179/13 179/18
179/22 180/15 181/17 181/21 181/24 183/2
183/3 183/10
duties [1] 35/7
duty [8] 8/10 23/6 38/4 64/20 64/25
84/20 89/22 169/2
DX20 [1] 7/21
dying [1] 117/10
dynamics [1] 121/18

**E**

each [15] 9/6 9/14 25/3 25/4 61/8 69/6
72/6 76/10 86/15 108/23 134/12 135/2
135/2 166/12 166/14
Eagle [1] 104/9
earlier [15] 52/1 54/12 55/2 55/19 56/7
56/13 63/20 74/9 74/18 76/8 88/18 113/19
164/8 165/15 183/7
early [11] 37/7 41/18 134/2 135/1 135/25
137/22 142/9 146/18 154/13 164/25 177/24
earn [5] 106/2 106/8 151/9 151/16 151/20
earned [2] 21/8 48/15
ease [1] 145/11
easier [1] 67/12
easily [2] 155/7 186/18
East [5] 24/9 25/2 27/21 32/21 90/5
East African [1] 32/21
East Coast-based [1] 24/9
economic [1] 9/17
edit [1] 102/23
edited [2] 110/22 110/22
edits [2] 29/23 30/7
education [8] 29/10 74/14 109/13 110/4
139/3 165/24 166/1 173/17
educational [2] 105/23 151/5
educationally [2] 175/17 182/14
EDWARD [1] 1/21
effect [9] 37/25 38/20 39/16 79/11 121/2
146/23 161/4 162/7 171/7
effective [4] 36/8 74/15 121/22 122/6
effectively [2] 12/16
effectiveness [5] 6/19 7/11 39/23 96/24
172/14
efficiency [6] 7/10 115/5 116/2 116/9
116/18 133/20
effort [7] 125/16 134/2 145/24 174/21
175/23 182/5 182/18
efforts [7] 117/17 139/3 140/22 145/25
175/10 182/2 182/6
egregiously [1] 90/21
eight [4] 8/10 16/17 110/22 118/12
eight years [1] 8/10
eighth [1] 165/24
eighth-grade [1] 165/24
either [17] 11/17 13/3 16/18 17/23 37/8
75/13 78/1 90/10 110/22 113/24 133/14
139/13 141/19 146/14 164/14 175/21 176/8
element [3] 26/19 47/9 132/18
elevate [1] 42/8
Eliott [1] 111/13

**E**

**else [4]** 64/14 123/7 127/8
67/2 79/20 83/13 87/1 87/15
100/7 100/9
**email [7]** 66/25
**emailing [1]** 66/25
**emails [2]** 16/2 16/9
**Embassy [2]** 25/12 35/2
**embraced [1]** 39/2
**emphasis [3]** 132/18 147/18 157/9
**emphasize [3]** 125/6 147/22 188/16
**emphasized [2]** 132/15 134/22
**employ [1]** 111/4
**employed [1]** 14/21
**employee [1]** 185/8
**employees [1]** 99/24
**employment [1]** 106/19
**enacted [1]** 165/16
**encampment [1]** 119/8
**encompasses [1]** 15/1
**encountered [2]** 125/25 148/5
**end [19]** 17/8 32/16 59/25 102/2 103/18
116/21 119/23 119/25 137/2 145/11 149/16
153/14 161/12 162/25 165/13 168/19 176/7
178/7 187/13
**endangering [1]** 130/10
**ended [6]** 145/8 166/2 170/12 171/10
173/7 180/10
**ending [7]** 56/24 58/17 71/17 139/12
145/10 148/16 148/17
**Endowment [1]** 108/3
**ends [1]** 59/25
**endured [1]** 125/10
**enemies [1]** 148/7
**enemy [1]** 171/14
**enforce [1]** 122/5
**enforced [1]** 118/18
**engaged [1]** 160/4
**engendering [1]** 28/20
**engineering [1]** 15/3
**enhance [2]** 122/8 135/6
**enlisted [11]** 7/18 23/14 125/21 137/6
144/13 167/3 175/2 175/2 177/12 177/19
186/16
**enlistment [1]** 117/3
**enormous [1]** 147/17
**enrolled [1]** 116/22
**enrollment [2]** 117/8 175/24
**ensign [1]** 16/22
**ensued [1]** 119/12
**ensuring [1]** 65/8
**entered [4]** 50/19 50/22 52/2 70/7
**entering [2]** 53/15 138/11
**entertainment [1]** 118/17
**entire [7]** 13/25 16/21 33/19 70/8 88/9
143/9 157/21
**entirely [5]** 7/10 7/17 7/18 51/12 52/5
**entirety [1]** 114/2
**entities [2]** 65/11 65/22
**entitled [4]** 1/9 71/18 156/23 192/9
**environment [6]** 32/4 32/20 159/20 160/2
161/12 172/8
**episode [3]** 41/4 42/9 130/18
**episodes [4]** 127/2 128/18 129/23 130/4
**epithets [1]** 173/25
**equal [8]** 62/14 121/7 122/5 122/8 136/24
138/10 145/3 177/8
**equipped [1]** 7/14
**equity [2]** 83/8 84/3
**equivalent [1]** 177/1
**era [22]** 115/10 123/2 127/3 127/6 132/10
138/24 140/1 142/24 145/12 145/22 146/11
148/1 178/17 178/23 179/11 179/14 179/18
179/22 181/2 181/21 181/24 183/7
**eras [1]** 112/18
**erupted [2]** 130/16 179/4
**eruption [1]** 158/19
**escalated [1]** 129/11
**escape [1]** 126/4
**especially [9]** 48/23 70/9 78/6 95/1
101/4 123/25 161/7 162/25 176/6
**ESQUIRE [13]** 1/12 1/13 1/13 1/14 1/14
1/15 1/15 1/17 1/17 1/18 1/18 1/19 1/19
**essays [1]** 5/18
**essentially [7]** 25/22 33/18 79/23 89/5
156/16 171/10 185/12
**establish [1]** 110/1
**established [1]** 8/18
**establishes [1]** 8/13
**establishing [1]** 175/12
**estimate [1]** 110/23

**et [3]** 1/6 34/9 126/3
**ethnic [9]** 6/18 7/1 7/5 58/23 58/24
71/20 73/22
**ethnicities [1]** 122/20
**ethnicity [19]** 8/19 9/5 9/13 9/18 68/21
68/21 68/25 71/6 86/22
**Europe [1]** 27/22
**evaluate [1]** 133/23
**evaluated [2]** 47/1 133/18
**evaluates [1]** 9/6 9/15
**evaluation [1]** 133/21
**even [16]** 15/25 24/10 30/22 47/17 49/19
50/8 51/12 53/14 61/24 98/25 126/8
140/21 144/12 145/19 147/20 173/17
**even-numbered [1]** 24/10
**evenly [1]** 100/19
**event [10]** 17/6 34/4 42/5 59/24 103/18
103/19 127/4 127/15 149/13 187/12
**events [6]** 109/14 126/15 127/17 146/13
147/13 148/23
**eventually [5]** 24/14 27/2 29/22 50/1
136/6
**ever [4]** 44/14 63/3 136/3 136/12
**every [9]** 9/16 9/16 37/5 52/5 65/24
81/23 95/20 159/16 189/25
**everybody [3]** 75/16 98/8 171/3
**everyday [1]** 116/15
**everyone [7]** 3/2 13/21 27/2 35/21 40/20
40/24 128/11
**Everyone's [1]** 81/25
**everything [8]** 33/4 43/8 52/9 53/16
56/18 65/11 80/12 154/7
**evidence [15]** 54/3 96/20 100/5 113/19
114/20 139/12 146/19 146/21 157/16
157/18 157/23 158/5 188/22 189/1 189/11
**exact [2]** 37/4 58/6
**exactly [5]** 39/14 51/14 146/25 168/2
185/20
**examination [17]** 3/16 19/6 40/10 40/13
43/25 61/21 89/4 89/7 103/9 104/18 105/2
128/12 141/7 141/8 150/6 177/22 177/23
**examine [2]** 87/7 103/3
**example [20]** 13/4 13/4 32/14 33/25 37/11
69/14 69/16 96/3 117/5 117/6 117/22
118/4 119/6 122/12 143/19 143/25 144/7
160/22 186/23 190/18
**examples [6]** 10/22 37/6 128/20 161/16
164/23 184/19
**Excel [1]** 67/14
**except [5]** 10/1 10/5 11/6 11/10 12/23
15/18
**excessive [1]** 173/24
**exchange [2]** 44/6 122/18
**exclusively [4]** 72/22 73/2 75/18 78/7
**excuse [4]** 28/11 29/24 43/3 51/25
**excused [2]** 59/22 103/16
**executive [8]** 25/15 25/20 25/21 25/22
33/18 65/19 120/1 121/21
**exhibit [20]** 53/25 54/2 58/16 66/23
71/15 73/17 83/12 87/13 87/15 96/19
100/4 102/2 102/12 113/18 114/2 157/16
157/17 157/23 158/1 189/9
**Exhibit 148 [3]** 83/12 87/13 102/12
**Exhibit 151 [2]** 66/23 73/17
**Exhibit 164 [2]** 100/4 102/2
**Exhibit 196 [1]** 113/18
**Exhibit 197 [3]** 157/16 157/17 157/23
**Exhibit 34 [1]** 96/19
**Exhibit 479 [1]** 71/15
**Exhibit 491 [2]** 53/25 58/16
**exhibited [2]** 36/24 188/25
**exhibits [8]** 114/7 114/20 188/17 188/18
188/24 189/18 189/19 189/22
**exist [1]** 113/24
**existed [3]** 124/9 144/16 160/1
**existential [1]** 132/12
**existing [2]** 123/21 154/19
**expected [2]** 18/3 18/3
**experience [17]** 9/5 9/14 13/13 27/25
28/2 28/7 28/8 32/24 37/23 39/19 39/22
39/25 48/8 105/24 116/15 151/6 154/1
**experienced [9]** 119/2 126/22 159/1
165/19 173/6 173/13 183/13 183/18 184/1
**experiences [5]** 45/1 53/17 59/3 138/20
186/21
**expert [13]** 18/12 18/16 103/24 111/25
112/5 112/10 115/22 124/20 146/12 149/22
155/16 156/13 185/23
**expertise [6]** 34/24 146/15 147/14 149/4
149/5 156/22

**experts [1]** 17/24
**explain [25]** 11/6 21/25 22/10 23/12
23/7 96/22 92/7 92/7 97/11 108/18 70/3 70/5
76/2 92/7 92/9 92/17 93/17 115/2 147/15
152/13 160/6 161/25 164/10 176/2 176/11
176/24
**explanatory [1]** 74/1
**exploded [3]** 115/10 123/2 123/25
**explore [1]** 39/1
**explosion [4]** 119/7 119/11 129/1 161/14
**Explosive [1]** 96/5
**explosives [1]** 119/10
**exposed [1]** 35/21
**exposure [1]** 19/22 47/2
**express [1]** 6/13
**extend [2]** 80/6 80/6
**extended [1]** 133/4
**extensive [4]** 55/11 112/18 113/3 125/2
**extent [7]** 78/13 79/1 97/11 126/12 132/4
132/6 157/19
**extenuating [1]** 80/10
**external [2]** 125/2 125/6
**extra [1]** 98/25
**extracurricular [1]** 43/17
**extraordinarily [1]** 117/22
**extraordinary [1]** 136/21
**extrapolate [1]** 136/8
**extreme [1]** 123/9
**extremely [1]** 36/15
**eye [2]** 29/10 30/10
**eyes [3]** 116/8 139/22 161/5

**F**

**faced [1]** 130/19
**facets [2]** 81/21 86/6
**facilities [5]** 117/20 117/20 144/2
162/10 162/20
**facing [2]** 109/14 122/12
**fact [18]** 7/17 12/18 18/16 18/17 54/13
81/13 101/17 119/15 125/12 129/24 138/9
178/21 181/6 182/14 190/5 190/11 190/16
190/19
**factor [23]** 4/20 5/2 5/10 47/24 47/25
48/2 48/9 49/11 50/16 52/7 52/10 52/12
54/21 55/2 56/1 56/2 56/7 70/25 71/1
81/18 100/2 126/25 190/8
**factored [1]** 78/9
**factors [15]** 45/6 46/23 47/18 50/2 55/17
56/2 56/8 56/10 58/22 58/23 59/6 125/3
125/6 126/16 166/18
**facts [1]** 166/14
**faculty [1]** 105/15
**failed [1]** 122/23
**failing [2]** 60/25 132/24
**failures [1]** 120/24
**fair [9]** 1/3 1/21 72/17 86/1 103/11
120/2 136/3 136/13 141/12
**fairly [4]** 41/25 82/19 86/2 128/25 188/6
**fall [2]** 15/4 69/11
**Falls [1]** 187/2
**familiar [6]** 4/9 4/11 7/25 52/18 58/6
122/14
**family [1]** 50/17
**far [4]** 50/19 50/22 77/12 148/14
**fashion [1]** 125/5
**faster [1]** 18/3
**father [3]** 19/21 41/19 41/22
**fathers [2]** 112/25 166/3
**favor [3]** 10/2 10/6 10/8
**feared [2]** 130/9 140/24
**February [1]** 8/9
**Federal [1]** 192/16
**feel [7]** 39/2 66/8 66/9 66/13 66/15
73/12 191/16
**feeling [1]** 132/11
**fell [1]** 69/25
**fellow [3]** 127/10 127/12 129/4
**Fellowship [2]** 108/5 108/7
**fellowships [4]** 107/20 107/23 107/24
108/1
**felt [4]** 30/16 30/21 37/22 191/15
**ferret [1]** 113/23
**few [6]** 3/3 15/18 58/2 58/8 99/21 142/7
**fewer [1]** 171/16
**field [8]** 111/3 112/6 112/19 151/18
151/22 153/9 153/9 153/10
**fields [1]** 108/6
**fifth [1]** 97/3
**fight [2]** 118/19 129/13
**fighter [1]** 152/5

**F**

fighting [2] 109/14 114/2 115/17
128/23
fights [1] 163/19
figure [6] 16/20 19/21 41/19 41/22
123/14 125/16
file [1] 190/23
filed [1] 157/22
files [1] 156/5
fill [2] 105/16 122/4
film [2] 135/24 136/1
final [2] 80/14 89/20
finale [1] 169/24
finalized [1] 80/13
finally [2] 24/15 91/2
find [6] 11/19 60/23 67/8 138/11 168/10
173/22
findings [4] 190/5 190/11 190/16 190/19
fine [18] 17/16 18/6 55/22 55/24 56/5
58/12 60/7 60/8 60/20 63/17 104/11 114/12
141/19 188/13 190/8 190/15 190/15 191/2
finish [1] 76/21
finished [1] 187/20
finishing [3] 26/16 37/8 188/2
fire [8] 111/20 113/3 124/7 132/20
142/23 169/9 169/10 169/16
fired [1] 171/5
first [57] 3/10 16/3 18/25 19/23 22/18
24/3 32/18 32/19 48/24 51/18 57/11 57/11
57/13 57/15 61/15 64/15 64/17 66/24 68/4
70/9 70/10 70/22 74/1 77/17 77/20 78/8
79/12 79/13 79/25 82/20 83/5 84/25 87/14
89/14 97/3 98/14 104/24 114/17 115/2
115/4 115/25 117/16 126/2 129/10 150/2
150/3 158/11 158/13 159/12 161/13 164/4
165/6 167/3 169/12 172/20 172/25 173/3
fit [2] 95/12 96/2
fitness [1] 22/13
five [10] 25/2 64/25 65/16 74/1 89/19
89/20 109/20 130/7 170/5 174/15
five hours [1] 130/7
five years [3] 89/19 89/20 109/20
flag [7] 26/3 26/5 26/6 33/14 125/22
126/6 186/11
flagship [1] 176/13
flat [1] 37/13
fleet [9] 16/23 26/8 70/15 98/2 153/23
165/12 166/9 177/18 180/8
fleets [1] 150/25
flight [2] 64/17 64/18
Florida [1] 27/5
Floyd [1] 37/21
flush [1] 93/15
fly [1] 32/2
flying [3] 64/18 125/22 126/6
focus [14] 68/4 73/6 105/19 105/20
110/23 138/6 139/9 143/10 146/10 153/10
153/13 156/18 157/6 185/12
focused [6] 136/19 138/17 143/5 143/8
148/25 157/8
focusing [3] 13/2 110/24 154/25
folks [8] 70/18 92/22 92/24 93/25 96/2
98/20 100/2 101/15
follow [5] 66/9 66/13 67/12 77/9 78/25
following [9] 22/19 90/22 106/21 106/25
114/7 124/1 129/18 158/2 190/6
food [2] 160/9 160/11
football [9] 76/19 76/23 94/17 95/1
99/21 100/15 100/17 101/3 102/10
force [22] 6/19 8/14 8/18 9/4 32/17
32/17 32/19 108/14 129/10 129/11 136/10
137/3 137/4 139/9 143/3 147/20 147/21
152/5 164/14 170/8 170/9 177/1
forces [2] 112/8 128/23
foregoing [1] 192/7
foreground [1] 136/14
foreign [5] 28/22 33/8 53/19 130/20
131/2
forgive [1] 84/22
form [4] 9/18 85/12 116/13 121/12
Forman [2] 83/14 83/15
format [2] 190/11 192/9
formed [1] 131/11
former [3] 7/23 61/23 156/4
forms [2] 66/3 122/4
formula [1] 49/16
forth [1] 157/21
forward [9] 18/14 18/20 38/23 40/25
104/20 107/16 132/13 149/23 189/20
foster [3] 33/11 108/21 108/25

fostered [1] 139/19
fostering [2] 123/2 148/2
foundational [13] 99/13 100/6 100/6
129/6
found [14] 38/18 83/8 86/23 92/21 122/13
122/17 139/10 163/14 163/22 166/18 171/3
183/11 183/16 183/24
foundation [8] 14/16 14/18 66/6 105/7
105/10 105/13 108/6 111/18
foundation-distinguished [3] 105/7
105/10 105/13
founding [2] 108/15 108/19
four [10] 8/18 8/21 25/2 61/1 70/8 78/23
86/3 90/10 162/9 176/5
four years [2] 78/23 176/5
four-week [1] 61/1
four-year [1] 70/8
Fourth [1] 55/23
frame [5] 50/11 52/19 70/19 99/11 185/18
frankly [1] 42/9
free [2] 44/5 73/12
frequent [5] 91/5 91/12 92/4 92/24 93/10
frequently [3] 125/19 131/7 180/10
freshman [2] 36/6 101/5
Friday [1] 188/2
friend [3] 51/2 92/7 93/14
front [8] 65/23 66/22 79/25 79/25 94/25
96/3 113/13 134/24
front-loaded [2] 79/25 79/25
fruition [1] 140/23
frustrating [1] 99/3
frustration [3] 119/18 139/20 144/12
frying [1] 121/17
Ft [1] 110/13
fuel [1] 171/25
Fulbright [2] 107/3 153/7
fulfill [1] 123/10
full [9] 5/25 13/1 19/10 118/24 139/7
140/7 140/8 150/9 158/19
full-blown [1] 158/19
fully [2] 39/2 39/10
function [2] 116/25 124/22
functioning [1] 25/19
funds [1] 66/6
further [16] 16/25 17/3 59/18 103/5
137/6 141/4 149/7 185/2 185/4 185/5
187/6 187/7 187/8 187/9
future [7] 133/21 140/23 141/3 145/17
159/9 184/13 184/20

**G**

GABRIEL [1] 1/15
gain [4] 35/10 35/11 130/12 175/20
gained [1] 33/4
gains [1] 159/18
game [2] 104/12 104/22
gap [1] 74/16
GARDNER [4] 1/17 187/17 188/9 189/23
GARGEYA [9] 1/19 2/11 104/3 104/18 105/3
113/16 128/12 141/5 149/9
gather [4] 78/24 131/25 132/7 166/13
gathering [1] 134/25
gave [3] 54/19 168/17 175/18
gender [11] 9/5 9/13 9/25 10/4 10/8
10/19 11/14 12/15 12/18 13/15 105/21
gender-integrated [1] 12/15
genders [1] 34/10
general [31] 3/3 3/25 7/24 8/13 9/3
9/11 21/8 33/9 89/12 90/16 101/23 110/12
120/13 121/24 124/3 131/9 135/12 136/20
139/10 154/24 155/8 159/13 160/12 162/22
163/10 166/16 166/18 179/11 185/23
189/23
General Amos [1] 9/11
General Walker [2] 3/25 3/25
General Westmoreland's [1] 124/3
generally [6] 24/9 43/21 91/12 154/12
155/3 157/6
generate [1] 85/17
generated [1] 112/24
genuinely [1] 11/11
Geographically [1] 51/1
George [5] 37/21 151/15 151/20 151/24
152/18
German [2] 130/2 130/6 130/13
Germany [6] 124/8 126/20 127/1 130/1
130/8 130/11
Gesell [1] 134/21
Gessel [1] 137/14
get [42] 12/11 20/17 26/12 33/16 45/23
46/16 47/12 47/22 53/2 62/9 70/14 76/17

76/17 77/1 81/16 83/19 85/15 93/21 93/24
97/25 98/4 98/6 109/1 122/8 141/16 141/16
150/25 155/21 157/21 170/15 171/9
173/12 173/18 173/21 175/25 182/9 182/9
186/19 189/21 190/5 191/11
gets [2] 63/15 65/8
getting [9] 47/1 48/2 99/1 99/2 109/4
168/13 177/11 177/11 189/19
giant [1] 67/14
give [12] 37/4 44/19 55/13 90/25 94/1
112/6 117/5 151/1 156/23 179/21 186/5
187/23
given [13] 62/16 91/8 91/16 92/14 93/2
94/4 94/9 101/21 121/18 140/8 155/9
156/1 161/7
glad [1] 141/6
go [36] 3/19 5/21 12/2 29/13 43/18 47/9
55/18 57/25 58/2 63/7 67/10 70/15 70/16
70/16 70/17 73/6 76/17 82/11 84/25 85/2
87/11 98/2 99/18 100/12 101/13 118/17
119/16 126/21 134/16 137/18 141/17
141/20 148/14 151/13 173/22 173/25
goes [4] 80/11 83/2 110/4 189/10
going [50] 4/22 11/11 14/5 16/22 18/4
28/14 39/17 53/24 54/6 55/15 55/21 56/19
58/15 61/6 63/2 63/16 66/22 67/5 77/18
79/24 80/2 83/4 85/1 86/5 95/21 98/24
104/7 104/9 123/22 127/20 129/16 129/16
133/10 133/13 136/15 137/3 137/5 137/7
140/22 148/12 149/20 168/4 174/17 176/19
176/19 180/10 183/23 189/4 189/7 191/16
gold [2] 23/11 182/20
gone [3] 12/2 51/16 51/20
good [37] 3/2 3/7 3/14 3/15 3/18 7/20
11/21 13/10 18/5 18/6 18/7 18/19 18/21
19/8 19/9 35/13 40/15 40/16 54/8 62/22
70/20 76/16 80/22 89/9 101/11 105/4
105/5 127/22 128/11 137/7 149/24 150/8
177/10 177/25 180/19 186/18 191/2
got [11] 3/3 48/16 49/1 65/15 79/9 87/8
117/18 119/6 123/7 171/4 173/11
governing [1] 142/8
government [7] 114/9 137/18 155/7 155/7
158/4 170/3 191/8
government's [1] 157/3
grade [3] 20/4 165/24 186/21
grades [4] 4/13 19/23 21/9 82/10
graduate [24] 14/6 19/21 20/23 21/3 21/5
45/22 63/18 69/6 69/16 75/19 78/15 78/22
90/17 91/6 106/4 106/6 141/23 142/22
151/11 151/13 151/14 151/16 172/20 176/7
graduated [13] 20/24 20/25 21/6 26/15
45/16 45/17 81/14 81/15 106/20 142/11
152/17 174/3 174/4
graduates [8] 16/18 176/18 176/19 176/23
183/8 183/12 183/17 183/25
graduating [6] 21/1 91/13 92/5 93/12
173/14 174/15
graduation [24] 22/19 68/5 68/20 69/25
71/5 71/7 71/8 71/9 71/12 71/13 71/18
72/2 72/8 72/11 72/14 74/17 75/23 76/10
77/10 78/19 78/14 80/7 80/16 97/5
graffiti [1] 125/23
grandfathers [3] 125/10 166/3 166/4
grant [1] 107/24
grants [2] 107/25 108/1
granular [1] 68/24
graph [3] 68/22 68/24 73/25
graphic [4] 73/15 80/4 87/12 87/20
graphs [2] 71/23 86/19
grass [1] 98/8
great [10] 40/19 42/4 54/10 88/20 119/17
123/13 125/15 141/20 162/11 166/4
great-grandfathers [1] 166/4
greatest [2] 71/11 124/25
greatly [1] 159/17
green [2] 76/4 122/2
greener [1] 98/8
grew [1] 19/20
grievously [1] 117/10
grind [6] 70/19 98/6 98/24 98/25 99/4
101/10
grit [3] 45/3 95/13 96/8
ground [4] 40/6 64/19 128/23 165/19
group [21] 26/17 26/22 26/23 70/16 71/19
72/1 84/3 84/4 84/19 84/20 85/8 96/25
101/4 109/10 119/15 127/8 127/12 129/3
130/5 170/16 186/25
Group 4 [3] 26/17 26/22 26/23
groups [4] 8/18 69/11 69/21 168/10

