```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3  STUDENTS FOR FAIR ADMISSIONS,  )Trial Day 7
                                   )
 4        Plaintiff,               )
                                   )Civil No.
 5        vs.                      )1:23-cv-2699-RDB
                                   )
 6  THE UNITED STATES NAVAL        )Baltimore, Maryland
    ACADEMY, ET AL.,               )
 7                                 )September 24, 2024
          Defendants.             )10:03 a.m.
 8  _____)
```

9            **TRIAL IN THE ABOVE-ENTITLED MATTER CONTINUED**
             **BEFORE THE HONORABLE RICHARD D. BENNETT**

10

11                    A P P E A R A N C E S

12  <u>On Behalf of the Plaintiff</u>:
          ADAM K. MORTARA, ESQUIRE
13        PATRICK STRAWBRIDGE, ESQUIRE
          J. MICHAEL CONNOLLY, ESQUIRE
14        CAMERON T. NORRIS, ESQUIRE
          JAMES HASSON, ESQUIRE
15        R. GABRIEL ANDERSON, ESQUIRE
          THOMAS R. MCCARTHY, ESQUIRE
16        RACHAEL WYRICK, ESQUIRE

17  <u>On Behalf of the Defendant</u>:
          JOSHUA E. GARDNER, ESQUIRE
18        CATHERINE M. YANG, ESQUIRE
          ANDREW E. CARMICHAEL, ESQUIRE
19        JOHN ROBINSON, ESQUIRE
          MEDHA GARGEYA, ESQUIRE
20        CHRIS E. MENDEZ, ESQUIRE

21  <u>Also Present</u>:
          EDWARD BLUM, STUDENT FOR FAIR ADMISSIONS
22        BRUCE LATTA, NAVAL ACADEMY
          TRACEY URBAN, PARALEGAL
23        LINDSEY O'CONNOR, PARALEGAL
          MICHEAL PUSTERLA, IT
24        BRIAN SIMMONS, IT

25                        <u>Reported by</u>:
                     Ronda J. Thomas, RMR, CRR
```

<u>**INDEX**</u>

<u>**September 24, 2024**</u>

<u>PLAINTIFF'S WITNESSES:</u>                    <u>PAGE:</u>

Jason Lyall - cont.

   Direct by Mr. Robinson (continued)        3
   Cross by Mr. Strawbridge                  40

Admiral John Fuller

   Direct by Mr. Carmichael                  89
   Cross by Ms. Wyrick                       123

Stuart Gurrea, Ph.D.

   Direct by Mr. Gardner                     133
   Cross by Mr. Mortara                      189
   Redirect by Mr. Gardner                   226

```
 1   (10:02 a.m.)
 2            THE COURT:  Good morning, everyone.
 3        Jakiba, if you'll reswear Dr. Lyall, please.
 4            THE CLERK:  Absolutely.
 5        If you'll raise your right hand, sir.
 6        (Witness sworn.)
 7            THE CLERK:  Do you mind restating and spelling your
 8   first and last name for the record, please.
 9            THE WITNESS:  My name is Jason Lyall.  That's
10   J-A-S-O-N; Lyall is L-Y-A-L-L.
11            THE COURT:  Good morning, Dr. Lyall.
12        Mr. Robinson, you may continue.
13            MR. ROBINSON:  Thank you, Your Honor.
14                DIRECT EXAMINATION - CONTINUED
15   BY MR. ROBINSON:
16   Q.   Good morning, Professor Lyall.
17        So yesterday we were talking about Project Mars.  You and
18   your team looked at hundreds of armies, hundreds of battles to
19   see whether there's a relationship between inequality and
20   battlefield performance.  And we were talking, I think when we
21   dropped off, about the military and equality coefficient, the
22   first step in your analysis.
23        Could you just explain for the Court briefly again what
24   this is and how it's calculated for each army you looked at.
25   A.   Sure.
```

1        So the military inequality coefficient, or MIC, is

2   designed to take a snapshot of an army's demography and the

3   level of inequality on the eve of battle.  So for every army in

4   the dataset, we take this snapshot.  And this is essentially

5   how we calculate it.  It's two pieces of information.

6        We look at the ethnic composition of the army -- so how

7   many ethnic groups are in it and what percentage they represent

8   of the military -- and then how the state is treating them.

9   And we have a range there of options from the state viewing

10  that ethnic group as full members of the political community.

11  They enjoy all political rights, economic freedoms.  In some

12  cases, though, states discriminate.  And so in those particular

13  instances, we assign a value of a .5.

14       In some instances, ethnic groups are actually subject to

15  violence by their own states.  In that instance, we assign a

16  value of a 1.

17       So, basically, what you're looking at here is it's very

18  simple.  This is a hypothetical army.  It has two ethnic

19  groups, Ethnic Group A, Ethnic Group B.

20       Ethnic Group A represents 80 percent of the fielded army

21  going into battle.  Ethnic Group B represents 20 percent.  For

22  whatever reason in this particular hypothetical example, the

23  government is discriminating against Ethnic Group A.  That's

24  what that .5 value is.  And, for whatever reason,

25  Ethnic Group B here is seen as full citizens of the state and

 1  they would be assigned a 0.

 2      Then it's just simple calculation.  And it generates in

 3  this particular instance a MIC value of .4.  And we do this for

 4  every single army in the dataset.  And that generates a scale

 5  between 0 and 1.  And so this army would be somewhere near the

 6  midpoint of that particular scale.

 7  **Q.**   Thank you.

 8      So now I'd like to turn to your conclusions, what you

 9  found when you ran the analysis.

10      If we could put up Lyall 4.

11      This is from Table 1 in your expert report.  And could you

12  describe at a high level using this table what you found.

13  **A.**   Absolutely.  So --

14          **THE COURT:**  This is still Defendants' Exhibit 195?  Is

15  that what we're looking at?

16          **MR. ROBINSON:**  This is from 195.  This is a

17  demonstrative that just calls --

18          **THE COURT:**  I'm just verifying it's Defendants'

19  Exhibit 895 and a demonstrative from that.

20          **MR. ROBINSON:**  Yes.

21          **THE COURT:**  Okay.  Thank you.

22          **THE WITNESS:**  So this is basically the Project Mars

23  data in a summary table.  And what it tells us here, we assign

24  a level of inequality from the military inequality coefficient

25  that goes between low, medium, high, and in extreme values.

1    And then what you're looking at here is the various

2    measures that all of the coders who are working to collect the

3    data use to define battlefield performance.  And, in

4    particular, we see four of them here.

5    You see whether your army has a loss-exchange ratio below

6    parity.  That simply means that your army is losing more

7    soldiers than it's killing on the other side.

8    Mass desertion.  That means at least 10 percent of your

9    army has taken its weapons and gone home.

10    Mass defection.  That is 10 percent of your army has taken

11    its weapons and joined the other side and is fighting against

12    you.

13    And the last column there is blocking units.  This is the

14    use of violence against your own soldiers to force them to

15    fight.

16    The basic relationship we see in here is, as the army

17    becomes more unequal on these scores -- so as you move from low

18    through medium to high and then eventually to extreme -- the

19    odds that these behaviors are going to be manifest in your army

20    increase.

21    And so as you move up the scale, greater likelihood that

22    your army will suffer more casualties than it inflicts, greater

23    likelihood that you're going to see mass desertion, greater

24    likelihood of mass defection, and greater likelihood that that

25    army is going to turn its weapons against its own soldiers.

1  BY MR. ROBINSON:

2  Q.    So taking loss-exchange ratio, for example, could you just

3  walk through that example using loss-exchange ratio, how the

4  data shows that, as your army gets more unequal, there's a

5  higher likelihood of that happening?

6  A.    Absolutely.  So if we just look at the LER below parity,

7  or loss-exchange ratio below parity column, we see for the

8  first line there armies that have a low level of inequality

9  have a loss-exchange ratio below parity about 25 percent of the

10 time.

11     When you have an army that has a medium level of

12 inequality, now you see about 45 percent of those armies will

13 have casualties below parity.  That means they're losing more

14 soldiers than they're killing on the other side.

15     When you go to high, you will see that jump again to

16 66 percent.

17     And when you go to the extreme column, which is some

18 really unequal or really divided armies, you'll see 75 percent

19 of those armies recorded losses that were below parity.  That

20 means they're losing, again, more soldiers than they're killing

21 on the other side.

22 Q.    You talked about four battlefield measures that you looked

23 at:  loss-exchange ratio, mass desertion, mass defection,

24 blocking units.

25 A.    Yes.

1  Q.    You see a column on the right there.  It says "BP index."

2  What is that?

3  A.    Yeah, so this is the battlefield performance index.  One

4  of the things we noticed, when we were doing the analysis, is

5  that it's not just that one of these pathologies might appear

6  in your military; it's that, as you get up the scale, you go

7  from medium to high to extreme, multiple pathologies are going

8  to begin emerging in your military.

9       So we wanted some kind of index that records the number of

10  events of these four that are going to happen inside your

11  military.  And that's all the index is.  The index, every army

12  begins with 1.  That's the best score.  And for every one of

13  these pathologies or behaviors that we see on the battlefield,

14  we just take away .25.  So it goes back down to 0.

15      You can see here on the low inequality armies, they have

16  the highest battlefield performance index.  That means they're

17  doing the best.  The extreme, they're doing quite poorly.  They

18  have a .34.  That means that, roughly, they're going to be

19  seeing two to three of these behaviors inside their army.

20      So the idea here is that inequality is correlated or

21  associated with these negative behaviors individually but that,

22  as you become more extreme, more of these behaviors are also

23  going to be appearing in your military.

24  Q.    Thank you.

25      I think we have a graphical representation of this from

 1  your report.  If we can go to Lyall 5.  This is also from

 2  DX195, Figure 1.  It's just blown up.

 3      What are we looking at here, Professor Lyall?

 4  **A.**    Okay.  So these are actually the statistical results from

 5  Project Mars when we actually begin to do the regression

 6  analysis.

 7      And just to orient ourselves, again, these are the four

 8  behaviors I just explained.  So the top left box is the

 9  probability that your army is going to have a loss-exchange

10  ratio below parity.  Again, it's losing more soldiers than it's

11  killing.

12      Top right box is the probability of mass desertion out of

13  your army.  Bottom left, probability of mass defection.  And

14  then the probability of using violence against your own

15  soldiers, that's the bottom right box.

16      What we're seeing here is, along the X axis, the bottom

17  axis, that's the level of inequality in your army.  That's the

18  MIC scores which we generated.

19      And then running up the Y axis, or the side, that's the

20  probability that that event is going to happen to your army.

21      Every one of those gray circles is one of the armies in

22  the dataset.  The blue line is the average pattern that we see

23  in these data when we run the statistics.

24      So, again, if we want to stay with the loss-exchange

25  ratio, the top left box, we see, as inequality increases, you

1   see a greater likelihood that your army will be suffering an

2   unfavorable loss-exchange ratio.

3       You see this S curve kind of looking pattern in all four

4   boxes.  What that suggests is, again, as your inequality rises,

5   the greater likelihood that you're going to experience these

6   behaviors on the battlefield.  And you'll note as you get out

7   really quite close to .7 or .8, it's almost a near certainty

8   that your army will have these particular behaviors.

9       The one thing I should mention is that, when we do this

10  regression, this is the line or the relationship we see between

11  inequality and these four battlefield behaviors when we're

12  using controls for alternative explanations.  So this is not

13  just looking at military inequality itself; this is controlling

14  for other aspects of the armies engaged, how big they were, the

15  nature of their political system, and things like that.  So

16  this is controlling for alternative explanations as well.

17  Q.   What, if anything, did you do to ensure the reliability of

18  this data and the robustness of these results?

19  A.   So we took a number of different steps.  So I mentioned, I

20  guess, yesterday that we had a series of teams to collect the

21  data.  So we would have an initial blue team who would collect

22  the data, and then we would have a red team of trained coders

23  who would audit the data to see if there were mistakes or

24  historical judgments or disagreements and to reconcile those

25  two between them.

 1          We provided confidence intervals for our assessment of how
 2    sure we were about the data that we were entering.  That was a
 3    four-point scale that the coders could input.
 4          And then the dataset Project Mars itself is compatible
 5    with other datasets.  And so we can rerun these numbers and
 6    this relationship on other datasets to see if we see it again
 7    as a robustness check just to make sure that we see this
 8    pattern across other datasets.
 9          And so there's a series of sort of data clearing and
10    quality procedures put in place.
11    Q.    Are the results of Project Mars presented in your book,
12    "Divided Armies"?
13    A.    Yes.
14    Q.    And when was this published?
15    A.    In 2020.
16    Q.    Has this research been the subject of review or scrutiny
17    by other researchers since it's been published?
18    A.    It has, yes.  It has received multiple awards.  It was the
19    subject of a roundtable at the American Political Science
20    Association annual conference.  It was subject to a roundtable
21    that was published.
22          The data has now been entered into something called Our
23    World in Data, which is housed at Oxford University.  It is a
24    clearinghouse for high-quality data on conflict.  And it has
25    been downloaded, I believe, somewhere in the neighborhood of

1  5,500 times, something along those lines.

2      So it has received favorable reviews in academic

3  peer-reviewed kind of articles and journals and things like

4  that and has been subject -- like anything, trying to be --

5  this is a high-profile book in some ways.  I'm trying to raise

6  a new argument in some ways.  It has received pushback from one

7  set of researchers who objected to some of the decisions I made

8  in it.

9  Q.   Could you say just a little bit more about that pushback?

10  Who it was, what they said, your response?

11  A.   Yes.  So -- sorry.

12      So two professors basically wrote a short review of the

13  data.  And they had questions about how I constructed the data.

14  And in particular they wanted me to use their favored dataset

15  and to see if my numbers were robust on that.  And so the

16  editors accepted their letter critiquing my work and asked me

17  to write a rebuttal.

18      And so I did so.  And it's a sort of normal academic

19  exchange in some ways, where someone criticizes and then we

20  respond.  And hopefully we shed more light on the particular

21  subject.

22  Q.   Did that criticism affect your overall conclusions in any

23  way?

24  A.   No.  If anything, they actually reinforced them because

25  some of the suggested tests that they asked me to do actually

1  confirmed the relationship I'm seeing in the book and in my

2  data or actually holding in other datasets as well.

3  **Q.**    So there are lots of armies and battles represented on

4  this graphic.  Could you provide just, like, a real-world

5  example of an army with high inequality suffering a high

6  loss-exchange ratio.

7  **A.**    Yes.  Absolutely.

8         So if we can indulge me in a historical example here for a

9  moment, I would take us back to what was called the Mahdiyya,

10 which would be -- in 19th Century -- today it would be in Sudan

11 and South Sudan -- was a powerhouse at the time.  Built an

12 inclusive army, salvaged weapons from the battlefield, and

13 managed to drive out the British and create their own state

14 called the Mahdiyya.

15        And on the eve of the power of this new state, the leader

16 dies, gets typhoid, passes.  There's a succession struggle.

17 And a new ruler comes called the khalifa, or the successor, who

18 decides he's not going to rule in an inclusive fashion.  He's

19 actually going to rule a narrow ethnocracy along his tribal

20 lines.

21        And he begins subjecting the population of the Mahdiyya to

22 near-genocidal levels of violence, even as he's trying to build

23 an army from the same populations that he's actually subjecting

24 them to famine and violence.  Eventually the British come back,

25 and he's faced now to send his army into the field.  Sky-high

 1  levels of inequality.

 2      He's forced to keep his soldiers in narrow ranks because

 3  he doesn't trust them because they're going to flee; they're

 4  going to desert.  So he builds a special blocking unit, these

 5  special units, to stand behind his soldiers to force them to

 6  fight.

 7      Basically, the British, when they would do their

 8  after-action review, reported seeing soldiers chained to the

 9  ground so they could not flee.  So he's holding his army just

10  barely together in order to fight the British.  And, of course,

11  he meets the British not only -- who are superior in some ways

12  in tactics but also technology.  They have the Maxim machine

13  gun.

14      And he leads his incredibly high army -- incredibly high

15  inequality level into the perhaps most lopsided military defeat

16  in recorded history, and certainly one of the ones in the

17  dataset.  The Mahdiyya would lose about 220 soldiers for every

18  one that they killed on the other side.

19      And this is seen as one of the most sort of graphic

20  examples of a loss-exchange ratio well below parity.  And so

21  that's the dangers of going from an inclusive to a highly

22  exclusive military.

23  Q.   What about an example from the United States?

24  A.   Yes.  So United States as well, we could take evidence

25  from the American Civil War, for example.  There's wonderful

1   accounts now of really interesting quantitative work looking at

2   soldier records from the Union Army and looking at causes of

3   desertion and arrest.

4        And we have actually the rosters of all the soldiers.  And

5   we know where they were born and we know where their hometowns

6   were and things like that.  And it turns out that, when you run

7   the numbers there, that Irish-born, for example, had a two to

8   three times higher rate of desertion and arrest than did sort

9   of so-called at the time native-born Americans.

10       Why?  At the time -- if you remember back at the time of

11  the Civil War, the Irish were seen as second-class citizens,

12  subject to discrimination.  And so oftentimes, when they would

13  get onto the battlefield, they would use the opportunity not to

14  fight but to flee.

15  Q.   Thank you.

16       So now I'd like to turn to some of your specific opinions

17  in this case.

18       If we could go back to Lyall 1.

19       This is the demonstrative with your opinions.  Can you

20  just restate again for the Court your first opinion.

21  A.   My first opinion is that racial and ethnic diversity is an

22  advantage in modern combat.

23  Q.   So, first, I want to ask you what you mean by "modern

24  combat" in that statement.

25  A.   So modern combat refers -- this is a political science

1  definition, typically, that refers to uniformed armies engaging

2  in high-intensity warfare against one another, typically with

3  front lines, typically with armies that exercise some degree of

4  specialization.  So there would be infantry, artillery, tanks

5  and things of that nature.

6       They're working in combined arms on a lethal battlefield,

7  where the central challenge is to keep your soldiers safe while

8  inflicting devastation and damage on the other side.  And the

9  modern combat is also marked by a high degree of uncertainty,

10 low information, and very high task complexity.  So it's very

11 challenging.

12 **Q.**  And what is your opinion on how diversity and inclusion

13 can affect battlefield performance in modern combat?

14 **A.**  So I believe that racial and ethnic diversity is an

15 advantage in modern combat for multiple reasons.

16 **Q.**  So I'll get to the bases for that opinion in a moment.

17 But you just gave an example of an army that was highly unequal

18 and suffered a lower loss-exchange ratio.  Could you give a

19 historical example of an army that managed diversity well and

20 that paid dividends?

21 **A.**  Yes.  Absolutely.

22       So managing diversity is not a new phenomenon.  This is

23 something -- as Dr. Haynie suggested yesterday, war is the

24 human condition.  Armies have been diverse across time.  And so

25 many of the leading examples we cite from the historical canon

 1  being exemplars of military proficiency -- the Roman Empire,

 2  for example, is cited as an excellent -- obviously, an empire

 3  that lasted for a long period of time.

 4       One of its keys to success was its inclusive policy in its

 5  ranks and its ability to integrate various foreign populations

 6  inside its auxiliary corps so that it could use those as local

 7  forces that had the information of the local conditions, the

 8  language skills, things of that nature, and would promise

 9  military service for citizenship.  And so the Romans, for

10  example, are one example of that.

11       The Greek armies have often been cited as another example

12  of inclusive and high military proficiency from ancient

13  history.

14  Q.   So now I want to turn to the basis for this first opinion.

15  Is there academic research that supports your opinion that

16  racial and ethnic diversity is an advantage in modern combat?

17  A.   Yes.

18  Q.   And what does the research say about the possible

19  advantages of racial and ethnic diversity?

20  A.   It suggests that there is multiple advantages on the

21  battlefield, that it helps with task complexity and

22  problem-solving, and it can help with creativity and innovation

23  on the battlefield, for example.

24  Q.   So I think we have a demonstrative listing these.  This is

25  Lyall 6.  So this is again from your report, the diversity

 1  bonus.  So can you take the Court through this demonstrative,

 2  what this means.

 3  A.    Sure.  So there's at least four sort of factors that

 4  diversity is thought to help on the battlefield or where it

 5  would carry over onto the battlefield.

 6        The first is, again, as I mentioned, improved

 7  problem-solving.  Diverse groups, diverse teams have a -- sort

 8  of a cultural or a cognitive repertoire that they can draw from

 9  that helps them avoid groupthink.  They can be more innovative,

10  more flexible in how they approach problems.  It also might

11  speed innovation within the group when you have multiple

12  perspectives working together.

13        Third, there's evidence to suggest that this bolsters

14  resiliency and adaptation to surprise.  So, again, you have

15  multiple viewpoints in a particular group, and that can help

16  you overcome, say, battlefield shock or surprise.

17        And then, fourth, having diverse organizations or teams

18  can help enhance the legitimacy and public support for the

19  institution, and here really referring to the military as well.

20  Q.    You said you were here in the courtroom yesterday when

21  Dr. Haynie was talking about some of the research about these

22  bonuses?

23  A.    I was, yes.

24  Q.    Can diversity impose costs on an army?

25  A.    Yes.  Absolutely.

1  **Q.**  Can you explain?

2  **A.**  Sure.

3       So diversity itself is only one key kind of part of the

4  success.  Without the inclusion piece, you cannot access the

5  advantages generated by diversity.

6       So if we're just talking about diversity and you're

7  throwing a large number of different kinds of people together

8  without an inclusive environment, you will have what economists

9  refer to as transaction costs.

10      So they may speak all different languages, they have a

11 harder time coordinating with each other, cooperating with each

12 other.  You may put people in who don't like each other and

13 have mutual antagonisms.  And so, again, if there isn't this

14 inclusive environment, you can actually generate friction

15 inside the teams.

16      One of the things we can do with the Project Mars data is

17 actually look at just the raw number of armies in a group --

18 sorry -- raw number of ethnic groups in a military to see if

19 that has any negative effect on combat performance.  And there

20 is a very small negative effect.  As the number of groups in

21 your armies increases, there's a small negative effect on

22 certain aspects of battlefield performance.

23      And so if you don't have that inclusive environment to

24 harness it, diversity can be problematic, yes.

25 **Q.**  Now, earlier you talked about some of the other factors

1  that can affect battlefield performance.  I think you mentioned

2  the size of the military, technology, for example.

3       Is it your opinion that diversity and inclusion are more

4  important than those factors?

5  A.    No.

6  Q.    So what is your opinion?

7  A.    So my opinion is that diversity is one key aspect of

8  battlefield performance.  It is certainly not the only one.

9  War is complicated.  There's no one sort of solution or one

10 variable that's going to lead to success in all instances.

11      I just know that when we run the regressions with

12 competing explanations in it for army size or whether you're a

13 democracy or not, diversity and inclusion still remain

14 statistically significant in there.  And so I do believe that

15 it is an important factor; it's just not the only one in

16 driving success.

17 Q.    Thank you.

18      We can take down this slide.

19      You've been talking about diversity and inclusion

20 generally.  Do you think diversity and inclusion are important

21 for the officer corps specifically?

22 A.    Yes, I do.

23 Q.    Why?

24 A.    So officers occupy a special position in being able to

25 create the climate of inclusion so that you can harness the

1  diversity.  So officers are culture carriers.  They set the

2  tone.  They set the ability to access the advantages of

3  diversity.  Without their buy-in, they can throw away

4  essentially the diversity bonus.

5       Also, in terms of the legitimacy of the organization, if

6  the enlisted look at the officers and see themselves as not

7  represented among them, that can lead to friction inside the

8  military.  And so having officers who are able to access the

9  enlisted and who can serve as not just culture carriers but

10 symbols for the enlisted, I think is equally important.

11 Q.   Thank you.

12      Turn now to your second opinion.

13      If we could put Lyall 1 back up.

14      And if you could remind the Court of your second opinion.

15 A.   My second opinion is that racial inequality presents risks

16 of adverse consequences.

17 Q.   Did you rely on the Project Mars research that we

18 discussed earlier in reaching this opinion?

19 A.   I did, yes.

20 Q.   As an expert on diversity and inclusion in battlefield

21 performance, do you have an opinion on why military inequality

22 undermines battlefield performance?

23 A.   I do, yes.

24 Q.   All right.  And I think we have a slide on this from the

25 report.  This is Lyall 7.

1       Can you take us through these risks of inequality that you

2   presented in your report.

3   **A.**   Absolutely.

4       So we can think of inequality inside your military as a

5   poison that's corroding it in some ways from the inside out.

6   And it has four negative consequences inside your military.

7       The first is that, if you've got high levels of

8   inequality, it undercuts the belief that all the groups within

9   the military share that same fate, share that same risk that

10  they're going to face on the battlefield.  There's nothing more

11  corrosive than believing that your officers don't value your

12  life.

13      This is obviously going to then lower the morale within

14  the military among those groups that have been subjected to

15  discrimination or repression.

16      The second reason, sort of building on the first one, is

17  that inequality will reinforce these existing grievances among

18  discriminated and repressed groups.

19      One of the key things we see from the case studies in the

20  book and in our documentation when we were collecting material

21  is the complaints by the discriminated and repressed groups

22  that this isn't our war, that we shouldn't be -- this isn't our

23  fight.  And so it reinforced existing grievances against the

24  state.

25      The third thing that inequality can do is lower trust

 1  between the ethnic groups in your military.  So if you have

 2  different statuses, they may not trust one another sort of

 3  horizontally.  But you also break down trust between the ethnic

 4  groups and their officers.  If the officers are all of one

 5  group, the privileged group perhaps, and the enlisted are from

 6  a discriminated or repressed group, trust will break down.

 7          As we've seen repeatedly in these studies and Dr. Haynie's

 8  testimony yesterday, trust is essential for a military to be

 9  able to perform on the battlefield.  Inequality can destroy the

10  trust necessary to be lethal on the battlefield.

11          The final thing is that pride, discrimination, and

12  repression can actually strengthen the bonds of the groups that

13  have been exposed to repression.  So we often think of soldiers

14  coming into militaries, we think of them in some ways as blank

15  slates, and we just impose that now they're soldiers; they were

16  civilians, and now they're soldiers.  But they come into the

17  military, and they still have identities from the outside.

18          Prior exposure to violence makes them turn inward and

19  build networks for survival that often persist inside the

20  military.  So when they get battlefield opportunities, they

21  don't rally and say, Hey, let's fight for the state that's

22  repressing us; they say, Hey, we should actually use this

23  opportunity to escape.

24          So one of the things that repression can do is build these

25  bonds that allow these soldiers to desert.  One of the things

1   we see in the data is that desertion, as you get up on the

2   scale of inequality, it's not ones and twos; it's large groups

3   organizing together to escape.  And they're using these ethnic

4   bonds and these prior experiences of repression and

5   discrimination to mobilize and to flee.

6   Q.   Professor Lyall, do you think that some of these risks are

7   relevant to the United States military today?

8   A.   I do, yes.

9   Q.   Why?

10  A.   So the United States military has made tremendous strides

11  in trying to address issues of inequality within the ranks on

12  racial and ethnic grounds, but it has not made it all the way

13  there yet and there is a potential for discrimination still in

14  the ranks; and if that's happening, then some of these

15  pathologies may also be present.

16  Q.   How do you know that?

17  A.   The U.S. military, to its credit, conducts large-scale

18  surveys of attitudes among both its active duty and reservist

19  soldiers, and we can see it asks batteries of question about

20  exposure to discrimination.

21  Q.   So I think we have some of those surveys.  I think you

22  cite them in your report.

23  A.   I do.

24  Q.   Let's take a look at Defense Exhibit 75.  This is already

25  in evidence.

1      Is this one of the surveys you were referring to?

2  A.    It is, yes.

3  Q.    And which one is this?

4  A.    This is the 2017 workplace and equal opportunity survey of

5  active duty members; so this is the active duty component.

6  Q.    And we've looked at some other publications from the

7  department's Office of People Analytics in this case.

8      Is this another publication from that office?

9  A.    It is, yes.

10 Q.    Can we take a look at page 20 of this report.  And if we

11 can blow up the bottom paragraph there, starting with "overall,

12 about one in five."

13     Does this display the department's top-line findings in

14 this study?

15 A.    Yes, it does.

16 Q.    And could you just read into the record what it says

17 there?

18 A.    Sure.

19     "Overall, about one in five active duty members

20 (178.9 percent) indicated experiencing racial and ethnic

21 harassment and/or discrimination in the 12 months prior to

22 taking the survey.  Black (31.2 percent) and Asian

23 (23.3 percent) members were more likely to indicate

24 experiencing racial and ethnic harassment discrimination than

25 other active duty members, whereas White members (12.7 percent)

 1  were less likely.  Overall, total minority (24.4 percent)
 2  members were more likely to indicate experiencing racial and
 3  ethnic harassment/discrimination, whereas White members
 4  (12.7 percent) were less likely.  Because this metric was new
 5  to active duty members in 2017, trend year comparisons were not
 6  possible."
 7  Q.   Could we take a look at page 23 of this report.
 8       Does this indicate here how many incidents of harassment
 9  or discrimination involve leaders or officers?
10  A.   It does, yes.
11  Q.   And if we could blow up maybe that box in the bottom
12  left-hand side.
13       It's a little hard to read, but what does it say there
14  about the characteristics of the alleged offenders?
15  A.   It says 53 percent were in a leadership position.
16  Q.   Thank you.
17       We can take this down.
18       Professor Lyall, in your opinion, do those statistics that
19  you just referenced likely overreport or underreport incidents
20  of discrimination?
21  A.   In my view, they likely underreport.
22  Q.   Why is that?
23  A.   First of all, this is, obviously, a sensitive topic and
24  people may feel unwilling to give either answers to it on this
25  particular instance, but probably more relevant is the fear of

 1  retaliation if they do report.

 2  Q.    Have there been studies on why minority soldiers and

 3  sailors fail to report harassment?

 4  A.    Yes.

 5  Q.    Are these racial disparities present elsewhere in the

 6  military to your knowledge?

 7  A.    They are as well, yes.

 8  Q.    In what context?

 9  A.    In the military judicial system, non-Whites are typically

10  two to three times more likely to be referred to court, for

11  example.

12  Q.    Do you know whether the military has conducted studies on

13  how different climates of diversity and inclusion can affect

14  readiness and unit cohesion?

15  A.    It has, yes.

16  Q.    What is an example of such a study?

17  A.    So the OPA has run climate studies basically looking at

18  the degree of favorability or inclusion in the climate.

19  Q.    So you were in court yesterday when Dr. Haynie and

20  Mr. Vazirani were going through one of those OPA studies,

21  correct?

22  A.    Yes.

23  Q.    I won't pull it up again and go through it again, but for

24  purposes of your conclusions in this case, could you describe

25  at a high level what that study found.

 1   A.   Yes.  They typically found that units or cultures that had

 2   a unwelcoming climate for minorities typically resulted in a

 3   higher degree of those minority soldiers and sailors separating

 4   from service.

 5   Q.   And you mentioned -- we talked a little bit about the 2017

 6   active duty survey.

 7        Did you rely on any other survey data in reaching your

 8   conclusions about the relevance of today's military?

 9   A.   Yes, I did.

10   Q.   I think we have that one that's cited in your report.

11   It's Defense Exhibit 42.  This is already in evidence as well.

12        The last survey we looked at was active duty.  What is

13   this survey summarizing?

14   A.   This is the reserve component members.

15   Q.   Could we take a look at page 3, which I think reports the

16   actual data.  And I'm going to ask you about a few of these.

17   Let me know if it would be helpful to blow them up.

18        The first readiness indicator there is retention

19   intention.  What does this say, for example, about how

20   experiencing discrimination can affect your intent to stay in

21   the military?

22   A.   As you can see in the top line -- it is a little small,

23   but as you can see in the top line, those who experienced --

24   thank you.

25        "Those who experienced racial and ethnic harassment or

 1 | discrimination indicated a higher degree of unwillingness to
 2 | stay in the military."
 3 | Q.   What about the next row, "Satisfaction with military of
 4 | life" -- sorry -- "with military way of life."  What does the
 5 | survey results show about whether -- the effect of experiencing
 6 | discrimination has on how satisfied they are with the military
 7 | way of life?
 8 | A.   Yes.  Again, so those who experienced racial or ethnic
 9 | harassment/discrimination were far more dissatisfied with the
10 | military way of life than those who did not experience
11 | racial/ethnic harassment and discrimination.
12 | Q.   Just looking at the row "satisfied" there and comparing
13 | the column of people who experienced discrimination versus
14 | those who did not experience discrimination, what's the
15 | magnitude of the drop there?
16 | A.   I'm sorry.  Which --
17 | Q.   I might be able to --
18 | A.   Thank you.  This is a very large shift between those who
19 | experienced the racial and ethnic harassment/discrimination and
20 | those who did not.  It's a very large percentage shift.
21 | Q.   Have you done survey work yourself, Professor Lyall?
22 | A.   I have, yes.
23 | Q.   Do you find the findings of this survey significant?
24 | A.   I do.  So I have conducted surveys on sensitive topics in
25 | wartime environments, like Afghanistan; and these shifts that

 1  we see here at 22 percent change between those who experienced

 2  harassment and those who did not, this is a considerable

 3  change.

 4  Q.    Would you say the same about the retention intention, the

 5  59 percent versus 73 percent?

 6  A.    Yes.  Again, this is a large shift.

 7  Q.    What about unit cohesion down here?

 8  A.    Again, this is a slightly different scale; so the

 9  magnitude doesn't look as large, but it is, in fact, actually

10  quite a big shift as well.

11  Q.    Thank you.

12        We can take this down.

13        Professor Lyall, when you were working on Project Mars and

14  your book "Divided Armies," did you calculate a military

15  inequality coefficient for the United States military today?

16  A.    No, I did not.

17  Q.    Could you, in theory, calculate a coefficient for the

18  military or Navy today?

19  A.    In theory, yes.  Hypothetically, it's possible.

20  Q.    Hypothetically, if you were to do that, what could it be?

21  A.    Yeah.  So we would have to make several assumptions about

22  it.  The only way to get into Project Mars is essentially to be

23  on the eve of a war, and so hopefully we're not in that

24  situation to actually calculate it.

25        We would have to make several assumptions about the fact

1  that the military going into that war would have the same

2  ethnic composition and racial composition as it does currently.

3  But for the purposes of a hypothetical we could assume that

4  it's about, say, 56 percent White, 44 percent non-White, for

5  example.  And then we would need to assign the degree of

6  inclusion measure for each of the ethnic groups that make up

7  the current military.

8  Q.  So as an example, what could it look like?

9  A.  So one way to do this is we could draw actually on the OPA

10  survey, for example, that we just saw.  And here we see

11  non-White soldiers, sailors, Marines reporting higher degrees

12  of discrimination than Whites and in some cases significantly

13  higher.

14      So one thing we could do is go back to the non-White

15  groups inside the military, and we could assign them a value of

16  a .5 which would represent exposure to discrimination, and we

17  would assign zero on the White population.  And that would

18  generate, if you ran the numbers, if I'm doing my math right in

19  my head, about a .23 on the military inequality coefficient.

20  Q.  So in that example, you assigned, I think, a value of zero

21  for the White component of the Army -- or military; you

22  assigned a .5 for the non-White.  You referenced the workplace

23  surveys.

24      Is there any other data you could have looked to support a

25  finding of .5 for that minority group?

1  A.    You can, yes.  So, as we move into our modern time period,

2  we have more datasets available to us in political science, and

3  there is a leading data set called the ethnic Power Relations

4  dataset, or EPR, which is a consortium out of Europe that codes

5  access to executive political power for every ethnic group in

6  every state around the world since 1946.  And they periodically

7  take snapshots of countries, including the United States, and

8  they assess the degree to which each ethnic group can access

9  the executive political power in a country.

10      And that is a narrow definition.  They basically mean the

11  president, the cabinet, and maybe a few senior advisors in the

12  American context.  The most recent version of that was 2021,

13  and we could take the values from that and then also try and

14  generate it.

15      If we did that according to the EPR data, it suggests that

16  every group in the United States that is an ethnic minority did

17  not exercise political power -- it was considered politically

18  powerless -- because of the nature of the cabinet when they

19  measured in 2021.  And the White population is seen as

20  politically dominant.

21      And so it would roughly actually generate something

22  similar to using the survey data.  It would be assigning a .5

23  value to all of the non-White groups within the military, and

24  the White, it would be back to a zero.  And, again, if I'm

25  doing my math correctly, it would be about a .23 again.

 1        So the survey data and EPR, very different kinds of data,
 2   but are both kind of converging on similar outcome.
 3             MR. ROBINSON:  Can we pull up Lyall 3 again.  This is
 4   where it sort of lists the different bands.
 5             THE COURT:  This is again from Defendant's
 6   Exhibit 195?
 7             MR. ROBINSON:  Yes.  But I'm sorry.  Lyall 4,
 8   actually.  But it's still from Defense Exhibit 195.
 9   BY MR. ROBINSON:
10   Q.   So with a military inequality coefficient of .23,
11   hypothetically, where would that put the United States on these
12   bands here?
13   A.   It would put it in the very low end of the medium scale
14   here.  It's right almost near the cut point between low and
15   medium.
16   Q.   Thank you.
17        You can take this down.
18        If we can go back to Lyall 1.  Again, this is a summary of
19   your opinions.  What is the third opinion you're offering
20   today?
21   A.   My third opinion is that military inequality has adverse
22   effects beyond the battlefield, beyond combat.
23   Q.   What adverse effects can military inequality have beyond
24   combat?
25   A.   So military inequality can effect outcomes not just on the

 1  battlefield but on the war itself.  So one of the relationships

 2  we see in the data is that, as your military inequality

 3  increases, the likelihood that you're actually going to win

 4  that war decrease.

 5  Q.   How do you know that?

 6  A.   So, in an extension of Project Mars, we've been working

 7  with new publications, and we've added data on whether or not

 8  the combatants won the war or not, and then we've run similar

 9  regressions.

10  Q.   What are some of the other adverse effects that military

11  inequality can have beyond combat?

12  A.   So there's a -- a very large, robust literature on the

13  relationship between ethnic inequality and coups.

14       So, for example, one of the leading predictors of coups in

15  sub-Saharan Africa is the degree to which your military has a

16  high degree of inequality.  The greater the inequality -- this

17  literature calls this ethnic stacking, but the more stacked or

18  unequal your military, the greater your likelihood you're going

19  to have of a coup.

20  Q.   Are you suggesting that there's a realistic chance of a

21  coup in the U.S. military today?

22  A.   No.

23  Q.   So why is this relevant?

24  A.   Why is it relevant?  So one of the things the U.S.

25  military does is essentially engage in training operations in

1  countries that are ethnically stacked, including recent

2  examples in Africa where we've had coups.

3       Part of what the military inequality coefficient is

4  telling you is not just how you're going to perform on the

5  battlefield but how your partners and allies might as well.  So

6  this would be good to know if your ally was potentially

7  vulnerable to a coup and if the things that you were doing on

8  the ground in your training might actually be accidentally

9  exacerbating the risk of a coup.

10 Q.   Are there any other adverse effects that military

11 inequality can have beyond combat besides the coup example?

12 A.   So soldiers come home.  And there's now a very interesting

13 emerging literature on what happens when soldiers who have

14 experienced discrimination or repression at the hands of their

15 state actually come home.

16      One recent study done by Roya Talibova tracking the return

17 of ethnic minorities out of the Russian army when it collapsed

18 in World War I, had an epic meltdown in 1917, and the soldier

19 went home.  What did they do when they went home?  Well, the

20 soldiers who had been exposed to discrimination by the czarist

21 government joined the Bolsheviks.  They became the foot

22 soldiers for the Bolsheviks and helped push the civil war into

23 an incredible, intensive amount of violence.

24      In the American context, we've actually seen soldiers come

25 home, African American/Black soldiers come home after World

1    War I and World War II and become leaders in the civil rights

2    movement.  So a more positive example of coming home, having

3    fought for the country, and then demanding the rights that they

4    fought for on the battlefield on the home.

5    **Q.**   Now, I'd like to turn to your last opinion.  If we could

6    go back to Lyall 1.  Could you just read your fourth and final

7    opinion.

8    **A.**   The final opinion is context analogous to modern combat

9    demonstrate that diversity inclusion can affect mission

10   performance.

11   **Q.**   We have a demonstrative on this.  This is Lyall 8 from

12   your report.

13       So you discuss three contexts that are analogous to modern

14   combat that we can draw from.  Could you go through each of

15   these in order.

16       So, first, how is peacekeeping analogous to modern combat

17   and how is it relevant to this discussion?

18   **A.**   So peacekeeping, particularly in the last 20 years or so,

19   has sort of evolved from our sort of stereotypes of blue

20   helmets walking in through safe areas, keeping sides apart, to

21   becoming much more kinetic, much more violent than it used to

22   be.

23       One of the things that the UN is doing in its peacekeeping

24   operations is trying to maximize diversity within its ranks on

25   the ground so that they can have better connections to the

 1   local populations, they can help with the complex

 2   decision-making because they are now at risk that approximates

 3   some levels of violence.

 4        So, for example, if you take the war in Afghanistan and

 5   you look at the 20 years of that war and then you look at the

 6   last 20 years of peacekeeping, more peacekeepers have died than

 7   American soldiers loss in Afghanistan for most of those years

 8   of the last 20 years of the war.

 9        So the UN is trying to adapt to this sort of modern

10   conditions of peacekeeping, and part of that is through these

11   diversity kind of initiatives inside the ranks.

12   **Q.**   You also mentioned in your report the example of policing.

13        How does the example of policing demonstrate that

14   diversity and inclusion can affect performance?

15   **A.**   So policing is another area of active research where we're

16   investigating the effects of diversity on sort of

17   police-civilian interactions.  It is now starting to be an

18   emerging finding that the more diverse your police force is,

19   the fewer the uses of lethal violence against the local

20   populations, the greater the ability to extract tips and

21   informations about criminal organization within those ranks.

22        We've seen this, for example, in studies in Chicago.  But

23   interesting enough, we've actually seen now studies from the

24   international policing realm.  There's a recent study in Iraq

25   where they randomized the sectarian composition of police

1  patrols.  They had some that were Sunni, some that were Shia,

2  some that were mixed and then measured how the civilian

3  population engaged with these kinds of units in terms of how

4  much information did they get about criminal, how safe were the

5  areas, how safe did they believe the areas were.  And they find

6  that the mixed teams actually performed the best in terms of

7  the civilian attitude toward safety and security.

8  **Q.**    How about the third example you list here,

9  counterinsurgency operations?  What does that teach us?

10  **A.**    Counterinsurgency operations.  Again, so this has been the

11  dominant form of U.S. exposure to war in Iraq and Afghanistan

12  for the last 20 years.  Counterinsurgency operations sometimes

13  gets mischaracterized as being about hearts and minds and only

14  that.

15      Counterinsurgency operations are intensely kinetic,

16  intensely violent.  Some of the most serious urban combat that

17  the Marines or the Army have experienced have been in the

18  context of Iraq and Afghanistan -- so Fallujah in 2004, for

19  example; Kandahar and Kandahar city in 2006.

20      Here, the argument is that diversity is important for,

21  again, getting information from local populations, being able

22  to access the sort of human capital of the areas that you're

23  working, to help you with problem-solving in these particular

24  areas in sort of very complex dynamics where you're trying to

25  work within a local population as well as root out insurgents.

1    So counterinsurgency operations have a mix of both sort of

2    modern war in them as well as the civilian component that is

3    often referred to as the graduate school of warfare in part

4    because of the complexity involved in these operations.

5    Q.   So you've acknowledged that these examples are not modern

6    combat; they're analogous.  So why do you think they're still

7    relevant to studying modern combat?

8    A.   Exactly.  They're analogous.  Policing is not a direct

9    equivalent to modern war that we're seeing, for example, in

10   Russia and Ukraine or something like that.  But they're still

11   the kinds of demands in terms of task complexity,

12   problem-solving.  These are very challenging environments for

13   the soldiers and Marines who are engaged in them.

14       And so I do believe that both the kinetic levels is in

15   some cases close to what we see in modern warfare, but many of

16   the tasks and challenges that are faced in this particular

17   environment -- these environments are very similar to what we

18   would see in modern war as well.

19   Q.   We've talked a lot today about modern armies and ground

20   combat.  Do you believe that your opinions are also relevant to

21   the Navy and Marine Corps?

22   A.   I do, yes.

23   Q.   Why is that?

24   A.   For two reasons.  One, of course, we've spoken about the

25   Marines this morning.  The Marines are, of course, engaged in

1 | modern combat.  They are part of the dataset of Project Mars
2 | itself.  And so I believe that would be directly relevant.
3 |     Again, more generally, the operations that we're going to
4 | see the Navy engaging in are going to be, again, those that are
5 | marked by high complexity, high degree of uncertainty and risk,
6 | and complex problem-solving.
7 |     So I believe that the lessons that we learn about the
8 | importance of diversity for armies would actually carry over in
9 | terms of leadership, in terms of the importance of diverse
10 | teams, the importance of teamwork, working in complex
11 | environments.
12 |     **MR. ROBINSON:**  Thank you, Professor Lyall.  Nothing
13 | further.
14 |     **THE COURT:**  Thank you very much, Mr. Robinson.
15 |     Cross-examination, Mr. Strawbridge.
16 |     **MR. STRAWBRIDGE:**  Just a moment, Your Honor.  I need
17 | to get a few materials to the witness.
18 |     **THE COURT:**  Sure, take your time.
19 |                    **CROSS EXAMINATION**
20 | BY MR. STRAWBRIDGE:
21 | Q.  Good morning, Mr. Lyall.
22 | A.  Good morning.
23 | Q.  Good to see you again.
24 | A.  Good to see you as well.
25 | Q.  Just a couple of things to begin with.

1        You've never served in the military, right?

2   A.   That is correct.

3   Q.   And I think you said that you worked at Yale for nine

4   years, at the midpoint of your career, I suppose?

5   A.   Yes.  I'm not sure that's the midpoint yet.  I'm hoping to

6   have a long career.  But, yes, I've diverted there for nine

7   years.

8   Q.   We're speaking optimistically that some day, it will be a

9   midpoint.

10  A.   Thank you.  I'll take that, yes.

11  Q.   That's when you built the dataset that sort of forms your

12  core opinion about the military and equality coefficient in

13  this case, right?

14  A.   Yes.

15  Q.   That's also when you wrote your book, "Divided Armies"?

16  A.   Yes.  For the most part, yes.

17  Q.   I think you testified on direct that that database was

18  basically coded up by a bunch of undergraduate and graduate

19  students at Yale?

20  A.   It was coded up by undergraduates and graduate students,

21  yes.

22  Q.   Over the course of seven years?

23  A.   About seven years, yes.

24  Q.   Do you know how many undergraduate versus graduate

25  students?

1  A.   There were 134 coders in total.  They were actually all

2  named in the introduction -- or the acknowledges of the book.

3  I'm not sure of the exact breakdown of PhD students, but I

4  would imagine it's somewhere in the neighborhood of 20,

5  perhaps.

6  Q.   Okay.  And you also actually wrote and completed writing

7  the book during your time at Yale as well, right?

8  A.   Yes.

9  Q.   Before you moved to Dartmouth?

10 A.   Yes.

11 Q.   You would agree with me that nothing in your work

12 addresses racial preferences in college admissions?

13 A.   I would agree with that, yes.

14 Q.   You've actually never been to the Naval Academy?

15 A.   That's true as well, yes.

16 Q.   You did not interview anyone from the Naval Academy before

17 filing your report?

18 A.   I did not interview anyone.

19 Q.   You know nothing about Naval Academy admissions?

20 A.   No.

21 Q.   And nothing in your work says anything about what would

22 happen if the Naval Academy stopped using race as one factor in

23 its admissions process, correct?

24 A.   That's correct.

25 Q.   And I think you told Mr. Robinson, but just so we're

 1  clear, you agree that the prospect of Vietnam-era race riots in

 2  today's military is remote, correct?

 3          THE COURT:  I'm sorry.  What was your question again?

 4  I'm sorry.

 5          MR. STRAWBRIDGE:  That the prospect of Vietnam-era

 6  race riots in today's military is remote, the prospect of that.

 7          THE WITNESS:  I agree, yes.

 8  BY MR. STRAWBRIDGE:

 9  Q.   Your area of specialty is military affairs and political

10  science?

11  A.   Yes.  Broadly speaking, yes.

12  Q.   Not employment?

13  A.   That's correct, yes.

14  Q.   Not economic analysis?

15  A.   No.

16  Q.   Let's see if we can start with just a point of maybe

17  limited common agreement.

18       You would agree with me that the use of race in admitting

19  officers to the military through the Naval Academy can have

20  potential negative effects, correct?

21  A.   Potentially.

22  Q.   For example, if the use of race led to a belief that the

23  less qualified applicants had been put ahead of more qualified

24  applicants, that could cause some friction?

25  A.   Yes, possibly.

1  Q.   And you do not disagree that if the use of race resulted

2  in less qualified individuals obtaining advancement or

3  promotion as officers in the military, that could also have a

4  negative effect?

5  A.   Yes, possibly.

6  Q.   And, indeed, the research that you relied on for your

7  opinion in this case, it self-confirms that the use of

8  affirmative action can have negative effects on military

9  operations, right?

10  A.   Which research are you referring to?

11  Q.   Well, let's just -- I'm going to pull up your report,

12  which I think is somewhat consistent with your testimony today.

13       Mr. Pusterla, can we see Defendants' Exhibit 195, page 8.

14       On page 8 you cite a number of studies about the benefits

15  of diversity, correct?

16  A.   I do, yes.

17  Q.   This is the paragraph that has your diversity bonus,

18  correct?

19  A.   I believe so.  Mine is zoomed up to --

20  Q.   You can page down a little bit.

21  A.   Oh, I see.  Yes, I see the diversity bonus.

22  Q.   Right.  And you would agree with me that, for the most

23  part, the studies that you cite below for this paragraph of

24  diversity bonus, for the most part, none of those studies have

25  anything to do with the military context, correct?

 1  **A.**    That is correct, yes.

 2  **Q.**    There's a couple studies about -- I think by Rosen which

 3  are studies of the historical treatment of castes in the Indian

 4  army, correct?

 5  **A.**    Yes.  So the Rosen 1996 and Rosen 1995 are about Indian

 6  caste systems.  And the '96 is actually a little bit broader

 7  than that.  But yes, they refer to caste.

 8       Weiss is about -- has racial elements in it too, yes.

 9  **Q.**    I mean, Mr. Weiss is a Marine who wrote a book about how

10  you should recruit Gen Z individuals, correct?

11  **A.**    He did, yes.

12  **Q.**    It doesn't have any statistical analysis in it, does it?

13  **A.**    Oh, I see.  Statistical analysis?  No, it does not.

14  **Q.**    And the other military paper that you cite here involves

15  the South African army.  I believe that's correct?

16  **A.**    Yes.

17  **Q.**    And that's a paper you relied on in this report, right?

18  **A.**    I'm sorry?

19  **Q.**    That's a paper that you relied on in forming your

20  opinions?

21  **A.**    Yes.

22  **Q.**    And I'd like to bring that article up.  That article is

23  "Managing Diversity:  From Exclusion to Inclusion in Valuing

24  Difference."

25       Is that the article?

1   A.   Yes.

2   Q.   By Linday Heinecken and Joseph Soeters; is that correct?

3   A.   Yes.

4   Q.   All right.  So that's Plaintiff's Exhibit 873.

5        If we can pull that up.

6        This is the article, correct?

7   A.   Yes.

8   Q.   I want to go to page 3 of this article where there's a

9   background section.

10       And in the first section of the background, it describes

11  how the South African military in 1993 was essentially a White

12  male conscript force where Blacks were permitted to serve in

13  the military in separate ethnic battalions on a volunteer basis

14  but were not conscripted, right?

15  A.   Uh-huh.

16  Q.   And then the next paragraph down notes that there was a

17  change following the first democratic elections in South Africa

18  in 1994, right?

19  A.   Yes.

20  Q.   And then on the next page it talks about the fact that the

21  integration of predominantly African forces together with the

22  legal and politically driven affirmative action and equal

23  opportunity programs were to change the racial and gender

24  profile of the South African National Defense Force

25  significantly, right?

1  A.    Yes.

2  Q.    And then on the next page, the paper notes that "Racial

3  tensions have persisted due to the manner in which affirmative

4  action for Blacks and women have been implemented," right?

5  A.    Yes.

6  Q.    And then that's what the next section of this paper

7  describes in detail, right?

8  A.    Yes.

9  Q.    It describes that "Affirmative action embodies a form of

10  discrimination by advancing certain groups -- in this case,

11  Blacks and women.  This often leads to resentment and tension,

12  especially where the focus is on getting the numbers right,

13  irrespective of any consequences they may hold."

14        Correct?

15        Do you see that?

16  A.    I actually did not see that, but I believe you're reading

17  it.

18  Q.    I mean, do you remember that when you were reading the

19  report?

20  A.    Yes.

21  Q.    I think this is on page 4.

22        Are we on page 4 of the document, Mr. Pusterla?

23        There's also a reference to "an atrophy of experienced

24  White skilled military personnel.  And those that remain have

25  come to feel increasingly disempowered, undervalued, socially

1  isolated and alienated.  In conversations with White officers,

2  many state that they feel they are no longer wanted or valued."

3       Do you see that?

4  A.   Is that on that page?

5  Q.   I believe it is on the page.  I apologize.  I cannot

6  actually see the screen from where I am.

7       Do you remember reading that when you read this report?

8  A.   I mean, yes.  I just --

9  Q.   Okay.  All right.  You didn't mention any of that in the

10 expert report that you filed in this case, did you?

11 A.   On the South African case?  No.

12 Q.   I mean, you cited the study, but you just didn't bring out

13 any talk of these negative effects, right?

14 A.   No.

15 Q.   Okay.  This study also talks about the importance of

16 foreign operations and language skills.

17      Do you remember that part of the discussion?

18 A.   I believe so, yes.

19 Q.   All right.

20      We can take the exhibit down.

21      That's consistent with your own experience in Afghanistan,

22 right?

23 A.   Which part?

24 Q.   That language was an important aspect of the Afghan army's

25 ability to work with the local populations on the ground.

A.   Yes.  It's one component that helped them access the local
population, yes.

Q.   It's what allowed the individuals in the Afghan army to
interact with local populations in the way that United States
soldiers could not?

A.   Yes.

Q.   And you agree that language skills are not inherent in
anybody's race?

A.   That's true, yes.

Q.   You cannot assume anybody speaks any language just by
their skin color?

A.   Of course.

Q.   And you don't believe, just for example, that there's any
basis to assume that an African American from the United States
is necessarily going to have better interactions with somebody
from an African country merely because of the color of their
skin, correct?

A.   That's true.

Q.   Okay.  Back to page-- back to your report, which is
Defendants' Exhibit 195, and the paragraph that you were
talking about with respect to the studies, which I believe is
on page 8 of this document.

     You should have a paper copy there.

A.   Yeah, I've got it.  Thank you.

Q.   You agree with me that the gold standard for empirical

 1  research is a randomized controlled experiment?

 2  A.   Yes, when possible.

 3  Q.   One that produces statistically significant conclusions?

 4  A.   A randomized controlled trial is not the only methodology

 5  for establishing a statistically significant conclusion.  A

 6  randomized controlled trial is our preferred method when

 7  ethical and logistically feasible to do so.

 8  Q.   Right.  You're not aware of any such studies that reveal

 9  the effect of racial diversity in the officer corps on the

10  lethality of military units, correct?

11  A.   With a randomized controlled trial?

12  Q.   Yes.

13  A.   No.  That would likely be unethical and/or logistically

14  impossible.

15  Q.   And you agreed with me, I think earlier, that, other than

16  the studies we've discussed, the studies that you've cited in

17  this paragraph on the diversity bonus all come from a civilian

18  context, correct?

19  A.   You're referring here to the paragraph that's citing these

20  particular citations, 10 through 18?

21  Q.   That's correct.

22  A.   So these are not all from the civilian context.  So, for

23  example, Fennell and Grasmeder are both in the military

24  context.  For example, the Rosen is in the military context.

25  Again, the Weiss is in the military context.  I'm not sure if

1   that's what you're asking, but --

2   Q.   Which of those are empirical studies that present

3   statistical results?

4   A.   Wow.  So I would disagree that empirical means only

5   statistical because if you imagine a historian sitting here,

6   they don't use statistics.  And I think they would value their

7   work as being empirical.  And so the Rosen, for example, is one

8   of the most seminal studies in the study of military

9   effectiveness, and there's no statistics in that.  That's --

10  Q.   That's the study of sort of 18th century Indian castes?

11  A.   Not just 18th century Indian castes, of course.  It's a

12  cross-national -- or across-time study of India.  Yes, that's

13  one of the most seminal studies of military effectiveness.  And

14  so I would hate to cast the literature as saying if you only

15  use stats, that's the only thing we're going to include because

16  my historian friends would be very upset.

17  Q.   Your study does cite an actual U.S. military study, I

18  believe, about improving recruitment and retention among

19  minority groups; is that correct?

20       Not in this paragraph --

21  A.   Oh, not in this paragraph, just in the report in general?

22  Q.   In the report in general.

23  A.   I believe so.

24  Q.   And that's on page 24 of your report?

25       And there's a paragraph that refers to evidence from the

 1  U.S. Navy itself.

 2  A.   This is page 24?

 3  Q.   I'm sorry.  It should be page 24 of the PDF.

 4  A.   I'm sorry.  It's on page 22 now on the screen and --

 5  Q.   Okay.

 6          MR. STRAWBRIDGE:  Your Honor, I'm just going to move

 7  to the podium so I can actually see the screen.

 8          THE COURT:  Sure.  That's fine.  That's fine.

 9          THE CLERK:  Remember to turn off your mic.

10  BY MR. STRAWBRIDGE:

11  Q.   All right.  Looking at the paragraph at the bottom of this

12  page, do you see that, Mr. Lyall?

13          THE COURT:  Just for the record, we're on page 24,

14  which is -- ECF is Defendants' Exhibit 195-026, I believe.

15          MR. STRAWBRIDGE:  That is correct, Your Honor.

16          THE COURT:  Fine.

17  BY MR. STRAWBRIDGE:

18  Q.   Do you see this paragraph?

19  A.   Yeah.  I'm sorry.

20       This is page 22, just to be correct, yes.

21  Q.   Okay.

22  A.   Yeah.

23  Q.   I think the difference is probably between what the PDF --

24          THE COURT:  I'm looking at page 24, 026.  I'm looking

25  at your page 24.  What are you looking at?

1           THE WITNESS:  I was at 24 too, I believe, sir, but I
2  believe he's on page 22.
3           MR. STRAWBRIDGE:  It's page 22.
4           THE COURT:  Okay.  All right.  Thank you.
5  BY MR. STRAWBRIDGE:
6  Q.    Do you see the reference to the evidence from the U.S.
7  Navy itself there?
8  A.    Yes.  I see this.
9  Q.    And in this case, what you are citing is this study by
10  Rodriguez and Serna in Footnote 75, correct?
11  A.    Yes.
12  Q.    That's a study from the Naval Postgraduate School?
13  A.    Yes.
14  Q.    I believe this is the only study from the Naval
15  Postgraduate School that you cited in your report in this case?
16  A.    That is correct, yes.
17  Q.    You didn't cite P800, which we saw yesterday?
18  A.    I'm sorry.  Is that the study on the DDGs?
19  Q.    Yes.
20  A.    Yes, I did not cite that and did not see that.
21  Q.    Okay.
22        I want to see how you report the results of Rodriguez and
23  Serna.
24        You write that "Results from a recent statistical analysis
25  indicate that an increase in coethnic peers, immediate

1    supervisors, and senior leadership on medium ships such as

2    destroyers, along with submarines, increases retention among

3    Black first-time sailors and first-time Hispanic officers.

4         "In addition, an increase in same-minority senior

5    leadership increases retention of first-term non-Hispanic and

6    Black officers."

7         Correct?

8    A.   Yes.

9    Q.   That's what you cited for your opinion, that having more

10   leaders and peers from minority groups affects

11   minority/nonminority enlisted in officer retention, correct?

12   A.   Yes.  And I believe these terms are from the study.

13   Q.   All right.  Did you report the size of the increased

14   retention when you -- when you wrote your report?

15   A.   I did not, no.

16   Q.   Let's actually take a look at the study itself.

17        And if we can keep that on a split screen, Mr. Pusterla.

18        This is going to be marked as Plaintiff's Exhibit 872.

19        **THE COURT:**  Plaintiff's Exhibit 872 will come into

20   evidence.  Thank you.

21   **BY MR. STRAWBRIDGE:**

22   Q.   Is this the study that you're referring to?

23   A.   Yes.

24   Q.   Let's go to the conclusions page.

25        The first conclusion is about enlisted retention in medium

 1  ships and submarines, right?

 2  A.    Yes.

 3  Q.    And when this report refers to the increase in

 4  same-minority peers, immediate supervisors, and senior

 5  leadership on board these ships with respect to enlisted

 6  retention, is it referring to officers or enlisted when it

 7  talks about the senior leadership?

 8  A.    Could you ask that question again.

 9  Q.    Yes.

10        There's a reference here to an increase in peers,

11  immediate supervisors, and senior leadership on board these

12  ships, correct?

13  A.    Yes.

14  Q.    And this section of the report is about enlisted

15  retention, right?

16  A.    Yes.

17  Q.    My question is, when they say senior leadership, are they

18  talking about enlisted leaders or officers?

19  A.    I'm not sure.

20  Q.    You don't remember?

21        Well, we can go up a little bit.

22        If you go to page 61, Mr. Pusterla.

23        This is a discussion of enlisted Black retention, which is

24  one of the things that you expressed in your report, correct?

25  A.    Yes.

1  Q.   And do you see in the end of the second paragraph, "Sailor

2  reenlists given their exposure to black peers, black immediate

3  supervisors (E5 and E6), and black senior enlisted leadership

4  (E7 through E9)," correct?

5  A.   Yes.

6  Q.   So this part of the report is actually about enlisted

7  leadership, right?

8  A.   Yes.  It appears, I think.

9  Q.   And you understand that this case is not about enlisted

10 leadership, right?

11 A.   I'm not a naval -- you've established I'm not an expert on

12 naval admissions; so...

13 Q.   All right.  Well, let's go back to the conclusions back on

14 page 60 of the report.

15      Mr. Pusterla, I think, has that up.

16      This notes -- the conclusion that you reported on the left

17 in your report about sailor retention, this says that "the

18 likelihood of retention for enlisted sailors increased by 2.1,

19 1.4, and 1.3 percentage points, respectively," right?

20 A.   Yes, that's what the report says.

21 Q.   Those are relatively small differences in retention rates.

22 Would you agree?

23 A.   That depends, actually.  It depends what the base rate is.

24 Q.   You think that those are large differences?  You put this

25 study in your report.  I'm asking if you think they're large or

```
 1  small differences.
 2  A.   Yes.  So, actually, I would think that these could be
 3  fairly significant in terms of size, not just in terms of
 4  statistical significance.
 5  Q.   Okay.  We'll come back to that.
 6       Further down on the page, it refers to the same
 7  10 percentage point increase in diversity among peers,
 8  immediate supervisors, or senior leadership for Hispanics had
 9  no statistically significant effect on reenlistment decisions
10  of Naval enlisted personnel aboard medium-size ships and
11  submarines, right?
12  A.   Yes.
13  Q.   Now, you didn't report any of that in your report or
14  today's testimony, correct?
15  A.   That's correct.
16  Q.   Now let's talk about large ships and enlisted retention.
17  That's on the next page.
18       This time the effect of increasing same minority, senior
19  leadership in the enlisted ranks increases Black sailor
20  retention by .3 percentage points; is that right?
21       Second sentence.
22  A.   Second sentence, middle paragraph.  You're moving the
23  cursor.  Okay.
24       Yes, I see that.
25  Q.   Right.  That's an even smaller difference.  We can agree?
```

 1  A.   That would be smaller, yes.

 2  Q.   But it decreased Hispanic retention -- and this is in the

 3  last paragraph -- by .5 percentage points, right?

 4       The last sentence of that paragraph.

 5  A.   Yes.  I see it.

 6  Q.   And you didn't report that in your study, did you?

 7  A.   That's true.

 8  Q.   Now let's talk about officer retention.  You can see it at

 9  the bottom of this page, right?

10       I just want to go back to your screen on the left where

11  you reported an increase in same-minority senior leadership

12  increases retention of first-time non-Hispanic and Black

13  officers, right?  That's what you said in your report?

14  A.   Yes.

15  Q.   I want you to look at the second sentence of -- under

16  officer retention.

17       "Moreover, our results suggest that a 10 percentage point

18  increase in Black senior leadership had a negative impact on

19  junior Black officer retention, reducing it by 2.8 percentage

20  points, compared to junior non-Black officer retention."

21       Is that right?

22  A.   That's what the report says, yes.

23  Q.   That's what it says?

24  A.   That's what it says.

25  Q.   So you reported that it increased Black officers; the

1  report says it decreased Black officers, right?

2  A.   Yes.  I needed to be more accurate in which type of

3  officers.

4  Q.   And you were agreeing earlier that those changes at 1.2 or

5  1.3 percent retention could be significant.  3 percent is

6  obviously much larger, correct?

7  A.   Yes.  Depending on the base rate, yes.

8  Q.   And then, just to be fair to you, if we go down, the same

9  increase in Hispanic leadership did not have a statistically

10 significant impact -- we can turn the page -- on junior officer

11 retention, but it increased non-Hispanic officer retention by

12 .8 percentage points, correct?

13 A.   Yes.

14 Q.   And then an increase in same-minority peers increased

15 Hispanic officer retention by 4 percentage points.  Those are

16 peers, not leadership, right?

17 A.   Yes.

18 Q.   All right.  Now I want to ask you a little bit about your

19 peacekeeping opinions.

20     Do you remember giving some opinions about the

21 peacekeeping as a comparable area to study to the military's

22 needs?

23 A.   Yes, sir, I remember.

24 Q.   If we go to -- it's page 25 of the PDF.  I'll tell you

25 what page of the document is of the report.

```
 1        We can take the PGS report down.

 2        So we're back on -- we're back on Defendants' Exhibit 195.

 3   If we go to page -- okay -- my page 25 of the document.

 4        All right.  This is your opinion about context analogous

 5   to modern combat.

 6   A.   I'm sorry.  Just to be clear, we're on page 23, not 25?

 7   Q.   Correct.  It's 25 of the document that we have because

 8   there's some cover pages, but it's 23 of this.

 9   A.   I see.

10   Q.   And then you have some reference to some peacekeeping

11   studies in the second paragraph?

12   A.   Yes.

13   Q.   All right.  I want to ask you a little bit about these.

14        You give an example that in Mali, for example, "Contact

15   with diverse peacekeeping units led to improved perceptions of

16   government legitimacy and a higher willingness to cooperate

17   with other ethnic groups relative to those citizens who never

18   encountered a UN patrol or who only met French peacekeeping

19   detachments."

20        That's what you said, right?

21   A.   Yes.

22   Q.   And when you talk about the diversity here, the diverse

23   peacekeeping units, are you talking about racial or ethnic

24   diversity?

25   A.   Racial or ethnic diversity or both or --
```

 1  Q.    Yeah.  I want to know whether this study, in your view,

 2  supports a finding about racial and ethnic diversity.

 3  A.    I do believe it supports that, yes.

 4  Q.    In this paragraph you cite Nomikos 2022 and Nomikos 2023,

 5  correct?

 6  A.    Yes.

 7  Q.    Now, you know Mr. Nomikos?

 8  A.    I do, actually.

 9  Q.    Am I pronouncing his name correctly?

10  A.    I believe that's correct, yes.

11  Q.    Okay.  I'd like to bring up Plaintiff's Exhibit 874.

12        This is one of the Nomikos articles that you cited; is

13  that correct?

14  A.    Yes.

15  Q.    All right.  Do you see the abstract at the top of the

16  page?

17  A.    Yes.

18  Q.    Actually, let's start in the second sentence of the

19  abstract.

20        "The article demonstrates that the presence of

21  peacekeepers makes individuals more optimistic about the risks

22  of engagement and the likelihood that members of out-groups

23  will reciprocate cooperation."  He talks about how he uses data

24  from Mali to show that "UN peacekeepers increased the

25  willingness of individuals to cooperate relative to control in

 1   French enforcers."  Correct?

 2   A.    Yes, that's correct.

 3   Q.    "I find that UN peacekeepers are especially effective

 4   among those participants who hold other groups and institutions

 5   in low esteem as well as those who have more frequent contact

 6   with peacekeepers.  Follow-up interviews and surveys suggest

 7   that perceptions of the UN as unbiased rather than other

 8   mechanisms account for its effectiveness."  Right?

 9   A.    Yes.

10   Q.    So he found that it was the lack of bias in the UN

11   peacekeepers, not their ethnic and racial identity, that

12   accounted for the effectiveness, right?

13   A.    No.  Their unbiased nature is due in part to the ethnic

14   composition of those peacekeepers relative to the French

15   peacekeeping forces which are also operating in this area.  So

16   it is an explicit comparison between the UN forces and those of

17   the French.

18   Q.    Let's go to page 10 of this document, if we can.  We'll

19   see if that's true.

20        If you look at the bottom of page 10.  He says, "I find

21   evidence that" -- in the middle of the paragraph.

22        "I find evidence that perceptions of the UN as unbiased

23   and France as biased account for the relatively greater

24   effectiveness of UN peacekeeping.  Moreover, I show in

25   Appendix A that there is little evidence in favor of other

 1  potential mechanisms."

 2      Did you look at Appendix A when you were looking at this

 3  report?

 4  A.   Yes.

 5  Q.   So let's go to Appendix A.  That's 874.1.  I'm sorry.

 6  874.  Oh, I'm sorry.  867.  Plaintiff's Exhibit 867.  This is

 7  the online appendix?

 8  A.   Yes.

 9  Q.   You can see at the top, supplemental material,

10  "Peacekeeping and the Enforcement of Intergroup Cooperation

11  Evidence for Mali"?

12  A.   Yes.

13  Q.   I want to go to page 5 of this appendix.  "UN Force

14  Compensation and Bias Against Tuareg."

15      Do you see this?

16  A.   Yes.

17  Q.   Here, Mr. Nomikos delves deeper into the alternative

18  explanation that the effect of the main study of this paper is

19  driven by perceived by UN peace builders' bias against Tuareg

20  or in favor of other non-Tuareg ethnic groups.  "I approach

21  this explanation by looking specifically at the force

22  composition of UN peacekeepers in Mali."

23      Is that what he writes?

24  A.   Yes.

25  Q.   Then he goes on to describe the fact the UN peacekeepers

 1  in Mali are from 41 different nationalities, correct?

 2  A.   Yes.

 3  Q.   He notes that Bangladesh, Sweden, and Netherlands were

 4  included in the three peacekeeping groups, correct?

 5  A.   Yes, that's correct.

 6  Q.   Then he also talks about there were some contributors from

 7  other sub-Saharan African states -- Burkina Faso, Chad, Ghana,

 8  Guinea, Niger, Senegal, and Togo, right?

 9  A.   Uh-huh.

10  Q.   And he said some of those states have similar identity

11  cleavages to Mali that may lead individuals to believe that UN

12  peacekeepers were actually biased in their favor, right?

13       So he's talking about their ethnic cleavages here.  You

14  would agree with me, right?

15  A.   Yes, potentially.

16  Q.   So if you go to the next page, he talks about the

17  follow-up survey that he did, where he asked respondents from

18  which part of the world they thought the most peacekeepers

19  came.

20       The most common answer was Europe.  Do you see that?

21  A.   I do.

22  Q.   25 percent said West African, the region that contains

23  Mali as well as Burkina Faso and Niger, and 26 percent said

24  sub-Saharan Africa.

25       He then went on to ask which country they thought most of

 1  the UN peacekeepers were from.  Less than 10 percent answered
 2  Burkina Faso, and no one said Niger.  The most common answer
 3  was Chad.
 4       Then he goes on to say, "A generous interpretation of
 5  these findings is about half of all respondents believe that
 6  peacekeepers came from a state with similar identity cleavages.
 7  Since Malians do not overwhelming believe the UN peacekeepers
 8  came from states with similar identity cleavages, it seems
 9  unlikely that respondents in the study's lab experiment would
10  condition their donations" -- that was the experiment that was
11  run here, right?
12  A.   That's correct, yes.
13  Q.   The willingness to donate money to a particular group?
14  A.   That's correct.  We use that as a behavioral measure of
15  trust.
16  Q.   Right.
17       -- "would condition their donations on the perceived low
18  likelihood that UN peacekeepers would be biased in their favor.
19  If there are two peacekeepers enforcing their behavior, they'd
20  likely only believe one of them would be from a place with
21  similar ethnic cleavage."
22       Correct?
23  A.   Yes, although mine's cut off there, actually.
24  Q.   Yours is cut off?
25  A.   Yes.  Is yours showing?  What you just read, the sentence,

1  mine's gone, half of it.  My literally says, "Then it is likely

2  that they believe that only one of them would be" -- then it

3  stops.

4  Q.   Fair enough.

5  A.   I just want to make sure.

6  Q.   Fair enough.  Let's go on to the next paragraph where we

7  talk about --

8       "Nonetheless, even if we were to assume the respondents

9  did believe the UN peacekeepers in the experiment were from

10  states with similar identity cleavages, if this mechanism were

11  to account for the positive UN effect, we should also expect

12  Malians to hold favorable opinions of West African

13  peacekeepers.

14       "Observational evidence suggests this is not the case with

15  UN presence in Mali.  Most of the West African peacekeepers in

16  Mali are remnants from the African-led international support

17  mission to Mali.  The rehatting of those troops to peacekeepers

18  has been complicated with states failing to meet UN

19  peacekeeping norms."

20       It goes on to describe some issues they had had with

21  sexual exploitation and assault of Malian women, correct?

22  A.   Yes.

23  Q.   "This evidence suggests that the African peacekeepers,

24  rather than being perceived positively, would be perceived

25  negatively by the population."  Correct?

1   **A.**   Yes.

2   **Q.**   If you go to the next page.

3         "If there does exist bias because Malians perceive

4   peacekeepers in Mali as not being neutral but from a

5   neighboring state, then the direction of that bias would be

6   negative.  Put simply, if Malians associate peacekeepers with a

7   state that shares a similar identity cleavage, then the

8   association would likely bias the estimate of any UN

9   enforcement effect downwards and against my findings."

10        That's what he wrote, right?

11  **A.**   Absolutely, yes.

12  **Q.**   You didn't explain any of this in your testimony?

13  **A.**   I did not work through the mechanics of the

14  lab-in-the-field experiment of Mali.  No, I did not.

15  **Q.**   You understand that one of the Government's arguments in

16  this case is that the Navy needs to use race at the Academy so

17  the officer corps can be more effective at missions abroad?

18  **A.**   Yes.

19  **Q.**   If we go back to your report, the page that we were

20  previously looking at, you also cite some papers from Bove in

21  this paragraph about the UN information?

22  **A.**   Yes.

23  **Q.**   Do any of the Bove sources specifically focus on racial or

24  ethnic diversity?

25  **A.**   In the context of UN?

 1  Q.   Yes, in the papers you're citing here.

 2  A.   I don't believe so.

 3  Q.   Isn't it true that they measure diversity as linguistic,

 4  geographical, and religious?

 5  A.   Yes.

 6  Q.   I want to talk a little bit about your equation, the

 7  military inequality coefficient.

 8       You would agree with me, Professor Lyall, that your work

 9  does not support any finding that ethnic or racial diversity in

10  the military in and of itself improves battlefield performance?

11  A.   Could you restate the question.  Or ask the question

12  again.  I'm sorry.

13  Q.   Yes.  You agree that ethnic and racial diversity in the

14  military alone, your work does not support the view that that

15  is what improves battlefield --

16  A.   Just by itself, no.

17  Q.   Right.  Indeed, as you say I think in your book, the

18  central driver of battlefield performance is military

19  inequality, not ethnic diversity, right?

20  A.   Yes.

21  Q.   What matters is how a nation treats the members of the

22  army in terms of access to the basic rights of citizenship and

23  participation in society?

24  A.   Yes, the treatment is important.  Although, of course, the

25  demographics are also important because, if you're treating a

 1  very large portion of your military poorly, then, of course

 2  that will magnify the effects of inequality.

 3  **Q.**   Right.  But it's the treatment that really makes the

 4  difference?

 5  **A.**   Treatment is important, yes.

 6  **Q.**   So an army composed of many different ethnicities, none of

 7  which are subject to state-sponsored discrimination or

 8  repression, will be considered by your equation to have very

 9  low inequality?

10  **A.**   Yes, that's true.

11  **Q.**   And a nation that represses all ethnic groups but also

12  excludes them from the military will also register very low on

13  the inequality scale?

14  **A.**   Yes.  It's a measure of the military itself; so if those

15  excluded groups are not and never come into military service,

16  then they would not appear in the data.

17  **Q.**   So we can talk specifically about an example, I think one

18  you brought up, which is the American Civil War.  Right?

19  **A.**   Yes.

20  **Q.**   You would agree with me that the military inequality

21  coefficient for the Confederate States of America was lower

22  than the military inequality coefficient for the union?

23  **A.**   Yes, I believe that's true, actually.

24  **Q.**   And the reason that is is because -- it's not because

25  Jefferson Davis's republic had any enlightened view of

1  diversity and inclusion?

2  **A.**   I think that's safe to say, yes.

3  **Q.**   It just has to do with who they allowed to fight in their

4  Army?

5  **A.**   Yes.  The exclusion of the Black population would -- they

6  would not be counted inside their ranks.

7  **Q.**   The Confederates did not have any Black soldiers in their

8  army?

9  **A.**   None, yes.

10  **Q.**   But the Union army did?

11  **A.**   It did, yes.

12  **Q.**   So because Lincoln and Winfield Scott allowed soldiers

13  into the Union army that lacked full rights to participate in

14  society, it raised their inequality coefficient, correct?

15  **A.**   So we have to be a little bit careful here on how the

16  index is constructed.  It is looking only at the army on the

17  eve of war; it is not a cross-time analysis.

18       So the Union forces, for example, to take your example,

19  would be changing in composition for each of the years of the

20  war.  This is going to just take that snapshot on the prior --

21  the eve of the war; so the Black population would become an

22  increasingly large share of the military over time, but it

23  would be a small portion at the outset of the war.

24  **Q.**   Just so that we're all clear, Project Mars, your data

25  measures it on the eve of the war?

 1   A.    Yes.

 2   Q.    So any changes that were made over the course of the war

 3   is not capture at all in your dataset?

 4   A.    That's right.  It is not a time series dataset; it's a

 5   single shot of each country.

 6   Q.    You would agree with me that you ranked the Confederate

 7   army in the lowest inequality band of the four bands you track?

 8   A.    I don't remember the exact point estimate, but it would be

 9   lower than the Union forces, yes.

10   Q.    I can refresh your recollection with the information from

11   the sheet if you'd like.

12         Can pull up the Project Mars sheet.

13         This is your database?

14   A.    I believe so, yes.

15   Q.    If we go to line 247, I believe.  We've got the Civil

16   War -- the Confederates on top, the Union army below?

17   A.    Yes, I see it.

18   Q.    And Column U, I think, has the mean military inequality

19   coefficient.  Is that correct?  I'm sorry.  Column U has the

20   band, correct?

21   A.    The band.

22   Q.    So page back down.

23         The Confederate army on top is in Band 0, correct?

24   A.    Yes.

25   Q.    That's the lowest level of inequality?

```
 1  A.   Yes.

 2  Q.   And the Union army is in Band 1, correct?

 3  A.   Yes.

 4  Q.   That's somewhat higher?

 5  A.   Yes.

 6  Q.   Your dataset also includes World War II, correct?

 7  A.   It does, yes.

 8  Q.   And it includes the Allied forces against Germany in the

 9  European theater as one of the measures?

10  A.   It does, yes.

11  Q.   It includes Operation Overlord, right?

12  A.   Yes.  That is considered a separate campaign in the

13  dataset, yes.

14  Q.   Operation Overlord encompasses D-Day --

15            THE COURT:  I'm aware of that.

16            MR. STRAWBRIDGE:  Just for the record, Your Honor.

17            THE COURT:  That's all right.

18            MR. STRAWBRIDGE:  I know you know.

19  BY MR. STRAWBRIDGE:

20  Q.   That's right.  Operation Overlord is the D-Day?

21  A.   Is D-Day, yes.

22  Q.   Germany is listed, I believe, in line 661, correct?

23  A.   Yes.

24  Q.   And if we go across, I believe you list eight groups as

25  being Column X, eight groups in the German military.  Is that
```

1  right?

2  A.   I believe column -- yes, if Column X is the number of

3  groups, yes.

4  Q.   We can page back down to Germany.  All right.

5       And do you remember what those eight groups are?

6  A.   Not off the top of my head.  I'd have to refresh.  But

7  this part of the war, in Overlord, the Germans would have had

8  populations from a variety parts of Europe manning the

9  defenses.

10  Q.   If I told you it was Germans, Russians, French, and five

11  groups from far eastern Europe or the Caucasus, does that jog

12  your memory?

13  A.   Yes, it sounds familiar.

14  Q.   And the United States, which I believe is a couple of rows

15  down, is listed as having four ethnic groups?

16  A.   Yes.  I see it.

17  Q.   Do you know what the four ethnic groups are?

18  A.   Certainly would be White, probably Black, probably

19  Latino/Hispanic.  I'm not sure what the fourth would be.

20  Q.   Do you know why Whites would only be listed as one group

21  as opposed to Irish and Italian and other subgroups?

22  A.   Yeah.  So it's a great question.

23       So, over time, identities change.  And so the Union

24  forces, for example, the rosters and the soldiers identified as

25  Irish, for example.

 1      Over time -- and there's actually a wonderful sociological

 2 study of how the Irish became White.  You see these transitions

 3 across time.

 4      So we are taking the categories basically from the time

 5 periods.  And so in this category, White would be considered an

 6 identity group.

 7 **Q.**   You would agree with me that there can be various

 8 subethnic identities within White Americans?

 9 **A.**   Yes, it's possible.

10 **Q.**   Especially in World War II, Italian Americans were

11 probably a fairly identifiable ethnic subgroup?

12 **A.**   Possibly, yes.

13 **Q.**   That's also true for Hispanic or Latinos, correct?

14 **A.**   Yes.

15 **Q.**   Puerto Ricans are very different than, say, Mexican

16 Americans?

17 **A.**   I would say yes.

18 **Q.**   There are many subgroups of Asian Americans, correct?

19 **A.**   Yes.

20 **Q.**   Koreans versus Chinese versus Japanese Americans?

21 **A.**   Yes.

22 **Q.**   But for purposes of your analysis, in the United States,

23 at least, they're all lumped in together, correct?

24 **A.**   Yes.

25 **Q.**   Back to our exercise here.  I want to talk about the level

 1  of inequality in the German army and the United States army.

 2      The German army has a .15 average military inequality

 3  coefficient; is that correct?

 4  A.    Yes.

 5  Q.    And that puts it in the lowest band of your -- of your --

 6  A.    Yes.

 7  Q.    And, again, that's not because Germany was known for its

 8  approach to quality among its citizenry, right?

 9  A.    That's true, yes.

10  Q.    It was engaged in one of the most horrific genocides this

11  planet has ever seen at this time?

12  A.    Yes.

13  Q.    But it didn't allow any of those people into its military;

14  so it scored relatively low, which is to say well, on the

15  military inequality coefficient.

16  A.    Right, that's right.  It's on the low band, yes.

17  Q.    And the United States actually scores a little bit better

18  than Nazi Germany, right?

19  A.    Yes.

20  Q.    But in the same band?

21  A.    Yes.

22  Q.    I want to zoom out a little bit.

23      Your Project Mars database is limited to conventional

24  ground wars, correct?

25  A.    Yes.

1  Q.   It does not include counterinsurgency campaigns?

2  A.   It does not.  I have a publication on that but not for

3  Project Mars.

4  Q.   So none of the United States's military actions in

5  Afghanistan following the ouster of the Taliban are included in

6  your database?

7  A.   That's correct.  Following the ouster, the initial phase

8  of the war, the opening phase of the war is considered a

9  conventional campaign by political scientists; so that would be

10 included in the dataset.  The subsequent counterinsurgency

11 campaign would not be.

12 Q.   Project Mars does not take into account purely naval

13 battles, right?

14 A.   That is true as well, yes.

15 Q.   Whether they occurred on the surface or with submarines,

16 right?

17 A.   That's true.

18 Q.   The only Navy-adjacent battles that are included in your

19 database is when there is substantial participation by Marine

20 ground forces, correct?

21 A.   Yes.

22 Q.   And then only the ground forces are accounted for,

23 correct?

24 A.   Yes.

25 Q.   Project Mars does not take into account air battles,

 1  correct?

 2  A.   It does not.  A solely air campaign or something like that

 3  would not be included.

 4  Q.   So, for example, Project Mars, in its analysis of

 5  inequality and the outcome of various wars, does not account in

 6  any way for the effect of dropping the atomic bomb on Hiroshima

 7  or Nagasaki?

 8  A.   It would not account for that, no.

 9  Q.   But that's an event, I assume, you would agree informed

10  the outcome of World War II?

11  A.   Yes.

12  Q.   Nor does Project Mars contain any measure for

13  technological superiority, correct?

14  A.   That's actually true, yes, in terms of -- I'm not sure

15  what you mean by technological superiority.  I assume weapons

16  systems or something of that nature.

17  Q.   Correct.

18  A.   Yes.

19  Q.   There are some differences, for example, in the

20  technological capabilities of the United States Army which

21  invaded Afghanistan and the Taliban which was defending the

22  country, correct?

23  A.   I would agree with that, yes.

24  Q.   And you don't deny that technological superiority can

25  inform the outcome of a battle or a war?

1  A.    Yes, it can.

2  Q.    Would you agree with me the Project Mars database lists

3  the United States military as being in the lowest band of

4  inequality for every conflict it has participated in since

5  1900?

6  A.    Lowest band.  Yes, I believe that's correct.

7  Q.    And your testimony, I think, is that armies in the lowest

8  band perform the best on the battlefield, correct?

9  A.    Yes.

10 Q.    And you would agree that United States ground forces have

11 thus fared quite well on the battlefield since 1900, despite

12 varying levels of historical state mistreatment of minorities?

13 A.    I think that's true.

14 Q.    And nothing in your military inequality coefficient

15 analysis depends upon the difference between the number of

16 minorities in the military and their numbers in society at

17 large, correct?

18 A.    That is correct.

19 Q.    And nothing in your military inequality coefficient

20 analysis turns upon the relative representation of minorities

21 in the military's officer corps, correct?

22 A.    That is also correct.  The index simply captures the

23 entire military rather than breaking it out by officer or

24 enlisted.

25 Q.    All right.  And, of course, you do not contend that the

 1  United States today imposes anything like state-sanctioned

 2  discrimination on minorities the way the country did in the

 3  first half of the 20th century?

 4  A.   I would agree with that, yes.

 5  Q.   And maybe even a little bit beyond the first half if we

 6  count the '60s, right?

 7  A.   Yes.

 8  Q.   You offered today some alternative testimony about the

 9  military quality coefficient that one could use to affect the

10  United States military, right?

11  A.   I'm sorry.  I don't understand the question.

12  Q.   There was a hypothetical about taking information from the

13  OPA reports, for example, and recalculating the military

14  inequality coefficient for the military?

15  A.   Yes.  If you wanted to calculate a military inequality

16  score for the United States today, that would be one way of

17  doing it, yes.

18  Q.   If we bring up your report, DX195.  I mean, you've got a

19  copy of it there in your binder.

20  A.   I do have it in front of me, yes.

21  Q.   Is a military inequality coefficient hypothetical premised

22  on the OPA reports anywhere inside that disclosure?

23  A.   No.  Actually, this is page-- I'm sorry.  I don't have the

24  page in front of me.  But I believe it's calculated from the

25  Ethnic Power Relations dataset, the most recent version.

1  Q.   I think that's right.

2       If you just page through, Mr. Pusterla, I think we can

3  locate it pretty quickly here.  I think it's after his first

4  opinion.  Go back.

5       Do you recall it, Mr. Lyall?  I think I have it in here.

6  I'm just trying to find what page you offer your Ethnic Power

7  Relations calculation.

8       I think it's on page 20 of the document, Mr. Pusterla,

9  probably 18.

10 A.   Sorry.  I believe it's on page 18.

11 Q.   Right.

12 A.   Is that the one you're referring to?

13 Q.   Correct here, right.

14      This is where you refer to, in the middle of this

15 paragraph -- or the page, "Yet ethnic and racial discrimination

16 can arise from multiple directions, not simply from the formal

17 state policies that are captured by Project Mars's military

18 inequality coefficient."

19      Correct?

20 A.   Yes.

21 Q.   So just to be clear, what you're doing here is departing

22 from the methodology that you actually used in your book,

23 right?

24 A.   The calculation is the same; the source of the data would

25 be different.

 1  Q.   Right.  Because normally when you count -- when you

 2  calculate the military inequality coefficient, you premise it

 3  based on what the official state policies are, correct?

 4  A.   That is correct, yes.

 5  Q.   So if there's official discrimination against minorities,

 6  like a segregation or economic discrimination, then it will get

 7  a .5 value, I think, correct?

 8  A.   That's correct, yes.

 9  Q.   And if there's actual violent repression, it gets a 1

10  value, right?

11  A.   Yes, that's correct.

12  Q.   What you're proposing here is to use a different set of

13  data to treat minorities in America, I would say, differently

14  than what the official state policies are, correct?

15  A.   Yes.  Since we're out of sample and bringing it up to

16  date, we would draw on different data sources.

17  Q.   I want to talk a little bit about the Ethnic Power

18  Relations dataset.  In the next paragraph, that's what you used

19  in this case; is that right?

20  A.   Yes.

21  Q.   And you claim that this is the standard dataset for

22  political rights enjoyed by individual ethnic groups since

23  1945, right?

24  A.   Yes.  I believe it tracks starting in 1946, yes.

25  Q.   Do you think it's reasonable to rely on this dataset to do

1  an alternative calculation of the military inequality

2  coefficient?

3  **A.**    Yes.  In the absence of having our coders do it because

4  United States isn't in and we're going to do a hypothetical,

5  this is a leading standard for dataset for Ethnic Power

6  Relations.

7  **Q.**    And who comes up with the ratings that the Ethnic Power

8  Relations dataset gives to minority rights?

9  **A.**    There is a team of about a hundred country experts who do

10  surveys typically on a three- to four-year cycle and assess the

11  country values.

12  **Q.**    All right.  So according to this -- it's in the middle of

13  your paragraph after Footnote 56 -- "Using the most recent data

14  from 2021, all non-White racial groups in the United States,

15  (including Latinos, African Americans, Asian Americans and

16  American Indians) are treated as holding no political power or

17  lacking the ability to wield influence at the national level of

18  executive power.  Correct?

19  **A.**    Yes.  This is the EPR's judgment.

20  **Q.**    And which, in your mind, is functionally equivalent to

21  explicit discrimination by federal authorities, correct?

22  **A.**    Yes.

23  **Q.**    And the federal government operates the Naval Academy,

24  right?

25  **A.**    Yes.

 1  Q.   And this opinion -- well I should say this:  To defend the

 2  Naval Academy's use of race and admissions, they're relying in

 3  part on your testimony today, right?

 4  A.   Yes.

 5  Q.   And that testimony includes that every minority group in

 6  the United States of America living today under circumstances

 7  equivalent to explicit discrimination by federal authorities?

 8  A.   So just to be clear, it does not refer to today.

 9  Q.   What is it referring to?  2021?

10  A.   Yes.  The data is collected in, as I said, these three- to

11  four-year bands.  So the most recent data we have is 2021.  The

12  EPR pegs their data to the first of January of every year in

13  the data.

14       So this is actually not referring to the situation today

15  in the United States.  It is referring, in their coders'

16  judgment, to the United States as of 1 January 2021, and they

17  would have collected the data typically in 2019 and 2020.

18  Q.   All right.  So you didn't decide to update that data for

19  today?

20  A.   I don't control the EPR, and the EPR dataset probably

21  won't be released, the next version, until at least next year.

22  Q.   You agree that today all non-White racial groups in the

23  United States, including Latinos, African Americans, Asian

24  Americans, and American Indians, in fact, do hold some

25  political power and the ability to wield influence at the

1  national level and executive power?

2  **A.**   I do, yes.

3  **Q.**   Right.  For example, the vice president of the United

4  States is African American, right?

5  **A.**   Today, yes.

6  **Q.**   And the Secretary of Defense is African American, right?

7  **A.**   Yes, today.

8  **Q.**   The vice president was the vice president-elect on

9  January 1st, 2020, correct?

10 **A.**   I believe so, yes.

11 **Q.**   Do you know whether or not the current United Nations

12 ambassador is African American?

13 **A.**   I do, yes.

14 **Q.**   She is?

15 **A.**   Yes.

16 **Q.**   Do you know whether the Secretary of Health & Human

17 Services is Hispanic?

18 **A.**   Yes.

19 **Q.**   Xavier Becerra?

20 **A.**   Yes.

21 **Q.**   And if I understand your testimony correctly, even if you

22 use this adopted assumption about minorities being subject to

23 the equivalent of federally imposed discrimination, the

24 military inequality coefficient of the United States military

25 would fall in the second lowest band?

A.   If you use the 2021 EPR data to do this, yes, it would

fall in the second band.

Q.   All right.  Mr. Lyall, we talked earlier about the fact

that you don't have any idea as to how the United States Naval

Academy admissions process works, correct?

A.   That's correct.

Q.   So you don't have any opinion that ending the use of

racial preferences at the Naval Academy would increase the

number of people in the military who report discriminatory

events during their service, right?

A.   I'm not sure I understood the question.  Could you --

Q.   You're not offering any opinion about what the effect of

ending preferences at the Naval Academy would have on the

members of the military who report discrimination?

A.   I'm not offering an opinion on that.

Q.   You're not offering any opinion on how the cessation of

the racial preferences at the Academy would affect members of

the Navy's beliefs that they share the same battlefield fate?

A.   I'm not offering an opinion on that, no.

Q.   You're not offering any opinion as to whether the

cessation of the racial preferences at the Naval Academy would

stoke any dissatisfaction among members of the United States

Navy?

A.   I'm not offering an opinion on that either.

Q.   And you're not offering any opinion that the cessation of

 1 | racial preferences at the United States Naval Academy would
 2 | corrode interracial or interethnic bonds at the United States
 3 | Navy, correct?
 4 | A.    Correct.
 5 |          MR. STRAWBRIDGE:  Nothing further, Your Honor.
 6 |          THE COURT:  All right.  Thank you, Mr. Strawbridge.
 7 |     Mr. Robinson, any further questions?
 8 |          MR. ROBINSON:  Yes.  Briefly.
 9 |          THE COURT:  How brief?  Because we're going to take a
10 | break soon.
11 |          MR. ROBINSON:  Maybe three minutes, if that's okay?
12 |          THE COURT:  I'm not trying to rush you, but if it's
13 | going to be longer than that, we're going to take a break now.
14 |          MR. ROBINSON:  We'll do it now, if that's okay.
15 |          THE COURT:  Go ahead.
16 |                     REDIRECT EXAMINATION
17 |                            - - -
18 | BY MR. ROBINSON:
19 | Q.    Good morning, Professor Lyall, just a few questions.
20 |     On cross-examination, Mr. Strawbridge asked you some
21 | questions about why different subgroups of White ethnicities
22 | were lumped together in World War II, for example, and why
23 | Italian Americans, for example, weren't separated out as their
24 | own subgroup.
25 |     Could you explain why that was the case.

1  A.   Yeah.  So we typically take from the time period the

2  orders of battle that were provided either the historical

3  sources or the militaries themselves.

4      And in these instances with the coders, they would have

5  taken what was true at the time, how they were represented in

6  the data.

7      I would say too, you could, in theory, break down these

8  groups into much more smaller groupings.  Of course you would

9  only affect the inequality score if they were being treated

10 differently.  If they're all being treated the same, it

11 actually would not affect the military inequality score.

12 Q.   And was there some threshold that you and your team had

13 for the size of an ethnic group in order for it to be included?

14 A.   Indeed.  We have a numeric threshold so that small groups

15 would not be included in the dataset.  So it was typically

16 1 percent of the fielded forces.

17 Q.   All right.  Mr. Strawbridge also asked you some questions

18 about the Ethnic Power Relations dataset.  Are you creating the

19 Ethnic Power Relations data?

20 A.   No.

21 Q.   And why did you rely on it in your report?

22 A.   So the Ethnic Power Relations is the leading standard for

23 all of our measures of Ethnic Power Relations in a particular

24 country.  It's been cited thousand and thousands of times.  It

25 has launched hundreds of studies and is seen as the industry

 1  standard.

 2      So in the absence of having data that we've collected --

 3  because, again, the United States is not in the dataset at this

 4  time period -- it seemed like this would be a reasonable use of

 5  the data.

 6  **Q.**   And Mr. Strawbridge also asked you about, I think, some

 7  specific data points involving the Civil War, World War II.

 8  Given the breadth of armies and battles that you looked at, if

 9  you were to remove those specific data points from your

10  analysis, would that affect the overall trend lines that you

11  were seeing in the data?

12  **A.**   No, it wouldn't.  I mean, we referred to, I believe, three

13  specific examples.  There's 825 in the dataset.  So removing

14  the three likely wouldn't change the findings.

15          **MR. ROBINSON:**  Nothing further.

16          **THE COURT:**  Thank you, Mr. Robinson.

17      Any recross just on that point, Mr. Strawbridge?

18          **MR. STRAWBRIDGE:**  No, Your Honor.

19          **THE COURT:**  Thank you, Dr. Lyall.  You may step down.

20  You shouldn't discuss your testimony with anyone in the event

21  that you're called back to the witness stand before this trial

22  is over this week.

23      So, with that, we'll take a 10-minute late-morning recess.

24  And then we'll start, I believe, with -- Admiral Fuller is the

25  next witness; is that correct?

1          **MR. GARDNER:**  Correct.

2          **THE COURT:**  All right.  Court stands in recess.

3          **THE CLERK:**  All rise.  This Honorable Court is now in

4    recess.

5      (Recess from 11:49 a.m. to 12:08 p.m.)

6          **THE COURT:**  You all may be seated.

7      Next witness, Mr. Carmichael.

8          **MR. CARMICHAEL:**  Yes.  Defendants will call Vice

9    Admiral Fuller.

10          **THE COURT:**  Good morning, sir.  If you'll come forward

11    and be sworn.

12          **THE CLERK:**  Thank you, sir.  You can stand right here.

13    And if you don't mind raising your right hand for me.

14      (Witness sworn.)

15          **THE CLERK:**  Thank you.  You can have a seat.

16      Please state and spell your first and last name for the

17    record.

18          **THE WITNESS:**  My name is John Vincent Fuller, J-O-H-N,

19    F-U-L-L-E-R.

20          **THE CLERK:**  Thank you.

21          **THE COURT:**  You may proceed, Mr. Carmichael.

22                          **DIRECT EXAMINATION**

23    BY MR. CARMICHAEL:

24    **Q.**   Good afternoon, Admiral Fuller.

25      Where are you currently employed?

1  A.    I'm currently the Naval Inspector General, employed in the

2  Washington Navy Yard.

3  Q.    For the United States Navy?

4  A.    For the United States Navy.

5  Q.    And what's your current military rank?

6  A.    Vice admiral.

7  Q.    Is that a three-star position?

8  A.    Three stars.

9  Q.    You answered this, what your current job is; but what's

10  the -- what is the duties of the Navy Inspector General?

11  A.    The Naval Inspector General looks into matters of

12  importance for the Department of the Navy.  We have two

13  principal lines of effort.  We inspect and we investigate

14  things.  So we're looking for issues that affect readiness for

15  the Department of the Navy.

16  Q.    When did you assume this position?

17  A.    June of 2021.

18  Q.    I want to walk through your background a little bit.

19        Are you a graduate of the Naval Academy?

20  A.    I am.

21  Q.    What year did you graduate?

22  A.    1987.

23  Q.    Did you apply to the Naval Academy from high school?

24  A.    I did.

25  Q.    What made you want to go to the Naval Academy?

A.    My father was in the military service, my mother was, my

brothers had served.  So I thought it was an honorable way to

pursue an education.  I was also recruited to play football,

and I thought the Naval Academy offered me great opportunities

for the future.

Q.    Did you play football all four years?

A.    I did.

Q.    Did you receive a nomination?

A.    I received a nomination.  Because my father is in the

military, I received a Presidential nomination, but I did apply

for congressional as well.

Q.    Do you remember where you ended up in the class, your

class rank?

A.    I was around 700 of 1,000 in my graduating position.

Q.    Is anyone in your class still on active duty?

A.    So I'm the senior Navy member of the United States Navy.

There's a Marine, Lieutenant General Greg Masiello.  And the

CNO of the Peruvian navy is also a classmate.  But we're the

last three in uniform.

Q.    Is three-star the highest rank obtained from anybody in

your class?

A.    It is.  There was three -- Vice Admiral White, who is

retired.  And then there's Lieutenant General Masiello and then

myself.

Q.    Do you have a graduate degree?

1  **A.**    I have two graduate degrees.

2  **Q.**    What are those?

3  **A.**    Master of science from the Naval Postgraduate School and a

4  master of national security studies from the Naval War College,

5  but it was the Command & Staff College.

6  **Q.**    Now I want to go through your military career a bit.

7      All total, how long have you been on active duty in the

8  Navy?

9  **A.**    If you count commissioned service, 37 years.  If you add

10  time in uniform, plus years for the Academy; so 41 years in

11  uniform.

12  **Q.**    And what service community did you select in the --

13  **A.**    I'm a surface warfare officer.

14  **Q.**    Is that an unrestricted line officer?

15  **A.**    It is unrestricted line.

16  **Q.**    What is a surface warfare officer?

17  **A.**    Surface war officers are those officers who operate,

18  maintain, lead on surface combatants.  The best way of

19  describing this is we would command every surface combatant

20  except for aircraft carriers, which are statutorily restricted

21  to aviation officers.  So we drive, operate, and maintain

22  surface ships or warships.

23  **Q.**    What specific type of ships do --

24  **A.**    Destroyers, cruisers, littoral combat ships, also

25  amphibious ships, the assault craft, the large-deck amphibs.

So we can command all of those, and we operate and work on all
of those type of ships.

**Q.**   What does the gold pin on the top of your left side mean?

**A.**   That is my surface warfare officer pin.  And that was --
being a surface warfare officer, you have a visible designation
of what community you're in.  That's about an 18-month
qualification process on your first platform, at least that's
my situation.

**Q.**   At a high level, could you walk us through your -- the
various jobs that you've had in the Navy or the billets you've
had?

**A.**   So my first ship was a frigate, USS Vandegrift.  I was a
division officer there.  I was there for about three years.

My second ship, the USS Coghlan, was another frigate.  I
was the chief engineer.

After that, I did additional department head tours where I
was at the propulsion examining board.  And I was also the flag
secretary for amphibious forces, 7th Fleet.

Following on that, my next sea tour was XO on the USS
Curtis Wilbur.  That was four deployed naval courses.  That was
a guided-missile destroyer out of Japan.

Next sea tour was USS Mason, where I was a commanding
officer.  Do you want sea tours or do you want everything?

**Q.**   Everything.

**A.**   So between Curtis Wilbur and going to the Mason, I was at

 1    the -- and C&O staff, called OPNAV.

 2        Post being on the USS Mason, I went to the Naval Academy

 3    as a battalion officer.

 4        After that, I was military assistant on the office of

 5    Secretary of Defense's staff.

 6        After that, I was a deputy commodore of Destroyer

 7    Squadron 22 during my deployment on the George Herbert Walker

 8    Bush.  I was also the commanding officer Task Force Iraqi

 9    Maritime.  We turned over the oil platforms to the Iraqis.

10        Post -- then after that, I was the destroyer squadron

11    commodore.  That was around 22.

12        Following that, I worked on the OPNAV staff.

13        Following that, I made flag, and I went to naval region

14    Hawaii.  And I was also Naval Service Group, Middle Pacific.

15        Following that, I was commander of Carrier Strike Group 1

16    on the Carl Vinson stationed in San Diego.

17        Following that, I was the J5, which was the head of plans,

18    policy, and strategy for U.S. Northern Command and NORAD.

19        Following that, I went to the joint staff.  Three jobs

20    there.  I was the DDFP, deputy director of force protection.

21    Major roles there, I was the leader for JIAMDO, Joint

22    Integrated Air and Missile Defense Organization.  I was the

23    head of the JRO, Joint Requirements Office, for chemical,

24    biological, and radiological defense.  I was also the president

25    of the defense board.

1      All these jobs were driven on joint requirements and how

2  you validate those.

3      And then post that, I became the Naval Inspector General

4  in 2021.

5  Q.   And how many times have you deployed in your career?

6  A.   At least nine.

7  Q.   Where have you deployed to?

8  A.   I've deployed to the Persian Gulf several times.  I've

9  deployed to the Mediterranean.  I've deployed to the Pacific

10  fleet are the main areas.  So Pacific, Persian Gulf, and areas

11  around Europe in the Mediterranean.

12  Q.   Were any of these areas considered combat zones?

13  A.   In the Persian Gulf, we got hazardous duty pay.  Again, I

14  have not actually been in combat, but we were certified for

15  combat operations every time we deployed.  And we were in

16  situations that could have gone kinetic depending on the

17  circumstances.  So lots of time in the Persian Gulf where we

18  were involved in some tense operations.

19  Q.   What do the ribbons your uniform underneath your SWO pin

20  represent?

21  A.   Those are various individual awards and awards for service

22  in different areas.

23      I know the next question.  I'll go through them.

24      The top few are individual awards.  So I have a Navy

25  Commendation Medal, Navy Achievement Medal, Meritorious Service

1  Medal, Legion of Merit, and a Defense Superior Service Medal.

2      And then you'll see on there, there's stars or other

3  things saying I've got multiples of those.  So I think about a

4  dozen personal awards or more.

5  **Q.**  Is there anything on your uniform that signifies that you

6  held command at sea?

7  **A.**  I have the -- I'll point at it -- Command at Sea pin right

8  here.  And as I've mentioned before, I was the commanding

9  officer of USS Mason, commanding -- or commodore for Desert

10  Storm Squadron 22.  And I was the commander of Carrier Strike

11  Group 1.  So three at-sea commands that I have the Command at

12  Sea pin for.

13  **Q.**  What type of ship is the Mason?

14  **A.**  The Mason is a guided-missile destroyer, Arleigh

15  Burke-class destroyer, Flight IIA.

16  **Q.**  And you said your second sea command was a destroyer

17  squadron.  What's that?

18  **A.**  So a destroyer squadron is the O6, or captain position,

19  and I was the captain of ships.  So we had frigates and

20  destroyers that worked for me.  So when I was the Mason CO, I

21  was the commander, an O5.  As the O6, I had multiple O5s that

22  worked for me.

23  **Q.**  And you mentioned a carrier strike group.  What is that?

24  **A.**  So a carrier strike group is the position that you -- as a

25  one-star or a two-star, you have the O6s work for you.  So the

1  way the organization is is you'll have a destroyer squadron

2  work for you, you'll have an aircraft carrier, a carrier, air

3  wing work for you, and you'll have your warfare commanders and

4  a cruiser for air warfare.

5  Q.    So about how many ships is in a --

6  A.    It varies.  Mine, because we had a special circumstance,

7  we had about five ships.  So a carrier strike group can have

8  between 7,000 and 10,000 personnel.

9  Q.    Is there anything on your uniform that signifies command

10 ashore?

11 A.    So the pin next to this one with the trident is Command

12 Ashore.  And I was the commander of Navy, region Hawaii; so if

13 you look at the responsibility, all of the land in Hawaii that

14 the Navy owned and operated.  And probably between civilians

15 and military, 35,000 people.  And I don't remember the specific

16 square footage, but it was a pretty large area if you think of

17 all of the space in Hawaii and Kauai.

18 Q.    Is there anything on your uniform that signifies that you

19 served in a joint billet?

20 A.    I have the badge for the joint staff, and I have a badge

21 for working on the Secretary of Defense's staff.

22 Q.    Are you a joint qualified officer?

23 A.    I am.

24 Q.    What does that mean?

25 A.    So joint qualified means you have both the joint

1  professional military education and you've also done a joint

2  tour.  So you have experience and education that goes with

3  that.

4  **Q.**   Having done a joint tour, what are some of the primary

5  cultural differences between Navy and Army and Air Force?

6  **A.**   So I'll start off with the general operating parameters

7  for the different services.

8      Navy being maritime, we work at sea.  Lots of

9  independence.  We're expeditionary.

10      If you think of the Army culture, it's a land-based heavy

11  organization, garrison-based.

12      And then the Air Force is, I'll say, focused on aviation

13  and not as expeditionaries either.  And there's just different

14  cultures when you operate independently at sea, when you

15  operate well supported ashore, and when you operate forces that

16  provide air support.

17      So just think -- if you can think of the differences

18  between land, air, and sea, there's a whole cultural difference

19  that goes with how you operate in those environments and how

20  you man, train, equip, and how you sustain those and maintain

21  those forces.

22  **Q.**   Is there a Navy component in the National Guard?

23  **A.**   There is no Navy component to the National Guard.

24  **Q.**   Is it correct that the Navy instead has its own Navy

25  reserve which is not part of a state National Guard?

 1  **A.**    That's an accurate characterization.

 2  **Q.**    Are there culture differences between the Navy and the

 3  National Guard?

 4  **A.**    There are.

 5       Part of the difference is the authorities.  National Guard

 6  has Air Force and Army components; so you have that culture.

 7  And they each also work for a governor under Title 32.  So

 8  there's just different ways of how they are organized,

 9  equipped, and how they're manned.

10       So if you think of the difference of each National Guard

11  works for a state.  There is no Navy National Guard.  So

12  there's just differences in how they're organized and how

13  they're command and controlled.

14  **Q.**    Could a general in the National Guard, even if joint

15  qualified, ever be put in command of a Naval vessel?

16  **A.**    I can't think of any circumstances.  Particularly a

17  general or flag officer don't command ships.  And then there's

18  not the experience base to do that.  You can't just go become a

19  ship captain without all the qualification and experience and

20  certifications to make sure you're going to be successful at

21  the job.

22  **Q.**    Given the differences between the services, do you think

23  that there would be limits in the ability of a senior officer

24  from the Air Force National Guard, even if joint qualified, to

25  opine on matters such as military readiness and unit cohesion

1  in the Navy?

2  A.   Yes.  And I think they could talk about, in general terms,

3  the what.  But the how is something that would be very

4  difficult to explain.

5      Quick example.  I described before I was working at NORAD,

6  NORTHCOM, and I was the J5; so I had the plans.  As we looked

7  at doing homeland defense and I was talking with my Air Force

8  partners, they understood that a ship would be positioned

9  somewhere, but they didn't really understand the nature of how

10  a maritime platform would conduct ballistic missile defense and

11  antisubmarine warfare simultaneously because they didn't have

12  the experience to actually understand the dynamic nature of

13  operations.

14      They understood that they should be there and they

15  understood what generally they were supposed to do, but how

16  they do that would also be very important to how you'd write

17  the plans.  So that's where being joint qualified started the

18  conversation, but we had to bring in the experts in each of

19  the -- how you operate the force to make sure that we were

20  properly making plans to how to employ them in the future.

21  Q.   So how many sea tours total have you been on?

22  A.   Every ship I was on was a sea tour.  And I'm going to have

23  to do public math here.  Propulsion examining board was a sea

24  tour, surprisingly.  Amphibious force, 7th Fleet, was a sea

25  tour.  So 10?  I'm making a number here.  I'd have to count

 1  back.  But if you look at my service record, my LES, I've got

 2  close to 14 years of sea duty.

 3  Q.   In your current position, do you still go on ships?

 4  A.   I would go on ships to assess them, but I no longer

 5  operate ships as a flag officer in the way the C2 is.  I would

 6  only go there in my role as inspecting or investigating, or

 7  visit.

 8  Q.   For your job commanding a carrier strike group, that was

 9  on shipboard, right?

10  A.   Correct.  We were an embarked staff on the USS Carl

11  Vinson.

12  Q.   Based on your experience, has shipboard life changed over

13  the last 30 years?

14  A.   Absolutely.  If you think about how technology has changed

15  in the past 30 years, if you think about how people have

16  changed, the things that we attempt to do -- provide power

17  projection, sea control, presence -- hasn't changed, but the

18  nature of the operations has changed significantly.

19       Just with the proliferation of technology, the way people

20  are trained, it's all vastly different.  And even the

21  disposition of how the crews are manned are different from when

22  I started off to now.  So it's different because the people are

23  different.  It's different because the technology is different.

24  Q.   Given the changes in the Navy over the last 30 years, do

25  you think that there would be limits in the ability of someone

1  that last served on a ship 30 years ago to opine on matters

2  such as military readiness and unit cohesion in Navy units

3  today?

4  A.    And I'll go back to what I said before.  It's the how, not

5  necessarily the what.  So unit cohesion, yes, we're supposed to

6  work together.  We have an idea of what the requirements are.

7        But understanding the difference in people and

8  understanding the difference in technology, I think you

9  couldn't opine with any great degree of credibility because you

10  have to be in that experience.

11        Just like if you asked me, tell me about an Air Force

12  squadron or an Army tank battalion, I know generalities, but I

13  don't have that personal experience or that cultural

14  understanding or that experience to really give great details,

15  I would say.  You know, I could be PowerPoint deep.

16  Q.    Okay.

17        Could we now put on the screen DX66.

18        Did I hit something wrong on this?

19            THE COURT:  Defendants' Exhibit 66?

20            MR. CARMICHAEL:  66.

21  BY MR. CARMICHAEL:

22  Q.    Admiral Fuller, have you seen this document before?

23  A.    I have.

24  Q.    What is this document?

25  A.    This is the Secretary of the Navy's strategic guidance for

1  the Navy and Marine Corps team from October 2021.

2  **Q.**   In your current position as Navy IG, who do you report to?

3  **A.**   I'm a direct report to the Secretary of the Navy.

4  **Q.**   Could we turn to page 4 of the document.

5      And do you see at the top of the page where it says

6  "enduring priorities"?

7  **A.**   Yes.

8  **Q.**   What are the Secretary of the Navy's enduring priorities?

9  **A.**   So looking at the page here, I'll just go down to where

10  you have the three bullets.  Expand forward presence, enhance

11  warfighting readiness, and innovate and modernize.

12  **Q.**   Okay.  I want to flip to page 5 of this.

13      Do you see the one labeled "Empowering Our People"?

14  **A.**   I do.

15  **Q.**   What is that particular priority?

16          **THE COURT:**  Mr. Carmichael, it might be helpful if we

17  do this -- if someone can lift these up as you're going to

18  them, it would be helpful.  We didn't lift the last one.

19      Okay.  Now we've done it.  Thank you very much.

20          **THE WITNESS:**  Thank you.  That's much easier to read.

21  BY MR. CARMICHAEL:

22  **Q.**   What is empowering people about?

23  **A.**   The text here, "Our people provide the foundational

24  strength for this department.  In fact, I believe our

25  high-quality forces provide us a competitive warfighting

 1  advantage in relation to our strategic competitors.  We will
 2  build and sustain a strong, diverse, and healthy force, ready
 3  at all times and focused on warfighting and leadership at every
 4  level.
 5       "We will reward initiative and creativity and further
 6  enhance the reputation of the Department of Navy and its
 7  services as great places to lead, work, grow, and build
 8  families."
 9  Q.   Okay.  I want to go specifically into enduring priorities
10  a little bit.
11       So if we go to page 6, pull that down and go to page 6.
12       I want to pull up one specifically to talk about cultivate
13  talent and teamwork.
14       Could you read the first two sentences of this part of the
15  secretary's guidance.
16  A.   Yes.
17       "We will build the strongest possible warfighting force by
18  recruiting, retaining, and promoting the best that America has
19  to offer.  Our department can only overcome the complex
20  challenges we face every day by cultivating the talent and
21  unique insights of individuals from diverse personal, cultural,
22  and professional backgrounds."
23  Q.   Admiral Fuller, do you agree with that statement?
24  A.   I do.
25  Q.   Why?

A.    It makes sense if -- you know, we talk about in the
military and the Navy our number one asset is our people.  So
building, retaining, generating, doing all the things that make
sure our people are as good as they can be just makes sense to
meet our mission to defend the nation.

Q.    Okay.

      Could we take that down and now switch to DX67.

      Admiral Fuller, have you seen this document before?

A.    Yes.

Q.    What is this document?

A.    This is Secretary Del Turo's statement on the Department
of the Navy posture before the Senate Committee on
Appropriations from May 26, 2022.

Q.    And I want to go to page 13, where the secretary talks
about empowering our people again.  So it'll be page 13.

      Do you see again where it says "Empowering People" at the
top?

A.    Yes.

Q.    And then for the subset, for building the future force,
could you read that section, Admiral.

A.    "To maintain a fleet prepared to fight and win in
long-term strategic competition, we must continue to evaluate
and improve our capability to attract, retain, and develop a
talented and diverse workforce.  We face an intensely
competitive job market for talented workers and a rapidly

1  evolving tactical and technical landscape driving us to

2  modernize and enhance our entire talent management approach in

3  order to succeed."

4  Q.  Do you agree with that statement, Admiral?

5  A.  I do.

6  Q.  Why?

7  A.  Again, it makes sense.  We are building the force, and

8  we're trying to make sure that we have the right workforce to

9  maintain the force.  So, again, if you want to have a

10  high-quality force, you need to make sure we do everything we

11  can to make sure we have the best workforce.

12  Q.  Could we go to page 15.  I want to pull out the section

13  specifically from 15 which is also under "Empowering People."

14      This one's headed "Diversity, Equity, and Inclusion."

15      Could you read that portion as well.

16  A.  The whole section?

17  Q.  Yes, please.

18  A.  "In order to meet the challenges of a complex world, we

19  must continue to recruit, retain, train, and promote the best

20  from all of America.  We need a diverse force so every child in

21  America can see themselves wearing the uniform or working in

22  our civilian ranks tomorrow, and every viewpoint is represented

23  in our operations today so we can draw talent from all of

24  America to build our warfighting advantage.  This is a national

25  security imperative and a critical aspect of the DON's" --

1  Department of Navy -- "diversity, equity, and inclusion

2  initiatives."

3  **Q.**   Based on your work with Secretary Del Turo, what is your

4  understanding of what the secretary means there when he's

5  talking about a diverse force?

6  **A.**   So a couple things.  The Secretary of the Navy is

7  responsible for Title X issues where you train, man, and equip.

8  So a diverse force has two meanings for me.

9        One, it's the equipment that we operate, which he's

10  responsible for.  And if you look at his staff, he's also

11  responsible for the workforce or the people.  And that's where

12  diversity, equity, and inclusion comes into play, where he's

13  trying to use this as a means to help enhance the workforce.

14        And, again, it states that that's an imperative to make

15  sure we have the best workforce possible and the best force

16  possible to make sure we maintain our national strategic

17  objectives.

18  **Q.**   Do you agree with this statement?

19  **A.**   I do.

20  **Q.**   Is racial and ethnic diversity a component of the

21  diversity the Navy seeks?

22  **A.**   Say that again, please.

23  **Q.**   Is racial and ethnic diversity a component of that

24  diversity that the Navy seeks in its people?

25  **A.**   It is a component of the diversity we seek in our people.

1  **Q.**   Do you think that race and ethnicity can be decoupled from
2  the Navy's view of diversity?

3  **A.**   I don't see how they could.

4  **Q.**   Okay.

5        We could pull that down now.

6            **MR. CARMICHAEL:**  My understanding this is now admitted
7  into evidence, Your Honor?

8            **THE COURT:**  Yes, absolutely.  Defendants' Exhibit 66
9  and 67 are both in evidence, Mr. Carmichael.

10 **BY MR. CARMICHAEL:**

11 **Q.**   Admiral Fuller, what interest does the Navy have in a
12 diverse officer corps?

13 **A.**   The Navy has a compelling interest in a diverse officer
14 corps, and I'll give you some reasons why.

15       A diverse officer corps helps with unit cohesion.  It
16 supports readiness.  It helps with recruiting and retention.
17 And it also helps us with credibility both domestically and
18 internationally.

19 **Q.**   Does that interest include racial and ethnic diversity?

20 **A.**   Yes.

21 **Q.**   Why does diversity, in your view, include racial and
22 ethnic diversity?

23 **A.**   It is a component.  If you're talking individuals,
24 individuals have many elements that characterize who they are.
25 And I think racial and ethnic diversity is something you see

1   about people.

2         As an example, I think it's pretty evident here that I'm a

3   Naval officer, I have glasses, I don't have much hair, I'm an

4   African American.  It's just something that you see as part of

5   who I am.

6         And to say that I'm not one of those things is not taking

7   into account that I'm a unique individual who's trying to do --

8   a unique individual who's part of a larger collective.

9         And I think a diverse workforce gives us opportunities,

10  and it reduces risk for the type of missions we're responsible

11  for.

12  Q.   How does the Naval Academy further that interest in a

13  diverse officer corps?

14  A.   The Naval Academy is one of the sources where we

15  commission officers, and if you look at how the Navy works,

16  officers lead the operating forces.

17        So the Naval Academy is an insertion point for the future

18  commissioned officers who will lead and serve for many years to

19  come.  So it's important, because we have a closed-loop system

20  for our officer corps where you can't bring them in at later

21  stages in their career, that you have to make sure that they

22  get the right candidates through the Naval Academy and then

23  make sure we get the best possible candidate with the most

24  potential for success into the Naval Academy.

25        So it's a critical insertion point for the officer corps.

1   Q.   I want to pack a little bit of what you talked about, the

2   compelling interests.  You testified that a diverse officer

3   corps helps unit cohesion; is that correct?

4   A.   That is correct.

5   Q.   What did you mean by "unit cohesion"?

6   A.   I'll give you an example that I think it's non-Navy, but

7   it's probably helpful here.

8        If you've heard a professional symphony -- professional

9   orchestra play, you can hear how well it sounds and how there's

10  great cohesion between all the different players and all the

11  different instruments.  I'm sure many of you have also been to

12  probably an eighth grade concert where it's a symphony, but

13  they just don't sound as good.

14       So the difference is, maybe the same instruments playing,

15  but you can hear the difference between the professional,

16  well-organized, synchronized group in its unity of efforts,

17  unity of performance, unity of play, and they're very attuned

18  to each other versus that eighth grade band, still playing the

19  same piece of music, but it doesn't sound as good.

20       So unit cohesion is high-quality professionalism like a

21  symphony versus your eighth grade band.

22  Q.   How is unit cohesion unique in the shipboard environment?

23  A.   So the operating environment on a ship is not your average

24  environment.  A shipboard environment is driven by multiple

25  organizations that will stack on top of each other and work in

 1   cohesion.

 2        So back to my orchestra thing.  You have, on a ship,

 3   different divisions, which is your smallest group led by junior

 4   officers.  And then you have divisions that combine to be

 5   departments.  An example, you'll have an engineering

 6   department, an operations department kind of systems.  And then

 7   they're led by a commanding officer.

 8        When you get underway, you're operating 24/7 for as long

 9   as you're out there.  So there's always activities going on,

10   and they always have to be synchronized so you don't have

11   casualties or blunder or something that causes the ship not to

12   operate.

13        So it's a constantly operating environment.  And that

14   requires a lot of unit cohesion where the teams are working

15   well together, that they have respect.  And they also have to

16   be very sensitive to casualties, they have to be sensitive to

17   changes in environment, and they have to always be working

18   together because, if not, you'll have -- as we've seen in some

19   very sad cases where ships didn't operate well and people got

20   hurt and very expensive equipment was damaged.

21        So unit cohesion is the glue that keeps the ship operating

22   safely and, when necessary, will make sure they are able to

23   operate lethally in a combat situation.

24   **Q.**   How does a diverse officer corps help to ensure unit

25   cohesion in a shipboard environment?

1  A.    And I'll say diverse officer corps, including racial

2  diversity, it's an environment where you have respect; it's an

3  environment where you're able to work through unscripted

4  scenarios; it's an environment where, in a compressed area,

5  you're able to operate safely, and you're going to have to

6  operate very, very coherently.

7       So diverse officer corps is the group that leads the

8  people.  And if you don't have good leadership in those very

9  stressful environments, you're going to have a lot of cases of

10 missed opportunities to do good things, you're going to have

11 poor execution, poor maintenance, poor training.

12      But in a -- in an organization where you have good unit

13 cohesion, you're going to see all of these things work well

14 together.

15      Again, I'll go back to the simple, a band where the

16 orchestra sounds really good together or the one that tries

17 hard but doesn't have the same performance.

18 Q.    Do you have any examples of diversity furthering unit

19 cohesion in the Navy environment from your career?

20 A.    So the best example I can give you, as I talked about the

21 different ships I was on, my first two ships were

22 single-gender; there was no mixed-gender crews there.

23      And we were really good ships.  But as I became more

24 senior and I was on a mixed-gender crew, I saw the difference

25 in a better operating environment; there was greater degree of

1  respect and greater sense of professionalism when I saw a

2  mixed-gender crew.

3      And it's just interesting to describe how much more

4  professional and respectful I think the environment was once we

5  got to mixed-gender crew.  Not perfect by any stretch of the

6  means, but when I look at the ones that I would say would be a

7  better example of what a better crew looks like, I think the

8  mixed-gender crews I served on were far superior than the ones

9  I served on as a junior officer.

10 **Q.**  Do you have any examples of diversity changing someone's

11 perspective in the shipboard environment?

12 **A.**  Yes.  My first ship was commanded by an officer who was

13 about 19 years senior to me, a 1968 graduate from the Naval

14 Academy.  And on my exit interview when he was detaching the

15 ship, he gave me some -- which I thought was pretty interesting

16 insight.  He was a Naval Academy graduate, and he said, "John,

17 when I heard you were coming to the ship, I was concerned.  A

18 couple of reasons.  One, you were a football player" -- and

19 there was just a reputation for Navy football players when he

20 was at the Academy -- "and you are African American.  So I had

21 these two biases against you.  I didn't know you.  Just my

22 experience was you're probably going to be less professional

23 and you're going to try to slide by, you're not going to work

24 hard.  And I just had kind of lower expectations.  But you

25 really impressed me because you were a great naval officer."

1  Again, I don't want to toot my own horn here, but -- "You did

2  what you were supposed to; you worked hard; you were a great

3  team player; you were great in the wardroom; you worked hard;

4  and you were on point for all the things we expect from a naval

5  officer.  You made your qualifications early.  And I just want

6  to say I was surprised, pleasantly, that you showed me that my

7  biases were -- I shouldn't have judged the book by the cover

8  because all the things I'd kind of come to learn about football

9  players and African Americans from my experience in the Navy

10 weren't as positive as the ones I had with you."

11 Q.   How does diversity within the officer corps on a ship

12 increase the performance of a ship?

13 A.   Think of a wider range of perspective.  I'll say

14 diversity, including racial and ethnic diversity, you have

15 people there who are engineers; you have people there who are

16 historians; you have people who have a wide array of

17 experiences.

18      And when you have a wide array of experiences, you're able

19 to adapt more eloquently to unscripted or even difficult

20 situations.  When you have a wide array of views, you have, I

21 think, a greater opportunity to work through solutions.  You

22 also mitigate the risk of having groupthink or being unable to

23 think outside the problem.

24      I think that diversity is what's really good about naval

25 officer professionalism is you're not overwhelmed by unusual

1    problems and you have the ability to have to apply diversity of

2    thought and experiences and perspectives to mitigate risk, to

3    seek -- to seize opportunities, and to think through really

4    challenging problems.

5         Again, most of the times in the naval warfare thing,

6    you're not -- you don't readily have resources to come and

7    help.  You've got to solve all the problems locally.  It may be

8    days, it may be hours, it could be weeks before you're going to

9    get support from other sources there.  So you've really got to

10   figure things out when you're out there alone and unafraid.

11   Q.   Is it your view that a ship with a racially diverse

12   leadership is better at launching Tomahawk missiles than a

13   nondiverse unit?

14   A.   There's no -- if the single difference between two ships

15   is the race of the crew, there's no credibility to say there's

16   any difference.  I don't know how you'd make that assessment.

17   Q.   Is it your view that a ship with a racially diverse

18   leadership is better at detecting enemy submarines than a

19   nondiverse ship?

20   A.   Same thing.  If the only difference is the racial

21   composition of the crew, there's no way to say that that's a

22   reasonable assumption to make.

23   Q.   If you can't say that a racially diverse wardroom of a

24   ship will be more effective at these tasks, then what is the

25   benefit of a racially diverse officer corps in terms of

1  cohesion and readiness?

2  **A.**    So forgive my glibness here, but if you talk about a

3  racially diverse group, I'd say U.S. Navy, and the people that

4  we find as our principal potential competitor in the future,

5  say the Chinese Navy, I would bet on the racial diversity and

6  the ability of people to think outside the box of an American

7  crew versus a Chinese crew.

8      But the benefit is that training and that sense of respect

9  for your crew and that ability to work through issues I think

10 is what the hallmark of our great success is, is we have people

11 who treat each other with respect, people who think through

12 difficult problems, and people who are not overwhelmed by

13 unusual problems.

14     But, again, if you're going to really look at the example

15 of what that homogeneous group looks like, I would definitely

16 take the U.S. Navy over the Chinese Navy.

17 **Q.**    Admiral Fuller, I want to talk about recruitment.  You had

18 mentioned that as well.  You testified that you believe diverse

19 officer corps, including race and ethnicity, improved

20 recruiting; is that right?

21 **A.**    I do.

22 **Q.**    How does the diversity of the officer corps help with

23 recruiting?

24 **A.**    So diversity, including racial and ethnic diversity, help,

25 when you're recruiting someone, when you're having someone

1  offering to volunteer, there should be some relatability to

2  what they're trying to do.

3       As I read from the Secretary's thing, it's where we'd like

4  people to be able to see themselves in that position.  So if

5  you relate to someone because of their race, you may relate to

6  someone because of where they grew up, you may relate to

7  someone because of what they do.

8       But we're trying to recruit and get the best talent to

9  come on board, and they have to be able to envision themselves

10  as one of the people they're volunteering for.

11       So it just makes good common sense to have a sense of

12  relatability for the people we're trying to get to volunteer in

13  our all-volunteer force to join us.

14  Q.   Are there any examples from your career that have helped

15  you form this opinion?

16  A.   Yes.  Not so long ago, I was at a Junior ROTC review where

17  I was the guest speaker.  And it was interesting as I talked

18  with the parents and the influencers afterwards, they were

19  surprised and kind of happy to see that there was an African

20  American three-star, but also they wanted to make sure that

21  their JROTC kids would come up and take pictures with me just

22  to say, look, it's possible for you, as a high school student,

23  to potentially be a three-star in the United States Navy.  It's

24  a possibility.

25       Another example, not of myself, but if you look at the

 1  Navy today, the CNO is Admiral Franchetti, a female.  It's

 2  interesting seeing the energy she generates there for people

 3  who didn't think that was possible, but she is the chief of

 4  naval operations, the most qualified senior officer in the

 5  Navy -- again, I know Admiral Grady is on the joint staff.

 6  She's got a family.  And she's proven that regular people of

 7  high quality can do that.

 8      So it's -- it's empowering, it's energizing to see that

 9  this type of diversity is something that, based on your skills,

10  you can actually become the number one person in an

11  organization as large as the United States Navy.  I'll say a

12  senior officer of the United States Navy.  The Secretary is

13  the --

14  Q.  And you also testified earlier, Admiral Fuller, that you

15  believe a diverse officer corps enhances retention; is that

16  correct?

17  A.  For the same reasons.  When you're getting mentored or

18  mentoring, there's two things.  You like to hear from somebody

19  who has things like you; you also like to hear from someone who

20  has different perspectives there so you can make a holistic

21  determination on what your options are.

22      So I think, just like there's a relatability to someone

23  who's got the same characteristics, it's also nice to get the

24  perspective of someone who's different.  It kind of -- again,

25  I'm repeating myself, but how do you take that fuller range of

1  advice there and apply it to yourself?

2      So it is absolutely helpful for retention.

3  Q.   Admiral Fuller, earlier you testified that you believe

4  diversity officer corps serves to increase the credibility of

5  the Navy both domestically and abroad; is that right?

6  A.   That is.

7  Q.   What did you mean by domestic credibility?

8  A.   I'll go back to the high school example.  Parents,

9  influencers, teachers, and the students all were interested in

10  the fact that they could be three-star.  I've been in places

11  where people are interested in the fact that you can actually

12  be a pilot, you can be a SEAL, you can be an engineer,

13  explosive ordnance person.  So the relatability of that to the

14  population is very important.

15      They want to know that their volunteers, the 1 percent of

16  people who are representing them, are real people, real,

17  relatable people, and people that they can be proud of.

18      So from a credibility purpose, they want to know that

19  people like them are protecting them is my opinion.  And I

20  think that that's a powerful thing because we're not separate.

21  As we look at relatability, it now says they could be one of

22  those people too.  And that credibility means like, wow, we

23  could also join that really elite group.

24  Q.   You also testified that a diverse officer corps increases

25  the Navy's international credibility; is that right?

1  A.    I do.  It's another component of being a naval officer and

2  a culture thing is we are all told and we are actually

3  ambassadors because we go to port visits to other countries.

4       It's interesting as you watch the sailors go ashore, you

5  see these diverse groups going out there, and everyone says,

6  those are Americans, because it doesn't matter where you're

7  from; people just kind of go out as groups of Americans and we

8  look like Americans.

9       Kind of similar example is we just had the Olympics

10  recently.  When you look at the different teams of Americans

11  out there, we look like all sorts of things mixed together

12  physically.  Look at the women's gymnastics team.  Everyone

13  knew it was an American team, and everyone knew the thing that

14  was similar was that they all had USA on their uniforms.

15       But how the people looked and how they worked together was

16  a great example of how far a diverse group picked the best

17  people, and they had this incredible dominance internationally.

18  And everyone just knew that's just how Americans are.  They

19  take their diversity; they blend them together; and they make

20  great teams.

21       So I think it does have a great impact on our

22  international credibility.

23  Q.    Do you have any examples from your career that helped you

24  form this opinion on international credibility?

25  A.    So another thing that's interesting.  I talked about I had

1  been deployed to the Persian Gulf, or Arabian Gulf -- same

2  thing -- several times.  And understanding cultures is also, I

3  think, something we use to our advantage.

4       Some of the missions we did while we were out there was we

5  were doing visit, board, search, and seizure where we'd go in

6  the Persian Gulf and we'd have our boarding teams go and

7  inspect for weapons, caches, and everything else.  And before

8  you'd actually board those ships, you'd have to call them on

9  the radio, go through a script that was all approved and we're

10  saying we're there under the UN Security Council.

11       And understanding the culture there in that part of the

12  world, it was a very male-dominated culture.  So there was a

13  couple of things that I liked to do when I was the commander

14  and officer of the USS Mason, is we knew, when you'd go on the

15  radio, and say, "This is U.S. warship," and we give our whole

16  number and start describing that and started giving them

17  instructions, if they were difficult, sometimes if they

18  weren't, it was interesting, having a mixed-gender crew, having

19  a female voice come across and saying, "This is U.S. warship

20  such-and-such.  Stand by to be boarded."

21       So, culturally, it was U.S. warship, but it was also the

22  fact that these individuals were taking orders from our

23  sailors, who happen to be female.  And I think it was an act of

24  dominance to say, "You're going to follow the UN rules, and

25  you're going to listen to a woman."  And in your culture, you

1  may not have to do that but at sea, in international waters,

2  you're going to do that, and it's an American.  But it's also a

3  little bit more impactful when some cultures had to take orders

4  from the women on the U.S. Navy warship.

5  **Q.**   And that last example is the Navy using diversity

6  operationally?

7  **A.**   I would say that's an example of using diversity

8  operationally because the ships that we were operating with,

9  you know, some of them had that, but it was just an interesting

10 component of U.S. Navy warship, female voice to a

11 male-dominated culture that really put the point home that

12 you're going to follow what the U.S. Navy says.  And it doesn't

13 matter if the voice is male or female; it has the backing of

14 the United States.  And we have full confidence in that

15 individual who's on the radio making those calls.

16     So that's pretty powerful to me that we were imposing our

17 international authority, supported by the UN, as well as the

18 United States Navy's might in international water.  So it made

19 a very strong point.

20          **MR. CARMICHAEL:**  I have no further questions.

21          **THE COURT:**  Thank you, Mr. Carmichael.

22     Ms. Wyrick, are you doing cross-examination?

23          **MS. WYRICK:**  Yes, Your Honor.  We want to be

24 respectful of the admiral's time and, of course, the Court

25 staff, Ms. Thomas.

 1              **THE COURT:**  Would you like to break for lunch or --

 2              **MS. WYRICK:**  That's fine.  We have less than 10

 3   minutes, but we're also happy to come back.

 4              **THE COURT:**  Why don't you try to go ahead for 10

 5   minutes.  That's fine.  Thank you.

 6                            **CROSS-EXAMINATION**

 7   **BY MS. WYRICK:**

 8   **Q.**   Good afternoon, Admiral Fuller.

 9   **A.**   Good afternoon.

10   **Q.**   I'm Rachael Wyrick, and I represent Students for Fair

11   Admissions.  We've not met before, correct?

12   **A.**   That's correct.  First time.

13   **Q.**   First time.  Now, you've mentioned that you played

14   football for all four years at the Academy; is that right?

15   **A.**   That's correct.

16   **Q.**   What position?  Can I ask?

17   **A.**   Defensive end.

18   **Q.**   And that kept you pretty busy at the Academy, I imagine?

19   **A.**   I think everyone at the Academy is busy, but that did add

20   extra time to my schedule.

21   **Q.**   It was extra work on top of your academic load?

22   **A.**   Correct.

23              **THE COURT:**  It also means he saw combat in the

24   Army-Navy game.  I was going to give the admiral credit.  He

25   said he hadn't seen combat.  If you've been in an Army-Navy

1    game, he saw combat in the Army-Navy game.

2        (Laughter.)

3            MS. WYRICK:  Absolutely, Your Honor.

4    BY MS. WYRICK:

5    Q.    You would never assume, Admiral Fuller, that anyone of a

6    particular race shares the same perspective of each other; is

7    that correct?

8    A.    What was the last part you said?

9    Q.    I said you would never assume that anyone of a particular

10   race shares the same perspective with each other; is that

11   correct?

12   A.    That's a very broad assumption.

13   Q.    It is.  I'm saying you would not assume that; is that

14   correct?

15   A.    I'm saying that's a very broad assumption; so I'll

16   stipulate yes.

17   Q.    I'll give an example.  You would not assume that a White

18   man from Texas has the same perspective on the world or any

19   other issue, for that matter, as a White man from, say, New

20   York City?

21   A.    So that's so broad.  It depends on the subject.  It could

22   be they both are Yankees fans and they do agree; it could be

23   something else.

24        So if you're just saying White man is the only thing

25   that's the difference between the two, I think every individual

1  is unique and you can't break it down to those single elements

2  as to why they would say something is different.

3  Q.    Okay.  Just another brief example.  You would not assume a

4  Black man from New York shares the same perspective of a Black

5  man from, say, Oregon; is that correct?

6  A.    Broadly speaking.  I don't know the topic.  So it could be

7  on specifics.  It could be; it could not be.

8  Q.    Okay.  You know, of course, it's possible that they share

9  the same perspective?

10  A.    It is possible.

11  Q.    It is possible.  But you would not assume that to be the

12  case based solely on their race; is that correct?

13  A.    If the only thing different about them was their race --

14  or the only thing similar about them, that's a pretty broad

15  assumption there.

16      And, again, my concern is, when you have absolutes like

17  that without context, it's hard to use that single element as

18  the thing that would be your point to say they have the same

19  perspective.

20  Q.    Okay.  Sure.  So you wouldn't assume that, because people

21  share the same perspective -- or you wouldn't assume that

22  people do share the same perspective merely because they have

23  the same race without knowing anything else about them, right?

24  A.    It's too broad to make that assumption.

25  Q.    Okay.  You don't see a big difference between the quality

 1  of officers commissioned from the Academy and those

 2  commissioned through ROTC; is that correct?

 3  A.    So there's a difference when they first get commissioned,

 4  and it's based on the experience they had.  Classic example,

 5  when I went to the Naval Academy, I lived in Bancroft Hall.  I

 6  didn't do my own laundry because it was done for me.  People

 7  who went to some other place had different experiences.

 8       So there are fundamental -- or there's differences in

 9  their experience before they start.  Once they get into the

10  pipeline, they'll start normalizing over time.

11       But there are differences based on the experiences they

12  have being an Academy person versus what experience they have

13  at whatever university or commissioning source they had.

14  Q.    Thanks.  ROT produces officers who make it to flag; is

15  that correct?

16  A.    Correct.

17  Q.    Am I correct that your testimony is not based on any

18  studies that you conducted or reviewed?

19  A.    Fact-based.  This is my experience, not studies.

20  Q.    And your testimony is not based on any surveys that you

21  conducted or reviewed; is that correct?

22  A.    That's correct.

23  Q.    And your testimony is not based on any interviews you

24  conducted; is that correct?

25  A.    I'm a fact-based witness.

 1 | **Q.**   Because you conducted no interviews related to this topic;

 2 | is that correct?

 3 | **A.**   Correct.

 4 |         **MS. WYRICK:**  With that, Admiral Fuller, I'd like to

 5 | say thank you for your service.  We're very grateful for what

 6 | you do.

 7 |     No further questions, Your Honor.

 8 |         **THE COURT:**  The Court has a few questions.

 9 |     Admiral, welcome, sir.  And, again, thank you for your

10 | service, military service.

11 |         **THE WITNESS:**  Yes, sir.

12 |         **THE COURT:**  I just want to ask a few questions that

13 | may or may not trigger follow-up questions from counsel.

14 |     First of all, in terms of your rank as an admiral, as I

15 | understand it, 40 percent of the flag officers, flag rank

16 | officers in the Navy, are U.S. Naval Academy graduates,

17 | correct?

18 |         **THE WITNESS:**  That is my understanding, yes, sir.

19 |         **THE COURT:**  And how many flag rank officers are there

20 | in the U.S. Navy who are of color?

21 |         **THE WITNESS:**  I'd say less than a dozen.

22 |         **THE COURT:**  Less than a dozen.

23 |         **THE WITNESS:**  That's my recollection.  I don't have

24 | them all memorized.  But it's small.

25 |         **THE COURT:**  Generally, as I understand it from

1  previous submissions by you, there's some 220 -- as of last

2  December, there were some 229 flag rank officers and about, you

3  said, 92 of them, 40 percent, are Naval Academy graduates.

4      And of those 92 -- well, actually, of the 229, you believe

5  there may be a dozen, 12, who are people of color?

6          THE WITNESS:  Correct.  People of color --

7          THE COURT:  I understand.  I understand.  But the

8  point is --

9          THE WITNESS:  Small.

10         THE COURT:  It's been difficult, I gather, to climb up

11 through the ranks and still have diversity in the flag rank

12 corps, correct?

13         THE WITNESS:  Yes, sir.  Again, it's how many you

14 start with, and there's a natural attrition.

15         THE COURT:  As you've noted, and there's already been

16 testimony here in court, and as I think you noted in your

17 declaration back in December, you can't cross-fertilize.  You

18 can't get the CEO of General Motors and come in and make him a

19 lieutenant colonel in the Marine Corps or something.  I mean,

20 they have to climb through the ranks.

21         THE WITNESS:  Yes, sir, that's correct.

22         THE COURT:  Even doctors and lawyers, they get direct

23 commissions perhaps as O2s or O3s, but then they still have to

24 climb through the ranks.

25      So there's difficulty in terms of diversity at that end,

 1    at the higher end of the military, correct?

 2             THE WITNESS:  Correct.

 3             THE COURT:  Naval as well as Army, for that matter?

 4             THE WITNESS:  Correct.

 5             THE COURT:  So in short, in terms of the statistics we

 6    have here, there hasn't been a lot of movement since World

 7    War II.  I think we have a study -- there were some

 8    statistics -- I'll have to check my notes -- that there was

 9    only one Black general in the Army after World War II and there

10    were no Black admirals after World War II.

11        And here we are, you know, 70 years later and we might

12    have 12 Black admirals in the U.S. Navy out of 230.  Not a lot

13    of progress.

14             THE WITNESS:  But it is progress.

15             THE COURT:  No, I'm saying, but it's not -- it's not a

16    lot of progress.  It's a difficult situation.

17        And the other question I have for you is that -- I think

18    Captain Latta, Dean Latta now -- and I prefer to call him

19    retired rank, Captain Latta -- or Dean Latta at the Academy has

20    previously testified that, in terms of the demographic

21    composition of the fleet, it's well over 50 percent racial and

22    ethnic minorities in the composition of the fleet.  And that is

23    really -- and that's a product of a volunteer service, a

24    volunteer military.

25        So you have a disproportionate number of racial and ethnic

minorities at the enlisted ranks, correct, compared to the

overall numbers in society?

          THE WITNESS:  That sounds --

          THE COURT:  Isn't that basically correct?

          THE WITNESS:  Yes, sir.  That sounds --

          THE COURT:  And, I mean, I guess the point is is that

you have racial and ethnic minorities that may come from urban

areas, and you might have younger people in rural areas who,

for whatever reason, aren't tracked to head for college and

they graduate from high school and they go in the military.

     But the numbers clearly reflect that you have a

disproportionate number of racial and ethnic minorities that

make up the enlisted corps in the Navy, correct?

          THE WITNESS:  That's my understanding.

          THE COURT:  And that probably heightens from your

point of view as an Inspector General of the Navy.  Now, that

heightens the issue with respect to trying to get some kind of

racial diversity in the officer corps when you have that

balance of the number of people who are in the enlisted corps

who are of color and are racial and ethnic minorities that

clearly is not reflected in the officer corps, correct?

     That would be a fair statement, would it not be?

          THE WITNESS:  Fair statement.

          THE COURT:  And I'm not suggesting that there should

be -- 50 percent of all the admirals in the U.S. Navy should be

 1   Black or of color, but I'm just saying that there is that

 2   dynamic that the Navy has to deal with in terms of the reality

 3   of a volunteer force here in the 21st century, correct?

 4          THE WITNESS:  Yes, Your Honor.  And I wanted to say

 5   I'm not advocating any type of quota system.

 6          THE COURT:  No, no.  I'm not advocating a quota

 7   either.  I'm just talking about that the underlying reality

 8   here, when all is said and done, is that you have a

 9   volunteer -- and this may be true as to the Navy -- I mean, to

10   the Army and to the Air Force, but you clearly have a situation

11   where you have a volunteer force --

12      Off the record, I would like to know how many law students

13   over at the University of Maryland Law School have any

14   connection with the military.  I suspect not many.  They're

15   walking off the -- it might be zero, but I suspect not many.

16      And so you have a reality of that disproportion that the

17   military has to deal with and certainly the Navy has to deal

18   with in terms of the numbers in terms of the issue of some type

19   of diversity in the officer corps to deal with this imbalance.

20      That's a fair statement, isn't it?

21          THE WITNESS:  Yes, Your Honor.

22          THE COURT:  All right.  I have no further questions.

23      Any further questions from the point of view of counsel on

24   that?

25      Mr. Carmichael, anything further on this from your point

```
 1   of view?
 2            MR. CARMICHAEL:  No, Your Honor.
 3            THE COURT:  Ms. Wyrick, anything further from your
 4   point of view?
 5            MS. WYRICK:  No, Your Honor.
 6            THE COURT:  All right.  Thank you, Admiral Fuller, and
 7   thank you for your service.
 8            THE WITNESS:  Thank you, Your Honor.
 9            THE COURT:  And I'm glad we got you finished.  You can
10   head back to Washington.  And traffic around this area, you
11   might make it back in a couple hours from here to Washington.
12   At least put a flag on your car and maybe you can run through
13   the traffic.  We'll see.
14        But thank you very much, sir.
15        This Court stands adjourned for an hour.
16            THE CLERK:  All rise.  This Honorable Court stands
17   adjourned.
18        (A recess was taken from 1:07 p.m. to 2:11 p.m.)
19            THE COURT:  Good afternoon, everyone.  You all may be
20   seated.
21        For reasons I can't go into really, but just in terms of
22   scheduling, we're going to start tomorrow -- you'll understand
23   later, but we're going to start tomorrow at 11:00 and not 10:00
24   tomorrow.
25        So to the extent you're fighting Washington traffic coming
```

1  up, you can perhaps avoid it this one time.  But anyway, we're

2  going to start at 11:00.  I don't think it will affect the

3  scheduling too much, but for a lot of reasons I can't go into

4  now on a courthouse matter, we're going to have to start at

5  11:00 and not at 10:00 tomorrow.

6       So, with that, I think we are ready here for Dr. Gurrea,

7  if I'm pronouncing his name correctly.  Gurrea?

8       Ms. Herndon, if you'll swear the witness, please.

9            THE CLERK:  Yes.

10      Please raise your right hand.

11      (Witness sworn.)

12            THE CLERK:  Please state and spell your first and last

13  name for the record.

14            THE WITNESS:  First name, Stuart, S-T-U-A-R-T; last

15  name, Gurrea, G-U-R-R-E-A.

16            THE CLERK:  Thank you.

17            THE COURT:  You may proceed, Mr. Gardner.

18            MR. GARDNER:  Thank you, Your Honor.

19                      DIRECT EXAMINATION

20                           - - -

21  BY MR. GARDNER:

22  Q.   Good afternoon, Dr. Gurrea.

23  A.   Good afternoon.

24  Q.   Where do you work?

25  A.   At an economics consultancy called Secretariat.

 1 | Q.   How long have you been with Secretariat?

 2 | A.   I've been with Secretariat for over 20 years.

 3 | Q.   And what is your title at Secretariat?

 4 | A.   Managing director.

 5 | Q.   Where did you attend college?

 6 | A.   I completed my undergraduate studies at the University of

 7 | Seville in Spain.

 8 | Q.   And what degree did you receive from that university?

 9 | A.   Equivalent to a --

10 |          THE COURT:  For some reason -- I don't know why -- but

11 | at least from my -- I'm not sure if it's affecting Ms. Thomas.

12 | We have a tunnel effect on that microphone.  I mean, it is not

13 | coming through well.  Everything is clear as a bell.  I don't

14 | know if he's too close to the microphone or what it is, but --

15 |          THE WITNESS:  Is this better?

16 |          THE COURT:  I don't know for Ms. Thomas's purposes,

17 | but I can tell you, it's a tunnel effect.  I'm having trouble

18 | hearing him.

19 |     So pull back from the microphone perhaps to see if that's

20 | better.

21 |     Ms. Herndon, if you can improve that a little bit.

22 |     You're clear as a bell, Mr. Gardner.  He's just, like, in

23 | a tunnel.  It's sort of an echo.  It's just not -- let's wait

24 | one second here.

25 |          THE CLERK:  Your Honor, he just has to move back from

 1   the mic.

 2           **THE COURT:**  Okay.  That's fine.

 3       All right.  Thank you.  Sorry to interrupt you, Doctor.

 4   **BY MR. GARDNER:**

 5   **Q.**   I think I asked you what degree you received.

 6   **A.**   Yes, the equivalent to a bachelor's degree in economics.

 7   **Q.**   And what did you do after college?

 8   **A.**   I joined Secretariat.

 9   **Q.**   Did you attend graduate school?

10   **A.**   Yes.  Right after my undergraduate studies, I attended

11   graduate school at Northwestern University.  I was awarded a

12   scholarship to pursue graduate studies at Northwestern.

13   **Q.**   What degrees did you receive from Northwestern?

14   **A.**   A master's degree in economics and a doctoral degree, a

15   PhD, in economics.

16   **Q.**   As part of your doctoral studies, did you specialize in

17   any fields of study?

18   **A.**   Yes, three fields of study -- financial economics,

19   industrial organization, and econometrics.

20   **Q.**   What's econometrics?

21   **A.**   Econometrics is the application of mathematics and

22   statistics to the analysis of economic data.

23   **Q.**   What is industrial organization?

24   **A.**   Industrial organization studies the operation of markets

25   and decision makers by consumers -- excuse me --

1  decision-making by consumers and organizations.

2  **Q.**    Is industrial organization related to econometrics?

3  **A.**    Yes, closely related in the sense that econometrics is the

4  primary analytical tool that is employed in the field of

5  industrial organization to analyze and interpret data.

6  **Q.**    Dr. Gurrea, did you take any graduate courses in

7  econometrics that are relevant to the opinions that you're

8  offering today?

9  **A.**    Yes.  As part of my doctoral studies, the first year in

10 graduate school there was a full course requirement of

11 completing a sequence in econometrics.  I also pursued and

12 completed some more advanced courses in econometrics.  And also

13 as part of a variety of field studies, econometrics was the

14 main tool employed in those courses.

15 **Q.**    Is there one specific econometric model that is central to

16 the analysis in this case?

17 **A.**    Yes, the logit model.

18 **Q.**    And is it a logit module with binary outcomes?

19 **A.**    Yes.  Specifically in this case, the logit model that is

20 being used is a model with binary outcomes.

21 **Q.**    So let's back up a step.  What is a logit model?

22 **A.**    A logit model is an econometric model that predicts

23 probabilities based on the analysis of decisions and the

24 frequency of alternative decisions as explained by a variety of

25 observable variables.

1  Q.   What is a logit model with binary outcomes?

2  A.   It's the most simple version of a logit model in which the

3  observed outcome is a binary outcome, meaning that there are

4  two alternatives.  For example, in this case it's about

5  acceptance and rejection.

6  Q.   Was the study of this model part of the graduate economics

7  curriculum at Northwestern?

8  A.   Yes.  As part of the required sequence in econometrics,

9  logit model was one of the initial models that was analyzed.

10 Q.   To your knowledge, is the logit model commonly studied in

11 economics?

12 A.   Yes.  It's one of the most basic and commonly used, I

13 would say the most commonly used discrete choice model.

14 Q.   What's a discrete choice?

15 A.   A discrete choice, as opposed to a model that has

16 continuous or unlimited outcomes, it's a model that has limited

17 outcomes.  For example, in a binary case it means that the

18 outcomes are just one or two; there's no three or four

19 alternatives.

20 Q.   Would you regard the logit model as the easiest discrete

21 choice model?

22 A.   Yes.  It's the most straightforward one and -- relatively,

23 of course, in terms of the underlying mathematics.

24 Q.   Why is the logit model so popular with economists?

25 A.   I think one reason perhaps is the relatively -- the

1  relative simplicity in terms of its underlying mathematics.

2  Also, it's been around for a while now.  It was popularized

3  about 40, 50 years ago by work by a Nobel laureate.  And

4  probably a third reason is that it's easily implemented because

5  it's incorporated in most statistical packages.

6  Q.  Statistical packages meaning software packages?

7  A.  Yes, exactly.

8  Q.  Was any of your academic background in econometrics

9  particularly necessary to form your opinions in this case?

10 A.  Yes.  I think generally my studies in econometrics were

11 relevant in terms of assessing the use of econometric models in

12 general, specification issues in terms of the inclusion of

13 variables, the functional form, and specifically the adoption

14 and use of the logit model in this case.  And that's a standard

15 practice in the use of econometrics in general.

16 Q.  Can you give me an example of the work in graduate school

17 that you were involved in in terms of developing a discrete

18 choice model?

19 A.  Yes.  For example, my doctoral dissertation involved

20 discrete choices made by airlines.  In that case, it was about

21 entering or not entering a certain market.  So in the sense it

22 was a very familiar framework conceptually in terms of

23 decision-making, but it was in a different setting.

24 Q.  And then to develop the economic model that was the focus

25 of your graduate school thesis, did you assess whether the

1  economic decisions you modeled met the assumptions of the

2  model?

3  A.   Yes.  So that's, I think, one of the first steps that you

4  need to -- to complete is to understand exactly what are you

5  modeling, what is the reality and the facts that are modeling,

6  and then determine whether the assumptions that are embedded in

7  the model conform with the reality that you're trying to model.

8  Q.   Did you publish your dissertation?

9  A.   Yes, I did.

10 Q.   Where?

11 A.   In a handbook in airline economics which is a publication

12 that compiled cutting-edge research into explaining behavior in

13 that industry.

14 Q.   I want to turn now to your professional experience.  After

15 graduating from Northwestern, what did you do next?

16 A.   I joined the Secretariat predecessor, which is -- was

17 Economists Incorporated.

18 Q.   And what year was that?

19 A.   That was in 2001.

20 Q.   Have you been employed full time at Secretariat or its

21 predecessor since 2001?

22 A.   Yes.

23 Q.   You're not an academic, correct?

24 A.   No.

25 Q.   Do you still conduct econometric analysis as a consultant?

1  A.    Yes.  My primary work is applied microeconomic analysis in

2  a variety of contexts.  And as an economist, a fundamental part

3  of my work is data analysis.  Unlike academic work, my focus is

4  always on real-world problems and the use of econometrics is

5  necessary because it's the primary tool that economists employ

6  to analyze economic data.

7  Q.    I heard you use the term "applied economic research."

8  What does applied economic research mean?

9  A.    Rather than focusing on theoretical modeling, it's

10  directly connected to the analysis of data.

11  Q.    Can you give the Court a sense of some of the types of

12  clients you've worked for over the past 20 years as an

13  economist.

14  A.    Yes.  So it's varied a lot.  And it has included

15  government organizations, nonprofits.  Some of this work is

16  conducted in the context of regulation; other times, it's in

17  legal disputes, and our clients are lawyers.

18  Q.    Can you tell me some of the sectors -- business sectors

19  that you've worked in over the past 20 years.

20  A.    It's an extraordinarily broad range, including

21  telecommunications and energy sector, pharmaceuticals, consumer

22  goods, the education industry.

23  Q.    You just mentioned several different industries to

24  describe your consulting assignments.  Did you have any direct

25  experience working in those various industries?

1  A.    No.

2  Q.    How were you then able to complete an economic analysis of

3  these industries if you had no direct experience working in

4  those industries?

5  A.    By initially familiarizing myself with the institutional

6  background and the specifics of that industry.  And I did

7  that -- and I have done that -- by interviewing officials,

8  decision-makers, industry participants, by gathering private

9  data, by collecting public data, by reviewing documents.

10  Q.    Do you have any previous experience working in college

11  admissions?

12  A.    No.

13  Q.    Do you have any previous experience working -- strike

14  that.

15        How does that lack of direct experience in college

16  admissions affect your ability to provide expert testimony in

17  this case?

18  A.    It did not.

19  Q.    Why not?

20  A.    Because I followed the same steps that I followed and

21  adopted in all of my prior work as an economist.

22        I, first of all, spoke with the decision-makers that were

23  the most knowledgeable about the question that I was about to

24  model.  In this case, I had the opportunity to visit the U.S.

25  Naval Academy to speak with officials responsible for the

1  admissions process, including Dean Latta and Melody Hwang.

2      I also spoke with other people responsible for the

3  process.  Members of my team over time have continued to

4  communicate with people responsible at the U.S. Naval Academy

5  under my direction to gather further information and address

6  and ask questions.  And then I have relied on my review of

7  documents produced in this case, public documents, and

8  textbooks and journals in economics.

9  Q.  How many cases have you worked on over the course of your

10  20-year career as an economist?

11  A.  I would say about 100.

12  Q.  In your role as a testifying expert, have you submitted

13  testimony related to econometric modeling?

14  A.  Yes.

15  Q.  Is your prior testimony as a testifying expert relevant to

16  forming your opinions in this case?

17  A.  Yes.

18  Q.  How?

19  A.  Because it gave me experience in applying econometric

20  methods, assessing the suitability of econometric models,

21  assessing the implementation, the estimation and the

22  interpretation of results derived from econometric models.

23  Q.  Have you ever testified about logit models with binary

24  outcomes before?

25  A.  No.

1  Q.   Outside of your role as a testifying expert, have you

2  completed expert analysis specifically using a logit model?

3  A.   Yes.  As I said, econometrics in general, it's the primary

4  tool that economists employ.  And, specifically, I have used

5  logit models in my prior work as an economic consultant in

6  addressing and modeling decision-making.

7  Q.   Did any of that prior experience working with logit models

8  inform your opinions in this case?

9  A.   Yes.  It gave me the experience in and familiarity with

10  the use of the model, with the implementation, with

11  understanding the underlying assumptions of the modeling

12  framework and to interpret the implementation and the

13  estimation and the results of the model.

14  Q.   From a modeling perspective, how do those previous models

15  that you worked on in unrelated litigation differ from the

16  model the plaintiff has put forward in this case?

17  A.   Yes.  Some of those cases involved modeling decisions with

18  many more alternatives.  And in a sense, the binary logit model

19  that is the central model in this case is a more simple version

20  of some of those models that I used in prior work.

21  Q.   Dr. Gurrea, have you ever testified in a legal proceeding

22  before?

23  A.   Yes, I have.

24  Q.   How many times?

25  A.   I'd say more than a dozen.

1  Q.   Have you been qualified as an expert in federal court?

2  A.   Yes.

3  Q.   How many times?

4  A.   I think approximately five or six.  I can't remember

5  exactly.

6  Q.   In which courts?

7  A.   In federal district court in California, federal district

8  court in Maryland in the Greenbelt division, and in the Court

9  of Federal Claims.

10  Q.   In what areas have you been qualified as an expert?

11  A.   In economics, economic modeling, the analysis of economic

12  and survey data, and impact evaluation.

13  Q.   Has any court not qualified you as an expert?

14  A.   No.

15  Q.   Over the course of your professional career, have you

16  performed work for the federal government?

17  A.   Yes, I have.

18  Q.   Has all of your litigation consulting work been done on

19  behalf of the government?

20  A.   No.  It has varied over time.  I would say over the last

21  six months, this case has been my primary focus.  But I would

22  say overall less than half of my work during my professional

23  career.

24  Q.   Are you a member of any professional associations?

25  A.   Yes, the American Economic Association and the American

1  Finance Association.

2  **Q.**    Dr. Gurrea, did the Department of Justice retain you to

3  offer opinions in this case?

4  **A.**    Yes.

5  **Q.**    What was the scope of your assignment?

6  **A.**    To assess the analysis presented by Professor Arcidiacono.

7  **Q.**    What methodology did you employ in your analysis in this

8  case?

9  **A.**    I scrutinized Professor Arcidiacono's model results,

10  implementation of his estimation methods, and presentation of

11  results under the -- or following the generally accepted

12  principles in economics.

13  **Q.**    Are the methods that you employed in this case widely used

14  by other economists in the field?

15  **A.**    Yes.  I would say that most of the work that I have done

16  has been subject to this type of methodology.

17          **MR. GARDNER:**  Your Honor, at this time I move to have

18  Dr. Gurrea qualified as an expert witness in economics and

19  econometric modeling.

20          **THE COURT:**  Yes.

21      Any voir dire, Mr. Mortara?

22          **MR. MORTARA:**  No.

23          **THE COURT:**  He will be accepted as an expert in those

24  fields and be permitted to testify as such.

25      Thank you, Doctor.

1          **MR. GARDNER:**  Thank you, Your Honor.

2  **BY MR. GARDNER:**

3  **Q.**   Dr. Gurrea, I want to put on the screen what has been

4  marked as DX -- or Defendant's Exhibit -- 200.

5          Did you prepare an expert report in this case?

6  **A.**   Yes, I did.

7  **Q.**   Do you recognize what has been marked as DX200 as your

8  expert report?

9  **A.**   Yes, I do.

10          **MR. GARDNER:**  Your Honor, I think it's already

11  admitted.

12          **THE COURT:**  Yes.  Absolutely.

13          **MR. GARDNER:**  Got it.

14  **BY MR. GARDNER:**

15  **Q.**   Dr. Gurrea, do you have demonstrative exhibits or slides

16  that you've prepared to help accompany your testimony today?

17  **A.**   Yes, I do.

18  **Q.**   Is that what is on the screen right now?

19  **A.**   Yes.

20          **MR. GARDNER:**  Your Honor, I understand that your

21  preference would be to actually admit these.  So --

22          **THE COURT:**  Yes.

23          **MR. GARDNER:**  -- we would move for the admission of

24  what has been marked DD5 --

25          **THE COURT:**  Yeah, all these -- all these

1  demonstratives as to which there's been testimony are in

2  evidence as well on both sides.

3          MR. GARDNER:  Yep.

4          THE COURT:  There were no objections from either side.

5  And it will be easier for me to review all the materials in

6  preparing my opinion.  So thank you.

7          MR. GARDNER:  You're welcome.

8  BY MR. GARDNER:

9  Q.   Dr. Gurrea, before we get into your opinions, could you

10 remind the Court as to what Professor Arcidiacono's opinions

11 are in this case.

12 A.   Yes.  As I understand, Professor Arcidiacono's opinions

13 relate to assessing the impact of the U.S. Naval Academy's

14 consideration of race on admissions decisions.  To that end,

15 Professor Arcidiacono has developed an econometric model that

16 relies on a dataset that he created.  He acknowledges that that

17 dataset contains a subset of all the relevant information that

18 the Academy considers.

19      And based on the estimates that he derives from that

20 limited set of data, he concluded that the Academy gives a

21 significant amount of weight to the consideration of race when

22 making their admissions decisions.

23 Q.   With that framework in mind, Dr. Gurrea, let's turn to a

24 summary of your opinions.

25      Why don't we start with Slide 1.  It's actually DD5.2.

1        What is your first opinion in this case?

2   A.   Yes.  My first opinion concerns the size of the estimates

3   of Professor Arcidiacono.  Specifically, the question that he's

4   trying to address is what's the impact of the Academy's

5   consideration of race?

6        And my first opinion is that the magnitude of the

7   coefficient, that quantification that Professor Arcidiacono is

8   submitting to the Court, is biased.

9   Q.   What do you mean when you say that it's biased?

10  A.   So literally that the coefficient that he's estimating is

11  not an accurate measurement of the effect that he's trying to

12  measure.

13       So in this case he's trying to measure the impact of the

14  consideration of race.  He derives a coefficient.  And that

15  coefficient, I think, by Professor Arcidiacono's own admission,

16  is not an accurate measure.  It's actually biased.

17  Q.   So why do you believe, then, that Professor Arcidiacono's

18  estimates are biased?

19  A.   Because there's a significant amount of information that

20  he did not consider.  And when that information is correlated

21  with race, the coefficient that you observe cannot be solely

22  attributed to race, but it's also attributable to all these

23  other pieces of information that are correlated with race.

24  Q.   Let me just back up a step.

25       So if you believe that his estimate of the impact of race

 1  is biased, do you believe it's larger or smaller than the

 2  actual contribution of race to the Academy's admissions

 3  decisions?

 4  **A.**    I think Professor Arcidiacono's estimate overstates the

 5  impact.

 6  **Q.**    Do you believe that his estimate of the contribution of

 7  race to the Academy's admissions decision is overstated?

 8  **A.**    Yes.

 9  **Q.**    Why?

10  **A.**    Because he has failed to account for information that is a

11  strength for minority candidates, and that results in a

12  misattribution of the effect that he quantifies to the

13  consideration of race by the Academy.

14  **Q.**    We'll unpack that in a little more detail, but why don't

15  we turn to your second opinion.

16      And what is your second opinion in this case?

17  **A.**    This is more of a technical and methodological opinion.

18  And this is an opinion that relates specifically to the

19  adoption of the logit model in this case.

20      The model assumes that decisions are independent.  And in

21  this case I think that the underlying assumption does not

22  conform with the actual process; and therefore, the statistical

23  results that Professor Arcidiacono derives from the model are

24  unreliable.

25  **Q.**    We'll obviously talk much more about that opinion as well.

1       But for now, why don't we turn to your third opinion in
2  this case.  And what's that?
3  A.    Yes, this is sort of also more of a methodological
4  objection.  My opinion -- my third opinion concerns Professor
5  Arcidiacono's categorization of race and ethnicity.
6       Professor Arcidiacono eliminated the distinction between
7  race and ethnicity, and he also arbitrarily assigned applicants
8  that identified as multiracial to single races.  And what I
9  find is that the predictions of his model are sensitive to the
10 way that he goes about categorizing race and ethnicity.
11 Q.    Why don't we now turn to your fourth opinion.  And can you
12 please describe at a high level what your fourth opinion is.
13 A.    Yes.  This concerns the interpretation of Professor
14 Arcidiacono's results.  I think that one thing that is
15 important to keep into perspective in this case is that a large
16 majority of applicants are White and that minorities represent
17 a relatively small group.
18      I understand that there's been some characterization of
19 this process as being a zero-sum game, but I think it's
20 important to keep in mind this distinction and that -- and
21 because of the large disparity in the numbers of applicants
22 across races, any impact that Black applicants have in their
23 application process would have a relatively small impact on
24 individual White applicants.
25 Q.    We'll unpack that as well in a few more minutes.  But,

1  first, what's your fifth opinion?

2  A.   My fifth opinion also relates to the presentation and

3  description of Professor Arcidiacono's empirical result.  And I

4  find the description of Professor Arcidiacono's counterfactual

5  world where he hypothesizes what class composition would look

6  like in the absence of the consideration of race as incomplete

7  and misleading.

8  Q.   And then what is your final opinion?

9  A.   My final opinion concerns the idea of racial balancing and

10 whether there's stability in the racial composition of classes

11 over time.  And I don't find that Professor Arcidiacono

12 provides any empirical evidence.  And, in fact, the actual data

13 contradicts the idea that there's some stability in the

14 enrollment across racial groups.

15 Q.   Dr. Gurrea, let's now do a deeper dive into each of these

16 six opinions.  Let's start with the very first one.  And,

17 again, if you can just remind the Court of what your first

18 opinion is.

19 A.   Yes.  My first opinion relates to the actual estimation of

20 the impact of the consideration of race and ethnicity on the

21 admissions process at the Naval Academy.

22 Q.   As a preliminary matter, does Professor Arcidiacono find

23 Black and Hispanic applicants that are non-BCA and nonplebe get

24 into the Academy at noticeably higher rates than White

25 applicants?

1  A.    No.  As you can see in this chart across these three

2  racial groups, admission rates are very similar.

3  Q.    Did you do anything to independently estimate the

4  admissions rates at the Academy?

5  A.    Yes.  I compiled admissions data and sort of replicated

6  the same kind of analysis and obtained very similar results.

7  Q.    So you agree with his estimation that the admission rates

8  for White and Black candidates are roughly comparable?

9  A.    Yes, that's correct.

10 Q.    So if you agree with him that admission rates are

11 generally the same, what's the main disagreement that you have

12 with his opinion?

13 A.    My disagreement concerns the interpretation of the

14 coefficient in Professor Arcidiacono's model.  As I said, this

15 coefficient accounts for race and everything that's not

16 explicitly modeled that is correlated with race.  So it's an

17 issue of interpreting the coefficient and attributing that

18 effect to the Academy or to something else.

19 Q.    And just because it's been almost a week since we've heard

20 economic testimony, can you just remind the Court again what a

21 coefficient is?

22 A.    The coefficient is the numeric estimate of the impact of a

23 variable on what we are trying to explain, in this case, the

24 probability of admission.

25 Q.    Is the concern that you just expressed reflected on what

1  is DD5.10 of your demonstratives?

2  A.   Yes.  So this is an illustration of that point.  So on the

3  left-hand side, there's a blue bar, and that reports the

4  admission rate for White candidates.  And that's 36.11 percent.

5  On the right, it's the similar bar for Black candidates, and

6  that's 37.28 percent.

7       According to Professor Arcidiacono, almost two-thirds of

8  that admission rate can be attributed to the consideration of

9  race and only about a third is directly attributable to the

10 strength of, in this case, Black applicants.

11 Q.   Let me take one step back.  Do you agree with Professor

12 Arcidiacono that the Academy considers race in the admissions

13 process?

14 A.   Yes, I've heard Dean Latta's testimony to that effect.

15 Q.   So what about his opinion do you disagree with?

16 A.   My opinion is different in terms of interpretation of what

17 is that estimate?  What's that coefficient?  What does it mean?

18 And to what extent the Academy considers race in its

19 decision-making.

20 Q.   And what is your view?

21 A.   My view is that it's overstated.

22 Q.   Did Professor Arcidiacono testify that the model fits the

23 data well?

24 A.   Yes.  Professor Arcidiacono highlighted that his model fit

25 very well the data.

1  Q.    Given that testimony, then how could it be possible that

2  his model fails to account for certain factors?

3  A.    Because how well the model fits the data doesn't tell us

4  anything about whether there is bias or not.  And you can see

5  it here in the chart on the right.

6         So there is, again, as in the prior chart, the blue bar

7  shows that still there's a small amount, relatively small

8  amount, that can be explained by the strength of Black

9  applicants' applications, as observed in Professor

10 Arcidiacono's dataset.

11        But there's -- the portion that Professor Arcidiacono

12 attributes to the racial consideration is actually, in part,

13 explained by other attributes of Black applicants that are just

14 simply not observed in his data.

15 Q.    Let's take a step back again.  What's the difference

16 between fit and bias?

17 A.    So fit is how well the model explains the outcomes.  So in

18 this case Professor Arcidiacono has collected data, and his

19 model does a fairly good job of explaining decisions.

20        But bias concerns the interpretation of the coefficients

21 and whether there's actually an issue of whether simply we're

22 observing some correlation or whether there's an actual

23 underlying causal relation.

24        So in this case there's a correlation with the

25 coefficients, with the observed outcome.  So that means that

1  the model is doing a good job.  But simply because there's that

2  correlation and we observe the inclusion of a race variable

3  explains well in the outcome doesn't mean that that race

4  variable is entirely attributable to the Academy's

5  consideration of race.

6       But anything else that is not in the model that is not

7  accounted for in Professor Arcidiacono's dataset would capture

8  some of that effect.

9  Q.  Let's dig into that a little bit, and maybe we can

10 illustrate.

11      If we can go to the next slide.

12      Why do you believe that Professor Arcidiacono's estimate

13 of the Academy's consideration of race is biased?

14 A.  Because the Academy considers lots of information, and the

15 dataset that Professor Arcidiacono constructed only reflects a

16 subset of that information.  It's likely that some of that

17 information was correlated with race; and therefore, the

18 estimate that Professor Arcidiacono is deriving is a mix of

19 both the contribution of the Academy's consideration of race

20 and anything else that he did not put into the model that is

21 also correlated with race.

22 Q.  Is there a term of art in economics for this problem?

23 A.  Yes.  It's called omitted variable bias.

24 Q.  Let's look at the next slide.

25      Now, you indicated that the sources of this bias or

1  factors that Professor Arcidiacono did not consider that are

2  correlated with race; is that right?

3  A.   Yes, that's correct.

4  Q.   How could these unaccounted-for factors contribute to an

5  admission decision if they're not in his data?

6  A.   Again, because Professor Arcidiacono's model is entirely

7  reliant on information that can be codified and incorporated

8  into a dataset and is amenable to statistical analysis.

9      The Academy decides on admissions based on a broader set

10 of information.  The information that Professor Arcidiacono

11 considered is relevant to the admissions process, but it's only

12 a subset of that information.

13 Q.   Let's get really specific.  What kind of information are

14 we talking about?

15 A.   A broad set of information contained in letters of

16 recommendation, interview notes, personal statements.  For

17 example, I heard last week Dean Latta describe the significance

18 of letters of recommendation in making admissions decisions.

19     This specific excerpt highlights the importance of

20 recommendation letters in characterizing the socioeconomic

21 condition of an applicant.

22 Q.   I think you said that this information or these sources of

23 information are relevant to admissions decisions at the Naval

24 Academy?

25 A.   Yes.

1  Q.   Did Professor Arcidiacono agree that he did not review

2  this information?

3  A.   Yes.

4  Q.   And is that what's reflected in Slide 14?

5  A.   Yes.  So you went over a detailed list of different

6  sources of information like the ones that I just described, and

7  Professor Arcidiacono acknowledged that he did not apply a

8  statistical model to analyze these sources of information.

9  Q.   So if he agrees with you that there is information that he

10 did not review or observe in his data that contributes to

11 admissions decisions, does he think this information likely has

12 an impact on his estimates of the consideration of race by the

13 Naval Academy?

14 A.   Yes.  Professor Arcidiacono and myself are in agreement

15 that, because he does not observe this information, his

16 coefficient estimates are biased.

17 Q.   Let's look at the next slide, Slide 15.

18      How do you know that he agrees that his estimates are

19 biased?

20 A.   This is an excerpt from the table of contents of Professor

21 Arcidiacono's report, and there's a full section dedicated to

22 this topic.  And the heading of that section is "My Estimates

23 of the Magnitude of Racial Preferences Are Likely Understated."

24      And that means that, in his view, the estimates that he is

25 reporting are not an accurate measure of the magnitude of

1  racial preferences.

2  **Q.**   So if both you and Professor Arcidiacono agree that his

3  analysis omits relevant information that the Academy considers

4  and that these omissions likely bias his estimate of the impact

5  of the Academy's consideration of race, then what is your

6  disagreement about?

7  **A.**   Our disagreement is in sort of the direction of the bias.

8       In Professor Arcidiacono's view, the bias has the effect

9  of understating the true impact, and in my view it's the

10  opposite.  I believe that the measure that Professor

11  Arcidiacono is estimating is actually overstating the impact.

12  **Q.**   Why don't we look at the next slide, Slide 16.

13       What's being reflected on Slide 16?

14  **A.**   This is the basis for Professor Arcidiacono's conclusion

15  that the effect of the bias is to understate the impact.

16       So I think this is a critical piece of information because

17  Professor Arcidiacono's estimates are constrained by the

18  information that's incorporated into his model.  His model has

19  the limitation, and the strength of his predictions are as good

20  as the richness of his data.  And because that data is

21  incomplete, he acknowledges that the information -- the

22  estimate that he reports is biased.

23       So that's our starting point, is the implementation of a

24  model that gives us an estimate that is not an accurate measure

25  of what we're trying to measure.  And all the sophisticated

1    analytical framework that Professor Arcidiacono implements can

2    only get us this far, is to end up with an estimate that, by

3    his own admission, is biased.

4         Now, the next question is is this an understated estimate

5    or an overstated?  In his -- he believes that it's -- that the

6    estimate that he is reporting is understated, and the basis for

7    that is an assumption, an assumption where he says that

8    applicants who are strong on what we observe are likely to also

9    be strong on the characteristics that we do not observe.

10   Q.   Let's take this one piece at a time.

11        And let's go to Slide 17.

12        I think you've generally already discussed this, but let

13   me just -- so we have a clear record, why is the question about

14   bias so important here?

15   A.   Because, as I said, the coefficient estimate that this

16   sophisticated model generates is biased.  It's not an accurate

17   measure.  What we end up with is having to reach a conclusion

18   about the impact of the bias.  And by Professor Arcidiacono's

19   own admission, this bias could be such that the entire impact

20   that he estimates could go away.

21   Q.   But Dr. Gurrea, why don't you answer this question by

22   empirically testing the correlation between the race variable

23   and the unobservables?

24   A.   Because by definition, these unobservables contain

25   information that's not amenable to statistical analysis,

 1  therefore, cannot be subject to rigorous statistical testing.

 2  Q.   Does Professor Arcidiacono share your view that this

 3  correlation cannot be tested?

 4  A.   Yes.

 5  Q.   Is that what's reflected here in demonstrative Slide 17?

 6  A.   Yes.  When you asked him if there's no real way to test

 7  this assumption, he agreed.  And that was just by definition.

 8  Q.   So I think you've already said this, but just so, again,

 9  we have a clear record, if this assumption cannot be tested,

10  what is, then, the basis that he provides for his assumption

11  that his estimates are conservative?

12  A.   It's just an assumption.

13  Q.   Let's look at Slide 18.  What's the basis for that

14  assumption?

15  A.   Professor Arcidiacono relied or at least cited to a work

16  published in the Journal of Political Economy by Professor

17  Altonji, coauthored with Christopher Taylor and Todd Elder

18  while they were at Northwestern.

19       Literally, that article explicitly says that they make the

20  assumption that, if someone is stronger on observable

21  characteristics, they are going to assume in that work that

22  they are also stronger, relatively stronger, in the

23  unobservable characteristics.

24  Q.   So do you have a view as to whether the study that

25  Professor Arcidiacono relies on justifies making the

1  assumptions that he made in this case?

2  **A.**   No.  The study that he relies on explicitly has a

3  cautionary note that at the end it says that it's dangerous to

4  infer too much about selection on unobservables, from selection

5  on the observables, if the observables are likely to be

6  representative of the full range of factors.

7  **Q.**   Dr. Gurrea, could you provide an example about how to

8  assess the validity of this assumption he makes?

9  **A.**   Yes.  So this cautionary note is a very intuitive point.

10  Assume that you have a candidate and you can observe their SAT

11  score, and suppose you can observe that information from all

12  candidates, and suppose that for one ethnic racial group, they

13  have higher SAT scores.  So you concluded that this ethnic

14  group, based on the observables, are stronger candidates.

15       Now, there's another set of information.  Suppose you do

16  not observe their socioeconomic characteristics.  How could you

17  possibly know if there are any racial differences in terms of

18  socioeconomics strictly based on their SAT scores?  It makes no

19  sense.

20       Now, it would make sense if, for example, you are thinking

21  about SAT scores that you observe and you do not observe high

22  school grades.  It may be in that context in which the

23  unobservable is within the range of the type of information

24  that you actually get to observe that they may be similar and

25  an ethnic group that has higher SAT scores in math may have

1   higher high school grades.

2        So that makes sense, and that's sort of the assumption

3   that Professor Altonji makes.  But he cautions that, if what

4   you don't observe is beyond the range of what you observe, then

5   there's no real basis to make that assumption.

6   Q.   Let's go to Slide 19.

7        Dr. Gurrea, does Professor Arcidiacono attempt to prove

8   that his assumption about data that he does not account for is

9   reliable?

10  A.   Yes.  Professor Arcidiacono also takes an empirical

11  approach to test this.  And what he does is he gradually

12  incorporates observable information into his model.  And I want

13  to highlight.  It's just an additional observable information.

14       In this case, he finds that the coefficient on Black

15  increases gradually as more information is included so what he

16  concludes is that, as you account for more information, the

17  application filed for Black candidates is actually weaker; and

18  to maintain the same observed outcome, it must be that the role

19  of the consideration of race increases.  And, therefore, just

20  strictly based on the analysis of information that he observed,

21  he concludes that this corroborates his assumption.

22  Q.   Let's turn to Slide 20.

23       Dr. Gurrea, do you find that his approach here is

24  reliable?

25  A.   No.  Professor Arcidiacono cited this article, and this

1   article again adds a cautionary note and says, "A common

2   approach to evaluating robustness to admitted variable bias is

3   to observe coefficient movement after inclusion of controls."

4        So this article acknowledges that what Professor

5   Arcidiacono did is a common approach, but it cautions the

6   economist to make sure that -- to keep in mind that this is

7   only informative if the selection of observables is informative

8   about the selection of unobservables.

9        Again, that makes a lot of intuitive sense.  So if I know

10  your math SAT scores, I think it's a reasonable assumption to

11  say that I know something about probably your high school math

12  grades.  But if I know something about your math SAT score,

13  it's very unreasonable to assume that I know something about

14  your socioeconomic condition.

15  Q.   And just so we have a record, the article that you're

16  referring to is the article referenced on Slide 20 by Emily

17  Oster?

18  A.   Yes, that's correct.

19  Q.   Let's look at the next slide.

20       Dr. Gurrea, can you provide an example of the source of

21  bias that likely results in Professor Arcidiacono's estimates

22  overstating the impact of the Academy's consideration of race?

23  A.   Yes.  I picked the example of socioeconomic disadvantage.

24       So when we think about a possible source of bias, the

25  first thing we need to think about is whether there's some

1   differences in that variable across racial groups.  And based

2   on my review of a variety of studies produced by the Bureau of

3   Labor Statistics and the Federal Reserve, I find that,

4   systematically, they report an economic disadvantage for Blacks

5   in America.  And that can be found in terms of their income, in

6   terms of homeownership, and in terms of access to employer

7   retirement plans, among many other economic metrics.

8        This is not a controversial opinion.  Professor

9   Arcidiacono actually more specifically notes that Black

10  applicants are more likely to come from more socioeconomically

11  disadvantaged households.  And Mr. Kahlenberg also concurs with

12  this opinion, noting that Black and Hispanic Americans, on

13  average, have lower incomes than White Americans, live in

14  neighborhoods with higher concentrations of poverty; they have

15  lower levels of wealth; and they're more likely to grow up in

16  single-parent households.

17  Q.   Let's go to the next slide.

18       What is the basis, Dr. Gurrea, for the view that

19  socioeconomic disadvantage is considered a positive for

20  admissions decisions by the Naval Academy?

21  A.   Yes.  So this is something that the Academy takes into

22  account positively.  I heard the testimony from Dean Latta to

23  this effect and that the Academy is seeking out applicants from

24  lower incomes.

25  Q.   Let's go to the next slide.

1        What's reflected on Slide 23?

2   A.   This is just an excerpt of admissions guidelines, and it

3   also identifies specifically income as -- low family income as

4   a factor to seek out in the admissions process.

5   Q.   So I think you've already testified to this, but just to

6   be clear, does Professor Arcidiacono agree with you that Black

7   Americans face adverse socioeconomic circumstances?

8   A.   Yes, he does.

9   Q.   And I think you testified that Mr. Kahlenberg also agrees

10  with you that Black Americans face adverse socioeconomic

11  circumstances, correct?

12  A.   Indeed.  Yes.

13  Q.   Let's go to the next slide.

14       So if Black applicants are more likely to be

15  socioeconomically disadvantaged, is that by itself sufficient

16  for this variable to buy us the estimate on race?

17  A.   No.  It has to be an attribute that the Academy considers.

18  And as I described, Dean Latta and admissions guidelines

19  support that opinion.

20  Q.   So did Professor Arcidiacono fail to reliably account for

21  socioeconomic conditions in his model?

22  A.   Yes.  It's true that Professor Arcidiacono includes a

23  measure of income, in particular, income -- he has a variable

24  that identifies if income is less than $80,000 per year, but

25  that's a very broad category of income.  And income -- the

1  purchasing power of $80,000 varies a lot across geography and

2  over time with the inflation rate of 20 percent over the period

3  he considered.

4      Also, Professor Arcidiacono includes a measure of average

5  salary per ZIP code, but ZIP code encompasses a broad average

6  that has no direct connection with average salaries -- or

7  individual salaries necessarily.  And he does not include any

8  measure of wealth.

9  Q.   Let's go to the next slide.

10      What's being reflected on this slide, Dr. Gurrea, which is

11  Slide 25?

12  A.   Yes.  This is testimony by Dean Latta that corroborates

13  what I just described in terms of the unreliability of the

14  income data that Professor Arcidiacono considered.  And because

15  of that lack of reliability, the Academy considers a broad set

16  of sources of information to construct the socioeconomic

17  attributes of an applicant.

18  Q.   Dr. Gurrea, did you hear Professor Arcidiacono testify

19  that the measurement error in the income variable leads to

20  attenuation of the coefficient?

21  A.   Yes.

22  Q.   What does that mean?

23  A.   It essentially means that, if you've got this noisy or

24  imprecise measure of income, it's more likely that you're going

25  to have a coefficient that's biased towards zero and is not

1 statistically significant, as he actually reported in his

2 preferred specification Model 6.

3 **Q.**    Let's turn to Slide 26.

4      Does Mr. Kahlenberg agree with you that Professor

5 Arcidiacono failed to properly account for socioeconomic

6 conditions?

7 **A.**    Yes.  I read in Mr. Kahlenberg's expert report, and he was

8 very explicit about the poor income data that Professor

9 Arcidiacono considered.  He highlighted that he only relied on

10 two very crude measures of income, and he also described how

11 ZIP code data is likely to miss the ways in which Black and

12 Hispanic students are, on average, disadvantaged.  He also

13 highlighted the failure to account for wealth data.

14 **Q.**    So let's try to tie this first opinion up, and let's go to

15 Slide 27.

16      How does this failure to properly account for

17 socioeconomic status impact his conclusions?

18 **A.**    It's essentially an issue of attribution or interpretation

19 of the effects.  So Professor Arcidiacono develops an estimate

20 and -- of the impact of the consideration of race, and he

21 attributes that race variable entirely to the consideration of

22 race.

23      As we see, there are significant variables that are not

24 accounted for fully in the model.  This is information that is

25 contained in many sources of information that are not amenable

1    to statistical analysis that are correlated for race and that,

2    therefore, actually have a causal relationship with the

3    variable that Professor Arcidiacono is attributing to the

4    Academy.

5         In this illustration, the actual consideration of race is

6    much smaller than what Professor Arcidiacono reported, and

7    socioeconomic factors would account for at least some part of

8    that impact that he attributed entirely to the Academy's

9    consideration of race.

10   Q.   Why can't you say for sure what impact the failure to

11   consider socioeconomic background has on the results of

12   Professor Arcidiacono's model?

13   A.   Because as Professor Arcidiacono and myself agree, this is

14   information that we do not observe and do not observe in the

15   sense of it not being part of the dataset that he constructed

16   for the reason that it's not amenable to statistical analysis.

17   Q.   So, Dr. Gurrea, are you saying that it's impossible to

18   estimate without bias the consideration of race due to these

19   unobserved factors?

20   A.   By definition, the admissions decisions are informed in a

21   holistic process by information that is not quantifiable, and

22   therefore, the estimates cannot be calculated without bias.

23   Q.   Dr. Gurrea, is your first opinion tied to Professor

24   Arcidiacono's choice of a logit regression model?

25   A.   No.  This is completely independent of the choice of a

1  model.  This is just a more general opinion regarding what you

2  can expect to derive from a model that fails to account for a

3  lot of information that's relevant to a decision.

4  Q.   Dr. Gurrea, we've discussed this problem of omitted

5  variable bias in terms of the admissions decisions to the Naval

6  Academy.  Does this problem also have the same effect on

7  Professor Arcidiacono's estimates of the contribution of race

8  to the admission to NAPS?

9  A.   Yes, this is exactly the same issue.  It's an issue of

10  failure to account for relevant information.

11  Q.   Let's turn to your second opinion and Slide 28.

12       Can you remind the Court what your second opinion is?

13  A.   Yes.  This is more of a technical opinion related to the

14  use of the logit model in this case.

15  Q.   What is the technical opinion?

16  A.   That the assumptions that Professor Arcidiacono has

17  adopted do not conform with the reality of the process that

18  he's modeling.

19  Q.   All right.  Why don't we take a look at Slide 29.

20       What specific assumption does the logit model make that is

21  not met in this case?

22  A.   The logit model assumes that the decisions that are

23  modeled are independent.  And, essentially, if you have an

24  interdependence in the unobservable in the model, then you

25  can't rely on the results of the model.

1  Q.   When you say that admissions decisions are interdependent,

2  what do you mean?

3  A.   That the decisions that you make today have an impact on

4  the additions that you make tomorrow.

5  Q.   So what happens if admissions decisions are correlated or

6  interdependent with each other?

7  A.   That the statistical analysis and the estimates that you

8  derive cannot be used because the assumptions underlying the

9  model are violated.

10  Q.   Why don't we look at Slide 30.

11       Does Professor Arcidiacono agree that admissions decisions

12  are interdependent?

13  A.   Yes.

14  Q.   And what's reflected on Slide 30?

15  A.   Yes.

16  Q.   No, what's reflected on Slide 30?

17  A.   Yes.  A specific question about agreement regarding a

18  decision on whether to admit a candidate depends on its

19  decision to admit another candidate.  And Professor Arcidiacono

20  agreed that that is the case, meaning that there is

21  interdependence across decisions.

22  Q.   Let's look at Slide 31.

23       Were you in the courtroom when Professor Arcidiacono

24  explained that interdependence is only a concern when decisions

25  today enter into the model and affect the next decision?

1  A.    Yes.

2  Q.    Do you believe, Dr. Gurrea, that admissions decisions made

3  by the Naval Academy at a given point in time impact subsequent

4  decisions?

5  A.    Yes.

6  Q.    Let's look at Slide 32.

7        How are admissions decisions interdependent?

8  A.    One source of interdependence is the competition among

9  applicants for a limited number of appointments.  As decisions

10 for admission are made on a rolling basis, the admission of one

11 applicant affects the prospects of the admission of subsequent

12 applicants.

13 Q.    Is that a function of having a fixed class size?

14 A.    Yes.

15 Q.    Let's look at Slide 33.

16       Does Professor Arcidiacono share your view that fixed

17 class size creates interdependence?

18 A.    Yes.

19 Q.    What's being reflected on Slide 33?

20 A.    It reflects Professor Arcidiacono's approach to dealing

21 with interdependence.

22       So he does not deny that competition creates

23 interdependence, but the way he deals with that is to assume

24 that, rather than competing against each other, applicants

25 compete against a common standard.  He deals with that by

1    explicitly modeling a fixed effect for each year.  So

2    essentially there's a fixed standard, and he incorporates that

3    into the model.  So according to Professor Arcidiacono, he has

4    dealt with that problem by assuming that there's a common

5    standard.

6         Now, while he makes that assumption, he acknowledged that

7    the admissions standard is not constant over time, that it

8    actually decreases as the admissions process progresses and

9    some of the admissions offers are declined.  So, essentially,

10   to deal with this source of interdependence, Professor

11   Arcidiacono has imposed an assumption, but he acknowledges that

12   the assumption that he imposes is not fully consistent with

13   what actually happens in the process.

14   Q.   Let's look at Slide 34.

15        Does competition within a slate also create

16   interdependence?

17   A.   Yes.  This is a variation of a competition.  It's a unique

18   form of competition in this admissions process in that

19   congressional slates have a limited number of nominees.  And

20   within those slates, when they are competitive, applicants are

21   competing for a limited -- or actually one or maybe two

22   appointments within the slate.

23   Q.   Does Professor Arcidiacono share your view that slate

24   competition creates interdependence?

25   A.   Yes.  And he attempted to deal with that as well by

1  controlling for some slate characteristics.

2  **Q.**   When assessing the decision to admit a candidate, does he

3  account for the strength of competing slate candidates being

4  dependent on their inclusion in multiple slates?

5  **A.**   No.  So one of the defining characteristics of this

6  process that Dean Latta described is the consideration of

7  multiple slates at the same time.  And that's a feature of

8  competition across slates that creates interdependence between

9  the admissions decisions for the slate members that Professor

10  Arcidiacono did not consider.

11  **Q.**   Let's look at Slide 35.

12      What's the third form of interdependence of admissions

13  decisions that you've identified?

14  **A.**   It's related to just diversity in general and, more

15  specifically, to nonracial diversity.  And the contribution

16  that an applicant makes to that diversity depends on prior

17  decisions and --

18  **Q.**   Why does achieving the goal of diversity require

19  accounting for prior admissions decisions?

20  **A.**   Because diversity relates to the concept of variety.  And

21  if you admit many people with the same characteristic, then

22  that variety has been satisfied and that component of variety

23  that a subsequent applicant may also offer becomes less

24  valuable.

25  **Q.**   And when you're talking about diversity in this context,

1   you're not talking about just racial and ethnic diversity, are

2   you?

3   **A.**   No, exactly.  This is -- specifically, I describe here,

4   nonracial diversity.  And I refer here to testimony by Dean

5   Latta in terms of the significance of, for example, life

6   experiences and how they can be so determinant in the selection

7   of candidates late in the process.

8   **Q.**   Has Professor Arcidiacono addressed the source of

9   interdependence either at trial or in his reports?

10  **A.**   No.  I highlighted this source of interdependence in my

11  initial report.  And Professor Arcidiacono did not address this

12  in his reply report.

13  **Q.**   Why don't we take a look at Slide 36.

14      Did you hear Dean Latta testify about the need to ensure

15  that at least 65 percent of a class are STEM majors?

16  **A.**   Yes, I did.

17  **Q.**   What does that imply in terms of interdependence of

18  admissions decisions?

19  **A.**   Well, it sets a threshold by which there's a premium put

20  that the Academy gives to certain candidates, up to 65 percent.

21  And, therefore, the strength of an application that offers

22  these characteristics will depend on prior admissions decisions

23  and whether the Academy is closer to this threshold.

24  **Q.**   If we can turn to Slide 37.  Did Professor Arcidiacono

25  address this source of interdependence?

1   A.    No.

2   Q.    Let's go to Slide 38.

3         What's the fifth form of interdependence of admissions

4   decisions that you've identified?

5   A.    The Academy gives priority to applicants from

6   underrepresented districts.  And that -- the status of an

7   applicant as belonging to an underrepresented district depends

8   on prior decisions.

9   Q.    Does Professor Arcidiacono have a variable to control for

10  congressional representation?

11  A.    No.

12  Q.    So, ultimately, Dr. Gurrea, what's the consequence of your

13  opinion that admissions decisions are interdependent?

14  A.    As I said, the model that is being used in this case is

15  predicated on the assumption of independence across the

16  unobservables.  And because of the failure to account for these

17  factors, there is interdependence that is not accounted for

18  and, therefore, the model cannot be reliably used.

19  Q.    Let's turn to your third opinion, Slide 39.

20        And, again, can you just briefly remind the Court of what

21  your third opinion is in this case.

22  A.    Yes.  This relates to Professor Arcidiacono's

23  categorization of race and ethnicity.

24  Q.    Why don't we go to Slide 40.

25        And what does Professor Arcidiacono's categorization of

1  race and ethnicity consist of?

2  A.    At a high level, it's an elimination between the -- the

3  distinction between race and ethnicity, and it's also an

4  artificial assignment of multiracial candidates.

5       The specific rules for implementing this arbitrary

6  categorization is to consider any applicant that has

7  identified -- among all the races that that applicant may have

8  identified, if they pick Black as one of those, then they are

9  categorized as Black.

10      Then the same for the remaining applicants.  If they

11  identify as Hispanic, then they are categorized as Hispanic

12  regardless of any race that they belong to.

13      And then the categorization falls sequentially for

14  American Indians or Alaska natives or native Hawaiians or other

15  Pacific Islanders that have not fallen into the prior two

16  categories get labeled as Native Americans or Hawaiians.

17  Asians are categorized then as Asians.  Any remaining White

18  applicants are categorized as White.  And those that decline to

19  respond are flagged as missing.

20  Q.    What explanation does he provide for this classification?

21  A.    This was the method that was followed in *Harvard*.

22  Q.    Have you seen any documents or any evidence at all that

23  suggests that the Academy follows the categorization of race

24  reflected in Demonstrative 40?

25  A.    No, I have not.

1  Q.   Let's go to Slide 41.

2       Could you describe some examples of how his categorization

3  rules work in practice?

4  A.   Yes.  So the admissions process works in a way that an

5  applicant can select multiple races.  And if a multiracial

6  applicant is in part Black, they will only be identified as

7  Black.

8       Then the next category includes Hispanics.  Because

9  applicants that identify as Black are categorized as Black,

10 then there's no possibility to have Black Hispanic applicants.

11 They are all assigned to the Black category and not in the

12 Hispanic category.

13      Because of the prior two rules, for example, the White

14 category does not include any White Hispanics because they

15 would all be just simply categorized without distinction of

16 race into the Hispanic bucket.

17      And then as a result of the arbitrary assignment of

18 multiracial candidate to a single race, Professor Arcidiacono

19 does not have a category for multiracial applicants, although

20 applicants can self-select multiple races.

21 Q.   Why don't we look at Slide 42.

22      Is this categorization material to the predictions offered

23 by Professor Arcidiacono?

24 A.   Yes.

25 Q.   Can you explain?

1  A.    Yes.   So one of the metrics that Professor Arcidiacono

2  employed to measure the impact of race is the average marginal

3  effect of race and ethnicity, which is essentially what is the

4  contribution of race to the decision that we observe, in this

5  case, the admissions decision?

6       And it's calculated by turning on and off the coefficient

7  that he estimates.   And in this case, that coefficient -- that

8  average marginal effect that he estimates is 24.35 for Black

9  applicants.

10       And if you consider an alternative categorization where

11  multiracial applicants are kept as a separate category and race

12  and ethnicity is not blended, then the coefficient on Black

13  falls to 18.88 percent.

14  Q.    What do you mean when you say on this slide "average

15  marginal effect"?

16  A.    That -- as I said, that's the impact of the coefficient

17  on -- of race.   In this case, Black on the admissions decision.

18  Q.    And just so we've got a very clear record here, on

19  Slide 42, what does the blue bar represent?

20  A.    That's the average marginal effect for Black applicants

21  following Professor Arcidiacono's proposed categorization.

22  Q.    And the green bar?

23  A.    The green bar is an alternative categorization that does

24  not impose the artificial assignment of multiracial candidates.

25  It does not blend race and ethnicity and offers an alternative

1    that illustrates the lack of robustness of his estimate.

2    Q.    So under the heading, "average marginal effect of race and

3    ethnicity," there's a parenthetical that says "not the effect

4    of the Academy's consideration of race."

5          What does that mean?

6    A.    It's just a reminder that the numbers that I'm reporting

7    here are the quantification that Professor Arcidiacono

8    attributes to the Academy.  But, in fact, it's just the

9    estimate.  And it's not necessarily the -- an accurate measure

10   of the impact of the consideration of race and ethnicity by the

11   Academy.  As Professor Arcidiacono and myself agree, these

12   numbers are a biased estimate of that actual impact.

13   Q.    So does that mean that the contribution of the

14   consideration of race would be less than 18.88 percent?

15   A.    Yes.  That's likely, yes.

16   Q.    Now, this slide only indicates Black applicants.  Did

17   you -- what were your findings for Asian Americans?

18   A.    Yes, the same, similar direction.  The effect is smaller.

19   Q.    In other words, the number goes down but by a less amount?

20   A.    Yes, it goes down.  The starting point and the ending

21   point are smaller than reported for Black, but the direction is

22   the same.

23   Q.    Let's turn to your fourth opinion.  Can you please

24   describe your fourth opinion.

25   A.    Yes.  This fourth opinion relates to interpreting the

 1  magnitude of the coefficients that Professor Arcidiacono

 2  reports.  And I'm just trying to highlight the point that the

 3  impact that he estimates for minorities is not the impact that

 4  the failure to consider race and ethnicity would have on

 5  individual White applicants.

 6  Q.   Earlier this afternoon you referenced the phrase "zero

 7  sum."

 8       Do you recall that?

 9  A.   Yes.

10  Q.   What did you mean by "zero sum"?

11  A.   It's the concept that admission of one candidate comes at

12  the expense of another candidate.  If you think about that

13  question at the level of racial groups, that's the concept that

14  any advantage that is given to one racial group comes at the

15  expense of another racial group.

16  Q.   Let's unpack this opinion, then.

17       Let's go to Slide 44.

18       Why do you find this interpretation misleading?

19  A.   It's misleading because, to begin with, the number of

20  applicants is very different across racial groups.  The number

21  of White applicants across the five years that Professor

22  Arcidiacono considered is much, much larger than any of the

23  minority groups.  In here, I illustrate the example of Black

24  applicants just being a fraction of the total number of White

25  applicants.

1  Q.   So on this Demonstrative 44 you have 9,233 White

2  applicants; is that correct?

3  A.   Yes.  And the number for Black applicants is 1,240.

4  Q.   And you're the math guy, not me.  But is that seven times

5  the number of White applicants compared to Black applicants?

6  A.   Yes, that sounds right.

7  Q.   Why is it relevant --

8       And if we can go to the next slide.

9       Why is it relevant that there's seven times more eligible

10 White than Black candidates in terms of your zero sum opinion?

11 A.   Because when Professor Arcidiacono simulates a world

12 without the consideration of race, he reports a massive impact

13 on Black admissions rates, and they decline by over 22 percent.

14 But for White -- for the White group, that only translates into

15 a 4.2 percent increase.

16      So the magnitude of the loss for Black applicants is

17 diluted among all the White applicants because there are so

18 many more White applicants.

19 Q.   And just sort of to close the loop on this opinion, why

20 isn't this a one-for-one correspondence?

21 A.   I think that is explained by the prior chart, in which you

22 can see that White applicants account for the vast majority of

23 the number of applicants.  So when you think about losses or --

24 in the admissions rate for Black applicants, that has a very --

25 or relatively small impact on the prospects of an individual

 1   White applicant.

 2   Q.   Let's turn to your next opinion in Slide 46.

 3        What is your fifth opinion in this case, Dr. Gurrea?

 4   A.   That although Professor Arcidiacono has presented

 5   simulations depicting a world without the consideration of

 6   race, they actually are not a realistic prediction of that

 7   counterfactual.

 8   Q.   All right.  Let's unpack this opinion a little bit.

 9        First off, what is being conveyed in Slide 47?

10   A.   Yes.  Professor Arcidiacono has presented a number of

11   analysis to assess the impact of the consideration of race.

12   But in terms of this specific question about the world without

13   the consideration of race, the first three analysis are

14   irrelevant.  And the main analysis that is connected with this

15   question is his analysis with capacity constraints.

16        To the extent that you want to assess class composition

17   without the consideration of race, obviously, you would want to

18   maintain fixed the size of the class to begin with.  And that

19   is a constraint that Professor Arcidiacono accounts for in his

20   fourth analysis.

21   Q.   So let me back up a step.

22        So in terms of the transformational analysis, the average

23   marginal effect analysis, and the admitted minority analysis,

24   can those analyses be used to predict the results of class

25   composition without racial preferences?

1  A.    No, because they don't take into account the size of the

2  class.  The size of the class is a requirement to fill the

3  class, and it's a set number.

4  Q.    And if we look at Slide 48, did Professor Arcidiacono

5  testify to that effect?

6  A.    Yes.  He agreed that, to estimate the entire class

7  composition, you would have to use the -- his capacity

8  constraint analysis.

9  Q.    So let's focus on the capacity constraint analysis.

10      Is there anything problematic, in your opinion, about his

11  presentation of the results of his capacity constraint

12  analysis?

13  A.    Yes.  I find his description of this analysis to be

14  incomplete and misleading.

15      Professor Arcidiacono stated in his report that, if you

16  remove the racial preferences, you will significantly alter the

17  racial composition of the U.S. Naval Academy, increasing the

18  share of White admits by more than 6 percent.

19  Q.    And if we go to Slide 50, why do you find this opinion of

20  his about modeling a but-for or counterfactual world incomplete

21  and misleading?

22  A.    Well, as a preliminary point, I think it's important to

23  remember that, by his own admission, his estimates are biased

24  to begin with.

25      But more specifically in terms of this exercise, there's a

1  number of assumptions that are embedded in this counterfactual

2  that make it unrealistic for the purposes of understanding what

3  race composition would look like in a world without the

4  consideration of race.

5       And there's at least three reasons.  One is that the

6  applicant that would pursue admissions to the Naval Academy may

7  change in a world where race is no longer a factor.

8       The Academy's actual admissions criteria may change.  And,

9  obviously, the weights that they give to the different

10 applicant attributes would change as well since race no longer

11 would be considered in this hypothetical.

12 Q.  Let's see if you can illustrate this point for us.

13      Let's go to Slide 51.

14      Could you illustrate what you mean when you say that

15 Professor Arcidiacono assumes in his counterfactual world that

16 the admissions criteria would not change?

17 A.  Yeah.  So this is every presentation of Professor

18 Arcidiacono's model as he put forward.  And there's a number of

19 variables that are listed, and there's letters before the

20 variables that designate the coefficient or the weight that the

21 decision-maker is giving to each of these attributes.

22      And he -- to depict a hypothetical or a counterfactual

23 where race is not a factor, he just takes out of the model the

24 race variable and assumes that everything else remains

25 constant.  But the truth is that, in a counterfactual, we don't

1    know what the Academy would do in terms of weighing all the

2    other variables that they take into consideration.  And for

3    that reason, this approach is unrealistic.

4  Q.   Let's look at Slide 52.

5         Is this concern that you are raising now about the failure

6    to accurately model a world without the consideration of race

7    something that Professor Arcidiacono has acknowledged in his

8    recently published works?

9  A.   Yes.  Professor Arcidiacono implemented this approach in

10   the *Harvard* case.  There was no qualification about his

11   characterization.  But in subsequent work where he published

12   the results of the Harvard study in the Journal of Political

13   Economy and Microeconomics in 2023, he did add a qualifier or a

14   disclaimer in which he said "this exercise" -- referring to the

15   capacity constraints analysis -- "is not meant to estimate the

16   impact of an affirmative action ban.  In particular, when we

17   remove racial preferences, we do not allow schools to adjust

18   their preferences for all other applicant attributes."

19        So he's highlighting that this exercise, which he

20   described here as a world without the consideration of race,

21   actually needs to be interpreted with caution because it really

22   doesn't depict a realistic counterfactual of a world without

23   the consideration of race.  It's a hypothetical where nothing

24   changes other than race.

25  Q.   So just so I have the chronology right, years after

1  Professor Arcidiacono presented his model in the *Harvard* case,

2  he wrote an article acknowledging that a capacity constraint

3  model would not accurately model the counterfactual and but-for

4  world?

5  A.    That's right.

6  Q.    Did -- the concern that you just addressed, was that

7  something that Professor Arcidiacono acknowledged at trial?

8  A.    Yes, he did.

9  Q.    Did you construct, Dr. Gurrea, any analysis of what the

10  composition of the Naval Academy's admitted class would be if

11  the Naval Academy did not consider race in admissions?

12  A.    No.

13  Q.    Why not?

14  A.    It's not possible because, as you can see, there's a

15  number of assumptions that need to be made, including the

16  reaction of applicants to the absence of the consideration of

17  race.  And I -- I don't know what that is.

18  Q.    If we turn to Slide 53, did Professor Arcidiacono agree

19  with you that it's not possible to model a hypothetical

20  counterfactual world?

21  A.    Yes.  In his words, he said he believed that it would be

22  difficult.

23  Q.    So, Dr. Gurrea, just to close the loop on this, is it your

24  opinion that it's impossible to model the impact of race based

25  on the fact that we don't know how the Naval Academy or

1  potential applicants would react if it couldn't consider race?

2  **A.**     Yes.  That's right for a variety of reasons, including, to

3  begin with, that we can't develop precise estimates because we

4  don't observe the data that the Academy considered to make

5  their admissions decisions, and also because we need to make

6  some very strong assumptions about the counterfactual world.

7       We don't know, for example, how applicants would react to

8  a different set of conditions.

9  **Q.**     Homestretch.  Last opinion, Slide 54.

10      What's your last opinion, Dr. Gurrea?

11 **A.**     My last opinion concerns the absence of evidence regarding

12 the characterization of racial balancing.

13 **Q.**     Let's define some terms.

14      What's racial balancing?

15 **A.**     In the context of what I've read here, I interpret it to

16 mean some stability in the shares of enrollment across races.

17 **Q.**     Let's take a look at your Slide 55.

18      Dr. Gurrea, what's the basis for your conclusion that

19 plaintiffs claim that admissions decisions are designed to

20 achieve racial balancing lacks support?

21 **A.**     Again, I have assessed this issue in terms of the

22 stability of enrollment shares across races, and I have found

23 significant variation across races.  In the chart here, I

24 illustrate the case of Black applicants.

25      The share of Black applicants are small numbers.  And if

1  you just look at the numbers, you may observe relatively small

2  differences across years.  But because they're small numbers,

3  those small variations represent actually a quite significant

4  change from one year to the next.

5      The first blue chart here, 11.7 percent represents the

6  percentage change in enrollment between 2018 and 2019 for Black

7  applicants.  And the next year, there's almost a mere

8  fluctuation in the opposite direction.  And as time evolves,

9  the fluctuations continue, and I find similar significant

10  variation across races.

11  Q.  So what conclusion do you draw based on the analysis

12  reflected in Demonstrative 55?

13  A.  That there's no evidence to support this hypothesis that

14  there's this stability in enrollment shares across racial

15  lines.

16  Q.  Thank you.  Sorry.

17      **MR. GARDNER:**  Thank you, Dr. Gurrea.

18      I pass the witness, Your Honor.

19      **THE COURT:**  Thank you, Mr. Gardner.

20      With this, we'll take our late-afternoon break for about

21  10 minutes.

22      And, Mr. Mortara, are you handling this witness?

23      **MR. MORTARA:**  I am indeed, Your Honor.

24      **THE COURT:**  Good.  We'll take a 10-minute break and

25  start in about 10 minutes, and we'll go until 5:00 today.

```
 1              THE CLERK:  All rise.  This Honorable Court is now in
 2   recess.
 3          (A recess was taken from 3:37 p.m. to 3:53 p.m.)
 4              THE COURT:  Mr. Mortara, I'll be glad to hear from
 5   you.
 6              MR. MORTARA:  Thank you, Your Honor.
 7       May I proceed?
 8              THE COURT:  Yes.  Go ahead.
 9                      CROSS-EXAMINATION
10   BY MR. MORTARA:
11   Q.   Hello again, Dr. Gurrea.
12   A.   Hello.
13   Q.   We met at your deposition, didn't we?
14   A.   Indeed.
15   Q.   That lasted about 30 minutes, right?
16   A.   Yes, that's right.
17   Q.   Let's see if we can do better.
18       You've testified a lot for the United States, right?
19   A.   Yes.
20   Q.   I'm just showing on the screen your curriculum vitae.  I'm
21   just highlighting on the screen.  On the first page of your
22   listed testimony here, I count one, two, three, four, five
23   instances of you testifying for the United States.
24       Do you see that?
25   A.   Yes.
```

1  Q.   And the next page one, two, three, four, five.  The last

2  two are for Wilbur Ross.  He was Secretary of Commerce, right?

3  A.   Yes.

4  Q.   And the other one is United States Department of Commerce.

5  That's the United States.  That's five more.  I think that's

6  it.

7      Oh, I forgot the first page.  One, two, three, four, five.

8  One of those for Joe Biden.

9      You've testified a lot for the United States, right?

10 A.   Yes.

11 Q.   Now, in this case, when you filed your first report, you'd

12 billed the United States government for 460 hours at $750 an

13 hour, which is $345,000.  Is that about right?

14 A.   I'll accept your math.

15 Q.   And you were here most of last week, right?

16 A.   Yes.

17 Q.   And you said you spent the better part of six months on

18 this case.

19     What's it at now?  How much have you billed the United

20 States for all of this?

21 A.   I don't know.

22         THE COURT:  I'm sorry.  Repeat the question.  I did

23 not hear the answer.

24         THE WITNESS:  Yes.

25     I don't know.

 1  BY MR. MORTARA:

 2  Q.   You don't know how many hours you put into this case and

 3  how much you billed the United States government for?

 4  A.   I don't know.

 5  Q.   Is it more than a half million dollars?

 6  A.   I haven't done the math, but that sounds right.

 7  Q.   And you mentioned members of your team on direct.

 8       They work at Secretariat too, right?

 9  A.   Yes.

10  Q.   And they bill the United States too, right?

11  A.   Yes.

12  Q.   You didn't put in your report how much they billed the

13  United States.

14       How much do you think your team has billed the United

15  States so far?

16  A.   I don't know.

17  Q.   Hundreds of thousands probably.

18  A.   Yes, that makes sense.

19  Q.   Do you get a share of that, by the way, at Secretariat?

20  A.   A share of what?

21  Q.   Of what your team bills.

22  A.   Yes.

23  Q.   Dr. Gurrea, you're supposed to disclose your compensation

24  in your expert report.  And what you just told me is that you

25  get a share of what other people bill, and you didn't disclose

1   it.

2        Do you understand that?

3   **A.**   I understood that it was about how many -- I think the

4   question was how many hours and at what rate, and that's what I

5   included.

6        **MR. MORTARA:**  Your Honor, we move to strike the

7   entirety of Dr. Gurrea's report.  I'll just continue with the

8   cross, and you can carry the motion, if that's okay?

9        **MR. GARDNER:**  May we be heard?

10        **THE COURT:**  Yeah, why don't we -- Dr. Gurrea, why

11   don't you step out of the courtroom here, please.  We'll deal

12   with this right now.

13        (Dr. Gurrea exited.)

14        **THE COURT:**  Okay.  First of all, on your motion to

15   strike, Mr. Mortara, what -- we went so fast through that, I

16   couldn't even get the numbers down in time.

17        What is the disclosure in terms of what he has billed and

18   then what do you think it is?  First of all, you said he

19   charged 460 hours at how much an hour?

20        **MR. MORTARA:**  At $750 an hour.

21        **THE COURT:**  $750 an hour.  And I haven't done the

22   math, but these are -- this is the information on the screen

23   that was supplied to you in terms of his expert report,

24   correct?

25        **MR. MORTARA:**  Correct.

 1          **THE COURT:**  And that comes to, he's acknowledged, over

 2   $500,000.  I'm not clear what period of time that is, but it's

 3   whatever work was done on this case, which appears to be within

 4   the last year, he's charged over $500,000.

 5          And then you've questioned him about his position at

 6   Secretariat with respect to billing the time of others, and

 7   he's -- and you're saying he has not indicated that in his

 8   answer, correct?

 9          **MR. MORTARA:**  The rules require him to disclose his

10   compensation.  What he just testified to is he had others

11   working on the case whose hourly rates were undisclosed, and he

12   participated in the sharing of revenue from those others.  It

13   is undisclosed.  It's a violation --

14          **THE COURT:**  So it's in violation of -- which rule are

15   you citing?

16          **MR. MORTARA:**  Rule 26, which requires experts to

17   disclose compensation.

18          **THE COURT:**  That's true.  But the point you're making

19   is it's not just compensation directly to him; it's

20   compensation in total to an organization of which he has some

21   equity interest.

22          **MR. MORTARA:**  Your Honor, I think what he said was he

23   gets a piece of what's --

24          **THE COURT:**  No, I understood.  But the point is is

25   that he, in addition to his billing that he gets paid for

1  directly in terms of compensation, that there's compensation he

2  gets with respect to billing Secretariat and has an equity in

3  that.  Okay.

4          MR. MORTARA:  Yeah, I think that's what -- that might

5  be what he was saying.  I asked him, "Do you share in that?"

6  And he said, "Yes."

7          THE COURT:  I understand.  All right.

8      Yes, Mr. Gardner.

9          MR. GARDNER:  I can understand Mr. Mortara's

10  confusion.  He has said to me repeatedly he has not been a

11  participant in this case before trial and parachuted in.

12          THE COURT:  I'm sorry.  What?

13          MR. GARDNER:  That Mr. Mortara was not a participant

14  before trial, that he parachuted in.

15      As Mr. McCarthy well knows, we have an expert protocol in

16  this case where the parties agreed what we were going to

17  disclose with respect to experts.  And what both parties agreed

18  to -- and I'm happy to produce that expert protocol if this

19  Court would like -- which, again, we didn't have signed by the

20  Court; it was an agreement between the parties -- is that we

21  were going to disclose the hourly rate and the hours billed by

22  each of our experts, that we were not disclosing nontestifying

23  consultants and the like.  And that is what the parties agreed

24  to.

25          THE COURT:  Mr. McCarthy is here in court, is he not?

 1          MR. MORTARA:  He's right here.

 2          THE COURT:  Mr. McCarthy, there's a representation as

 3  to what the understanding was.  And Mr. Gardner said, with

 4  respect to the understanding on expert protocols, it was

 5  specifically with respect to the billing rates of experts, in

 6  which they charged, and it was not with respect to, I gather,

 7  underlying backup staff work, I gather is the point.

 8      Was that the protocol that was agreed upon?

 9          MR. MCCARTHY:  It was not my understanding that an

10  expert --

11          THE COURT:  I'm sorry.  What?

12          MR. MCCARTHY:  It was not my understanding that an

13  expert could decline to disclose some of the income.

14          THE COURT:  That wasn't my question.

15      My question to you was the protocols that were decided

16  upon between you and counsel.  And to the extent the protocols

17  were, it would be the billing rate of the particular expert and

18  the hours expended and what the total amount was.  And

19  apparently the representation from the government is that it

20  was not to include any kind of backup -- as to either side, not

21  to include backup staff or expenses.

22          MR. MORTARA:  Your Honor --

23          THE COURT:  No, I'm sorry.  I'm sorry.  Mr. Mortara,

24  when you have a dispute between counsel, it's not your place.

25  Please be quiet.

 1          MR. MORTARA:  I have --

 2          THE COURT:  I'm sorry.  Just please be quiet.  What

 3   I'm trying to say is in terms of the civility and rules and

 4   courtesies of this court, if it comes to this, I ask lawyers

 5   what the understanding was.

 6          Specifically, verbally back and forth, what was the

 7   understanding as an officer of the court?

 8          And you're telling me as an officer of the court that,

 9   essentially, you did not anticipate this.  My point is is

10   that -- it's very clear.  The government is contending that the

11   protocols verbally that you spoke as an officer of the court,

12   it was understood as to protocols as to experts.  Okay?

13          And the representation of the government is that it has to

14   do with the billing rate of the expert and the time expended,

15   whatever the total bill was.

16          Apparently, the point of view being presented now that

17   that's not compliant with Rule 26 with respect to underlying

18   interests that people may have.

19          And that's my question to you.  What was your

20   understanding of the protocol?

21          MR. MCCARTHY:  Your Honor, first, I should say that

22   this was not a verbal protocol.  There is a written protocol

23   that's filed on the docket, I think.

24          THE COURT:  That's fine.

25          MR. GARDNER:  It's not filed on the docket.

 1           MR. MCCARTHY:  What Mr. Gardner is referring to.

 2           MR. GARDNER:  It's not filed on the docket.

 3           THE COURT:  I'm sorry.  It was not?

 4           MR. GARDNER:  It is not filed on the docket, but it is

 5    in writing.

 6           THE COURT:  All right.  Go ahead.  I think I've

 7    summarized what he is representing the protocol was, and I'm

 8    trying to get your response in terms of what your view of it

 9    was.

10           MR. MCCARTHY:  I don't believe it said that the

11    parties do not have to disclose the payments like that.

12           THE COURT:  Okay.

13           MR. MCCARTHY:  I think there's a misunderstanding.

14           THE COURT:  So you disagree with his analysis --

15           MR. MCCARTHY:  Yes.

16           THE COURT:  -- of protocol.

17       Again, Mr. Mortara, you just stand by on this.  This has

18    to do with counsel pretrial, and your understanding is

19    different.

20       Let me see the protocol.

21           MR. GARDNER:  I'm happy -- I don't have it on me.  I

22    did not think this was --

23           THE COURT:  Well, we're going to find it.  All the

24    papers we've got here, I guarantee we can find the protocol.

25           MR. GARDNER:  I have it right here.  Look at this.

 1          **THE COURT:**  Well, just put it up on the screen.  We're

 2   very capable of doing this.

 3          **MR. GARDNER:**  Okay.  We can do that.

 4          **MR. MORTARA:**  Your Honor, while it's going up on the

 5   screen, may I share my understanding?

 6          **THE COURT:**  Well, no.  Actually, it has to do with

 7   what counsel on your team was dealing with the government in

 8   terms of what the protocols were.  To the extent that it may

 9   have been a different understanding on your part is just

10   another matter.  We'll get there in a minute.  Let's just go

11   step by step.

12       Let me see this on the screen, the protocol.

13          **MR. GARDNER:**  We're getting it up right now, Your

14   Honor.

15          **MR. MORTARA:**  I need to move, Your Honor, to see.  Is

16   that okay?

17          **THE COURT:**  That's fine.  Absolutely.

18       Thank you, Mr. Spears.  If you can give me the protocol

19   here.  Let me see it.

20          **MR. GARDNER:**  I'm going to refer you, Your Honor, as

21   it comes up, to paragraph E as in Edward.

22          **THE COURT:**  I'm looking at paragraph numbers with

23   numbers.

24          **MR. GARDNER:**  Yep.  As we go down to -- there we go.

25   Right there.

1    "E.  Summary identifying the total compensation of any

2    testifying expert, including the total hours spent by the

3    expert and the hourly rate or the other compensation system of

4    the expert."

5         THE COURT:  Stop, Mr. Gardner.  Here, it's very

6    simple.

7         The Court interprets this to mean summary identifying the

8    total compensation of any testifying expert, including (A)

9    total hours spent by the expert; and (B) the hourly rate or

10    other compensation system of the expert.

11        As far as I'm concerned, the phrase "or other compensation

12    system" includes any other additional income that comes to this

13    expert apart from the total number of hours and the hourly

14    rate.

15         MR. GARDNER:  Respectfully, Your Honor, I don't

16    interpret it that way.

17         THE COURT:  Well, it doesn't make any difference how

18    you interpret it; that's how I interpret it.

19         MR. GARDNER:  I understand.

20         THE COURT:  No disrespect to you; it's for me to deal

21    with a discovery matter.  And it says, "the hourly rate or

22    other compensation system."

23        And Mr. Mortara has brought out from this witness that it

24    not only includes -- not only includes 460-some hours at $750

25    an hour, but it comes within the parameter of "or other

 1  compensation system" with respect to any other financial
 2  interests that he has.
 3       And I don't really know what that is at this point because
 4  the motion was made very quickly.  But he has another
 5  compensation package with Secretariat.  I don't know what it
 6  is, what percentage it would be.
 7       As far as I'm concerned, it goes to the impeachment of the
 8  witness.  I don't need -- because this is a bench trial,
 9  Mr. Mortara, I do not need to strike his testimony.  It seems
10  to me the safest way --
11       You may sit down, Mr. McCarthy.  Thank you very much.
12       The safest way to deal with this is that it's a bench
13  trial; it's a matter of impeachment of this witness in terms of
14  credibility, and Mr. Mortara is free to examine him with
15  respect to -- in addition to the $500,000-plus that he has
16  received for testifying in this case, there is also additional
17  compensation in terms of whatever his interest is in
18  Secretariat and whatever the percentage would be.  I have no
19  idea what his percentage is.  We'll find out.
20       I'm not going to strike his testimony or not permit him to
21  testify, but it goes to Mr. Mortara being able to attack his
22  credibility on this point.
23       And that's the safest, fairest way to do it.  And it's as
24  simple as that.
25       I didn't mean to jump at you with your interpretation;

 1  it's up to me to make the interpretation.

 2      And I will just tell you for future references, if it says

 3  "hourly rate or other composition system," if it's an hourly

 4  rate, fine, but that doesn't totally cover it.  There's clearly

 5  other composition that's received.  And apparently there --

 6  well, we'll find out, but apparently there was other

 7  composition received.  And that's how we'll deal with it.

 8      But I won't strike the testimony.  I'll allow him to

 9  testify, and I'll give the testimony the weight I consider it

10  deserves.

11      But I'm certainly going to permit Mr. Mortara to attack

12  his credibility or any interest he has in this case with

13  respect to having apparently been compensated over a half a

14  million dollars on the government side.  So we'll wait and see.

15      Is that satisfactory?  You don't waive anything,

16  Mr. Mortara, but is that satisfactory to you?

17          **MR. MORTARA:**  Your Honor, absolutely.  If I may just

18  briefly.

19          **THE COURT:**  Sure, sure.

20          **MR. MORTARA:**  I moved to strike to draw the Court's

21  attention.

22          **THE COURT:**  I understand.

23          **MR. MORTARA:**  I expected the Court to carry it and my

24  cross to continue.

25      It's now apparent to me that the reason that the witness

```
 1  did not disclose these things is because the Justice Department
 2  misinterpreted an agreement.  I accept my learned and able
 3  friend's representation that he did not understand the
 4  agreement.  I'll move on.
 5           THE COURT:  That's fine.  By the same token, in
 6  fairness to the witness, the witness may have not understood it
 7  either.  So --
 8           MR. MORTARA:  That is absolutely correct, Your Honor.
 9  When an officer of the court stands up and says he had an
10  interpretation --
11           THE COURT:  That's fine.  That's fine.
12           MR. MORTARA:  -- that's enough for me.
13           THE COURT:  That's good.  We'll bring him back in, and
14  we'll just continue.  And I'll deal with it in terms of
15  credibility.
16       What is the time frame, by the way?  When was he retained?
17           MR. GARDNER:  My best recollection was he was
18  retained --
19           THE COURT:  This lawsuit was filed --
20           MR. GARDNER:  I know the lawsuit was filed in October.
21  I want to say he was retained sometime in 2024.
22           THE COURT:  The lawsuit was filed October 5, 2023.
23           MR. MORTARA:  He started having conversations with
24  USNA people around the spring.  So I assume it was February or
25  March.
```

```
 1            MR. GARDNER:  Yeah, 2024.

 2            MR. MORTARA:  Mr. Gardner, I'll talk to the Court.

 3       I accept Mr. Gardner's --

 4            THE COURT:  I understand you do.  I understand.

 5       So the lawsuit was filed literally within the last --

 6  actually, we're close on the anniversary of the lawsuit.

 7            MR. GARDNER:  Between the lawsuit and trial, it's

 8  somewhere there.

 9            THE COURT:  We applied the U.S. District Court for the

10  Eastern District of Virginia --

11            MR. GARDNER:  Correct.

12            THE COURT:  -- with respect to the pace of this case,

13  which I'm known to sometimes do in a mini version of the rocket

14  docket to get the case moving; so --

15            MR. GARDNER:  Ms. Yang's an alumni.

16            THE COURT:  That's right.  That's fine.

17       So I think we're all laughing here a little bit after a

18  little bit of tension in the courtroom.

19       That's fine.  He can come back in.

20            MR. GARDNER:  Great.

21            THE COURT:  And you may continue your cross on that

22  point, Mr. Mortara.  That's fine.

23       So if someone will retrieve him.

24       Thank you, Mr. Robinson.

25       (Dr. Gurrea returns.)
```

1          **THE COURT:**  Thank you, Dr. Gurrea.  If you'll come

2     back on the witness stand, please, sir.

3          You may continue, Mr. Mortara.

4     **BY MR. MORTARA:**

5     **Q.**   As the Court would probably explain if we had a jury here,

6     sometimes things have to go on outside the presence of the

7     witness.

8          **THE COURT:**  You're okay.  You're allowed to continue

9     to testify, but Mr. Mortara is permitted to cross-examine you

10    on any matter of compensation you're receiving in this case.

11         **THE WITNESS:**  Thank you, Your Honor.

12    **BY MR. MORTARA:**

13    **Q.**   You've testified about economic analysis of the market for

14    exchanges of spent nuclear fuel several times, correct?

15    **A.**   Yes.

16    **Q.**   And you've testified about damages relating to a breach of

17    a settlement agreement in a residential mortgage dispute,

18    right?

19    **A.**   Yes.

20    **Q.**   And you've also testified about class damages in relation

21    to improper property inspection and convenience fees charged to

22    mortgage borrowers, correct?

23    **A.**   Yes.

24    **Q.**   You've also testified about an assessment of valuation of

25    vested shares and estimated fair market value of common stock

1  in a technology services company, correct?

2  A.   Yes.

3  Q.   Do you remember at your deposition I asked you how many

4  peer-reviewed publications you had, and you told me that, to

5  you, peer review meant reviewed by your peers?

6       Remember that?

7  A.   I think I asked you about a definition, and I think we

8  agreed on a definition.  You also asked me about other possible

9  standards of review.  I think you asked me about econometric

10 standards, and I think we agreed to a standard.  And I answered

11 your questions, yes.

12 Q.   And do you remember I said we'll get back to that at

13 trial?

14 A.   I think you said something about bringing up a Google

15 Scholar.

16 Q.   Yes, you remember.  I said I put your name into Google

17 Scholar and I couldn't find anything.

18      You remember that?

19 A.   I do, yes.

20 Q.   Wow.  Luckily, we have a definition of peer-reviewed

21 literature provided by Professor Arcidiacono of Duke

22 University.

23      You were here for his testimony?

24 A.   Yes, I was.

25 Q.   And you heard him.  We asked this question and submit this

1    answer explaining the process of peer review.

2         Under this definition of peer review, how many

3    peer-reviewed publications do you have, Dr. Gurrea?

4    A.    Are you asking me about academic review or peer review in

5    general?

6    Q.    I'm asking you about what's described on the screen.

7    You'll submit the paper to a journal.  And the editor of the

8    journal will then, if you get past the reject stage, will send

9    it out to referees.  How many?

10   A.    This question concerns academic peer review?

11        THE COURT:  That is the question.  The question is

12   academic peer review.  He stated the basis of the question.

13   You may answer.

14        THE WITNESS:  Yes.  So I think my dissertation

15   conforms with that.  Let me read so -- if we agree on the

16   terms.  So there's an editor.  If it's specifically about a

17   journal, then I think I have a publication in a law journal

18   that may fit this definition.

19        My dissertation is not submitted to a journal; it was a

20   handbook.  So I have a series of publications that conform to

21   the definition of a peer review in the sense of a submission to

22   an editor, a review by anonymous referees, and then eventual

23   publication.

24        If the question is narrowly defined in terms of academic

25   journals, I do not have academic journal publications.

1  BY MR. MORTARA:

2  Q.   So you named two.  But if it's academic journals, it's

3  zero, correct?

4  A.   Yes, that's correct.

5  Q.   I want to talk about two of your opinions at the same

6  time.

7       Now, what's on the screen is your opinion that Professor

8  Arcidiacono estimates -- his estimates likely overstate the

9  impact of race.

10      Let's just keep that there.

11      And then you have a second opinion which you discussed

12  with Mr. Gardner and that I've got on the screen.  Professor

13  Arcidiacono's simulations do not predict admissions in a world

14  without consideration of race.

15      You just gave those today.  You remember them, right?

16  A.   Yes.

17  Q.   Some of the reasons you gave for the latter opinion, the

18  counterfactual simulations don't predict admissions in a world

19  without race, is students may change their application

20  portfolios and the Academy may change its admissions criteria,

21  right?

22  A.   Yes.

23  Q.   So switching back to the first one, which is -- I think

24  you used the word "bias" several times and said Professor

25  Arcidiacono overestimated the impact of race.

1    You remember that?

2  **A.**   Yes.

3  **Q.**   I heard you say -- I wrote it down -- that just on that

4  basis alone, the entire impact of race in the process could go

5  away.

6         Did I hear you right?

7  **A.**   That's what Professor Arcidiacono said, that because of

8  bias it is conceivable that, if there's enough bias and it's

9  negatively correlated with the strength observed in the

10  observables, the entire impact would go away.

11  **Q.**   Putting aside whether Professor Arcidiacono said it, you

12  said it not even an hour ago, right?

13  **A.**   No.  I think I literally read what he said.  That was the

14  context.

15  **Q.**   And you agreed with whatever it is you think he said,

16  correct?

17  **A.**   Yes.  If the bias is large enough, that's true.

18  **Q.**   And on the right, when you're talking about, for instance,

19  the Academy changing its admissions criteria, in a world where

20  the Academy was enjoined by this Court from considering race --

21  so race cannot be considered in its admissions process -- the

22  changes the Academy would make would likely be to ameliorate

23  the impact of such a rule, right?

24  **A.**   I don't know what the Academy would do.

25  **Q.**   Well, you've been here.  You were here most of last week.

 1   A.   Yes.

 2   Q.   You were here for some of this week.

 3   A.   Yes.

 4   Q.   You've heard Navy witnesses, Department of Defense

 5   witnesses testify how important this is, right?

 6   A.   Yes.

 7   Q.   So don't you think that the Navy and the Department of

 8   Defense would do things to ameliorate the impact of the loss of

 9   this critical force multiplier we've heard about?

10   A.   I'm sorry.  I can't speak for the Academy and the

11   Department of Defense.

12   Q.   No, you can't.

13        I'd like you to assume that the things that they would do

14   would be efforts to ameliorate the impact of a bar or

15   prohibition on the use of race.

16        Can you do that?

17   A.   Yes.

18   Q.   If that's what they were doing, then that's also going to

19   result in Professor Arcidiacono overestimating the impact of

20   race on their process in total, right?

21   A.   I don't follow that logic.

22   Q.   Okay.  If the defense department and the Navy, they're

23   enjoined from considering race, there's some effect.  It could

24   be 0 according to your Opinion 1, but there's some effect on

25   their process, right?

1  A.    Yes.

2  Q.    And then they're going to do things.  So let's say their

3  effect their process is they lose 10 admits, 10 minority

4  admits.

5  A.    Okay.

6  Q.    Then they're going to do things.  They're going to do

7  things to counteract that effect.  And that means the effect

8  would be smaller, right?

9  A.    Not necessarily.

10  Q.    Oh, you're saying they could fail?

11  A.    I don't know what they would do, and I don't know the

12  impact.  It's an empirical question.

13  Q.    Well, Dr. Gurrea, doesn't it stand to reason that, for

14  example, increasing socioeconomic preferences might ameliorate

15  the impact of not using race, based on what your testimony was

16  today?

17  A.    Yes.

18  Q.    So they could do that, and that would ameliorate the

19  impact.  All I'm trying to establish -- this is my question --

20  is if the defense department and the Navy took steps to blunt

21  or ameliorate the impact of race, that would lower the loss of

22  minority midshipmen to the extent it existed at all?

23  A.    Again, it's an empirical question.  And it depends on what

24  they would do, how they would do it, and what all the other

25  moving parts would be, including the reaction of applicants and

1  other factors that vary.

2  **Q.**   But you just said that socioeconomic preferences might

3  blunt the impact of the removal of the consideration of race,

4  right?

5  **A.**   What I said is that the coefficient that Professor

6  Arcidiacono estimated is likely overstated because part of the

7  true impact is accounted for, socioeconomic factors, already.

8  So I'm not saying that socioeconomics are not accounted for.

9       In fact, I heard Dean Latta explain extensively that they

10  do create a picture of the economic -- the socioeconomic

11  characteristics of applicants and that they take that into

12  account already.  And what I'm explaining from a statistical

13  perspective is that, if you focus on a narrower set of

14  information as contained in Professor Arcidiacono's dataset and

15  you ignore those other factors, then you're going to

16  misattribute what is already being taken into account.

17  **Q.**   Are you done?

18  **A.**   Yes.

19  **Q.**   I didn't want to interrupt you.

20  **A.**   Thank you.

21  **Q.**   You talked about how the capacity constraints is the only

22  realistic way to measure this, if you're going to measure it at

23  all, because that keeps the class size fixed.  That was your

24  slide with the four things and there was an X through the first

25  three things.

1        Do you remember that?

2        I can show you the slide if you need it.

3  A.    I remember the slide.  Could you repeat your question.

4  Q.    So I'm showing you Professor Arcidiacono's capacity

5  constraints analysis.  It's on the screen.

6        Your testimony is that the effect that he measured of

7  minus 56 Black midshipmen over class years '23 to '24 and minus

8  109 over class years '25 to '27, that might be 0 because you

9  told me the entire impact might go away if you got rid of the

10 bias, right?

11 A.    No, that -- what I read was Professor Arcidiacono's

12 statement about if you addressed all the sources of bias, it's

13 conceivable that it all goes away.

14       What I said is that it's likely that the coefficient that

15 Professor Arcidiacono reported is likely overstated because of

16 the impact of these factors that are already considered.

17 Q.    And when you couple that with potential ameliorative

18 measures the defense department and the Naval Academy might

19 take, you don't know whether or not this minus 56 could be

20 minus 10, minus 109, could be minus 20.  It's really possible,

21 isn't it?

22 A.    You're asking me what is the impact about policies that I

23 don't know that you did not describe to me, and I really don't

24 have a way to assess their empirical impact.

25 Q.    Well, just based on the testimony you gave on Opinion 1,

1  these numbers are too high, right?

2  A.   No, these numbers are not too high.  These numbers are

3  what they are.

4      And the question is this coefficient of race in the model,

5  is it correctly attributed solely to the Academy's

6  consideration of race?  And because they are factors that we

7  know that are not inside of Professor Arcidiacono's model, by

8  his own admission, by the testimony from Dean Latta, from my

9  own analysis, we understand that there are going to be other

10 contributing factors to the magnitude of that coefficient and

11 that, therefore, it's likely that that coefficient is biased.

12 Q.   Your testimony is that Professor Arcidiacono overestimated

13 the impact of race on the Naval Academy's admissions process,

14 correct?

15 A.   Yes.  That's likely, yes.

16 Q.   Who is David Card?

17 A.   A Nobel laureate from -- I think he's at Berkeley.  He's

18 an economist.

19         THE COURT:  I'm sorry.  Who is -- what is the person's

20 name.

21         MR. MORTARA:  David Card.

22         THE COURT:  Card.  All right.  Thank you.

23 BY MR. MORTARA:

24 Q.   David Card is a rather famous economist, is he not?

25 A.   Yes, indeed.

1   Q.   David Card was Harvard's expert in the *Students for Fair*

2   *Admissions v. Harvard* trial, yes?

3   A.   Yes.

4   Q.   And he subsequently won a Nobel prize, you said, I think?

5   A.   I don't know if it's subsequently.  It may have been

6   before he submitted that report.

7   Q.   I can tell you it was subsequent.  When I cross-examined

8   him, he had not yet won.

9   A.   Okay.

10  Q.   You reviewed David Card's report from the *Harvard* case in

11  connection with your work in this case, didn't you?

12  A.   Yes.

13  Q.   This is Plaintiff's Exhibit 243 for identification

14  purposes only.  On the screen you see your materials

15  considered, right?

16  A.   Yes.

17  Q.   And over on the fourth page, second thing.  Right after

18  the declaration of Dean Latta, you have Dr. David Card, report

19  of David Card, PhD, Document 419-141 in the *Students for Fair*

20  *Admissions against Harvard* case, right?

21  A.   Yes.

22  Q.   Professor Card constructed a binary logit model of

23  Harvard's admissions process, correct?

24  A.   That is correct.  Of Harvard's admissions process,

25  exactly.

 1  Q.   I've got on the screen that docket entry from the *Harvard*

 2  case marked for identification purposes as Plaintiff's 878.

 3         MR. MORTARA:  Would Your Honor like a copy?

 4         THE COURT:  No, I don't need it.  That's fine.

 5  BY MR. MORTARA:

 6  Q.   Now, talking about your Opinion 2, your Opinion 2 is that

 7  Professor Arcidiacono's model violates logit assumptions

 8  because admissions decisions today affect the next decision.

 9       Do you see that?

10  A.   Yes.

11  Q.   And that's because of limited appointments within a class.

12       Do you see that?

13  A.   That's one of the reasons.

14  Q.   But you know, don't you, from your review of David Card's

15  report that Harvard also has a limited number of beds for

16  freshmen, right?

17  A.   I can't remember that, but it's reasonable.

18  Q.   It's reasonable to believe that Harvard can't just admit

19  as many freshmen as they want, right?

20  A.   That's reasonable, yes.  I don't know how fixed their

21  numbers are, but that's reasonable.

22  Q.   And you know, don't you, from your review of David Card's

23  report that Harvard does not make all of its admissions

24  decisions at once, correct?

25  A.   I can't remember that.

1   Q.   Well, let me try to help you.

2        Excuse me.  I hit the wrong thing.  One moment.  Let's get

3   your slide back up.  Now I'll help you.

4        This is page 23 of Plaintiff's Exhibit 878, David Card's

5   report.  And at the bottom you see Footnote 22 describing the

6   early action admissions process to Harvard, which concludes in

7   December when offers of admission are made and some people can

8   be accepted and some people can be deferred to regular

9   decision.

10       Do you see that?

11  A.   Yes.

12  Q.   Harvard makes its admissions decisions at different times,

13  correct?

14  A.   That seems to be the case, yes.

15  Q.   I want to talk about one of your other opinions.

16       You said Professor Arcidiacono acknowledges standards

17  change during the cycles.  And this is part of your Opinion 2

18  that the whole exercise violates logit extensions.  Obviously,

19  the standards for early action and regular decision at Harvard

20  are different, as some people are denied early action admission

21  and then later accepted for regular decision, right?

22  A.   I don't know specifically how that works at Harvard.

23  Q.   Well, if you go through the process at early action and

24  you don't get it and then you do go at regular decision and you

25  do, that means the standards have changed, right?

1  A.   I'm sorry.  I'm not that familiar with the process at

2  Harvard.

3  Q.   You reviewed this in preparing your expert report?

4  A.   I read Dr. Card's report, but I don't have access to all

5  the documentary evidence behind his analysis.

6  Q.   You read his report, correct?

7  A.   Yes.

8  Q.   Let's look at your Slide 35.

9       "Status as a candidate adding nonracial diversity depends

10 on prior decisions.  The Academy's admissions goals are defined

11 in terms of class composition and variety."

12      Do you see that?

13 A.   Yes.

14 Q.   That refers to the fact that the Academy seeks to enroll a

15 diverse class across a variety of dimensions, correct?

16 A.   Correct.

17 Q.   You know that Harvard also sought that too, sir, right?

18 A.   That sounds right.

19 Q.   Well, let's just make sure.  Here's Professor Card's

20 report right up at page 6.  You would have seen in

21 paragraph 11, "Harvard's ultimate goal is to admit a student

22 body that exhibits excellence in a variety of forms and

23 includes students with diverse experiences, backgrounds,

24 skills, and interests."

25      Do you see that?

1  A.   Yes.

2  Q.   That's variety, isn't it?

3  A.   Yes.

4  Q.   And then over on page 22, paragraph 41, he says it again.

5       "As noted above, my understanding is that Harvard seeks to

6  admit not just a set of individuals with distinguishing

7  excellences but also a class that includes individuals with a

8  wide range of life experiences and perspectives."

9       Do you see that?

10 A.   Yes.

11 Q.   That is also variety?

12 A.   Yes.

13 Q.   Dr. Card used a binary logit model of Harvard's admissions

14 process, didn't he?

15 A.   Yes, it was a different process.  And that's true, yes.

16 Q.   Let's go to your slide about STEM.  You said STEM is very

17 important, but you know that Harvard cares about the intended

18 concentration of its admitted class, don't you?

19 A.   I don't recall.

20 Q.   Well, you would have read that in the Card report as well.

21 Here we are at page 52.

22      "Because Harvard seeks to admit a class that is diverse

23 with respect to intended concentrations, the effect of an

24 applicant's intent to concentrate in a given field might well

25 change when the aggregate interests in the applicant pool as a

1  whole vary over time."

2      Do you see that?

3  A.   Yes.

4  Q.   You agree Harvard seeks to admit a class that is diverse

5  with respect to intended concentrations or major, correct?

6  A.   Yes.

7  Q.   Let's look at your Slide 38.

8      You said status as a candidate from underrepresented

9  district depends on prior decisions.

10     Do you remember that?

11 A.   Yes.

12 Q.   But you know from your review of the Card report in the

13 *Harvard* case that Harvard cares about geographic diversity too,

14 right?

15 A.   I don't recall.

16 Q.   You would have seen that when you reviewed the Card report

17 at page 57 in paragraph 117.

18     "Harvard seeks a diverse class in each year on any number

19 of dimensions -- academic, extracurricular, geographic, racial

20 and ethnic, and so on."

21     Do you see that?

22 A.   Yes.

23 Q.   Dr. Card, at least when you reviewed his report, never

24 once says in his report, "I can't do a binary logit model

25 because Harvard makes decisions at different times and values

 1  diversity and cares about intended concentration because of

 2  something Ken Train said."

 3       Did he say that in his report?

 4  A.   I don't recall.

 5  Q.   No, Dr. Card just won a Nobel prize.  He never pointed out

 6  in his Harvard report that a logit model was not possible to do

 7  of Harvard admissions system, did he?

 8  A.   Of Harvard's admissions?  I don't recall.

 9  Q.   And Professor Arcidiacono has published his work on the

10  Harvard admissions process in the academic and peer-reviewed

11  literature, correct?

12  A.   Yes.

13  Q.   I want to go to one of your other opinions.  Here you say

14  Professor Arcidiacono arbitrarily blends race and ethnicity and

15  assigns multiracial applicants to other categories.  This is

16  your Opinion 3.  And one of the issues you have is categorizes

17  multiracial candidates as Black and part Black.

18       Do you see that?

19  A.   Yes.

20  Q.   And you said to my friend Mr. Gardner, you never saw

21  anything from the U.S. Naval Academy admissions process that

22  looked like any of this, correct?

23  A.   At the admissions -- during the admissions process?

24  That's correct.

25  Q.   But you know that Dean Latta frequently presents

1  information in this way, don't you?

2  A.   It's possible, yes.

3  Q.   Well, you were here for his direct examination by my

4  friend Mr. Strawbridge, who bears some physical resemblance to

5  me, right?

6  A.   Yes.

7  Q.   And you saw Plaintiff's Exhibit 207, which is an email

8  from Bruce Latta to Superintendent Buck, right?

9  A.   Yes.

10 Q.   It includes updated stats on the class of 2026.

11      Do you see that?

12 A.   Yes.

13 Q.   And on the next page there's racial information for

14 classes -- minorities going all the way back to 2017.  And you

15 know that that African American column, that includes

16 multiracial African Americans, don't you?

17 A.   Yes, but these are summaries; these are not individual

18 applicant files.

19 Q.   You know that the Naval Academy and Dean Latta is

20 frequently interested in race as it pertains to Blacks,

21 including Black Americans that identify as only part Black and

22 are multiracial, correct?

23 A.   I think he's interested about all applicants, including

24 African American applicants and multiracial African American

25 applicants.

1  **Q.**   And here he's showing multiracial African American

2  applicants, right?

3  **A.**   Yes.  And this masks part of the information that is

4  available to the admissions officials.

5  **Q.**   Did Dean Latta say, "Superintendent Buck, I'm very sorry

6  I'm presenting the information this way; it masks part of the

7  information"?

8  **A.**   No.  This is a summary.

9  **Q.**   I want to go to another slide of yours which I really

10  enjoyed.

11      This was your slide on racial balancing, correct?

12  **A.**   Yes.

13  **Q.**   And you were here responding to plaintiff's allegation

14  that the U.S. Naval Academy is engaged in racial balancing.

15  You were here for my opening statement?

16  **A.**   Yes, I was.

17  **Q.**   And you saw me put this on the screen, which are the data

18  from class portraits, correct?

19  **A.**   Yes.

20  **Q.**   You actually have this same data in your expert report,

21  correct?

22  **A.**   That sounds right.

23  **Q.**   And you saw me then put on the left side of the slide a

24  portion of the Supreme Court's opinion in *Students for Fair*

25  *Admissions against Harvard*, and it pertains to Harvard,

1  correct?

2  A.   Yes.

3  Q.   And you heard me say the Naval Academy is racial balancing

4  just like Harvard was, right?

5  A.   I can't remember, but yes.

6  Q.   I said something to that effect.

7  A.   Okay.

8  Q.   And your response to our allegation that the Naval Academy

9  is engaged in racial balancing appears on the left side of the

10  screen in the slide you just used with my friend Mr. Gardner,

11  correct?

12  A.   Yes.

13  Q.   Harvard denied it was racial balancing, didn't it?

14  A.   I don't remember.

15  Q.   Do you know how it worked out for Harvard?  Do you know

16  what the result of the case was?

17  A.   At what level?

18  Q.   Who won?

19  A.   At what level?

20  Q.   At the Supreme Court of the United States, sir.

21  A.   I think it was plaintiffs.

22  Q.   Yeah, that's us, right?

23  A.   I'm sorry?

24  Q.   We are Students for Fair Admissions.

25  A.   Okay.  Yes.

 1 | Q.   Where did you get the idea for the slide?

 2 | A.   From the data, from looking at the data.

 3 | Q.   Are you sure?

 4 |          THE COURT:  I'm sorry.  I can't hear you, sir.  I

 5 | can't hear what you said, please.

 6 |          THE WITNESS:  I'm sorry.

 7 |      From looking at the data.

 8 |          THE COURT:  Okay.  That's fine.

 9 | BY MR. MORTARA:

10 | Q.   You're sure?

11 | A.   Yes.

12 | Q.   You're sure that the notion of creating this information

13 | and presenting it in this way came from just looking at the

14 | data?

15 | A.   I did not create the information.

16 | Q.   Who did?

17 | A.   The Academy created the -- compiled the enrollment data

18 | that I relied on.

19 | Q.   We've had a misunderstanding.

20 |      Who decided to present the data in the way that you see on

21 | the left side of the screen in the slide that you just showed

22 | 25 minutes ago?

23 | A.   You're referring to this one to the left?

24 | Q.   Yes.

25 | A.   It's my slide.  I decided.

1  Q.   And you're sure that the idea for this came from just

2  looking at the data?

3  A.   Well, it's -- it was part of my overall assignment to

4  assess this question.  And I looked at the data and constructed

5  the summary I included in my report.

6  Q.   You're sure you didn't get the idea from what's been

7  marked for identification purposes as Plaintiff's Exhibit 878,

8  David Card's report that you reviewed?

9       And I'm showing you Exhibit 33.  You're sure you didn't

10  get the idea from Professor Card?

11  A.   This is a very elementary analysis of changes in year over

12  year percentages.  And there's nothing unique about this.  It's

13  probably the most common kind of table that I've ever seen.

14  Q.   How did this argument work out for Harvard?

15  A.   I don't know the specific argument.

16  Q.   As a reminder, you've never before testified about logit

17  models with binary outcomes, correct?

18  A.   Correct.

19  Q.   You've never published in the academic peer-reviewed

20  literature about binary outcome logit models, correct?

21  A.   Correct.

22  Q.   The DOJ could have hired David Card possibly, right?

23  A.   Is that a question for me?

24  Q.   Yeah.  They could have.  It's possible, right?

25  A.   I don't know if they had any restrictions.  I can't answer

```
 1   for them.
 2   Q.   It's possible they could have hired Caroline Hoxby, who
 3   testified for UNC.  It's possible, right?
 4   A.   I'm sorry.  I don't know if there's any limitation to
 5   that.
 6   Q.   But they hired you instead, right?
 7   A.   That's true.
 8           MR. MORTARA:  I have no more questions, Your Honor.
 9           THE COURT:  Thank you.
10        Redirect, Mr. Gardner.
11                     REDIRECT EXAMINATION
12                          -  -  -
13   BY MR. GARDNER:
14   Q.   Dr. Gurrea, is it your opinion that Dr. Card was wrong to
15   use a logit model in the Harvard case?
16   A.   No, not at all.
17   Q.   Are there differences between what you understand the
18   Harvard admissions process to be and what the Naval Academy's
19   admissions process to be that would explain why you do not
20   believe a logit model is appropriate here?
21   A.   Yes.  And we've discussed a couple of sort of high-level
22   dimensions about the suitability of the logit model.  One was
23   competition and the other one was variety.  And there's
24   definitely some very unique features in this case in terms of
25   both of those aspects.
```

1      And one of them was in terms of competition, the

2   nominations process and the congressional nominations and the

3   congressional slates and the close interaction between

4   candidates within slates.  And, again, I don't think there's

5   any dispute that the interdependence is an issue.  And I

6   acknowledge that Professor Arcidiacono explicitly made some

7   effort to address this concern.  It's not like it's something

8   that does not need to be addressed.

9      I don't know to what extent Professor Card addressed that

10  concern in the *Harvard* case.  Professor Arcidiacono made some

11  effort to do that.  And what I found is that there were

12  elements of competition that created interdependence that he

13  did not address.

14  Q.   Did Harvard use a congressional nominations process?

15  A.   No.

16  Q.   Did Harvard have a requirement that it accept 65 percent

17  STEM majors?

18  A.   No.

19  Q.   How did those forms of interdependence impact your opinion

20  that the use of a logit model here is inappropriate?

21  A.   Yes, as I said, it imposes some rigidity in the process.

22  It imposes requirements that create an interdependence, and as

23  I said, Professor Arcidiacono made some effort to address some

24  of these issues.  And in some of them, he didn't address them

25  at all.

 1          **MR. GARDNER:**  Thank you.  No further questions.

 2          **THE COURT:**  Thank you, Mr. Gardner.

 3      Any recross on this, Mr. Mortara?

 4          **MR. MORTARA:**  No, Your Honor.

 5          **THE COURT:**  All right.

 6      Dr. Gurrea, you can step down now.  You should not talk

 7  about your testimony with anyone in the event that you're

 8  called back to the witness stand before this trial concludes

 9  this week.  Thank you very much.

10      We need -- you're excused, sir.  Thank you.

11      I just want to go over some scheduling with counsel here.

12      With respect to scheduling, I'll be able to explain this

13  to you more tomorrow, but, for a lot of reasons, it's most

14  convenient for all of you if you start at 11:00 tomorrow, not

15  10:00, because of some courthouse matters.  And I don't have

16  time to go into the whole detail.

17      But it's for your convenience that it's better that way.

18  It just works out much better.  We're going to end up wasting a

19  lot of time.  We're going to have trouble starting right at

20  10:00; so we'll start at 11:00.

21      We have two more witness, to my knowledge.  There may be

22  others.  But we have Captain Ed Sundberg and Stephanie Miller

23  are the two remaining witnesses.

24      As I recall here, Captain Ed Sundberg was listed as

25  expected to call by both parties.  And Stephanie Miller was

 1   listed expected to call by the defendants and may call by the

 2   plaintiff.

 3        So, Mr. Gardner, you are calling both those witnesses

 4   tomorrow, correct?

 5             MR. GARDNER:  I don't know how long plaintiffs have

 6   for Captain Sundberg.  I think our examination could be

 7   15 minutes.

 8             THE COURT:  My question is are you calling Captain

 9   Sundberg?

10             MR. GARDNER:  Yes.  Yes, we will.

11             THE COURT:  So, essentially, the way we'll work this

12   is, since essentially the witness is being called by both,

13   you'll call -- Captain Sundberg is next and after that is

14   Stephanie Miller.

15        And then, Mr. Mortara, you'll obviously cross-examine and

16   cross-examine them as your witnesses or hostile witnesses,

17   whatever you choose.

18        And are there any other witnesses you're anticipating at

19   this time?

20             MR. GARDNER:  No.  We will be resting at this time.

21             THE COURT:  Mr. Mortara, any other witnesses you

22   anticipate?

23             MR. MORTARA:  No.  We'll be resting simultaneously

24   with the Department of Justice.

25             THE COURT:  We have those two witnesses tomorrow.

 1      Again, not holding you to it, but what is your estimate in

 2   terms of the length of your presentation and your

 3   cross-examination?  What is the total amount of time that you

 4   think it's going to take for these two witnesses?

 5           MR. GARDNER:  Total amount of time for us on direct I

 6   think would be no more than two hours and 20 minutes.

 7           THE COURT:  Two hours and 20 minutes for both of them.

 8           MR. GARDNER:  Captain Sundberg is very short, and he

 9   is here.

10           THE COURT:  I understand.

11      From your point of view, is it safe to say that we have

12   maybe four hours of testimony tomorrow?  Is that realistic?

13           MR. MORTARA:  Definitively.

14           THE COURT:  But probably not any more than that?

15           MR. MORTARA:  Probably less.

16           THE COURT:  My thought is we'll start at 11:00, and

17   let's see how we go.  We could just -- we'd go from 11:00 to

18   1:00 and then take a break and then go 2:00 until when we

19   finish.  That seems that's the best way to do it.

20      So we'll start at 11:00; we'll go until 1:00.  We'll take

21   a break for an hour for lunch, and then we start at 2:00.  And

22   whenever we finish, we finish.

23      And then you all can go over and make sure we're clear on

24   the exhibits.  So with the --

25      Who is handling these two witnesses tomorrow, Mr. Gardner,

 1   for you?

 2          MR. GARDNER:  Mrs. Gargeya is handling Captain

 3   Sundberg, and Mr. Carmichael will be handling Ms. Miller.

 4          THE COURT:  So you're able to use the rest of your

 5   team to be getting your exhibits together and make sure we're

 6   clear.

 7          MR. GARDNER:  We will do that.

 8          THE COURT:  Mr. Mortara, how about you?

 9          MR. MORTARA:  War Eagle here is handling Captain

10   Sundberg, and Mr. Strawbridge is handling Ms. Miller.

11          THE COURT:  So you're able to use your talents to

12   organize your side in terms of the exhibit numbers.

13       And, again, I want to make sure I have a reasonably good

14   definition of the exhibits in evidence, and then my thinking is

15   we'll take time to do that tomorrow that you're satisfied with

16   staff here.  And then we will have closing argument at 10:00 on

17   Thursday, is the schedule I'm looking at.

18       Is that good for you?

19          MR. MORTARA:  Great for me and Mr. Strawbridge.

20          THE COURT:  Good for you, Mr. Gardner?

21          MR. GARDNER:  Yes, Your Honor.

22          THE COURT:  Is there anything else this evening from

23   your point of view, Mr. Mortara?

24          MR. MORTARA:  None from us, Your Honor.

25          THE COURT:  Thank you.

1          Mr. Gardner, anything else from your point of view?

2              **MR. GARDNER:**  Nothing from the government.

3              **THE COURT:**  With that, we are finished for the day.

4          Ronda, we finished before 5:00, finally.  How's that?

5     That's good?  Okay.

6              **THE COURT REPORTER:**  Yes.

7              **THE COURT:**  With that, we stand adjourned for the day.

8     Thank you all very much.

9              **THE CLERK:**  All rise.  This Honorable Court is now

10    adjourned for the day.

11         (Court adjourned at 4:47 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF OFFICIAL REPORTER

2

3

4       I, Ronda J. Thomas, Registered Merit Reporter, Certified

5  Realtime Reporter, in and for the United States District Court

6  for the District of Maryland, do hereby certify, pursuant to 28

7  U.S.C. § 753, that the foregoing is a true and correct

8  transcript of the stenographically-reported proceedings held in

9  the above-entitled matter and the transcript page format is in

10 conformance with the regulations of the Judicial Conference of

11 the United States.

12

13                      Dated this 24th day of September 2024.

14

15                      _____
                              *Ronda J. Thomas*

16                      Ronda J. Thomas, RMR, CRR
                        Federal Official Reporter

17

18

19

20

21

22

23

24

25

**BY MR. CARMICHAEL: [3]** 6/20 89/21
103/21 108/10
**BY MR. GARDNER: [4]** 135/4 146/2 146/14
147/8
**BY MR. MORTARA: [8]** 189/10 191/1 204/4
204/12 207/1 213/23 215/5 224/9
**BY MR. ROBINSON: [3]** 7/1 33/9 86/18
**BY MR. STRAWBRIDGE: [7]** 40/20 43/8
52/10 52/17 53/5 54/21 72/19
**BY MS. WYRICK: [2]** 123/7 124/4
**MR. CARMICHAEL: [5]** 89/8 102/20 108/6
122/20 132/2
**MR. GARDNER: [42]** 89/1 133/18 145/17
146/1 146/10 146/13 146/20 146/23 147/3
147/7 188/17 192/9 194/9 194/13 196/25
197/2 197/4 197/21 197/25 198/3 198/13
198/20 198/24 199/15 199/19 202/17
202/20 203/1 203/7 203/11 203/15 203/20
228/1 229/5 229/10 229/20 230/5 230/8
231/2 231/7 231/21 232/2
**MR. MCCARTHY: [7]** 195/9 195/12 196/21
197/1 197/10 197/13 197/15
**MR. MORTARA: [32]** 145/22 188/23 189/6
192/6 192/20 192/25 193/9 193/16 193/22
194/4 195/1 195/22 196/1 198/4 198/15
201/17 201/20 201/23 202/8 202/12 202/23
203/2 213/21 215/3 226/8 228/4 229/23
230/13 230/15 231/9 231/19 231/24
**MR. ROBINSON: [10]** 3/13 5/16 5/20 33/3
33/7 40/12 86/8 86/11 86/14 88/15
**MR. STRAWBRIDGE: [9]** 40/16 43/5 52/6
52/15 53/3 72/16 72/18 86/5 88/18
**MS. WYRICK: [5]** 122/23 123/2 124/3
127/4 132/5
**THE CLERK: [14]** 3/4 3/7 52/9 89/3 89/12
89/15 89/20 132/16 133/9 133/12 133/16
134/25 189/1 232/9
**THE COURT REPORTER: [1]** 232/6
**THE COURT: [139]** 3/2 3/11 5/14 5/18
5/21 33/5 40/14 40/18 43/3 52/8 52/13
52/16 52/24 53/4 54/19 72/15 72/17 86/6
86/9 86/12 86/15 88/16 88/19 89/2 89/6
89/10 89/21 102/19 103/16 108/8 122/21
123/1 123/4 123/23 127/8 127/12 127/19
127/22 127/25 128/7 128/10 128/15 128/22
129/3 129/5 129/15 130/4 130/6 130/15
130/24 131/6 131/22 132/3 132/6 132/9
132/19 133/17 134/10 134/16 135/2 145/20
145/23 146/12 146/24 146/25 147/4 188/19
188/24 189/4 189/8 190/22 192/10 192/14
192/21 193/1 193/14 193/18 193/24 194/7
194/12 194/25 195/2 195/11 195/14 195/23
196/2 196/24 197/3 197/6 197/12 197/14
197/16 197/23 198/1 198/6 198/17 198/22
199/5 199/17 199/20 201/19 201/22 202/5
202/11 202/13 202/19 202/22 203/4 203/9
203/12 203/16 203/21 204/1 204/8 206/11
213/19 213/22 215/4 224/4 224/8 226/9
228/2 228/5 229/8 229/11 229/21 229/25
230/7 230/10 230/14 230/16 231/4 231/8
231/11 231/20 231/22 231/25 232/3 232/7
**THE WITNESS: [30]** 3/9 5/22 43/7 53/1
89/18 103/20 127/11 127/18 127/21 127/23
128/6 128/9 128/13 128/21 129/2 129/4
129/14 130/3 130/5 130/14 130/23 131/4
131/21 132/8 133/14 134/15 190/24 204/11
206/14 224/6

**$**

**$345,000 [1]** 190/13
**$500,000 [3]** 193/2 193/4 200/15
**$500,000-plus [1]** 200/15
**$750 [4]** 190/12 192/20 192/21 199/24
**$80,000 [2]** 165/24 166/1

**'**

**'23 [1]** 212/7
**'24 [1]** 212/7
**'25 [1]** 212/8
**'27 [1]** 212/8
**'60s [1]** 79/6
**'96 [1]** 45/6

**.**

**.15 [1]** 75/2
**.23 [1]** 31/19 32/25 33/10
**.25 [1]** 8/14
**.3 [1]** 57/20

---

**.34 [1]** 8/18
**.4 [1]** 5/3
**.5 [1]** 123/24 124/16 131/6 131/10
58/3 81/7
**.7 [1]** 10/7
**.8 [1]** 10/7 59/12

**0**

**026 [2]** 52/14 52/24
**02s [1]** 128/23
**03s [1]** 128/23
**05 [1]** 96/21
**05s [1]** 96/21
**06 [2]** 96/18 96/21
**06s [1]** 96/25

**1**

**1 percent [2]** 87/16 119/15
**1,000 [1]** 91/14
**1,240 [1]** 181/3
**1.2 [1]** 59/4
**1.3 [1]** 56/19
**1.3 percent [1]** 59/5
**1.4 [1]** 56/19
**10 [12]** 50/20 58/17 62/18 62/20 100/25
123/2 123/4 188/21 188/25 210/3 210/3
212/20
**10 percent [3]** 6/8 6/10 65/1
**10 percentage [1]** 57/7
**10,000 [1]** 97/8
**10-minute [2]** 88/23 188/24
**100 [1]** 142/11
**109 [2]** 212/8 212/20
**10:00 [4]** 132/23 133/5 228/15 228/20
**10:00 on [1]** 231/16
**10:02 [1]** 3/1
**10:03 [1]** 1/7
**11 [1]** 217/21
**11.7 [1]** 188/5
**117 [1]** 219/17
**11:00 [5]** 132/23 133/2 228/20 230/16
230/20
**11:00 and [1]** 133/5
**11:00 to [1]** 230/17
**11:00 tomorrow [1]** 228/14
**11:49 [1]** 89/5
**12 [3]** 25/21 128/5 129/12
**12.7 percent [2]** 25/25 26/4
**123 [1]** 2/9
**12:08 [1]** 89/5
**13 [2]** 105/14 105/15
**133 [1]** 2/11
**134 [1]** 42/1
**14 [2]** 101/2 157/4
**141 [1]** 214/19
**15 [3]** 106/12 106/13 157/17
**15 minutes [1]** 229/7
**16 [2]** 158/12 158/13
**17 [2]** 159/11 160/5
**178.9 percent [1]** 25/20
**18 [4]** 50/20 80/9 80/10 160/13
**18-month [1]** 93/6
**18.88 percent [2]** 178/13 179/14
**189 [1]** 2/11
**18th [2]** 51/10 51/11
**19 [2]** 113/13 162/6
**1900 [2]** 78/5 78/11
**1917 [1]** 35/18
**1945 [1]** 81/23
**1946 [2]** 32/6 81/24
**195 [7]** 5/14 5/16 33/6 33/8 44/13 49/20
60/2
**1968 [1]** 113/13
**1987 [1]** 90/22
**1993 [1]** 46/11
**1994 [1]** 46/18
**1995 [1]** 45/5
**1996 [1]** 45/5
**19th [1]** 13/10
**1:00 [1]** 230/20
**1:00 and [1]** 230/18
**1:07 [1]** 132/18
**1:23-cv-2699-RDB [1]** 1/5
**1st [1]** 84/9

**2**

**2.1 [1]** 56/18
**2.8 [1]** 58/19
**20 [16]** 25/10 36/18 37/5 37/6 37/8 38/12
42/4 80/8 134/2 140/12 140/19 162/22

---

163/16 212/20 230/6 230/7
**20 percent [2]** 4/21 166/2
**20-year [2]** 146/4
**200 [1]** 146/4
**2001 [2]** 139/19 139/21
**2004 [1]** 38/18
**2006 [1]** 38/19
**2017 [4]** 25/4 26/5 28/5 221/14
**2018 [1]** 188/6
**2019 [1]** 83/17 188/6
**2020 [3]** 11/15 83/17 84/9
**2021 [10]** 32/12 32/19 82/14 83/9 83/11
83/16 85/1 90/17 95/4 103/1
**2022 [1]** 61/4 105/13
**2023 [3]** 61/4 185/13 202/22
**2024 [5]** 1/7 2/2 202/21 203/1 233/12
**2026 [1]** 221/10
**207 [1]** 221/7
**20th [1]** 79/3
**21st [1]** 131/3
**22 [9]** 52/4 52/20 53/2 53/3 94/7 94/11
96/10 216/5 218/4
**22 percent [2]** 30/1 181/13
**220 [2]** 14/17 128/1
**226 [1]** 2/12
**229 [2]** 128/2 128/4
**23 [5]** 26/7 60/6 60/8 165/1 216/4
**23.3 percent [1]** 25/23
**230 [1]** 129/12
**24 [9]** 1/7 2/2 51/24 52/2 52/3 52/13
52/24 52/25 53/1
**24.35 [1]** 178/8
**24.4 [1]** 26/1
**24/7 [1]** 111/8
**243 [1]** 214/13
**247 [1]** 71/15
**24th [1]** 233/12
**25 [6]** 59/24 60/3 60/6 60/7 166/11
224/22
**25 percent [2]** 7/9 64/22
**26 [4]** 105/13 167/3 193/16 196/17
**26 percent [1]** 64/23
**27 [1]** 167/15
**28 [2]** 169/11 233/6
**29 [1]** 169/19
**2:00 [1]** 230/21
**2:00 until [1]** 230/18
**2:11 [1]** 132/18

**3**

**3 percent [1]** 59/5
**30 [8]** 101/13 101/15 101/24 102/1 170/10
170/14 170/16 189/15
**31 [1]** 170/22
**31.2 percent [1]** 25/22
**32 [2]** 99/7 171/6
**33 [3]** 171/15 171/19 225/9
**34 [1]** 172/14
**35 [2]** 173/11 217/8
**35,000 [1]** 97/15
**36 [1]** 174/13
**36.11 percent [1]** 153/4
**37 [2]** 92/9 174/24
**37.28 percent [1]** 153/6
**38 [2]** 175/2 219/7
**39 [1]** 175/19
**3:37 [1]** 189/3
**3:53 [1]** 189/3

**4**

**4.2 percent [1]** 181/15
**40 [5]** 2/6 127/15 138/3 175/24 176/24
**40 percent [1]** 128/3
**41 [4]** 64/1 92/10 177/1 218/4
**419-141 [1]** 214/19
**42 [3]** 28/11 177/21 178/19
**44 [2]** 180/17 181/1
**44 percent [1]** 31/4
**45 percent [1]** 7/12
**46 [1]** 182/2
**460 [2]** 190/12 192/19
**460-some [1]** 199/24
**47 [1]** 182/9
**48 [1]** 183/4
**4:47 [1]** 232/11

**5**

**5,500 [1]** 12/1
**50 [2]** 138/3 183/19
**50 percent [2]** 129/21 130/25

**5**

51 [1]   182/15
52 [2]   185/4 218/21
53 [1]   186/18
53 percent [1]   26/15
54 [1]   187/9
55 [2]   187/17 188/12
56 [3]   82/13 212/7 212/19
56 percent [1]   31/4
57 [1]   219/17
59 percent [1]   30/5
5:00 [2]   188/25 232/4

**6**

6 percent [1]   183/18
60 [1]   56/14
61 [1]   55/22
65 percent [3]   174/15 174/20 227/16
66 [3]   102/19 102/20 108/8
66 percent [1]   7/16
661 [1]   72/22
67 [1]   108/9

**7**

7,000 [1]   97/8
70 [1]   129/11
700 [1]   91/14
73 percent [1]   30/5
75 [2]   24/24 53/10
75 percent [1]   77/18
753 [1]   233/7
7th [2]   93/18 100/24

**8**

80 percent [1]   4/20
825 [1]   88/13
867 [2]   63/6 63/6
872 [2]   54/18 54/19
873 [1]   46/4
874 [2]   61/11 63/6
874.1 [1]   63/5
878 [3]   215/2 216/4 225/7
89 [1]   2/8
895 [1]   5/19

**9**

9,233 [1]   181/1
92 [2]   128/3 128/4

**A**

a.m [3]   1/7 3/1 89/5
ability [12]   17/5 21/2 37/20 48/25 82/17
83/25 99/23 105/11 115/1 116/6 116/9
141/16
able [17]   20/24 21/8 23/9 29/17 38/21
111/22 112/3 112/5 114/18 117/4 117/9
141/2 200/21 202/2 228/12 231/4 231/11
aboard [1]   57/10
about [193]   3/17 3/21 7/9 7/12 7/22 11/2
12/9 12/13 14/17 14/23 17/18 18/21 18/21
19/6 19/25 20/19 24/19 25/12 25/19 26/14
28/5 28/8 28/16 28/19 29/3 29/5 30/4
30/7 30/21 30/25 31/4 31/19 32/25 37/21
38/4 38/8 38/13 39/19 39/24 40/7 41/12
41/23 42/19 42/21 44/14 45/2 45/5 45/8
45/9 46/20 48/15 49/21 51/18 54/25 55/7
55/14 55/18 56/6 56/9 56/17 57/16 58/8
59/18 59/20 60/4 60/13 60/22 60/23 61/2
61/21 61/23 64/4 64/13 64/16 65/5 66/7
67/21 68/6 69/17 74/25 79/8 79/12 81/17
82/9 84/22 85/3 85/12 86/21 87/18 88/6
93/6 93/13 96/3 97/5 97/7 100/2 101/14
101/15 102/12 103/22 104/12 105/1 105/15
107/5 109/1 110/1 112/20 113/13 114/8
114/24 116/2 116/17 120/25 125/13 125/14
125/23 128/2 131/7 137/4 138/3 138/20
141/23 141/23 142/11 142/23 149/25
150/10 153/9 153/15 154/4 156/14 158/6
159/13 159/18 161/4 161/7 161/21 162/8
163/8 163/11 163/12 163/13 163/24 163/25
167/8 170/17 173/25 174/1 174/14 180/12
181/23 182/12 183/10 183/20 185/5 185/10
187/6 188/20 188/25 189/15 190/13 192/3
193/5 204/13 204/16 204/20 204/24 205/7
205/8 205/9 205/14 206/4 206/6 206/16
207/5 208/18 209/9 211/21 212/12 212/22
215/6 216/15 218/16 218/17 219/13 220/1
221/23 225/12 225/18 225/20 226/22 228/7
231/8

**A**

above [3]   1/9 218/5 233/9
above-entitled [2]   1/9 233/9
abrade [1]   1/9 233/9
absence [5]   82/3 88/25 116/16 116/26
187/11
absolutely [16]   3/4 5/13 7/6 13/7 16/21
18/25 22/3 67/11 101/14 108/8 119/2
124/3 146/12 198/17 201/17 202/8
absolutes [1]   125/16
abstract [2]   61/15 61/19
academic [16]   12/2 12/18 17/15 123/21
138/8 139/23 140/3 206/4 206/10 206/12
206/24 206/25 207/2 219/19 220/10 225/19
ACADEMY [88]   1/6 1/22 42/14 42/16 42/19
42/22 43/19 67/16 82/23 85/5 85/8 85/13
85/17 85/21 86/1 90/19 90/23 90/25 91/4
92/10 94/2 109/12 109/14 109/17 109/22
109/24 113/14 113/16 113/20 123/14
123/18 123/19 126/1 126/5 126/12 127/16
128/3 129/19 141/25 142/4 147/18 147/20
149/13 151/21 151/24 152/4 152/18 153/12
153/18 155/14 156/9 156/24 157/13 158/3
164/20 164/21 164/23 165/17 166/15 168/4
169/6 171/3 174/20 174/23 175/5 176/23
179/8 179/11 183/17 184/6 185/11 186/11
186/25 187/4 207/20 208/19 208/20 208/22
208/24 209/10 212/18 217/14 220/21
221/19 222/14 223/3 223/8 224/17
Academy's [18]   83/2 147/13 148/4 149/2
149/7 155/4 155/13 155/19 158/5 163/22
168/8 179/4 184/8 186/10 213/5 213/13
217/10 226/18
accept [4]   190/14 202/2 203/3 227/16
acceptance [1]   137/5
accepted [5]   12/16 145/11 145/23 216/8
216/21
access [10]   19/4 21/2 21/8 32/5 32/8
38/22 49/1 68/22 164/6 217/4
accidentally [1]   35/8
accompany [1]   146/16
according [5]   32/15 82/12 153/7 172/3
209/24
account [26]   62/8 62/23 66/11 76/12
76/25 77/5 77/8 109/7 149/10 154/2 162/8
162/16 164/22 165/20 167/5 167/13 167/16
168/7 169/2 169/10 173/5 175/16 181/22
183/1 211/12 211/16
accounted [7]   62/12 76/22 155/7 167/24
175/17 211/7 211/8
accounting [1]   173/19
accounts [3]   15/1 152/15 182/19
accurate [8]   59/2 99/1 148/11 148/16
157/25 158/24 159/16 179/9
accurately [2]   185/6 186/3
achieve [1]   187/20
Achievement [1]   95/25
achieving [1]   173/18
acknowledge [1]   227/6
acknowledged [6]   39/5 157/7 172/6 185/7
186/7 193/1
acknowledges [6]   42/2 147/16 158/21
163/4 172/11 216/16
acknowledging [1]   186/2
across [23]   11/8 16/24 51/12 72/24 74/3
121/19 150/22 151/14 152/1 164/1 166/1
170/21 173/8 175/15 180/20 180/21 187/16
187/22 187/23 188/2 188/10 188/14 217/15
across-time [1]   51/12
act [1]   121/23
action [10]   14/8 44/8 46/22 47/4 47/9
185/16 216/6 216/19 216/20 216/23
actions [1]   76/4
active [11]   24/18 25/5 25/5 25/9 25/25
26/5 28/6 28/12 37/15 91/15 92/7
activities [1]   111/9
actual [11]   28/16 51/17 81/9 149/2
149/22 151/12 151/19 154/22 168/5 179/12
184/8
actually [75]   4/14 9/4 9/5 12/24 12/25
13/2 13/19 13/23 15/4 19/14 19/17 23/12
23/22 30/9 30/24 31/9 32/21 33/8 34/3
35/8 35/15 35/24 37/23 38/6 40/8 42/1
42/6 42/14 45/6 47/16 48/6 52/7 54/16
56/6 56/23 57/2 61/8 61/18 64/12 65/23
69/23 74/1 75/17 77/14 79/23 80/22 83/14
87/11 95/14 100/12 118/10 119/11 120/22
121/8 128/4 146/21 147/25 148/16 154/12
154/21 158/11 161/24 162/17 164/9 167/1
168/2 172/8 172/13 172/21 182/6 185/21
188/3 198/6 203/6 222/20

**A**

ADAM [1]   1/12
adapt [2]   37/9 114/19
adaptive [2]   183/9 185/13
add [3]   92/9 123/19 185/13
added [1]   34/7
adding [1]   217/9
addition [8]   54/4 193/25 200/15
200/16
additions [1]   170/4
address [8]   24/11 142/5 148/4 174/11
174/25 227/7 227/13 227/23 227/24
addressed [5]   174/8 186/6 212/12 227/8
227/25
addresses [1]   42/12
addressing [1]   143/6
adds [1]   163/1
adjacent [1]   76/18
adjourned [5]   132/15 132/17 232/7 232/10
232/11
adjust [1]   185/17
admiral [24]   2/7 88/24 89/9 89/24 90/6
91/22 102/22 104/23 105/8 105/20 106/4
108/11 116/17 118/1 118/5 118/14 119/3
123/8 123/24 124/5 127/4 127/9 127/14
132/6
admiral's [1]   122/24
admirals [3]   129/10 129/12 130/25
admission [20]   146/23 148/15 152/2 152/7
152/10 152/24 153/4 153/8 156/5 159/3
159/19 169/8 171/2 171/10 171/11 180/11
183/23 213/8 216/17 216/20
admissions [85]   1/3 1/21 42/12 42/19
42/23 56/12 83/2 85/5 123/11 141/11
141/16 142/1 147/14 147/22 149/22 149/7
151/21 152/4 152/5 153/12 156/9 156/11
156/18 156/23 157/11 164/20 165/2 165/4
165/18 168/20 169/5 170/1 170/5 170/11
171/2 171/7 172/7 172/8 172/9 172/18
173/9 173/12 173/19 174/18 174/22 175/3
175/13 177/4 178/5 178/17 181/13 181/24
184/6 184/8 184/16 186/11 187/5 187/19
207/13 207/18 207/20 208/19 208/21
213/13 214/2 214/20 214/23 214/24 215/8
215/23 216/6 216/12 217/10 218/13 220/7
220/8 220/10 220/21 220/23 220/23 222/4
222/25 223/24 226/18 226/19
admit [10]   146/21 170/18 170/19 173/2
173/21 215/18 217/21 218/6 218/22 219/4
admits [3]   183/18 210/3 210/4
admitted [6]   108/6 146/11 163/2 182/23
186/10 218/18
admitting [1]   43/18
adopted [3]   84/22 141/21 169/17
adoption [2]   138/13 149/19
advanced [1]   136/12
advancement [1]   44/2
advancing [1]   47/10
advantage [7]   15/22 116/15 17/16 104/1
106/24 121/3 180/14
advantages [4]   17/19 17/20 19/5 21/2
adverse [7]   21/16 33/21 33/23 34/10
35/10 165/7 165/10
advice [1]   119/1
advisors [1]   32/11
advocating [2]   131/5 131/6
affairs [1]   43/9
affect [17]   12/22 16/13 20/1 27/13 28/20
36/9 37/14 79/9 85/17 87/9 87/11 88/10
90/14 133/2 141/16 170/25 215/8
affecting [1]   134/11
affects [2]   54/10 171/11
affirmative [5]   44/8 46/22 47/3 47/9
185/16
Afghan [2]   48/24 49/3
Afghanistan [8]   29/25 37/4 37/7 38/11
38/18 48/21 76/5 77/21
Africa [4]   34/15 35/2 46/17 64/24
African [28]   35/25 45/15 46/11 46/21
46/24 48/11 49/14 49/16 64/7 64/22 66/12
66/15 66/16 66/23 82/15 83/23 84/4 84/6
84/12 109/13 113/20 114/9 117/19 221/15
221/16 221/24 221/24 222/1
African-led [1]   66/16
after [18]   14/8 35/25 80/3 82/13 93/16
94/4 94/6 94/10 129/9 129/10 135/7
135/10 139/14 163/3 185/25 203/17 214/17
229/13
after-action [1]   14/8
afternoon [8]   89/24 123/8 123/9 132/19

235

**A**

**afternoon [4]** 145/12 172/13 188/20

**afterwards [1]** 117/18

**again [68]** 3/23 7/15 7/20 9/7 9/10 9/24 9/4 11/6 15/20 17/25 18/6 18/14 19/13 27/23 27/23 29/8 30/6 30/8 32/24 32/25 33/3 33/15 33/18 38/10 38/21 40/3 40/4 40/23 43/3 50/25 55/8 68/12 75/7 88/3 95/13 105/15 105/16 106/7 106/9 107/14 107/22 112/15 114/1 115/5 116/14 118/5 118/24 125/16 127/9 128/13 151/17 152/20 154/6 154/15 156/6 160/8 163/1 163/9 175/20 187/21 189/11 194/19 197/17 210/23 218/4 227/4 230/1 231/13

**against [18]** 4/23 6/11 6/14 6/25 9/14 16/2 22/23 37/19 63/14 63/19 67/9 72/8 81/5 113/21 171/24 171/25 214/20 222/25

**aggregate [1]** 218/25

**ago [5]** 102/1 117/16 138/3 208/12 224/22

**agree [39]** 42/11 42/13 43/1 43/7 43/18 44/22 49/7 49/25 56/22 57/25 64/14 68/8 68/13 69/20 71/6 74/7 77/9 77/23 78/2 78/10 79/4 83/22 104/23 106/4 107/18 124/22 152/7 152/10 153/11 157/1 158/2 165/6 167/4 168/13 170/11 179/11 186/18 206/15 219/4

**agreed [11]** 50/15 160/7 170/20 183/6 194/16 194/17 194/23 195/8 205/10 208/15

**agreeing [1]** 59/4

**agreement [7]** 43/17 157/14 170/17 194/20 202/2 202/4 204/17

**agrees [3]** 157/9 157/18 165/9

**ahead [5]** 43/23 86/15 123/4 189/8 197/6

**air [14]** 76/25 77/2 94/22 97/2 97/4 98/5 98/12 98/16 98/18 99/6 99/24 100/7 102/11 131/10

**aircraft [2]** 92/20 97/2

**airline [1]** 139/11

**airlines [1]** 138/20

**AL [1]** 1/6

**Alaska [1]** 176/14

**alienated [1]** 48/1

**all [127]** 4/11 6/2 8/11 10/3 15/4 19/10 20/10 21/24 22/8 23/4 24/12 26/23 32/23 42/1 46/4 48/9 48/19 50/17 50/22 52/11 53/4 54/13 56/13 59/18 60/4 60/13 61/15 65/5 69/11 70/24 71/3 72/17 73/4 74/23 78/25 82/12 82/14 83/18 83/22 85/3 86/6 87/10 87/17 87/23 89/2 89/3 89/6 91/6 92/7 93/1 93/1 95/1 97/13 97/17 99/19 100/20 104/3 105/3 106/20 106/23 110/10 110/10 112/13 114/4 114/8 115/7 117/13 119/9 120/2 120/11 120/14 121/9 123/14 127/14 127/24 130/25 131/8 131/22 132/6 132/16 132/19 135/3 141/21 141/22 144/18 146/25 146/25 147/5 147/17 148/22 158/25 161/11 169/19 176/7 176/22 177/11 177/15 181/17 182/8 185/1 185/18 189/1 190/20 192/14 192/18 194/7 197/6 197/23 203/17 210/19 210/22 210/24 211/23 212/12 212/13 213/22 215/23 217/4 221/14 221/23 226/16 227/25 228/5 228/14 230/23 232/8 232/9

**all-volunteer [1]** 117/13

**allegation [2]** 222/13 223/8

**alleged [1]** 26/14

**Allied [1]** 72/8

**allies [1]** 35/5

**allow [4]** 25/23 75/13 185/17 201/8

**allowed [4]** 49/3 70/3 70/12 204/8

**ally [1]** 35/6

**almost [5]** 10/7 33/14 152/19 153/7 188/7

**alone [1]** 68/14 115/10 208/4

**along [4]** 9/16 12/1 13/19 54/2

**already [11]** 24/24 28/11 128/15 146/10 159/12 160/8 165/5 211/7 211/12 211/16 212/16

**also [88]** 1/21 8/22 9/1 14/12 16/9 18/10 21/5 23/3 24/15 32/13 37/12 39/20 41/15 42/6 44/3 47/23 48/15 62/15 64/6 66/11 67/20 68/25 69/11 69/12 72/6 74/13 78/22 87/17 88/6 91/3 91/18 92/24 93/17 94/8 94/14 94/24 98/1 99/7 100/16 106/13 107/10 108/17 110/11 111/15 114/22 117/20 118/14 118/19 118/23 119/23 119/24 121/2 121/21 122/2 123/3 123/23 136/11 136/12 138/2 142/2 148/22 150/3 150/7 151/2 155/21 159/8 160/22 162/10

164/11 165/3 165/9 166/4 167/10 167/12 167/13 172/15 173/23 176/3 187/5 200/16 204/4 205/10 209/16 210/9 210/11 210/17 218/7 218/11

**alter [1]** 183/16

**alternative [9]** 10/12 10/16 63/17 79/8 82/1 136/24 178/10 178/23 178/25

**alternatives [3]** 137/4 137/19 143/18

**although [4]** 65/23 68/24 177/19 182/4

**Altonji [2]** 160/17 162/3

**alumni [1]** 203/15

**always [4]** 111/9 111/10 111/17 140/4

**am [7]** 48/6 61/9 90/20 97/23 109/5 126/17 188/23

**ambassador [1]** 84/12

**ambassadors [1]** 120/3

**ameliorate [6]** 208/22 209/8 209/14 210/14 210/18 210/21

**ameliorative [1]** 212/17

**amenable [4]** 156/8 159/25 167/25 168/16

**America [8]** 69/21 81/13 83/6 104/18 106/20 106/21 106/24 164/5

**American [26]** 11/19 14/25 32/12 35/24 35/25 37/7 49/14 69/18 82/16 83/24 84/4 84/6 84/12 109/4 113/20 116/6 117/20 120/13 122/2 144/25 144/25 176/14 221/15 221/24 221/24 222/1

**American/Black [1]** 35/25

**Americans [25]** 15/9 74/8 74/10 74/16 74/18 74/20 82/15 82/15 83/23 83/24 86/23 114/9 120/6 120/7 120/8 120/10 120/18 164/12 164/13 165/7 165/10 176/16 179/17 221/16 221/21

**among [14]** 21/7 22/14 22/17 24/18 51/18 54/2 57/7 62/4 75/8 85/22 164/7 171/8 176/7 181/17

**amount [9]** 35/23 147/21 148/19 154/7 154/8 179/19 195/18 230/3 230/5

**amphibious [3]** 92/25 93/18 100/24

**amphibs [1]** 92/25

**analogous [6]** 36/8 36/13 36/16 39/6 39/8 60/4

**analyses [1]** 182/24

**analysis [55]** 3/22 5/9 8/4 9/6 43/14 45/12 45/13 53/24 70/17 74/22 77/4 78/15 78/20 88/10 135/22 136/16 136/23 139/25 140/1 140/3 140/10 141/2 143/2 144/11 145/6 145/7 152/6 156/8 158/3 159/25 162/20 168/1 168/16 170/7 182/11 182/13 182/14 182/15 182/20 182/22 182/23 182/23 183/8 183/9 183/12 183/13 185/15 186/9 188/11 197/14 204/13 212/5 213/9 217/5 225/11

**analytical [2]** 136/4 159/1

**Analytics [1]** 25/7

**analyze [3]** 136/5 140/6 157/8

**analyzed [1]** 137/9

**ancient [1]** 17/12

**ANDERSON [1]** 1/15

**ANDREW [1]** 1/18

**anniversary [1]** 203/6

**annual [1]** 11/20

**anonymous [1]** 206/22

**another [17]** 16/2 17/11 23/2 25/8 37/15 93/14 117/25 120/1 120/25 125/3 161/15 170/19 180/12 180/15 198/10 200/4 222/9

**answer [8]** 64/20 65/2 159/21 190/23 193/8 206/1 206/13 215/15

**answered [1]** 65/1 90/9 205/10

**answers [1]** 26/24

**antagonisms [1]** 19/13

**anticipate [2]** 196/9 229/22

**anticipating [1]** 229/18

**antisubmarine [1]** 100/11

**any [88]** 12/22 19/19 28/7 31/24 35/10 45/12 47/13 48/9 48/13 49/10 49/13 50/8 57/13 67/8 67/12 67/23 68/9 69/25 70/7 71/2 75/13 77/6 77/12 85/4 85/7 85/12 85/16 85/20 85/22 85/25 86/7 88/17 95/12 99/16 102/9 112/18 113/5 113/10 115/16 117/14 120/23 126/8 126/19 126/20 126/23 131/5 131/13 131/23 135/17 136/8 138/8 140/24 141/10 141/13 143/7 144/13 144/24 145/21 150/22 151/12 161/17 166/7 176/6 176/12 176/17 176/22 176/22 177/14 180/14 180/22 186/9 190/9 199/1 199/8 199/12 199/17 200/1 201/12 204/10 219/18 220/22 225/25 226/4 227/5 228/3 229/18 229/21 230/14

**anybody [2]** 49/10 91/20

**anybody's [1]** 49/8

**anyone [7]** 42/16 42/18 88/20 91/15 124/5 124/16 221/7

**anything [20]** 10/17 12/4 12/24 42/21 44/25 79/1 96/5 97/9 97/18 125/23 131/25 132/3 152/3 154/4 155/6 155/20 183/10 201/15 205/17 220/21 231/22 232/1

**anyway [1]** 133/1

**anywhere [1]** 79/22

**apart [2]** 36/20 199/13

**apologize [1]** 48/5

**apparent [1]** 201/25

**apparently [5]** 195/19 196/16 201/5 201/6 201/13

**appear [2]** 8/5 69/16

**appearing [1]** 8/23

**appears [3]** 56/8 193/3 223/9

**appendix [5]** 62/25 63/2 63/5 63/7 63/13

**Appendix A [3]** 62/25 63/2 63/5

**applicant [16]** 156/21 166/17 171/11 173/16 173/23 175/7 176/6 176/7 177/5 177/6 182/1 184/6 184/10 185/18 218/25 221/18

**applicant's [1]** 218/24

**applicants [58]** 43/23 43/24 150/7 150/16 150/21 150/22 150/24 151/23 151/25 153/10 154/13 159/8 164/10 164/23 165/14 171/9 171/12 171/24 172/20 175/5 176/10 176/18 177/9 177/10 177/19 177/20 178/9 178/11 178/20 179/16 180/5 180/20 180/21 180/24 180/25 181/2 181/3 181/5 181/5 181/16 181/17 181/18 181/22 181/23 181/24 186/16 187/1 187/7 187/24 187/25 188/7 210/25 211/11 220/15 221/23 221/24 221/25 222/2

**applicants' [1]** 154/9

**application [5]** 135/21 150/23 162/17 174/21 207/19

**applications [1]** 154/9

**applied [4]** 140/1 140/7 140/8 203/9

**apply [5]** 90/23 91/10 115/1 119/1 157/7

**applying [1]** 142/19

**appointments [3]** 171/9 172/22 215/11

**approach [11]** 18/10 63/20 75/8 106/2 162/11 162/23 163/2 163/5 171/20 185/3 185/9

**appropriate [1]** 226/20

**Appropriations [1]** 105/13

**approved [1]** 121/9

**approximately [1]** 144/4

**approximates [1]** 37/2

**Arabian [1]** 121/1

**arbitrarily [2]** 150/7 220/14

**arbitrary [2]** 176/5 177/17

**Arcidiacono [91]** 145/6 147/15 148/3 148/7 149/23 150/6 151/11 151/22 153/7 153/12 153/22 153/24 154/11 154/18 155/15 155/18 156/1 156/10 157/1 157/7 157/14 158/2 158/11 159/1 160/2 160/15 160/25 162/7 162/10 162/25 163/5 164/9 165/6 165/20 165/22 166/4 166/14 166/18 167/5 167/9 167/19 168/3 168/6 168/13 169/16 170/11 170/19 170/23 171/16 172/3 172/11 172/23 173/10 174/8 174/11 174/24 175/9 177/18 177/23 178/1 179/7 179/11 180/1 180/22 181/11 182/4 182/10 182/19 183/4 183/15 184/15 185/7 185/9 186/1 186/7 186/18 205/21 207/8 207/25 208/7 208/11 209/19 211/6 212/15 213/12 216/16 220/9 220/14 227/9 227/12 227/23

**Arcidiacono's [35]** 145/9 147/10 147/12 148/15 148/17 149/4 150/5 150/14 151/3 151/4 152/14 154/10 155/7 155/12 156/6 157/21 158/8 158/14 158/17 159/18 163/21 168/12 168/24 169/7 171/20 175/22 178/21 184/18 207/13 211/14 212/4 212/11 213/7 215/7

**are [253]**

**area [7]** 37/15 43/9 59/21 62/15 97/16 112/4 132/10

**areas [12]** 36/20 38/5 38/5 38/22 38/24 95/10 95/10 95/12 95/22 130/8 130/8 144/10

**aren't [1]** 130/9

**argument [5]** 12/6 38/20 225/14 225/15 231/16

**arguments [1]** 67/15

**arise [1]** 80/16

**Arleigh [1]** 96/14

**armies [22]** 3/18 7/8 7/12 7/18 7/19 8/15

**A**

**armies...** [1] 9/9 13/21 16/1 16/3 16/24 17/11 19/17 39/19 40/8 41/15 78/7 88/8
**arms** [1] 16/6
**army** [67] 3/24 4/3 4/6 4/18 4/20 5/4 5/5 6/5 6/6 6/9 6/10 6/16 6/19 6/22 6/25 7/4 7/11 8/11 8/19 9/9 9/13 9/17 9/20 10/1 10/8 13/5 13/12 13/23 13/25 14/9 14/14 15/2 16/17 16/19 18/24 20/12 31/21 35/17 38/17 45/4 45/15 49/3 68/22 69/6 70/4 70/8 70/10 70/13 70/16 71/7 71/16 71/23 72/2 75/1 75/1 75/2 77/20 98/5 98/10 99/6 102/12 123/24 123/25 124/1 129/3 129/9 131/10
**army's** [2] 4/2 48/24
**Army-Navy** [3] 123/24 123/25 124/1
**around** [7] 32/6 91/14 94/11 95/11 132/10 138/2 202/24
**array** [1] 114/16 114/18 114/20
**arrest** [2] 15/3 15/8
**art** [1] 155/22
**article** [13] 45/22 45/22 45/25 46/6 46/8 61/20 160/19 162/25 163/1 163/4 163/15 163/16 186/2
**articles** [2] 12/3 61/12
**artificial** [2] 176/4 178/24
**artillery** [1] 16/4
**as** [263]
**ashore** [4] 97/10 97/12 98/15 120/4
**Asian** [5] 25/22 74/18 82/15 83/23 179/17
**Asians** [2] 176/17 176/17
**aside** [1] 208/11
**ask** [11] 15/23 28/16 55/8 59/18 60/13 64/25 68/11 123/16 127/12 142/6 196/4
**asked** [15] 12/16 12/25 64/17 86/20 87/17 88/6 102/11 135/5 160/6 194/5 205/3 205/7 205/8 205/9 205/25
**asking** [5] 51/1 56/25 206/4 206/6 212/22
**asks** [1] 24/19
**aspect** [3] 20/7 48/24 106/25
**aspects** [3] 10/14 19/22 226/25
**assault** [2] 66/21 92/25
**assess** [10] 32/8 82/10 101/4 138/25 145/6 161/8 182/11 182/16 212/24 225/4
**assessed** [1] 187/21
**assessing** [5] 138/11 142/20 142/21 147/13 173/2
**assessment** [3] 11/1 115/16 204/24
**asset** [1] 105/2
**assign** [6] 4/13 4/15 5/23 31/5 31/15 31/17
**assigned** [5] 5/1 31/20 31/22 150/7 177/11
**assigning** [1] 32/22
**assignment** [5] 145/5 176/4 177/17 178/24 225/3
**assignments** [1] 140/24
**assigns** [1] 220/15
**assistant** [1] 94/4
**associate** [1] 67/6
**associated** [1] 8/21
**association** [4] 11/20 67/8 144/25 145/1
**associations** [1] 144/24
**assume** [21] 31/3 49/10 49/14 66/8 77/9 77/15 90/16 124/5 124/9 124/13 124/17 125/3 125/11 125/20 125/21 160/21 161/10 163/13 171/23 202/24 209/13
**assumes** [4] 149/20 169/22 184/15 184/24
**assuming** [1] 172/4
**assumption** [26] 84/22 115/22 124/12 124/15 125/15 125/24 149/21 159/7 159/7 160/7 160/9 160/10 160/12 160/14 160/20 161/8 162/2 162/5 162/8 162/21 163/10 169/20 172/6 172/11 172/12 175/15
**assumptions** [12] 30/21 30/25 139/1 139/6 143/11 161/1 169/16 170/8 184/1 186/15 187/6 215/7
**atomic** [1] 77/6
**atrophy** [1] 47/23
**attack** [2] 200/21 201/11
**attempt** [2] 101/16 162/7
**attempted** [1] 172/25
**attend** [2] 134/5 135/9
**attended** [1] 135/10
**attention** [1] 201/21
**attenuation** [1] 166/20
**attitude** [1] 38/7
**attitudes** [1] 38/8
**attract** [1] 105/23

**attributable** [3] 148/22 153/9 155/4
**attribute** [1] 165/17
**attributed** [2] 15/15 155/9
**attributes** [8] 154/12 154/13 166/17 167/21 179/8 184/10 184/21 185/18
**attributing** [2] 152/17 168/3
**attribution** [1] 167/18
**attrition** [1] 128/14
**attuned** [1] 10/23
**audit** [1] 10/23
**authorities** [3] 82/21 83/7 99/5
**authority** [1] 122/17
**auxiliary** [1] 17/6
**available** [2] 32/2 222/4
**average** [14] 9/22 75/2 110/23 164/13 166/4 166/5 166/6 167/12 178/2 178/8 178/14 178/20 179/2 182/22
**aviation** [2] 92/21 98/12
**avoid** [2] 18/9 133/1
**awarded** [1] 135/11
**awards** [5] 11/18 95/21 95/21 95/24 96/4
**aware** [2] 50/8 72/15
**away** [7] 8/14 21/3 159/20 208/5 208/10 212/9 212/13
**axis** [3] 9/16 9/17 9/19

**B**

**bachelor's** [1] 135/6
**back** [49] 8/14 13/9 13/24 15/10 15/18 21/13 31/14 32/24 33/18 36/6 49/19 49/19 56/13 56/13 57/5 58/10 60/2 60/2 67/19 71/22 73/4 74/25 80/4 88/21 101/1 102/4 111/2 112/15 119/8 123/3 128/17 132/10 132/11 134/19 134/25 136/21 148/24 153/11 154/15 182/21 196/6 202/13 203/19 204/2 205/12 207/23 216/3 221/14 228/8
**background** [6] 46/9 46/10 90/18 138/8 141/6 168/11
**backgrounds** [2] 104/22 217/23
**backing** [1] 122/13
**backup** [3] 195/7 195/20 195/21
**badge** [2] 97/20 97/20
**balance** [1] 130/19
**balancing** [9] 151/9 187/12 187/14 187/20 222/11 222/14 223/3 223/9 223/13
**ballistic** [1] 100/10
**Baltimore** [1] 1/6
**ban** [1] 185/16
**Bancroft** [1] 126/5
**band** [16] 71/7 71/20 71/21 71/23 72/2 75/5 75/16 75/20 78/3 78/6 78/8 84/25 85/2 110/18 110/21 112/15
**bands** [4] 33/4 33/12 71/7 83/11
**Bangladesh** [1] 64/3
**bar** [7] 153/3 153/5 154/6 178/19 178/22 178/23 209/14
**barely** [1] 14/10
**base** [3] 56/23 59/7 99/18
**based** [25] 81/3 98/10 98/11 101/12 107/3 118/9 125/12 126/4 126/11 126/17 126/19 126/20 126/23 126/25 136/23 147/19 156/9 161/14 161/18 162/20 164/1 186/24 188/11 210/15 212/25
**bases** [1] 16/16
**basic** [3] 6/16 68/22 137/12
**basically** [9] 4/17 5/22 12/12 14/7 27/17 32/10 41/18 74/4 130/4
**basis** [13] 17/14 46/13 49/14 158/14 159/6 160/10 160/13 162/5 164/18 171/10 187/18 206/12 208/4
**battalion** [1] 94/3 102/12
**battalions** [1] 46/13
**batteries** [1] 24/19
**battle** [4] 4/3 4/21 77/25 87/2
**battlefield** [36] 3/20 6/3 7/22 8/3 8/13 8/16 10/6 11/10 13/12 15/3 16/6 16/13 17/21 17/23 18/4 18/5 18/16 19/22 20/1 20/8 21/20 21/22 22/10 23/9 23/10 23/20 33/22 34/1 35/5 36/4 68/10 68/15 68/18 78/8 78/11 85/18
**battles** [6] 3/18 13/3 76/13 76/18 76/25 88/8
**BCA** [1] 151/23
**be** [196] 5/1 5/5 6/19 8/18 8/23 10/1 12/4 13/10 13/10 16/4 18/9 19/24 22/22 23/8 23/10 24/15 27/10 28/17 29/17 30/20 30/22 32/22 32/24 32/25 35/6 35/8 36/22 37/17 40/2 40/4 41/8 50/13 51/16 52/3 52/20 54/18 57/2 58/1 59/2 59/5 59/8 60/6 65/18 65/20 66/2 66/24 67/5 67/17

**attributes** [8] 154/12 154/13 166/17 167/21 179/8 184/10 184/21 185/18

69/8 70/6 70/15 70/19 70/23 71/8 73/18 73/19 73/22 74/5 74/7 74/16 76/9 76/11 77/3 79/7 80/24 83/21 86/13 87/13 87/15 88/4 89/6 89/11 99/15 99/20 99/23 100/3 100/8 100/14 100/16 101/25 102/10 102/15 103/16 103/18 105/4 105/15 108/1 111/4 111/10 111/16 111/16 111/17 113/6 113/22 115/7 115/8 115/8 115/24 117/1 117/4 117/9 117/23 119/10 119/12 119/12 119/12 119/19 119/21 121/20 121/23 122/23 124/22 124/22 125/6 125/7 125/7 125/11 125/18 128/5 130/22 130/22 130/25 130/25 131/9 131/15 132/19 145/23 145/24 146/21 147/5 148/21 153/8 154/1 154/8 156/7 159/9 159/19 160/1 160/3 160/9 161/5 161/22 161/24 162/18 164/5 165/6 165/14 165/17 168/22 170/8 174/6 175/18 177/6 177/15 179/14 182/24 183/13 184/11 185/21 186/10 186/15 186/16 187/8 188/2 200/3 200/8 202/1 208/7 211/6 211/23 212/8 212/15 213/6 215/8 215/11 218/22 219/25 220/1 228/15
**bears** [1] 221/4
**became** [4] 35/21 74/2 95/3 112/23
**because** [91] 12/24 14/2 14/3 26/4 32/18 37/2 39/4 41/16 51/5 51/15 60/7 67/3 68/25 69/24 69/24 70/12 75/7 81/1 82/3 86/9 88/3 91/9 97/6 100/11 100/22 101/22 102/9 109/19 111/18 113/25 114/8 117/5 117/6 117/7 119/20 120/3 120/6 122/8 125/20 125/22 126/6 127/1 138/4 140/5 141/20 142/19 148/19 149/10 150/21 152/9 154/3 155/1 155/14 156/6 157/15 158/16 158/20 159/15 159/24 166/14 168/13 170/8 173/20 175/16 177/8 177/13 177/14 180/19 181/11 181/17 183/1 185/21 186/14 187/3 187/5 188/2 200/3 200/8 202/1 208/7 211/6 211/23 212/8 212/15 213/6 215/8 215/11 218/22 219/25 220/1 228/15
**Becerra** [1] 84/19
**become** [5] 8/22 36/1 70/21 99/18 118/10
**becomes** [2] 6/17 173/23
**becoming** [1] 36/21
**beds** [1] 215/15
**been** [52] 11/16 11/17 11/22 11/25 12/4 16/24 17/11 20/19 22/14 23/13 27/2 34/6 35/20 38/10 38/17 42/14 43/23 47/4 66/18 87/24 92/7 95/14 100/21 110/11 119/10 121/1 123/25 128/10 128/15 129/6 134/1 134/2 138/2 139/20 144/1 144/10 144/18 144/21 145/16 146/3 146/7 146/24 147/1 150/18 152/19 173/22 194/10 198/9 201/13 208/25 214/5 225/6
**before** [24] 1/9 42/9 42/16 88/21 96/8 100/5 102/4 102/22 105/8 105/12 115/8 121/7 123/11 126/9 142/24 143/22 147/9 184/19 194/11 194/14 214/6 225/16 228/8 232/4
**begin** [7] 8/8 9/5 40/25 180/19 182/18 183/24 187/3
**begins** [2] 8/12 13/21
**behalf** [3] 1/12 1/17 144/19
**behavior** [2] 65/19 139/12
**behavioral** [1] 65/14
**behaviors** [9] 6/19 8/13 8/19 8/21 8/22 9/8 10/6 10/8 10/11
**behind** [2] 14/5 217/5
**being** [33] 17/1 20/24 38/13 38/21 51/7 66/24 67/4 72/25 78/3 84/22 87/9 87/10 93/5 94/2 98/8 100/17 114/22 120/1 126/12 136/20 150/19 158/13 166/10 168/15 171/19 173/3 175/14 180/24 182/9 196/16 200/21 211/16 229/12
**belief** [2] 22/8 43/22
**beliefs** [1] 85/18
**believe** [60] 11/25 16/14 20/14 38/5 39/14 39/20 40/2 40/7 44/19 45/15 47/16 48/5 48/18 49/13 49/21 51/18 51/23 52/14 53/1 53/2 53/14 54/12 61/3 61/10 64/11 65/5 65/7 65/20 66/2 66/9 68/2 69/23 71/14 71/15 72/22 72/24 73/2 73/14 78/6 79/24 80/10 81/24 84/10 88/12 88/24 103/24 116/18 118/15 119/3 128/4 148/17 148/25 149/1 149/6 155/12 158/10 171/2 197/10 215/18 226/20
**believed** [1] 186/21

**B**

believes [1] 131/21
believing [1] 22/11
bell [2] 134/13 134/22
belong [1] 176/12
belonging [1] 175/7
below [10] 6/5 7/6 7/7 7/9 7/13 7/19 9/10 14/20 44/23 71/16
bench [2] 200/8 200/12
benefit [2] 115/25 116/8
benefits [1] 44/14
BENNETT [1] 1/9
Berkeley [1] 213/17
besides [1] 35/11
best [16] 8/12 8/17 38/6 78/8 92/18 104/18 106/11 106/19 107/15 107/15 109/23 112/20 117/8 120/16 202/17 230/19
bet [1] 116/5
better [14] 36/25 49/15 75/17 112/25 113/7 113/7 115/12 115/18 134/15 134/20 189/17 190/17 228/17 228/18
between [39] 3/19 5/5 5/25 10/10 10/25 23/1 23/3 29/18 30/1 33/14 34/13 52/3 62/16 78/15 93/25 97/8 97/14 98/5 98/18 99/2 99/22 110/10 110/15 115/14 124/25 125/25 150/6 154/16 159/22 173/8 176/2 176/3 188/6 194/20 195/16 195/24 203/7 226/17 227/3
beyond [7] 33/22 33/22 33/23 34/11 35/11 79/5 162/4
beyond combat [1] 35/11
bias [30] 62/10 63/14 63/19 67/3 67/5 67/8 154/4 154/16 154/20 155/23 155/25 158/4 158/7 158/8 158/15 159/14 159/18 159/19 163/2 163/21 163/24 168/18 168/22 169/5 207/24 208/8 208/8 208/17 212/10 212/12
biased [18] 62/23 64/12 65/18 148/8 148/9 148/16 148/18 149/1 155/13 157/16 157/19 158/22 159/3 159/16 166/25 179/12 183/23 213/11
biases [2] 113/21 114/7
Biden [1] 190/8
big [3] 10/14 30/10 125/25
bill [3] 191/10 191/25 196/15
billed [7] 190/12 190/19 191/3 191/12 191/14 192/17 194/21
billet [1] 97/19
billets [1] 93/10
billing [6] 193/6 193/25 194/2 195/5 195/17 196/14
bills [1] 191/21
binary [12] 136/18 136/20 137/1 137/3 137/17 142/23 143/18 214/22 218/13 219/24 225/17 225/20
binder [1] 79/19
biological [1] 94/24
bit [23] 12/9 28/5 44/20 45/6 55/21 59/18 60/13 68/6 70/15 75/17 75/22 79/5 81/17 90/18 92/6 104/10 110/1 122/3 134/21 155/9 182/8 203/17 203/18
black [69] 25/22 35/25 54/3 54/6 55/23 56/2 56/2 56/3 57/19 58/12 58/18 58/19 58/20 58/25 59/1 70/5 70/7 70/21 73/18 124/5 129/9 129/12 150/7 153/10 150/22 151/23 152/8 153/5 153/10 154/8 154/13 162/14 162/17 164/9 164/12 165/6 165/10 165/14 167/11 176/8 176/9 177/6 177/7 177/9 177/9 177/10 177/11 178/8 178/12 178/17 178/20 179/16 179/21 180/23 181/3 181/5 181/10 181/13 181/16 181/24 187/24 187/25 188/6 212/7 220/17 220/17 221/21 221/21
Blacks [5] 46/12 47/4 47/11 164/4 221/20
blank [1] 23/14
blend [2] 120/19 178/25
blended [1] 178/12
blends [1] 220/14
blocking [6] 6/13 7/24 14/4
blow [3] 25/11 26/11 28/17
blown [1] 9/2
blue [7] 9/22 10/21 36/19 153/3 154/6 178/19 188/5
BLUM [1] 1/21
blunder [1] 111/11
blunt [2] 210/20 211/3
board [8] 55/7 55/11 93/17 94/25 100/23 117/9 121/5 121/8
boarded [1] 121/20
boarding [1] 121/6

body [1] 217/22
Bolsheviks [2] 35/21 35/22
bolshevism [1] 35/22
bomb [1] 77/6
bonds [4] 23/12 23/25 24/4 86/2
bonus [6] 18/1 21/4 44/17 44/21 44/24 50/17
bonuses [1] 18/22
book [12] 11/11 12/5 13/1 22/20 30/14 41/15 42/2 42/7 45/9 68/17 80/22 114/7
born [3] 15/5 15/7 175/5
borrowers [1] 204/22
both [20] 24/18 33/2 39/1 39/14 50/23 60/25 97/25 108/9 108/17 119/5 124/22 147/2 155/19 158/2 194/17 226/25 228/25 229/3 229/12 230/7
bottom [9] 9/13 9/15 9/16 25/11 26/11 52/11 58/9 62/20 216/5
Bove [2] 67/20 67/23
box [6] 9/8 9/12 9/15 9/25 26/11 116/6
boxes [1] 10/4
BP [1] 8/1
breach [1] 204/16
breadth [1] 88/8
break [11] 23/3 23/6 86/10 86/13 87/7 123/1 125/1 188/20 188/24 230/18 230/21
breakdown [1] 42/3
breaking [1] 78/23
BRIAN [1] 1/24
brief [2] 86/9 125/3
briefly [4] 3/23 86/8 175/20 201/18
bring [7] 45/22 48/12 61/11 79/18 100/18 109/20 202/13
bringing [2] 81/15 205/14
British [5] 13/13 13/24 14/7 14/10 14/11
broad [10] 124/12 124/15 124/21 125/14 125/24 140/20 156/15 165/25 166/5 166/15
broader [2] 45/6 156/9
Broadly [2] 43/11 125/6
brothers [1] 91/2
brought [2] 69/18 199/23
BRUCE [1] 1/22 221/8
Buck [2] 221/8 222/5
bucket [1] 177/16
build [7] 13/22 23/19 23/24 104/2 104/7 104/17 106/24
builders' [1] 63/19
building [4] 22/16 105/3 105/19 106/7
builds [1] 14/4
built [2] 13/11 41/11
bullets [1] 103/10
bunch [1] 41/18
Bureau [1] 164/2
Burke [1] 96/15
Burke-class [1] 96/15
Burkina [3] 64/7 64/23 65/2
Bush [1] 94/8
business [1] 140/18
busy [2] 123/18 123/19
buy [2] 21/3 165/16
buy-in [1] 21/3

**C**

C2 [1] 101/5
cabinet [2] 32/11 32/18
caches [1] 121/7
calculate [6] 4/5 30/14 30/17 30/24 79/15 81/2
calculated [4] 3/24 79/24 168/22 178/6
calculation [4] 5/2 80/7 80/24 82/1
California [1] 144/7
call [7] 89/8 121/8 129/18 228/25 229/1 229/3 229/13
called [12] 11/22 13/9 13/14 13/17 15/9 32/3 88/21 94/1 133/25 155/23 228/8 229/12
calling [2] 229/3 229/8
calls [3] 5/17 34/17 122/15
came [5] 64/19 65/6 65/8 224/13 225/1
CAMERON [1] 1/14
campaign [4] 72/12 76/9 76/11 77/2
campaigns [1] 76/1
can [152] 8/15 9/1 11/5 13/8 15/19 16/13 17/22 18/1 18/8 18/9 18/15 18/18 18/24 19/1 19/14 19/16 19/24 20/1 20/18 20/25 21/3 21/7 21/9 22/1 22/4 22/25 23/9 23/12 23/24 24/19 25/10 25/11 26/17 27/13 28/20 28/22 28/23 30/12 32/1 32/8 33/3 33/17 33/18 33/23 33/25 34/11 35/11 36/9 36/14 36/25 37/1 37/14 43/16 43/19

44/8 44/13 44/20 46/5 48/20 52/7 54/17 55/21 57/25 58/8 59/10 60/1 62/18 63/9 67/7 72/5 72/16 73/4 74/7 77/24 78/1 82/7 86/10 89/12 89/15 93/1 97/7 98/17 103/17 104/19 105/4 106/11 106/21 106/23 108/1 110/9 110/15 112/20 118/7 118/10 118/20 119/11 119/12 119/12 119/17 123/16 132/9 132/12 133/1 134/17 134/21 138/16 140/11 140/18 150/11 151/17 152/1 152/20 153/8 154/4 154/8 155/9 155/11 156/7 159/1 161/10 161/11 163/20 164/5 169/2 169/12 174/6 174/24 175/20 177/5 177/20 177/25 179/23 181/8 181/22 182/24 184/12 186/14 189/17 192/8 194/9 197/24 198/3 198/18 203/19 209/16 212/2 214/7 216/7 216/8 228/6 230/23
can't [23] 99/16 99/18 109/20 115/23 125/1 128/17 128/18 132/21 133/3 144/4 168/10 169/25 187/3 209/10 209/12 215/17 215/18 215/25 219/24 223/5 224/4 224/5 225/25
candidate [10] 109/23 161/10 170/18 170/19 173/2 177/18 180/11 180/12 217/9 219/8
candidates [16] 109/22 149/11 152/8 153/4 153/5 161/12 161/14 162/17 173/3 174/7 174/20 176/4 178/24 181/10 220/17 227/4
cannot [11] 19/4 48/5 49/10 148/21 160/1 160/3 160/9 166/22 170/8 175/18 208/21
canon [1] 16/25
capabilities [1] 77/20
capability [1] 105/23
capable [1] 198/2
capacity [8] 182/15 183/7 183/9 183/11 185/15 186/2 211/21 212/4
capital [1] 38/22
captain [13] 96/18 96/19 99/19 129/18 129/19 228/22 228/24 229/6 229/8 229/13 230/8 231/2 231/9
capture [2] 71/3 155/7
captured [1] 80/17
captures [1] 78/22
car [1] 132/12
Card [18] 213/16 213/21 213/22 213/24 214/1 214/18 214/19 214/22 218/13 218/20 219/12 219/16 219/23 220/5 225/10 225/22 226/14 227/9
Card's [7] 214/10 215/14 215/22 216/4 217/4 217/19 225/8
career [11] 41/4 41/6 92/6 95/5 109/21 112/19 117/14 120/23 142/10 144/15 144/23
careful [1] 70/15
cares [3] 218/17 219/13 220/1
Carl [2] 94/16 101/10
CARMICHAEL [9] 1/18 89/7 89/21 103/16 108/9 122/21 131/25 231/3
Caroline [1] 226/2
carrier [8] 94/15 96/10 96/23 96/24 97/2 97/2 97/7 101/8
carriers [3] 21/1 21/9 92/20
carry [4] 18/5 40/8 192/8 201/23
case [84] 15/17 22/19 25/7 27/24 41/13 44/7 47/10 48/10 48/11 53/9 53/15 56/9 66/14 67/16 81/19 86/25 125/12 136/16 136/19 137/4 137/17 138/9 138/14 138/20 141/17 141/24 142/7 142/16 143/8 143/16 143/19 144/21 145/3 145/8 145/13 146/5 147/11 148/1 148/13 149/16 149/19 149/21 150/2 150/15 152/23 153/10 154/24 161/1 162/14 169/14 169/21 170/20 175/14 175/21 178/5 178/7 178/17 182/3 185/10 186/1 187/24 190/11 190/18 191/2 193/3 193/11 194/11 194/16 200/16 201/12 203/12 203/14 204/10 214/10 214/20 215/22 216/24 219/13 223/16 226/15 226/24 227/10
cases [7] 4/12 31/12 39/15 111/19 112/9 142/9 143/17
cast [1] 51/14
caste [2] 45/6 45/7
castes [3] 45/3 51/10 51/11
casualties [4] 6/22 7/13 111/11 111/16
categories [3] 74/4 176/16 220/15
categorization [11] 150/5 175/23 175/25 176/6 176/13 176/23 177/17 177/22 178/10 178/21 178/23
categorized [6] 176/9 176/11 176/17 176/18 177/9 177/15

**238**

**C**

categorize [1] 231/23
categorizing [1] 150/10
category [8] 74/5 165/25 177/8 177/11 177/12 177/14 177/19 178/11
CATHERINE [1] 1/18
Caucasus [1] 73/11
causal [2] 154/23 168/2
cause [1] 43/24
causes [2] 15/2 111/11
caution [1] 185/21
cautionary [3] 161/3 161/9 163/1
cautions [2] 162/3 163/5
central [4] 16/7 68/18 136/15 143/19
century [5] 13/10 51/10 51/11 79/3 131/3
CEO [1] 128/18
certain [5] 19/22 47/10 138/21 154/2 174/20
certainly [5] 14/16 20/8 73/18 131/17 201/11
certainty [1] 10/7
CERTIFICATE [1] 232/13
certifications [1] 99/20
certified [2] 95/14 233/4
certify [1] 233/6
cessation [3] 85/16 85/21 85/25
Chad [2] 64/7 65/3
chained [1] 14/8
challenge [1] 16/7
challenges [3] 39/16 104/20 106/18
challenging [3] 16/11 39/12 115/4
chance [1] 34/20
change [16] 30/1 30/3 46/17 46/23 73/23 88/14 184/7 184/8 184/10 184/16 188/4 188/6 207/19 207/20 216/17 218/25
changed [6] 101/12 101/14 101/16 101/17 101/18 216/25
changes [7] 59/4 71/2 101/24 111/17 185/24 208/22 225/11
changing [3] 70/19 113/10 208/19
characteristic [1] 173/21
characteristics [10] 26/14 118/23 159/9 160/21 160/23 161/16 173/1 173/5 174/22 211/11
characterization [4] 99/1 150/18 185/11 187/12
characterize [1] 108/24
characterizing [1] 156/20
charged [4] 192/19 193/4 195/6 204/21
chart [6] 152/1 154/5 154/6 181/21 187/23 188/5
check [2] 11/7 129/8
chemical [1] 94/23
Chicago [1] 37/22
chief [2] 93/15 118/3
child [1] 106/20
Chinese [4] 74/20 116/5 116/7 116/16
choice [7] 137/13 137/14 137/15 137/21 138/18 168/24 168/25
choices [1] 138/20
choose [1] 229/17
CHRIS [1] 1/20
Christopher [1] 160/17
chronology [1] 185/25
circles [1] 9/21
circumstance [1] 97/6
circumstances [5] 83/6 95/17 99/16 165/7 165/11
citations [1] 50/20
cite [10] 16/25 24/22 44/14 44/23 45/14 51/17 53/17 53/20 61/4 67/20
cited [11] 17/2 17/11 28/10 48/12 50/16 53/15 54/9 61/12 87/24 160/15 162/25
citing [4] 50/19 53/9 68/1 193/15
citizenry [1] 75/8
citizens [3] 4/25 15/11 60/17
citizenship [2] 17/9 68/22
city [2] 38/19 124/20
civil [8] 1/4 14/25 15/11 35/22 36/1 69/18 71/15 88/7
civilian [7] 37/17 38/2 38/7 39/2 50/17 50/22 106/22
civilians [2] 23/16 97/14
civility [1] 196/3
claim [2] 81/21 187/19
Claims [1] 144/9
class [32] 15/11 91/12 91/13 91/15 91/21 96/15 151/5 171/13 171/17 174/15 182/16 182/18 182/24 183/2 183/3 183/6 186/10 204/20 211/23 212/7 212/8 215/11

217/11 217/15 218/7 218/18 218/22 219/4 219/18 221/10 221/17
classification [1] 211/1
Classic [1] 126/4
classification [1] 176/20
classmate [1] 91/18
clear [15] 43/1 60/6 70/24 80/21 83/8 134/13 134/22 159/13 160/9 165/6 178/18 193/2 196/10 202/23 231/6
clearing [1] 11/9
clearinghouse [1] 11/24
clearly [4] 130/11 130/21 131/10 201/4
cleavage [2] 65/21 67/7
cleavages [5] 64/11 64/13 65/6 65/8 66/10
clients [2] 140/12 140/17
climate [4] 20/25 27/17 27/18 28/2
climates [1] 27/13
climb [3] 128/10 128/20 128/24
close [8] 10/7 39/15 101/2 134/14 181/19 186/23 203/6 227/3
closed [1] 109/19
closed-loop [1] 109/19
closely [1] 136/3
closer [1] 174/23
closing [1] 231/16
CNO [2] 19/18 118/1
CO [1] 96/20
coauthored [1] 160/17
code [3] 166/5 166/5 167/11
coded [2] 41/18 41/20
coders [6] 6/2 10/22 11/3 42/1 82/3 87/4
coders' [1] 83/15
codes [1] 32/4
codified [1] 156/7
coefficient [52] 3/21 4/1 5/24 30/15 30/17 31/19 33/10 35/3 41/12 68/7 69/21 69/22 70/14 71/19 75/3 75/15 78/14 78/19 79/9 79/14 79/21 80/18 81/2 82/2 84/24 148/7 148/10 148/14 148/15 148/21 152/14 152/15 152/17 152/21 152/22 153/17 157/16 159/15 162/14 163/3 166/20 166/25 178/6 178/7 178/12 178/16 184/20 211/5 212/14 213/4 213/10 213/11
coefficients [3] 154/20 154/25 180/1
coethnic [1] 53/25
Coghlan [1] 93/14
cognitive [1] 18/8
coherently [1] 112/6
cohesion [18] 27/14 30/7 99/25 102/2 102/5 108/15 110/3 110/5 110/10 110/20 110/22 111/1 111/14 111/21 111/25 112/13 112/19 116/1
collapsed [1] 35/17
collect [3] 6/2 10/20 10/21
collected [4] 83/10 83/17 88/2 154/18
collecting [2] 22/20 141/9
collective [1] 109/8
collage [8] 42/12 92/4 92/5 130/9 134/5 135/17 141/10 141/15
colonel [1] 128/19
color [7] 49/11 49/16 127/20 128/5 128/6 130/20 131/1
column [11] 6/13 7/7 7/17 8/1 29/13 71/18 71/19 72/23 73/2 73/2 221/15
combat [29] 15/22 15/24 15/25 16/9 16/13 16/15 17/16 33/22 33/24 34/11 35/11 36/8 36/14 36/16 38/16 39/6 39/7 39/20 40/1 60/5 92/24 95/12 95/14 95/15 111/23 123/23 123/25 124/1
combatant [1] 92/19
combatants [2] 34/8 92/18
combine [1] 111/4
combined [1] 16/6
come [24] 13/24 23/16 35/12 35/15 35/24 35/25 47/25 50/17 54/19 57/5 69/15 89/10 109/19 114/8 115/6 117/9 117/21 121/19 123/3 128/18 130/7 164/10 203/19 204/1
comes [10] 13/17 82/7 107/12 180/11 180/14 193/1 196/4 198/21 199/12 199/25
coming [5] 22/14 36/2 113/17 132/25 134/13
command [13] 92/5 92/19 93/1 94/18 96/6 96/7 96/11 96/16 97/9 97/11 99/13 99/15 99/17
commanded [1] 113/12
commander [5] 94/15 96/10 96/21 97/12 121/13
commanders [1] 97/3
commanding [6] 93/22 94/8 96/8 96/9

101/8 111/7
commands [1] 96/11
commence [1] 128/11
Commerce [2] 190/2 190/4
commission [1] 109/15
commissioned [5] 92/9 109/18 126/1 126/2 126/3
commissioning [1] 126/13
commissions [1] 128/23
Committee [1] 105/12
commodore [3] 94/6 94/11 96/9
common [10] 43/17 64/20 65/2 117/11 163/1 163/5 171/25 172/4 204/25 225/13
commonly [3] 137/10 137/12 137/13
communicate [1] 142/4
community [3] 4/10 92/12 93/6
company [1] 205/1
comparable [2] 59/21 152/8
compared [3] 58/20 130/1 181/5
comparing [1] 29/12
comparison [2] 62/16
comparisons [1] 26/5
compatible [1] 11/4
compelling [2] 108/13 110/2
compensated [1] 201/13
compensation [18] 63/14 191/23 193/10 193/17 193/19 193/20 194/1 194/1 199/1 199/3 199/8 199/10 199/11 199/22 200/1 200/5 200/17 204/10
compete [1] 171/25
competing [4] 20/12 171/24 172/21 173/3
competition [11] 105/22 171/8 171/22 172/15 172/17 172/18 172/24 173/8 226/23 227/1 227/12
competitive [3] 103/25 105/25 172/20
competitor [1] 116/4
competitors [1] 104/1
compiled [3] 139/12 152/5 224/17
complaints [1] 22/21
complete [2] 139/4 141/2
completed [4] 42/6 134/6 136/12 143/2
completely [1] 168/25
completing [1] 136/11
complex [6] 37/1 38/24 40/6 40/10 104/19 106/18
complexity [5] 16/10 17/21 39/4 39/11 40/5
compliant [1] 196/17
complicated [2] 20/9 66/18
component [14] 25/5 28/14 31/21 39/2 49/1 98/22 98/23 107/20 107/23 107/25 108/23 120/1 122/10 173/22
components [1] 99/6
composed [1] 69/6
composition [22] 4/6 31/2 31/2 37/25 62/14 63/22 70/19 115/21 129/21 129/22 151/5 151/10 182/16 182/25 183/7 183/17 184/3 186/10 201/3 201/5 201/7 217/11
compressed [1] 122/4
conceivable [2] 208/8 212/13
concentrate [1] 218/24
concentration [2] 218/18 220/1
concentrations [3] 164/14 218/23 219/5
concept [3] 173/20 180/11 180/13
conceptually [1] 138/22
concern [7] 125/16 152/25 170/24 185/5 186/6 227/7 227/10
concerned [3] 113/17 199/11 200/7
concerns [8] 148/2 150/4 150/13 151/9 152/13 154/20 187/11 206/10
concert [1] 110/12
concluded [2] 147/20 161/13
concludes [4] 162/16 162/21 216/6 228/8
conclusion [7] 50/5 54/25 56/16 158/14 159/17 187/18 188/11
conclusions [8] 5/8 12/22 27/24 28/8 50/3 54/24 56/13 167/17
concurs [1] 164/11
condition [5] 16/24 65/10 65/17 156/21 163/14
conditions [5] 17/7 37/10 165/21 167/6 187/8
conduct [2] 100/10 139/25
conducted [7] 27/12 29/24 126/18 126/21 126/24 127/1 140/16
conducts [1] 24/17
Confederate [3] 69/21 71/6 71/23
Confederates [2] 70/7 71/16
conference [1] 11/20 233/10
confidence [2] 11/1 122/14

**C**

confirmed [1] 94/13
confirms [1] 44/7
conflict [2] 11/24 78/4
conform [4] 139/7 149/22 169/17 206/20
conformance [1] 233/10
conforms [1] 206/15
confusion [1] 194/10
congressional [6] 91/11 172/19 175/10 227/2 227/3 227/14
connected [2] 140/10 182/14
connection [3] 131/14 166/6 214/11
connections [1] 36/25
CONNOLLY [1] 1/13
conscript [1] 46/12
conscripted [1] 46/14
consequence [1] 175/12
consequences [3] 21/16 22/6 47/13
conservative [1] 160/11
consider [10] 148/20 156/1 168/11 173/10 176/6 178/10 180/4 186/11 187/1 201/9
considerable [1] 30/2
consideration [39] 147/14 147/21 148/5 148/14 149/13 151/6 151/20 153/8 154/12 155/5 155/13 155/19 157/12 158/5 162/19 163/22 167/20 167/21 168/5 168/9 168/18 173/6 179/4 179/10 179/14 181/12 182/5 182/11 182/13 182/17 184/4 185/2 185/6 185/20 185/23 186/16 207/14 211/3 213/6
considered [17] 32/17 69/8 72/12 74/5 97/8 95/12 156/11 164/19 166/3 166/14 167/9 180/22 184/11 187/4 208/21 212/16 214/15
considering [2] 208/20 209/23
considers [7] 147/18 153/12 153/18 155/14 158/3 165/17 166/15
consist [1] 176/1
consistent [3] 44/12 48/21 172/12
consortium [1] 32/4
constant [2] 172/7 184/25
constantly [1] 111/13
constrained [1] 158/17
constraint [5] 182/19 183/8 183/9 183/11 186/2
constraints [4] 182/15 185/15 211/21 212/5
construct [2] 166/16 186/9
constructed [6] 12/13 70/16 155/15 168/15 214/22 225/4
consultancy [1] 133/25
consultant [2] 139/25 143/5
consultants [1] 194/23
consulting [2] 140/24 144/18
consumer [1] 140/21
consumers [2] 135/25 136/1
cont [1] 2/5
contact [2] 60/14 62/5
contain [2] 77/12 159/24
contained [3] 156/15 167/25 211/14
contains [2] 64/22 147/17
contend [1] 78/25
contending [1] 196/10
contents [1] 157/20
context [19] 27/8 32/12 35/24 36/8 38/18 50/18 50/22 50/24 50/24 50/25 60/4 67/25 125/17 140/16 161/22 173/25 207/15 208/14
contexts [2] 36/13 140/2
continue [10] 3/12 105/22 106/19 188/9 192/7 201/24 202/14 203/21 204/3 204/8
continued [4] 1/9 2/6 3/14 142/3
continuous [1] 137/16
contradicts [1] 151/13
contribute [1] 156/4
contributes [1] 157/10
contributing [1] 213/10
contribution [7] 149/2 149/6 155/19 169/7 173/15 178/4 179/13
contributors [1] 64/6
control [4] 61/25 83/20 101/17 175/9
controlled [5] 50/1 50/4 50/6 50/11 99/13
controlling [3] 10/13 10/16 173/1
controls [2] 10/12 163/3
controversial [1] 164/8
convenience [2] 204/21 228/17
convenient [1] 228/14
conventional [2] 75/23 76/9
converging [1] 33/2
conversation [1] 100/18

**C**

conversations [2] 48/1 202/23
conveyed [1] 182/9
cooperate [3] 60/20 61/2 61/21
cooperating [1] 19/11
cooperation [2] 61/23 63/10
coordinating [1] 19/11
copy [3] 49/23 79/19 215/3
core [1] 41/12
corps [31] 17/6 20/21 39/21 50/9 67/17 78/21 103/1 108/12 108/14 108/15 109/13 109/20 109/25 110/3 111/24 112/1 112/7 114/11 115/25 116/19 116/22 118/15 119/4 119/24 128/12 128/19 130/13 130/18 130/19 130/21 131/19
correct [167] 27/21 41/2 42/23 42/24 43/2 43/13 43/20 44/15 44/18 44/25 45/1 45/4 45/10 45/15 46/2 46/6 47/14 49/17 50/10 50/18 50/21 51/19 52/15 52/20 53/10 53/16 54/7 54/11 55/12 55/24 56/4 57/14 57/15 59/6 59/12 60/7 61/5 61/10 61/13 62/1 62/2 64/1 64/4 64/5 65/12 65/14 65/22 66/21 66/25 70/14 71/19 71/20 71/23 72/2 72/6 72/22 74/13 74/18 74/23 75/3 75/24 76/7 76/20 76/23 77/1 77/13 77/17 77/22 78/6 78/17 78/18 78/21 78/22 80/13 80/19 81/3 81/4 81/7 81/8 81/11 81/14 82/18 82/21 84/9 85/5 85/6 86/3 86/4 88/25 89/1 98/24 101/10 110/3 110/4 118/16 123/11 123/12 123/15 123/22 124/7 124/11 124/14 125/5 125/12 126/2 126/15 126/16 126/17 126/21 126/22 126/24 127/2 127/3 127/17 128/6 128/12 128/21 129/1 129/2 129/4 130/1 130/4 130/13 130/21 131/3 139/23 152/9 156/3 163/18 165/11 167/23 191/8 202/8 203/11 204/14 204/22 205/1 207/3 207/4 208/16 213/14 214/24 215/24 216/13 217/6 217/15 217/16 219/5 220/11 220/22 220/24 221/22 222/11 222/18 222/21 223/1 225/17 225/18 225/20 225/22 229/4 233/7
correctly [5] 32/25 61/9 84/21 133/7 213/5
correlated [10] 8/20 148/20 148/23 152/16 155/17 155/21 156/2 168/1 170/5 208/9
correlation [5] 154/22 154/24 155/2 159/22 160/3
correspondence [1] 181/20
corroborates [2] 162/21 166/12
corrode [1] 86/2
corroding [1] 22/5
corrosive [1] 22/11
costs [2] 18/24 19/9
could [87] 3/23 5/10 5/11 7/2 11/3 12/9 13/4 14/9 14/24 15/18 16/18 17/6 21/13 21/14 25/16 26/7 26/11 27/24 28/15 30/17 30/20 31/3 31/8 31/9 31/14 31/15 31/24 32/13 36/5 36/16 36/14 43/24 44/3 49/5 55/8 57/2 59/5 68/11 79/9 85/11 86/25 87/7 93/9 95/16 99/14 100/2 102/15 102/17 103/4 104/14 105/7 105/20 106/12 106/15 108/3 108/5 115/8 119/10 119/21 119/23 124/21 124/22 125/6 125/7 125/7 147/9 154/1 156/4 159/19 159/20 161/7 177/12 184/14 195/13 208/4 209/23 210/10 210/18 212/3 212/19 212/20 225/22 225/24 226/2 229/6 230/17
couldn't [4] 102/9 187/1 192/16 205/17
Council [1] 121/10
counsel [7] 127/13 131/23 195/16 195/24 197/18 198/7 228/11
count [5] 79/6 81/1 92/9 100/25 189/22
counted [1] 70/6
counteract [1] 210/7
counterfactual [12] 151/4 182/7 183/20 184/1 184/15 184/22 184/25 185/22 186/3 186/20 187/6 207/18
counterinsurgency [1] 38/9 38/10 38/12 38/15 39/1 76/1 76/10
countries [3] 32/7 35/1 120/3
country [10] 32/9 36/3 49/16 64/25 71/5 77/22 79/2 82/9 82/11 87/24
coup [5] 34/19 34/21 35/7 35/9 35/11
couple [9] 40/25 45/2 73/14 107/6 113/18 121/13 132/11 137/21 226/21
coups [3] 34/13 34/14 35/2
course [17] 14/10 39/24 39/25 41/22 49/12 51/11 68/24 69/1 71/2 78/25 87/8 122/24 125/8 136/10 137/23 142/9 144/15

**C**

courses [4] 93/20 136/6 136/12 136/14
court [45] 2/3 3/22 152/20 18/1 21/14 27/8 31/7 32/2 113/20 126/18 127/8 128/16 132/15 132/16 140/11 144/1 144/7 144/8 144/8 144/13 147/10 148/8 151/17 152/20 169/12 175/20 189/1 194/19 194/20 194/25 196/4 196/7 196/8 196/11 199/7 201/23 202/9 203/2 203/9 204/5 208/20 223/20 232/9 232/11 233/5
Court's [2] 201/20 222/24
courtesies [1] 196/4
courthouse [2] 133/4 228/15
courtroom [4] 18/20 170/23 192/11 203/18
courts [1] 144/6
cover [3] 60/8 114/7 201/4
craft [1] 92/25
create [6] 13/13 20/25 172/15 211/10 224/15 227/22
created [2] 147/16 224/17 227/12
creates [4] 171/17 171/22 172/24 173/8
creating [2] 87/18 224/12
creativity [2] 17/22 104/5
credibility [14] 92/9 108/17 115/15 119/4 119/7 119/18 119/22 119/25 120/22 120/24 200/14 200/22 201/12 202/15
credit [2] 24/17 123/24
crew [10] 112/24 113/2 113/5 113/7 115/15 115/21 116/7 116/7 116/9 121/18
crews [3] 101/21 112/22 113/8
criminal [2] 37/21 38/4
criteria [4] 184/8 184/16 207/20 208/19
critical [4] 106/25 109/25 158/16 209/9
criticism [1] 12/22
criticizes [1] 12/19
critiquing [1] 12/16
cross [20] 2/6 2/9 2/11 40/15 40/19 51/12 70/17 86/20 122/22 123/6 128/17 189/9 192/8 201/24 203/21 204/9 214/7 229/15 229/16 230/3
cross-examination [6] 40/15 86/20 122/22 123/6 189/9 230/3
cross-examine [3] 204/9 229/15 229/16
cross-examined [1] 214/7
cross-fertilize [1] 128/17
cross-national [1] 51/12
cross-time [1] 70/17
CRR [2] 1/25 233/16
crude [1] 167/10
cruiser [1] 97/4
cruisers [1] 92/24
cultivate [1] 104/12
cultivating [1] 104/20
cultural [5] 18/8 98/5 98/18 102/13 104/21
culturally [1] 121/21
culture [10] 21/1 21/9 98/10 99/2 99/6 120/2 121/11 121/12 121/25 122/11
cultures [1] 28/1 98/14 121/2 122/3
current [6] 31/7 84/11 90/5 90/9 101/3 103/2
currently [3] 31/2 89/25 90/1
curriculum [2] 137/7 189/20
cursor [1] 57/23
Curtis [2] 93/20 93/25
curve [1] 10/3
cut [3] 33/14 65/23 65/24
cutting [1] 139/12
cutting-edge [1] 139/12
cv [1] 1/5
cycle [1] 82/10
cycles [1] 216/17
czarist [1] 35/20

**D**

D-Day [3] 72/14 72/20 72/21
damage [1] 16/8
damaged [1] 111/20
damages [2] 204/16 204/20
dangerous [1] 161/3
dangers [1] 14/21
Dartmouth [1] 42/9
data [85] 5/23 6/3 7/4 9/23 10/18 10/21 10/22 10/23 11/2 11/9 11/22 11/23 11/24 12/13 12/13 13/2 19/16 24/1 28/7 28/16 31/24 32/3 32/15 32/22 33/1 33/1 34/2 34/7 61/23 69/16 70/24 80/24 81/13 81/16 82/13 83/10 83/11 83/12 83/13 83/17 83/18 85/17 87/6 87/19 88/2 88/5 88/7 88/9 88/11 135/22 136/5 140/3 140/6 140/10 141/9 141/9 144/12 147/20 151/12

**D**

**data... [2]** 11/3
154/14 154/18 156/5 157/10 158/20 158/24
162/8 166/14 167/8 167/11 167/13 187/4
222/17 222/20 224/2 224/2 224/7 224/14
224/17 224/20 225/2 225/4
**database [6]** 41/17 71/13 75/23 76/6
76/19 78/2
**dataset [33]** 4/4 5/4 9/22 11/4 12/14
14/17 32/4 40/1 41/11 71/3 71/4 72/6
72/13 76/10 79/25 81/18 81/21 81/25 82/5
82/8 83/20 87/15 87/18 88/3 88/13 147/16
147/17 154/10 155/7 155/15 156/8 168/15
211/14
**datasets [5]** 11/5 11/6 11/8 13/2 32/2
**date [1]** 81/16
**Dated [1]** 233/12
**David [12]** 213/16 213/21 213/24 214/1
214/10 214/18 214/19 215/14 215/22 216/4
225/8 225/22
**Davis's [1]** 69/25
**day [10]** 1/3 41/8 72/14 72/20 72/21
104/20 232/3 232/7 232/10 233/12
**days [1]** 115/8
**DD5 [1]** 146/24
**DD5.10 [1]** 153/1
**DD5.2 [1]** 147/25
**DDFP [1]** 94/20
**DDGs [1]** 53/18
**deal [11]** 131/2 131/17 131/17 131/19
172/10 172/25 192/11 199/20 200/12 201/7
202/14
**dealing [2]** 171/20 198/7
**deals [2]** 171/23 171/25
**dealt [1]** 172/4
**Dean [17]** 129/18 129/19 142/1 153/14
156/17 164/22 165/18 166/12 173/6 174/4
174/14 211/9 213/8 214/18 220/25 221/19
222/5
**December [3]** 128/2 128/17 216/7
**decide [1]** 83/18
**decided [3]** 195/15 224/20 224/25
**decides [2]** 13/18 156/9
**decision [24]** 37/2 135/25 136/1 138/23
141/8 141/22 143/6 149/7 153/19 156/5
169/3 170/18 170/19 170/25 173/2 178/4
178/5 178/17 184/21 215/8 216/9 216/19
216/21 216/24
**decision-maker [1]** 184/21
**decision-makers [2]** 141/8 141/22
**decision-making [5]** 37/2 136/1 138/23
143/6 153/19
**decisions [45]** 12/7 57/9 136/23 136/24
139/1 143/17 147/14 147/22 149/3 149/20
154/19 156/18 156/23 157/11 164/20
168/20 169/5 169/22 170/1 170/3 170/5
170/11 170/21 170/24 171/2 171/4 171/7
171/9 173/9 173/13 173/17 173/19 174/18
174/22 175/4 175/8 175/13 187/5 187/19
215/8 215/24 216/12 217/10 219/9 219/25
**deck [1]** 92/25
**declaration [2]** 128/17 214/18
**decline [3]** 176/18 181/13 195/13
**declined [1]** 172/9
**decoupled [1]** 108/1
**decrease [1]** 34/4
**decreased [2]** 58/2 59/1
**decreases [1]** 172/8
**dedicated [1]** 157/21
**deep [1]** 102/15
**deeper [2]** 63/17 151/15
**defeat [1]** 14/15
**defection [4]** 6/10 6/24 7/23 9/13
**defend [2]** 83/1 105/5
**Defendant [1]** 1/17
**Defendant's [2]** 33/5 146/4
**defendants [3]** 1/7 89/8 229/1
**Defendants' [8]** 5/14 5/18 44/13 49/20
52/14 60/2 102/19 108/8
**defending [1]** 77/21
**defense [17]** 24/24 28/11 33/8 46/24 84/6
94/22 94/24 94/25 96/1 100/7 100/10
209/4 209/8 209/24 222/10 222/20 212/18
**Defense's [2]** 94/5 97/21
**defenses [1]** 73/9
**Defensive [1]** 123/17
**deferred [1]** 216/8
**define [2]** 6/3 187/13
**defined [2]** 206/24 217/10
**defining [1]** 173/5

**definitely [2]** 116/15 226/24
**definition [12]** 16/1 32/10 159/24 160/7
160/8 166/16 167/17 185/24 205/22 206/19
206/21 231/14
**Definitively [1]** 230/13
**degree [18]** 16/3 16/9 27/18 28/3 29/1
31/5 32/8 34/15 34/16 40/5 91/25 102/9
112/25 134/8 135/5 135/6 135/14 135/14
**degrees [3]** 31/11 92/1 135/13
**Del [2]** 105/11 107/3
**delves [1]** 63/17
**demanding [1]** 36/3
**demands [1]** 39/11
**democracy [1]** 20/13
**democratic [1]** 46/17
**demographic [1]** 129/20
**demographics [1]** 68/25
**demography [1]** 4/2
**demonstrate [2]** 36/9 37/13
**demonstrates [1]** 61/20
**demonstrative [11]** 5/17 5/19 15/19 17/24
18/1 36/11 146/15 160/5 176/24 181/1
188/12
**Demonstrative 40 [1]** 176/24
**demonstratives [2]** 147/1 153/1
**denied [2]** 216/20 223/13
**deny [2]** 77/24 171/22
**departing [1]** 80/21
**department [20]** 90/12 90/15 93/16 103/24
104/6 104/19 105/11 107/1 111/6 111/6
145/2 190/4 202/1 209/4 209/7 209/11
209/22 210/20 212/18 229/24
**department's [2]** 25/7 25/13
**departments [1]** 111/5
**depend [1]** 174/22
**dependent [1]** 173/4
**depending [2]** 59/7 95/16
**depends [10]** 56/23 56/23 78/15 124/21
170/18 173/16 175/7 210/23 217/9 219/9
**depict [2]** 184/22 185/22
**depicting [1]** 182/5
**deployed [8]** 93/20 95/5 95/7 95/8 95/9
95/9 95/15 121/1
**deployment [1]** 94/7
**deposition [2]** 189/13 205/3
**deputy [2]** 94/6 94/20
**derive [2]** 169/2 170/8
**derived [1]** 142/22
**derives [3]** 147/19 148/14 149/23
**deriving [1]** 155/18
**describe [12]** 5/12 27/24 63/25 66/20
113/3 140/24 152/12 156/17 174/3 177/2
179/24 212/23
**described [8]** 100/5 157/6 165/18 166/13
167/10 173/6 185/20 206/20
**describes [3]** 46/10 47/7 47/9
**describing [3]** 92/19 121/16 216/5
**description [3]** 151/3 151/4 183/13
**desert [3]** 14/4 23/25 96/9
**desertion [7]** 6/6 6/23 7/23 9/12 15/3
15/8 24/1
**deserves [1]** 201/10
**designate [1]** 184/20
**designation [1]** 93/5
**designed [2]** 4/2 187/19
**despite [1]** 78/11
**destroy [1]** 23/9
**destroyer [8]** 93/21 94/6 94/10 96/14
96/15 96/16 96/18 97/1
**destroyers [3]** 54/2 92/24 96/20
**detaching [1]** 113/14
**detachments [1]** 60/19
**detail [3]** 47/7 149/14 228/16
**detailed [1]** 157/5
**details [1]** 102/14
**detecting [1]** 115/18
**determinant [1]** 174/6
**determination [1]** 118/21
**determine [1]** 139/6
**devastation [1]** 16/8
**develop [3]** 105/23 138/24 187/3
**developed [1]** 147/15
**developing [1]** 138/17
**develops [1]** 167/19
**did [119]** 10/17 12/18 12/22 15/8 21/17
21/19 28/7 28/9 29/10 29/14 29/20 30/2
30/14 30/16 32/15 32/16 35/19 38/4 38/5
42/16 42/18 45/11 47/16 48/10 53/20
53/20 54/13 54/15 58/6 59/9 63/2 64/17
66/9 67/13 67/14 70/7 70/10 70/11 79/2

87/21 90/16 90/21 90/23 90/24 91/6 91/7
91/8 91/10 92/12 92/14 102/18 110/5
114/15 129/22 132/12 134/5 134/8
135/7 135/9 135/13 135/16 136/6 138/25
139/8 139/9 139/15 140/24 141/6 141/18
143/7 145/2 145/7 146/5 146/6 148/20
152/3 153/22 155/20 156/1 157/1 157/1
157/7 157/10 163/5 165/20 166/18 173/10
174/11 174/14 174/16 174/24 179/16
180/10 183/4 185/13 186/6 186/8 186/9
186/11 186/18 190/22 196/9 197/22 202/1
202/3 208/6 212/23 220/3 220/7 222/5
224/1 224/15 224/16 225/14 227/13 227/14
227/16 227/19
**didn't [27]** 48/9 48/12 53/17 57/13 58/6
67/12 75/13 83/18 100/9 100/11 103/18
111/19 113/21 118/3 126/6 189/13 191/12
191/25 194/19 200/25 211/19 214/11
218/14 223/13 225/6 225/9 227/24
**died [1]** 37/6
**Diego [1]** 94/16
**dies [1]** 13/16
**differ [1]** 143/15
**difference [21]** 45/24 52/23 57/25 69/4
78/15 98/18 99/5 99/10 102/7 102/8
110/14 110/15 112/24 115/14 115/16
115/20 124/25 125/25 126/3 154/15 199/17
161/17 164/1 188/2 226/17
**differences [15]** 56/21 56/24 57/1 77/19
98/5 98/17 99/2 99/12 99/22 126/8 126/11
161/17 164/1 188/2 226/17
**different [48]** 10/19 19/7 19/10 23/2
27/13 30/8 33/1 33/4 64/1 69/6 74/15
80/25 81/12 81/16 86/21 95/22 98/7 98/13
99/8 101/20 101/21 101/22 101/23 101/23
101/23 110/10 110/11 111/3 112/21 118/20
118/24 120/10 125/2 125/13 126/7 138/23
140/23 153/16 157/5 180/20 184/9 187/8
197/19 198/9 216/12 216/20 218/15 219/25
**differently [2]** 81/13 87/10
**difficult [7]** 100/4 114/19 116/12 121/17
128/10 129/16 186/22
**difficulty [2]** 128/25
**dig [1]** 155/9
**diluted [1]** 181/17
**dimensions [3]** 217/15 219/19 226/22
**dire [1]** 145/21
**direct [17]** 2/6 2/8 2/11 3/14 39/8 41/17
89/22 103/3 128/22 133/19 140/24 141/3
141/15 166/6 191/7 221/3 230/5
**direction [6]** 67/5 142/5 158/7 179/18
179/21 188/8
**directions [1]** 80/16
**directly [5]** 40/2 140/10 153/9 193/19
194/1
**director [2]** 94/20 134/4
**disadvantage [3]** 163/23 164/4 164/19
**disadvantaged [3]** 164/11 165/15 167/12
**disagree [4]** 44/1 51/4 153/15 197/14
**disagreement [4]** 152/11 152/13 158/6
158/7
**disagreements [1]** 10/24
**disclaimer [1]** 185/14
**disclose [9]** 191/23 191/25 193/9 193/17
194/17 194/21 195/13 197/11 202/1
**disclosing [1]** 194/22
**disclosure [2]** 79/22 192/17
**discovery [1]** 199/21
**discrete [6]** 137/13 137/14 137/15 137/20
138/17 138/20
**discriminate [1]** 4/12
**discriminated [3]** 22/18 22/21 23/6
**discriminating [1]** 4/23
**discrimination [33]** 15/12 22/15 23/11
24/5 24/13 24/20 25/21 25/24 26/3 26/9
26/20 28/20 29/1 29/6 29/9 29/11 29/13
29/14 29/19 31/12 31/16 35/14 35/20
47/10 69/7 79/2 80/15 81/5 81/6 82/21
83/7 84/23 85/14
**discriminatory [1]** 85/9
**discuss [2]** 36/13 88/20
**discussed [6]** 21/18 50/16 159/12 169/4
207/11 226/21
**discussion [3]** 36/17 48/17 55/23
**disempowered [1]** 47/25
**disparities [1]** 27/5
**disparity [1]** 150/21
**display [1]** 25/13
**disposition [1]** 101/21
**disproportion [1]** 131/16
**disproportionate [2]** 129/25 130/12

**D**

**dispute [3]** 40/17 140/24 199/20
**disputes [1]** 140/17
**disrespect [1]** 199/20
**dissatisfaction [1]** 85/22
**dissatisfied [1]** 29/9
**dissertation [4]** 138/19 139/8 206/14 206/19
**distinction [1]** 150/6 150/20 176/3 177/15
**distinguishing [1]** 218/6
**district [10]** 1/1 1/1 144/7 144/7 175/7 203/9 203/10 219/9 233/5 233/6
**districts [1]** 175/6
**dive [1]** 151/15
**diverse [38]** 16/24 18/7 18/7 18/17 37/18 40/9 60/15 60/22 104/2 104/21 105/24 106/20 107/5 107/8 108/12 108/13 108/15 109/9 109/13 110/2 111/24 112/1 112/7 115/11 115/17 115/23 115/25 116/3 116/18 118/15 119/24 120/5 120/16 217/15 217/23 218/22 219/4 219/18
**diversity [94]** 15/21 16/12 16/14 16/19 16/22 17/16 17/19 17/25 18/4 18/24 19/3 19/5 19/6 19/24 20/3 20/7 20/13 20/19 20/20 21/1 21/3 21/4 21/20 27/13 36/9 36/24 37/11 37/14 37/16 38/20 40/8 44/15 44/17 44/21 44/24 45/23 50/9 50/17 57/7 60/22 60/24 60/25 61/2 67/24 68/3 68/9 68/13 68/19 70/1 106/14 107/1 107/12 107/20 107/21 107/23 107/24 107/25 108/2 108/19 108/21 108/22 108/25 112/2 112/18 113/10 114/11 114/14 114/14 114/24 115/1 116/5 116/22 116/24 116/24 118/9 119/4 120/19 122/5 122/7 128/11 128/25 130/18 131/19 173/14 173/15 173/16 173/18 173/20 173/25 174/1 174/4 217/9 219/13 220/1
**diverted [1]** 41/6
**divided [4]** 7/18 11/12 30/14 41/15
**dividends [1]** 16/20
**division [1]** 1/2 93/13 144/8
**divisions [2]** 111/3 111/4
**do [217]** 3/7 5/3 9/5 10/9 10/17 12/25 14/7 17/16 20/14 20/20 20/22 21/21 21/23 22/25 23/24 24/6 24/8 24/16 24/23 26/18 27/1 27/12 29/23 29/24 30/20 31/9 31/14 34/5 35/19 39/6 39/14 39/20 39/22 41/24 44/1 44/16 44/25 47/15 47/18 48/3 48/7 48/17 50/7 52/12 52/18 53/6 56/1 59/20 61/3 61/8 61/15 63/15 64/20 64/21 65/7 67/23 70/3 73/5 73/17 73/20 78/25 79/20 80/5 81/25 81/25 82/3 82/4 82/9 83/24 84/2 84/11 84/13 84/16 85/1 86/14 91/12 91/25 92/23 93/23 93/23 95/19 99/18 99/22 100/15 100/16 100/23 101/3 101/16 101/24 103/2 103/5 103/13 103/14 103/17 104/23 104/24 105/16 106/4 106/5 106/10 107/18 107/19 108/1 109/7 112/10 112/18 113/10 116/21 117/2 117/7 118/7 118/25 120/1 120/23 121/13 122/1 122/22 124/22 125/22 126/6 127/6 133/24 135/7 139/15 139/25 141/10 141/13 143/14 146/7 146/9 146/15 146/17 148/9 148/17 149/1 149/6 151/15 152/3 153/11 153/15 155/12 157/18 159/9 160/24 161/15 161/21 162/23 168/14 168/14 169/17 170/2 171/2 178/14 180/8 180/18 183/19 185/1 185/17 188/11 189/17 189/24 191/14 191/19 192/2 192/18 194/5 196/14 197/11 197/18 198/3 198/6 200/9 200/23 203/4 203/13 205/3 205/12 205/19 206/3 206/25 207/13 208/24 209/8 209/13 209/16 210/2 210/6 210/11 210/18 210/24 210/24 211/10 212/1 215/9 215/12 216/10 216/24 216/25 217/12 217/25 218/9 221/11 223/15 223/15 226/19 227/11 230/19 231/7 231/15 233/6
**docket [6]** 196/23 196/25 197/2 197/4 203/14 215/1
**Doctor [2]** 135/3 145/25
**doctoral [4]** 135/14 135/16 136/9 138/19
**doctors [1]** 128/22
**document [13]** 47/22 49/22 59/25 60/3 60/7 62/18 80/8 102/22 102/24 103/4 105/8 105/10 214/19
**documentary [1]** 217/5
**documentation [1]** 22/20
**documents [4]** 141/9 142/7 142/7 176/22
**does [79]** 17/18 25/13 25/15 26/8 26/10 26/13 28/19 29/4 31/2 34/25 37/13 38/9 45/12 45/13 51/12 67/3 68/8 68/14 72/7 72/22 72/23 72/24 76/11 76/13 76/19 77/5 77/12 83/8 93/3 97/24 108/11 108/19 108/21 109/22 111/24 114/11 116/22 120/21 140/8 141/15 149/21 151/22 153/17 154/19 157/11 157/15 160/22 162/7 162/8 162/11 165/6 165/8 166/7 166/22 167/4 167/16 169/6 169/20 170/11 171/16 171/22 172/15 172/23 173/2 173/18 174/17 175/9 175/25 176/20 177/14 177/19 178/19 178/23 178/25 179/5 179/13 215/23 227/8
**doesn't [13]** 14/3 30/9 45/12 110/19 112/17 120/6 122/12 154/3 155/3 185/22 199/17 201/4 210/13
**doing [16]** 8/4 8/17 8/17 31/18 32/25 35/7 36/23 79/17 80/21 100/7 105/3 121/5 122/22 155/1 198/2 209/18
**DOJ [1]** 225/22
**dollars [1]** 191/5 201/14
**domestic [1]** 119/7
**domestically [2]** 108/17 119/5
**dominance [2]** 120/17 121/24
**dominant [2]** 32/20 38/11
**dominated [2]** 121/12 122/11
**DON's [1]** 106/25
**don't [100]** 19/12 19/23 22/11 23/21 49/13 51/6 55/20 68/2 71/8 77/24 79/11 79/23 83/20 85/4 85/7 89/13 97/15 99/17 102/13 108/3 109/3 110/13 111/10 112/8 114/1 115/6 115/16 123/4 125/6 125/25 127/23 133/2 134/10 134/13 134/16 147/25 149/14 150/1 150/11 151/11 158/12 159/21 162/4 169/19 170/10 174/13 175/24 177/21 183/1 184/25 186/17 186/25 187/4 187/7 190/21 190/25 191/2 191/4 191/16 192/10 192/11 197/10 197/21 199/15 200/3 200/5 200/8 201/15 207/18 208/24 209/7 209/21 210/11 210/11 212/19 212/23 212/23 214/5 215/4 215/14 215/20 215/22 216/22 216/24 217/4 218/18 218/19 219/15 220/8 221/1 221/16 223/14 225/15 225/25 226/4 227/9 228/15 229/5
**donate [1]** 65/13
**donations [2]** 65/10 65/17
**done [14]** 29/21 35/16 98/1 98/4 103/19 126/6 131/8 141/7 144/18 145/15 191/6 192/21 193/3 211/17
**down [31]** 8/14 20/18 23/3 23/6 26/17 30/7 30/12 33/17 44/20 46/16 48/20 57/6 59/8 60/1 71/22 73/4 73/15 87/7 88/19 103/9 104/11 105/7 108/5 125/1 179/19 179/20 192/16 198/24 200/11 208/3 228/6
**downloaded [1]** 11/25
**downwards [1]** 67/9
**dozen [5]** 96/4 127/21 127/22 128/5 143/25
**Dr [3]** 162/7 192/10 203/25
**Dr. [51]** 3/3 3/11 16/23 18/21 23/7 27/19 88/19 133/6 133/22 136/6 143/21 145/2 145/18 146/3 146/15 147/9 147/23 151/15 159/21 161/7 162/23 163/20 164/18 166/10 166/18 168/17 168/23 169/4 171/2 175/12 182/3 186/9 186/23 187/10 187/18 188/17 189/11 191/23 192/7 192/13 204/1 206/3 212/14 217/4 218/13 219/23 220/5 226/14 226/14 228/6
**Dr. Card [2]** 218/13 219/23 220/5 226/14
**Dr. Card's [1]** 217/4
**Dr. David [1]** 214/18
**Dr. Gurrea [37]** 133/6 133/22 136/6 143/21 145/2 145/18 146/3 146/15 147/9 147/23 151/15 159/21 161/7 162/23 163/20 164/18 166/10 166/18 168/17 168/23 169/4 171/2 175/12 182/3 186/9 186/23 187/10 187/18 188/17 189/11 191/23 192/13 204/1 206/3 210/23 226/14 228/6
**Dr. Gurrea's [1]** 192/7
**Dr. Haynie [3]** 16/23 18/21 27/19
**Dr. Haynie's [1]** 23/7
**Dr. Lyall [3]** 3/3 3/11 88/19
**draw [7]** 18/8 31/9 36/14 81/16 106/23 188/11 201/20
**drive [2]** 13/13 92/21
**driven [4]** 46/22 63/19 95/1 110/24
**driver [1]** 68/18
**driving [2]** 20/16 106/1
**drop [1]** 29/15
**dropped [1]** 3/21
**dropping [1]** 77/6

**due [3]** 47/3 62/13 168/18
**Duke [1]** 205/21
**during [22]** 46/4 83/7 125/7 144/22 216/17 220/23
**duties [1]** 90/10
**duty [12]** 24/18 25/5 25/5 25/19 25/25 26/5 28/6 28/12 92/1 92/7 95/13 101/2
**DX [1]** 146/4
**DX195 [2]** 9/2 79/18
**DX200 [1]** 146/7
**DX66 [1]** 102/17
**DX67 [1]** 105/7
**dynamic [2]** 100/12 131/2
**dynamics [1]** 38/24

**E**

**E5 [1]** 56/3
**E6 [1]** 56/3
**E7 [1]** 56/4
**E9 [1]** 56/4
**each [24]** 3/24 19/11 19/11 19/12 31/6 32/8 36/14 70/19 71/5 99/7 99/10 100/18 110/18 110/25 116/11 124/6 124/10 151/15 170/6 171/24 172/1 184/21 194/22 219/18
**Eagle [1]** 231/9
**earlier [8]** 19/25 21/18 50/15 59/4 85/3 118/14 119/3 180/6
**early [5]** 114/5 216/6 216/19 216/20 216/23
**easier [2]** 103/20 147/5
**easiest [1]** 137/20
**easily [1]** 138/4
**eastern [2]** 73/11 203/10
**ECF [1]** 52/14
**echo [1]** 134/23
**econometric [11]** 136/15 136/22 138/11 139/25 142/13 142/19 142/20 142/22 145/19 147/15 205/9
**econometrics [15]** 135/19 135/20 135/21 136/2 136/3 136/7 136/11 136/12 136/13 137/8 138/8 138/10 138/15 140/4 143/3
**economic [19]** 4/11 43/14 81/6 135/22 138/24 139/1 140/6 140/7 140/8 141/2 143/5 144/11 144/11 144/25 152/20 164/4 164/7 204/13 211/10
**economics [13]** 133/25 135/6 135/14 135/15 135/18 137/6 137/11 139/11 142/8 144/11 145/12 145/18 155/22
**economist [7]** 140/2 140/13 141/21 142/10 163/6 213/18 213/24
**economists [6]** 19/8 137/24 139/17 140/5 143/4 145/14
**Economy [2]** 160/16 185/13
**Ed [2]** 228/22 228/24
**edge [1]** 139/12
**editor [3]** 206/7 206/16 206/22
**editors [1]** 12/16
**education [4]** 91/3 98/1 98/2 140/22
**EDWARD [2]** 1/21 198/21
**effect [43]** 19/19 19/20 19/21 29/5 33/25 44/4 50/9 57/9 57/18 63/18 66/11 67/9 77/6 85/12 134/12 134/17 148/11 149/12 152/18 153/14 155/8 158/8 158/15 164/23 169/6 172/1 178/3 178/8 178/15 178/20 179/2 179/18 182/23 183/5 209/23 209/24 210/3 210/7 210/7 212/6 218/23 223/6
**effective [3]** 62/3 67/17 115/24
**effectiveness [5]** 51/9 51/13 62/8 62/12 62/24
**effects [10]** 33/22 33/23 34/10 35/10 37/16 43/20 44/8 48/13 69/2 167/19
**effort [4]** 90/13 227/7 227/11 227/23
**efforts [1]** 10/16 209/14
**eight [3]** 72/24 72/25 73/5
**eighth [3]** 110/12 110/18 110/21
**either [9]** 26/24 85/24 87/2 98/13 131/7 147/4 174/9 195/20 202/7
**Elder [1]** 160/17
**elect [1]** 84/8
**elections [1]** 46/17
**element [1]** 125/17
**elementary [1]** 225/11
**elements [4]** 45/8 108/24 125/1 227/12
**eligible [1]** 181/9
**eliminated [1]** 150/6
**elimination [1]** 176/2
**elite [1]** 119/23
**eloquently [1]** 114/19
**else [9]** 121/7 124/23 125/23 152/18

**E**

else... [5] 129/4 132/4 209/11
232/1
elsewhere [1] 27/5
email [1] 221/7
embarked [1] 101/10
embedded [2] 139/6 184/1
embodies [1] 47/9
emerging [3] 8/8 35/13 37/18
Emily [1] 163/16
empire [2] 17/1 17/2
empirical [10] 49/25 51/2 51/4 51/7
151/3 151/12 162/10 210/12 210/23 212/24
empirically [1] 159/22
employ [4] 100/20 140/5 143/4 145/7
employed [7] 89/25 90/1 136/4 136/14
139/20 145/13 178/2
employer [1] 164/6
employment [1] 43/12
empowering [6] 103/13 103/22 105/15
105/16 106/13 118/8
encompasses [2] 72/14 166/5
encountered [1] 60/18
end [10] 33/13 56/1 123/17 128/25 129/1
147/14 159/2 159/17 161/3 228/18
ended [1] 91/12
ending [3] 85/7 85/13 179/20
enduring [3] 103/6 103/8 104/9
enemy [1] 115/18
energizing [1] 118/8
energy [2] 118/2 140/21
enforcement [2] 63/10 67/9
enforcers [1] 62/1
enforcing [1] 65/19
engage [1] 34/25
engaged [7] 10/14 38/3 39/13 39/25 75/10
222/14 223/9
engagement [1] 61/22
engaging [2] 16/1 40/4
engineer [2] 93/15 119/12
engineering [1] 111/5
engineers [1] 114/15
enhance [5] 18/18 103/10 104/6 106/2
107/13
enhances [1] 118/15
enjoined [2] 208/20 209/23
enjoy [1] 4/11
enjoyed [2] 81/22 222/10
enlightened [1] 69/25
enlisted [22] 21/6 21/9 21/10 23/5 54/11
54/25 55/5 55/6 55/14 55/18 55/23 56/3
56/6 56/9 56/18 57/10 57/16 57/19 78/24
130/1 130/13 130/19
enough [6] 37/23 66/4 66/6 202/12 208/8
208/17
enroll [1] 217/14
enrollment [6] 151/14 187/16 187/22
188/6 188/14 224/17
ensure [3] 10/17 111/24 174/14
enter [1] 170/25
entered [1] 11/22
entering [3] 11/2 138/21 138/21
entire [7] 78/23 106/2 159/19 183/6
208/4 208/10 212/9
entirely [4] 155/4 156/6 167/21 168/8
entirety [1] 192/7
entitled [1] 1/9 233/9
entry [1] 215/1
environment [18] 19/8 19/14 19/23 39/17
110/22 110/23 110/24 110/24 111/13
111/17 111/25 112/2 112/3 112/4 112/19
112/25 113/4 113/11
environments [6] 29/25 39/12 39/17 40/11
98/19 112/9
envision [1] 117/9
epic [1] 35/18
EPR [7] 32/4 32/15 33/1 83/12 83/20
83/20 85/1
EPR's [1] 82/19
equal [2] 25/4 46/22
equality [2] 3/21 41/12
equally [1] 21/10
equation [2] 68/6 69/8
equip [2] 98/20 107/7
equipment [1] 107/9 111/20
equipped [1] 99/9
equity [5] 106/14 107/1 107/12 193/21
194/2
equivalent [6] 39/9 82/20 83/7 84/23
134/9 135/6

era [2] 43/1 43/5
error [1] 166/19
escapism [1] 35/9
especially [3] 47/12 62/3 74/10
ESQUIRE [14] 1/12 1/13 1/13 1/14 1/14
1/15 1/15 1/16 1/17 1/18 1/18 1/19 1/19
1/20
essential [1] 23/8
essentially [14] 4/4 21/4 30/22 34/25
46/11 166/23 167/18 169/23 172/2 172/9
178/3 196/9 229/11 229/12
establish [1] 210/19
established [1] 56/11
establishing [1] 50/5
esteem [1] 62/5
estimate [26] 67/8 71/8 148/25 149/4
149/6 152/3 152/22 153/17 155/12 155/18
158/4 158/22 158/24 159/2 159/4 159/6
159/15 165/16 167/19 168/18 179/1 179/9
179/12 183/6 185/15 230/1
estimated [2] 204/25 211/6
estimates [22] 147/19 148/2 148/18
157/12 157/18 157/22 157/24
158/17 159/20 160/11 163/21 168/22 169/7
170/7 178/7 178/8 180/3 183/23 187/3
207/8 207/8
estimating [2] 148/10 158/11
estimation [15] 142/21 143/13 145/10
151/19 152/7
ET [1] 1/6
ethical [1] 50/7
ethnic [83] 4/6 4/7 4/10 4/14 4/18 4/19
4/19 4/20 4/21 4/23 4/25 15/21 16/14
17/16 17/19 19/18 23/1 23/3 24/3 24/12
25/20 25/24 26/3 28/25 29/9 29/11 29/19
31/2 31/6 32/3 32/5 32/8 32/16 34/13
34/17 35/17 46/13 60/17 60/23 60/25 61/2
62/11 62/13 63/20 64/13 65/21 67/24 68/9
68/13 68/19 69/11 73/15 73/17 74/11
79/25 80/6 80/15 81/17 81/22 82/5 82/7
87/13 87/18 87/19 87/22 87/23 107/20
107/23 108/19 108/22 108/25 114/14
116/24 129/22 129/25 130/7 130/12 130/20
161/12 161/13 161/25 174/1 219/20
Ethnic Group A [3] 4/19 4/20 4/23
Ethnic Group B [2] 4/21 4/25
ethnically [1] 35/1
ethnicities [2] 69/6 86/21
ethnicity [16] 108/1 116/19 150/5 150/7
150/10 151/20 175/23 176/1 176/3 178/3
178/12 178/25 179/3 179/10 180/4 220/14
ethnocracy [1] 13/19
Europe [5] 32/4 64/20 73/8 73/11 95/11
European [1] 72/9
evaluate [1] 105/22
evaluating [1] 163/2
evaluation [1] 144/12
eve [6] 4/3 13/15 30/23 70/17 70/21
70/25
even [12] 13/22 57/25 66/8 79/5 84/21
99/14 99/24 101/20 114/19 128/22 192/16
208/12
evening [1] 231/22
event [4] 9/20 77/9 88/20 228/7
events [2] 8/10 85/10
eventual [1] 206/22
eventually [2] 6/18 13/24
ever [5] 75/11 99/15 142/23 143/21
225/13
every [21] 4/3 5/4 8/11 8/12 9/21 14/17
32/5 32/6 32/16 78/4 83/5 83/12 92/19
95/15 100/22 104/3 104/20 106/20 106/22
124/25 184/17
everyone [7] 3/2 120/5 120/12 120/13
120/18 123/19 132/19
everything [7] 93/23 93/24 106/10 121/7
134/13 152/15 184/24
evidence [22] 14/24 18/13 24/25 28/11
51/25 53/6 54/20 62/21 62/22 62/25 63/11
66/14 66/23 108/7 108/9 147/2 151/12
176/22 187/11 188/13 217/5 231/14
evident [1] 109/2
evolved [1] 36/19
evolves [1] 188/8
evolving [1] 106/1
exacerbating [1] 35/9
exact [2] 42/3 71/8
exactly [7] 39/8 138/7 139/4 144/5 169/9
174/3 214/25
examination [14] 3/14 40/15 40/19 86/16

86/20 89/22 122/22 123/6 133/19 189/9
223/1 226/11 229/5 230/3
examined [4] 214/7
examining [2] 93/17 100/23
example [81] 4/22 7/2 7/3 13/5 13/8
14/23 14/25 15/7 16/17 16/19 17/2 17/10
17/10 17/11 17/23 20/2 27/11 27/16 28/19
31/5 31/8 31/10 31/20 34/14 35/11 36/2
37/4 37/12 37/13 37/22 38/8 38/19 39/9
43/22 49/13 50/23 50/24 51/7 60/14 60/14
69/17 70/18 70/18 73/24 73/25 77/4 77/19
79/13 84/3 86/22 86/23 100/5 109/2 110/6
111/5 112/20 113/7 116/14 117/25 119/8
120/9 120/16 122/5 122/7 124/17 125/3
126/4 137/4 137/17 138/16 138/19 156/17
161/7 161/20 163/20 163/23 174/5 177/13
180/23 187/7 210/14
examples [10] 14/20 16/25 35/2 39/5
88/13 112/18 113/10 117/14 120/23 177/2
excellence [1] 217/22
excellences [1] 218/7
excellent [1] 17/2
except [1] 92/20
excerpt [3] 156/19 157/20 165/2
exchange [13] 6/5 7/2 7/3 7/7 7/9 7/23
9/9 9/24 10/2 12/19 13/6 14/20 16/18
exchanges [1] 204/14
excluded [1] 69/15
excludes [1] 69/12
exclusion [2] 45/23 70/5
exclusive [1] 14/22
excuse [2] 135/25 216/2
excused [1] 228/10
execution [1] 112/11
executive [4] 32/5 32/9 82/18 84/1
exemplars [1] 17/1
exercise [7] 16/3 32/17 74/25 183/25
185/14 185/19 216/18
exhibit [25] 5/14 5/19 24/24 28/11 33/6
33/8 44/13 46/4 48/20 49/20 52/14 54/18
54/19 60/2 61/11 63/6 102/19 108/8 146/4
214/13 216/4 221/7 225/7 225/9 231/12
Exhibit 195 [5] 5/14 33/6 44/13 49/20
60/2
Exhibit 195-026 [1] 52/14
Exhibit 207 [1] 221/7
Exhibit 243 [1] 214/13
Exhibit 33 [1] 225/9
Exhibit 66 [2] 102/19 108/8
Exhibit 867 [1] 63/6
Exhibit 872 [2] 54/18 54/19
Exhibit 873 [1] 46/4
Exhibit 878 [2] 216/4 225/7
Exhibit 895 [1] 5/19
exhibits [5] 146/15 217/22 230/24 231/5
231/14
exist [1] 67/3
existed [1] 210/22
existing [2] 22/17 22/23
exit [1] 113/14
exited [1] 192/13
Expand [1] 103/10
expect [3] 66/11 114/4 169/2
expectations [1] 113/24
expected [3] 201/23 228/25 229/1
expeditionaries [1] 98/13
expeditionary [1] 98/9
expended [2] 195/18 196/14
expense [2] 180/12 180/15
expenses [1] 195/21
expensive [1] 111/20
experience [27] 10/5 29/10 29/14 48/21
98/2 99/18 99/19 100/12 101/12 102/10
102/13 102/14 113/22 114/9 126/4 126/9
126/12 126/19 139/14 140/25 141/3 141/10
141/13 141/15 142/19 143/7 143/9
experienced [9] 28/23 28/25 29/8 29/13
29/19 30/1 35/14 38/17 47/23
experiences [9] 24/4 114/17 114/18 115/2
126/7 126/11 174/6 217/23 218/8
experiencing [5] 25/20 25/24 26/2 28/20
29/5
experiment [5] 50/1 65/9 65/10 66/9
67/14
expert [36] 5/11 21/20 48/10 56/11
141/16 142/12 142/15 143/1 143/2 144/1
144/10 144/13 145/18 145/23 146/5 146/8
167/7 191/24 192/23 194/15 194/18 195/4
195/10 195/13 195/17 196/14 199/2 199/3

243

## E

**expert...** [3] 91/23 92/9 120/9
199/13 214/1 217/3 222/20
**experts** [7] 82/9 100/18 193/16 194/17
194/22 195/5 196/12
**explain** [11] 3/23 19/1 67/12 86/25 100/4
152/23 177/25 204/5 211/9 226/19 228/12
**explained** [6] 9/8 136/24 154/8 154/13
170/24 181/21
**explaining** [4] 139/12 154/19 206/1
211/12
**explains** [2] 154/17 155/3
**explanation** [3] 61/18 63/21 176/20
**explanations** [3] 10/12 10/16 20/12
**explicit** [4] 62/16 82/21 83/7 167/8
**explicitly** [5] 152/16 160/19 161/2 172/1
227/6
**exploitation** [1] 66/21
**explosive** [1] 119/13
**exposed** [2] 23/13 35/20
**exposure** [5] 23/18 24/20 31/16 38/11
56/2
**expressed** [2] 55/24 152/25
**extension** [1] 34/6
**extensions** [1] 216/18
**extensively** [1] 211/9
**extent** [7] 132/25 153/18 182/16 195/16
198/8 210/22 227/9
**extra** [2] 123/20 123/21
**extract** [1] 37/20
**extracurricular** [1] 219/19
**extraordinarily** [1] 140/20
**extreme** [6] 5/25 6/18 7/17 8/7 8/17 8/22

## F

**F-U-L-L-E-R** [1] 89/19
**face** [5] 22/10 104/20 105/24 165/7
165/10
**faced** [2] 13/25 39/16
**fact** [17] 30/9 30/25 46/20 63/25 83/24
85/3 103/24 119/10 119/11 121/22 126/19
126/25 151/12 179/8 186/25 211/9 217/14
**fact-based** [2] 126/19 126/25
**factor** [5] 20/15 42/22 165/4 184/7
184/23
**factors** [16] 18/3 19/25 20/4 154/2 156/1
156/4 161/6 168/7 168/19 175/17 211/1
211/7 211/15 212/16 213/6 213/10
**facts** [1] 139/5
**fail** [3] 27/3 165/20 210/10
**failed** [2] 149/10 167/5
**failing** [1] 66/18
**fails** [2] 154/2 169/2
**failure** [7] 167/13 167/16 168/10 169/10
175/16 180/4 185/5
**fair** [14] 1/3 1/21 59/8 66/4 66/6 123/10
130/22 130/23 131/20 204/25 214/1 214/19
222/24 223/24
**fairest** [1] 200/23
**fairly** [3] 57/3 74/11 154/19
**fairness** [1] 202/6
**fall** [2] 84/25 85/2
**fallen** [1] 176/15
**falls** [2] 176/13 178/13
**Fallujah** [1] 38/18
**familiar** [3] 73/13 138/22 217/1
**familiarity** [1] 143/9
**familiarizing** [1] 141/5
**families** [1] 104/8
**family** [2] 118/6 165/3
**famine** [1] 13/24
**famous** [1] 213/24
**fans** [1] 124/22
**far** [8] 29/9 73/11 113/8 120/16 159/2
191/15 199/11 200/7
**fared** [1] 78/11
**fashion** [1] 13/18
**Faso** [3] 64/7 64/23 65/2
**fast** [1] 192/15
**fate** [2] 22/9 85/18
**father** [2] 91/1 91/9
**favor** [4] 62/25 63/20 64/12 65/18
**favorability** [1] 27/18
**favorable** [2] 12/2 66/12
**favored** [1] 12/14
**fear** [1] 26/25
**feasible** [1] 50/7
**feature** [1] 173/7
**features** [1] 226/24
**February** [1] 202/24

## F (continued)

**federal** [10] 82/21 82/23 83/7 144/1
144/7 144/7 144/9 144/16 164/3 233/16
**feel** [3] 44/7 45/25 48/2
**fees** [1] 24/21
**female** [5] 118/1 121/19 121/23 122/10
122/13
**Fennell** [1] 50/23
**fertilize** [1] 128/17
**few** [8] 28/16 32/11 40/17 86/19 95/24
127/8 127/12 150/25
**fewer** [1] 37/19
**field** [6] 13/25 67/14 136/4 136/13
145/14 218/24
**fielded** [2] 4/20 87/16
**fields** [3] 135/17 135/18 145/24
**fifth** [4] 151/1 151/2 175/3 182/3
**fight** [8] 6/15 14/6 14/10 15/14 22/23
23/21 70/3 105/21
**fighting** [2] 6/11 132/25
**figure** [2] 9/2 115/10
**Figure 1** [1] 9/2
**filed** [11] 48/10 162/17 190/11 196/23
196/25 197/2 197/4 202/19 202/20 202/22
203/5
**files** [1] 221/18
**filing** [1] 42/17
**fill** [1] 183/2
**final** [5] 23/11 36/6 36/8 151/8 151/9
**finally** [1] 232/4
**Finance** [1] 145/1
**financial** [2] 135/18 200/1
**find** [22] 29/23 38/5 62/3 62/20 62/22
80/6 116/4 150/9 151/4 151/11 151/22
162/23 164/3 180/18 183/13 183/19 188/9
197/23 197/24 200/19 201/6 205/17
**finding** [4] 31/25 37/18 61/2 68/9
**findings** [6] 25/13 29/23 65/5 67/9 88/14
179/17
**finds** [1] 162/14
**fine** [17] 52/8 52/8 52/16 123/2 123/5
135/2 196/24 198/17 201/4 202/5 202/11
202/11 203/16 203/19 203/22 215/4 224/8
**finish** [3] 230/19 230/22 230/22
**finished** [3] 132/9 232/3 232/4
**first** [60] 3/8 3/22 7/8 15/20 15/21
15/23 17/14 18/6 22/7 22/16 26/22 28/18
36/16 46/10 46/17 54/3 54/3 54/5 54/25
58/12 79/13 79/5 80/3 83/12 89/16 93/7
93/12 104/14 112/21 113/12 123/12 123/13
126/3 127/14 133/12 133/14 136/9 139/3
141/22 148/1 148/2 148/6 151/1 151/16
151/17 151/19 163/25 167/14 168/23 182/9
182/13 188/5 189/21 190/7 190/11 192/14
192/18 196/21 207/23
**first-term** [1] 54/5
**first-time** [3] 54/3 54/3 58/12
**fit** [4] 153/24 154/16 154/17 206/18
**fits** [2] 153/22 154/3
**five** [10] 25/12 25/19 73/10 97/7 144/4
180/21 189/22 190/1 190/5 190/7
**fixed** [7] 171/13 171/16 172/1 172/2
182/18 211/23 215/20
**flag** [11] 93/17 94/13 99/17 101/5 126/14
127/15 127/15 127/19 128/2 128/11 132/12
**flagged** [1] 176/19
**flee** [4] 14/3 14/9 15/14 24/5
**fleet** [6] 93/18 95/10 100/24 105/21
129/21 129/22
**flexible** [1] 18/10
**Flight** [1] 96/15
**flip** [1] 103/12
**fluctuation** [1] 188/8
**fluctuations** [1] 188/9
**focus** [7] 47/12 67/23 138/24 140/3
144/21 183/9 211/13
**focused** [2] 98/12 104/3
**focusing** [1] 140/9
**follow** [6] 62/6 64/17 121/24 122/12
127/13 209/21
**follow-up** [3] 62/6 64/17 127/13
**followed** [3] 141/20 141/20 176/21
**following** [11] 46/17 76/5 76/7 93/19
94/12 94/13 94/15 94/17 94/19 145/11
178/21
**follows** [1] 176/23
**foot** [1] 35/21
**footage** [1] 97/16
**football** [6] 91/3 91/6 113/18 113/19
114/8 123/14

## F (continued)

**Footnote** [3] 53/10 82/13 216/5
**Footnote 22** [1] 216/5
**Footnotes** [2] 204/25 216/5
**force** [52] 6/14 14/5 37/18 46/12 46/24
63/13 63/21 94/8 94/20 98/5 98/12 99/6
99/24 100/7 100/19 100/24 102/11 104/2
104/17 105/19 106/7 106/9 106/10 106/20
107/5 107/8 107/15 117/13 131/3 131/10
131/11 209/9
**forced** [1] 14/2
**forces** [17] 17/7 46/21 62/15 62/16 70/18
71/9 72/8 73/24 76/20 76/22 78/10 87/16
93/18 98/15 99/20 98/21 103/25 109/16
**foregoing** [1] 233/7
**foreign** [2] 17/5 48/16
**forgive** [1] 116/2
**forgot** [1] 190/7
**form** [9] 38/11 47/9 117/15 120/24 138/9
138/13 172/18 173/12 175/3
**formal** [1] 80/16
**format** [1] 233/9
**forming** [2] 45/19 142/16
**forms** [3] 41/11 217/22 227/19
**forth** [1] 196/6
**forward** [4] 89/10 103/10 143/16 184/18
**fought** [2] 36/3 36/4
**found** [8] 5/9 5/12 27/25 28/1 62/10
164/5 187/22 227/11
**foundational** [1] 103/23
**four** [23] 6/4 7/22 8/10 9/7 10/3 10/11
11/3 18/3 22/6 71/7 73/15 73/17 82/10
83/11 91/6 93/20 123/14 137/18 189/22
190/1 190/7 211/24 230/12
**four-point** [1] 11/3
**four-year** [2] 82/10 83/11
**fourth** [10] 18/17 36/6 73/19 150/11
150/12 179/23 179/24 179/25 182/20
214/17
**fraction** [1] 180/24
**frame** [1] 202/16
**framework** [4] 138/22 143/12 147/23 159/1
**France** [1] 62/23
**Franchetti** [1] 118/1
**free** [1] 200/14
**freedoms** [1] 4/11
**French** [5] 60/18 62/1 62/14 62/17 73/10
**frequency** [1] 136/24
**frequent** [1] 62/5
**frequently** [2] 220/25 221/20
**freshmen** [2] 215/16 215/19
**friction** [3] 19/14 21/7 43/24
**friend** [3] 220/20 221/4 223/10
**friend's** [1] 202/3
**friends** [1] 51/16
**frigate** [2] 93/12 93/14
**frigates** [1] 96/19
**front** [3] 16/3 79/20 79/24
**fuel** [1] 204/14
**full** [8] 4/10 4/25 70/13 122/14 136/10
139/20 157/21 161/6
**fuller** [17] 2/7 88/24 89/9 89/18 89/24
102/22 104/23 105/8 108/11 116/17 118/14
118/25 119/3 123/8 124/5 127/4 132/6
**fully** [2] 167/24 172/12
**function** [1] 171/13
**functional** [1] 138/13
**functionally** [1] 82/20
**fundamental** [2] 126/8 140/2
**further** [15] 40/13 57/6 86/5 86/7 88/15
104/5 109/12 122/20 127/7 131/22 131/23
131/25 132/3 142/5 228/1
**furthering** [1] 112/18
**future** [6] 91/5 100/20 105/19 109/17
116/4 201/2

## G

**G-U-R-R-E-A** [1] 133/15
**GABRIEL** [1] 1/15
**game** [4] 123/24 124/1 124/1 150/19
**GARDNER** [21] 1/17 2/11 2/12 133/17
134/22 188/19 194/8 195/3 197/1 199/5
203/2 207/12 220/20 223/10 226/10 226/13
228/23 229/3 230/25 231/20 232/1
**Gardner's** [1] 203/3
**GARGERA** [2] 1/19 231/2
**garrison** [1] 98/11
**garrison-based** [1] 98/11
**gather** [4] 128/10 142/5 195/6 195/7
**gathering** [1] 141/8
**gave** [7] 16/17 113/15 142/19 143/9

**G**

gave... [3] 129/19 181/7
Gen [1] 45/16
gender [8] 46/23 112/22 112/22 112/24
113/2 113/5 113/8 121/18
general [21] 51/21 51/22 90/1 90/10
90/11 91/17 91/23 95/3 98/6 99/14 99/17
100/2 128/18 129/9 130/16 138/12 138/15
143/3 169/1 173/14 206/5
generalities [1] 102/12
generally [8] 20/20 40/3 100/15 127/25
138/10 145/11 152/11 159/12
generate [4] 9/18 31/18 32/14 32/21
generated [2] 9/18 19/5
generates [4] 5/2 5/4 118/2 159/16
generating [1] 105/3
generous [1] 65/4
genocidal [1] 13/22
genocides [1] 75/10
geographic [2] 219/13 219/19
geographical [1] 68/4
geography [1] 166/1
George [1] 94/7
German [3] 72/25 75/1 75/2
Germans [1] 73/7 73/10
Germany [5] 72/8 72/22 73/4 75/7 75/18
get [41] 8/6 10/6 15/13 16/16 23/20 24/1
30/22 38/4 40/17 81/6 109/22 109/23
111/8 115/9 117/8 117/12 118/23 126/3
126/9 128/18 128/22 130/17 147/9 151/23
156/13 159/2 161/24 176/16 191/19 191/25
192/16 197/8 198/10 203/14 205/12 206/8
216/2 216/24 224/1 225/6 225/10
gets [7] 7/4 13/16 38/13 81/9 193/23
193/25 194/2
getting [5] 38/21 47/12 118/17 198/13
231/5
Ghana [1] 64/7
give [15] 16/18 26/24 60/14 102/14
108/14 110/6 112/20 121/15 123/24 124/17
138/16 140/11 184/9 198/18 201/9
given [8] 56/2 88/8 99/22 101/24 154/1
171/3 180/14 218/24
gives [6] 82/8 109/9 147/20 158/24
174/20 175/5
giving [3] 59/20 121/16 184/21
glad [2] 132/9 189/4
glasses [1] 109/3
glibness [1] 116/2
glue [1] 111/21
go [95] 7/15 7/17 8/6 9/1 15/18 27/23
31/14 33/18 36/6 36/14 46/8 54/24 55/21
55/22 56/13 58/10 59/8 59/24 60/3 62/18
63/5 63/13 64/16 66/6 67/2 67/19 71/15
72/24 80/4 86/15 90/25 92/6 95/23 99/18
101/3 101/4 101/6 102/4 103/9 104/9
104/11 104/11 105/14 106/12 112/15 119/8
120/3 120/4 120/7 121/5 121/6 121/9
121/14 123/4 130/10 132/21 133/3 155/11
159/11 159/20 162/6 164/17 164/25 165/13
166/9 167/14 175/2 175/24 177/1 180/17
181/8 183/19 184/13 188/25 189/8 197/6
198/10 198/24 198/24 204/6 208/4 208/10
212/9 216/23 216/24 218/16 220/13 222/9
230/20 230/23
goal [2] 173/18 217/21
goals [1] 217/10
goes [13] 5/25 8/14 63/25 65/4 66/20
98/2 98/19 150/10 179/19 179/20 200/7
200/21 212/13
going [81] 4/21 6/19 6/23 6/25 8/7 8/10
8/18 8/23 9/9 9/20 10/5 13/18 13/19 14/3
14/4 14/21 20/10 22/13 22/13 27/20 28/16
31/1 34/3 34/18 35/4 40/3 40/4 44/11
49/15 51/15 52/6 54/18 70/20 82/4 86/9
86/13 86/13 93/25 99/20 100/22 103/17
111/9 112/5 112/9 112/10 112/13 113/22
113/23 113/23 115/8 116/14 120/5 121/24
121/25 122/2 122/12 123/24 132/22 132/23
133/2 133/4 160/21 166/24 194/16 194/21
197/23 198/4 198/20 200/20 201/11 209/18
210/2 210/6 210/6 211/15 211/22 213/9
221/14 228/18 228/19 230/4
gold [2] 49/25 93/3
gone [3] 6/9 66/1 95/16
good [35] 3/2 3/11 3/16 35/6 40/21 40/22
40/23 40/24 86/19 89/10 89/24 105/4
110/13 110/19 112/8 112/10 112/12 112/16
112/23 114/24 117/11 123/8 123/9 132/19

**H**

had [48] 10/20 12/13 15/7 17/7 29/1 35/2
35/18 35/20 38/1 43/23 57/8 58/18 66/20
66/20 69/25 73/7 87/12 91/2 93/10 93/11

---

133/22 133/23 154/19 155/1 158/19 188/24
203/23 231/13 231/18 231/22 232/5
good... [2] 205/14 205/16
Google [2] 205/14 205/16
got [21] 22/7 49/24 71/15 75/18 95/13
96/3 101/1 111/19 113/5 115/7 115/9
118/6 118/23 132/9 146/13 166/23 178/18
197/24 207/12 212/9 215/1
government [15] 4/23 35/21 60/16 82/23
140/15 144/16 144/19 190/12 191/3 195/19
196/10 196/13 198/7 201/14 232/2
Government's [1] 67/15
governor [1] 99/7
grade [3] 110/12 110/18 110/21
grades [3] 161/22 162/1 163/12
gradually [2] 162/11 162/15
graduate [19] 39/3 41/18 41/20 41/24
90/19 90/21 91/25 92/1 113/13 113/16
130/10 135/9 135/11 135/12 136/6 136/10
137/6 138/16 138/25
graduates [2] 127/16 128/3
graduating [2] 91/14 139/15
Grady [1] 118/5
graphic [2] 13/4 14/19
graphical [1] 8/25
Grasmeder [2] 50/23
grateful [1] 127/5
gray [1] 9/21
great [15] 73/22 91/4 102/9 102/14 104/7
110/10 113/25 114/2 114/3 116/10 120/16
120/20 120/21 203/20 231/19
greater [13] 6/21 6/22 6/23 6/24 10/1
10/5 34/16 34/18 37/20 62/23 112/25
113/1 114/21
Greek [1] 17/11
green [2] 178/22 178/23
Greenbelt [1] 144/8
Greg [1] 91/17
grew [1] 117/6
grievances [2] 22/17 22/23
ground [2] 14/9 35/8 36/25 39/19 48/25
75/24 76/20 76/22 78/10
grounds [1] 24/12
group [43] 4/10 4/19 4/19 4/20 4/21 4/23
4/25 18/11 18/15 19/17 23/5 23/5 23/6
31/25 32/5 32/8 32/18 62/16 63/13 73/20 74/6
83/5 87/13 94/14 94/15 96/11 96/23 96/24
97/7 101/8 110/16 111/3 112/7 116/3
116/15 119/23 120/16 150/17 161/12
161/14 161/25 180/14 180/15 181/14
groupings [1] 87/8
groups [47] 4/7 4/14 4/19 18/7 19/18
19/20 22/8 22/14 22/18 22/21 23/1 23/4
23/12 24/2 31/6 31/15 32/23 47/10 51/19
54/10 60/17 61/22 62/4 63/20 64/4 69/11
69/15 72/24 72/25 73/3 73/5 73/11 73/15
73/17 81/22 82/14 83/22 87/8 87/14 120/5
120/7 151/14 152/2 164/1 180/13 180/20
180/23
groupthink [2] 18/9 114/22
grow [2] 104/7 164/15
guarantee [1] 197/24
Guard [9] 98/22 98/23 98/25 99/3 99/5
99/10 99/11 99/14 99/24
guess [2] 10/20 130/6
guest [1] 117/17
guidance [2] 102/25 104/15
guided [2] 93/21 96/14
guided-missile [2] 165/2 165/18
Guinea [1] 64/8
Gulf [7] 95/8 95/10 95/13 95/17 121/1
121/1 121/6
gun [1] 14/13
Gurrea [43] 2/10 133/6 133/7 133/15
133/22 136/6 143/21 145/2 145/18 146/3
146/15 147/9 147/23 151/15 159/21 161/7
162/7 162/23 163/20 164/18 166/10 166/18
168/17 168/23 169/4 171/2 175/12 182/3
186/9 186/23 187/10 187/18 188/17 189/11
189/23 192/10 192/13 203/25 204/1 206/3
210/13 226/14 228/6
Gurrea's [1] 192/7
guy [1] 181/4
gymnastics [1] 120/12

---

96/19 96/21 97/6 97/7 100/6 100/18
102/3 116/3 117/9 120/9 120/9 120/14
120/19 122/24 122/3 124/19 126/4 126/7
126/13 141/3 141/24 193/10 202/9 204/5
205/4 214/8 224/19 225/25
hadn't [1] 123/25
hair [1] 109/3
half [7] 65/5 66/1 79/3 79/5 144/22
191/5 201/13
Hall [1] 126/5
hallmark [1] 116/10
hand [5] 3/5 26/12 89/13 133/10 153/3
handbook [2] 139/11 206/20
handling [6] 188/22 230/25 231/2 231/3
231/9 231/10
hands [1] 35/14
happen [4] 8/10 9/20 42/22 121/23
happening [2] 7/5 24/14
happens [3] 35/13 170/5 172/13
happy [4] 117/19 123/3 194/18 197/21
harassment [10] 25/21 25/24 26/3 26/8
27/3 28/25 29/9 29/11 29/19 30/2
harassment/discrimination [3] 26/3 29/9
29/19
hard [6] 26/13 112/17 113/24 114/2 114/3
125/17
harder [1] 19/11
harness [2] 19/24 20/25
Harvard [39] 176/21 185/10 185/12 186/1
215/23 216/6 216/12 216/19 216/22 217/2
217/17 218/5 218/17 218/22 219/4 219/13
219/13 219/18 219/25 220/6 220/7 220/10
222/25 222/25 223/4 223/13 223/15 225/14
226/15 226/18 227/10 227/14 227/16
Harvard's [6] 214/1 214/23 214/24 217/21
218/13 220/8
has [105] 4/18 6/5 6/9 6/10 7/11 11/16
11/18 11/18 11/22 11/24 12/2 12/4 12/6
19/19 22/6 24/10 24/12 27/12 27/15 27/17
29/6 33/21 34/15 36/19 38/10 44/17 45/8
56/15 66/18 70/3 71/18 71/19 75/2 75/11
78/4 87/25 98/24 99/6 101/12 101/14
101/18 104/18 107/8 108/13 118/19 118/20
122/13 124/18 127/8 129/19 131/2 131/17
131/17 134/25 137/15 137/16 140/14
143/16 144/13 144/18 144/20 144/21
145/16 146/3 146/7 146/24 147/15 149/10
154/18 157/11 158/8 158/18 161/2 161/25
165/17 165/23 166/6 168/11 169/16 172/3
172/11 173/22 174/8 176/6 181/24 182/4
182/10 185/7 191/14 192/17 193/7 193/20
194/2 194/10 194/10 196/13 197/17 198/6
199/23 200/2 200/4 200/15 201/12 215/15
220/9
hasn't [2] 101/17 129/6
HASSON [1] 1/14
hate [1] 51/14
have [296]
haven't [2] 191/6 192/21
having [17] 18/17 21/8 36/2 54/9 73/15
82/3 88/2 98/4 114/22 116/25 121/18
121/18 134/17 159/17 171/13 201/13
202/23
Hawaii [4] 94/14 97/12 97/13 97/17
Hawaiians [2] 176/14 176/16
Haynie [3] 16/23 18/21 27/19
Haynie's [1] 23/7
hazardous [1] 95/13
he [159] 13/21 14/3 14/4 14/11 14/14
45/11 61/23 61/23 62/10 62/20 63/23
63/25 64/3 64/6 64/10 64/16 64/17 64/17
64/25 65/4 67/10 113/14 113/15 113/16
113/16 113/19 123/23 123/24 123/25 124/1
134/25 145/23 147/16 147/16 147/19
147/20 148/14 148/20 149/10 149/12 150/7
150/10 151/5 155/20 157/1 157/7 157/9
157/9 157/11 157/15 157/18 157/24 158/21
158/22 159/5 159/6 159/7 159/20 160/7
160/10 161/1 161/2 161/8 162/3 162/8
162/11 162/11 162/14 162/15 162/20
162/21 165/18 165/23 166/3 166/7 167/1
167/7 167/9 167/9 167/10 167/12 167/20
168/8 168/15 171/22 171/23 171/25 172/2
172/3 172/6 172/6 172/11 172/12 172/25
173/2 176/20 178/7 178/8 180/3 181/12
183/6 184/18 184/22 184/23 185/11 185/13
185/14 185/19 186/2 186/8 186/21 186/21
190/2 192/17 192/18 193/7 193/10 193/10
193/11 193/20 193/22 193/22 193/25

**H**

**he... [36]**
194/10 194/10 194/15 197/7 200/2
200/4 200/15 201/12 202/3 202/9 202/16
202/17 202/21 202/23 203/19 206/12
208/13 208/15 212/6 213/24 214/4 214/6
214/8 218/4 218/14 220/3 220/5 220/7
227/12 227/24 230/8
**he's [29]** 13/18 13/18 13/22 13/23 13/25
14/2 14/9 53/2 64/13 107/4 107/9 107/10
107/12 134/14 134/22 148/3 148/10 148/11
148/13 169/18 185/19 193/1 193/4 193/7
195/1 213/17 213/17 221/23 222/1
**head [7]** 31/19 73/6 93/16 94/17 94/23
130/9 132/10
**headed [1]** 106/14
**heading [2]** 157/22 179/2
**Health [1]** 84/16
**healthy [1]** 104/2
**hear [11]** 110/9 110/15 118/18 118/19
166/18 174/14 189/4 190/23 208/6 224/4
224/5
**heard [14]** 110/8 113/17 140/7 152/19
153/14 156/17 164/22 192/9 205/25 208/3
209/4 209/9 211/9 223/3
**hearing [1]** 134/18
**hearts [1]** 38/13
**heavy [1]** 98/10
**heightens [2]** 130/15 130/17
**Heinecken [1]** 46/2
**held [2]** 96/6 233/8
**Hello [2]** 189/11 189/12
**helmets [1]** 36/20
**help [14]** 17/22 18/4 18/15 18/18 37/1
38/23 107/13 111/24 115/7 116/22 116/24
146/16 216/1 216/3
**helped [4]** 35/22 49/1 117/14 120/23
**helpful [5]** 28/17 103/16 103/18 110/7
119/2
**helps [6]** 17/21 18/9 108/15 108/16
108/17 110/3
**Herbert [1]** 94/7
**here [96]** 4/17 4/25 5/23 6/1 6/4 6/16
8/15 8/20 9/3 9/16 13/8 18/19 18/20 26/8
30/1 30/7 31/10 33/12 33/14 38/8 38/20
45/14 50/19 51/5 55/10 60/22 63/17 64/13
65/11 68/1 70/15 74/25 80/3 80/5 80/13
80/21 81/12 89/12 96/8 100/23 100/25
103/9 103/23 109/2 110/7 114/1 116/2
128/16 129/6 129/11 131/3 131/8 132/11
133/6 134/24 154/5 159/14 160/5 162/23
174/3 174/4 178/18 179/7 180/23 185/20
187/15 187/23 188/5 189/22 190/15 192/11
194/25 195/1 197/24 197/25 198/19 199/5
203/17 204/5 205/23 208/25 208/25 209/2
218/21 220/13 221/3 222/1 222/13 222/15
226/20 227/20 228/11 228/24 230/9 231/9
231/16
**Here's [1]** 217/19
**hereby [1]** 233/6
**Herndon [2]** 133/8 134/21
**Hey [2]** 23/21 23/22
**high [38]** 5/12 5/25 6/18 7/15 8/7 11/24
12/5 13/5 13/5 13/25 14/14 14/14 16/2
16/9 16/10 17/12 22/7 27/25 34/16 40/5
40/5 90/23 93/9 103/25 106/10 110/20
117/22 118/7 119/18 130/10 150/12 161/21
162/1 163/11 176/2 213/1 213/2 226/21
**high-intensity [1]** 16/2
**high-level [1]** 226/21
**high-profile [1]** 12/5
**high-quality [4]** 11/24 103/25 106/10
110/20
**higher [14]** 7/5 15/8 28/3 29/1 31/11
31/13 60/16 72/4 129/1 151/24 161/13
161/25 162/1 164/14
**highest [2]** 8/16 91/20
**highlight [2]** 162/13 180/2
**highlighted [4]** 153/24 167/9 167/13
174/10
**highlighting [2]** 185/19 189/21
**highlights [1]** 156/19
**highly [2]** 14/21 16/17
**him [16]** 128/18 129/18 134/18 152/10
160/6 193/5 193/9 193/19 194/5 200/14
200/20 201/8 202/13 203/23 205/25 214/8
**hired [3]** 225/22 226/2 226/6
**Hiroshima [1]** 77/6
**his [86]** 13/19 13/25 14/2 14/5 14/9
14/14 61/9 80/3 107/10 133/7 145/10
148/25 149/6 150/9 152/7 152/12 153/15
153/24 154/2 154/12 156/19 157/3 157/16
160/10 160/11 162/8 162/12 162/21 162/23
165/21 167/1 167/17 174/9 174/12 177/2
179/1 182/15 182/19 183/7 183/10 183/11
183/13 183/15 183/20 183/23 183/23
184/15 185/7 185/10 186/1 186/21 192/23
193/5 193/7 193/9 193/25 197/14 200/9
200/17 200/19 200/20 200/21 201/12
205/23 207/8 213/8 217/5 217/6 219/23
219/24 220/3 220/6 220/9 221/3
**Hispanic [18]** 54/3 54/5 58/2 58/12 59/9
59/11 59/15 73/19 74/13 84/17 151/23
164/12 167/12 176/11 176/11 177/10
177/12 177/16
**Hispanics [3]** 57/8 177/8 177/14
**historian [2]** 51/5 51/16
**historians [1]** 114/16
**historical [7]** 10/24 13/8 16/19 16/25
45/3 78/12 87/2
**history [2]** 14/16 17/13
**hit [2]** 102/18 216/2
**hold [4]** 47/13 62/4 66/12 83/24
**holding [4]** 13/2 14/9 82/16 230/1
**holistic [2]** 118/20 168/21
**home [10]** 6/9 35/12 35/15 35/19 35/19
35/25 35/25 36/2 36/4 122/11
**homeland [1]** 100/7
**homeownership [1]** 164/6
**Homestretch [1]** 187/9
**hometowns [1]** 15/5
**homogeneous [1]** 116/15
**Honor [42]** 3/13 40/16 52/6 52/15 72/16
86/5 88/18 108/7 122/23 124/3 127/7
131/4 131/21 132/2 132/5 132/8 133/18
134/25 145/17 146/1 146/10 146/20 188/18
188/23 189/6 192/6 193/22 195/22 196/21
198/4 198/14 198/15 198/20 199/15 201/17
202/8 204/11 215/3 226/8 228/4 231/21
231/24
**honorable [6]** 1/9 89/3 91/2 132/16 189/1
232/9
**hopefully [2]** 12/20 30/23
**hoping [1]** 41/5
**horizontally [1]** 23/3
**horn [1]** 114/1
**horrific [1]** 75/10
**hostile [1]** 229/16
**hour [8]** 132/15 190/13 192/19 192/20
192/21 199/25 208/12 230/21
**hourly [8]** 193/11 194/21 199/3 199/9
199/13 199/21 201/3 201/3
**hours [15]** 115/8 132/11 190/12 191/2
192/4 192/19 194/21 195/18 199/2 199/9
199/13 199/24 230/6 230/7 230/12
**housed [1]** 11/23
**households [2]** 164/11 164/16
**how [126]** 3/24 4/5 4/6 4/8 7/3 10/14
11/21 12/13 16/12 18/10 24/16 26/8 27/13
28/19 29/6 34/5 35/4 35/5 36/16 36/17
37/13 38/2 38/3 38/4 38/5 38/8 41/24
45/9 46/11 53/22 61/23 68/21 70/15 74/2
85/4 85/16 86/9 87/5 92/7 95/1 95/5 97/5
98/19 98/19 98/20 99/8 99/9 99/12 99/12
100/3 100/9 100/15 100/16 100/19 100/20
100/21 101/14 101/15 101/21 102/4 108/3
109/12 109/15 110/9 110/9 110/22 111/24
113/3 114/11 115/16 116/22 118/25 120/15
120/15 120/16 120/18 127/19 128/13
131/12 134/1 141/2 141/15 142/9 142/18
143/14 143/24 144/3 154/1 154/3 154/17
156/4 157/18 161/7 161/16 167/10 167/16
171/7 174/6 177/2 186/25 187/7 190/19
191/2 191/3 191/12 191/14 192/3 192/4
192/19 199/17 199/18 201/7 205/3 206/2
206/9 209/5 210/24 211/21 215/20 216/22
223/15 225/14 227/19 229/5 230/17 231/8
**How's [1]** 232/4
**Hoxby [1]** 226/2
**huh [22]** 46/15 64/9
**human [3]** 16/24 38/22 84/16
**hundred [1]** 82/9
**hundreds [4]** 3/18 3/18 87/25 191/17
**hurt [1]** 111/20
**Hwang [1]** 142/1
**hypothesis [1]** 188/13
**hypothesizes [1]** 151/5
**hypothetical [10]** 4/18 4/22 31/3 79/12

148/25 149/6 150/9 152/7 152/12 153/15
153/24 154/2 154/12 156/19 157/3 157/16
160/10 160/11 162/8 162/12 162/21 162/23
165/21 167/1 167/17 174/9 174/12 177/2
179/1 182/15 182/19 183/7 183/10 183/11
183/13 183/15 183/20 183/23 183/23
184/15 185/7 185/10 186/1 186/21 192/23
193/5 193/7 193/9 193/25 197/14 200/9
200/17 200/19 200/20 200/21 201/12
205/23 207/8 213/8 217/5 217/6 219/23
219/24 220/3 220/6 220/9 221/3
**hypothetically [3]** 30/19 30/20 33/11

79/21 82/4 184/11 184/22 185/23 186/19

**I**

**I'd [13]** 5/8 15/16 36/5 45/22 61/11 73/6
100/25 114/8 116/3 127/4 127/21 143/25
209/13
**I'll [29]** 16/16 41/10 59/24 95/23 96/7
98/6 98/12 102/4 103/9 108/14 110/6
112/1 112/15 114/13 118/11 119/8 124/15
124/17 129/8 189/4 190/14 192/7 201/8
201/9 202/4 202/14 203/2 216/3 228/12
**I'm [109]** 5/18 12/5 13/1 28/16 29/16
31/18 32/24 33/7 41/5 41/5 42/3 43/3
43/4 44/11 45/18 50/25 52/3 52/4 52/6
52/19 52/24 52/24 53/18 55/19 56/11
56/11 56/25 60/6 63/5 63/6 68/12 71/19
72/15 73/19 77/14 79/11 79/23 80/6 85/11
85/15 85/19 85/24 86/12 90/1 91/16 92/13
100/22 100/25 103/3 109/2 109/3 109/6
109/7 110/11 118/25 123/10 124/13 124/15
126/25 129/15 130/24 131/1 131/5 131/6
131/7 132/9 133/7 134/11 134/17 179/6
180/2 189/20 189/20 190/22 193/2 194/12
194/18 195/11 195/23 195/23 196/2 196/3
197/3 197/7 197/21 198/20 198/22 199/11
200/7 200/20 201/11 203/13 206/6 209/10
210/19 211/8 211/12 212/4 213/19 217/1
217/1 222/5 222/6 223/23 224/4 224/6
225/9 226/4 231/17
**I've [16]** 41/6 49/24 95/8 95/8 95/9 96/3
96/8 101/1 119/10 134/2 153/14 187/15
197/6 207/12 215/1 225/13
**idea [10]** 8/20 85/4 102/6 151/9 151/13
200/19 224/1 225/1 225/6 225/10
**identifiable [1]** 74/11
**identification [3]** 214/13 215/2 225/7
**identified [7]** 73/24 150/8 173/13 175/4
176/7 176/8 177/6
**identifies [2]** 165/3 165/24
**identify [3]** 176/11 177/9 221/21
**identifying [2]** 199/1 199/7
**identities [3]** 23/17 73/23 74/8
**identity [7]** 62/11 64/10 65/6 65/8 66/10
67/7 74/6
**IG [1]** 103/2
**ignore [1]** 211/15
**II [9]** 36/1 72/6 74/10 77/10 86/22 88/7
129/7 129/9 129/10
**IIA [1]** 96/15
**illustrate [5]** 155/10 180/23 184/12
184/14 187/24
**illustrates [1]** 179/1
**illustration [2]** 153/2 168/5
**imagine [3]** 42/4 51/5 123/18
**imbalance [1]** 131/19
**immediate [5]** 53/25 55/4 55/11 56/2 57/8
**impact [58]** 58/18 59/10 120/21 144/12
147/13 148/4 148/13 148/25 149/5 150/22
150/23 151/20 152/22 157/12 158/4 158/9
158/11 158/15 159/18 159/19 163/22
167/17 167/20 168/8 168/10 170/3 171/3
178/2 178/16 179/10 179/12 180/3 180/3
181/12 181/25 182/11 185/16 186/24 207/9
207/25 208/4 208/10 208/23 209/8 209/14
209/19 210/12 210/15 210/19 210/21 211/3
211/7 212/9 212/16 212/22 212/24 213/13
227/19
**impactful [1]** 122/3
**impeachment [2]** 200/7 200/13
**imperative [2]** 106/25 107/14
**implementation [5]** 142/21 143/10 143/12
145/10 158/23
**implemented [3]** 47/4 138/4 185/9
**implementing [1]** 176/5
**implements [1]** 159/1
**imply [1]** 174/17
**importance [6]** 40/8 40/9 40/10 48/15
90/12 156/19
**important [18]** 20/4 20/15 20/20 21/10
38/20 48/24 68/24 68/25 69/5 100/16
109/19 119/14 150/15 150/20 159/14
183/22 209/5 218/17
**impose [3]** 18/24 23/15 178/24
**imposed [2]** 84/23 172/11
**imposes [4]** 79/1 172/12 227/21 227/22
**imposing [1]** 122/16
**impossible [3]** 50/14 168/17 186/24
**imprecise [1]** 166/24
**impressed [1]** 113/25

**I**

**improper [1]** 224/14
**improve [2]** 105/23 134/21
**improved [3]** 18/6 60/15 116/19
**improves [2]** 68/10 68/15
**improving [1]** 51/18
**inappropriate [1]** 227/20
**incidents [2]** 26/8 26/19
**include [8]** 51/15 76/1 108/19 108/21 166/7 177/14 195/20 195/21
**included [11]** 64/4 76/5 76/10 76/18 77/3 87/13 87/15 140/14 162/15 192/5 225/5
**includes [14]** 72/6 72/8 72/11 83/5 165/22 166/4 177/8 199/12 199/24 199/24 217/23 218/7 221/10 221/15
**including [17]** 32/7 35/1 82/15 83/23 112/1 114/14 116/19 116/24 140/20 142/1 186/15 187/2 199/2 199/8 210/25 221/21 221/23
**inclusion [22]** 16/12 19/4 20/3 20/13 20/19 20/20 20/25 21/20 27/13 27/18 31/6 36/9 37/14 45/23 70/1 106/14 107/1 107/12 138/12 155/2 163/3 173/4
**inclusive [8]** 13/12 13/18 14/21 17/4 17/12 19/8 19/14 19/23
**income [15]** 164/5 165/3 165/3 165/23 165/23 165/24 165/25 165/25 166/14 166/19 166/24 167/8 167/10 195/13 199/12
**incomes [2]** 164/13 164/24
**incomplete [1]** 16/6 158/21 183/14 183/20
**incorporated [4]** 138/5 139/17 156/7 158/18
**incorporates [2]** 162/12 172/2
**increase [14]** 6/20 53/25 54/4 55/3 55/10 57/7 58/11 58/18 59/9 59/14 85/8 114/12 119/4 181/15
**increased [6]** 54/13 56/18 58/25 59/11 59/14 61/24
**increases [10]** 9/25 19/21 34/3 54/2 54/5 57/19 58/12 119/24 162/15 162/19
**increasing [3]** 57/18 183/17 210/14
**increasingly [2]** 47/25 70/22
**incredible [2]** 35/23 120/17
**incredibly [2]** 14/14 14/14
**indeed [7]** 44/6 68/17 87/14 165/12 188/23 189/14 213/25
**independence [2]** 98/9 175/15
**independent [3]** 149/20 168/25 169/23
**independently [2]** 98/14 152/3
**index [9]** 2/1 8/1 8/3 8/9 8/11 8/11 8/16 70/16 78/22
**India [1]** 51/12
**Indian [4]** 45/3 45/5 51/10 51/11
**Indians [3]** 82/16 83/24 176/14
**indicate [4]** 25/23 26/2 26/8 53/25
**indicated [4]** 25/20 29/1 155/25 193/7
**indicates [1]** 179/16
**indicator [1]** 28/18
**individual [12]** 81/22 95/21 95/24 109/7 109/8 122/15 124/25 150/24 166/7 180/5 181/25 221/17
**individually [1]** 8/21
**individuals [12]** 44/2 45/10 49/3 61/21 61/25 64/11 104/21 108/23 108/24 121/22 218/6 218/7
**indulge [1]** 13/8
**industrial [1]** 135/19 135/23 135/24 136/2 136/5
**industries [4]** 140/23 140/25 141/3 141/4
**industry [5]** 87/25 139/13 140/22 141/6 141/8
**inequality [67]** 3/19 4/1 4/3 5/24 5/24 7/8 7/12 8/15 8/20 9/17 9/25 10/4 10/11 10/13 13/5 14/1 14/15 21/15 21/21 22/1 22/4 22/8 22/17 22/25 23/9 24/2 24/11 30/15 31/19 33/10 33/21 33/23 33/25 34/2 34/11 34/13 34/16 34/16 35/3 35/11 68/7 68/19 69/2 69/9 69/13 69/20 69/22 70/14 71/7 71/18 71/25 75/1 75/2 75/15 77/5 78/4 78/14 78/19 79/14 79/15 79/21 80/18 81/2 82/1 84/24 87/9 87/11
**infantry [1]** 16/4
**infer [1]** 161/4
**inflation [1]** 166/2
**inflicting [1]** 16/8
**inflicts [1]** 6/22
**influence [2]** 82/17 83/25
**influencers [2]** 117/18 119/9
**inform [2]** 77/25 143/8

**information [60]** 4/5 16/10 17/7 38/4 38/21 67/21 71/10 72/12 142/5 147/17 147/25 148/8 148/8 149/10 149/20 154/16 155/16 155/17 156/7 156/10 156/10 156/12 156/13 156/15 156/22 156/23 157/2 157/6 157/8 157/9 157/11 157/15 158/3 158/16 158/18 158/21 159/25 161/11 161/15 161/23 162/12 162/13 162/15 162/16 162/20 166/16 167/24 167/25 168/14 168/21 169/3 169/10 192/22 211/14 221/1 221/13 222/3 222/6 222/7 224/12 224/15
**informations [1]** 37/21
**informative [2]** 163/7 163/7
**informed [2]** 77/9 168/20
**inherent [1]** 49/7
**initial [4]** 10/21 76/7 137/9 174/11
**initially [1]** 141/5
**initiative [1]** 104/5
**initiatives [2]** 37/11 107/2
**innovate [1]** 103/11
**innovation [2]** 17/22 18/11
**innovative [1]** 18/9
**input [1]** 11/3
**insertion [2]** 109/17 109/25
**inside [14]** 8/10 8/19 17/6 19/15 21/7 22/4 22/5 22/6 23/19 31/15 37/11 70/6 79/22 213/7
**insight [1]** 113/16
**insights [1]** 104/21
**inspect [2]** 90/13 121/7
**inspecting [1]** 101/6
**inspection [1]** 204/21
**Inspector [5]** 90/1 90/10 90/11 95/3 130/16
**instance [4]** 4/15 5/3 26/25 208/18
**instances [5]** 4/13 4/14 20/10 87/4 189/23
**instead [2]** 98/24 226/6
**institution [1]** 18/19
**institutional [1]** 141/5
**institutions [1]** 62/4
**instructions [1]** 121/17
**instruments [2]** 110/11 110/14
**insurgents [1]** 38/25
**integrate [1]** 17/5
**Integrated [1]** 94/22
**integration [1]** 46/21
**intended [4]** 218/17 218/23 219/5 220/1
**intensely [3]** 38/15 38/16 105/24
**intensity [1]** 16/2
**intensive [1]** 35/23
**intent [2]** 28/20 218/24
**intention [2]** 28/19 30/4
**interact [1]** 49/4
**interaction [1]** 227/3
**interactions [2]** 37/17 49/15
**interdependence [22]** 169/24 170/21 170/24 171/8 171/17 171/21 171/23 172/10 172/16 172/24 173/8 173/12 174/9 174/10 174/17 174/25 175/3 175/17 227/5 227/12 227/19 227/22
**interdependent [5]** 170/1 170/6 170/12 171/7 175/13
**interest [7]** 108/11 108/13 108/19 109/12 193/21 200/17 201/12
**interested [4]** 119/9 119/11 221/20 221/23
**interesting [11]** 15/1 35/12 37/23 113/3 113/15 117/17 118/2 120/4 120/25 121/18 122/15
**interests [5]** 110/2 196/18 200/2 217/24 218/25
**interethnic [1]** 86/2
**Intergroup [1]** 63/10
**international [8]** 37/24 66/16 119/25 120/22 120/24 122/1 122/17 122/18
**internationally [2]** 108/18 120/17
**interpret [6]** 136/5 143/12 187/15 199/16 199/18 199/18
**interpretation [11]** 65/4 142/22 150/13 152/13 153/16 154/20 167/18 180/18 200/25 201/1 202/10
**interpreted [1]** 185/21
**interpreting [2]** 152/17 179/25
**interprets [1]** 199/7
**interracial [1]** 86/2
**interrupt [2]** 135/3 211/19
**intervals [1]** 11/1
**interview [4]** 42/16 42/18 113/14 156/16
**interviewing [1]** 141/7

**interviews [3]** 62/6 126/23 127/1
**introduction [1]** 94/8
**intrusive [2]** 141/7 141/9
**invaded [1]** 77/21
**investigate [1]** 90/13
**investigating [2]** 37/16 101/6
**involve [1]** 26/9
**involved [5]** 39/4 95/18 138/17 138/19 143/17
**involves [1]** 45/14
**involving [1]** 88/7
**inward [1]** 23/18
**Iraq [3]** 37/24 38/11 38/18
**Iraqi [1]** 94/8
**Iraqis [1]** 94/9
**Irish [5]** 15/7 15/11 73/21 73/25 74/2
**Irish-born [1]** 15/7
**irrelevant [1]** 182/14
**irrespective [1]** 47/13
**is [770]**
**Islanders [1]** 176/15
**isn't [10]** 19/13 22/22 22/22 68/3 82/4 130/4 131/20 181/20 212/21 218/2
**isolated [1]** 48/1
**issue [10]** 124/19 130/17 131/18 152/17 154/21 167/18 169/9 169/9 187/21 227/5
**issues [8]** 24/11 66/20 90/14 107/7 116/9 138/12 220/16 227/20
**it [370]**
**it'll [1]** 105/15
**it's [198]** 3/24 4/5 4/17 5/2 5/18 6/7 8/5 8/6 9/2 9/10 10/7 11/17 12/18 16/10 20/15 24/2 24/2 26/13 28/11 29/20 30/19 31/4 33/8 33/14 42/4 49/1 49/3 51/11 52/4 53/3 59/24 60/7 60/8 69/3 69/14 69/24 71/4 73/22 74/9 75/16 79/24 80/3 80/8 80/10 81/25 82/12 86/12 87/24 98/10 101/20 101/22 101/23 102/4 107/9 109/2 109/4 109/19 109/25 110/6 110/7 110/12 111/13 112/2 112/2 112/4 113/3 117/3 117/22 117/23 118/1 118/8 118/8 118/8 118/23 120/1 120/4 122/2 122/2 125/8 125/17 125/24 126/4 127/24 128/10 128/13 129/15 129/15 129/16 129/21 134/11 134/17 134/23 134/23 137/2 137/4 137/12 137/16 137/22 138/2 138/4 138/5 140/5 140/9 140/14 140/16 140/20 143/3 146/10 147/25 148/9 148/16 148/22 149/1 150/19 152/16 152/19 153/5 153/21 155/16 155/23 156/11 158/9 159/5 159/16 160/12 161/3 162/13 163/10 163/13 165/22 166/24 167/18 168/16 168/17 169/9 172/17 173/14 176/2 176/3 178/6 179/6 179/8 179/9 180/11 180/19 183/3 183/22 185/23 186/14 186/19 186/24 193/2 193/13 193/14 193/19 193/19 195/24 196/10 196/25 197/2 198/4 199/5 199/20 200/12 200/13 200/23 201/1 201/3 201/25 203/7 206/16 207/2 207/2 208/8 210/12 210/23 212/5 212/12 212/14 212/20 213/11 214/5 215/17 215/18 221/2 224/25 225/3 225/12 225/24 226/2 226/3 227/7 227/17 228/13 228/17 228/17 230/4
**Italian [3]** 73/21 74/10 86/23
**its [33]** 6/9 6/11 6/25 6/25 17/4 17/4 17/4 17/5 17/6 24/17 24/18 36/23 36/24 42/23 62/8 75/7 75/8 75/13 77/4 98/24 104/6 107/24 110/16 138/1 139/20 153/18 170/18 207/20 208/19 210/25 216/12 218/18
**itself [12]** 10/13 11/4 19/3 34/1 40/2 52/1 53/7 54/16 68/10 68/16 69/14 165/15

**J**

**J-A-S-O-N [1]** 3/10
**J-O-H-N [1]** 89/18
**J5 [2]** 94/17 100/6
**Jakiba [1]** 3/3
**JAMES [1]** 1/14
**January [3]** 83/12 83/16 84/9
**January 1st [1]** 84/9
**January 2021 [1]** 83/16
**Japan [1]** 93/21
**Japanese [1]** 74/20
**Jason [2]** 2/5 3/9
**Jefferson [1]** 69/25
**JIAMDO [1]** 94/21
**job [6]** 90/9 99/21 101/8 105/25 154/19 155/1
**jobs [3]** 93/10 94/19 95/1
**Joe [1]** 190/8

**J**

jog [1] 70/15
JOHN [4] 1/17 2/7 89/18 113/16
join [2] 117/13 119/23
joined [4] 6/11 35/21 135/8 139/16
joint [15] 94/19 94/21 94/23 95/1 97/19
97/20 97/22 97/25 97/25 98/1 98/4 99/14
99/24 100/17 118/5
Joseph [1] 46/2
JOSHUA [1] 1/17
journal [8] 160/16 185/12 206/7 206/8
206/17 206/17 206/19 206/25
journals [4] 12/3 142/8 206/25 207/2
JRO [1] 94/23
JROTC [1] 117/21
judged [1] 114/7
judgment [2] 82/19 83/16
judgments [1] 10/24
judicial [2] 27/9 233/10
jump [2] 7/15 200/25
June [1] 90/17
junior [6] 58/19 58/20 59/10 111/3 113/9
117/16
jury [1] 204/5
just [161] 3/23 5/2 5/17 5/18 7/2 7/6
8/5 8/14 9/2 9/7 9/8 10/13 11/7 12/9
13/4 14/9 15/20 16/17 19/6 19/17 20/11
20/15 21/9 23/15 25/16 26/19 29/12 31/10
33/25 35/4 36/6 40/16 40/25 42/25 43/16
44/11 48/8 48/12 49/10 49/13 51/11 51/21
52/6 52/13 52/20 57/3 58/10 59/8 60/6
65/25 66/15 68/16 70/3 70/20 70/24 72/16
80/2 80/6 80/21 83/8 86/19 88/17 98/13
98/17 99/8 99/12 99/18 101/19 102/11
103/9 105/4 109/4 110/13 113/3 113/19
113/21 113/24 114/5 117/11 117/21 118/22
120/7 120/9 120/18 120/18 122/9 124/24
125/3 127/12 131/1 131/7 132/21 134/22
134/23 134/25 137/18 140/23 148/24
151/17 152/19 152/20 152/25 154/13 157/6
159/13 160/7 160/8 160/12 162/13 162/19
163/15 165/2 165/5 166/13 169/1 173/14
174/1 175/20 177/15 178/18 179/6 179/8
180/2 180/24 181/19 184/23 185/25 186/6
186/23 188/1 189/20 189/21 191/24 192/7
193/10 193/19 196/2 197/17 198/1 198/9
198/10 201/2 201/17 202/14 207/10 207/15
208/3 211/2 212/25 215/18 217/19 218/6
220/5 223/4 223/10 224/13 224/21 225/1
228/11 228/18 230/17
Justice [3] 145/2 202/1 229/24
justifies [1] 160/25

**K**

Kahlenberg [3] 164/11 165/9 167/4
Kahlenberg's [1] 167/7
Kandahar [2] 38/19 38/19
Kauai [1] 97/17
keep [7] 14/2 16/7 54/17 150/15 150/20
163/6 207/10
keeping [1] 36/20
keeps [2] 111/21 211/23
Ken [1] 220/2
kept [2] 123/18 178/11
key [3] 19/3 20/7 22/19
keys [1] 17/4
khalifa [1] 13/17
kids [1] 117/21
killed [1] 14/18
killing [4] 6/7 7/14 7/20 9/11
kind [18] 8/9 10/3 12/3 19/3 33/2 37/11
111/6 113/24 114/8 117/19 118/24 120/7
120/9 130/17 152/6 156/13 195/20 225/13
kinds [4] 19/7 33/1 38/3 39/11
kinetic [4] 36/21 38/15 39/14 95/16
knew [4] 120/13 120/13 120/18 121/14
know [77] 15/5 15/5 20/11 24/16 27/12
28/17 34/5 35/6 41/24 42/19 61/1 61/7
72/18 72/18 73/17 73/20 84/11 84/16
95/23 102/12 102/15 105/1 113/21 115/16
118/5 119/15 119/18 122/9 125/6 125/8
129/11 131/12 134/10 134/14 134/16
157/18 161/17 163/9 163/11 163/12 163/13
185/1 186/17 186/25 187/7 190/21 190/25
191/2 191/4 191/16 200/3 200/5 202/20
208/24 210/11 210/11 212/19 212/23 213/7
214/5 215/14 215/20 215/22 216/22 217/17
218/17 219/12 220/25 221/15 221/19
223/15 223/15 225/15 225/25 226/4 227/9
229/5

**L**

knowing [1] 125/23
knowledge [3] 27/6 137/10 228/21
knowledgeable [1] 84/23
known [2] 75/7 203/13
knows [1] 194/15
Koreans [1] 74/20

**L**

L-Y-A-L-L [1] 3/10
lab [2] 65/9 67/14
labeled [2] 103/13 176/16
Labor [1] 164/3
lack [4] 62/10 141/15 166/15 179/1
lacked [1] 70/13
lacking [1] 82/17
lacks [1] 187/20
land [3] 97/13 98/10 98/18
land-based [1] 98/10
landscape [1] 106/1
language [5] 17/8 48/16 48/24 49/7 49/10
languages [1] 19/10
large [20] 19/7 24/2 24/17 29/18 29/20
30/6 30/9 34/12 56/24 56/25 57/16 69/1
70/22 78/17 92/25 97/16 118/11 150/15
150/21 208/17
large-deck [1] 92/25
large-scale [1] 24/17
larger [4] 59/6 109/8 149/1 180/22
last [31] 3/8 6/13 28/12 36/5 36/18 37/6
37/8 38/12 58/3 58/4 89/16 91/19 101/13
101/24 102/1 103/18 122/5 124/8 128/1
133/12 133/14 144/20 156/17 187/9 187/10
187/11 190/1 190/15 193/4 203/5 208/25
lasted [2] 17/3 189/15
late [3] 88/23 174/7 188/20
late-afternoon [1] 188/20
late-morning [1] 88/23
later [4] 109/20 129/11 132/23 216/21
Latino [1] 73/19
Latino/Hispanic [1] 73/19
Latinos [3] 74/13 82/15 83/23
LATTA [20] 1/22 129/18 129/18 129/19
129/19 142/1 156/17 164/22 165/18 166/12
173/6 174/5 174/14 211/9 213/8 214/18
220/25 221/8 221/19 222/5
Latta's [1] 153/14
latter [1] 207/17
laughing [1] 203/17
Laughter [1] 124/2
launched [1] 87/25
launching [1] 115/12
laundry [1] 126/6
laureate [2] 138/3 213/17
law [3] 131/12 131/13 206/17
lawsuit [6] 202/19 202/20 202/22 203/5
203/6 203/7
lawyers [3] 128/22 140/17 196/4
lead [7] 20/10 21/7 64/11 92/18 104/7
109/16 109/18
leader [2] 13/15 94/21
leaders [4] 26/9 36/1 54/10 55/18
leadership [21] 26/15 40/9 54/1 54/5
55/5 55/7 55/11 55/17 56/3 56/7 56/10
57/8 57/19 58/11 58/18 59/9 59/16 104/3
112/8 115/12 115/18
leading [5] 16/25 32/3 34/14 82/5 87/22
leads [4] 14/14 47/11 112/7 166/19
learn [2] 40/7 114/8
learned [1] 202/2
least [13] 6/8 18/3 74/23 83/21 93/7
95/6 132/12 134/11 160/15 168/7 174/15
184/5 219/23
led [5] 43/22 60/15 66/16 111/3 111/7
left [12] 9/8 9/13 9/25 26/12 56/16
58/10 93/3 153/3 222/23 223/9 224/21
224/23
left-hand [2] 26/12 153/3
legal [3] 46/22 140/17 143/21
Legion [1] 96/1
legitimacy [3] 18/18 21/5 60/16
length [1] 217/2
LER [1] 7/6
LES [1] 101/1
less [15] 26/1 26/4 43/23 44/2 65/1
113/22 123/2 127/21 127/22 144/22 165/24
173/23 179/14 197/19 230/15
lessons [1] 40/7
let [10] 28/17 148/24 153/11 159/12
182/21 197/20 198/12 198/19 206/15 216/1
let's [66] 23/21 24/24 43/16 44/11 54/16

54/24 56/13 57/16 58/8 61/18 62/18 63/5
66/6 134/23 136/21 147/23 151/15 151/16
154/18 155/9 156/13 157/17 159/11 159/11
159/11 160/13 162/6 162/22 163/19 164/17
164/25 165/13 166/9 167/3 167/14 167/14
169/11 170/22 171/6 171/15 172/14 173/11
175/2 175/19 177/1 179/23 180/16 180/17
182/2 182/8 183/9 184/12 184/13 185/4
187/13 187/17 189/17 198/10 207/10 210/2
216/2 217/8 217/19 218/16 219/7 230/17
lethal [3] 16/6 23/10 37/19
lethality [1] 50/10
lethally [1] 111/23
letter [1] 12/16
letters [4] 156/15 156/18 156/20 184/19
level [20] 4/3 5/12 5/24 7/8 7/11 9/17
14/15 27/25 71/25 74/25 82/17 84/1 93/9
104/4 150/12 176/2 180/13 223/17 223/19
226/21
levels [11] 13/22 14/1 22/7 37/3 39/14
78/12 164/15
lieutenant [3] 91/17 91/23 128/19
life [8] 22/12 29/4 29/4 29/7 29/10
101/12 174/5 218/9
lift [2] 103/17 103/18
light [1] 12/20
like [48] 5/8 10/15 12/3 12/4 13/4 15/6
15/16 19/12 29/25 31/8 36/5 39/10 45/22
61/11 71/11 77/2 79/1 81/6 88/4 102/11
110/20 113/7 116/15 117/3 118/18 118/19
118/19 118/22 119/19 119/22 120/8 120/11
123/1 125/16 127/4 131/12 134/22 151/6
157/6 184/3 194/19 194/23 197/11 209/13
215/3 220/22 223/4 227/7
liked [1] 121/13
likelihood [12] 6/21 6/23 6/24 6/24 7/5
10/1 10/5 34/3 34/18 54/18 61/22 65/18
likely [32] 25/23 26/1 26/2 26/4 26/19
26/21 27/10 50/13 65/20 66/1 67/8 88/14
155/16 157/11 157/23 158/4 159/8 161/5
163/21 164/10 164/15 165/14 166/24
167/11 179/15 207/8 208/22 211/6 212/14
212/15 213/11 213/15
limitation [2] 158/19 226/4
limited [9] 43/17 75/23 137/16 147/20
171/9 172/19 172/21 215/11 215/15
limits [2] 99/23 101/25
Lincoln [1] 70/12
Linday [1] 46/2
LINDSEY [1] 1/23
line [10] 7/8 9/22 10/10 25/13 28/22
28/23 71/15 72/22 92/14 92/15
lines [6] 12/1 13/20 16/3 88/10 90/13
188/15
linguistic [1] 68/3
list [3] 38/8 72/24 157/5
listed [7] 72/22 73/15 73/20 184/19
189/22 228/24 229/1
listen [1] 121/25
listing [1] 17/24
lists [2] 33/4 78/2
literally [5] 66/1 148/10 160/19 203/5
208/13
literature [7] 34/12 34/17 35/13 51/14
205/21 220/11 225/20
litigation [2] 143/15 144/18
little [26] 12/9 26/13 28/5 28/22 44/20
45/6 55/21 59/18 60/13 62/25 68/6 70/15
75/17 75/22 79/5 81/17 90/18 104/10
110/1 122/3 134/21 149/14 155/9 182/8
203/17 203/18
littoral [1] 92/24
live [1] 164/13
lived [1] 126/5
living [1] 83/6
load [1] 123/21
local [9] 17/6 17/7 37/1 37/19 38/21
38/25 48/25 49/1 49/4
locally [1] 115/7
locate [1] 80/3
logic [1] 209/21
logistically [2] 50/7 50/13
logit [34] 136/17 136/18 136/19 136/21
136/22 137/1 137/2 137/9 137/10 137/20
137/24 138/14 142/23 143/2 143/5 143/7
143/18 149/19 168/24 169/14 169/20
169/22 214/22 215/7 216/18 218/13 219/24
220/6 225/16 225/20 226/15 226/20 226/22
227/20
long [8] 17/3 41/6 92/7 105/22 111/8

# L

**long... [3]** 81/21 82/4 82/22
**long-term [1]** 107/22
**longer [5]** 48/2 86/13 101/4 184/7 184/10
**look [52]** 4/6 7/6 19/17 21/6 24/24 25/10 26/7 28/15 30/9 31/8 37/5 37/5 54/16 58/15 62/20 63/2 97/13 101/1 107/10 109/15 113/6 116/14 117/22 117/25 119/21 120/8 120/10 120/11 120/12 151/5 155/24 157/17 158/12 160/13 163/19 169/19 170/10 170/22 171/6 171/15 172/14 173/11 174/13 177/21 183/4 184/3 185/4 187/17 188/1 197/25 217/8 219/7
**looked [11]** 3/18 3/24 7/22 25/6 28/12 31/24 88/8 100/6 120/15 220/22 225/4
**looking [26]** 4/17 5/15 6/1 9/3 10/3 10/13 15/1 15/2 27/17 29/12 52/11 52/24 52/24 52/25 63/2 63/21 67/20 70/16 90/14 103/9 198/22 224/2 224/7 224/13 225/2 231/17
**looks [3]** 90/11 113/7 116/15
**loop [3]** 109/19 181/19 186/23
**lopsided [1]** 14/15
**lose [2]** 14/17 210/3
**losing [4]** 6/6 7/13 7/20 9/10
**loss [16]** 6/5 7/2 7/3 7/7 7/9 7/23 9/9 9/24 10/2 13/6 14/20 16/18 37/7 181/16 209/8 210/21
**losses [2]** 7/19 181/23
**lot [15]** 39/19 111/14 112/9 129/6 129/12 129/16 133/3 140/14 163/9 166/1 169/3 189/18 190/9 228/13 228/19
**lots [4]** 13/3 95/17 98/8 155/14
**low [14]** 5/25 6/17 7/8 8/15 16/10 33/13 33/14 62/5 65/17 69/9 69/12 75/14 75/16 165/3
**lower [10]** 16/18 22/13 22/25 69/21 71/9 113/24 164/13 164/15 164/24 210/21
**lowest [7]** 71/7 71/25 75/5 78/3 78/6 78/7 84/25
**Luckily [1]** 205/20
**lumped [2]** 74/23 86/22
**lunch [2]** 123/1 230/21
**Lyall [30]** 2/5 3/3 3/9 9/10 3/11 3/16 5/10 9/1 9/3 15/18 17/25 21/13 21/25 24/6 26/18 29/21 30/13 33/3 33/7 33/18 36/6 36/11 40/12 40/21 52/12 68/8 80/5 85/3 86/19 88/9
**Lyall 6 [1]** 17/25

# M

**machine [1]** 14/12
**made [18]** 12/7 24/10 24/12 71/2 90/25 94/13 114/5 122/18 138/20 161/1 171/2 171/10 186/15 200/4 216/7 227/6 227/10 227/23
**magnify [1]** 69/2
**magnitude [8]** 29/15 30/9 148/6 157/23 157/25 180/1 181/16 213/10
**Mahdiyya [4]** 13/9 13/14 13/21 14/17
**main [5]** 63/18 95/10 136/14 152/11 182/14
**maintain [8]** 92/18 92/21 98/20 105/21 106/9 107/16 162/18 182/18
**maintenance [1]** 112/11
**major [2]** 94/21 219/5
**majority [2]** 150/16 181/22
**majors [2]** 174/15 227/17
**make [44]** 11/7 30/21 30/25 31/6 66/5 99/20 100/19 105/3 106/8 106/10 106/11 107/14 107/16 109/21 109/23 111/22 115/16 115/22 117/20 118/20 120/19 125/24 126/14 128/18 130/13 132/11 160/19 161/20 162/5 163/6 169/20 170/3 170/4 184/2 187/4 187/5 199/17 201/1 208/22 215/23 217/19 230/23 231/5 231/13
**maker [1]** 184/21
**makers [3]** 135/25 141/8 141/22
**makes [17]** 23/18 61/21 69/3 105/1 105/4 106/7 117/11 161/8 161/18 162/2 162/3 163/9 172/6 173/16 191/18 216/12 219/25
**making [12]** 37/2 100/20 100/25 122/15 136/1 138/23 143/6 147/22 153/19 156/18 160/25 193/18
**male [4]** 46/12 121/12 122/11 122/13
**male-dominated [2]** 121/12 122/11
**Mali [12]** 60/14 61/24 63/11 63/22 64/1 64/11 64/23 66/15 66/16 66/17 67/4 67/14

**Malian [1]** 66/21
**Malians [1]** 65/7 66/12 67/3 67/6
**man [12]** 98/17 98/25 104/24 106/1 124/1 125/4 125/5
**managed [2]** 13/13 16/19
**management [1]** 106/2
**managing [3]** 16/22 45/23 134/4
**manifest [1]** 6/19
**manned [2]** 99/9 101/21
**manner [1]** 47/3
**manning [1]** 73/8
**many [34]** 4/7 16/25 26/8 39/15 41/24 48/2 69/6 74/18 95/5 97/5 100/21 108/24 109/18 110/11 127/19 128/13 131/12 131/14 131/15 142/9 143/18 143/24 144/3 164/7 167/25 173/21 181/18 191/2 192/3 192/4 205/3 206/2 206/9 215/19
**March [1]** 202/25
**marginal [4]** 178/2 178/8 178/15 178/20 179/2 182/23
**Marine [6]** 39/21 45/9 76/19 91/17 103/1 128/19
**Marines [5]** 31/11 38/17 39/13 39/25 39/25
**maritime [1]** 94/9 98/8 100/10
**marked [8]** 16/9 40/5 54/18 146/4 146/7 146/24 215/2 225/7
**market [4]** 105/25 138/21 204/13 204/25
**markets [1]** 135/24
**Mars [20]** 3/17 5/22 9/5 11/4 11/11 19/16 21/17 30/13 36/12 34/6 40/1 70/24 71/12 75/23 76/3 76/12 76/25 77/4 77/12 78/2
**Mars's [1]** 80/17
**MARYLAND [5]** 1/1 1/6 131/13 144/8 233/6
**Masiello [2]** 91/17 91/23
**masks [2]** 222/3 222/6
**Mason [8]** 93/22 93/25 94/2 96/9 96/13 96/14 96/20 121/14
**mass [8]** 6/8 6/10 6/23 6/24 7/23 7/23 9/12 9/13
**massive [1]** 181/12
**master [2]** 92/3 92/4
**master's [1]** 135/14
**material [2]** 22/20 63/9 177/22
**materials [3]** 40/17 147/5 214/14
**math [11]** 31/18 32/25 100/23 161/25 163/10 163/11 163/12 181/4 190/14 191/6 192/22
**mathematics [3]** 135/21 137/23 138/1
**matter [12]** 1/9 120/6 122/13 124/19 129/3 133/4 151/22 198/10 199/21 200/13 204/10 233/9
**matters [5]** 68/21 90/11 99/25 102/1 228/15
**Maxim [1]** 14/12
**maximize [1]** 36/24
**may [49]** 3/12 19/10 19/12 23/2 24/15 26/24 47/13 64/11 88/19 89/6 89/21 105/13 115/7 115/8 117/5 117/6 122/1 127/13 127/13 128/5 130/7 131/9 132/19 133/17 161/22 161/24 161/25 173/23 176/7 184/6 184/8 188/1 189/7 192/9 196/18 198/5 198/8 200/11 201/17 202/6 203/21 204/3 206/13 206/18 207/19 207/20 214/5 228/21 229/1
**May 26 [1]** 105/13
**maybe [10]** 26/11 32/11 43/16 79/5 86/11 110/14 132/12 155/9 172/21 230/12
**MCCARTHY [1]** 1/15 194/15 194/25 195/2 200/11
**me [72]** 12/14 12/16 12/25 13/8 28/17 42/11 43/18 44/22 49/25 50/15 64/14 68/8 69/20 71/6 74/7 78/2 79/20 79/24 89/13 91/4 96/20 96/22 102/11 102/11 107/8 113/13 113/15 113/25 114/6 117/21 122/16 126/6 135/25 138/16 140/18 142/19 143/9 147/5 148/24 153/11 159/13 181/4 182/21 191/24 194/10 196/8 197/20 197/21 198/12 198/18 198/19 199/20 200/10 201/1 201/25 202/12 205/4 205/8 205/9 206/4 206/15 212/9 212/22 212/23 216/1 216/2 221/5 222/17 222/23 223/3 225/23 231/19
**mean [32]** 15/23 32/10 45/9 47/18 48/8 48/12 71/18 77/15 79/18 88/12 93/3 97/24 110/5 119/7 128/19 130/6 131/9 134/12 140/8 148/9 153/17 155/3 166/22 170/2 178/14 179/5 179/13 180/10 184/14 187/16 199/7 200/25
**meaning [3]** 137/3 138/6 170/20
**meanings [1]** 107/8

**means [20]** 6/6 6/8 7/13 7/20 8/16 8/18 18/2 51/4 97/25 107/4 107/13 113/6 119/16 119/20 122/17 157/24 157/24 166/23 210/7 216/25
**meant [2]** 185/15 205/5
**measure [21]** 31/6 65/14 68/3 69/14 77/12 148/12 148/13 148/16 157/25 158/10 158/24 158/25 159/17 165/23 166/4 166/8 166/24 178/2 179/9 211/22 211/22
**measured [3]** 32/19 38/2 212/6
**measurement [2]** 148/11 166/19
**measures [7]** 6/2 7/22 72/25 72/9 87/23 167/10 212/18
**mechanics [1]** 67/13
**mechanism [1]** 66/10
**mechanisms [2]** 62/8 63/1
**Medal [4]** 95/25 95/25 96/1 96/1
**MEDHA [1]** 1/19
**Mediterranean [2]** 95/9 95/11
**medium [9]** 5/25 6/18 7/11 8/7 33/13 33/15 54/1 54/25 57/10
**medium-size [1]** 57/10
**meet [3]** 66/18 105/5 106/18
**meets [1]** 14/11
**Melody [1]** 142/1
**meltdown [1]** 35/18
**member [2]** 91/16 144/24
**members [18]** 4/10 25/5 25/19 25/23 25/25 25/25 26/2 26/3 26/5 28/14 61/22 68/21 85/14 85/17 85/22 142/3 173/9 191/7
**memorized [1]** 127/24
**memory [1]** 73/12
**MENDEZ [1]** 1/20
**mention [2]** 10/9 48/9
**mentioned [11]** 10/19 18/6 20/1 28/5 37/12 96/8 96/23 116/18 123/13 140/23 177/7
**mentored [1]** 118/17
**mentoring [1]** 118/18
**mere [1]** 188/7
**merely [2]** 49/16 125/22
**Merit [2]** 96/1 233/4
**Meritorious [1]** 95/25
**met [5]** 60/18 123/11 139/1 169/21 189/13
**method [2]** 50/6 176/21
**methodological [2]** 149/17 150/3
**methodology [4]** 50/4 80/22 145/7 145/16
**methods [3]** 142/20 145/10 145/13
**metric [1]** 26/4
**metrics [2]** 164/7 178/1
**Mexican [1]** 74/15
**mic [5]** 4/1 5/3 9/18 52/9 135/1
**MICHAEL [1]** 1/13
**MICHEAL [1]** 1/23
**microeconomic [1]** 140/1
**Microeconomics [1]** 185/13
**microphone [3]** 134/12 134/14 134/19
**middle [5]** 57/22 62/21 80/14 82/12 94/14
**midpoint [4]** 5/6 41/4 41/5 41/9
**midshipmen [2]** 210/22 212/7
**might [18]** 8/5 18/10 29/17 35/5 35/8 103/16 122/18 129/11 130/8 131/15 132/11 194/4 210/14 211/2 212/8 212/9 212/18 218/24
**militaries [2]** 23/14 87/3
**military [133]** 3/21 4/1 4/8 5/24 8/6 8/8 8/11 8/23 10/13 14/15 14/22 17/1 17/9 17/12 18/19 19/18 20/2 21/8 21/21 22/4 22/6 22/9 22/14 23/1 23/8 23/17 23/20 24/7 24/10 24/17 27/8 27/12 28/8 28/21 29/22 29/3 29/4 29/6 29/10 30/14 30/15 30/18 31/1 31/7 31/15 31/19 31/21 32/23 33/10 33/21 33/23 33/25 34/2 34/10 34/15 34/18 34/21 34/25 35/3 35/10 41/1 41/12 43/2 43/6 43/9 43/19 44/3 44/8 44/25 45/14 46/11 46/13 47/24 50/10 50/23 50/24 50/25 51/8 51/13 51/17 68/7 68/10 68/14 68/18 69/1 69/12 69/14 69/15 69/16 69/22 70/22 71/18 72/25 75/2 75/13 75/15 76/4 78/3 78/14 78/16 78/19 78/23 79/9 79/10 79/13 79/14 79/15 80/17 81/2 82/1 84/24 84/24 85/9 85/14 87/11 90/5 91/1 91/10 92/6 94/4 97/15 98/1 99/25 102/2 105/2 127/10 129/1 129/24 130/10 131/14 131/17
**military's [2]** 59/21 78/21
**Miller [5]** 228/22 228/25 229/14 231/3 231/10
**million [2]** 191/5 201/14
**mind [6]** 3/7 82/20 89/13 147/23 150/20

**M**

mind... [1] 38/13
minds [1] 38/13
Mine [2] 44/19 97/6
mine's [2] 65/23 66/1
mini [1] 203/13
minorities [17] 28/2 35/17 78/12 78/16 78/20 79/2 81/5 81/13 84/22 129/22 130/1 130/7 130/12 130/20 150/16 180/3 221/14
minority [20] 26/1 27/2 28/3 31/25 32/16 51/19 54/4 54/10 54/11 55/4 57/18 58/11 59/14 82/8 83/5 149/11 180/23 182/23 210/3 210/22
minority/nonminority [1] 54/11
minus [6] 212/7 212/7 212/19 212/20 212/20 212/20
minute [3] 88/23 188/24 198/10
minutes [11] 86/11 123/3 123/5 150/25 188/21 188/25 189/15 224/22 229/7 230/6 230/7
misattribute [1] 211/16
misattribution [1] 149/12
mischaracterized [1] 38/13
misinterpreted [1] 202/2
misleading [5] 151/7 180/18 180/19 183/14 183/21
miss [1] 167/11
missed [1] 112/10
missile [4] 93/21 94/22 96/14 100/10
missiles [1] 115/12
missing [1] 176/19
mission [3] 36/9 66/17 105/5
missions [3] 67/17 109/10 121/4
mistakes [1] 10/23
mistreatment [1] 78/12
misunderstanding [2] 197/13 224/19
mitigate [2] 114/22 115/2
mix [2] 39/1 155/18
mixed [9] 38/2 38/6 112/22 112/24 113/2 113/5 113/8 120/11 121/18
mixed-gender [6] 112/22 112/24 113/2 113/5 113/8 121/18
mobilize [1] 24/5
model [90] 136/15 136/17 136/19 136/20 136/21 136/22 136/22 137/1 137/2 137/6 137/9 137/10 137/13 137/15 137/16 137/20 137/21 137/24 138/14 138/18 138/24 139/2 139/7 139/7 141/24 143/2 143/10 143/13 143/16 143/18 143/19 145/9 147/15 149/19 149/20 149/23 150/9 152/14 153/22 153/24 154/2 154/3 154/17 154/19 155/1 155/6 155/20 156/6 157/8 158/18 158/18 158/24 159/16 162/12 165/21 167/2 167/24 168/12 168/24 169/1 169/2 169/14 169/20 169/22 169/24 169/25 170/9 170/25 172/3 175/14 175/18 184/18 184/23 185/6 186/1 186/3 186/3 186/19 186/24 213/4 213/7 214/22 215/7 218/13 219/24 220/6 226/15 226/20 226/22 227/20
Model 6 [1] 167/2
modeled [3] 139/1 152/16 169/23
modeling [13] 139/5 139/5 140/9 142/13 143/6 143/11 143/14 143/17 144/11 145/19 169/18 172/1 183/20
models [11] 137/9 138/11 142/20 142/22 142/23 143/5 143/7 143/14 143/20 225/17 225/20
modern [21] 15/22 15/23 15/25 16/9 16/13 16/15 17/16 32/1 36/8 36/13 36/16 37/9 39/2 39/5 39/7 39/9 39/15 39/18 39/19 40/1 60/5
modernize [2] 103/11 106/2
module [1] 136/18
moment [4] 13/9 16/16 40/16 216/2
money [1] 65/13
month [1] 93/6
months [3] 25/21 144/21 190/17
morale [1] 22/13
more [72] 6/6 6/17 6/22 7/4 7/13 7/20 8/22 8/22 10/9 12/9 12/20 18/9 18/10 20/3 22/10 25/23 26/2 26/25 27/10 29/9 32/2 34/17 36/2 36/21 36/21 37/6 37/18 40/3 43/23 54/9 59/2 61/21 62/5 67/17 87/8 96/4 112/23 113/3 114/19 115/24 122/3 136/12 143/18 143/19 143/25 149/14 149/17 149/25 150/3 150/25 162/15 162/16 169/3 169/10 164/10 164/15 165/14 166/24 169/1 169/13 173/14 181/9 181/18 183/18 183/25 190/5 191/5 226/8 228/13 228/21 230/6 230/14

Moreover [2] 58/17 62/24
morning [9] 3/2 3/11 3/16 39/25 40/21 49/16 58/14 220/7 231/10
MORTARA [23] 1/12 2/11 145/21 188/22 189/4 192/15 194/13 195/23 197/17 199/23 200/9 200/14 200/21 201/11 201/16 203/22 204/3 204/9 228/3 229/15 229/21 231/8 231/23
Mortara's [1] 194/9
mortgage [2] 204/17 204/22
most [33] 14/15 14/19 32/12 37/7 38/16 41/16 44/22 44/24 51/8 51/13 64/18 64/20 64/25 65/2 66/15 75/10 79/25 82/13 83/11 109/23 115/5 118/4 137/2 137/12 137/13 137/22 138/5 141/23 145/15 190/15 208/25 225/13 228/13
mother [1] 91/1
motion [3] 192/8 192/14 200/4
Motors [1] 128/18
move [10] 6/17 6/21 32/1 52/6 134/25 145/17 146/23 192/6 198/15 202/4
moved [2] 42/9 201/20
movement [3] 36/2 129/6 163/3
moving [5] 57/22 203/14 210/25
Mr [12] 2/6 2/6 2/8 2/8 2/11 2/11 2/12 3/15 56/15 86/6 197/1 226/13 231/23
Mr. [82] 3/12 27/20 40/14 40/15 40/21 42/25 44/13 45/9 47/22 52/12 54/17 55/22 61/7 63/17 80/2 80/5 80/8 85/3 86/7 86/20 87/17 88/6 88/16 88/17 89/7 89/21 103/16 108/9 122/21 131/25 133/17 134/22 145/21 164/11 165/9 167/4 167/7 188/19 188/22 189/4 192/15 194/8 194/9 194/13 194/15 194/25 195/2 195/3 195/23 197/17 198/18 199/5 199/22 199/23 200/9 200/11 200/14 200/21 201/11 201/16 203/22 203/23 203/24 204/3 204/9 207/12 220/20 221/4 223/10 226/10 228/2 228/3 229/3 229/15 229/21 229/25 231/8 231/21 231/23 231/20 232/1
Mr. Carmichael [7] 89/7 89/21 103/16 108/9 122/21 131/25 231/3
Mr. Gardner [16] 133/17 134/22 188/19 194/8 195/3 199/5 203/2 207/12 220/20 223/10 226/10 228/2 229/3 230/25 231/20 232/1
Mr. Gardner's [1] 203/3
Mr. Kahlenberg [3] 164/11 165/9 167/4
Mr. Kahlenberg's [1] 167/7
Mr. Lyall [4] 40/21 52/12 80/5 85/3
Mr. McCarthy [4] 194/15 194/25 195/2 200/11
Mr. Mortara [20] 145/21 188/22 189/4 192/15 194/13 195/23 197/17 199/23 200/9 200/14 200/21 201/11 201/16 203/22 204/3 204/9 228/3 229/15 229/21 231/8
Mr. Mortara's [1] 194/9
Mr. Nomikos [2] 61/7 63/17
Mr. Pusterla [6] 44/13 47/22 54/17 55/22 80/2 80/8
Mr. Robinson [6] 3/12 40/14 42/25 86/7 88/16 203/24
Mr. Spears [1] 198/18
Mr. Strawbridge [8] 40/15 86/20 87/17 88/6 88/17 221/4 231/10 231/19
Mr. Vazirani [1] 27/20
Mr. Weiss [1] 45/9
Mrs. [1] 231/2
Mrs. Gargeya [1] 231/2
Ms [5] 2/9 133/8 134/16 134/21 203/15 231/10
Ms. [6] 122/22 122/25 132/3 134/11 231/3 231/10
Ms. Miller [2] 231/3 231/10
Ms. Thomas [2] 122/25 134/11
Ms. Wyrick [2] 122/22 132/3
much [26] 36/21 36/21 38/4 40/14 59/6 87/8 103/19 103/20 109/3 113/3 132/14 133/3 149/25 161/4 168/6 180/22 180/22 190/19 191/3 191/12 191/14 192/19 200/11 228/9 228/18 232/8
multiple [13] 8/7 11/18 16/15 17/20 18/11 18/15 80/16 96/21 110/24 173/4 173/7 177/5 177/22
multiples [1] 96/3
multiplier [1] 209/9
multiracial [13] 150/8 176/4 177/5 177/18 177/19 178/11 178/24 220/15 220/17 221/16 221/22 221/24 222/1
music [1] 110/19
must [3] 105/22 106/19 162/18

mutual [1] 19/13
my [112] 3/2 3/15 12/16 13/1 15/21 20/7 21/7 22/2 22/15 25/2 25/2 32/25 33/21 51/16 55/17 60/3 66/1 67/9 73/6 89/18 91/1 91/1 91/1 91/9 91/14 93/4 93/8 93/12 93/14 93/19 94/7 100/7 101/1 101/1 101/6 108/6 111/2 112/21 113/12 113/14 113/21 114/1 114/6 114/9 116/2 119/19 123/20 125/16 126/6 126/19 127/18 127/23 129/8 130/14 134/6 134/11 135/10 136/9 138/10 138/19 140/1 140/3 140/3 141/21 142/3 142/5 142/6 143/5 144/21 144/22 144/22 147/6 148/2 148/6 150/4 150/4 152/15 152/19 151/19 152/13 153/16 153/21 157/22 158/9 164/2 174/10 187/11 195/9 195/12 195/14 195/15 196/9 196/19 198/5 201/23 202/2 202/17 206/14 206/19 210/19 213/8 218/5 220/20 221/3 222/15 223/10 224/25 225/3 225/5 228/21 229/8 230/16 231/14
myself [7] 91/24 117/25 118/25 141/5 157/14 168/13 179/11

**N**

Nagasaki [1] 77/7
name [11] 3/8 3/9 61/9 89/16 89/18 133/7 133/13 133/14 133/15 205/16 213/20
named [2] 42/2 207/2
NAPS [1] 169/8
narrow [3] 13/19 14/2 32/10
narrower [1] 211/13
narrowly [1] 206/24
nation [3] 68/21 69/11 105/5
nationalities [1] 64/1
Nations [1] 84/11
native [3] 15/9 176/14 176/16
native-born [1] 15/9
natives [1] 176/14
natural [1] 128/14
nature [9] 10/15 16/5 17/8 32/18 62/13 77/16 100/9 100/12 101/18
naval [74] 1/6 1/22 42/14 42/16 42/19 42/22 43/19 53/12 53/14 56/11 56/12 57/10 76/12 82/23 83/2 85/4 85/8 85/13 85/21 86/1 90/1 90/11 90/19 90/23 90/25 91/4 92/3 92/4 93/20 94/2 94/3 94/14 95/3 99/15 109/3 109/12 109/14 109/17 109/22 109/24 113/13 113/16 113/25 114/4 114/24 115/5 118/4 120/1 126/5 127/16 128/3 129/3 141/25 142/4 147/13 151/21 156/23 157/13 164/20 169/5 171/3 183/17 184/6 186/10 186/11 186/25 212/18 213/13 220/21 221/19 222/14 223/3 223/8 226/18
navy [82] 30/18 39/21 40/4 52/3 53/7 67/16 76/18 85/23 86/3 90/2 90/3 90/4 90/10 90/12 90/15 91/16 91/16 91/18 92/8 93/10 95/24 95/25 97/12 97/14 98/5 98/8 98/22 98/23 98/24 98/24 99/2 99/11 100/1 101/24 102/2 103/1 103/2 103/3 104/6 105/2 105/12 107/1 107/6 107/21 107/24 108/11 108/13 109/15 110/6 112/19 113/19 114/9 116/3 116/5 116/16 116/16 117/23 118/1 118/5 118/11 118/12 119/5 122/4 122/5 122/10 122/12 123/24 123/25 124/1 127/16 127/20 129/12 130/13 130/16 130/25 131/2 131/9 131/17 209/4 209/7 209/22 210/20
Navy's [6] 85/18 102/25 103/8 108/2 125/15 122/18
Navy-adjacent [1] 76/18
Nazi [1] 75/18
near [4] 5/5 10/7 13/22 33/14
near-genocidal [1] 13/22
necessarily [5] 49/15 102/5 166/7 179/9 210/9
necessary [4] 23/10 111/22 138/9 140/5
need [16] 31/5 40/16 106/10 106/20 139/4 163/25 174/14 186/15 187/5 198/15 200/8 200/9 212/2 215/4 227/8 228/10
needed [1] 59/2
needs [3] 59/22 67/16 185/21
negative [11] 8/21 19/19 19/20 19/21 22/6 43/20 44/4 44/8 48/13 58/18 67/6
negatively [2] 66/25 208/9
neighborhood [2] 11/25 42/4
neighborhoods [1] 164/14
neighboring [1] 67/5

**N**

**Netherlands [2]** 1/23 29/15
**networks [1]** 67/4
**neutral [1]** 67/4
**never [11]** 41/1 42/14 60/17 69/15 124/5 124/9 219/23 220/5 220/20 225/16 225/17
**new [8]** 12/6 13/15 13/17 16/22 26/4 34/7 124/19 125/4
**next [39]** 29/3 46/16 46/20 47/2 47/6 57/17 64/16 66/6 67/2 81/18 83/21 83/21 88/25 89/7 93/19 93/22 95/23 97/11 139/15 155/11 155/24 157/17 158/12 159/4 163/19 164/17 164/25 165/13 166/9 170/25 177/8 181/8 182/2 188/4 188/7 190/1 215/8 221/13 229/13
**nice [1]** 118/23
**Niger [1]** 64/8 64/23 65/2
**nine [3]** 41/3 41/6 95/6
**no [98]** 1/4 12/24 20/5 20/9 30/16 34/22 42/20 43/15 45/13 48/2 48/11 48/14 50/13 51/9 54/15 57/9 62/13 65/2 67/14 68/16 77/8 79/23 82/16 85/19 87/20 88/12 88/18 98/23 99/11 101/4 112/22 115/14 115/15 115/21 122/20 127/1 127/7 129/10 129/15 131/6 131/16 131/22 132/2 132/5 137/18 139/24 141/1 141/3 141/12 142/25 144/14 144/20 145/22 147/4 152/1 160/6 161/2 161/18 162/5 162/25 165/17 166/6 168/25 170/16 173/5 174/3 174/10 175/1 175/11 176/25 177/10 183/1 184/7 184/10 185/10 186/12 188/13 193/24 195/23 198/6 199/20 200/18 208/13 209/12 212/11 213/2 215/4 220/5 222/8 226/8 226/16 227/15 227/18 228/1 228/4 229/20 229/23 230/6
**Nobel [4]** 138/3 213/17 214/4 220/5
**noisy [1]** 166/23
**Nomikos [5]** 61/4 61/4 61/7 61/12 63/17
**nomination [3]** 91/8 91/9 91/10
**nominations [3]** 227/2 227/2 227/14
**nominees [1]** 172/19
**non [15]** 27/9 31/4 31/11 31/14 31/22 32/23 54/5 58/12 58/20 59/11 63/20 82/14 83/22 110/6 151/23
**non-BCA [1]** 151/23
**non-Black [1]** 58/20
**non-Hispanic [3]** 54/5 58/12 59/11
**non-Navy [1]** 110/6
**non-Tuareg [1]** 63/20
**non-White [7]** 31/4 31/11 31/14 31/22 32/23 82/14 83/22
**non-Whites [1]** 27/9
**nondiverse [2]** 115/13 115/19
**none [5]** 44/24 69/6 70/9 76/4 231/24
**Nonetheless [1]** 66/8
**nonminority [2]** 54/11
**nonplebe [1]** 151/23
**nonprofits [1]** 140/15
**nonracial [3]** 173/15 174/4 217/9
**nontestifying [1]** 194/22
**NORAD [1]** 94/18 100/5
**normal [1]** 12/18
**normalizing [1]** 126/10
**normally [1]** 81/1
**norms [1]** 66/19
**NORRIS [1]** 1/14
**NORTHCOM [1]** 100/6
**NORTHERN [1]** 1/2 94/18
**Northwestern [6]** 135/11 135/12 135/13 137/7 139/15 160/18
**not [282]**
**note [4]** 10/6 161/3 161/9 163/1
**noted [3]** 128/15 128/16 218/5
**notes [7]** 46/16 47/2 56/16 64/3 129/8 156/16 164/9
**nothing [12]** 22/10 40/12 42/11 42/19 42/21 78/14 78/19 86/6 88/15 185/23 225/12 232/2
**noticeably [1]** 151/24
**noticed [1]** 8/4
**noting [1]** 164/12
**notion [1]** 224/12
**now [62]** 5/8 7/12 11/22 13/25 15/1 15/16 17/14 19/25 21/12 23/15 23/16 35/12 36/5 37/2 37/17 37/23 52/4 57/13 57/16 58/8 59/18 61/7 86/13 86/14 89/3 92/6 101/22 102/17 103/19 105/7 108/5 108/6 119/21 123/13 129/18 130/16 133/4 138/2 139/14 146/18 150/1 150/11 151/15 155/25 159/4 161/15 161/20 172/6 179/16 185/5 189/1 190/11 190/19 192/12 196/16 198/13

**nuclear [1]** 204/14
**number [11]** 19/5 85/9 100/25 105/2 118/10 121/16 129/25 130/12 130/19 171/9 172/19 179/19 180/19 180/20 180/24 181/3 181/5 181/23 182/10 183/3 184/1 184/18 186/15 199/13 215/15 219/18
**numbers [23]** 1/5 12/15 15/7 31/18 47/12 78/16 130/2 130/11 131/18 150/21 179/6 179/12 187/25 188/1 188/2 192/16 198/22 198/23 213/1 213/2 213/2 215/21 231/12
**numeric [2]** 87/14 152/22

**O**

**O'CONNOR [1]** 1/23
**objected [1]** 12/7
**objection [1]** 150/4
**objections [1]** 147/4
**objectives [1]** 107/17
**observable [4]** 136/25 160/20 162/12 162/13
**observables [5]** 161/5 161/5 161/14 163/7 208/10
**Observational [1]** 66/14
**observe [20]** 148/21 155/2 157/10 157/15 159/8 159/9 161/10 161/11 161/16 161/21 161/21 161/24 162/4 162/4 163/3 168/14 168/14 178/4 187/4 188/1
**observed [7]** 137/3 154/9 154/14 154/25 162/18 162/20 208/9
**observing [1]** 154/22
**obtained [2]** 91/20 152/6
**obtaining [1]** 44/2
**obviously [7]** 17/2 22/13 26/23 59/6 149/25 182/17 184/9 216/18 229/15
**occupy [1]** 20/24
**occurred [1]** 76/15
**October [3]** 103/1 202/20 202/22
**October 2021 [1]** 103/1
**October 5 [1]** 202/22
**odds [1]** 6/19
**off [11]** 3/21 52/9 65/23 65/24 73/6 98/6 101/22 131/12 131/15 178/6 182/9
**offenders [1]** 26/14
**offer [4]** 80/6 104/19 145/3 173/23
**offered [3]** 79/8 91/4 177/22
**offering [10]** 33/19 85/12 85/15 85/16 85/19 85/20 85/24 85/25 117/1 136/8
**offers [4]** 172/9 174/21 178/25 216/7
**office [4]** 25/7 25/8 94/4 94/23
**officer [62]** 20/21 50/9 54/11 58/8 58/16 58/19 58/20 59/10 59/11 59/15 67/17 78/21 78/23 92/13 92/14 92/16 93/4 93/5 93/13 93/23 94/3 94/8 96/9 97/22 99/17 99/23 101/5 108/12 108/13 108/15 109/3 109/13 109/20 109/25 110/2 111/7 111/24 112/1 112/7 113/9 113/12 113/25 114/5 114/11 114/25 115/25 116/19 116/22 118/8 118/12 118/15 119/4 119/24 120/1 121/14 130/18 130/21 131/19 196/7 196/8 196/11 202/9
**officers [32]** 20/24 21/1 21/6 21/8 22/11 23/4 23/4 26/9 43/19 44/3 48/1 54/3 54/6 55/6 55/18 58/13 58/25 59/1 59/3 92/17 92/17 92/21 109/15 109/16 109/18 111/4 126/1 126/14 127/15 127/16 127/19 128/2 202/9
**official [3]** 81/3 81/5 81/14 233/1 233/16
**officials [3]** 141/7 141/25 222/4
**often [5]** 17/11 23/13 23/19 39/3 47/11
**oftentimes [1]** 15/12
**Oh [6]** 44/21 45/13 51/21 63/6 190/7 210/10
**oil [1]** 94/9
**okay [42]** 5/21 9/4 42/6 48/9 48/15 49/19 52/5 52/21 53/4 53/21 57/5 57/23 60/3 61/11 86/11 86/14 102/16 103/12 103/19 104/9 105/6 108/4 125/3 125/8 125/20 125/23 135/2 192/8 192/14 194/3 196/12 197/12 198/3 198/16 204/8 209/22 210/5 214/9 223/7 223/25 224/8 232/5
**Olympics [1]** 120/9
**omissions [1]** 158/4
**omits [1]** 158/3
**omitted [2]** 155/23 169/4
**once [4]** 113/4 126/9 215/24 219/24
**one [114]** 8/3 8/5 8/12 9/21 9/21 10/9 12/6 14/16 14/18 14/19 16/2 17/4 17/10 19/3 19/16 20/7 20/8 20/9 20/9 20/15

22/16 22/19 23/2 23/4 23/24 23/25 25/1 25/3 25/12 25/19 27/20 28/10 31/9 31/14 34/7 34/16 35/25 36/23 39/24 42/22 49/1 50/7 51/7 51/13 55/24 61/12 65/2 65/20 66/2 67/15 69/17 72/9 73/20 75/10 79/9 79/16 80/12 96/25 97/11 103/13 103/18 104/12 105/2 107/9 109/6 109/14 112/16 113/18 117/10 118/10 119/21 129/9 133/1 134/24 136/15 137/9 137/12 137/18 137/22 137/25 139/3 150/14 151/16 153/11 159/10 161/12 171/8 171/10 172/21 173/5 176/8 178/1 180/11 180/14 181/20 181/20 184/5 188/4 189/22 190/1 190/4 190/7 190/8 207/23 215/13 216/2 216/15 220/3 220/16 224/23 226/22 226/23 227/1
**one's [10]** 106/14
**one-star [1]** 96/25
**ones [6]** 14/16 24/2 113/6 113/8 114/10 157/6
**online [1]** 63/7
**only [41]** 14/11 19/3 20/8 20/15 30/22 38/13 50/4 51/4 51/14 51/15 53/14 60/18 65/20 66/2 70/16 73/20 76/18 76/22 87/9 101/6 104/19 115/20 124/24 125/13 125/14 129/9 153/9 155/15 156/11 159/2 163/7 167/9 170/24 177/6 179/16 181/14 199/24 199/24 211/21 214/14 221/21
**OPA [5]** 27/17 27/20 31/9 79/13 79/22
**opening [2]** 76/8 222/15
**operate [15]** 92/17 92/21 93/1 98/14 98/15 98/15 98/19 100/19 101/5 107/9 111/12 111/19 111/23 112/5 112/6
**operated [1]** 97/14
**operates [1]** 82/23
**operating [9]** 62/15 98/6 109/16 110/23 111/8 111/13 111/21 112/25 122/8
**operation [4]** 72/11 72/14 72/20 135/24
**operationally [2]** 122/6 122/8
**operations [18]** 34/25 36/24 38/9 38/10 38/12 38/15 39/1 39/4 40/3 44/9 48/16 95/15 95/18 100/13 101/18 106/23 111/6 118/4
**opine [1]** 99/25 102/1 102/9
**opinion [100]** 15/20 15/21 16/12 16/16 17/14 17/15 20/3 20/6 20/7 21/12 21/14 21/15 21/18 21/21 26/18 33/19 33/21 36/5 36/7 36/8 41/12 44/7 54/9 60/4 80/4 83/1 85/7 85/12 85/15 85/16 85/19 85/20 85/24 85/25 117/15 119/19 120/24 147/6 148/1 148/2 148/6 149/15 149/16 149/17 149/18 149/25 150/1 150/4 150/4 150/11 150/12 151/1 151/2 151/8 151/9 151/18 151/19 152/12 153/15 153/16 164/8 164/12 165/19 167/14 168/23 169/1 169/11 169/12 169/13 169/15 175/13 175/19 175/21 179/23 179/24 179/25 180/16 181/10 181/19 182/2 182/3 182/8 183/10 183/19 186/24 187/9 187/10 187/11 207/7 207/11 207/17 209/24 212/25 215/6 215/6 216/17 220/16 222/24 226/14 227/19
**Opinion 2 [1]** 216/17
**opinions [21]** 15/16 15/19 33/19 39/20 45/20 59/19 59/20 66/12 136/7 138/9 142/16 143/8 145/3 147/9 147/10 147/12 147/24 151/16 207/5 216/15 220/13
**OPNAV [2]** 94/1 94/12
**opportunities [5]** 23/20 91/4 109/9 112/10 115/3
**opportunity [6]** 15/13 23/23 25/4 46/23 114/21 141/24
**opposed [2]** 73/21 137/15
**opposite [2]** 158/10 188/8
**optimistic [1]** 61/21
**optimistically [1]** 41/8
**options [2]** 4/9 118/21
**orchestra [3]** 110/9 111/2 112/16
**order [5]** 14/10 36/15 87/13 106/3 106/18
**orders [3]** 87/2 121/22 122/3
**ordnance [1]** 119/13
**Oregon [1]** 125/5
**organization [13]** 21/5 37/21 94/22 97/1 98/11 112/12 118/11 135/19 135/23 135/24 136/2 136/5 193/20
**organizations [4]** 18/17 110/25 136/1 140/15
**organize [1]** 231/12
**organized [3]** 99/8 99/12 110/16
**organizing [1]** 24/3
**orient [1]** 9/7
**Oster [1]** 163/17

## O

**other [78]** 6/17 11/4 11/6
11/6 11/8 11/17 13/7 16/8 19/11
19/12 19/12 19/25 25/6 25/25 28/7 31/24
34/10 35/10 45/14 50/15 60/17 62/4 62/7
62/25 63/20 64/7 73/21 96/2 110/18
110/25 115/9 116/11 120/3 124/6 124/10
124/19 126/7 129/17 140/16 142/2 145/14
148/23 154/13 164/7 170/6 171/24 176/14
179/19 185/2 185/18 185/24 190/4 191/25
199/3 199/10 199/11 199/12 199/22 199/25
200/1 201/3 201/5 201/6 205/8 210/24
211/1 211/15 213/9 216/15 220/13 220/15
226/23 229/18 229/21
**others [4]** 193/6 193/10 193/12 228/22
**our [46]** 11/1 11/22 22/20 22/22 22/22
32/1 36/19 50/6 58/17 74/25 82/3 87/23
103/13 103/23 103/24 104/1 104/19 105/2
105/2 105/4 105/5 105/15 105/23 106/2
106/22 106/23 106/24 107/16 107/25
109/20 116/4 116/10 117/13 120/21 121/3
121/6 121/15 121/22 122/16 140/17 158/7
158/23 188/20 194/22 223/8 229/6
**ourselves [1]** 9/7
**ouster [2]** 76/5 76/7
**out [36]** 9/12 10/6 13/13 15/6 22/5 32/4
35/17 38/25 48/12 61/22 75/22 78/23
81/15 86/23 93/21 106/12 111/9 115/10
115/10 120/5 120/7 120/11 121/4 129/12
164/23 165/4 184/23 192/11 199/23 200/19
201/6 206/9 220/5 223/15 225/14 228/18
**out-groups [1]** 61/22
**outcome [10]** 33/2 77/5 77/10 77/25 137/3
137/3 154/25 155/3 162/18 225/20
**outcomes [10]** 33/25 136/18 136/20 137/1
137/16 137/17 137/18 142/24 154/17
225/17
**outset [1]** 70/23
**outside [5]** 23/17 114/23 116/6 143/1
204/6
**over [40]** 18/5 40/8 41/22 70/22 71/2
73/23 74/1 88/22 94/9 101/12 101/24
116/16 126/10 129/21 131/13 134/2 140/12
140/19 142/3 142/9 144/15 144/20 144/20
151/11 157/5 166/2 166/2 172/7 181/13
193/1 193/4 201/13 212/7 212/8 214/17
218/4 219/1 225/11 228/11 230/23
**overall [8]** 12/22 25/11 25/19 26/1 88/10
130/2 144/22 225/3
**overcome [1]** 18/16 104/19
**overestimated [2]** 207/25 213/12
**overestimating [1]** 209/19
**Overlord [4]** 72/11 72/14 72/20 73/7
**overreport [1]** 26/19
**overstate [1]** 207/8
**overstated [5]** 149/7 153/21 159/5 211/6
212/15
**overstates [1]** 149/4
**overstating [2]** 158/11 163/22
**overwhelmed [1]** 114/25 116/12
**overwhelming [1]** 65/7
**own [16]** 4/15 6/14 6/25 9/14 13/13 48/21
86/24 98/24 114/1 126/6 148/15 159/3
159/19 183/23 213/8 213/9
**owned [1]** 97/14
**Oxford [1]** 11/23

## P

**p.m [6]** 89/5 132/18 132/18 189/3 189/3
232/11
**P800 [1]** 53/17
**pace [1]** 203/12
**Pacific [4]** 94/14 95/9 95/10 176/15
**pack [1]** 110/1
**package [1]** 200/5
**packages [3]** 138/5 138/6 138/6
**page [75]** 2/4 25/10 26/7 28/15 44/13
44/14 44/20 46/8 46/20 47/2 47/21 47/22
48/4 48/5 49/19 49/22 51/24 52/2 52/3
52/4 52/12 52/13 52/20 52/24 52/25 53/2
53/3 54/24 55/22 56/14 57/6 57/17 58/9
59/10 59/24 59/25 60/3 60/3 60/6 61/16
62/18 62/20 63/13 64/16 67/2 67/19 71/22
73/4 79/23 79/24 80/2 80/6 80/8 80/10
80/15 103/4 103/5 103/9 103/12 104/11
104/11 105/14 105/15 106/12 189/21 190/1
190/7 214/17 216/4 217/20 218/4 218/21
219/17 221/13 233/9
**page 10 [1]** 62/20
**page 13 [2]** 105/14 105/15
**page 15 [1]** 106/12
**page 18 [1]** 80/10
**page 19 [2]** 53/12 71/8
**page 22 [2]** 52/4 52/10 53/3 218/4
**page 23 [3]** 26/7 60/6 216/4
**page 24 [5]** 51/24 52/2 52/3 52/13 52/24
**page 25 [5]** 51/9
**page 3 [2]** 28/15 46/8
**page 4 [3]** 47/21 47/22 103/4
**page 5 [2]** 63/13 103/12
**page 52 [1]** 218/21
**page 57 [1]** 219/17
**page 6 [1]** 217/20
**page 60 [1]** 56/14
**page 61 [1]** 55/22
**page 8 [3]** 44/13 44/14 49/22
**page back [1]** 73/4
**page down [1]** 44/20
**page here [1]** 103/9
**page in [1]** 79/24
**page of [1]** 189/21
**page that [1]** 67/19
**page through [1]** 80/2
**page where [1]** 103/5
**pages [1]** 60/8
**paid [2]** 16/20 193/25
**papers [3]** 67/20 68/1 197/24
**parachuted [2]** 194/11 194/14
**paragraph [29]** 25/11 44/17 44/23 46/16
49/20 50/17 50/19 51/20 51/21 51/25
52/11 52/18 56/1 57/22 58/3 58/4 60/11
61/4 62/21 66/6 67/21 80/15 81/18 82/13
198/21 198/22 217/21 218/4 219/17
**paragraph 11 [1]** 217/21
**paragraph 117 [1]** 217/21
**paragraph 41 [1]** 218/4
**paragraph after [1]** 82/13
**paragraph at [1]** 52/11
**paragraph down [1]** 46/16
**paragraph of [1]** 44/23
**paragraph that [3]** 44/17 49/20 51/25
**paragraph that's [1]** 50/19
**paragraph there [1]** 25/11
**paragraph you [1]** 61/4
**PARALEGAL [2]** 1/22 1/23
**parameter [1]** 199/25
**parameters [1]** 98/6
**parent [1]** 164/16
**parenthetical [1]** 179/3
**parents [2]** 117/18 119/8
**parity [8]** 6/6 7/6 7/7 7/9 7/13 7/19
9/10 14/20
**part [41]** 19/3 35/3 37/10 39/3 40/1
41/16 44/23 44/24 48/17 48/23 56/6 62/13
64/18 73/7 83/3 98/25 99/5 104/14 109/4
109/8 121/11 124/8 135/16 136/9 136/13
137/6 137/8 140/2 154/12 168/7 168/15
177/6 190/17 198/9 211/6 216/17 220/17
221/21 222/3 222/6 225/3
**participant [2]** 194/11 194/13
**participants [2]** 62/4 141/8
**participate [1]** 70/13
**participated [2]** 78/4 193/12
**participation [2]** 68/23 76/19
**particular [21]** 4/12 4/22 5/3 5/6 6/4
10/8 12/14 12/20 18/15 26/25 38/23 39/16
50/20 65/13 87/23 103/15 124/6 124/9
165/23 185/16 195/17
**particularly [3]** 36/18 99/16 138/9
**parties [6]** 194/16 194/17 194/20 194/23
197/11 228/25
**partners [2]** 35/5 100/8
**parts [2]** 73/8 210/25
**pass [1]** 188/18
**passes [1]** 13/16
**past [4]** 101/15 140/12 140/19 206/8
**pathologies [4]** 8/5 8/7 8/13 24/15
**PATRICK [1]** 1/13
**patrol [1]** 60/18
**patrols [1]** 38/1
**pattern [3]** 9/22 10/3 11/8
**pay [1]** 95/13
**payments [1]** 197/11
**PDF [3]** 52/3 52/23 59/24
**peace [1]** 63/19
**peacekeepers [23]** 37/6 61/21 61/24 62/3
62/6 62/11 62/14 63/22 63/25 64/12 64/18
65/1 65/6 65/7 65/18 65/19 66/9 66/13
66/15 66/17 66/23 67/4 67/6
**peacekeeping [16]** 36/16 36/18 36/23 37/6
37/7 37/22 37/24 60/15 60/18
60/23 62/15 62/24 63/10 64/4 66/19
**peer [13]** 12/3 205/4 205/5 205/20 206/1
206/2 206/3 206/4 206/10 206/12 206/21
220/10 225/19
**peer-reviewed [6]** 12/3 205/4 205/20
206/3 220/10 225/19
**peers [9]** 53/25 54/10 55/4 55/10 56/2
57/7 59/14 59/16 205/5
**pegs [1]** 83/12
**people [65]** 19/7 19/12 25/7 26/24 29/13
75/13 85/9 97/15 101/15 101/19 101/22
102/7 103/13 103/22 103/23 105/2 105/4
105/15 105/16 106/13 107/11 107/24
107/25 109/1 111/19 112/8 114/15 114/15
114/16 116/3 116/6 116/10 116/11 116/12
117/4 117/10 117/12 118/2 118/6 119/11
119/16 119/16 119/17 119/17 119/19
119/22 120/7 120/15 120/17 125/20 125/22
126/6 128/5 128/6 130/8 130/19 142/2
142/4 173/21 191/25 196/18 202/24 216/7
216/8 216/20
**per [2]** 165/24 166/5
**perceive [1]** 67/3
**perceived [4]** 63/19 65/17 66/24 66/24
**percent [43]** 4/20 4/21 6/8 6/10 7/9 7/12
7/16 7/18 25/20 25/22 25/23 25/25 26/1
26/4 26/15 30/1 30/5 30/5 31/4 31/4 59/5
59/5 64/22 64/23 65/1 87/16 119/15
127/15 128/3 129/21 130/25 153/4 153/6
166/2 174/15 174/20 178/13 179/14 181/13
181/15 183/18 188/5 227/16
**percentage [14]** 4/7 29/20 56/19 57/7
57/20 58/3 58/17 58/19 59/12 59/15 188/6
200/6 200/18 200/19
**percentages [1]** 225/12
**perceptions [3]** 60/15 62/7 62/22
**perfect [1]** 113/5
**perform [2]** 23/9 35/4 78/8
**performance [18]** 3/20 6/3 8/3 8/16 16/13
19/19 19/22 20/1 20/8 21/21 21/22 36/10
37/14 68/10 68/18 110/17 112/17 114/12
**performed [2]** 38/6 144/16
**perhaps [7]** 14/15 23/5 42/5 128/23 133/1
134/19 137/25
**period [6]** 17/3 32/1 87/1 88/4 166/2
193/2
**periodically [1]** 32/6
**periods [1]** 74/5
**permit [2]** 200/20 201/11
**permitted [3]** 46/12 145/24 204/9
**Persian [6]** 95/8 95/10 95/13 95/17 121/1
121/6
**persist [1]** 23/19
**persisted [1]** 47/3
**person [3]** 118/10 119/13 126/12
**person's [1]** 213/19
**personal [4]** 96/4 102/13 104/21 156/16
**personnel [3]** 47/24 57/10 97/8
**perspective [14]** 113/11 114/13 118/24
124/6 124/10 124/18 125/4 125/9 125/19
125/21 125/22 143/14 150/15 211/13
**perspectives [4]** 18/12 115/2 118/20
218/8
**pertains [2]** 221/20 222/25
**Peruvian [1]** 91/18
**PGS [1]** 60/1
**Ph.D [2]** 2/10
**pharmaceuticals [1]** 140/21
**phase [2]** 76/7 76/8
**PhD [3]** 42/3 135/15 214/19
**phenomenon [1]** 16/22
**phrase [2]** 180/6 199/11
**physical [1]** 221/4
**physically [1]** 120/12
**pick [1]** 176/8
**picked [2]** 120/16 163/23
**picture [1]** 211/10
**pictures [1]** 117/21
**piece [5]** 19/4 110/19 158/16 159/10
193/23
**pieces [2]** 4/5 148/23
**pilot [1]** 119/12
**pin [6]** 93/3 93/4 95/19 96/7 96/12 97/11
**pipeline [1]** 126/10
**place [4]** 11/10 65/20 126/7 195/24
**places [2]** 104/7 119/10
**plaintiff [4]** 1/4 1/12 143/16 229/2

## P

**plaintiff's [8]** 34/6 61/1 61/9 61/11 63/6 217/13 217/2 216/4 217/7 222/13 225/7
**plaintiffs [3]** 187/19 223/21 229/5
**planet [1]** 75/11
**plans [5]** 94/17 100/6 100/17 100/20 164/7
**platform [2]** 93/7 100/10
**platforms [1]** 94/9
**play [5]** 91/3 91/6 107/12 110/9 110/17
**played [1]** 123/13
**player [2]** 113/18 114/3
**players [3]** 110/10 113/19 114/9
**playing [1]** 110/14 110/18
**pleasantly [1]** 114/6
**please [15]** 3/3 3/8 89/16 106/17 107/22 133/8 133/10 133/12 150/12 179/23 192/11 195/25 196/2 204/2 224/5
**plus [2]** 92/10 200/15
**podium [1]** 52/7
**point [40]** 11/3 33/14 43/16 57/7 58/17 71/8 88/17 96/7 109/17 109/25 114/4 122/11 122/19 125/18 128/8 130/6 130/16 131/23 131/25 132/4 153/2 158/23 161/9 171/3 179/20 179/21 180/2 182/12 184/12 193/18 193/24 195/7 196/9 196/16 200/3 200/22 203/22 230/11 231/23 232/1
**pointed [1]** 220/5
**points [8]** 56/19 57/20 58/3 58/20 59/12 59/15 88/7 88/9
**poison [1]** 22/5
**police [3]** 37/17 37/18 37/25
**police-civilian [1]** 37/17
**policies [4]** 80/17 81/3 81/14 212/22
**policing [5]** 37/12 37/13 37/15 37/24 39/8
**policy [2]** 17/4 94/18
**political [16]** 4/10 4/11 10/15 11/19 15/25 32/2 32/5 32/9 32/17 43/9 76/9 81/22 82/16 83/25 160/16 185/12
**politically [3]** 32/17 32/20 46/22
**pool [1]** 218/25
**poor [4]** 112/11 112/11 112/11 167/8
**poorly [2]** 8/17 69/1
**popular [1]** 137/24
**popularized [1]** 138/2
**population [10]** 31/21 31/17 32/19 38/3 38/25 49/2 66/25 70/5 70/21 119/14
**populations [8]** 13/23 17/5 37/1 37/20 38/21 48/25 49/4 73/8
**port [1]** 120/3
**portfolios [1]** 207/20
**portion [5]** 69/1 70/23 106/15 154/11 222/24
**portraits [1]** 222/18
**position [12]** 20/24 26/15 90/7 90/16 91/14 96/18 96/24 101/3 103/2 117/4 123/16 193/5
**positioned [1]** 100/8
**positive [4]** 36/2 66/11 114/10 164/19
**positively [2]** 66/24 164/22
**possibility [2]** 117/24 177/9
**possible [25]** 17/18 26/6 30/19 50/2 74/9 104/17 107/15 107/16 109/23 117/22 118/3 125/8 125/10 125/11 154/1 163/24 186/14 186/19 205/8 212/20 220/6 221/2 225/24 226/2 226/3
**possibly [5]** 43/25 44/5 74/12 161/17 225/22
**post [3]** 94/2 94/10 95/3
**Postgraduate [3]** 53/12 53/15 92/3
**posture [1]** 105/12
**potential [7]** 24/13 43/20 63/1 109/24 116/4 187/1 212/17
**potentially [4]** 35/6 43/21 64/15 117/23
**poverty [1]** 164/14
**power [20]** 13/15 32/3 32/5 32/9 32/17 79/25 80/6 81/17 82/5 82/7 82/16 82/18 83/25 84/1 87/18 87/19 87/22 87/23 101/16 166/1
**powerful [2]** 119/20 122/16
**powerhouse [1]** 13/11
**powerless [1]** 32/18
**PowerPoint [1]** 102/15
**practice [2]** 138/15 177/3
**precise [1]** 187/3
**predecessor [2]** 139/16 139/21
**predicated [1]** 175/15
**predict [3]** 182/24 207/13 207/18

**prediction [1]** 182/6
**predictions [3]** 150/9 158/19 177/22
**predicts [1]** 136/22
**predominantly [1]** 46/21
**prefer [1]** 129/18
**preference [1]** 146/21
**preferences [14]** 42/12 85/8 85/13 85/17 85/21 86/1 157/23 158/1 182/25 183/16 185/17 185/18 210/14 211/2
**preferred [2]** 50/6 167/2
**preliminary [2]** 151/22 183/22
**premise [1]** 81/2
**premised [1]** 79/21
**premium [1]** 174/19
**prepare [1]** 146/5
**prepared [2]** 105/21 146/16
**preparing [2]** 147/6 217/3
**presence [5]** 61/20 66/15 101/17 103/10 204/6
**present [5]** 1/21 24/15 27/5 51/2 224/20
**presentation [5]** 145/10 151/2 183/11 184/17 230/2
**presented [7]** 11/11 22/2 145/6 182/4 182/10 186/1 196/16
**presenting [2]** 222/6 224/13
**presents [2]** 21/15 220/25
**president [5]** 32/11 84/3 84/8 84/8 94/24
**president-elect [1]** 84/8
**Presidential [1]** 91/10
**pretrial [1]** 197/18
**pretty [7]** 80/3 97/16 109/2 113/15 122/16 123/18 125/14
**previous [4]** 128/1 141/10 141/13 143/14
**previously [2]** 67/20 129/20
**pride [1]** 23/11
**primary [6]** 98/4 136/4 140/1 140/5 143/3 144/21
**principal [2]** 90/13 116/4
**principles [1]** 145/12
**prior [19]** 23/18 24/4 25/21 70/20 141/21 142/15 143/5 143/7 143/20 154/6 173/16 173/19 174/22 175/8 176/15 177/13 181/21 217/10 219/9
**priorities [1]** 103/6 103/8 104/9
**priority [2]** 103/15 175/5
**private [1]** 141/8
**privileged [1]** 23/5
**prize [2]** 214/4 220/5
**probabilities [1]** 136/23
**probability [6]** 9/9 9/12 9/13 9/14 9/20 152/24
**probably [19]** 26/25 52/23 73/18 73/18 74/11 80/9 83/20 97/14 110/7 110/12 113/22 130/15 138/4 163/11 191/17 204/5 225/13 230/14 230/15
**probably 18 [1]** 80/9
**problem [10]** 17/22 18/7 38/23 39/12 40/6 114/3 155/22 169/4 169/6 172/4
**problem-solving [5]** 17/22 18/7 38/23 39/12 40/6
**problematic [2]** 19/24 183/10
**problems [7]** 18/10 115/1 115/4 115/7 116/12 116/13 140/4
**procedures [1]** 11/10
**proceed [3]** 89/21 133/17 189/7
**proceeding [1]** 143/21
**proceedings [1]** 233/8
**process [42]** 42/23 85/5 93/7 142/1 142/3 149/22 150/19 150/23 151/21 153/13 156/11 165/4 168/21 169/17 172/8 172/13 172/18 173/6 174/7 177/4 206/1 208/4 208/21 209/20 209/25 210/3 213/13 214/23 214/24 216/6 216/23 217/1 218/14 218/15 220/10 220/21 220/23 226/18 226/19 227/2 227/14 227/21
**produce [1]** 194/18
**produced [2]** 142/7 164/2
**produces [2]** 50/3 126/14
**product [1]** 129/23
**professional [11]** 98/1 104/22 110/8 110/8 110/15 113/4 113/22 139/14 144/15 144/22 144/24
**professionalism [3]** 110/20 113/1 114/25
**Professor [141]** 3/16 9/3 24/6 26/18 29/21 30/13 40/12 68/8 86/19 145/6 145/9 147/10 147/12 147/15 148/3 148/7 148/15 148/17 149/4 149/23 150/4 150/6 150/13 151/3 151/4 151/11 151/22 152/14 153/7 153/11 153/22 153/24 154/9 154/11 154/18

155/7 155/12 155/15 155/18 156/1 156/6 156/18 156/23 157/9 157/11 157/17 157/20 158/2 158/4 158/7 158/19 159/1 159/18 160/2 160/15 160/16 160/20 162/3 162/7 162/10 162/25 163/4 163/21 164/8 165/6 165/20 165/22 166/4 166/14 166/18 167/4 167/8 167/19 168/3 168/6 168/12 168/13 168/23 169/7 169/16 170/11 170/19 170/23 171/16 171/20 172/3 172/10 172/23 173/9 174/8 174/11 174/24 175/9 175/22 175/25 177/18 177/23 178/1 178/21 179/7 179/11 180/1 180/21 181/11 182/4 182/10 182/19 183/4 183/15 184/15 184/17 185/7 185/9 186/1 186/17 186/18 205/21 207/7 207/12 207/24 208/7 208/11 209/19 211/5 211/14 212/4 212/11 212/15 213/17 213/12 214/22 215/7 216/16 217/19 220/9 220/14 225/10 227/6 227/9 227/10 227/23
**professors [1]** 12/12
**proficiency [2]** 17/1 17/12
**profile [2]** 12/5 46/24
**programs [1]** 46/23
**progress [3]** 129/13 129/14 129/16
**progresses [1]** 172/8
**prohibition [2]** 209/15
**Project [21]** 3/17 5/22 9/5 11/4 11/11 19/16 21/17 30/13 30/22 34/6 40/1 70/24 71/12 75/23 76/3 76/12 76/25 77/4 77/12 78/2 80/17
**projection [1]** 101/17
**proliferation [1]** 101/19
**promise [1]** 17/8
**promote [1]** 106/19
**promoting [1]** 104/18
**promotion [1]** 44/3
**pronouncing [2]** 61/9 133/7
**properly [3]** 100/20 167/5 167/16
**property [1]** 204/21
**proposed [1]** 178/21
**proposing [1]** 81/12
**propulsion [2]** 93/17 100/23
**prospect [2]** 43/1 43/5 43/6
**prospects [2]** 171/11 181/25
**protecting [1]** 119/19
**protection [1]** 94/20
**protocol [12]** 194/15 194/18 195/8 196/20 196/22 196/22 197/7 197/16 197/20 197/24 198/12 198/18
**protocols [6]** 195/4 195/15 195/16 196/11 196/12 198/8
**proud [1]** 119/17
**prove [1]** 162/7
**proven [1]** 118/6
**provide [9]** 13/4 98/16 101/16 103/23 103/25 141/16 161/7 163/20 176/20
**provided [3]** 11/1 87/2 205/21
**provides [2]** 151/12 160/10
**public [4]** 18/18 100/23 141/9 142/7
**publication [5]** 25/8 76/2 139/11 206/17 206/23
**publications [6]** 25/6 34/7 205/4 206/3 206/20 206/25
**publish [1]** 139/8
**published [8]** 11/14 11/17 11/21 160/16 185/8 185/11 220/9 225/19
**Puerto [1]** 74/15
**pull [10]** 27/23 33/3 44/11 46/5 71/12 104/11 104/12 106/12 108/5 134/19
**purchasing [1]** 166/1
**purely [1]** 76/12
**purpose [1]** 119/18
**purposes [8]** 27/24 31/3 74/22 134/16 184/2 214/14 215/2 225/7
**pursuant [1]** 233/6
**pursue [1]** 91/3 135/12 184/6
**pursued [1]** 136/11
**push [1]** 35/22
**pushback [2]** 12/6 12/9
**PUSTERLA [8]** 1/23 44/13 47/22 54/17 55/22 56/15 80/2 80/8
**put [24]** 5/10 11/10 19/12 21/13 33/11 33/13 43/23 56/24 67/6 99/15 102/17 122/11 132/12 143/16 146/3 155/20 174/19 184/18 191/2 191/12 198/1 205/16 222/17 222/23
**puts [1]** 75/5
**Putting [1]** 208/11

## Q

**qualification [3]** 93/7 99/19 185/10

## Q

**qualificat [1]** 185/17
**qualified [15]** 43/23 43/23 94/2 97/22 97/25 99/15 99/24 100/17 118/4 144/1 144/10 144/13 145/18
**qualifier [1]** 185/13
**quality [9]** 11/10 11/24 75/8 79/9 103/25 106/10 110/20 118/7 125/25
**quantifiable [1]** 168/21
**quantification [2]** 148/7 179/7
**quantities [1]** 149/12
**quantitative [1]** 15/1
**question [39]** 24/19 43/3 55/8 55/17 68/11 68/11 73/22 79/11 85/11 95/23 129/17 141/23 148/3 159/4 159/13 159/21 170/17 180/13 182/12 182/15 190/22 192/4 195/14 195/15 196/19 205/25 206/10 206/11 206/11 206/12 206/24 210/12 210/19 210/23 212/3 213/4 225/4 225/23 229/8
**questioned [1]** 193/5
**questions [16]** 12/13 86/7 86/19 86/21 87/17 122/20 127/7 127/8 127/12 127/13 131/22 131/23 142/4 205/11 226/8 228/11
**Quick [1]** 100/5
**quickly [2]** 80/3 200/4
**quiet [2]** 195/25 196/2
**quite [5]** 8/17 10/7 30/10 78/11 188/3
**quota [2]** 131/5 131/6

## R

**race [116]** 42/22 43/1 43/6 43/18 43/22 69/1 49/8 67/16 83/2 108/1 115/15 116/19 117/5 124/6 124/10 125/12 125/13 125/23 147/14 147/21 148/5 148/14 148/21 148/22 148/23 148/25 149/2 149/7 149/13 150/5 150/7 150/10 151/6 151/20 152/15 152/16 153/9 153/12 153/18 155/2 155/3 155/5 155/13 155/17 155/19 155/21 156/2 157/12 158/5 159/22 162/19 163/22 165/16 167/20 167/21 167/22 168/1 168/5 168/9 168/18 169/7 175/23 176/1 176/3 176/12 176/23 177/16 177/18 178/2 178/3 178/4 178/11 178/17 178/25 179/2 179/4 179/10 179/14 180/4 181/12 182/6 182/11 182/13 182/17 184/3 184/4 184/7 184/10 184/23 184/24 185/6 185/20 185/23 185/24 186/11 186/17 186/24 187/1 207/9 207/14 207/19 207/25 208/4 208/20 208/21 209/15 209/20 209/23 210/15 210/21 211/3 213/4 213/6 213/13 220/14 221/20
**races [9]** 150/8 150/22 176/7 177/5 177/20 187/14 187/22 187/23 188/10
**RACHAEL [1]** 1/16 123/10
**racial [80]** 15/21 16/14 17/16 17/19 21/15 24/12 25/20 25/24 26/2 27/5 28/25 29/8 29/11 29/19 31/2 42/12 45/8 46/23 47/2 50/9 60/23 60/25 61/2 62/11 67/23 68/9 68/13 80/15 82/14 83/22 85/8 85/17 85/21 86/1 107/20 107/23 108/19 108/21 108/25 112/1 114/14 115/20 116/5 116/24 129/21 129/25 130/7 130/12 130/18 130/20 151/9 151/10 151/14 152/2 154/12 157/23 158/1 161/12 161/17 164/1 174/1 180/13 180/14 180/15 180/20 182/25 183/16 183/17 185/17 187/12 187/14 187/20 188/14 219/19 221/13 222/11 222/14 223/3 223/9 223/13
**racial/ethnic [1]** 29/11
**racially [5]** 115/11 115/17 115/23 115/25 116/3
**radio [1]** 121/9 121/15 122/15
**radiological [1]** 94/24
**raise [3]** 3/5 12/5 133/10
**raised [1]** 70/14
**raising [2]** 89/13 185/5
**rally [1]** 23/21
**ran [2]** 5/9 31/18
**randomized [5]** 37/25 50/1 50/4 50/6 50/11
**range [8]** 4/9 114/13 118/25 140/20 161/6 161/23 162/4 218/8
**rank [9]** 90/5 91/13 91/20 127/14 127/15 127/19 128/2 128/11 129/19
**ranked [1]** 71/6
**ranks [14]** 14/2 17/5 24/11 24/14 36/24 37/11 37/21 57/19 70/6 106/22 128/11 128/20 128/24 130/1
**rapidly [1]** 105/25
**rate [17]** 15/8 56/23 59/7 153/4 153/8 166/2 181/24 192/4 194/21 195/17 196/14 152/10 181/13 193/11 195/5
**rather [6]** 62/7 66/24 78/23 140/9 171/24 213/24
**ratings [1]** 82/7
**ratio [12]** 6/5 7/2 7/3 7/7 7/9 7/23 9/10 9/25 10/2 13/6 14/20 16/18
**raw [2]** 19/17 19/18
**RDB [1]** 1/5
**reach [1]** 159/17
**reaching [2]** 21/18 28/7
**react [2]** 187/1 187/7
**reaction [2]** 186/16 210/25
**read [18]** 25/16 26/13 36/6 48/7 65/25 103/20 104/14 105/20 106/15 117/3 167/7 187/15 206/15 208/13 212/11 217/4 217/6 218/20
**readily [1]** 115/6
**readiness [8]** 27/14 28/18 90/14 99/25 102/2 103/11 116/10 116/1
**reading [3]** 47/16 47/18 48/7
**ready [2]** 104/2 133/6
**real [6]** 13/4 119/16 119/16 140/4 160/6 162/5
**real-world [2]** 13/4 140/4
**realistic [3]** 34/20 182/6 185/22 211/22 230/12
**reality [6]** 131/2 131/7 131/16 139/5 139/7 169/17
**really [25]** 7/18 7/18 10/7 15/1 18/19 69/3 100/9 102/14 112/16 112/23 113/25 114/24 115/3 115/9 116/14 119/23 122/11 122/23 132/21 156/13 185/21 200/3 212/20 212/23 222/9
**realm [1]** 37/24
**Realtime [1]** 233/5
**reason [12]** 4/22 4/24 22/16 69/24 130/9 134/10 137/25 138/4 168/16 185/3 201/25 210/13
**reasonable [8]** 81/25 88/4 115/22 163/10 215/17 215/18 215/20 215/21
**reasonably [1]** 231/13
**reasons [12]** 16/15 39/24 108/14 113/18 118/17 132/21 133/3 184/5 187/2 207/17 215/13 228/13
**rebuttal [1]** 12/17
**recalculating [1]** 79/13
**recall [7]** 80/5 180/8 218/19 219/15 220/4 220/8 228/24
**receive [3]** 91/8 134/8 135/13
**received [9]** 11/18 12/2 12/6 91/9 91/10 135/5 200/16 201/5 201/7
**receiving [1]** 204/10
**recent [8]** 32/12 35/1 35/16 37/24 53/24 79/25 82/13 83/11
**recently [2]** 120/10 185/8
**recess [7]** 88/23 89/2 89/4 89/5 132/18 189/2 189/3
**reciprocate [1]** 61/23
**recognize [1]** 146/7
**recollection [1]** 71/10 127/23 202/17
**recommendation [3]** 156/16 156/18 156/20
**reconcile [1]** 10/24
**record [12]** 3/8 25/16 52/13 72/16 89/17 101/1 131/12 133/13 159/13 160/9 163/15 178/18
**recorded [2]** 7/19 14/16
**records [2]** 8/9 15/2
**recross [2]** 88/17 228/3
**recruit [2]** 45/10 106/19 117/8
**recruited [1]** 91/3
**recruiting [5]** 104/18 108/16 116/20 116/23 116/25
**recruitment [2]** 51/18 116/17
**red [1]** 10/22
**Redirect [4]** 2/12 86/16 226/10 226/11
**reduces [1]** 109/10
**reducing [1]** 58/19
**reenlistment [1]** 57/9
**reenlists [1]** 56/2
**refer [6]** 19/9 45/7 80/14 83/8 174/4 198/20
**referees [2]** 206/9 206/22
**reference [4]** 47/23 53/6 55/10 60/10
**referenced [4]** 26/19 31/22 163/16 180/6
**references [1]** 201/2
**referred [3]** 27/10 39/3 88/12
**referring [14]** 18/19 25/1 44/10 50/19

**54/22 55/6 80/12 83/9 83/14 83/15 163/16 185/14 197/1 224/23**
**refers [22]** 14/12 14/13 26/4 41/25 55/3 57/6 217/14
**reflect [1]** 130/11
**reflected [12]** 130/21 152/25 157/4 158/13 160/5 165/1 166/10 170/14 170/16 171/19 176/24 188/12
**reflects [2]** 155/15 171/20
**refresh [2]** 71/10 73/6
**regard [1]** 137/20
**regarding [3]** 169/1 170/17 187/11
**regardless [1]** 176/12
**region [3]** 64/22 94/13 97/12
**register [1]** 69/12
**Registered [1]** 233/4
**regression [3]** 9/5 10/10 168/24
**regressions [2]** 20/11 34/9
**regular [5]** 118/6 216/8 216/19 216/21 216/24
**regulation [1]** 140/16
**regulations [1]** 233/10
**rehatting [1]** 66/17
**reinforce [1]** 22/17
**reinforced [2]** 12/24 22/23
**reject [1]** 206/8
**rejection [1]** 137/5
**relatability [5]** 117/1 117/12 118/22 119/13 119/21
**relatable [1]** 119/17
**relate [4]** 117/5 117/5 117/6 147/13
**related [6]** 127/1 136/2 136/3 142/13 169/13 173/14
**relates [6]** 149/18 151/2 151/19 173/20 175/22 179/25
**relating [1]** 204/16
**relation [3]** 104/1 154/23 204/20
**Relations [10]** 32/3 79/25 80/7 81/18 82/6 82/8 87/18 87/19 87/22 87/23
**relationship [7]** 3/19 6/16 10/10 11/6 13/1 34/13 168/2
**relationships [1]** 34/1
**relative [5]** 60/17 61/25 62/14 78/20 138/1
**relatively [11]** 56/21 62/23 75/14 137/22 137/25 150/17 150/23 154/7 160/22 181/25 188/1
**released [1]** 83/21
**relevance [1]** 28/8
**relevant [19]** 24/7 26/25 34/23 34/24 36/17 39/7 39/20 40/2 136/7 138/11 142/15 147/17 156/11 156/23 158/3 169/3 169/10 181/7 181/9
**reliability [2]** 10/17 166/15
**reliable [2]** 162/9 162/14
**reliably [2]** 165/20 175/18
**reliant [1]** 156/7
**relied [7]** 44/6 45/17 45/19 142/6 160/15 167/9 224/18
**relies [3]** 147/16 160/25 161/2
**religious [1]** 68/4
**rely [5]** 21/17 28/7 81/25 87/21 169/25
**relying [1]** 83/2
**remain [2]** 20/13 47/24
**remaining [3]** 176/10 176/17 228/23
**remains [1]** 184/24
**remember [28]** 15/10 47/18 48/7 48/17 52/9 55/20 59/20 59/23 71/8 73/5 91/12 97/15 144/4 183/23 205/3 205/6 205/12 205/16 205/18 207/15 208/1 212/1 212/3 215/17 215/25 219/10 223/5 223/14
**remind [4]** 14/14 110/14 151/17 152/20 169/12 175/20
**reminder [2]** 179/6 225/16
**remnants [1]** 66/16
**remote [3]** 43/2 43/6
**removal [1]** 211/3
**remove [2]** 88/9 183/16 185/17
**removing [1]** 88/13
**repeat [2]** 190/22 212/3
**repeatedly [2]** 23/7 194/10
**repeating [1]** 118/25
**repertoire [1]** 18/8
**replicated [1]** 152/5
**reply [1]** 174/12
**report [84]** 5/11 9/1 17/25 21/25 22/2 24/22 25/10 26/17 27/1 27/3 28/10 36/12 37/12 42/17 44/11 45/17 47/19 48/7 48/10 49/19 51/21 51/22 51/24 53/15 53/22 54/13 54/14 55/3 55/14 55/24 56/6 56/14**

**R**

report... [1]
57/13 58/6 58/13 59/22 59/7 59/25 60/1
63/3 67/19 79/18 85/9 85/14 87/21 103/2
103/3 146/5 146/8 157/21 164/4 167/7
174/11 174/12 183/15 190/11 191/12
191/24 192/7 192/23 214/6 214/10 214/18
215/15 215/23 216/5 217/3 217/4 217/6
217/20 218/20 219/12 219/16 219/23
219/24 220/3 220/6 222/20 225/5 225/8
**reported [10]** 1/25 14/8 56/16 58/11
58/25 167/1 168/6 179/21 212/15 233/8
**REPORTER [4]** 233/1 233/4 233/5 233/16
**reporting [4]** 31/11 157/25 159/6 179/6
**reports [8]** 28/15 79/13 79/22 153/3
158/22 174/9 180/2 181/12
**represent [7]** 4/7 31/16 95/20 123/10
150/16 178/19 188/3
**representation [7]** 8/25 78/20 175/10
195/2 195/19 196/13 202/3
**representative [1]** 161/6
**represented [4]** 13/3 21/7 87/5 106/22
**representing [2]** 119/16 197/7
**represents [3]** 4/20 4/21 188/5
**repressed [2]** 22/18 22/21 23/6
**represses [1]** 69/11
**repressing [1]** 23/22
**repression [8]** 22/15 23/12 23/13 23/24
24/4 35/14 69/8 81/9
**republic [1]** 69/25
**reputation [2]** 104/6 113/19
**require [2]** 173/18 193/9
**required [1]** 137/8
**requirement [3]** 136/10 183/2 227/16
**requirements [4]** 94/23 95/1 102/6 227/22
**requires [2]** 111/14 193/16
**rerun [1]** 11/5
**research [22]** 11/16 17/15 17/18 18/21
21/17 37/15 44/6 44/10 50/1 139/12 140/7
140/8
**researchers [2]** 11/17 12/7
**resemblance [1]** 221/4
**resentment [1]** 47/11
**reserve [3]** 28/14 98/25 164/3
**reservist [1]** 24/18
**residential [1]** 204/17
**resiliency [1]** 18/14
**resources [1]** 115/6
**respect [22]** 49/21 55/5 111/15 112/2
113/1 116/8 116/11 130/17 193/6 194/2
194/17 195/4 195/5 195/6 196/17 200/1
200/15 201/13 203/12 218/23 219/5 228/12
**respectful [2]** 113/4 122/24
**Respectfully [1]** 199/15
**respectively [1]** 56/19
**respond [2]** 12/20 176/19
**respondents [4]** 64/17 65/5 65/9 66/8
**responding [1]** 222/13
**response [3]** 12/10 197/8 223/8
**responsibility [1]** 97/13
**responsible [7]** 107/7 107/10 107/11
109/10 141/25 142/2 142/4
**rest [21]** 231/4
**restate [2]** 15/20 68/11
**restating [1]** 3/7
**resting [2]** 229/20 229/23
**restricted [1]** 92/20
**restrictions [1]** 225/25
**result [4]** 151/3 177/17 209/19 223/16
**resulted [2]** 22/2 44/11
**results [22]** 9/4 10/18 11/11 29/5 51/3
53/22 53/24 58/17 142/22 143/13 145/9
145/11 149/11 149/23 150/14 152/6 163/21
168/11 169/25 182/24 183/11 185/12
**reswear [1]** 3/3
**retain [3]** 105/23 106/19 145/2
**retained [3]** 202/16 202/18 202/21
**retaining [2]** 104/18 105/3
**retaliation [1]** 27/1
**retention [29]** 28/18 30/4 51/18 54/2
54/5 54/11 54/14 54/25 55/6 55/15 55/23
56/17 56/18 56/21 57/16 57/20 58/2 58/8
58/12 58/16 58/19 58/20 59/5 59/11 59/11
59/15 108/16 118/15 119/2
**retired [2]** 91/23 129/19
**retirement [1]** 164/7
**retrieve [1]** 203/23
**return [1]** 35/16
**returns [1]** 203/25
**reveal [1]** 50/8

**revenue [1]** 193/12
**review [22]** 11/16 12/12 12/12 14/8 117/16
141/7 142/4 145/7 146/7 146/14 147/10 148/3
205/9 206/1 206/2 206/4 206/4 206/10
206/12 215/14 206/22 215/14 215/22
219/12
**reviewed [14]** 12/3 126/18 126/21 205/4
205/5 205/20 206/3 214/10 217/3 219/16
219/23 220/10 225/8 225/19
**reviewing [1]** 141/9
**reviews [1]** 12/2
**reward [1]** 104/5
**ribbons [1]** 95/19
**Ricans [1]** 74/15
**RICHARD [1]** 1/9
**richness [1]** 158/20
**rid [1]** 212/9
**right [177]** 3/5 8/1 9/12 9/15 21/24
31/18 33/14 41/1 41/13 42/7 44/9 44/22
45/17 46/4 46/14 46/18 46/25 47/4 47/7
47/12 48/9 48/13 48/19 48/22 50/8 52/11
53/4 54/13 55/1 55/15 56/7 56/10 56/13
56/19 57/11 57/20 57/25 58/3 58/9 58/13
58/21 59/1 59/16 59/18 60/4 60/13 60/20
61/15 62/8 62/12 64/8 64/12 64/14 65/11
65/16 67/10 68/17 68/19 69/3 69/18 71/4
72/11 72/17 72/20 73/1 73/4 75/8 75/16
75/16 75/18 76/13 76/16 78/25 79/6 79/10
80/1 80/11 80/13 80/23 81/1 81/10 81/19
81/23 82/12 82/24 83/3 83/18 84/3 84/4
84/6 85/3 85/10 86/6 87/17 89/2 89/12
89/13 96/7 101/9 106/8 109/22 116/20
119/5 119/25 123/14 125/23 131/22 132/6
133/10 135/3 135/10 146/18 153/5 154/5
156/2 169/19 181/6 182/8 185/25 186/5
187/2 189/15 189/16 189/18 190/2 190/9
190/13 190/15 191/6 191/8 191/10 192/12
194/7 195/1 197/6 197/25 198/13 198/25
203/16 204/18 207/15 207/21 208/6 208/12
208/18 208/23 209/5 209/20 209/25 210/8
211/4 212/10 213/1 213/22 214/15 214/17
214/20 215/16 215/19 216/21 216/25
217/17 217/18 217/20 219/14 221/5 221/8
222/2 222/22 223/4 223/12 225/22 225/24
226/3 226/6 228/5 228/19
**rights [7]** 4/11 36/1 36/3 68/22 70/13
81/22 82/8
**rigidity [1]** 227/21
**rigorous [1]** 160/1
**riots [2]** 43/1 43/6
**rise [4]** 89/3 132/16 189/1 232/9
**rises [1]** 10/4
**risk [7]** 22/9 35/9 37/2 40/5 109/10
114/22 115/2
**risks [4]** 21/15 22/1 24/6 61/21
**RMR [2]** 1/25 233/16
**ROBINSON [9]** 1/19 2/6 3/12 3/15 40/14
42/25 86/7 88/16 203/24
**robust [2]** 12/15 34/12
**robustness [4]** 10/18 11/7 163/2 179/1
**rocket [1]** 203/13
**Rodriguez [2]** 53/10 53/22
**role [4]** 101/6 142/12 143/1 162/18
**roles [1]** 94/21
**rolling [1]** 171/10
**Roman [1]** 17/1
**Romans [1]** 17/9
**Ronda [4]** 1/25 232/4 233/4 233/16
**root [1]** 38/25
**Rosen [5]** 45/2 45/5 45/5 50/24 51/7
**Ross [1]** 190/2
**rosters [2]** 15/4 73/24
**ROT [1]** 126/14
**ROTC [2]** 117/16 126/2
**roughly [1]** 8/18 32/21 152/8
**roundtable [2]** 11/19 11/20
**row [2]** 29/3 29/12
**rows [1]** 73/14
**Roya [1]** 3/15
**rule [6]** 13/18 13/19 193/14 193/16
196/17 208/23
**ruler [1]** 13/17
**rules [6]** 121/24 176/5 177/3 177/13
193/9 196/3
**run [7]** 9/23 15/26 20/11 27/17 34/8 65/11
132/12
**running [1]** 9/19
**rural [1]** 130/8
**rush [1]** 86/12
**Russia [1]** 39/10

**Russian [1]** 35/17
**Russians [1]** 73/10

**S**

**S-T-U-A-R-T [1]** 133/14
**sad [1]** 111/19
**safe [6]** 16/7 36/20 38/4 38/5 70/2
230/11
**safely [2]** 111/22 112/5
**safest [3]** 200/10 200/12 200/23
**safety [3]** 38/7
**Saharan [3]** 34/15 64/7 64/24
**said [56]** 12/10 18/20 41/3 58/13 60/20
64/10 64/22 64/23 65/2 83/10 96/16 102/4
113/16 123/25 124/8 124/9 128/3 131/8
143/3 152/14 156/22 159/15 160/8 175/14
178/16 185/14 186/21 190/17 192/18
193/22 194/6 194/10 195/3 197/10 205/12
205/14 205/16 207/24 208/7 208/11 208/12
208/13 208/15 211/2 211/5 212/14 214/4
214/16 218/16 219/8 220/2 220/20 223/6
224/5 227/21 227/23
**sailor [3]** 56/1 56/17 57/19
**sailors [7]** 27/3 28/3 31/11 54/3 56/18
120/4 121/23
**salaries [1]** 166/6 166/7
**salary [1]** 166/5
**salvaged [1]** 13/12
**same [46]** 13/23 22/9 22/9 30/4 31/1 54/4
55/4 57/6 57/18 58/11 59/8 59/14 75/20
80/24 85/18 87/10 110/14 110/19 112/17
115/20 118/17 118/23 121/1 124/6 124/10
124/18 125/4 125/9 125/18 125/21 125/22
125/23 141/20 152/6 152/11 162/18 169/6
169/9 173/7 173/21 176/10 179/18 179/22
202/5 207/5 222/20
**same-minority [4]** 54/4 55/4 58/11 59/14
**sample [1]** 81/15
**San [1]** 94/16
**sanctioned [1]** 79/1
**SAT [7]** 161/10 161/13 161/18 161/21
161/25 163/10 163/12
**Satisfaction [1]** 29/3
**satisfactory [2]** 201/15 201/16
**satisfied [4]** 29/6 29/12 173/22 231/15
**saw [10]** 31/10 53/17 112/24 113/1 123/23
124/1 220/20 221/7 222/17 222/23
**say [66]** 12/9 17/18 18/16 23/21 23/22
26/13 28/19 30/4 31/4 55/17 65/4 68/17
70/2 74/15 74/17 75/14 81/13 83/1 87/7
98/12 102/15 107/22 109/6 112/1 113/6
114/6 114/13 115/15 115/21 115/23 116/3
116/5 117/22 118/11 121/15 121/24 122/7
124/19 125/2 125/5 125/18 127/5 127/21
131/4 137/13 142/11 143/25 144/20 144/22
145/15 148/9 163/11 168/10 170/1 178/14
184/14 196/3 196/21 202/21 208/3 210/2
220/3 220/13 222/5 223/3 230/11
**saying [14]** 51/14 96/3 121/10 121/19
124/13 124/15 124/24 129/15 131/1 168/17
193/7 194/5 210/10 231/8
**says [27]** 8/1 25/16 26/15 42/21 56/17
56/20 58/22 58/23 58/24 59/1 62/20 66/1
103/5 105/16 119/21 120/5 122/12 159/7
160/19 161/3 163/1 179/3 199/21 201/2
202/9 218/4 219/24
**scale [10]** 5/4 5/6 6/21 8/6 11/3 24/2
24/17 30/8 33/13 69/13
**scenarios [1]** 114/4
**schedule [2]** 123/20 231/17
**scheduling [4]** 132/22 133/3 228/11
228/12
**Scholar [2]** 205/15 205/17
**scholarship [1]** 135/12
**school [17]** 39/3 53/12 53/15 90/23 92/3
117/22 119/8 130/10 131/13 135/9 135/11
136/10 138/16 138/25 161/22 162/1 163/11
**schools [1]** 185/17
**science [5]** 11/19 15/25 32/2 43/10 92/3
**scientists [1]** 76/9
**scope [1]** 145/5
**score [6]** 8/12 79/16 87/9 87/11 161/11
163/12
**scored [1]** 75/14
**scores [8]** 6/17 9/18 75/17 161/13 161/18
161/21 161/25 163/10
**Scott [1]** 70/12
**screen [23]** 48/6 52/4 52/7 54/17 58/10
102/17 146/3 146/18 189/20 189/21 192/22
198/1 198/5 198/12 206/6 207/7 207/12

## S

screen... [1] 191/23 191/24 191/25 223/10 224/21

script [1] 121/9

scrutinized [1] 145/9

scrutiny [1] 11/16

sea [18] 93/19 93/22 93/23 96/6 96/7 96/11 96/12 96/16 96/8 98/14 98/18 102/1 100/22 100/23 100/24 101/2 101/17 122/1

SEAL [1] 119/12

search [1] 121/5

seat [1] 89/15

seated [2] 89/6 132/20

second [22] 15/11 21/12 21/14 21/15 22/16 56/1 57/21 57/22 58/15 60/11 61/18 84/25 85/2 93/14 96/16 134/24 149/15 149/16 169/11 169/12 207/11 214/17

second-class [1] 15/11

Secretariat [13] 133/25 134/1 134/2 134/3 135/8 139/16 139/20 191/8 191/19 193/6 194/2 200/5 200/18

secretary [15] 84/6 84/16 93/18 94/5 97/21 102/25 103/3 103/8 105/11 105/14 107/3 107/4 107/6 118/12 190/2

secretary's [2] 104/15 117/3

sectarian [1] 37/25

section [9] 46/9 46/10 47/6 55/14 105/20 106/12 106/16 157/21 157/22

sector [1] 140/21

sectors [2] 140/18 140/18

security [4] 38/7 92/4 106/25 121/10

see [109] 3/19 6/4 6/5 6/16 6/23 7/7 7/12 7/15 7/18 8/1 8/13 8/19 9/22 9/25 10/1 10/3 10/10 10/23 11/6 11/6 11/7 12/15 19/18 21/6 22/19 24/1 24/19 28/22 28/23 30/1 31/10 34/2 39/15 39/18 40/4 40/23 40/24 43/16 44/13 44/21 44/21 45/13 47/15 47/16 48/3 48/6 52/7 52/12 52/18 53/6 53/8 53/20 53/22 56/1 57/24 58/5 58/8 60/9 61/15 62/19 63/9 63/15 64/20 71/17 73/16 74/2 96/2 103/5 103/13 105/16 106/21 108/3 108/25 109/4 112/13 117/4 117/19 118/8 120/5 125/25 132/13 134/19 152/1 154/4 167/23 181/22 184/12 186/14 189/17 189/24 197/20 198/12 198/15 198/19 201/14 214/14 215/9 215/12 216/5 216/10 217/12 217/25 218/9 219/2 219/21 220/18 221/11 224/20 230/17

seeing [7] 8/19 9/16 13/1 14/8 39/9 88/11 118/2

seek [1] 107/25 115/3 165/4

seeking [1] 164/23

seeks [7] 107/21 107/24 217/14 218/5 218/22 219/4 219/18

seemed [1] 88/4

seems [4] 65/8 200/9 216/14 230/19

seen [18] 4/25 14/19 15/11 23/7 32/19 35/24 37/22 37/23 75/11 87/25 102/22 105/8 111/18 123/25 176/22 217/20 219/16 225/13

segregation [1] 81/6

seize [1] 115/3

seizure [1] 121/5

select [3] 92/12 177/5 177/20

selection [5] 161/4 161/4 163/7 163/8 174/6

self [1] 44/7 177/20

self-confirms [1] 44/7

self-select [1] 177/20

seminal [1] 51/8 51/13

Senate [1] 105/12

send [2] 13/25 206/8

Senegal [1] 64/8

senior [18] 32/11 54/1 54/4 55/4 55/7 55/11 55/17 56/9 57/8 57/18 58/11 58/18 91/16 99/23 112/24 113/13 118/4 118/5

sense [18] 105/1 105/4 106/7 113/1 116/8 117/11 117/11 136/3 138/21 140/11 143/18 161/19 161/20 162/2 163/9 168/15 191/18 206/21

sensitive [5] 26/23 29/24 111/16 111/16 150/9

sentence [6] 57/21 57/22 58/4 58/15 61/18 65/25

sentences [1] 104/14

separate [4] 46/13 72/12 119/20 178/11

separated [1] 86/23

separating [1] 28/3

September [3] 1/7 2/2 233/12

sequence [2] 136/11 137/8

sequentially [1] 176/13

series [4] 131/18 174/11 174/11 174/11

serious [1] 38/16

Serna [2] 53/10 53/23

serve [3] 21/9 46/12 109/18

served [6] 41/1 91/2 97/19 102/1 113/8 113/9

serves [1] 19/4

service [17] 17/9 28/4 69/15 85/10 91/1 92/9 92/12 94/14 95/21 95/25 96/1 101/1 127/5 127/10 127/10 129/23 132/7

services [5] 84/17 98/7 99/22 104/7 205/1

set [14] 12/7 21/1 21/2 32/3 81/12 147/20 156/9 156/15 161/15 166/15 183/3 187/8 211/13 218/6

sets [1] 174/19

setting [1] 138/23

settlement [1] 204/17

seven [4] 41/22 41/23 181/4 181/9 140/23 204/14 207/24

Seville [1] 134/7

sexual [1] 66/21

share [17] 22/9 22/9 70/22 85/18 125/8 125/21 125/22 160/2 171/16 172/23 183/18 187/25 191/19 191/20 191/25 194/5 198/5

shares [8] 67/7 124/6 124/10 125/4 187/16 187/22 188/14 204/25

sharing [1] 193/12

she [3] 84/14 118/2 118/3

she's [2] 118/6 118/6

shed [1] 12/20

sheet [2] 71/11 71/12

Shia [1] 38/1

shift [4] 29/18 29/20 30/6 30/10

shifts [1] 29/25

ship [20] 93/12 93/14 96/13 99/19 100/8 100/22 102/1 110/23 111/2 111/11 111/21 113/12 113/15 113/17 114/11 114/12 115/11 115/17 115/19 115/24

shipboard [6] 101/9 101/12 110/22 110/24 111/25 113/11

ships [25] 54/1 55/1 55/5 55/12 57/10 57/16 92/22 92/23 92/24 92/25 93/2 96/19 97/5 97/7 99/17 101/3 101/4 101/5 111/19 112/21 112/21 112/23 115/14 121/8 122/8

shock [1] 18/16

short [3] 12/12 129/5 230/8

shot [1] 71/5

should [13] 10/9 23/22 45/10 49/23 52/3 66/11 83/1 100/14 117/1 130/24 130/25 196/21 228/6

shouldn't [3] 22/22 88/20 114/7

show [4] 29/5 61/24 62/24 212/2

showed [2] 114/6 224/21

showing [5] 65/25 189/20 212/4 222/1 225/9

shows [2] 7/4 154/7

side [17] 6/7 6/11 7/14 7/21 9/19 14/18 16/8 26/12 93/3 147/4 153/3 195/20 201/14 222/23 223/9 224/21 231/12

sides [2] 36/20 147/2

signed [1] 194/19

significance [3] 57/4 156/17 174/5

significant [15] 20/14 29/23 50/3 50/5 57/3 57/9 59/5 59/10 147/21 148/19 167/1 167/23 187/23 188/3 188/9

significantly [4] 31/12 46/25 101/18 183/16

signifies [3] 96/5 97/9 97/18

similar [19] 32/22 33/2 34/8 39/17 64/10 65/6 65/8 65/21 66/10 67/7 120/9 120/14 125/14 152/2 152/6 153/5 161/24 179/18 188/9

SIMMONS [1] 1/24

simple [7] 4/18 5/2 112/15 137/2 143/19 199/6 200/24

simplicity [1] 138/1

simply [8] 6/6 67/6 78/22 80/16 154/14 154/21 155/1 177/15

simulates [1] 181/11

simulations [3] 182/5 207/13 207/18

simultaneously [2] 100/11 229/23

since [12] 11/17 32/6 65/7 78/4 78/11 81/15 81/22 129/6 139/21 152/19 184/10 229/12

single [9] 5/4 71/5 112/22 115/14 125/1 125/17 150/8 164/16 177/18

single-gender [1] 112/22

single-parent [1] 164/16

sir [29] 12/11 89/10 89/12 127/9 127/11 128/13 128/21 130/5 132/14 204/2 217/17 223/20 224/4 228/10

sit [1] 200/11

sitting [1] 51/5

situation [6] 30/24 83/14 93/8 111/23 129/16 131/10

situations [2] 95/16 114/20

six [4] 144/4 144/21 151/16 190/17

size [13] 20/2 20/12 54/13 57/3 57/10 87/13 148/2 171/13 171/17 182/18 183/1 183/2 211/23

skilled [1] 47/24

skills [5] 17/8 48/16 49/7 118/9 217/24

skin [2] 49/11 49/17

Sky [1] 13/25

Sky-high [1] 13/25

slate [6] 172/15 172/22 172/23 173/1 173/3 173/9

slates [8] 23/15 172/19 172/20 173/4 173/7 173/8 227/3 227/4

slide [74] 20/18 21/24 113/23 147/25 155/11 155/24 157/4 157/17 157/17 158/12 158/12 158/13 159/11 160/5 160/13 162/6 162/22 163/16 163/19 164/17 164/25 165/1 165/13 166/9 166/10 166/11 167/3 167/15 169/11 169/19 170/10 170/14 170/16 170/22 171/6 171/15 171/19 172/14 173/11 174/15 174/24 175/2 175/24 177/1 177/17 178/14 178/19 179/16 180/17 181/8 182/2 182/9 183/4 183/14 183/15 184/13 186/18 187/9 187/17 211/24 212/2 212/3 216/3 217/8 218/16 219/7 222/9 222/11 222/15 223/10 224/1 224/21 224/25

Slide 1 [1] 147/25

Slide 19 [1] 162/6

Slide 28 [1] 169/11

Slide 29 [1] 169/19

Slide 30 [3] 170/10 170/14 170/16

Slide 31 [1] 170/22

Slide 32 [1] 171/6

Slide 33 [2] 171/15 171/19

Slide 34 [1] 172/14

Slide 35 [2] 173/11 217/8

Slide 36 [1] 174/13

Slide 37 [1] 174/24

Slide 38 [2] 175/2 219/7

Slide 40 [1] 175/24

Slide 41 [1] 177/1

Slide 42 [1] 177/21 178/19

Slide 44 [1] 180/17

Slide 46 [1] 182/2

Slide 47 [1] 182/9

Slide 48 [1] 183/4

Slide 50 [1] 183/15

Slide 51 [1] 184/13

Slide 52 [1] 185/4

Slide 55 [1] 187/17

slides [1] 146/15

slightly [1] 30/8

small [18] 19/20 19/21 28/22 56/21 57/1 70/23 87/14 127/24 128/9 150/17 150/23 154/7 154/7 181/25 187/25 188/1 188/2 188/3

smaller [8] 57/25 58/1 87/8 149/1 168/6 179/18 179/21 210/8

smallest [1] 111/3

snapshot [3] 4/2 4/4 70/20

snapshots [1] 32/7

so [379]

so-called [1] 15/9

socially [1] 47/25

society [4] 68/23 70/14 78/16 130/2

socioeconomic [17] 156/20 161/16 163/14 163/23 164/19 165/7 165/10 165/21 166/16 167/5 167/17 168/7 168/11 210/14 211/2 211/7 211/10

socioeconomically [2] 164/10 165/15

socioeconomics [2] 161/18 211/8

sociological [1] 74/1

Soeters [1] 46/2

software [1] 138/6

soldier [2] 15/2 35/18

soldiers [33] 6/7 6/14 6/25 7/14 7/20 9/10 9/15 14/2 14/5 14/8 14/17 15/4 16/7 23/13 23/16 23/25 24/19 27/2 28/3 31/11 35/12 35/13 35/20 35/22 35/24 35/25 37/7 39/13 49/5 70/7 70/12 73/24

**256**

**S**

solely [4] 12/9 116/22 117/2
120/7
solution [1] 20/9
solutions [1] 114/21
solve [1] 115/7
solving [5] 17/22 18/7 38/23 39/12 40/6
some [100] 4/11 4/14 7/17 8/9 12/5 12/6
12/7 12/19 12/25 14/11 15/16 16/13 18/21
19/25 22/5 23/14 24/6 24/14 24/21 25/6
31/12 34/10 37/3 38/1 38/1 38/2 38/16
39/15 41/8 43/24 59/20 60/8 60/10 60/10
64/6 64/10 66/20 67/20 77/19 79/8 83/24
86/20 87/12 87/17 88/6 95/18 98/4 108/14
111/18 113/15 117/1 121/4 122/3 122/9
126/7 128/1 128/2 129/7 130/17 131/18
134/10 136/12 140/11 140/15 140/18
143/17 143/20 150/18 151/13 154/22 155/8
155/16 163/25 168/7 172/9 173/1 177/2
187/6 187/13 187/16 193/20 195/13 199/24
207/17 209/2 209/23 209/24 216/7 216/8
216/20 221/4 226/24 227/6 227/10 227/21
227/23 227/23 227/24 228/11 228/15
somebody [2] 49/15 118/18
someone [13] 12/19 101/25 103/17 116/25
116/25 117/5 117/6 117/7 118/19 118/22
118/24 160/20 203/23
someone's [1] 113/10
something [28] 11/22 12/1 16/23 32/21
39/10 77/2 77/16 100/3 102/18 108/25
109/4 111/11 118/9 121/3 124/23 125/2
128/19 152/18 163/11 163/12 163/13
164/21 185/7 186/7 205/14 220/2 223/6
227/7
sometime [1] 202/21
sometimes [4] 38/12 121/17 203/13 204/6
somewhat [2] 44/12 72/4
somewhere [5] 5/5 11/25 42/4 100/9 203/8
soon [1] 86/10
sophisticated [2] 158/25 159/16
sorry [37] 12/11 19/18 29/4 29/16 33/7
43/3 43/4 45/18 52/3 52/4 52/19 53/18
60/6 63/5 63/6 68/12 71/19 79/11 79/23
80/10 135/3 188/16 190/22 194/12 195/11
195/23 195/23 196/2 197/3 209/10 213/19
217/1 222/5 223/23 224/4 224/6 226/4
sort [26] 11/9 12/18 14/19 15/8 18/3
18/7 20/9 22/16 23/2 33/4 36/19 36/19
37/9 37/16 38/22 38/24 39/1 41/11 51/10
134/23 150/3 152/5 158/7 162/2 181/19
226/21
sorts [1] 120/11
sought [1] 217/17
sound [2] 110/13 110/19
sounds [9] 73/13 110/9 112/16 130/3
130/5 181/6 191/6 217/18 222/22
source [9] 80/24 126/13 163/20 163/24
171/8 172/10 174/8 174/10 174/25
sources [12] 67/23 81/16 87/3 109/14
115/9 155/25 156/22 157/6 157/8 166/16
167/25 212/12
South [6] 11/15 45/15 46/11 46/17 46/24
48/11
space [1] 97/17
Spain [1] 134/7
speak [3] 19/10 141/25 209/10
speaker [1] 117/17
speaking [3] 41/8 43/11 125/6
speaks [1] 49/10
Spears [1] 198/18
special [4] 14/4 14/5 20/24 97/6
specialization [1] 16/4
specialize [1] 135/16
specialty [1] 43/9
specific [14] 15/16 88/7 88/9 88/13
92/23 97/15 136/15 156/13 156/19 169/20
170/17 176/5 182/12 225/15
specifically [22] 20/21 63/21 67/23
69/17 104/9 104/12 106/13 136/19 138/13
143/2 143/4 148/3 149/18 164/9 165/3
173/15 174/3 183/25 195/5 196/6 206/16
216/22
specification [2] 138/12 167/2
specifics [2] 125/7 141/6
speed [1] 18/11
spell [2] 89/16 133/12
spelling [1] 3/7
spent [4] 190/17 199/2 199/9 204/14
split [1] 54/17
spoke [3] 141/22 142/2 196/11
spoken [1] 39/24

sponsored [1] 69/7
spring [1] 202/24
squadron [10] 78/10 91/4 93/25 94/19
96/18 97/1 102/12
Squadron 22 [1] 94/7
square [1] 97/16
stability [5] 151/10 151/13 187/16
187/22 188/14
stack [1] 110/25
stacked [2] 34/17 35/1
stacking [1] 34/17
staff [14] 92/5 94/1 94/5 94/12 94/19
97/20 97/21 101/10 107/10 118/5 122/25
195/7 195/21 231/16
stage [1] 206/8
stages [1] 109/21
stand [9] 14/5 88/21 89/12 121/20 197/17
204/2 210/13 228/8 232/7
standard [11] 49/25 81/21 82/5 87/22
88/1 138/14 171/25 172/2 172/5 172/7
205/10
standards [5] 205/9 205/10 216/16 216/19
216/25
stands [4] 89/2 132/15 132/16 202/9
star [7] 90/7 91/20 96/25 96/25 117/20
117/23 119/10
stars [2] 90/8 96/2
start [20] 43/16 61/18 88/24 98/6 121/16
126/9 126/10 128/14 132/22 132/23 133/2
133/4 147/25 151/16 188/25 228/14 228/20
230/16 230/20 230/21
started [4] 100/17 101/22 121/16 202/23
starting [6] 25/11 37/17 81/24 158/23
179/20 228/19
state [23] 4/8 4/9 4/25 13/13 13/15
22/24 23/21 32/6 35/15 48/2 65/6 67/5
67/7 69/7 78/12 79/17 80/17 81/3 81/14
89/16 98/25 99/11 133/12
state-sanctioned [1] 79/1
state-sponsored [1] 69/7
stated [2] 183/15 206/12
statement [10] 15/24 104/23 105/11 106/4
107/18 130/22 130/23 131/20 212/12
222/15
statements [1] 156/16
states [66] 1/1 1/6 4/12 4/15 14/23
14/24 24/7 24/10 30/15 32/7 32/16 33/11
49/4 49/14 64/7 64/10 65/8 66/16 66/18
69/21 73/14 74/22 75/1 75/17 77/20 78/3
78/10 79/1 79/10 79/16 82/4 82/14 83/6
83/15 83/16 83/23 84/4 84/24 85/4 85/22
86/1 86/2 88/3 90/3 90/4 91/16 107/14
117/23 118/11 118/12 122/14 122/18
189/18 189/23 190/4 190/5 190/9 190/12
190/20 191/3 191/10 191/13 191/15 223/20
233/5 233/11
States's [1] 76/4
stationed [1] 94/16
statistical [18] 9/4 45/12 45/13 51/3
51/5 53/24 57/4 138/5 138/6 149/22 156/8
157/8 159/25 160/1 168/3 168/16 170/7
211/12
statistically [6] 20/14 50/3 50/5 57/9
59/9 167/1
statistics [8] 9/23 26/18 51/6 51/9
129/5 129/8 156/22 164/3
stats [2] 51/15 221/10
status [4] 167/17 175/6 217/9 219/8
statuses [1] 23/2
statutorily [1] 92/20
stay [3] 9/24 28/20 29/2
STEM [4] 174/15 218/16 218/16 227/17
stenographically [1] 233/8
stenographically-reported [1] 233/8
step [11] 3/22 88/19 136/21 148/24
153/11 154/15 182/21 192/11 198/11
198/11 228/6
Stephanie [3] 228/22 228/25 229/14
steps [4] 10/19 139/3 141/20 210/20
stereotypes [1] 36/19
still [14] 5/14 20/13 23/17 24/13 33/8
39/6 39/10 91/15 101/3 110/18 128/11
128/23 139/25 154/7
stipulate [1] 124/16
stock [1] 204/25
stoke [1] 85/22
Stop [1] 199/5
stopped [1] 42/22
stops [1] 66/3
Storm [1] 96/10

straightforward [1] 137/22
strategic [4] 102/25 104/1 105/22 107/16
strategy [1] 40/24
STRAWBRIDGE [11] 1/13 2/6 40/15 86/6
86/20 87/17 88/6 88/17 221/4 231/10
231/19
strength [8] 103/24 149/11 153/10 154/8
158/19 173/3 174/21 208/9
strengthen [1] 23/12
stressful [1] 112/9
stretch [1] 113/5
strictly [2] 161/18 162/20
strides [1] 24/10
strike [13] 94/15 96/10 96/23 96/24 97/7
101/8 141/13 192/6 192/15 200/9 200/20
201/8 201/20
strong [5] 104/2 122/19 159/8 159/9
187/6
stronger [4] 160/20 160/22 160/22 161/14
strongest [1] 104/17
struggle [1] 13/16
Stuart [2] 2/10 133/14
student [3] 1/21 117/22 217/21
students [15] 1/3 41/19 41/20 41/25 42/3
119/9 123/10 131/12 167/12 207/19 214/1
214/19 217/23 222/24 223/24
studied [1] 137/10
studies [34] 22/19 23/7 27/2 27/12 27/17
27/20 37/22 37/23 44/14 44/23 44/24 45/2
45/3 49/21 50/8 50/16 50/16 51/2 51/8
51/13 60/11 87/25 92/4 126/18 126/19
134/6 135/10 135/12 135/16 135/24 136/9
136/13 138/10 164/2
study [32] 25/14 27/16 27/25 35/16 37/24
48/12 48/15 51/8 51/10 51/12 51/17 51/17
53/9 53/12 53/14 54/12 54/16 54/22
56/25 58/6 59/21 61/1 63/18 74/2 129/7
135/17 135/18 137/6 160/24 161/2 185/12
study's [1] 65/9
studying [1] 39/7
sub [3] 34/15 64/7 64/24
sub-Saharan [3] 34/15 64/7 64/24
subethnic [1] 74/8
subgroup [2] 74/11 86/24
subgroups [3] 73/21 74/18 86/21
subject [12] 4/14 11/16 11/19 11/20 12/4
12/21 15/12 69/7 84/22 124/21 145/16
160/1
subjected [1] 22/14
subjecting [3] 13/21 13/23
submarines [5] 54/2 55/1 57/11 76/15
115/18
submission [1] 206/21
submissions [1] 128/1
submit [2] 205/25 206/7
submitted [3] 142/12 206/19 214/6
submitting [1] 148/8
subsequent [6] 76/10 171/3 171/11 173/23
185/11 214/7
subsequently [2] 214/4 214/5
subset [4] 105/19 147/17 155/16 156/12
substantial [1] 76/19
succeed [1] 106/3
success [6] 17/4 19/4 20/10 20/16 109/24
116/10
successful [1] 99/20
succession [1] 13/16
successor [1] 13/17
such [10] 27/16 50/8 54/1 99/25 102/2
121/20 121/20 145/24 159/19 208/23
Sudan [2] 13/10 13/11
suffer [1] 6/22
suffered [1] 16/18
suffering [2] 10/1 13/5
sufficient [1] 165/15
suggest [3] 18/13 58/17 62/6
suggested [2] 12/25 16/23
suggesting [2] 34/20 130/24
suggests [6] 10/4 17/20 32/15 66/14
66/23 176/23
suitability [2] 142/20 226/22
sum [4] 150/19 180/7 180/10 181/10
summaries [1] 221/17
summarized [1] 197/7
summarizing [1] 28/13
summary [7] 5/23 33/18 147/24 199/1
199/7 222/8 225/5
Sundberg [8] 228/22 228/24 229/6 229/9
229/13 230/8 231/3 231/10
Sunni [1] 38/1

**S**

Superintendent [2]  14/7 90/1 113/6
**superior [1]**  14/7 90/1 113/6
**superiority [3]**  77/13 77/15 77/24
**supervisors [5]**  54/1 55/4 55/11 56/3 57/8
**supplemental [1]**  63/9
**supplied [1]**  192/23
**support [10]**  18/18 31/24 66/16 68/9 68/14 98/16 115/9 165/19 187/20 188/13
**supported [2]**  98/15 122/17
**supports [4]**  17/15 61/2 61/3 108/16
**suppose [4]**  41/4 161/11 161/12 161/15
**supposed [4]**  100/15 102/5 114/2 191/23
**Supreme [2]**  222/24 223/20
**sure [45]**  3/25 11/2 11/7 18/3 19/2 25/18 40/18 41/5 42/3 50/25 52/8 55/19 66/5 73/19 77/14 85/11 99/20 100/19 105/4 106/8 106/10 106/11 107/15 107/16 109/21 109/23 110/11 111/22 117/20 125/20 134/11 163/6 168/10 201/19 201/19 217/19 224/3 224/10 224/12 225/1 225/6 225/9 230/23 231/5 231/13
**surface [9]**  76/15 92/13 92/16 92/17 92/18 92/19 92/22 93/4 93/5
**surprise [2]**  18/14 18/16
**surprised [1]**  114/6 117/19
**surprisingly [1]**  100/24
**survey [14]**  25/4 25/22 28/6 28/7 28/12 28/13 29/5 29/21 29/23 31/10 32/22 33/1 64/17 144/12
**surveys [8]**  24/18 24/21 25/1 29/24 31/23 62/6 82/10 126/20
**survival [1]**  23/19
**suspect [2]**  131/14 131/15
**sustain [2]**  98/20 104/2
**swear [1]**  133/8
**Sweden [1]**  64/3
**switch [1]**  105/7
**switching [1]**  207/23
**SWO [1]**  95/19
**sworn [4]**  3/6 89/11 89/14 133/11
**symbols [1]**  21/10
**symphony [1]**  110/8 110/12 110/21
**synchronized [2]**  110/16 111/10
**system [11]**  10/15 27/9 109/19 131/5 199/3 199/10 199/12 199/22 200/1 201/3 220/7
**systematically [1]**  164/4
**systems [3]**  45/6 77/16 111/6

**T**

**table [5]**  5/11 5/12 5/23 157/20 225/13
**tactical [1]**  106/1
**tactics [1]**  14/12
**take [54]**  4/2 4/4 8/14 13/9 14/24 18/1 20/18 22/1 24/24 25/10 26/7 26/17 28/15 30/12 32/7 32/13 33/17 37/4 40/18 41/10 48/20 54/16 60/1 70/18 70/20 76/12 76/25 86/9 86/13 87/1 88/23 105/7 116/16 117/21 118/25 120/19 122/3 136/6 153/11 154/15 159/10 169/19 174/13 183/1 185/2 187/17 188/20 188/24 211/11 212/19 230/4 230/18 230/20 231/15
**taken [6]**  6/9 6/10 87/5 132/18 189/3 211/16
**takes [3]**  162/10 164/21 184/23
**taking [6]**  7/2 25/22 74/4 79/12 109/6 121/22
**talent [5]**  104/13 104/20 106/2 106/23 117/8
**talented [2]**  105/24 105/25
**talents [1]**  231/11
**Taliban [2]**  76/5 77/21
**Talibova [1]**  35/16
**talk [19]**  48/13 57/16 58/8 60/22 66/7 68/6 69/17 74/25 81/17 100/2 104/12 105/1 116/2 116/17 149/25 203/2 207/5 216/15 228/6
**talked [10]**  7/22 19/25 28/5 39/19 85/3 110/1 112/20 117/17 120/25 211/21
**talking [18]**  3/17 3/20 18/21 19/6 20/19 49/21 55/18 60/23 64/13 100/7 107/5 108/23 131/7 156/14 173/25 174/1 208/18 215/6
**talks [7]**  46/20 48/15 55/7 61/23 64/6 64/16 105/14
**tank [1]**  102/12
**tanks [1]**  16/4
**task [4]**  16/10 17/21 39/11 94/8

**tasks [2]**  39/16 115/24
**Taylor [1]**  160/11
**teach [2]**  124/12 187/18
**teachers [1]**  119/9
**team [15]**  3/18 10/21 10/22 82/9 87/12 103/1 114/3 120/12 120/13 142/3 191/7 191/14 191/21 198/7 231/5
**teams [10]**  10/20 18/7 18/17 19/15 38/6 40/10 111/14 120/10 120/20 121/6
**teamwork [2]**  40/10 104/13
**technical [4]**  106/1 149/17 169/13 169/15
**technological [4]**  77/13 77/15 77/20 77/24
**technology [7]**  14/12 20/2 101/14 101/19 101/23 102/8 205/1
**telecommunications [1]**  140/21
**tell [7]**  59/24 102/11 134/17 140/18 154/3 201/2 214/7
**telling [2]**  35/4 196/8
**tells [1]**  5/23
**tense [1]**  95/18
**tension [2]**  47/11 203/18
**tensions [1]**  47/3
**term [54]**  54/5 105/22 140/7 155/22
**terms [59]**  21/5 38/3 38/6 39/11 40/9 40/9 54/12 57/3 57/3 68/22 77/14 100/2 115/25 127/14 128/25 129/5 129/20 131/2 131/18 131/18 132/21 137/23 138/1 138/11 138/12 138/17 138/22 153/16 161/17 164/5 164/6 164/6 166/13 169/5 174/5 174/17 181/10 182/12 182/22 183/25 185/1 187/13 187/21 192/17 192/23 194/1 196/3 197/8 198/8 200/13 200/17 202/14 206/16 206/24 217/11 226/24 227/1 230/2 231/12
**test [2]**  160/6 162/11
**tested [2]**  160/3 160/9
**testified [20]**  41/17 110/2 116/18 118/14 119/3 119/24 129/20 142/23 143/21 165/5 165/9 189/18 190/9 193/10 204/13 204/16 204/20 204/24 225/16 226/3
**testify [9]**  145/24 153/22 166/18 174/14 183/5 200/21 201/9 204/9 209/5
**testifying [7]**  142/12 142/15 143/1 189/23 199/2 199/8 200/16
**testimony [38]**  23/8 44/12 57/14 67/12 78/7 79/8 83/3 83/5 84/21 88/20 126/17 126/20 126/23 128/16 141/16 142/13 142/15 146/16 147/1 152/20 153/14 154/1 164/22 166/12 174/14 189/22 200/9 200/20 201/8 201/9 205/23 210/15 212/6 212/25 213/8 213/12 228/7 230/12
**testing [2]**  159/22 160/1
**tests [1]**  12/25
**Texas [1]**  124/18
**text [1]**  103/23
**textbooks [1]**  142/8
**than [49]**  6/7 6/22 7/14 7/20 9/10 15/8 20/4 22/11 25/24 29/10 31/12 36/21 37/6 45/7 50/15 62/7 65/1 66/24 69/22 71/9 74/15 75/18 78/23 81/14 86/13 113/8 115/12 115/18 123/2 127/21 127/22 140/9 143/25 144/22 149/1 151/24 164/13 165/24 168/6 171/24 179/14 179/21 180/22 181/10 183/18 185/24 191/5 230/6 230/14
**thank [58]**  3/13 5/7 5/21 8/24 15/15 20/17 21/11 26/16 28/24 29/18 30/11 33/16 40/12 40/14 41/10 49/24 53/4 54/20 86/6 88/16 88/19 89/12 89/15 89/20 103/19 103/20 122/21 123/5 127/5 127/9 132/6 132/7 132/8 132/11 136/18 135/3 145/25 146/1 147/6 188/16 188/17 188/19 189/6 198/18 200/11 203/24 204/1 204/11 204/21 210/23 226/19 228/1 228/2 228/9 228/10 231/25 232/8
**Thanks [1]**  126/14
**that [1240]**
**that's [180]**  3/9 4/23 8/11 8/12 9/15 9/17 9/17 9/19 14/21 20/10 22/5 23/21 24/14 28/10 41/5 41/11 41/15 42/15 42/24 43/13 45/15 45/17 45/19 46/4 47/6 48/21 49/9 49/18 50/19 50/21 51/1 51/9 51/10 51/12 51/15 51/24 52/8 52/8 53/12 54/9 56/20 57/15 57/17 57/25 58/7 58/13 58/22 58/23 58/24 60/20 61/10 62/2 62/19 63/5 64/5 65/12 65/14 67/10 69/10 69/23 70/2 71/4 71/25 72/4 72/17 72/20 74/13 75/7 75/9 75/16 76/7 76/17 77/9 77/14 78/6 78/13 80/1 81/8 81/11 81/18 85/6 86/11 86/14 93/6 93/7 99/1 100/17 103/20 107/11 107/14 115/21 119/20 120/18

**U** 120/25 122/7 122/16 123/2 123/5 123/12 123/15 124/12 124/15 124/21 125/3 125/5 128/2 128/24 129/2 129/23 130/14 131/20 134/19 135/2 138/14 139/3 152/9 152/15 153/4 153/6 156/3 158/18 158/23 159/25 162/2 163/18 165/25 166/25 169/3 173/7 178/16 178/20 179/15 180/13 186/5 187/2 189/16 190/5 190/5 190/5 192/4 192/8 193/18 194/4 196/17 196/19 196/23 196/24 198/17 199/18 200/23 201/5 201/7 202/5 202/11 202/11 202/12 202/13 203/16 203/16 203/19 203/22 207/4 208/7 208/17 209/18 209/18 213/15 215/4 215/11 215/13 215/20 215/21 218/2 218/15 220/24 223/22 224/8 226/7 230/19 232/5
**theater [1]**  72/9
**their [57]**  4/15 8/19 10/15 12/14 12/16 13/13 14/7 15/5 21/3 23/4 35/14 49/11 49/16 51/6 56/2 62/11 62/13 64/12 64/13 65/10 65/17 65/18 65/19 70/3 70/6 70/7 70/14 78/16 83/12 83/15 85/10 86/23 109/21 117/5 117/21 119/15 120/14 120/19 125/12 125/13 126/9 147/22 150/22 161/10 161/16 161/18 164/5 173/4 185/18 187/5 207/19 209/20 209/25 210/2 210/3 212/24 215/20
**them [145]**  4/8 6/4 6/14 10/25 12/24 13/24 14/3 14/5 18/9 21/7 23/14 23/18 24/22 28/17 31/15 39/2 39/13 49/1 65/20 66/2 91/22 95/23 100/20 101/4 103/18 109/20 119/16 119/19 119/19 120/19 121/8 121/16 122/9 125/13 125/14 125/23 127/24 128/3 127/15 226/1 227/1 227/24 229/16 230/7
**themselves [5]**  21/6 87/3 106/21 117/4 117/9
**then [94]**  4/8 5/2 6/1 6/18 9/14 9/19 10/22 11/4 12/19 18/17 22/13 24/14 31/5 32/13 34/8 36/3 37/5 38/2 46/16 46/20 47/2 47/6 59/8 59/14 60/10 63/25 64/6 64/25 65/4 66/1 66/2 67/5 67/7 69/1 69/16 76/22 81/6 88/24 91/23 91/23 94/10 95/3 96/2 98/12 99/17 105/19 109/22 111/4 111/6 115/24 128/23 138/24 139/6 141/2 142/6 148/17 151/8 154/1 158/5 160/10 162/4 169/24 173/21 176/8 176/10 176/11 176/13 176/17 177/8 177/10 177/17 178/12 180/16 192/18 193/5 206/8 206/17 206/22 207/11 209/18 210/2 210/6 211/15 216/21 216/24 218/4 222/23 229/15 230/18 230/21 230/23 231/14 231/16
**theoretical [1]**  140/9
**theory [3]**  30/17 30/19 87/7
**there [126]**  4/9 6/13 7/8 8/1 10/23 13/3 15/7 16/4 17/15 17/20 19/13 19/19 20/14 24/13 24/13 25/11 25/17 26/13 27/2 28/18 29/12 29/15 31/24 32/3 35/10 41/6 42/1 46/16 49/23 53/7 62/25 64/6 65/19 65/23 67/3 74/7 74/18 76/19 77/19 79/12 79/19 82/9 87/12 91/22 93/13 93/13 94/20 94/21 96/2 96/5 97/9 97/18 98/22 98/23 99/2 99/4 99/11 99/23 100/14 101/6 101/25 107/4 111/9 112/22 112/22 112/25 113/19 114/5 114/15 115/9 115/10 117/1 117/14 117/19 118/2 118/20 119/1 120/5 120/11 121/4 121/10 121/11 121/12 125/15 126/8 126/11 127/19 128/2 128/5 129/6 129/7 129/8 129/9 130/24 131/1 136/10 136/15 137/3 147/4 154/4 154/6 155/22 157/9 161/17 167/23 170/20 175/17 181/17 183/10 185/10 196/22 198/10 198/24 198/25 200/16 201/5 201/6 203/8 207/10 211/24 213/9 226/17 227/11 228/21 229/18 231/22
**there's [93]**  3/19 7/4 11/9 13/16 14/25 18/3 18/13 19/21 20/9 22/10 34/12 34/20 35/12 37/24 45/2 46/8 47/23 49/13 51/9 51/25 55/10 60/8 74/1 81/5 81/9 88/13 91/17 91/23 96/2 98/13 98/18 99/8 99/12 99/17 110/9 111/9 115/14 115/15 115/15 115/21 118/18 118/22 126/3 126/8 128/1 128/14 128/15 128/25 137/18 147/1 148/19 150/18 151/10 151/13 153/3 154/7 154/11 154/21 154/22 154/24 155/1 157/21 160/6 161/15 162/5 163/25 172/2 172/4 174/19 177/10 179/3 181/9 183/25 184/5 184/18 184/19 186/14 188/7 188/13 188/14 194/1 195/2 197/13 201/4 206/16 208/8 209/23 209/24 221/13 225/12 226/4 226/23 227/4
**therefore [9]**  149/22 155/17 160/1 162/19

**T**

**therefore.** [1] 144/21 167/1 175/18 213/11
**these** [89]  6/17 6/19 8/5 8/10 10/3 8/19 8/21 8/22 9/4 9/7 9/23 10/5 10/8 10/11 10/18 11/5 14/4 17/24 18/21 22/1 22/17 23/7 23/24 23/25 24/3 24/4 24/6 24/14 27/5 28/16 29/25 33/11 36/15 37/10 38/3 38/23 39/4 39/5 39/12 39/17 48/13 50/19 50/22 54/12 55/5 55/11 57/2 60/13 65/5 74/2 83/10 87/4 87/7 95/1 95/12 103/17 112/13 113/21 115/24 120/5 121/22 141/3 146/21 146/25 146/25 148/22 151/15 152/1 156/4 156/22 157/8 158/4 159/24 168/18 174/22 175/16 179/11 184/21 192/22 202/1 212/16 213/1 213/2 213/2 221/17 221/17 227/24 230/4 230/25
**thesis** [1]  138/25
**they** [180]  4/7 4/11 5/1 8/15 8/17 10/14 14/12 12/13 12/14 12/24 12/25 14/7 14/9 14/12 14/18 15/5 15/12 15/13 18/8 18/9 18/10 19/10 19/10 21/1 21/2 21/3 23/2 23/15 23/16 23/17 23/20 23/20 23/22 26/21 27/1 27/7 28/1 29/6 32/6 32/8 32/10 32/18 35/19 35/19 35/21 36/3 36/25 37/1 37/2 37/25 38/1 38/4 38/5 38/5 40/1 42/1 45/7 47/13 48/2 48/2 51/6 51/6 55/17 55/17 64/18 64/25 66/2 66/20 68/3 69/16 70/3 70/5 76/15 83/16 85/18 87/4 87/5 87/9 99/7 99/8 100/2 100/8 100/9 100/11 100/14 100/14 100/14 100/15 100/16 105/4 108/3 108/24 109/21 110/13 111/10 111/15 111/15 111/16 111/17 111/22 117/6 117/7 117/9 117/18 117/20 119/10 119/15 119/17 119/18 119/21 120/14 120/15 120/17 120/18 120/19 120/19 121/17 121/17 124/22 124/22 125/2 125/8 125/18 125/22 126/3 126/4 126/9 126/9 126/11 126/12 126/13 128/20 128/22 128/23 130/10 130/10 160/18 160/19 160/21 160/22 161/12 161/24 164/4 164/14 172/20 174/6 176/8 176/8 176/16 176/11 176/12 177/6 177/11 177/14 181/13 182/6 183/1 184/9 185/2 191/8 191/10 191/12 195/6 209/13 209/18 210/3 210/10 210/11 210/18 210/24 210/24 211/9 211/11 213/3 213/6 215/19 225/24 225/25 226/2 226/6
**they'd** [1]  65/19
**they'll** [1]  126/10
**they're** [37]  7/13 7/14 7/20 7/20 8/16 8/17 8/18 14/3 14/3 16/6 22/10 23/15 23/16 24/3 39/6 39/6 39/8 39/10 56/25 74/23 83/2 87/10 99/9 99/12 99/13 110/17 111/7 117/12 117/10 131/14 156/5 164/15 188/2 209/22 210/2 210/6 210/6
**thing** [22]  10/9 22/25 23/11 31/14 51/15 111/2 115/5 115/20 117/3 119/20 120/2 120/13 120/25 121/2 124/24 125/13 125/14 125/18 150/14 163/25 214/17 216/2
**things** [39]  8/4 10/15 12/3 15/6 16/5 17/8 19/16 22/19 23/24 23/25 34/24 35/7 36/23 40/25 55/24 90/14 96/3 101/16 105/3 107/6 109/6 112/10 112/13 114/4 114/8 115/10 118/18 118/19 120/11 121/13 202/1 204/6 209/13 210/2 210/6 210/7 211/24 211/25
**think** [141]  3/20 8/25 17/24 20/1 20/20 21/10 21/24 22/4 23/13 23/14 24/6 24/21 24/21 28/10 28/15 31/20 39/6 41/3 41/17 42/25 44/12 45/2 47/21 50/15 51/6 52/23 56/8 56/15 56/24 56/25 57/2 68/17 69/17 70/2 71/18 78/7 78/13 80/1 80/2 80/3 80/5 80/8 81/7 81/25 88/6 96/3 97/16 98/10 98/17 98/17 99/10 99/16 99/22 100/2 101/14 101/15 101/25 102/8 108/1 108/25 109/2 109/9 110/6 113/4 113/7 114/13 114/21 114/23 114/24 115/3 116/16 116/9 116/11 118/3 118/22 119/20 120/21 121/3 121/23 123/6 124/25 128/16 129/17 129/17 133/2 133/6 135/5 137/25 138/10 139/3 144/4 146/10 148/15 149/4 149/21 150/14 150/19 156/22 157/11 158/16 159/12 160/8 163/10 163/24 163/25 165/5 165/9 180/12 181/21 181/23 183/22 190/5 191/14 192/3 192/18 193/22 194/4 196/23 197/6 197/13 197/22 203/17 205/7 205/7 205/9 205/10 205/14 206/14 206/17 207/23 208/13 208/15 209/7 213/17 214/4 221/23 223/21 227/4 229/6 230/4 230/6
**thinking** [2]  161/20 231/14

**third** [12]  18/13 22/25 33/19 33/21 38/8 138/4 150/1 150/4 153/9 173/12 175/19 177/20
**thirds** [1]  153/7
**this** [446]
**THOMAS** [6]  1/15 1/25 122/25 134/11 233/4 233/16
**Thomas's** [1]  134/16
**those** [82]  4/12 7/12 7/19 9/21 10/24 12/1 17/6 20/4 22/14 24/21 26/18 27/20 28/3 28/23 28/25 29/8 29/10 29/14 29/18 29/20 30/1 30/2 37/7 37/21 40/4 44/24 47/24 51/2 56/21 56/24 59/4 59/5 61/5 62/4 62/5 62/14 62/16 64/10 66/17 69/14 73/5 75/13 88/9 92/2 92/17 93/1 93/2 95/2 95/21 96/3 98/19 98/20 98/21 109/6 112/8 119/22 120/6 121/8 122/15 125/1 126/1 128/4 136/14 140/25 141/4 143/14 143/17 143/20 145/23 172/20 176/8 176/18 182/24 188/3 190/8 193/12 207/15 211/15 226/25 227/19 229/3 229/25
**though** [1]  4/12
**thought** [8]  18/4 64/18 64/25 91/2 91/4 113/15 115/2 230/16
**thousand** [1]  87/24
**thousands** [2]  87/24 191/17
**three** [31]  8/19 15/8 27/10 36/13 64/4 82/10 83/10 86/11 88/12 88/14 90/7 90/8 91/19 91/20 91/22 93/13 94/19 96/11 103/10 117/20 117/23 119/10 135/18 137/18 152/1 182/13 184/5 189/22 190/1 190/7 211/25
**three-star** [5]  90/7 91/20 117/20 117/23 119/10
**threshold** [4]  87/12 87/14 174/19 174/23
**through** [34]  6/18 7/3 18/1 22/1 27/20 27/23 36/14 36/20 37/10 43/19 50/20 56/4 67/13 80/2 90/18 92/6 93/9 95/23 109/22 112/3 114/21 115/3 116/9 116/11 121/9 126/2 128/11 128/24 128/24 132/12 134/13 192/15 211/24 216/23
**throw** [1]  21/3
**throwing** [1]  19/7
**Thursday** [1]  231/17
**thus** [1]  78/11
**tie** [1]  167/14
**tied** [1]  168/23
**time** [61]  7/10 13/11 15/9 15/10 15/10 16/24 17/3 19/11 32/1 40/18 42/7 51/12 54/3 54/3 57/18 58/12 70/17 70/22 71/4 73/23 74/1 74/3 74/4 75/11 87/1 87/5 88/4 92/10 95/15 95/17 122/24 123/12 123/13 123/20 126/10 133/1 139/20 142/3 144/20 145/17 151/11 159/10 166/2 171/3 172/7 173/7 188/8 192/16 193/2 193/6 196/14 202/16 207/6 219/1 226/18 228/19 229/19 229/20 230/3 230/5 231/15
**times** [18]  12/1 15/8 27/10 87/24 95/5 95/8 104/3 115/5 121/2 140/16 143/24 144/3 181/4 181/9 204/14 207/24 216/12 219/25
**tips** [1]  37/20
**title** [3]  99/7 107/7 134/3
**Title 32** [1]  99/7
**Title X** [1]  107/7
**today** [30]  13/10 24/7 30/15 30/18 33/20 34/21 39/19 44/12 79/1 79/8 79/16 83/3 83/6 83/8 83/14 83/19 83/22 84/5 84/7 102/3 106/23 118/1 136/8 146/16 170/3 170/25 188/25 207/15 210/16 215/8
**today's** [4]  28/8 43/2 43/6 57/14
**Todd** [1]  160/17
**together** [16]  14/10 18/12 19/7 24/3 46/21 74/23 86/22 102/6 111/15 111/18 112/14 112/16 120/11 120/15 120/19 231/5
**Togo** [1]  64/8
**token** [1]  202/5
**told** [6]  42/25 73/10 120/2 191/24 205/4 212/9
**Tomahawk** [1]  115/12
**tomorrow** [13]  106/22 132/22 132/23 132/24 133/5 170/4 228/13 228/14 229/4 229/25 230/12 230/25 231/8
**tone** [1]  21/2
**too** [14]  45/8 53/1 87/7 119/22 125/24 133/3 134/14 161/4 191/8 191/10 213/1 213/2 217/17 219/13
**took** [1]  10/19 210/20
**tool** [4]  136/4 136/14 140/5 143/4
**toot** [1]  114/1

**top** [17]  9/8 9/12 9/25 25/13 28/22 28/23 71/16 71/21 72/23 73/6 93/3 95/24 103/20 103/22 130/21
**top-line** [1]  25/13
**topic** [4]  26/23 125/6 127/1 157/22
**topics** [1]  29/24
**total** [26]  26/1 42/1 92/7 100/21 180/24 193/20 195/18 196/15 199/1 199/2 199/8 199/9 199/13 209/20 230/3 230/5
**totally** [1]  201/4
**tour** [7]  93/19 93/22 98/2 98/4 100/22 100/24 100/25
**tours** [3]  93/16 93/23 100/21
**toward** [1]  38/7
**towards** [1]  166/25
**TRACEY** [1]  1/22
**track** [1]  71/7
**tracked** [1]  130/9
**tracking** [1]  35/16
**tracks** [1]  81/24
**traffic** [1]  132/10 132/13 132/25
**train** [4]  98/20 106/19 107/7 220/2
**trained** [1]  10/22 101/20
**training** [4]  34/25 35/8 112/11 116/8
**transaction** [1]  19/9
**transcript** [2]  233/8 233/9
**transformational** [1]  182/22
**transitions** [1]  74/2
**translates** [1]  181/14
**treat** [2]  81/13 116/11
**treated** [3]  82/16 87/9 87/10
**treating** [2]  4/8 68/25
**treatment** [4]  45/3 68/24 69/3 69/5
**treats** [1]  68/21
**tremendous** [1]  24/10
**trend** [2]  26/5 88/10
**trial** [16]  1/3 1/9 50/4 50/6 50/11 88/21 174/9 186/7 194/11 194/14 200/8 200/13 203/7 205/13 214/2 228/8
**tribal** [1]  13/19
**trident** [1]  97/11
**tries** [1]  112/16
**trigger** [1]  127/13
**troops** [1]  66/17
**trouble** [2]  134/17 228/19
**true** [24]  42/15 49/9 49/18 58/7 62/19 68/3 69/10 69/23 74/13 75/9 76/14 76/17 77/14 78/13 87/5 131/9 158/9 165/22 193/18 208/17 211/7 218/15 226/7 233/7
**trust** [8]  14/3 22/25 23/2 23/3 23/6 23/8 23/10 65/15
**truth** [1]  184/25
**try** [5]  32/13 113/23 123/4 167/14 216/1
**trying** [26]  12/4 12/5 13/22 24/11 36/24 37/9 38/24 80/6 86/12 106/8 107/13 109/7 117/2 117/8 117/12 130/17 139/7 148/4 148/11 148/13 152/23 158/25 180/2 196/3 197/8 210/19
**Tuareg** [3]  63/14 63/19 63/20
**tunnel** [3]  134/12 134/17 134/23
**turn** [23]  5/8 6/25 15/16 17/14 21/12 23/18 36/5 52/9 59/10 103/4 139/14 147/23 149/15 150/1 150/11 162/22 167/3 169/11 174/24 175/19 179/23 182/2 186/18
**turned** [1]  94/9
**turning** [1]  178/6
**turns** [2]  15/6 78/20
**Turo** [1]  107/3
**Turo's** [1]  105/11
**two** [39]  4/5 4/18 8/19 10/25 12/12 15/7 27/10 39/24 65/19 90/12 92/1 96/25 104/14 107/8 112/21 113/21 115/14 118/18 124/25 137/4 137/18 153/7 167/10 172/21 176/15 177/13 189/22 190/1 190/2 190/7 207/2 207/5 228/21 228/23 229/25 230/4 230/6 230/7 230/25
**two-star** [1]  96/25
**two-thirds** [1]  153/7
**twos** [1]  24/2
**type** [10]  59/2 92/23 93/2 96/13 109/10 118/9 131/5 131/18 145/16 161/23
**types** [1]  140/11
**typhoid** [1]  13/16
**typically** [10]  16/1 16/2 16/3 27/9 28/1 28/2 82/10 83/17 87/1 87/15

**U**

**U.S** [27]  24/17 34/21 34/24 38/11 51/17 52/1 53/6 94/18 116/3 116/16 121/15 121/19 121/21 122/4 122/10 122/12 127/16

## U

**U.S... [10]** 14/13 44/19 44/20
142/4 147/13 193/17 203/9 220/21 221/3
**U.S.C [1]** 233/7
**Uh [2]** 46/15 64/9
**Uh-huh [2]** 46/15 64/9
**Ukraine [1]** 39/10
**ultimate [1]** 217/21
**ultimately [1]** 175/12
**UN [28]** 36/23 37/9 60/18 61/24 62/3 62/7
62/10 62/16 62/22 62/24 63/13 63/19
63/22 63/25 64/11 65/1 65/7 65/18 66/9
66/11 66/15 66/18 67/8 67/21 67/25
121/10 121/24 122/17
**unable [1]** 114/22
**unaccounted [1]** 156/4
**unaccounted-for [1]** 156/4
**unafraid [1]** 115/10
**unbiased [3]** 62/7 62/13 62/22
**UNC [1]** 226/3
**uncertainty [2]** 16/9 40/5
**under [9]** 58/15 83/6 99/7 106/13 121/10
142/5 145/11 179/2 206/2
**undercuts [1]** 22/8
**undergraduate [4]** 41/18 41/24 134/6
135/10
**undergraduates [1]** 41/20
**underlying [9]** 131/7 137/23 138/1 143/11
149/21 154/23 170/8 195/7 196/17
**undermines [1]** 21/22
**underneath [1]** 95/19
**underreport [2]** 26/19 26/21
**underrepresented [3]** 175/6 175/7 219/8
**understand [26]** 56/9 67/15 79/11 84/21
100/9 100/12 127/15 127/25 128/7 128/7
132/22 139/4 146/20 147/12 150/18 192/2
194/7 194/9 199/19 201/22 202/3 203/4
203/4 213/9 226/17 230/10
**understanding [22]** 102/7 102/8 102/14
107/4 108/6 121/2 121/11 127/18 130/14
143/11 184/2 195/3 195/4 195/9 195/12
196/5 196/7 196/20 197/18 198/5 198/9
218/5
**understate [1]** 158/15
**understated [3]** 157/23 159/4 159/6
**understating [1]** 158/9
**understood [8]** 85/11 100/8 100/14 100/15
192/3 193/24 196/12 202/6
**undervalued [1]** 47/25
**underway [1]** 111/8
**undisclosed [2]** 193/11 193/13
**unequal [5]** 6/17 7/14 7/18 16/17 34/18
**unethical [1]** 50/13
**unfavorable [1]** 10/2
**uniform [8]** 91/19 92/10 92/11 95/19 96/5
97/9 97/18 106/21
**uniformed [1]** 16/1
**uniforms [1]** 120/14
**union [9]** 15/2 69/22 70/10 70/13 70/18
71/9 71/16 72/2 73/23
**unique [8]** 104/21 109/7 109/8 110/22
125/1 172/17 225/12 226/24
**unit [17]** 14/4 27/14 30/7 99/25 102/2
102/5 108/15 110/3 110/5 110/20 110/22
111/14 111/21 111/24 112/12 112/18
115/13
**UNITED [59]** 1/1 1/6 14/23 14/24 24/7
24/10 30/15 32/7 32/16 33/11 49/4 49/14
73/14 74/2 75/1 75/17 76/4 77/20 78/3
78/10 79/1 79/10 79/16 82/4 82/14 83/6
83/15 83/16 83/23 84/3 84/11 84/24 85/4
85/22 86/1 86/2 88/3 90/3 90/4 91/16
117/23 118/11 118/12 122/14 122/18
189/18 189/23 190/4 190/5 190/9 190/12
190/19 191/3 191/10 191/13 191/14 223/20
233/5 233/11
**units [9]** 6/13 7/24 14/5 28/1 38/3 50/10
60/15 60/23 102/2
**unity [3]** 110/16 110/17 110/17
**university [7]** 11/23 126/13 131/13 134/6
134/8 135/11 205/22
**Unlike [1]** 140/3
**unlikely [1]** 65/9
**unlimited [1]** 137/16
**unobservable [3]** 160/23 161/23 169/24
**unobservables [5]** 159/23 159/24 161/4
163/8 175/16
**unobserved [1]** 168/19
**unpack [4]** 149/14 150/25 180/16 182/8
**unrealistic [2]** 184/2 185/3

**unreasonable [1]** 163/13
**unrelated [1]** 143/13
**unrepresented [1]** 175/6 175/8 175/13
**unreliable [1]** 149/24
**unrestricted [2]** 92/14 92/15
**unscripted [2]** 112/3 114/19
**until [4]** 83/21 188/25 230/18 230/20
**unusual [2]** 114/25 116/13
**unwelcoming [1]** 28/2
**unwilling [1]** 26/24
**unwillingness [1]** 29/1
**up [56]** 5/10 6/21 8/6 9/2 9/19 21/13
24/1 25/11 26/11 27/23 28/17 31/6 33/3
41/18 41/20 44/11 44/19 45/22 46/5 55/21
56/15 61/11 62/6 64/17 69/18 71/12 79/18
81/15 82/7 91/12 103/17 104/12 117/6
117/21 127/13 128/10 130/13 133/1 136/21
148/24 159/2 159/17 164/15 167/14 174/20
182/21 198/1 198/4 198/13 198/21 201/1
202/9 205/14 216/3 217/20 228/18
**update [1]** 83/18
**updated [1]** 221/10
**upon [4]** 78/15 78/20 195/8 195/16
**upset [1]** 51/16
**urban [3]** 1/22 38/16 130/7
**us [20]** 5/23 13/9 22/1 23/22 32/2 38/9
93/9 103/25 106/1 108/17 109/9 117/13
154/3 158/24 159/2 165/16 184/12 223/22
230/5 231/24
**USA [1]** 120/14
**use [38]** 6/3 6/14 12/14 15/13 17/6 23/22
43/18 43/22 44/1 44/7 51/6 51/15 65/14
67/16 79/9 81/12 83/2 84/22 85/1 85/7
88/4 107/13 121/3 125/17 138/11 138/14
138/15 140/4 140/7 143/10 169/14 183/7
209/15 226/15 227/14 227/20 231/4 231/11
**used [16]** 36/21 80/22 81/18 136/20
137/12 137/13 143/4 143/20 145/13 170/8
175/14 175/18 187/24 207/24 218/13
223/10
**uses [2]** 37/19 61/23
**using [12]** 5/12 7/3 9/14 10/12 24/3
32/22 42/22 82/13 122/5 122/7 143/2
210/15
**USNA [1]** 202/24
**USS [8]** 93/12 93/14 93/19 93/22 94/2
96/9 101/10 121/14

## V

**validate [1]** 95/2
**validity [1]** 161/8
**valuable [1]** 173/24
**valuation [1]** 204/24
**value [12]** 4/13 4/16 4/24 5/3 22/11
31/15 31/20 32/23 51/6 81/7 81/10 204/25
**valued [1]** 48/2
**values [4]** 5/25 32/13 82/1 219/25
**Valuing [1]** 45/23
**Vandegrift [1]** 93/12
**variable [16]** 20/10 152/23 155/2 155/4
155/23 159/22 163/2 164/1 165/16 165/23
166/19 167/21 168/3 169/5 175/9 184/24
**variables [6]** 136/25 138/13 167/23
184/19 184/20 185/2
**variation [3]** 172/17 187/23 188/10
**variations [1]** 188/3
**varied [2]** 140/14 144/20
**varies [2]** 97/6 166/11
**variety [15]** 73/8 136/13 136/24 140/2
164/2 173/20 173/22 173/22 187/2 217/11
217/15 217/22 218/2 218/11 226/23
**various [7]** 6/1 17/5 74/7 77/5 93/10
95/21 140/25
**vary [2]** 211/1 219/1
**varying [1]** 78/12
**vast [1]** 181/22
**vastly [1]** 101/20
**Vazirani [1]** 27/20
**verbal [1]** 196/22
**verbally [1]** 196/6 196/11
**verifying [1]** 5/18
**version [6]** 32/12 79/25 83/21 137/2
143/19 203/13
**versus [9]** 29/13 30/5 41/24 74/20 74/20
110/18 116/21 116/7 126/12
**very [62]** 4/17 16/10 16/10 19/20 29/18
29/20 33/1 33/13 34/12 35/12 38/24 39/12
39/17 40/14 51/16 69/1 69/8 69/12 74/15
100/3 100/16 103/19 110/17 111/16 111/19
111/20 112/6 112/6 112/8 119/14 121/12

122/19 124/12 124/15 127/5 132/14 138/22
151/16 152/2 152/6 152/25 161/9 163/13
165/22 166/19 179/12 180/18 180/20 181/24
187/6 196/10 198/2 199/5 200/4 200/11
218/16 222/5 225/11 226/24 228/9 230/8
232/8
**vessel [1]** 99/15
**vested [1]** 204/25
**vice [6]** 84/3 84/8 84/8 89/8 90/6 91/22
**Vietnam [2]** 43/1 43/5
**Vietnam-era [2]** 43/1 43/5
**view [27]** 26/21 61/1 68/14 69/25 108/2
108/21 115/11 115/17 130/16 131/23 132/1
132/4 153/20 153/21 157/24 158/8 158/9
160/2 160/24 164/18 171/16 172/23 196/16
197/8 230/11 231/23 232/1
**viewing [1]** 4/9
**viewpoint [1]** 106/22
**viewpoints [1]** 18/15
**views [1]** 114/20
**Vincent [1]** 89/18
**Vinson [2]** 94/16 101/11
**violated [1]** 170/9
**violates [2]** 215/7 216/18
**violation [2]** 193/13 193/14
**violence [9]** 4/15 6/14 9/14 13/22 13/24
23/18 35/23 37/3 37/19
**violent [3]** 36/21 38/16 81/9
**Virginia [1]** 203/10
**visible [1]** 93/5
**visit [2]** 101/7 121/5 141/24
**visits [1]** 120/3
**vitae [1]** 189/20
**voice [3]** 121/19 122/10 122/13
**voir [1]** 145/21
**volunteer [9]** 46/13 117/1 117/12 117/13
129/23 129/24 131/3 131/9 131/11
**volunteering [1]** 117/10
**volunteers [2]** 119/15
**vs [1]** 1/5
**vulnerable [1]** 35/7

## W

**wait [2]** 134/23 201/14
**waive [2]** 201/15
**walk [3]** 7/3 90/18 93/9
**Walker [1]** 94/7
**walking [3]** 36/20 131/15
**want [49]** 9/24 15/23 17/14 46/8 53/22
58/10 58/15 59/18 60/13 61/1 63/13 66/5
68/6 74/25 75/22 81/17 90/18 90/25 92/6
93/23 93/23 103/12 104/9 104/12 105/14
106/9 106/12 110/1 114/1 114/5 116/17
119/15 119/18 122/23 127/12 139/14 146/3
162/12 182/16 182/17 202/21 207/5 211/19
215/19 216/15 220/13 222/9 228/11 231/13
**wanted [6]** 8/9 12/14 48/2 79/15 117/20
131/4
**war [45]** 14/25 15/11 16/23 20/9 22/22
30/23 31/1 34/1 34/4 34/8 35/18 35/22
36/1 36/1 37/4 37/5 37/8 38/11 39/2 39/9
39/18 69/18 70/17 70/20 70/21 70/23
70/25 71/2 71/16 72/6 73/7 74/10 76/8
76/8 77/10 77/25 86/22 88/7 88/7 92/4
92/17 129/7 129/9 129/10 231/9
**War I [1]** 36/1
**War II [1]** 129/7
**wardroom [2]** 114/3 115/23
**warfare [11]** 16/2 39/3 39/15 92/13 92/16
93/4 93/5 97/3 97/4 100/11 115/5
**warfighting [5]** 103/11 103/25 104/3
104/17 106/24
**wars [2]** 75/24 77/5
**warship [5]** 121/15 121/19 121/21 122/4
122/10
**warships [1]** 92/22
**wartime [1]** 29/25
**was [223]** 11/2 11/14 11/18 11/20 11/21
12/10 13/9 13/11 16/17 17/14 18/21 18/23
26/4 28/12 32/12 32/17 35/6 41/17 41/20
43/3 46/11 46/16 48/24 53/1 62/10 64/20
65/3 65/10 65/10 69/21 73/10 75/7 75/10
77/21 79/12 84/8 86/25 87/5 87/12 87/15
91/1 91/11 91/12 91/3 91/14 91/22 92/5
93/4 93/12 93/12 93/13 93/14 93/15 93/17
93/17 93/19 93/20 93/20 93/22 93/22
93/25 94/4 94/6 94/8 94/10 94/11 94/14
94/15 94/17 94/17 94/20 94/21 94/22
94/24 96/8 96/10 96/16 96/19 96/20 96/21
97/12 97/16 100/5 100/6 100/7 100/22

**W**

**was...** [13] ...
111/20 112/17 112/23 113/7
113/12 113/12 113/14 113/15 113/16
113/17 113/19 113/20 114/2 114/6 117/16
117/17 117/17 117/19 118/3 120/13 120/14
120/14 120/15 121/4 121/9 121/12 121/12
121/21 123/21 123/22 123/23 122/22 122/9
123/21 123/24 124/8 125/13 126/6 129/8
132/18 135/11 136/10 136/12 137/6 137/9
137/9 138/2 138/8 138/20 138/22 138/23
138/24 139/16 139/18 139/19 141/23 145/5
155/17 160/7 167/7 176/21 176/21 185/10
186/6 189/3 190/2 192/3 192/4 192/23
193/3 193/22 194/5 194/13 194/20 195/1
195/4 195/6 195/8 195/8 195/9 195/12
195/15 195/18 195/20 196/5 196/6 196/12
196/16 196/19 196/22 197/3 197/7 197/9
197/22 198/7 200/4 201/6 202/16 202/17
202/17 202/19 202/20 202/21 202/22
202/24 203/5 205/24 206/19 208/13 208/20
210/15 211/23 211/24 212/11 214/1 214/7
218/15 220/6 222/11 222/16 223/4 223/13
223/16 223/21 223/3 226/14 226/22 226/23
227/1 228/24 228/25
**Washington** [4] 90/2 132/10 132/11 132/25
**wasn't** [1] 195/14
**wasting** [1] 228/18
**watch** [1] 120/4
**water** [1] 122/18
**waters** [1] 122/1
**way** [37] 11/2 23 24/12 29/4 29/7 29/10
30/22 31/9 49/4 77/6 79/2 79/16 91/2
92/18 97/1 101/5 101/19 115/21 150/10
160/6 171/23 177/4 191/19 199/16 200/10
200/12 200/23 202/16 211/22 212/24 221/1
221/14 222/6 224/13 224/20 228/17 229/11
230/19
**ways** [8] 12/5 12/6 12/19 14/11 22/5
23/14 99/8 167/11
**we** [310]
**we'd** [4]
**we'll** [29] 57/5 62/18 86/14 88/23 88/24
132/13 149/14 149/25 150/25 188/20
188/24 188/25 192/11 198/10 200/19 201/6
201/7 201/14 202/13 202/14 205/12 228/20
229/11 229/23 230/16 230/20 230/20
230/20 231/15
**we're** [48] 5/15 9/16 10/11 19/6 30/23
37/15 39/9 40/3 41/8 42/25 51/15 52/13
60/2 60/2 60/6 70/24 81/15 82/4 86/9
86/13 90/14 91/18 98/9 102/5 106/8
109/10 117/8 117/12 119/20 121/9 121/10
123/3 127/5 132/22 132/23 133/1 133/4
154/21 158/25 197/23 198/1 198/13 203/6
203/17 228/18 228/19 230/23 231/5
**we've** [24] 23/7 25/6 34/6 34/7 34/8 35/2
35/24 37/22 37/23 39/19 39/24 50/16
71/15 88/2 103/19 111/18 123/11 152/19
169/4 178/18 197/24 209/9 224/19 226/21
**weaker** [1] 162/17
**wealth** [3] 164/15 166/8 167/13
**weapons** [6] 6/9 6/11 6/25 13/12 77/15
121/7
**wearing** [1] 106/21
**week** [17] 88/22 152/19 156/17 190/15
208/25 209/2 228/9
**weeks** [1] 115/8
**weighing** [1] 185/1
**weight** [3] 147/21 184/20 201/9
**weights** [1] 184/9
**Weiss** [3] 45/8 45/9 50/25
**welcome** [2] 127/9 147/7
**well** [69] 10/16 13/2 14/20 14/24 16/19
18/19 27/7 28/11 30/10 35/5 35/19 38/25
39/2 39/18 40/24 42/7 42/15 44/11 55/21
56/13 62/5 64/23 75/14 76/14 78/11 83/1
91/11 98/15 106/15 110/9 110/16 111/15
111/19 112/13 116/18 122/17 128/4 129/3
129/21 134/13 147/2 149/25 150/25 153/23
153/25 154/3 154/17 155/3 172/25 174/19
183/22 184/10 194/15 197/23 198/1 198/6
199/17 201/6 208/25 210/13 212/25 216/1
216/23 217/19 218/20 218/20 218/24 221/3
225/3
**well-organized** [1] 110/16
**went** [10] 35/19 35/19 64/25 94/2 94/13
94/19 126/5 126/7 157/5 192/15
**were** [112] 3/17 3/20 7/19 8/4 10/14
10/23 11/2 11/2 12/15 15/5 15/6 15/11

18/20 22/20 23/15 25/1 25/23 26/1 26/2
26/4 26/5 26/13 27/8 27/23 29/3 30/13
30/24 38/7 38/8 38/24 39/17 40/20 41/11
42/1 46/12 46/14 46/23 47/18 49/20 59/4
63/2 64/3 64/6 64/12 65/1 66/8 66/9
66/10 67/19 71/2 74/10 86/22 87/2 87/5
87/9 88/9 88/11 95/1 95/12 95/14 95/15
95/18 100/15 100/19 101/10 112/21 112/23
113/8 113/17 113/18 113/25 114/2 114/2
114/3 114/4 114/7 117/18 119/9 121/4
129/7 129/10 138/10 138/17 141/2 141/22
147/4 160/18 170/23 179/17 190/15 193/11
194/16 194/21 194/22 195/15 195/17 198/8
205/23 208/25 209/2 219/21 223/3 222/13
222/15 227/11
**weren't** [3] 86/23 114/10 121/18
**West** [3] 64/22 66/12 66/15
**what** [265]
**what's** [33] 29/14 90/5 90/9 96/17 114/24
135/20 137/14 148/4 150/2 151/1 152/11
153/17 154/15 157/4 158/13 160/5 160/13
165/1 166/10 170/14 170/16 171/19 173/12
175/3 175/12 187/10 187/14 187/18 190/19
193/23 206/6 207/7 225/6
**whatever** [10] 4/22 4/24 126/13 130/9
193/3 196/15 200/17 200/18 208/15 229/17
**when** [98] 3/20 5/9 7/11 15/7 17/17 8/4
9/5 9/23 10/9 10/11 11/14 14/7 15/6
15/12 18/11 18/20 20/11 22/20 23/20
27/19 30/13 32/18 35/13 35/17 35/19
41/11 41/15 47/18 48/7 50/2 50/6 54/14
54/14 55/3 55/6 55/17 60/22 63/2 76/19
81/1 81/1 90/16 96/20 98/14 98/14 98/15
101/21 107/4 111/8 111/22 113/1 113/6
113/14 113/17 113/19 114/18 114/20
115/10 116/25 116/25 118/17 120/10
121/13 121/14 122/3 125/16 126/3 126/5
130/18 131/8 147/21 148/9 148/20 160/6
163/24 170/1 170/23 170/24 172/20 173/2
173/25 178/14 181/11 181/23 184/14
185/16 190/11 195/24 202/9 202/16 208/18
212/17 214/7 216/7 218/25 219/16 219/23
230/18
**whenever** [1] 230/22
**where** [63] 12/19 15/5 15/5 16/7 18/4
33/4 33/11 35/2 37/15 37/25 38/24 46/8
46/12 47/12 48/6 58/10 64/17 66/6 80/14
89/25 91/12 93/16 93/22 95/7 95/17
100/17 103/5 103/9 105/14 105/16 107/7
107/11 107/12 109/14 109/20 110/12
111/14 111/19 112/2 112/3 112/4 112/12
112/15 117/3 117/6 117/16 119/11 120/6
121/5 131/11 133/24 134/5 139/10 151/5
159/7 178/10 184/7 184/23 185/11 185/23
194/16 208/19 224/1
**whereas** [2] 25/25 26/3
**whether** [24] 3/19 6/5 20/12 27/12 29/5
34/7 61/1 76/15 84/11 84/16 85/20 138/25
139/6 151/10 154/4 154/21 154/21 154/22
160/24 163/25 170/18 174/23 208/11
212/19
**which** [67] 7/17 9/18 11/23 13/10 25/3
28/15 29/16 31/16 32/4 32/8 34/15 44/10
44/12 45/2 47/3 48/23 49/19 49/21 51/2
52/14 53/17 55/23 59/2 62/15 64/18 64/25
69/7 69/18 73/14 75/14 77/20 77/21 82/20
92/20 94/17 98/25 106/13 107/9 111/3
113/15 137/2 139/11 139/16 144/6 147/1
161/22 166/10 167/11 174/19 178/3 181/21
185/14 185/19 190/13 193/3 193/14 193/16
193/20 194/19 195/6 203/13 207/11 207/23
216/6 221/7 222/9 222/17
**while** [6] 16/7 121/4 138/2 160/18 172/6
198/4
**White** [49] 25/25 26/3 31/4 31/4 31/11
31/14 31/17 31/21 31/22 32/19 32/23
32/24 46/11 47/24 48/1 73/18 74/2 74/5
74/8 82/14 83/22 86/21 91/22 124/17
124/19 124/24 150/16 150/24 151/24 152/8
153/4 164/13 176/17 176/18 177/13 177/14
180/5 180/21 180/24 181/1 181/5 181/10
181/14 181/14 181/17 181/18 181/22 182/1
183/18
**Whites** [3] 27/9 31/12 73/20
**who** [67] 6/2 10/21 10/23 12/7 12/10
13/17 14/11 19/12 21/8 21/9 28/23 28/25
29/8 29/10 29/13 29/14 29/18 29/20 30/1
30/2 35/13 35/20 39/13 45/9 60/17 60/18
62/4 62/5 70/3 82/7 82/9 85/9 85/14

91/22 92/17 103/2 108/24 109/5 109/18
109/22 114/11 114/14 114/16 114/16 116/11
116/22 117/6 117/10 117/19 118/19 119/16
121/23 126/7 126/14 127/20 128/5 130/8
130/19 130/20 159/8 213/16 213/19 221/4
223/18 224/16 224/20 226/2 230/25
**who's** [5] 109/7 109/8 118/23 118/24
122/15
**whole** [6] 98/18 106/16 121/15 216/18
219/1 228/16
**whose** [1] 193/11
**why** [50] 15/10 20/23 21/21 24/9 26/22
27/2 34/23 34/24 39/6 39/23 73/20 86/21
86/22 86/25 87/21 104/25 106/6 108/14
108/21 123/4 125/2 134/10 137/24 141/19
147/25 148/17 149/9 149/14 150/1 150/10
155/12 158/12 159/13 159/21 168/10
169/19 170/10 173/18 174/13 175/24
177/21 180/18 181/7 181/9 181/19 183/19
186/13 192/10 192/10 226/19
**wide** [4] 114/16 114/18 114/20 218/8
**widely** [1] 145/13
**wider** [1] 114/13
**wield** [2] 82/17 83/25
**Wilbur** [1] 93/20 93/25 190/2
**will** [186] 6/22 7/12 7/15 10/1 10/8 19/8
22/17 23/6 41/8 54/19 61/23 69/2 69/8
69/12 81/6 89/8 104/1 104/5 104/17
109/18 110/25 111/22 115/24 133/2 145/23
147/5 174/22 177/6 183/16 201/2 203/23
206/8 206/8 229/10 229/20 231/3 231/7
231/16
**willingness** [3] 60/16 61/25 65/13
**win** [2] 34/3 105/21
**Winfield** [1] 70/12
**wing** [1] 97/3
**within** [19] 18/11 22/8 22/13 24/11 32/23
36/24 37/21 38/25 74/8 114/11 161/23
172/15 172/20 172/22 193/3 199/25 203/5
215/11 227/4
**without** [20] 19/4 19/8 21/3 99/19 125/17
125/23 168/18 168/22 177/15 181/12 182/5
182/12 182/17 182/25 184/3 185/6 185/20
185/22 207/14 207/19
**witness** [23] 3/6 40/17 88/21 88/25 89/7
89/14 126/25 133/8 133/11 145/18 188/18
188/22 199/23 200/8 200/13 201/25 202/6
202/6 204/2 204/7 228/8 228/21 229/12
**witnesses** [12] 2/4 209/4 209/5 228/23
229/3 229/16 229/16 229/18 229/21 229/25
230/4 230/25
**woman** [1] 121/25
**women** [4] 47/4 47/11 66/21 122/4
**women's** [1] 120/12
**won** [5] 34/8 214/4 214/8 220/5 223/18
**won't** [3] 27/23 83/21 201/8
**wonderful** [2] 14/25 74/1
**word** [1] 207/24
**words** [2] 179/19 186/21
**work** [52] 12/16 15/1 29/21 38/25 42/11
42/21 48/25 51/7 67/13 68/8 68/14 93/1
96/25 97/2 97/3 98/8 99/7 102/6 104/7
107/3 110/25 112/3 112/13 113/23 114/21
116/9 123/21 133/24 138/3 138/16 140/1
140/3 140/3 140/15 141/21 143/5 143/20
144/16 144/18 144/22 145/15 160/15
160/21 177/3 185/11 191/8 193/3 195/7
214/11 220/9 225/14 229/11
**worked** [12] 41/3 94/12 96/20 96/22 114/2
114/3 120/15 140/12 140/19 142/9 143/15
223/15
**workers** [1] 105/25
**workforce** [7] 105/24 106/8 106/11 107/11
107/13 107/15 109/9
**working** [18] 6/2 16/6 18/12 30/13 34/6
38/23 40/10 97/21 100/5 106/21 111/14
111/17 140/25 141/3 141/10 141/13 143/7
193/11
**workplace** [2] 25/4 31/22
**works** [7] 85/5 99/11 109/15 177/4 185/8
216/22 228/18
**world** [36] 11/23 13/4 32/6 35/18 35/25
36/1 64/18 72/6 74/10 77/10 86/22 88/7
106/18 121/12 124/18 129/6 129/9 129/10
140/4 151/5 181/11 182/5 182/12 183/20
184/3 184/7 184/15 185/6 185/20 185/22
186/4 186/20 187/6 207/13 207/18 208/19
**would** [186] 5/1 5/5 10/21 10/21 10/22
10/23 13/9 13/13 14/10 14/7 14/17 15/12
15/13 16/4 17/8 18/5 28/17 30/4 30/21

## W

**would... [52]**
31/17 31/17 32/21 32/22 32/24 32/25
33/11 33/13 35/6 39/18 40/2 40/8 42/4
42/11 42/13 42/21 43/18 44/22 50/13 51/4
51/6 51/14 51/16 56/22 57/2 58/1 64/14
65/9 65/17 65/18 65/20 66/2 66/24 67/5
67/8 68/8 69/16 69/20 70/5 70/6 70/19
70/21 70/23 71/6 71/8 73/7 73/18 73/19
73/20 74/5 74/7 74/17 76/9 76/11 77/3
77/8 77/9 77/23 78/2 78/10 79/4 79/16
80/24 81/13 81/16 83/17 84/25 85/1 85/8
85/13 85/17 85/21 86/1 87/4 87/7 87/8
87/11 87/15 88/4 88/10 92/19 99/23 100/3
100/8 100/10 100/16 101/4 101/5 101/25
102/15 103/18 113/6 113/6 116/5 116/15
117/21 122/7 123/1 124/5 124/9 124/13
124/17 125/2 125/3 125/11 125/18 130/22
130/22 131/12 137/13 137/20 142/11
144/20 144/21 145/15 146/21 146/23
150/23 151/5 155/7 161/20 168/7 177/15
179/14 180/4 182/17 183/7 184/3 184/6
184/10 184/11 184/16 185/1 186/3 186/10
186/21 187/1 187/7 194/19 195/17 200/6
200/18 204/5 208/10 208/22 208/22 208/24
209/8 209/13 209/14 210/8 210/11 210/18
210/21 210/24 210/24 210/25 215/3 217/20
218/20 219/16 226/19 230/6
**wouldn't [4]** 88/12 88/14 125/20 125/21
**wow [3]** 51/4 119/22 205/20
**write [3]** 12/17 53/24 100/16
**writes [1]** 63/23
**writing [2]** 42/6 197/5
**written [1]** 196/22
**wrong [3]** 102/18 216/2 226/14
**wrote [8]** 12/12 41/15 42/6 45/9 54/14
67/10 186/2 208/3
**WYRICK [5]** 1/16 2/9 122/22 123/10 132/3

## X

**Xavier [1]** 84/19
**XO [1]** 93/19

## Y

**Yale [3]** 41/3 41/19 42/7
**YANG [1]** 1/18
**Yang's [1]** 203/15
**Yankees [1]** 124/22
**Yard [1]** 90/2
**Yeah [15]** 8/3 30/21 49/24 52/19 52/22
61/1 73/22 87/1 146/25 184/17 192/10
194/4 203/1 223/22 225/24
**year [17]** 26/5 82/10 83/11 83/12 83/21
90/21 136/9 139/18 142/10 165/24 172/1
188/4 188/7 193/4 219/18 225/11 225/12
**years [34]** 36/18 37/5 37/6 37/7 37/8
38/12 41/4 41/7 41/22 41/23 70/19 91/6
92/9 92/10 92/10 93/13 101/2 101/13
101/15 101/24 102/1 109/18 113/13 123/14
129/11 134/2 138/3 140/12 140/19 180/21
185/25 188/2 212/7 212/8
**years '23 [1]** 212/7
**years '25 [1]** 212/8
**Yep [2]** 147/3 198/24
**yes [421]**
**yesterday [7]** 3/17 10/20 16/23 18/20
23/8 27/19 53/17
**yet [4]** 24/13 41/5 80/15 214/8
**York [2]** 124/20 125/4
**you [895]**
**you'd [7]** 71/11 100/16 115/16 121/8
121/8 121/14 190/11
**you'll [17]** 3/3 3/5 7/18 10/6 89/10 96/2
97/1 97/2 97/3 111/5 111/18 132/22 133/8
204/1 206/7 229/13 229/15
**you're [93]** 4/17 6/1 6/23 10/5 19/6
20/12 33/19 34/3 34/18 35/4 38/22 38/24
47/16 50/8 50/19 51/1 54/22 57/22 68/1
68/25 80/12 80/21 81/12 85/12 85/16
85/20 85/25 88/21 93/6 99/20 103/17
108/23 111/8 111/9 112/3 112/5 112/5
112/9 112/10 112/13 113/22 113/23 113/23
114/18 114/25 115/6 115/8 115/10 116/14
116/25 116/25 118/17 120/6 121/24 121/25
122/2 122/12 124/24 132/25 134/22 136/7
139/7 139/23 147/7 163/15 166/24 173/25
174/1 181/4 191/23 193/7 193/18 196/8
204/8 204/8 204/10 208/18 210/10 211/15
211/22 212/22 224/10 224/12 224/23 225/1
225/6 225/9 228/7 228/10 229/18 231/4

**you've [37]** 20/19 22/7 39/5 41/1 42/14
50/3 52/8 89/10 99/10 106/9 115/2 115/6
115/7 115/9 123/13 123/25 128/15 140/12
140/19 146/16 159/12 160/8 165/5 166/23
173/13 175/4 189/18 190/9 193/5 204/13
204/16 204/20 204/24 208/25 209/4 225/16
225/19
**younger [1]** 130/8
**your [366]**
**yours [3]** 65/24 65/25 222/9
**yourself [2]** 29/21 119/1

## Z

**zero [10]** 31/17 31/20 32/24 131/15
150/19 166/25 180/6 180/10 181/10 207/3
**zero-sum [1]** 150/19
**ZIP [3]** 166/5 166/5 167/11
**zones [1]** 95/12
**zoom [1]** 75/22
**zoomed [1]** 44/19