```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
 2                    NORTHERN DIVISION

 3   STUDENTS FOR FAIR ADMISSIONS,  )Trial Day 8
                                    )
 4        Plaintiff,                )
                                    )Civil No.
 5        vs.                       )1:23-cv-2699-RDB
                                    )
 6   THE UNITED STATES NAVAL        )Baltimore, Maryland
     ACADEMY, ET AL.,               )
 7                                  )September 25, 2024
          Defendants.              )11:05 a.m.
 8   _____)

 9           TRIAL IN THE ABOVE-ENTITLED MATTER CONTINUED
             BEFORE THE HONORABLE RICHARD D. BENNETT
10

11                   A P P E A R A N C E S

12   On Behalf of the Plaintiff:
          ADAM K. MORTARA, ESQUIRE
13        PATRICK STRAWBRIDGE, ESQUIRE
          J. MICHAEL CONNOLLY, ESQUIRE
14        CAMERON T. NORRIS, ESQUIRE
          JAMES HASSON, ESQUIRE
15        R. GABRIEL ANDERSON, ESQUIRE
          THOMAS R. MCCARTHY, ESQUIRE
16        RACHAEL WYRICK, ESQUIRE

17   On Behalf of the Defendant:
          JOSHUA E. GARDNER, ESQUIRE
18        CATHERINE M. YANG, ESQUIRE
          ANDREW E. CARMICHAEL, ESQUIRE
19        JOHN ROBINSON, ESQUIRE
          MEDHA GARGEYA, ESQUIRE
20        CHRIS E. MENDEZ, ESQUIRE

21   Also Present:
          EDWARD BLUM, STUDENT FOR FAIR ADMISSIONS
22        BRUCE LATTA, NAVAL ACADEMY
          TRACEY URBAN, PARALEGAL
23        LINDSEY O'CONNOR, PARALEGAL
          MICHEAL PUSTERLA, IT
24        BRIAN SIMMONS, IT
                          REPORTED BY:
25                 Ronda J. Thomas, RMR, CRR
```

1 <u>**INDEX**</u>

2 <u>**September 25, 2024**</u>

3

4 <u>PLAINTIFF'S WITNESSES:</u>                    <u>PAGE:</u>

5 Captain Edward Sundberg

6   Direct by Ms. Gargeya                      4
    Cross by Ms. Wyrick                        16
7
  Stephanie Miller
8
    Direct by Mr. Carmichael                  29
9   Cross by Mr. Strawbridge                  105
    Direct by The Court                       135
10  Recross by Mr. Strawbridge                146

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (11:05 a.m.)

2         THE COURT:  Good morning, everyone.  You all may be

3    seated.

4         I want to apologize for the late start.  I had it on

5    really high intelligence this morning that we were going to

6    have a fire drill, and then my key intelligence officer here at

7    the court -- we're laughing -- then advised me later that

8    apparently she was ill advised.

9         So Ms. Herndon, who's really good about these things, her

10   application for the CIA has been withdrawn based upon her lack

11   of intelligence.  But I've gathered on good authority that we

12   do not have a fire drill today.  But I was trying to avoid --

13        THE CLERK:  I didn't say that.

14        THE COURT:  Well, I think you said that.

15        I'm just trying to make sure -- I was trying to make sure

16   we didn't have to rush out of here at 10:00 and stand out in

17   the rain.  So I just said we'll just start at 11:00, with not

18   indicating that there had been a breach in the security.  And

19   apparently there had not been a breach in security; I had bad

20   intel, as they say, which you all understand.

21        The second matter is is that today is the birthday of my

22   court reporter, Ronda Thomas.

23        (Applause.)

24        So we have a card here for you, Ronda.  Turn around here,

25   dear.  There's a card for you.  Happy birthday.

```
 1        And I'll just note that in the card I've indicated to
 2   Ms. Thomas that, if she hadn't worked for me, she'd be five
 3   years younger than she is today.
 4        So, with that, we're ready to continue with the next
 5   witness for the defense.
 6        Yes?
 7             MS. GARGEYA:  Good morning, Your Honor.
 8             THE COURT:  Good morning, Ms. Yang.  Nice to see
 9   you -- I mean, Ms. Gargeya, nice to see you.  We're ready to
10   start?
11             MS. GARGEYA:  Yes, sir.  Defendants will next call
12   Captain Ed Sundberg.
13             THE COURT:  Yes.  Thank you very much.
14             THE CLERK:  Would you please raise your right hand.
15        (Witness sworn.)
16             THE CLERK:  Please state and spell your first and last
17   name for the record.
18             THE WITNESS:  Edward Sundberg, E-D-W-A-R-D,
19   S-U-N-D-B-E-R-G.
20             THE CLERK:  Thank you.
21             THE COURT:  Thank you.
22        Ms. Gargeya, am I pronouncing your name correctly?
23        You may begin.  Thank you.
24             MS. GARGEYA:  Thank you, sir.
25                       DIRECT EXAMINATION
```

```
 1  BY MS. GARGEYA:
 2  Q.   Good morning, Captain Sundberg.
 3  A.   Good morning.
 4  Q.   Where do you work?
 5  A.   And U.S. Naval Academy.
 6  Q.   And what is your position, sir?
 7  A.   I am the deputy commandant for professional development.
 8  Q.   When did you become the deputy commandant for professional
 9  development?
10  A.   About four months ago.
11  Q.   So May of 2024?
12  A.   Yes.
13  Q.   You've been at the Naval Academy before, right, sir?
14  A.   I have, as a midshipman.
15  Q.   When did you graduate?
16  A.   1997.
17  Q.   And what did you study at the Academy?
18  A.   Political science.
19  Q.   Have you earned any other degrees?
20  A.   I have.  I've earned a master of arts in national security
21  affairs from the Naval Postgraduate School.
22  Q.   How many years have you been on active duty, sir?
23  A.   Over 27 years.
24  Q.   I see you're an 06, a captain?
25  A.   Yes.
```

 1   Q.   And you're in the surface warfare community?

 2   A.   I am.

 3   Q.   Have you been deployed, sir?

 4   A.   Yes, numerous times, probably over 10 different

 5   deployments.

 6   Q.   At a general level, could you describe your career in the

 7   Navy?

 8   A.   I've been on five different ships, mainly destroyers and a

 9   cruiser, deployed to the East Coast, West Coast, overseas east

10   coast, west coast, yeah, all over the world.

11   Q.   Turning to your present tour at the Naval Academy, sir,

12   are you involved at all in admissions?

13   A.   No.

14   Q.   As deputy commandant for professional development, do you

15   feel bound to follow the directives of the Department of

16   Defense?

17   A.   I do.

18   Q.   And you're in the chain of command, sir?

19   A.   I am.

20   Q.   Who do you report to?

21   A.   The commandant of midshipmen.

22   Q.   And who does the commandant of midshipmen report to?

23   A.   The superintendent.

24   Q.   Who reports to you?

25   A.   So I have five departments that work for me.  I have the

```
 1  officer accessions talent optimization.  I have sailing.  I
 2  have waterfront readiness.  I have training in seamanship and
 3  navigation.
 4  Q.   What does the department of officer accessions and talent
 5  optimization do?
 6  A.   Essentially, they execute the service assignment process.
 7  Q.   This morning, at a high level, we're going to walk through
 8  the midshipmen service assignment process.
 9       First, pretty fundamentally, what is the service
10  assignment process?
11  A.   Essentially, it assigns midshipmen into the communities of
12  the Navy and Marine Corps upon graduation.
13  Q.   Does race play any role in the service assignment process?
14  A.   No.
15  Q.   When does the service assignment process happen?
16  A.   It roughly starts at the end of August of a first-class
17  midshipman's year there.  And they're notified at the end of
18  November.
19  Q.   Captain Sundberg, you have a binder in front of you.  And
20  we'll put this on the screen too.  I'm going to refer you to
21  DX157 that's previously been admitted.
22       Do you recognize this document, sir?
23  A.   I do.
24  Q.   What is it?
25  A.   It's the service assignment instruction.
```

```
 1  Q.    Who wrote this instruction?

 2  A.    I'm not sure who wrote it.  It was written in 2021.  I

 3  wasn't there.

 4  Q.    Who is responsible for the midshipmen service assignment

 5  process?

 6  A.    I am through my officer accession talent optimization

 7  department.

 8  Q.    Outside of this instruction, sir, do you rely on anything

 9  else to guide midshipmen service assignment?

10  A.    I do.  We get some guidance and directives from the chief

11  of naval personnel.  That -- yeah.

12  Q.    And could you provide examples of those goals and

13  requirements from the chief of naval personnel?

14  A.    Some of those things.  They list out some general

15  requirements that each of the communities have, from degree of

16  requirements to physical requirements.  It also lists for us

17  the directive that greater than 95 percent of the midshipmen

18  need to commission into the warfighting communities.

19  Q.    Thank you, sir.

20        Broadly, what factors go into the midshipmen service

21  assignment process?

22  A.    So there are three main factors that go into it.

23        One are the midshipmen preferences.

24        The second one is, like, needs of the Navy.  So think

25  about the numbers of billets we have to fill for each of those
```

1    communities come down to us.

2         And then the third and last one are the midshipmen

3    aptitude and performance.

4    Q.   Captain Sundberg, of those three areas, what is the most

5    important?

6    A.   There really isn't one that's most important.  I will say

7    that the needs of the Navy and the midshipmen performance drive

8    the process.  However, we honor midshipman preference as often

9    as possible.

10   Q.   Okay.

11        Brian, are you able -- perfect.  Thank you.

12        Is this what you're referring to, sir, that midshipmen

13   qualification, the needs of the Navy and Marine Corps drive the

14   service assignment process; however, midshipmen preferences are

15   honored as often as possible?

16   A.   Yes.

17   Q.   Why is midshipmen preference honored as much as possible?

18   A.   I don't know for sure.  Like I said, I didn't create this

19   policy.  But I would like to think that, if somebody gets

20   assigned a community that they are choosing and want to, that

21   they're going to perform better, they're going to have a better

22   attitude, and they'll be more successful in that community.

23   Q.   How many communities can a midshipman preference, sir?

24   A.   They can put six preferences in.  A couple of those

25   communities are first-choice preference only.  But preferences

1  two through six need to be of the warfighting communities

2  because that gets after the direction that greater than

3  95 percent of the midshipmen need to be assigned to warfare

4  communities.

5  **Q.**    What percentage of midshipmen get their first-choice

6  preference, sir?

7  **A.**    Roughly about 83, 84 percent.

8  **Q.**    And what percentage of midshipmen get their first- or

9  second-choice preference?

10  **A.**    About 94 percent.

11  **Q.**    Okay.  So once midshipmen rank their preferences, what

12  happens?

13  **A.**    So they rank their preferences.  My officer accession

14  department allocates those midshipmen to the various

15  communities based on those first-choice preferences.  Those

16  communities stand up a community assignment board where they

17  evaluate those midshipmen that are desired in their community.

18  They run through their criteria that they have for their

19  communities, and they usually rank those midshipmen 1 through X

20  to determine which ones they would like to tentatively select.

21  **Q.**    And X being the number allotted to that community?

22  **A.**    Correct, or the number of midshipmen that are actually

23  desiring that community.  But sometimes those numbers don't

24  match.  Sometimes there's some communities -- there's more

25  midshipmen that want the community than we have slots

1  available, and so then those communities will have to basically

2  make cuts.  And those midshipmen then end up getting moved to a

3  different community based on their preference.

4  Q.    Captain Sundberg, you mentioned community assignment

5  boards.  Who comprises those communities?

6  A.    Basically, members of those communities that are stationed

7  at the U.S. Naval Academy.  Some of the communities do have --

8  they bring in folks from the outside at part of those

9  communities to evaluate the midshipmen.

10  Q.    Sir, let's discuss what community assignment boards

11  consider when they rank midshipmen.

12       Sir, do you mind reading out the highlighted sentences.

13  A.    "Each community determines the attributes they deem

14  necessary for projected success in the assigned warfare

15  specialty and how those attributes are evaluated, such as

16  summer training evaluations, extracurricular activity, ECA

17  participation, screener performance, and order of merit.  Order

18  of merit is only one of many factors considered in determining

19  the best-qualified midshipmen."

20  Q.    Thank you, sir.

21       So each community determines the attributes they deem

22  necessary for projected success in that specialty and how those

23  attributes are evaluated, right?

24  A.    Correct.

25  Q.    What is summer training?

1   A.   Summer training is -- we send the midshipmen out to the

2   fleet and -- primarily to give them exposure and experience

3   into those communities that they could potentially choose to be

4   assigned to upon graduation.

5   Q.   And so communities can decide how they want to rank

6   midshipmen based on the evaluations from those training

7   programs?

8   A.   Correct.

9   Q.   And communities can consider extracurricular

10  participation?

11  A.   They can.

12  Q.   What extracurriculars can they consider?

13  A.   There's a ton of extracurricular activities that the

14  midshipmen can belong to, but I'll just give you an example of

15  one.

16        There's a Surface Navy Association extracurricular

17  activity that has some affiliation with the surface community

18  and does surface warfare-related-type stuff.

19  Q.   Thank you, sir.

20        And so they can consider extracurricular participation as

21  well?

22  A.   Correct.

23  Q.   What is screener performance?

24  A.   Screener performance can mean a couple things depending on

25  the community.  Some of them have some security clearance

1  screening requirements, and others have physical fitness

2  requirements that those communities have that they screen for.

3  Q.   And communities can consider performance on those screener

4  requirements too?

5  A.   Correct.

6  Q.   And communities can also consider order of merit?

7  A.   They can.

8  Q.   Each community weighs these factors differently, sir?

9  A.   As far as I know, yes.

10 Q.   And order of merit is one of many factors in determining

11 the best-qualified midshipmen, sir?

12 A.   Yes.

13 Q.   Sir, do you know how order of merit is calculated?

14 A.   I do not.

15 Q.   Have you had to weigh any midshipmen's order of merit for

16 this year's process yet?

17 A.   I have not.

18 Q.   What do community assignment boards do with all these

19 factors?

20 A.   They put them all together.  They, like I said, rank the

21 midshipmen based on their community's requirements and -- to

22 tentatively select the best-qualified midshipmen for their

23 community.

24 Q.   Thank you, sir.

25      Now, once communities rank the midshipmen, what happens?

1  A.   So the communities will rank the midshipmen depending on

2  what the community has to fill as far as the requirements of

3  the Navy gives them to fill versus the numbers of midshipmen

4  that are qualified and put that community down as a preference.

5       Some communities have more midshipmen that want them than

6  others, and other communities have less.  And so the

7  communities will make their choices up to the number that

8  they're required to.  Those other midshipmen that are not

9  selected, my officer accession department reallocates them to

10 their next community of choice.  And then those midshipmen

11 basically go through that similar process with their new

12 community to see how they fare, how they rank in that

13 community.  And that process is iterative until all the goals

14 are met.

15 Q.   Sir, is there a body that helps with ensuring that those

16 goals are met?

17 A.   Yes.  So after the community assignment boards do their

18 rankings, then there's a service assignment review board that

19 is convened that monitors that process between the communities

20 to ensure that all the goals are met based on OPNAV directive.

21 Q.   OPNAV being?

22 A.   The operational Navy staff.  Sorry.

23 Q.   Oh, no problem, sir.

24      So who makes up the service assignment review board?

25 A.   It's comprised of five voting members, myself as the

1  chairman; and then the leads of the four major communities, if

2  you will, the Marine Corps, the surface warfare community,

3  aviation, and submarine communities.

4  Q.   And how does the service assignment review board

5  redistribute midshipmen?

6  A.   I would theoretically, because I'm not sure; I haven't

7  done this part of the process yet.  But how it's supposed to

8  happen is they're supposed to monitor that distribution between

9  the communities, that they're done in an appropriate manner.

10 And at the end, if there's any hard spots that need to be

11 filled, that they're done accordingly.

12 Q.   Thank you, sir.  Do either the community assignment boards

13 or the service assignment review board consider race?

14 A.   No.

15 Q.   So once all midshipmen have been distributed and the

16 numbers have been met from OPNAV, what happens?

17 A.   The SARB makes a recommendation up to the commandant for

18 endorsement on those assignments, and then that gets forwarded

19 up to the superintendent for final approval.

20 Q.   The SARB being the service assignment review board?

21 A.   Yes.

22 Q.   And, generally, midshipmen should know their community

23 assignment by November?

24 A.   Correct.

25 Q.   We talked about how order of merit is one of many factors

 1  that communities consider when ranking midshipmen.  Does order

 2  of merit play a role after midshipmen are notified of their

 3  service assignment?

 4  A.   It does.

 5  Q.   What is that role?

 6  A.   It can play into assignment of school dates, say, flight

 7  school, nuclear power school, or even ship selection.  It's the

 8  primary means for doing -- not the only one but the primary one

 9  for doing those type of assignments.

10  Q.   This is what you're referring to, sir?

11  A.   Yes.

12  Q.   Do you know why order of merit is the primary but not

13  singular measure for purposes of follow-on requirements?

14  A.   I don't.

15  Q.   And, to your knowledge, order of merit is not considered

16  after these follow-on requirements, right?

17  A.   Correct.

18           MS. GARGEYA:  No further questions at this time, Your

19  Honor.

20           THE COURT:  Thank you very much, Ms. Gargeya.

21       With that, cross-examination, Ms. Wyrick.

22                        CROSS-EXAMINATION

23  BY MS. WYRICK:

24  Q.   Hi Captain Sundberg.  I'm Rachael Wyrick.  I represent

25  Students for Fair Admissions.

1          We've not met before, correct?

2    A.    Correct.

3    Q.    You attended the Naval Academy, correct?

4    A.    Correct.

5    Q.    And the Naval Postgraduate School for your masters?

6    A.    Yes.

7    Q.    All right.  And you were assigned surface warfare out of

8    the Academy; is that correct?

9    A.    Correct.

10   Q.    And since then you've been to Millington, Tennessee,

11   twice?

12   A.    Correct.

13   Q.    And you've been to Rhode Island once or twice?

14   A.    Yes.

15   Q.    Been a lot of different places.

16         You've been to Japan twice; is that right?

17   A.    Correct.

18   Q.    And some other places in between.

19         Just out of curiosity, did you choose any of those duty

20   stations, or were you ordered there?

21   A.    I guess it's both.

22   Q.    And you entered this role in May; is that correct?

23   A.    Correct.

24   Q.    So this is your first round of really seeing this matching

25   process work out?

 1  A.    Correct.  Yeah, it's just getting started.

 2  Q.    Right.  You're here to discuss the service selection

 3  process from the Naval Academy to various Navy and Marine Corps

 4  communities.  Is that an accurate description?

 5  A.    It is.

 6  Q.    Your job is to help match midshipmen and their strengths

 7  and preferences with the needs of the Navy and Marines.  Do I

 8  have that right?

 9  A.    Correct.

10  Q.    Would you describe it any other way?

11  A.    No.

12  Q.    And you've done placements or assignments like this

13  before; is that correct?

14  A.    Yes.

15  Q.    Similar?

16  A.    Similar based on the three things that we use for the

17  process, yes.

18  Q.    You've been at Navy Personnel Command out of Memphis

19  twice?

20  A.    Correct.

21  Q.    So I want to make sure I understand a few things.  I don't

22  want to go back through everything that we've just seen, but

23  there are a few things I have some questions about and I'd like

24  your help clarifying.

25        If we can pull up DX157 that's already in evidence.  It's

 1  also PX309.

 2       So I just want to go over this at a very high level.  We

 3  can use this document, but I really just want some clarity from

 4  you.

 5       I think I understand, but can we go to the community

 6  service and screening section on page 2.

 7       That will be 5(a)(2) at the bottom of the page.  It says,

 8  "Some Navy and Marine Corps communities have additional

 9  documented screening requirements"; is that right?

10  A.   Correct.

11  Q.   Who conducts those community service screenings?  Is that

12  the same thing as the CAB?

13  A.   The CAB?  The CAB, the community assignment board,

14  doesn't -- the board itself does not conduct those screenings.

15  Those screenings are done ahead of time with the communities.

16  Q.   Okay.  Perfect.  So that's before the CAB review?

17  A.   Correct.

18  Q.   All right.  How many members -- I just want to make sure I

19  get this right.  How many members are on each CAB?

20  A.   That depends.  It's up to the community to decide.

21  Q.   Do you know if there's an average range or number?

22  A.   I don't.

23  Q.   You're not aware?

24       All right.  And how many CABs are there?

25  A.   I don't have an exact number.  I would like to say that

 1  every community has one, but I don't think that's the case.

 2  Q.   And so is it -- the community service screenings is for

 3  academic, physical, and professional aptitude; is that right?

 4  A.   Restate the question, please.

 5  Q.   I think it's 5(a) on page 2.  It says, "Midshipmen

 6  Screening."  It's for medical and community-specific screening

 7  for academic, physical, and professional aptitude.

 8      So is that what happens prior to the CAB review by members

 9  of the different communities?

10  A.   Yes.  The -- there are some qualifications that are

11  required that each of the communities have.  Sometimes those

12  midshipmen don't meet those qualifications, and so they're not

13  allowed to choose those particular communities.

14      So, as an example, if they're not physically qualified,

15  they're not able to choose certain communities.

16  Q.   And this screen evaluates candidates merely on a pass/fail

17  basis; is that right?

18  A.   I can't say that for sure for all of them, that they're

19  pass/fail, because I know some of the screenings are numerical.

20  So there could be a range.  But, again, I don't know all the

21  communities' requirements.

22  Q.   Is this screen to evaluate a candidate against those

23  additional minimum qualifications you just described?

24  A.   They're the same qualifications that are listed there that

25  the community assignment boards evaluate, the ones that we

1  listed before from all of those different activities to

2  screening requirements to physical and medical requirements.

3  Q.    Okay.  Let's take a look at some of them, then.

4        For example, on page 3, the second full paragraph.  For

5  midshipmen who desire a Marine Corps assignment, they must

6  complete leatherneck training; is that right?

7  A.    Correct.

8  Q.    And that's an example of something that these screens

9  would evaluate?

10 A.    Correct.

11 Q.    Great.  In the next paragraph, for midshipmen who desire a

12 Navy or Marine aviation assignment, they must attain qualifying

13 scores on the aviation selection test battery.

14       Do you see that?

15 A.    I do.

16 Q.    And that's another example of what these community

17 screening panels might evaluate?

18 A.    Correct.

19 Q.    Great.

20       And for those interested in submarine and nuclear warfare,

21 a selection panel screens academic, athletic, and performance

22 records; is that correct?

23 A.    Correct.

24 Q.    And under (e), midshipmen interested in SEALs must meet

25 physical and medical requirements of a Naval special warfare

1   officer candidate; is that accurate?

2   A.   It is.

3   Q.   And they must participate in and complete one of the SEAL

4   screeners; is that right?

5   A.   Correct.

6   Q.   And do you know what those SEAL screeners entail?

7   A.   Not specifically, no.

8   Q.   It also says that they must complete SEAL officer

9   assessment and selection; is that accurate?

10  A.   Correct.

11  Q.   And moving on, for those interested in an explosive

12  ordinance device assignment, they must meet all physical and

13  medical requirements of an EOD officer; is that right?

14  A.   It is.

15  Q.   And they must complete an EOD screen; is that accurate?

16  A.   (No audible answer.)

17  Q.   The instructions refer to an EOD accessions board on

18  page 4.  And am I correct in my understanding that that is

19  different than a community assignment board?

20  A.   Can you show me the paragraph.

21  Q.   Yes.  It is on page 4, paragraph 4.

22       Is that the same thing as what some of these community

23  screenings would do and that happens before the CAB review?

24  A.   It's the same thing, that I'm aware of.

25  Q.   Great.  Thank you.

1    So you would agree that these assignments I just went

2    through are examples of communities that have additional

3    minimum qualifications; is that correct?

4    A.   Correct.

5    Q.   So what happens after these selection panels do their

6    work?  Is that when it next moves to the community assignment

7    boards?

8    A.   It depends on the community, but some of these panels are

9    the same thing as the community assignment boards.

10   Q.   So if it's the same thing or if it's moved on to a

11   different CAB, that's where the hard ranking of the midshipmen

12   occurs; is that right?

13   A.   Or the panels.  The panels, community assignment board,

14   some of the communities use those terms synonymously.  And

15   they've already ranked those midshipmen, and they've produced

16   some tentative selections of which they would like to do based

17   on the numbers that they have to fill.

18   Q.   And let's say it goes to the CABs.  Let's say that the

19   screening panel is different than the CAB for a specific

20   community.  That is where -- or when CABs would start ranking

21   midshipmen.  And the ranking determines follow-on requirements,

22   like ship assignment, flight school, or nuclear power school

23   dates; is that right?  That's on page 3 in paragraph A.

24   A.   That's not correct.

25   Q.   That's not correct.  Can you explain to me?

1   A.   Those community assignment boards, if they are separate

2   from a panel, then that means the panel probably didn't rank

3   them; and so then the community assignment boards would rank

4   those midshipmen to fill the numbers that they have.

5         But the school dates and follow-on assignment dates happen

6   after the midshipmen have already been assigned a community and

7   approved by the superintendent.

8   Q.   All right.  But that -- am I correct that that is where

9   the order of merit really comes into play, is for those

10  follow-on?

11  A.   Depends on how you're using the term "really comes into

12  play," like "really."  I would say it's used in the process.

13  As I said before, it's one of the factors before, and it's the

14  primary factor after notification is complete with determining

15  school dates and ship assignments.

16  Q.   Primary but not singular measure for this purpose is

17  what --

18  A.   For this purpose, follow-on notification, yeah.

19  Q.   I'd like to now talk about where folks tend to go when

20  we're looking at these assignments.  If we can look at what's

21  been marked as Plaintiff's Exhibit 610, which is already in

22  evidence.

23        This is a document entitled "USNA Class Years 2014 to

24  2024."  It was prepared by internal research at the Naval

25  Academy and reports class year by service assignment and by

 1   race/ethnic group.

 2        So please go ahead and take a look.  At the bottom left

 3   corner it says the source is MIDS, which is the Midshipmen

 4   Information System; is that right?

 5   A.   Yes.  I don't know what MIDS stands for, but...

 6   Q.   That's the same system where midshipmen designate their

 7   six preferred service assignments.  Do you agree?

 8   A.   Correct.

 9   Q.   So this is data your office uses to effectuate placements

10   at some point; is that right?

11   A.   That's not correct.

12   Q.   It's not correct.  Could you tell me what they use that

13   information for?

14   A.   I don't at all.  My office doesn't either.

15   Q.   Okay.  Back on 309, page 4, paragraph B, it refers to

16   midshipmen designating their preferred service assignments in

17   MIDS.  That is accurate?

18   A.   That's correct.

19   Q.   But you don't know where that information goes after its

20   entered into MIDS?

21   A.   Which information are you referring to?

22   Q.   The midshipmen preference entry.

23   A.   It stays in MIDS.  The midshipmen preference entry stays

24   in MIDS.

25   Q.   All right.  Let's go back to 610, please.  The first page

 1  reflects data for 2014; is that correct?

 2  **A.**   Yes.

 3  **Q.**   Let's flip to the back page.  It's page 11.  And take a

 4  look at the 2024 data for some of those assignments we

 5  discussed earlier.

 6       You'll see special operations EOD.  No African Americans

 7  went to special operations in 2024; is that correct?

 8  **A.**   If you're telling me, sure.  I wasn't here, so...

 9  **Q.**   And no -- let's look at special warfare SEALs.  No African

10  Americans went to the SEALs in 2024; is that correct?  Can you

11  see that on the screen?

12  **A.**   It's blank; so the assumption is it's zero, but I don't

13  know, like I said.

14  **Q.**   Yes, sir.  And submarine nuclear, last one, four African

15  Americans went to submarines in 2024; is that right?

16            **MS. GARGEYA:**  Your Honor, I'm going to object on

17  foundation.  Captain Sundberg wasn't here for this service

18  assignment cycle.  This is from 2024.  He joined the Naval

19  Academy around May 24th of this year.

20            **THE COURT:**  Well, I understand.  We can go through

21  this a little bit.  I mean, if he has only limited knowledge of

22  it, we don't just need to go through a document and have the

23  counsel just cite what the document states.

24       So I'll let it go a little further, but you've got to lay

25  a little more foundation.  If he's not really part of the

1   creation of this document, Ms. Wyrick.  It's in evidence.

2           MS. WYRICK:  Your Honor, I'm finished using it at this

3   point.

4           THE COURT:  That's fine.  That's fine.  The objection

5   is noted.  Thank you.  It's withdrawn, then.  Objection's

6   withdrawn.

7   BY MS. WYRICK:

8   Q.   Captain Sundberg, are you familiar with the type of data

9   or the types of historical placements of midshipmen at

10  different assignments?

11  A.   No.

12  Q.   You're not.  So you don't know whether special

13  operations -- based on what you've just seen, could you tell me

14  that special operations is one of the least diverse selection

15  assignments?

16          MS. GARGEYA:  Your Honor, objection.

17          THE COURT:  Sustained.  He doesn't have any basis for

18  the knowledge.  That's clearly argument counsel can make.  It's

19  inappropriate question, and it's sustained.  Objection is

20  sustained.

21          MS. WYRICK:  Yes, Your Honor.  No further questions,

22  then.  Thank you for your service.

23          THE COURT:  Thank you very much, Ms. Wyrick.

24      Any redirect, Ms. Gargeya?

25          MS. GARGEYA:  No, Your Honor.

 1          **THE COURT:**  Captain Sundberg, thank you very much for

 2    being here.  And thank you for your service.  With that, you

 3    are excused.  You shouldn't discuss your testimony with anyone

 4    in the event that you're called back to the witness stand.

 5    Thank you, Officer -- Captain Sundberg.

 6          **THE WITNESS:**  Thank you, Your Honor.

 7          **THE COURT:**  Thank you very much.

 8       With that, as I understand it, the next witness is

 9    Stephanie Miller.  Is that right, Mr. Carmichael?

10          **MR. CARMICHAEL:**  Yes, Your Honor.  Deputy Assistant

11    Secretary of Defense.

12          **THE COURT:**  Okay.  Thank you.

13          **MR. STRAWBRIDGE:**  While Ms. Miller takes the stand,

14    Your Honor --

15          **THE COURT:**  Sure.  She's in the courtroom.  Go ahead.

16          **MR. STRAWBRIDGE:**  I just wanted to make a quick note

17    that Ms. Wyrick has to depart for a previously scheduled

18    engagement.  As you know, she came to us in the middle of this

19    trial as a bit of relief.  I did not want her to be able to

20    leave without noting for the Court --

21          **THE COURT:**  Ms. Wyrick, nice to have you.  And good

22    luck in the traffic out there in the rain.

23          **MS. WYRICK:**  Thank you very much.

24          **THE COURT:**  Have a nice day.

25          **THE CLERK:**  Good morning.  Please raise your right

 1  hand.

 2       (Witness sworn.)

 3            THE CLERK:  You can have a seat.  Please state and

 4  spell your first and last name for the record.

 5            THE WITNESS:  Stephanie Miller.  Stephanie is

 6  S-T-E-P-H-A-N-I-E.  Last name Miller, M-I-L-L-E-R.

 7            THE CLERK:  Thank you.

 8            THE COURT:  Mr. Carmichael.

 9                    DIRECT EXAMINATION

10  BY MR. CARMICHAEL:

11  Q.   Good morning, Ms. Miller.

12  A.   Good morning.

13  Q.   Where are you currently employed?

14  A.   I work for the Department of Defense, specifically within

15  the Office of the Secretary of Defense.

16  Q.   And is there another level down at the -- that you work

17  at?

18  A.   Yes.  Within the office of the Secretary of Defense, I

19  specifically work for the Undersecretary of Defense for

20  Personal and Readiness, who is presently the Acting Honorable

21  Secretary Ashish Vazirani.

22  Q.   What is the Office of the Undersecretary of Defense?

23  A.   Broadly, it's the undersecretary that's responsible for

24  personnel and readiness, which encompasses a couple of

25  different categories, such as health affairs, manpower and

1  reserve affairs, our readiness division.  There's multiple

2  different divisions within P&R that broadly help manage with

3  the services, service members families, and support programs.

4  **Q.**   What is your current job title?

5  **A.**   My title is the deputy assistant secretary of defense for

6  military personnel policy.

7  **Q.**   What are your job responsibilities?

8  **A.**   Broadly, I'm responsible for working with the services and

9  providing oversight to maintain the all-volunteer force.

10 **Q.**   Does your office oversee the service academies?

11 **A.**   We do as part of our accession division.

12 **Q.**   When did you assume your present position?

13 **A.**   Approximately two years ago, in summer of 2022.

14 **Q.**   Is your position part of the senior executive service?

15 **A.**   It is.

16 **Q.**   What is the senior executive service?

17 **A.**   The senior executive service is the cadre of senior

18 civilians, roughly equivalent to our general and flag officers.

19 It's a portion of the Department of Defense that helps maintain

20 continuity as we see political leadership and military

21 leadership evolve over time.

22 **Q.**   Can you provide exams of some of the policies you

23 currently oversee?

24 **A.**   Certainly.  Within our accession division, it's broadly

25 responsible for all entry requirements.  That includes

1  recruiting, qualification standards, medical standards.  It

2  includes looking at N strength and the number of service

3  members we need to bring in each year.

4       It also looks at recruiting, marketing and advertising,

5  and other incentives.  It's responsible for the GI Bill within

6  our office of enlisted personnel division that's responsible

7  for officer assignments, to include joint officer assignments.

8       It's responsible for awards and decorations, such as the

9  Medal of Honor.  It's responsible for voluntary education

10  programs and programs for separation and retirement of all

11  service members.

12       And then within our pay and compensation division, we

13  broadly set pay policy to include basic pay tables, special

14  incentive pays.  We look at geographic incentive pays,

15  hazardous duty pays, imminent danger pay.  We look at

16  retirement pay, such as -- at various different ways of

17  managing the force through pay incentives.

18       Within our general and flag officer division, we manage on

19  behalf of the Secretary of Defense the assignment and

20  promotions of all one- through four-stars and work in

21  combination with the Chairman of the Joint Chiefs of Staff for

22  selection to joint assignment positions, such as combatant

23  command position.

24       Within our financial readiness division, we're broadly

25  responsible for working with the services to ensure financial

1  readiness for service members and families, to include managing

2  responsibly the blended retirement system.

3        And last, but not least, we're also responsible for the

4  armed forces chaplain's board as well.

5  **Q.**   In your current position, have you testified before

6  Congress?

7  **A.**   I have.

8  **Q.**   What was the topic of your most recent congressional

9  testimony?

10 **A.**   In 2021 I represented the department to Congress on issues

11 pertaining to recruiting and retention.

12 **Q.**   How long have you been part of the senior executive

13 service?

14 **A.**   Approximately 10 years.

15 **Q.**   Is that all with the Department of Defense?

16 **A.**   It is.  I served approximately six years as the director

17 of accession policy, a little bit over a year as the director

18 of office and enlisted personnel management and general and

19 flag officer management, and then the last two as the deputy

20 assistant secretary of defense for personnel military policy.

21 **Q.**   You -- I think you mentioned that you were the director of

22 officer and enlisted personnel.  What were your job

23 responsibilities of director of officer and enlisted personnel?

24 **A.**   I'll just expand a little bit on what I mentioned before.

25 That division is responsible for working with the services for

1  the management of current service members focused on

2  recruiting, retention, and assignment as well as separation and

3  retirement.

4  Q.   And what was your position prior to that?

5  A.   Prior to officer and enlisted personnel management, I was

6  the director of accession policy.

7  Q.   What does accessions mean?

8  A.   Accessions is a term that we use just broadly to mean

9  entering into the military, making that conversion from a

10 civilian to a military member.

11 Q.   What policies were you responsible as director of

12 accessions?

13 A.   Again, I'll expand a little bit on what I said before.

14 This has to do with everything from marketing and advertising,

15 working with the services for broad programs to increase

16 propensity and willingness to serve.  It also helps manage the

17 entry requirements, establishes many of the entrance

18 requirements such as moral, medical, conduct, dependent status,

19 et cetera.

20      We're also responsible for working with intel and security

21 to establish personnel security and suitability requirements

22 for entry into the military.

23      And then we work certain incentive programs, such as the

24 GI Bill and others to incentivize individuals to continue -- or

25 to select military service.

1        We're also responsible for all military testing programs,

2   such as the Armed Services Vocational Aptitude Battery, the

3   ASVAB, and other officer accession requirements, such as the

4   aviation battery that was previously mentioned.

5        And we're responsible for officer commissioning sources,

6   such as the Academy's ROTC programs, enlisted-to-officer

7   programs, and other smaller programs, such as Officer Candidate

8   School.

9   **Q.**   Was this also an SES position?

10  **A.**   It was.

11  **Q.**   How long did you serve as the director of accessions?

12  **A.**   Approximately six years.

13  **Q.**   And what other positions have you held at the Department

14  of Defense?

15  **A.**   Prior to the senior executive services positions that we

16  just discussed, I served as a special assistant to both

17  Secretary Hagel and Secretary Carter in a broad capacity,

18  responsible for P&R programs, personnel and readiness programs,

19  and some other programs, such as budget and comptroller.

20  **Q.**   What positions did you hold before you joined the

21  Department of Defense?

22  **A.**   Before I was a member of the Office of the Secretary of

23  Defense, I was a civilian for the Department of the Navy.  I

24  served as a legislative fellow working for Senator Susan

25  Collins as a Navy civilian.  I also served in the Navy's Office

1  of Diversity and Inclusion in the Office of Women's Policy.

2  **Q.**    Were you ever on active duty?

3  **A.**    I was, yes.  I served on active duty from approximately

4  2001 to 2008 and then served several years following as a

5  reservist.

6  **Q.**    What was your specialty while you were on active duty?

7  **A.**    I was a surface warfare officer, largely focusing on

8  engineering systems.

9  **Q.**    Did you deploy when you were surface warfare officer?

10  **A.**    I did.

11  **Q.**    When and where did you deploy to?

12  **A.**    I deployed twice, largely to the Middle East, during 2002

13  and 2003 in support of the Iraqi Freedom and Operation Enduring

14  Freedom.

15  **Q.**    Could you describe your post-high school education.

16  **A.**    Yes.  I went to Villanova University on a Navy ROTC

17  scholarship.  I have a degree in English literature and

18  business administration with a naval science minor.  And then I

19  pursued a master's degree and hold a master's in education from

20  George Washington University in adult education and human

21  resources.

22          **MR. CARMICHAEL:**  Your Honor, at this point I'd like to

23  qualify Ms. Miller as an expert in military personnel policy.

24          **THE COURT:**  Any voir dire on this, Mr. Strawbridge?

25          **MR. STRAWBRIDGE:**  No, Your Honor.

1        **THE COURT:**  She'll be so accepted as an expert in the

2   area of military personnel policy.

3        **MR. CARMICHAEL:**  Brian, could we pull up DX81, please.

4   **BY MR. CARMICHAEL:**

5   **Q.**   Ms. Miller, what is this document?

6   **A.**   This instruction is one of the instructions that we have

7   oversight for, or I specifically have oversight.  This is a

8   Department of Defense Instruction 1322.22.  This is military

9   service academy as it broadly governs the management of the

10  service academies.

11  **Q.**   Is the Naval Academy a primary commissioning source for

12  Navy and Marine Corps officers?

13  **A.**   It is.

14  **Q.**   What are the other primary commissioning sources for Navy

15  and Marine Corps officers?

16  **A.**   The other two primary sources are Reserve Officer Training

17  Corps, ROTC, and OCS, Officer Candidate School.

18  **Q.**   I want to pull up 3a and b.

19       Does 3a and b describe some of the primary purposes of the

20  service academies?

21  **A.**   It does.  It specifically provides information about the

22  purpose of the service academies and their general objectives.

23  **Q.**   Could you read the 3a and b into the record.

24  **A.**   Yes.

25       3a states that "The academies provide, each year, newly

1   commissioned officers to each service that have been immersed

2   in the history, traditions, and professional values of the

3   military services and developed to be leaders of character,

4   dedicated to a career of professional excellence in service to

5   the nation.

6        3b.  "The accession of those officers generates a core

7   group of innovative leaders capable of thinking critically, who

8   will exert positive peer influence to convey and sustain these

9   traditions, attitudes, values, and beliefs essential to the

10  long-term readiness and success of the military services."

11  Q.   When somebody graduates from the Naval Academy, what is

12  their rank upon commissioning?

13  A.   They would either be an ensign in the Navy or a second

14  lieutenant in the Marine Corps.  We generally refer to that as

15  O1, which is the first level of commission service.

16  Q.   When somebody graduates from ROTC, what is their rank upon

17  commissioning?

18  A.   It is also O1, also an ensign or a second lieutenant.

19  Q.   When somebody graduates from OCS, what is their rank upon

20  commissioning?

21  A.   Most people who graduate from OCS would also be an ensign,

22  second lieutenant, or an O1.  However, within OCS we allow for

23  constructive credit in certain scenarios where an individual

24  has attained a high degree of education or professional

25  licensure, which will allow us to bring them in at a slightly

1  higher rank if it's deemed appropriate to do so.

2  **Q.**   If most individuals commission from the Naval Academy ROTC

3  and OCS as the same rank, O1, then what's the purpose of the

4  Naval Academy?

5  **A.**   I think citing right back here to this exhibit, to

6  Sections 3a and 3b, the academies are innovative and specific

7  institutions that we rely upon to have a steeped officer corps

8  that graduates with a greater degree of knowledge, expertise,

9  and understanding of military tradition and history than what

10 we necessarily see at ROTC and OCS.

11      Inevitably, ROTC, OCS, and the Academy all obtain a

12 baseline level of requirements to be a successful naval or

13 Marine Corps officer; however, the academies, including the

14 Naval Academy, is specifically designed to ensure a higher

15 degree of experience, education, qualification, and preparation

16 for officership.  And as you can see here, we rely upon them to

17 be a positive peer influence to others from other commissioning

18 sources to help convey that military and Navy history and

19 tradition.

20 **Q.**  About what percentage of new Navy and Marine Corps

21 officers each year are commissioned out of the Naval Academy?

22 **A.**  Approximately 20 percent.

23 **Q.**  About what percentage of new Navy unrestricted line

24 officers each year are commissioned out of the Naval Academy?

25 **A.**  Approximately 28 to 30 percent.

1  Q.   What explains that higher percentage of new unrestricted

2  line officers?

3  A.   As was stated by the previous witness, we have

4  requirements for the Naval Academy to commission approximately

5  95 percent or higher of their graduating classes into those

6  unrestricted line warfare communities.

7           MR. CARMICHAEL:   Brian, we can take that down now,

8  please.

9  BY MR. CARMICHAEL:

10 Q.   What is an unrestricted line officer in the Navy?

11 A.   An unrestricted line officer is the category of

12 communities within the United States Navy that broadly

13 encompass our warfare specialties.

14 Q.   What are examples of communities of -- or specialties for

15 an unrestricted line officer?

16 A.   These include communities such as the surface warfare

17 communities -- those are our ships at sea; aviation; it

18 includes our submarine officers and special forces to include

19 explosive ordinance disposal.

20 Q.   Are unrestricted line officers the only officers in the

21 Navy that can command ships and submarines and aircraft

22 squadrons?

23 A.   Correct.

24 Q.   What is a command billet?

25 A.   A command billet is that senior leadership opportunity

1  where we have individuals who compete, and they're selected

2  based upon their sustained performance over time.  Most often,

3  they're sustained in superior performance at sea, and they are

4  generally responsible for our warfare fighting platforms.

5  **Q.**    Why are unrestricted line officers the only officers that

6  can command our warfare fighting platforms?

7  **A.**    Because they develop over the course of a career specific

8  knowledge, skills, abilities to actually manage the multiple

9  different warfighting dynamics on a certain platform.  They've

10  been trained in joint qualifications.  They know the

11  operational structure of the military and how to operate within

12  it.  They understand how to broadly work with other military

13  services and international forces.  They have ultimate

14  responsibility for their unit to include responsibility to

15  apply the Uniform Code of Military Justice in discipline

16  situations.

17  **Q.**    Does this mean that most command billets are unrestricted

18  line officers?

19  **A.**    Correct.

20  **Q.**    Is having a command billet important for promotion in the

21  Navy?

22  **A.**    It is, ultimately.  For our senior cadre of leadership,

23  which generally would include our O6s, often captains or

24  colonels and beyond into the general and flag officer ranks,

25  it's of critical importance to be selected and to perform well

 1   in a command billet.

 2   **Q.**   Are disproportionate number of warfare command billets

 3   filled by Naval Academy grads?

 4   **A.**   They are.  As an example, right now we have 12 Navy

 5   carriers, and of those 12, 8 of them are commanded by Naval

 6   Academy graduates, meaning that approximately 67 percent of our

 7   largest warfighting platform in the United States Navy is

 8   commanded by a Naval Academy graduate.

 9   **Q.**   By contrast, what is a restricted line officer in the

10   Navy?

11   **A.**   A restricted line community are those communities that

12   largely are in combat support roles.  This would include

13   intelligence, cryptology, supply, and logistics.

14   **Q.**   What is a staff corps officer in the Navy?

15   **A.**   A staff corps officer is a cadre of officers that usually

16   correlate to a profession outside of the military.  So these

17   are your medical officers, your dental officers, your JAGs or

18   lawyers, and chaplains.

19   **Q.**   Now putting up a charge of officer ranks.

20        We've talked a lot about this during the trial, but we now

21   have the visual that we can put in the record.

22        Is the gold bar on the far left, is that an O1?

23   **A.**   It is.

24   **Q.**   And this is the rank we were talking about earlier that

25   Naval Academy, ROTC, and most OSC graduate as?

1  A.   Correct.

2  Q.   I want to go to the other side where we start at 07 where

3  it says "General officer, flag officer."

4       Do you see that?

5  A.   I do.

6  Q.   What is a flag officer?

7  A.   A flag officer is a term that we use for those officers

8  that have achieved the admiral ranks, either one-star through

9  four-star.

10 Q.   What is the significance of a flag officer?

11 A.   That is our senior-most leadership cadre inside of the

12 United States Navy and is equivalent, of course, to one-

13 through four-star generals as well.

14 Q.   Can you give the Court some examples of what positions you

15 might see somebody fill at the 07, 08 level?

16 A.   Certainly.

17      At an 07 and even 08 level, that's generally the first

18 opportunity to command an integrated warfare group such as a

19 carrier strike group, which would include the carrier as well

20 as several other ships.

21      And then at the 09, that's the three-star level, that

22 would be where you would start to see deputy commanding

23 generals of combatant commands and other joint integrated

24 global organizations.

25      And then at the 010, or four-star, level that's where you

1  see the Chairman of the Joint Chiefs of Staff and a service --

2  or a service commanding officer such as the chief of naval

3  operations.

4  Q.   And the combatant commanders, are those O10 as well?

5  A.   They are as well.  All of our combatant commanders are

6  O10s, or four-star admirals or generals.

7  Q.   Are the majority of flag officers in the Navy also

8  unrestricted line officers?

9  A.   Correct.

10 Q.   About what percentage are unrestricted line officers?

11 A.   Within the Navy, out of all officers, it's approximately

12 68 percent.  And then when you look at the O9s and 10s, it's as

13 much as 78 percent of Navy flag officer positions are

14 unrestricted line positions.

15 Q.   Why are such a high percentage of flag officer billets

16 unrestricted line officer billets?

17 A.   Ultimately, because we rely upon those ranks, again, to

18 lead those joint integrated warfare fighting areas, both the

19 platforms and manage the ability to apply strategic strike

20 capabilities to support national defense priorities.

21 Q.   Do a large percentage of flag officers in the Navy and

22 Marine Corps tend to be Naval Academy graduates?

23 A.   They do.

24 Q.   About what percentage?

25 A.   Generally, it's a larger proportionate population than

1  what we see from other commissioning sources.

2  **Q.**    Ms. Miller, plaintiffs has alleged that Naval Academy

3  graduates comprise a small fraction of all entry-level naval

4  officers and, therefore, those graduates cannot make a

5  difference in terms of the diversity of the officer corps.

6       What's your reaction to that claim?

7  **A.**    I think that reflects a lack of appreciation for how

8  important those officers are and the knowledge, skills, and

9  abilities that they graduate with by virtue of having spent

10  four to five years at the Naval Academy or truly any service

11  academy.

12       Again, it constitutes 20 percent of the graduating class.

13  But, again, proportionately for those that retain, we see them

14  selected at higher rates than other commissioning sources for

15  those senior positions, both 06 and admiral.

16  **Q.**    And you said earlier that it was -- that two-thirds of the

17  carriers are commanded by Naval Academy grads?

18  **A.**    That's correct.

19  **Q.**    I think we had -- Admiral Fuller testified yesterday that

20  it was 40 percent of Naval Academy -- 40 percent of the flag

21  officer ranks are Naval Academy grads.  Is that number

22  consistent with what --

23  **A.**    That's consistent with what I have reviewed as well.

24  **Q.**    Have you heard the military described as a closed-loop

25  promotion system?

1  **A.**    Yes.  That's a term that we frequently use.

2  **Q.**    What does that mean?

3  **A.**    Generally, it means that there's limited opportunity to

4  actually bring in an officer outside of the initial

5  commissioning point.

6  **Q.**    Why is a closed pipeline relevant to the Navy's diversity

7  efforts?

8  **A.**    Because we, again, have limited opportunity to bring

9  people in during the course of a career.  Specifically within

10  those unrestricted line or warfighting communities, we have

11  even statutory requirements that require officers to build

12  certain skills over time such as joint qualifications.

13      You cannot obtain the rank, particularly of three and four

14  stars, if you've not obtained those certain qualifications that

15  inherently are only attained during the course of a full

16  career.

17  **Q.**    So I kept this chart up here because I want to walk

18  through some illustrations of what a closed-loop system is.  My

19  understanding is that your brother is the commanding officer of

20  a Navy destroyer presently?

21  **A.**    He is, yes.

22  **Q.**    Okay.  If you don't mind, I'll use him as an example in

23  there -- in this.

24      So what is a destroyer?

25  **A.**    So a destroyer is one of our primary warfare platforms.

1  It's often the first opportunity for command for a surface

2  warfare officer.

3  **Q.**    And what rank is somebody when they're commanding a

4  destroyer?

5  **A.**    Generally an 05, also known as a commander.

6  **Q.**    So that's the silver oak leaf in the middle of the chart?

7  **A.**    It is, yes.  Correct.

8  **Q.**    Okay.  About how long would it take for somebody to become

9  an 05 and a commander of a destroyer?

10  **A.**    Usually about 15 to 20 years.

11  **Q.**    Can you give me an example of the typical pipeline that

12  would lead to command of a destroyer?

13  **A.**    I can.  So for commander of a destroyer, a surface warfare

14  officer would have to, again, demonstrate sustained performance

15  over multiple jobs.  So starting the beginning as an 01 and 02,

16  you would serve as two division officer tours, frequently on

17  two different ships.

18      You would then have some time at shore, where you would

19  start working on those joint qualifications.  Then you would

20  return to sea as a department head, most often for two

21  department head tours, again, frequently on two different

22  platforms.

23      You would then return to shore for a shore tour, again

24  working on those joint qualifications.  You would return to sea

25  as an executive officer, or the second in command of that ship.

1   And, eventually, if you do a good job in that XO tour, then you

2   will move forward to be an 05 commander of that same ship.

3   **Q.**   Okay.  And so just for the record, the division officer

4   tours, those were 01, 02?

5   **A.**   Correct.  And then department head is generally 03, 04.

6   Executive officer can start as 04, and frequently you fleet up

7   to 05, and then the captain of the ship of a commander --

8   excuse me -- of a destroyer in this case would be an 05.

9   **Q.**   Is there any way to short-circuit that process and bring

10  in somebody from the outside and put them right in as commander

11  of a destroyer?

12  **A.**   No.

13  **Q.**   Okay.  And then what would somebody -- from 05 on, what's

14  another command position that somebody might have as the 06,

15  the next one over?

16  **A.**   As an 06, or a captain in the Navy, you would have the

17  opportunity to compete for what we refer to as a senior command

18  position or a major command position.  These are going to be

19  command of a larger ship, often a cruiser or a large-deck

20  amphibious ship.

21  **Q.**   I think Admiral Fuller yesterday said he was commander of

22  a destroyer squadron as an 06.  Is that --

23  **A.**   Yes, that's another example.  We have various different

24  commodores and captains that serve in a role that is

25  responsible for destroyer squadrons to help overseas, multiple

1  different destroyer squadrons.

2      I served in a destroyer squadron.  And, Drew, I believe

3  you did too.  I think we served at the same time in two

4  different destroyer squadrons.

5  Q.  Correct.

6      If the officer is selected for 07, what might be a command

7  that they might have?

8  A.  So, again, at 07 and early 08, again, that would be the

9  opportunity to command, say, a carrier strike group, which

10  would be an integrated unit of multiple different ships.

11  Q.  How long would it typically get to be commander of a

12  carrier strike group?

13  A.  Usually about 25 to 30 years.

14  Q.  Is there any way to short-circuit that and bring in

15  somebody right from the outside and make them commander of a

16  carrier strike group?

17  A.  No.

18  Q.  Okay.  So let's go all the way to the right side for the

19  four stars.

20      Is that the rank of the chief of naval operations?

21  A.  It is.

22  Q.  Okay.  About how long would it take somebody to become the

23  chief of naval operations?

24  A.  Approximately 35 or more years.

25  Q.  Is there any way to short-circuit that and bring in the

1  CEO of some other company and put them in as the chief of naval

2  operations?

3  A.   No.

4  Q.   Now, we just went through an example of how the closed

5  system works for the Navy.

6       Does it work the same way for the Marine Corps?

7  A.   Generally, yes.

8           MR. CARMICHAEL:  Thanks, Brian.  We can take that down

9  now.

10  BY MR. CARMICHAEL:

11  Q.   Can DoD, the Navy, and Marine Corps consider race and

12  ethnicity later in an officer's career when making promotion

13  and assignment decisions?

14  A.   No.

15  Q.   So in a closed-loop promotion system, how can the Navy and

16  Marine Corps attain a racially and ethically diverse group of

17  senior officers to command ships, submarines, and aircraft

18  squadrons?

19  A.   It relies in that large part on that large incoming group

20  through our accession and commissioning sources.

21  Q.   Does the fact that the Navy and Marine Corps cannot

22  typically consider race and ethnicity in making promotion

23  assignment decisions later in an officer's career make it more

24  or less important to consider race and ethnicity for admittance

25  to the Naval Academy?

1  A.   I believe more because, again, you have to start with that

2  large pool that you bring in.  And then you need to sustain and

3  develop them over the course of time, making sure that they

4  obtain the wide range of experiential learning and then

5  qualifications in joint assignments to then be even eligible to

6  compete for our higher leadership positions.

7  Q.   Are there certain Navy unrestricted line communities that

8  are less diverse than others?

9  A.   There are.  Generally, we see less diversity in our

10 aviation, submarine, and special forces divisions.

11 Q.   Plaintiff has made the argument that, to achieve diversity

12 in certain communities, that the Navy could stop considering

13 race and admissions to the Naval Academy but then consider race

14 and ethnicity in assignment process to reallocate officers to

15 different communities.

16     What's your reaction to that argument?

17 A.   Again, I think that that lacks an appreciation for overall

18 human resources management and military personnel management.

19     We want to make sure, as the previous witness indicated,

20 that we have a strong match between the knowledge, skills,

21 capabilities, and interests of the individuals to the service

22 opportunities that we have.

23     And we try to do that to the greatest extent that we can,

24 as indicated by some of the percentages that the previous

25 witness provided.  It is true that certainly we do take into

1  account, where needed, the needs of the individual service

2  concerned, but we recognize and have evidence over many years

3  of managing the force that if we inevitably force someone to go

4  into a community that they're not necessarily interested in,

5  then we're likely to see higher attrition over time, which is

6  not in the best interests of the Navy nor the department.

7  **Q.**    If you took somebody from -- you know, say, an African

8  American and took them from the surface warfare community and

9  made them an aviator, does that just mean the surface warfare

10  community is now less diverse?

11  **A.**    That's correct, Drew.

12      I mean, generally, because we have this closed-loop system

13  both in the United States military but also at the service

14  academies, because the number of individuals that we can either

15  bring into the academies or sustained in active duty service is

16  constrained by Congress, then, inevitably, if you're moving one

17  group of people from a community to another, it's just

18  essentially redistributing the total population.

19  **Q.**    I think I saw you reaching for water.  You might not have

20  known, but I put it behind the screen.

21  **A.**    Thank you.

22  **Q.**    Okay.  I want to discuss ROTC for a bit now.

23      What is ROTC?

24  **A.**    ROTC is another one of our primary commissioning sources.

25  It stands for Reserve Officer Training Corps.

1   Q.   How do the military services award ROTC scholarships?

2   A.   It's vis-a-vis a selection board.  Because we only have

3   ROTC units at certain brick-and-mortar universities and

4   colleges, we have to rely upon where the individual is actually

5   offered admissions.  And then we can take a look at if they

6   meet the certain qualifications to become an officer, certainly

7   baseline qualifications in terms of academic performance as

8   well as medical requirements and then ability to successfully

9   complete the course of instruction and ultimately the potential

10  to be a successful officer.

11  Q.   How is that -- how is ROTC different than the Naval

12  Academy?

13  A.   The Naval Academy and ROTC programs are two very different

14  programs.  Within ROTC, again, we're relying upon the initial

15  admissions of the college or university where the ROTC unit is

16  located.  So we're not evaluating necessarily their academic

17  qualifications to complete that four years of academic

18  instruction; rather, we're looking at their ability to complete

19  the specific academic and training and education requirements

20  we have in addition to their potential to be an officer.

21       And, generally, because there are certain restrictions

22  both from a legal and policy level on considering race and

23  ethnicity or gender in a selection process, then we cabin our

24  review to that whole-person review outside of those dynamics.

25  Q.   So I think you mentioned this, but does the Navy consider

1  race and ethnicity when awarding ROTC scholarships?

2  A.   We do not.  And, again, I mentioned one of the reasons for

3  that.

4      The other reason is that we have a broad representation of

5  ROTC units across the country to include a wide range of

6  colleges and universities which also includes historically

7  Black colleges and universities and other minority-serving

8  institutions.  And so generally we see a higher percentage of

9  diversity coming out of those ROTC programs by virtue of those

10 schools.

11     I should also acknowledge it's a wide range of how schools

12 are necessarily classified, Tier 1 versus Tier 2 schools.  And

13 so the range, if you will, of academic rigor might be different

14 across the spectrum.

15 Q.   Does DoD monitor the location and size of an ROTC unit to

16 see if it's producing a diverse group of officer candidates?

17 A.   We do.  Among many different ways of evaluating the health

18 of our commissioning sources, we will take a look at whether

19 we're seeing applications increase or decrease.  We take a look

20 at four-year, three-year, and two-year scholarship

21 opportunities.

22     We take a look at where we're seeing applications for ROTC

23 at certain schools increase or decrease.  And then we try to

24 manage the total number of scholarships to ensure that we're

25 responsive to where we're seeing the demand signal as well as

1  making sure that we have a broad range of, I would say,

2  geographic representation.

3  Q.   Has the fact that civilian universities cannot consider

4  race and ethnicity in their admissions impacted the diversity

5  of the officers coming in through ROTC?

6  A.   I think that remains to be seen.  It's something that

7  we're certainly keeping close tabs on by virtue of some of the

8  more recent admissions outcomes that are being reported by

9  schools such as MIT and Harvard.

10       I think it reasons that we may see a decline in diversity

11  ultimately within ROTC units since, again, we're reliant upon

12  their entry and acceptance into those colleges and universities

13  before we can award them a scholarship.

14  Q.   If DoD does see a -- I'll start that over.

15       If DoD does see a reduction in diversity at ROTC, would

16  that mean that consideration of race and ethnicity in the

17  admissions process at the Naval Academy would increase in

18  importance?

19  A.   I certainly believe so.  Again, it's one of the limited

20  areas where we are able to take that small consideration.  And

21  if we are unable to do so in other aspects and we see that

22  diversity decline in some of those other commissioning sources,

23  then it becomes ever more important to ensure that other

24  primary commissioning sources such as the Naval Academy do have

25  that representation.

1  Q.   I want to now put up DX204.

2       Ms. Miller, have you seen this document before?

3  A.   I have.

4  Q.   What is this document?

5  A.   This is an analysis that was provided to the Court.  It's

6  generally -- it generally represents the type of analysis that

7  we do to analyze the health of our commissioning sources.  It

8  broadly provides a snapshot of retention over several different

9  critical points as well as looking at specific representation

10 demographics in certain grades.

11 Q.   Looking at the top, it says -- well, let's turn to page 2.

12      At the top it says that this is from the Defense Manpower

13 Data Center active-duty master file from 2001 to 2024.

14      What is the Defense Manpower Data Center?

15 A.   The Defense Manpower Data Center, or DMDC for short, is

16 the primary and authoritative source from which we do personnel

17 and manpower analysis.  They maintain the overall statistics

18 for the Department of Defense.  They're the authoritative

19 source for this data.

20 Q.   Why does the data start in 2001?

21 A.   For a few different reasons.  Generally, we felt that '01

22 through 2024, 2023 represented a 20-plus-year career, which

23 gives you a sense of retention patterns over time through that

24 20-year point, which is when individuals can obtain a full

25 retirement.

1          It's also where we had the most consistent data available

2    to us and the most recent.

3    Q.    It's also a good year group.  It'll actually have me in

4    there, then.

5    A.    And myself.

6          (Laughter.)

7    BY MR. CARMICHAEL:

8    Q.    Did DoD only present data on active-duty service members?

9    A.    We did.  We did that on purpose because, again, all

10   graduates from the Naval Academy must graduate, with rare

11   exception, into the active-duty force.  And then it also

12   provides the most representative sample of a typical career

13   pattern.

14         We certainly could have included reserve component

15   information.  Reserve component promotion and retention looks

16   very different and has different requirements than active duty;

17   so it was most important to provide the active-duty

18   information.

19   Q.    Okay.

20         Can we turn to page 3, please.

21         What is Table 1?

22   A.    Table 1 is a coded race and ethnicity group definition

23   table.  It provides the codes that we typically use associated

24   with the definitions for race and ethnicity.

25   Q.    Why were these specific race and ethnicity groups used for

1  this document?

2  **A.**   This corresponds to guidance from the Office of Management

3  and Budget that applies to all federal agencies.

4  **Q.**   When does DoD collect this demographic information from

5  the service member?

6  **A.**   Typically, we collect it at the point of entry.  So in

7  this case it would be on entry into the Naval Academy.  And

8  there's frequently an opportunity to update this information

9  throughout the course of an individual's career.  That most

10  often occurs when you report into a new command and you're

11  reviewing all of your personnel information with the

12  administrative division.

13  **Q.**   So this is all -- this would be self-identified?

14  **A.**   It is, yes.

15  **Q.**   And I see on Table 1 there's an abbreviation that

16  indicates multiple race codes.  Who would be encompassed in the

17  multiple race codes category?

18  **A.**   It could essentially be two different communities.  It

19  could be those that actually self-identified as being

20  multiracial, or it could be those who actually selected two

21  different races such as Black/African American or

22  White/Caucasian.

23  **Q.**   Could we now turn to page 4, please.

24       Okay.  This page is headed "USNA and USMC Active Duty 01

25  Racial and Ethnic representation over time."

1      What does Table 2 on this page show?

2  A.    Table 2 provides that '01 year group by cohort size by

3  race and year group.

4  Q.    Are there any trends that you see in this data?

5  A.    Yes.  Generally, the data indicates that we've seen an

6  increase in Black, multiracial, and Asian representation over

7  the course of time.

8  Q.    Can we go to page 5, please.

9      What does Table 3 on page 5 show?

10 A.    Table 3 is the same information essentially as Table 2 but

11 now represented as a percentage of the total year group.

12 Q.    Are there any trends that you see in this one?

13 A.    Again, this helps represent that growth over time in

14 specific areas such as Asian, Black, and multiracial.

15     I should note too that we do see a corresponding decline

16 in the White/Caucasian, but that reasons is, again, this is a

17 closed-loop system.  So, inevitably, if you see one group

18 increase, you're likely to see another group decrease.

19 Q.    Okay.  And then -- I guess this is what you were

20 mentioning, that in 2001 there was an 85 percent White and then

21 in 2023 72 percent?

22 A.    Correct.

23 Q.    Could we turn to page 6, please.

24     What does Figure 1 on this page show?

25 A.    I'm sorry.  I thought you were continuing your question.

 1  **Q.**    No, no.  I'm switching pages.

 2         What does Figure 1 on this page show?

 3  **A.**    Figure 1 is a graphical representation of that same

 4  information that was on the previous table.  In this case, we

 5  combined all of the minority groups together for the ease of

 6  being able to observe the trends.

 7         And what you can generally see here is that, over time,

 8  minority has increased and we've seen some decline in White.

 9  But, again, that's rational in this case.

10  **Q.**    Because it's a closed loop?

11  **A.**    That's correct.

12  **Q.**    I think you used the term, it was "a finite number"?

13  **A.**    Correct.  Again, statutorily controlled.

14  **Q.**    Could we turn to page 7, please.

15         What does Figure 2 on this page show?

16  **A.**    Figure 2 is the same graphical representation as Figure 1.

17         In this case, you can see the dotted line, which

18  essentially is the raw data juxtaposed against the trends line.

19  We provided this just so that you could see the variation over

20  time.

21  **Q.**    Okay.  Is this dotted line behind every trend line that

22  we're going to go through?

23  **A.**    It is, yes.

24  **Q.**    I think we have two on each.  So we'll just skip the

25  dotted line one going forward to move it forward.

1      Could we go to page 8, please.

2      What is Table 4 showing at the top of page 8?

3  A.   This shows that same '01 year group cohort size but now

4  demonstrating ethnicity.

5  Q.   What are the ethnicity categories represented here?

6  A.   In this case, HSP stand for Hispanic, NOD stands for not

7  disclosed, NOH stands for not Hispanic.

8  Q.   Why were these specific ethnicity categories chosen here?

9  A.   Again, OMB has us collect the data this way and

10  essentially only provides one ethnicity category, which is

11  Hispanic.

12  Q.   And what does the bottom table show, Table 5?

13  A.   That is the same information now represented by percent.

14  Q.   Could we go to Figure 3 on page 9.

15      What does this chart show?

16  A.   This is the graphical representation of that previous

17  table.  And here you can observe that we've seen a slight

18  increase in Hispanic representation over time, again, with a

19  slight decrease in the non-Hispanic.

20  Q.   Do you know why that there would be a high percentage

21  there on the ethnicity category of undeclared?

22  A.   I do not.  This is self-reported data.

23  Q.   Could we go to page 11, please.

24      This one is titled "USN and U.S. Marine Corps active-duty

25  retention over time."

1    What does retention mean in this context?

2  **A.**    Here what we provided was what we call retention at the

3  officer first gate.  So this is at approximately five years of

4  service.  For the benefit of being able to determine what the

5  retention pattern was in this data, which is typical, we

6  provided five years and six months to account for any changes

7  or separations.

8  **Q.**    What does first gate mean?

9  **A.**    So first gate typically refers to the first opportunity

10 that the majority of officers have the ability to leave the

11 military service, in this case, the Navy.

12 **Q.**    Okay.  And you said that was five years for most graduates

13 of the Naval Academy?

14 **A.**    That's correct.

15 **Q.**    Are there some circumstances it would be longer than five

16 years?

17 **A.**    There are.  Our aviation pipelines typically incur a

18 larger -- longer service obligation.  It's typically eight

19 years.  In some cases we do allow graduates to go on to pursue

20 additional education, graduate school education, in which case

21 we may add an additional service obligation.  That situation

22 applies to my current military assistant, who went to Oxford

23 after graduation.

24 **Q.**    What does the chart at the bottom show, Table 6, I guess?

25 **A.**    So this shows the average retention rates by race,

1   category, and year group at that first five-year period, five

2   years and six months.

3   Q.   Could we go to page 12, please.

4       What does Figure 5 on page 12 show?

5   A.   This shows the trend for retention.  It's the graphical

6   representation of that previous chart.  It shows it at that

7   first-gate period by racial category.

8   Q.   Are there any trends you see in this -- in this chart?

9   A.   Generally we see retention improving over the course of

10  time for both groups.

11  Q.   Okay.

12      Could we go to page 14, please.

13      What is shown on this page?

14  A.   This is first-gate retention by ethnicity.

15  Q.   Are there any trends you can identify from the data here?

16  A.   Again, we see relative improvement in retention patterns

17  over the course of time.  It would be appropriate to

18  characterize the non-Hispanic retention category as somewhat

19  more flat.

20  Q.   Before we move on from first-gate retention, are there

21  any -- are there any overall trends that you see for first-gate

22  retention?

23  A.   Again, we're seeing general retention improvement over the

24  course of time, which is good.  Again, as that first

25  opportunity to potentially leave the military service, we want

1  to make sure that we are retaining that largest pool of talent

2  forward to eventually select for other leadership

3  opportunities.

4        So this gives us a good sense of what pool we may be

5  working with versus those that might have elected to leave,

6  which is a loss for us in terms of training and education,

7  particularly at the academies, where we invest anywhere between

8  250 to 400,000 in each individual at a service academy.

9  **Q.**   So goes without saying, I guess.  You said it is a very

10 good thing that if -- that retention from net Naval Academy

11 graduates is going up beyond the five-year mark?

12 **A.**   Correct.

13 **Q.**   Could we turn to page 17, please.

14        What is shown on that page and in this chart?

15 **A.**   So this is 10-year retention by race.

16 **Q.**   Why was the 10-year mark picked for this dataset?

17 **A.**   10-year is a typical and critical point in time for us to

18 observe retention patterns amongst officers.  This is typically

19 when most officers will have obtained a higher degree of

20 qualification and certification.

21        For example, within the aviation community at this point,

22 they have obtained their flight qualifications and have likely

23 performed a large number of flight hours through their first

24 operational assignments.  That means that they may be

25 attractive to outside companies, like the airlines.

1    So we see dynamics, such as kind of pull factors, from

2  those civilian opportunities; and then we see some internal

3  factors, push factors, such as the fact that at this point they

4  may have attained a family to include children.  This is when

5  we start to see interest in geographic stability start to

6  emerge.  So that may play a decision in the retention patterns.

7    At 10 years we're also starting to get a good sense of how

8  competitive they are for those future opportunities and whether

9  they may be on track or slightly off track.  This is a key

10 moment in time to be either able to have that conversation with

11 the officer and advise of additional training and assignment

12 opportunities to help make them more competitive later on or

13 for some reason they are so far off track that it is not in

14 their best interest to potentially retain.

15 **Q.**   Could we go to page 18, please.

16    What does Figure 9 on that page show?

17 **A.**   Excuse me.  Could you repeat the question?

18 **Q.**   Yes.  What does Figure 9 on that page show?

19 **A.**   So this shows 10-year retention by racial category.

20 **Q.**   Are there any trends you see in this chart?

21 **A.**   Here, we see a slight improvement over the course of time

22 for both minority and White categories.

23 **Q.**   Could we go to page 20, please.

24    What does this chart show?

25 **A.**   This shows 10-year retention by ethnicity category.

1  Q.   Are there any trends you see in this chart?

2  A.   In this chart we see that the non-Hispanic population has

3  generally increased over time, and we do see declines in the

4  Hispanic population.

5  Q.   I'll ask you a question about that in a minute.  But for

6  now we'll go on to page 22.

7       What is depicted on that page?

8  A.   This is retention at 15 years of service, and this is

9  specifically by race group and year group.

10 Q.   Why was 15-year picked for this dataset?

11 A.   15 years is another typical time period in which we review

12 the status of officer health.  We know that generally, if the

13 officer has retained at 15 years, then they're most likely to

14 continue on to retain to at least 20, which was that point in

15 time I mentioned where you qualify for full retirement

16 benefits.

17      It's also the point in which we are seeing selection to

18 some of those significant command opportunities, and so that

19 gives us a sense of where we might see our future leaders start

20 to emerge.  And it's a critical period in which we start

21 working with individuals to place them into development

22 opportunities that generally lead to stronger consideration for

23 flag or general officer.

24 Q.   Could we go to page 23, please.

25      What does Figure 13 on that page show?

A.   This represents -- it's a graphical representation of that

previous table that shows trends over time for race category at

the 15-year point.

Q.   Are there any trends you see in this chart?

A.   Again, we see some small growth over time in retention for

the minority population.  And we see some small decline for

White, but it can also be characterized as relatively flat.

Q.   Can we turn to Figure 15, please.  Page 25, Figure 15.

     What does Figure 15 on this page show?

A.   This is a graphical representation of 15-year retention by

ethnicity.

Q.   Are there any trends you see in this chart?

A.   Yes.  We see a decline in Hispanic retention over time,

and we see, again, relatively flat retention at non-Hispanic.

This makes sense to me given what we looked at at 10 years.

Q.   Has DoD looked into what appears to be a decline in

retention rates for Hispanic at the 10- and 15-year mark?

A.   We have.  I would say that we have reviewed that in a

broad sense across all Hispanic officer retention patterns.

But since that pattern is consistent with what we see here for

the Naval Academy graduates, I think it's applicable.

Q.   And what did DoD learn with that study?

A.   There's a range of factors that we have observed that play

into Hispanic officer retention over time.  A couple of those

factors could be the initial community that they select to go

 1   into.  In some cases, even if it is an unrestricted line

 2   community, there are certain platforms within those communities

 3   that may be more advantageous than others.

 4        For example, we often see more senior officers selected

 5   from those who go to cruiser or destroyer tours than we might

 6   see from amphibious ships.

 7        Same thing within the aviation community.  We see kind of

 8   greater promotion opportunities from our fixed-wing aircraft,

 9   such as fighter jets, as opposed to rotary wing or helicopters

10   or some of other platforms, such as P8s which are essentially

11   our submarine hunters.  So it could be a matter of where they

12   are entering into initially.

13        We also see that, within the Hispanic officer population,

14   they're very strong on community and family ties.  So we do see

15   sometimes they are requesting to stay in a certain location for

16   geographic stability, both for their immediate family and

17   perhaps their extended family.

18        Then we also have observed that there may be a lack of

19   general mentorship and coaching and education that may be

20   occurring that kind of plays into, ultimately, some of their

21   requests for certain assignments.

22        It's critically important, as we've observed in multiple

23   different studies, to have these strong mentorship and

24   development opportunities to advise individuals where they

25   should be considering opportunities that may lead to further

1  advancement.

2  **Q.**    Do you think having a more diverse officer corps helps

3  provide those greater mentorship opportunities?

4  **A.**    Absolutely.  I think it would be a mistake to assume that

5  you have to have a mentor or coach that looks exactly like you,

6  but I think that it is certainly appropriate -- and the

7  evidence and research would demonstrate this, that there is a

8  certain benefit to being able to connect with an individual who

9  perhaps has shared experiences as you.  That might be the same

10 race or ethnicity or gender, or it could be amongst race,

11 ethnicities, or genders, particularly in minority communities,

12 because there's often shared experiences in terms of being a

13 smaller representation as part of a larger organization.

14       So it is important to make sure that we have that broader

15 officer pool with diverse representation to provide that

16 mentorship in coaching and also to demonstrate that you can do

17 this.  We often find within these communities that there's a

18 lack of self-efficacy or belief that they can be successful,

19 particularly if they don't see those that look like them who

20 have already achieved that success.

21 **Q.**    Could we turn to page 28, please.

22       What does that page show.

23 **A.**    Here we see -- just to make sure, at page 28, Table 12?

24 **Q.**    Yes.  Page 28, Table 12.

25 **A.**    This is information for 20 years of service by racial

1  group, specifically for Naval Academy graduates into the Navy

2  and Marine Corps.

3  Q.   How does the 20-year data differ from the retention data

4  at the 5-, 10-, and 15-year marks that we just went through?

5  A.   These are counts or snapshots in time within each year

6  using the September information, so fiscal year date, within

7  each cohort.

8  Q.   Are there any trends you see in this chart?

9  A.   Generally, we see, again, an improvement over time of

10  minority populations, specifically Asian, Black, and

11  multiracial.

12  Q.   Could we turn to page 29, please.

13       What does the table here show?

14  A.   So this is, again, similar representation of each racial

15  group with 20 years of service, and then the following table

16  provides ethnicity.  This is a percentage versus raw.

17  Q.   Percentage.  Okay.

18       All right.  Could we go to page 31, please.

19       What does this page show?

20  A.   This is the demographics for active duty O6 officers in

21  the Navy and the Marine Corps.

22  Q.   Since this is broken down by rank in a specific year, does

23  that mean that an O6 who obtained the rank of -- or somebody

24  that obtained the rank of O6 in 2002 could also be captured --

25  in 2022 could also be captured in the 2023?

A.    That's correct.  And this is all individuals with that

rank of 06, and so this could include some prior enlisted

service.

Q.    Are there any trends that you see in this chart?

A.    Again, we see general improvement over time amongst Asian,

Black, and multiracial groups.

Q.    So more 06s, more percentage -- excuse me.  More 06s are

minorities in 2023 than they were 20 years ago?

A.    That's correct.  And, again, I think it's appropriate to

acknowledge that here we're talking about 06s in service during

these periods of time.

       And again, also, closed-loop statutorily controlled; so

that's why you don't see much variation in the total of number

of 06s from year to year.

Q.    About how long does it take to make 06?

A.    Usually about 20, 25 years.

Q.    Okay.  Could we -- I want to flip back to page 5 for a

moment.  Okay.  This was some of our initial -- initial data

that we went through.

       Plaintiff has made the point that, in the last few Naval

Academy classes, Asian Americans are slightly overrepresented

relative to the general population.

       Do you see the year group 2022 and 2023 for Asian

Americans on this chart?

A.    I do.

1  Q.   Do you see -- I don't know if I can -- for the 2022 and

2  2023, it looks like Asian were 8 percent of the new 01s and

3  Asians were 9 percent of the new 01s at 2023.

4       Does that look right?

5  A.   Correct.

6  Q.   Are those percentages higher than the general population

7  of Asian Americans?

8  A.   Yes.  They're slightly higher than the current population,

9  which is a little bit over 7 percent, I believe.

10 Q.   Can we flip back to page 32.

11      So this is the 06 data again.  So I want to look at Asian

12 Americans again for 2023.  Is that correct that that is

13 2.9 percent in 2023 for 06?

14 A.   Correct.

15 Q.   That's below the percentage of Asian Americans in the

16 general population, correct?

17 A.   Well below.  But, again, at 06, this represents the

18 population that inherently would have been there 20, 25 years

19 ago.

20 Q.   Do you know --

21 A.   I would say, because we've seen improvement in retention

22 over time of minority populations, it reasons that that higher

23 percentage that we brought in of Asian Americans at that 8 and

24 9 percent, because we've seen improved retention over time, it

25 reasons that we would be cautiously optimistic that we may see

1  higher retention at 06 in again 20 to 30 years.

2  Q.   Because I guess in 2001 and 2002, it has zero for those --

3  A.   Correct.

4  Q.   And now it's 3 percent?

5  A.   Correct.

6  Q.   But not quite 7 percent?

7  A.   No.

8  Q.   What is the table -- I still have both up, but what does

9  Table 18 on the bottom show?

10  A.   Table 18 is the same information now with ethnicity.

11  Q.   Could we go to page 33.

12       What does this chart show?

13  A.   This is the percentage representation of that ethnicity at

14  the 20-year mark -- excuse me.  Not 20 years.  Excuse me.  At

15  the 06.

16  Q.   Are there any trends that you see in this?

17  A.   We've seen, again, some small improvements over time, even

18  for Hispanic populations.

19  Q.   Could we go to page 35, please.

20       What does that page show?

21  A.   This shows Navy and Marine Corps general and flag officers

22  from -- identified by racial group over time, specifically for

23  those who commissioned from the Naval Academy.

24  Q.   Okay.  And similar to the 06 data, could somebody

25  potentially be counted twice if they made flag in, say, 2022

1  and are still a flag in 2023?

2  A.   That's correct.

3  Q.   Are there any trends that you see in this chart?

4  A.   Again, we see small but measurable improvements for

5  minority populations over the course of time.

6          MR. CARMICHAEL:  Brian, could we pull up the other

7  one.  That one.

8  BY MR. CARMICHAEL:

9  Q.   So I noted -- is it that -- in 2001 flag officers were

10 99 percent White?

11 A.   That's correct.  And then over the course of time, now

12 it's approximately 92 percent.  So, again, small but

13 measurable, but it's still a predominantly White and, I would

14 say, male senior cadre.

15 Q.   And then, I guess, Asian Americans there are 1.8 percent.

16 Is that correct?

17 A.   That's correct.

18 Q.   Could we turn to page 36.

19      What does this page show?

20 A.   This is, again, Navy and Marine Corps general and flag

21 officers identified by ethnicity over time.

22 Q.   Are there any trends that you see in this chart?

23 A.   Again, I feel that we see small but measurable

24 improvements in Hispanic representation within the general and

25 flag officers over time.

 1  **Q.**    Okay.  Could we pull down the slides now.

 2       Are there any overall trends that you see in this group of

 3  charts?

 4  **A.**    Yes.  I think, as I've consistently stated, we see small

 5  but measurable improvements in diversity representation over

 6  time, both for retention and then overall counts, which is a

 7  good news story.  It means that I think we're doing a better

 8  job of not only selecting but then developing and retaining and

 9  promoting that talent over the course of time.

10       I think it's really important, though, to acknowledge how

11  long this has taken and how small incrementally the gains are.

12  So, again, we are reflecting small populations from 20 or 30

13  years ago.

14       For myself and my role as a deputy assistant secretary for

15  military personnel policy, it's encouraging to see the growth

16  and diversity that is coming, in this case, through the Naval

17  Academy.  It gives me some reason to be cautiously optimistic

18  that we can develop this talent over time; and, again, in 20 to

19  30 years, then we may see larger representation in our senior

20  ranks.

21  **Q.**    And this is with the consideration of race and ethnicity

22  over the last 30 years; is that correct?

23  **A.**    That's correct.  And so, again, for the work that we do,

24  we are very mindful that, quite frankly, if we were to be

25  prevented from considering it, even in a limited fashion, that

1  we would see potentially very different outcomes.  Much has
2  been reported by other Tier 1 institutions, which could then
3  have a critical impact on retention and representation over
4  time.
5      And I should say, while we certainly take a hard look at
6  the flag and general officer community, it's really important
7  to have that representation at the O6 level.  It would be
8  inaccurate to say that someone who retires at an O6 has not
9  been a fully successful and influential member of the military.
10 It still represents only about 5 percent of the Navy.  So even
11 if we can see growth into that critical grade, that would be
12 considered a success.
13 Q.   And you mentioned earlier that O6 was a major command,
14 right?
15 A.   It is, yes.
16 Q.   Typically, aircraft carrier commander and destroyer
17 squadron?
18 A.   That's right.  So, again, we mentioned the vast majority,
19 more than 95 percent, of Naval Academy graduates are required
20 to go into those unrestricted line communities.  So, again, if
21 we saw a decline in representation at the Academy, then it
22 reasons that we would see a decline in those unrestricted line
23 communities over time, and that can have significant impacts, I
24 believe, for the force.
25      What this represents is our hedge against the risk of

1  experiencing some of those racial tensions that we saw in the

2  past and a potential disinterest by other minority groups, to

3  include women, of potentially serving in the military where

4  they don't see themselves represented and they don't believe

5  that they may be successful.

6  Q.    What benchmarks does DoD use to measure the level of

7  diversity it would like to see in its officer corps?

8  A.    We use several different benchmarks to evaluate our health

9  of the force.  I'll start broadly and kind of work down to

10 something more narrow.

11     So we look broadly at the demographics of the United

12 States as compared to our current active duty and reserve

13 force.  We then take a look at those that are eligible to serve

14 by virtue of our established qualifications.

15     We also take a look at those that are eligible for officer

16 programs at a higher degree of qualification.  We take a look

17 at the representation of diversity in officer as compared to

18 enlisted cadres.

19     And then we also take a look at the representation of

20 senior officers, generals and flag officers, to the junior

21 officer population.

22 Q.    Okay.  I'd like to go through each one of those that you

23 mentioned.

24     What do you mean by comparison to the overall U.S.

25 population?

A.   Pardon me.  In comparisons to the broader U.S.
demographics, we typically rely upon census data, specifically
the American Community Survey Data, which includes broad
information about race, ethnicity, gender, age.  It includes a
range of statistics that we look at.

Q.   And what did you mean by comparison to the eligible
population?

A.   Inevitably, joining the military requires that you meet
certain qualifications.  I've mentioned health or medical
qualifications.  We also have certain requirements to achieve
certain scores on our entry exams.  We also take a look at,
again, if you have any record of criminal activity.

      And then we also take a look at the number of dependents
that you have.  We limit the number of individuals who are
allowed to come into the military based upon dependent status
with some waiver opportunities, in large part because our basic
pay table is not designed to support larger families at those
lower ranks.

Q.   What sort of differences does DoD see between the overall
U.S. population and the eligible U.S. population?

A.   Unfortunately, over the course of the last several years,
we've seen declining eligibility amongst the general youth
population, that's usually 17 to 24 years of age.  Just a few
short years ago, approximately 29 percent of Americans would
qualify for service without a waiver.  That eligibility

1  threshold has declined to about 23 percent, in large part

2  because we've seen an increase amongst that youth population

3  for disqualifying factors such as mental health and behavioral

4  health and obesity.

5  **Q.**   What did you mean by comparison of the officer corps to

6  the enlisted ranks?

7  **A.**   Again, we feel that it's critically important that we

8  have -- or we work towards greater representation within the

9  officer community as compared to the enlisted community.

10  Generally, we have been successful at achieving representation

11  or parity with the eligible population for the enlisted ranks,

12  but we see larger disparities within the officer ranks.  And,

13  again, we think it's critically important, for a number of

14  reasons, to have that diversity and close to equal

15  representation for officers to enlisted cadre.

16  **Q.**   About what percentage of the enlisted force is minority?

17  **A.**   Approximately 40 percent.

18  **Q.**   So is the Navy close to meeting any of these metrics that

19  you laid out?

20  **A.**   Generally for the enlisted force, yes; for the officer

21  force, no.  It's much smaller.

22  **Q.**   So for the officer corps, the Navy is not close to meeting

23  the overall U.S. population or eligibility or enlisted?

24  **A.**   No.  No, we're not.  And it's something that we're mindful

25  of.

```
 1           MR. CARMICHAEL:  Your Honor, I have about half hour
 2  left to go.  I don't know if this is --
 3           THE COURT:  This might be a good spot to stop for
 4  lunch.  We'll take an hour-and-10-minute break.  I've got to
 5  meet with some of the other judges for a meeting today.  So
 6  we'll break and reconvene at 2:00.
 7       Secretary Miller, it's better if you don't talk with
 8  anyone -- you should not talk with anyone about your testimony
 9  while you're on the witness stand.  So the best thing is, I've
10  been advising people, just have lunch by yourself if you can.
11       So with that, we'll stand in recess until 2:00.
12           THE CLERK:  All rise.  This Honorable Court is now in
13  recess.
14       (A recess was taken from 12:48 p.m. to 2:11 p.m.)
15           THE COURT:  Good afternoon.  You all may be seated.
16       You may continue, Mr. Carmichael.
17           THE CLERK:  Mr. Carmichael, if you don't mind speaking
18  up a bit.  It's hard to hear you through the sound system.
19           MR. CARMICHAEL:  Okay.
20  BY MR. CARMICHAEL:
21  Q.   Ms. Miller, before the break, I asked you what the
22  percentage of enlisted members are minority, and you said
23  40 percent.
24       Do you remember that?
25  A.   Yes.
```

1  Q.   I forgot to ask you the follow-up question, which is when

2  you add in ethnic minorities, specifically Hispanics, to that

3  40 percent, do you know what it is?

4  A.   Not immediately, no.  But, ostensibly, it would increase

5  that percentage.

6  Q.   55 percent?

7  A.   That sounds approximately correct, based on my previous

8  reviews.

9          THE COURT:  Just so I'm clear, the answer would be

10 40 percent African American, 55 percent if you include ethnic

11 minorities including Hispanics?

12         THE WITNESS:  Sir, if I may, I think it would be

13 beyond African American; it would include other racial

14 categories.

15         THE COURT:  The 40 percent does?

16         THE WITNESS:  Yes, sir.

17         THE COURT:  Other racial categories being what?

18         THE WITNESS:  So Asian or other multiracial

19 categories.

20         THE COURT:  Thank you.

21     You may continue, Mr. Carmichael.

22     Thank you, Secretary Miller.

23 BY MR. CARMICHAEL:

24 Q.   Why is the diversity of the officer corps important to the

25 Department of Defense?

A.    I think certainly diversity overall is very important to
the Department of Defense for many different reasons, but
specifically the officer corps is of critical importance to us
for many different reasons.

     First and foremost, those are our senior leaders of the
department.  It's important that they understand how to
appropriately work and communicate and lead a very diverse
community.  Part of that comes from learning from one another.

     I think it's also critically important in terms of
national security prerogatives.  Increasingly, our objectives
and our kinetic and tactical missions overseas are with our
foreign partners.  I think more than 70 percent of our most
kinetic actions rely upon those partners, specifically in
theaters of operation such as the India-Pacific region, such as
our African region, such as our Southern Command.  Each of
those commands -- INDOPACOM, SOUTHCOM, AFRICOM -- rely upon our
ability to work cooperatively and thoughtfully with our partner
and allied nations to accomplish mission requirements.

     It's also critically imperative for recruiting efforts,
for retention efforts, development efforts.  And then, overall,
it just allows us to remain relevancy to the American people as
well to our foreign partners.  If we were a, you know,
predominantly homogenous organization, I think that we would
lack credibility with the American people and with many of our
foreign partners.

1  Q.    You mentioned that this is a national security concern.

2  Is this a military judgment that this is a national security

3  concern?

4  A.    Absolutely.  I would say that it's a military judgment

5  formed over many years, over many senior leaders, political and

6  uniformed, and I would say over multiple different

7  administrations.

8  Q.    Do you agree with this military judgment?

9  A.    I do wholeheartedly.

10  Q.    Have you had any personal experiences that have led you to

11  believe that diversity furthers military readiness and unit

12  cohesion, for example?

13  A.    I do.  When I first became a surface warfare officer, my

14  first assignment on the USS Bunker Hill was a newly integrated

15  ship.  When I arrived, there was about four junior officers.

16  We did not even have a senior female officer onboard.  The Navy

17  at that time typically did bring officers onboard before they

18  integrated the enlisted ships.  And I think, while that was a

19  thoughtful plan, it wasn't as well thought out as it could be.

20        We arrived as 22-, 23-year-olds who, having been developed

21  by the Naval Academy or ROTC units, did not fully appreciate

22  that we would be such a minority population in a ship that was

23  approximately 280 to 300 people.  And we did experience

24  individually and collectively some unique challenges in our

25  abilities to conduct our jobs and responsibilities and to

1  obtain certain qualifications.

2  **Q.**   What sort of challenges did you face on that first ship?

3  **A.**   For example, I often found, as a division officer in the

4  engineering department, that, you know, when I was giving

5  orders for the day or I was setting objectives for the week, I

6  often found that the men who worked for me would actively seek

7  to have those orders reconfirmed by a chief that worked for me

8  or by another officer.

9       I also found that, in obtaining certain qualifications --

10  there's qualification books that we need to get filled out

11  demonstrating a certain baseline knowledge in multiple

12  different warfare areas before we could sit for a board to

13  obtain our final warfare qualification exam -- that it was

14  often difficult to get those exam books signed off by some of

15  the officers or even enlisted that had those critical

16  subspecialties.

17       They would either make it overtly difficult for us to

18  achieve those qualifications or they would go out of their way

19  to avoid taking a meeting with us or teaching us some of the

20  same information that they would to others.

21       I had several men in my division who actively sought to

22  transfer on another ship because either they or their spouse

23  did not want them working for a woman.  It became challenging

24  in other ways, as we generally experienced certain levels of

25  harassment.

1    There were unusual circumstances where we would find all

2    of the -- all of the women's underwear in ship's laundry would

3    be stolen.  We'd have to actually send in our laundry in bags

4    with our name on it to a group laundry area on the ship.  And

5    when they would be returned to us, all of our underwear was

6    missing.

7        And then just generally there were occasions where, you

8    know, people would overtly make sure that when they were

9    passing you in the narrow hallways or going up certain ladder

10   wells, they would make it obvious that they were, you know,

11   crowding you or making you feel uncomfortable or, even in some

12   occasions, inappropriately touching you.

13   Q.   And this was a ship, you said, with just four women on it?

14   A.   In the beginning.  We were able to have a few more women

15   over time.  One of those women included a more senior supply

16   officer that was eventually assigned to the ship, and that was

17   very helpful in being able, I think, to model for us how to

18   firmly set boundaries and how to appropriately address any sort

19   of challenges that we were experiencing.

20   Q.   And then your second sea tour, you said, was a destroyer

21   squadron; is that right?

22   A.   That's correct.  So I was on Destroyer Squadron 28, which

23   was embarked on the USS George Washington aircraft carrier,

24   which, at the time, was an already fully integrated ship.  And

25   my experience there was vastly different than my first tour.

1       First and foremost, even my living quarters, I had eight

2  women that lived in that same living quarters with me, which,

3  you know, eclipsed the total number that we had on that first

4  ship in the very beginning.  It was both integrated for

5  officers and enlisted.

6       And there was a greater sense of camaraderie.  There was

7  less overt harassment or challenges in getting our job done.

8  And it was just a wholly different experience.

9       While I'm very proud of my tour on my first ship and it

10 eventually did, over time, get better, my experience with the

11 destroyer squadron and on the integrated aircraft carrier was

12 what I would consider a more successful tour in many ways

13 because it just lacked the challenge of the day-to-day thinking

14 through how do I need to accomplish my mission?  What kind of

15 challenges may I experience today?  How do I go about

16 accomplishing those if I experience those barriers?

17      And particularly in a way that didn't isolate or further

18 alienate myself or the other women on board while still seeking

19 to accomplish our personal and professional goals.

20 Q.   So I take it you would say the second ship operated much

21 better?

22 A.   I would say that the second ship operated with just a

23 greater degree of professional efficiency.  And some of those

24 underlying challenges did not interrupt kind of the mission

25 requirements of the day.

Q.   Plaintiff previously identified special forces units as an
example of why racial and ethnic diversity is irrelevant to the
armed forces because special forces tend to be largely White.

     Does DoD share this view?

A.   No.  I mean, I think that there's often an imprecise view
of what special forces mean and what they are.  I think that
it's largely formulated upon this narrow view that's often
projected in the media or in Hollywood that it's this small
group of individuals that are operating fairly independently.

     In my experience, that is not accurate.  Special forces
missions inevitably are thoughtfully planned and executed
across a wide range of critical skills and communities to
include cryptologists, linguists, robotics specialists,
aviators, a wide range of disciplines, all of which have a
greater degree of diversity in them than we may see in some of
those traditional special forces units.

     If there's a perception that our special forces units
being the most elite or the most successful, it is wholly
dependent on the support that they receive from the services
and from those critical specialty areas.

Q.   I want to pull up DX152.

     Are you familiar with this document, Ms. Miller?

A.   I am.

Q.   What is this document?

A.   So this is a research study that was performed to look at

1  a way of reducing barriers to minority participation in elite

2  units.  And elite units typically refers to those special

3  forces units.

4  Q.  Could we turn to page 5 of the PDF.

5      And there it says that this was -- this was conducted as

6  part of the FY2021 National Defense Authorization Act.  Does

7  that mean that Congress required this study?

8  A.  That's correct.  There's a number of studies that the

9  department does, either by its own initiation or because we've

10 been directed to by Congress.  In this case, this particular

11 study was directed in the 2021 National Defense Authorization

12 Act.

13 Q.  So is Congress directing this because they recognize that

14 the lack of ethnic and racial minorities in special forces is a

15 problem?

16 A.  Absolutely.  Being a part of this study and the early work

17 of it coming together, we met with members of the congressional

18 committees, especially the professional staff members, to have

19 a clearer understanding of what their objectives were.

20     And what they were seeking to do is to better understand

21 where barriers may exist, either real or perceived, to growing

22 a greater percentage of diversity within this community because

23 there was a recognition of the mission imperative that we do

24 so.

25 Q.  What does it mean when DoD commissions a study like this?

A.    What that means, we commission a study, is it generally
means, just as in this case, we work with one of our federally
funded research partners such as, in this case, the Institute
for Defense Analysis or RAND or the Center for Naval Analysis,
to be able to come in and objectively conduct a study and work
with us to source information and data.  And then they conduct
an independent analysis and provide that to us.

Essentially, the goal here is to be free from bias.

Q.    Does Special Operations Command also believe that there
needs to be greater racial and ethnic diversity in special
operations units?

A.    Absolutely.  And you certainly see that, as espoused by
our senior leaders responsible for special forces operations,
both our assistant secretary of defense for special operations
and low-intensity conflict, that's ASD SO/LIC -- they're
responsible for broadly overseeing special forces throughout
all of the military services -- as well special operations
command, SOCOM, the leadership.  Both officer and enlisted, and
then civilian leadership, have jointly published policy and
plans that set a plan forward to grow the diversity within that
force.

That diversity largely being recognized as demographic
diversity, cognitive diversity, and experiential diversity in
large part because of the kinetic and geographic requirements
that they must meet.

1  **Q.**   What do you mean by "the kinetic and geographic

2  requirements that they must meet"?

3  **A.**   So I mentioned before that, particularly within this

4  community and the special operations and low-intensity conflict

5  engagements, that we rely upon the ability to be adaptable, to

6  be flexible, to be creative, especially in the moment, in

7  solving challenging operational experiences in executing

8  mission requirements.

9        It relies upon our ability to strongly work with partners.

10  And it also just recognizes that, as our smaller pool of

11  eligible Americans continues to shrink, that traditional

12  population that they pulled from post-World War II and truly

13  even in the 9/11 era is growing smaller and less qualified.

14  And they need to expand the population from which they are

15  seeking to bring in to help them accomplish these missions.

16        I would say that some specific examples are it is helpful

17  to have certain demographic representation when trying to

18  accomplish missions such as insertion, infiltration.  You can

19  imagine where that could come into play in a situation where

20  we're infiltrating Boko Haram or we're trying to conduct a

21  low-intensity conflict mission in, you know, a Indo-Pacific

22  theater.

23        We need that shared understanding of regional expertise,

24  language expertise, and cultural expertise in order to

25  essentially undermine the enemy and be successful in meeting

 1  those mission requirements.

 2  **Q.**    Can the Navy just take somebody from, say, the surface

 3  warfare community and move them over to be a special operator?

 4  **A.**    No.  We grow our special operators just in the same manner

 5  that we grow talent within those other warfare disciplines.  It

 6  starts with being able to successfully complete the initial

 7  entry phase, and then we add additional skills, knowledge,

 8  abilities, and joint operation qualifications over the course

 9  of time.

10  **Q.**    I want to turn to page 57 of the -- and I think 58, the

11  two of this study.  Do you see where at Table 18 it says some

12  of the barriers to and enablers of recruitment of these units?

13        What were some of the barriers of the study?

14  **A.**    As you see here in Table 18 within this study, there's a

15  lack of awareness and interest.  We have a hard enough time

16  with young Americans even understanding what the difference

17  between an officer and an enlisted service member are, let

18  alone what the specific roles and responsibilities are

19  performed in special forces.

20        So we rely upon our recruiters to be able to educate them

21  and to grow that interest, but it's a challenge.  And part of

22  that challenge, as this research and others has indicated to

23  us, is that, again, they too share that largely media- and

24  Hollywood-formed view of what special forces are.  And they

25  don't necessarily see themselves represented and have concerns

1  about their ability to succeed.

2      One of the other areas that is cited here is, you know,

3  competing recruitment priorities.  Our recruiters are trying to

4  recruit to a broad set of different demand signals and

5  requirements.  Because the special forces missions inevitably

6  require a higher degree of certain qualifications, it is often

7  difficult to find those qualifying recruits.

8      And we often find that we need to spend a lot of time with

9  them to develop their interest and to reassure their

10  influencers such as parents and teachers, religious leaders

11  that they may ultimately be successful in some of those

12  communities.

13      I would say that this also cites to the fact that, again,

14  we just generally see less representation in the community.  So

15  being able to respond to unique concerns by women and

16  minorities who may be interested in these areas takes a little

17  bit of extra work in order to be able to connect them sometimes

18  to someone who has lived that experience and may be able to

19  more practically and successfully address any concerns they

20  have.

21      I would also say that there's just a lot of concern about

22  the ability to meet the requirements.  Certainly, using Navy as

23  the example in our SEAL community, it requires a lot of

24  experience with swimming and aquatic skills.  Inevitably, we

25  find that within minority-serving areas that there's just less

1  opportunity to learn how to swim and how to swim well.  We can

2  teach them how to do that, but that's not well understood.

3       And so we have to spend a lot of time just overcoming some

4  of those initial concerns in terms of ability to meet

5  qualifications, ability to succeed, and ultimately to have a

6  successful career.

7  **Q.**   What's DoD and the Navy doing to try to overcome some of

8  those barriers?

9  **A.**   We are doing a lot of different things, either the

10  services at their level or special operations community.  We

11  have a lot of recruiters that are now paired with a special

12  forces reach-back capability so that they can immediately

13  connect the individual that they're working with to that person

14  so that they can have a more realistic conversation of what the

15  expectations are.  We have developed in our training and

16  entry-level schoolhouses learn to swim and then advanced swim

17  capabilities.

18       We've also learned that it's not helpful to necessarily

19  have some of those initial entry requirements in the beginning

20  of the training phase.  It's better to move them to the end of

21  the training phase, where they've had a greater opportunity to

22  enculturate and to learn certain skills.

23       We've also developed and incorporated nutrition

24  specialists and physical fitness specialists.  We recognize

25  that different populations such as men and women build muscle

1  differently and may respond to different nutritional needs.

2  And so we have developed separate developmental programs that

3  are just responsive to those physiological differences.

4      We have also developed specific recruiting and marketing

5  content in order to be able to better enable an understanding

6  of what special forces are.  And there's just a wide range of

7  other developmental and mentorship programs that occur once

8  you're in service.

9  **Q.**    Does a diverse officer corps in special forces, does that

10  help recruit new special forces members?

11  **A.**    Certainly.  Again, I think having a greater

12  representation, especially being able to show successful

13  stories, we have found goes a long way to, again, addressing

14  their initial concerns and then helping to build that

15  self-efficacy that I mentioned.

16  **Q.**    All right.

17      We can pull that down, Brian.

18          **MR. CARMICHAEL:**  I'd like to admit DX152 into

19  evidence.

20          **THE COURT:**  That would be so admitted.  Under the

21  rule, it was already admitted once it went up on the screen.

22  Thank you.

23  **BY MR. CARMICHAEL:**

24  **Q.**    Okay.  I'd like to continue talking about retention.  How

25  would you assess the overall state of retention for Naval

1  Academy graduates?

2  A.    Generally, what we find, and as we looked at the research

3  and the data before we broke for lunch, is that we're seeing

4  retention improvements over time.

5  Q.    Why do you think officer retention has been improving over

6  time?

7  A.    I think generally that we have done a good job in working

8  with our officer cohorts in coming to a greater appreciation

9  for the value of service and how the tangible and intangible

10  benefits of service especially can compare to opportunities

11  outside of the service.

12      Our pay and compensation total program is actually much

13  higher, at the essentially 90 percentile in some cases,

14  compared to civilians with equivalent education and skills and

15  training.

16      We also find that there's an appreciation for the mission

17  and the unique opportunities to develop skills and formal

18  education opportunities and then certainly the leadership

19  opportunities that come with retention over time.

20  Q.    Are there specific challenges to officer retention that

21  DoD has identified?

22  A.    Certainly there are certain unique areas across a broad

23  organization where we see some softening in retention.  For

24  example, our air defense community within the Army is

25  experiencing very high operational tempo and personal tempo.

 1   And so it's not surprising that we start to see some softening

 2   in those areas where we see repeated deployments over and over

 3   again.

 4        We have also observed, just within, you know, different

 5   groups or populations, that there's different patterns of

 6   retention.  We do a fairly good job of recruiting women, but

 7   then we see some retention challenges over time.  Particularly

 8   in the midgrade or field grade officer level, we typically find

 9   that's when a lot of women start having families and having

10   children, and they don't always find that military service and

11   having a family are compatible.  We've done a lot in that area

12   to better balance and respond to those concerns.

13        We've also seen in our minority populations -- you know,

14   Black and Hispanic in particular, we've seen strong retention

15   over time, but we haven't necessarily seen corresponding

16   promotion rates.  And we've done a lot to understand why that

17   may be.

18        We've talked about that a little bit in terms of

19   understanding some of those factors and how we've responded to

20   that with respect to mentoring and coaching and development

21   opportunities to include a better and more nuanced

22   understanding of which pipelines may lead to greater success.

23        And we've done a lot to look at geographic stability,

24   particularly within our various different platforms and

25   communities.  We do see that more women and minorities may

1  migrate to certain communities that they believe are more

2  receptive to their service.

3      A good example of that is we've seen more women and

4  minorities migrate towards the P8 community.  That's our

5  submarine hunters, as I mentioned before.  They're typically

6  located in two different locations in the country.  And we take

7  a hard look at why they may be going to those areas.

8      Is it solely due to geographic stability?  Is it a dynamic

9  within the community that's not represented in other

10 communities such as fixed-wing or fighter squadrons?  And if

11 there's elements that we can respond to or incorporate in other

12 units, we seek to do so.

13 **Q.**  I want to break that up just a little bit in maybe two

14 parts.

15     So what are the challenges that you see kind of -- you see

16 across all officers for retention?

17     And then after that I'll ask about minority officers.

18 **A.**  I mean, where we see kind of patterns of retention, again,

19 is overall very strong.  But where we have some concerns are in

20 those critical specialty areas that are frequently called upon

21 repeatedly to respond to mission requirements.  And we want to

22 make sure that, in those areas, we are responsive to what those

23 concerns are in developing, you know, real measures that

24 intervene.

25     We also want to understand where there may be real or

1  perceived barriers to success and where we may need to do so

2  through policy or programs, be responsive to those concerns.

3  **Q.**   What sort of policies and programs do you -- has DoD

4  introduced to be responsive to some of these concerns?

5  **A.**   I think a good example looks actually at some of what I

6  mentioned about women's retention.  I mentioned that we were

7  frequently finding that we were seeing drop-offs in women's

8  retention at that midgrade career field, usually at the O3

9  lieutenant or O4 lieutenant commander level.

10       In response to that, what we developed with Congress's

11  support was a program called the Career Intermission Program

12  that allowed any individual to actually take a pause in their

13  military service, essentially go on a sabbatical, and then

14  return a few years later where we adjusted their date of rank

15  and their year group so that they could more appropriately

16  compete with others that had continued on in service.

17       That was a particular program where, quite frankly, when

18  we rolled it out, we expected a fairly gender-specific response

19  to the program.  Over time, that hasn't actually borne out.

20  It's been very gender-neutral.

21       And so that's been interesting is that was a program that

22  we developed in response to certain concerns that we saw within

23  a group, but we actually found it was beneficial to the entire

24  department, in this case, the Navy, as we started to respond to

25  more millennial concerns and certain dynamics such as dual

 1  households with military spouses who were in other communities

 2  that were less able to kind of move to different geographic

 3  regions.

 4  **Q.**   You mentioned earlier that there were some specific

 5  concerns with minority officers sometimes picking a particular

 6  platform that may not lead to promotion.

 7       Can you expand a little bit more on that.

 8  **A.**   I can.  I think I mentioned the P8 community as an

 9  example.  Within the aviation community generally we see

10  patterns of promotion that are stronger coming out of those

11  fighter squadrons and fighter communities than we see from

12  helicopter rotary wing or in this case the P8 communities.

13       And so we do a lot both in the development of those

14  midshipmen to help them understand what the opportunities may

15  be and then address, as I said, any concerns that they may have

16  particularly through mentoring and coaching or connecting them

17  with somebody who's already in the community.

18       Then, where we can, we try to develop programs that kind

19  of respond to interests and concerns in other communities.  It

20  may not be practical that we can limit all fighter squadrons to

21  predominantly two areas of the country in the way that we have

22  with the P8 community, but to the extent there's concerns about

23  individuals' ability to be successful, we can do more there,

24  particularly with coaching, mentoring, and development.

25  **Q.**   Have you seen anything like that in the shipboard

 1  community for people picking specific ships if they're SWOs?

 2  **A.**   We do.  Frequently, we see that there's more opportunities

 3  for senior leaders who come out of the cruiser and destroyer

 4  communities than we necessarily see coming out of the

 5  amphibious or smaller ships opportunities, such as minesweepers

 6  or coastal patrol craft, some of those opportunities.

 7       And that's not always well understood.  Just using myself

 8  as an example, my father was a surface warfare officer.  I grew

 9  up with, at the kitchen table, having conversations about what

10  a successful surface warfare career looks like and what it

11  includes in terms of assignments and moving.

12       If you're not living that and getting that feedback, say,

13  from, you know, influencers and coaches and mentors, you might

14  not know that it's more advantageous to take certain jobs than

15  others.

16       An example of this is my last military assistant, who is a

17  submarine officer.  When he rotated off of submarines, he

18  frequently took opportunities that took him back to pursue

19  higher education.  He went to Harvard.  He went to Johns

20  Hopkins.  That ultimately did not serve him well in being able

21  to compete for command because the community generally viewed

22  that he hadn't done other tours that would develop his warfare

23  capabilities.

24       He very readily, on receiving this information, said, "I

25  would have liked to have known that years ago; I would have

1  made different choices."  And I think that just speaks to the

2  importance of making sure that we're educating and coaching

3  particularly those that may have no prior history of military

4  service so that we're setting them up for success long term.

5  **Q.**    Does having a more diverse officer corps benefit in

6  allowing people to know about these opportunities and

7  communities?

8  **A.**    Absolutely.  I mentioned before that I think it's

9  important to have strong mentors and coaches and ways to get

10  information about service.  And I don't think that's

11  necessarily limited just to kind of in-group dynamics.  I think

12  you can have mentors and coaches and we can have development

13  programs that capitalize on senior leaders' strengths across

14  all demographics.

15       But, as research shows, there is something to be said

16  about being able to respond to unique concerns from minority

17  populations and that it's often a more natural conversation to

18  be able to talk with someone who maybe have experienced some of

19  the same challenges that you have.

20       I don't even think that that's limited to, say, the same

21  demographics.  You don't necessarily need to have a Black or

22  African American submarine officer mentor another.  There's

23  shared experiences, as I have found and as research supports,

24  for minority communities writ large.  So there's value in

25  growth amongst women and racial and ethnic minorities generally

 1  because it benefits everyone.

 2  Q.   I'd now like to transition a bit to recruiting.  When DoD

 3  refers to recruiting, what does that mean?

 4  A.   Generally that's the process by which we go about

 5  developing interest in military service.

 6  Q.   Why is recruitment important to the department's national

 7  security interests?

 8  A.   Certainly we have been an all-volunteer force for

 9  approximately the last 50 years.  So our success in meeting our

10  in-strength requirements and therefore our ability to support

11  national defense priorities is inherently tied to our ability

12  to successfully recruit each year and each generation of

13  service.

14       I don't think it's a secret that we've had a challenge

15  with that over the last few years coming out of COVID.  And

16  that has absolutely led to conversations within the department

17  of how we evolve recruiting policies and practices and how do

18  we support operational mission requirements.

19  Q.   You mentioned some current recruiting challenges.  Can you

20  expand a little bit more about that.  What are some of the

21  current recruiting challenges that the department faces?

22  A.   I would categorize that in a couple of different ways.

23       I would say one is the eligibility challenge that we

24  talked about earlier, that 23 percent generally of the American

25  youth population, 17 to 24, who are even eligible to serve

1  without a waiver of some kind.

2      I think we also have a challenge with propensity, or the

3  general interest of young people to serve in the military.  And

4  that extends to influencers' willingness to recommend military

5  service to the youth in their lives.  Increasingly, we've seen

6  a downward trend in all of those areas.

7  **Q.**   Is DoD relying on certain studies to help inform its

8  decisions on recruiting?

9  **A.**   We have robust divisions that look at market analysis.

10  And they do some of the work that we talked about before in

11  being able to provide insights into eligibility populations as

12  well as propensity dynamics.  And then they do a lot of work in

13  taking a look at how do we successfully recruit overall, but

14  then how do we recruit to certain mission requirements such as

15  special forces.

16      And then they also take a look at what approaches and what

17  advertising and marketing strategies will respond best in

18  different groups or different individuals of interest.  That is

19  a common practice throughout any commercial marketing and

20  advertising firm, and we are no different.

21      In an increasingly fractured and segmented media market,

22  you have to be very nimble and adept at being able to tailor

23  your messaging to individual groups such that they will respond

24  favorably to that content.  It's very difficult in today's

25  marketing and advertising landscape to connect with youth at

1   all.

2        In an era where we -- most of us here in the courtroom

3   today grew up with maybe a handful of television channels,

4   youth of America today are accessing hundreds of different

5   segmented marketing channels.  And they're also the group or

6   demographic that most often employs ad blockers.

7        So our ability to actually connect with them to address

8   any sort of misperceptions that they have is, one, difficult,

9   and two, brief.  We have to connect with them with content that

10  is going to immediately resonate and interest them.  And that

11  acknowledges that we need to do that in many different ways.

12  **Q.**   What sort of data does DoD rely on to inform its

13  recruiting judgments?

14  **A.**   As I mentioned, we look at demographic data; we look at

15  eligibility data; we look at marketing success in terms of,

16  like, ad recall, number of clicks, how long they stay on a

17  page.  We look at ultimately how that ties to a developed

18  recruit, whether that recruit continues the process through to

19  a contract.  We take a look at what the qualification levels

20  were and how many waivers we needed to consider for

21  individuals.

22        And then, ultimately, we take a look at how successfully

23  are we matching the individuals that we're bringing in to the

24  mission requirements that we have and the jobs we have.

25  **Q.**   Are there specific recruiting challenges that DoD has

1  found impacts potential minority candidates?

2  **A.**   Yes.  We do see group differences amongst different

3  populations.  Generally among a whiter Caucasian population, we

4  find lower propensity or lower interest but a higher degree of

5  qualifications writ large.  And we find amongst minority

6  populations, we generally find a higher degree of propensity

7  and a lower degree of qualification.

8       That's really important to us because at the end of the

9  day everyone who comes into the United States military must

10  meet a baseline level of qualification, whether you're enlisted

11  or officer.

12  **Q.**   How does having a diverse officer corps positively impact

13  recruiting?

14  **A.**   Again, this goes to our ability to successfully model

15  outcomes, you know, positive outcomes over time to help improve

16  and grow that efficacy.

17       I think it helps to provide a realistic example of what

18  life in the military looks like as opposed to the

19  misperceptions that are often formulated by the media and by

20  well-intentioned but perhaps not well-knowledged influencers.

21       It's important that we have the ability to understand any

22  sort of critical challenges that they may have experienced in

23  the initial entry phase such that we can, again, take a look at

24  any real or perceived barriers that may exist.

25       **MR. CARMICHAEL:**  I have no further questions.

 1              **THE COURT:**  Thank you, Mr. Carmichael.

 2        Cross-examination, Mr. Strawbridge.

 3              **MR. STRAWBRIDGE:**  Just a brief moment while I get set

 4   up with the witness.

 5              **THE COURT:**  Take your time.  Take your time.

 6                        **CROSS-EXAMINATION**

 7   **BY MR. STRAWBRIDGE:**

 8   **Q.**   Good afternoon, Secretary Miller.

 9   **A.**   Ms. Miller is fine.

10   **Q.**   Good afternoon, Ms. Miller.

11        You'd agree with me that you are not an expert on the

12   academies' admissions process?

13   **A.**   I am not an expert on the academies' admissions process,

14   although I am generally an expert in the management of the

15   academies and policy pertaining to the academies.

16   **Q.**   That's helpful because I have some questions for you on

17   that later.

18        You have no responsibility for setting the policies at the

19   Naval Academy admissions office, correct?

20   **A.**   I do not.

21   **Q.**   Including you have no responsibility for setting their

22   policies with respect to the use of race, correct?

23   **A.**   I do not.

24   **Q.**   You have never worked in the Naval Academy admissions

25   office?

1  **A.**   I have not.

2  **Q.**   You've never sat on the Naval Academy's admissions board?

3  **A.**   I have not.

4  **Q.**   You have no idea as to what the relative weight

5  race/ethnicity has in the Academy's admissions process,

6  correct?

7  **A.**   I would disagree with I have no idea.  I generally

8  understand that there's a limited consideration of race,

9  ethnicity, and gender during certain elements of the Academy

10  admissions process.

11  **Q.**   Do you understand this case to have anything to do with

12  gender preferences?

13  **A.**   I think that it's an important component to include, given

14  the previous statement I made that there are shared experiences

15  that lead to positive outcomes for recruiting and retention.

16  **Q.**   My question is do you think this case challenges gender

17  preference at the Naval Academy?

18  **A.**   Not directly.

19  **Q.**   Do you think it indirectly does?

20  **A.**   I think that it does call it into question, yes.

21  **Q.**   On what basis is that?

22  **A.**   Because I think that in generally questioning the relevant

23  importance of considering race, ethnicity, or gender in the

24  Academy admissions process, it fails to recognize the

25  importance of minority participation in the military overall.

1  Q.   Given your lack of information about the Academy's

2  admissions process, you don't have any idea as to how many

3  graduates of the Naval Academy in any given year were admitted,

4  in part, because of their race, correct?

5  A.   I do not.

6  Q.   So none of your testimony today about the history of Naval

7  Academy graduates has any basis with respect to how those

8  numbers would have changed if race was not used, correct?

9  A.   I believe my testimony goes today to the compelling

10 government interest that the department has in maintaining,

11 sustaining a diverse officer corps, of which the Naval Academy

12 contributes significantly.

13 Q.   You do not know how many graduates of the Naval Academy in

14 any given year would have still been admitted to the Naval

15 Academy if it did not use race, correct?

16 A.   I do not know the precise answer, but I know that it is a

17 consideration.

18 Q.   But you don't know how many graduates would have gotten in

19 if race was not a factor, correct?

20 A.   Correct.

21 Q.   A month ago you met my friend Mr. McCarthy at the

22 deposition?

23 A.   Yes.

24 Q.   Back then, you could not even say what the racial

25 demographics of the incoming class of the Naval Academy were,

1   correct?

2   A.   Generally, I know it increases approximately every year;

3   but, no, I don't know the specific percentages.  No.

4   Q.   None of the 24 charts that were included in your expert

5   disclosure, many of which you discussed with Mr. Carmichael

6   today, none of those list any information about officers who

7   came into the Navy through Officer Candidate School, correct?

8   A.   No.  Those charts were solely focused on the Naval Academy

9   graduates until we got to O6 information, which may include

10  some other graduating sources.

11  Q.   Do any of the charts include information about officers

12  from ROTC?

13  A.   No.

14  Q.   You would agree with me that the vast majority of officers

15  who enter the Navy come through channels other than the United

16  States Naval Academy?

17  A.   If you're speaking broadly, yes.  The Naval Academy

18  represents 20 percent, but an outsized percentage of

19  unrestricted line officers.

20  Q.   Well, let's just take this piece by piece.  20 percent of

21  the Navy's total officers come from the Naval Academy, correct?

22  A.   Correct.

23  Q.   Which means 80 percent of them come from ROTC or OCS?

24  A.   Correct, or enlisted-to-officer commissioning programs.

25  Q.   Correct.  That's a relatively small number, right?

 1  **A.**    Yes, relatively small.

 2  **Q.**    And with respect to the unrestricted line, the Naval

 3  Academy accounts for about 28 percent of unrestricted officers

 4  who enter the Navy every year?

 5  **A.**    Correct.

 6  **Q.**    So the other accession sources count for 72 percent?

 7  **A.**    Correct.

 8  **Q.**    When you prepared these charts as part of your disclosure,

 9  why didn't you include those accession sources?

10  **A.**    As this case is primarily focused on the Naval Academy, we

11  thought it was most appropriate to provide data to the Court

12  that specifically looked at their retention patterns and

13  representation in senior grades over time.

14  **Q.**    You are aware that the asserted interest in this case is

15  diversity in the naval officer corps at large, correct?

16  **A.**    My understanding is that this case goes to the matter of

17  considering race and ethnicity specifically in the Naval

18  Academy admissions process and calls into question the validity

19  of the need for a diverse officer corps.

20  **Q.**    My question is do you understand that the government's

21  justification in this case is to increase diversity in the

22  officer corps as a whole?

23  **A.**    Correct, of which the Naval Academy significantly

24  attributes.

25  **Q.**    Yes.  About a quarter or so compared to the other

1  accession sources, right?

2  **A.**    True.  But I think we also spoke about how influential

3  that population can be as evidenced by their participation in

4  senior ranks and senior combatant platforms.

5  **Q.**    Who is the current chief of naval operations?

6  **A.**    Lisa Franchetti.

7  **Q.**    Did Lisa Franchetti graduate from the United States Naval

8  Academy?

9  **A.**    She did not.

10  **Q.**    Who is Rick Cheeseman?

11  **A.**    He is the chief of naval personnel.

12  **Q.**    Would that make him approximately the third-highest

13  ranking officer in the Navy?

14  **A.**    Not necessarily.

15  **Q.**    What rank would you give him in the naval ranking?

16  **A.**    It's impossible to categorize where he ranks amongst all

17  three- and four-star officers.

18  **Q.**    He's the deputy CNO?

19  **A.**    He is one of many.

20  **Q.**    Did he go to the Naval Academy?

21  **A.**    I do not know.

22  **Q.**    Did you present any charts or information about the

23  senior-level officers that run the Navy today and what their

24  accessions sources were?

25  **A.**    We did not.

1  Q.   You yourself came from the ROTC, correct?

2  A.   I did.

3  Q.   You agree that the ROTC is a critically important pipeline

4  that feeds into the officer corps?

5  A.   I do.  But I would also say that in my early initial

6  accession experiences, particularly at surface warfare

7  engineering school, that my Naval Academy colleagues, to some

8  degree, had a better understanding of some of those fundamental

9  principles than I did by virtue of the fact they had more

10 training and education than I did at a baseline level.

11 Q.   You agree that Officer Candidate School is a critically

12 important pipeline that feeds into the officer corps?

13 A.   It is.

14 Q.   Do you think that your experience applies to every ROTC

15 officer who entered the Navy?

16 A.   Based upon the fact that it's a standardized curriculum,

17 it reasons that, yes, we all have a certain degree of knowledge

18 and expertise as we enter into the military.  By virtue of

19 attending an Academy gives an advantage in terms of some of the

20 greater appreciation of those knowledge, skills, abilities,

21 traditions, and leadership dynamics.

22 Q.   Is Naval Academy graduation a requirement for promotion to

23 any rank in the Navy?

24 A.   It is not.

25 Q.   And you will agree that the Navy does not use race in

1  Officer Candidate School admissions?

2  **A.**    Correct.

3  **Q.**    You agree that the Navy does not use race in ROTC

4  admissions and scholarships?

5  **A.**    Correct.

6  **Q.**    And that is, in part, because the Navy has a policy of an

7  equal playing field as service members come into the military?

8  **A.**    That's correct.

9  **Q.**    And you think that's a sound policy, right?

10 **A.**    I do.

11 **Q.**    And one of the reasons you think that's a sound policy is

12 because you believe that there is value in meritocracy?

13 **A.**    I do believe there is value in meritocracy.

14 **Q.**    Which is why race is not used in promotion or assignment

15 throughout an officer's career?

16 **A.**    Generally, no.

17 **Q.**    By naval policy, right?

18 **A.**    Correct.

19 **Q.**    Are there specific examples where the naval policy allows

20 race to be used in assignment or promotion?

21 **A.**    In certain assignments, it is -- it could be a dynamic

22 that we take into consideration.  For example, my previous

23 reference to a successful operation where we're infiltrating

24 Boko Haram or we need to potentially gather intelligence from

25 women.  There are several examples with female engagement teams

1  and other special forces missions where we have deliberately

2  considered whether or not a certain individual would give us a

3  competitive advantage by inclusion in a certain unit.

4  **Q.**   What percentage of naval missions do those examples

5  constitute?

6  **A.**   I don't understand your question.

7  **Q.**   Like, how often does that happen?

8  **A.**   That -- on the operational side, it is something that

9  happens frequently.

10  **Q.**   How often does the Navy approve the use of race for

11  assigning a particular officer to a particular job at the Navy?

12  **A.**   That's not quantified.  It's not something that we keep

13  track of specifically, but it is something that we may take

14  into consideration if it's a tactical advantage.

15  **Q.**   Do you take it into account in promoting people generally

16  through the officer ranks?

17  **A.**   No.  But that's different than the question that you

18  asked, which was about assignment.

19  **Q.**   I'm asking you is it typical when you assign officers to

20  different jobs as they make their way through promotion?

21  **A.**   It is not typical, but in some instances it may be

22  appropriate.

23  **Q.**   Is that a practice that's being challenged in this

24  litigation?

25  **A.**   Not specifically, but you did ask me the question.

1  Q.   When the Department of Defense is considering the

2  diversity of the officer corps, it looks at overall minority

3  representation, right?

4  A.   Correct.

5  Q.   Not at the specific individual racial groups?

6  A.   In what way?  I think I've given a couple of examples

7  where we do look at demographic or group differences.

8  Q.   For the DoD's interest in this case, their interest in a

9  diverse officer corps, is it about the total number of

10  minorities or does it matter to the Department of Defense the

11  number of minorities within each specific racial and ethnic

12  group?

13  A.   Both.  We look at the overall population and how that

14  generally represents minorities inside of the service or inside

15  of the department.  And then we also are mindful where we might

16  see significant differences among populations, such as the

17  example that was previously used where we had a larger

18  population of Asian Americans included in the 2022 and 2023

19  groups at the Naval Academy, but yet we see much smaller

20  representation at a senior officer level.

21  Q.   We were talking earlier about the deposition that you had

22  with my friend Mr. McCarthy.

23  A.   Yes.

24  Q.   I'm going to hand you a copy of the transcript of that

25  deposition.

1       I'm going to ask you to turn to page 67, line 19.

2       At the bottom of page 67:

3       "Q.  Is the DoD's interest in a diverse officer corps, is

4       it about the total number of minorities or does it matter

5       to DoD the number of minorities within each specific

6       racial and ethnic group?

7       "A.  Generally, we're looking for representation broadly,

8       not specifically within minority categories, no."

9       Did you give that testimony at your deposition?

10  A.   I did.  I also included the word "generally."

11  Q.   So, generally, the DoD is not looking specifically within

12  minority categories, no?

13  A.   We generally look at the overall population and, as

14  appropriate, we will look within different groups.

15  Q.   You mentioned examples from Harvard and MIT on your direct

16  exam?

17  A.   I did.

18  Q.   What happened to Asian enrollment at MIT this year?

19  A.   Excuse me?

20  Q.   What happened to Asian enrollment at MIT this year?

21  A.   I think that there was some general improvements in Asian

22  enrollment.

23  Q.   How many points did it go up?

24  A.   That, I don't know.

25  Q.   You don't know?

1  A.   No, I don't know specific number.

2  Q.   You've not disclosed any data to us with your opinion as

3  to how the SFFA decision affects ROTC accessions at all the

4  various ROTC efforts across the country, you have?

5  A.   What I did answer was that we -- something that we are

6  paying attention to and we're generally mindful of the media

7  reports of the most recent outcomes.  And we understand, since

8  we are limited in our ability to select candidates from those

9  universities where we have ROTC units, it reasons that we may

10 be more limited in who eventually we will be able to select.

11 Q.   Ms. Miller, my question is did you disclose with your

12 expert disclosure in this case any information about how the

13 SFFA decision would affect ROTC accessions?

14 A.   Did I get a specific question about that in deposition?

15 Is that what you're asking?

16 Q.   I'm asking, you remember that you filed an expert

17 disclosure in this case --

18 A.   Yes.

19 Q.   -- about the topics you're going to testify on --

20 A.   Yes.

21 Q.   -- in reference to the number of documents?

22 A.   Yes.

23 Q.   And you included all the charts that you looked at today?

24 A.   Correct.

25 Q.   The charts that only include information about the Naval

1    Academy officers and not ROTC and OCS officers?

2    **A.**    Correct.

3    **Q.**    Does any of that information include any analysis as to

4    what would happen with the ROTC accessions as a result of

5    Students for Fair Admissions decision?

6    **A.**    Not specifically, but I was asked the question.

7    **Q.**    Have you disclosed any data showing the racial diversity

8    of ROTC accessions in states in America that have long

9    prohibited the use of race in college admissions?

10    **A.**    No.

11    **Q.**    One of the documents that you indicated you're relying on

12    in your report is the MDLC report, correct?

13    **A.**    Yes, the Military Leadership Diversity Commission report.

14    **Q.**    What is the MDLC report?

15    **A.**    That was a commission established by Congress to examine

16    the general representation and service of minorities and women

17    in the military services.

18    **Q.**    That report -- do you know when that report was completed?

19    **A.**    I think approximately 2011.

20    **Q.**    So 13 years ago?

21    **A.**    Correct.

22    **Q.**    The report made a bunch of recommendations?

23    **A.**    It did.

24    **Q.**    Including recommendations as to what could be done to

25    increase diversity in the officer corps?

 1  A.   It did.

 2  Q.   Did it include recommendations about steps that the ROTC

 3  and the Naval Academy could take?

 4  A.   I believe it did, yes, as I recall.

 5  Q.   All right.  Why don't we look at a few of those examples.

 6       Can you see the report on your screen?

 7  A.   I can.

 8  Q.   There's a copy in the notebook if you need it.

 9       Just to refresh your recollection, the cover letter on

10  page 3 is dated 2011; is that right?

11  A.   Correct.

12  Q.   Is that the date when the report was issued?

13  A.   Yes, 2011.

14  Q.   I'll take you to page 79.  I just have some questions for

15  you.

16       You see the section here that talks about creating,

17  implementing, and evaluating a strategic plan for outreach and

18  recruiting from untapped location and underrepresented

19  demographic groups?

20  A.   I'm sorry.  I'm going to ask you to repeat the question

21  since I was turning to the page.

22  Q.   Yeah.  Do you see the section that says, "Create,

23  implement, and evaluate a strategic plan for outreach and

24  recruiting for untapped locations and underrepresented

25  demographic groups"?

1  A.   Again, I apologize.  I was looking at the actual page

2  number in the report.  You were referencing the DX number; is

3  that correct?

4  Q.   That is correct.

5  A.   Okay.  I apologize for a third time.  If you could please

6  kindly repeat yourself.

7  Q.   Do you see the section that begins on that page, talking

8  about "Create, implement, and evaluate a strategic plan for

9  outreach and recruiting from untapped location and

10  underrepresented demographic groups"?

11  A.   I do.  Thank you.

12  Q.   The first one refers to "Explore recruiting at two-year

13  colleges"?

14  A.   Correct.

15  Q.   It notes that two-year college may represent a rich market

16  for ROTC recruits?

17  A.   Correct.

18  Q.   What has the Navy done to explore options of recruiting

19  from two-year college in the last 13 1/2 years?

20  A.   The Navy, as well as other services, have all made an

21  effort to expand recruiting initiatives at two-year colleges

22  with programs to be able to connect to those that are

23  participating in those schools and help bridge them to ROTC

24  units in areas that they may be interested in.

25  Q.   How many programs does the Navy have?

1   A.   I don't know specifically.

2   Q.   How many two-year colleges has it partnered with?

3   A.   That I don't know.  I would refer you to the Department of

4   the Navy.

5   Q.   What percentage of ROTC officers start out through

6   two-year colleges?

7   A.   I don't know.  I'd refer you to the Department of Navy.

8   Q.   What about -- you're the Department of Defense, correct?

9   A.   Correct.

10  Q.   On officer accessions?

11  A.   Generally, yes.

12  Q.   So what about across all of the services?  How many?

13  A.   Sir, I don't know the specific number of two-year colleges

14  in which we have partnerships with.  I generally understand in

15  work with the services that they have expanded that over the

16  course of time.  It is a relatively small portion of the

17  overall recruiting and officer development programs.

18  Q.   How much has it expanded?

19  A.   That, I don't know.

20  Q.   The next page talks about expanding ROTC hosts to more

21  demographically diverse locations, correct?

22  A.   Correct.

23  Q.   How much progress has been made on this front in the last

24  13 1/2 years?

25  A.   That's an interesting question.  Generally, our ability to

1  close or move an ROTC unit was statutorily constrained for a

2  number of years.  More recently, we received legislative relief

3  that allows us to do this.  But as a practical matter, closing

4  or changing an ROTC unit is almost similar to a BRAC-like

5  process.  As you can imagine, there's significant regional and

6  political interest in maintaining ROTC units where they have

7  historically been.

8  Q.  When was the statutory change made?

9  A.  A few years ago.

10  Q.  At what year?

11  A.  I don't know specifically.  I believe it may have been

12  2022, but I would have to verify.

13  Q.  What steps have been taken to increase or to expand ROTC

14  hosts since the statute has changed?

15  A.  It's challenging for us to expand beyond the current

16  footprint.  We currently have more ROTC units at more

17  brick-and-mortar locations than we had during Vietnam.  We have

18  to then source those ROTC units with the appropriate officer

19  leaders and staff.  In a constrained budget environment, it is

20  very difficult to be able to expand to other locations without

21  potentially being able to close or consolidate others.  And as

22  I mentioned, that's a very difficult process to do, as we have

23  found in practice.

24  Q.  How many brick-and-mortar ROTC units are there?

25  A.  I don't know a precise number.

 1  Q.   Do you know a general number?

 2  A.   I believe it's in this report.

 3  Q.   Do you know a general number?

 4  A.   Generally, we have thousands.

 5  Q.   And do you know how that compares to 10 years ago?

 6  A.   The overall number hasn't necessarily changed in a number

 7  of years precisely because of some of those restrictions and

 8  practical implications.

 9  Q.   On the next page there's a paragraph that talks about

10  coordinating enlisted and officer recruiting.

11       Do you see that paragraph?

12  A.   I do.

13  Q.   The commission in 2011 recommended that the services

14  explore developing formal processes for coordinating enlisted

15  and officer recruiting, correct?

16  A.   If I may, it would be helpful to know this -- what's on my

17  screen is a magnified version of this.  Can I ask for the

18  page number.

19  Q.   Yeah.  This is page 81.  It's the next page.

20  A.   DX page 81?

21  Q.   DX81.

22  A.   Okay.

23  Q.   Do you need me to restate the question?

24  A.   Yes.

25  Q.   Well, first of all, do you agree that one of the

1  recommendations of the commission was that the services explore

2  developing formal processes for coordinating enlisted and

3  officer recruiting?

4  A.   Yes.

5  Q.   What has the Department of Defense done to coordinate

6  enlisted and officer recruiting in the last 13 years?

7  A.   Well, generally there is a linkage between the two in the

8  sense that, as recruiters are working with an enlisted

9  candidate that they believe meets certain qualifications for

10 officership through any one of the programs, there's an

11 expectation that they will give a warm handoff to an officer

12 recruiter such that they can continue the process.

13 Q.   Well, this recommendation specifically refers to a formal

14 coordination process between enlisted recruiters on one hand

15 and Academy and ROTC programs on the other.

16 A.   Yes, that's what I mentioned.  They do the warm handoff to

17 the officer recruiter, and the officer recruiter is an expert

18 in the various different commissioning paths to include the

19 academies and ROTC and OCS.

20 Q.   What is the formal process?

21 A.   As I mentioned, the expectation and the requirement is

22 that if they develop a candidate that has those specific

23 qualifications, then they give that candidate over to the

24 officer recruiter.

25 Q.   How has that policy changed since 2011?

1  A.    In terms of making it stronger or...

2  Q.    MDLC is recommending something different than what was

3  happening before.  They're recommending a formal coordination

4  process.  And so I'm asking how has that changed since 2011?

5  A.    Generally it was a business practice.  And now there's

6  been more overt requirements for that warm handoff.

7  Q.    Are there documents on that?

8  A.    I would defer you to the Department of the Navy.

9  Q.    You don't know?

10  A.    I generally understand that the Navy has made it more

11  clear to their recruiters what those requirements are.

12  Q.    But do you know if there's a document?

13  A.    I don't.  But I'd rely upon the feedback from my

14  Department of the Navy colleagues.

15  Q.    The next recommendation from the MDLC was to improve

16  congressional Academy nominations.  Do you see that?

17  A.    I do.

18  Q.    And if you go over to the next page, it discusses concerns

19  about making sure that the congressional Academy process was

20  tapping into all potential sources for the officers, correct?

21  A.    Correct.

22  Q.    And we are aware that there has been some progress on this

23  front, right?

24  A.    Correct.

25  Q.    The number of congressional nominations available to the

1  service academies has increased by 50 percent, correct?

2  A.    Generally, yes.

3  Q.    From 10 to 15?

4  A.    Correct.

5  Q.    Starting with this year's admissions process?

6  A.    Correct.

7  Q.    The next paragraph talks about developing a common

8  application for service ROTC and Academy programs.

9        Do you see that?

10 A.    I do.

11 Q.    It notes that each service academy and ROTC programs

12 required separate application in 2011?

13 A.    Correct.

14 Q.    And it recommended that there be a unified application to

15 make it easier for candidates to apply to both ROTC and maybe

16 multiple service academies?

17 A.    Correct.

18 Q.    I actually have some personal experience with this.  That

19 has not yet happened, has it?

20 A.    No.  That's something that we continue to work on as we

21 have lessons learned from other universities that have used the

22 common application.  We have made more progress in the

23 development of a single nomination portal as congressionally

24 directed, and that's something that we are developing right now

25 and should be in the field soon.

1  Q.   So it's something that the Department of Defense has been

2  working on since 2011?

3  A.   Correct.

4  Q.   How much longer is it going to take?

5  A.   It likely will take a little bit more time, given that it

6  takes time to develop those requirements.  We're also required

7  to put that form into the Federal Register for notice and

8  comment.

9       We also then, as it's associated with IT and public -- or

10  private information, we have to ensure certain safeguards.

11  It's a matter that takes some time.

12  Q.   Does it take 11 1/2 years?

13  A.   Not necessarily.  This has taken longer than I would think

14  it necessarily needed to.  But, again, what we were trying to

15  do is to better understand what the lessons learned from the

16  use of the common application was in other colleges and

17  universities as well.

18  Q.   Do you know how long the common app has been available to

19  civilian universities?

20  A.   For several years.

21  Q.   For several years or longer than that?

22  A.   I don't know the precise date.

23  Q.   Was it available in 2011?

24  A.   I don't know.

25  Q.   The next recommendation from the Military Leadership

 1  Diversity Commission was to closely examine the preparatory

 2  school admissions process and make required changes to ensure

 3  that accessions align with the needs of the military.

 4       Do you see that paragraph?

 5  A.   I do.

 6  Q.   You're familiar with this recommendation, right?

 7  A.   Yes.

 8  Q.   So what has the -- what have the military preparatory

 9  academies done in response to the recommendation in this

10  report?

11  A.   Generally, they work very closely with the Academy

12  admissions process to identify candidates that may benefit from

13  an additional academic year and leadership and physical

14  development year.  And then they have also normalized some of

15  the requirements and processes for a large percentage of those

16  candidates to then flow into the service academies.

17  Q.   Specifically on the next page, you can say that the

18  "preparatory schools are an important source of racial and

19  ethnic minority enrollment in the service academies.  However,

20  an examination of preparatory school records suggests that

21  there is a large focus on developing athletes to enter the

22  academies.  Approximately 35 to 40 percent of the preparatory

23  recent classes consisted of recruited athletes.  It

24  suggested" -- if you go to the last sentence -- "the commission

25  recommends that DoD have the preparatory schools closely

1  examine their admissions processes and make any required

2  changes to ensure accessions align with the needs of the future

3  military workforce."

4      Correct?

5  A.   Correct.

6  Q.   What specifically have the academies done to follow up on

7  this recommendation?

8  A.   In the sense of we use those preparatory schools to help

9  develop talent.  I believe it's well understood that some

10 aspect of that talent is athletic talent, which there is a

11 greater degree of diversity in for some of those blue-chip

12 athletes.

13     And so, again, just in the -- continue reviewing the

14 programs and the instruction that we have at the preparatory

15 schools, we continue to improve those programs.  And to the

16 extent that we need to evolve any training modules or

17 instruction corresponding to a new dynamic of officership and

18 military service, we do so.

19 Q.   Has there been a formal report from the preparatory

20 schools in response to the recommendation?

21 A.   That, I don't know.

22 Q.   Has there been any adjustment to the actual admissions

23 process at the preparatory schools in response to this

24 recommendation?

25 A.   I would defer you generally to the Department of the Navy.

```
 1  Q.   The Navy is not the only prep school out there.
 2  A.   That's correct; so I would defer you to each of the
 3  military services.
 4  Q.   That's an important part of accessions into the officer
 5  corps, is it not?
 6  A.   The preparatory schools in particular?
 7  Q.   Yes.
 8  A.   Yes, they are.
 9  Q.   That's part of your expertise, right?
10  A.   My general expertise is overseeing and working with the
11  services for the management of the academies, not the
12  day-to-day or the specific admissions practices at the
13  preparatory schools.
14  Q.   Even to the extent that the Military Leadership Diversity
15  Commission thought that this could be an important way to
16  increase diversity in the officer ranks?
17  A.   And it generally has been.
18  Q.   You would agree that there are many reasons that explain
19  the reasons that promotion of minorities to general and flag
20  officers lags behind White officers?
21  A.   Yes, many of which we've discussed.
22  Q.   Right.  One of those reasons, you would agree with me, is
23  that a large percentage of minority officers previously served
24  in the enlisted ranks?
25  A.   That's correct.  I believe that generally more than
```

1    80 percent of current minority officers have some form of prior

2    enlisted service.

3    Q.   80 percent of current officers?

4    A.   Current minority officers.

5    Q.   I just want to refresh -- well, I want to show you

6    something.

7         You are familiar with this report, correct?

8    A.   Correct.

9    Q.   It's one of the reports that was included on your

10   disclosures, correct?

11   A.   Correct.

12   Q.   If we go to page 10.

13        THE COURT:  This is Defendants' Exhibit 150; is that

14   correct?

15        MR. STRAWBRIDGE:  That's correct.  I'm sorry, Your

16   Honor.  I should have said that.

17        THE COURT:  That's all right.

18   BY MR. STRAWBRIDGE:

19   Q.   There's a box on this page that talks about prior enlisted

20   status, correct?

21   A.   Correct.

22   Q.   The first bullet says, "84 percent of racial and ethnic

23   minorities are more likely than White officers to be prior

24   enlisted," right?

25   A.   Correct.

1    Q.    That's different than saying what percentage of them have

2    prior enlisted service.

3    A.    Yes, I would agree with you.  That's the more precise

4    statistic, yes.

5    Q.    Right.  Because the next bullet actually tells us that

6    information, right?

7    A.    Correct.

8    Q.    That bullet tells us that 44 percent of Black or African

9    American men and 37 percent of Black or African American women

10   were enlisted before commissioning, correct?

11   A.    Correct.

12   Q.    And the last bullet point in this box notes that prior

13   enlisted officers are 24 percent more likely to leave the

14   military at the 20-year mark than officers without enlisted

15   experience, correct?

16   A.    Correct.

17   Q.    And you would agree with me, right, there's nothing

18   negative associated with prior enlisted service?

19   A.    No, not at all.  I think this just acknowledges the

20   reality that, if they have prior enlisted service before

21   they're commissioned as an officer, they're likely to reach

22   that 20-year mark earlier than direct commissioning sources.

23   And so they may elect to retire at that point.

24   Q.    Right.  Because they're further along in their military

25   career when they become O1?

1  A.    That's correct, yes.

2  Q.    And I think as you testified on direct, when you get to

3  these 10- or 20-year milestones, it's not uncommon for officers

4  to pursue new opportunities, right?

5  A.    That's correct.

6  Q.    They may do so for family reasons, right?

7  A.    Yes.

8  Q.    They may do so because -- I think you testified about

9  opportunities in the civilian workforce?

10  A.    Correct.

11  Q.    And then -- obviously, I come from a military family -- 20

12  years is kind of a big deal when it comes to military service,

13  correct?

14  A.    It is.  It's absolutely considered a very successful and

15  complete career.

16  Q.    It's also when you get full pension benefits?

17  A.    That's correct.

18  Q.    Do you know how many -- well, let me ask you this:  Do you

19  agree that officers from SEALs, aviation, and submarines are

20  overrepresented at the flag level in the Navy?

21  A.    Are overrepresented?  Generally, again, as I mentioned

22  before, the vast majority are unrestricted line community

23  officers.

24  Q.    My question is do those communities contribute a greater

25  percentage of flag officers than they constitute in the officer

1  ranks generally?

2  A.    I would have to go back and look at the splits amongst the

3  various different unrestricted line communities.

4  Q.    You don't know?

5  A.    I don't know off the top of my head.

6  Q.    All right.  Do you happen to know how many African

7  Americans chose to -- or how many African Americans accessed

8  into the SEALs at the Naval Academy last year?

9  A.    Well, since I was here and was listening in the audience

10  to the prior witness and I did see the chart where it was

11  indicated that there were none that entered in 2024.

12  Q.    Do you know how many have accessed over the past 11 years?

13  A.    I do not, not specifically.

14  Q.    If I told you it was five, would that surprise you?

15  A.    It would not.

16  Q.    Do you know how many African Americans have accessed into

17  the submarine surface over the last 11 years?

18  A.    I do not, not specifically.  But I would presume it to be

19  small numbers.

20  Q.    If I told you it was 47, would that surprise you?

21  A.    It would not.

22  Q.    You agree that there are a lot of reasons somebody may

23  choose not to access into those communities, correct?

24  A.    Correct.

25  Q.    They're pretty physically demanding?

1  A.    Yes.

2  Q.    They require you to probably put yourself at greater risk

3  in terms of your day-to-day job assignment?

4  A.    Correct.

5  Q.    They can be very difficult on families?

6  A.    They can.

7  Q.    They're very stressful occupations, correct?

8  A.    I would say that all of our unrestricted line communities

9  are operationally demanding and have a degree of stress on

10  individual and family.

11  Q.    You don't think the SEALs are a little bit more stressful

12  than some other communities?

13  A.    I do, but you were speaking broadly to submarines and

14  aviation as well.

15  Q.    Do you think aviation is more stressful than other

16  communities?

17  A.    I wouldn't characterize as aviation is more stressful than

18  surface warfare, no.

19  Q.    Do you think that -- you would agree with me that aviation

20  has higher requirements for entry than surface warfare?

21  A.    They have higher requirements for certain testing and then

22  physical requirements, yes.

23        MR. STRAWBRIDGE:  Thank you very much, Ms. Miller.  I

24  don't have any further questions.

25        THE COURT:  Thank you, Mr. Strawbridge.

1          Redirect, Mr. Carmichael?

2              **MR. CARMICHAEL:**  No, Your Honor.

3              **THE COURT:**  Let me just -- I just have a few questions

4    here, Ms. Miller.

5          Mr. Carmichael, if you could do me a favor.  I've got my

6    printout here of Defendants' Exhibit 204.

7          Either Mr. Spears or Mr. Pusterla, whoever can put them up

8    for me as quickly as possible.

9          Defendants' Exhibit 204, I'd like it up on the screen, if

10   possible.

11             **MR. STRAWBRIDGE:**  It's on the screen.

12             **THE COURT:**  There we go.

13         Looking here at, first of all, if we can, at page--

14   looking at the matter of the 5-, 10-, and 15-year mark,

15   starting with coming in the first gate in terms of 01s.

16             **THE WITNESS:**  Yes, sir.

17             **THE COURT:**  In terms of -- just so I'm clear, if I'm

18   reading these charts correctly.  Starting on page 11 in terms

19   of the retention at officer first gate, there were --

20   essentially is a 73 percent retention rate for African

21   Americans, specifically Black officers, and 81 percent of

22   Whites in 2001, correct?

23             **THE WITNESS:**  Correct.  Yes, sir.

24             **THE COURT:**  And then going up to 2018, it improved to

25   77 percent for Black officers and not quite as much -- it

 1  didn't go up quite as much.  It went up to 83 percent for White

 2  officers, correct?

 3          THE WITNESS:  Correct.

 4          THE COURT:  All right.  And then looking next at -- I

 5  think it's page 17, in terms of the 10-year retention, the

 6  Black officers improved again from 44 percent in 2001 to

 7  47 percent in 2013, and the White officers improved from

 8  46 percent to 52 percent, correct?

 9          THE WITNESS:  Yes, sir.  A small but measurable

10  improvement.

11          THE COURT:  So you have continued improvement in both

12  areas in terms of retention?

13          THE WITNESS:  Yes, sir.  I think that this

14  demonstrates, again, our relative success at improving

15  retention of Naval Academy graduates over time.

16          THE COURT:  And then in paragraph-- page-- hold on one

17  second here.

18      Page 22, at the 15-year retention mark, the chart reflects

19  as to the class of 2001 going up through the class of 2008 in

20  terms of how you would measure this, it's a 36 percent

21  retention rate for Black officers and the White officers

22  actually fade to 32 percent, correct?

23          THE WITNESS:  Yes, sir.

24          THE COURT:  Is there any explanation or any thought

25  you have as to why that dropped?  I mean, the 15-year mark is

1    right there.  Correct me if I'm wrong, Ms. Miller, but the

2    15-year mark is extremely important both for active duty,

3    reserve, or whatever.  Active duty gets an immediate pension;

4    reserve pension kicks in when they're 60.

5         But the 15-year mark is a pretty significant mark because

6    you've got five years left to go.  So it would seem to me that

7    the 15-year mark is a fairly important mark because, once you

8    get within that 5-year range, as I think is shown by the stats,

9    people don't get out because they're going to get to 20 years

10   regardless, any branch, active, reserve, or whatever.

11        What is the reason, you think, for the drop-off slightly

12   as to White officers to 32 percent?  Family considerations or

13   what?

14            THE WITNESS:  So I acknowledge that difference.  I

15   think that, generally, again, we see a large population go into

16   those unrestricted line communities.  And, again, particularly

17   if you're going into submarines or aviation, even surface

18   warfare, I think there's a lot of correlation and marketable

19   skills that other organizations may be interested in.

20        And so I think that, you know, we have seen a strong pull

21   in financial incentives to some of those other opportunities.

22   And it could be that this population believes that that is a

23   more advantageous career path for them to pursue for their

24   families.

25            THE COURT:  If I can pick up on that.  That's why I

 1  wanted to get to this side.

 2       Also, it's a situation which hasn't been discussed much,

 3  but there's things or certain aspects of the military of up or

 4  out, is there not?  If you're on a certain track, you get

 5  command positions and you're on your way.  And, say, in the

 6  Army or the Marine Corps, you're stuck at lieutenant colonel

 7  and that's where you're going to stay.  And there's a factor

 8  there for people getting out even if they don't go past 15

 9  years because they've pretty much hit their ceiling in terms of

10  their personal career.  Isn't that a fact?

11       THE WITNESS:  That's correct, Your Honor.  For a long

12  time, the department had the up-or-out policies by which, if

13  you failed to select for promotion for essentially two cycles

14  in a row, then you're automatically required to

15  administratively separate.  We have since, actually, largely --

16       THE COURT:  I was going to ask you that next, because

17  that's no longer the case, is it?

18       THE WITNESS:  That's correct, Your Honor.  We --

19       THE COURT:  When did that change?

20       THE WITNESS:  Just a few years ago, actually.

21       THE COURT:  I mean, literally within five -- as of

22  five years ago, if you hit a certain mark, you were up or out.

23       THE WITNESS:  That's correct.

24       THE COURT:  I forget what the year was, because you

25  weren't going to get promoted anymore, you weren't going to

 1  have command, whether it's on the fleet, whether it's the

 2  Marine Corps or whatever.  You were gone essentially, correct?

 3          THE WITNESS:  That is correct, sir.

 4      If I may add?

 5          THE COURT:  Sure.

 6          THE WITNESS:  One of the reasons that we got rid of

 7  that policy generally over time is that it failed to really

 8  acknowledge kind of the human dynamic of what may be occurring

 9  that could contribute to a failure to select or promote.

10          THE COURT:  Not to mention the legal effect of being

11  denied a total pension at 20 years.

12          THE WITNESS:  That's correct, yes, sir.

13          THE COURT:  There was no pension at 15 years, and

14  you're denying somebody a pension at 20.

15          THE WITNESS:  Correct.

16      And so we found that there were certain individual factors

17  that may have led to the inability to successfully complete,

18  say, joint qualifications by a certain time frame.  And that

19  could then lead to being not selected in a promotion board.

20      And so we thought that, instead of having these rigid

21  up-or-out policies, it was more appropriate to remove them and

22  to look at every individual case to determine if there were any

23  unique factors that perhaps led to that individual failing to

24  select.  And then we also wanted to provide more opportunities

25  for rehabilitation, if you will, such that we could potentially

 1  get them back on track.

 2          THE COURT:  Particularly, for example, in terms of the

 3  submarine corps, the three that have been listed several times

 4  by counsel on both sides, there were certain thresholds that

 5  had to be satisfied by submarine officer.  Not everyone just

 6  got posted for an executive officer spot on a nuclear

 7  submarine, correct?

 8          THE WITNESS:  Yes, sir.  It's an extremely competitive

 9  process to be selected for one of the few submarine leadership

10  positions we have, either executive officer or commanding

11  officer.

12          THE COURT:  And I think it came up earlier -- not that

13  you would know this, but it actually came up earlier, I think,

14  last week.  There used to be a time where people had to go

15  through Admiral Rickover's desk and that was the -- I mean,

16  literally get interviewed by Admiral Rickover himself.  And if

17  they made it, they made it; if they didn't, they didn't.

18          THE WITNESS:  That is correct, sir.  That practice --

19  although, sadly, Admiral Rickover is no longer with us, that

20  practice generally by nuclear reactor still exists.  And

21  officers who are either interested in pursuing nuclear

22  communities or have been identified as having a strong affinity

23  that way aligned to those communities are still required to do

24  an individual interview with nuclear reactors.

25          THE COURT:  And then, if we can, going to the

 1  all-important, I think, page 28 here with respect to the

 2  20-year mark where you make the 20 years and you've vested,

 3  looking at that chart in terms of the racial groups and

 4  specifically as to Black officers and then White officers, just

 5  so I make sure that I understand this figure here, is that --

 6  is that 55 Black officers in the year 2001 reached that mark;

 7  is that right?

 8          THE WITNESS:  Yes, sir.

 9          THE COURT:  And then 1,316 White officers reached that

10  mark in 2001, correct?

11          THE WITNESS:  Yes, sir.

12          THE COURT:  And then in 2023, the number of White

13  officers increased by one, 1,316 to 1,317.

14          THE WITNESS:  Correct.  Yes, sir.

15          THE COURT:  So there's an increase of one White

16  officer over those 22 years.  As to Black officers, I would

17  note that 55 officers in 2001 increased as of last year, 2023,

18  was up to 91.

19          THE WITNESS:  Yes, sir.

20       If I may elaborate?

21          THE COURT:  An 80 percent increase by Blacks and

22  literally no increase by Whites in terms of this 20-year mark,

23  correct?

24          THE WITNESS:  Yes, sir.

25       May I elaborate?

 1          THE COURT:  Yes.  That's why I'm asking.

 2          THE WITNESS:  If you observe, sir, you can also see

 3   corresponding increases by other racial categories.  And as you

 4   may recall, we talked about the closed-loop system.  So it's

 5   statutorily controlled how many officers we can have.

 6       So it reasons that if we've seen more significant

 7   increases in categories other than White, then White is likely

 8   going to remain relatively flat or may go down.

 9          THE COURT:  And that is why if you actually -- like I

10   meant to mention, the Asian American officers, 2001, the figure

11   was 9, and then that increased to 48 in 2023.

12          THE WITNESS:  Yes, sir.

13          THE COURT:  So there has been an improvement in

14   diversity reflected by that chart, correct?

15          THE WITNESS:  Correct.  Yes, sir.

16          THE COURT:  I know it's taken a long time, but there

17   has been improvement?

18          THE WITNESS:  Yes, sir.

19       If I may add?

20          THE COURT:  Absolutely.

21          THE WITNESS:  Yes, sir, we agree.  And that's what we

22   believe these statistics reflect is that there is small but

23   measurable improvement over the course of time.  It does take a

24   long time, but I think what's important to recognize is this is

25   with the current limited consideration of race and ethnicity

1    during that admissions process, and that if we were not to have

2    the ability to potentially consider that in appropriate

3    situations, then it reasons that we may see that corresponding

4    difference.

5          And I think that what is important in terms of context to

6    understand is that, while the academies in this situation are

7    being juxtaposed against universities like Harvard or UNC or

8    MIT, at its heart our service academies are quintessentially a

9    military organization that also happen to be a four-year

10   degree-granting institution.

11         Where they may share certain similarities with those other

12   universities such as robust sports programs, we have those

13   programs not because we seek to be the SEC or the ACC but

14   because we have inevitably determined that having programs such

15   as strong sports programs is directly contributable to military

16   needs and requirements.

17         And so ultimately there's a distinct difference in the

18   academies than there are in those civilian institutions

19   because, at its core, its sole purpose is to develop and

20   provide future officers to the Navy and ultimately the

21   Department of Defense.

22         Its mission, its purpose is uniquely different than that

23   of those other institutions, all driven by those military

24   necessity and national defense priorities.

25              **THE COURT:**  Just one question to follow up on that.

1 There was a period of time, was there not, when ROTC programs

2 were actually chased off of campuses?

3          THE WITNESS:  Yes, sir, that is very true.

4          THE COURT:  Does Harvard still have an ROTC program?

5          THE WITNESS:  It does, yes.

6          THE COURT:  When did it come back?

7          THE WITNESS:  Sir, I'd have to go back and look.  It

8 was only a few years ago.

9          THE COURT:  It was a long time Harvard didn't have an

10 ROTC program.

11          THE WITNESS:  That's correct.  We were not welcomed at

12 certain institutions.

13          THE COURT:  I think it might have been literally every

14 one of the eight Ivy League schools chased off the ROTC

15 programs for many years, did they not?

16          THE WITNESS:  Sir, I would need to go back and verify.

17 I believe there are some that have maintained a unit in some

18 way, shape, or form.

19          THE COURT:  But Harvard just came back.  It's not like

20 Harvard has had an ROTC program for a long period of time?

21          THE WITNESS:  Not necessarily.

22          THE COURT:  So just for the record, I wouldn't call

23 Harvard having been a very active participate in the ROTC

24 program over the course of the last 50 years.  Correct?

25          THE WITNESS:  Yes, sir.

1          **THE COURT:**  Unlike University of North Carolina, which

2  has had an active ROTC program, including Navy ROTC, for many

3  years, correct?

4          **THE WITNESS:**  Correct.

5          **THE COURT:**  I believe that actually stood the test of

6  time even during times when other campuses were chasing off the

7  ROTC program.

8          **THE WITNESS:**  Yes, sir.  We do worry even today with

9  some of the strife that we see at universities and schools.

10  There was a school not long -- just a few weeks ago where the

11  ROTC unit was actually -- it was graffitied with antimilitary

12  sentiments.  And so that is something that we continue to focus

13  on and are concerned about today.

14          **THE COURT:**  And then lastly, my question is looking at

15  page 29 of the Defendant's Exhibit 204.  In terms of the

16  percentage representation of the racial groups, following up

17  with what we discussed a few minutes ago, the Asian figure has

18  gone from 0.6 percent to 31 percent, correct?

19          **THE WITNESS:**  Yes, sir.

20          **THE COURT:**  22 years later.

21          **THE WITNESS:**  Yes.

22          **THE COURT:**  Black percentage has gone from

23  approximately 4 percent, has gone up to approximately

24  6 percent.

25          **THE WITNESS:**  Yes, sir.

 1          **THE COURT:**  And then the White percentage, consistent

 2   with what you said before, was at, like, 94 percent, now it's,

 3   like, 85 or 86 percent.

 4          **THE WITNESS:**  Correct.

 5          **THE COURT:**  Same progress.  It's been a long slide,

 6   but there has been progress, correct?

 7          **THE WITNESS:**  Yes, sir.  Slow but measurable and very

 8   important.

 9          **THE COURT:**  Thank you.

10      Mr. Carmichael, any further direct from your point after

11   the questions of the Court?

12          **MR. CARMICHAEL:**  No, Your Honor.  I think you might

13   have misspoke on the 2023 for Asian.  You said 31 percent.

14   It's 3.1.

15          **THE COURT:**  Thank you on that.  I meant to say 3.1.

16      Mr. Strawbridge, any further cross from your point of

17   view?

18          **MR. STRAWBRIDGE:**  Just a couple of follow-up

19   questions.

20          **THE COURT:**  Sure.

21                       **RECROSS EXAMINATION**

22   **BY MR. STRAWBRIDGE:**

23                            - - -

24   **Q.**   You agree with me that both the charts we were just

25   looking at on pages 28 and 29 only show United States Naval

1  Academy graduates?

2  **A.**    Correct.

3  **Q.**    And you agree with me that, again, you are unable to say

4  what percentage, if any, these figures are attributable to the

5  use of race at the Academy?

6  **A.**    Not directly, but it reasons that it could have a factor.

7  **Q.**    If you don't know how much race is used at the Naval

8  Academy, how can you testify about that?

9  **A.**    Because I generally appreciate that having the ability to

10  consider that may be a positive factor in this instance.

11  **Q.**    It may be, but you don't know, right?

12  **A.**    But it may be.

13  **Q.**    Do you know?

14  **A.**    Not precisely, but I --

15  **Q.**    Can you quantify it --

16          **THE COURT:**  Excuse me.

17          **MR. STRAWBRIDGE:**  Sorry.

18          **THE COURT:**  We've had a very good trial here for eight

19  or nine days.  No lawyer has been cutting off witnesses.  But

20  stop cutting off the witness and let her answer the question,

21  Mr. Strawbridge.

22          **MR. STRAWBRIDGE:**  I apologize, Your Honor.

23          **THE COURT:**  Your apology is accepted.  Ask the

24  question; allow the witness to answer.

25          **MR. STRAWBRIDGE:**  She can finish the answer.

 1          THE COURT:  You may answer.

 2          THE WITNESS:  If you ask the question.

 3  BY MR. STRAWBRIDGE:

 4  Q.   Yes.  Can you quantify it at all?

 5  A.   Not specifically, no.

 6          MR. STRAWBRIDGE:  Thank you.

 7          THE COURT:  Thank you very much.

 8      Thank you very much, Ms. Miller, for your service both

 9  military and then Department of Defense.  Thank you very much.

10          THE WITNESS:  And yours, sir.  Thank you.

11          THE COURT:  Mr. Gardner.

12          MR. GARDNER:  I was just going to say, with that, the

13  government rests its case.

14          THE COURT:  Hold on one minute here.

15      You may step down, Ms. Miller.  Thank you.

16      All right.  Just going over the chart here.  There's one

17  thing that I would note.  I think we all agree that the next

18  step here is going to be that we're going to make sure we've

19  got all the exhibits in evidence.  And, Counsel, that would

20  include, along with the exhibits, the demonstrative exhibits on

21  both sides.  I think it would be very helpful.  The slides and

22  the charts are helpful on both sides; so I want them in

23  evidence.  I've looked at them.  They're fine.

24      The one thing that, just from a procedural point of view,

25  I did note that, according to the docket sheet -- and it just

1   may be the error of the clerk's office or whatever -- but with

2   respect to the filing of this lawsuit, we're literally

3   approaching the first anniversary of the filing of the lawsuit.

4        And I see Mr. Strawbridge smiling and Mr. Mortara and all

5   of us.  We actually got right here in a year.  That goes to

6   show it can be done.  And I want to note how hard you all have

7   worked on this matter and the good work all the lawyers have

8   done on both sides.

9        But, essentially, with respect to the motion for

10  preliminary injunction attendant to the filing of the lawsuit,

11  the response was filed by the defendants on December the 1st,

12  and then ultimately we had a hearing, and then I issued by

13  memorandum order on December 20th, denying preliminary

14  injunction.  And we set this in on the schedule.

15       What I have noted here is I gather there was an actual

16  answer filed by the defense, and I'm trying to clarify that.

17  And I guess I just -- as I was looking through all this and

18  crossing t's and dotting i's, there's no actual answer that was

19  filed.  I just am trying to make sure the clerk's office didn't

20  inadvertently miss filing an answer.

21          MR. GARDNER:  The clerk's office did everything

22  perfectly.  We reached an agreement with the other side, and

23  then we requested through you the ability to waive the answer.

24  And you approved that when we did our scheduling order.

25          THE COURT:  What I'm trying to make sure from

1  Mr. Strawbridge and Mr. Mortara, as well as you, Mr. Gardner,

2  is the district judges here in the Fourth Circuit, with no

3  disrespect to my friend and colleagues down in Richmond, have

4  increasingly noted we've had more than a few reversals and

5  remands; and we're wondering if Judge Remand is on duty down in

6  Richmond.  I mean, really, we've all noted it.

7       And it occurred to me the thought of, after all this work,

8  something being remanded back on a procedural default in terms

9  of an answer not technically being filed -- and I'm just trying

10 to make sure that t's been crossed and that i dotted.

11      Mr. Strawbridge, from your point of view -- clearly, the

12 defense have denied your request, and there's been an answer.

13 We've had litigation.  We're on the eve of closing argument.

14 But I'm wondering what your position is on this.

15           **MR. STRAWBRIDGE:**  Mr. Gardner is absolutely right.  We

16 agreed to waive the necessity for an answer because the case

17 needed to get going.  We had a very aggressive schedule.  We've

18 worked very cooperatively to get where we are today.

19           **THE COURT:**  Absolutely.

20           **MR. STRAWBRIDGE:**  So, yes, I can put on the record

21 that we did not demand and we are fine with basically treating

22 their filings as a general denial.

23           **THE COURT:**  There's no procedural waiver from the

24 point of view of the plaintiff on this?

25           **MR. STRAWBRIDGE:**  Correct.

1              THE COURT:  You agree with that, for the record?

2              MR. STRAWBRIDGE:  Yes.

3              THE COURT:  You understand, Mr. Gardner?

4              MR. GARDNER:  Of course, Your Honor.

5              THE COURT:  So everyone agrees where we are now is at

6    the stage of verifying the -- I mean, technically in many

7    situations with these cases, we reach the stage of possible

8    summary judgment under Rule 56 or whatever.  We've gone past

9    all of that.  We've had a nine-day trial, and we've marked

10   exhibits.  Exhibits are in evidence.  Findings of fact,

11   conclusions of law are going to be summarized tomorrow in

12   closing argument.  And I've set a date of next Wednesday for

13   each side to submit their proposed findings of fact,

14   conclusions of law.  And then I'll take it under advisement.

15   I'm going to make every effort to -- I'm not sure what the time

16   frame will be, but it's going to be -- it isn't going to be a

17   week; that's for sure.  I'm going to make every effort to do

18   this within the next six weeks to two months, which I think

19   will be, again, at a faster pace than was done in the other

20   cases.

21       I see Mr. Mortara nodding in agreement with me on that.

22       My point is that's where we are here now procedurally,

23   that we're going to -- before we finish this afternoon, my

24   suggestion is that we start the process, which always causes

25   the younger lawyers to scurry more than the older lawyers.  But

1    the point is is that we have to just have people cross t's and

2    dot i's and go over what the exhibits are.

3         My thought is I'll go off the bench.  I'll be around here

4    for a while, until 5:00 -- I've got a function with my wife at

5    5:30 -- in case there's any dispute that comes up.  Sometimes

6    there are disputes that comes up on the matter of exhibits in

7    evidence, not in evidence, or whatever.  And we can address

8    those this afternoon or we can certainly, if they come up -- I

9    hope they don't -- I'll address it before we have closing

10   argument tomorrow just to cross those t's and dot those i's.

11        And then we proceed to closing argument -- plaintiff,

12   defendant, rebuttal by the plaintiff.  The plaintiff has the

13   burden here and plaintiff gets rebuttal.  That's normally the

14   way it works in a bench trial, but this is a declaratory

15   judgment action.  I'm just going to go step by step on this.

16        Yes, Mr. Gardner.

17        **MR. GARDNER:**  I was going to say the good news is

18   we've been working very cooperatively with the plaintiff, and

19   Mr. Strawbridge can correct me if I'm wrong, but I believe we

20   have complete agreement as to what exhibits are in evidence.

21        **THE COURT:**  All right.  That's fine.

22        If I'm mistaken about this in terms of -- pulling back in

23   terms of the basic, you know, principles in terms of Rule 52

24   motions or whatever, essentially, the plaintiff, normally in a

25   bench trial in a civil case, has the right to have rebuttal

1  argument.

2      Essentially correct, Mr. Gardner?

3          MR. GARDNER:  I defer to Your Honor.  I've had it done

4  both ways, where both sides get one shot, sometimes the

5  plaintiff --

6          THE COURT:  I don't know -- I should know.  I don't

7  know how it was handled in North Carolina or Massachusetts.  I

8  think in one of those cases, it was just two closing arguments,

9  but then another, I just couldn't tell.

10     Mr. Mortara.

11         MR. MORTARA:  In Boston we did a rebuttal closing, and

12  then we had another closing after proposed findings, which was

13  incredibly redundant and just served as a retread of an

14  experience that we all wished to at least view fondly and

15  forget the bad parts.

16     What I will say is we've agreed with -- Your Honor will

17  remember from my opening statement, it is our belief the burden

18  lays with the defense.

19         THE COURT:  Yes.

20         MR. MORTARA:  We've agreed with the defense, in an

21  exchange for an agreement that it be one hour each, that we

22  will forgo our rebuttal.

23         THE COURT:  That's fine.  You sort of anticipated what

24  I was going to anticipate because, if race is a factor, then it

25  flips over to the burden in terms of strict scrutiny.

 1          Another thing I thought of today when I was driving in in
 2    terms of the actual answer, I thought, well, really, the burden
 3    has gone over here in terms of the strict scrutiny analysis and
 4    whether it's been narrowly tailored.
 5          So then I was thinking maybe the defense gets the
 6    response.  And I'm thinking maybe I'll just clarify it with all
 7    of you.
 8          You each have -- by the way, I don't care about -- you're
 9    not going to be limited to an hour; you can have as long as you
10    want.  If you both agree on an hour, that's fine.
11          The plaintiff will proceed with closing argument; then the
12    defendant will proceed with closing argument.  That's what
13    we're going to do.
14              MR. MORTARA:  Yes.  And, Your Honor --
15          THE COURT:  And I don't see any argument being after
16    submission for a proposed findings of fact, conclusions of law.
17    The bowling ball then is in my lap, and it's my turn now.
18          I see my law clerk is shriveling over here.
19          (Laughter.)
20              THE COURT:  It's my turn and their turn to then deal
21    with it.
22          We're all laughing again at this point.
23          But, Mr. Strawbridge, I didn't mean to lean on you so hard
24    on the cross of the witness.  I wanted to make sure my clerk
25    was still awake up here.  That's why --

1              **MR. STRAWBRIDGE:**  I appreciate -- I do apologize.

2              **THE COURT:**  That's all right.  That's fine.

3              **MR. MORTARA:**  Your Honor, I will say, I've been up, a

4    little animated once or twice.  The best part about being here

5    is you are quick to correct and quick to forgive.

6              **THE COURT:**  Very short memory.  Very short memory.  My

7    wife would accuse me of that and many other domains as well.

8    But that's another matter.

9         So that's where we're going to be.  Why don't we make

10   sure -- I'm not saying people have to stay late.  I just think

11   as long as you don't have any disputes about the exhibits, you

12   clear out.  It makes it much easier for the clerk and for my

13   law clerks.  But by the same token, if there are any skirmishes

14   over it, I'll be around till 5:00.

15        And then let Ms. Hudson know, my senior clerk, with

16   respect to, if there's things that come up in the evening,

17   we'll just address it in the morning, and then we'll be ready

18   to go.

19        Now, my intelligence sources that I mentioned as to

20   Ms. Herndon in terms of activity around the courthouse, I've

21   got other intelligence sources that are out that perhaps we

22   might not want to start right at 10:00 tomorrow because it

23   might be raining tomorrow.

24        But without breaching things, should -- Ms. Herndon,

25   should -- this is delegation.  The military people here will

 1  tell you that the NCOs run the Navy and run the Army.  Well,

 2  this is the NCO over here.  She runs the show.

 3       Ms. Herndon, can we start at 10:00 tomorrow or should we

 4  start at 10:30?

 5            THE CLERK:  10:00 is fine.

 6            THE COURT:  10:00 is fine.  We're going on your

 7  intelligence.

 8       If for some reason people find -- we're laughing here

 9  again -- if people find themselves out in the rain over a

10  drill, they'll address their ire appropriately when they get

11  into the courtroom.

12       Do you think, Jakiba, we're good for 10:00?

13            THE CLERK:  I haven't heard anything, but if I do,

14  you'll be first to know.

15            THE COURT:  Just in terms of the secretive fire drills

16  that we're well prepared for here after a while.  But that's

17  another matter.

18       Is there anything else this evening from the point of view

19  of the plaintiff?

20            MR. MORTARA:  Nothing from plaintiff, Your Honor.

21            THE COURT:  Anything else from the point of view of

22  the defense?

23            MR. GARDNER:  Nothing from the government, Your Honor.

24            THE COURT:  Thank you all very much.  With that, we

25  will reconvene tomorrow at 10:00.  Thank you.

1              **THE CLERK:**  All rise.  This Honorable Court is now

2    recessed for the evening.

3         (Court adjourned at 3:50 p.m.)

1        CERTIFICATE OF OFFICIAL REPORTER

2

3

4        I, Ronda J. Thomas, Registered Merit Reporter, Certified

5   Realtime Reporter, in and for the United States District Court

6   for the District of Maryland, do hereby certify, pursuant to 28

7   U.S.C. § 753, that the foregoing is a true and correct

8   transcript of the stenographically-reported proceedings held in

9   the above-entitled matter and the transcript page format is in

10  conformance with the regulations of the Judicial Conference of

11  the United States.

12                          Dated this 25th day of September 2024.

13

14

15                          _____

16                          Ronda J. Thomas, RMR, CRR
                            Federal Official Reporter

17

18

19

20

21

22

23

24

25

BY MR. CARMICHAEL: **[25]**
49/10 56/7 75/8 79/20 80/23 93/23
BY MR. STRAWBRIDGE: **[3]**   105/7 130/18
148/3
BY MS. GARGEYA: **[1]**  5/1
BY MS. WYRICK: **[2]**  16/23 27/7
MR. CARMICHAEL: **[12]**  28/10 35/22 36/3
39/7 49/8 73/6 79/1 79/19 93/18 104/25
135/2 146/12
MR. GARDNER: **[6]**  148/12 149/21 151/4
152/17 153/3 156/23
MR. MORTARA: **[5]**  153/11 153/20 154/14
155/3 156/20
MR. STRAWBRIDGE: **[17]**  28/13 28/16 35/25
105/3 130/15 134/23 135/11 146/18 147/17
147/22 147/25 148/6 150/15 150/20 150/25
151/2 155/1
MS. GARGEYA: **[7]**  4/7 4/11 4/24 16/18
26/16 27/16 27/25
MS. WYRICK: **[3]**  27/2 27/21 28/23
THE CLERK: **[12]**  3/13 4/14 4/16 4/20
28/25 29/3 29/7 79/12 79/17 156/5 156/13
157/1
THE COURT: **[101]**  3/2 3/14 4/8 4/13 4/21
16/20 26/20 27/4 27/17 27/23 28/1 28/7
28/12 28/15 28/21 28/24 29/8 35/24 36/1
79/3 79/15 80/9 80/15 80/17 80/20 93/20
105/1 105/5 130/13 130/17 134/25 135/3
135/12 135/17 135/24 136/4 136/11 136/16
136/24 137/25 138/16 138/19 138/21
138/24 139/5 139/10 139/13 140/2 140/12
140/25 141/9 141/12 141/15 141/21 142/1
142/9 142/13 142/16 142/20 143/25 144/4
144/6 144/9 144/13 144/19 144/22 145/1
145/5 145/14 145/20 145/22 146/1 146/5
146/9 146/15 146/20 147/16 147/18 147/23
148/1 148/7 148/11 148/14 149/25 150/19
150/23 151/1 151/9 151/15 152/21 153/6
153/19 153/23 154/15 154/20 155/2 155/6
156/6 156/15 156/21 156/24
THE WITNESS: **[49]**  4/18 28/6 29/5 80/12
80/16 80/18 135/16 135/23 136/3 136/9
136/13 136/23 137/14 138/11 138/18
138/20 138/23 139/3 139/6 139/12 139/15
140/8 140/18 141/8 141/11 141/14 141/19
141/24 142/2 142/12 142/15 142/18 142/21
144/3 144/5 144/7 144/11 144/16 144/21
144/25 145/4 145/8 145/19 145/21 145/25
146/4 146/7 148/2 148/10

**'**

**'01 [3]**  55/21 58/2 60/3

**-**

**-- about [1]**  116/19
**-- in [1]**  116/21

**0**

**0.6 percent [1]**  145/18
**01 [9]**  37/15 37/18 37/22 38/3 41/22
46/15 47/4 57/24 131/25
**010 [2]**  42/25 43/4
**010s [1]**  43/6
**01s [3]**  71/2 71/3 135/15
**02 [2]**  46/15 47/4
**03 [2]**  47/5 97/8
**04 [3]**  47/5 47/6 97/9
**05 [6]**  46/5 46/9 47/2 47/7 47/8 47/13
**06 [20]**  5/24 44/15 47/14 47/16 47/22
69/20 69/23 69/24 70/2 70/15 71/11 71/13
71/17 72/1 72/15 72/24 75/7 75/8 75/13
108/9
**06s [5]**  40/23 70/7 70/7 70/10 70/14
**07 [5]**  42/2 42/15 42/17 48/6 48/8
**08 [3]**  42/15 42/17 48/8
**09 [1]**  42/21
**09s [1]**  43/12

**1**

**1,316 [2]**  141/9 141/13
**1,317 [1]**  141/13
**1.8 percent [1]**  73/15
**1/2 [2]**  119/19 126/12
**10 [11]**  6/4 32/14 64/7 66/15 66/17 69/4
122/5 125/3 130/12 132/3 135/14
**10-year [6]**  63/15 63/16 63/17 64/19
64/25 136/5
**105 [1]**  2/9

**10:00 [6]**  3/16 155/22 156/3 156/6 156/12
156/25
**10:30 [1]**  156/4
**10:30 [1]**  156/4
**10s [1]**  43/12
**11 [7]**  26/3 60/23 89/13 126/12 133/12
133/17 135/18
**11:00 [1]**  3/17
**11:05 [2]**  1/7 3/1
**12 [6]**  41/4 41/5 62/3 62/4 68/23 68/24
**12:48 [1]**  79/14
**13 [4]**  65/25 117/20 119/19 123/6
**13 1/2 [1]**  120/24
**1322.22 [1]**  36/8
**135 [1]**  2/9
**14 [1]**  62/12
**146 [1]**  2/10
**15 [10]**  46/10 65/8 65/11 65/13 66/8 66/8
66/9 125/3 138/8 139/13
**15-year [1]**  65/10 66/3 66/10 66/17 69/4
135/14 136/18 136/25 137/2 137/5 137/7
**150 [1]**  130/13
**17 [4]**  63/13 77/23 101/25 136/5
**18 [5]**  64/15 72/9 72/10 90/11 90/14
**19 [1]**  115/1
**1997 [1]**  5/16
**1:23-cv-2699-RDB [1]**  1/5
**1st [1]**  149/11

**2**

**2.9 percent [1]**  71/13
**20 [17]**  46/10 64/23 65/14 68/25 69/15
70/8 70/16 71/18 72/1 72/14 74/12 74/18
132/11 137/9 139/11 139/14 141/2
**20 percent [4]**  38/22 44/12 108/18 108/20
**20-plus-year [1]**  55/22
**20-year [8]**  55/24 69/3 72/14 131/14
131/22 132/3 141/2 141/22
**2001 [13]**  35/4 55/13 55/20 58/20 72/2
73/9 135/22 136/6 136/19 141/6 141/10
141/17 142/10
**2002 [3]**  35/12 69/24 72/2
**2003 [1]**  35/13
**2008 [2]**  35/4 136/19
**2011 [9]**  117/19 118/10 118/13 122/13
123/25 124/4 125/12 126/2 126/23
**2013 [1]**  136/7
**2014 [2]**  24/23 26/1
**2018 [1]**  135/24
**2021 [3]**  8/2 32/10 87/11
**2022 [7]**  30/13 69/25 70/23 71/1 72/25
114/18 121/12
**2023 [15]**  55/22 58/21 69/25 70/8 70/23
71/2 71/3 71/12 71/13 73/1 114/18 141/12
141/17 142/11 146/13
**2024 [13]**  1/7 2/2 5/11 24/24 26/4 26/7
26/10 26/15 26/18 55/13 55/22 133/11
158/12
**204 [3]**  135/6 135/9 145/15
**20th [1]**  149/13
**22 [5]**  65/6 82/20 136/18 141/16 145/20
**23 [1]**  65/24
**23 percent [2]**  78/1 101/24
**23-year-olds [1]**  82/20
**24 [4]**  77/23 101/25 108/4 131/13
**24th [1]**  26/19
**25 [6]**  1/7 2/2 48/13 66/8 70/16 71/18
**250 [1]**  63/8
**25th [1]**  158/12
**27 [1]**  5/23
**28 [8]**  38/25 68/21 68/23 68/24 84/22
141/1 146/25 158/6
**28 percent [1]**  109/3
**280 [1]**  82/23
**29 [4]**  2/8 69/12 145/15 146/25
**29 percent [1]**  77/24
**2:00 [2]**  79/6 79/11
**2:11 [1]**  79/14

**3**

**3 percent [1]**  72/4
**3.1 [2]**  146/14 146/15
**30 [5]**  48/13 72/1 74/12 74/19 74/22
**30 percent [1]**  38/25
**300 [1]**  82/23
**309 [1]**  25/15
**31 [1]**  69/18
**31 percent [2]**  145/18 146/13
**32 [1]**  71/10
**32 percent [2]**  136/22 137/12

**33 [1]**  72/11
**35 [3]**  48/24 72/19 122/22
**36 percent [1]**  136/20
**37 percent [1]**  131/9
**3:50 [1]**  157/3
**3a [5]**  36/18 36/19 36/23 36/25 38/6
**3b [2]**  37/6 38/6

**4**

**4 percent [1]**  145/23
**40 percent [8]**  44/20 44/20 78/17 79/23
80/3 80/10 80/15 127/22
**400,000 [1]**  63/8
**44 percent [2]**  131/8 136/6
**46 percent [1]**  136/8
**47 [1]**  133/20
**47 percent [1]**  136/7
**48 [1]**  142/11

**5**

**5 percent [1]**  75/10
**5-year [1]**  137/8
**50 [2]**  101/9 144/24
**50 percent [1]**  125/1
**52 [1]**  152/23
**52 percent [1]**  136/8
**55 [2]**  141/6 141/17
**55 percent [2]**  80/6 80/10
**56 [1]**  151/8
**57 [1]**  90/10
**58 [1]**  90/10
**5:00 [2]**  152/4 155/14
**5:30 [1]**  152/5

**6**

**6 percent [1]**  145/24
**60 [1]**  137/4
**610 [2]**  24/21 25/25
**67 [2]**  115/1 115/2
**67 percent [1]**  41/6
**68 percent [1]**  43/12

**7**

**7 percent [2]**  71/9 72/6
**70 percent [1]**  81/12
**72 percent [2]**  58/21 109/6
**73 percent [1]**  135/20
**753 [1]**  158/7
**77 percent [1]**  135/25
**78 percent [1]**  43/13
**79 [1]**  118/14

**8**

**8 percent [1]**  71/2
**80 percent [4]**  108/23 130/1 130/3 141/21
**81 [2]**  122/19 122/20
**81 percent [1]**  135/21
**83 [1]**  10/7
**83 percent [1]**  136/1
**84 percent [2]**  10/7 130/22
**85 [1]**  146/3
**85 percent [1]**  58/20
**86 percent [1]**  146/3

**9**

**9 percent [2]**  71/3 71/24
**9/11 [1]**  89/13
**90 [1]**  94/13
**91 [1]**  141/18
**92 percent [1]**  73/12
**94 percent [2]**  10/10 146/2
**95 percent [4]**  8/17 10/3 39/5 75/19
**99 percent [1]**  73/10

**A**

**a.m [2]**  1/7 3/1
**abbreviation [1]**  57/15
**abilities [5]**  40/8 44/9 82/25 90/8
111/20
**ability [22]**  43/19 52/8 52/18 61/10
81/17 89/5 89/9 91/1 91/22 92/4 92/5
98/23 101/10 101/11 103/7 104/14 104/21
116/8 120/25 143/2 147/9 149/23
**able [28]**  9/11 20/15 28/19 54/20 59/6
61/4 64/10 68/8 84/14 84/17 88/5 90/6
90/20 91/15 91/17 91/18 93/5 93/12 98/2
99/20 100/16 100/18 102/11 102/22 116/10
119/22 121/20 121/21

**A**

about [80]   4/25 5/23 24/19 36/21 38/20 38/23
41/20 41/24 43/10 43/24 46/8 46/10 48/13
48/22 65/5 70/10 70/15 70/16 75/10 77/4
78/1 78/16 79/1 79/8 82/15 85/15 91/1
91/21 93/24 95/18 96/17 97/6 98/22 99/9
100/6 100/10 100/16 101/14 101/20 101/24
102/10 107/1 107/6 108/6 108/11 109/3
109/25 110/2 110/22 113/18 114/9 114/21
115/4 116/12 116/14 116/19 116/25 118/2
118/16 119/8 120/8 120/12 120/20 122/9
124/19 125/7 130/19 132/8 142/4 145/13
147/8 152/22 154/8 155/4 155/11
above [2]   1/9 158/9
above-entitled [2]   1/9 158/9
absolutely [10]   68/4 82/4 87/16 88/12
100/8 101/16 132/14 142/20 150/15 150/19
academic [9]   20/3 20/7 21/21 52/7 52/16
52/17 52/19 53/13 127/13
academies [24]   30/10 36/10 36/20 36/22
36/25 38/6 38/13 51/14 51/15 63/7 105/15
105/15 123/19 125/1 125/16 127/9 127/16
127/19 127/22 128/6 129/11 143/6 143/8
143/18
academies' [2]   105/12 105/13
academy [91]   1/6 1/22 5/5 5/13 5/17 6/11
11/7 17/3 17/8 18/3 24/25 26/19 36/9
36/11 37/11 38/2 38/4 38/11 38/14 38/21
38/24 39/4 41/3 41/6 41/8 41/25 43/22
44/2 44/10 44/11 44/17 44/20 44/21 49/25
50/13 52/12 52/13 54/17 54/24 56/10 57/7
61/13 63/8 63/10 66/21 69/1 70/21 72/23
74/17 75/19 75/21 82/21 94/1 105/19
105/24 106/9 106/17 106/24 107/3 107/7
107/11 107/13 107/15 107/25 108/8 108/16
108/17 108/21 109/3 109/10 109/18 109/23
110/8 110/20 111/7 111/19 111/22 114/19
117/1 118/3 123/15 124/16 124/19 125/8
125/11 127/11 133/8 136/15 147/1 147/5
147/8
Academy's [4]   34/6 106/2 106/5 107/1
ACC [1]   143/13
acceptance [1]   54/12
accepted [2]   36/1 147/23
access [1]   133/23
accessed [3]   133/7 133/12 133/16
accessing [1]   103/4
accession [14]   8/6 10/13 14/9 30/11
30/24 32/17 33/6 34/3 37/6 49/20 109/6
109/9 110/1 111/6
accessions [16]   7/1 7/4 22/17 33/7 33/8
33/12 34/11 110/24 116/3 116/13 117/4
117/8 120/10 127/3 128/2 129/4
accomplish [5]   81/18 85/14 85/19 89/15
89/18
accomplishing [1]   85/16
according [1]   148/25
accordingly [1]   51/11
account [3]   51/1 61/6 113/15
accounts [1]   109/3
accurate [6]   18/4 22/1 22/9 22/15 25/7
86/10
accuse [1]   155/7
achieve [3]   50/11 77/10 83/18
achieved [2]   42/8 68/20
achieving [1]   78/10
acknowledge [5]   53/11 70/10 74/10 137/14
139/8
acknowledges [2]   103/11 131/19
across [9]   53/5 53/14 66/19 86/12 94/22
96/16 100/13 116/4 120/12
Act [2]   87/6 87/12
Acting [1]   29/20
action [1]   152/15
actions [1]   81/13
active [19]   5/22 35/2 35/3 35/6 51/15
55/13 56/8 56/11 56/16 56/17 57/24 60/24
69/20 76/12 137/2 137/3 137/10 144/23
145/2
active-duty [5]   55/13 56/8 56/11 56/17
60/24
actively [2]   83/6 83/21
activities [2]   11/3 21/1
activity [4]   11/16 12/17 77/12 155/20
154/2
actual [5]   119/1 128/22 149/15 149/18
154/2
actually [25]   10/22 40/8 45/4 52/4 56/3
57/19 57/20 84/3 94/12 97/5 97/12 97/19
97/23 103/7 125/18 131/5 136/22 138/15

138/20 140/13 142/9 144/2 145/5 145/11
149/5
ad [1]   146/5
ADAM [1]   1/12
adaptable [1]   89/5
add [5]   61/21 80/2 90/7 139/4 142/19
addition [1]   52/20
additional [8]   19/8 20/23 23/2 61/20
61/21 64/11 90/7 127/13
address [8]   84/18 91/19 98/15 103/7
152/7 152/9 155/17 156/10
addressing [1]   93/13
adept [1]   102/22
adjourned [1]   157/3
adjusted [1]   97/14
adjustment [1]   128/22
administration [1]   35/18
administrations [1]   82/7
administrative [1]   57/12
administratively [1]   138/15
admiral [7]   42/8 44/15 44/19 47/21
140/15 140/16 140/19
admirals [1]   43/6
admissions [31]   1/3 1/21 6/12 16/25
50/13 52/5 52/15 54/4 54/8 54/17 105/12
105/13 105/19 105/24 106/2 106/5 106/10
106/24 107/2 109/18 112/1 112/4 117/5
117/9 125/5 127/2 127/12 128/1 128/22
129/12 143/1
admit [1]   93/18
admittance [1]   49/24
admitted [5]   7/21 93/20 93/21 107/3
107/14
adult [1]   35/20
advanced [1]   92/16
advancement [1]   68/1
advantage [3]   111/19 113/3 113/14
advantageous [3]   67/3 99/14 137/23
advertising [5]   31/4 33/14 102/17 102/20
102/25
advise [2]   64/11 67/24
advised [2]   3/7 3/8
advisement [1]   151/14
advising [1]   79/10
affairs [3]   5/21 29/25 30/1
affect [1]   116/13
affects [1]   116/3
affiliation [1]   12/17
affinity [1]   140/22
African [15]   26/6 26/9 26/14 51/7 57/21
80/10 80/13 81/15 100/22 131/8 131/9
133/6 133/7 133/16 135/20
AFRICOM [1]   81/16
after [15]   10/2 14/17 16/2 16/16 23/5
24/6 24/14 25/19 61/23 96/17 146/10
150/7 153/12 154/15 156/16
afternoon [7]   79/15 105/8 105/10 151/23
152/8
again [71]   20/20 33/13 43/17 44/12 44/13
45/8 46/14 46/21 46/23 48/8 48/8 50/1
50/17 52/14 53/24 54/11 54/19 56/9 58/13
58/16 59/9 59/13 60/18 62/16 62/23
62/24 66/5 66/14 69/9 69/14 70/5 70/9
70/12 71/11 71/12 71/17 72/1 72/17 73/4
73/12 73/20 73/23 74/12 74/18 74/23
75/18 75/20 77/12 78/7 78/13 90/23 91/13
93/11 93/13 95/3 96/18 104/14 104/23
119/1 126/14 128/13 132/21 136/6 136/14
137/15 137/16 147/3 151/19 154/22 156/9
against [4]   29/22 59/18 75/25 143/7
age [2]   77/4 77/23
agencies [1]   57/3
aggressive [1]   150/17
ago [16]   5/10 30/13 70/8 71/19 74/13
77/24 99/25 107/21 117/20 121/9 122/5
138/20 138/22 144/8 145/10 145/17
agree [23]   23/1 25/7 82/8 105/11 108/14
111/3 111/11 111/25 112/3 122/25 129/18
129/22 131/3 131/17 132/19 133/22 134/19
142/21 146/24 147/3 148/17 151/1 154/10
agreed [3]   150/16 153/16 153/20
agreement [4]   149/22 151/21 152/20
153/21
agrees [1]   151/5
ahead [3]   19/15 25/2 28/15
air [1]   94/24
aircraft [6]   39/21 49/17 67/8 75/16
84/23 85/11
airlines [1]   63/25
AL [1]   1/6

alienate [1]   85/18
align [2]   127/3 128/2
aligning [2]   30/9 160/5
all [87]   3/2 3/20 6/10 6/12 13/18 13/20
14/13 14/20 15/15 17/7 19/18 19/24 20/18
20/20 21/1 22/12 24/8 25/14 25/25 30/9
30/25 31/10 31/20 32/15 34/1 38/11 43/5
43/11 44/3 48/18 56/9 57/3 57/11 57/13
59/5 66/19 69/18 70/1 79/12 79/15 84/1
84/2 84/5 86/14 88/17 93/16 96/16 98/20
100/14 101/8 102/6 103/1 110/16 111/17
116/3 116/23 118/5 119/20 120/12 122/25
124/20 130/17 131/19 133/6 134/8 135/13
136/4 141/1 143/23 148/4 148/16 148/17
148/19 149/4 149/6 149/7 149/17 150/6
150/7 151/9 152/21 153/14 154/6 154/22
155/2 156/24 157/1
all-important [1]   141/1
all-volunteer [2]   30/9 101/8
alleged [1]   44/2
allied [1]   81/18
allocates [1]   10/14
allotted [1]   10/21
allow [4]   37/22 37/25 61/19 147/24
allowed [3]   20/13 77/15 97/12
allowing [1]   100/6
allows [3]   81/21 112/19 121/3
almost [1]   121/4
alone [1]   90/18
along [2]   131/24 148/20
already [8]   18/25 23/15 24/6 24/21 68/20
84/24 93/21 98/17
also [66]   1/21 8/16 13/6 19/1 22/8 31/4
32/3 33/16 33/20 34/1 34/9 34/25 37/18
37/18 37/21 43/7 46/5 51/3 51/6 53/11
56/1 56/3 56/11 64/7 65/17 66/7 67/13
67/18 68/16 69/24 69/25 70/12 76/15
76/19 77/10 77/11 77/13 81/9 81/19 83/9
88/9 89/10 91/13 91/21 92/18 92/23 93/4
94/16 95/4 95/13 96/25 102/2 102/16
103/5 110/2 111/5 114/15 115/10 126/6
126/9 127/14 132/16 138/2 139/24 142/2
143/9
although [1]   105/14 140/19
always [3]   95/10 99/7 151/24
am [11]   4/22 5/7 6/2 6/19 8/6 22/18 24/8
86/23 105/13 105/14 149/19
America [2]   103/4 117/8
American [12]   51/8 57/21 77/3 80/10
80/13 81/21 81/24 100/22 101/24 131/9
131/9 142/10
Americans [18]   26/6 26/10 26/15 70/21
70/24 71/7 71/12 71/15 71/23 73/15 77/24
89/10 90/16 114/18 133/7 133/7 133/16
135/21
among [3]   53/17 104/3 114/16
amongst [10]   63/18 68/10 70/5 77/22 78/2
100/25 104/2 104/5 110/16 133/2
amphibious [3]   47/20 67/6 99/5
analysis [9]   55/5 55/17 88/4 88/4
88/7 102/9 117/3 154/3
analyze [1]   55/7
ANDERSON [1]   1/15
ANDREW [1]   1/12
animated [1]   155/4
anniversary [1]   149/3
another [17]   21/16 29/16 47/14 47/23
51/17 51/24 58/18 65/11 81/8 83/8 83/22
100/22 153/9 153/12 154/1 155/8 156/17
answer [16]   22/16 80/9 107/16 116/5
147/20 147/24 147/25 148/1 149/16 149/18
149/20 149/23 150/9 150/12 150/16 154/2
anticipate [1]   153/24
anticipated [1]   153/23
antimilitary [1]   145/11
any [70]   5/19 7/13 15/10 15/10 17/19
18/10 27/17 27/24 35/24 44/10 47/9 48/14
48/25 58/4 58/12 61/6 62/8 62/15 62/21
62/21 64/20 65/1 66/4 66/12 69/8 70/4
72/16 73/3 73/22 74/2 77/12 78/18 82/10
84/18 91/19 97/12 98/15 102/19 103/8
104/21 104/24 107/13 107/7 107/14
108/6 108/11 110/22 111/23 116/2 116/12
117/3 117/3 117/7 123/10 128/1 128/16
128/22 134/24 136/24 136/24 137/10
139/22 146/10 146/16 147/4 152/5 154/15
155/11 155/13
anymore [1]   138/25
anyone [3]   28/3 79/8 79/8
anything [6]   8/8 98/25 106/11 156/13

**A**

anything... [1] 21/24 66/22
anywhere [1] 65/7
apologize [5] 3/4 119/1 119/5 147/22
155/1
apology [1] 147/23
app [1] 126/18
apparently [2] 3/8 3/19
appears [1] 66/16
Applause [1] 3/23
applicable [1] 66/21
application [6] 3/10 125/8 125/12 125/14
125/22 126/16
applications [2] 53/19 53/22
applies [3] 57/3 61/22 111/14
apply [3] 40/15 43/19 125/15
appreciate [3] 82/21 147/9 155/1
appreciation [5] 44/7 50/17 94/8 94/16
111/20
approaches [1] 102/16
approaching [1] 149/3
appropriate [11] 15/9 38/1 62/17 68/6
70/9 109/11 113/22 115/14 121/18 139/21
143/2
appropriately [4] 81/7 84/18 97/15
156/10
approval [1] 15/19
approve [1] 113/10
approved [2] 24/7 149/24
approximately [24] 30/13 32/14 32/16
34/12 35/3 38/22 38/25 39/4 41/6 43/11
48/24 61/3 73/12 77/24 78/17 80/7 82/23
101/9 108/2 110/12 117/19 127/22 145/23
145/23
aptitude [4] 9/3 20/3 20/7 34/2
aquatic [1] 91/24
are [197]
area [3] 36/2 84/4 95/11
areas [18] 9/4 43/18 54/20 58/14 83/12
86/20 91/2 91/16 91/25 94/22 95/2 96/7
96/20 96/22 98/21 102/6 119/24 136/12
argument [11] 27/18 50/11 50/16 150/13
151/12 152/10 152/11 153/1 154/11 154/12
154/15
arguments [1] 153/8
armed [3] 32/4 34/2 86/3
Army [3] 94/24 138/6 156/1
around [5] 3/24 26/19 152/3 155/14
155/20
arrived [2] 82/15 82/20
arts [1] 5/20
as [220]
ASD [1] 88/15
Ashish [1] 29/21
Asian [20] 58/6 58/14 69/10 70/5 70/21
70/23 71/2 71/7 71/11 71/15 71/23 73/15
80/18 114/18 115/20 115/21 142/10
145/17 146/13
Asians [1] 71/3
ask [11] 65/5 80/1 96/17 113/25 115/1
118/20 122/17 132/18 138/16 147/23 148/2
asked [3] 79/21 113/18 117/6
asking [5] 113/19 116/15 116/16 124/4
142/1
aspect [1] 128/10
aspects [2] 54/21 138/3
asserted [1] 109/14
assess [1] 93/25
assessment [1] 22/9
assign [1] 113/19
assigned [7] 9/20 10/3 11/14 12/4 17/7
24/6 84/16
assigning [1] 113/11
assignment [51] 7/6 7/8 7/10 7/13 7/15
7/25 8/4 8/9 8/21 9/14 10/16 11/4 11/10
13/18 14/17 14/18 14/24 15/4 15/12 15/13
15/20 15/23 16/3 16/6 19/13 20/25 21/5
21/12 22/12 22/19 23/6 23/9 23/13 23/22
24/1 24/3 24/5 24/25 26/18 31/19 31/22
33/2 49/13 49/23 50/14 64/11 82/14
112/14 112/20 113/18 134/3
assignments [18] 15/18 16/9 18/12 23/1
24/15 24/20 25/7 25/16 26/4 27/10 27/15
31/7 31/7 50/5 63/24 67/21 99/11 112/21
assigns [1] 7/11
assistant [8] 28/10 30/5 32/20 34/16
61/22 74/14 88/14 99/16
associated [3] 56/23 126/9 131/18
Association [1] 7/17
assume [2] 30/12 68/4

**A** (cont.)

assumption [1] 26/12
ASVAB [1] 34/3
athletes [1] 91/25
athletic [2] 21/21 128/10
attain [2] 21/12 49/16
attained [3] 37/24 45/15 64/4
attendant [1] 149/10
attended [1] 17/3
attending [1] 111/19
attention [1] 116/6
attitude [1] 9/22
attitudes [1] 37/9
attractive [1] 63/25
attributable [1] 147/4
attributes [5] 11/13 11/15 11/21 11/23
109/24
attrition [1] 51/5
audible [1] 22/16
audience [1] 133/9
August [1] 7/16
authoritative [2] 55/16 55/18
authority [1] 3/11
Authorization [2] 87/6 87/11
automatically [1] 138/14
available [5] 11/1 56/1 124/25 126/18
126/23
average [2] 19/21 61/25
aviation [16] 15/3 21/12 21/13 34/4
39/17 50/10 61/17 63/21 67/7 98/9 132/19
134/14 134/15 134/17 134/19 137/17
aviator [1] 51/9
aviators [1] 86/14
avoid [2] 3/12 83/19
awake [1] 154/25
award [2] 52/1 54/13
awarding [1] 53/1
awards [1] 31/8
aware [4] 19/23 22/24 109/14 124/22
awareness [1] 90/15

**B**

back [19] 18/22 25/15 25/25 26/3 28/4
38/5 70/17 71/10 92/12 99/18 107/24
133/2 140/1 144/6 144/7 144/16 144/19
150/8 152/22
bad [2] 3/19 153/15
bags [1] 84/3
balance [1] 95/12
ball [1] 154/17
Baltimore [1] 1/6
bar [1] 41/22
barriers [8] 85/16 87/1 87/21 90/12
90/13 92/8 97/1 104/24
based [13] 3/10 10/15 11/3 12/6 13/21
14/20 18/16 23/16 27/13 40/2 77/15 80/7
111/16
baseline [5] 38/12 52/7 83/11 104/10
111/10
basic [3] 31/13 77/16 152/23
basically [4] 11/1 11/6 14/11 150/21
basis [4] 20/17 27/17 106/21 107/7
battery [3] 21/13 34/2 34/4
be [145] 3/2 4/2 9/22 10/1 10/3 12/3
15/10 19/7 20/20 28/19 36/1 37/3 37/13
37/21 38/12 38/17 40/25 42/22 43/22 47/2
47/8 47/18 48/6 48/8 48/10 48/11 50/5
52/10 52/20 53/13 54/6 57/7 57/13 57/16
57/18 57/19 57/20 60/20 61/15 62/17 63/4
63/24 64/9 64/10 66/7 66/16 66/25 67/3
67/11 67/18 67/19 67/25 68/4 68/9 68/10
68/18 69/24 69/25 71/25 72/25 74/17
74/24 75/7 75/11 76/5 79/3 79/15 80/9
80/12 82/19 82/22 84/3 84/5 86/3 88/5
88/8 88/10 89/5 89/6 89/6 89/20 90/3
90/20 91/11 91/16 91/17 91/18 93/5 93/20
95/17 96/7 96/25 97/2 97/4 98/15 98/20
98/23 100/15 100/18 102/22 110/3 112/20
112/21 113/21 116/10 116/10 117/24
119/22 119/24 121/20 122/16 125/14
125/25 129/15 130/23 133/18 134/5 137/19
137/22 139/8 140/5 140/9 140/14 143/9
143/13 147/10 147/11 147/12 148/18
148/21 149/1 149/6 151/11 151/16 151/16
151/16 151/19 152/3 153/21 154/9 155/9
155/14 155/17 155/23 156/14
became [2] 82/13 83/23
because [53] 10/2 15/6 20/19 40/7 43/17
45/8 45/17 50/1 51/12 51/14 52/2 52/21
56/9 59/10 68/12 71/21 71/24 72/2 77/16
78/2 83/22 85/13 86/3 87/9 87/13 87/22

**B** (cont.)

88/24 91/5 99/21 101/1 104/8 105/16
106/22 107/24 111/25 124/11 130/11
131/6 132/1 137/3 137/9 138/9
138/16 138/24 143/13 143/14 143/19 147/9
150/16 153/24 155/22
become [5] 5/8 46/8 48/22 52/6 131/25
becomes [1] 54/23
been [58] 3/10 3/18 3/19 5/13 5/22 6/3
6/8 7/21 15/15 15/16 17/10 17/13 17/15
17/16 18/18 24/6 24/21 32/12 37/1 40/10
71/18 75/2 75/9 78/10 79/10 82/20 87/10
94/5 97/20 97/21 101/8 107/14 120/23
121/7 121/11 121/13 124/6 124/22 126/1
126/18 128/19 128/22 129/17 138/2 140/3
140/22 142/13 142/17 144/13 144/23 146/5
146/6 147/19 150/10 150/12 152/18 154/4
155/3
before [32] 1/9 5/13 17/1 18/13 19/16
21/1 22/23 24/13 24/13 32/5 32/24 33/13
34/20 34/22 54/13 55/2 62/20 79/21 82/17
83/12 89/3 94/3 96/5 100/8 102/10 124/3
131/10 131/20 132/2 146/2 151/23 152/9
begin [1] 4/23
beginning [4] 46/15 84/14 85/4 92/19
begins [1] 119/7
behalf [3] 1/12 1/17 31/19
behavioral [1] 78/3
behind [3] 51/20 59/21 129/20
being [30] 10/21 14/21 15/20 28/2 54/8
57/19 59/6 61/4 68/8 68/12 80/17 84/17
86/18 87/16 88/22 90/6 91/15 93/12 99/20
100/16 102/11 102/22 113/23 121/21
139/10 139/19 143/7 150/8 150/9 154/15
155/4
belief [2] 68/18 153/17
beliefs [1] 37/9
believe [22] 48/2 50/1 54/19 71/9 75/24
76/4 82/11 88/9 96/1 107/9 112/12 112/13
118/4 121/11 122/2 123/9 128/9 129/25
142/22 144/17 145/5 152/19
believes [1] 137/22
belong [1] 12/14
below [2] 71/15 71/17
bench [3] 152/3 152/14 152/25
benchmarks [2] 76/6 76/8
beneficial [1] 97/23
benefit [4] 61/4 68/8 100/5 127/12
benefits [4] 65/16 94/10 101/1 132/16
BENNETT [1] 1/9
best [8] 11/19 13/11 13/22 51/6 64/14
79/9 102/17 155/4
best-qualified [3] 11/19 13/11 13/22
better [13] 9/21 9/21 74/7 79/7 85/10
85/21 87/20 92/20 93/5 95/12 95/21 111/8
126/15
between [9] 14/19 15/8 17/18 50/20 63/7
77/19 90/17 123/7 123/14
beyond [4] 40/24 63/11 80/13 121/15
bias [1] 88/8
big [1] 132/12
Bill [2] 31/5 33/24
billet [2] 39/24 39/25 40/20 41/1
billets [5] 8/25 40/17 41/2 43/15 43/16
binder [1] 7/19
birthday [2] 3/21 3/25
bit [16] 26/21 28/19 32/17 32/24 33/13
51/22 71/9 79/18 91/17 95/18 96/13 98/7
101/2 101/20 126/5 134/11
Black [18] 53/7 57/21 58/6 58/14 69/10
70/6 95/14 100/21 131/8 131/9 135/21
135/25 136/6 136/21 141/4 141/6 141/16
145/22
Black/African [1] 57/21
Blacks [1] 141/21
blank [1] 26/12
blended [1] 32/2
blockers [1] 103/6
blue [1] 128/11
blue-chip [1] 128/11
BLUM [1] 1/21
board [17] 10/16 14/18 14/24 15/4 15/13
15/20 19/13 19/14 22/17 22/19 23/13 32/4
52/2 83/12 85/18 106/2 139/19
boards [10] 11/5 11/10 13/18 14/17 15/12
20/25 23/7 23/9 24/1 24/3
body [1] 14/15
Boko [2] 89/20 112/24
books [2] 83/10 83/14
borne [1] 97/19
Boston [1] 153/11

**B**

**both [28]** 3/23 51/9 52/22 62/10 64/22 67/10 72/8 74/9 88/14 88/18 98/13 114/13 125/15 136/11 137/2 140/4 146/24 148/8 148/21 148/22 149/8 153/4 153/4 154/10
**bottom [6]** 19/7 25/2 60/12 61/24 72/9 115/2
**bound [1]** 6/15
**boundaries [1]** 84/18
**bowling [1]** 154/17
**box [2]** 130/19 131/12
**BRAC [1]** 121/4
**BRAC-like [1]** 121/4
**branch [1]** 137/10
**breach [2]** 3/18 3/19
**breaching [1]** 155/24
**break [4]** 79/4 79/6 79/21 96/13
**BRIAN [7]** 1/24 9/11 36/3 39/7 49/8 73/6 93/17
**brick [3]** 52/3 121/17 121/24
**bridge [1]** 119/23
**brief [2]** 103/9 105/3
**bring [12]** 11/8 31/3 37/25 45/4 45/8 47/9 48/14 48/25 50/2 51/15 82/17 89/15
**bringing [1]** 103/23
**broad [8]** 33/15 34/17 53/4 54/1 66/19 77/3 91/4 94/22
**broader [2]** 68/14 77/1
**broadly [18]** 8/20 29/23 30/2 30/8 30/24 31/13 31/24 33/8 36/9 39/12 40/12 55/8 76/9 76/11 88/16 108/17 115/7 134/13
**broke [1]** 94/3
**broken [1]** 69/22
**brother [1]** 45/19
**brought [1]** 71/23
**BRUCE [1]** 1/22
**budget [3]** 34/19 57/3 121/19
**build [3]** 45/11 92/25 93/14
**bullet [4]** 130/22 131/5 131/8 131/12
**bunch [1]** 117/22
**Bunker [1]** 82/14
**burden [4]** 152/13 153/17 153/25 154/2
**business [2]** 35/18 124/5

**C**

**CAB [9]** 19/12 19/13 19/13 19/16 19/19 20/8 22/23 23/11 23/19
**cabin [1]** 52/23
**CABs [3]** 19/24 23/18 23/20
**cadre [6]** 30/17 40/22 41/15 42/11 73/14 78/15
**cadres [1]** 76/18
**calculated [1]** 13/13
**call [4]** 4/11 61/2 106/20 144/22
**called [3]** 28/4 96/20 97/11
**calls [1]** 109/18
**camaraderie [1]** 85/6
**came [4]** 28/18 108/7 111/1 140/12 140/13 144/19
**CAMERON [1]** 1/14
**campuses [2]** 144/2 145/6
**can [100]** 9/23 9/24 12/5 12/9 12/11 12/12 12/14 12/20 12/24 13/3 13/6 13/7 16/6 18/25 19/3 19/5 22/20 23/25 24/20 26/10 26/20 27/18 29/3 30/7 30/22 38/16 39/7 39/21 40/6 41/21 42/14 46/11 46/13 47/6 49/8 49/11 49/15 50/23 51/14 52/5 54/13 55/24 56/20 58/8 59/7 59/17 60/17 62/15 66/7 66/8 68/16 68/18 71/1 71/10 74/18 75/11 75/23 79/10 89/18 90/2 92/1 92/12 92/14 93/17 94/10 96/11 98/7 98/8 98/18 98/20 98/23 100/12 100/12 101/19 104/23 110/3 118/6 118/7 121/5 122/17 123/12 127/17 134/5 134/6 135/7 135/13 137/25 140/25 142/2 142/5 147/8 147/15 147/25 148/4 149/6 150/20 152/7 152/8 152/19 154/9 156/3
**can't [1]** 20/18
**candidate [10]** 20/22 22/1 34/7 36/17 108/7 111/11 112/1 123/9 123/22 123/23
**candidates [7]** 20/16 53/16 104/1 116/8 125/15 127/12 127/16
**cannot [4]** 44/4 45/13 49/21 54/3
**capabilities [4]** 43/20 50/21 92/17 99/23
**capability [1]** 92/12
**capable [1]** 37/7
**capacity [1]** 34/17
**capitalize [1]** 100/13
**captain [14]** 2/5 4/12 5/2 5/24 7/19 9/4
11/4 16/24 26/17 27/8 28/1 28/5 47/7 47/16
**captain's [1]** 47/24
**captured [2]** 69/24 69/25
**card [3]** 3/24 3/25 4/1
**care [1]** 154/8
**career [19]** 6/6 37/4 40/7 45/9 45/16 49/12 49/23 55/22 56/12 57/9 92/6 97/8 97/11 99/10 112/15 131/25 132/15 137/23 138/10
**CARMICHAEL [12]** 1/18 2/8 28/9 29/8 79/16 79/17 80/21 105/1 108/5 135/1 135/5 146/10
**Carolina [1]** 145/1 153/7
**carrier [8]** 42/19 42/19 48/9 48/12 48/16 75/16 84/23 85/11
**carriers [2]** 41/5 44/17
**Carter [1]** 34/17
**case [30]** 20/1 47/8 57/7 59/4 59/9 59/17 60/6 61/11 61/20 74/16 87/10 88/2 88/3 97/24 98/12 106/11 106/16 109/10 109/14 109/16 109/21 114/8 116/12 116/17 138/17 139/22 148/13 150/16 152/5 152/25
**cases [6]** 61/19 67/1 94/13 151/7 151/20 153/8
**categories [11]** 29/25 60/5 60/8 64/22 80/14 80/17 80/19 115/8 115/12 142/3 142/7
**categorize [2]** 101/22 110/16
**category [10]** 39/11 57/17 60/10 60/21 62/1 62/7 62/18 64/19 64/25 66/2
**CATHERINE [1]** 1/18
**Caucasian [3]** 57/22 58/16 104/3
**causes [1]** 151/24
**cautiously [2]** 71/25 74/17
**ceiling [1]** 138/9
**census [1]** 77/2
**Center [4]** 55/13 55/14 55/15 88/4
**CEO [1]** 49/1
**certain [51]** 20/15 33/23 37/23 40/9 45/12 45/14 50/7 50/12 52/3 52/6 52/21 53/23 55/10 67/2 67/15 67/21 68/8 77/9 77/10 77/11 83/1 83/9 83/11 83/24 84/9 84/17 91/6 92/22 94/22 96/1 97/22 97/25 99/14 102/7 102/14 106/9 111/17 112/21 113/2 113/3 123/9 126/10 134/21 138/3 138/4 138/22 139/16 139/18 140/4 143/11 144/12
**certainly [17]** 30/24 42/16 50/25 52/6 54/7 54/19 56/14 68/6 75/5 81/1 88/12 91/22 93/11 94/18 94/22 101/8 152/8
**CERTIFICATE [1]** 157/6
**certification [1]** 63/20
**Certified [1]** 158/4
**certify [1]** 158/6
**cetera [1]** 33/19
**chain [1]** 6/18
**chairman [1]** 15/1 31/21 43/1
**challenge [6]** 85/13 90/21 90/22 101/14 101/23 102/2
**challenged [1]** 113/23
**challenges [15]** 82/24 83/2 84/19 85/7 85/15 85/24 94/20 95/7 96/15 100/19 101/19 101/21 103/25 104/22 106/16
**challenging [3]** 83/23 89/7 121/15
**change [2]** 121/8 138/19
**changed [5]** 107/8 121/14 122/6 123/25 124/4
**changes [1]** 61/6 127/2 128/2
**changing [1]** 121/4
**channels [3]** 103/3 103/5 108/15
**chaplain's [1]** 32/4
**chaplains [1]** 41/18
**character [1]** 37/3
**characterize [2]** 62/18 134/17
**characterized [1]** 66/7
**charge [1]** 41/19
**chart [24]** 45/17 46/6 60/15 61/24 62/6 62/8 63/14 64/20 64/24 65/1 65/2 66/4 66/12 69/8 70/4 70/24 72/12 73/3 73/22 133/10 136/18 141/3 142/14 148/16
**charts [11]** 74/3 108/4 108/8 108/11 109/8 110/22 116/23 116/25 135/18 146/24 148/22
**chased [1]** 144/2 144/14
**chasing [1]** 145/6
**Cheeseman [1]** 110/10
**chief [9]** 8/10 8/13 43/2 48/20 48/23 49/1 83/7 110/5 110/11
**Chiefs [2]** 31/21 43/1

**children [2]** 64/4 95/10
**chip [1]** 128/11
**choice [12]** 8/17 9/5 9/9 10/15 14/10
**choices [1]** 14/7 101/1
**choose [5]** 12/3 17/19 20/13 20/15 133/23
**choosing [1]** 9/20
**chose [1]** 133/7
**chosen [1]** 60/8
**CHRIS [1]** 1/20
**CIA [1]** 3/10
**circuit [4]** 47/9 48/14 48/25 150/2
**circumstances [2]** 61/15 84/1
**cite [1]** 26/23
**cited [1]** 91/2
**cites [1]** 91/13
**citing [1]** 38/5
**civil [2]** 1/4 152/25
**civilian [5]** 33/10 34/23 34/25 54/3 64/2 88/19 126/19 132/9 143/18
**civilians [2]** 30/18 94/14
**claim [1]** 44/6
**clarify [2]** 149/16 154/6
**clarifying [1]** 18/24
**clarity [1]** 19/3
**class [7]** 7/16 24/23 24/25 44/12 107/25 136/19 136/19
**classes [3]** 39/5 70/21 127/23
**classified [1]** 53/12
**clear [4]** 80/9 124/11 135/17 155/12
**clearance [1]** 12/25
**clearer [1]** 87/19
**clearly [2]** 27/18 150/11
**clerk [4]** 149/18 154/24 155/12 155/15
**clerk's [3]** 149/1 149/19 149/21
**clerks [1]** 155/13
**clicks [1]** 103/16
**close [6]** 54/7 78/14 78/18 78/22 121/1 121/21
**closed [10]** 44/24 45/6 45/18 49/4 49/15 51/12 58/17 59/10 70/12 142/4
**closed-loop [7]** 44/24 45/18 49/15 51/12 58/17 70/12 142/4
**closely [3]** 127/1 127/11 127/25
**closing [10]** 121/3 150/13 151/12 152/9 152/11 153/8 153/11 153/12 154/11 154/12
**CNO [1]** 110/18
**coach [2]** 68/5
**coaches [3]** 99/13 100/9 100/12
**coaching [6]** 67/19 68/16 95/20 98/16 98/24 100/2
**coast [4]** 6/9 6/9 6/10 6/10
**coastal [1]** 99/6
**Code [1]** 40/15
**coded [1]** 56/22
**codes [3]** 56/23 57/16 57/17
**cognitive [1]** 88/23
**cohesion [1]** 82/12
**cohort [3]** 58/2 60/3 69/7
**cohorts [1]** 94/8
**colleagues [3]** 111/7 124/14 150/3
**collect [3]** 57/4 57/6 60/9
**collectively [1]** 82/24
**college [4]** 52/15 117/9 119/15 119/19
**colleges [10]** 52/4 53/6 53/7 54/12 119/13 119/21 120/2 120/6 120/13 126/16
**Collins [1]** 34/25
**colonel [1]** 138/6
**colonels [1]** 40/24
**combat [1]** 41/12
**combatant [5]** 31/22 42/23 43/4 43/5 110/4
**combination [1]** 31/21
**combined [1]** 59/5
**come [14]** 9/1 77/15 88/5 89/19 94/19 99/3 108/15 108/21 108/23 112/7 132/11 144/6 152/8 155/16
**comes [7]** 24/9 24/11 81/8 104/9 132/12 152/5 152/6
**coming [9]** 53/9 54/5 74/16 87/17 94/8 98/10 99/4 101/15 135/15
**command [31]** 6/18 18/18 31/23 39/21 39/24 39/25 40/6 40/17 40/20 41/1 41/2 42/18 46/1 46/12 46/25 47/14 47/17 47/18 47/19 48/6 48/9 49/17 57/10 65/18 75/13 81/15 88/9 88/18 99/21 138/5 139/1
**commandant [6]** 5/7 5/8 6/14 6/21 6/22 15/17
**commanded [3]** 41/5 41/8 44/17
**commander [11]** 46/5 46/9 46/17 47/2 47/7 47/10 47/21 48/11 48/15 75/16 97/9

**C**

commanders [1] 1/23
commanding [5]   42/22 43/2 43/19 46/5 140/10
commands [2]   42/23 81/16
comment [1]   126/8
commercial [1]   102/19
commission [12]   8/18 37/15 38/2 39/4 88/1 117/13 117/15 122/13 123/1 127/1 127/24 129/15
commissioned [5]   37/1 38/21 38/24 72/23 131/21
commissioning [20]   34/5 36/11 36/14 37/12 37/17 37/20 38/17 44/1 44/14 45/5 49/20 51/24 53/18 54/22 54/24 55/7 108/24 123/18 131/10 131/22
commissions [1]   87/25
committees [1]   87/18
commodores [1]   47/24
common [5]   102/19 125/7 125/22 126/16 126/18
communicate [1]   81/7
communities [79]   7/11 8/15 8/18 9/1 9/23 9/25 10/1 10/4 10/15 10/16 10/19 10/24 11/1 11/5 11/6 11/7 11/9 12/3 12/5 12/9 13/2 13/3 13/6 13/25 14/1 14/5 14/6 14/7 14/19 15/1 15/3 15/9 16/1 18/4 19/8 19/15 20/9 20/11 20/13 20/15 23/2 23/14 39/6 39/12 39/14 39/16 39/17 41/11 45/10 50/7 50/12 50/15 57/18 67/2 68/11 68/17 75/20 75/23 86/12 91/12 95/25 96/1 96/10 98/1 98/11 98/12 98/19 99/4 100/7 100/24 132/24 133/3 133/2 134/8 134/12 134/16 137/16 140/22 140/23
communities' [1]   20/21
community [77]   6/1 9/20 9/22 10/16 10/17 10/21 10/23 10/25 11/3 11/4 11/10 11/13 11/21 12/17 12/25 13/8 13/18 13/23 14/2 14/4 14/10 14/12 14/13 14/17 15/2 15/12 15/22 19/5 19/11 19/13 19/20 20/1 20/2 20/6 20/25 21/16 22/19 22/22 23/6 23/8 23/9 23/13 23/20 24/1 24/3 24/6 41/11 51/4 51/8 51/10 51/17 63/21 66/25 67/2 67/7 67/14 75/6 77/3 78/9 78/9 81/8 87/22 89/4 90/3 91/14 91/23 92/10 94/24 96/4 96/9 98/8 98/9 98/17 98/22 99/1 99/21 132/22
community's [1]   13/21
community-specific [1]   20/6
companies [1]   63/25
company [1]   49/1
compare [1]   94/10
compared [5]   76/12 76/17 78/9 94/14 109/25
compares [1]   122/5
comparison [3]   76/24 77/6 78/5
comparisons [1]   77/1
compatible [1]   95/11
compelling [1]   107/9
compensation [2]   31/12 94/12
compete [5]   40/1 47/17 50/6 97/16 99/21
competing [1]   91/3
competitive [4]   64/8 64/12 113/3 140/8
complete [12]   21/6 22/3 22/8 22/15 24/14 52/9 52/17 52/18 90/6 132/15 139/17 152/20
completed [1]   117/18
component [3]   56/14 56/15 106/13
comprise [1]   44/3
comprised [1]   14/25
comprises [1]   11/5
comptroller [1]   34/19
concern [2]   82/1 82/3 91/21
concerned [2]   51/2 145/13
concerns [18]   90/25 91/15 91/19 92/4 93/14 95/12 96/19 96/23 97/2 97/4 97/22 97/25 98/5 98/15 98/19 98/22 100/16 124/18
conclusions [3]   151/11 151/14 154/16
conduct [6]   19/14 33/18 82/25 88/5 88/6 89/20
conducted [1]   87/5
conducts [1]   19/11
Conference [1]   158/10
conflict [3]   88/15 89/4 89/21
conformance [1]   158/10
Congress [7]   32/6 32/10 51/16 87/7 87/10 87/13 117/15
Congress's [1]   97/10
congressional [5]   32/8 87/17 124/16

congressionally [1]   125/23
conjunction [5]   120/5 120/17 159/3 160/2 160/17
103/7 103/9 119/22
connecting [1]   98/16
CONNOLLY [1]   1/13
consider [18]   11/11 12/9 12/12 12/20 13/3 13/6 15/13 16/1 49/11 49/22 49/24 50/13 52/25 54/3 85/12 103/20 143/2 147/10
consideration [9]   54/16 54/20 65/22 74/21 106/8 107/17 112/22 113/14 142/25
considerations [1]   137/12
considered [5]   11/18 16/15 75/12 113/2 132/14
considering [7]   50/12 52/22 67/25 74/25 106/23 109/17 114/1
consisted [1]   127/23
consistent [5]   44/22 44/23 56/1 66/20 146/1
consistently [1]   74/4
consolidate [1]   121/21
constitute [1]   113/5 132/25
constitutes [1]   44/12
constrained [3]   51/16 121/1 121/19
constructive [1]   37/23
content [3]   93/5 102/24 103/9
context [2]   61/1 143/5
continue [11]   4/4 33/24 65/14 79/16 80/21 93/24 123/12 125/20 128/13 128/15 145/12
continued [3]   1/9 97/16 136/11
continues [2]   89/11 103/18
continuing [1]   58/25
continuity [1]   30/20
contract [1]   103/19
contrast [1]   41/9
contributable [1]   143/15
contribute [2]   132/24 139/9
contributes [1]   107/12
controlled [3]   59/13 70/12 142/5
convened [1]   14/19
conversation [1]   64/10 92/14 100/17
conversations [2]   99/9 101/16
conversion [1]   33/9
convey [2]   37/8 38/18
cooperatively [3]   81/17 150/18 152/18
coordinate [1]   123/5
coordinating [3]   122/10 122/14 123/2
coordination [2]   123/14 124/3
copy [2]   114/24 118/8
core [2]   37/6 143/19
corner [1]   25/3
corps [50]   7/12 9/13 15/2 18/3 19/8 21/5 36/12 36/15 36/17 37/14 38/7 38/13 38/20 41/14 41/15 43/22 44/5 49/6 49/11 49/16 49/21 51/25 60/24 68/2 69/2 69/21 72/21 73/20 76/7 78/8 78/22 80/24 81/3 93/9 100/5 104/12 107/11 109/15 109/19 109/22 111/4 111/12 114/2 114/9 115/3 117/25 129/5 138/6 139/22 140/3
correct [182]
correctly [2]   4/22 135/18
correlate [1]   41/16
correlation [1]   137/18
corresponding [5]   58/15 95/15 128/17 142/3 143/3
corresponds [1]   57/2
could [62]   6/6 8/12 12/3 20/20 25/12 27/13 35/15 36/3 36/23 50/12 56/14 57/18 57/19 57/20 57/23 58/23 59/14 59/19 60/1 60/14 60/23 62/3 62/12 63/13 64/15 64/17 64/23 65/24 66/25 67/11 68/10 68/21 69/12 69/18 69/24 69/25 70/2 70/17 72/11 72/19 72/24 73/6 73/18 74/1 75/2 82/19 83/12 87/4 89/19 97/15 107/24 112/21 117/24 118/3 119/5 129/15 135/5 137/22 139/3 139/19 139/25 147/6
couldn't [1]   153/9
counsel [4]   26/23 27/18 140/4 148/19
count [1]   109/6
counted [1]   72/25
country [4]   53/5 96/6 98/21 116/4
counts [2]   69/5 74/6
couple [7]   9/24 12/24 29/24 66/24 101/22 114/6 146/18
course [21]   40/7 42/12 45/9 45/15 50/3 52/9 57/9 58/7 62/9 62/17 62/24 64/21 73/5 73/11 74/9 77/21 90/8 120/16 142/23 144/24 151/4

124/19 124/25
125/23

**court [13]**   1/1 2/9 3/7 3/22 28/20 42/14 55/5 79/12 109/11 146/11 157/1 157/3 158/3
courthouse [1]   155/20
courtroom [3]   28/15 103/2 156/11
cover [1]   118/9
COVID [1]   101/15
craft [1]   99/6
create [3]   9/18 118/22 119/8
creating [1]   118/16
creation [1]   27/1
creative [1]   89/6
credibility [1]   81/24
credit [1]   37/23
criminal [1]   77/12
criteria [1]   10/18
critical [12]   40/25 55/9 63/17 65/20 75/3 75/11 81/3 83/15 86/12 86/20 96/20 104/22
critically [8]   37/7 67/22 78/7 78/13 81/9 81/19 111/3 111/11
cross [10]   2/6 2/9 16/21 16/22 105/2 105/6 146/16 152/1 152/10 154/24
cross-examination [4]   16/21 16/22 105/2 105/6
crossed [1]   150/10
crossing [1]   149/18
crowding [1]   84/11
CRR [2]   1/25 158/16
cruiser [4]   6/9 47/19 67/5 99/3
cryptologists [1]   86/13
cryptology [1]   41/13
cultural [1]   89/24
curiosity [1]   17/19
current [14]   30/4 32/5 33/1 61/22 71/8 76/12 101/19 101/21 110/5 121/15 130/1 130/3 130/4 142/25
currently [2]   29/13 30/23 121/16
curriculum [1]   111/16
cuts [1]   11/2
cutting [2]   147/19 147/20
cv [1]   1/5
cycle [1]   26/18
cycles [1]   138/13

**D**

danger [1]   31/15
data [33]   25/9 26/1 26/4 27/8 55/13 55/14 55/15 55/19 55/20 56/1 56/8 58/4 58/5 59/18 60/9 60/22 61/5 62/15 69/3 69/3 70/18 71/11 72/24 77/2 77/3 88/6 94/3 103/12 103/14 103/15 109/11 116/2 117/7
dataset [2]   63/16 65/10
date [5]   69/6 97/14 118/12 126/22 151/12
dated [2]   118/10 158/12
dates [5]   16/6 23/23 24/5 24/5 24/15 85/25 104/9 129/12 129/12 134/3 134/3 151/9 158/12
day [13]   1/3 28/24 83/5 85/13 85/13 85/25 104/19 129/12 129/12 134/3 134/3 151/9 158/12
days [2]   147/19
deal [2]   132/12 154/20
dear [1]   3/25
December [2]   149/11 149/13
December 20th [1]   149/13
decide [2]   12/5 19/20
decision [4]   64/6 116/3 116/13 117/5
decisions [3]   49/13 49/23 102/8
deck [1]   47/19
declaratory [1]   152/14
decline [9]   54/10 54/22 58/15 59/8 66/6 66/13 66/16 75/21 75/22
declined [1]   78/1
declines [1]   65/3
declining [1]   77/22
decorations [1]   31/8
decrease [4]   53/19 53/23 58/18 60/19
dedicated [1]   37/4
deem [2]   11/13 11/21
deemed [1]   38/1
default [1]   150/8
defendant [3]   1/17 152/12 154/12
Defendant's [1]   145/15
defendants [3]   1/7 4/11 149/11
defendants' [3]   130/13 135/6 135/9
defense [44]   4/5 6/16 28/14 29/15 29/18 29/19 29/22 30/5 30/19 31/19 32/15 32/20 34/14 34/21 34/23 36/8 43/20 55/12 55/14 55/15 55/18 80/25 81/2 87/6 87/11 88/4 88/14 94/24 101/11 114/1 114/10

**D**

defense... [22]
143/24 148/9 149/16 150/12 153/18 153/20
154/5 156/22
defer [4]   124/8 128/25 129/2 153/3
definition [1]   56/22
definitions [1]   56/24
degree [19]   8/15 35/17 35/19 37/24 38/8
38/15 63/19 76/16 85/23 86/15 91/6 104/4
104/6 104/7 111/8 111/17 128/11 134/9
143/10
degree-granting [1]   143/10
degrees [1]   5/19
delegation [1]   155/25
deliberately [1]   113/4
demand [3]   53/25 91/4 150/21
demanding [2]   133/25 134/9
demographic [9]   57/4 88/22 89/17 103/6
103/14 114/7 118/19 118/25 119/10
demographically [1]   120/21
demographics [7]   55/10 69/20 76/11 77/2
100/14 100/21 107/25
demonstrate [3]   46/14 68/7 68/16
demonstrates [1]   136/14
demonstrating [1]   60/4 83/11
demonstrative [1]   148/20
denial [1]   150/22
denied [2]   139/11 150/12
dental [1]   41/17
denying [2]   139/14 149/13
depart [1]   28/17
department [41]   6/15 7/4 8/7 10/14 14/9
29/14 30/19 32/10 32/15 34/13 34/21
34/23 36/8 46/20 46/21 47/5 51/6 55/18
80/25 81/2 81/6 83/4 87/9 97/24 101/16
101/21 107/10 114/1 114/10 114/15 120/3
120/7 120/8 123/5 124/8 124/14 126/1
128/25 138/12 143/21 148/9
department's [1]   101/6
departments [1]   6/25
dependent [3]   33/18 77/15 86/19
dependents [1]   77/13
depending [2]   12/24 14/1
depends [3]   19/20 23/8 24/11
depicted [1]   65/7
deploy [2]   35/9 35/11
deployed [2]   6/3 6/9 35/12
deployments [2]   6/5 95/2
deposition [5]   107/22 114/21 114/25
115/9 116/14
deputy [9]   5/7 5/8 6/14 28/10 30/5 32/19
42/22 74/14 110/18
describe [4]   6/6 18/10 35/15 36/19
described [2]   20/23 44/24
description [1]   18/4
designate [1]   25/6
designating [1]   25/16
designed [2]   38/14 77/17
desire [2]   21/5 21/11
desired [1]   10/17
desiring [1]   10/23
desk [1]   140/15
destroyer [20]   45/20 45/24 45/25 46/4
46/9 46/12 46/13 47/8 47/11 47/22 47/25
48/1 48/2 48/4 67/5 75/16 84/20 84/22
85/11 99/3
destroyers [1]   6/8
determine [3]   10/20 61/4 139/22
determined [1]   143/14
determines [1]   11/13 11/21 23/21
determining [1]   11/18 13/10 24/14
develop [11]   40/7 50/3 74/18 91/9 94/17
98/18 99/22 122/22 126/6 128/9 143/19
developed [9]   37/3 82/20 92/15 92/23
93/2 93/4 97/10 97/22 103/17
developing [8]   74/8 96/23 101/5 122/14
123/2 125/7 125/24 127/21
development [5]   5/7 5/9 6/14 65/21
67/24 81/20 95/20 98/13 98/24 100/12
120/17 125/23 127/14
developmental [2]   93/2 93/7
device [1]   22/12
did [57]   5/8 5/15 5/17 17/19 28/19 30/12
34/11 34/20 35/9 35/10 35/11 48/3 56/8
56/9 56/9 66/22 77/6 78/5 82/16 82/17
82/21 82/23 83/2 83/23 85/10 85/24 99/20
107/15 110/17 110/24 110/20 110/22 110/25
111/2 111/9 111/10 113/25 115/9 115/10
115/17 115/23 116/5 116/11 116/14 117/23
118/1 118/2 118/4 133/10 138/19 144/6

144/15 148/25 149/21 149/24 150/21
153/11
dictates... [2]   9/18 86/14 87/22 88/2 89/1
dictating [1]   136/1
die [1]   91/19
differ [1]   69/3
difference [5]   44/5 90/16 137/14 143/4
143/17
differences [5]   77/19 93/3 104/2 114/7
114/16
different [65]   6/4 6/8 11/3 17/15 20/9
21/1 22/19 23/11 23/19 27/10 29/25 30/2
31/16 40/9 46/17 46/21 47/23 48/1 48/4
48/10 50/15 52/11 52/13 53/13 53/17 55/8
55/21 56/16 56/16 57/18 57/21 67/23 75/1
76/8 81/2 81/4 82/6 83/12 84/25 85/8
91/4 92/9 92/25 93/1 95/4 95/5 95/24
96/6 98/2 100/1 101/22 102/18 102/18
102/20 103/4 103/11 104/2 113/17 113/20
115/14 123/18 124/2 131/1 133/3 143/22
differently [2]   13/8 93/1
difficult [8]   83/14 83/17 91/7 102/24
103/8 121/20 121/22 134/5
dire [1]   35/24
direct [9]   2/6 2/8 2/9 4/25 29/9 115/15
131/22 132/2 146/10
directed [3]   87/10 87/11 125/24
directing [1]   87/13
direction [1]   10/2
directive [2]   8/17 14/20
directives [2]   6/15 8/10
directly [3]   106/18 143/15 147/6
director [7]   32/16 32/17 32/21 32/23
33/6 33/11 34/11
disagree [1]   106/7
discipline [1]   40/15
disciplines [2]   86/14 90/5
disclose [1]   116/11
disclosed [3]   60/7 116/2 117/7
disclosure [4]   108/5 109/8 116/12 116/17
disclosures [1]   130/10
discuss [4]   11/10 18/22 28/3 51/22
discussed [6]   26/5 34/16 108/5 129/21
138/2 145/17
discusses [1]   124/18
disinterest [1]   76/2
disparities [1]   78/12
disposal [1]   39/19
disproportionate [1]   41/2
dispute [1]   152/5
disputes [2]   152/6 155/11
disqualifying [1]   78/3
disrespect [1]   150/3
distinct [1]   143/17
distributed [1]   15/15
distribution [1]   15/8
district [5]   1/1 1/1 150/2 158/5 158/6
diverse [16]   27/14 49/16 50/8 51/10
53/16 68/2 68/15 81/7 93/9 100/5 104/12
107/11 109/19 114/9 115/3 120/21
diversity [38]   35/1 44/5 45/6 50/9 50/11
53/9 54/4 54/10 54/15 54/22 74/5 74/16
76/7 76/17 78/14 80/24 81/1 82/11 86/2
86/15 87/22 88/10 88/20 88/22 88/23
88/23 88/23 109/15 109/21 114/2 117/7
117/13 117/25 127/1 128/11 129/14 129/16
142/14
division [14]   1/2 30/1 30/11 30/24 31/6
31/12 31/18 31/24 32/25 46/16 47/3 57/12
83/3 83/21
divisions [3]   30/2 50/10 102/9
DNDC [1]   55/15
do [153]   3/12 5/4 6/14 6/17 6/20 7/5
7/22 7/23 8/8 8/10 11/7 11/12 13/13
13/14 13/18 13/18 14/17 15/12 16/12 18/7
19/21 21/14 21/15 22/6 22/23 23/5 23/16
25/7 30/11 33/14 38/1 42/4 42/5 43/21
43/23 47/1 50/23 50/25 52/1 53/2 53/17
54/21 54/24 55/3 55/16 58/15 60/20 60/22
61/19 65/3 67/14 68/2 68/16 70/23 70/25
71/1 71/20 74/23 76/24 79/24 80/3 82/8
82/9 82/13 85/14 85/15 87/20 87/23 89/1
90/11 92/2 94/5 95/6 95/25 96/12 97/1
97/3 98/13 98/23 99/2 101/17 102/10
102/12 102/13 102/14 103/11 104/2 105/20
105/23 106/11 106/11 106/16 106/19 107/5
107/13 107/16 108/11 109/20 110/21 111/5
111/14 112/10 112/13 113/4 113/15 114/7
117/18 118/22 119/7 119/11 121/3 121/22
122/1 122/3 122/5 122/11 122/12 122/23

122/25 123/16 124/12 124/16 124/17 125/9
125/10 126/15 126/18 127/4 127/4 127/5 128/18
132/4 132/20 133/18 133/6
133/12 133/13 133/16 133/18 134/13
134/15 134/19 135/5 140/23 145/8 147/13
151/17 154/13 155/1 156/12 156/13 158/6
docket [1]   148/25
document [13]   7/22 19/3 24/23 26/22
26/23 27/1 36/5 55/2 55/4 57/1 86/22
86/24 124/12
documented [1]   19/9
documents [3]   116/21 117/11 124/7
DoD [22]   49/11 53/15 54/14 54/15 56/8
57/4 66/16 66/22 76/6 77/19 86/4 87/25
92/7 94/21 97/3 101/2 102/7 103/12
103/25 115/5 115/11 127/25
DoD's [2]   114/8 115/3
does [79]   6/22 7/4 7/13 7/15 12/18 15/4
16/1 16/4 19/14 30/10 33/7 36/19 36/21
40/17 45/2 49/6 49/21 51/9 52/25 53/15
54/14 54/15 55/20 57/4 58/1 58/9 58/24
59/2 59/15 60/12 60/15 61/1 61/8 61/24
62/4 64/16 64/18 64/24 65/25 66/9 68/22
69/3 69/13 69/19 69/22 70/15 71/4 72/8
72/12 72/20 73/19 76/6 77/19 80/15 86/4
87/6 87/9 87/25 88/9 93/9 93/9 100/5
101/3 103/12 104/12 106/19 106/20 111/25
112/3 113/7 113/10 114/10 115/4 117/3
119/25 126/12 142/23 144/4 144/5
doesn't [3]   19/14 25/14 27/17
doing [5]   16/8 16/9 74/7 92/7 92/9
domains [1]   155/7
don't [65]   9/18 10/23 16/14 18/21 19/22
19/25 20/1 20/12 20/20 20/25 25/4 25/19
26/12 26/22 27/12 45/22 68/19 70/13 71/1
76/4 76/4 79/2 79/7 79/17 90/25 95/10
100/10 100/20 100/21 101/14 107/2 107/18
108/3 113/6 115/24 115/25 116/1 118/5
120/1 120/3 120/7 120/13 120/19 121/11
121/25 124/9 124/13 126/22 126/24 128/21
133/4 133/5 134/11 134/24 137/9 138/8
147/7 147/11 152/9 153/6 153/6 154/8
154/15 155/9 155/11
done [20]   15/7 15/9 15/11 18/12 19/15
85/7 94/7 95/11 95/16 95/23 99/22 117/24
119/18 123/5 127/9 128/6 149/6 149/8
151/19 153/3
dot [2]   152/2 152/10
dotted [4]   59/17 59/21 59/25 150/10
dotting [1]   149/18
down [13]   9/1 14/4 29/16 39/7 49/8 69/22
74/1 76/9 93/17 142/8 148/15 150/3 150/5
downward [1]   102/6
Drew [2]   48/2 51/11
drill [3]   3/6 3/12 156/10
drills [2]   156/15
drive [2]   9/7 9/13
driven [1]   143/23
driving [1]   154/1
drop [2]   97/7 137/11
drop-off [1]   137/11
drop-offs [1]   97/7
dropped [1]   136/25
dual [1]   97/25
due [1]   96/8
during [9]   35/12 41/20 45/9 45/15 70/10
106/9 121/17 143/1 145/6
duty [19]   5/22 17/19 31/15 35/2 35/3
35/6 51/15 55/13 56/8 56/11 56/16 56/17
57/24 60/24 69/20 76/12 137/2 137/3
150/5
DX [2]   119/2 122/20
DX152 [2]   86/21 93/18
DX157 [2]   7/21 18/25
DX204 [1]   55/1
DX81 [2]   36/3 122/21
dynamic [4]   96/8 112/21 128/17 139/8
dynamics [7]   49/9 52/24 64/1 97/25
100/1 102/12 111/21

**E**

E-D-W-A-R-D [1]   4/18
each [28]   8/15 8/25 11/13 11/21 13/8
19/19 20/11 31/3 36/25 37/1 38/21 38/24
59/24 63/8 69/5 69/7 69/14 76/22 81/15
101/12 101/12 114/11 115/5 125/11 129/2
151/13 153/21 154/8
earlier [10]   26/5 41/24 44/16 75/13 98/4
101/24 114/21 131/22 140/12 140/13
early [3]   48/8 87/16 111/5

**E**

earned [1] 59/5
ease [1] 59/5
easier [2] 125/15 155/12
east [3] 6/9 6/9 35/12
ECA [1] 11/16
eclipsed [1] 85/3
Ed [1] 4/12
educate [1] 90/20
educating [1] 100/2
education [15] 31/9 35/15 35/19 35/20 37/24 38/15 52/19 61/20 61/20 63/6 67/19 94/14 94/18 99/19 116/12
EDWARD [3] 1/21 2/5 4/18
effect [1] 139/10
effectuate [1] 25/9
efficacy [1] 68/18 93/15 104/16
efficiency [1] 85/23
effort [3] 119/21 151/15 151/17
efforts [15] 45/7 81/19 81/20 81/20 116/4
eight [4] 61/18 85/1 144/14 147/18
either [14] 15/12 25/14 37/13 42/8 51/14 64/10 83/17 83/22 87/9 87/21 92/9 135/7 140/10 140/21
elaborate [2] 141/20 141/25
elect [1] 131/23
elected [1] 63/5
elements [2] 96/11 106/9
eligibility [6] 77/22 77/25 78/23 101/23 102/11 103/15
eligible [8] 50/5 76/13 76/15 77/6 77/20 78/11 89/11 101/25
elite [3] 86/18 87/1 87/2
else [3] 8/9 156/18 156/21
embarked [1] 84/23
emerge [2] 64/6 65/20
employed [1] 29/13
employs [1] 103/6
enable [1] 93/5
enablers [1] 90/12
encompass [1] 39/13
encompassed [1] 57/16
encompasses [1] 29/24
encouraging [1] 74/15
enculturate [1] 92/22
end [6] 7/16 7/17 11/2 15/10 92/20 104/8
endorsement [1] 15/18
Enduring [1] 35/13
enemy [1] 89/25
engagement [2] 28/18 112/25
engagements [1] 89/5
engineering [3] 35/8 83/4 111/7
English [1] 35/17
enlisted [39] 31/6 32/18 32/22 32/23 33/5 34/6 70/2 76/18 78/6 78/9 78/11 78/15 78/16 78/20 78/23 79/22 82/18 83/15 85/5 88/18 90/17 104/10 108/24 122/10 122/14 123/2 123/6 123/8 123/14 129/24 130/2 130/19 130/24 131/2 131/10 131/13 131/14 131/18 131/20
enough [1] 90/15
enrollment [4] 115/18 115/20 115/22 127/19
ensign [3] 37/13 37/18 37/21
ensure [8] 14/20 31/25 38/14 53/24 54/23 126/10 127/2 128/2
ensuring [1] 14/15
entail [1] 22/6
enter [4] 108/15 109/4 111/18 127/21
entered [4] 17/22 25/20 111/15 133/11
entering [2] 33/9 67/12
entire [1] 97/23
entitled [1] 1/9 24/23 158/9
entrance [1] 33/17
entry [15] 25/22 25/23 30/25 33/17 33/22 44/3 54/12 57/6 57/7 77/11 90/7 92/16 92/19 104/23 134/20
entry-level [4] 44/3 92/16
environment [1] 121/19
EOD [4] 22/13 22/15 22/17 26/6
equal [2] 78/14 112/7
equivalent [3] 30/18 42/12 94/14
era [2] 89/13 103/2
error [1] 149/1
especially [4] 87/18 89/6 93/12 94/10
espoused [1] 88/12
ESQUIRE [14] 1/12 1/13 1/13 1/14 1/14 1/15 1/15 1/16 1/17 1/18 1/18 1/19 1/19 1/20
essential [1] 37/9

**E (cont.)**

essentially [18] 7/6 7/11 51/18 57/18 58/10 59/18 60/10 67/10 88/8 89/25 94/11 97/20 118/10 127/20 139/1 140/25 141/22 153/2
establish [1] 33/21
established [2] 76/14 117/15
establishes [1] 33/17
et [2] 1/6 33/19
ethically [1] 49/16
ethnic [12] 25/1 57/25 80/2 80/10 86/2 87/14 88/10 100/25 114/11 115/6 127/19 130/22
ethnicities [1] 68/11
ethnicity [31] 49/12 49/22 49/24 50/14 50/23 53/1 54/4 54/16 56/22 56/24 56/25 60/4 60/5 60/8 60/10 60/21 62/14 64/25 66/11 68/10 69/16 72/10 72/13 73/21 74/21 77/4 106/5 106/9 106/23 109/17 142/25
evaluate [9] 10/17 11/9 20/22 20/25 21/9 21/17 76/8 118/23 119/8
evaluated [2] 11/15 11/23
evaluates [1] 20/16
evaluating [3] 52/16 53/17 118/17
evaluations [2] 11/16 12/6
eve [1] 150/13
even [22] 16/7 42/17 45/11 50/5 67/1 72/17 74/25 75/10 82/16 83/15 84/11 85/1 89/13 90/16 100/20 101/25 107/24 129/14 137/17 138/8 145/6 145/8
evening [3] 155/16 156/18 157/2
event [1] 28/4
eventually [5] 47/1 63/2 84/16 85/10 116/10
ever [2] 35/2 54/23
every [9] 20/1 59/21 108/2 109/4 111/14 139/22 144/13 151/15 151/17
everyone [5] 3/2 101/1 104/9 140/5 151/5
everything [3] 18/22 33/14 149/21
evidence [12] 18/25 24/22 27/1 51/2 68/7 93/19 148/19 148/23 151/10 152/7 152/7 152/20
evidenced [1] 110/3
evolve [3] 30/21 101/17 128/16
exact [1] 19/25
exactly [1] 68/5
exam [3] 83/13 83/14 115/16
examination [8] 4/25 16/21 16/22 29/9 105/2 105/6 127/20 146/21
examine [3] 117/15 127/1 128/1
example [26] 12/14 20/14 21/4 21/8 21/16 41/4 45/22 46/11 47/23 49/4 63/21 67/4 82/12 83/3 86/2 92/13 94/24 96/3 97/5 98/9 99/8 99/16 104/17 112/22 114/17 140/2
examples [11] 8/12 23/2 39/14 42/14 89/16 112/19 112/25 113/4 114/6 115/15 118/5
exams [2] 30/22 77/11
excellence [1] 37/4
exception [1] 56/11
exchange [1] 153/21
excuse [7] 47/8 64/17 70/7 72/14 72/14 115/19 147/16
excused [1] 28/3
execute [1] 7/6
executed [1] 86/11
executing [1] 89/7
executive [9] 30/14 30/16 30/17 32/12 34/15 46/25 47/6 140/6 140/10
exert [1] 37/8
exhibit [6] 24/21 38/5 130/13 135/6 135/9 145/15
Exhibit 150 [1] 130/13
Exhibit 204 [3] 135/6 135/9 145/15
Exhibit 610 [1] 24/21
exhibits [9] 148/19 148/20 148/20 151/10 151/10 152/2 152/6 152/20 155/11
exist [2] 87/21 104/24
exists [1] 140/20
expand [9] 32/24 33/13 89/14 98/7 101/20 119/21 121/13 121/15 121/20
expanded [2] 120/15 120/18
expanding [1] 120/20
expectation [2] 123/11 123/21
expectations [1] 92/15
expected [1] 97/18
experience [15] 12/2 38/15 82/23 84/25 85/8 85/10 85/15 85/16 86/10 91/18 91/24 111/14 125/18 131/15 153/14

**E (cont.) / F**

experienced [3] 83/24 100/18 104/22
experiences [7] 68/8 68/12 82/10 89/7 100/22 105/12 105/18
experiencing [3] 76/1 84/19 94/25
experiential [2] 50/4 88/23
expert [9] 35/23 36/1 105/11 105/13 105/14 108/4 116/12 116/16 123/17
expertise [7] 38/8 89/23 89/24 89/24 111/18 129/9 129/10
explain [2] 23/25 129/18
explains [1] 39/1
explanation [1] 136/24
explore [2] 119/12 119/18 122/14 123/1
explosive [2] 22/11 39/19
exposure [1] 12/2
extended [1] 67/17
extends [1] 102/4
extent [4] 50/23 98/22 128/16 129/14
extra [1] 91/17
extracurricular [5] 11/16 12/9 12/13 12/16 12/20
extracurriculars [1] 12/12
extremely [2] 137/2 140/8

**F**

face [1] 83/2
faces [1] 101/21
fact [10] 49/21 54/3 64/3 91/13 111/9 111/16 118/10 151/10 151/13 154/16 147/10 153/24
factor [6] 24/14 107/19 138/7 147/6 147/10 153/24
factors [17] 8/20 8/22 11/18 13/8 13/10 13/19 15/25 24/13 64/1 64/3 64/3 66/23 66/25 78/3 95/19 139/16 139/23
fade [1] 136/22
fail [2] 20/16 20/19
failed [2] 138/13 139/7
failing [1] 139/23
fails [1] 106/24
failure [1] 139/9
FAIR [4] 1/3 1/21 16/25 117/5
fairly [4] 86/9 95/6 97/18 137/7
familiar [4] 27/8 86/22 127/6 130/7
families [6] 30/3 32/1 77/17 95/9 134/5 137/24
family [9] 64/4 67/14 67/16 67/17 95/11 132/6 132/11 134/10 137/12
far [4] 13/9 14/2 41/22 64/13
fare [1] 14/12
fashion [1] 74/25
faster [1] 151/19
father [1] 99/8
favor [1] 135/5
favorably [1] 102/24
federal [3] 57/3 126/7 158/16
federally [1] 88/2
feedback [2] 99/12 124/13
feeds [1] 111/4 111/12
feel [4] 6/15 73/23 78/7 84/11
fellow [1] 34/24
felt [1] 55/21
female [2] 82/16 112/25
few [17] 18/21 18/23 55/21 70/20 77/23 84/14 97/14 101/15 118/5 121/9 135/3 138/20 140/9 144/8 145/10 145/17 150/4
field [4] 95/8 97/8 112/7 125/25
fighter [5] 67/9 96/10 98/11 98/11 98/20
fighting [3] 40/4 40/6 43/18
figure [17] 58/24 59/2 59/3 59/15 59/16 59/16 60/14 62/4 64/16 64/18 65/25 66/8 66/8 66/9 141/5 142/10 145/17
Figure 1 [4] 58/24 59/2 59/3 59/16
Figure 2 [2] 59/15 59/16
Figure 3 [1] 60/14
Figure 5 [1] 62/4
figures [1] 147/4
file [1] 55/13
filed [5] 116/16 149/11 149/16 149/19 150/9
filing [4] 149/2 149/3 149/10 149/20
filings [1] 150/22
fill [6] 8/25 14/2 14/3 23/17 24/4 42/15
filled [3] 15/11 41/3 83/10
final [2] 15/19 83/13
financial [3] 31/24 31/25 137/21
find [14] 68/17 84/1 91/7 91/8 91/25 94/2 94/16 95/8 95/10 104/4 104/6 156/8 156/9
finding [1] 97/7
findings [4] 151/10 151/13 153/12 154/16

165

## F

fine [11] 11/7 11/19 12/14
152/21 153/23 155/4 156/2 156/5 157/8
finish [2] 147/25 151/23
finished [1] 27/2
finite [1] 59/12
fire [3] 3/6 3/12 156/15
firm [1] 102/20
firmly [1] 84/18
first [40] 4/16 7/9 7/16 9/25 10/5 10/8
10/15 17/24 25/25 29/4 37/15 42/17 46/1
61/3 61/8 61/9 61/9 62/1 62/7 62/14
62/20 62/21 62/24 62/25 81/5 82/13 82/14
83/2 84/25 85/1 85/3 85/9 119/12 122/25
130/22 135/13 135/15 135/19 149/3 156/14
first-choice [3] 9/25 10/5 10/15
first-class [1] 7/16
first-gate [4] 62/7 62/14 62/20 62/21
fiscal [1] 69/6
fitness [2] 13/1 92/24
five [16] 4/2 6/8 6/25 14/25 44/10 61/3
61/6 61/12 61/15 62/1 62/1 63/11 133/14
137/6 138/21 138/22
five-year [2] 62/1 63/11
fixed [2] 67/8 96/10
fixed-wing [2] 67/8 96/10
flag [25] 30/18 31/18 32/19 40/24 42/3
42/6 42/7 42/10 43/7 43/13 43/15 43/21
44/20 65/23 72/21 72/25 73/1 73/9 73/20
73/25 75/6 76/20 129/19 132/20 132/25
flat [4] 62/19 66/7 66/14 142/8
fleet [3] 12/2 47/6 139/1
flexible [1] 89/6
flight [4] 16/6 23/22 63/22 63/23
flip [3] 26/3 70/17 71/10
flips [1] 153/25
flow [1] 127/16
focus [2] 127/21 145/12
focused [3] 33/1 108/8 109/10
focusing [1] 35/7
folks [1] 11/8 24/19
follow [11] 6/15 16/13 16/16 23/21 24/5
24/10 24/18 80/1 128/6 143/25 146/18
follow-on [6] 16/13 16/16 23/21 24/5
24/10 24/18
follow-up [2] 80/1 146/18
following [3] 35/4 69/15 145/16
fondly [1] 153/14
footprint [1] 121/16
force [13] 30/9 31/17 51/3 51/3 56/11
75/24 76/9 76/13 78/16 78/20 78/21 88/21
101/8
forces [24] 32/4 39/18 40/13 50/10 86/1
86/3 86/3 86/6 86/10 86/16 86/17 87/3
87/14 88/13 88/16 90/19 90/24 91/5 92/12
93/6 93/9 93/10 102/15 113/1
foregoing [1] 158/7
foreign [3] 81/12 81/22 81/25
foremost [2] 81/5 85/1
forget [2] 138/24 153/15
forgive [1] 155/5
forgo [1] 153/22
forgot [1] 80/1
form [3] 126/7 130/1 144/18
formal [7] 94/17 122/14 123/2 123/13
123/20 124/3 128/19
format [1] 158/9
formed [2] 82/5 90/24
formulated [2] 86/7 104/19
forward [5] 47/2 59/25 59/25 63/2 88/20
forwarded [1] 15/18
found [9] 83/3 83/6 83/9 93/13 97/23
100/23 104/1 121/23 139/16
foundation [2] 26/17 26/25
four [17] 5/10 15/1 26/14 31/20 42/9
42/13 42/25 43/6 44/10 45/13 48/19 52/17
53/20 82/15 84/13 110/17 143/9
four-star [5] 42/9 42/13 42/25 43/6
110/17
four-stars [1] 31/20
four-year [2] 53/20 143/9
Fourth [1] 150/2
fraction [1] 44/3
fractured [1] 102/21
frame [2] 139/18 151/16
Franchetti [2] 110/6 110/7
frankly [2] 74/24 97/17
free [1] 88/8
Freedom [2] 35/13 35/14
frequently [10] 45/1 46/16 46/21 47/6

57/8 96/20 97/7 99/2 99/18 113/9
friend [3] 107/21 114/22 150/3
from [36] 7/12 7/24 8/3 8/4 9/24 12/1
14/11 18/6 19/12 30/22 37/7 42/22 50/13
51/21 63/6 63/16 68/1 68/11 69/2 78/16
80/2 94/5 98/20 113/12 121/25 122/13
122/20 123/18 131/20 135/7 138/6 147/6
147/17 148/5 148/17 155/3
full [5] 15/15 55/24 65/15 132/16
Fuller [2] 44/19 47/21
fully [5] 75/9 82/21 84/24
function [1] 152/4
fundamental [1] 111/8
fundamentally [1] 7/9
funded [1] 88/3
further [10] 16/18 26/24 27/21 67/25
85/17 104/25 131/24 134/24 146/10 146/16
furthers [1] 82/11
future [4] 64/8 65/19 128/2 143/20
FY2021 [1] 87/6

## G

GABRIEL [1] 1/15
gains [2] 74/11
GARDNER [7] 1/17 148/11 150/1 150/15
151/3 152/16 153/2
GARGEYA [6] 1/19 2/6 4/9 4/22 16/20
27/24
gate [9] 61/3 61/8 61/9 62/7 62/14 62/20
62/21 135/15 135/19
gather [2] 112/24 149/15
gathered [1] 3/11
gender [9] 52/23 68/10 77/4 97/18 97/20
106/9 106/12 106/16 106/23
gender-neutral [1] 97/20
gender-specific [1] 97/18
genders [1] 68/11
general [28] 6/6 8/14 30/18 31/18 32/18
36/22 40/24 42/3 62/23 65/23 67/19 70/5
70/22 71/6 71/16 72/21 73/20 73/24 75/6
77/22 102/3 115/21 117/16 122/1 122/3
129/10 129/19 136/22
generally [69] 15/22 37/14 40/4 40/23
42/17 43/25 45/3 46/5 47/5 49/7 50/9
51/12 52/21 53/8 55/6 55/6 55/21 58/5
59/7 62/9 65/3 65/12 65/22 69/9 78/10
78/20 83/24 84/7 88/1 91/14 94/2 94/7
98/9 99/21 100/25 101/4 101/24 104/3
104/6 105/14 106/7 106/22 108/2 112/16
113/15 114/14 115/7 115/10 115/11 115/13
116/6 120/11 120/14 120/25 122/4 123/7
124/5 124/10 125/2 127/11 128/25 129/17
129/25 132/21 133/1 137/15 139/7 140/20
147/9
generals [4] 42/13 42/23 43/6 76/20
generates [1] 37/6
generation [1] 101/12
geographic [9] 31/14 54/2 64/5 67/16
88/24 89/1 95/23 96/8 98/2
George [2] 35/20 84/23
get [26] 8/10 10/5 10/8 19/19 48/11 64/7
83/10 83/14 85/10 100/9 105/3 116/14
132/2 132/16 137/18 137/9 137/9 138/1
138/4 138/25 140/1 140/16 150/17 150/18
153/4 156/10
gets [6] 9/19 10/2 15/18 137/3 152/13
154/5
getting [5] 11/2 18/1 85/7 99/12 138/8
GI [2] 31/5 33/24
give [9] 12/2 12/14 42/14 46/11 110/15
113/2 115/9 123/11 123/23
given [7] 66/15 106/13 107/1 107/3
107/14 114/6 126/5
gives [6] 14/3 55/23 63/4 65/19 74/17
111/19
giving [1] 83/4
global [1] 42/24
go [59] 8/20 8/22 14/11 18/22 19/2 19/5
24/19 25/2 25/25 26/20 26/22 26/24 28/15
42/2 48/18 51/3 58/8 59/22 60/1 60/14
60/23 61/19 62/3 62/12 64/15 64/23 65/6
65/24 66/25 67/5 69/18 72/11 72/19 75/20
76/22 79/2 83/18 85/15 97/13 101/4
110/20 115/23 124/18 127/24 130/12 133/2
135/12 136/1 137/6 137/15 138/8 140/14
142/8 144/7 144/16 152/2 152/3 152/15
155/18
goal [1] 88/8
goals [5] 8/12 14/13 14/16 14/20 85/19
goes [8] 23/18 25/19 63/9 93/13 104/14
107/9 109/16 149/5
going [46] 3/5 7/7 7/20 9/21 9/21 26/16
47/18 59/22 59/25 63/11 84/9 96/7 103/10
114/24 115/1 116/19 118/20 126/4 135/24
136/19 137/9 137/17 138/7 138/16 138/25

138/25 140/25 142/8 148/12 148/16 148/18
148/18 150/17 151/11 151/15 151/15 151/16
151/24 152/9 153/14 153/14 155/9 156/6
gold [1] 41/22
gone [6] 139/2 145/18 145/22 145/23
151/8 154/3
good [30] 3/2 3/9 3/11 4/7 4/8 5/2 5/3
28/21 28/25 29/11 29/12 47/1 56/3 62/24
63/4 63/10 64/7 74/7 79/3 79/15 94/7
95/6 96/3 97/5 105/8 105/10 147/18 149/7
152/17 156/12
got [11] 26/24 79/4 108/9 135/5 137/6
139/6 140/6 148/19 149/5 152/4 155/21
gotten [1] 107/18
government [3] 107/10 148/13 156/23
government's [1] 109/20
governs [1] 36/9
grade [2] 75/11 95/8
grades [2] 55/10 109/13
grads [3] 41/3 44/17 44/21
graduate [8] 51/5 37/21 41/8 41/25 44/9
56/10 61/20 110/7
graduates [23] 37/11 37/16 37/19 38/8
41/6 43/22 44/3 44/14 56/10 61/12 61/19
63/11 66/21 69/1 75/19 94/1 107/3 107/7
107/13 107/18 108/9 136/15 147/1
graduating [3] 39/5 44/12 108/10
graduation [4] 7/12 12/4 61/23 111/22
graffitied [1] 145/11
granting [1] 143/10
graphical [6] 59/3 59/16 60/16 62/5 66/1
66/10
Great [3] 21/11 21/19 22/25
greater [19] 8/17 10/2 38/8 67/8 68/3
78/8 85/6 85/23 86/15 87/22 88/10 92/21
93/11 94/8 95/22 111/20 128/11 132/24
134/2
greatest [1] 50/23
grew [2] 99/8 103/3
group [37] 25/1 37/7 42/18 42/19 48/9
48/12 48/16 49/16 49/19 51/17 53/16 56/3
56/22 58/2 58/3 58/11 58/17 58/18 60/3
62/1 65/9 65/9 69/1 69/15 70/23 72/22
74/2 84/4 86/9 97/15 97/23 100/11 103/5
104/2 114/7 114/12 115/6
groups [16] 56/25 59/5 62/10 70/6 76/2
95/5 102/18 102/23 114/5 114/19 115/14
118/19 118/25 119/10 141/3 145/16
grow [5] 88/20 90/4 90/5 90/21 104/16
growing [2] 87/21 89/13
growth [5] 58/13 66/5 74/15 75/11 100/25
guess [7] 17/21 58/19 61/24 63/9 72/2
73/15 149/17
guidance [2] 8/10 57/2
guide [1] 8/9

## H

had [33] 3/4 3/18 3/19 3/19 13/15 44/19
56/1 82/10 83/15 83/21 85/1 85/3 92/21
97/16 101/14 111/8 111/9 114/17 114/21
121/17 138/12 140/5 140/14 144/20 145/2
147/18 149/12 150/4 150/13 150/17 151/9
153/3 153/12
hadn't [2] 4/2 99/22
Hagel [1] 34/17
half [1] 79/1
hallways [1] 84/9
hand [4] 4/14 29/1 114/24 123/14
handful [1] 103/3
handled [1] 153/7
handoff [3] 123/11 123/16 124/6
happen [7] 7/15 15/8 24/5 113/7 117/4
133/6 143/9
happened [3] 115/18 115/20 125/19
happening [1] 124/3
happens [7] 10/12 13/25 15/16 20/8 22/23
23/5 113/9
Happy [1] 3/25
Haram [2] 89/20 112/24
harassment [2] 83/25 85/7
hard [8] 15/10 23/11 75/5 79/18 90/15
96/7 149/6 154/23
Harvard [9] 54/9 99/19 115/15 143/7
144/4 144/9 144/19 144/20 144/23
has [69] 3/10 12/17 14/2 20/1 26/21
28/17 33/14 37/24 44/2 50/11 54/3 56/16
59/8 60/9 65/2 65/13 66/16 68/9 70/22
72/4 74/11 75/1 75/8 78/1 90/22 91/18
94/5 94/21 97/3 101/16 103/25 106/5

**H**

**has... [37]** 120/2 120/18 120/23 121/4 123/9 123/17
123/25 124/4 124/10 124/22 125/1 125/19
125/19 126/1 126/13 126/18 127/8 128/19
128/22 129/17 134/20 142/13 142/17
144/20 145/2 145/17 145/22 145/23 146/6
147/19 152/12 152/25 154/3
**hasn't [3]** 97/19 122/6 138/2
**HASSON [1]** 1/14
**have [253]**
**haven't [3]** 15/6 95/15 156/13
**having [16]** 40/20 44/9 68/2 82/20 93/11
95/9 95/9 95/11 99/9 100/5 104/12 139/20
140/22 143/14 144/23 147/9
**hazardous [1]** 31/15
**he [15]** 26/18 26/21 27/17 45/21 47/21
99/17 99/17 99/19 99/19 99/22 99/24
110/11 110/16 110/19 110/20
**he's [2]** 26/25 110/18
**head [4]** 46/20 46/24 47/5 133/5
**headed [1]** 57/24
**health [8]** 29/25 53/17 55/7 65/12 76/8
77/9 78/3 78/4
**hear [1]** 79/18
**heard [2]** 44/24 156/13
**hearing [1]** 149/12
**heart [1]** 143/8
**hedge [1]** 75/25
**held [2]** 34/13 158/8
**helicopter [1]** 98/12
**helicopters [1]** 67/9
**help [13]** 18/6 18/24 28/24 30/2 38/18 47/25
64/12 89/15 93/10 98/14 102/7 104/15
119/23 128/8
**helpful [7]** 84/17 89/16 92/18 105/16
122/16 148/21 148/22
**helping [1]** 93/14
**helps [6]** 14/15 30/19 33/16 58/13 68/2
104/17
**her [4]** 3/9 3/10 28/19 147/20
**here [52]** 3/6 3/16 3/24 3/24 18/2 26/8
26/17 28/2 38/5 38/16 45/17 59/7 60/5
60/8 60/17 61/2 62/15 64/21 66/20 68/23
69/13 70/10 88/8 90/14 91/2 103/2 118/16
133/9 135/4 135/6 135/13 136/17 141/1
141/5 147/18 148/14 148/16 148/18 149/5
149/15 150/2 151/22 152/3 152/13 154/3
154/18 154/25 155/4 155/25 156/2 156/8
156/16
**hereby [1]** 158/6
**Herndon [4]** 3/9 155/20 155/24 156/3
**Hi [1]** 16/24
**high [8]** 3/5 7/7 19/2 35/15 37/24 43/15
60/20 94/25
**higher [21]** 38/1 38/14 39/1 39/5 44/14
50/6 51/5 53/8 63/19 71/6 71/8 71/22
72/1 76/16 91/6 94/13 99/19 104/4 104/6
134/20 134/21
**highest [1]** 110/12
**highlighted [1]** 11/12
**Hill [1]** 82/14
**him [5]** 45/22 99/18 99/20 110/12 110/15
**himself [1]** 140/16
**his [1]** 99/22
**Hispanic [17]** 60/6 60/7 60/11 60/18
60/19 62/18 65/2 65/4 66/13 66/14 66/17
66/19 66/24 67/13 72/18 73/24 95/14
**Hispanics [2]** 80/2 80/11
**historical [1]** 27/9
**historically [2]** 53/6 121/7
**history [5]** 37/2 38/9 38/18 100/3 107/6
**hit [2]** 138/9 138/22
**hold [4]** 34/20 35/19 136/16 148/14
**Hollywood [2]** 86/8 90/24
**Hollywood-formed [1]** 90/24
**homogenous [1]** 81/23
**honor [28]** 4/7 9/8 16/19 26/16 27/2
27/16 27/21 27/25 28/6 28/10 28/14 31/9
35/22 35/25 79/1 130/16 135/2 138/11
138/18 146/12 147/22 151/4 153/23 153/16
154/14 155/3 156/20 156/23
**HONORABLE [4]** 1/9 29/20 79/12 157/1
**honored [2]** 9/15 9/17
**hope [1]** 152/9
**Hopkins [1]** 99/20
**hosts [2]** 120/20 121/14
**hour [5]** 79/1 79/4 153/21 154/9 154/10
**hours [1]** 63/23
**households [1]** 98/1

**how [87]** 5/22 9/23 11/15 11/22 12/5
13/3 13/14/12 14/12 13/4 15/19 15/25 19/18
19/21 20/12 34/11 34/12 36/12 38/16 40/8
40/12 44/7 46/8 48/11 48/22 49/4 49/15
52/1 52/11 52/11 53/11 64/7 69/3 70/15
74/10 74/11 81/6 84/17 84/18 85/14 85/15
92/1 92/1 92/2 93/24 94/9 95/19 101/17
101/17 102/13 102/24 103/16 103/17
103/20 103/22 104/12 107/2 107/7 107/13
107/18 110/2 113/7 113/10 114/13 115/23
116/3 116/12 119/25 120/2 120/12 120/18
120/23 121/24 122/5 123/25 124/4 126/4
126/18 132/18 133/6 133/7 133/12 133/16
136/20 142/5 147/7 147/8 149/6 153/7
**however [5]** 9/8 9/14 37/22 38/13 127/19
**HSP [1]** 60/6
**Hudson [1]** 155/15
**human [3]** 35/20 50/18 139/8
**hundreds [1]** 103/4
**hunters [2]** 67/11 96/5

**I**

**I'd [11]** 18/23 24/19 35/22 76/22 93/18
93/24 101/2 120/7 124/13 135/9 144/7
**I'll [17]** 4/1 12/14 26/24 32/24 33/13
45/22 54/14 65/5 76/9 96/17 118/14
151/14 152/3 152/3 152/9 154/6 155/14
**I'm [37]** 3/15 7/20 8/2 15/16 16/24 22/24
26/16 27/2 30/8 58/25 59/1 80/9 85/9
113/19 114/24 115/1 116/16 118/20 118/20
124/4 130/15 135/17 135/17 137/1 142/1
149/16 149/25 150/9 150/14 151/15 151/15
151/17 152/15 152/19 152/22 154/6 155/10
**i's [3]** 149/18 152/2 152/10
**I've [16]** 3/11 4/1 5/20 6/8 74/4 77/9
79/4 79/9 114/6 135/5 148/23 151/12
152/4 153/3 155/3 155/20
**idea [3]** 106/4 106/7 107/2
**identified [7]** 57/13 57/19 72/22 73/21
86/1 94/21 140/22
**identify [2]** 62/15 127/12
**II [1]** 89/12
**ill [1]** 3/8
**illustrations [1]** 45/18
**imagine [2]** 89/19 121/5
**immediate [2]** 67/16 137/3
**immediately [3]** 80/4 92/12 103/10
**immersed [1]** 37/1
**imminent [1]** 31/15
**impact [2]** 75/3 104/12
**impacted [1]** 54/4
**impacts [2]** 75/23 104/1
**imperative [2]** 81/19 87/23
**implement [2]** 118/23 119/8
**implementing [1]** 118/17
**implications [1]** 122/8
**importance [6]** 40/25 54/18 81/3 100/2
106/23 106/25
**important [33]** 9/5 9/6 40/20 44/8 49/24
54/23 56/17 67/22 68/14 74/10 75/6 78/7
78/13 80/24 81/1 81/4 91/9 100/9 101/6
104/8 104/21 106/13 111/3 111/12 127/18
129/4 129/15 137/2 137/7 141/1 142/24
143/5 146/8
**impossible [1]** 110/16
**imprecise [1]** 86/5
**improve [3]** 104/15 124/15 128/15
**improved [4]** 71/24 135/24 136/6 136/7
**improvement [11]** 62/16 62/23 64/21 69/9
70/5 71/21 136/10 136/11 142/13 142/17
142/23
**improvements [6]** 72/17 73/4 73/24 74/5
94/4 115/21
**improving [3]** 62/9 94/5 136/14
**inability [1]** 139/17
**inaccurate [1]** 75/8
**inadvertently [1]** 149/20
**inappropriate [1]** 27/19
**inappropriately [1]** 84/12
**incentive [1]** 31/14 31/14 33/23
**incentives [3]** 31/5 31/17 137/21
**incentivize [1]** 33/24
**include [26]** 31/7 31/13 32/1 39/16 39/18
40/14 40/23 41/12 42/19 53/5 64/4 70/2
76/3 80/10 80/13 86/13 95/21 106/13
108/9 108/11 109/9 116/25 117/3 118/2
123/18 148/20
**included [7]** 56/14 84/15 108/4 114/18
115/10 116/23 130/9
**includes [7]** 30/25 31/2 39/18 53/6 77/3

77/4 99/11
**including [5]** 38/13 80/11 105/21 117/24
145/12
**inclusion [2]** 35/1 113/3
**incoming [2]** 49/19 107/25
**incorporate [1]** 96/11
**incorporated [1]** 92/23
**increase [16]** 33/15 53/19 53/23 54/17
58/6 58/18 60/18 78/2 80/4 109/21 117/25
121/13 129/16 141/15 141/21 141/22
**increased [6]** 59/8 65/3 125/1 141/13
141/17 142/11
**increases [3]** 108/2 142/3 142/7
**increasingly [4]** 81/10 102/5 102/21
150/4
**incredibly [1]** 153/13
**incrementally [1]** 74/11
**incur [1]** 61/17
**independent [1]** 88/7
**independently [1]** 86/9
**INDEX [1]** 2/1
**India [1]** 81/14
**India-Pacific [1]** 81/14
**indicated [6]** 4/1 50/19 50/24 90/22
117/11 133/11
**indicates [2]** 57/16 58/5
**indicating [1]** 3/18
**indirectly [1]** 106/19
**individual [15]** 37/23 51/1 52/4 63/8
68/8 92/13 97/12 102/23 113/2 114/5
134/10 139/16 139/22 139/23 140/24
**individual's [1]** 57/9
**individually [1]** 82/24
**individuals [14]** 34/20 38/2 40/1 50/21
51/14 55/24 65/21 67/24 70/1 77/14 86/9
102/18 103/21 103/23
**individuals' [1]** 98/23
**Indo [1]** 89/21
**Indo-Pacific [1]** 89/21
**INDOPACOM [1]** 81/16
**inevitably [8]** 38/11 51/3 51/16 58/17
77/8 86/11 91/5 91/24 143/14
**infiltrating [1]** 89/20 112/23
**infiltration [1]** 89/12
**influence [2]** 37/8 38/17
**influencers [3]** 91/10 99/13 104/20
**influencers' [1]** 102/4
**influential [2]** 75/9 110/2
**inform [2]** 102/7 103/12
**information [31]** 25/4 25/13 25/19 25/21
36/21 56/15 56/18 57/4 57/8 57/11 58/10
59/4 60/13 68/25 69/6 72/10 77/4 83/20
88/6 99/24 100/10 107/1 108/6 108/9
108/11 110/22 116/12 116/25 117/3 126/10
131/6
**inherently [3]** 45/15 71/18 101/11
**initial [11]** 45/4 52/14 66/25 70/18
70/18 90/6 92/4 92/19 93/14 104/23 111/5
**initially [1]** 67/12
**initiation [1]** 87/9
**initiatives [1]** 119/21
**injunction [2]** 149/10 149/14
**innovative [2]** 37/7 38/6
**insertion [1]** 89/18
**inside [3]** 42/11 114/14 114/14
**insights [1]** 102/11
**instance [1]** 147/10
**instances [1]** 113/21
**instead [1]** 139/20
**Institute [1]** 88/3
**institution [1]** 143/10
**institutions [6]** 38/7 53/8 75/2 143/18
143/23 144/12
**instruction [9]** 7/25 8/1 8/8 36/6 36/8
52/9 52/18 128/14 128/17
**instructions [2]** 22/17 36/6
**intangible [1]** 94/9
**integrated [9]** 42/18 42/23 43/18 48/10
82/14 82/18 84/24 85/4 85/11
**intel [2]** 3/20 33/20
**intelligence [8]** 3/5 3/6 3/11 41/13
112/24 155/19 155/21 156/7
**intensity [3]** 88/15 89/4 89/21
**intentioned [1]** 104/20
**interest [16]** 64/5 64/14 90/15 90/21
91/9 101/5 102/3 102/18 103/10 104/4
107/10 109/14 114/8 114/8 115/3 121/6
**interested [8]** 21/20 21/24 22/11 51/4
91/16 119/24 137/19 140/21
**interesting [2]** 97/21 120/25

## I

**interests [3]** 60/23 91/13 91/17
**Intermission [1]** 97/11
**internal [2]** 24/24 64/2
**international [1]** 40/13
**interrupt [1]** 85/24
**intervene [1]** 96/24
**interview [1]** 140/24
**interviewed [1]** 140/16
**introduced [1]** 97/4
**invest [1]** 63/7
**involved [1]** 6/12
**Iraqi [1]** 35/13
**ire [1]** 156/10
**irrelevant [1]** 86/2
**is [415]**
**Island [1]** 17/13
**isn't [3]** 9/6 138/10 151/16
**isolate [1]** 85/17
**issued [2]** 118/12 149/12
**issues [1]** 32/10
**it [263]**
**It'll [1]** 56/3
**it's [116]** 7/25 14/25 15/7 16/7 17/21
  18/1 18/25 19/20 20/5 20/6 22/24 23/10
  23/10 24/12 24/13 24/13 25/12 26/3 26/12
  26/12 27/1 27/5 27/18 27/19 29/23 30/19
  30/24 31/5 31/8 31/9 38/1 40/25 43/11
  43/12 43/25 46/1 51/17 52/2 53/11 53/16
  54/6 54/19 55/5 56/1 56/3 59/10 61/18
  62/5 65/17 65/20 66/1 66/21 67/22 70/9
  72/4 73/12 73/13 74/10 74/15 75/6 78/7
  78/13 78/21 78/24 79/7 79/18 81/6 81/9
  81/19 82/4 86/7 86/8 90/21 92/18 92/20
  95/1 97/20 99/14 100/8 100/17 101/14
  102/24 104/21 106/13 110/16 111/16
  113/12 113/14 121/15 122/2 122/19 126/1
  126/9 126/11 128/9 130/9 132/3 132/14
  132/16 135/11 136/5 136/20 138/2 139/1
  139/1 140/8 142/4 142/16 144/19 146/2
  146/5 146/14 151/16 154/4 154/17 154/20
**iterative [1]** 14/13
**its [11]** 25/19 76/7 87/9 102/7 103/12
  143/8 143/19 143/19 143/22 143/22 148/13
**itself [1]** 19/14
**Ivy [1]** 144/14

## J

**JAGs [1]** 41/17
**Jakiba [1]** 156/12
**JAMES [1]** 1/14
**Japan [1]** 17/16
**jets [1]** 67/9
**job [11]** 18/6 30/4 30/7 32/22 47/1 74/8
  85/7 94/7 95/6 113/11 134/3
**jobs [5]** 46/15 82/25 99/14 103/24 113/20
**JOHN [1]** 1/19
**Johns [1]** 99/19
**joined [2]** 26/18 34/20
**joining [1]** 77/8
**joint [13]** 31/7 31/21 31/22 40/10 42/23
  43/1 43/18 45/12 46/19 46/24 50/5 90/8
  139/18
**jointly [1]** 88/19
**JOSHUA [1]** 1/17
**Judge [1]** 150/5
**judges [2]** 79/5 150/2
**judgment [5]** 82/2 82/4 82/8 151/8 152/15
**judgments [1]** 103/13
**Judicial [1]** 158/10
**junior [2]** 76/20 82/15
**just [88]** 3/15 3/17 3/17 4/1 12/14 17/19
  18/1 18/22 19/2 19/3 19/18 20/23 23/1
  26/22 26/23 27/13 28/16 32/24 33/8 34/16
  47/3 49/4 51/9 51/17 59/19 59/24 68/23
  69/4 77/23 79/10 80/9 81/21 84/7 84/13
  85/8 85/13 85/22 88/2 89/10 90/2 90/4
  91/14 91/21 91/25 92/3 92/3 93/6 95/6
  96/13 99/7 100/1 100/11 105/3 108/20
  118/9 118/14 128/13 130/5 131/19 135/3
  135/3 135/17 138/20 140/5 141/4 143/25
  144/19 144/22 145/10 146/18 146/24
  148/12 148/16 148/24 148/25 149/17
  149/19 150/9 152/1 152/10 152/15 153/8
  153/9 153/13 154/6 155/10 155/17 156/15
**Justice [1]** 40/15
**justification [1]** 109/21
**juxtaposed [2]** 59/18 143/7

## K

**keep [2]** 90/11 94/7
**keeping [1]** 54/7
**kept [1]** 45/17
**key [2]** 3/6 64/9
**kicks [1]** 137/4
**kind [14]** 64/1 67/7 67/20 76/9 85/14
  85/24 96/15 96/18 98/2 98/18 100/11
  102/1 132/12 139/8
**kindly [1]** 119/6
**kinetic [4]** 81/1 81/13 88/24 89/1
**kitchen [1]** 99/9
**know [82]** 9/18 13/9 13/13 15/22 16/12
  19/21 20/19 20/20 22/6 25/5 25/19 26/13
  27/12 28/18 40/10 51/7 60/20 65/12 71/1
  71/20 79/2 80/3 81/22 83/4 84/8 84/10
  85/3 89/21 91/2 95/4 95/13 96/23 99/13
  99/14 100/6 104/15 107/13 107/16 107/16
  107/18 108/2 108/3 110/21 115/24 115/25
  116/1 117/18 120/1 120/3 120/7 120/13
  120/19 121/11 121/25 122/1 122/3 122/5
  122/16 124/9 124/12 126/18 126/22 126/24
  128/21 132/18 133/4 133/5 133/6 133/12
  133/16 137/20 140/13 142/16 147/7 147/11
  147/13 152/23 153/6 153/6 153/7 155/15
  156/14
**knowledge [11]** 16/15 26/21 27/18 38/8
  40/8 44/8 50/20 83/11 90/7 111/17 111/20
**knowledged [1]** 104/20
**known [3]** 46/5 51/20 99/25

## L

**lack [8]** 3/10 44/7 67/18 68/18 81/24
  87/14 90/15 107/1
**lacked [1]** 85/13
**lacks [1]** 50/17
**ladder [1]** 84/9
**lags [1]** 129/20
**laid [1]** 78/19
**landscape [1]** 102/25
**language [1]** 89/24
**lap [1]** 154/17
**large [16]** 43/21 47/19 49/19 49/19 50/2
  63/23 77/16 78/1 88/24 100/24 104/5
  109/15 127/15 127/21 129/23 137/15
**large-deck [1]** 47/19
**largely [8]** 35/7 35/12 41/12 86/3 86/7
  88/22 90/23 138/15
**larger [8]** 43/25 47/19 61/18 68/13 74/19
  77/17 78/12 114/17
**largest [2]** 41/7 63/1
**last [23]** 4/16 9/2 26/14 29/4 29/6 32/3
  32/19 70/20 74/22 77/21 99/16 101/9
  101/15 119/19 120/23 123/6 127/24 131/12
  133/8 133/17 140/14 141/17 144/24
**lastly [1]** 145/14
**late [2]** 3/4 155/10
**later [7]** 3/7 49/12 49/23 64/12 97/14
  105/17 145/20
**LATTA [1]** 1/22
**laughing [3]** 3/7 154/22 156/8
**Laughter [2]** 56/6 154/19
**laundry [3]** 84/2 84/3 84/4
**law [5]** 151/11 151/14 154/16 154/18
  155/13
**lawsuit [3]** 149/2 149/3 149/10
**lawyer [1]** 147/19
**lawyers [4]** 41/18 149/7 151/25 151/25
**lay [1]** 26/24
**lays [1]** 153/18
**lead [9]** 43/18 46/12 65/22 67/25 81/7
  95/22 98/6 106/15 139/19
**leaders [9]** 37/3 37/7 65/19 81/5 82/5
  88/13 91/10 99/3 121/19
**leaders' [1]** 100/13
**leadership [16]** 30/20 30/21 39/25 40/22
  42/11 50/6 63/2 88/18 88/19 94/18 111/21
  117/13 126/25 127/13 129/14 140/9
**leads [1]** 15/1
**leaf [1]** 46/6
**League [1]** 144/14
**lean [1]** 154/23
**learn [4]** 66/22 92/1 92/16 92/22
**learned [2]** 92/18 125/21 126/15
**learning [2]** 50/4 81/8
**least [4]** 27/14 32/3 65/14 153/14
**leatherneck [1]** 145/11
**leave [5]** 28/20 61/10 62/25 63/5 131/13
**led [6]** 82/10 101/16 139/17 139/23
**left [4]** 25/2 41/22 79/2 137/6

**legal [2]** 52/22 139/10
**legislative [2]** 34/24 121/2
**less [8]** 36/8 50/9 51/10
  85/7 89/13 91/14 91/25 98/2
**lessons [2]** 125/21 126/15
**let [6]** 26/24 90/17 132/18 135/3 147/20
  155/15
**let's [10]** 11/10 21/3 23/18 23/18 25/25
  26/3 26/9 48/18 55/11 108/20
**letter [1]** 118/9
**level [23]** 6/6 7/7 19/2 29/16 37/15
  38/12 42/15 42/17 42/21 42/25 44/3 52/22
  75/7 76/6 92/10 92/16 95/8 97/9 104/10
  110/23 111/10 114/20 132/20
**levels [2]** 83/24 103/19
**LIC [1]** 88/15
**licensure [1]** 37/25
**lieutenant [6]** 37/14 37/18 37/22 97/9
  97/9 138/6
**life [1]** 104/18
**like [36]** 8/24 9/18 9/19 10/20 13/20
  18/12 18/23 19/25 23/16 23/22 24/12
  24/19 26/13 35/22 63/25 68/5 68/19 71/2
  76/7 76/22 87/25 93/18 93/24 98/25 99/10
  101/2 103/16 104/18 113/7 121/4 135/9
  142/9 143/7 144/19 146/2 146/3
**liked [1]** 99/25
**likely [9]** 51/5 58/18 63/22 65/13 126/5
  130/23 131/13 131/21 142/7
**limit [2]** 77/14 98/20
**limited [12]** 26/21 45/3 45/8 54/19 74/25
  100/11 100/20 106/8 116/8 116/10 142/25
  154/9
**LINDSEY [1]** 1/23
**line [32]** 38/23 39/2 39/6 39/10 39/11
  39/15 39/20 40/5 40/18 41/9 41/11 43/8
  43/10 43/14 43/16 45/10 50/7 59/17 59/18
  59/21 59/21 59/25 67/1 75/20 75/22
  108/19 109/2 115/1 132/22 133/3 134/8
  137/16
**linguists [1]** 86/13
**linkage [1]** 123/7
**Lisa [2]** 110/6 110/7
**list [2]** 8/14 108/6
**listed [3]** 20/24 21/1 140/3
**listening [1]** 133/9
**lists [1]** 8/16
**literally [5]** 138/21 140/16 141/22
  144/13 149/2
**literature [1]** 35/17
**litigation [2]** 113/24 150/13
**little [15]** 26/21 26/24 26/25 32/17
  32/24 33/13 71/9 91/16 95/18 96/13 98/7
  101/20 126/5 134/11 155/4
**lived [2]** 85/2 91/18
**lives [1]** 102/5
**living [3]** 85/1 85/2 99/12
**located [2]** 52/16 96/6
**location [4]** 53/15 67/15 118/18 119/9
**locations [5]** 96/6 118/24 120/21 121/17
  121/20
**logistics [1]** 41/13
**long [22]** 32/12 34/11 37/10 46/8 48/11
  48/22 70/15 74/11 93/13 100/4 103/16
  117/8 126/18 138/11 142/16 142/24 144/9
  144/20 145/10 146/5 154/9 155/11
**long-term [1]** 37/10
**longer [7]** 61/15 61/18 126/4 126/13
  126/21 138/17 140/19
**look [45]** 21/3 24/20 25/2 26/4 26/9
  31/14 31/15 43/12 52/5 53/18 53/19 53/22
  68/19 71/4 71/11 75/5 76/11 76/13 76/15
  76/16 76/19 77/5 77/11 77/13 86/25 95/23
  96/7 102/9 102/13 102/16 103/14 103/14
  103/15 103/17 103/19 103/22 104/23 114/7
  114/13 115/13 115/14 118/5 133/2 139/22
  144/7
**looked [6]** 66/15 66/16 94/2 109/12
  116/23 148/23
**looking [15]** 24/20 31/2 52/18 55/9 55/11
  115/7 115/11 119/1 135/13 135/14 136/4
  141/3 145/14 146/25 149/17
**looks [8]** 31/4 56/15 68/5 71/2 97/5
  99/10 104/18 114/2
**loop [8]** 44/24 45/18 49/15 51/12 58/17
  59/10 70/12 142/4
**loss [1]** 63/6
**lot [16]** 17/15 41/20 91/8 91/21 91/23
  92/3 92/9 92/11 95/9 95/11 95/16 95/23
  98/13 102/12 133/22 137/18

**L**

low [3] 88/22 88/23 89/10
low-intensity [3] 88/19 89/4 89/21
lower [4] 77/18 104/4 104/4 104/7
luck [3] 28/22
lunch [3] 79/4 79/10 94/3

**M**

M-I-L-L-E-R [1] 29/6
made [14] 50/11 51/9 70/20 72/25 100/1
106/14 117/22 119/20 120/23 121/8 124/10
125/22 140/17 140/17
magnified [1] 122/17
main [1] 8/22
mainly [1] 6/8
maintain [3] 30/9 30/19 55/17
maintained [1] 144/17
maintaining [2] 107/10 121/6
major [3] 15/1 47/18 75/13
majority [5] 43/7 61/10 75/18 108/14
132/22
make [36] 3/15 3/15 11/2 14/7 18/21
19/18 27/18 28/16 44/4 48/15 49/23 50/19
63/1 64/12 68/14 68/23 70/15 83/17 84/8
84/10 96/22 110/12 113/20 125/15 127/2
128/1 141/2 141/5 148/18 149/19 149/25
150/10 151/15 151/17 154/24 155/9
makes [4] 14/24 15/17 66/15 155/12
making [9] 33/9 49/12 49/22 50/3 54/1
84/11 100/2 124/1 124/19
male [1] 73/14
manage [6] 30/2 31/18 33/16 40/8 43/19
53/24
management [10] 32/18 32/19 33/1 33/5
36/9 50/18 50/18 57/2 105/14 129/11
managing [3] 31/17 32/1 51/3
manner [2] 9/19 90/4
manpower [5] 29/25 55/12 55/14 55/15
55/17
many [41] 5/22 9/23 11/18 13/10 15/25
19/18 19/19 19/24 33/17 51/2 53/17 81/2
81/4 81/24 82/5 82/5 85/12 103/11 103/20
107/2 107/13 107/18 108/5 110/19 115/23
119/25 120/22 120/12 121/24 129/18 129/21
132/18 133/6 133/7 133/12 133/16 142/5
144/15 145/2 151/6 155/7
Marine [24] 7/12 9/13 15/2 18/3 19/8
21/5 21/12 36/12 36/15 37/14 38/13 38/20
43/22 49/6 49/11 49/16 49/21 60/24 69/2
69/21 72/21 73/20 138/6 139/2
Marines [1] 18/7
mark [19] 63/11 63/16 66/17 72/14 131/14
131/22 135/14 136/18 136/25 137/2 137/5
137/5 137/7 137/7 138/22 141/2 141/6
141/10 141/22
marked [2] 24/21 151/9
market [3] 102/9 102/21 119/15
marketable [1] 137/18
marketing [8] 31/4 33/14 93/4 102/17
102/19 102/25 103/5 103/15
marks [1] 69/4
MARYLAND [1] 1/1 1/6 158/6
Massachusetts [1] 153/7
master [2] 5/20 55/13
master's [2] 35/19 35/19
masters [1] 17/5
match [3] 10/24 18/6 50/20
matching [2] 17/24 103/23
matter [14] 1/9 3/21 67/11 109/16 114/10
115/4 121/3 126/11 135/14 149/7 152/6
155/8 156/17 158/9
may [73] 3/2 4/23 5/11 17/22 26/19 54/10
61/21 63/4 63/24 64/4 64/6 64/9 67/3
67/18 67/19 67/25 71/25 74/19 76/5 79/15
79/16 80/12 80/21 85/15 86/15 87/21
91/11 91/16 91/18 93/1 95/17 95/22 95/25
96/7 96/25 97/1 98/6 98/14 98/15 98/20
100/3 104/22 104/24 108/9 113/13 113/21
116/9 119/15 119/24 121/11 122/16 127/12
131/23 132/6 132/8 133/22 137/19 139/4
139/8 139/17 141/20 141/25 142/4 142/8
142/19 143/3 143/11 147/10 147/11 147/12
148/11 148/15 149/1
May 24th [1] 26/19
maybe [6] 96/13 100/18 103/3 125/15
154/5 154/6
MCCARTHY [3] 1/15 107/21 114/22
MDLC [4] 117/12 117/14 124/2 124/15
me [42] 3/7 4/2 6/25 22/20 23/25 25/12
26/8 27/13 46/11 47/8 56/3 64/17 66/15

70/7 72/14 72/14 74/17 77/1 83/6 83/7
85/2 105/11 108/14 113/25 115/19 122/23
135/18 137/1 137/6 146/24 147/3 147/16
135/8 137/1 137/6 146/24 147/3 147/16
150/7 151/21 152/19 155/7
mean [29] 4/9 12/24 26/21 33/7 33/8
40/17 45/2 51/9 51/12 54/16 61/1 61/8
69/23 76/24 77/6 78/5 86/5 86/6 87/7
87/25 89/1 96/18 101/3 136/25 138/21
140/15 150/6 151/6 154/23
meaning [1] 41/6
means [8] 16/8 24/2 45/3 63/24 74/7 88/1
88/2 108/23
meant [2] 142/10 146/15
measurable [7] 73/4 73/13 73/23 74/5
136/9 142/23 146/7
measure [4] 16/13 24/16 76/6 136/20
measures [1] 96/23
Medal [1] 31/9
MEDHA [1] 1/19
media [5] 86/8 90/23 102/21 104/19 116/6
medical [9] 20/6 21/2 21/25 22/13 31/1
33/18 41/17 52/8 77/9
meet [11] 20/12 21/24 22/12 52/6 77/8
79/5 88/25 89/2 91/22 92/4 104/10
meeting [6] 78/18 78/22 79/5 83/19 89/25
101/9
meets [1] 123/9
member [5] 33/10 34/22 57/5 75/9 90/17
members [16] 11/6 14/25 19/18 19/19 20/8
30/3 31/3 31/11 32/1 33/1 56/8 79/22
87/17 87/18 93/10 112/7
memorandum [1] 149/13
memory [2] 155/6 155/6
Memphis [1] 18/18
men [4] 83/6 83/21 92/25 131/9
MENDEZ [1] 1/20
mental [1] 78/3
mention [2] 139/10 142/10
mentioned [28] 4/14 32/21 32/24 34/4
52/25 53/2 65/15 75/13 75/18 76/23 77/9
82/1 89/3 93/15 96/5 97/6 97/6 98/4 98/8
100/8 101/19 103/14 115/15 121/22 123/16
123/21 132/21 155/19
mentioning [1] 58/20
mentor [2] 68/5 100/22
mentoring [3] 95/20 98/16 98/24
mentors [3] 99/13 100/9 100/12
mentorship [5] 67/19 67/23 68/3 68/16
93/7
merely [1] 20/16
merit [12] 11/17 11/18 13/6 13/10 13/13
13/15 15/25 16/2 16/12 16/15 24/9 158/4
meritocracy [2] 112/12 112/13
messaging [1] 102/23
met [7] 14/14 14/16 14/20 15/16 17/1
87/17 107/21
metrics [1] 78/18
MICHAEL [1] 1/13
MICHEAL [1] 1/23
middle [3] 28/18 35/12 46/6
midgrade [2] 95/8 97/8
MIDS [6] 25/3 25/5 25/17 25/20 25/23
25/24
midshipman [3] 5/14 9/8 9/23
midshipman's [1] 7/17
midshipman [62] 6/21 6/22 7/8 7/11 8/4
8/9 8/17 8/20 8/23 9/2 9/7 9/12 9/14
9/17 10/3 10/5 10/8 10/11 10/14 10/17
10/19 10/22 10/25 11/2 11/9 11/11 11/19
12/1 12/6 12/14 13/11 13/21 13/22 13/25
14/1 14/3 14/5 14/8 14/10 15/5 15/15
15/22 16/1 16/2 18/6 20/5 20/12 21/5
21/11 21/24 23/11 23/15 23/21 24/4 24/6
25/3 25/6 25/16 25/22 25/23 27/9 98/14
midshipmen's [1] 13/15
might [18] 21/17 42/15 47/14 48/6 48/7
51/19 53/13 63/5 65/19 67/5 68/9 79/3
99/13 114/15 144/13 146/12 155/22 155/23
migrate [2] 96/1 96/4
milestones [1] 132/3
military [68] 30/6 30/20 32/20 33/9
33/10 33/22 33/25 34/1 35/23 36/2 36/8
37/3 37/10 38/9 38/18 40/11 40/12 40/15
41/16 44/24 50/18 51/13 52/1 61/11 61/22
62/25 74/15 75/9 76/3 77/8 77/15 82/2
82/4 82/8 82/11 88/17 95/10 97/13 98/1
99/16 100/3 101/5 102/3 102/4 104/9
104/18 106/25 111/18 112/7 117/13 117/17
126/25 127/3 127/8 128/3 128/18 129/3

129/14 131/14 131/24 132/11 132/12 138/3
143/9 143/15 143/22 148/9 155/25
mileage [1] 69/8
Miller [23] 27/18 29/13 29/5 29/6
29/11 35/23 36/5 44/2 55/2 79/7 79/21
80/22 86/22 105/8 105/9 105/10 116/11
134/23 135/4 137/1 148/8 148/15
Millington [1] 17/10
mind [3] 11/12 45/22 79/17
mindful [4] 74/24 78/24 114/15 116/6
minesweepers [1] 99/5
minimum [2] 20/23 23/3
minor [1] 35/18
minorities [16] 70/8 80/2 80/11 87/14
91/16 95/25 96/4 100/25 114/10 114/11
114/14 115/14 115/5 117/16 129/19 130/23
minority [30] 53/7 59/5 59/8 64/22 66/6
68/11 69/10 71/22 73/5 76/2 78/16 79/22
82/22 87/1 91/25 95/13 96/17 98/5 100/16
100/24 104/1 104/5 106/25 114/2 115/8
115/12 127/19 129/23 130/1 130/4
minority-serving [2] 53/7 91/25
minute [3] 65/5 79/4 148/14
minutes [1] 145/17
misperceptions [2] 103/8 104/19
miss [1] 149/20
missing [1] 84/6
mission [13] 81/18 85/14 85/24 87/23
89/8 89/21 90/1 94/16 96/21 101/18
102/14 103/24 143/22
missions [7] 81/11 86/11 89/15 89/18
91/5 113/1 113/4
misspoke [1] 146/13
mistake [1] 68/4
mistaken [1] 152/22
MIT [5] 54/9 115/15 115/18 115/20 143/8
model [2] 84/17 104/14
modules [1] 128/16
moment [4] 64/10 70/18 89/6 105/3
monitor [2] 5/18 53/15
monitors [1] 14/19
month [1] 107/21
months [2] 5/10 61/6 62/2 151/18
moral [1] 33/18
more [61] 9/22 10/24 14/5 26/25 48/24
49/23 50/1 54/8 54/23 62/19 64/12 67/3
67/4 68/2 70/7 70/7 70/7 75/19 76/10
81/12 84/14 84/15 85/12 91/19 92/14
95/21 95/25 96/1 96/3 97/15 97/25 98/7
98/23 99/2 99/14 100/5 100/17 100/20
111/9 116/10 120/20 121/2 121/16 121/16
124/6 124/10 125/22 126/5 129/25 130/23
131/3 131/13 134/11 134/15 134/17 137/23
139/21 139/24 142/6 150/4 151/25
morning [11] 3/2 3/5 4/7 4/8 5/2 5/3 7/7
28/25 29/11 29/12 155/17
mortar [3] 52/3 121/17 121/24
MORTARA [1] 1/12 149/4 150/1 151/21
153/10
most [25] 9/4 9/6 32/8 37/21 38/2 40/2
40/17 41/25 42/11 46/20 56/1 56/2 56/12
56/17 57/9 61/12 63/19 65/13 81/12 86/18
86/18 103/2 103/6 109/11 116/7
motion [1] 149/9
motions [1] 152/24
move [7] 47/2 59/25 62/20 90/3 92/20
98/2 121/1
moved [2] 11/2 23/10
moves [1] 23/6
moving [3] 22/11 51/16 99/11
Mr [6] 2/8 2/9 2/10 134/25 146/22 152/16
Mr. [32] 28/9 29/8 35/24 79/16 79/17
80/21 105/1 105/2 107/21 108/5 114/22
135/1 135/5 135/7 135/7 146/10 146/16
147/21 148/11 149/4 149/4 150/1 150/1
150/1 150/11 150/15 151/3 151/21 152/19
153/2 153/10 154/22
Mr. Carmichael [10] 28/9 29/8 79/16
80/21 105/1 105/1 108/5 135/1 135/5
146/10
Mr. Gardner [5] 148/11 150/1 150/15
151/3 153/2
Mr. McCarthy [2] 107/21 114/22
Mr. Mortara [4] 149/4 150/1 151/21
153/10
Mr. Pusterla [1] 135/7
Mr. Spears [1] 135/7
Mr. Strawbridge [9] 35/24 105/2 146/16
147/21 149/4 150/1 150/11 152/19 154/23
Ms [5] 2/6 2/6 4/8 16/21 155/24

**M**

Ms. [29]   3/21 23/13 25/10 27/23 27/24 28/13 28/17 28/22 29/11 35/23 36/5 44/2 55/2 79/21 86/22 105/9 105/10 116/11 134/23 135/4 137/1 148/8 148/15 155/15 155/20 156/3
Ms. Gargeya [4]   4/9 4/22 16/20 27/24
Ms. Herndon [3]   3/9 115/20 156/3
Ms. Hudson [1]   155/15
Ms. Miller [16]   28/13 29/11 35/23 36/5 44/2 55/2 79/21 86/22 105/9 105/10 116/11 134/23 135/4 137/1 148/8 148/15
Ms. Thomas [1]   4/2
Ms. Wyrick [4]   27/1 27/23 28/17 28/21
much [28]   4/13 9/17 16/20 27/23 28/1 28/7 28/23 43/13 70/13 75/1 78/21 85/20 94/12 114/19 120/18 120/23 126/4 134/23 135/25 136/1 138/2 138/9 147/7 148/7 148/8 148/9 155/12 156/24
multiple [11]   30/1 40/8 46/15 47/25 48/10 57/16 57/17 67/22 82/6 83/11 125/16
multiracial [6]   57/20 58/6 58/14 69/11 70/6 80/18
muscle [1]   92/25
must [11]   21/5 21/12 21/24 22/3 22/8 22/12 22/15 56/10 88/25 89/2 104/9
my [56]   3/6 3/21 8/6 10/13 14/9 22/8 25/14 30/5 45/18 61/22 74/14 80/7 82/13 83/21 84/25 84/25 85/1 85/9 85/9 85/10 85/14 86/10 99/8 99/16 106/16 107/9 107/21 109/16 109/20 111/5 111/7 112/22 114/22 116/11 122/16 124/13 129/10 132/24 133/5 135/5 145/14 150/3 151/22 151/23 152/3 152/4 153/17 154/17 154/17 154/18 154/20 154/24 155/6 155/12 155/15 155/19
myself [5]   14/25 56/5 74/14 85/18 99/7

**N**

name [5]   4/17 4/22 29/4 29/6 84/4
narrow [3]   76/10 84/9 86/7
narrowly [1]   154/4
nation [1]   37/5
national [10]   5/20 43/20 81/10 82/1 82/2 87/6 87/11 101/6 101/11 143/24
nations [1]   81/18
natural [1]   100/17
naval [95]   1/6 1/22 5/5 5/13 5/21 6/11 8/11 8/13 11/7 17/3 17/5 18/3 21/25 24/24 26/18 35/18 36/11 37/11 38/2 38/4 38/12 38/14 38/21 38/24 39/4 41/3 41/5 41/8 41/25 43/2 43/22 44/2 44/3 44/10 44/17 44/20 44/21 48/20 48/23 49/1 49/25 50/13 52/11 52/13 54/17 54/24 56/10 57/7 61/13 63/10 66/21 69/11 70/20 72/23 74/16 75/19 82/21 88/4 93/25 105/19 105/24 106/2 106/17 107/3 107/6 107/11 107/13 107/14 107/25 108/8 108/16 108/17 108/21 109/2 109/15 109/17 109/23 110/5 110/7 110/11 110/15 110/20 111/7 111/22 112/17 112/19 113/4 114/19 116/25 118/3 133/8 136/15 146/25 147/7
navigation [1]   7/3
Navy [84]   6/7 7/12 8/24 9/7 9/13 12/16 14/3 14/22 18/3 18/17 18/18 19/8 21/12 34/23 34/25 35/16 36/12 36/14 37/13 38/18 38/20 38/23 39/10 39/12 39/21 40/21 41/4 41/7 41/10 41/14 42/12 43/7 43/11 43/13 43/21 45/20 47/16 49/5 49/11 49/15 49/21 50/7 50/12 51/6 52/25 61/11 69/1 69/21 72/21 73/20 75/10 78/18 78/22 82/16 90/2 91/22 92/7 97/24 108/7 108/15 109/4 110/13 110/23 111/23 111/25 112/3 112/6 113/10 113/11 119/18 119/20 119/25 120/4 120/7 124/8 124/10 124/14 128/25 129/1 132/20 143/20 145/2 156/1
Navy's [3]   34/25 45/6 108/21
NCO [1]   156/2
NCOs [1]   156/1
necessarily [15]   38/10 51/4 52/16 53/12 90/25 92/18 95/15 99/4 100/11 100/21 110/14 122/6 126/13 126/14 144/21
necessary [2]   11/14 11/22
necessity [2]   143/24 150/16
need [21]   8/18 10/1 10/3 15/10 26/22 31/3 50/2 83/10 85/14 89/14 89/23 91/8 97/1 100/21 103/11 109/19 112/24 118/8 122/23 128/16 144/16
needed [4]   51/1 103/20 126/14 150/17

needs [10]   8/24 9/7 9/13 18/7 51/1 88/10 93/1 127/3 128/22 143/16
neg [1]   63/10
neutral [1]   97/20
never [20]   105/24 106/2
new [10]   14/11 38/20 38/23 39/1 57/10 71/2 71/3 93/10 128/17 132/4
newly [2]   36/25 82/14
news [2]   74/7 152/17
next [21]   4/4 4/11 14/10 21/11 23/6 28/8 47/15 120/20 122/9 122/19 124/15 124/18 125/7 126/25 127/17 131/5 136/4 138/16 147/17 151/12 151/18
nice [4]   4/8 4/9 28/21 28/24
nimble [1]   102/22
nine [2]   147/19 151/9
nine-day [1]   151/9
no [60]   1/4 6/13 7/14 14/23 15/14 16/18 18/11 22/7 22/16 26/6 26/9 26/9 27/11 27/21 27/25 35/25 47/12 48/17 49/3 49/14 59/1 59/1 72/7 78/21 78/24 78/24 80/4 86/5 90/4 100/3 102/20 104/25 105/18 105/21 106/4 106/7 108/3 108/3 108/8 108/13 112/16 113/17 115/8 115/12 116/1 117/10 125/20 131/19 134/18 135/2 138/17 139/13 140/19 141/22 146/12 147/19 148/5 149/18 150/2 150/23
NOD [1]   60/6
nodding [1]   151/21
NOH [1]   60/7
nomination [1]   125/23
nominations [2]   124/16 124/25
non [4]   60/19 62/18 65/2 66/14
non-Hispanic [2]   60/19 62/18 65/2 66/14
none [4]   107/6 108/4 108/6 133/11
normalized [1]   127/14
normally [2]   152/13 152/24
NORRIS [1]   1/14
North [2]   145/1 153/7
NORTHERN [1]   1/2
not [133]   3/12 3/17 3/19 8/2 13/14 13/17 14/8 15/6 16/8 16/12 16/15 17/1 19/14 19/23 20/12 20/14 20/15 22/7 23/24 23/25 24/16 25/11 25/12 26/25 27/12 28/19 32/3 45/14 51/4 51/6 51/19 52/16 53/2 60/6 60/7 60/22 64/13 72/6 72/14 74/8 75/8 77/17 78/22 78/24 79/8 80/4 82/14 82/21 83/23 85/24 86/10 92/2 92/18 95/1 96/9 98/6 98/20 99/7 99/12 99/14 99/20 104/20 105/11 105/13 105/20 105/23 106/1 106/3 106/18 107/5 107/8 107/13 107/16 107/24 110/9 110/14 110/21 110/25 111/24 111/25 112/3 112/14 113/2 113/12 113/12 113/21 113/25 114/5 115/8 115/11 116/2 117/1 117/6 125/19 126/13 129/1 129/5 129/11 131/19 132/3 133/13 133/13 133/15 133/18 133/18 133/21 133/23 135/25 138/14 139/10 139/19 140/5 140/12 143/1 143/13 144/1 144/11 144/15 144/19 144/21 145/10 147/6 147/14 148/5 150/9 150/21 151/15 152/7 154/9 155/10 155/22
note [7]   4/1 28/16 58/15 141/17 148/17 148/25 149/6
notebook [1]   118/8
noted [5]   27/5 73/9 149/15 150/4 150/6
notes [3]   119/15 125/11 131/12
nothing [3]   131/17 156/20 156/23
notice [1]   126/7
notification [2]   24/14 24/18
notified [2]   7/17 16/2
noting [1]   28/20
November [2]   7/18 15/23
now [31]   13/25 24/19 39/7 41/4 41/19 41/20 49/4 49/9 51/10 51/22 55/1 57/23 58/11 60/3 60/13 65/6 72/4 72/10 73/11 74/1 79/12 92/11 101/2 124/5 125/24 146/2 151/5 151/22 154/17 155/19 157/1
nuanced [1]   95/21
nuclear [8]   16/7 21/20 23/22 26/14 140/6 140/20 140/21 144/20
number [38]   10/21 10/22 14/7 19/21 19/25 31/2 41/2 44/21 51/14 53/24 59/12 63/23 70/13 77/13 77/14 78/13 85/3 87/8 103/16 108/25 114/9 114/11 115/4 115/5 116/1 116/21 119/2 119/2 120/13 121/2 121/25 122/1 122/3 122/6 122/18 124/25 141/12
numbers [8]   8/25 10/23 14/3 15/16 23/17 24/4 107/8 133/19

numerical [1]   20/19
numerous [1]   6/4
nutritional [1]   93/1

**O**

O'CONNOR [1]   1/23
oak [1]   46/6
obesity [1]   78/4
object [2]   26/16
objection [3]   27/4 27/16 27/19
Objection's [1]   27/5
objectively [1]   88/5
objectives [4]   36/22 81/10 83/5 87/19
obligation [2]   61/18 61/21
observe [4]   59/6 60/17 63/18 142/2
observed [4]   66/23 67/18 67/22 95/4
obtain [6]   38/11 45/13 50/4 55/24 83/1 83/13
obtained [5]   45/14 63/19 63/22 69/23 69/24
obtaining [1]   83/9
obvious [1]   84/10
obviously [1]   132/11
occasions [2]   84/7 84/12
occupations [1]   134/7
occur [1]   93/7
occurred [1]   150/7
occurring [2]   67/20 139/8
occurs [2]   23/12 57/10
OCS [10]   36/17 37/19 37/21 37/22 38/3 38/10 38/11 108/23 117/1 123/19
off [12]   64/9 64/13 83/14 99/17 133/5 137/11 144/2 144/14 145/6 147/19 147/20 152/3
offered [1]   52/5
office [17]   25/9 25/14 29/15 29/18 29/22 30/10 31/6 32/18 34/22 34/25 35/1 57/22 105/19 105/25 149/1 149/19 149/21
officer [140]   3/6 7/1 7/4 8/6 10/13 14/9 22/1 22/8 22/13 28/5 31/7 31/7 31/18 32/19 32/22 32/23 33/5 34/3 34/5 34/6 34/7 35/7 35/9 36/16 36/17 38/7 38/13 39/10 39/11 39/15 40/24 41/9 41/14 41/15 41/19 42/3 42/3 42/6 42/7 42/10 43/2 43/13 43/15 43/16 44/5 44/21 45/4 45/19 46/2 46/14 46/16 46/25 47/3 47/6 48/6 51/25 52/6 52/10 52/20 53/16 61/3 64/11 65/12 65/13 65/23 66/19 66/24 67/13 68/2 68/15 75/6 76/7 76/15 76/17 76/21 78/5 78/9 78/12 78/20 78/22 80/24 81/3 82/13 82/16 83/3 83/8 84/16 88/18 90/17 93/9 94/5 94/8 94/20 95/8 99/8 99/17 100/5 100/22 104/11 104/12 107/11 108/7 108/24 109/15 109/19 109/22 110/13 111/4 111/11 111/12 111/15 112/1 113/11 113/16 114/2 114/9 114/10 115/3 117/25 120/10 120/17 121/18 122/10 122/15 123/3 123/6 123/11 123/17 123/17 123/24 129/4 129/16 131/21 123/25 135/19 140/5 140/6 140/10 140/11 141/16
officer's [3]   49/12 49/23 112/15
officers [93]   30/18 36/12 36/15 37/1 37/6 38/21 38/24 39/2 39/18 39/20 40/5 40/5 40/18 41/15 41/17 41/17 42/7 42/7 43/8 43/10 43/11 43/21 44/4 44/8 45/11 49/17 50/14 54/5 61/10 63/18 63/19 67/4 69/20 72/21 73/9 73/21 73/25 76/20 76/20 78/15 82/15 82/17 83/15 85/5 96/16 96/17 98/5 108/6 108/11 108/14 108/19 108/21 109/3 110/17 110/22 113/19 117/1 117/1 120/5 124/20 129/20 129/20 129/23 130/1 130/3 130/4 130/23 131/13 131/14 132/3 132/19 132/23 132/25 135/21 135/25 136/2 136/6 136/7 136/21 136/21 137/12 140/21 141/4 141/4 141/6 141/9 141/13 141/16 141/17 142/5 142/10 143/20
officership [3]   38/16 123/10 128/17
OFFICIAL [2]   158/1 158/16
offs [1]   97/7
often [23]   9/8 9/15 40/2 40/23 46/1 46/20 47/19 57/10 67/4 68/12 68/17 83/3 83/6 83/14 86/5 86/7 91/6 91/8 100/17 103/6 104/19 113/7 113/10
Oh [1]   14/23
Okay [29]   9/10 10/11 19/16 21/3 25/15 28/12 45/22 46/8 47/3 47/13 48/18 48/22 51/22 56/19 57/24 58/19 59/21 61/12 62/11 69/17 70/17 70/18 72/4 74/1 76/22 79/19 93/24 119/5 122/22

**O**

older [1] 55/25
olds [1] 82/10
OMB [1] 60/9
onboard [2] 82/16 82/17
once [6] 10/11 13/25 15/15 17/13 93/7
 93/21 137/7 155/4
one [8] 8/23 8/24 9/2 9/6 11/18 12/15
 13/10 15/25 16/8 16/8 20/1 22/3 24/13
 26/14 27/14 31/20 36/6 42/8 42/12 45/25
 47/15 51/16 51/24 53/2 54/19 58/12 58/17
 59/25 60/10 60/24 73/7 73/7 76/22 81/8
 84/15 88/2 91/2 101/23 103/8 110/19
 112/11 117/11 119/12 122/25 123/10
 123/14 129/22 130/9 136/16 139/6 140/9
 141/13 141/15 143/25 144/14 148/14
 148/16 148/24 153/4 153/8 153/21
one-star [1] 42/8
ones [2] 10/20 20/25
only [16] 9/25 11/18 16/8 26/21 39/20
 40/5 45/15 52/2 56/8 60/10 74/8 75/10
 116/25 129/1 144/8 146/25
opening [1] 153/17
operate [1] 40/11
operated [2] 85/20 85/22
operating [1] 86/9
operation [4] 35/13 81/14 90/8 112/23
operational [7] 14/22 40/11 63/24 89/7
 94/25 101/18 113/8
operationally [1] 134/9
operations [16] 26/6 26/7 27/13 27/14
 43/3 48/20 48/23 49/2 88/9 88/11 88/13
 88/14 88/17 89/4 92/10 110/5
operator [1] 90/3
operators [1] 90/2
opinion [1] 116/2
OPNAV [3] 14/20 14/21 15/16
opportunities [28] 50/22 53/21 63/3 64/2
 64/8 64/12 65/18 65/22 67/8 67/24 67/25
 68/3 77/16 94/10 94/17 94/18 94/19 95/21
 98/14 99/2 99/5 99/6 99/18 100/6 132/4
 132/9 137/21 139/24
opportunity [12] 39/25 42/18 45/3 45/8
 46/1 47/17 48/9 57/8 61/9 62/25 92/1
 92/21
opposed [2] 67/9 104/18
optimistic [2] 71/25 74/17
optimization [3] 7/1 7/5 8/6
options [1] 119/18
order [16] 11/17 11/17 13/6 13/10 13/13
 13/15 15/25 16/1 16/12 16/15 24/9 89/24
 91/17 93/5 149/13 149/24
ordered [1] 17/20
orders [2] 83/5 83/7
ordinance [2] 22/12 39/19
organization [4] 68/13 81/23 94/23 143/9
organizations [2] 42/24 137/19
OSC [1] 41/25
ostensibly [1] 80/4
other [67] 5/19 14/6 14/8 17/18 18/10
 31/5 34/3 34/7 34/13 34/19 36/14 36/16
 38/17 40/12 42/2 42/20 42/23 44/1 44/14
 49/1 53/4 53/7 54/21 54/22 54/23 63/2
 67/10 73/6 75/2 76/2 79/5 80/13 80/17
 80/18 83/24 85/18 90/5 91/2 93/7 96/9
 96/11 98/1 98/19 99/22 108/10 108/15
 109/6 109/25 113/1 119/20 121/20 123/15
 125/21 126/16 134/12 134/15 137/19
 137/21 142/3 142/7 143/11 143/23 145/6
 149/22 151/19 155/7 155/21
others [11] 13/1 14/6 33/24 38/17 50/8
 67/3 83/20 90/22 97/16 99/15 121/21
our [88] 30/1 30/11 30/18 30/24 31/6
 31/12 31/18 31/24 39/13 39/17 39/18 40/4
 40/6 40/22 40/23 41/6 42/11 43/5 45/25
 49/20 50/6 50/9 51/24 52/23 53/18 55/7
 61/17 65/19 67/8 67/11 70/18 74/19 75/25
 76/8 76/12 76/14 77/11 77/16 81/5 81/10
 81/11 81/11 81/12 81/15 81/15 81/16
 81/17 81/22 81/24 82/24 82/25 83/13 84/3
 84/4 84/5 85/7 85/19 86/7 88/2 88/13
 88/14 89/9 89/10 90/4 90/20 91/3 91/23
 92/15 94/8 94/12 94/24 95/13 95/24 96/4
 101/9 101/9 101/10 101/11 103/7 104/14
 116/8 120/25 134/8 143/8 143/18 149/24
 153/17 153/22
out [35] 3/16 3/16 8/14 11/12 12/1 17/7
 17/19 17/25 18/18 28/22 38/21 38/24
 43/11 53/9 78/19 82/19 83/10 83/18 97/18
 97/19 98/10 99/3 99/4 101/15 120/5 129/1

137/9 138/4 138/8 138/12 138/22 139/21
 145/12 155/21 156/6
outcome [4] 72/17 72/20 72/23 24/2
 106/15 116/7
outreach [3] 118/17 118/23 119/9
outside [9] 8/8 11/8 41/16 45/4 47/10
 48/15 52/24 63/25 94/11
outsized [1] 108/18
over [87] 5/23 6/4 6/10 19/2 30/21 32/17
 40/2 40/7 45/12 46/15 47/15 50/3 51/2
 51/5 54/14 55/8 55/23 57/25 58/6 58/13
 59/7 59/19 60/18 60/25 62/9 62/17 62/23
 64/21 65/3 66/2 66/5 66/13 66/24 69/9
 70/5 71/9 71/22 71/24 72/17 72/22 73/5
 73/11 73/21 73/25 74/7 74/9 74/18 74/22
 75/3 75/23 77/21 82/5 82/5 82/6 84/15
 85/10 90/3 90/8 94/4 94/5 94/19 95/2
 95/2 95/7 95/15 97/19 101/15 104/15
 109/13 120/15 123/23 124/18 133/12
 133/17 136/15 139/7 141/16 142/23 144/24
 148/16 152/2 153/25 154/3 154/18 155/14
 156/2 156/9
overall [19] 50/17 55/17 62/21 74/2 74/6
 76/24 77/19 78/23 81/1 81/20 93/25 96/19
 102/13 106/25 114/2 114/13 115/13 120/17
 156/2
overcome [1] 92/7
overcoming [1] 92/3
overrepresented [2] 70/21 132/20 132/21
overseas [3] 6/9 47/25 81/11
oversee [2] 30/10 30/23
overseeing [2] 88/16 129/10
oversight [3] 30/9 36/7 36/7
overt [1] 85/7 124/6
overtly [2] 83/17 84/8
own [1] 87/9
Oxford [1] 61/22

**P**

p.m [3] 79/14 79/14 157/3
P8 [4] 96/4 98/8 98/12 98/22
P8s [1] 67/10
pace [1] 151/19
Pacific [2] 81/14 89/21
page [86] 2/4 19/6 19/7 20/5 21/4 22/18
 22/21 23/23 25/15 25/25 26/3 26/3 55/11
 56/20 57/23 57/24 58/1 58/8 58/9 58/23
 58/24 59/2 59/14 59/15 60/1 60/21 60/24
 60/23 62/3 62/4 62/12 62/13 63/13 63/14
 64/15 64/16 64/18 64/23 65/6 65/7 65/24
 65/25 66/6 66/9 68/21 68/22 68/23 68/24
 69/12 69/18 69/19 70/17 71/10 72/11
 72/19 72/20 73/18 73/19 87/4 90/10
 103/17 115/1 115/2 118/10 118/14 118/21
 119/1 119/7 120/20 122/9 122/18 122/19
 122/19 122/20 124/18 127/17 130/12
 130/19 135/13 135/18 136/5 136/16 136/8
 141/1 145/15 158/9
page 10 [1] 130/12
page 11 [3] 26/3 60/23 135/18
page 12 [2] 62/3 62/4
page 14 [1] 62/12
page 17 [1] 136/5
page 18 [1] 64/15
page 2 [3] 19/6 20/5 55/11
page 20 [1] 64/23
page 22 [2] 65/6 136/18
page 23 [1] 65/24
Page 25 [1] 66/8
page 28 [4] 68/21 68/23 68/24 141/1
page 29 [2] 69/12 145/15
page 3 [4] 21/4 23/23 56/20 118/10
page 31 [1] 69/18
page 32 [1] 71/10
page 33 [1] 72/11
page 35 [1] 72/19
page 36 [1] 73/18
page 4 [3] 22/18 22/21 25/15 57/23
page 5 [4] 58/8 58/9 70/17 87/4
page 57 [1] 90/10
page 6 [1] 58/23
page 67 [2] 115/1 115/2
page 7 [1] 59/14
page 79 [1] 118/14
page 8 [2] 60/1 60/2
page 81 [1] 122/19
page 9 [1] 60/14
page is [1] 57/24
page number [1] 122/18
pages [2] 59/1 146/25

pages 28 [1] 146/25
paired [1] 92/11
panel [2] 1/17 24/2 24/2
panels [5] 21/17 23/5 23/8 23/13 23/13
paragraph [11] 21/4 21/11 22/20 22/21
 23/23 25/15 122/9 122/11 125/7 127/4
 136/16
paragraph 4 [1] 22/21
paragraph B [1] 25/15
paragraph talks [1] 125/7
paragraph that [1] 122/9
PARALEGAL [1] 1/22 1/23
Pardon [1] 77/1
parents [1] 91/10
parity [1] 78/11
part [21] 11/8 15/7 26/25 30/11 30/14
 32/12 49/19 68/13 77/16 78/1 81/8 87/6
 87/16 88/24 90/21 107/4 109/8 112/6
 129/4 129/9 155/4
participate [2] 22/3 144/23
participating [1] 119/23
participation [6] 11/17 12/10 12/20 87/1
 106/25 110/3
particular [8] 20/13 87/10 95/14 97/17
 105/21 113/11 113/11 129/6
particularly [14] 45/13 63/7 68/11 68/19
 85/17 89/3 95/7 95/24 98/16 98/24 100/3
 111/6 137/16 140/2
partner [1] 81/17
partnered [1] 120/2
partners [6] 81/12 81/13 81/22 81/25
 88/3 89/9
partnerships [1] 120/14
parts [2] 96/14 153/15
pass [2] 20/16 20/19
pass/fail [2] 20/16 20/19
passing [1] 84/9
past [4] 76/2 133/12 138/8 151/8
path [1] 137/23
paths [1] 123/18
PATRICK [1] 1/13
patrol [1] 99/6
pattern [3] 56/13 61/5 66/20
patterns [9] 55/23 62/16 63/18 64/6
 66/19 95/5 96/18 98/10 109/12
pause [1] 97/12
pay [8] 31/12 31/13 31/13 31/15 31/16
 31/17 77/17 94/12
paying [1] 116/6
pays [3] 31/14 31/14 31/15
PDF [1] 87/4
peer [2] 37/8 38/17
pension [6] 132/16 137/3 137/4 139/11
 139/13 139/14
people [20] 37/21 45/9 51/17 79/10 81/21
 81/24 82/23 84/8 99/1 100/6 102/3 113/15
 137/9 138/8 140/14 152/1 155/10 155/25
 156/8 156/9
perceived [8] 87/21 97/1 104/24
percent [71] 8/17 10/3 10/7 10/10 38/22
 38/25 39/5 41/6 43/12 43/13 44/12 44/20
 44/20 58/20 58/21 60/13 71/2 71/3 71/9
 71/13 71/24 72/4 72/6 73/10 73/12 73/15
 75/10 75/19 77/24 78/1 78/17 79/23 80/3
 80/6 80/10 80/10 80/15 81/12 101/24
 108/18 108/20 108/23 109/3 109/6 125/1
 127/22 130/1 130/3 130/22 131/8 131/9
 131/13 135/20 135/21 135/25 136/1 136/6
 136/7 136/8 136/8 136/20 136/22 137/12
 141/21 145/18 145/18 145/23 145/24 146/2
 146/3 146/13
percentage [33] 10/5 10/8 38/20 38/23
 39/1 43/10 43/15 43/21 43/24 53/8 58/11
 60/20 69/16 69/17 70/7 71/15 71/23 72/13
 78/16 79/22 80/5 87/22 108/18 113/4
 120/5 127/15 129/23 131/1 132/25 145/16
 145/22 146/1 147/4
percentages [3] 50/24 71/6 108/3
percentile [1] 94/13
perception [1] 86/17
perfect [2] 9/11 19/16
perfectly [1] 149/22
perform [2] 9/21 40/25
performance [11] 9/3 9/7 11/17 12/23
 12/24 13/3 21/21 40/2 40/3 46/14 52/7
performed [3] 63/23 86/25 90/19
perhaps [5] 67/17 68/9 104/20 139/23
 155/21
period [6] 62/1 62/7 65/11 65/20 144/1
 144/20

**P**

**periods [1]** 95/25
**person [2]** 32/24 92/15
**personal [6]** 29/20 82/10 85/19 94/25 125/18 138/10
**personnel [20]** 8/11 8/13 18/18 29/24 30/6 31/6 32/18 32/20 32/22 32/23 33/5 33/21 34/18 35/23 36/2 50/18 55/16 57/11 74/15 110/11
**pertaining [2]** 32/11 105/15
**phase [4]** 90/7 92/20 92/21 104/23
**physical [10]** 8/16 13/1 20/3 20/7 21/2 21/25 22/12 92/24 127/13 134/22
**physically [2]** 20/14 133/25
**physiological [1]** 93/3
**pick [1]** 137/25
**picked [2]** 63/16 65/10
**picking [2]** 98/5 99/1
**piece [2]** 108/20 108/20
**pipeline [4]** 45/6 46/11 111/3 111/12
**pipelines [2]** 61/17 95/22
**place [1]** 65/21
**placements [3]** 18/12 25/9 27/9
**places [2]** 17/15 17/18
**plaintiff [16]** 1/4 1/12 50/11 70/20 86/1 150/24 152/11 152/12 152/12 152/13 152/18 152/24 153/5 154/11 156/19 156/20
**PLAINTIFF'S [2]** 2/4 24/21
**plaintiffs [1]** 44/2
**plan [5]** 82/19 88/20 118/17 118/23 119/8
**planned [1]** 86/11
**plans [1]** 88/20
**platform [3]** 40/9 41/7 98/6
**platforms [9]** 40/4 40/6 43/19 45/25 46/22 67/2 67/10 95/24 110/4
**play [8]** 7/13 16/2 16/6 24/9 24/12 64/6 66/23 89/19
**playing [1]** 112/7
**plays [1]** 67/20
**please [28]** 4/14 4/16 20/4 25/2 25/25 28/25 29/3 36/3 39/8 56/20 57/23 58/8 58/23 59/14 60/1 60/23 62/3 62/12 63/13 64/15 64/23 65/24 66/8 68/21 69/12 69/18 72/19 119/5
**plus [1]** 55/22
**point [25]** 25/10 27/3 35/22 45/5 55/24 57/6 63/17 63/21 64/3 65/14 65/17 66/3 70/20 131/12 131/23 146/10 146/16 148/24 150/11 150/24 151/22 152/1 154/22 156/18 156/21
**points [2]** 55/9 115/23
**policies [8]** 30/22 33/11 97/3 101/17 105/18 105/22 138/12 139/21
**policy [21]** 9/19 30/6 31/13 32/17 32/20 33/6 35/1 35/23 36/2 52/22 74/15 88/19 97/2 105/15 112/6 112/9 112/11 112/17 112/19 123/25 139/7
**political [4]** 5/18 30/20 82/5 121/6
**pool [5]** 52/2 63/1 63/4 68/15 89/10
**population [31]** 43/25 51/18 65/2 65/4 66/6 67/13 70/22 71/6 71/8 71/16 71/18 76/21 76/25 77/7 77/20 77/20 77/23 78/2 78/11 78/23 82/22 89/12 89/14 101/25 104/3 110/3 114/13 114/18 115/13 137/15 137/20
**populations [13]** 69/10 71/22 72/18 73/5 74/12 92/25 95/5 95/13 100/17 102/11 104/3 104/6 114/16
**portal [1]** 125/23
**portion [2]** 30/19 120/16
**position [11]** 5/6 30/12 30/14 31/23 32/5 33/4 34/9 47/14 47/18 47/18 150/14
**positions [11]** 31/22 34/13 34/15 34/20 42/14 43/13 43/14 44/15 50/6 138/5 140/10
**positive [5]** 37/8 38/17 104/15 106/15 147/10
**positively [1]** 104/12
**possible [6]** 9/9 9/15 9/17 135/8 135/10 151/7
**post [2]** 35/15 89/12
**post-high [1]** 35/15
**post-World [1]** 89/12
**posted [1]** 140/6
**Postgraduate [2]** 5/21 17/5
**potential [5]** 52/9 52/20 76/2 104/1 124/20
**potentially [10]** 2/3 62/25 64/14 72/25 75/1 76/3 112/24 121/21 139/25 143/2
**power [2]** 16/7 23/22

**practical [3]** 98/20 121/3 122/8
**practically [1]** 91/19
**practice [23]** 59/13 139/13 139/22 140/18 140/20
**practices [2]** 101/17 129/12
**precise [4]** 107/16 121/25 126/22 131/3
**precisely [2]** 122/7 147/14
**predominantly [3]** 73/13 81/23 98/21
**preference [11]** 9/8 9/17 9/23 9/25 10/6 10/9 11/3 14/4 25/22 25/23 106/17
**preferences [9]** 8/23 9/14 9/24 9/25 10/11 10/13 10/15 18/7 106/12
**preferred [2]** 25/7 25/16
**preliminary [2]** 149/10 149/13
**prep [1]** 129/1
**preparation [1]** 38/15
**preparatory [12]** 127/1 127/8 127/18 127/20 127/22 127/25 128/8 128/14 128/19 128/23 129/6 129/13
**prepared [2]** 24/24 109/8 156/16
**prerogatives [1]** 81/10
**present [5]** 1/21 6/11 30/12 56/8 110/22
**presently [2]** 29/20 45/20
**presume [1]** 133/18
**pretty [4]** 7/9 133/25 137/5 138/9
**prevented [1]** 74/25
**previous [10]** 39/3 50/19 50/24 59/4 60/16 62/6 66/2 80/7 106/14 112/22
**previously [6]** 7/21 28/17 34/4 86/1 114/17 129/23
**primarily [2]** 12/2 109/10
**primary [13]** 16/8 16/8 16/12 24/14 24/16 36/11 36/14 36/16 36/19 45/25 51/24 54/24 55/16
**principles [2]** 111/9 152/23
**printout [1]** 135/6
**prior [14]** 20/8 33/4 33/5 34/15 70/2 100/3 130/1 130/19 130/23 131/2 131/12 131/18 131/20 133/10
**priorities [4]** 43/20 91/3 101/11 143/24
**private [1]** 126/10
**probably [4]** 6/4 24/2 134/2
**problem [2]** 14/23 87/15
**procedural [3]** 148/24 150/8 150/23
**procedurally [1]** 151/22
**proceed [3]** 152/11 154/11 154/12
**proceedings [2]** 158/8
**process [45]** 7/6 7/8 7/10 7/13 7/15 8/5 8/21 9/8 9/14 13/16 14/11 14/13 14/19 15/7 17/25 18/3 18/17 24/12 47/9 50/14 52/23 54/17 101/4 103/18 105/12 105/13 106/5 106/10 106/24 107/2 109/18 121/5 121/22 123/12 123/14 123/20 124/4 124/19 125/5 127/2 127/12 128/23 140/9 143/1 151/24
**processes [4]** 122/14 123/2 127/15 128/1
**produced [1]** 23/15
**producing [1]** 53/16
**profession [1]** 41/16
**professional [11]** 5/7 5/8 6/14 20/3 20/7 37/2 37/4 37/24 85/19 85/23 87/18
**program [12]** 94/12 97/11 97/11 97/17 97/19 97/21 144/4 144/10 144/20 144/24 145/2 145/7
**programs [39]** 12/7 30/3 31/10 31/10 33/15 33/23 34/1 34/6 34/7 34/7 34/18 34/18 34/19 52/13 52/14 53/9 76/16 93/2 93/7 97/2 97/3 98/18 100/13 108/24 119/22 119/25 120/17 123/10 123/15 125/8 125/11 128/14 128/15 143/12 143/13 143/14 143/15 144/1 144/15
**progress [5]** 120/23 124/22 125/22 146/5 146/6
**prohibited [1]** 117/9
**projected [3]** 11/14 11/22 86/8
**promote [1]** 139/9
**promoted [1]** 138/25
**promoting [2]** 74/9 113/15
**promotion [17]** 40/20 44/25 49/12 49/15 49/22 56/8 67/8 95/16 98/6 98/10 111/22 112/14 112/20 113/20 129/19 138/13 139/19
**promotions [1]** 31/20
**pronouncing [1]** 4/22
**propensity [3]** 33/16 102/2 102/10 104/4 104/6
**proportionate [1]** 43/25
**proportionately [1]** 44/13
**proposed [3]** 151/13 153/12 154/16
**proud [1]** 85/9

**provide [12]** 8/12 30/22 36/25 56/17 68/3 68/15 88/7 102/11 104/17 109/11 139/24 143/12
**provided [5]** 50/25 55/5 59/19 61/2 61/6
**provides [7]** 36/21 55/8 56/12 56/23 58/2 60/10 69/16
**providing [1]** 30/9
**public [1]** 126/9
**published [1]** 88/19
**pull [9]** 18/25 36/3 36/18 64/1 73/6 74/1 86/21 93/17 137/20
**pulled [2]** 89/12
**pulling [1]** 152/22
**purpose [7]** 24/16 24/18 36/22 38/3 56/9 143/19 143/22
**purposes [2]** 16/13 36/19
**pursuant [1]** 158/6
**pursue [4]** 61/19 99/18 132/4 137/23
**pursued [1]** 35/19
**pursuing [1]** 140/21
**push [1]** 64/3
**PUSTERLA [2]** 1/23 135/7
**put [13]** 7/20 9/24 13/20 14/4 41/21 47/10 49/1 51/20 55/1 126/7 134/2 135/7 150/20
**putting [1]** 41/19
**PX309 [1]** 19/1

**Q**

**qualification [10]** 9/13 31/1 38/15 63/20 76/16 83/10 83/13 103/19 104/7 104/10
**qualifications [28]** 20/10 20/12 20/23 20/24 23/3 40/10 45/12 45/14 46/19 46/24 50/5 52/6 52/7 52/17 63/22 76/14 77/9 77/10 83/1 83/9 83/18 90/8 91/6 92/5 104/5 123/9 123/23 139/18
**qualified [6]** 11/19 13/11 13/22 14/4 20/14 89/13
**qualify [3]** 35/23 65/15 77/25
**qualifying [2]** 21/12 91/7
**quantified [1]** 113/12
**quantify [2]** 147/15 148/4
**quarter [1]** 109/25
**quarters [2]** 85/1 85/2
**question [25]** 20/4 27/19 58/25 64/17 65/5 80/1 106/16 106/20 109/18 109/20 113/6 113/17 113/25 116/11 116/14 117/6 118/20 120/25 122/23 132/24 143/25 145/14 147/20 147/24 148/2
**questioning [1]** 106/22
**questions [10]** 16/18 18/23 27/21 104/25 105/16 118/14 134/24 135/3 146/11 146/19
**quick [3]** 28/16 155/5 155/5
**quickly [1]** 135/8
**quintessentially [1]** 143/8
**quite [5]** 72/6 74/24 97/17 135/25 136/1

**R**

**race [45]** 7/13 15/13 25/1 49/11 49/22 49/24 50/13 50/13 52/22 53/1 54/4 54/16 56/22 56/24 56/25 57/16 57/17 58/3 61/25 63/15 65/9 66/2 68/10 68/10 74/21 77/4 105/22 106/5 106/8 106/23 107/4 107/8 107/15 107/19 109/17 111/25 112/3 112/14 112/20 113/10 117/9 142/25 147/5 147/7 153/24
**race/ethnic group [1]** 25/1
**race/ethnicity [1]** 106/5
**races [1]** 57/21
**RACHAEL [2]** 1/16 16/24
**racial [23]** 57/25 62/7 64/19 68/25 69/14 72/22 76/1 80/13 80/17 86/2 87/14 88/10 100/25 107/24 114/5 114/11 115/6 117/7 127/18 130/22 141/3 142/3 145/16
**racially [1]** 49/16
**rain [3]** 3/17 28/22 156/9
**raining [1]** 155/23
**raise [2]** 4/14 28/25
**RAND [1]** 88/4
**range [13]** 19/21 20/20 50/4 53/5 53/11 53/13 54/1 66/23 77/5 86/12 86/14 93/6 137/8
**rank [27]** 10/11 10/13 10/19 11/11 12/5 13/20 13/25 14/1 14/12 24/2 24/3 37/12 37/16 37/19 38/1 38/3 41/24 45/13 46/3 48/20 69/22 69/23 69/24 70/2 97/14 110/15 111/23
**ranked [1]** 23/15
**ranking [6]** 16/1 23/11 23/20 23/21 110/13 110/15

**rankings [1]** 12/16
**ranks [16]** 40/24 41/19 42/8 43/17 44/7 74/20 77/18 78/6 78/11 78/12 110/4 110/16 113/16 129/16 129/24 133/1
**rare [1]** 56/10
**rate [2]** 135/20 136/21
**rates [4]** 44/14 61/25 66/17 95/16
**rather [1]** 52/18
**rational [1]** 59/9
**raw [2]** 59/18 69/16
**RDB [1]** 1/5
**reach [3]** 92/12 131/21 151/7
**reach-back [1]** 92/12
**reached [3]** 141/6 141/9 149/22
**reaching [1]** 51/19
**reaction [2]** 44/6 50/16
**reactor [1]** 140/20
**reactors [1]** 140/24
**read [1]** 36/23
**readily [1]** 99/24
**readiness [9]** 7/2 29/20 29/24 30/1 31/24 32/1 34/18 37/10 82/11
**reading [2]** 11/12 135/18
**ready [3]** 4/4 4/9 155/17
**real [4]** 87/21 96/23 96/25 104/24
**realistic [2]** 92/14 104/17
**reality [1]** 131/20
**reallocate [1]** 50/14
**reallocates [1]** 14/9
**really [15]** 3/5 3/9 9/6 17/24 19/3 24/9 24/11 24/12 26/25 74/10 75/6 104/8 139/7 150/6 154/2
**Realtime [1]** 158/5
**reason [5]** 53/4 64/13 74/17 137/11 156/8
**reasons [22]** 53/2 54/10 55/21 58/16 71/22 71/25 75/22 78/14 81/2 81/4 111/7 112/11 116/9 129/18 129/19 129/22 132/6 133/22 139/6 142/6 143/3 147/6
**reassure [1]** 91/9
**rebuttal [5]** 152/12 152/13 152/25 153/11 153/22
**recall [3]** 103/16 118/4 142/4
**receive [1]** 86/19
**received [1]** 121/2
**receiving [1]** 99/24
**recent [5]** 32/8 54/8 56/2 116/7 127/23
**recently [1]** 121/2
**receptive [1]** 96/2
**recess [3]** 79/11 79/13 79/14
**recessed [1]** 157/2
**recognition [1]** 87/23
**recognize [6]** 7/2 51/2 87/13 92/24 106/24 142/24
**recognized [1]** 88/22
**recognizes [1]** 89/10
**recollection [1]** 118/9
**recommend [1]** 102/4
**recommendation [9]** 15/17 123/13 124/15 126/25 127/6 127/17 128/20 128/24 **recommendations [4]** 117/22 117/24 118/2 123/1
**recommended [2]** 122/13 125/14
**recommending [2]** 124/2 124/3
**recommends [1]** 127/25
**reconfirmed [1]** 83/7
**reconvene [2]** 79/6 156/25
**record [9]** 4/17 29/4 36/23 41/21 47/3 77/12 142/22 150/20 151/1
**records [2]** 21/22 127/20
**Recross [2]** 2/10 146/21
**recruit [7]** 91/4 93/10 101/12 102/13 102/14 103/18 103/18
**recruited [1]** 127/23
**recruiter [4]** 123/12 123/17 123/17 123/24
**recruiters [6]** 90/20 91/3 92/11 123/8 123/14 124/11
**recruiting [28]** 31/1 31/4 32/11 33/2 81/19 93/4 95/6 101/2 101/3 101/17 101/19 101/21 102/8 103/13 103/25 104/13 106/15 118/18 118/24 119/9 119/12 119/18 119/21 120/17 122/10 122/15 123/3 123/6
**recruitment [3]** 90/12 91/3 101/6
**recruits [2]** 91/7 119/16
**redirect [2]** 27/24 135/1
**redistribute [1]** 15/5
**redistributing [1]** 51/18
**reducing [1]** 87/1
**reduction [1]** 54/15

**redundant [1]** 153/13
**reference [2]** 112/23 116/21
**referencing [1]** 119/2
**referring [3]** 9/12 16/10 25/21
**refers [6]** 25/15 61/9 87/2 101/3 119/12 123/13
**reflect [1]** 142/22
**reflected [1]** 142/14
**reflecting [1]** 74/12
**reflects [3]** 26/1 44/7 136/18
**refresh [2]** 118/9 130/5
**regardless [1]** 137/10
**region [2]** 81/14 81/15
**regional [2]** 89/23 121/5
**regions [1]** 98/3
**Register [1]** 126/7
**Registered [1]** 158/4
**regulations [1]** 158/10
**rehabilitation [1]** 139/25
**related [1]** 12/18
**relative [4]** 62/16 70/22 106/4 136/14
**relatively [6]** 66/7 66/14 108/25 109/1 120/16 142/8
**relevancy [1]** 81/21
**relevant [2]** 45/6 106/22
**reliant [1]** 54/11
**relief [2]** 28/19 121/2
**relies [2]** 49/19 89/9
**religious [1]** 91/10
**rely [12]** 8/8 38/7 38/16 43/17 52/4 77/2 81/13 81/16 89/5 90/20 103/12 124/13
**relying [3]** 52/14 102/7 117/11
**remain [2]** 81/21 142/8
**remains [1]** 54/6
**Remand [1]** 150/5
**remanded [1]** 150/8
**remands [1]** 150/5
**remember [3]** 79/24 116/16 153/17
**remove [1]** 139/21
**repeat [3]** 64/17 118/20 119/6
**repeated [1]** 95/2
**repeatedly [1]** 96/21
**report [17]** 6/20 6/22 57/10 117/12 117/12 117/13 117/14 117/18 117/18 117/22 118/6 118/12 119/2 122/2 127/10 128/19 130/7
**reported [5]** 1/24 54/8 60/22 75/2 158/8
**reporter [5]** 3/22 158/1 158/4 158/5 158/16
**reports [4]** 6/24 24/25 116/7 130/9
**represent [3]** 16/24 58/13 119/15
**representation [37]** 53/4 54/2 54/25 55/9 57/25 58/6 59/3 59/16 60/16 60/18 62/6 66/1 66/10 68/13 68/15 69/14 72/13 73/24 74/5 74/19 75/3 75/7 75/21 76/17 76/19 78/8 78/10 78/15 89/17 91/14 93/12 109/13 114/3 114/20 115/7 117/16 145/16
**representative [1]** 56/12
**represented [8]** 32/10 55/22 58/11 60/5 60/13 76/4 90/25 96/9
**represents [7]** 55/6 66/1 71/17 75/10 75/25 108/18 114/14
**request [1]** 150/12
**requested [1]** 149/23
**requesting [1]** 67/15
**requests [1]** 67/21
**require [3]** 45/11 91/6 134/2
**required [10]** 14/8 20/11 75/19 87/7 125/12 126/6 127/2 128/1 138/14 140/23
**requirement [2]** 111/22 123/21
**requirements [52]** 8/13 8/15 8/16 8/16 13/1 13/2 13/4 13/21 14/2 16/13 16/16 19/9 20/21 21/2 21/2 21/25 22/13 23/21 30/25 33/17 33/18 33/21 34/3 38/12 39/4 45/11 52/8 52/19 56/16 77/10 81/18 85/25 88/24 89/2 89/8 90/1 91/5 91/22 92/19 96/21 101/10 101/18 102/14 103/24 124/6 124/11 126/6 127/15 134/20 134/21 134/22 143/16
**requires [2]** 77/8 91/23
**research [6]** 24/24 68/7 86/25 88/3 90/22 94/2 100/15 100/23
**reserve [9]** 30/1 36/16 51/25 56/14 56/15 76/12 137/3 137/4 137/10
**reservist [1]** 35/5
**resonate [1]** 103/10
**resources [2]** 35/21 50/18
**respect [8]** 95/20 105/22 107/7 109/2

141/1 149/2 149/9 155/16
**respond [2]** 91/15 93/12 95/12 96/11 96/17 102/4 102/7 102/8 102/17 102/23
**responded [1]** 95/19
**response [8]** 97/10 97/18 97/22 127/9 128/20 128/23 149/11 154/6
**responsibilities [4]** 30/7 32/23 82/25 90/18
**responsibility [4]** 40/14 40/14 105/18 105/21
**responsible [20]** 8/4 29/23 30/8 30/25 31/5 31/6 31/8 31/9 31/25 32/3 32/25 33/11 33/20 34/1 34/5 34/18 40/4 47/25 88/13 88/16
**responsibly [1]** 32/2
**responsive [5]** 53/25 93/3 96/22 97/2 97/4
**restate [2]** 20/4 122/23
**restricted [2]** 41/9 41/11
**restrictions [2]** 52/21 122/7
**rests [1]** 148/13
**result [1]** 117/4
**retain [3]** 44/13 64/14 65/14
**retained [1]** 65/13
**retaining [2]** 63/1 74/8
**retention [62]** 32/11 33/2 55/8 55/23 56/15 60/25 61/1 61/2 61/5 61/25 62/5 62/9 62/14 62/16 62/18 62/20 62/22 62/23 63/10 63/15 63/18 64/6 64/19 64/25 65/8 66/5 66/10 66/13 66/14 66/17 66/19 66/24 69/3 71/21 71/24 72/1 74/6 75/3 81/20 93/24 93/25 94/4 94/5 94/19 94/20 94/23 95/6 95/7 95/14 96/16 96/18 97/6 97/8 106/15 109/12 135/19 135/20 136/5 136/12 136/15 136/18 136/21
**retire [1]** 131/23
**retirement [6]** 31/10 31/16 32/2 33/3 55/25 65/15
**retires [1]** 75/8
**retread [1]** 135/4
**return [4]** 46/20 46/23 46/24 97/14
**returned [1]** 84/5
**reversals [1]** 150/4
**review [11]** 14/18 14/24 15/4 15/13 15/20 19/16 20/8 22/23 52/24 52/24 65/11
**reviewed [2]** 44/23 66/18
**reviewing [2]** 57/11 128/13
**reviews [1]** 80/8
**Rhode [1]** 17/13
**rich [1]** 119/15
**RICHARD [1]** 1/9
**Richmond [2]** 150/3 150/6
**Rick [1]** 110/10
**Rickover [2]** 140/16 140/19
**Rickover's [1]** 140/15
**rid [1]** 139/6
**right [69]** 4/14 5/13 11/23 16/16 17/7 17/16 18/2 18/8 19/9 19/18 19/19 19/24 20/3 20/17 21/6 22/4 23/21 23/12 23/23 24/8 25/4 25/10 25/25 26/15 28/9 28/25 38/5 41/4 47/10 48/15 48/18 69/18 71/4 75/14 75/18 84/21 93/16 108/25 110/1 112/9 112/17 114/3 118/5 118/10 124/23 125/24 127/6 129/9 129/22 130/17 130/24 131/5 131/6 131/17 131/24 132/4 132/6 133/6 136/4 137/1 141/7 147/11 148/16 149/5 150/15 152/21 152/25 155/2 155/22
**rigid [1]** 139/20
**rigor [1]** 53/13
**rise [2]** 79/12 157/1
**risk [2]** 75/25 134/2
**RMR [2]** 1/25 158/16
**ROBINSON [1]** 1/19
**robotics [1]** 86/13
**robust [2]** 102/9 143/12
**role [6]** 7/13 16/2 16/5 17/22 47/24 74/14
**roles [2]** 41/12 90/18
**rolled [1]** 97/18
**Ronda [5]** 1/25 3/22 3/24 158/4 158/16
**rotary [2]** 79/13 134/2
**rotated [1]** 99/17
**ROTC [66]** 34/6 35/16 36/17 37/16 38/2 38/10 38/11 41/25 51/22 51/23 51/24 52/1 52/3 52/11 52/13 52/14 52/15 53/1 53/5 53/9 53/15 53/22 54/5 54/11 54/15 82/21 108/12 108/23 111/1 111/3 111/14 112/3 116/3 116/4 116/9 116/13 117/1 117/4 117/8 118/2 119/16 119/23 120/5 120/20 121/1 121/4 121/6 121/13 121/16 121/18

**R**

ROTC... [12] 125/6 125/17
125/11 125/15 147/1 147/4 147/9
144/20 144/23 145/2 145/6 145/7 145/11
roughly [3] 7/16 10/7 30/18
round [1] 17/24
row [1] 138/14
rule [3] 93/21 151/8 152/23
run [4] 10/18 110/23 156/1 156/1
runs [1] 156/2
rush [1] 3/16

**S**

S-T-E-P-H-A-N-I-E [1] 29/6
S-U-N-D-B-E-R-G [1] 4/19
sabbatical [1] 97/13
sadly [1] 140/19
safeguards [1] 126/10
said [20] 3/14 3/17 9/18 13/20 24/13
26/13 33/13 44/16 47/21 61/12 63/9 79/22
84/13 84/20 98/15 99/24 100/15 130/16
146/2 146/13
sailing [1] 7/1
same [26] 19/12 20/24 22/22 22/24 23/9
23/10 25/6 38/3 47/2 48/3 49/6 58/10
59/3 59/16 60/3 60/13 67/7 68/9 72/10
83/20 85/2 90/4 100/19 100/20 146/5
155/13
same '01 [1] 60/3
sample [1] 56/12
SARB [2] 15/17 15/20
sat [1] 106/2
satisfied [1] 140/5
saw [4] 51/19 75/21 76/1 97/22
say [41] 3/13 3/20 9/6 16/6 19/25 20/18
23/18 23/18 24/12 48/9 51/7 54/1 66/18
71/21 72/25 73/14 75/5 75/8 82/4 82/6
85/20 85/22 89/16 90/2 91/13 91/21 99/12
100/20 101/23 107/24 111/5 127/17 134/8
138/5 139/18 146/15 147/3 148/12 152/17
153/16 155/3
saying [3] 63/9 131/1 155/10
says [11] 19/7 20/5 22/8 25/3 42/3 55/11
55/12 87/5 90/11 118/22 130/22
scenarios [1] 37/23
schedule [2] 149/14 150/17
scheduled [1] 28/17
scheduling [1] 149/24
scholarship [3] 35/17 53/20 54/13
scholarships [4] 52/1 53/1 53/24 112/4
school [21] 5/21 16/6 16/7 16/7 17/5
23/22 23/22 24/5 24/15 34/8 35/15 36/17
61/20 108/7 111/7 111/11 112/1 127/2
127/20 129/1 145/16
schoolhouses [1] 92/16
schools [16] 53/10 53/11 53/12 53/23
54/9 119/23 127/18 127/25 128/8 128/15
128/20 128/23 129/6 129/13 144/14 145/9
science [2] 5/18 35/18
scores [2] 21/13 77/11
screen [12] 7/20 13/2 20/16 20/22 22/15
26/11 51/20 93/21 118/6 122/17 135/9
135/11
screener [4] 11/17 12/23 12/24 13/3
screeners [2] 22/4 22/6
screening [8] 13/1 19/6 19/9 20/6 20/6
21/2 21/17 23/19
screenings [6] 19/11 19/14 19/15 20/2
20/19 22/23
screens [2] 21/8 21/21
scrutiny [2] 153/25 154/3
scurry [1] 151/25
sea [5] 39/17 40/3 46/20 46/24 84/20
SEAL [4] 22/3 22/6 22/8 91/23
SEALs [6] 21/24 26/9 26/10 132/19 133/8
134/11
seamanship [1] 7/2
seat [1] 29/3
seated [2] 3/3 79/15
SEC [1] 143/13
second [12] 3/21 8/24 10/9 21/4 37/13
37/18 37/22 46/25 84/20 85/20 85/22
136/17
second-choice [1] 10/9
secret [1] 101/14
secretary [15] 28/11 29/15 29/18 29/21
30/5 31/19 32/20 34/17 34/17 34/22 74/14
79/7 80/22 88/14 105/8
secretive [1] 156/15
section [4] 19/6 118/16 118/22 119/7

Sections [1] 38/6
security [10] 2/18 3/19 5/20 12/25 33/20
33/22 34/11 34/16 34/21 105/21
see [122] 4/8 4/9 5/24 14/12 21/14 26/6
26/11 30/20 38/10 38/16 42/4 42/15 42/22
43/1 44/1 44/13 50/9 51/5 53/8 53/16
54/10 54/14 54/15 54/21 57/15 58/4 58/12
58/15 58/17 58/18 59/7 59/17 59/19 62/8
62/9 62/16 62/21 64/1 64/2 64/5 64/20
64/21 65/1 65/2 65/3 65/19 66/4 66/5
66/6 66/12 66/13 66/14 66/20 67/4 67/6
67/7 67/13 67/14 68/19 68/23 69/8 69/9
70/4 70/5 70/13 70/23 71/1 71/25 72/16
73/3 73/4 73/22 73/23 74/2 74/4 74/15
74/19 75/1 75/11 75/22 76/4 76/7 77/19
78/12 86/15 88/12 90/11 90/14 90/25
91/14 94/23 95/1 95/2 95/7 95/25 96/15
96/15 96/18 98/9 98/11 99/2 99/4 104/2
114/16 114/19 118/6 118/16 118/22 119/7
122/11 124/16 125/9 127/4 133/10 137/15
142/2 143/3 145/9 149/4 151/21 154/15
154/18
seeing [8] 17/24 53/19 53/22 53/25 62/23
65/17 94/3 97/7
seek [3] 83/6 96/12 143/13
seeking [3] 85/18 87/20 89/15
seem [1] 137/6
seen [20] 18/22 27/13 54/6 55/2 58/5
59/8 60/17 71/21 71/24 72/17 77/22 78/2
95/13 95/14 95/15 96/3 98/25 102/5
137/20 142/6
segmented [2] 102/21 103/5
select [10] 10/20 13/22 33/25 63/2 66/25
116/8 116/10 138/13 139/9 139/24
selected [9] 14/9 40/1 40/25 44/14 48/6
57/20 67/4 139/19 140/9
selecting [1] 74/8
selection [11] 16/7 18/2 21/13 21/21
22/9 23/5 27/14 31/22 52/2 52/23 65/17
selections [1] 23/16
self [5] 57/13 57/19 60/22 68/18 93/15
self-efficacy [2] 68/18 93/15
self-identified [2] 57/13 57/19
self-reported [1] 60/22
Senator [1] 34/24
send [2] 12/1 84/3
senior [29] 30/14 30/16 30/17 30/17
32/12 34/15 39/25 40/22 42/11 44/15
47/17 49/17 67/4 73/14 74/19 76/20 81/5
82/5 82/16 84/15 88/13 99/3 100/13
109/13 110/4 110/4 110/23 114/20 155/15
senior-level [1] 110/23
senior-most [1] 42/11
sense [9] 55/23 63/4 64/7 65/19 66/15
66/19 85/6 123/8 128/8
sentence [1] 127/24
sentences [1] 11/12
sentiments [1] 145/12
separate [4] 24/1 33/2 125/12 138/15
separation [2] 31/10 33/2
separations [1] 61/7
September [4] 1/7 2/2 69/6 158/12
serve [8] 33/16 34/11 46/16 47/24 76/13
99/20 101/25 102/3
served [10] 32/16 34/16 34/24 34/25 35/3
35/4 48/2 48/3 129/23 153/13
service [96] 7/6 7/8 7/9 7/13 7/15 7/25
8/4 8/9 8/20 9/14 14/18 14/24 15/4 15/13
15/20 16/3 18/2 19/6 19/11 20/2 24/25
25/7 25/16 26/1 27/22 28/2 30/3 30/10
30/14 30/16 30/17 31/2 31/11 32/1 32/13
33/1 33/25 36/9 36/10 36/20 36/22 37/1
37/4 37/15 43/1 43/2 44/10 50/21 51/1
51/13 51/15 56/8 57/5 61/4 61/11 61/18
61/21 62/25 63/8 65/8 68/25 69/15 70/3
70/10 77/25 90/17 93/8 94/9 94/10 94/11
95/10 96/2 97/13 97/16 100/4 100/10
101/5 101/13 102/5 112/7 114/14 117/16
125/1 125/8 125/11 125/16 127/16 127/19
128/18 130/2 131/2 131/18 131/20 132/12
143/8 148/8
services [22] 30/3 30/8 31/25 32/25
33/15 34/2 34/15 37/3 37/10 40/13 52/1
86/19 88/17 92/10 117/17 119/20 120/12
120/15 122/13 123/1 129/3 129/11
serving [3] 53/7 76/3 91/25
SES [1] 34/9
set [7] 31/1 84/18 88/20 91/4 105/3
149/14 151/12
setting [4] 83/5 100/4 105/18 105/21

several [10] 35/4 42/20 55/8 76/8 77/21
87/21 112/25 126/20 126/21 140/3
SFFA [1] 144/18
share [3] 86/4 90/23 143/11
shared [5] 68/9 68/12 89/23 100/23
106/14
she [7] 3/8 4/2 4/3 28/18 110/9 147/25
156/2
she'd [1] 4/2
She'll [1] 36/1
She's [1] 28/15
sheet [1] 148/25
ship [20] 16/7 23/22 24/15 46/25 47/2
47/7 47/19 47/20 82/15 82/22 83/2 83/22
84/4 84/13 84/16 84/24 85/4 85/9 85/20
85/22
ship's [1] 84/2
shipboard [1] 98/25
ships [11] 6/8 39/17 39/21 42/20 46/17
48/10 49/17 67/6 81/18 99/1 99/5
shore [3] 46/18 46/23 46/23
short [7] 47/9 48/14 48/25 55/15 77/24
155/6 155/6
short-circuit [3] 47/9 48/14 48/25
shot [1] 153/4
should [12] 15/22 53/11 58/15 67/25 75/5
79/8 125/25 130/16 153/6 155/24 155/25
156/3
shouldn't [1] 28/3
show [27] 22/20 58/1 58/9 58/24 59/2
59/15 60/12 60/15 61/24 62/4 64/16 64/18
64/25 66/9 68/22 69/13 69/19 72/9
72/12 72/20 73/19 93/12 130/5 146/25
149/6 156/2
showing [1] 60/2 117/7
shown [3] 62/13 63/14 137/8
shows [9] 60/3 61/25 62/5 62/6 64/19
64/25 66/2 72/21 100/15
shrink [1] 89/11
shriveling [1] 154/18
side [6] 42/2 48/18 113/8 138/1 149/22
151/13
sides [5] 140/4 148/21 148/22 149/8
153/4
signal [1] 53/25
signals [2] 91/4
signed [1] 83/14
significance [1] 42/10
significant [6] 65/18 75/23 114/16 121/5
137/5 142/6
significantly [2] 107/12 109/23
silver [1] 46/6
similar [6] 14/11 18/15 18/16 69/14
72/24 121/4
similarities [1] 143/11
SIMMONS [1] 1/24
since [12] 17/10 54/11 66/20 69/22 116/7
118/21 121/14 123/25 124/4 126/2 133/9
138/15
single [1] 125/23
singular [2] 16/13 24/16
sir [58] 4/11 4/24 5/6 5/13 5/22 6/3
6/11 6/18 7/22 8/8 8/19 9/12 9/23 10/6
11/10 11/12 11/20 12/19 13/8 13/11 13/13
13/24 14/15 14/23 15/12 16/10 26/14
80/12 80/16 120/13 135/16 135/23 136/9
136/13 136/23 139/3 139/12 140/8 140/18
141/8 141/11 141/14 141/19 141/24 142/2
142/12 142/15 142/18 142/21 144/3 144/7
144/16 144/25 145/8 145/19 145/25 146/7
148/10
sit [1] 83/12
situation [1] 61/21 89/19 138/2 143/6
situations [3] 40/16 143/3 151/7
six [8] 9/24 10/1 25/7 32/16 34/12 61/6
62/2 151/18
size [3] 53/15 58/2 60/3
skills [12] 40/8 44/8 45/12 50/20 86/12
90/7 91/24 92/22 94/14 94/17 111/20
137/19
skip [1] 59/24
skirmishes [1] 155/13
slide [1] 146/5
slides [2] 74/1 148/21
slight [3] 60/17 60/19 64/21
slightly [5] 37/25 64/9 70/21 71/8
137/11
slots [1] 10/25
Slow [1] 146/7

**S**

**small [18]** 8/18 9/2 72/1
73/4 73/12 73/23 74/4 74/11 74/12 76/5
108/25 109/1 120/16 133/19 136/9 142/22
**smaller [7]** 34/7 68/13 78/21 89/10 89/13
99/5 114/19
**smiling [1]** 149/4
**snapshot [1]** 55/8
**snapshots [1]** 69/5
**so [160]**
**SO/LIC [1]** 88/15
**SOCOM [1]** 88/18
**softening [2]** 94/23 95/1
**sole [1]** 143/19
**solely [2]** 96/8 108/8
**solving [1]** 89/7
**some [100]** 8/10 8/14 8/14 10/24 11/7
12/17 12/25 12/25 14/5 17/18 18/23 19/3
19/8 20/10 20/19 21/3 22/22 23/8 23/14
23/16 25/10 26/4 30/22 34/19 36/19 42/14
45/18 46/18 49/1 50/24 54/7 54/22 59/8
61/15 61/19 64/2 64/13 65/18 66/5 66/6
67/1 67/10 67/20 70/2 70/18 72/17 74/17
76/1 77/16 79/5 82/24 83/14 83/19 84/11
85/23 86/15 89/16 90/11 90/13 91/11 92/3
92/7 92/19 94/13 94/23 95/1 95/7 95/19
96/19 97/4 97/5 98/4 99/6 100/18 101/19
101/20 102/1 102/10 105/16 108/10 111/7
111/8 111/19 113/21 115/21 118/14 122/7
124/22 125/18 126/11 127/14 128/9 128/11
130/1 134/12 137/21 144/17 144/17 145/9
156/8
**somebody [19]** 9/19 37/11 37/16 37/19
42/15 46/3 46/8 47/10 47/13 47/14 48/15
48/22 51/7 69/23 72/24 90/2 98/17 133/22
139/14
**someone [4]** 51/3 75/8 91/18 100/18
**something [16]** 21/8 54/6 76/10 78/24
100/15 113/8 113/12 113/13 116/5 124/2
125/20 125/24 126/1 130/6 145/12 150/8
**sometimes [8]** 10/23 10/24 20/11 67/15
91/17 98/5 152/5 153/4
**somewhat [1]** 62/18
**soon [1]** 125/25
**sorry [5]** 14/22 58/25 118/20 130/15
147/17
**sort [8]** 77/19 83/2 84/18 97/3 103/8
103/12 104/22 153/23
**sought [1]** 83/21
**sound [3]** 79/18 112/9 112/11
**sounds [1]** 80/7
**source [7]** 25/3 36/11 55/16 55/19 88/6
121/18 127/18
**sources [21]** 34/5 36/14 36/16 38/18 44/1
44/14 49/20 51/24 53/18 54/22 54/24 55/7
108/10 109/6 109/9 110/1 110/24 124/20
131/22 155/19 155/21
**SOUTHCOM [1]** 81/16
**Southern [1]** 81/15
**speaking [3]** 79/17 108/17 134/13
**speaks [1]** 100/1
**Spears [1]** 135/7
**special [37]** 21/25 26/6 26/7 26/9 27/12
27/14 31/13 34/16 39/18 50/10 86/1 86/3
86/6 86/10 86/16 86/17 87/2 87/14 88/9
88/10 88/13 88/14 88/16 88/17 89/4 90/3
90/4 90/19 90/24 91/5 92/10 92/11 93/6
93/9 93/10 102/15 113/1
**specialists [3]** 86/13 92/24 92/24
**specialties [2]** 39/13 39/14
**specialty [5]** 11/15 11/22 35/6 86/20
96/20
**specific [28]** 20/6 23/19 38/6 40/7 52/19
55/9 56/25 58/14 60/8 69/22 89/16 90/18
93/4 94/20 97/18 98/4 99/1 103/25 108/3
112/19 114/5 114/11 115/5 116/1 116/14
120/13 123/22 129/12
**specifically [32]** 22/7 29/14 29/19 36/7
36/21 38/14 45/9 65/9 69/1 69/10 72/22
77/2 80/2 81/3 81/13 109/12 109/17
113/13 113/25 115/8 115/11 117/6 120/1
121/11 123/13 127/17 128/6 133/13 133/18
135/21 141/4 148/5
**spectrum [1]** 53/14
**spell [2]** 4/16 29/4
**spend [2]** 91/8 92/3
**spent [1]** 44/9
**splits [1]** 133/2
**spoke [1]** 110/2
**sports [2]** 143/12 143/15

**spot [2]** 79/3 140/6
**spots [1]** 15/10
**spouses [1]** 98/1
**squadron [2]** 47/22 48/2 75/17 84/21
84/22 85/11
**squadrons [8]** 39/22 47/25 48/1 48/4
49/18 96/10 98/11 98/20
**stability [4]** 64/5 67/16 95/23 96/8
**staff [7]** 12/22 31/21 41/14 41/15 43/1
87/18 121/19
**stage [2]** 151/6 151/7
**stand [7]** 3/16 10/16 28/4 28/13 60/6
79/9 79/11
**standardized [1]** 111/16
**standards [2]** 31/1 31/1
**stands [4]** 25/5 51/25 60/6 60/7
**star [7]** 42/8 42/9 42/13 42/21 42/25
43/6 110/17
**stars [3]** 31/20 45/14 48/19
**start [23]** 3/4 3/17 4/10 23/20 42/2
42/22 46/19 47/6 50/1 54/14 55/20 64/5
64/5 65/19 65/20 76/9 95/1 95/9 120/5
151/24 155/22 156/3 156/4
**started [2]** 18/1 97/24
**starting [5]** 46/15 64/7 125/5 135/15
135/18
**starts [2]** 7/16 90/6
**state [3]** 4/16 29/3 93/25
**stated [2]** 39/3 74/4
**statement [2]** 106/14 153/17
**states [16]** 1/1 1/6 26/23 36/25 39/12
41/7 42/12 51/13 76/12 104/9 108/16
110/7 117/8 146/25 158/5 158/11
**stationed [1]** 11/6
**stations [1]** 17/20
**statistic [1]** 131/4
**statistics [3]** 55/17 77/5 142/22
**stats [1]** 137/8
**status [4]** 33/18 65/12 77/15 130/20
**statute [1]** 121/14
**statutorily [4]** 59/13 70/12 121/1 142/5
**statutory [2]** 45/11 121/8
**stay [4]** 67/15 103/16 138/7 155/10
**stays [2]** 25/23 25/23
**steeped [1]** 38/7
**stenographically [1]** 158/8
**stenographically-reported [1]** 158/8
**step [4]** 148/15 148/18 152/15 152/15
**Stephanie [4]** 2/7 28/9 29/5 29/5
**steps [2]** 118/2 121/13
**still [10]** 72/8 73/1 73/13 75/10 85/18
107/14 140/20 140/23 144/4 154/25
**stolen [1]** 84/3
**stood [1]** 145/5
**stop [3]** 50/12 79/3 147/20
**stories [1]** 93/13
**story [1]** 74/7
**strategic [4]** 43/19 118/17 118/23 119/8
**strategies [1]** 102/17
**STRAWBRIDGE [14]** 1/13 2/9 2/10 35/24
105/2 134/25 146/16 146/22 147/21 149/4
150/1 150/11 152/19 154/23
**strength [2]** 31/2 101/10
**strengths [2]** 18/6 100/13
**stress [1]** 134/9
**stressful [4]** 134/7 134/11 134/15 134/17
**strict [2]** 153/25 154/3
**strife [1]** 145/9
**strike [5]** 42/19 43/19 48/9 48/12 48/16
**strong [9]** 50/20 67/14 67/23 95/14 96/19
100/9 137/20 140/22 143/15
**stronger [3]** 65/22 98/10 124/1
**strongly [1]** 89/9
**structure [1]** 40/11
**stuck [1]** 138/6
**STUDENT [1]** 1/21
**STUDENTS [3]** 1/3 16/25 117/5
**studies [3]** 67/23 87/8 102/7
**study [12]** 5/17 66/22 86/25 87/7 87/11
87/16 87/25 88/1 88/5 90/11 90/13 90/14
**stuff [1]** 12/18
**submarine [14]** 15/3 21/20 26/14 39/18
50/10 67/11 96/5 99/17 100/22 133/17
140/3 140/5 140/7 140/9
**submarines [7]** 26/15 39/21 49/17 99/17
132/19 134/13 137/17
**submission [1]** 154/16
**submit [1]** 151/13
**subspecialties [1]** 83/16

**succeed [2]** 91/1 92/5
**success [11]** 11/14 11/22 37/10 68/20
75/17 75/18 75/19 75/20 101/9 103/15
136/14
**successful [17]** 9/22 38/12 52/10 68/18
75/9 76/5 78/10 85/12 86/18 89/25 91/11
92/6 93/12 98/23 99/10 112/23 132/17
**successfully [8]** 52/8 90/6 91/19 101/12
102/13 103/22 104/14 139/17
**such [45]** 11/15 29/25 31/8 31/16 31/22
33/18 33/23 34/2 34/3 34/6 34/7 34/19
39/16 42/18 43/2 43/15 45/12 54/9 54/24
57/21 58/14 64/1 64/3 67/9 67/10 78/3
81/14 81/14 81/15 82/22 88/3 89/18 91/10
92/25 96/10 97/25 99/5 102/14 102/23
104/23 114/16 123/12 139/25 143/12
143/14
**suggested [1]** 127/24
**suggestion [1]** 151/24
**suggests [1]** 127/20
**suitability [1]** 33/21
**summarized [1]** 151/11
**summary [1]** 151/8
**summer [4]** 11/16 11/25 12/1 30/13
**Sundberg [12]** 2/5 4/12 4/18 5/2 7/19 9/4
11/4 16/24 26/17 27/8 28/1 28/5
**superintendent [3]** 6/23 15/19 24/7
**superior [1]** 40/3
**supply [2]** 41/13 84/15
**support [9]** 30/3 35/13 41/12 43/20 77/17
86/19 97/11 101/10 101/18
**supports [1]** 100/23
**supposed [2]** 15/7 15/8
**sure [31]** 3/15 3/15 8/2 9/18 15/6 18/21
19/18 20/18 26/8 28/15 50/3 50/19 54/1
63/1 68/14 68/23 84/8 96/22 100/2 124/19
125/3 141/5 146/20 148/18 149/19 149/25
150/10 151/15 151/17 154/24 155/10
**surface [22]** 6/1 12/16 12/17 12/18 15/2
17/7 35/7 35/9 39/16 46/1 46/13 51/8
51/9 82/13 90/2 99/8 99/10 111/6 133/17
134/18 134/20 137/17
**surprise [2]** 133/14 133/20
**surprising [1]** 95/1
**Survey [1]** 77/3
**Susan [1]** 34/24
**sustain [2]** 37/8 50/2
**sustained [7]** 27/17 27/19 27/20 40/2
40/3 46/14 51/15
**sustaining [1]** 107/11
**swim [4]** 92/1 92/1 92/16 92/16
**swimming [1]** 91/24
**switching [1]** 59/1
**sworn [2]** 4/15 29/2
**SWOs [1]** 99/1
**synonymously [1]** 23/14
**system [11]** 25/4 25/6 32/2 44/25 45/18
49/5 49/15 51/12 58/17 79/18 142/4
**systems [1]** 35/8

**T**

**t's [4]** 149/18 150/10 152/1 152/10
**table [27]** 56/21 56/22 56/23 57/15 58/1
58/2 58/9 58/10 58/10 59/4 60/2 60/12
60/12 60/17 61/24 66/2 68/23 68/24 69/13
69/15 72/8 72/9 72/10 77/17 90/11 90/14
99/9
**Table 1 [3]** 56/21 56/22 57/15
**Table 18 [1]** 90/11
**Table 2 [3]** 58/1 58/2 58/10
**Table 3 [2]** 58/9 58/10
**Table 4 [1]** 60/2
**Table 5 [1]** 60/12
**Table 6 [1]** 61/24
**tables [1]** 31/13
**tabs [1]** 54/7
**tactical [2]** 81/11 113/14
**tailor [1]** 102/22
**tailored [1]** 154/4
**take [44]** 21/3 25/2 26/3 39/7 46/8 48/22
49/8 50/25 52/5 53/18 53/19 53/22 54/20
70/15 75/5 76/13 76/15 76/16 76/19 77/11
77/13 79/4 85/20 90/2 96/6 97/22 99/14
102/16 103/19 103/22 104/23 105/5 105/5
108/20 112/22 113/13 113/15 118/3 118/14
124/6 126/5 126/12 142/23 151/14
**taken [5]** 74/11 79/14 121/13 126/13
142/16
**takes [4]** 28/13 91/16 126/6 126/11
**taking [2]** 83/19 102/13

**T**

**talent [10]** 7/9 72/7 72/21 88/19
90/5 128/9 128/10 128/21
**talk [4]** 24/19 79/7 79/8 100/18
**talked [6]** 15/25 41/20 95/18 101/24
102/10 142/4
**talking [5]** 41/24 70/10 93/24 114/21
119/7
**talks [3]** 118/16 120/20 122/9 125/7
130/19
**tangible [1]** 94/9
**tapping [1]** 124/20
**teach [1]** 92/2
**teachers [1]** 91/10
**teaching [1]** 83/19
**teams [1]** 112/25
**technically [2]** 150/9 151/6
**television [1]** 103/3
**tell [4]** 25/12 27/13 153/9 156/1
**telling [1]** 26/8
**tells [2]** 131/5 131/8
**tempo [2]** 94/25 94/25
**tend [3]** 24/19 43/22 86/3
**Tennessee [1]** 17/10
**tensions [1]** 76/1
**tentative [1]** 23/16
**tentatively [2]** 10/20 13/22
**term [7]** 24/11 33/8 37/10 42/7 45/1
59/12 100/4
**terms [34]** 23/14 44/5 52/7 63/6 68/12
81/9 92/4 95/18 99/11 103/15 111/19
124/1 134/13 135/15 135/17 135/18 136/5
136/12 136/20 138/9 140/2 141/3 141/22
143/5 145/15 150/8 152/22 152/23 152/23
153/25 154/2 154/3 155/20 156/15
**test [2]** 21/13 145/5
**testified [4]** 32/5 44/19 132/2 132/8
**testify [2]** 116/19 147/8
**testimony [6]** 28/3 32/9 79/8 107/9 107/9
115/9
**testing [2]** 34/1 134/21
**than [50]** 4/3 8/17 10/2 10/25 14/5 22/19
23/19 38/9 43/25 44/14 50/8 52/11 56/16
61/15 67/3 67/5 70/8 71/6 71/8 75/19
81/12 84/25 86/15 98/11 99/4 99/14
108/15 111/9 111/10 113/17 121/17 124/2
126/13 126/21 129/25 130/23 131/1 131/14
131/22 132/25 134/12 134/15 134/17
134/20 142/7 143/18 143/22 150/4 151/19
151/25
**thank [42]** 4/13 4/20 4/21 4/23 4/24 8/19
9/11 11/20 12/19 13/24 15/12 16/20 22/25
27/5 27/22 27/23 28/1 28/2 28/5 28/6
28/7 28/12 28/23 29/7 51/21 80/20 80/22
93/22 105/1 119/11 134/23 134/25 146/9
146/15 148/6 148/7 148/8 148/9 148/10
148/15 156/24 156/25
**Thanks [1]** 49/8
**that [830]**
**that '01 [1]** 55/21
**that's [102]** 7/21 9/6 18/25 19/16 20/1
21/8 21/16 23/11 23/23 23/24 23/25 25/6
25/11 25/18 27/4 27/4 27/18 29/23 31/6
42/17 42/21 42/25 44/18 44/23 45/1 46/6
47/23 51/11 59/9 59/11 61/14 70/1 70/9
70/13 71/15 73/2 73/11 73/17 74/23 75/18
77/23 84/22 86/7 87/8 88/15 92/2 95/9
96/4 96/9 97/21 99/7 100/10 100/20 101/4
104/8 105/16 108/25 112/8 112/9 112/11
113/12 113/17 113/23 120/25 121/22
123/16 125/20 125/24 129/2 129/4 129/9
129/25 130/15 130/17 131/11 131/3 132/1
132/5 132/17 137/25 138/7 138/11 138/17
138/18 138/23 139/12 142/1 142/21 144/11
151/17 151/22 152/13 152/21 153/23
154/10 154/12 154/25 155/2 155/2 155/8
155/9 156/16
**theater [1]** 89/22
**theaters [1]** 81/14
**their [68]** 10/5 10/8 10/11 10/13 10/17
10/18 10/18 11/3 12/21 13/22 14/7 14/10
14/11 14/17 15/22 16/2 18/6 23/5 25/6
25/16 36/22 37/12 37/16 37/19 39/5 40/2
40/14 52/16 52/18 52/20 54/4 54/12 63/22
63/23 64/14 67/16 67/17 67/20 83/18
83/22 87/19 91/1 91/9 91/9 92/10 93/14
96/2 97/12 97/19 99/11 102/5 105/21
107/4 109/12 110/3 110/23 113/20 114/8
124/11 128/1 131/24 137/23 138/9 138/10
150/22 151/13 154/20 156/10

**them [47]** 12/2 12/25 13/20 14/3 14/5
14/9 20/18 21/3 24/3 37/2 38/16 41/5
44/10 44/20 45/6 46/14 47/1 54/6 54/6
54/13 64/12 65/21 68/19 83/23 86/15
89/15 90/3 90/20 91/9 91/17 92/2 92/20
98/14 98/16 100/4 103/7 103/9 103/10
108/23 119/23 131/1 135/7 137/23 139/21
140/1 148/22 148/23
**themselves [3]** 76/4 90/25 156/9
**then [117]** 3/6 3/7 9/2 11/1 11/2 14/10
14/18 15/1 15/18 17/10 21/3 24/2 24/3
27/5 27/22 31/12 32/19 33/23 35/4 35/18
38/3 42/21 42/25 43/12 46/18 46/19 46/23
47/1 47/5 47/7 47/13 50/2 50/4 50/5
50/13 51/5 51/16 52/5 52/8 52/23 53/23
54/23 56/4 56/11 58/19 58/20 64/2 65/13
67/18 69/15 73/11 73/15 74/6 74/8 74/19
75/2 75/21 76/13 76/19 77/13 81/20 84/7
84/20 88/6 88/19 90/7 92/16 93/14 94/18
95/7 96/17 97/13 98/15 98/18 102/12
102/14 102/16 103/22 107/24 114/15
121/18 123/23 126/9 127/14 127/16 132/11
134/21 135/24 136/4 136/16 138/14 139/19
139/24 140/25 141/4 141/9 141/12 142/7
149/12 143/23 145/14 146/1 148/9 149/12
149/14 149/23 151/14 152/11 153/9 153/12
153/24 154/5 154/11 154/17 154/20 155/15
155/17
**theoretically [1]** 15/6
**there [108]** 3/18 3/19 7/17 8/3 8/22 9/6
14/15 17/20 18/23 19/24 20/10 20/20
20/24 28/22 29/16 45/23 47/9 48/14 48/25
50/7 50/9 52/21 56/4 58/4 58/12 58/20
60/20 60/21 61/15 61/17 62/8 62/15 62/20
62/21 64/20 65/1 66/4 66/12 67/2 67/18
68/7 69/8 70/4 71/18 72/16 73/3 73/15
73/22 74/2 82/15 84/1 84/7 84/25 85/6
85/6 87/5 87/23 88/9 94/20 94/22 96/25
98/4 98/23 100/15 103/25 106/14 112/12
112/13 112/19 112/25 115/21 121/24 123/7
124/7 124/22 125/14 127/21 128/10 128/19
128/22 129/1 129/18 133/11 133/22 135/12
139/16 139/22 140/4 140/14 142/13 142/16
142/22 143/18 144/1 144/1 144/17 145/10
146/6 149/15 152/6 155/13 156/18
**there's [50]** 3/25 10/24 10/24 12/13
12/16 14/18 15/10 19/21 30/1 45/3 57/8
57/15 66/23 68/12 68/17 83/10 86/5 86/17
87/8 90/14 91/21 91/25 93/6 94/16 95/5
96/11 98/22 99/2 100/22 100/24 106/8
118/8 121/5 122/9 123/10 124/5 124/12
130/19 131/17 137/18 138/3 138/7 141/15
143/17 148/16 149/18 150/12 150/23 152/5
155/16
**therefore [2]** 44/4 101/10
**these [34]** 3/9 13/8 13/18 16/16 21/8
21/16 22/22 23/1 23/5 23/8 24/20 37/8
39/16 41/14 47/18 56/25 60/8 67/23 68/17
69/15 70/11 78/18 89/15 90/12 91/16 97/4
100/6 109/8 123/8 135/18 139/20 142/22
147/4 151/7
**they [140]** 3/20 7/6 8/14 9/20 9/24 10/13
10/16 10/18 10/18 10/19 10/20 11/8 11/11
11/13 11/21 12/3 12/5 12/11 12/12 12/20
13/2 13/7 13/20 13/20 14/12 14/12 21/5
21/12 22/3 22/8 22/12 22/15 23/16 23/17
24/1 24/4 25/12 37/13 40/3 40/7 40/10
40/12 40/13 41/4 43/5 43/23 44/9 48/7
50/3 52/5 55/17 63/22 63/24 64/6 64/8
64/9 64/13 66/25 67/11 67/15 67/24 68/18
68/19 70/8 72/25 76/4 76/4 76/5 81/6
82/17 83/17 83/18 83/20 83/22 84/5 84/8
84/10 84/10 86/6 86/19 87/13 87/20 88/6
88/25 89/22 89/22 89/14 89/14 90/3 90/24
91/11 91/19 92/12 92/14 95/10 96/1 96/7
97/15 98/15 102/10 102/12 102/16 102/23
103/8 103/16 104/22 111/9 113/20 119/24
120/15 121/6 123/9 123/11 123/12 123/16
123/22 123/23 127/11 127/14 129/8 131/20
131/23 131/25 132/6 132/8 132/25 134/2
134/5 134/6 134/21 138/8 140/17 140/17
140/17 144/17 144/11 144/15 144/21 148/2
152/9 156/10
**they'll [2]** 9/22 156/10
**they're [34]** 7/17 9/21 9/21 14/8 15/8
15/9 15/11 20/12 20/14 20/15 20/18 20/24
40/1 40/3 46/3 51/4 55/18 65/13 67/14
71/8 88/15 92/13 96/5 99/1 103/5 124/3
131/21 131/21 131/24 133/25 134/7 137/4

137/9 148/23
**they've [5]** 23/15 23/15 40/9 92/21 138/9
**thing [20]** 7/18 9/3 9/19 19/18 22/24 23/9 23/10
22/24 22/24 23/10 23/10
**things [10]** 3/9 8/14 12/24 18/16 18/21
18/23 92/9 138/3 155/16 155/24
**think [90]** 3/14 8/24 9/19 19/5 20/1 20/5
32/21 38/5 44/7 44/19 47/21 48/3 50/17
51/19 52/25 54/6 54/10 59/12 59/24 66/21
68/2 68/4 68/6 70/9 74/4 74/7 74/10
78/13 80/12 81/1 81/9 81/12 82/13 82/18
84/17 86/5 86/6 90/10 93/11 94/5 94/7
97/5 98/8 100/1 100/8 100/10 100/11
100/20 101/14 102/2 104/7 106/13 106/16
106/19 106/20 106/22 110/2 111/14 112/9
112/11 114/6 115/21 117/19 126/13 131/19
132/2 132/8 134/11 134/15 134/19 136/5
136/13 137/8 137/11 137/15 137/18 137/20
140/12 140/13 141/1 142/24 143/5 144/13
146/12 147/18 148/21 151/18 153/8 155/10
156/12
**thinking [4]** 37/7 85/13 154/5 154/6
**third [3]** 9/2 110/12 119/5
**third-highest [1]** 110/12
**thirds [1]** 44/16
**this [247]**
**THOMAS [6]** 1/15 1/25 3/22 4/2 158/4
158/16
**those [160]**
**though [1]** 74/10
**thought [10]** 58/25 82/19 109/11 129/15
136/24 139/20 150/7 152/3 154/1 154/2
**thoughtful [1]** 82/19
**thoughtfully [2]** 81/17 86/11
**thousands [1]** 122/4
**three [8]** 8/22 9/4 18/16 42/21 45/13
53/20 110/17 140/3
**three-star [1]** 42/21
**three-year [1]** 53/20
**threshold [1]** 78/1
**thresholds [1]** 140/4
**through [41]** 7/7 8/6 10/1 10/18 10/19
14/11 18/22 23/2 26/22 26/22 31/17 31/20
32/23 42/13 45/18 49/4 49/20 54/5 55/22
55/23 59/22 63/23 69/4 70/19 74/16 76/22
79/18 85/14 97/2 98/16 103/18 108/7
108/15 113/16 113/20 120/5 123/10 136/19
114/15 149/17 149/23
**throughout [4]** 57/9 88/16 102/19 112/15
**tied [1]** 101/11
**Tier [3]** 53/12 53/12 75/2
**ties [2]** 67/14 103/17
**till [1]** 155/14
**time [83]** 16/18 19/15 30/21 40/2 45/12
46/18 48/3 50/3 51/5 55/23 57/25 58/7
58/13 59/7 59/20 60/18 60/25 62/10 62/17
62/24 63/17 64/10 64/21 65/3 65/11 65/15
66/2 66/5 66/13 66/24 69/5 69/9 70/5
70/11 71/22 71/24 72/17 72/22 73/5 73/11
73/21 73/25 74/6 74/9 74/18 75/4 75/23
82/17 84/15 84/24 85/10 90/9 90/15 91/8
92/3 94/4 94/6 94/19 95/7 95/15 97/19
104/15 105/5 105/9 109/13 119/5 120/16
126/5 126/6 126/11 136/15 138/12 139/7
139/18 140/14 142/16 142/23 142/24 144/1
144/9 144/20 145/6 151/15
**times [3]** 6/4 140/3 145/6
**title [2]** 30/4 30/5
**titled [1]** 60/24
**today [16]** 3/12 3/21 4/3 79/5 85/15
103/3 103/4 107/6 107/9 108/6 110/23
116/23 145/8 145/13 150/18 154/1
**today's [1]** 102/24
**together [3]** 13/20 59/5 87/17
**token [1]** 155/13
**told [2]** 133/14 133/20
**tomorrow [6]** 151/11 152/10 152/22 155/23
156/3 156/25
**ton [1]** 12/13
**too [5]** 7/20 13/4 48/3 58/15 90/23
**took [4]** 51/7 51/8 99/18 99/18
**top [4]** 55/11 55/12 60/2 133/5
**topic [1]** 32/8
**topics [1]** 116/19
**total [10]** 51/18 53/24 58/11 70/13 85/3
94/12 108/21 114/9 115/4 139/11
**touching [1]** 84/12
**tour [7]** 6/11 46/23 47/1 84/20 84/25
85/9 85/12
**tours [5]** 46/16 46/21 47/4 67/5 99/22

**T**

**towards [2]** 118/23 138/12
**TRACEY [1]** 1/22
**track [6]** 64/9 64/9 64/13 113/13 138/4 140/1
**tradition [1]** 38/8
**traditional [2]** 86/16 89/11
**traditions [3]** 37/2 37/9 111/21
**traffic [1]** 88/22
**trained [1]** 40/10
**training [17]** 7/2 11/16 11/25 12/1 12/6 21/6 36/16 51/25 52/19 63/6 64/11 92/15 92/20 92/21 94/15 111/10 128/16
**transcript [3]** 114/24 158/8 158/9
**transfer [1]** 83/22
**transition [1]** 101/2
**treating [1]** 150/21
**trend [3]** 59/21 62/5 102/6
**trends [18]** 58/4 58/12 59/6 59/18 62/8 62/15 62/21 64/20 65/1 66/2 66/4 66/12 69/8 70/4 72/16 73/3 73/22 74/2
**trial [8]** 1/3 1/9 28/19 41/20 147/18 151/9 152/14 152/25
**true [4]** 50/25 110/2 144/3 158/7
**truly [2]** 44/10 89/12
**try [4]** 50/23 53/23 92/7 98/18
**trying [11]** 3/12 3/15 3/15 89/17 89/20 91/3 126/14 149/16 149/19 149/25 150/9
**turn [17]** 3/24 55/11 56/20 57/23 58/23 59/14 63/13 66/8 68/21 69/14 72/18 87/4 90/10 115/1 154/17 154/20 154/20
**turning [2]** 6/11 118/21
**twice [7]** 17/11 17/13 17/16 18/19 35/12 72/25 155/4
**two [31]** 10/1 30/13 32/19 36/16 44/16 46/16 46/17 46/20 46/21 48/3 52/13 53/20 57/18 57/20 59/24 90/11 96/6 96/13 98/21 103/9 119/12 119/15 119/19 119/21 120/2 120/6 120/13 123/7 138/13 151/18 153/8
**two-thirds [1]** 44/16
**two-year [8]** 53/20 119/12 119/15 119/19 119/21 120/2 120/6 120/13
**type [4]** 12/18 116/9 27/8 55/6
**types [1]** 27/9
**typical [7]** 46/11 56/12 61/5 63/17 65/11 113/19 113/21
**typically [14]** 48/11 49/22 56/23 57/6 61/9 61/17 61/18 63/18 75/16 77/2 82/17 87/2 95/8 96/5

**U**

**U.S [8]** 5/5 11/7 60/24 76/24 77/1 77/20 77/20 78/23
**U.S.C [1]** 158/7
**ultimate [1]** 40/13
**ultimately [13]** 40/22 43/17 52/9 54/11 67/20 91/11 92/5 99/20 103/17 103/22 143/17 143/20 149/12
**unable [2]** 54/21 147/3
**UNC [1]** 143/7
**uncomfortable [1]** 84/11
**uncommon [1]** 132/3
**undeclared [1]** 60/21
**under [4]** 21/24 93/20 151/8 151/14
**underlying [1]** 85/24
**undermine [1]** 89/25
**underrepresented [3]** 118/18 118/24 119/10
**undersecretary [3]** 29/19 29/22 29/23
**understand [23]** 3/20 18/21 19/5 26/20 28/8 40/12 81/6 87/20 95/16 96/25 98/14 104/21 106/8 106/11 109/20 113/6 116/7 120/14 124/10 126/15 141/5 143/6 151/3
**understanding [11]** 22/18 38/9 45/19 87/19 89/23 90/16 93/5 99/5 99/22 109/16 111/8
**understood [3]** 92/2 99/7 128/9
**underwear [2]** 84/2 84/5
**Unfortunately [1]** 77/21
**unified [1]** 125/14
**Uniform [1]** 40/15
**uniformed [1]** 82/6
**unique [6]** 82/24 91/15 94/17 94/22 100/16 139/23
**uniquely [1]** 143/22
**unit [10]** 40/14 48/10 52/15 53/15 82/11 113/3 121/1 121/4 144/17 145/5
**UNITED [13]** 1/1 1/6 39/12 41/7 42/12 51/13 76/11 104/9 108/15 110/7 146/25 158/5 158/11

**units [19]** 52/3 53/5 54/11 82/21 86/1 86/16 86/17 87/2 87/2 87/3 88/11 90/12 96/22 96/24 96/25 111/6 114/5 116/25 121/24
**universities [12]** 52/3 53/6 53/7 54/3 54/12 116/9 125/21 126/17 126/19 143/7 143/12 145/9
**university [4]** 35/16 35/20 52/15 145/1
**Unlike [1]** 145/1
**unrestricted [25]** 38/23 39/1 39/6 39/10 39/11 39/15 39/20 40/5 40/17 43/8 43/10 43/14 43/16 45/10 50/7 67/1 75/20 75/22 108/19 109/2 109/3 132/22 133/3 134/8 137/16
**untapped [3]** 118/18 118/24 119/9
**until [4]** 14/13 79/11 108/9 152/4
**unusual [1]** 84/1
**up [53]** 10/16 11/2 14/7 14/24 15/17 15/19 18/25 19/20 36/3 36/18 41/19 45/17 47/6 55/1 63/11 72/8 73/6 79/18 80/1 84/9 86/21 93/21 96/13 99/9 100/4 103/3 105/4 115/23 128/6 135/7 135/9 135/24 136/1 136/1 136/19 137/25 138/3 138/12 138/22 139/21 140/12 140/13 141/18 143/25 145/16 145/23 146/18 152/5 152/6 152/8 154/25 155/3 155/16
**update [1]** 57/8
**upon [24]** 3/10 7/12 12/4 37/12 37/16 37/19 38/7 38/16 40/2 43/17 52/4 52/14 54/11 77/2 77/15 81/13 81/16 86/7 89/5 89/9 90/20 96/20 111/16 124/13
**URBAN [1]** 1/22
**us [30]** 8/16 9/1 28/18 37/25 56/2 60/9 63/4 63/6 63/17 65/19 81/3 81/21 83/17 83/19 83/19 84/5 84/17 88/6 88/7 90/23 103/2 104/8 113/2 116/2 121/3 121/15 131/5 131/8 140/19 149/5
**use [20]** 18/16 19/3 23/14 25/12 33/8 42/7 45/1 45/22 56/23 76/6 76/8 105/22 107/15 111/25 112/3 113/10 117/9 126/16 128/8 147/5
**used [10]** 24/12 56/25 59/12 107/8 112/14 112/20 114/17 125/21 140/14 147/7
**uses [1]** 25/9
**using [5]** 24/11 27/2 69/6 91/22 99/7
**USMC [1]** 57/24
**USN [1]** 60/24
**USNA [2]** 24/23 57/24
**USS [2]** 82/14 84/23
**usually [7]** 10/19 41/15 46/10 48/13 70/16 77/23 97/8

**V**

**validity [1]** 109/18
**value [4]** 94/9 100/24 112/12 112/13
**values [2]** 37/2 37/9
**variation [2]** 59/19 70/13
**various [8]** 10/14 18/3 31/16 47/23 95/24 116/4 123/18 133/3
**vast [3]** 75/18 108/14 132/22
**vastly [1]** 84/25
**Vazirani [1]** 29/21
**verify [2]** 121/12 144/16
**verifying [1]** 151/6
**version [1]** 122/17
**versus [4]** 14/3 53/12 63/5 69/16
**very [45]** 4/13 16/20 19/2 27/23 28/1 28/7 28/23 52/13 56/16 63/9 67/14 74/24 75/1 81/1 81/7 84/17 85/4 85/9 94/25 96/19 97/20 99/24 102/22 102/24 121/20 121/22 127/11 132/14 134/5 134/7 134/23 144/3 144/23 146/7 147/18 148/7 148/8 148/9 149/21 150/17 150/18 152/18 152/18 155/6 155/24
**vested [1]** 141/2
**Vietnam [1]** 121/17
**view [11]** 86/4 86/5 86/7 90/24 146/17 148/24 150/11 150/24 153/14 156/18 156/21
**viewed [1]** 99/21
**Villanova [1]** 35/16
**virtue [4]** 44/9 53/9 54/7 76/14 111/9 111/18
**vis [2]** 52/2 52/2
**visual [1]** 41/21
**Vocational [1]** 34/2
**voir [1]** 35/24
**voluntary [1]** 31/9
**volunteer [2]** 30/9 101/8
**voting [1]** 14/25

**vs [1]** 1/5

**W**

**waive [2]** 149/23 150/16
**waiver [4]** 77/16 77/25 102/1 150/23
**waivers [1]** 103/20
**walk [2]** 7/7 45/17
**want [32]** 3/4 9/20 10/25 12/5 14/5 18/21 18/22 19/2 19/3 19/18 28/19 36/18 42/2 45/17 50/19 51/22 55/1 62/25 70/17 71/11 83/23 86/21 90/10 96/13 96/21 96/25 130/5 130/5 148/22 149/6 154/10 155/22
**wanted [4]** 28/16 138/1 139/24 154/24
**War [1]** 89/12
**warfare [36]** 6/1 10/3 11/14 12/18 15/2 17/7 21/20 21/25 26/9 35/7 35/9 39/6 39/13 39/16 40/4 40/6 41/2 42/18 43/18 45/25 46/2 46/13 51/8 51/9 82/13 83/12 83/13 90/3 90/5 99/8 99/10 99/22 111/6 134/18 134/20 137/18
**warfare-related-type [1]** 12/18
**warfighting [5]** 8/18 10/1 40/9 41/7 45/10
**warm [3]** 123/11 123/16 124/6
**was [124]** 3/8 3/12 3/15 8/2 24/24 32/8 33/4 33/5 34/4 34/9 34/10 34/22 34/23 35/3 35/6 35/7 39/3 44/16 44/20 47/21 55/5 56/17 58/20 59/4 59/12 61/2 61/5 61/12 63/16 65/10 65/14 70/18 75/13 79/14 82/14 82/15 82/18 82/22 83/4 83/5 83/13 84/5 84/13 84/16 84/16 84/20 84/22 84/23 84/24 84/25 85/4 85/6 85/6 85/8 85/11 86/25 87/5 87/5 87/11 87/23 93/21 97/11 97/17 97/21 97/23 99/8 107/8 107/19 109/11 113/18 114/17 115/21 116/5 117/6 117/15 117/18 118/12 118/21 119/1 121/1 121/8 123/1 124/2 124/5 124/15 124/19 126/16 126/23 127/1 130/9 133/9 133/9 133/10 133/20 138/16 138/24 139/13 139/21 140/15 141/18 142/11 144/1 144/4 144/8 144/9 145/10 145/11 145/11 146/2 148/12 149/11 149/15 149/17 149/18 151/19 152/17 153/7 153/8 153/12 153/24 154/1 154/5 154/25
**Washington [2]** 35/20 84/23
**wasn't [4]** 8/3 26/8 26/17 82/19
**water [1]** 51/19
**waterfront [1]** 7/2
**way [201]** 18/10 47/9 48/14 48/18 48/25 49/6 60/9 83/18 85/17 87/1 93/13 98/21 113/20 114/6 129/15 138/5 140/23 144/18 152/14 154/8
**ways [8]** 31/16 53/17 83/24 85/12 100/9 101/22 103/11 153/4
**we [431]**
**We'd [1]** 84/3
**we'll [9]** 3/17 7/20 59/24 65/6 79/4 79/6 79/11 155/17 155/17
**we're [49]** 3/7 4/4 4/9 7/7 24/20 31/24 32/3 33/20 34/1 34/5 51/5 52/14 52/16 52/18 53/19 53/22 53/24 53/25 54/7 54/11 59/22 62/23 64/7 70/10 74/7 78/24 78/24 89/20 89/20 94/3 100/2 100/4 103/23 112/23 115/7 116/6 126/6 148/18 149/2 150/5 150/13 151/23 154/13 154/22 155/9 156/6 156/8 156/12 156/16
**we've [39]** 17/1 18/22 41/20 58/5 59/8 60/17 67/22 71/21 71/24 72/17 77/22 78/2 87/9 92/18 92/23 95/11 95/13 95/14 95/16 95/18 95/19 95/23 96/3 101/14 102/5 129/21 142/6 147/18 148/18 150/4 150/6 150/13 150/17 151/8 151/9 151/9 152/18 153/16 153/20
**Wednesday [1]** 151/12
**week [3]** 83/5 140/14 151/17
**weeks [2]** 145/10 151/18
**weigh [1]** 13/15
**weighs [1]** 13/8
**weight [1]** 106/4
**welcomed [1]** 144/11
**well [42]** 3/14 12/21 26/20 32/4 33/2 40/25 42/13 42/19 43/4 43/5 44/23 52/8 53/25 55/9 55/11 71/17 81/22 82/19 88/17 92/1 92/2 99/7 99/20 102/12 104/20 104/20 108/20 119/20 122/25 123/7 123/13 126/17 128/9 130/5 132/18 133/9 134/14 150/1 154/2 155/7 156/1 156/16
**well-intentioned [1]** 104/20
**well-knowledged [1]** 104/20
**wells [1]** 84/10

**W**

went [13]  3/10 27/5 27/6
49/4 61/22 69/7 70/19 93/21 99/19 99/19
136/1
were [58]  3/5 17/7 17/20 32/21 32/22
33/11 35/2 35/6 35/9 41/24 47/4 56/25
58/19 58/25 60/8 70/8 71/2 71/3 73/9
74/24 81/22 84/1 84/7 84/8 84/10 84/14
84/19 87/19 87/20 90/13 97/6 97/7 98/1
98/2 98/4 103/20 107/3 107/25 108/4
108/8 110/24 114/21 119/2 126/14 131/10
133/11 134/13 135/19 138/22 139/2 139/16
139/22 140/4 143/1 144/2 144/11 145/6
146/24
weren't [2]  138/25 138/25
west [2]  6/9 6/10
what [209]
what's [8]  24/20 38/3 44/6 47/13 50/16
92/7 122/16 142/24
whatever [7]  137/3 137/10 139/2 149/1
151/8 152/7 152/24
when [53]  5/8 5/15 7/15 11/11 16/1 23/6
23/20 24/19 30/12 35/9 35/13 37/11 37/16
37/19 43/12 46/3 49/12 53/1 55/24 57/4
57/10 63/19 64/4 80/1 82/13 82/15 83/4
84/5 84/8 87/25 89/17 95/9 97/7 99/17
101/2 109/8 113/19 114/1 117/18 118/12
121/8 131/25 132/2 132/12 132/16 137/4
138/19 144/1 144/6 145/6 149/24 154/1
156/10
where [67]  5/4 10/16 23/11 23/20 24/8
24/19 25/6 25/19 29/13 35/11 37/23 40/1
42/2 42/2 42/22 42/25 46/18 51/1 52/4
52/15 53/22 53/25 54/20 56/1 63/7 65/15
65/19 67/11 67/24 76/3 84/1 84/7 87/21
89/19 89/19 90/11 92/21 94/23 95/2 96/18
96/19 96/25 97/1 97/14 97/17 98/18 103/2
110/16 112/19 112/23 113/1 114/7 114/15
114/17 116/9 121/6 133/10 138/7 140/14
141/2 143/11 145/10 150/18 151/5 151/22
153/4 155/9
whether [9]  27/12 53/18 64/8 103/18
104/10 113/2 139/1 139/1 154/4
which [156]  3/20 10/20 23/16 24/21 25/3
25/21 29/24 37/15 37/25 40/23 42/19 48/9
51/5 53/6 55/16 55/22 55/24 59/17 60/10
61/5 61/20 62/24 63/6 65/11 65/14 65/17
65/20 67/10 71/9 74/6 75/2 77/3 80/1
84/22 84/24 85/2 86/14 89/14 95/22 101/4
107/11 108/5 108/9 108/23 109/23 112/14
113/18 120/14 128/10 129/21 138/2 138/12
145/1 151/18 151/24 153/12
while [11]  28/13 35/6 75/5 79/9 82/18
85/9 85/18 105/3 143/6 152/4 156/16
White [122]  57/22 58/16 58/20 59/8 64/22
66/7 73/10 73/13 86/3 129/20 130/23
136/1 136/7 136/21 137/12 141/4 141/9
141/12 141/15 142/7 142/7 146/1
White/Caucasian [2]  57/22 58/16
whiter [1]  104/3
Whites [2]  135/22 141/22
who [44]  6/20 6/22 6/24 8/1 8/2 8/4 11/5
19/11 19/11 21/5 21/11 29/20 37/7 37/21
40/1 57/16 57/20 61/22 67/5 68/8 68/19
69/23 72/23 75/8 77/14 82/20 83/6 83/21
91/16 91/18 98/1 99/3 99/16 100/18
101/25 104/9 108/6 108/15 109/4 110/5
110/10 111/15 110/16 140/21
who's [2]  3/9 98/17
whoever [1]  135/7
whole [2]  52/24 109/22
whole-person [1]  52/24
wholeheartedly [1]  82/9
wholly [2]  85/8 86/18
why [27]  9/17 16/12 40/5 43/15 45/16
55/20 56/25 60/8 60/20 63/16 65/10 70/13
80/24 86/2 94/5 95/16 96/7 101/6 109/9
112/14 118/5 136/25 137/25 142/1 142/9
154/25 155/9
wide [6]  50/4 53/5 53/11 86/12 86/14
93/6
wife [2]  152/4 155/7
will [31]  4/11 9/6 11/1 14/1 14/7 15/2
19/7 37/25 47/2 53/13 53/18 63/19
102/17 102/23 111/25 115/14 116/10
123/11 126/5 139/25 151/16 151/19 153/16
153/16 153/22 154/12 155/12 155/25
156/25
willingness [2]  33/16 102/4
wing [4]  67/8 67/9 96/10 98/12

wished [1]  153/14
withdrawn [1]  3/10 27/5 27/6

with [?]  31/12 31/18 31/24 37/22 39/12 40/11
43/11 45/9 52/14 54/11 63/21 67/2 67/7
67/13 68/17 69/5 69/6 73/24 78/8 78/12
87/22 88/20 89/3 90/5 90/14 91/25 94/24
95/4 95/24 96/9 97/22 98/9 101/16 114/11
115/5 115/8 115/11 115/14 137/8 138/21
151/18
without [17]  28/20 63/19 77/25 102/1
121/20 131/14 155/24
witness [14]  4/5 4/15 28/4 28/8 29/2
39/3 50/19 50/25 79/9 105/4 133/10
147/20 147/24 154/24
witnesses [2]  2/4 147/19
woman [1]  83/23
women [16]  76/3 84/13 84/14 84/15 85/2
85/18 91/15 92/25 95/6 95/9 95/25 96/3
100/25 112/25 117/16 131/9
women's [4]  35/1 84/2 97/6 97/7
wondering [2]  150/5 150/14
word [1]  115/10
work [28]  5/4 6/25 17/25 23/6 29/14
29/16 29/19 31/20 33/23 40/12 49/6 74/23
76/9 78/8 81/7 81/17 87/16 88/2 88/5
89/9 91/17 102/10 102/12 120/15 125/20
127/11 149/7 150/7
worked [6]  4/2 83/6 83/7 105/24 149/7
150/18
workforce [2]  128/3 132/9
working [17]  30/8 31/25 32/23 33/15
33/20 34/24 46/19 46/24 63/5 65/21 83/23
92/13 94/7 123/8 126/2 129/10 152/18
works [2]  49/5 152/14
world [6]  6/10 89/12
worry [1]  145/8
would [127]  4/15 9/19 10/20 15/6 18/10
19/25 21/9 22/23 23/1 23/16 23/20 24/3
24/12 37/13 37/21 40/23 41/12 42/19
42/22 42/22 46/8 46/12 46/14 46/16 46/18
46/18 46/19 46/23 46/24 47/8 47/13 47/16
48/8 48/10 48/11 48/22 54/1 54/15 54/17
57/7 57/13 57/16 60/20 61/15 62/17 66/18
68/4 68/7 71/18 71/21 71/25 73/13 75/1
75/7 75/11 75/22 76/7 77/24 80/4 80/9
80/12 80/13 81/23 82/4 82/6 82/22 83/6
83/17 83/18 83/20 84/1 84/2 84/5 84/8
84/10 85/12 85/20 85/22 89/16 91/13
91/21 93/20 95/25 99/22 99/25 99/25
101/22 101/23 106/7 107/8 107/14 107/18
108/14 110/12 110/15 111/5 113/2 116/13
117/4 120/3 121/12 122/16 124/8 126/13
128/25 129/2 129/18 129/22 131/3 131/17
133/2 133/14 133/15 133/18 133/20 133/21
134/8 134/19 136/20 137/6 140/13 141/16
144/16 148/17 148/19 148/21 155/7
wouldn't [2]  134/17 144/22
writ [2]  100/24 104/5
written [1]  8/2
wrong [2]  137/1 152/19
wrote [2]  8/1 8/2
WYRICK [8]  1/16 2/6 16/21 16/24 27/1
27/23 28/17 28/21

**X**

XO [1]  47/1

**Y**

YANG [2]  1/18 4/8
yeah [6]  6/10 8/11 18/1 24/18 118/22
122/19
year [78]  7/17 24/25 26/19 31/3 32/17
36/25 38/21 38/24 53/20 53/20 53/20
55/22 55/24 56/3 58/2 58/3 58/11 60/3
62/1 62/1 63/11 63/15 63/16 63/17 64/19
64/25 65/9 65/10 66/3 66/10 66/17 69/3
69/4 69/5 69/6 69/22 70/14 70/14 70/23
72/14 82/20 97/15 101/12 107/3 107/14
108/2 109/4 115/18 115/20 119/12 119/15
119/19 119/21 120/2 120/6 120/13 121/10
127/13 127/14 131/14 131/22 132/3 133/8
135/14 136/5 136/18 136/25 137/2 137/5
137/7 137/8 138/24 141/2 141/6 141/17
141/22 143/9 149/5
year's [2]  13/16 125/5
years [72]  4/3 5/22 5/23 24/23 30/13
32/14 32/16 34/23 35/4 44/10 46/10 48/13
48/24 51/2 52/17 61/3 61/6 61/12 61/16
61/19 62/12 64/7 65/8 65/11 65/13 66/15

68/25 69/15 70/8 70/16 71/18 72/1 72/14
74/13 74/19 74/22 77/21 77/23 77/24 82/5
97/4 106/8 108/18 117/20 119/19
126/12 126/20 126/21 132/12 133/12
133/17 137/6 137/9 138/9 138/20 138/22
139/11 139/13 141/2 141/16 144/8 144/15
144/24 145/3 145/20
yes [104]  4/6 4/11 4/13 5/12 5/25 6/4
9/16 13/9 13/12 14/17 15/21 16/11 17/6
17/14 18/14 18/17 20/10 22/21 25/5 26/2
26/14 27/21 28/10 29/18 35/3 35/16 36/24
45/1 45/21 46/7 47/23 49/7 57/14 58/5
59/23 64/18 66/13 68/24 71/8 74/4 75/15
78/20 79/25 80/16 104/2 106/20 107/23
108/17 109/1 109/25 111/17 114/23 116/18
116/20 116/22 117/13 118/4 118/13 120/11
122/24 123/4 123/16 125/2 127/7 129/7
129/8 129/21 131/3 131/4 132/1 132/7
134/1 134/22 135/16 135/23 136/9 136/13
136/23 139/12 140/8 141/8 141/11 141/14
141/19 141/24 142/1 142/12 142/15 142/18
142/21 144/3 144/5 144/25 145/8 145/19
145/25 145/25 146/7 148/4 150/20 151/2
152/16 153/19 154/14
yesterday [2]  44/19 47/21
yet [4]  13/16 15/7 114/19 125/19
you [434]
You'd [1]  105/11
you'll [2]  26/6 156/14
you're [32]  5/24 6/1 6/18 9/12 16/10
18/2 19/23 24/1 26/8 27/12 28/4 51/16
50/18 52/18 78/9 93/8 99/12 104/10
108/17 116/15 116/19 117/11 120/8 127/6
137/17 138/4 138/5 138/6 138/7 138/14
139/14 154/8
you've [13]  5/13 17/10 17/13 17/16 18/12
18/18 26/24 27/13 45/14 106/2 116/2
137/6 141/2
young [2]  90/16 102/3
younger [2]  4/3 151/25
your [92]  4/7 4/14 4/16 4/22 5/6 6/6
9/16 13/9 13/12 14/17 15/21 16/11 17/6
25/9 26/16 27/2 27/16 17/24 18/6 18/24
30/4 30/7 30/10 30/12 30/14 32/5 32/8
32/22 33/4 35/6 35/15 35/22 35/25 41/17
41/17 41/17 44/6 45/19 50/16 57/11 58/25
79/1 79/8 84/20 102/23 105/5 105/5 107/1
107/6 108/4 109/8 111/14 113/6 115/9
115/15 116/2 116/11 117/12 118/6 118/9
129/9 130/9 130/15 134/3 135/2 138/5
138/11 138/18 146/10 146/12 146/16
147/22 147/23 148/8 150/11 150/12 150/14
150/23 153/2 153/16 154/14 155/3 156/6
156/20 156/23
yours [1]  148/10
yourself [4]  79/10 111/1 119/6 134/2
youth [5]  77/22 78/2 101/25 102/5 102/25
103/4

**Z**

zero [2]  26/12 72/2