IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-2699 |
| THE UNITED STATES NAVAL ACADEMY, *et al.*, | * | |
| | * | |
| *Defendant*s. | | |

* * * * * * * * * * * * *

## JUDGMENT

Following a trial in the above-captioned matter, the Court on December 6th, 2024, filed its Trial Findings of Fact and Conclusions of Law pursuant to Rule 52(a) of the Federal Rules of Civil Procedure and further ordered that Judgment shall be entered on Plaintiff's one-count Complaint (ECF No. 1), in favor of Defendants and against Plaintiff Students For Fair Admissions ("SFFA").  Accordingly, pursuant to Rule 58, IT IS HEREBY ORDERED this 6th day of December 2024 that:

1. The Clerk of this Court shall enter Judgment on Count I of Plaintiff's Complaint (ECF No. 1) in favor of Defendants and against Plaintiff SFFA;

2. The Clerk of this Court shall CLOSE this case; and

3. The Clerk of this Court shall transmit a copy of this Judgment and the accompanying Trial Findings of Fact and Conclusions of Law to counsel of record in this case.

*Richard D. Bennett*
Richard D. Bennett
United States Senior District Judge