# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*,<br>v.<br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br>*Defendants*. | No. 1:23-cv-2699-RDB |

## NOTICE OF APPEAL

Plaintiff, Students for Fair Admissions, Inc., now appeals to the United States Court of Appeals for the Fourth Circuit this Court's final judgment entered on December 6, 2024. *See* Dkts. 150-151.

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ Thomas R. McCarthy |
| Adam K. Mortara* | Thomas R. McCarthy* |
| Lawfair LLC | Patrick Strawbridge* |
| 40 Burton Hills Blvd., Ste. 200 | J. Michael Connolly* |
| Nashville, TN 37215 | Cameron T. Norris |
| (773) 750-7154 | James F. Hasson* |
| | R. Gabriel Anderson* |
| | Consovoy McCarthy PLLC |
| | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | tom@consovoymccarthy.com |
| | *pro hac vice |

## CERTIFICATE OF SERVICE

On December 6, 2024, I e-filed this document with the Court, which will email all parties.

/s/ Thomas R. McCarthy

1