**G**

grow [9]
186/11 186/14 186/16 186/10
Guam [2] 161/21 162/11
guards [1] 129/4
guess [6] 11/15 33/16 45/24 49/8 49/21
79/7 104/15 185/18 186/2 190/1
guideline [1] 69/5
guy [1] 168/14
GW [1] 152/1

**H**

habit [2] 66/25 90/22
had [93] 12/24 15/17 16/21 19/22 21/10
24/13 24/24 29/4 31/16 31/17 31/18 34/1
38/13 45/1 51/23 51/23 52/6 53/2 53/14
54/12 58/13 61/3 61/7 63/20 68/14 70/6
71/2 73/10 74/10 74/19 78/13 79/3 79/5
81/18 86/6 86/9 87/6 92/20 92/25 99/6
99/20 113/2 116/7 116/22 117/20 119/5
119/14 120/6 120/13 121/1 121/2 122/9
122/10 122/15 125/10 127/11 128/18
129/14 132/23 133/6 135/11 135/12 135/19
137/13 138/1 138/9 138/21 138/21 142/21
148/15 156/1 163/19 164/12 164/13 164/16
165/1 167/18 167/19 168/24 169/5 169/10
170/5 170/9 170/21 171/13 171/21 173/17
173/20 178/2 180/24 186/24 187/1 191/9
hair [2] 29/10 30/9
hairstyle [2] 14/2 14/5
half [10] 21/22 25/10 25/11 45/20 46/5
46/17 86/17 91/11 168/14 168/15
hall [4] 46/25 154/22 173/21 173/21
hallway [1] 80/25
hand [6] 18/23 23/11 53/24 60/2 60/4
61/12
handheld [1] 16/1
handle [1] 132/17
handled [3] 30/25 41/6 51/15
handles [1] 127/10
handling [2] 104/18 161/25
hands [1] 148/11
hanging [1] 79/9
happen [6] 58/5 65/6 78/7 149/2 170/25
184/10
happened [20] 29/6 30/22 37/5 38/12
39/14 101/4 147/13 161/20 164/17 166/14
167/16 168/2 169/5 169/11 170/19 170/24
171/1 171/3 171/19 184/18
happens [1] 126/7
happier [1] 42/9
happy [1] 42/12
harassed [1] 38/14
harassment [2] 29/5 41/4
hard [3] 65/9 97/21 135/20
harder [2] 97/22 101/18
harmful [1] 38/5
harms [1] 170/17
Harry [1] 120/1
Harvard [1] 189/6
has [30] 3/23 9/17 14/2 25/4 36/23 50/16
52/10 54/2 60/18 61/23 66/23 71/9 71/12
76/22 77/4 81/21 89/5 96/19 100/5 125/1
126/5 139/5 147/17 159/1 177/8 177/15
177/18 183/8 185/12 189/25
hasn't [2] 50/19 50/22
Hassayampa [9] 129/20 147/5 165/8 166/7
167/10 171/19 171/20 172/3 172/8
have [241]
haven't [5] 42/21 42/24 60/6 80/13 86/10
177/6 177/13
having [11] 32/2 79/8 88/11 100/2 130/3
137/6 171/4 173/7 186/3 186/4 189/5
Hawaii [3] 25/7 25/11 106/23
Hawk [11] 129/19 147/6 165/6 167/9
167/16 167/17 167/18 168/25 170/24 172/2
172/8
hazing [1] 173/24
he [62] 5/24 30/12 30/16 30/21 30/22
34/6 34/11 37/14 37/15 39/12 41/24 42/1
46/1 46/1 46/5 53/9 53/9 54/19 55/13
55/16 55/16 55/17 60/18 64/3 84/23 92/1
121/10 121/10 121/11 121/12 125/1 125/1
127/12 130/9 133/7 133/8 133/10 136/7
163/22 163/22 163/23 163/25 163/25
168/15 168/16 168/16 168/17 168/19
168/20 169/8 169/10 170/15 172/25 173/6
173/6 173/6 173/7 174/16 174/17 186/24
187/1 187/4
he'll [1] 156/23

he's [10] 3/25 18/16 18/17 33/19 44/4
44/5 60/19 81/8 84/18 149/22
head [3] 18/17 47/20 148/7
headlines [1] 139/25
headquartered [1] 24/11
headquarters [4] 25/10 27/6 32/3 130/9
heads [1] 13/25
hear [2] 42/10 141/6
heard [1] 53/9
hearing [1] 133/8
hearings [4] 131/8 131/14 166/23 167/21
hearsay [4] 113/21 113/21 113/22 157/19
heavily [3] 132/15 138/17 156/1
heaving [1] 160/4
heavy [1] 143/20
heels [2] 37/20 37/21
heightened [1] 125/8
held [7] 13/5 51/1 107/3 129/7 131/8
151/3 192/8
Hello [1] 81/12
help [6] 4/23 35/10 81/15 134/14 173/21
188/21
helped [2] 33/7 33/11
helpful [5] 37/23 77/22 79/16 79/18
190/16
helping [1] 5/2
her [10] 12/11 39/7 39/17 39/18 56/17
104/10 112/7 172/23 185/20 190/2
here [50] 6/13 12/2 17/11 18/20 40/20
44/7 62/16 63/7 65/14 67/18 68/13 68/21
70/25 71/8 73/1 73/8 76/2 77/9 79/21
80/1 80/4 83/20 84/1 85/11 88/5 92/23
93/1 95/18 95/19 101/8 104/20 112/8
113/22 115/22 117/5 119/6 121/9 129/6
131/20 139/9 139/25 140/1 143/12 149/17
171/18 185/6 185/17 187/24 188/18 191/11
hereby [1] 192/6
heritage [9] 14/15 14/18 58/23 150/12
150/15 150/17 150/22 153/3 164/6
Herndon [3] 12/3 188/21 189/25
Hey [2] 37/10 37/14
Hi [3] 89/10 141/10 141/11
high [13] 5/22 19/23 28/14 45/2 45/2
49/2 81/15 88/2 164/17 164/17 173/15
182/20 182/20
high-schooler [1] 45/2
high-value [1] 28/14
higher [6] 74/12 77/20 82/23 82/25 175/2
175/2
highest [1] 177/2
highest-ranking [1] 177/2
highlight [1] 166/19
highlighted [4] 67/6 84/19 86/13 86/13
highlighting [1] 85/20
highly [2] 107/25 123/6
him [5] 7/25 29/20 30/16 30/16 64/7
hindered [2] 115/5 116/1 158/15
hire [1] 138/6
his [33] 5/18 5/21 26/6 26/8 29/11 30/9
30/10 30/12 34/2 55/13 55/19 60/2 60/4
61/4 61/7 64/2 64/3 120/5 124/4 124/25
126/6 156/22 156/23 157/21 163/22 163/23
168/19 169/9 172/23 172/24 174/23 179/16
180/24
Hispanic [5] 71/12 72/11 82/16 82/22
175/18
historian [9] 125/1 141/21 150/14 150/21
152/22 153/6 154/25 184/6 184/20
historian's [1] 132/3
historians [7] 109/11 111/16 113/8
120/13 126/15 143/9 156/7
historical [31] 106/15 106/17 107/17
108/17 109/4 109/12 110/17 111/15 112/15
112/16 112/17 112/18 113/9 115/22 125/1
125/19 126/15 140/19 147/13 149/4 149/5
149/5 150/16 150/23 152/15 153/2 183/19
184/4 184/19 185/7 186/2
historically [4] 122/15 138/14 175/14
186/14
histories [6] 109/15 147/19 154/21 155/4
155/16 156/5
historiography [3] 152/11 152/13 152/15
history [84] 105/21 105/21 106/11 106/12
106/20 107/11 107/15 107/21 108/10 109/1
109/8 109/14 109/24 110/6 111/3 111/3
111/8 111/12 111/20 111/22 111/23 112/1
112/6 120/22 120/22 142/4 142/16 142/20
147/18 147/19 147/21 147/22 147/23
147/25 148/20 148/22 148/23 150/12
150/15 150/17 150/22 151/10 151/19

151/23 152/2 152/2 152/3 152/5 152/7
152/9 152/12 152/19 152/19 152/21
152/25 153/7 153/8 153/12 153/16 153/17
153/18 153/20 154/2 154/3 154/12 154/15
154/18 154/22 155/1 155/9 155/12 155/14
155/20 155/21 156/3 156/14 156/14 157/8
157/10 164/6 185/13 185/16 185/17
History's [1] 111/11
hit [1] 79/8
hoc [1] 134/3
hold [7] 3/24 12/1 34/20 63/2 108/22
152/23 187/1
holding [1] 11/13
Holloway [4] 174/24 174/24 183/20 183/21
home [1] 119/2
homeland [1] 162/19
hometown [1] 29/11
honed [1] 95/18
Honolulu [1] 106/24
honor [77] 3/15 4/3 17/13 18/2 18/15
19/5 20/8 30/5 40/11 43/24 46/3 46/13
54/2 54/16 54/24 55/5 55/7 55/25 56/4
56/24 58/17 59/8 59/15 59/18 60/1 60/14
61/19 62/5 62/19 64/5 67/15 73/12 73/19
73/23 75/23 77/6 77/15 77/24 79/17 81/10
87/14 89/2 90/22 97/11 100/19 103/8
103/20 104/2 104/4 104/7 112/3 113/17
114/4 114/9 114/24 127/19 128/14 141/4
149/7 149/10 149/18 149/21 156/12 156/18
156/25 157/15 157/24 158/4 185/5 187/7
187/9 187/19 187/21 188/12 190/9 190/22
191/5
HONORABLE [6] 1/9 81/2 81/5 128/6 128/9
191/21
honored [1] 111/11
hope [2] 186/6 188/14
Hopkins [5] 26/13 26/15 48/11 48/14
48/18
horrible [1] 29/13
host [2] 110/21 151/1
hostilities [1] 178/18
hot [1] 179/1
hour [2] 127/23 128/4
hours [3] 126/4 130/7 173/22
House [4] 130/24 130/24 131/2 131/3
Houston [2] 118/5 118/7
how [76] 9/5 9/6 9/14 9/14 14/3 14/3
21/9 25/1 25/3 27/18 28/8 29/16 29/18
30/14 32/23 33/3 36/3 36/10 36/16 37/2
37/10 38/16 45/16 47/3 49/9 53/18 53/18
57/9 61/3 75/8 75/9 77/10 77/16 77/19
79/7 81/24 83/4 90/1 90/9 90/25 94/19
97/1 97/18 98/18 99/9 99/22 101/20
101/23 105/10 109/6 109/17 109/22 110/25
112/13 118/23 123/14 123/14 125/16
129/12 133/23 135/20 139/8 142/23 151/3
152/23 155/23 164/2 165/13 176/11 178/3
180/9 182/17 186/14 190/20 191/14 191/15
However [1] 156/1
Hudson [3] 187/24 190/23 191/1
Hueneme [3] 161/23 162/13
huge [1] 99/15
human [1] 34/19
humanitarian [1] 153/25
Humanities [1] 108/3
humans [1] 11/19
humbling [1] 62/20
hundred [2] 52/13
hunger [1] 161/23
hunting [1] 28/13
hurtful [1] 38/6
hypocritical [1] 136/23

**I**

I'd [9] 48/23 78/25 93/4 96/2 101/15
105/23 110/22 151/5 159/12
I'll [15] 37/14 44/9 46/11 52/24 54/8
54/24 55/8 55/9 55/11 66/24 117/5 129/1
141/6 157/20 186/5
I'm [79] 9/5 10/9 11/1 14/9 18/17 23/9
37/14 37/15 41/25 42/8 42/11 43/3 45/25
47/23 48/18 48/19 48/19 48/20 51/11
51/22 52/18 53/24 55/15 55/21 56/19
57/10 57/17 58/6 58/15 60/3 62/22 62/23
63/2 63/16 66/5 66/17 66/22 67/5 73/13
76/11 77/11 84/18 85/1 85/17 85/20 88/17
91/20 96/25 97/4 97/4 98/12 105/7 105/12
115/22 133/11 140/20 141/12 146/15
147/24 151/1 156/19 168/21 168/22 183/23
184/13 184/18 186/6 186/13 186/23 188/13

**I**

**I'm... [9]** 189/18 189/25 189/10 191/5
189/15 189/20 190/17 191/10 191/13
**I've [25]** 8/16 8/18 13/3 27/21 37/5 49/3
50/15 50/24 51/1 52/9 53/16 86/10 100/15
110/23 111/21 119/6 148/1 153/21 153/21
154/3 154/6 154/7 154/19 154/20 184/3
**Idaho [1]** 187/2
**idea [3]** 52/1 92/25 175/20
**identifies [1]** 183/4
**identify [3]** 35/10 57/17 84/9
**identifying [2]** 35/11 188/22
**identity [1]** 125/8
**II [27]** 116/4 116/10 116/24 117/7 117/25
118/9 118/22 143/23 153/14 154/9 158/15
159/14 159/15 159/22 159/25 160/13
160/15 160/20 161/9 161/11 162/8 171/11
178/8 178/14 178/16 178/17 185/13
**III [1]** 174/24
**illiterate [1]** 165/25
**illustrate [1]** 13/4
**image [2]** 77/5 99/23
**immediately [1]** 11/21 99/18 116/19
**impact [6]** 4/7 9/5 9/13 31/14 32/24
38/24 49/8 71/2 71/16 116/7 119/5 119/14
122/8 130/3 169/23 177/19
**implement [2]** 121/18 133/25
**implementation [1]** 139/7
**implemented [1]** 139/5
**implementing [1]** 174/19
**implications [1]** 157/20
**import [1]** 186/1
**importance [4]** 36/12 38/21 132/15 147/22
**important [20]** 34/14 36/15 39/20 39/23
40/1 40/3 40/5 75/2 82/1 95/24 96/1 96/8
96/11 96/14 96/14 98/23 126/18 148/13
162/10 171/23
**importantly [2]** 70/14 97/25
**imposed [1]** 117/2
**imprisoned [1]** 161/22
**inappropriate [1]** 30/13
**Inchon [2]** 165/11 167/9
**incidences [1]** 147/4
**incident [23]** 29/5 29/14 29/18 29/20
30/14 30/18 30/24 31/1 31/3 31/14 32/5
38/16 38/20 39/3 39/8 39/15 51/6 161/4
161/13 163/14 163/16 166/12 171/7
**incidents [16]** 51/14 126/17 159/2 160/23
161/13 162/9 166/9 166/11 167/7 167/13
172/1 172/16 177/13 183/13 183/18 184/1
**include [9]** 15/2 34/6 34/7 35/17 46/23
49/11 72/5 114/14 158/8
**included [2]** 44/21 80/14
**includes [4]** 45/5 76/24 109/13 109/14
**including [6]** 84/20 109/14 110/11 130/5
154/8 169/14
**incorporating [2]** 47/3 47/18
**incorrect [2]** 54/23 87/6
**increase [25]** 97/6 101/18 135/7 137/16
138/3 138/21 139/3 140/22 145/20 145/25
174/2 174/7 174/10 174/11 174/12 174/19
174/21 175/11 175/24 176/20 182/2 183/8
183/12 183/16 183/25
**increased [4]** 139/23 159/1 182/18 182/21
**Increases [1]** 97/10
**increasing [6]** 135/17 138/7 140/17
140/21 174/25 176/12
**incredibly [1]** 132/4
**indeed [1]** 44/3
**INDEX [1]** 2/1
**indicate [3]** 45/3 62/12 75/15
**indicated [3]** 29/25 55/14 68/23
**indicators [2]** 44/19 49/12
**individual [9]** 16/16 11/20 28/13 28/14
32/2 38/23 44/19 120/21 173/13
**individual's [1]** 11/13
**individually [1]** 72/21
**individuals [17]** 16/21 29/16 31/8 31/18
47/5 53/18 65/24 66/1 75/15 76/8 78/22
80/5 81/24 81/25 84/20 91/3 94/4
**Indonesia [1]** 107/4
**ineffective [4]** 166/25 172/5 180/15
181/22
**inescapably [2]** 140/10 140/13
**infill [1]** 152/1
**influence [1]** 9/6 9/14
**influencer [1]** 81/21
**influences [1]** 47/21
**influx [4]** 164/24 165/14 167/18 180/7
**information [6]** 16/12 29/10 29/11 114/1

132/1 134/25
**informs [2]** 33/10 49/11
**infrastructure [2]** 135/12 145/24
**initial [1]** 81/16
**initially [6]** 20/17 20/19 24/13 45/15
48/23 101/9
**Initiative [1]** 8/14
**injunction [1]** 157/4
**injured [2]** 165/7 168/1
**injuries [1]** 127/14
**inmates [2]** 129/4 129/6
**innate [1]** 96/10
**inside [1]** 144/17
**insights [1]** 6/16
**insignia [2]** 23/10 23/12
**installation [1]** 162/14
**installations [3]** 118/12 125/23 129/17
**instance [2]** 29/2 69/21
**instances [18]** 11/20 28/24 32/11 33/22
125/22 125/23 140/3 160/19 162/7 163/2
164/20 166/5 167/15 172/10 172/13 177/3
177/6 177/16
**instead [2]** 30/9 30/11
**instigation [1]** 121/20
**instill [1]** 96/9
**institute [4]** 14/19 113/4 134/7 134/16
**institution [2]** 97/1 126/10
**institutional [3]** 84/15 162/6 173/13
**institutions [8]** 76/25 107/14 107/19
107/25 108/9 108/25 110/8 124/6
**integrated [2]** 12/15 15/13
**integration [3]** 121/7 154/20 157/10
**intelligence [1]** 34/8
**Intelligent [1]** 121/13
**intend [1]** 157/12
**intended [1]** 122/18
**intensity [1]** 104/13
**intensive [2]** 75/8 175/19
**intentions [1]** 180/20
**interact [3]** 36/10 36/11 77/10
**interactions [4]** 32/25 33/6 36/13 36/15
**intercollegiate [1]** 92/13
**intercom [1]** 168/8
**interest [5]** 33/3 45/15 62/17 92/21
133/22
**interested [5]** 19/18 121/15 121/16
134/20 186/13
**interesting [2]** 16/20 142/6
**interject [1]** 77/8
**internal [4]** 125/13 125/17 125/18 190/13
**international [7]** 26/13 34/2 35/16 48/15
108/1 108/4 108/23
**Internet [1]** 16/8
**interpret [1]** 8/8
**interpretations [1]** 152/16
**interrupt [1]** 73/13
**Interval [1]** 87/21
**intervals [2]** 18/10 88/11
**intervene [1]** 168/6
**interview [1]** 169/8
**interviewed [4]** 133/7 164/7 168/7 169/7
**interviewing [1]** 154/23
**interviews [1]** 47/3
**Intrepid [3]** 165/11 166/8 167/9
**introduce [2]** 60/9 63/16
**invade [1]** 162/19
**invented [1]** 16/3
**investigate [1]** 131/11
**investigated [1]** 31/19
**investigation [7]** 31/1 31/2 31/3 31/5
31/7 127/15 166/13
**investigations [4]** 166/11 166/17 167/5
167/11
**investigator [1]** 31/4
**invited [2]** 109/7 109/23
**involved [7]** 29/16 31/3 114/22 135/4
160/10 171/5 191/12
**Iraq [2]** 28/6 90/14
**irrelevant [6]** 6/19 6/22 7/2 7/6 7/10
7/14
**is [382]**
**Island [1]** 161/19 162/15 165/10 166/8
167/8 175/22
**isn't [4]** 47/15 75/18 75/19 82/17
**isolated [1]** 70/12
**isolation [1]** 13/5
**issue [6]** 42/13 44/10 44/25 80/7 90/19
132/7
**issued [4]** 8/4 8/9 120/1 180/18
**issues [10]** 42/17 42/24 86/6 86/8 125/25

146/12 155/17 155/19 173/20 189/15
**it [222]**
**it's [242]** 16/17 17/23/13 31/12
**IT-3 [6]** 36/15 37/4 40/19 40/23 44/1 45/14
45/14 45/15 46/23 47/17 47/23 48/9 50/7
50/9 52/12 54/3 54/5 57/20 60/7 60/22
60/23 63/7 64/11 67/12 67/12 67/21 68/23
69/15 69/16 71/1 71/17 73/18 73/18 77/11
78/11 78/19 78/20 80/1 80/14 81/19 81/21
82/1 82/19 85/15 86/2 86/11 88/17 89/1
91/7 91/10 91/22 92/16 92/23 96/14 97/21
98/23 101/17 101/25 103/14 105/21 109/15
112/8 113/9 113/22 118/13 125/25 127/19
127/23 128/2 132/3 132/3 133/11 137/23
143/8 149/13 150/16 171/12 171/17 176/14
177/9 177/10 178/1 184/19 186/20 188/23
**item [1]** 133/22
**items [2]** 67/2 188/22
**its [25]** 6/19 7/15 29/22 42/19 43/1 43/5
114/2 117/16 123/10 129/13 130/17 132/20
134/4 135/13 136/23 142/24 148/7 160/18
163/17 163/18 165/2 165/17 174/17 182/18
182/25
**itself [1]** 87/9

**J**

**J-A-S-O-N [1]** 19/2
**J-O-H-N [1]** 150/3
**J. [1]** 156/4
**J. Schneller [1]** 156/4
**JAG [1]** 166/13
**Jail [2]** 129/2 129/22
**James [2]** 7/24 174/24
**January [1]** 171/9
**Japanese [1]** 162/19
**Jason [4]** 2/6 17/23 19/2 19/11
**Jim [1]** 118/13
**job [17]** 43/15 64/15 64/17 65/4 65/21
71/24 99/24 150/21 162/4 162/5 166/20
172/4 177/8 177/10 179/23 181/6 181/10
**jobs [7]** 64/19 159/20 161/8 166/3 167/19
170/23 177/10
**JOHN [8]** 1/18 2/13 17/25 39/18 149/20
150/3 150/10 173/5
**Johns [5]** 26/13 26/15 48/11 48/14 48/18
**Johnson [1]** 174/14
**join [6]** 23/3 47/9 48/24 109/6 109/7
164/13
**joint [1]** 27/7
**JOSHUA [1]** 1/17
**journal [2]** 111/2 111/3
**journey [4]** 9/7 9/15 70/8 97/14
**Judicial [1]** 192/10
**July [3]** 127/8 131/21 163/7
**July '70 [1]** 131/21
**July 1969 [1]** 163/7
**jump [1]** 74/10
**June [1]** 79/20
**June 30th [1]** 79/20
**junior [5]** 42/3 64/18 95/15 96/8 138/7
**juniors [1]** 79/7
**jury [1]** 189/18
**just [81]** 3/18 8/3 11/25 14/13 16/8
16/13 18/9 19/14 19/16 19/20 20/3 20/7
33/11 34/21 37/16 40/23 41/4 44/5 44/9
44/25 47/19 53/5 53/22 54/8 55/7 55/8
57/10 58/8 58/21 62/18 62/23 63/5 63/16
63/20 68/18 71/23 72/5 75/12 75/21 77/21
78/19 80/15 81/14 82/21 85/1 85/21 87/8
89/5 89/11 94/24 95/23 96/17 98/6 98/7
98/25 101/18 116/17 123/23 128/18 129/22
131/2 133/11 142/7 146/12 148/25 162/8
167/6 167/23 168/22 172/2 173/20 181/1
184/21 185/6 185/22 186/11 186/20 187/3
187/22 188/20 191/15
**justice [5]** 31/12 131/24 135/25 139/3
180/9

**K**

**Kacher [3]** 57/19 57/20 57/21
**Kansas [7]** 105/8 105/11 105/14 106/25
107/9 108/16 118/14
**Kaohsiung [2]** 165/12 167/9
**keep [4]** 13/2 65/10 127/20 153/8
**Kelley [3]** 163/22 164/2 164/7
**key [6]** 143/5 162/12 162/14 162/15
162/18 174/25
**kicked [1]** 127/13
**kids [1]** 161/8
**kill [1]** 168/20

**K**

**killed [4]** 29/11 36/19 36/20 63/6 65/10 79/4 98/25 131/23 132/3 134/3 140/25
**kind [11]** 17/11 36/19 36/20 63/6 65/10 79/4 98/25 131/23 132/3 134/3 140/25
**King [5]** 124/1 168/18 179/6 179/8 179/13
**Kitty [11]** 129/19 147/6 165/6 167/9 167/16 167/17 167/18 168/25 170/24 172/2 172/8
**Kitty Hawk [2]** 147/6 168/25
**knives [1]** 130/7
**know [60]** 17/9 21/13 21/23 22/8 28/11 28/11 28/14 29/9 29/21 31/19 36/17 36/21 38/1 42/22 49/5 49/14 49/16 49/19 49/22 50/3 50/5 50/16 50/20 50/23 51/8 52/10 52/11 52/22 53/1 53/12 57/16 62/23 62/24 62/25 69/13 75/13 77/6 77/22 79/24 80/5 82/3 82/4 82/8 84/17 84/22 84/23 88/16 92/22 93/22 96/3 96/13 101/11 113/20 133/9 136/7 146/25 164/2 180/12 185/8 191/15
**knowing [1]** 30/23
**knowledge [4]** 18/1 51/3 79/2 182/24
**known [2]** 162/11 164/11
**Korea [7]** 124/18 130/16 130/16 130/22 130/22 130/23 130/25
**Korean [7]** 116/4 120/9 120/19 120/20 130/19 144/5 152/6

**L**

**label [1]** 71/17
**labeled [1]** 67/9
**labor [3]** 119/20 143/20 160/4
**lack [10]** 134/22 135/21 139/19 148/2 158/13 158/18 167/1 167/2 167/2 172/6
**ladder [1]** 189/10
**landing [2]** 165/9 165/12
**large [10]** 16/12 62/12 66/25 69/21 74/10 124/5 132/15 165/3 167/18 178/14
**larger [1]** 124/22
**largest [1]** 163/6
**last [26]** 3/10 15/4 15/22 16/23 18/25 52/16 52/24 57/10 57/22 61/15 61/16 62/20 64/25 89/18 97/13 104/24 140/16 146/16 146/25 148/18 150/2 150/3 157/4 169/25 173/6 173/6
**lasting [1]** 38/24
**late [6]** 3/3 15/5 80/23 91/10 123/20 123/24
**late-morning [1]** 80/23
**later [6]** 45/4 127/13 145/24 163/14 188/7 189/11
**lateral [1]** 138/6
**Latino [1]** 72/11
**latrines [1]** 125/24
**LATTA [1]** 1/21
**laughing [1]** 63/7
**Laughter [5]** 61/5 63/6 64/8 68/10 104/14
**launch [1]** 169/20
**law [3]** 17/22 188/21 190/5
**lawyers [2]** 191/11 191/13
**lay [4]** 168/11 168/18 168/21 170/17
**lead [2]** 25/1 31/4 36/19
**leader [3]** 35/7 37/13 133/4
**leaders [34]** 11/21 33/1 33/1 34/12 96/12 115/10 118/23 123/2 123/7 123/12 123/13 123/21 125/4 125/10 126/6 132/5 132/20 133/18 134/19 135/17 135/19 135/21 137/1 137/13 137/17 137/19 139/14 139/18 140/20 147/23 147/25 148/1 148/4 175/17
**leadership [31]** 7/13 7/18 7/20 8/17 8/20 13/10 28/21 30/24 31/24 34/24 45/3 95/17 96/12 110/14 129/14 132/16 132/18 132/19 133/2 133/15 135/8 135/16 137/16 137/23 139/2 139/19 140/21 140/22 148/2 148/9 186/23
**leading [1]** 8/22
**lean [1]** 19/15
**learn [5]** 16/16 21/7 38/16 61/7 90/25
**learned [5]** 62/21 108/2 147/23 148/20 154/22
**learning [1]** 61/3 70/13
**least [13]** 17/21 27/19 29/17 34/23 37/23 45/20 49/11 69/6 82/9 83/5 99/15 118/11 172/8
**leave [14]** 70/13 74/3 77/25 86/18 91/13 91/14 92/5 93/11 97/22 99/1 99/18 100/2 163/18 173/7
**Leavenworth [1]** 110/13
**leaves [3]** 60/1 86/15 91/25
**Lecture [1]** 111/14

**led [3]** 25/3 118/18 119/17
**left [10]** 8/10 23/11 47/14 68/4 68/19 83/12 118/16 118/25 121/19 121/22 127/17
**left-hand [1]** 23/11
**legal [2]** 66/3 144/25
**Legislative [1]** 89/19
**legitimacy [8]** 115/15 116/8 136/19 137/10 139/16 139/21 139/24 140/14
**Lejeune [2]** 147/6 127/7 127/17 128/19 129/1 131/4 163/7 163/8
**less [9]** 41/17 69/17 80/5 92/23 92/24 92/24 92/24 164/14 174/15
**lesser [1]** 97/11
**lessons [3]** 147/23 147/23 148/20
**let [5]** 46/11 147/15 147/15 179/21 187/22
**let's [20]** 35/23 41/18 57/25 58/2 73/6 73/15 78/13 80/21 82/11 84/2 99/9 100/4 102/12 115/24 122/25 139/15 161/9 182/11 188/17 190/3
**letter [3]** 8/9 41/22 41/24
**level [18]** 5/21 34/24 62/18 89/12 90/16 101/23 123/8 148/5 154/24 159/13 160/12 162/22 163/10 166/16 166/18 186/25 186/25 186/25
**levels [4]** 122/22 123/23 131/25 139/4
**levied [1]** 31/10
**liaison [1]** 66/5
**liberties [1]** 181/4
**liberty [4]** 163/19 169/21 171/21 172/7
**lieutenant [1]** 14/10
**life [14]** 5/12 9/5 9/14 36/21 41/18 45/1 52/10 59/2 98/25 122/17 122/22 168/22 171/17 186/24
**life-saving [1]** 171/17
**Lifetime [1]** 111/12
**like [37]** 23/20 30/10 30/10 34/17 34/18 34/25 39/2 49/17 50/24 51/17 51/21 69/8 71/23 76/16 91/1 95/1 103/12 105/23 117/21 118/14 122/3 122/14 126/9 127/20 127/20 132/11 140/9 140/13 147/5 151/5 156/12 157/15 159/12 168/23 185/25 190/17 190/22
**like-fighting [1]** 117/21
**likelihood [1]** 164/15
**likely [8]** 22/16 82/17 82/19 83/9 85/15 85/22 89/1 97/15
**likeness [2]** 77/5 99/23
**limited [7]** 16/8 16/11 44/5 44/6 138/5 148/23 182/12
**limits [2]** 117/8 122/10
**Lindsay [2]** 84/11 84/11
**LINDSEY [1]** 1/22
**line [6]** 69/3 76/12 76/13 80/17 97/13 171/24
**Linebacker [4]** 169/25 169/25 171/11 171/11
**lined [1]** 17/25
**lines [2]** 79/21 124/17
**Lines 6 [1]** 124/17
**lips [1]** 30/12
**list [1]** 102/18
**listed [9]** 17/23 18/11 44/4 47/19 69/22 73/25 84/4 85/2 103/24
**listing [2]** 57/2 72/17
**lists [1]** 102/3
**literature [8]** 112/19 125/2 153/9 154/19 155/5 183/19 183/21 184/4
**little [28]** 15/10 16/10 19/15 37/10 37/12 41/17 42/8 42/10 62/20 66/20 70/9 78/21 81/13 82/25 83/25 86/24 89/18 93/16 93/23 95/13 95/13 99/3 101/25 127/1 127/19 142/6 147/10 151/6
**live [1]** 169/10
**living [2]** 126/3 167/20
**LOA [2]** 73/24 74/2
**load [1]** 119/10
**loaded [2]** 79/25 79/25
**loading [1]** 162/1
**local [1]** 35/16
**located [1]** 35/18
**locked [1]** 80/16
**Logan [1]** 118/5
**logistics [2]** 15/1 162/10
**long [14]** 1/3 64/11 66/4 105/10 109/17 129/2 129/22 151/3 152/23 169/8 171/24 173/7 179/1 186/14
**long-term [1]** 66/4
**look [23]** 4/12 34/25 37/14 55/9 55/11 69/17 69/19 69/20 95/12 95/14 96/4

112/20 136/2 136/9 147/25 155/2 155/2 155/5 155/5 167/11 181/10 184/3 184/4
**lookadage [1]** 120/23 131/14
**looking [20]** 40/25 43/19 57/12 68/17 70/1 71/5 73/1 97/4 98/12 119/6 134/21 139/9 147/23 184/13 184/18 185/16 189/15 189/18 189/19 189/20
**looks [1]** 96/25
**losing [1]** 99/20
**loss [1]** 98/13 171/17
**lost [2]** 98/13 171/17
**lot [27]** 15/3 37/22 45/12 70/11 70/12 70/13 73/10 79/25 87/2 88/23 95/2 95/3 97/23 98/9 101/8 101/17 125/13 125/13 134/10 160/10 167/25 169/12 169/13 178/2 181/2 188/15 189/17
**loud [1]** 129/12
**low [7]** 69/18 88/2 88/25 123/23 138/8 164/13 180/7
**lower [7]** 68/24 69/22 71/5 76/12 86/21 165/5 165/17
**lowering [1]** 4/7 165/2 165/4
**loyalty [3]** 118/24 119/1 140/7
**lunch [3]** 127/21 127/24 128/2
**Luther [4]** 124/1 168/18 179/6 179/13
**Luther King [1]** 124/1
**lying [1]** 127/12

**M**

**MA [1]** 106/9
**ma'am [1]** 147/11
**MacDill [1]** 27/7
**Madam [2]** 52/15 53/7
**made [17]** 29/22 29/23 30/7 30/11 37/15 38/1 38/2 38/3 39/16 49/2 64/23 97/21 137/24 139/1 140/23 148/15 161/6
**magazine [1]** 133/7
**magazines [1]** 140/1
**main [2]** 172/1 189/14
**mainland [1]** 25/14
**mainly [1]** 170/23
**maintain [2]** 116/6 144/1
**maintained [1]** 14/3
**major [19]** 22/2 22/3 68/25 97/15 111/21 118/10 129/10 129/13 139/6 139/11 139/12 146/21 148/18 159/2 162/13 177/3 177/6 177/15 179/4
**majority [3]** 78/6 91/14 93/4
**make [31]** 8/5 8/6 19/16 31/18 34/1 49/17 57/17 62/11 76/20 77/13 77/18 83/20 88/9 88/10 104/7 114/21 138/18 138/25 148/10 159/16 166/1 184/21 185/23 185/24 187/23 188/17 188/20 189/1 189/8 189/16 189/21
**makes [1]** 183/21
**makeshift [1]** 168/3
**makeup [2]** 7/9 134/20
**making [4]** 114/22 121/15 143/2 149/1
**male [2]** 12/16 12/19
**male-only [1]** 12/19
**man [8]** 5/17 11/16 11/16 30/4 136/3 136/12 165/2 168/16
**manage [5]** 16/25 123/14 132/24 133/12 133/17
**managing [3]** 133/18 133/23 138/25
**mandated [1]** 131/23
**manipulated [1]** 12/11
**Manoa [1]** 106/23
**Manogue [1]** 187/24
**manpower [6]** 116/7 116/19 117/1 117/4 117/23 117/23
**Manual [1]** 166/13
**many [50]** 25/1 25/3 27/18 29/16 33/8 33/20 34/11 36/3 37/2 45/14 45/15 45/16 47/23 48/23 54/22 57/9 58/22 62/9 62/19 65/22 70/18 70/21 70/23 79/7 90/1 90/9 98/3 98/21 99/3 101/15 101/20 101/24 110/25 122/4 123/8 123/20 123/24 125/20 131/14 137/23 138/20 148/8 163/12 164/9 165/24 166/7 167/19 167/20 178/20 179/3
**March [1]** 117/16
**marched [1]** 118/7
**marching [1]** 13/17
**Mare [2]** 161/19 162/15
**Marine [43]** 5/18 5/25 6/3 6/5 7/24 8/7 8/10 9/7 9/15 13/12 13/23 13/25 14/10 14/23 15/8 15/12 15/14 27/14 96/5 98/2 122/15 126/6 127/6 127/18 128/24 136/10 147/20 159/5 160/13 160/14 160/17 160/20 162/23 162/24 163/3 168/10 168/24 169/7

**M**

Marine... [7] 79/19 83/6(v) 137/2 184/1
Marines [8] 127/10 127/12 143/6 161/2 161/10 169/1 169/9 169/14
maritime [1] 155/14
mark [5] 77/14 77/19 77/22 79/3 79/8
marker [1] 36/20
marking [1] 8/3
Marland [1] 168/7
Marland Townsend [1] 168/7
Marshall [1] 111/14
martialed [1] 119/17
martials [1] 166/22
Martin [4] 124/1 168/18 179/6 179/13
MARYLAND [3] 1/1 1/6 192/6
mass [1] 61/8
massive [2] 127/13 148/5
mast [3] 31/9 31/11 180/12
master's [4] 26/12 148/15 152/2 152/3
masts [2] 167/21 180/10
material [1] 139/10
materials [2] 122/18 156/9
math [4] 82/13 82/16 83/1 85/18
matter [3] 1/9 7/19 192/9
matters [2] 118/13 147/16
Max [1] 84/17
may [35] 3/13 4/12 9/6 9/14 12/18 17/5 18/12 19/4 23/25 23/25 40/11 44/4 59/12 59/12 59/19 60/2 60/4 61/14 61/19 62/15 62/15 73/11 74/25 76/19 80/6 80/6 81/7 81/8 81/9 93/25 114/2 114/25 128/12 131/21 186/17
May 1931 [1] 131/21
May 26 [1] 23/25
may-recall [1] 44/4
maybe [6] 69/15 79/22 80/7 80/8 104/15 145/22
MC [1] 168/8
MCCARTHY [1] 1/15
McGuire [1] 84/14
McNamara [2] 165/16 185/25
me [44] 11/13 18/23 24/25 27/9 28/11 29/6 29/19 29/22 29/24 30/15 30/21 33/2 33/13 37/9 37/14 38/1 38/3 43/3 46/11 48/18 51/25 53/18 53/19 58/25 62/20 63/22 66/18 68/9 73/13 76/11 76/14 77/22 84/9 84/22 88/18 127/20 142/6 147/15 147/15 168/20 168/20 179/21 187/22 190/5
mean [17] 10/7 28/10 31/21 32/2 74/23 76/18 92/1 97/21 122/7 125/24 126/15 160/9 166/22 169/18 186/6 188/1 190/12
meaning [1] 64/3
meaningful [1] 37/23
means [11] 8/3 16/12 20/10 24/8 31/23 64/6 65/20 160/7 169/19 185/22 186/6
meant [5] 73/9 122/7 134/16 165/4 186/12
measure [1] 91/3
measures [5] 121/19 121/22 121/22 122/6 174/19
medals [1] 23/19
MEDHA [1] 1/19
media [2] 16/6 171/2
medical [3] 73/23 80/7 90/19
Mediterranean [2] 15/7 90/5
meet [4] 7/15 40/19 60/12 90/24
meeting [2] 34/2 40/25
meetings [1] 110/1
member [8] 23/1 24/12 35/13 96/25 104/8 109/20 124/2 124/4
members [39] 35/9 35/15 43/19 57/3 61/24 105/15 110/2 116/7 116/11 116/16 116/21 117/10 118/16 118/23 119/2 119/19 120/25 122/14 122/19 122/20 124/21 125/21 126/8 127/9 130/5 130/10 130/12 130/14 130/19 130/22 134/7 134/12 134/18 135/23 139/21 140/5 140/16 144/13 147/18
men [7] 11/6 11/10 12/20 12/23 13/2 38/13 117/21
men's [1] 94/17
mend [1] 130/25
MENDEZ [20] 1/19 2/7 2/9 2/13 17/15 17/17 18/17 19/4 19/7 29/25 40/9 59/17 89/4 89/8 103/6 149/19 150/7 177/21 185/4 187/6
menial [6] 159/20 160/4 162/4 166/4 167/19 170/22
menial-type [1] 159/20
mental [1] 173/12
mentees [2] 36/10 36/14

mentioned [22] 13/15 16/8 25/20 41/19 45/19 50/14 95/23 107/14 130/3 131/2 137/1 138/14 147/13 147/19 155/17 162/9 164/8 166/7 167/6 168/24 176/22
mentor [2] 27/13 36/1 36/8 41/24
mentoring [1] 8/20
mentors [1] 19/20
merit [27] 21/14 21/20 21/23 22/5 22/6 22/8 22/14 45/19 46/1 46/5 46/9 46/16 47/7 47/8 47/9 47/17 47/20 47/25 48/2 63/21 63/23 81/14 81/21 82/1 82/2 82/6 192/4
mess [4] 160/3 160/8 170/23 177/10
message [1] 160/8
messman [1] 160/8
messmen [2] 160/3 160/7
met [6] 10/10 34/11 40/17 130/8 141/14 177/25
meth [1] 163/4
methodology [16] 83/21 86/6 106/17 107/18 111/5 112/13 112/15 113/7 113/9 113/10 154/24 155/23 155/25 156/6 175/15 175/16
MEU [2] 15/16 15/17
Mexico [1] 107/5
MICHAEL [1] 1/13
MICHEAL [1] 1/23
microphone [2] 19/14 104/23
mid [15] 144/12 145/1 146/17 146/18 146/20 147/1 147/6 148/24 158/25 174/5 174/16 177/4 177/17 177/16 183/5
mid-'60s [1] 174/16
mid-'70s [3] 147/6 158/25 174/5
mid-1960s [1] 145/1
mid-1970s [9] 146/17 146/18 146/20 147/1 148/24 177/4 177/7 177/16 183/5
mid-20th [1] 144/12
middle [7] 27/21 37/12 42/6 75/22 90/5 100/9 148/20
Middle East [1] 90/5
MidEquityStudy.pdf [1] 83/17
midshipman [10] 21/18 22/12 38/14 39/3 39/12 46/25 48/8 75/3 91/5 98/24
midshipmen [58] 15/18 19/22 27/15 36/1 36/4 45/4 45/12 70/11 70/23 72/8 72/11 76/5 76/22 77/13 82/16 82/22 82/23 83/8 83/9 83/16 84/3 84/4 84/6 84/19 85/22 85/22 88/1 88/6 88/9 88/11 88/19 88/22 90/1 91/8 91/13 91/14 91/16 91/25 92/5 92/11 92/11 92/20 94/12 94/20 95/3 95/9 95/14 98/1 98/21 99/24 99/25 101/20 138/21 173/5 173/8 173/10 174/15 174/18
Midway [2] 165/10 166/8 167/8
might [24] 30/22 59/3 78/15 79/16 79/17 80/22 90/17 91/6 92/25 101/18 104/12 119/21 127/22 136/8 138/18 138/22 140/24 141/1 148/4 149/15 169/15 176/20 185/24 188/17
mile [1] 42/7
miles [1] 170/25
militarily [1] 47/17
military [217]
military's [5] 115/14 134/19 138/24 139/16 139/24
military-needed [1] 117/3
million [1] 130/21
mind [7] 3/10 18/22 61/25 63/22 78/25 104/23 150/1
mine [1] 164/6
Minimum [1] 69/3
minor [1] 122/22
minorities [2] 69/22 69/22
minority [11] 8/19 68/23 74/17 166/25 172/5 180/16 180/19 180/24 181/22 182/6 182/21
minute [8] 80/23 81/1 161/24
minutes [3] 3/1 127/24 128/5
Mischaracterizes [1] 59/8
miss [2] 75/9 95/6
missed [1] 58/12
missile [1] 171/15
mission [17] 28/8 28/10 28/12 28/16 28/16 39/23 123/10
missions [3] 32/9 35/18 49/9
mixed [1] 12/18
mixed-gender [1] 12/18
mob [1] 118/6
models [2] 177/17 177/18
modern [10] 9/23 10/1 10/5 11/5 11/9 153/12 153/15 153/17 154/21 185/13

modernized [1] 121/12
moment [1] 72/19
monetary [2] 121/25 122/9
mono [1] 126/16
mono-causal [1] 126/16
Monterey [1] 187/3
month [1] 137/5
months [2] 80/6 123/25
morale [2] 31/17 33/20
more [40] 6/23 7/5 12/16 35/9 39/14 47/13 59/15 68/24 69/17 72/18 74/21 74/23 79/18 82/17 82/19 83/9 85/15 85/22 87/11 89/2 93/16 95/3 95/13 95/13 130/14 134/13 142/7 147/10 148/9 151/16 158/24 165/18 166/24 171/16 175/25 177/13 179/16 182/25 183/23 189/15
Morison [1] 111/13
morning [13] 3/2 3/7 3/14 3/15 3/18 18/7 18/19 18/21 19/8 19/9 40/15 40/16 80/23
MORTARA [20] 1/12 2/7 2/9 2/10 17/9 40/10 40/14 48/8 55/18 59/12 59/16 61/20 62/11 77/9 78/25 89/3 103/7 103/10 103/15
most [37] 16/13 38/7 38/10 39/7 65/8 70/10 70/14 75/17 78/21 83/2 91/5 91/12 92/4 93/10 96/4 97/25 98/1 111/19 116/25 117/6 118/4 119/12 125/19 126/19 126/22 129/25 131/1 153/24 159/19 159/20 162/10 166/19 166/25 167/13 171/11 171/22 172/6
mostly [4] 42/6 74/14 90/13 160/1
motion [1] 157/3
motivation [1] 5/9
motor [3] 14/23 14/25 15/2
Motors [2] 185/23 185/25
move [8] 39/1 104/7 111/24 122/25 137/3 156/13 169/19 169/21
moved [10] 27/5 31/24 106/25 107/5 107/6 107/8 136/6 139/8 139/9
movement [1] 26/7
moves [2] 114/9 158/4
moving [6] 18/3 24/13 28/13 99/19 107/16 162/15
Mr [17] 2/5 2/7 2/7 2/9 2/9 2/10 2/13 2/14 3/17 19/7 40/14 61/22 66/19 89/8 103/10 150/7 177/24
Mr. [48] 3/13 3/18 3/19 12/1 17/1 17/2 17/9 17/15 17/17 18/7 19/4 29/25 40/9 40/10 44/8 55/18 59/12 59/16 59/17 60/14 61/20 61/23 62/11 63/9 68/8 77/9 78/25 79/20 89/3 89/4 103/6 103/7 103/15 149/19 149/23 156/20 177/21 177/22 179/9 185/3 185/4 187/6 187/8 187/16 187/17 188/3 188/19 189/2
Mr. Carmichael [3] 3/13 12/1 17/1
Mr. Connolly [6] 17/2 156/20 177/22 179/9 185/3 187/8
Mr. Gardner [3] 187/17 188/9 189/23
Mr. Mendez [13] 17/15 17/17 18/7 19/4 29/25 40/9 59/17 89/4 103/6 149/19 177/21 185/4 187/6
Mr. Mortara [13] 17/9 40/10 44/8 55/18 59/12 59/16 61/20 62/11 77/9 78/25 89/3 103/7 103/15
Mr. Sherwood [1] 149/23
Mr. Steve Vahsen [1] 60/14
Mr. Strawbridge [3] 68/8 187/16 188/3
Mr. Vahsen [3] 61/23 63/9 79/20
Mr. Wood [2] 3/18 3/19
Ms [4] 2/11 2/12 105/3 141/9
Ms. [22] 12/3 55/10 57/25 59/5 104/3 104/8 104/17 104/18 112/2 113/16 128/12 141/5 141/6 149/8 149/9 156/19 187/24 187/24 188/21 189/25 190/23 191/1
Ms. Gargeya [6] 104/3 104/18 113/16 128/12 141/5 149/9
Ms. Herndon [6] 12/3 188/21 189/25
Ms. Hudson [3] 187/24 190/23 191/1
Ms. Manogue [1] 187/24
Ms. Munnelly [1] 59/5
Ms. Munnelly's [1] 57/25
Ms. Thomas [1] 55/10
Ms. Wyrick [6] 104/8 104/17 112/2 141/6 149/8 156/19
much [37] 17/4 17/8 18/3 19/15 53/4 61/11 61/18 75/8 75/9 77/11 90/4 101/6 103/16 103/21 103/22 104/19 114/22 116/19 118/23 120/4 120/20 121/6 134/21 149/11 149/17 170/10 174/8 177/8 178/2 178/15 187/5 187/10 187/14 188/14 191/9 191/14 191/20

## M

muggings [Deleted] [1] 122/1
Mullen [1] 166/24
multiple [6]  83/5 108/6 126/16 130/4
135/19 145/1
multiservice [1]  113/5
multitude [1]  50/1
munitions [5]  161/25 162/1 162/1 162/16
169/15
Munnelly [2]  56/16 59/5
Munnelly's [1]  57/25
museums [1]  109/14
mutiny [1]  161/14
my [128]   3/2 3/4 3/24 11/25 15/17 17/22
18/1 19/20 22/6 22/24 24/15 24/21 26/12
26/23 27/2 27/9 28/3 29/15 29/19 30/15
30/15 30/20 32/25 33/2 33/3 34/4 35/19
35/20 36/17 36/18 36/19 37/10 37/12
37/13 37/22 38/1 38/10 38/13 38/18 41/2
41/25 42/8 42/10 42/20 44/24 45/24 48/8
48/18 50/15 50/15 50/17 50/17 51/3 52/9
52/10 52/10 52/11 52/16 53/12 53/16
53/17 53/17 53/17 53/18 55/9 57/10 57/10
57/11 57/17 60/25 63/24 65/14 68/8 69/9
71/24 73/8 79/7 89/18 92/7 93/14 105/12
105/20 106/21 107/8 107/25 109/18 109/20
111/19 111/23 112/16 115/4 123/5 124/12
139/7 140/16 140/19 142/4 142/22 146/10
147/14 147/24 147/24 148/22 149/5 152/3
154/5 154/21 155/13 156/2 156/4 156/5
158/13 158/18 158/23 168/21 168/22
168/22 180/12 183/23 184/18 186/2 187/6
188/21 189/3 189/4 189/13 189/14 191/10
myself [7]  34/7 40/20 60/9 67/2 67/4
100/7 155/5

## N

nail [1]  49/17
name [19]  3/10 19/1 19/10 60/24 61/4
61/8 61/15 61/16 77/5 99/23 104/9 104/24
150/2 150/3 150/3 150/9 163/21 172/23
172/24
named [1]  168/14
nappy [1]  30/10
NAPS [8]  5/24 20/25 21/1 23/5 41/23
49/23 94/4 94/6
narrowly [1]  129/20
narrowly-averted [1]  129/20
NASO [1]  155/13
nasty [2]  29/12 30/13
nation [5]  96/15 117/18 118/24 119/1
119/3
national [8]  27/3 108/1 108/3 123/11
127/4 158/16 158/21 172/17
nationals [2]  35/17 130/20
nature [5]  38/14 67/15 69/15 73/18
168/15
natural [1]  33/7
NAV [1]  180/18
naval [188]   1/6 1/21 4/10 5/22 14/6
16/21 19/13 19/18 19/24 20/2 20/13 20/18
20/19 20/21 21/1 21/3 21/5 21/7 21/9
21/21 22/5 22/15 22/19 22/20 23/4 24/18
26/3 26/16 27/10 27/11 33/15 33/16 35/24
36/1 38/3 38/11 39/4 39/9 41/5 41/20
41/23 42/2 42/13 42/18 43/1 43/5 43/12
43/15 43/19 44/15 44/20 46/22 47/6 48/20
48/24 48/24 49/4 49/6 49/23 49/25 50/1
50/7 50/8 50/12 51/5 51/8 51/12 51/23
52/2 52/7 53/2 53/13 53/15 55/4 60/15
63/19 64/14 64/18 65/1 65/18 66/5 66/7
70/7 70/18 70/23 75/3 75/16 84/21 87/9
90/17 91/6 91/13 92/2 92/5 92/10 93/11
94/9 94/14 94/19 95/10 95/24 96/1 99/12
101/3 101/10 102/7 102/10 115/19 118/15
119/8 129/14 131/10 149/2 150/12 150/15
150/17 150/19 150/22 150/24 151/2 153/2
153/3 153/12 153/15 153/17 153/17 153/20
154/1 154/3 154/12 154/15 154/18 154/20
154/23 154/25 155/9 155/11 155/14 155/21
156/14 156/17 157/11 158/16 158/20
158/23 159/7 164/5 164/6 165/9 167/8
167/12 172/11 172/21 172/25 173/3 173/8
174/4 174/14 174/17 175/13 175/21 175/23
175/24 176/3 176/9 176/14 176/16 176/21
176/18 176/21 176/22 176/25 177/2 177/15
177/17 182/5 182/5 182/17 182/24 183/9
183/12 183/17 183/25 184/11 184/16
184/24 185/13 187/3
Naval Academy [1]  175/21

## N (cont.)

Navy [117]  6/8 7/9 16/18 23/1 23/3 23/14
27/14 33/19 33/20 34/1 34/8 35/21 36/21
39/6 39/8 39/9 40/16 40/18 42/21 43/6
42/4 62/13 62/13 62/17 63/3 64/16 76/21
117/15 117/15 121/11 121/15 122/17
123/12 129/16 129/18 131/12 131/13 133/9
133/13 134/3 134/23 135/12 136/9 143/6
147/19 150/16 150/18 150/25 150/25 154/5
154/14 155/21 156/4 156/16 157/9 157/10
159/1 159/3 159/14 159/19 159/21 160/20
161/4 161/5 161/7 161/8 162/8 163/11
163/13 163/13 164/11 164/14 164/16
164/18 164/20 164/24 165/1 165/14 165/20
165/21 165/23 166/5 170/8 171/4 171/8
171/13 171/23 175/4 175/7 176/9 177/4
177/7 177/8 177/16 178/8 178/12 179/18
180/20 181/8 181/12 181/16 181/20 181/24
182/2 182/3 183/5 183/13 183/18 184/1
185/9 185/10
Navy's [7]  89/19 135/14 156/14 158/14
167/1 174/25 175/1
NCOs [1]  134/8
nearby [1]  161/18
nearly [2]  47/15 171/5
necessarily [5]  10/8 16/14 69/7 69/13
83/21
need [5]  54/4 110/2 110/3 117/9 137/5
needed [4]  117/3 148/15 159/17 165/18
needs [5]  50/16 116/8 116/20 117/1
122/20
negatively [1]  144/8
Negroes [1]  121/13
Neither [1]  44/6
never [6]  15/19 51/13 53/14 117/18
126/15 142/14
nevertheless [2]  66/8 69/10
new [7]  39/14 107/5 121/10 121/11 138/13
151/8 180/20
newest [1]  104/8
Newport [2]  175/22 187/2
newspaper [1]  119/4
newspapers [1]  139/25
NEX [2]  29/4 31/4
next [29]  9/1 17/8 17/12 17/14 17/17
17/21 17/22 18/1 17/8 59/25 60/14 61/8
69/9 69/10 72/14 97/10 98/10 99/6 100/14
100/23 103/18 103/23 149/16 149/19
187/13 187/14 187/23 188/2 188/2
Nguelifack [1]  84/23
NHHC [1]  156/3
nice [6]  62/6 103/22 104/3 104/17 112/8
178/1
Nicolas [1]  169/7
NIL [5]  76/25 77/4 99/7 99/22 99/25
nine [1]  90/2 109/10
Nixon [2]  165/1 170/4
no [79]   1/4 3/20 3/21 4/11 8/8 9/12
12/14 12/16 12/17 15/22 15/25 16/6 32/1
39/5 40/18 41/2 44/24 47/13 47/15 47/23
48/20 51/24 52/1 59/10 59/10 59/15 60/5
62/12 63/1 82/17 82/19 87/6 88/16 88/16
89/2 91/7 91/24 92/3 92/6 102/24 103/2
103/4 103/5 112/3 112/4 115/18 115/20
129/15 139/11 139/12 141/4 141/15 142/13
142/22 146/15 146/19 149/10 156/21 159/4
159/6 159/8 159/11 159/23 160/14 164/19
173/2 177/5 180/16 181/22 183/4 183/11
183/16 183/24 184/9 185/2 188/7 190/12
190/12 191/5
NOAH [3]  1/23 7/21 124/16
Nobody [1]  66/18
Nokia [1]  16/3
nominated [1]  173/10
nomination [1]  138/18
nominees [1]  138/22
non [3]  68/23 76/4 78/14
non-Caucasian [1]  68/23
non-graduation [1]  78/14
non-varsity [1]  76/4
none [4]  16/7 117/15 135/12 163/25
nonjudicial [1]  31/9
nonprofit [1]  66/6
nontraditional [3]  70/9 89/18 117/6
normal [4]  74/12 89/15 98/1 189/4
normalize [3]  82/14 82/15 83/1
normalized [1]  82/20
normally [3]  80/18 86/19 93/19
NORRIS [1]  1/14
North [2]  169/21 170/3

## N (cont.)

North Vietnam [1]  169/21
North Vietnamese [1]  170/3
Northwestern [1]  106/1
not [197]
note [3]  62/17 83/19 100/23
noted [2]  185/20 186/8
notes [4]  1/24 55/9 55/11 102/6
nothing [10]  16/25 17/3 52/6 59/18
137/25 149/7 185/5 187/7 187/9 191/8
notices [1]  189/9
notion [1]  134/10
notwithstanding [2]  66/12 66/15
now [42]  11/3 14/21 18/4 35/23 48/8
48/11 48/20 57/25 58/2 58/15 68/17 69/9
72/17 73/7 73/11 76/25 80/22 81/2 81/5
81/20 84/19 85/6 86/5 96/19 100/4 102/1
102/12 105/12 108/17 128/6 128/9 140/16
161/9 164/5 168/20 170/18 181/1 182/1
187/16 188/5 191/16 191/21
NROTC [4]  175/13 175/21 176/2 176/16
nuclear [1]  169/3
number [39]  37/4 47/16 49/5 49/14 49/17
49/19 74/5 74/13 81/14 83/1 86/1 94/13
118/7 135/7 135/18 137/16 138/3 138/7
139/4 145/20 145/25 154/21 157/22 162/17
164/13 165/3 166/18 169/11 170/21 173/11
174/4 174/19 174/20 174/21 175/12 182/2
182/21 184/10 187/1
numbered [8]  24/10 24/10 58/2 58/15
58/16 190/14 190/16 190/18
Numbered 785 [1]  58/2
numbering [1]  8/8
numbers [4]  24/8 66/25 85/17 138/8
numerous [2]  24/24 46/23
nurse [2]  117/14 117/16
nurses [5]  117/9 117/12 117/15 117/17
117/19

## O

O'CONNOR [2]  1/22 1/23
oath [1]  10/13
objection [8]  43/24 54/16 54/18 54/23
55/5 55/6 59/8 59/11
objectives [2]  27/3 28/12
objects [1]  4/2
obligation [1]  78/4
observed [1]  77/4
obstacle [1]  37/8
obtain [1]  151/24
obtained [2]  64/12 142/1
obvious [1]  62/16
obviously [4]  80/24 125/24 133/12 189/4
occasionally [1]  67/2
occur [1]  29/14
occurred [6]  41/5 62/20 144/11 146/13
163/6 165/6
occurrences [1]  13/10
occurs [1]  79/14
ocean [1]  171/20
OCS [1]  175/21
October [3]  151/4 169/24 170/1
October 12th [1]  169/24
October 23rd [1]  170/1
OD [2]  122/1 122/1
odd [1]  24/10
odd-numbered [1]  24/10
off [8]  3/4 13/7 47/19 75/21 130/19
168/19 169/15 188/15
offense [1]  180/14
offer [6]  97/25 98/20 101/15 146/21
157/13 157/16
offered [3]  4/6 124/13 184/9
offering [13]  114/15 114/18 115/7 115/12
115/16 115/19 118/16 147/24 158/9 159/3
159/5 159/7 159/9
offers [1]  121/12
office [11]  65/23 65/23 66/1 89/19 110/5
132/21 133/20 150/23 157/2 167/12
173/22
officer [67]  5/18 7/2 7/6 14/23 15/1
21/18 22/21 23/24 24/14 25/15 25/15
25/17 25/18 25/20 25/21 25/22 25/23
26/18 26/18 26/25 27/10 27/11 27/14
29/19 30/15 32/18 32/23 33/18 34/13
35/24 35/25 36/13 38/10 39/20 39/22 40/1
41/7 41/11 48/9 52/11 57/6 58/1 64/18
64/19 75/3 84/12 89/13 133/23 134/20
135/12 158/14 158/19 159/1 164/4 166/13
167/3 170/15 174/22 175/1 175/11 175/13

207

O

**officer...** [1] 176/20 177/2 177/11
**Officer 1** [1] 57/6
**Officer Corps** [15] 7/2 36/13 39/20 39/22 40/1 134/20 158/14 158/19 159/1 174/22 175/1 175/11 176/12 176/20 177/11
**Officer Training** [2] 175/13 176/3
**officer's** [1] 133/22
**officers** [37] 8/19 8/21 16/17 23/13 34/8 41/12 91/4 95/15 96/9 119/11 121/1 122/12 132/22 134/7 134/22 135/7 135/10 135/13 135/14 135/15 135/18 136/22 137/13 138/4 138/7 140/17 145/17 147/21 148/10 158/24 159/21 163/21 167/2 167/4 175/4 175/7 185/18
**offices** [1] 137/18
**official** [7] 109/15 116/14 120/22 125/14 145/8 192/1 192/16
**offline** [7] 31/19 31/21 31/23 169/17 169/18 169/23 170/6
**often** [19] 36/10 95/13 95/14 95/16 96/13 97/23 112/25 115/9 117/6 121/20 121/25 122/10 122/13 122/17 122/23 123/1 125/7 125/9 129/24
**oftentimes** [2] 28/17 34/1
**Oh** [4] 42/4 91/20 145/22 180/12
**oiler** [3] 165/8 171/20 171/20
**oilers** [1] 171/22
**okay** [33] 3/21 4/9 9/20 10/10 14/6 14/9 16/24 17/16 18/6 46/6 46/20 46/20 55/15 55/24 56/5 58/12 60/16 60/20 63/4 102/1 103/23 104/5 104/10 141/16 142/16 149/1 158/13 167/18 182/11 188/13 189/14 190/14 191/19
**Okinawa** [1] 124/8
**old** [1] 133/9
**olive** [1] 122/1
**Olongapo** [1] 172/9
**once** [5] 79/2 86/11 92/23 183/23 189/3
**one** [83] 8/16 9/3 12/1 17/10 17/19 17/24 19/20 29/5 29/24 37/11 39/10 39/10 45/20 47/23 50/3 52/13 62/18 62/19 64/6 65/25 67/5 67/9 67/14 67/18 67/19 67/21 68/20 69/3 69/16 75/20 75/22 76/4 76/6 76/7 76/10 76/18 78/19 80/9 84/20 84/24 86/14 87/11 91/7 92/12 92/13 93/22 96/7 98/22 99/18 100/7 108/5 108/22 122/1 125/19 127/10 127/23 128/4 130/5 135/11 140/1 141/19 145/16 147/3 161/16 161/24 163/24 163/21 165/7 165/8 168/7 170/5 170/6 170/11 173/17 175/12 175/15 180/4 180/22 182/19 185/6 187/4 188/16 190/9
**one-hour** [1] 127/23
**one-star** [1] 187/4
**ones** [8] 17/25 68/25 71/23 73/25 108/12 110/10 112/23 166/19
**onion** [1] 100/15
**onions** [1] 160/9
**online** [5] 70/12 74/14 97/24 101/17 170/5
**only** [26] 12/10 12/19 64/6 69/14 73/9 86/10 103/24 104/12 117/19 118/13 119/19 122/1 124/12 138/6 159/17 164/16 165/24 163/13 168/21 169/25 170/15 171/21 174/3 176/14 180/12 184/18
**OOM** [5] 87/20 88/7 88/11 88/21 88/25
**OOMs** [2] 88/2 88/2
**open** [2] 13/19 15/15
**opening** [5] 65/14 67/19 67/22 73/8 99/7
**operates** [1] 12/15
**Operation** [2] 169/24 169/25
**operational** [1] 172/14
**operations** [18] 25/7 25/9 25/15 25/17 25/18 26/4 26/17 27/6 33/15 33/17 35/3 65/6 150/20 150/25 153/22 153/25 167/12 176/25
**operator** [1] 30/18
**operator's** [3] 29/9 29/23 30/8
**operators** [2] 25/4 29/5
**opine** [3] 112/6 155/19 155/20
**opinion** [32] 4/6 6/18 6/22 7/1 12/15 12/22 42/17 42/20 114/17 115/2 115/4 115/7 115/12 115/25 116/3 122/25 123/4 125/15 139/15 139/17 158/11 158/13 158/17 158/18 158/22 158/23 159/12 162/21 172/19 184/9 189/3 189/5
**opinions** [17] 43/8 112/7 114/15 115/16 115/19 115/24 140/20 155/17 156/10 156/23 157/12 158/9 159/3 159/5 159/7

159/9 166/14
**OPNAV** [1] 167/11
**opportunities** [2] 41/11 166/21
**opportunity** [12] 36/19 70/24 76/22 86/8 127/1 122/5 122/8 136/24 138/10 145/3 177/9 191/13
**opposed** [2] 14/5 143/6
**opposition** [1] 157/3
**Ops** [2] 29/4 31/4
**Ops NEX** [1] 29/4
**opt** [1] 81/24
**option** [1] 77/18
**options** [1] 76/20
**oral** [3] 155/4 155/4 156/5
**orange** [2] 88/3 88/4
**oratory** [2] 189/20 189/21
**order** [32] 21/13 21/20 21/23 22/4 22/6 22/8 22/14 45/19 46/1 46/5 46/9 46/16 47/7 47/8 47/8 47/17 47/20 47/25 48/2 63/21 63/22 81/14 81/21 82/1 82/2 82/6 116/6 116/25 120/1 126/21 182/25 190/18
**ordered** [2] 120/16 174/17
**ordering** [1] 169/9
**orders** [1] 167/23
**Ordnance** [1] 96/5
**organization** [1] 66/6
**orient** [4] 71/25 73/15 74/4 83/13
**oriented** [1] 5/6
**originally** [1] 157/22
**other** [59] 4/13 15/3 17/24 25/11 29/13 30/13 31/24 32/21 39/1 39/1 41/12 45/6 46/22 48/10 55/17 56/2 56/8 58/13 59/3 59/6 60/6 61/8 66/3 74/18 75/1 75/2 76/19 76/23 76/25 78/24 86/14 92/7 93/15 93/25 98/9 99/13 100/18 111/21 112/16 113/5 113/8 122/20 127/2 128/20 128/25 131/5 133/5 145/10 150/25 154/1 156/6 158/23 166/5 167/14 169/14 170/21 173/8 176/15 177/10
**other's** [1] 134/13
**others** [9] 4/23 5/2 34/18 41/14 44/18 47/18 104/15 104/16 161/15
**otherwise** [1] 12/12
**our** [56] 8/17 9/6 9/15 23/13 24/9 24/10 25/12 27/6 28/18 28/20 28/21 28/22 29/5 29/13 31/17 32/16 32/21 32/21 33/8 33/18 33/20 34/3 34/21 35/7 35/21 35/22 36/22 38/24 40/5 49/9 49/13 59/21 63/14 65/22 70/21 76/5 76/7 78/6 78/22 84/14 86/16 92/11 92/13 93/8 96/14 98/20 98/22 99/8 99/21 99/24 104/8 104/8 110/1 127/24 188/11
**out** [49] 5/12 11/21 13/11 18/10 24/11 25/8 37/13 38/18 48/20 49/1 60/23 63/15 65/9 67/18 68/22 68/24 69/17 76/21 77/21 78/16 79/6 79/8 80/12 83/22 86/7 86/12 92/20 93/16 96/3 98/22 99/11 101/13 113/23 118/15 122/4 123/14 124/4 125/16 135/12 162/2 162/3 162/15 170/2 170/7 170/10 171/3 174/16 182/19 189/5
**outbreak** [3] 129/10 145/13 183/4
**outbreaks** [5] 118/11 128/22 131/10 184/16 184/24
**outcome** [2] 31/7 49/9
**outcomes** [1] 10/24
**outlining** [1] 87/1
**outside** [11] 19/20 22/2 43/24 44/2 48/5 108/9 129/3 142/11 144/17 149/3 180/21
**over** [27] 12/25 13/8 15/10 24/25 25/12 72/4 72/8 72/12 79/9 86/2 86/3 87/11 90/4 95/17 100/11 101/25 103/18 126/5 129/5 129/12 130/12 134/25 137/19 163/8 163/20 189/2 189/3
**overall** [16] 21/13 21/20 21/22 33/19 45/19 46/4 46/5 46/16 47/17 48/2 63/21 63/22 72/2 83/3 91/21 101/20
**overrepresented** [1] 88/2
**overruled** [1] 59/11
**overseas** [3] 26/10 129/23 129/24
**overt** [5] 143/13 143/16 143/22 144/11 181/18
**owed** [2] 124/24 140/7
**own** [16] 4/23 6/13 6/15 13/7 48/5 93/21 107/25 134/4 137/20 147/19 156/2 185/22 186/3 186/14 186/11 186/14

P

**p.m** [4] 81/4 128/8 128/8 191/23
**Pacific** [9] 25/7 25/9 35/3 35/6 90/4 162/10 162/11 162/12 162/16

**package** [1] 45/6
**packages** [1] 43/16
**page** [36] 65/18 85/2 85/2 85/7 87/12 87/15 97/4 98/10 98/11 100/10 102/2 102/17 124/16 192/9
**Page 14** [1] 87/12
**Page 2** [2] 98/11 102/17
**Page 220** [1] 124/16
**Page 4** [1] 85/2
**Page 7** [1] 85/7
**page of** [1] 87/15
**page that** [1] 102/2
**paid** [1] 99/23
**pandemic** [2] 70/8 93/6 93/10 97/15 97/18
**pane** [3] 69/4 69/23 71/5
**panel** [1] 73/7
**panes** [2] 68/4 75/22
**pans** [1] 121/17
**paper** [5] 54/4 87/11 87/12 87/24 157/22
**Paper Number 46** [1] 157/22
**paperwork** [2] 65/7 87/18
**Paragraph** [2] 8/16 8/25
**Paragraph 2** [1] 8/16
**Paragraph 6** [1] 8/25
**paragraphs** [2] 190/14 190/16
**PARALEGAL** [1] 1/22 1/22
**parallel** [2] 130/24
**parameters** [1] 14/3
**paraphrase** [1] 130/23
**paraphrasing** [1] 133/12
**parentheses** [1] 100/18
**part** [35] 15/8 15/19 34/10 38/2 38/4 38/17 41/6 43/22 44/11 51/18 54/14 67/15 71/24 72/24 73/4 74/8 74/18 88/24 101/11 114/23 117/9 117/17 119/18 120/3 127/15 132/5 135/19 135/22 137/10 139/20 140/9 140/14 150/17 159/19 171/11
**participate** [3] 70/22 98/23 99/14
**participates** [1] 76/7
**participation** [2] 75/24 176/20
**particular** [7] 78/10 78/19 78/20 85/21 153/13 157/9 167/6
**particularly** [7] 40/20 111/22 123/12 127/4 134/23 137/1 189/17
**parties** [1] 190/10
**partner** [2] 28/17 35/8
**partners** [6] 28/18 28/22 32/21 32/22 33/8 53/19
**partnerships** [1] 40/5
**parts** [1] 131/5
**pass** [1] 16/12
**passed** [1] 173/11
**passion** [1] 5/18
**past** [12] 77/4 77/25 79/3 80/6 80/6 82/14 127/20 138/21 148/15 159/10 184/18 184/19
**pathway** [1] 36/20
**PATRICK** [1] 1/13
**payments** [1] 99/25
**peace** [1] 170/3
**peeling** [2] 100/15 160/10
**peer** [2] 110/25 111/2
**Pennsylvania** [1] 118/14
**Pentagon** [6] 26/2 26/7 132/21 133/1 135/24 187/1
**people** [40] 10/23 37/22 42/25 43/3 43/4 43/7 44/3 48/17 48/22 62/16 69/14 69/15 73/1 79/2 79/6 84/9 86/18 99/16 108/5 119/3 121/7 122/4 125/24 126/20 126/21 134/15 137/4 137/5 137/19 138/22 168/1 168/5 168/6 168/8 168/16 169/14 180/22 182/15 186/10 189/19
**per** [2] 86/3 174/15
**perceived** [6] 137/9 140/3 172/4 180/5 180/6 180/7
**percent** [39] 22/6 22/16 46/2 46/2 46/8 52/13 69/6 69/8 69/12 69/25 72/9 72/12 72/15 86/17 86/20 88/6 88/9 88/10 91/11 91/15 91/18 91/22 92/16 92/16 93/5 94/11 100/12 100/16 101/25 117/2 120/9 135/13 135/14 175/6 175/9 176/17 176/18 176/22
**percentage** [13] 79/10 91/3 91/8 91/16 91/19 92/14 93/2 94/9 174/1 174/6 174/9 175/4 175/7
**perception** [6] 118/21 140/12 144/7 166/23 180/11 181/18
**perceptions** [2] 12/24 13/7
**perform** [5] 92/1 94/19 95/9 121/3 161/8
**performance** [13] 8/17 21/17 21/18 22/1

# P

performance [29] 12/1 35/2
46/24 46/25 47/1 47/21 50/17 90/15
performed [3] 159/19 166/4 169/3
performing [1] 170/22
perhaps [4] 17/7 59/24 100/1 117/5
period [29] 26/19 32/9 33/13 72/4 72/8
72/12 77/11 86/2 86/3 107/4 116/18
128/21 139/18 140/20 145/4 147/14 148/25
153/13 153/20 156/1 161/10 163/12 165/13
179/7 180/15 181/17 183/2 183/3 183/10
periods [1] 154/1
permanent [1] 129/9
permission [1] 60/2
perpetrators [5] 29/16 31/8 38/18 39/9
41/9
persistence [1] 139/11
person [11] 4/14 9/18 28/15 58/20 64/6
69/16 74/15 83/5 84/24 120/8 168/13 186/16
person's [1] 45/6
personal [3] 9/6 9/15 122/17
personally [1] 183/24
personnel [1] 23/14
pervasive [1] 123/6
petty [2] 167/3 167/3
Ph.D [5] 106/9 106/21 142/1 152/2 152/17
phenomenon [1] 74/8
Philippines [3] 163/18 169/21 172/9
philosophy [1] 152/2
phone [1] 16/3
phones [1] 16/4
photograph [1] 119/7
phrase [1] 121/25
phrased [1] 54/22
physical [7] 21/19 22/13 43/17 73/24
86/13 90/24 173/12
physically [3] 32/3 96/2 96/6
pick [2] 19/16 164/16
picking [1] 86/23
picture [3] 29/9 131/20 170/8
piecemeal [1] 120/2
pilots [1] 152/5
pin [1] 23/15
pipe [1] 16/11
pipeline [2] 176/1 185/19
pivot [1] 75/21
place [5] 104/10 126/22 131/10 138/6
148/24
placement [1] 35/11
places [3] 118/13 124/8 126/19
plaintiff [9] 1/4 1/12 18/11 18/13 44/4
60/16 60/18 103/25 191/4
plaintiff's [16] 2/4 53/25 54/2 58/16
66/23 71/15 83/12 87/13 96/19 100/4
102/1 102/12 102/15 124/20 157/3 157/11
plaintiffs [1] 63/14
plan [4] 135/3 146/1 146/4 187/24
planes [1] 171/16
plans [1] 135/6
platoon [4] 24/14 24/15 25/3 25/4
platoons [3] 24/24 25/1 25/2
play [8] 5/12 70/24 92/25 99/9 101/2
101/5 101/11 129/12
played [10] 97/15 99/7 99/7 100/24
120/21 125/3 126/14 148/2 176/11 177/15
player [1] 129/12
players [6] 76/19 76/23 99/21 100/17
101/3 102/10
playing [1] 99/19
please [34] 3/6 3/10 3/10 7/21 18/23
18/25 19/10 21/16 29/24 50/21 51/7 61/14
70/3 70/5 73/12 74/22 84/10 86/8 104/22
104/22 104/24 106/19 113/14 114/17 115/2
115/7 115/12 124/16 149/23 150/9 153/19
154/17 181/9 183/15
pleased [1] 191/10
pleasure [2] 40/19 60/12
plenty [1] 189/22
plus [1] 167/9
PME [1] 109/13
poach [1] 137/17 185/21 186/8
Pocahontas [1] 39/17
podcast [2] 151/1 154/22
point [36] 13/4 20/4 28/13 28/13 37/12
73/13 79/6 80/22 94/5 97/3 97/13 98/11
98/12 129/10 123/8 129/1 129/3 129/14
130/16 132/20 133/16 137/22 138/1 145/6
145/16 145/21 145/25 155/16 170/10
186/13 188/3 188/9 189/13 189/14 191/4
191/6

pointed [2] 86/12 134/23
police [2] 130/6 130/6
political [9] 8/24 9/11 11/11 12/7 27/11
12/24 44/12 122/2 122/7 125/14
policy [5] 14/18 48/15 50/5 116/15
122/22
pool [1] 138/22
poor [1] 117/22
poorly [2] 119/9 179/19
popular [3] 45/14 45/15 92/24
population [1] 76/6
port [11] 16/15 119/7 119/8 161/14
161/18 161/20 161/23 161/24 162/13
162/15 171/1
portal [4] 76/24 99/7 99/9 99/17
portion [10] 67/8 93/7 94/3 99/5 124/12
129/5 129/7 137/6 139/22 143/10
portions [1] 98/13
posed [1] 150/24
position [16] 12/10 12/11 29/21 30/23
30/24 31/24 31/24 33/4 35/1 65/18 105/6
107/2 107/8 120/5 151/3 152/23
positions [6] 15/14 24/13 119/21 160/3
177/12 187/1
posture [10] 4/17 4/20 4/23 5/2 5/6
5/10 33/5 84/18 122/9 135/5
possess [1] 75/2
possible [5] 50/7 50/9 51/4 51/12 52/5
post [2] 129/2 153/25
postgraduate [1] 187/3
potatoes [1] 160/10
potential [7] 43/19 44/20 45/3 47/4
138/22 164/1 164/3
potentially [1] 45/4 47/5 71/1
Powell [1] 121/10
power [5] 168/17 170/2 170/9 180/16
181/23
powerful [5] 35/20 116/13 118/25 146/23
177/19
practical [2] 140/24 140/25
practice [1] 184/19
practiced [1] 164/11
practices [2] 34/20 125/14
practicing [1] 178/9
Prairie [1] 175/14
Preble [1] 154/21
precise [1] 101/2
precisely [1] 176/11
predecessor [1] 153/3
predict [3] 149/6 159/9 184/20
predicting [3] 184/13 184/15 184/23
prediction [1] 149/1
predictor [1] 83/4
predominant [1] 170/9
predominantly [1] 182/21
preexisting [1] 156/2
prefer [3] 4/2 141/18 190/18
preference [5] 3/20 3/21 3/22 47/10
61/23
preferences [2] 50/13 51/5
preferred [1] 190/10
pregnancy [1] 122/19
prejudices [1] 144/4
preliminary [1] 157/4
prep [2] 49/25 175/25
preparatory [5] 20/19 20/21 23/4 138/23
175/19
prepare [2] 71/23 112/10
prepared [3] 68/2 114/6 158/1
preparing [6] 112/14 112/21 155/24 157/2
160/9 162/19
presence [2] 36/19 148/3
present [7] 1/20 12/18 12/19 38/22 58/10
154/8 184/14
presentation [3] 56/16 57/25 86/24
presentations [1] 151/1
president [3] 42/13 165/1 174/14
President Johnson [1] 174/14
President Nixon [1] 165/1
presidential [1] 23/21
press [4] 136/19 136/19 136/19 140/3
pressure [2] 121/21 170/2
presumably [1] 41/12
presume [1] 76/11
pretend [1] 39/18
pretrial [1] 190/17
pretty [5] 37/15 55/10 90/4 120/4 170/9
prevalent [1] 167/13
prevent [1] 120/25
prevented [1] 173/14

preventing [1] 177/15
previous [3] 46/12 18/15 157/18
previous [1] 177/18
pride [1] 125/8
primarily [14] 28/3 28/6 53/23 66/2
69/20 74/10 86/18 97/6 119/9 126/20
128/23 143/19 147/15 160/2
primary [9] 65/25 66/5 98/4 98/22 101/9
112/17 126/25 155/2 169/2
printed [1] 67/18
prior [8] 10/10 86/19 93/6 97/16 99/11
105/24 148/24 160/14
prioritize [2] 81/25 82/2
prioritizes [1] 82/6
priority [1] 88/21
prisoners [1] 129/4
private [4] 4/1 185/21 186/9 186/9
privilege [1] 103/14
probably [13] 19/25 20/15 21/10 22/6
37/12 45/12 77/24 93/4 101/25 148/19
149/13 163/6 188/6
problem [11] 11/18 56/3 69/11 69/13
69/24 115/11 123/3 123/15 125/13 125/14
131/16 134/11 135/20 137/14 138/1
problematic [1] 11/20
problems [9] 76/18 121/2 125/17 125/18
131/12 132/24 163/7 174/25 181/1
procedure [4] 4/15
procedures [1] 121/24
proceed [6] 3/13 19/4 40/11 59/12 61/19
114/3
proceedings [1] 192/8
process [25] 4/10 31/6 39/10 42/1 42/19
43/2 43/6 43/22 44/11 46/21 47/15 48/7
49/5 49/9 56/12 93/23 119/25 120/2
120/11 120/11 134/5 149/3 184/12 184/17
185/6
produce [1] 49/16
produced [2] 171/21 182/8
produces [1] 177/17
productive [1] 191/10
profession [1] 5/6
professional [2] 109/13 110/14
professionals [1] 34/9
professor [46] 61/2 84/17 84/17 105/4
105/7 105/11 106/22 107/1 107/9 107/10
107/20 108/8 110/16 111/25 112/5 112/8
112/10 112/20 113/13 114/6 114/15 115/2
118/20 119/23 122/6 122/24 124/10 124/20
126/12 127/25 128/16 131/2 132/8 134/19
137/12 139/17 140/16 141/17 141/19
141/21 164/5 173/22 185/7 185/20 186/8
187/10
Professor Arcidiacono [1] 61/2
Professor Bailey [4] 105/4 108/8 112/8
185/20
Professor Beth Bailey [1] 111/25
Professor Sherwood [1] 185/7
professor's [1] 60/24
professorship [1] 105/13
professorships [2] 105/15 105/16
profound [4] 121/2 130/4 135/11 145/13
profoundly [1] 123/22
prognosticate [1] 149/6
program [7] 76/17 93/24 134/4 165/16
173/18 175/16 176/16
programs [9] 109/12 133/25 138/10 138/14
138/23 145/19 175/12 176/15 182/10
project [5] 114/10 165/16 182/11 182/14
188/1
projects [4] 35/12 66/4 110/20 110/21
promise [1] 132/14
promising [1] 175/17
promotion [6] 122/12 122/13 166/20
179/23 181/6 181/10
promptly [1] 30/25
prone [1] 127/13
pronounce [2] 60/25 61/4
properly [1] 51/15
proportions [1] 132/12
proposed [2] 190/5 190/11
proposition [1] 171/17
protect [1] 169/2
protest [1] 170/16
protested [1] 161/19
protracted [1] 120/2
provide [14] 32/14 33/25 37/6 39/14
65/25 102/25 109/11 155/16 160/22 161/16
164/23 174/6 176/15 190/2
provided [4] 7/20 84/16 84/25 177/9

**P**

provider [2] 79/21 79/24
provides [3] 30/15 176/14 176/16
providing [1] 148/21
provoked [1] 129/25
provoking [1] 136/16
prowess [1] 94/25
public [23] 14/18 20/4 20/9 48/15 62/12 62/17 109/14 115/14 116/8 116/9 118/23 119/15 121/4 130/14 136/18 137/7 137/11 139/16 139/22 139/24 140/5 140/6 155/8
public's [1] 118/20
public-facing [1] 109/14
publically [1] 133/7
publications [3] 110/25 111/4 143/5
publicly [1] 132/22
publish [1] 80/18
published [6] 80/18 110/23 120/22 121/10 155/6 155/14
publishes [1] 109/16
Puerto [1] 127/9
Puerto Rican [1] 127/9
pull [5] 7/21 9/20 10/15 11/3 11/23
pulled [6] 16/15 79/21 79/23 80/3 169/17 170/10
punished [1] 39/12
punishment [2] 31/9 31/13
purpose [1] 108/21
purposes [1] 114/10
pursuant [1] 192/6
pursue [1] 76/20
PUSTERLA [1] 1/23
put [13] 34/22 35/1 35/20 54/6 74/20 87/25 102/12 123/13 125/15 147/17 168/21 170/2 186/10
putting [4] 62/23 95/8 95/16 96/11
PX [1] 122/18

**Q**

Qualification [1] 58/4
qualified [16] 23/14 43/23 43/23 44/12 44/12 44/15 44/23 45/7 45/7 54/14 55/3 56/9 59/7 111/25 156/13 182/9
qualitative [1] 164/11
qualities [3] 95/23 96/1 96/17
quality [3] 4/17 4/23 5/6
quantities [1] 16/13
quarantined [1] 97/23
quell [1] 164/2
quelled [1] 164/1
quelling [1] 168/14
question [42] 11/7 38/1 44/9 44/22 46/11 46/12 46/18 47/11 50/21 51/7 51/18 51/25 52/16 52/20 53/6 53/8 53/9 53/10 53/12 54/22 55/5 55/12 55/19 59/10 59/13 69/9 69/10 74/22 77/8 78/25 79/7 133/23 140/16 179/20 181/9 183/15 183/23 185/6 186/2 186/7 187/6 190/9
questions [12] 59/15 69/2 73/10 73/11 89/2 103/5 110/3 141/4 150/24 154/7 152/3 191/11
quickly [2] 128/25 134/5
quite [14] 4/4 16/11 37/9 60/11 69/18 70/10 70/22 95/4 95/6 95/16 99/21 118/9 154/22 180/10
quote [3] 121/9 121/12 186/5
quoted [1] 168/17
quotient [2] 85/12 87/20

**R**

race [97] 8/18 9/4 9/13 9/18 28/25 30/1 30/3 30/14 32/12 33/3 33/23 34/5 35/20 36/7 42/19 43/1 43/5 44/14 44/17 44/17 44/21 44/22 44/24 45/5 49/4 49/11 49/24 50/3 50/8 50/19 50/22 51/9 51/13 51/24 52/2 52/6 52/10 52/22 53/1 53/12 53/14 53/17 54/13 55/2 55/17 56/1 56/7 59/3 59/6 68/20 68/21 113/4 115/11 118/15 123/13 123/15 131/15 131/21 133/2 133/3 133/12 133/17 133/18 133/23 134/1 134/6 134/8 134/15 134/17 134/17 135/6 135/20 144/19 145/6 146/6 146/10 146/13 149/2 154/19 156/14 156/15 160/25 161/1 163/10 164/3 170/11 179/3 184/11 184/17 184/25
Race/Ethnic [1] 84/3
raced [1] 119/11
races [4] 34/9 72/18 122/21 182/15
RACHAEL [2] 1/14 141/12
racial [158] 6/18 7/1 7/5 7/9 7/13 9/22
29/12 33/10 36/12 39/19 39/22 39/25 40/3 40/5 50/13 51/5 58/23 115/4 115/9 115/9 118/11 118/18 119/4 120/15 120/18 121/7 122/3 123/1 123/1 123/5 123/6 123/8 123/16 124/2 125/3 125/17 125/23 126/13 126/14 126/17 126/19 126/22 126/23 127/2 127/5 127/6 127/16 127/16 128/18 128/20 128/22 129/2 129/11 129/13 129/15 130/1 130/4 131/1 131/16 131/16 131/18 132/1 132/1 132/9 132/17 132/24 133/17 135/21 136/16 136/16 137/8 138/25 139/6 139/11 139/11 139/12 140/11 141/1 141/2 142/24 143/13 143/16 143/22 144/4 144/11 144/16 145/11 145/11 145/13 145/15 146/16 146/19 146/21 146/24 146/25 148/3 148/4 148/5 148/18 148/25 153/23 154/20 157/9 157/10 158/15 159/2 159/13 160/12 160/19 160/24 161/13 162/7 162/22 162/25 163/2 163/9 163/13 164/20 165/19 166/5 166/9 167/7 167/15 171/4 172/10 172/13 172/16 173/25 174/25 177/3 177/6 177/13 177/16 178/11 178/14 178/18 178/19 178/23 179/16 180/2 181/7 181/11 181/15 181/16 181/19 181/25 183/5 183/13 183/17 184/1 184/16 184/24
racially [10] 36/24 37/3 38/8 38/14 166/21 173/24 180/4 180/6 181/18 181/18
racially-based [1] 166/21
racism [17] 12/22 13/9 29/5 51/6 51/14 120/21 126/9 131/9 140/3 140/4 162/6 166/21 173/6 173/13 173/13 180/1 181/14
racist [3] 37/14 37/15 120/20
racks [1] 168/5
radio [1] 167/14
Raise [1] 61/12
raises [1] 66/6
raising [11] 18/23
ran [1] 56/18
random [1] 127/9
range [2] 119/21 143/9
ranges [1] 47/7
rank [15] 3/23 3/24 21/20 22/4 22/14 23/8 49/2 60/18 61/25 62/9 62/12 62/17 64/3 167/22 186/11
ranked [2] 47/16 88/6
ranking [3] 49/3 177/2 187/23
ranks [4] 137/6 139/4 175/2 175/2
rate [22] 68/20 71/5 71/7 71/7 71/8 71/9 71/12 71/13 71/18 72/2 72/8 72/11 72/14 75/24 77/20 78/10 78/14 79/5 80/7 80/16 97/5 166/1
rates [7] 68/5 69/25 74/17 76/10 77/10 78/17 82/23
rating [1] 166/2
ratio [1] 85/12
raw [3] 82/21 82/23 87/5
RDB [1] 1/5
reach [2] 113/10 156/10
reached [1] 92/20
reacted [2] 53/18 53/19
reaction [1] 124/24
read [8] 37/24 52/15 52/17 53/7 86/10 86/10 154/19 154/20
readiness [11] 25/19 25/24 33/20 86/14 90/24 115/5 116/2 116/18 158/16 158/20 172/11
reading [7] 40/25 68/14 88/5 97/4 112/18 125/2 153/9
ready [2] 189/19 189/20
real [5] 5/12 64/17 180/16 181/22 189/1
realize [1] 188/15
realized [1] 188/15
really [29] 10/7 11/11 19/21 28/19 28/20 33/5 33/13 34/21 34/22 38/23 40/25 41/3 48/7 55/23 61/7 62/24 75/18 75/19 76/16 93/20 93/20 98/23 133/21 134/12 145/24 172/7 189/8 189/21 190/12
Realtime [1] 192/5
rear [2] 57/19 124/8
reason [17] 49/22 60/5 76/12 77/25 80/9 87/6 88/15 88/17 88/18 91/5 91/12 92/4 93/11 98/4 101/9 134/10 180/6
reasonable [5] 42/25 43/3 43/4 43/7 85/18
reasonably [2] 48/9 188/1
reasons [16] 75/17 90/16 90/18 91/7 91/15 91/17 91/25 98/9 98/21 98/22 100/18 135/19 162/6 170/11 177/13 178/3
reassignments [1] 31/18
recall [22] 19/25 20/15 22/17 29/17 30/9 31/8 32/17 37/2 37/20 37/20 39/11 41/24 44/7 57/6 57/11 57/20 57/22 80/4 82/15 102/14 157/2 182/3
receive [6] 99/25 111/11 136/3 136/12 167/22 176/8
received [7] 57/13 59/5 106/21 107/20 107/24 107/24 108/2 108/3 108/4 108/6 111/7 111/10 111/17 111/19 111/21 155/11 155/13
receiving [1] 190/11
recent [3] 38/7 105/21 111/19
recently [2] 38/10 153/24
recess [7] 80/23 81/1 81/3 81/4 128/4 128/7 128/8
recognition [5] 23/20 111/7 111/10 133/15 155/11
recognize [4] 96/21 100/6 126/18 127/19
recommend [3] 43/22 44/11 128/2
recommendations [1] 5/19
record [38] 18/9 19/1 19/10 20/3 21/16 21/25 22/10 23/12 23/18 24/7 30/1 31/11 35/4 46/8 58/16 61/15 62/23 67/15 74/5 80/15 89/5 92/9 92/17 93/17 93/21 104/24 114/23 122/16 125/19 129/12 150/2 150/9 152/13 153/15 154/10 160/6 176/2 176/24
recorded [1] 39/16
recording [1] 131/23
records [5] 67/2 112/17 113/3
recoupment [1] 78/4
recruit [4] 165/22 174/18 182/18 186/9
recruited [4] 92/17 93/3 105/15 164/16
recruiters [1] 182/22
recruiting [2] 92/21 182/7
recruitment [5] 40/1 164/12 165/2 165/4 165/17
recruits [2] 165/23 165/23
recycled [1] 56/21
Red [1] 160/23
redirect [7] 2/10 17/2 59/17 103/7 103/9 149/9 185/4
reduced [1] 167/22
reducing [1] 146/24
reemergence [1] 141/1
refer [1] 66/22
reference [1] 189/9
references [1] 188/24
referred [2] 67/21 124/12
referring [4] 46/3 59/2 161/17
refers [2] 153/17 154/12
reflect [2] 29/12 38/3
reflected [2] 78/15
reflects [2] 81/7 59/6
reforms [3] 138/24 139/2 139/5
refused [3] 119/16 120/4 143/25
regard [1] 112/7
regarding [1] 41/4
regardless [2] 34/24 34/25
regimens [1] 144/9
Regiment [1] 120/24
region [1] 90/13
regions [1] 27/20
Registered [1] 192/4
regular [5] 101/14 133/21 176/14 180/2 181/14
regularly [2] 45/23 153/8
regulations [1] 192/10
reinforce [1] 98/5
relate [1] 167/6
related [2] 108/10 108/23
relating [2] 112/20 133/25
relations [21] 113/4 133/2 133/3 133/13 133/17 133/19 133/24 134/1 134/6 134/9 134/16 134/17 134/18 135/6 146/6 146/10 154/19 159/13 162/22 163/10
relationship [2] 10/9 130/18
relationships [5] 12/20 28/17 35/8 130/11 130/25
relative [1] 136/20
relevant [10] 14/4 28/25 29/2 30/14 32/12 33/23 34/5 36/7 86/2 153/5
reliance [1] 156/9
relied [1] 113/2
relieved [2] 120/5 132/23
reluctant [1] 161/6
rely [2] 156/1 164/18
remain [3] 38/4 38/4 61/10
remember [19] 10/10 54/15 55/4 56/9 56/10 56/16 56/17 56/17 56/20 58/5 58/6 63/23 68/15 83/8 84/1 86/9 86/12 86/25

## R

remember... [1] 123/1
reminder [1] 39/21
removed [1] 99/20
removing [2] 32/3 122/3
rendered [1] 168/17
repair [1] 169/22
repeat [7] 10/3 44/9 47/11 179/20 181/9
183/15 183/23
repeated [1] 117/17
repeatedly [2] 117/12 127/13
rephrase [1] 74/22
replenishment [1] 169/22
report [27] 72/23 80/11 80/18 83/8 83/22
84/2 84/2 84/15 85/1 85/3 86/10 110/4
112/10 112/14 112/21 124/12 133/20
134/22 146/17 147/1 147/12 147/14 147/24
148/22 148/23 150/19 157/21
reported [6] 1/24 29/20 85/11 119/4
166/9 192/8
Reportedly [1] 119/10
Reporter [7] 52/15 52/17 53/7 192/1
192/4 192/5 192/16
reporting [3] 140/3 140/9 140/13
reports [5] 72/21 119/4 119/14 155/7
157/18
represent [5] 23/17 23/19 93/7 94/3
141/12
representation [5] 87/20 158/14 158/18
158/25 175/1
representative [1] 13/5
representing [1] 80/1
represents [1] 23/12
reputation [2] 8/17 28/21
requested [1] 52/17
require [1] 144/1
required [5] 131/25 133/16 146/3
requirement [1] 133/2
requiring [2] 135/2 137/4
research [14] 84/15 105/20 106/15 107/20
108/21 111/21 112/17 113/3 125/1 139/7
140/19 146/6 150/23 156/2
resemblance [1] 68/9
reserve [7] 175/13 176/3 176/8 176/9
176/10 176/15 176/16
Residential [1] 108/5
resignations [2] 74/11 78/7
resigned [1] 39/7
resilience [2] 95/14 96/8
resistance [1] 120/3
resisted [1] 116/20
resolved [1] 80/8
resonate [1] 37/23
resources [1] 116/5
respect [8] 3/24 54/16 60/8 77/10 82/4
121/14 124/25 185/18
respectively [1] 88/12
respects [1] 170/21
respond [1] 131/5
responded [1] 131/7
response [3] 26/19 145/13 157/11
responses [1] 144/13
responsibilities [4] 31/25 32/1 32/1
150/21
responsibility [1] 35/1
responsible [3] 27/1 33/19 126/7
restricted [3] 117/19 126/1 127/18
result [2] 118/1 165/14
results [2] 166/16 167/5
resumes [2] 81/6 128/10
reswear [1] 3/5
resworn [1] 8/19 8/21
retain [2] 8/19 8/21
retained [2] 39/11 39/12
retention [2] 40/3 71/3
retire [2] 5/25 89/22
retired [4] 14/10 60/19 61/24 62/3
retirement [2] 66/12 66/15
return [2] 53/22 171/24
review [4] 43/16 56/19 113/8 124/10
reviewed [2] 110/25 111/2
reviewing [1] 6/15
revolution [2] 142/10 154/13
revolve [1] 65/24
Rhode [1] 175/22
ribbon [1] 23/21
ribbons [4] 23/16 23/17 23/19 23/22
Rican [1] 127/9
RICHARD [1] 1/9
ricocheting [1] 169/13

rid [1] 122/8
rigged [4] 41/2 41/4 41/6 41/8
right [56] 5/24 5/25 5/2 6/8 7/11 12/15
13/13 13/14 13/23 14/21 14/21 15/8 15/13
15/23 15/25 16/6 16/9 16/25 17/4 17/9
17/18 17/20 18/17 18/18 18/23 25/10
33/12 38/2 42/14 45/13 45/20 46/21 47/10
47/14 52/8 53/15 54/4 58/9 58/12 59/1
59/16 59/19 60/11 61/9 61/12 62/22 64/6
64/21 65/15 68/12 72/24 73/3 73/7 73/16
73/24 74/13 74/21 76/21 82/18 82/24 83/2
83/6 83/10 85/16 87/5 88/21 91/10 100/4
109/4 109/5 112/4 113/18 141/17 141/24
142/14 142/19 142/25 143/7 143/17 143/20
143/21 144/2 144/5 144/9 144/14 145/1
145/7 145/12 145/17 146/2 149/8 149/11
156/22 168/20 185/16 187/18 187/19
187/22 188/1 188/3 188/5 189/17 190/3
190/7
rights [3] 34/20 118/24 132/21
riot [17] 118/5 118/5 118/15 118/19
127/6 129/6 161/21 163/4 163/6 164/1
164/3 165/6 168/1 168/14 169/6 170/12
171/21
rioters [2] 169/9 169/12
riots [9] 118/20 128/20 139/11 139/13
144/19 158/20 161/1 161/1 179/3
rise [8] 79/10 79/11 81/2 81/5 97/18
128/6 128/9 191/21
risk [6] 7/2 74/21 74/23 75/4 75/12
94/24
risks [2] 7/6 76/13
RMR [1] 1/25 192/16
road [2] 71/1 95/6
robberies [1] 163/9
Robert [2] 156/4 165/15
ROBINSON [1] 1/18
role [21] 35/23 35/25 54/14 65/21 66/20
81/22 97/15 99/8 99/10 99/20 100/24
101/2 120/21 125/3 126/14 148/3 169/4
176/12 177/15 177/17 177/18
Ronda [3] 1/25 192/4 192/16
room [1] 34/11
rooms [2] 70/12 97/23
root [2] 69/19 70/1
ROTC [5] 138/14 138/15 145/19 182/5
182/5
roughly [3] 76/5 88/9 91/22
routinely [1] 46/16
rubric [1] 81/23
Rule [2] 113/21 113/25
Rule 805 [1] 113/21
Rule 807 [1] 113/19
rules [2] 90/22 113/21
rulings [1] 113/20
run [3] 37/8 42/2 133/9
running [1] 133/11
rush [1] 189/18
rushing [1] 188/14

## S

S-H-E-R-W-O-O-D [1] 150/4
S-T-E-V-E-N [1] 61/16
saddle [1] 17/11
safe [1] 121/15
said [29] 10/21 12/8 12/13 37/14 41/7
54/17 55/7 55/8 55/17 75/21 98/25 121/10
121/11 121/13 125/11 129/14 130/9 133/1
133/8 133/10 136/1 136/8 140/13 148/25
163/25 168/19 184/13 186/12 188/17
Saigon [2] 129/3 133/6
Sail [3] 154/6 154/10 154/12
sailing [1] 154/14
sailor [3] 136/1 154/5 180/14
sailors [32] 119/9 119/12 119/15 126/3
159/25 160/1 160/3 161/2 161/10 161/19
161/21 163/18 163/20 163/24 163/24
163/25 165/5 165/7 166/25 167/1 167/19
167/24 168/11 170/22 170/22 179/23 180/5
180/7 180/12 181/3 181/7 181/11
SAIS [2] 26/16
salute [1] 168/17
same [21] 31/25 34/18 34/19 41/15 48/6
51/14 55/5 55/6 62/13 75/1 79/5 91/23
99/6 102/1 119/16 120/8 157/18 166/3
184/22 189/15 191/16
Samuel [1] 111/13
San [1] 171/1
sanctions [1] 31/10
sanctuary [1] 101/12

Saratoga [1] 129/21
SAT [3] 82/23 82/16 83/1
SATs [1] 171/17
saving [1] 171/17
saw [5] 74/17 86/19 119/18 164/24 174/14
say [29] 11/1 37/10 42/18 43/3 43/21
47/5 48/9 49/10 53/16 53/19 55/16 57/14
63/3 63/25 66/17 74/22 78/13 78/16 82/19
86/5 87/4 93/4 94/17 95/20 96/2 110/22
143/6 168/21 188/13
saying [9] 5/15 40/23 47/23 56/1 120/15
133/9 136/9 148/14 184/21
says [10] 8/15 8/16 58/20 58/22 67/9
73/4 97/5 97/10 98/12 102/9
scale [2] 21/11 86/21
scaled [2] 164/25 165/22
scarce [1] 48/21
schedule [3] 3/4 26/7 188/11
scheduled [2] 32/5 187/13
schedules [1] 75/7
Schmidt [1] 130/8
Schneller [2] 156/4
Scholar [1] 153/7
Scholars [1] 148/14
school [27] 5/22 19/23 20/20 20/21 23/5
26/13 45/22 50/1 75/19 76/17 80/9 99/13
99/14 99/18 99/18 106/4 106/6 141/24
142/20 142/22 151/11 151/13 151/14
175/22 175/25 187/2 187/3
schooler [1] 45/2
schools [6] 99/12 99/13 99/16 173/15
182/20 182/20
science [3] 21/8 64/13 64/13
scope [6] 43/25 44/2 44/5 44/6 123/19
149/3
score [1] 82/16
scorers [2] 164/17 164/17
scores [9] 4/13 20/1 20/13 21/19 22/11
82/13 83/1 165/5 165/25
scoring [1] 180/7
screen [14] 11/25 54/6 54/8 56/22 67/6
67/12 71/16 74/18 85/16 85/20 87/25
114/11 121/9 188/25
screens [1] 12/2
sea [2] 23/22 90/6
seal [49] 8/3 22/20 22/22 23/14 24/3
24/4 24/8 24/9 24/12 24/13 24/16 24/17
24/18 24/22 24/23 25/5 25/16 25/19 26/1
26/2 26/23 26/25 27/4 28/3 28/23 31/14
31/21 32/6 32/10 32/15 32/18 32/24 36/21
37/13 38/2 45/16 45/23 46/16 47/22 48/3
48/16 48/20 49/1 50/14 51/6 51/14 51/16
51/20 96/5
SEALs [2] 25/3 27/2 45/9 45/13 47/12
47/13
search [1] 107/17
seasons [4] 98/14 98/18 101/6 101/7
seat [3] 3/9 61/14 104/22
seated [3] 18/22 81/8 128/11
second [26] 8/9 12/1 25/23 29/24 57/10
57/15 57/18 63/24 63/25 64/2 64/3 69/10
77/17 77/21 81/14 88/1 98/10 109/20
115/7 122/25 143/2 158/17 158/18 162/21
169/13 171/11
second-year [1] 77/21
secondary [2] 112/18 155/5
secondly [2] 126/14 136/18
Secretary [6] 109/8 109/24 120/4 136/7
165/15 185/24
section [2] 85/6 97/4
Section 1A [1] 97/4
sector [7] 4/1 185/21 186/9 186/10
security [7] 130/3 158/16 158/16 158/21
158/21 169/4 172/17
see [57] 8/23 9/8 11/2 23/10 23/16 28/5
34/21 56/22 57/4 67/9 69/17 69/19 70/1
71/20 72/19 74/6 74/12 75/23 78/17 83/23
85/2 85/4 85/9 85/11 85/24 87/22 88/13
88/25 97/8 97/10 97/13 98/2 98/2 98/3
98/16 100/9 100/10 100/14 100/21 100/23
100/25 102/2 102/6 102/9 102/18 102/18
104/3 122/1 126/8 129/5 131/20 136/11
159/17 174/11 174/12 178/1 180/12
seeing [2] 65/7 125/22
seek [2] 137/16 138/18
seem [2] 126/8 186/7
seemed [1] 132/13
seems [1] 85/18
seen [6] 5/12 82/12 90/7 90/9 90/12 95/4
segregated [11] 116/13 117/20 119/22

**S**

**segregated [5]** 149/23 159/2
160/2 161/11 167/20 181/4 181/4
**segregating [1]** 145/6
**segregation [16]** 115/4 116/1 116/6 117/7
117/24 118/18 119/23 119/25 122/9 144/25
145/8 145/10 148/16 178/9 178/11 178/15
**select [4]** 22/18 75/20 81/24 81/24
**selected [1]** 22/20
**selection [3]** 46/21 47/15 81/17
**Selective [1]** 117/2
**self [4]** 14/21 74/1 96/11 125/5
**self-employed [1]** 14/21
**self-explanatory [1]** 74/1
**self-serving [1]** 125/5
**semester [1]** 78/16
**semesters [1]** 78/16
**send [2]** 161/7 182/19
**senior [8]** 27/13 32/25 37/13 132/22
137/23 167/2 177/12 186/16
**seniors [2]** 36/6 79/7
**sense [9]** 8/5 8/6 22/23 79/5 125/8
132/16 135/22 136/18 139/20
**sent [1]** 126/22
**sentence [2]** 99/6 100/14
**sentences [1]** 142/7
**sentiment [1]** 133/4
**separate [2]** 91/9 91/17
**separated [7]** 39/10 85/23 86/16 90/18
100/17 102/7 102/10
**separation [4]** 83/10 85/12 86/1 100/20
**separations [3]** 74/5 85/7 101/19
**September [3]** 1/7 2/2 192/12
**Serbia [1]** 90/13
**series [3]** 112/24 145/8 161/13
**serious [1]** 41/17
**serve [12]** 5/9 35/25 71/1 78/1 109/23
117/19 117/21 119/3 119/21 119/21 119/22
164/15
**served [19]** 3/23 15/4 15/22 16/23 26/17
64/17 65/16 89/14 89/16 89/16 90/11
108/14 109/17 109/19 140/23 140/25
142/14 159/16 186/22
**service [56]** 4/12 4/17 4/20 4/24 5/1 5/3
5/6 5/7 5/10 19/22 23/6 23/22 38/25
40/21 59/21 60/13 61/23 61/24 78/22
79/3 81/17 81/19 81/22 89/22 96/2 103/12
103/22 116/7 116/11 116/16 116/21 117/2
117/10 117/17 118/16 119/1 119/1 120/25
122/19 124/21 124/25 126/8 127/9 130/5
130/10 130/12 130/14 130/19 132/23 134/7
134/12 135/23 139/21 144/13 160/18
**servicemen [2]** 125/6 125/7
**services [12]** 123/7 128/25 131/3 133/5
134/2 134/18 135/3 138/12 146/3 147/18
148/7 165/19
**serving [7]** 36/7 89/19 119/19 120/10
125/5 160/2 160/10
**session [2]** 81/6 128/10
**sessions [1]** 36/18
**set [10]** 28/19 105/14 121/1 121/24
132/18 136/11 157/21 167/6 169/15 190/2
**sets [1]** 15/3
**seven [2]** 27/19 86/3
**seven-year [1]** 86/3
**seventh [1]** 109/18
**several [7]** 24/25 84/6 86/11 89/16 90/5
111/21 173/17
**severe [1]** 173/13
**severely [2]** 88/1 88/2
**sex [1]** 11/14
**sexism [11]** 11/5 11/6 11/9 11/10 11/13
11/18 12/6 12/9 12/22 12/23 13/9
**sexist [2]** 11/16 11/16
**sexual [2]** 41/4 142/10
**sexuality [1]** 105/22
**sexually [1]** 38/14
**shadow [1]** 120/20
**shake [2]** 60/2 60/4
**Shallows [1]** 155/13
**sharing [1]** 6/16
**shave [1]** 13/25
**shaving [1]** 13/21
**she [10]** 39/4 39/7 56/18 84/15 84/16
92/1 104/9 112/6 186/12 186/12
**she's [1]** 39/5
**sheet [2]** 67/14 67/18
**Sherwood [16]** 2/13 17/25 149/20 149/23
150/4 150/8 150/10 156/13 157/2 158/1
158/8 158/12 160/6 177/25 185/7 187/10

**Shifting [1]** 41/17
**shining [1]** 121/16
**ship [7]** 16/9 16/11 7/15 16/12 16/13
16/23 89/17 133/9 133/11 163/20 163/24
164/4 165/9 165/11 168/4 168/6 168/22
169/4 169/11 169/18 169/23 180/24
**ship's [2]** 15/19 163/21
**shipmates [1]** 168/22
**ships [9]** 16/22 70/16 98/3 119/10 160/5
162/1 165/2 171/22 171/24
**shirt [1]** 168/19
**shoes [1]** 121/16
**short [3]** 42/3 54/5 156/1
**shortage [1]** 137/12
**shorthand [2]** 54/25 136/22
**shortly [1]** 129/19
**shot [1]** 61/3 90/10
**should [12]** 4/19 5/2 5/9 17/5 40/23
42/18 43/5 62/17 67/9 76/11 91/4 168/16
**shouldn't [4]** 59/23 103/17 127/25 187/11
**show [8]** 56/19 60/7 75/12 75/22 80/16
118/17 124/16 140/2
**showed [1]** 73/9
**showing [4]** 57/18 87/8 87/20 136/4
**shown [8]** 67/19 68/12 68/13 68/13 68/18
71/8 76/2 148/1
**shows [4]** 72/1 76/10 87/24 132/4
**sic [2]** 131/21 173/5
**side [6]** 44/6 63/15 92/8 93/15 98/9
113/24
**sides [4]** 89/6 114/20 157/19 191/12
**sign [2]** 23/11 137/5
**significance [1]** 24/8
**significant [28]** 32/20 33/2 34/4 71/2
72/22 120/22 122/22 122/22 122/22 122/22
125/3 136/5 139/2 144/16 145/14 148/3
162/25 166/19 174/11 174/12 181/7 181/11
181/15 181/19 181/23 183/4 184/16 184/24
**significantly [2]** 167/1 172/6
**similar [4]** 46/22 111/4 155/25 170/20
**simple [1]** 47/16
**simply [2]** 129/25 173/19
**since [17]** 16/3 16/23 50/17 137/14 139/5
140/2 142/11 147/13 151/4 159/1 177/4
177/7 177/14 177/14 177/16 183/5 183/7
**single [3]** 52/5 95/20 116/22
**sir [98]** 3/7 17/5 18/19 18/21 20/6 42/10
53/12 59/20 61/10 62/2 62/6 62/10 63/19
63/24 64/1 64/22 64/24 65/3 65/17 65/22
66/11 66/14 67/3 67/11 68/3 68/7 68/11
68/16 68/20 69/13 69/20 71/10 71/14
71/21 71/24 72/4 72/7 72/10 72/13 72/16
72/25 73/5 73/22 73/25 74/7 74/10 74/14
76/3 76/15 77/2 78/11 79/15 82/8 82/14
82/25 83/3 83/7 83/11 83/18 83/24 84/6
85/5 85/10 85/14 85/17 85/25 86/4 87/10
87/23 88/14 89/14 89/25 90/8 91/7 91/24
92/3 93/9 94/8 95/25 96/14 96/22 97/9
97/12 97/17 98/17 100/7 100/13 100/22
101/1 102/5 102/8 102/11 102/16 102/20
102/24 103/2 103/4 149/24
**sit [1]** 170/25
**sit-down [1]** 170/25
**sites [1]** 171/15
**sitting [2]** 61/8 113/13
**situation [4]** 38/8 50/17 137/15 189/9
**situations [1]** 51/15
**six [2]** 100/19 171/21
**sizable [1]** 98/13
**size [1]** 30/12
**skill [1]** 15/13
**skills [2]** 5/21 166/1
**skip [2]** 8/25 58/14
**skipper [1]** 30/15
**slavery [1]** 121/12
**sleeping [1]** 13/19
**slide [12]** 56/12 56/19 56/20 56/22 57/15
57/18 58/5 58/6 58/15 119/6 129/5 131/20
**slides [4]** 58/2 158/8 188/19 188/19
**slightly [1]** 79/18
**slots [2]** 117/14 186/10
**slurs [3]** 178/19 180/2 181/15
**small [6]** 86/2 86/15 91/2 124/6 173/11
174/4
**smaller [1]** 91/7
**smartphones [1]** 15/23
**Smith [1]** 39/18
**so [252]**
**sobering [1]** 41/18

**social [2]** 16/6 152/5
**Societies [1]** 108/7
**society [22]** 16/6 108/20 111/11
111/20 123/22 124/23 125/24 142/21
178/14 178/24
**SOCPAC [1]** 25/7
**Soldier [2]** 120/23
**soldiers [2]** 126/3 143/19
**sole [1]** 126/25
**solely [3]** 68/22 72/22 126/1
**Solgere [3]** 5/13 5/16 5/17
**solidarity [2]** 161/19 170/23
**solve [5]** 115/11 123/3 123/14 125/16
135/20
**solving [1]** 174/25
**Somali [1]** 32/21
**Somalia [3]** 28/6 32/17 32/24 51/16 51/20
**some [86]** 11/14 12/24 17/19 19/22 23/17
23/19 28/7 29/12 30/9 31/18 31/18 31/24
33/5 33/7 35/7 35/9 35/12 37/6 41/12
42/17 43/18 44/17 47/18 48/25 49/12
49/13 66/20 68/9 71/11 71/14 75/3 75/5
76/13 80/5 80/9 80/13 81/23 81/25 82/1
83/21 84/7 84/16 85/11 86/6 86/19 86/19
92/22 93/25 94/24 95/7 95/17 99/13
104/15 104/16 111/2 114/6 125/18 125/25
126/18 132/13 132/18 138/15 139/10 139/22
139/25 145/6 154/4 154/6 155/16 161/2
162/9 164/23 165/24 167/11 167/14 167/14
168/4 169/14 172/1 173/14 173/15 179/21
180/21 180/24 185/13 189/11
**somebody [5]** 47/12 84/14 86/15 185/23
189/9
**someone [8]** 31/21 31/23 38/8 38/22 54/13
83/4 132/13 160/8
**someone's [2]** 38/25 58/23
**something [20]** 3/3 37/8 41/17 42/11
49/17 63/21 69/18 70/4 71/22 74/19 75/21
90/21 95/12 95/14 96/9 111/15 125/25
126/9 131/17 134/6
**sometime [3]** 29/15 149/16 187/14
**sometimes [7]** 32/1 69/13 72/21 72/22
98/8 108/24 125/5
**somewhat [3]** 74/12 120/2 125/5
**somewhere [4]** 19/25 20/15 21/10 67/1
**sophomore [1]** 101/5
**sorry [14]** 11/1 18/17 43/3 48/18 48/19
51/22 54/24 60/3 63/11 91/20 145/22
156/19 179/10 190/17
**sort [1]** 56/17
**sorts [1]** 16/2
**sounds [1]** 142/6
**source [3]** 86/14 112/17 113/7
**sources [4]** 112/20 155/2 155/3 158/24
**South [13]** 27/21 27/22 90/6 118/13 124/8
130/16 130/16 130/22 130/22 130/23
130/25 131/22 160/25
**South America [2]** 27/21 90/6
**South Asia [1]** 27/22
**South Carolina [1]** 160/25
**South Korea [7]** 124/8 130/16 130/16
130/22 130/22 130/23 130/25
**South Vietnam [1]** 131/22
**Southeast [2]** 27/22 170/10
**Southeast Asia [1]** 27/22
**Space [1]** 147/21
**spaces [1]** 13/19
**sparked [2]** 33/3 127/15
**speak [10]** 6/5 6/8 6/10 29/19 29/20
30/15 42/20 48/7 50/10 110/6
**speaking [3]** 30/21 104/23 157/6
**speaks [1]** 49/12
**special [17]** 22/20 24/18 25/7 25/9 26/17
26/21 27/6 29/23 32/17 35/3 38/3 46/22
47/6 82/7 94/1 133/22 169/2
**specialized [2]** 166/2 187/2
**specific [14]** 13/4 43/9 54/19 56/20
68/24 69/7 69/11 69/22 80/4 99/2 127/2
128/18 144/9 163/2
**specifically [9]** 7/5 34/6 35/10 47/8
55/16 67/5 88/6 96/4 143/16
**specifics [2]** 4/9 179/21
**specify [1]** 132/23
**speculation [1]** 49/18
**spell [4]** 3/11 18/25 61/15 104/24
**spelling [1]** 150/2
**spend [2]** 95/2 167/14
**spends [1]** 95/3
**spent [5]** 64/20 70/11 89/18 107/6 109/20
**sphere [1]** 137/20

**S**

spill [1] 72/1
spilled [1] 130/2
split [1] 100/19
spoke [2] 41/4 133/7
spoken [2] 42/21 42/24
spokesperson [1] 133/1
sport [4] 70/24 75/8 95/3 96/10
sports [13] 4/19 70/23 74/20 76/7 92/13 92/23 92/25 94/14 94/16 95/1 96/14 98/23 99/3
spread [3] 128/25 129/16 177/18
spreadsheet [1] 72/1
spring [4] 15/5 79/23 79/23 101/6
squadron [3] 64/18 64/19 89/17
squadrons [3] 70/17 89/16 98/3
staff [10] 26/18 65/1 65/4 65/12 89/20 110/12 124/3 124/4 177/1 188/20
stage [1] 28/19
stamp [1] 11/21
stamps [1] 13/11
stand [13] 17/7 18/8 60/10 80/24 81/9 103/19 128/1 149/13 149/15 168/9 187/13 189/4 191/19
standard [2] 113/9 189/4
standardize [1] 134/5
standards [6] 4/7 14/4 165/2 165/4 165/17 182/25
standing [1] 61/10
stands [4] 49/22 77/4 88/18 128/4
star [2] 23/21 187/4
start [9] 41/3 99/19 115/25 127/24 137/7 159/12 167/16 174/18 176/21
started [9] 14/25 33/16 77/7 127/9 134/3 134/3 141/16 150/1 168/4
starting [6] 3/3 57/10 164/20 166/6 174/22 175/14
state [8] 18/25 19/10 34/3 35/15 55/19 61/15 104/24 150/9
stated [1] 124/21
statement [9] 9/10 10/25 13/2 62/15 65/14 67/20 67/22 73/8 85/20
statements [3] 37/16 37/19 37/25
states [25] 1/1 1/6 9/3 16/18 26/9 63/19 97/14 112/21 118/12 121/11 121/14 124/6 129/17 130/11 130/18 136/20 137/2 139/6 142/9 145/1 148/7 148/19 179/4 192/5 192/11
stateside [1] 24/21
stating [2] 3/10 150/2
station [3] 130/6 165/10 167/8
stationed [1] 25/12
statistic [1] 72/23
stay [4] 38/25 77/19 77/25 78/22
steep [1] 70/4
stenographically [1] 192/8
stenographically-reported [1] 192/8
stenotype [1] 1/24
step [5] 17/5 59/19 116/10 135/9 187/11
Stepping [1] 48/5
steps [4] 145/11 145/14 145/16 146/22
stereotypes [1] 29/12
Steve [3] 17/24 60/14 60/20
Steven [2] 2/8 61/16
steward [1] 120/10
stick [1] 10/25
sticks [1] 127/10
stigmatized [1] 161/5
still [30] 10/19 12/6 39/4 39/9 50/13 51/5 51/16 51/20 59/20 60/24 66/16 75/4 77/18 79/5 80/7 81/21 82/2 82/6 84/18 120/6 120/9 120/21 138/10 154/14 163/14 173/18 178/23 185/8 188/25 190/4
stockade [4] 129/5 129/7 129/7 129/8
stocked [1] 122/18
stop [4] 80/22 99/16 127/22 127/23
stopped [2] 49/4 145/6
stops [4] 149/2 184/11 184/17 184/25
story [2] 154/6 182/6
strategic [2] 28/16 34/11
strategy [3] 65/19 66/4 66/21
STRAWBRIDGE [4] 1/13 68/8 187/16 188/3
streets [1] 130/2
strength [1] 44/19
strides [1] 159/16
strike [4] 66/11 161/23 170/24 170/25
strong [4] 83/7 95/22 132/16 177/18
struggling [2] 101/16 138/10
STUDENT [1] 1/21
students [11] 1/3 45/22 46/15 70/21

77/21 92/12 103/11 138/15 141/12 173/15 176/4
studied [3] 54/1 145/4 145/8
studies [9] 26/14 105/9 108/16 108/20 155/7 156/5 184/3 184/5 185/7
study [8] 83/19 102/15 108/13 142/19 152/15 183/11 183/16 183/24
studying [2] 140/20 142/16
stuff [1] 70/20
Stuttgart [1] 130/6
sub [1] 49/11
sub-factor [1] 49/11
subcommittee [8] 108/18 109/4 109/6 109/9 109/10 109/17 109/19 109/22
subcomponent [1] 45/5
Subic [5] 163/17 167/24 167/25 171/22 172/9
Subic Bay [1] 167/25
subject [5] 30/19 37/2 38/8 83/10 106/10
subjected [1] 178/18
submarine [4] 82/5 82/6 88/20 88/22
submarines [4] 70/17 82/9 82/10 98/3
submit [4] 132/1 190/23 190/24 190/25
submitted [2] 67/16 189/25
subordinated [1] 119/20
subordination [2] 116/6 117/24
subs [1] 82/9
subset [7] 44/17 44/20 44/24 56/10 59/4 92/19 92/22
substantial [3] 93/7 94/3 97/6
succeed [1] 138/22
success [5] 28/9 28/10 28/12 44/20 182/6
successful [1] 168/13
successor [1] 174/23
such [9] 8/18 9/4 80/16 99/17 121/1 137/12 160/4 178/18 180/7
sudden [1] 165/1
suffer [2] 82/17 82/22
suffered [1] 162/24
suggest [2] 136/22 136/23
suggesting [1] 62/23
suggestion [1] 132/12
suggestions [1] 102/25
suggests [1] 125/12
summary [3] 84/2 114/14 158/8
summed [1] 121/25
summer [8] 47/1 70/16 80/9 98/1 118/10 160/23 179/1 179/3
summers [1] 176/6
Sundays [1] 61/7
superintendent [7] 57/19 57/21 65/1 65/5 66/2 66/10 89/21
superintendent's [1] 65/23
superintendents [1] 65/16
superior [1] 47/12
supermarket [1] 162/12
supply [1] 34/9
supplying [1] 15/2
support [4] 27/3 37/14 157/3 173/19
supported [2] 10/24 121/7
suppose [1] 75/15
supposed [1] 69/6
suppress [1] 169/6
suppression [1] 171/14
Supreme [1] 130/9
supremely [1] 171/23
sure [30] 10/9 19/16 21/17 23/19 24/9 29/4 37/7 43/11 51/11 52/1 54/1 57/17 62/11 66/17 73/13 77/11 83/20 85/17 88/17 114/21 114/22 184/21 187/23 188/18 188/20 189/1 189/8 189/16 189/21 191/14
surely [1] 187/11
surf [2] 16/9 16/10
surface [1] 171/15
surfing [1] 16/14
surprise [1] 16/16
surprised [2] 16/20 123/24
surrounded [1] 127/12
survey [1] 75/17
sustained [3] 54/18 54/23 55/6
swiftly [1] 30/25
swim [1] 90/25
swing [1] 19/14
switch [1] 99/13
switching [1] 99/16
sword [1] 163/23
sworn [10] 3/8 10/13 18/20 18/24 61/10 61/13 104/20 104/21 149/23 149/25
symbolic [2] 140/25 140/25
symposia [1] 108/23

**system** [14] 8/8 10/1 10/5 10/7 10/23 12/10 20/4 144/25 166/21 168/8 171/15 172/6 172/11 172/14 173/7
systemic [1] 13/9

**T**

tab [2] 67/9 113/14
Tab 1 [1] 113/14
table [2] 104/8 104/10
tactic [2] 122/10 122/23
tactical [1] 28/11
tactics [1] 122/10
Taiwan [1] 165/12
take [34] 9/10 17/20 31/18 31/21 31/23 34/10 41/1 41/2 55/10 60/10 80/9 80/23 81/1 81/9 86/8 104/10 106/12 106/15 106/17 107/8 122/19 127/23 134/5 137/21 143/9 152/7 152/9 152/11 165/5 170/6 186/14 186/17 188/14
takeaway [4] 30/20 32/25 36/12 36/17
taken [7] 18/10 41/16 81/4 128/8 146/23 159/18 169/18
takes [3] 74/23 186/15 186/18
taking [7] 47/16 74/21 94/24 116/10 135/9 169/23 170/7
talk [12] 41/18 42/11 51/19 66/20 80/21 81/13 96/13 105/23 136/24 149/14 151/5 168/15
talked [10] 45/9 51/17 51/21 64/23 85/21 127/1 128/18 129/22 180/22 190/13
talking [11] 37/22 58/21 58/25 124/13 128/19 131/4 148/16 148/17 148/18 179/10 190/10
talks [2] 151/1 155/9
targeted [1] 182/14
targets [1] 169/20
task [6] 8/14 8/18 9/4 32/16 32/17 32/19
taught [6] 106/22 106/23 107/1 107/11 107/15 107/17
taxing [1] 96/6
teach [1] 134/17
teaching [3] 37/23 105/20 108/25
team [44] 24/3 24/4 24/8 24/12 24/13 24/16 24/17 24/18 24/22 24/23 25/5 25/16 25/19 25/23 26/1 26/2 26/24 26/25 27/4 28/23 31/14 31/16 31/22 32/6 32/7 32/10 32/15 32/18 32/24 34/6 34/7 34/21 35/7 35/13 35/14 39/2 51/6 51/14 51/16 51/20 95/16 96/10 96/11 104/8
Team 10 [1] 32/15
teammates [1] 31/17
teams [8] 24/9 24/10 24/10 28/3 50/14 53/18 53/19 182/20
teamwork [3] 22/23 95/15 96/11
teething [1] 180/25
television [1] 130/13
tell [9] 3/23 29/6 76/11 80/3 84/9 86/8 142/6 168/8 168/11
Temple [1] 107/6 108/13
ten [1] 127/23
tend [6] 86/21 93/20 95/21 96/16 142/17 159/16
tended [4] 99/15 125/5 136/20 159/16
tension [9] 9/22 9/25 10/4 10/9 10/19 126/17 158/15 160/19 162/7
tensions [7] 10/22 126/13 126/14 141/2 144/16 145/11 178/24
tenured [1] 107/2
term [4] 66/4 74/3 75/5 121/13
terms [31] 11/18 20/3 20/9 20/15 21/20 22/4 22/14 28/10 32/20 35/11 44/6 44/25 46/1 50/24 77/16 94/20 104/13 107/25 113/25 116/19 117/2 118/25 135/5 185/7 185/17 186/13 187/22 188/16 188/18 188/21 190/17
Terrific [1] 190/20
terrorist [1] 28/14
Terry [1] 133/6
test [5] 4/13 20/1 20/13 164/17 165/5
testified [12] 4/16 4/22 5/5 46/1 52/1 53/3 54/12 55/2 56/7 143/12 183/7 184/8
testimony [17] 17/6 56/13 58/13 59/9 59/23 103/17 111/5 114/7 124/13 127/25 147/24 149/14 155/24 158/2 182/1 187/12 188/6
tests [2] 90/25 173/12
Texas [1] 175/15
text [3] 16/3 16/4 87/25
texting [1] 15/25 16/4
Thailand [1] 124/9

**T**

**than [15]** 4/25 57/23 57/24 75/7 76/12 80/5 82/23 83/23 92/9 147/10 166/24 174/15 188/7 189/16

**thank [80]** 3/9 3/11 4/3 12/2 17/1 17/4 17/8 19/3 19/5 19/16 20/8 30/5 40/8 40/9 40/20 40/22 46/13 53/21 54/8 56/4 59/16 59/20 59/21 60/12 61/11 61/18 62/7 66/19 71/4 75/11 77/6 80/20 81/10 84/24 89/3 103/6 103/12 103/15 103/16 103/20 103/21 103/21 103/22 104/4 104/6 104/19 105/1 107/10 109/2 110/16 112/8 114/4 114/24 122/24 124/18 126/11 128/14 128/17 141/5 141/20 146/5 149/8 149/11 149/12 149/17 149/18 149/24 150/5 156/25 157/24 177/20 177/21 185/3 187/5 187/10 187/14 187/15 191/3 191/9 191/19

**Thanks [2]** 132/8 143/11
**that [805]**
**That'll [1]** 190/8
**that's [101]** 4/4 6/2 6/9 7/20 8/15 9/24 11/17 12/12 13/14 14/12 15/6 16/5 17/16 17/20 18/2 18/6 21/1 22/11 37/10 38/22 41/8 41/10 41/17 42/11 43/21 43/24 44/13 52/24 54/18 55/19 55/22 56/3 56/5 58/12 58/25 59/10 60/7 60/8 60/11 60/20 60/25 62/22 62/22 67/6 71/15 72/7 72/25 79/21 80/1 80/7 80/18 82/20 83/11 83/12 84/8 85/15 86/3 93/16 95/11 96/7 96/9 96/25 98/1 99/15 100/7 101/9 101/12 103/25 104/2 104/10 104/11 109/5 113/17 114/12 117/22 122/1 126/1 126/2 136/4 136/14 143/21 145/12 147/1 147/8 170/7 174/11 186/11 187/17 187/17 187/19 187/21 188/10 188/11 188/13 189/14 190/7 190/15 190/15 190/20 191/2 191/12

**their [76]** 9/17 13/21 13/25 22/23 32/25 36/20 42/20 43/16 43/17 44/19 45/4 48/7 61/25 70/8 70/12 70/22 75/7 75/8 76/20 76/21 85/20 86/24 89/1 93/21 94/1 94/20 94/25 95/2 96/4 97/23 98/13 98/14 99/1 101/5 101/6 101/6 101/9 117/17 119/3 119/11 119/19 122/16 122/17 125/9 126/7 130/12 130/15 130/23 132/6 132/25 133/23 133/24 134/16 136/15 137/20 147/18 147/19 147/21 147/22 148/8 148/11 160/10 161/7 161/8 166/3 168/5 168/11 168/18 169/2 170/17 175/20 176/5 176/7 185/22 186/11 189/20

**them [62]** 3/11 11/14 11/14 27/15 32/3 36/11 36/18 36/18 36/19 36/19 37/20 42/21 42/24 48/17 48/22 50/3 60/9 67/1 68/14 68/17 75/14 75/5 75/17 75/17 75/19 75/19 75/19 81/25 82/1 84/6 84/7 90/19 90/25 92/21 94/1 98/4 98/9 98/24 99/3 101/8 114/22 118/18 118/24 119/12 130/12 132/2 134/8 144/1 165/24 167/19 168/11 168/16 170/17 170/17 171/23 173/14 173/17 175/18 178/20 185/23 185/24 190/23

**themself [1]** 72/23
**themselves [2]** 73/2 95/16
**then [48]** 5/24 6/16 12/8 14/25 17/24 24/15 29/21 48/11 49/22 54/20 57/2 61/3 66/5 68/23 69/16 72/3 73/23 80/12 81/17 81/19 85/20 87/15 88/8 89/18 89/20 90/24 94/25 95/6 95/18 107/2 107/8 108/15 109/8 129/18 129/20 130/13 131/24 136/5 155/6 161/14 164/7 175/20 176/7 178/21 189/13 190/1 190/3 190/21

**there [157]** 9/3 10/18 10/22 11/20 12/2 12/5 12/17 13/10 14/4 15/14 15/22 16/1 16/10 25/11 28/24 29/4 29/15 31/1 31/2 32/11 33/5 33/22 34/23 35/17 35/22 45/14 45/17 47/5 47/10 67/9 67/13 69/21 72/17 74/12 74/16 74/25 76/16 77/20 79/1 79/4 79/4 79/5 79/21 80/9 87/4 95/8 96/5 99/5 99/6 101/13 101/20 105/16 106/2 106/8 107/1 107/7 113/20 113/22 116/24 117/14 117/15 117/23 118/7 118/10 118/15 120/2 120/9 123/16 123/18 126/16 126/19 128/20 128/22 129/15 129/23 130/1 130/4 131/11 132/16 133/15 134/10 134/11 134/25 135/9 137/12 137/22 139/2 139/5 141/10 143/13 143/16 143/22 144/4 144/7 144/19 144/20 144/22 144/25 145/3 153/10 159/21 160/14 161/22 163/20 165/12 161/23 162/17 163/2 163/4 163/4 163/6 163/7 163/12 163/14 163/19 164/9 164/14 164/20 165/8 166/5 166/7 166/11 166/23
168/1 169/15 170/21 171/10 171/20 173/8 173/10 174/3 174/22 174/23 175/12 175/20 179/1 179/3 179/22 180/1 180/4 180/15 183/8 184/15 184/23 186/21 188/23 188/24 189/13 190/18

**there's [29]** 42/16 47/9 47/13 56/13 57/2 60/5 64/6 69/14 69/18 69/19 70/1 74/4 80/13 83/7 83/17 84/4 87/12 89/15 93/14 104/15 104/16 133/9 137/25 140/1 157/19 166/12 168/24 189/11 189/18

**thereafter [2]** 79/4 129/19
**therefore [3]** 51/12 52/5 162/5
**therein [1]** 157/20
**these [45]** 13/7 18/9 23/19 36/17 36/18 37/16 42/24 47/2 53/14 55/11 58/7 58/22 73/1 77/10 85/17 101/15 110/25 114/19 118/20 121/18 121/22 122/6 129/6 139/5 143/5 156/9 161/1 161/1 162/7 162/20 166/11 168/8 168/11 168/16 172/10 172/13 172/16 173/14 176/3 176/3 180/11 180/19 181/1 182/10 191/10 191/10

**they [229]**
**they'd [1]** 92/22
**they'll [1]** 78/1
**they're [24]** 17/25 18/4 31/24 39/2 48/21 48/21 70/19 75/9 76/15 77/18 90/18 92/23 93/4 93/23 95/4 95/6 95/18 96/3 98/6 98/24 99/1 99/2 114/23 188/25
**they've [6]** 45/1 45/1 79/9 95/18 95/18 191/14

**thing [13]** 43/9 45/25 52/6 87/11 96/7 120/8 160/5 169/22 173/23 180/20 184/22 188/16 191/17

**things [30]** 15/2 16/2 29/13 30/9 30/12 30/13 41/15 43/18 44/18 47/23 50/19 53/3 53/14 59/3 59/14 62/20 65/9 65/25 71/2 71/24 90/25 93/22 95/21 96/7 122/1 122/14 126/8 138/3 169/11 182/19

**think [48]** 10/19 10/23 11/5 11/9 12/6 28/10 28/16 34/3 41/11 41/15 42/25 43/4 43/7 45/19 47/20 49/12 56/2 60/22 65/14 68/12 70/4 71/2 74/1 74/16 75/2 75/4 76/22 77/3 82/15 84/18 85/19 86/23 91/3 93/14 93/24 96/12 98/7 99/20 101/4 104/11 117/6 126/15 136/9 142/17 185/20 186/12 188/4 188/5

**thinking [2]** 45/12 135/20
**third [6]** 115/12 139/15 158/22 158/23 163/4 172/19
**thirds [2]** 76/5 162/1
**this [194]**
**THOMAS [5]** 1/15 1/25 55/10 192/4 192/16
**those [86]** 6/15 9/18 10/7 16/2 16/21 23/17 29/11 30/20 31/19 32/8 32/8 33/5 34/11 36/15 37/9 37/25 38/19 40/22 44/3 44/21 44/21 47/18 50/19 51/14 51/15 59/4 59/20 62/16 65/12 69/24 70/11 70/21 71/2 73/25 74/21 75/5 76/8 76/10 77/17 78/7 78/17 86/15 88/2 88/10 90/10 91/7 92/19 92/24 93/22 95/21 95/22 95/23 96/1 96/6 96/16 105/16 111/4 113/23 119/5 119/16 125/17 125/18 125/25 135/6 138/8 143/8 145/16 147/6 147/7 156/24 157/20 159/17 161/16 161/25 164/17 165/23 167/5 167/5 167/10 167/13 171/16 171/21 177/13 177/18 188/22

**though [2]** 118/9 136/7
**thought [5]** 46/1 55/7 74/19 100/1 136/5
**thousand [1]** 130/19
**thousands [2]** 124/5 170/25
**threaten [2]** 172/14 172/17
**threatened [3]** 148/6 158/20 163/20
**threatening [1]** 123/9
**three [13]** 8/20 62/21 69/15 69/17 76/4 127/11 130/13 153/21 161/2 170/6 172/1 182/1 182/7
**three weeks [1]** 62/21
**threshold [1]** 69/12
**threw [1]** 3/4
**through [29]** 5/18 10/16 11/24 31/5 38/19 93/24 97/14 98/24 106/19 107/25 108/7 110/4 110/15 112/25 122/23 123/20 124/18 126/9 142/9 145/1 154/8 154/13 154/21 168/4 170/16 173/18 175/21 178/7 178/15

**throughout [3]** 124/7 160/24 163/8
**Thursday [1]** 188/2 188/8 190/4
**Ticonderoga [3]** 165/10 166/8 167/9
**tied [3]** 3/3 132/17 148/11

**time [77]** 15/15 17/20 21/21 22/5 22/15 24/16 25/10 26/19 27/4 28/23 31/19 32/8 32/11 34/13 34/14 35/2 38/7 42/3 48/9 50/5 50/11 52/19 52/24 55/23 64/11 70/7 70/12 70/12 70/13 70/17 71/11 71/14 75/8 76/21 81/18 84/11 95/3 98/7 99/6 99/11 99/17 99/21 111/24 116/5 121/5 121/14 123/13 125/4 125/11 127/22 128/20 131/19 133/7 135/1 135/10 136/8 140/4 146/2 149/12 153/13 153/20 156/1 156/12 157/15 162/17 167/14 167/23 170/8 179/6 180/15 185/18 186/20 188/14 188/15 189/22

**timeline [1]** 186/3
**times [14]** 27/18 27/19 37/2 71/8 83/9 85/15 85/22 90/1 90/5 90/9 101/16 121/11 127/11 130/13
**Timika [2]** 84/11 84/11
**timing [1]** 188/18
**title [14]** 102/19 105/6 142/4 150/13
**titled [2]** 84/2 142/23
**today [17]** 3/19 52/6 52/9 53/4 111/5 114/7 114/15 115/16 133/11 143/12 157/13 158/2 158/9 182/1 187/17 189/25 191/15
**today's [6]** 115/17 115/19 133/4 159/3 159/5 159/7
**together [7]** 13/17 51/25 61/7 114/22 132/17 134/7 190/13
**Togo [1]** 136/6
**token [1]** 189/15
**told [8]** 33/13 37/13 70/4 74/16 74/19 86/5 88/18 164/4
**tolerate [1]** 11/21
**tolerated [1]** 116/15
**toleration [1]** 130/14
**too [1]** 188/11
**took [13]** 37/9 107/2 129/4 131/10 139/7 139/25 142/21 145/10 145/14 148/24 168/3 168/19 175/16
**tool [3]** 148/12 165/21 165/22
**tools [1]** 148/8
**top [16]** 21/22 22/16 23/10 45/20 46/2 46/2 46/5 46/8 68/20 68/22 85/16 88/7 95/1 111/3 111/12 173/15
**topic [3]** 131/15 142/3 143/9
**topics [2]** 108/23 110/2
**tore [1]** 31/16
**total [4]** 101/24 102/3 102/7 109/18
**totally [1]** 188/25
**touch [2]** 73/9 89/11
**touched [1]** 93/15
**tough [1]** 98/7
**tour [4]** 29/15 37/5 37/13 38/10
**toward [1]** 11/16
**towards [7]** 11/17 32/15 36/24 37/12 100/9 161/12 162/25
**towns [1]** 130/2
**Townsend [1]** 168/7
**toxic [1]** 172/7
**TRACEY [1]** 1/22
**track [4]** 41/25 42/2 69/1 107/2
**tracks [1]** 65/10
**traditional [3]** 89/15 148/21 180/21
**traditionally [1]** 147/17
**TRADOC [1]** 110/13
**train [5]** 65/10 134/8 144/8 147/18 147/21
**trained [3]** 24/25 119/9 134/15
**trainee [1]** 37/9
**training [26]** 25/19 25/24 33/20 35/9 37/7 47/1 56/12 56/14 56/17 56/18 57/12 58/3 58/8 58/10 58/13 59/5 64/17 98/1 110/14 133/25 139/2 153/5 175/13 175/19 176/3 176/5
**transcript [6]** 10/16 11/24 124/10 124/17 192/8 192/9
**transcription [1]** 1/24
**transcripts [1]** 89/1
**transfer [4]** 76/24 99/7 99/9 99/17
**transport [4]** 14/23 14/25 15/2
**travel [2]** 26/8 75/9
**traveling [1]** 34/6
**Travis [1]** 129/10
**treat [1]** 130/22
**treated [1]** 178/3
**treating [1]** 11/14 179/18
**treatment [3]** 125/9 136/3 136/13
**trend [1]** 186/2
**trends [4]** 69/17 69/18 69/20 185/17
**Trenton [2]** 165/9 167/8

**T**

**trial [13]** 16/22 19/13 25/12 27/6 27/10 103/18 104/9 113/23 114/21 124/10 149/15 157/21 189/5
**trials [1]** 189/18
**Trident [1]** 23/13
**tried [5]** 138/13 138/13 168/6 168/7 168/10
**trite [1]** 40/23
**troop [3]** 24/22 24/23 24/24
**troops [3]** 96/4 144/8 165/18
**trouble [3]** 68/14 171/4 180/25
**true [2]** 48/6 192/7
**truly [1]** 15/24
**Truman [1]** 120/1
**truncated [2]** 101/6 101/7
**trust [3]** 28/20 31/16 55/10
**trustworthiness [1]** 113/25
**try [11]** 55/21 56/1 122/7 130/25 138/21 145/15 164/13 167/12 175/25 180/19 184/20
**trying [14]** 4/23 42/8 42/11 45/25 80/8 96/9 123/13 125/16 135/5 138/17 159/9 174/18 186/6 189/8
**turn [22]** 18/10 28/7 32/10 35/2 35/23 56/12 71/15 84/2 90/15 96/19 97/3 98/10 100/4 102/17 113/14 139/15 161/9 161/24 162/21 170/18 172/19 182/11
**turned [2]** 116/24 119/3
**turning [1]** 102/1
**twice [1]** 86/11
**two [48]** 10/7 12/17 29/17 37/10 38/13 38/13 39/9 41/9 46/11 58/10 58/13 68/4 68/19 69/14 69/17 70/10 70/22 72/18 76/5 77/11 77/14 77/19 77/22 77/25 78/8 78/16 79/3 79/12 79/13 80/5 81/14 82/20 83/5 98/14 107/1 108/2 108/3 108/22 111/17 119/10 143/5 143/8 152/1 152/25 162/1 175/19 186/18
**two weeks [2]** 58/10 58/13
**two years [11]** 70/10 70/22 77/25 78/8 78/15 79/12 79/13 83/5 107/1 152/25 175/19
**two-thirds [2]** 76/5 162/1
**two-year [5]** 77/11 77/14 77/19 77/22 79/3
**type [8]** 66/4 73/15 73/22 118/3 159/20 160/5 169/22 173/22
**types [2]** 73/23 121/22
**typically [11]** 36/10 91/2 91/10 91/14 93/2 94/11 94/24 95/11 155/4 166/12 170/5

**U**

**U.S [114]** 16/22 19/13 25/12 27/6 27/10 28/21 33/9 42/13 43/19 62/4 105/20 108/22 108/23 108/24 108/25 109/7 109/15 109/16 110/2 110/11 110/23 110/24 111/3 112/25 115/5 115/10 115/14 116/1 116/5 116/8 116/12 116/22 116/24 117/9 117/11 117/12 117/18 119/23 120/3 120/6 120/8 121/18 123/2 123/7 123/10 123/22 123/25 125/4 125/15 125/20 125/23 126/1 126/10 127/17 128/24 128/24 130/10 130/19 130/20 130/20 130/22 130/25 131/9 131/10 131/12 131/12 131/15 131/22 135/11 135/13 136/9 136/10 136/10 136/10 136/22 136/23 137/10 137/15 138/9 139/8 139/10 140/4 140/7 140/14 140/18 141/2 142/16 142/19 142/23 143/5 143/6 143/8 145/14 146/13 146/16 146/20 146/23 147/4 147/17 147/19 148/21 150/16 151/2 152/19 152/20 152/23 162/18 171/1 176/9 176/9 178/8 181/16 181/20 181/24
**U.S.C [1]** 192/7
**unable [1]** 92/1
**UNC [1]** 189/6
**under [11]** 8/3 10/13 14/13 65/16 113/24 119/16 121/21 126/2 126/6 133/24 171/2
**undergraduate [1]** 142/22
**underlying [1]** 103/3
**undermine [1]** 172/11
**underneath [1]** 102/19
**underprivileged [2]** 175/17 182/15
**underrepresented [1]** 38/7
**understand [16]** 11/7 11/11 17/21 53/5 53/10 55/18 64/20 95/15 103/23 133/3 133/3 134/12 136/15 147/19 187/16 191/17
**understanding [4]** 113/22 133/1 180/8 180/9

**understood [10]** 105/18 113/6 115/23 125/13 139/14 142/8 143/11 157/24 184/18
**undertaken [1]** 37/5
**undertones [1]** 163/9
**undertook [1]** 182/2
**underway [1]** 16/14
**unfair [1]** 172/4
**uniform [4]** 23/11 31/12 163/23 180/8
**unique [4]** 59/2 70/6 78/21 137/15
**unit [8]** 4/7 6/23 7/3 23/21 24/19 39/20 121/2 131/22
**Unit 3 [1]** 24/19
**UNITED [22]** 1/1 1/6 16/17 26/9 63/19 112/21 118/12 121/11 121/14 124/6 129/17 130/11 130/18 136/20 137/2 139/6 142/9 148/7 148/19 179/4 192/5 192/11
**units [9]** 119/22 120/6 131/25 133/24 134/16 134/18 143/20 175/13 176/4
**universities [5]** 78/21 122/15 138/14 138/16 176/4
**university [25]** 99/12 105/7 105/11 105/14 105/17 106/1 106/7 106/20 106/22 106/23 106/25 107/3 107/4 107/5 107/6 107/9 108/13 108/16 141/23 151/14 151/15 151/16 151/20 151/25 152/18
**unknown [1]** 84/24
**unless [1]** 4/2
**unlike [2]** 65/22 189/17
**unlikely [2]** 149/12 187/12
**unofficial [2]** 125/15 126/9
**unrated [1]** 160/3
**unreasonable [1]** 126/8
**unrest [32]** 153/23 157/10 158/15 159/2 160/24 161/13 162/25 163/2 163/13 164/20 165/19 166/5 166/9 167/7 167/15 171/4 172/10 172/13 172/16 177/3 177/6 177/14 177/16 179/16 181/8 181/11 181/16 181/19 181/24 183/5 184/16 184/24
**unspecified [1]** 131/22
**until [11]** 14/15 17/7 103/18 120/8 128/5 130/22 164/9 165/21 169/25 171/9 174/5
**up [48]** 3/3 7/21 9/18 9/19 10/15 11/23 18/1 19/16 19/20 24/14 24/25 26/16 27/3 27/9 29/20 29/22 30/23 54/6 71/16 75/12 77/9 77/11 87/2 88/9 88/10 91/3 102/12 110/4 121/25 135/3 137/5 142/9 149/23 153/8 154/13 164/8 166/2 166/14 166/24 167/10 167/21 173/7 174/5 178/7 180/10 188/2 188/7 189/10
**updated [1]** 190/2
**upholding [1]** 28/20
**upon [5]** 33/5 59/11 89/11 93/15 130/12
**upper [1]** 69/3
**uprising [1]** 129/22
**URBAN [1]** 1/22
**us [10]** 9/6 9/14 28/16 28/20 70/4 74/16 74/19 105/17 106/19 190/22
**USAID [1]** 35/15
**use [15]** 13/3 42/18 43/1 43/5 50/8 58/22 88/21 117/22 136/20 155/25 156/6 165/21 169/10 180/2 181/14
**used [19]** 44/22 52/22 53/1 53/13 54/13 55/2 59/6 82/14 85/3 85/18 87/5 112/13 112/15 113/8 121/25 155/23 155/25 156/6 165/22
**using [6]** 54/25 116/20 149/2 184/11 184/17 184/25
**USNA [2]** 16/18 71/18
**USS [3]** 15/8 12/9 129/20
**USS Wasp [1]** 15/8
**usual [1]** 112/15
**usually [16]** 29/8 60/9 63/15 75/15 76/9 76/15 79/13 80/5 92/16 93/23 97/21 101/25 128/1 141/19 153/17 169/19
**utilize [1]** 175/24

**V**

**V-A-H-S-E-N [1]** 60/21
**Vahsen [36]** 2/8 17/24 60/14 60/20 60/22 61/16 61/23 62/1 62/3 63/9 63/10 63/11 63/13 66/12 66/19 66/24 68/2 69/21 71/4 71/25 72/17 75/11 77/9 79/20 80/20 80/24 81/12 84/24 86/25 87/4 87/15 89/9 96/21 100/6 103/11 103/16
**value [1]** 28/14
**valued [1]** 132/12
**values [6]** 29/13 34/19 35/21 35/22 38/24 88/7
**variety [6]** 90/18 98/21 134/8 135/4

155/2 186/21
**various [10]** 18/10 23/16 24/13 64/19 124/23 145/2 154/23 168/5
**varsity [25]** 4/19 42/3 70/24 74/20 74/24 75/5 76/4 76/6 76/7 76/13 92/9 92/11 92/12 92/13 92/14 92/25 94/13 98/13 98/22 99/2 99/8 99/10 99/11 101/12 102/3
**vehicle [2]** 176/14 176/14
**venture [2]** 49/8 49/21
**verge [1]** 169/9
**version [2]** 190/23 190/25
**versions [2]** 68/12 68/13
**versus [1]** 59/3
**very [59]** 16/10 17/4 17/8 29/12 30/13 31/15 31/15 33/5 33/12 34/7 42/9 48/25 53/4 54/5 54/24 61/11 61/18 74/10 75/2 75/8 80/14 86/15 91/2 95/22 96/6 96/14 101/5 103/16 103/21 103/21 104/19 114/22 116/19 121/6 129/19 131/17 134/4 134/21 142/6 149/11 149/17 161/6 162/4 163/12 171/24 173/6 173/10 174/3 174/8 178/21 186/7 187/5 187/10 187/14 188/19 189/24 191/9 191/17 191/20
**vessels [2]** 131/10 154/14
**veteran [1]** 61/1
**via [1]** 16/2
**vice [4]** 26/3 33/15 33/16 33/18
**victim [1]** 39/3
**victims [3]** 162/2 162/3 173/24
**Victor [1]** 61/17
**Vietnam [49]** 115/10 123/2 123/7 124/7 124/22 126/13 126/22 127/3 127/6 127/11 128/19 128/24 129/25 131/22 131/23 132/10 137/2 138/24 142/24 145/12 145/22 146/11 147/15 148/17 153/21 153/22 153/24 158/20 162/23 162/24 163/3 163/5 164/8 164/15 164/18 165/18 167/15 169/1 169/9 169/21 171/9 172/10 172/13 172/16 178/23 179/10 179/13 179/18 179/22 181/2 181/7 181/21 181/24 183/7
**Vietnamese [1]** 170/3
**view [12]** 3/24 9/22 9/25 10/4 33/10 59/6 175/14 186/13 188/3 188/9 191/4 191/6
**views [6]** 6/13 6/13 6/15 42/23 42/25 43/5 43/10
**vignette [1]** 136/1
**violations [2]** 90/23 100/19
**violence [49]** 115/9 118/1 118/3 118/4 118/9 118/11 119/4 123/1 123/5 123/9 123/17 123/19 123/21 123/24 124/2 124/21 124/22 125/17 126/19 126/23 127/3 127/5 127/16 128/19 128/22 129/2 129/11 129/15 129/21 129/23 129/24 130/1 130/5 131/6 131/10 131/16 131/18 131/21 132/1 132/6 132/9 132/17 135/21 136/16 137/9 141/2 145/14 148/6
**violent [6]** 139/6 144/13 146/16 146/19 146/21 146/25
**Virginia [1]** 118/16
**visible [9]** 36/18 118/4 135/7 135/15 135/21 139/19 148/2 148/9 171/22
**visit [4]** 34/3 34/14 34/17 70/15
**visiting [1]** 106/22 107/1
**visits [1]** 34/2
**visually [1]** 34/21
**vital [2]** 162/20 171/14
**voice [3]** 19/16 42/8 42/10
**voir [3]** 112/2 112/4 156/19
**volume [1]** 188/23
**voluntarily [1]** 97/7
**voluntary [20]** 73/24 74/5 74/10 75/13 78/7 79/11 79/12 86/18 90/18 91/14 91/17 91/23 91/25 93/13 97/16 97/19 98/9 99/10 99/22 100/18
**volunteer [5]** 137/3 137/3 137/4 139/7 143/3
**volunteered [1]** 126/21
**vs [1]** 1/5

**W**

**W-O-O-D [1]** 3/12
**waiting [1]** 61/6
**wake [1]** 129/13
**Wakefield [1]** 84/17
**waking [1]** 95/2
**walk [3]** 92/23 106/19 173/20
**Walker [2]** 3/25 3/25
**Wallace [1]** 133/6
**Wallace Terry [1]** 133/6
**want [54]** 3/18 3/19 4/12 8/25 10/15 28/7

**W**

want... **[40]**
42/11 48/17 48/22 53/22 55/9 55/11 55/19
56/12 58/21 62/11 66/20 68/4 71/15 73/6
75/21 81/13 82/19 84/25 87/11 89/11
90/15 95/12 96/2 96/19 97/3 98/10 102/17
141/16 160/17 161/7 161/24 162/21 167/14
167/16 170/18 172/19 184/21 186/15
186/16 188/14 188/16 188/20 189/21
**wanted [4]** 22/24 38/4 93/15 148/8
**wants [3]** 4/15 93/20 93/20
**war [90]** 24/1 104/9 105/8 108/16 108/20
110/11 110/11 116/4 116/4 116/5 116/10
116/10 116/20 116/22 116/24 117/7 117/25
117/25 118/4 118/9 118/22 118/22 120/9
120/19 120/20 123/7 124/4 124/22 126/13
128/19 128/23 137/2 142/21 143/17 143/23
144/5 147/15 148/17 152/6 153/14 153/21
153/23 153/24 154/8 154/9 155/13 158/15
158/20 159/14 159/15 159/16 159/22
159/25 160/13 160/15 160/20 161/9 161/11
161/12 162/8 162/23 162/24 163/3 164/5
164/8 164/18 165/15 167/15 169/1 169/19
171/10 172/11 172/14 172/17 178/8 178/8
178/14 178/16 178/17 178/23 179/11
179/14 179/18 179/22 181/2 181/17 181/21
181/24 183/7 185/13
**War II [5]** 117/7 117/25 153/14 159/14
185/13
**war-fighting [1]** 24/1
**warfare [11]** 22/20 24/18 26/17 26/21
34/8 36/22 38/3 46/22 46/22 47/6 82/7
**wars [2]** 154/7 159/18
**wartime [1]** 159/17
**was [353]**
**Washington [5]** 151/15 151/20 151/24
152/18 160/25
**wasn't [6]** 30/23 31/4 58/10 129/15 189/6
189/10
**Wasp [1]** 15/8
**watch [2]** 54/8 118/17
**water [2]** 35/12 153/22
**way [14]** 11/14 13/3 29/22 30/16 51/14
54/22 73/1 114/19 121/3 122/4 128/3
129/15 154/8 191/16
**ways [8]** 16/1 33/20 46/11 95/8 137/24
138/5 140/2 177/9
**we [130]** 3/5 7/21 9/5 9/14 9/19 9/20
10/10 11/3 11/23 12/2 12/9 15/17 16/1
17/19 18/3 20/7 23/13 24/25 27/13 27/15
28/16 29/4 29/7 29/7 29/7 31/9 31/16
31/17 31/18 31/19 32/7 33/24 34/19 34/20
34/19 34/20 34/20 34/22 35/8 38/13 40/17
46/25 49/10 53/4 54/6 57/17 60/6 61/6
61/8 62/12 62/17 63/20 64/23 67/18 68/25
69/1 69/5 69/6 69/13 69/17 69/20 71/23
72/5 74/10 74/17 74/25 75/2 75/4 75/5
75/13 75/16 80/4 80/11 80/18 81/17 81/17
81/19 83/19 83/20 84/19 85/21 88/22
90/24 91/3 92/22 92/25 93/24 93/25 94/11
95/12 95/12 96/19 97/21 97/21 98/4
99/6 99/20 101/7 103/12 108/22 108/25
110/2 110/3 114/22 117/6 128/18 129/22
141/16 149/17 150/1 150/19 164/12 170/5
177/25 180/12 181/1 188/7 189/1 189/2
189/8 189/16 189/21 189/22 190/1 190/3
190/9 190/13 190/23 191/19
**we'd [3]** 13/3 156/12 157/15
**we'll [17]** 18/7 58/13 60/23 69/19 71/16
75/3 80/12 80/23 81/1 114/10 114/21
115/25 127/22 127/23 127/24 141/20
190/20
**we're [28]** 11/19 18/2 18/5 40/23 42/17
57/12 57/25 61/6 63/17 63/14 63/14 68/17
73/1 78/20 96/9 96/12 97/1 104/7 140/2
148/16 148/17 148/18 184/21 187/20 188/1
188/5 189/1 189/16
**we've [9]** 18/9 40/17 40/18 44/2 58/12
92/7 141/14 189/24 189/25
**weapon [1]** 148/14
**weapons [4]** 168/3 168/11 169/3 169/3
**wear [2]** 23/15
**wearing [2]** 23/10 23/16
**web [3]** 16/9 16/10 16/14
**website [1]** 156/3
**Wednesday [3]** 188/7 190/2 190/6
**week [13]** 17/8 59/25 61/1 103/18 127/13
149/16 187/13 187/14 187/23 189/5 189/7
191/10 191/19
**weekly [1]** 33/13

**weeks [6]** 15/18 58/8 58/10 58/13 62/21
128/8
**weld-document [1]** 61/19
63/13 128/16 138/19
**well [82]** 10/7 13/23 16/10 21/19 22/13
23/23 26/7 26/10 26/20 27/1 27/22 28/10
28/21 29/19 31/4 32/4 32/25 33/9 33/21
34/17 38/5 43/9 47/2 47/3 48/10 52/9
53/9 54/20 63/2 64/19 67/4 75/14 76/17
87/3 94/22 99/8 100/3 101/7 104/11
104/17 107/24 108/13 109/1 110/11 112/18
113/24 114/20 114/23 122/7 125/25 129/16
131/20 132/4 133/23 135/19 138/5 138/18
144/5 145/4 146/2 154/5 159/15 164/7
165/15 168/12 174/2 175/3 176/7 178/7
179/21 182/8 186/5 186/15 188/1 188/10
189/20 189/21 190/8 191/2 191/13 191/14
191/18
**well-documented [1]** 132/4
**went [13]** 5/24 11/25 19/13 21/1 26/12
31/5 31/8 104/9 130/13 141/23 151/14
153/2 167/24
**were [232]**
**weren't [5]** 16/13 65/14 73/8 148/10
164/9
**Wes [1]** 174/3
**Wesley [1]** 172/24
**West [12]** 24/11 25/2 124/8 126/20 127/1
130/1 130/2 130/11 136/6 145/16 145/25
162/13
**West Coast [2]** 25/2 162/13
**West Coat [1]** 24/11
**West German [1]** 130/2
**West Germany [5]** 124/8 126/20 127/1
130/1 130/11
**West Point [2]** 145/16 145/25
**Western [1]** 90/4
**Westmoreland's [1]** 124/3
**what [214]**
**what's [8]** 65/4 68/18 76/2 85/2 124/24
126/18 139/17 166/12
**whatever [2]** 4/15 175/18
**whatnot [1]** 95/7
**whatsoever [2]** 51/24 70/14
**when [72]** 4/13 8/6 11/6 11/10 11/13
12/23 13/3 13/10 15/7 15/18 15/22 16/15
19/23 20/1 20/13 20/17 23/3 23/4 23/24
31/12 31/23 32/15 33/8 38/7 41/22 45/6
45/14 45/17 48/23 50/5 57/19 63/18 64/15
65/8 78/16 80/1 80/3 80/15 89/22 92/19
96/4 101/9 117/23 119/1 119/2 119/4
119/23 122/16 123/24 130/5 130/16 131/4
133/7 136/2 137/15 137/16 137/22 142/16
145/23 148/5 154/14 154/25 159/17 162/18
168/2 168/3 168/16 171/3 172/20 174/14
176/7 191/15
**where [60]** 10/1 10/5 10/23 11/11 11/20
19/12 21/20 22/4 22/14 25/8 26/17 32/20
33/22 34/4 47/16 50/12 55/10 50/24 51/4
55/18 56/3 59/3 63/18 68/21 68/21 69/14
70/13 77/17 79/8 79/14 85/12 85/15 90/3
90/12 95/4 97/4 97/10 98/2 100/10 100/14
100/23 102/6 102/9 102/18 105/25 106/6
107/13 126/19 126/20 136/1 150/11 151/7
151/13 153/10 161/21 162/17 164/24
169/20 174/11 189/9
**whether [30]** 6/23 7/14 36/21 38/25 42/18
42/22 43/1 43/5 44/15 44/23 47/21 49/5
49/14 49/19 49/22 50/3 51/8 52/1 52/22
53/12 54/13 55/3 56/8 59/7 77/18
99/12 126/5 131/15 140/6
**which [74]** 8/25 15/1 15/1 28/2 28/24
29/2 32/11 36/5 38/8 42/18 47/9 53/4
66/6 67/6 67/21 69/6 70/17 73/12 74/14
75/20 76/5 81/24 87/12 87/25 91/2 94/16
95/8 96/19 97/13 99/12 100/5 100/9
107/23 108/12 108/14 110/10 110/20 111/3
111/15 112/23 113/3 116/13 118/5 118/19
121/3 126/20 127/1 129/2 129/6 130/18
131/1 132/23 133/20 133/21 133/22 134/7
137/4 138/19 140/2 140/3 145/21 153/12
155/3 155/5 158/15 158/20 165/12 165/16
167/21 167/25 168/8 171/12 175/16 185/22
**while [17]** 16/14 29/4 31/19 35/3 45/1
61/6 71/6 77/8 88/8 93/24 95/18 127/12
128/1 138/9 139/7 148/16 168/5
**white [37]** 7/17 41/11 41/12 41/14 68/14
72/8 82/23 85/22 118/6 118/7 119/11
120/7 120/23 120/25 122/11 122/13 122/14
122/19 125/21 125/21 125/21 127/9 127/10

130/24 136/2 136/11 136/11 154/5 161/2
161/2 163/22 163/24 166/17 166/24 175/18
180/22 182/3 182/3
**White-administered [1]** 136/11
**White-dominated [2]** 125/21 136/11
**Whites [3]** 85/12 180/2 181/15
**who [50]** 30/18 38/13 39/3 39/12 45/22
46/15 59/20 68/8 72/23 73/2 77/17 83/15
84/9 84/9 84/14 84/22 84/23 108/6 109/11
117/12 117/21 119/18 121/7 122/12 127/11
133/6 134/15 135/12 135/19 136/6 136/8
137/19 138/15 138/18 138/22 145/25 160/8
170/15 170/16 173/3 173/8 173/10 173/11
174/4 180/8 180/22 180/23 182/9 183/20
184/4
**who's [3]** 3/23 47/12 185/23
**whoever [1]** 37/24
**whole [6]** 58/20 69/8 83/5 88/23 110/21
178/24
**whole-person [1]** 83/5
**whom [2]** 167/20 168/7
**whose [1]** 104/8
**why [35]** 19/18 22/22 34/16 37/19 39/6
70/17 70/17 70/25 75/15 86/5 90/16 91/5
91/12 92/4 93/11 94/23 96/1 98/3 98/5
98/5 99/2 115/21 135/17 137/12 147/15
160/16 162/3 164/10 165/19 168/18 168/25
170/12 170/14 174/12 177/6
**wide [2]** 119/21 133/15
**widely [3]** 113/8 131/23 156/6
**widening [2]** 74/16 74/19
**widespread [1]** 11/19 118/10 131/5
**will [37]** 3/22 11/21 17/6 17/14 17/15
18/14 32/3 34/4 45/13 55/23 57/17 60/14
61/14 61/25 67/8 71/6 72/23 83/25 87/25
88/19 103/23 104/18 112/5 113/18 114/20
136/3 136/12 149/2 157/17 157/22 163/25
184/10 184/16 184/24 188/6 189/13 190/4
**William [2]** 163/22 164/2
**willing [3]** 129/9 168/21 189/16
**Wilson [1]** 108/4
**wing [1]** 170/7
**winning [2]** 96/13 96/13
**winter [1]** 15/5
**wise [1]** 149/14
**wishes [1]** 47/13
**withdrawn [1]** 66/8
**within [30]** 22/2 34/8 36/22 38/13 42/16
64/19 65/11 66/1 70/12 78/23 88/11 96/9
109/12 113/21 113/21 123/25 124/6 125/4
125/15 126/3 127/16 132/24 141/2 146/16
146/20 146/24 153/10 182/22 182/22 187/1
**without [5]** 50/13 51/5 70/20 80/16
171/23
**witness [37]** 3/5 3/8 17/7 17/10 17/12
17/13 17/14 17/17 17/21 18/8 18/12 18/16
18/18 18/24 44/4 53/24 54/17 61/11 61/13
80/24 81/9 89/5 103/19 103/23 103/24
103/25 104/5 104/21 111/25 128/1 149/13
149/15 149/19 149/25 156/13 187/13 188/6
**witness's [1]** 59/9
**witnesses [10]** 2/4 17/22 18/10 18/12
44/2 44/7 60/6 128/2 187/18 187/23
**woman [4]** 82/20 115/11 117/12/10
**woman's [4]** 10/2 10/6 10/8 14/5
**women [9]** 8/21 12/20 13/23 13/25 14/4
14/5 15/14 15/15 15/17
**women's [1]** 94/17
**wonderful [1]** 191/12
**wondering [1]** 174/16
**Wood [14]** 2/5 3/6 3/12 3/18 3/19 3/19
4/1 4/1 4/2 4/6 7/23 17/23 124/14 124/21
**Woodrow [1]** 108/4
**Woods [1]** 17/5
**word [4]** 135/4 180/12 190/23 190/25
**words [4]** 40/22 58/7 130/23 185/20
**work [29]** 4/23 28/25 29/3 32/12 33/8
32/23 105/24 107/21 111/7 111/23 112/16
113/2 119/16 150/11 151/6 153/2 153/6
153/11 153/19 154/4 154/6 154/17 154/21
154/25 155/11 160/10 166/4 177/9 185/9
**worked [7]** 14/15 33/12 65/9 142/11
152/19 154/3 180/9
**workers [1]** 161/25
**working [10]** 24/24 27/3 35/2 132/14
154/1 166/2 167/19 170/23 186/23 189/24
**works [4]** 66/18 84/14 160/8 184/4
**workshops [1]** 153/8
**workup [2]** 25/24 32/16
**world [42]** 28/19 34/22 50/12 51/4 90/4

**W**

**world... [1]**   115/7
116/20 116/24 117/7 117/25 117/25 118/4
118/9 118/22 118/22 121/15 124/7 130/3
143/17 143/23 153/14 154/9 158/15 159/14
159/15 159/22 159/25 160/13 160/15
160/20 161/9 161/11 162/8 178/8 178/8
178/14 178/16 178/17 185/13
**World War II [1]**   154/9
**worldwide [1]**   124/9
**worried [1]**   123/8
**worst [1]**   160/2
**worth [1]**   70/1
**would [95]**   4/1 4/12 4/19 5/1 5/9 7/18
8/5 8/6 8/8 11/15 15/12 16/15 16/16
22/16 23/20 27/9 29/8 30/16 37/23 41/15
41/16 42/16 43/21 45/2 45/24 45/24 48/16
48/21 49/6 49/9 49/10 49/10 49/15 49/19
50/7 50/13 51/5 51/13 51/16 51/20 52/15
53/13 56/9 63/3 66/17 69/24 70/1 70/3
71/11 71/22 76/11 77/22 80/16 89/15
91/13 93/11 94/17 97/25 98/20 99/14
103/12 112/13 114/17 123/23 127/20
127/20 134/14 136/6 138/19 144/1 147/4
147/8 147/12 148/10 149/1 149/3 155/23
158/11 158/17 161/8 164/13 164/15 169/5
169/11 169/12 169/13 169/14 169/16
169/25 171/17 173/21 175/20 190/16
190/22 191/2
**wouldn't [6]**   30/24 49/8 49/17 49/21
53/17 82/19
**wounded [4]**   117/11 117/21 119/12 127/11
**woven [1]**   157/20
**wrap [1]**   188/6
**wrapped [2]**   78/11 78/12
**write [8]**   37/19 41/22 100/10 100/14
110/3 150/23 155/25 189/3
**writing [3]**   111/17 112/16 152/16
**writings [1]**   183/20
**written [5]**   37/16 110/22 153/21 153/22
153/23
**wrong [3]**   76/11 87/4 90/21
**wrote [5]**   37/20 41/24 119/2 142/23 156/3
**WYRICK [10]**   1/14 2/12 104/8 104/17 112/2
141/6 141/9 141/12 149/8 156/19

**X**

**XO [2]**   25/22 34/1

**Y**

**YANG [1]**   1/17
**yeah [14]**   10/4 14/9 16/10 25/22 52/14
76/23 83/3 83/3 85/19 95/7 147/10 176/13
190/15 191/3
**year [56]**   8/9 20/23 21/5 29/14 56/21
56/21 57/10 57/10 57/11 57/11 57/13
57/15 57/15 57/22 69/19 70/6 70/8 70/9
72/2 72/5 73/21 73/22 74/11 76/3 76/10
77/11 77/14 77/17 77/19 77/21 77/22
78/19 78/22 79/3 82/20 86/3 86/3 97/2
99/15 100/12 101/21 105/12 106/21 106/25
108/14 108/23 109/18 109/20 129/18 157/4
163/8 164/24 166/10 174/5 174/5 174/15
**years [57]**   8/10 12/25 13/8 14/13 15/10
15/12 24/5 24/25 36/5 36/6 57/9 64/20
64/25 65/12 65/24 70/10 70/11 70/22
71/18 73/16 77/25 78/8 78/15 78/23 79/12
79/13 80/1 83/5 85/1 85/3 86/11 89/14
89/18 89/19 89/20 95/17 98/14 101/5
107/1 107/6 108/7 109/20 115/6 137/21
137/24 142/17 147/8 147/9 147/10 148/17
148/18 152/25 173/17 175/19 176/5 185/14
191/16
**yellow [1]**   76/6
**yep [1]**   10/14
**yes [274]**
**yesterday [9]**   4/6 4/16 4/22 5/5 13/12
17/10 124/11 124/20 190/1
**yesterday's [1]**   124/17
**yield [1]**   140/17
**York [3]**   121/10 121/11 151/8
**you [807]**
**you'd [2]**   48/18 86/2
**you'll [7]**   3/6 11/19 18/19 34/25 59/24
82/15 104/20
**you're [51]**   4/9 6/3 11/11 14/6 14/21
17/10 17/12 17/17 18/22 23/10 23/16
25/20 43/12 47/16 55/12 58/1 59/22 60/7
62/3 65/7 65/8 65/9 73/17 77/8 77/24
80/24 103/16 103/19 104/5 114/15 114/17

115/7 115/12 120/15 124/13 128/1 133/10
133/13 136/9 141/21 146/12 149/13 158/9
161/22 182/7 185/19 185/19 187/7 189/14
189/18 191/16
**you've [17]**   5/12 12/24 15/19 29/25 49/2
55/13 74/18 82/12 113/8 116/17 142/11
142/14 143/12 146/6 153/19 154/4 154/17
**young [9]**   5/17 38/13 98/20 125/7 125/20
135/23 136/1 139/21 191/13
**younger [1]**   191/11
**your [307]**
**yours [1]**   41/19
**yourself [5]**   66/8 66/9 66/15 66/25 128/2

**Z**

**zones [1]**   90/11
**zoom [1]**   124/17
**Zumwalt [4]**   171/5 174/23 180/18 183/20